IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, as an organization; LAVELLE LEMON, MARLON REID, LAURETHA CELESTE SIMS, PATRICIA SMITH, COLEY TYSON,  Plaintiffs,  v.  THE STATE OF GEORGIA; and BRIAN KEMP, in his official capacity as Secretary of State for the State of Georgia,  Defendants. | Civil Action File No. _____ |

## NOTIFICATION TO CLERK OF NEED FOR APPOINTMENT OF THREE-JUDGE PANEL PURSUANT TO LOCAL RULE 9.1

Plaintiffs Georgia State Conference of the NAACP, as an organization, Lavelle Lemon, Marlon Reid, Lauretha Celeste Sims, Patricia Smith, and Coley Tyson ("Plaintiffs") hereby give notice to the Clerk of this Court that a three-judge panel must be convened to hear and decide this action pursuant to 28 U.S.C. §

34524927.1

2284, and Northern District of Georgia Local Rule 9.1.[1]  A three-judge Court is required because:

1. This action is brought pursuant to 42 U.S.C. § 1983 and the Voting Rights Act of 1965, as amended, 52 U.S.C. § 10301, et seq., to enforce rights guaranteed by the Fourteenth and Fifteenth Amendments to the United States Constitution and to enjoin Defendants from enforcing Act No. 251 (2015 Ga. L. 1413) ("H.B. 566"), insofar as it affects the apportionment of several congressional districts and redistricts Georgia House of Representative Districts 105 and 111.

2. 28 U.S.C. § 2284 is the provision under which a three-judge panel should be convened and provides that:

> [a] district court of three judges shall be convened when otherwise required by Act of Congress, or when an action is filed challenging the constitutionality of the apportionment of congressional districts or the apportionment of any statewide legislative body.

28 U.S.C. § 2284.  See also, Kidd v. Cox, No. 1:06-CV-0997-BBM, 2006 WL 1341302, at *4 (N.D. Ga. May 16, 2006) (holding that a three judge panel is

---

[1] Northern District of Georgia Local Rule 9.1 provides "[w]hen a suit or proceeding is commenced which is believed to require a three judge court for disposition, the party instituting the action shall notify the clerk that a three-judge court is requested and the provision under which the party is proceeding. When a three-judge court hearing is requested after filing of the initial complaint, counsel shall at that time notify the clerk of the provision under which the attorney is proceeding."

warranted under 28 U.S.C. § 2284 where the state reapportioned state senate districts in Georgia).

3. The Plaintiffs here are specifically challenging the constitutionality of the apportionment of districts for a statewide legislative body, and thus a plain reading of 28 U.S.C. § 2284 mandates convening a three-judge panel be convened to hear this proceeding.

4. Accordingly, pursuant to the requirements of 28 U.S.C. § 2284 and Northern District of Georgia Local Rule 9.1, the Plaintiffs hereby give notice to the Clerk of this Court that a three-judge court should be convened to hear and determine the issues at stake in this action.

Dated: April 24, 2017            Respectfully submitted,

By:   */s/ William V. Custer*
William V. Custer
Georgia Bar No. 202910
Jennifer B. Dempsey
Georgia Bar No. 217536
Julia F. Ost
Georgia Bar No. 940532
Bryan Cave LLP
One Atlantic Center
Fourteenth Floor
1201 West Peachtree Street, NW
Atlanta, Georgia 30309-3488
Phone: (404) 572-6600
Fax: (404) 572-6999
bill.custer@bryancave.com
jennifer.dempsey@bryancave.com

Bradley S. Phillips (*pro hac vice – to be filed*)
Gregory D. Phillips (*pro hac vice – to be filed*)
John F. Muller (*pro hac vice – to be filed*)
Thomas P. Clancy (*pro hac vice – to be filed*)
Munger, Tolles, & Olson LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-1560
Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702

Ezra D. Rosenberg, Esq. (*pro hac vice – to be filed*)
Julie Houk, Esq. (*pro hac vice – to be filed*)
John Powers, Esq. (*pro hac vice – to be filed*)
erosenberg@lawyerscommittee.org
jhouk@lawyerscommittee.org
jpowers@lawyerscommittee.org
Lawyers' Committee for Civil Rights Under Law
1401 New York Ave., NW, Suite 400
Washington, D.C. 20005
Telephone:   (202) 662-8600
Facsimile:    (202) 783-0857

*Counsel for Plaintiffs*