IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, as an organization; LAVELLE LEMON, MARLON REID, LAURETHA CELESTE SIMS, PATRICIA SMITH, COLEY TYSON,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF GEORGIA; and BRIAN P. KEMP, in his official capacity as Secretary of State for the State of Georgia,<br><br>Defendants. | Civil Action<br>Case No. 1:17-cv-01427-TCB |

**PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

(**1**) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

(a) Plaintiff Georgia State Conference of the NAACP, Francys Johnson,

President, 100 Edgewood NE, Suite 1610, Atlanta, GA 30303.

1

Parent Corporation: National Association for the Advancement of Colored People, Cornell William Brooks, CEO, 4805 Mt. Hope Drive, Baltimore, MD 21215.

(b) Plaintiff Coley Tyson, a resident of Georgia House District 105 in Gwinnett County.

(c) Plaintiff Marlon A. Reid, a resident of Georgia House District 105 in Gwinnett County.

(d) Plaintiff Patricia Smith, a resident of Georgia House District 105 in Gwinnett County.

(e) Plaintiff LaVelle Lemon, a resident of Georgia House District 111 in Henry County.

(f) Plaintiff Lauretha Celeste Sims, a resident of Georgia House District 111 in Henry County.

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Citizens who are registered to vote in Georgia House of Representatives Districts 105 and 111, and citizens who were registered to vote in Districts

105 and 111 prior to the enactment of Act No. 251 (2015 Ga. L. 1413) (H.B. 566).

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

William V. Custer
Georgia Bar No. 202910
Jennifer B. Dempsey
Georgia Bar No. 217536
Julia Fenwick Ost
Georgia Bar No. 940532
Bryan Cave LLP
One Atlantic Center
Fourteenth Floor
1201 West Peachtree Street, NW
Atlanta, Georgia 30309-3488
Telephone: (404) 572-6600
Facsimile: (404) 572-6999
bill.custer@bryancave.com
jennifer.dempsey@bryancave.com
julia.ost@bryancave.com

Bradley S. Phillips (*pro hac vice – to be filed*)
Gregory D. Phillips (*pro hac vice – to be filed*)
John F. Muller (*pro hac vice – to be filed*)
Thomas P. Clancy (*pro hac vice – to be filed*)
Munger, Tolles, & Olson LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-1560
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Ezra D. Rosenberg, (*pro hac vice – to be filed*)
Julie Houk (*pro hac vice – to be filed*)

John Powers (*pro hac vice – to be filed*)
erosenberg@lawyerscommittee.org
jhouk@lawyerscommittee.org
jpowers@lawyerscommittee.org
Lawyers' Committee for Civil Rights Under Law
1401 New York Ave., NW, Suite 400
Washington, D.C. 20005
Telephone:   (202) 662-8600
Facsimile:    (202) 783-0857

Respectfully submitted this 24th day of April, 2017,

/s/ William V. Custer
William V. Custer
Georgia Bar No. 202910
Jennifer B. Dempsey
Georgia Bar No. 217536
Julia Fenwick Ost
Georgia Bar No. 940532
Bryan Cave LLP
One Atlantic Center
Fourteenth Floor
1201 West Peachtree Street, NW
Atlanta, Georgia 30309-3488
Telephone: (404) 572-6600
Facsimile: (404) 572-6999
bill.custer@bryancave.com
jennifer.dempsey@bryancave.com
julia.ost@bryancave.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, as an organization; LAVELLE LEMON, MARLON REID, LAURETHA CELESTE SIMS, PATRICIA SMITH, COLEY TYSON,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF GEORGIA and BRIAN P. KEMP, in his official capacity as Secretary of State for the State of Georgia,<br><br>Defendants. | Civil Action<br>Case No. 1:17-cv-01427-TCB |

## CERTIFICATE OF SERVICE

I hereby certify that I provided notice and a copy of the foregoing **PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** using the CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record. I also hereby certify that formal service of this document will occur.

1

This 24th day of April, 2017.

*/s/ William V. Custer*
William V. Custer
Georgia Bar No. 202910
Bryan Cave LLP
One Atlantic Center
Fourteenth Floor
1201 West Peachtree Street, NW
Atlanta, Georgia 30309-3488
Telephone: (404) 572-6600
Facsimile: (404) 572-6999
bill.custer@bryancave.com