# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, as an organization; et al.<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF GEORGIA; et al.<br><br>Defendants. | Civil Action No.: CA No. 1:17cv01427- TCB-WSD-BBM |

## DISCOVERY CERTIFICATE OF SERVICE

Pursuant to LR 5.4A, the undersigned hereby certifies that she did, on July 5, 2017, serve by electronic mail, Defendants' Initial Disclosures, by serving the following:

    Jon M. Greenbaum
    Julie Houk
    John Powers
    Ezra Rosenberg
    Julia Fenwick Ost
    Lawyers' Committee for Civil Rights
       Under Law
    1401 New York Avenue, Suite 400
    Washington, DC  20005

    William Vance Custer, IV
    Jennifer Burch Dempsey
    Julia Fenwick Ost
    Bryan Cave, LLP-ATL
    One Atlantic Center

14th Floor
1201 West Peachtree St, NW
Atlanta, GA 30309-3488

Bradley S. Phillips
Gregory D. Phillips
John F. Muller
Thomas P. Clancy
Munger, Tolles & Olson, LA-CA
50th Floor
350 South Grand Avenue
Los Angeles, CA 90071-1560

Done this 5th day of July, 2017.

                Respectfully submitted,

                CHRISTOPHER M. CARR   112505
                Attorney General

                ANNETTE M. COWART     191199
                Deputy Attorney General

                RUSSELL D. WILLARD     760280
                Senior Assistant Attorney General

                /s/Cristina M. Correia
                CRISTINA M. CORREIA    188620
                Assistant Attorney General
                ccorreia@law.ga.gov

                JOSIAH B. HEIDT          104183
                Assistant Attorney General

Please address all
Communication to:
CRISTINA CORREIA
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
(404) 656-7063
Fax: 404-651-9325

# Certificate of Service

I hereby certify that on July 5, 2017, I electronically filed this Discovery Certificate of Service using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Jon M. Greenbaum
Julie Houk
John Powers
Ezra Rosenberg
Lawyers' Committee for Civil Rights
   Under Law
1401 New York Avenue, Suite 400
Washington, DC  20005

William Vance Custer, IV
Jennifer Burch Dempsey
Julia Fenwick Ost
Bryan Cave, LLP-ATL
One Atlantic Center
14th Floor
1201 West Peachtree St, NW
Atlanta, GA  30309-3488

Bradley S. Phillips
Gregory D. Phillips
John F. Muller
Thomas P. Clancy
Munger, Tolles & Olson, LA-CA
50th Floor
350 South Grand Avenue
Los Angeles, CA  90071-1560

I hereby certify that I have mailed by United States Postal Service, postage prepaid, the document to the following non-CM/ECF participants:  NONE

This 5th day of July, 2017.

                                             /s/Cristina Correia
                                             Cristina Correia    188620
                                             Assistant Attorney General