# **EXHIBIT A**

## GA NAACP v. Kemp – Proposal for Resumed Discovery Schedule

| Event | Date per Scheduling Order | Proposed New Dates |
|---|---|---|
| Defendants' response to complaint | September 15, 2017 | Defendants' answer already filed in response to the *NAACP* plaintiffs; November 10th to respond to the *Brooks* plaintiffs |
| Discovery period | September 18, 2017 through and including January 12, 2018 (= 116 days) | Resuming on November 20, 2017, ending on February 16, 2018 (= 88 days) |
| Fact depositions end | N/A | December 8, 2017 |
| Plaintiffs' expert disclosures | October 20, 2017 | December 22, 2017 (14 days after fact depositions end) |
| Defendants' expert disclosures | November 17, 2017 (28 days after opening report) | January 12, 2018 (21 days after plaintiffs' expert disclosures are due) |
| Plaintiffs' rebuttal expert disclosures | December 1, 2017 (14 days after defs.' report) | January 26, 2018 (14 days after defendants' expert disclosures) |
| End of discovery | January 12, 2018 (42 days after rebuttal expert reports are due) | February 16, 2018 |
| Dispositive motions (filed) | February 2, 2018 (21 days after end of discovery) | February 23, 2018 (7 days after end of discovery) |
| Dispositive motions (response) | February 28, 2018 (26 days after dispositive motions are filed) | March 9, 2018 (14 days after dispositive motions are filed) |
| Dispositive motions (reply) | March 9, 2018 (9 days after responsive brief filed) | March 16, 2018 (7 days after responsive brief filed) |
| Consolidated pretrial order and Daubert motions | 30 days after resolution of dispositive motions | 30 days after resolution of dispositive motions |

36981550.1