A Demographic Evaluation of Georgia House Districts 105 and 111
In Their 2012 and 2015 Geographic Configurations

Dr. Gerald R. Webster
Laramie, Wyoming

## 1. INTRODUCTION

1.  I am a Professor of geography at the University of Wyoming, Laramie, Wyoming.  I have been employed at Wyoming since August 2007, and served as departmental chair from that time until August 2015.  Prior to assuming my current position at Wyoming, I was a faculty member in the Department of Geography at the University of Alabama for eighteen years, serving as departmental chair the last seven.

2.  My formal education includes a BA (1975) in political science from the University of Colorado-Denver, a MS (1980) in geography from Western Washington University, and a Ph.D. (1984) in geography from the University of Kentucky.

3.  My primary research and teaching emphases are in political geography.  I have published over 90 articles in refereed journals, book chapters, and edited volumes.  In 2011, I was given the Lifetime Achievement Award by the Southeastern Division of the Association of American Geographers, and in 2012 I was selected to provide the Political Geography Plenary Lecture at the Association of American Geographers meeting in New York.

4. I have provided written reports, oral testimony, or both in litigation in thirteen states, with many of these cases pertaining to redistricting such as *Committee for a Fair and Balanced Map v. Illinois State Board of Elections*, No. 1:2011cv05065 (N.D. of Illinois) and *Radogno v. Illinois State Board of Elections*, No. 1:2011cv04884 (N.D. of Illinois). Most recently I provided expert reports and trial testimony in *Veasey v. Perry* (S.D. Texas) and *United States v. State of North Carolina*, (M.D. North Carolina). My Curriculum Vita is located in (Appendix V).

5. I have been asked by the Lawyers Committee for Civil Rights Under Law to examine the demographic characteristics of state house districts 105 and 111 as constituted in 2012, the original post-census districts, and compare them to their mid-decade geographic reconfigurations in 2015. For this purpose both Census data and voter registration data are used in a parallel fashion.

6. To complete this report data were examined from the 1990, 2000 and 2010 Censuses of Population, the American Community Survey single year estimates for 2016, and three different voter registration files for Georgia in 2012, 2015 and 2017. Redistricting each decade is based upon the Public Law 94-171 data, released by the Bureau of the Census for the purposes of reapportionment and redistricting by April 1, in years ending in "1" such as 2011. The analysis begins with these data with the race and ethnicity numbers drawn from United States Census Bureau (2010a and 2010b).

7. After the analysis of the Census data, this report considers the voter registration data which was geocoded to home address locations. This effort was highly successful with virtually 100 percent of all registered voters geocoded to their street addresses. The voter registration data was provided to me by the Lawyer's Committee. The 2012 voter registration file is from December 13, 2012, the 2015 is from October 12, 2015, and the 2017 file is from March 13, 2017. Although the state of Georgia does not require registrants to identify by political party, the state does ask those registering their race/ethnicity. The discussion of the voter registration data uses the race and ethnicity category labels employed by the state of Georgia.

8. Many of the calculations and all of the maps included in this report were made by the University of Alabama Cartographic Research Laboratory under my direction. I have employed the Laboratory for consulting and expert witness work since the mid-1990s and for academic

2

research efforts since the late 1980s.

9. Following this introduction is a brief Executive Summary including some of the report's major findings. The third section provides a demographic overview of the two counties in which house districts 105 (Gwinnett County) and 111 (Henry County) are located. Section four employs census data to analyze both house district 105 and house district 111 demographically to determine what changes occurred when the two districts were redrawn in 2015. The fifth section provides a parallel analysis using the voter registration data from 2012, 2015 and 2017. The final section provides the report's conclusions.

2. EXECUTIVE SUMMARY

10. Both state house districts 105 and 111 were redrawn during the normal redistricting cycle prior to the 2012 elections, and were again redrawn in 2015 as a result of HB 566. Although the ideal population of a Georgia state house district is 53,820 people (2010 population of 9,687,653 / 180 house districts), in the 2015 redraft of house district 105 nearly 15,000 people were moved between house districts 104 and 105. In the 2015 redraft of house district 111 over 31,000 people were moved between house district 111 and house districts 73, 109, 110 and 130.

11. The analysis of the census and voter registration data in this report indicates that the changes undertaken in 2015 altered the racial and ethnic makeup of both house districts 105 and 111. Based on census data, house district 105's non-Hispanic White population was increased by 9.2 percent in the 2015 redistricting, while its non-Hispanic African American population was decreased by -6.1 percent, and its Hispanic population was reduced by -14.1 percent. Similarly, house district 111's non-Hispanic White population was increased by 4.7 percent in the 2015 reconfiguration while its non-Hispanic African American population was decreased by -6.5

percent, and its Hispanic population was reduced by -7.8 percent.

12. Based on voter registration data, district 105's Caucasian registered voter population would have decreased from 47.9 to 42.9 percent of all registered voters in the district between 2012 and 2017 if no changes had been made in 2015. Again using voter registration data, house district 111's Caucasian population would have dropped from 50.8 percent to 44.6 percent of the district's total registered voters between 2012 and 2017 if no change had been made in 2015.

3. DEMOGRAPHIC OVERVIEW OF GWINNETT AND HENRY COUNTIES

13. State house district 105 is entirely located in Gwinnett County, Georgia which is part of the Atlanta-Sandy Springs-Roswell, Georgia Metropolitan Statistical Area. Based on Census data, the county has experienced rapid population growth over the past few decades. Between 1990 and 2000 the county's total population grew by nearly 67 percent, and between 2000 and 2010 it grew by just under 37 percent to a total population of 805,321 people (Appendix I, Table 1a). The American Community Survey estimate of the county's total population in 2016 was 907,135, meaning it increased an estimated 12.6 percent from 2010 to 2016 (Appendix I, Table 1b).

14. In addition to rapid population growth, Gwinnett County's total population is also becoming much more demographically diverse (Appendix I, Table 1a). In 1990 Gwinnett County was 89.4 percent non-Hispanic White but in 2010 the non-Hispanic White population accounted for only 44 percent of the county's total population. Between 2000 and 2010 the non-Hispanic White population fell by over 10 percent, while the non-Hispanic African American population grew by nearly 140 percent and accounted for nearly 23 percent of the county's total population in 2010. The county's non-Hispanic Asian population also doubled between 2000

and 2010, and accounted for 10.5 percent of the total population in 2010. The fastest growing demographic group between 2000 and 2010 were Hispanics which rose by nearly 153 percent. In 2010 Hispanics accounted for 20.1 percent of Gwinnett County's total population. Gwinnett County now has a majority-minority population. Notably, this rapid change continues with the American Community Survey one year estimate for 2016 indicating that Gwinnett County's non-Hispanic White population declined by -1.4 percent between 2010 and 2016, while its African American population grew by nearly 31 percent and its Hispanic population grew by nearly 16.5 percent during the same time period (Appendix I, Table 1b).

15. State house district 111 is entirely located in Henry County, Georgia, which is part of the Atlanta-Sandy Springs-Roswell, Georgia Metropolitan Statistical Area. The county has experienced extremely rapid population growth over the past few decades. Between 1990 and 2000 the county's total population grew over 103 percent, and between 2000 and 2010 it grew by just under 71 percent to 203,922 people (Appendix I, Table 2a). The American Community Survey estimate of the county's total population in 2016 was 221,768, meaning it grew by an estimated 8.7 percent from 2010 to 2016 (Appendix I, Table 2b).

16. In 1990, non-Hispanic Whites accounted for over 88 percent of Henry County's total population with their proportion falling to 52.5 percent in 2010 (Appendix I, Table 2a). While the non-Hispanic White population grew by 12.1 percent between 2000 and 2010, the number of non-Hispanic African Americans grew by nearly 325 percent during the same time period. Notably, while non-Hispanic African Americans constituted 10.3 percent of the county's total population in 1990, by 2010 they accounted for 36.3 percent of the total population. The fastest growing demographic subdivision in Henry County were Hispanics which rose by 338.8 percent between 2000 and 2010. While Hispanics were less than one percent of the county's population

in 1990, they were 5.8 percent of the total by 2010.  Notably, this rapid changed continues with the American Community Survey data estimating that Henry County's non-Hispanic White population declined by 6.0 percent between 2010 and 2016, while its African American population grew by nearly 26 percent and its Hispanic population grew by nearly 24.0 percent during the same time period.  Based on these trends, Henry County is also demographically majority-minority (Appendix I, Table 2b).

4. DEMOGRAPHIC CHANGES TO STATE HOUSE DISTRICTS 105 AND 111 In 2015 BASED ON CENSUS DATA

17.  The following analysis first examines state house district 105 demographically in 2012 and 2015 using census data.  That analysis is followed by the same focus on state house district 111.

State House District 105

18.  State house district 105 as constituted in 2012 is displayed in Figure 1 including the boundaries of other surrounding state house districts which abut on the district and the municipal boundaries for towns and cities having any portion of their areas in or near house district 105.  In 2012 state house district 105 shared common boundaries with state house districts 101, 102, 104, 106 and 114 (See Appendix II).

19.  Geographically, in 2012 state house district 105 split the towns of Lawrenceville (total population of 28,581 in 2010), Grayson (total population of 2,666 in 2010), and Snellville (total population of 18,271 in 2010).  The district also shares a common boundary with the town of Dacula which had a 2010 population of 4,442 (See Appendix III).

# Figure 1
# Georgia State House District 105 - 2012
### With Surrounding Districts and Municipal Boundaries



20.   Forty-three states including Georgia have a goal that redistricting plans preserve political subdivisions wherever possible in legislative redistricting (National Conference of State Legislatures 2009: 106-108).   The state's "Reapportionment Plan Guidelines" after the release of the 2010 census data stated that "effort may be made to maintain the integrity of political subdivisions . . ." (Georgia Municipal Association 2014: 16).   Although the Georgia guidelines do not specifically state that divisions of municipalities should be avoided, the ideal population size of a Georgia state house district is 53,820 people based upon the 2010 Census of Population and none of the three divided cities exceeds that total (9,687,653/180 seats = 53,820).

21.   Using 2010 census data, the total population of the original post-census version of state house district 105 was 53,718, 102 people or 0.20 percent less than the ideal population for a Georgia state house district, but well within expected parameters (Appendix I, Table 3).   The district was 44.2% non-Hispanic White, 34.5 percent non-Hispanic African American, 4.4 percent non-Hispanic Asian, and 14.1 percent Hispanic.

22.   As noted above, state house district 105 shares common boundaries with state house districts 101, 102, 104, 106 and 114.   All five of these districts have either a plurality or majority non-Hispanic White population.   Demographic data on these districts in provided in Appendix II.

23.   Redrawn state house district 105 as constituted in 2015 is displayed in Figure 2 including the boundaries of other surrounding state house districts and the municipal boundaries for towns located in the districts.   Thus, in 2015 redrawn state house district 105 shared common boundaries with state house districts 101, 102, 104, 106 and 114, the same list of districts as was the case in 2012 for the initial post-2010 census configuration of the district (See Appendix II).

# Figure 2

# Georgia State House District 105 - 2015

### With Surrounding Districts and Municipal Boundaries



24.  State house district 105 as redrawn in 2015 also included portions of the towns of Lawrenceville (total population of 28,581 in 2010), Grayson (total population of 2,666 in 2010), and Snellville (total population of 18,271 in 2010).  Notably, the majority-minority town of Lawrenceville was divided between a total of six Georgia state house districts (101, 102, 104, 105, 106, 107) in the 2015 plan, the same number as was the case in the 2012 plan.  The district also shares a common boundary with the city of Dacula which had a 2010 population of 4,442. As noted above, the ideal population size of a Georgia house district is 53,820 people and none of the three divided cities exceeds that total (See Appendix III).

25.  State house district 105 as redrawn in 2015 had a total population of 53,470 people, 248 or 0.5 percent fewer than in its initial post-census configuration in 2012 (Appendix I, Table 3).  While the district's population was 0.65 percent smaller than the ideal district population, it is well within expected norms.  Georgia state house district 105 in its 2015 configuration was 48.5 percent non-Hispanic White, 32.5 percent non-Hispanic African American, 4.1 percent non-Hispanic Asian, and 12.2 percent Hispanic.

26. All demographic changes to state house district 105 between its configuration in 2012 and 2015 involved moving people in and out of state house district 104 which abuts state house district 105 on its northern side.  In total 7,556 people were moved out of state house district 105 into state house district 104, and another 7,380 people were moved from state house district 104 into state house district 105.  Thus, in total 14,936 people were shifted between districts in the reconfiguration of state house district 105 in 2015 (Appendix I, Table 4).

27. As noted above, 7,556 people or the equivalent of 14 percent of district 105's total population in 2012 were moved out of state house district 105 and into state house district 104 (Appendix I,  Table 4).  This included 2,198 non-Hispanic Whites, 3,042 non-Hispanic African

Americans, 324 non-Hispanic Asians, and 162 people of Two or More Races not including Hispanics, and 1,779 Hispanics.

28. Also 7,380 people or the equivalent of nearly 14 percent of the district's total population in 2012 were moved out of state house district 104 and into state house district 105 in 2015 (Appendix I, Table 4). This included 4,432 non-Hispanic Whites, 1,912 non-Hispanic African Americans, 135 non-Hispanic Asians, 144 people of Two or More Races not including Hispanics, and 717 Hispanics.

29. As noted above, a total of 14,936 people were moved in the reconfiguration of state house district 105 in 2015. The population moved constituted 27.8 percent of state house district 105's total population in its design in 2012. The net impact of the population moving into state house district 105 from state district 104, and population moving from state house district 105 into state house district 104, is presented in Appendix I, Table 5. Among the eight demographic groups listed in the table, only non-Hispanic Whites had a sizeable increase in the revised 2015 version of state house district 105. The number of non-Hispanic Whites grew by 2,191 people or 9.2 percent. In contrast, the number of non-Hispanic African Americans declined by 1,137 individuals or by -6.1 percent, the number of non-Hispanic Asians declined by 199 individuals or -8.3 percent, and the number of Hispanics decreased by 1,073 individuals or -14.1 percent.

30. As a result of the addition of non-Hispanic Whites and removal of non-Hispanic African Americans, non-Hispanic Asians, and Hispanics, state house district 105 went from 44.2 percent non-Hispanic White in 2012 to 48.5 percent non-Hispanic White in 2015, an increase of 4.3 percentage points (Appendix I, Table 6). Also notable is that non-Hispanic African Americans declined by 2.0 percentage points and Hispanics declined by 1.9 percentage points.

State House District 111

31. State house district 111 in its original post-census configuration in 2012 is displayed in Figure 3 including the boundaries of other surrounding state house districts which abut on state house district 111 and the municipal boundaries for towns and cities having any portion of their areas located in or near house district 111. In 2012, state house district 111 shared common boundaries with state house districts 73, 76, 78, 90, 109, 110 and 130 (See Appendix III).

32. In its initial configuration in 2012, state house district 111 also included portions of the towns of Hampton (total population of 7,000 in 2010), Locust Grove (total population of 5,402 in 2010), Stockbridge (total population of 25,636 in 2010), and McDonough (total population of 22,084 in 2010). The district also shares a common boundary with Herron Bay, a census designated place, with a 2010 population of 3,384. Notably, the ideal population size for a Georgia state house district is 53,820 people based upon the 2010 Census of Population, and none of the four divided cities exceeds that total (See Appendix III).

33. The total population of Georgia state house district 111 as delineated in 2012 was 54,173, 353 people or 0.7% larger than the ideal population of a Georgia state house district (Appendix I, Table 7). In 2012 the district was 52.1% non-Hispanic White, 35.6% non-Hispanic African American, 3.3% non-Hispanic Asian and 6.4 percent Hispanic.

34. As noted above, the original post-census 2012 version of state house district 111 shared common boundaries with state house districts 73, 76, 78, 90, 109, 110 and 130. Notably, three of the seven districts abutting house district 111 in 2012 were majority African American (76, 78, and 90). These three majority African American districts were not altered when house district 111 was redrawn in 2015, but the other four majority non-Hispanic White districts abutting state house districts 111 were involved in the shifts of people in and out of state house

12

# Figure 3

# Georgia State House District 111 - 2012

### With Surrounding Districts and Municipal Boundaries



district 111 (See Appendix II).

35.   State house district 111 as constituted in 2015 is displayed in Figure 4 including the boundaries of other surrounding state house districts which abut on state house district 111 and the municipal boundaries for towns located in the districts.   In 2015 the redrawn district had common boundaries with state house districts 73, 78, 109, 110 and 130, two fewer districts than in 2012 (See Appendix II).

36.   State house district 111 as redrawn in 2015 also included portions of the three towns. Although the 2015 version of the district no longer divided Hampton, it continued to divide Locust Grove (total population of 5,402 in 2010), McDonough (total population of 22,084 in 2010) and Stockbridge (total population of 25,636 in 2010).   Notably, the majority-minority town of Stockbridge was divided between a total of five Georgia state house districts (76, 78, 90, 109, 111) in the 2015 plan, the same number as was the case in the 2012 plan (See Appendix III).

37.   State house district 111 as redrawn in 2015 had a total population of 54,282, 109 people or 0.2 percent greater than in its configuration in 2012.   State house district 111 in 2015 was 54.4 percent non-Hispanic White, 33.3 percent non-Hispanic African American, 3.7 percent non-Hispanic Asian, and 5.9 percent Hispanic (Appendix I, Table 7).

38.   The demographic change which occurred during the reconfiguration of state house district 111 in 2015 involved moving people out of state house district 111 to state house districts 73 and 109, and moving people into state house district 111 from state house districts 109, 110 and 130 (Appendix I, Table 8).   In total 15,746 people or 29.1 percent of the district's population in 2012 were moved out of state house district 111 in the redrawing of the district. Also, 15,398 people or 28.4 percent of state house district 111's total population in 2012 were

# Figure 4
# Georgia State House District 111 - 2015
#### With Surrounding Districts and Municipal Boundaries



moved into the district. In total, 31,144 people were moved from one state house district to another during the reconfiguration of state house district 111 in 2015. The total number of people moved between districts in the redrawing of state house district 111 in 2015 represents 57.5 percent of the district's 2012 population of 54,173 people.

39. The 15,746 people moved out of state house district 111 included 7,003 non-Hispanic Whites, 6,739 non-Hispanic African Americans, 472 non-Hispanic Asians, 45 people of Other Races not including Hispanics, 334 people of Two or More Races not including Hispanics, and 1,109 Hispanics (Appendix I, Table 8).

40. The 15,398 people moved into state house district 111 included 7,980 non-Hispanic Whites, 5,343 non-Hispanic African Americans, 698 non-Hispanic Asians, 146 individuals of Other Races not including Hispanics, 376 people of Two or More Races not including Hispanics, and 798 Hispanics (Appendix I, Table 8).

41. As noted above, 31,144 people were moved in the alteration of state house district 111 in 2015. The net impact of the population moving in and out of the district is presented in Appendix I, Table 9. The number of non-Hispanic Whites increased by 1,335 or 4.7 percent, while the number of non-Hispanic African Americans decreased by 1,251 or -6.5 percent. The number of non-Hispanic Asians increased by 240 people or 13.3 percent, while the number of Hispanics declined by 277 individuals or -7.9 percent.

42. The movement of people in and out of state house district 111 increased the non-Hispanic White proportion from 52.1 percent to 54.4 percent while decreasing the non-Hispanic African American population from 35.6 percent to 33.3 percent of the total district's population (Appendix I, Table 10). Additionally there was a small increase in the non-Hispanic Asian proportion of the population of 0.4 percentage points, and a decrease in the Hispanic population

of -0.5 percentage points.

5.VOTER REGISTRATION DATA ANALYSIS OF CHANGES TO HOUSE DISTRCTS 105
AND 111 BETWEEN 2012 AND 2015

43.   Georgia voter registration files for 2012, 2015 and 2017 were provided by the
Lawyers Committee for the purposes of this analysis.  To reiterate, the 2012 file was from
December 13, the 2015 file was from October 12, and the 2017 file was from March 13.
Although these records do not include the party affiliation of voters, registrants are asked to
indicate their race/ethnicity.  The race and ethnicity categories referred to here are those used by
the state of Georgia in its voter registration files.  The Georgia voter registration race and
ethnicity labels include an "Unknown" category for registrants not indicating their race or
ethnicity.  As a result, two sets of tables were created for the analysis of the voter registration
data.  While the first set includes all categories, the second deletes the "Unknown" subdivision to
highlight the change in the known categories (Appendix I, Tables 11a-16b; Appendix IV, Tables
1a-2b).

44.   The registration data also included each voter's address which makes it possible to
"geocode" or place each registered voter at a specific location on a map.  This in turn allows
voters to be placed in their state house districts before and after changes are made to district
boundaries.  The geocoding was completed at the University of Alabama Cartographic Research
Laboratory using a service offered by the Esri Corporation.  I first consider state house district
105 followed by a parallel examination of state house district 111.

State House District 105

45.  Based on the 2012 voter registration data, the original post-census version of house district 105 included 32,484 registered voters (Appendix I, Table 11a; Appendix IV, Table 1a). Caucasians constituted 47.9 percent of all registered voters in the district in 2012, while African Americans were 33.6 percent and Hispanics 4.5 percent of all registered voters.

46.  As noted above, state house district 105 was redrawn in 2015 with its total number of registered voters rising by 1,847 or by 5.7 percent when comparing the 2012 voter registration data with the mid-decade reconfigured district in 2015 (Appendix I, Table 11a).  Most notably the size of the Caucasian population grew by 1,278 registered voters (+8.2 percent), and their proportion of all registered voters rose from 47.9 percent to 49.1 percent, an increase of 1.2 percentage points.  Also, the number of African Americans decreased by 165 registered voters, and their proportion of the total dropped from 33.6 percent to 31.3 percent, a decrease of -2.3 percentage points.  Similarly, the number of Asians, Other Races, and Hispanics declined in absolute numbers.

47.  A total of 3,952 registered voters were moved out of house district 105 to house district 104 in the 2015 geographic modifications of the district (Appendix I, Table 12a).  This constituted 12.2 percent of all registered voters in the original post-census configuration of the district in 2012.  Caucasians constituted 30.6 percent of all of those moved out, while African Americans accounted for 44.8 percent of all of those moved to house district 104.  Nearly 1.5 times more African American registered voters were moved out of house district 105 than Caucasian registered voters.  Additionally, Hispanics accounted for 8.5 percent of those moved out of house district 105.

48.  A total of 4,718 registered voters were moved into house district 105 from house

district 104 (Appendix I, Table 12a). This number is 14.5 percent of all registered voters in the original post-census version of the district in 2012. While African Americans accounted for 19.5 percent of those moved into house district 105, 3,032 Caucasians were moved in to the district as well and constituted 64.3 percent of all registered voters moved into the mid-decade reconfiguration of the district in 2015. Nearly 3.3 times more Caucasian registered voters were moved into the district than African American registered voters in the reconfiguration process.

49. As noted above the geocoded voter registration data allows us to determine the racial and ethnic mix of registered voters under different configurations of a district (Appendix IV, Table 1a). Thus, what would state house district 105's racial and ethnic mix of registered voters have been in 2017 if its 2012 boundaries had remained the same? If state house district 105's boundaries had not been changed in 2015 it would have experienced a significant decrease in Caucasian voters and increases in African American, Asian, Native American, Other Races, Race/Ethnicity Unavailable and Hispanic registered voters (Appendix I, Table 13a).

50. In 2012, 47.9 percent of all registered voters in state house district 105 were Caucasian (Appendix I, Table 13a). If its boundaries had not been altered in 2015, the state house district's Caucasian population would have fallen to 42.9 percent of the total in 2017, a decrease of -5.0 percentage points. In total the Caucasian population of registered voters would have decreased by -7.6 percent between 2012 and 2017 had the state house district's boundaries not been altered in 2015.

51. If state house district 105's boundaries had not been changed in 2015, its number of African American, Asian, Native American, Other Races, Race/Ethnicity Unavailable and Hispanic registered voters would have all risen (Appendix I, Table 13a). The African American number of registered voters would have risen by 870, or 9.9 percent from 2012 to 2017, the

number of Hispanic registered voters would have risen by 329 or 22.3 percent, and the number of Asian registered voters would have risen by 179 or 23.3 percent.

State House District 111

52. Based upon the 2012 voter registration file the original post-census version of house district 111 had a total of 38,243 registered voters (Appendix I, Table 14a; Appendix IV, Table 2a). At the time Caucasians constituted 50.8 percent of all registered voters. In 2012 African Americans were 34.6 percent, Asians were 1.5 percent and Hispanics were 2.4 percent of all registered voters in the district.

53. State house district 111 was redrawn in 2015 and its total number of registered voters rose 1,726 or 4.5 percent. (Appendix I, Table 14a). The number of African American, Asian, Native American, Other Races and Hispanic registered voters in the 2015 version of state house district 111 increased over their numbers in the 2012 district's configuration.

54. A total of 10,488 registered voters were moved to house districts 73 and 109 from house district 111 when the district was reconfigured in 2015 (Appendix I, Table 15a). This constitutes 27.4 percent of all registered voters in the 2012 version of the district. A total of 4,426 Caucasians and 4,502 African Americans were moved out of house district 111 to house district 73 and 109. Over 85 percent of all registered voters moved out of house district 111 were either Caucasian or African American.

55. A total of 10,828 registered voters were moved into house district 111 from state house districts 109, 110 and 130 when the district was reconfigured in 2015 (Appendix I, Table 15a). This constitutes the movement of 28.3 percent of all registered voters in house district 111 when it was originally created in 2012. A total of 5,012 Caucasians and 3,829 African

Americans were moved into house district 111. While African Americans accounted for 35.4 percent of those moved in to the district, Caucasians constituted 46.3 percent of those moved into the district. Thus, 76 more African Americans than Caucasians were moved out of the district during its reconfiguration, and 1,183 more Caucasians than African Americans were moved into the district in 2015.

56. As noted earlier, the geocoded registered voter data allows us to determine the racial and ethnic mix of registered voters under different configurations of a district (Appendix I, Table 16a; Appendix IV, Table 2a). In 2012 Caucasians constituted 50.8 percent of the registered voters in house district 111. If the boundaries had not been altered in 2015, this proportion would have dropped to 44.6 percent by 2017. Notably, the number of Caucasian registered voters would have dropped in state house district 111 by 850 or -4.4 percent had the district not been redrawn. The proportion of all registered voters that were African American would have increased from 34.6 percent to 39.5 percent of the total had the 2012 district not been altered in 2015. The proportion of Asians, Native Americans, Other Races, Race/Ethnicity "Unknown" and Hispanics would have also accounted for a larger percentage of all registered voters if the configuration of state house 111 had not been changed in 2015.

## CONCLUSIONS

57. Both Georgia state house districts 105 and 111 were redrawn after the release of the 2010 PL 94-171 data prior to the 2012 elections and then again in 2015 prior to the 2016 elections.

58. Based on Census data, in total 14,936 people were moved between districts in the reconfiguration of state house district 105 in 2015, or the equivalent of 28 percent of an ideally

populated district based on the 2010 census.

59.   Based on Census data, in 2015 state house district 105's non-Hispanic White population was increased by 9.2 percent in the 2015 redistricting.  In contrast the district's non-Hispanic African American population was decreased by 6.1 percent and its Hispanic population was reduced by 14.1 percent.  As a result, house district 105's non-Hispanic White population rose by 4.3 percentage points to 48.5 percent, while its non-Hispanic African American population fell by two percentage points to 2.5 percent, and its Hispanic population fell by 1.9 percentage points to 12.2 percent of the total population as a result of changes made in 2015 to its geographic configuration.

60.   Based on voter registration data, 47.9 percent of all registered voters in state house district 105 were Caucasian in 2012.  Had no redistricting occurred in 2015 and had the 2012 configuration remained in effect, in 2017 state house district 105's Caucasian voters would have declined to 42.9 percent of all registered voters in the district.  The redistricting in 2015 increased the Caucasian proportion to 49.1 percent based on the 2015 voter registration file.

61.   Based on Census data, in total 31,144 people were shifted in the 2015 redistricting of state house district 111.  This number constitutes nearly 58 percent of the population of an ideally populated Georgia district (total population / number of seats).

62.   Based on Census data, in the 2015 reconfiguration of state house district 111 the district's non-Hispanic White population was increased by 4.7 percent, while its non-Hispanic African American population was decreased by 6.5 percent and its Hispanic population was reduced by 7.9 percent.  These changes meant that state house district 111's non-Hispanic White population rose by 2.3 percentage points to 54.4 percent of the total, while its non-Hispanic African American population fell by 4.7 percentage points to 33.3 percent of the total.

22

63.  In 2012, 50.8 percent of house district 111's registered voters were Caucasian.  If no geographic change had occurred to state house district 111 in 2015, by 2017 house district 111 would have been 44.6 percent Caucasian.  The 2015 redistricting of state house district 111 increased the Caucasian proportion to 48.7 percent based on the 2015 voter registration file.

References

Georgia Municipal Association 2014. Georgia Municipal Redistricting Guide, Appendix D, "Reapportionment Plan Guidelines for Georgia General Assembly," p. 16.

National Conference of State Legislatures 2009. Redistricting Law 2010. Washington, D.C.: National Conference of State Legislatures.  Table 8, pp. 106-108.

Spielman, S.E., Folch, D., Nagle, N. 2014.  "Causes and Patterns of Uncertainty in the American Community Survey," *Applied Geography*, 46: 147-157.

United States Bureau of the Census 2010a. Table P3 – RACE - 2010 Census Summary File 1. (https://factfinder.census.gov/faces/affhelp/jsf/pages/metadata.xhtml?lang=en&type=table&id=table.en.DEC_10_SF1_P3#main_content).

United States Bureau of the Census 2010b. Table P9 – HISPANIC OR LATINO, AND NOT HISPANIC OR LATINO BY RACE – 2010 Census Summary File 1. (https://factfinder.census.gov/faces/affhelp/jsf/pages/metadata.xhtml?lang=en&type=table&id=table.en.DEC_10_SF1_P9#main_content)

I declare under penalty of perjury the foregoing is true and correct.  Executed this 21st day of December 2017.

Gerald R. Webster

# APPENDIX I

Table 1a: Demographic Overview of Gwinnett County, 1990 to 2010

| Subdivision | Total Number/ Percent 1990 | Total Number/ Percent 2000 | Total Number/ Percent 2010 | Total Absolute Change 2000-2010 | Percent Change 2000-2010 |
|---|---|---|---|---|---|
| NH* Whites | 315,548 89.4% | 394,164 67.0% | 354,316 44.0% | -39,848 | -10.1% |
| NH African Americans | 17,971 5.1% | 76,837 13.1% | 184,122 22.9% | 107,285 | 139.6% |
| NH Asians | 10,115 2.9% | 42,180 7.2% | 84,763 10.5% | 42,583 | 101.0% |
| NH Native American | 681 0.2% | 1,057 0.2% | 1,535 0.2% | 478 | 45.2% |
| NH Pacific Islanders | Un-available** | 211 0.04% | 343 0.04% | 132 | 62.6% |
| NH Other Races | 125 0.03% | 1,099 0.2% | 2,489 0.3% | 1,390 | 126.5% |
| NH Two or More Races | Un-available** | 8,763 1.5% | 15,718 1.9% | 6,955 | 79.4% |
| Hispanics*** | 8,470 2.4% | 64,137 10.9% | 162,035 20.1% | 97,898 | 152.6% |
| **Total** | 352,910 | 588,449 | 805,321 | 216,872 | 36.9% |

* NH is "Non-Hispanic."
**The Census did not track multiple races before 2000, and non-Hispanic Asian and Pacific Islanders were grouped together in the 1990 data.
***Hispanics may be of any race.
SOURCE: Calculated from data available in the 2010 Census Summary File 1, Table DP-1.

Table 1b. Gwinnett County Demographic Change, 2010 to 2016*

| Category | Number 2010 | Number 2016 | Percent Change |
|---|---|---|---|
| White Alone | 429,563 | 438,099 | 2.0% |
| Black or African American Alone | 190,167 | 248,723 | 30.8% |
| American Indian or Alaska Native Alone | 4,038 | 1,346 | -66.7% |
| Asian alone | 85,292 | 103,900 | 21.8% |
| Native Hawaiian or Pacific Islander Alone | 477 | 82 | -82.8% |
| Some Other Race Alone | 70,492 | 88,207 | 25.1% |
| Two or More Races | 25,292 | 26,778 | 5.9% |
| **TOTAL:** | 805,321 | 907,135 | 12.6% |
| | | | |
| Hispanics | 162,035 | 188,684 | 16.5% |
| Non-Hispanic Whites | 354,316 | 349,247 | -1.4% |

*Unlike the decennial census which is based on a complete enumeration of the population, the American Community Survey (ACS) data such as the 2016 one-year estimate are based on a sample. As a result, values are not produced for geographic areas with small populations and small demographic categories. Thus, non-Hispanic racial category estimates are limited in the ACS one-year estimates and are only available for Non-Hispanic Whites. Hence, Hispanics cannot be separated out as a distinct category from all other subdivisions. See Spielman et al., 2014.
Source: 2010 Census Summary File 1. Table P3: RACE on American Fact Finder, 2016 American Community Survey 1-Year Estimates. Table B02001: RACE on American Fact Finder, and U.S. Census Bureau QuickFacts, Population Estimates for Gwinnett County, July 1, 2016.

Table 2a: Demographic Overview of Henry County, 1990 to 2010

| Subdivision | Total Number 1990 | Total Number 2000 | Total Number 2010 | Total Absolute Change 2000-2010 | Percent Change 2000-2010 |
|---|---|---|---|---|---|
| NH* Whites | 51,807 88.2% | 95,550 80.1% | 107,083 52.5% | 11,533 | 12.1% |
| NH African Americans | 6,041 10.3% | 17,435 14.6% | 74,056 36.3% | 56,621 | 324.8% |
| NH Asians | 323 0.5% | 2,062 1.7% | 5,902 2.9% | 3,840 | 186.2% |
| NH Native Americans | 107 0.2% | 245 0.2% | 482 0.2% | 237 | 96.7% |
| NH Pacific Islanders | Un-available** | 45 0.04% | 110 0.05% | 65 | 144.4% |
| NH Other Races | 0 | 162 0.01% | 504 0.3% | 342 | 211.1% |
| NH Two or More Races | Un-available** | 1,150 1.0% | 3,972 1.9% | 2,822 | 245.4% |
| Hispanics*** | 463 0.8% | 2,692 2.2% | 11,813 5.8% | 9,121 | 338.8% |
| **Total** | 58,741 | 119,341 | 203,922 | 84,581 | 70.9% |

* NH is "Non-Hispanic."
**The Census did not track multiple races before 2000, and non-Hispanic Asian and Pacific Islanders were grouped together in the 1990 data.
***Hispanics may be of any race.
SOURCE: Calculated from data available in the 2010 Census Summary File 1, Table DP-1.

Table 2b. Henry County Demographic Change, 2010 to 2016*

| Category | Number 2010 | Number 2016 | Percent Change |
|---|---|---|---|
| White Alone | 112,201 | 110,602 | -1.4% |
| Black or African American Alone | 75,277 | 94,657 | 25.7% |
| American Indian or Alaska Native Alone | 555 | 0 | -100.0% |
| Asian Alone | 5,968 | 7,935 | 33.0% |
| Native Hawaiian or Pacific Islander Alone | 129 | 0 | -100.0% |
| Some Other Race Alone | 4,815 | 2,709 | -43.7% |
| Two or More Races | 4,977 | 5,865 | 17.8% |
| **TOTAL:** | 203,922 | 221,768 | 8.7% |
| | | | |
| Hispanics | 11,813 | 14,637 | 23.9% |
| Non-Hispanic Whites | 107,083 | 100,683 | -6.0% |

*Unlike the decennial census which is based on a complete enumeration of the population, the American Community Survey (ACS) data such as the 2016 one-year estimate are based on a sample. As a result, values are not produced for geographic areas with small populations and small demographic categories. Thus, non-Hispanic racial category estimates are limited in the ACS one-year estimates and are only available for Non-Hispanic Whites. Hence, Hispanics cannot be separated out as a distinct category from all other subdivisions. See Spielman et al., 2014.
Source: 2010 Census Summary File 1. Table P3: RACE on American Fact Finder,
2016 American Community Survey 1-Year Estimates. Table B02001: RACE on American Fact Finder, and U.S. Census Bureau QuickFacts, Population Estimates for Gwinnett County, July 1, 2016.

Table 3: Race and Ethnicity in HD 105 as Configured in 2012 and 2015

| Subdivision | Number 2012 Plan | Percent 2012 Plan | Number 2015 Plan | Percent 2015 Plan |
|---|---|---|---|---|
| NH Whites | 23,752 | 44.2% | 25,943 | 48.5% |
| NH African Americans | 18,522 | 34.5% | 17,385 | 32.5% |
| NH Asians | 2,387 | 4.4% | 2,188 | 4.1% |
| NH Native American | 108 | 0.2% | 116 | 0.2% |
| NH Pacific Islander | 21 | 0.04% | 10 | 0.02% |
| NH Other Races | 267 | 0.5% | 259 | 0.5% |
| NH Two or More Races | 1,072 | 2.0% | 1,053 | 2.0% |
| Hispanics* | 7,589 | 14.1% | 6,516 | 12.2% |
| **Total** | 53,718 | 100.0% | 53,470 | 100.0% |

*Hispanics may be of any race.
Source: Calculated from data available in the 2010 United States Census.

Table 4: Race and Ethnicity of People Moved Out and In of HD 105 in 2015 Reconfiguration

| Subdivision | Number Moved Out** | Percent of Total Moved Out | Number Moved In** | Percent of Total Moved In |
|---|---|---|---|---|
| NH Whites | 2,198 | 29.1% | 4,432 | 60.0% |
| NH African Americans | 3,042 | 40.3% | 1,912 | 25.9% |
| NH Asians | 324 | 4.3% | 135 | 1.8% |
| NH Native American | 6 | 0.08% | 14 | 0.2% |
| NH Pacific Islander | 11 | 0.1% | 0 | 0.2% |
| NH Other Races | 34 | 0.4% | 26 | 0.3% |
| NH Two or More Races | 162 | 2.1% | 144 | 1.9% |
| Hispanics* | 1,779 | 23.5% | 717 | 9.7% |
| **Total** | 7,556 | 100.0% | 7,380 | 100.0% |

*Hispanics may be of any race.
**All movements were between HD 104 and 105.
Source: Calculated from data available in the 2010 United States Census.

Table 5: Absolute Change in Demographic Groups Between HD 105 in 2012 and 2015

| Subdivision | Number 2012 District | Number 2015 District | Absolute and Percent Change |
|---|---|---|---|
| NH Whites | 23,752 | 25,943 | +2,191   +9.2% |
| NH African Americans | 18,522 | 17,385 | -1,137   -6.1% |
| NH Asians | 2,387 | 2,188 | -199    -8.3% |
| NH Native Americans | 108 | 116 | +8    +7.4% |
| NH Pacific Islanders | 21 | 10 | -11  -52.4% |
| NH Other Races | 267 | 259 | -8    -3.0% |
| NH Two or More Races | 1,072 | 1,053 | -19   -1.8% |
| Hispanic* | 7,589 | 6,516 | -1,073  -14.1% |
| **Total** | 53,718 | 53,470 | -248    -0.5% |

*Hispanics may be of any race.
Source: Calculated from data available in the 2010 United States Census.


Table 6: Percentage Point Change in Demographic Groups Between HD 105 in 2012 and 2015

| Subdivision | Percent 2012 District | Percent 2015 District | Percentage Point Change** |
|---|---|---|---|
| NH Whites | 44.2% | 48.5% | +4.3 |
| NH African Americans | 34.5% | 32.5% | -2.0 |
| NH Asians | 4.4% | 4.1% | -0.3 |
| NH Native Americans | 0.2% | 0.2% | 0.0 |
| NH Pacific Islanders | 0.04% | 0.02% | -0.02 |
| NH Other Races | 0.5% | 0.5% | 0.0 |
| NH Two or More Races | 2.0% | 2.0% | 0.0 |
| Hispanics* | 14.1% | 12.2% | -1.9 |
| **Total** | 100.0% | 100.0% | |

*Hispanics may be of any race.
**Percent 2015 – Percent 2012 =
Source: Calculated from data available in the 2010 United States Census.

Table 7 Race and Ethnicity in HD 111 as Configured in 2012 and 2015

| Subdivision | Number 2012 Plan | Percent 2012 Plan | Number 2015 Plan | Percent 2015 Plan |
|---|---|---|---|---|
| NH Whites | 28,211 | 52.1% | 29,546 | 54.4% |
| NH African Americans | 19,307 | 35.6% | 18,056 | 33.3% |
| NH Asians | 1,798 | 3.3% | 2,038 | 3.7% |
| NH Native American | 122 | 0.2% | 132 | 0.2% |
| NH Pacific Islander | 38 | 0.07% | 43 | 0.08% |
| NH Other Races | 149 | 0.3% | 156 | 0.3% |
| NH Two or More Races | 1,057 | 1.9% | 1,094 | 2.0% |
| Hispanics* | 3,491 | 6.4% | 3,217 | 5.9% |
| **Total** | 54,173 | 100.0% | 54,282 | 100.0% |

*Hispanics may be of any race.
Source: Calculated from data available in the 2010 United States Census.

Table 8: Race and Ethnicity of People Moved Out of HD 111 in 2015

| Subdivision | Number Moved Out To ____ | Percent of Total Moved Out | Number Moved In From ____ | Percent of Total Moved In |
|---|---|---|---|---|
| NH Whites | HD 73 – 2,638<br>HD 109 – 4,365<br>TOTAL: 7,003 | 44.5% | HD 109 – 2,145<br>HD 110 – 2,361<br>HD 130 – 3,474<br>TOTAL: 7,980 | 51.8% |
| NH African Americans | HD 73 – 1,614<br>HD 109 – 5,125<br>TOTAL: 6,739 | 42.8% | HD 109 – 2,789<br>HD 110 – 1,477<br>HD 130 – 1,077<br>TOTAL: 5,343 | 34.7% |
| NH Asians | HD 73 – 154<br>HD 109 – 318<br>TOTAL: 472 | 3.0% | HD 109 – 626<br>HD 110 – 39<br>HD 130 – 33<br>TOTAL: 698 | 4.5% |
| NH Native American | HD 73 – 14<br>HD 109 – 28<br>TOTAL: 42 | 0.3% | HD 109 – 22<br>HD 110 – 12<br>HD 130 – 16<br>TOTAL: 50 | 0.3% |
| NH Pacific Islander | HD 73 – 0<br>HD 109 – 2<br>TOTAL: 2 | 0.01 | HD 109 – 6<br>HD 110 – 0<br>HD 130 – 1<br>TOTAL: 7 | 0.05% |
| NH Other Races | HD 73 – 9<br>HD 109 36<br>TOTAL: 45 | 0.3% | HD 109 – 26<br>HD 110 – 10<br>HD 130 – 110<br>TOTAL: 146 | 0.9% |
| NH Two or More Races | HD 73 – 96<br>HD 109 – 238<br>TOTAL: 334 | 2.1% | HD 109 – 172<br>HD 110 – 79<br>HD130 – 125<br>TOTAL: 376 | 2.4% |
| Hispanics* | HD 73 – 233<br>HD 109 – 876<br>TOTAL: 1,109 | 7.0% | HD 109 – 360<br>HD 110 – 225<br>HD 130 – 213<br>TOTAL: 798 | 5.2% |
| **Total** | 15,746 | 100.0% | 15,398 | 100.0% |

*Hispanics may be of any race.
Source: Calculated from data available in the 2010 United States Census.

Table 9: Absolute Change in Demographic Groups Between HD 111 in 2012 and 2015

| Subdivision | Number 2012 | Number 2015 | Absolute and Percent Change |
|---|---|---|---|
| NH Whites | 28,211 | 29,546 | +1,335  +4.7% |
| NH African Americans | 19,307 | 18,056 | -1,251  -6.5% |
| NH Asians | 1,798 | 2,038 | +240   +13.3% |
| NH Native American | 122 | 132 | +10  +8.2% |
| NH Pacific Islanders | 38 | 43 | +5  +13.2% |
| NH Other Races | 149 | 156 | 0   0.0% |
| NH Two or More Races | 1,057 | 1,094 | +38  +3.6% |
| Hispanics* | 3,491 | 3,217 | -277  -7.9% |
| Total | 54,173 | 54,282 | +109   +0.2% |

*Hispanics may be of any race.
Source: Calculated from data available in the 2010 United States Census.

Table 10 Percentage Point Change in Demographic Groups Between HD 111 in 2012 and 2015

| Subdivision | Percent 2012 | Percent 2015 | Percentage Point Change** |
|---|---|---|---|
| NH Whites | 52.1% | 54.4% | +2.3 |
| NH African Americans | 35.6% | 33.3% | -4.7 |
| NH Asians | 3.3% | 3.7% | +0.4 |
| NH Native American | 0.2% | 0.2% | 0.0 |
| NH Pacific Islanders | 0.07% | 0.08% | +0.01 |
| NH Other Races | 0.3% | 0.3% | 0.0 |
| NH Two or More Races | 1.9% | 2.0% | +0.1 |
| Hispanics* | 6.4% | 5.9% | -0.5 |
| Total | 100.0% | 100.0% | |

*Hispanics may be of any race.
** Percent 2015 – Percent 2012 =
Source: Calculated from data available in the 2010 United States Census.

Table 11a: Registered Voters By Race/Ethnicity in House District 105 in 2012 and 2015

| Subdivision* | Number 2012, 2012 District (% total) | Number 2015, 2015 District (% total) |
|---|---|---|
| Caucasians | 15,570 (47.9%) | 16,848 (49.1%) |
| African Americans | 10,908 (33.6%) | 10,743 (31.3%) |
| Asians | 767 (2.4%) | 757 (2.2%) |
| Native Americans | 16 (0.05%) | 35 (0.1%) |
| Others | 743 (2.3%) | 739 (2.1%) |
| Hispanics | 1,475 (4.5%) | 1,412 (4.1%) |
| Unknown | 3,005 (9.3%) | 3,797 (11.1%) |
| **Total** | 32,484 | 34,331 |

*Race/ethnic categories used by Georgia in their voter registration files.  Categories are self-selected by the voter while registering.
Source: Calculated from data available in the Georgia voter registration files from December 13, 2012 and October 12, 2015.

Table 11b: Registered Voters By Race/Ethnicity Without Unknown Category in House District 105 in 2012 and 2015

| Subdivision* | Number 2012, 2012 District (% total) | Number 2015, 2015 District (% total) |
|---|---|---|
| Caucasians | 15,570 (52.8%) | 16,848 (55.2%) |
| African Americans | 10,908 (37.0%) | 10,743 (35.2%) |
| Asians | 767 (2.6%) | 757 (2.5%) |
| Native Americans | 16 (0.05%) | 35 (0.1%) |
| Others | 743 (2.5%) | 739 (2.4%) |
| Hispanics | 1,475 (5.0%) | 1,412 (4.6%) |
| **Total** | 29,479 | 30,534 |

*Race/ethnic categories used by Georgia in their voter registration files.  Categories are self-selected by the voter while registering.
Source: Calculated from data available in the Georgia voter registration files from December 13, 2012 and October 12, 2015.

Table 12a: Race and Ethnicity of Registered Voters Moved Out of House District 105 to House District 104 in 2015

| Subdivision* | Number Moved Out** | Percent of Total Moved Out | Number Moved In** | Percent of Total Moved In |
|---|---|---|---|---|
| Caucasians | 1,208 | 30.6% | 3,032 | 64.3% |
| African Americans | 1,771 | 44.8% | 921 | 19.5% |
| Asians | 131 | 3.3% | 52 | 1.1% |
| Native American | 2 | 0.05% | 7 | 0.1% |
| Others | 95 | 2.4% | 69 | 1.5% |
| Hispanics | 336 | 8.5% | 147 | 3.1% |
| Unknown | 409 | 10.3% | 490 | 10.4% |
| **Total** | 3,952 | 100.0% | 4,718 | 100.0% |

*Race/ethnic categories used by Georgia in their voter registration files. Categories are self-selected by the voter while registering.

**All registered voters moved in the reconfiguration of HD 105 were traded between it and HD 104.

Source: Calculated from data available in the Georgia voter registration files from December 13, 2012.

Table 12b: Race and Ethnicity of Registered Voters Without Unknown Category Moved Out of House District 105 to House District 104 in 2015

| Subdivision* | Number Moved Out** | Percent of Total Moved Out | Number Moved In** | Percent of Total Moved In |
|---|---|---|---|---|
| Caucasians | 1,208 | 34.1% | 3,032 | 71.7% |
| African Americans | 1,771 | 50.0% | 921 | 21.8% |
| Asians | 131 | 3.7% | 52 | 1.2% |
| Native American | 2 | 0.05% | 7 | 0.2% |
| Others | 95 | 2.7% | 69 | 1.6% |
| Hispanics | 336 | 9.5% | 147 | 3.5% |
| **Total** | 3,543 | 100.0% | 4,228 | 100.0% |

*Race/ethnic categories used by Georgia in their voter registration files. Categories are self-selected by the voter while registering.
**All registered voters moved in the reconfiguration of HD 105 were traded between it and HD 104.
Source: Calculated from data available in the Georgia voter registration files from December 13, 2012.


Table 13a: Registered Voters By Race/Ethnicity in House District 105 with the 2012 Boundaries and 2012 and 2017 Registration Data

| Subdivision* | Number 2012, 2012 District (% total) | Number 2017, 2012 District (% total) | Absolute and Percent Change |
|---|---|---|---|
| Caucasians | 15,570 (47.9%) | 14,384 (42.9%) | -1,186 -7.6% |
| African Americans | 10,908 (33.6%) | 11,778 (35.1%) | +870 +9.9% |
| Asians | 767 (2.4%) | 946 (2.8%) | +179 +23.3% |
| Native Americans | 16 (0.05%) | 39 (0.1%) | +23 +143.7% |
| Others | 743 (2.3%) | 804 (2.4%) | +61 +8.2% |
| Hispanics | 1,475 (4.5%) | 1,804 (5.4%) | +329 +22.3% |
| Unknown | 3,005 (9.2%) | 3,752 (11.2%) | +747 +24.9% |
| **Total** | 32,484 | 33,507 | +1,023 +3.1% |

*Race/ethnic categories used by Georgia in their voter registration files. Categories are self-selected by the voter while registering.
Source: Calculated from data available in the Georgia voter registration files from December 13, 2012, and March 17, 2017.

Table 13b: Registered Voters By Race/Ethnicity Without Unknown Category in House District 105 with the 2012 Boundaries and 2012 and 2017 Registration Data

| Subdivision* | Number 2012, 2012 District (% total) | Number 2017, 2012 District (% total) | Absolute and Percent Change |
|---|---|---|---|
| Caucasians | 15,570 (52.8%) | 14,384 (48.3%) | -1,186  -7.6% |
| African Americans | 10,908 (37.0%) | 11,778 (39.6%) | +870  +9.9% |
| Asians | 767 (2.6%) | 946 (3.2%) | +179  +23.3% |
| Native Americans | 16 (0.05%) | 39 (0.1%) | +23  +143.7% |
| Others | 743 (2.5%) | 804 (2.7%) | +61  +8.2% |
| Hispanics | 1,475 (5.0%) | 1,804 (6.1%) | +329  +22.3% |
| **Total** | 29,479 | 29,755 | +276  +0.9% |

*Race/ethnic categories used by Georgia in their voter registration files.  Categories are self-selected by the voter while registering.
Source: Calculated from data available in the Georgia voter registration files from December 13, 2012, and March 17, 2017.

Table 14a: Registered Voters By Race/Ethnicity in House District 111 in 2012 and 2015

| Subdivision* | Number 2012, 2012 District (% total) | Number 2015, 2015 District (% total) |
|---|---|---|
| Caucasians | 19,417 (50.8%) | 19,470 (48.7%) |
| African Americans | 13,237 (34.6%) | 13,764 (34.4%) |
| Asians | 557 (1.5%) | 752 (1.9%) |
| Native Americans | 4 (0.01%) | 10 (0.03%) |
| Others | 855 (2.2%) | 960 (2.4%) |
| Hispanics | 915 (2.4%) | 1,001 (2.5%) |
| Unknown | 3,258 (8.5%) | 4,012 (10.0%) |
| **Total** | 38,243 | 39,969 |

*Race/ethnic categories used by Georgia in their voter registration files.  Categories are self-selected by the voter while registering.
Source: Calculated from data available in the Georgia voter registration files from December 13, 2012 and October 12, 2015.

Table 14b: Registered Voters By Race/Ethnicity Without Unknown
Category in House District 111 in 2012 and 2015

| Subdivision* | Number 2012, 2012 District (% total) | Number 2015, 2015 District (% total) |
|---|---|---|
| Caucasians | 19,417 (55.5%) | 19,470 (54.2%) |
| African Americans | 13,237 (37.8%) | 13,764 (38.3%) |
| Asians | 557 (1.6%) | 752 (2.1%) |
| Native Americans | 4 (0.01%) | 10 (0.03%) |
| Others | 855 (2.4%) | 960 (2.7%) |
| Hispanics | 915 (2.6%) | 1,001 (2.8%) |
| **Total** | 34,985 | 35,957 |

*Race/ethnic categories used by Georgia in their voter registration files.  Categories are self-
selected by the voter while registering.
Source: Calculated from data available in the Georgia voter registration files from December 13,
2012 and October 12, 2015.

Table 15a: Race and Ethnicity of Registered Voters Moved Out of and In to House District 111 in 2015

| Subdivision* | Number Moved Out of HD 111 To____ | Percent of Total Moved Out of HD 111 To _____ | Number Moved Into HD 111 From | Percent of Total Moved Into HD 111 From |
|---|---|---|---|---|
| Caucasians | HD 73 – 1,742<br>HD 109 – 2,684<br>TOTAL: 4,426 | 42.2% | HD 109 – 1,556<br>HD 110 – 1,589<br>HD 130 – 1,867<br>TOTAL: 5,012 | 46.3% |
| African Americans | HD 73 – 1,091<br>HD 109 – 3,411<br>TOTAL: 4,502 | 42.9% | HD 109 – 2,154<br>HD 110 – 999<br>HD 130 – 676<br>TOTAL: 3,829 | 35.4% |
| Asians | HD 73 – 50<br>HD 109 – 93<br>TOTAL: 143 | 1.4% | HD 109 – 232<br>HD 110 – 15<br>HD 130 – 13<br>TOTAL: 260 | 2.4% |
| Native American | HD 73 – 0<br>HD 109 – 2<br>TOTAL: 2 | 0.02% | HD 109 – 2<br>HD 110 – 0<br>HD 130 – 1<br>TOTAL: 3 | 0.03% |
| Others | HD 73 – 65<br>HD 109 – 171<br>TOTAL: 236 | 2.2% | HD 109 – 163<br>HD 110 – 67<br>HD 130 – 62<br>TOTAL: 292 | 2.7% |
| Hispanics | HD 73 – 70<br>HD 109 – 189<br>TOTAL: 259 | 2.5% | HD 109 – 119<br>HD 110 – 71<br>HD 130 – 66<br>TOTAL: 256 | 2.4% |
| Unknown | HD 73 – 259<br>HD 109 – 661<br>TOTAL - 920 | 8.8% | HD 109 – 536<br>HD 110 – 335<br>HD 130 – 305<br>TOTAL – 1,176 | 10.9% |
| **Total** | 10,488 | 100.0% | 10,828 | 100.0% |

*Race/ethnic categories used by Georgia in their voter registration files.  Categories are self-selected by the voter while registering.
Source: Calculated from data available in the Georgia voter registration files from December 13, 2012.

Table 15b: Race and Ethnicity of Registered Voters Without Unknown Category Moved Out of and In to House District 111 in 2015

| Subdivision* | Number Moved Out of HD 111 To____ | Percent of Total Moved Out of HD 111 To _____ | Number Moved Into HD 111 From ___ | Percent of Total Moved Into HD 111 From ____ |
|---|---|---|---|---|
| Caucasians | HD 73 – 1,742<br>HD 109 – 2,684<br>TOTAL: 4,426 | 46.3% | HD 109 – 1,556<br>HD 110 – 1,589<br>HD 130 – 1,867<br>TOTAL: 5,012 | 51.9% |
| African Americans | HD 73 – 1,091<br>HD 109 – 3,411<br>TOTAL: 4,502 | 47.0% | HD 109 – 2,154<br>HD 110 – 999<br>HD 130 – 676<br>TOTAL: 3,829 | 39.7% |
| Asians | HD 73 – 50<br>HD 109 – 93<br>TOTAL: 143 | 1.5% | HD 109 – 232<br>HD 110 – 15<br>HD 130 – 13<br>TOTAL: 260 | 2.7% |
| Native American | HD 73 – 0<br>HD 109 – 2<br>TOTAL: 2 | 0.02% | HD 109 – 2<br>HD 110 – 0<br>HD 130 – 1<br>TOTAL: 3 | 0.03% |
| Others | HD 73 – 65<br>HD 109 – 171<br>TOTAL: 236 | 2.5% | HD 109 – 163<br>HD 110 – 67<br>HD 130 – 62<br>TOTAL: 292 | 3.0% |
| Hispanics | HD 73 – 70<br>HD 109 – 189<br>TOTAL: 259 | 2.7% | HD 109 – 119<br>HD 110 – 71<br>HD 130 – 66<br>TOTAL: 256 | 2.6% |
| **Total** | 9,568 | 100.0% | 9,652 | 100.0% |

*Race/ethnic categories used by Georgia in their voter registration files.  Categories are self-selected by the voter while registering.
Source: Calculated from data available in the Georgia voter registration files from December 13, 2012.

Table 16a: Registered Voters By Race/Ethnicity in House District 111 with the 2012 Boundaries and 2012 and 2017 Registration Data

| Subdivision* | Number 2012, 2012 District (% total) | Number 2017, 2012 District (% total) | Absolute and Percent Change |
|---|---|---|---|
| Caucasians | 19,417 (50.8%) | 18,567 (44.6%) | -850   -4.4% |
| African Americans | 13,237 (34.6%) | 16,457 (39.5%) | +3,220 +24.3% |
| Asians | 557 (1.5%) | 695 (1.7%) | +138 +24.8% |
| Native Americans | 4 (0.01%) | 15 (0.04%) | +11 +275.0% |
| Other Races | 855 (2.2%) | 944 (2.3%) | +89 +10.4% |
| Hispanics | 915 (2.4%) | 1,068 (2.6%) | +153 +16.7% |
| Unknown | 3,258 (8.5%) | 3,922 (9.4%) | +664 +20.4% |
| **Total** | 38,243 | 41,668 | +3,425 +9.0% |

*Race/ethnic categories used by Georgia in their voter registration files.  Categories are self-selected by the voter while registering.
Source: Calculated from data available in the Georgia voter registration files from December 13, 2012 and March 13, 2017.

Table 16b: Registered Voters By Race/Ethnicity Without Unknown Category in House District 111 with the 2012 Boundaries and 2012 and 2017 Registration Data

| Subdivision* | Number 2012, 2012 District (% total) | Number 2017, 2012 District (% total) | Absolute and Percent Change |
|---|---|---|---|
| Caucasians | 19,417 (55.5%) | 18,567 (49.2%) | -850   -4.4% |
| African Americans | 13,237 (37.8%) | 16,457 (43.6%) | +3,220 +24.3% |
| Asians | 557 (1.6%) | 695 (1.8%) | +138 +24.8% |
| Native Americans | 4 (0.01%) | 15 (0.04%) | +11 +275.0% |
| Other Races | 855 (242%) | 944 (2.5%) | +89 +10.4% |
| Hispanics | 915 (2.6%) | 1,068 (2.8%) | +153 +16.7% |
| **Total** | 34,985 | 37,746 | +2,761 +7.9% |

*Race/ethnic categories used by Georgia in their voter registration files.  Categories are self-selected by the voter while registering.
Source: Calculated from data available in the Georgia voter registration files from December 13, 2012 and March 13, 2017.

# APPENDIX II

Demographic Characteristics of Georgia House Districts 105 and 111, and All Abutting House Districts in Their 2012 and 2015 Geographic Configurations

| District | 2012 | 2015 |
|---|---|---|
| HD 73 | | |
| NH White | 34,375 (63.6%) | 34,782 (64.4%) |
| NH African American | 15,085 (27.9%) | 14,680 (27.2%) |
| NH Native American | 130 (0.2%) | 127 (0.2%) |
| NH Asian | 706 ((1.3%) | 749 (1.4%) |
| NH Pacific Islander | 20 (0.04%) | 16 (0.03%) |
| NH Other Races | 93 (0.2%) | 94 (0.2%) |
| NH Two or More Races | 897 (1.7%) | 901 (1.7%) |
| Hispanics | 2,721 (5.0%) | 2,621 (4.9%) |
| TOTAL | 54,027 (100.0%) | 53,970 (100.0%) |

| District | 2012 | 2015 |
|---|---|---|
| HD 76 | | |
| NH White | 10,921 (20.5%) | No change |
| NH African American | 34,069 (63.9%) | |
| NH Native American | 95 (0.2%) | |
| NH Asian | 2,347 (4.4%) | |
| NH Pacific Islander | 22 (0.4%) | |
| NH Other Races | 94 (0.2%) | |
| NH Two or More Races | 789 (1.5%) | |
| Hispanics | 4,951 (9.3%) | |
| TOTAL | 53,288 (100.0%) | |

| District | 2012 | 2015 |
|---|---|---|
| HD 78 | | |
| NH White | 12,451 (23.2%) | No change |
| NH African American | 31,363 (58.5%) | |
| NH Native American | 141 (0.3%) | |
| NH Asian | 2,567 (4.8%) | |
| NH Pacific Islander | 31 (0.06%) | |
| NH Other Races | 136 (0.2%) | |
| NH Two or More Races | 1,137 (2.1%) | |
| Hispanics | 5,790 (10.8%) | |
| TOTAL | 53,616 (100.0%) | |

| District | 2012 | 2015 |
|---|---|---|
| HD 90 | | |
| NH White | 14,215 (26.5%) | No change |
| NH African American | 36,271 (67.6%) | |
| NH Native American | 96 (0.2%) | |
| NH Asian | 721 (1.3%) | |
| NH Pacific Islander | 11 (0.02%) | |
| NH Other Races | 103 (0.2%) | |
| NH Two or More Races | 793 (1.5%) | |
| Hispanics | 1,408 (2.6%) | |
| TOTAL | 53,618 (100.0%) | |

| District | 2012 | 2015 |
|---|---|---|
| HD 101 | | |
| NH White | 23,221 (43.2%) | No change |
| NH African American | 10,844 (20.2%) | |
| NH Native American | 85 (0.2%) | |
| NH Asian | 7,089 (13.2%) | |
| NH Pacific Islander | 12 (0.02%) | |
| NH Other Races | 146 (0.3%) | |
| NH Two or More Races | 1,142 (2.1%) | |
| Hispanics | 11,208 (20.8%) | |
| TOTAL | 53,747 (100.0%) | |

| District | 2012 | 2015 |
|---|---|---|
| HD 102 | | |
| NH White | 28,133 (52.3%) | No change |
| NH African American | 9,842 (18.3%) | |
| NH Native American | 122 (0.2%) | |
| NH Asian | 6,999 (13.0%) | |
| NH Pacific Islander | 19 (0.03%) | |
| NH Other Races | 200 (0.4%) | |
| NH Two or More Races | 1,193 (2.2%) | |
| Hispanics | 7,262 (13.5%) | |
| TOTAL | 53,770 (100.0%) | |

| District | 2012 | 2015 |
|---|---|---|
| HD 104 | | |
| NH White | 33,745 (63.0%) | 31,554 (58.6%) |
| NH African American | 10,907 (20.3%) | 12,044 (22.4%) |
| NH Native American | 95 (0.2%) | 87 (0.2%) |
| NH Asian | 2,061 (3.8%) | 2,260 (4.2%) |
| NH Pacific Islander | 17 (0.03%) | 28 (0.05%) |
| NH Other Races | 124 (0.2%) | 132 (0.2%) |
| NH Two or More Races | 981 (1.8%) | 1,000 (1.9%) |
| Hispanics | 5,668 (10.6%) | 6,741 (12.5%) |
| TOTAL | 53,598 (100.0%) | 53,846 (100.0%) |

| District | 2012 | 2015 |
|---|---|---|
| HD 105 | | |
| NH White | 23,752 (44.2%) | 25,943 (48.5%) |
| NH African American | 18,522 (34.5%) | 17,385 (32.5%) |
| NH Native American | 108 (0.2%) | 116 (0.2%) |
| NH Asian | 2,387 (4.4%) | 2,188 (4.1%) |
| NH Pacific Islander | 21 (0.04%) | 10 (0.02%) |
| NH Other Races | 267 (0.5%) | 259 (0.5%) |
| NH Two or More Races | 1,072 (2.0%) | 1,053 (2.0%) |
| Hispanics | 7,589 (14.1%) | 6,516 (12.2%) |
| TOTAL | 53,718 (100.0%) | 53,470 (100.0%) |

| District | 2012 | 2015 |
|---|---|---|
| HD 106 | | |
| NH White | 28,833 (53.9%) | No change |
| NH African American | 14,805 (27.7%) | |
| NH Native American | 120 (0.2%) | |
| NH Asian | 2,959 (5.5%) | |
| NH Pacific Islander | 24 (0.04%) | |
| NH Other Races | 240 (0.4%) | |
| NH Two or More Races | 1,075 (2.1%) | |
| Hispanics | 5,451 (10.2%) | |
| TOTAL | 53,507 (100.0%) | |

| District | 2012 | 2015 |
|---|---|---|
| HD 109 | | |
| NH White | 33,987 (62.6%) | 33,144 (61.2%) |
| NH African American | 15,383 (28.3%) | 16,096 (29.7%) |
| NH Native American | 162 (0.2%) | 150 (0.3%) |
| NH Asian | 1,559 (2.9%) | 1,237 (2.3%) |
| NH Pacific Islander | 24 (0.04%) | 19 (0.04%) |
| NH Other Races | 118 (0.2%) | 118 (0.2%) |
| NH Two or More Races | 974 (1.8%) | 957 (1.8%) |
| Hispanics | 2,087 (3.8%) | 2,434 (4.5%) |
| TOTAL | 54,294 (100.0%) | 54,155 (100.0%) |

| District | 2012 | 2015 |
|---|---|---|
| HD 110 | | |
| NH White | 33,154 (61.3%) | 33,496 (61.7%) |
| NH African American | 16,779 (31.0%) | 16,792 (29.8%) |
| NH Native American | 122 (0.2%) | 127 (0.2%) |
| NH Asian | 459 (0.8%) | 420 (0.8%) |
| NH Pacific Islander | 17 (0.03%) | 18 (0.02%) |
| NH Other Races | 99 (0.2%) | 95 (0.2%) |
| NH Two or More Races | 917 (1.7%) | 911 (1.7%) |
| Hispanics | 2,540 (4.7%) | 2,450 (4.5%) |
| TOTAL | 54,087 (100.0%) | 54,282 (100.0%) |

| District | 2012 | 2015 |
|---|---|---|
| HD 111 | | |
| NH White | 28,211 (52.1%) | 29,546 (54.4%) |
| NH African American | 19,307 (35.6%) | 18,056 (33.3%) |
| NH Native American | 122 (0.2%) | 132 (0.2%) |
| NH Asian | 1,798 (3.3%) | 2,038 (3.7%) |
| NH Pacific Islander | 38 (0.07%) | 43 (0.1%) |
| NH Other Races | 149 (0.3%) | 156 (0.3%) |
| NH Two or More Races | 1,057 (1.9%) | 1,094 (2.0%) |
| Hispanics | 3,491 (6.4%) | 3,217 (5.9%) |
| TOTAL | 54,173 (100.0%) | 54,282 (100.0%) |

| District | 2012 | 2015 |
|---|---|---|
| HD 114 | | |
| NH White | 40,171 (75.0%) | No change |
| NH African American | 8,173 (15.2%) | |
| NH Native American | 117 (0.2%) | |
| NH Asian | 1,026 (1.9%) | |
| NH Pacific Islander | 15 (0.03%) | |
| NH Other Races | 152 (0.3%) | |
| NH Two or More Races | 769 (1.4%) | |
| Hispanics | 3,148 (5.9%) | |
| TOTAL | 53,571 (100.0%) | |

| District | 2012 | 2015 |
|---|---|---|
| HD 130 | | |
| NH White | 32,809 (61.0%) | 31,568 (58.8%) |
| NH African American | 17,893 (33.2%) | 18,823 (35.1%) |
| NH Native American | 98 (0.2%) | 98 (0.2%) |
| NH Asian | 405 (0.7%) | 483 (0.9%) |
| NH Pacific Islander | 20 (0.04%) | 23 (0.04%) |
| NH Other Races | 68 (0.1%) | 64 (0.1%) |
| NH Two or More Races | 756 (1.4%) | 738 (1.4%) |
| Hispanics | 1,764 (3.3%) | 1,881 (3.5%) |
| TOTAL | 53,813 (100.0%) | 53,678 (100.0%) |

# APPENDIX III

Municipalities Divided by House District 105 in 2012 or 2015

| Grayson | Total | In HD 105, 2012 | In HD 105, 2015 |
|---|---|---|---|
| Non-Hispanic Whites | 1,609 | 74.3% | 74.3%% |
| Non-Hispanic African Americans | 632 | 76.7% | 76.7% |
| Non-Hispanic Asians | 239 | 78.2% | 78.2% |
| Non-Hispanic Native Americans | 10 | 40.0% | 40.0% |
| Non-Hispanic Pacific Islanders | 1 | 100.0% | 100.0% |
| Non-Hispanic Other Races | 6 | 100.0% | 100.0% |
| Non-Hispanic Two or More Races | 40 | 80.0% | 80.0% |
| Hispanics* | 129 | 85.3% | 85.3% |
| Total | 2,666 | 75.8% | 75.8% |

*Hispanics may be of any race.
Source: Calculated from data available in the 2010 United States Census.

| Lawrenceville | Total | In HD 105, 2012 | In HD 105, 2015 |
|---|---|---|---|
| Non-Hispanic Whites | 10,953 | 24.9% | 23.6% |
| Non-Hispanic African Americans | 8,869 | 39.5% | 49.2% |
| Non-Hispanic Asians | 1,608 | 21.0% | 21.6% |
| Non-Hispanic Native Americans | 62 | 37.1% | 41.9% |
| Non-Hispanic Pacific Islanders | 13 | 53.9% | 7.7% |
| Non-Hispanic Other Races | 101 | 56.4% | 53.5% |
| Non-Hispanic Two or More Races | 587 | 29.3% | 36.3% |
| Hispanics* | 6,388 | 38.6% | 39.6% |
| Total | 28,581 | 32.5% | 35.4% |

*Hispanics may be of any race.
Source: Calculated from data available in the 2010 United States Census.

| Snellville | Total | In HD 105, 2012 | In HD 105, 2015 |
|---|---|---|---|
| Non-Hispanic Whites | 10,453 | 1.0% | 1.0% |
| Non-Hispanic African Americans | 5,348 | 18.3% | 18.3% |
| Non-Hispanic Asians | 592 | 8.4% | 8.4% |
| Non-Hispanic Native Americans | 36 | 2.8% | 2.8% |
| Non-Hispanic Pacific Islanders | 15 | 20.0% | 20.0% |
| Non-Hispanic Other Races | 89 | 10.1% | 10.1% |
| Non-Hispanic Two or More Races | 376 | 7.2% | 7.2% |
| Hispanics* | 1,362 | 7.8% | 7.8% |
| Total | 18,271 | 7.0% | 7.0% |

*Hispanics may be of any race.
Source: Calculated from data available in the 2010 United States Census.

Municipalities Divided by House District 111 in 2012 or 2015

| Hampton | Total | In HD 111, 2012 | In HD 111, 2015 |
|---|---|---|---|
| Non-Hispanic Whites | 2,486 | 32.1% | 0.0% |
| Non-Hispanic African Americans | 2,681 | 19.4% | 0.0% |
| Non-Hispanic Asians | 58 | 36.2% | 0.0% |
| Non-Hispanic Native Americans | 10 | 20.0% | 0.0% |
| Non-Hispanic Pacific Islanders | 0 | 0.0% | 0.0% |
| Non-Hispanic Other Races | 24 | 16.7% | 0.0% |
| Non-Hispanic Two or More Races | 136 | 23.5% | 0.0% |
| Hispanics* | 605 | 16.4% | 0.0% |
| Total | 7,000 | 21.1% | 0.0% |

*Hispanics may be of any race.
Source: Calculated from data available in the 2010 United States Census.

| Locust Grove | Total | In HD 111, 2012 | In HD 111, 2015 |
|---|---|---|---|
| Non-Hispanic Whites | 2,891 | 0.7% | 74.1% |
| Non-Hispanic African Americans | 1,998 | 0.3% | 48.2% |
| Non-Hispanic Asians | 91 | 1.1% | 31.9% |
| Non-Hispanic Native Americans | 15 | 0.0% | 93.3% |
| Non-Hispanic Pacific Islanders | 1 | 0.0% | 100.0% |
| Non-Hispanic Other Races | 7 | 0.0% | 28.6% |
| Non-Hispanic Two or More Races | 115 | 2.6% | 74.8% |
| Hispanics* | 284 | 0.0% | 54.6% |
| Total | 5,402 | 0.6% | 62.8% |

*Hispanics may be of any race.
Source: Calculated from data available in the 2010 United States Census.

| McDonough | Total | In HD 111, 2012 | In HD 111, 2015 |
|---|---|---|---|
| Non-Hispanic Whites | 7,153 | 29.8% | 43.0% |
| Non-Hispanic African Americans | 12,647 | 28.5% | 39.0% |
| Non-Hispanic Asians | 387 | 46.0% | 53.5% |
| Non-Hispanic Native Americans | 51 | 25.5% | 39.2% |
| Non-Hispanic Pacific Islanders | 17 | 70.6% | 70.6% |
| Non-Hispanic Other Races | 59 | 20.3% | 35.6% |
| Non-Hispanic Two or More Races | 430 | 31.4% | 43.9% |
| Hispanics* | 1,340 | 31.3% | 46.0% |
| Total | 22,084 | 29.5% | 41.1% |

*Hispanics may be of any race.
Source: Calculated from data available in the 2010 United States Census.

| Stockbridge | Total | In HD 111, 2012 | In HD 111, 2015 |
|---|---|---|---|
| Non-Hispanic Whites | 6,400 | 24.1% | 10.7% |
| Non-Hispanic African Americans | 13,999 | 25.1% | 12.0% |
| Non-Hispanic Asians | 1,914 | 11.7% | 16.0% |
| Non-Hispanic Native Americans | 66 | 19.7% | 6.1% |
| Non-Hispanic Pacific Islanders | 19 | 36.8% | 47.4% |
| Non-Hispanic Other Races | 99 | 22.2% | 9.1% |
| Non-Hispanic Two or More Races | 691 | 20.8% | 13.2% |
| Hispanics* | 2,448 | 22.6% | 10.0% |
| Total | 25,636 | 23.5% | 11.8% |

*Hispanics may be of any race.
Source: Calculated from data available in the 2010 United States Census.

# APPENDIX IV

**Table 1a. Voter Registration in House District 105 in 2012, 2015 and 2017**

**Under Different Scenarios**

| Subdivision | Number 2012, 2012 District (% total) | Number 2017, 2012 District (% total) | Number 2015, 2015 District (% total) | Number 2017, 2015 Districts (% total) |
|---|---|---|---|---|
| Caucasians | 15,570 (47.9) | 14,384 (42.9) | 16,848 (49.1) | 17,709 (45.3) |
| African Americans | 10,908 (33.6) | 11,778 (35.1) | 10,743 (31.3) | 12,943 (33.1) |
| Asians | 767 (2.4) | 946 (2.8) | 757 (2.2) | 1,116 (2.8) |
| Native Americans | 16 (0.05) | 39 (0.1) | 35 (0.1) | 92 (0.2) |
| Others | 743 (2.3) | 804 (2.4) | 739 (2.1) | 886 (2.3) |
| Hispanics | 1,475 (4.5) | 1,804 (5.4) | 1,412 (4.1) | 2,007 (5.1) |
| Unknown | 3,005 (9.3) | 3,752(11.2) | 3,797 (11.1) | 4,343 (11.1) |
| **Total** | 32,484 | 33,507 | 34,331 | 39,096 |

**Table 1b. Voter Registration in House District 105 Without Unknown**

**Category in 2012, 2015 and 2017 Under Different Scenarios**

| Subdivision | Number 2012, 2012 District (% total) | Number 2017, 2012 District (% total) | Number 2015, 2015 District (% total) | Number 2017, 2015 Districts (% total) |
|---|---|---|---|---|
| Caucasians | 15,570 (52.8) | 14,384 (48.3) | 16,848 (55.2) | 17,709 (51.0) |
| African Americans | 10,908 (37.0) | 11,778 (39.6) | 10,743 (35.2) | 12,943 (37.2) |
| Asians | 767 (2.6) | 946 (3.2) | 757 (2.5) | 1,116 (3.2) |
| Native Americans | 16 (0.05) | 39 (0.1) | 35 (0.1) | 92 (0.3) |
| Others | 743 (2.5) | 804 (2.7) | 739 (2.4) | 886 (2.5) |
| Hispanics | 1,475 (5.0) | 1,804 (6.1) | 1,412 (4.6) | 2,007 (5.8) |
| **Total** | 29,479 | 29,755 | 30,534 | 34,753 |

**Table 2a: Voter Registration in House District 111 in 2012, 2015 and 2017**

**Under Different Scenarios**

| Subdivision | Number 2012, 2012 District (% total) | Number 2017, 2012 District (% total) | Number 2015, 2015 District (% total) | Number 2017, 2015 District (% total) |
|---|---|---|---|---|
| Caucasians | 19,417 (50.8) | 18,567 (44.6) | 19,470 (48.7) | 20,446 (45.3) |
| African Americans | 13,237 (34.6) | 16,457 (39.5) | 13,764 (34.4) | 16,843 (37.3) |
| Asians | 557 (1.5) | 695 (1.7) | 752 (1.9) | 930 (2.1) |
| Native Americans | 4 (0.01) | 15 (0.04) | 10 (0.03) | 22 (0.05) |
| Others | 855 (2.2) | 944 (2.3) | 960 (2.4) | 1,122 (2.5) |
| Hispanics | 915 (2.4) | 1,068 (2.6) | 1,001 (2.5) | 1,240 (2.8) |
| Unknown | 3,258 (8.5) | 3,922 (9.4) | 4,012 (10.0) | 4,513 (10.0) |
| **Total** | 38,243 | 41,668 | 39,969 | 45,116 |

**Table 2b: Voter Registration in House District 111 Without Unknown Category in 2012, 2015 and 2017 Under Different Scenarios**

| Subdivision | Number 2012, 2012 District (% total) | Number 2017, 2012 District (% total) | Number 2015, 2015 District (% total) | Number 2017, 2015 District (% total) |
|---|---|---|---|---|
| Caucasians | 19,417 (55.5) | 18,567 (49.1) | 19,470 (54.1) | 20,446 (50.3) |
| African Americans | 13,237 (37.8) | 16,457 (43.6) | 13,764 (38.3) | 16,843 (41.5) |
| Asians | 557 (1.6) | 695 (1.8) | 752 (2.1) | 930 (2.3) |
| Native Americans | 4 (0.01) | 15 (0.04) | 10 (0.03) | 22 (0.05) |
| Others | 855 (2.4) | 944 (2.5) | 960 (2.7) | 1,122 (2.8) |
| Hispanics | 915 (2.6) | 1,068 (2.8) | 1,001 (2.8) | 1,240 (3.1) |
| **Total** | 34,985 | 37,746 | 35,957 | 40,603 |

# APPENDIX V

62

# CURRICULUM VITA
# GERALD (JERRY) R. WEBSTER

**Present Address:**      3221 Reynolds Street
Laramie, Wyoming 82072
Home Phone: (307) 745-8633

**Business Address:**      Geography, Box 3371
1000 E. University Ave.
University of Wyoming
Laramie, Wyoming 82071-3371
Department Phone: (307) 766-3311
Fax: (307) 766-3294
Email: gwebste1@uwyo.edu

**Personal Data:**      Born June 2, 1953 in Bremerton, Washington;
Graduated High School from Mannheim American High School,
Mannheim, West Germany, 1971.

## EDUCATION

B.A.   University of Colorado, Denver, Colorado. Political Science, 1976.
M.S.   Western Washington University, Bellingham, Washington. Geography, 1980.
Thesis Title: "The Economic Impact of Canadian Tourism in Whatcom County,
Washington: An Examination of Selected Factors Influencing Canadian Cross-Border
Activity."
Advisor: Debnath Mookherjee.
Ph.D. University of Kentucky, Lexington, Kentucky. Geography, 1984.
Dissertation Title: "The Spatial Reorganization of the Local State: The Case of County
Boundaries in Kentucky."
Advisor: Stanley D. Brunn.

## POSITIONS HELD

Adjunct Professor, Global and Area Studies Program, University of Wyoming, 8/10 - present.

Professor, Department of Geography, University of Wyoming, 8/07 – present.

Chair, Department of Geography, University of Wyoming, 8/07 – 8/15.

Chair, Department of Geography, University of Alabama, 1/01 - 8/07.

Professor, Department of Geography, University of Alabama, 8/97 - 8/07.

Associate Professor, Department of Geography, University of Alabama, 8/92 - 8/97.

Assistant Professor, Department of Geography, University of Alabama, 8/89 - 8/92.

Assistant Professor, Department of Geography and Recreation, University of Wyoming, 8/85 - 7/89.

Visiting Assistant Professor (leave of absence replacement), Department of Geography, University of Miami, Coral Gables, Florida, 8/84 - 5/85.

Visiting Instructor (sabbatical replacement), Department of Geography, University of Illinois, Urbana, Illinois, 1/84 - 5/84.

Instructor, Department of Geography, University of Kentucky, Lexington, Kentucky, 6/82 - 8/82; 6/83 - 8/83; and 6/84 - 8/84.

Teaching Assistant (full teaching responsibilities), Department of Geography, University of Kentucky, Lexington, Kentucky, 1/81 - 5/81; 8/82 - 5/83; and 8/83 - 12/83.

Instructor, European Division, University of Maryland, Bremerhaven, West Germany, 6/81 - 9/81.

Research Assistant, Department of Geography and Regional Planning, Western Washington University, Bellingham, Washington, 9/79 - 6/80.

Teaching Assistant, Department of Geography and Regional Planning, Western Washington University, Bellingham, Washington, 8/78 - 6/79.

## PRIMARY TEACHING INTERESTS

**Lower Division**
Human Geography
World Regional Geography
Planning
Middle America

**Upper Division**
Political Geography (International, U.S.)
Urban Geography
Research Methods and Traditions

## COURSES TAUGHT (no. of times as of Fall 2017)

| | |
|---|---|
| Introduction to Geography (3) | Geography of Middle America (4) |
| Introduction to Physical Geography (4) | Geography of Latin America (2) |
| Introduction to Climatology (2) | Introduction to Land Use Planning (8) |
| Introduction to Human Geography (13) | Research Methods and Traditions (26) |
| Introduction to World Regional Geography (46) | Political Geography (14) |
| Social and Cultural Geography (1) | Political Geography of the U.S. (3) |
| Urban Geography (7) | Critiquing the Literature (2) |

Participation in Computer Based Honors Program, University of Alabama (4)

*Directed Independent Studies Courses*: Geography of Europe, Geography of Latin America, Geography of the Soviet Union, Geography of Religion in the U.S., Social and Cultural Geography, Geography of the Rocky Mountain Region, Geography of UN Voting, Mexico in the International System, Section and Party in India, Nation and State in Africa, NGOs and the International System, Pre-Columbian Settlement Planning and Design in Mexico, Geography of Crime, Geopolitics, Geography of Taxation, Geography of BBQ, Use of Geographic Place Names in Presidential Debates.


## THESES AND SELECTED NON-THESIS PAPERS DIRECTED

Matthew Balentine (2016), "The Changing Electoral Landscape of the Western U.S.: A Declining Republican Heartland?," Thesis, University of Wyoming.  Ph.D. student at University of North Carolina-Greensboro.

Allen, Ashley (2013), "Alaskan Ghost Ships and Narrative Landscapes of Memory," Thesis, Geography, University of Wyoming. PhD. Student at Louisiana State University.

Caroline Hope McClure (2012), "Overton Square: An Historical Geography," and "The Wyoming Online Student Maps Project," Non-thesis papers, Geography, University of Wyoming. PhD. Student at Texas State University.

Thomas Lennon (2012), "Sustainability of Tourism in Punta Cana, Dominican Republic," Thesis, International Studies, University of Wyoming.

Nathaniel HadleyDike (2010), "Political Regions and Electoral Strategies: An Analysis of Political Regions in the United States Through the Medium of Television Advertisements," Thesis, Geography, University of Wyoming.

Nicholas Quinton (2007), "Differential Tax Levies and Retail Outlet Locations," Thesis, University of Alabama. Ph.D. from Florida State University.

Jerrod Bowman (2007), "A Reexamination of the Southern Violence Construct," Thesis, University of Alabama.

Lisa Channell (2007), "Environmental Perceptions as Recorded by the Lewis and Clark Expeditions, 1804-1806," Non-thesis research paper, University of Alabama.

Daniel McGowin (2006), "Yasukuni Shrine: A Comparative Study of Iconography in Japan and the American South," Thesis, University of Alabama. Ph.D. from Florida State University, faculty at Auburn University.

Heath Robinson (2006), "Geostrategy of the Post Cold War World," Thesis, University of Alabama. Ph.D. from University of Buffalo.

Steve Darby (2005), "The Changing Face of Alabama: Alabama's Efforts at Coping with the Emerging Hispanic Demographic," Non-thesis research paper, University of Alabama.

Scott Farmer (2005), "Assessment of Federal Government Policies on Natural Hazard Mitigation," Non-thesis paper, University of Alabama.

Timothy Kidd (2003), "Let's Get Out of Here! Secession Movements in the United States," Thesis, University of Alabama. Instructor, Old Dominion University. Ph.D. work in International Studies at Old Dominion University.  Geography faculty at Old Dominion University.

Trevor Harris-Groshong (2002), "The Origins of and Geographic Trends Influencing the Development of Urban Growth Boundaries," Non-thesis research paper, University of Alabama.

Lindsay Collier (2001), "Frederic Edwin Church: Contributions of a Landscape Painter to Geography," Non-thesis research paper, University of Alabama.

Robert Russell (1999), "The Use of Geographic Place Names in the 1996 Presidential Debates," Non-thesis research paper, University of Alabama. Ph.D. in geography from the University of Iowa.  Faculty member at the University of Missouri, St. Louis,

Amy C. Faulkner (1999), "Geopolitics and the American Containment Doctrine," Non-thesis research paper, University of Alabama.

Pat Vaum (1999), "Maps, States and Propaganda Cartography," Non-thesis research paper, University of Alabama.

Lynn Copeland Hardegree (1998), "An Evaluation of Southern Congressional Districts With Female Representation in the 103rd, 104th, and 105th Congresses: Where are the Ladies from Alabama?," Non-thesis research paper, University of Alabama.

Kenneth Kassem (1997), "The Geographic Distribution of Marine Protected Areas in the Americas," Non-thesis research paper, University of Alabama.

Victoria Tinnen (1997), "Women Scientists: Down the Path Less Traveled," Non-thesis research paper, University of Alabama.  Ph.D. Kansas State University, faculty at Southern Mississippi University.

David Norris (1996), "The Effectiveness of Affirmative Gerrymandering at the Local Level in Alabama," Non-thesis research paper, University of Alabama.

Kathleen O'Reilly (1996), "The Electoral Geography of Anti-Gay-Rights Referenda in Oregon, 1988-1994," Thesis, University of Alabama.  Presentation from Ms. O'Reilly's thesis work won the outstanding research paper by a Masters student at the 1995 SEDAAG meeting, and an Honorable Mention in the Political Geography Specialty Group's Student Paper Competition in 1996.  An article drawn from her thesis appeared in the Professional Geographer in 1998.  Ph.D. University of Iowa, faculty at Texas A&M University.

Nel Ruffin, (1996), "Sinkholes in the Marble and Dolostone Karst of Sylacauga, Alabama," Thesis, University of Alabama.  Presentation from Ms. Ruffin's thesis won the outstanding research paper by a Masters student at the 1996 SEDAAG meeting.  Online faculty at Mississippi State University.

Valerie Stout (1996), "Electoral Geography of Legislative Support for the 'Takings Law'," Non-thesis research paper.

Robert George (1996), "Alabama's License Plate: A Symbol of the Massive Resistance?," (subsequently published in International Social Science Review), and "A Vernacular West," Non-thesis research papers, University of Alabama.

Suzanna Hartley (1994), "Modeling Foreign Direct Manufacturing Decisions in the Southern United States," Thesis, University of Alabama.

Cynthia Sutherland (1994), "Compactness of Congressional Districts in the Southeast," Non-thesis research paper, University of Alabama.

John Puckett (1992), "The Conversion of Agricultural Land in Madison, Alabama, 1950-1987," Non-thesis research paper, University of Alabama.

Mark Greer (1992), "Regional Alignment in United Nations' Cold War Voting, 1946-1985," Thesis, University of Wyoming.

Majorie L. Varuska (1989), "Changing of the Guard: The Successor Generation and NATO," Non-thesis research paper, University of Wyoming.

Jacqueline V. Nolan (1986), "Ministate Voting in the United Nations," Non-thesis research paper, University of Wyoming.

## PRIMARY RESEARCH INTERESTS

Redistricting
Spatial Organization of Government
Southern Politics
Electoral Geography
Electoral Regionalism and Change in the United States
Political Iconography
Secessionist Movements
Nationalism
Sanctification of Indian Massacre Sites

## RESEARCH PRESENTATIONS

"The Memorialization and Sanctification of 19th Century Native American Massacre Sites," Southeastern Division of the Association of American Geographers, Starkville, MS, November 2017.

"Distance and Accessibility as Obstacles to Native American Voting in Montana, South Dakota and North Dakota," Native American Voting Rights Coalition, Bismarck, ND, September, 2017.

"The 2016 Presidential Election and Potential Changes in the Electoral Vote Landscape," Southeastern Division of the Association of American Geographers, Columbia, SC, November 2016.

"Political Cartoons on the Longer and Sillier Than Usual 2016 "Silly Season," Association of American Geographers, San Francisco, CA, March, 2016.

"Murder, Religion and the Confederate Battle Flag," with Jonathan I. Leib, Southeastern Division of the Association of American Geographers, Pensacola, FL, November 2015.

"Quantitatively Delineating the Bible Belt, 1990-2010," with J. Clark Archer, Robert Watrel and Stanley D. Brunn, Association of American Geographers, Chicago, IL, April 2015.

"Intraregional Electoral Patterns of Presidential Elections in the Western U.S.: 1952-2012," with Matt Balentine, Association of American Geographers, Chicago, Ill., April 2015.

"The Sanctification of the Washita Massacre Site," 46th Annual South Dakota State Geography Convention, Brookings, SD, March 2015.

"A Declining Republican Heartland?: The Changing Electoral Landscape of the Western U.S.," with Matthew Balentine, Southeastern Division of the Association of the American Geographers, Athens, GA, November 2014.

"Creating and Interpreting 'The Atlas of the 2012 Elections'," with Robert H. Watrel, and Fred M. Shelley, Joint Meeting of the Great Plains-Rocky Mountain and Southwestern Divisions of the Association of American Geographers, Albuquerque, NM, October 2014.

"Bible Belt Denominational Membership Patterns, Correlates and Landscapes," with Robert Watrel, J. Clark Archer and Stanley D. Brunn, Association of American Geographers, Tampa, FL, April 2014.

"Geography of Religious Freedom," with Daniel McGowin, Association of American Geographers, Tampa, FL, April 2014.

"'Lest We Forget': John Winberry and the Study of Confederate Monuments on the Southern Landscape," with Jonathan I. Leib, Southeastern Division of the Association of American Geographers, Roanoke, VA, November 2013.

"Here or There: Looking at the Usage of Foreign and Domestic Place Names in Presidential Debates, 1976-2012," with Matt Balentine and Justin Frazier, Great Plains-Rocky Mountain Division of the Association of American Geographers, Omaha, NE, October 2013.

"Social Science Expert Witness Testimony in Voting Rights Cases," with Richard L. Engstrom, Daniel C. McCool, and Jorge Chapa, International Conference on Interdisciplinary Social Sciences, Prague, Czech Republic, July 2013.

"The Use of Geographic Place Names in Presidential Election Debates, 1976-2012," with Matthew Balentine and Justin Frazier, Association of American Geographers, Los Angeles, CA, April 2013.

"Pre-Election Perspectives on the 2012 Elections," Keynote Address, Mid-Atlantic Division, Salisbury, MD, November, 2012.

"The Sanctification of the Washita Massacre Site," Race, Ethnicity and Place Conference, San Juan, Puerto Rico, October, 2012.

"Reflections on Current Criteria to Evaluate Redistricting Plans," Political Geography Plenary Lecture, Association of American Geographers, New York, NY, February, 2012.

"Geographies of Same-Sex Marriage Referenda in the United States: Regional and National Perspectives," with Jonathan Leib and Thomas Chapman, Association of American Geographers, New York City, February, 2012.

"The Bible Belt in a Changing South: Shrinking, Relocating and Multiple Buckles," with Stanley Brunn and J, Clark Archer, Auburn-Montgomery Liberal Arts Conference, Montgomery, AL, February, 2012.

"Geospatial Aspects of Wine Law in the United States," with Michael Pretes, Vagn Hansen and Matthew Balentine, Southeastern Division of the Association of American Geographers, Savannah, GA, November, 2011.

"The Sanctification of the Washita Massacre Site," Great Plains-Rocky Mountain Division of the Association of American Geographers, Denver, CO, October, 2011.

"'Custer's Luck', Sanctification and the Washita Massacre," National Council for Geographic Education, Portland, OR, August 2011.

"Delineating the Bible Belt Geographic Region. 1971-2000," with Stanley D. Brunn and J. Clark Archer, Association of American Geographers, Seattle, WA, April 2011.

"Custer May Have Died for Our Sins But He Didn't Go Away," Department of Geography, South Dakota State University, March, 2011.

"The Bible Belt: Shrinking, Relocating and Multiple Buckles," with Stanley D. Brunn and J. Clark Archer, Southeastern Division of the Association of American Geographers, Birmingham, AL, November, 2010.

"Teaching About the U.S. Civil Rights Struggle," Southeastern Division of the Association of American Geographers, Birmingham, AL, November, 2010.

"Memorializing Controversy: Custer Place Names on the Western Landscape," Great Plains-Rocky Mountain Division of the Association of American Geographers, Lawrence, KS, October, 2010.

"Institutionalizing the Myth:  Custer Place Names on the Western Landscape," Association of American Geographers, Washington, D.C., April 2010.

"Promoting Productivity Across All Ranks," Association of American Geographers, Washington, D.C., April 2010.

"Custer May Have Died For Our Sins But He Didn't Go Away," Colloquium, Department of Geography, University of Alabama, March 2010.

"Custer May Have Died For Our Sins But He Didn't Go Away," Southeastern Division of the Association of American Geographers, Knoxville, TN, November 2009.

"American Nationalism and the Invasion of Iraq," National Council for Geographic Education, San Juan, Puerto Rico, September 2009.

"Place, Partisan Elections, and Direct Democracy: A Place-Based Analysis of Alabama's Electoral Geography," with Nick Quinton, Association of American Geographers, Las Vegas, NV, March 2009.

"Counting Old Glory- A Census of American Flag Symbols in Laramie, Wyoming," with Daniel Ervin, Association of American Geographers, Las Vegas, NV, March 2009.

"Thoughts on Mentoring Junior Faculty," Association of American Geographers, Association of American Geographers, Las Vegas, NV, March 2009.

"Early Voting and the 2008 Elections," with Nathaniel HadleyDike and Daniel Ervin, Association of American Geographers, Las Vegas, NV, March 2008.

"Flags, Iconography, Banal Nationalism and Iraq," Southeastern Division of the Association of American Geographers, Greensboro, NC, November 2008.

"'What Would Robert E. Lee Do?': Race, Religion and the Confederate Battle Flag," with Jonathan Leib, Southeastern Division of the Association of American Geographers, Greensboro, NC, November 2008.

"Voting in Alabama, Put in Its 'Place'," with Nick Quinton, Southeastern Division of the

Association of American Geographers, Greensboro, NC, November 2008.

"Race, Religion and the Confederate Battle Flag in the American South," with Jonathan Leib, Race, Ethnicity and Place Conference, Miami, FL, November 2008.

"The Perfect Storm Update? : Perspectives on the 2008 Congressional Elections," Session on The Geographic Perspectives on the 2008 Elections, Great Plain-Rocky Mountain Division of the Association of American Geographers, Grand Forks, ND, September 2008.

"Electoral Alignments and Cleavages in Statewide Referenda in Alabama," with Nick Quinton, Conference on Revitalizing Electoral Geography, Tallahassee, FL, May 2008.

"The Electoral Geography of Two Jim Crow Referenda," with Nick Quinton, Association of American Geographers, Boston, MA, April 2008.

"The Perfect Storm?: Perspectives on the 2008 Congressional Elections," Association of American Geographers, Boston, MA, April 2008.

"The Electoral Geography of Alabama's 2006 Referenda Prohibiting Same-Sex Marriage," with Jonathan Leib and Tom Chapman, Association of American Geographers, Boston, MA, April 2008.

"Quantitatively Delineating the Black Belt Geographic Region," with Jerrod Bowman, Southeastern Division of the Association of American Geographers, Charleston, SC, November 2007.

"The History and Use of the Confederate Battle Flag," Southeastern Division of the Association of American Geographers, Charleston, SC, November 2007.

"Sports, Community, Nationalism and the International State System," Great Plains/Rocky Mountain Division of the Association of American Geographers, Denver, CO, October 2007

"Thoughts on Mentoring Junior Faculty," Great Plains/Rocky Mountain Division of the Association of American Geographers, Denver, CO, October 2007.

"The Trials of Felon Disenfranchisement in Alabama," Association of American Geographers, San Francisco, CA, April 2007.

"Sports, Politics, Nationalism and International Relations," Florida Society of Geographers, Jacksonville, FL, February 2007.

"Excising Jim Crow from the Alabama State Constitution: The Electoral Geography of Two Referenda," with Nicholas Quinton, Southeastern Division of the Association of American Geographers, Morgantown, WV, November 2006.

"Sports, Community, Nationalism and the International State System," National Council for Geographic Education, Tahoe, CA, October, 2006.

"'Race,' the Creative Class and Political Geographies of Same Sex Marriage in Georgia," with Thomas Chapman and Jonathan Leib, Applied Geography Conference, Tampa, FL, October, 2006.

"Hurricane Katrina and Voting Rights," Panel Presentation, Association of American Geographers, Chicago, IL, March 2006.

"Minority Influence Districts and State Legislative Votes on the Confederate Battle Emblem," with Jonathan Leib, Association of American Geographers, Chicago, IL, March 2006.

"The Cross They Bear: Whiteness, Religion, and the Confederate Battle Flag in the American South," with Jonathan Leib, Conferences on "Flying the Flag: Critical Perspectives on Symbolism and Identity," Oslo, Norway, November 2005.

"Social Justice and Voting Rights Issues in the South," Panel Presentation, Southeastern Division of the Association of American Geographers, West Palm Beach, FL, November 2005.

"Political Geography Research on the South, 1980-2005," with Jerrod Bowman, Daniel McGowin, and Heath Robinson, Southeastern Division of the Association of American Geographers, West Palm Beach, FL, November 2005.

"Voting on Jim Crow in Alabama," National Council for Geographic Education, Birmingham, AL, October 2005.

"Barbecue and Civil Rights in South Carolina," with Jonathan Leib, National Council for Geographic Education, Birmingham, AL, October 2005.

"Working for the Vote in Indian Country," with Erin Fouberg and Toby Moore, National Council for Geographic Education, Birmingham, AL, October 2005.

"Quantitatively Delineating the Black Belt Geographic Region," with Jerrod Bowman, Symposium of the History and Culture of the Black Belt, Livingston, AL, April 2005.

"Lost Cause Iconography and the Neo-Confederate Movement," with Jonathan Leib, Association of American Geographers, Denver, CO, April 2005.

"The Stand in the Smokehouse Door: Maurice Bessinger, the Neo-Confederate Movement and the Confederate Battle Flag in Columbia, South Carolina," with Jonathan Leib, Political Geography Specialty Group, Association of American Geographers, Boulder, CO, April 2005.

"Political Cartoons and the 2004 Presidential Campaign," Southeastern Division of the Association of American Geographers, Biloxi, MS, November 2004.

"Geography, Religion, Race and the 2003 Tax Reform Referendum in Alabama," with Roberta H. Webster, National Council for Geographic Education, Kansas City, KS, October, 2004.

"Civil War versus Civil Rights: Race and the Contested Meanings of the Confederate Battle Flag in the American South," with Jonathan Leib, Conference on Race, Ethnicity and Place, Washington, D.C., September 2004.

"Barring the Cross: The Confederate Battle Emblem and Georgia's State Flags, 2001-2004," with Jonathan I. Leib, Association of American Geographers, Philadelphia, PA, March, 2004.

"The Electoral Geography of Alabama's 2003 Vote on Tax Reform," with Roberta H. Webster, Political Geography Specialty Group Pre-AAG Conference, Atlantic City, NJ, March, 2004.

"Stars and Bars, Rebel Cross, or Denny's Placemat?: Race, Party, Iconography, and the Battle over Georgia's State Flags, 2001-2004," with Jonathan I. Leib, Political Specialty Group Pre-AAG Conference, Atlantic City, NJ, March, 2004.

"Black, White or Green?: The Confederate Battle Emblem and the 2001 Mississippi State Flag Referendum," with Jonathan I. Leib, Southeastern Division of the Association of American Geographers, Charlotte, NC, November, 2003.

74

"A New 'Stars and Bars'?: The Confederate Battle Emblem and Mississippi's 2001 State Flag Referendum," with Jonathan I. Leib, Association of American Geographers, New Orleans, LA, March, 2003.

"Address Matching Voter Registration Data for Use in Redistricting," with Chad Landgraf, Political Geography Specialty Group Pre-AAG Conference, Wakulla Springs, FL, March, 2003.

"Statewide Public Voting on the Confederate Battle Emblem," with Jonathan I. Leib, Political Geography Specialty Group Pre-AAG Conference, Wakulla Springs, FL, March, 2003.

"Measuring 'District Core' Preservation in the Redistricting Process," with Chad Landgraf, Southeastern Division of the Association of American Geographers, Richmond, VA, November, 2002.

"Assessing the Geographic Compactness of Representational Districts," Association of American Geographers, Los Angeles, CA, March, 2002.

"'Six Flags Over Georgia': The Georgia Legislature, the Confederate Battle Emblem, and the New State Flag," with Jonathan Leib, Southeastern Division of the Association of American Geographers, Lexington, KY, November, 2001.

"Geography, Social Justice and Districting," National Council for Geographic Education, Vancouver, British Columbia, August, 2001.

"Equal Protection and the Supreme Court's Decision in *George W. Bush v. Albert Gore, Jr.*," Association of American Geographers, New York, NY, March, 2001.

"Race, Religion, Hate and the Internet," Association of American Geographers, New York, NY, March, 2001.

"The Confederate Battle Flag Debate in the South," with Jonathan I. Leib, Working Group on Census 2000 and Redistricting, Mississippi Valley State University, Itta Bena, MS, January, 2001.

"Geographical Analysis in Districting Litigation: Promises and Pitfalls," Working Group on Census 2000 and Redistricting, Mississippi Valley State University, Itta Bena, MS, January,

2001.

"Rethinking the Role of Compactness in Redistricting," Southeastern Division of the Association of American Geographers, Chapel Hill, NC, November, 2000.

"Political Geography, the Internet and Hate Groups: What Our Students Know and We Don't," National Council for Geographic Education, Chicago, IL, August, 2000.

"Decennial Population Change and Its Probable Impact Upon Reapportionment and Redistricting After the 2000 Census," "Securing the Democratic Promise - Race Studies, Policy Advocacy and the Empowerment Debate," The Law School, North Carolina Central University, Durham, NC, June, 2000.

"Compactness as an Academic and Legal Districting Standard," "Securing the Democratic Promise - Race Studies, Policy Advocacy and the Empowerment Debate," The Law School, North Carolina Central University, Durham, NC, June, 2000.

"The Implications of Population Change and Court Concepts of Compactness on Legislative Districting," Alabama Redistricting 2000 Workshop, First Annual Statewide Alabama Black Caucus Retreat and Training Conference, Birmingham, AL, April, 2000.

"Globalization and the Balkanization of States: The Myth of American Exceptionalism," with Timothy Kidd, Association of American Geographers, Pittsburgh, PA, April, 2000.

"The Supreme Court and Geographic Districting Criteria," Association of American Geographers, Pittsburgh, PA, April, 2000.

"Problems in the Application of the Compactness Criterion in Districting Litigation: Part II," Political Geography Specialty Group Pre-AAG Conference, Morgantown, WV, April, 2000.

"Geographic Compactness and Post-*Shaw* Defenses of Electoral Districts," Invited Presentation for the Voting Rights Project Conference of the Lawyers' Committee for Civil Rights Under Law in association with the Program on Law and Government, American University, Washington College of Law, Washington, D.C., November, 1999.

"Place, Region and the American Judiciary in Historical Perspective," with Stanley D. Brunn and Fred M. Shelley, Southwestern Division of the Association of American Geographers, November,

1999.

"The Confederate Battle Flag Debate in Alabama," Southeastern Division of the Association of American Geographers, Tampa, FL, November, 1999.

"Place and Region in American Legal Culture: State Origins of Landmark Supreme Court Cases," with Stanley Brunn and Fred Shelley, National Council for Geographic Education, Boston, MA, November, 1999.

"Problems in the Application of the Compactness Criterion in Districting Litigation (Part I)," Political Geography Specialty Group Pre-AAG Conference, Maui, HI, March, 1999.

"Regional Patterns in the Election of Women to Public Office in the United States," Association of American Geographers, Honolulu, HI, March, 1999.

"Geographical Patterns of Denominational Affiliation in Georgia," Southeastern Division of the Association of American Geographers, Memphis, TN, November, 1998.

"The Impact of Place and Latino Ethnicity Upon Congressional Support for Free Trade Extensions in the Americas," with Chris Merrett, Southwestern Division of the Association of American Geographers, Baton Rouge, LA, October, 1998.

"Debating the Confederate Battle Flag in the South Carolina Legislature," with Jonathan Leib, Association of American Geographers, Boston, MA, March, 1998.

"Congressional Support for Free Trade: The Geopolitical Economy of Voting Behavior," with Chris Merrett, Southeastern Division of the Association of American Geographers, Birmingham, AL, November, 1997.

"Religion and Politics in the American South," Southeastern Division of the Association of American Geographers, Birmingham, AL, November, 1997.

"Playing a Game with Changing Rules: Geography, Politics and Redistricting in the 1990s," Invited presentation at National Center for Geographic Information and Analysis sponsored conference on "Geographic Information Systems and Political Districting: Social Groups, Representational Values and Electoral Boundaries," Buffalo, NY, October, 1997.

"Ideological Change in Congress: Race, Region and Redistricting, 1988-1996" National Council for Geographic Education, Orlando, FL, October, 1997.

"A New Tariff Map of the United States: Congress and the United States in a Global Economy," with Chris Merrett, Mid-Continent Regional Science Meeting, Indianapolis, IN, June, 1997.

"Section versus Sector: Regional and Economic Influences on Congressional Support for Free Trade," with Chris Merrett, Conference on Frontiers of Research in Political Geography, San Marcos, TX, April, 1997.

"Whose South is it Anyway?  The Politics of Representation on the Southern United States Landscape," with Jonathan I. Leib and Roberta H. Webster, Association of American Geographers, Ft. Worth, TX, April, 1997.

"The Election of Women to Congress and State Legislatures in the South, 1920-1996," Southeastern Division of the Association of American Geographers, Athens, GA, November, 1996.

"On Enlarging the Size of the House," prepared comments for Symposium on Redistricting in Theory and Practice After Shaw Versus Reno, Association of American Geographers, Charlotte, NC, April, 1996.

"Five Determinants of the 1996 Presidential Election," prepared comments for Panel Discussion on the 1996 Presidential Election, Association of American Geographers, Charlotte, NC, April, 1996.

"Ideological Polarization in Congress in the 1990s: Race, Region and Redistricting," Association of American Geographers, Charlotte, NC, April, 1996.

"Partisan Shifts in Presidential and Gubernatorial Elections in Alabama, 1932-1994" Southeastern Division of the Association of American Geographers, Knoxville, TN, November, 1995.

"Geography and American Governmental Structure," National Council for Geographic Education, San Antonio, TX, October, 1995.

"Process and Results of Legislative Redistricting in Alabama in the 1990s," Association of American Geographers, Chicago, IL, March, 1995.

"Redistricting and Ideological Shifts in the U.S. House of Representatives, 1992-1993," Southeastern Division of the Association of American Geographers, Virginia Beach, VA, November, 1994.

"The Power of an Icon," with Roberta H. Webster, National Council for Geographic Education, Lexington, KY, November, 1994.

"The Process and Results of Districting in Alabama in the 1990s," Invited presentation at Conference on Districts and Voting Equality," University of North Carolina at Wilmington, Wilmington, NC, September, 1994.

"The United States Senate, the United Daughters of the Confederacy and the Confederate Flag," with Roberta H. Webster, Alabama Academy of Science, Troy, AL, March, 1994.

"Congressional Redistricting in the Southeast in the 1990s," Southeastern Division of the Association of American Geographers, Greensboro, NC, November, 1993.

"The Alabama Black Belt: Decline of a Core Area," with Scott Samson, National Council for Geographic Education, Halifax, Nova Scotia, August, 1993.

"Gubernatorial Republicanism in Alabama: A Transition?," Association of American Geographers, Atlanta, GA, April, 1993.

"Geography of the Presidential Debates," with Cynthia Sutherland, Alabama Academy of Science, Huntsville, AL, March, 1993.

"Cuba in a Post-Cold War World," Department of Geography Speakers Series, University of Kentucky, Lexington, KY, November, 1992.

"Congressional Redistricting and Black Representation in Alabama in the 1990s," Southeastern Division of the Association of American Geographers, Louisville, KY, November, 1992.

"Cuba: Moving Back to the Future with Tourism," National Council for Geographic Education, Santo Domingo, Dominican Republic, September, 1992.

"Alabama's Transition to the Republican Party in Presidential Elections: Did it Happen in 1948?"

Association of American Geographers, San Diego, CA, April, 1992.

"The Geography of the Senate Vote in the Confirmation of Clarence Thomas," Alabama Academy of Science, Tuscaloosa, AL, April, 1992.

"Conversion of Agricultural Land in Madison County, Alabama, 1950-1987," with John Puckett, Alabama Academy of Science, Tuscaloosa, AL, April, 1992.

"Cuba Looks for a Way Out," Geography Awareness Week, University of Alabama, Tuscaloosa, AL, December, 1991.

"Geographical Distribution and Impact of New Deal AAA Outlays to Alabama Counties," Southeastern Division of the Association of American Geographers, Asheville, NC, November, 1991.

"The Cold War in the United Nations," with Mr. Mark Greer, Great Plains/Rocky Mountain Division of the Association of American Geographers, October, 1991.

"Latin American Support for the U.S. in the UN: A Longitudinal Test of the Foreign Aid Connection," Association of American Geographers, Miami, FL, April, 1991.

"The United States and Latin America: An Analysis of Foreign Aid and Voting in the UN General Assembly, 1966-1985," With Joseph Strength and Colby Allsbrook, Alabama Academy of Sciences, Jacksonville, AL, March, 1991.

"The United States, Middle America and the United Nations: The Distribution of American Foreign Aid and Voting Support in the General Assembly," National Council for Geographic Education, Williamsburg, VA, November, 1990.

"Middle American Support for the U.S. in the UN General Assembly: A Cross-Sectional Analysis of the Foreign Aid Connection," Conference of Latin Americanist Geographers, Auburn, AL, October, 1990.

"The Changing Geography of Federal Grants to State and Local Governments, FY81-FY88," Association of American Geographers, Toronto, Ontario, Canada, April, 1990.

"Federal Government's Balance of Payments with the States, FY76-FY87," Southeastern Division

of the Association of American Geographers, Charleston, WV, November, 1989.

"Congress and the Changing Distribution of Federal Outlays, FY8l-FY86," Association of American Geographers, Baltimore, MD, March, l989.

"Federal Taxes and Spending: Regional Fiscal Flows, FY76-FY87," Conference of Geography and Public Administration," International Geographical Union, Washington, D.C., March, 1989.

"Pre-Hurricane Gilbert Jamaican Landscapes," Geography Awareness Week Presentation, Sponsored by the University of Wyoming Geography and Recreation Club and GTU Chapter, Laramie, WY, November, 1988.

"Electoral Regions and Predictions About the 1988 Presidential Election," Sponsored by the University of Wyoming Political Science Club, Laramie, WY, November, 1988.

"The Spatial Redistribution of Federal Outlays to the States, FY81 -- FY85" Association of American Geographers, Phoenix, AR, March, 1988.

"Politicians, Elections and Changing Federal Spending in the States in Reagan's First Term:  A Macro Level Search for Associations," Conference on Electoral Geography, IGU, Los Angeles, CA, March, 1988.

"World Maps - Viewpoints and Propaganda," Geography Awareness Week Presentation, Sponsored by the University of Wyoming Common Ministry, Laramie, WY, November, 1987.

"Partisanship in Presidential, Senatorial and Gubernatorial Elections in Ten Western States," Association of American Geographers, Portland, OR, March, 1987.

"The Interior West and Electoral Alignment in Presidential Elections," Association of American Geographers, Minneapolis, MN, March, 1986.

"An Intra-Regional Examination of Republican Party Electoral Strength in the Interior West," Mid-Continent Regional Science Association, Breckenridge, CO, 1986.

"Once Liberal, Now Conservative:  Ethnicity and Voting in Miami, Florida," with Roberta Haven Webster, Association of American Geographers, Detroit, MI, March, 1985.

"The Spatial Reorganization of the Local State:  Reforming Local Government Service Provision in Kentucky's Counties," Finalist in Nystrom Competition, Association of American Geographers, Detroit, MI, March, 1985.

"Winners and Losers in Reaganomics:  Who Got What, Where?" with Stanley D. Brunn and David Lowery, Conference on the Allocative and Distributive Impacts of Reagan Administration Policies, Alexandria, VA, 1984.

"Socioeconomic Well-Being and Intergovernmental Revenue Transfers to Local Governments in Kentucky, 1960-1972," Association of American Geographers, Washington, D.C., March, 1984.

"Questions on Questions:  A Critique of Textbook Guide Achievement Testing," with Justin C. Friberg, National Council for Geographic Education, Toronto, Canada, 1984.

"The Geography of 'Wagner's Law' at the Local Government Level in Kentucky," Association of American Geographers, Denver, CO, March, 1983.

"The Geography of Local Government Debt in Kentucky," Kentucky Academy of Science, Louisville, KY, 1983.

"Testing the Geography of 'Wagner's Law' at the Local Government Level: Constant and Current Dollar Comparisons," Southeastern Division of the Association of American Geographers, Orlando, FL, November, 1983.

"Testing Testing:  Improving the Quality of Multiple-Choice Examinations," East Lakes Division of the Association of American Geographers, Cincinnati, OH, 1983.

"A Computer Derived County Consolidation Plan for the State of Kentucky," Association of American Geographers, San Antonio, TX, March, 1982.

"Geographic Dimensions of Local Government Finance in Kentucky, 1957-1977," Kentucky Academy of Science, Ashland, KY, 1982.

"The Spatial Reorganization of County Boundaries in Kentucky," Southeastern Division of the Association of American Geographers, Memphis, TN, November, 1982 (winner of award for best paper and presentation by a Ph.D. student).

"County Consolidation in Kentucky:  An Historical Perspective," Kentucky Academy of Science, Murray, KY, 1981.

"Exchange Rates and Canadian Cross-Border Movements to Whatcom County, Washington,"

Southeastern Division of the Association of American Geographers, Atlanta, GA, November, 1981.

## GUEST LECTURES/INVITED COLLOQUIA

"Contesting the Meaning of the Confederate Flag(s): An Example of Political Iconography," Panelist, Geography Awareness Week, 11/17.

"The Implications of the 2016 Presidential Election," panelist, Geography Awareness Week, University of Wyoming, 11//16

"Northwest Wines," GEOG 4550/5550. Geography of Wine, with Roberta H. Webster, University of Wyoming, 6/16.

"Contesting the Meaning of the Confederate Flag(s): An Example of Political Iconography," GEOG 1020. Human Geography, 5/16.

"Custer May have Died for Our Sins But He Didn't Go Away," GEOG 1020. Human Geography, 5/16

"Redistricting Issues," GEOG 3280, "Spatial Methods, 2/16.

"Custer May Have Died for Our Sins, But He Did Not Go Away," GEOG 4502."Images of Wyoming and the West," 9/15.

"Northwest Wines," GEOG 4550/5550. Geography of Wine, with Roberta H. Webster, University of Wyoming, 6/15.

"Defining the Bible Belt Geographic Region, 1970-2010." Geography Awareness Week, Old Dominion University, Norfolk, VA, November 2014.

"Northwest Wines," GEOG 4550/5550. Geography of Wine, with Roberta H. Webster, University of Wyoming, 6/14.

"Voting in Alabama: Race, Religion, Place and the Culture Wars," WyGISC Colloquium Series, 4/09.

"The Geography of the 2008 Election," GEOG 4520, Geography of the U.S. and Canada, 11/08.

"Geography, Regions and the "Americas," Wyoming Geographic Alliance Summer Workshop,

6/08.

"Sports, Community, Nationalism and the International State System," GTU Initiation Banquet Address, University of Wyoming Chapter, 4/08.

"Contesting the Meaning and History of the Confederate Flag(s)," Department of History Research Colloquium, Collective Memory Session, University of Wyoming, 4/08.

"Women, the Voting Franchise and Electoral Politics," Women's Studies 3500, Gender and Society, University of Wyoming, 3/08.

"Making the Transition from Undergraduate to Graduate Studies," Geography Program, Western Washington University, 9/07.

"Berlin, the Wall and German Reunification," Geography of Europe class, University of Alabama, 4/06.

"Cuba, Tourism, Sugar and U.S. Foreign Policy, PLAHS Seminar on "Cuba and Mexico," University of Alabama, 4/05.

"Geography, Diplomacy, Power and the War in Iraq," Department of Geology and Geography, Auburn University, 11/03.

"Geography, Power and Redistricting," Department of Geology and Geography, Georgia Southern University, 10/02.

"Cuba and the Redevelopment of its Tourist Economy," Guest Lecture for "Geography and Tourism" class, University of Alabama, 10/02.

"Where's the South?," Alabama Geographic Alliance Teachers' Workshop, 7/01.

"Geography and Political Structure," Alabama Geographic Alliance Teachers' Workshop, 7/01.
"Geography and Redistricting," Alabama Geographic Alliance Teachers' Workshop, 7/01.

"Directions and Maps," Mrs. Spencer's cluster (2nd and 3rd Grade), Capitol School, 5/01.

"Cuba, American Foreign Policy and the Redevelopment of the Cuban Tourist Industry," Guest Lecture for Geography and Tourism class, University of Alabama, 3/01.

"The 2000 Census and Redistricting Cycle: What Local Government Officials Face," Guest Lecture to the Member Governments of West Alabama Regional Planning and Development

Council, 2/01.

"Political Geography of the South," Guest Lecture for the Historical Geography of the South class, University of Alabama, 12/00.

"Results of the 2000 Elections," Guest Lecture for the Geography of North America class, University of Alabama, 11/00.

"Geographical Perspectives on the 2000 Elections," Colloquium, Georgia State University, 10/00.

"Where's the South?," Content Lecture for Alabama Geographic Alliance Teachers' Workshop, University of Alabama, 7/00.

"The Geographic Subdivision of Political Space," Content Lecture for Alabama Geographic Alliance Teachers' Workshop, University of Alabama, 7/00.

"Redistricting, Reapportionment and Minority Rights in the South," Content Lecture for Alabama Geographic Alliance Teachers' Workshop, University of Alabama, 7/00.

"The Origins, Preservation and Measurement of Residential Segregation," Geography 358, Urban Geography, University of Alabama, 4/00.

"Voting Rights and Districting," K-12 Teachers' Workshop, Alabama Geographic Alliance, 7/99.

"Where's the South?," K-12 Teachers' Workshop, Alabama Geographic Alliance, 7/99.

"Cuba, U.S. Foreign Policy, and the Redevelopment of the Cuban Tourist Industry," three 75 minutes lectures, Geography and Tourism Class, University of Alabama, 3/99.

"Political Geography," Mississippi Geographic Alliance Teachers' Workshop, Starkville, Mississippi, 6/98.

"Residential Segregation: Its Development, Maintenance and Measurement," Urban Geography Class, University of Alabama, 4/98.

"Minority Rights, Redistricting, and the Impact of Recent Court Decisions," Mortar Board Conference on Social Studies Issues for Alabama Teachers, 3/97.

"The Redevelopment of the Cuban Tourist Industry in the 1990s," Economic Geography and Tourism Class, University of Alabama, 3/97.

"The Geography of the 1996 Elections," Alabama Geographical Society, 11/96.

"Social/Demographic Dimensions of the Alabama Black Belt," Soils Class, Dept. of Geography, University of Alabama, 5/96, Joint class on Environmental Racism, 10/97.

"The Five Themes and the Alabama Black Belt," Summer Teachers Workshop, Dept. of Geography, University of Alabama, 6/95.

"Kuwait and Syria," lectures at Samford University, 11/94, 5/95, 11/95, 5/96, and Shelton State Community College, 11/94.

"Kuwait after the War," lectures for the University of Alabama International Student Association 12/94, Mortar Board Conference on Social Studies Issues for Alabama Teachers 2/95, University of Alabama World Regional Class, 3/98.

"Redistricting in the 1990s," Mortar Board Conference on Social Studies Issues for Alabama Teachers, 2/95.

"U.S. - Cuba Relations: Past, Present and Future," University of Alabama, Latin American Studies Program, 4/95.

## PAPERS, CHAPTERS AND BOOKS CURRENTLY IN PROGRESS OR REVIEW

"The Sanctification of the Washita Massacre Site," for submission to the Geographical Review.

## PUBLICATIONS IN REFEREED JOURNALS

Balentine, Matthew and Webster, Gerald R. (forthcoming). "The Changing Electoral Landscape of the Western U.S.," Professional Geographer.

Webster, Gerald R. (2016). "The Purpose, Structure and Limitations of the Electoral College," The Geography Teacher, 13(3):101-105.

Webster, G.R. and Leib J.I. (2016). "Murder, Religion and the Confederate Battle Flag," Southeastern Geographer, 56(1): 29-37.

Engstrom, R.L., McCool, D.C., Chapa, J. and Webster, G.R. (2016). "Social Science Expert Witness Testimony in Voting Rights Cases," National Political Science Review, Vol. 17(1): 97-120.

Morrill, Richard; Webster, Gerald R.; Warf, Barney; Martis, Kenneth C.; Davidson, Fiona; Archer, J. Clark; Knopp, Larry; and Shelley, Fred. M. (2015). "Intervention on the Spatial and Political Realignment of the U.S. Electorate, 1988-2012," Political Geography, Vol. 48: 93-107.

Webster, Gerald R., McCrary, P., Moore, T., Aden, L.C., Blacksher, J.U., Clemons, M.L. and Leib, J.I. (2015), "Intervention on the 50th Anniversaries of Events in the American Civil Rights Movement," Political Geography, Vol. 48: 146-158.

Leib, Jonathan I. and Webster, Gerald R. (2015). "'Lest We Forget': John Winberry and the Study of Confederate Monuments on the Southern Landscape," Southeastern Geographer, 55(1): 9-18.

Martis, Kenneth C., Archer, J. Clark, Watrel, Robert H., Shelley, Fred M. and Webster, Gerald R. (2015), "Reapportionment, Regional Politics and Partisan Gain," Extensions, Winter: 18-21.

Webster, Gerald R. (2013), "Reflections on Current Criteria to Evaluate Redistricting Plans," Political Geography Plenary Lecture 2012, Political Geography, 32: 3-14.

Webster, Gerald R. (2013). "Normative Goals and Demographic Realities," Political Geography, 32:21-22.

Leib, Jonathan I. and Webster, Gerald R. (2012), "Black, White or Green?: The Confederate Battle Emblem and the 2001 Mississippi State Flag Referendum," Southeastern Geographer, 52(3): 299-326.

Brunn, Stanley D., Webster, Gerald R. and Archer, J. Clark. (2011). "The Bible Belt: Shrinking, Relocating and Multiple Buckles," Southeastern Geographer, 51(4): 513-549.

Webster, Gerald R. (2011). "'Guard Your Revolution': Comments on the Arab Spring Essays," Arab World Geographer, 14(2): 53-58.

Webster, Gerald R. (2011), "American Nationalism and the Invasion of Iraq," Geographical Review, 101(1): 1-18.

Webster, Gerald R. and Quinton, Nicholas (2010), "The Electoral Geographies of Two Segregationist (Jim Crow) Referenda," Political Geography, 29(7): 14-24.

Webster, Gerald R., Chapman, Thomas, and Leib, Jonathan I. (2010), "Sustaining the 'Societal and Scriptural Fence": Cultural, Social and Political Topographies of Same Sex Marriage in Alabama," The Professional Geographer, 62(2): 211-229.

Webster, Gerald R. and Bowman, Jerrod, (2008), "Quantitatively Defining the Black Belt Geographic Region," Southeastern Geographer, 48: 3-18.

Chapman, Thomas; Leib, Jonathan, and Webster, Gerald R. (2007), "Race, the Creative Class, and Political Geographies of Same Sex Marriage in Georgia," Southeastern Geographer, 47: 27-54.

Webster, Gerald R.; Bowman, Jerrod; McGowin, Daniel and Robinson, Heath (2007), "Research on the Political Geography of the South, 1980-2005," Southeastern Geographer, 47: 1-12.

Webster, Gerald R. (2007), "Voting Rights and Social Justice in the South," Southeastern Geographer, 47: 107-110.

Leib, Jonathan and Webster, Gerald R. (2006), "District Composition and State Legislative Votes on the Confederate Battle Emblem," Journal of Race and Policy, 2: 53-75.

Webster, Gerald R. and Webster, Roberta H. (2004), "Taxing Issues: Geography, Politics and the 2003 Tax Reform Referendum in Alabama," Southeastern Geographer, Vol. 44(2): 190-215.

Webster, Gerald R. (2004), "Representation, Geographic Districting and Social Justice," Journal of Geography, Vol. 103(2): 111-126 (Includes "Classroom Exercise: Social Justice and Districting the County Commission in Miranda County," pp. 121-126).

Webster, Gerald R. (2003), "Comments on the War in Iraq Essays," Invited Commentary, Arab World Geographer, Vol. 6(1): 49-53

Webster, Gerald R., and Leib, Jonathan I. (2002), "Political Culture, Religion and the Confederate Battle Flag Debate in Alabama," Journal of Cultural Geography, Vol. 20(1): 1-26.

Webster, Gerald R. (2002), "Introduction to Forum: The 2000 Presidential Election and the Florida Debacle in Geographic Context," Political Geography, Vol. 21(1): 67-70.

Webster, Gerald R. (2002), "The Presidential Election and the Bush v. Gore Supreme Court Decision," Political Geography, Vol. 21(1): 99-104.

Webster, Gerald R. and Kidd, Timothy (2002), "Globalization and the Balkanization of States: The Myth of American Exceptionalism," Journal of Geography, Vol. 101(2): 73-80.

Webster, Gerald R., and Leib, Jonathan I. (2001), "Whose South is it Anyway?: Debating the Confederate Battle Flag in South Carolina," Political Geography, Vol. 20: 271-299.

Leib, Jonathan I., Webster, Gerald R., and Webster, Roberta H. (2000), "Rebel With a Cause? Iconography and Public Memory in the Southern United States," GeoJournal, Vol. 52: 303-310.

Webster, Gerald R. (2000), "Changing Geographical Patterns of Religious Denomination Affiliation in Georgia, 1970-1990: Population Change and Growing Urban Diversity," Southeastern Geographer, Vol. 40 (1): 25-51.

Brunn, Stanley D.; Shelley, Fred M; Webster, Gerald R., and Ahmed, Wael M. (2000), "Place and Region in American Legal Culture: State Origins of Landmark Supreme Court Cases," Historical Geography, Vol. 28: 127-148.

Webster, Gerald R. (2000), "The Census, Constitution, Reapportionment and Redistricting," Journal of Geography, Vol. 99 (2): 71-75.

Webster, Gerald R. (2000), "Women, Politics, Elections and Citizenship," Journal of Geography, Vol. 99(1): 1-10.

Webster, Gerald R. (2000), "Playing a Game With Changing Rules: Geography, Politics and Redistricting in the 1990s," Political Geography, Vol. 19(2): 141-161.

Webster, Gerald R. (1998), "Teaching and Researching the South," Introduction to special issue on the American South, Journal of Geography, Vol. 97(4/5): 139-141.

Shelley, Fred M. and Webster, Gerald R. (1998), "Population, Settlement, Race and Ethnicity in the South," Journal of Geography, Vol. 97(4/5): 163-175.

Webster, Gerald R., and Merrett, Christopher D. (1998), "The Impact of Place and Ethnicity Upon Congressional Support for Free Trade Extensions into the Americas," Southwestern Geographer, Vol. 2: 40-56.

O'Reilly, Kathleen, and Webster, Gerald R. (1998), "The Electoral Geography of Anti-Gay Rights Referenda in Oregon," Professional Geographer, Vol. 50(4): 498-515.

Webster, Gerald R. (1998), "A Note on Ideological Change in Congress: Party, Race, Region and Redistricting," Southeastern Geographer, Vol. 38(1): 79-87.

Leib, Jonathan I., and Webster, Gerald R. (1998), "On Enlarging the U.S. House of Representatives," Political Geography, Vol. 17(3): 319-329.

Webster, Gerald R. (1997), "Religion and Politics in the American South," Pennsylvania Geographer, special issue on geography and religion, Vol. 35(2): 151-172.

Ingalls, Gerald; Webster Gerald R., and Leib, Jonathan I. (1997), "Fifty Years of Political Change in the South: Electing African Americans and Women to Public Office," Southeastern Geographer, Golden Anniversary Issue, Vol. 37(2): 140-161.

George, Robert C. and Webster, Gerald R. (1997), "'Heart of Dixie' on the Alabama License Tag: Where Did It Come From and Does It Represent the Past, the Future or Both?," International Social Science Review, Vol. 72 (1/2): 33-49.

Webster, Gerald R. (1997), "Geography and the Decennial Task of Redistricting," Journal of Geography, Vol. 96(2): 61-68.

Webster, Gerald R. (1997), "The Potential Impact of Recent Supreme Court Decisions on the Use of Race and Ethnicity in the Redistricting Process," Cities, Vol. 14(1): 13-19.

Webster, Gerald R. (1996), "Partisan Shifts in Presidential and Gubernatorial Elections in Alabama, 1932-1994," Professional Geographer, Vol. 48(4): 379-391.

Webster, Gerald R. (1995), "Congressional Redistricting in the Southeast in 1990s," Southeastern Geographer, Vol. 35(1): 1-21.

Sutherland, Cynthia L., and Webster, Gerald R. (1994), "The Geography of the 1992 Presidential Debates," Geographical Bulletin, Vol. 36(2): 83-93.

Webster, Gerald R., and Webster, Roberta H. (1994), "The Power of an Icon," Geographical Review, Vol. 84(2): 131-143.

Webster, Gerald R. (1993), "Redistricting and Ideological Shifts in Congress, 1992-1993," Southern Studies, Vol. 3(1): 99-112.

Webster, Gerald R. (1993), "Congressional Redistricting and African-American Representation in the 1990s: An Example from Alabama," Political Geography, Vol. 12(1): 549-564.

Webster, Gerald R. (1992), "A Time-Series Analysis of Political Support, Strategic Location and the Geography of U.S. Foreign Aid to Latin America and the Caribbean, 1966-1987," Geografiska Annaler, Series B, 74 (2): 125-132.

Webster, Gerald R., and Samson, Scott (1992), "On Defining the Alabama Black Belt: Historical Changes and Variations," Southeastern Geographer, 32(2): 179-188.

Webster, Gerald R. (1992), "Geography of a Senate Confirmation Vote," Geographical Review, 82(2): 154-165.

Webster, Gerald R. (1992), "Cuba: Moving Back to the Future With Tourism," Journal of Geography, Vol. 9(5): 226-233.

Webster, Gerald R. (1992), "The Demise of the Solid South," Geographical Review, 82(1): 43-55.

Webster, Gerald R. (1991), "Support for the United States in the U.N. on Cold War Issues and the Distribution of Foreign Aid to Central American and Caribbean Countries," Geographical Bulletin, Vol. 33(2): 87-97.

Webster, Gerald R. (1991), "Congress and the Changing Distribution of Federal Outlays, FY81-FY86," Professional Geographer, Vol. 43(1): 49-60.

Webster, Gerald R. (1989), "Partisanship in American Presidential, Senatorial and Gubernatorial Elections in Ten Western States." Political Geography Quarterly, Vol. 8(2): 161-179.

Lowery, David; Brunn, Stanley D. and Webster, Gerald R. (l988), "The Spatial Impact of Reaganomics: A Test of Six Models," Growth and Change, Vol. l9(4): 49-67.

Webster, Gerald R. (1988), "Presidential Voting in the West." Social Science Journal, Vol. 25(2): 211-232.

Webster, Gerald R. (1987), "Size of Place and Voting in Presidential Elections in the Interior West," Geographical Perspectives, No. 59 (Spring): 78-92.

Webster, Gerald R., (1987), "Factors in the Growth of Republican Voting in the Miami SMSA," Southeastern Geographer, Vol. 27(1): 1-17.

Brunn, Stanley D.; Lowery, David and Webster, Gerald R. (1987), "Regional Winners and Losers in the Reagan Budget Cuts: Who Got What Where," Environment and Planning C: Government and Policy, Vol. 5(2): 183-195.

Webster, Gerald R., and Webster, Roberta Haven (1987), "Ethnicity and Voting in the Miami-Dade County SMSA," Urban Geography, Vol. 8(1): 19-30.

Webster, Gerald R., and Webster, Roberta Haven (1986), "A Note on Ethnic Bloc Voting in the Miami-Dade County SMSA," Florida Geographer, Vol. 20: 37-42.

Lowery, David; Brunn, Stanley, D., and Webster, Gerald R. (1986), "From Stable Disparity to Dynamic Equity: The Spatial Distribution of Federal Expenditures, 1971-1983," Social Science Quarterly, Vol. 67(1): *98-107.*

Webster, Gerald R. (1985), "Socioeconomic Well-Being and Intergovernmental Revenue Transfers to Local Governments in Kentucky, 1960-1972," Virginia Geographer, Vol. 16 (Fall-Winter): 19-36.

Webster, Gerald R. (1984), "The Spatial Reorganization of County Boundaries in Kentucky," Southeastern Geographer, Vol. 24(1): 14-29.

Webster, Gerald R. (1982), "Exchange Rates and Movement Across an International Border: Canadians in Whatcom County, Washington," Bulletin of the Association of North Dakota Geographers, Vol. 32: 1-13.

## EDITING, BOOKS AND BOOK CHAPTERS

Westenhoff, L. and Webster, G.R., "Newspaper Endorsements," McGowin, D. and Webster, G.R., "The Bible Belt," and Balentine, M. and Webster, G.R., "The Use of Geographic Terms in the 2016 Debates," (forthcoming), In Archer, J.C., Watrel, R.D., Davidson, F., Fouberg, E.H.,

Martis, K.C., and Morrill, R.L. Eds. (2018). *Atlas of the 2016 Elections.* Rowman and Littlefield.

Webster, Gerald R. (2017). "General Custer May Have Died for Our Sins But He Did Not Go Away: Custer Place Names on the American Landscape," The Changing Global Map of Languages, S.D. Brunn Editor, New York: Springer, forthcoming.

Balentine, Matthew and Webster, Gerald R. (2017). "Place Names as a Form of Strategic Political Communication: An Analysis of Geographic Language Used in U.S. Presidential Debates from 1976-2012," The Changing Global Map of Languages, S.D. Brunn Editor, New York: Springer, forthcoming.

Webster, G.R., Watrel, R., Archer, J.C. and Brunn, S.D. (2015). "Bible Belt Membership Patterns, Correlates and Landscapes," in Stanley D. Brunn, Ed. The Changing World Religious Map: Sacred Places, Identities, Practices and Politics, pp.1,439-1,467. New York: Springer.

McGowin, Daniel and Webster, Gerald R. (2015), "The Geography of Religious Freedom," in Stanley D. Brunn, Ed., The Changing World Religious Map: Sacred Places, Identities, Practices and Politics, pp. 3435-3457. New York: Springer, forthcoming.

Hamerlinck, J. and Webster, G.R. (2014), Wyoming Student Atlas: Exploring Our Geography, 56 pp., University of Wyoming.

Archer, J.C., Watrel, R.D., Davidson, F., Fouberg, E.H., Martis, K.C., Morrill, R.L., Shelley, F.M. and Webster, G.R. (2014), Atlas of the 2012 Elections, 306 pp., Rowman and Littlefield. Authored or co-authored segments on "the Campaign," "Geographic Place Name Use in the 2012 Presidential Debates" (with Matt Balentine and Justin Frazier), "Newspaper Endorsements" (with Edward Heath Robinson), "Ballot Access" (with Edward Heath Robinson), and "The Bible Belt" (with Daniel A. McGowin).

Webster, Gerald R. and Leib, Jonathan I. (2012), "Race, Religion and the Southern Debate Over the Confederate Battle Flag," in Nancy Wadsworth and Robin Jacobson, editors, Faith and Race in American Political Life, pp, 103-124. University of Virginia Press.

Quinton, Nicholas and Webster, Gerald R. (2011). "Electoral Alignments and Place-Based Cleavages in Statewide Referenda in Alabama," in Revitalizing Electoral Geography, Editors Barney Warf and Jonathan Leib, pp. 195-218. Aldershot, UK: Ashgate,

Brunn, S.D., Webster, G.R., Morrill, R.L, Shelley, F., Lavin, S. and Archer, J.C., Eds. (2011), Atlas of the 2008 Elections, Rowman and Littlefield. Authored segments on "Estimated Media Advertising Outlays," "Campaign Stops," "Newspaper Endorsements," "Bible Belt," and "Congressional Ratings."

Webster, Gerald R. and Leib, Jonathan I. (2011), "Living on the Grid: The U.S. Rectangular Public Land Survey System and the Engineering of the American Landscape," in S.D. Brunn, Editor, Earth Engineering, pp. 2123-2138. Dordrecht, Netherlands: Springer.

Webster, Gerald R. and Leib, Jonathan I. (2008), "The Confederate Battle Flag and the Neo-Confederate Movement in the South," in Neo-Confederacy: A Critical Introduction, Edited by Euan Hague, Heidi Beirich and Edward Sebesta, 169-201. University of Texas Press.

Leib, Jonathan and Webster, Gerald (2008), "Electoral Districts," International Encyclopedia of Human Geography, pp. 399-404. Edited by R. Kitchin and N. Thrift, London: Elsevier, .

Pomeroy, George and Webster, Gerald R., editors (2008), Global Perspectives on Urbanization, New York: University Press of America.

Leib, Jonathan and Webster, Gerald R. (2007). "Rebel With(out) a Cause?: The Contested Meanings of the Confederate Battle Flag in the American South." In Thomas Hylland Eriksen and Richard Jenkins, eds., Flag, Nation and Symbolism in Europe and America. London: Routledge. pp. 31-52.

Guest Editor, Southeastern Geographer, special issue on the "Political Geography of the South," Vo. 47(1), May 2007.

Webster, Gerald R. (2006), "Sports, Community, Nationalism and the International State System," in The Geography-Sports Connection: Using Sports to Teach Geography, pp. 33-46. Edited by Lisa DeChano and Fred Shelley, Pathways Series No. 33, Jacksonville, AL: National Council for Geographic Education.

Webster, Gerald R. (2006), "Political Geography," in Encyclopedia of Human Geography, pp. 362-366. Edited by Barney Warf, Thousand Oaks, CA: Sage.

Leib, Jonathan I., and Webster, Gerald R. (2004), "Banner Headlines: The Fight Over the Confederate Flags in the American South," in WorldMinds: Geographical Perspectives on 100 Problems, pp. 61-66.  Edited by Donald G. Janelle, Barney Warf, and Kathy Hanson, Dordrecht, Netherlands: Kluwer Academic Publishers.

Webster, Gerald R. (2004), "Evaluating the Geographical Compactness of Representational Districts," in WorldMinds: Geographical Perspectives on 100 Problems, pp. 43-47.  Edited by Donald G. Janelle, Barney Warf, and Kathy Hanson, Dordrecht, Netherlands: Kluwer Academic Publishers.

Webster, Gerald R. (2004), "If At First You Don't Secede, Try, Try Again: Secession, Hate, and the League of the South," in Spaces of Hate: Geographies of Discrimination and Intolerance in the U.S.A., Edited by Colin Flint, pp. 137-164, New York: Routledge.

Webster, Gerald R. (2002), "Rethinking the Role of Compactness in Redistricting," in Alex Willingham, Editor, Beyond the Color Line? Race and Community in the New Century, pp. 117-134. New York: Brennan Center, New York University School of Law.

Leib, Jonathan I. and Webster, Gerald R. (2002), "The Confederate Battle Flag Debate in the South," in Alex Willingham, Editor, Beyond the Color Line? Race and Community in the New Century, pp. 221-244. New York: Brennan Center, New York University School of Law.

Guest Editor (2002), Forum Section on "The 2000 Presidential Election and the Florida Debacle in Geographic Context," Political Geography, Vol. 21(1):67-104.

Co-Guest Editor with Stanley D. Brunn (2000) for special issue of the Southeastern Geographer on "Religion in a Changing South," Vol. 40(1).

Guest Editor, 1998. Journal of Geography, special issue on "Teaching and Researching the American South," Vol. 97(4/5).

Editor, Newsletter of the Southeastern Division of the Association of American Geographers, 1997-1998.

Webster, Gerald R. (1998), "Political Space in the United States," pp. 49-57, in Davidson, Fiona M.; Leib, Jonathan I.; Shelley, Fred M. and Webster, Gerald R., eds. Teaching Political Geography, National Council for Geographic Education, Title No. 19, Pathways Series.

Davidson, Fiona M.; Leib, Jonathan I.; Shelley, Fred M; and Webster, Gerald R. (1998), "Teaching Political Geography," pp. 1-8, in Davidson, Fiona M.; Leib, Jonathan I.; Shelley, Fred M. and Webster, Gerald R., eds., Teaching Political Geography, National Council for Geography Education, Title No. 19, Pathways Series.

Davidson, Fiona M.; Leib, Jonathan I.; Shelley, Fred M. and Webster, Gerald R., eds. (1998) Teaching Political Geography, National Council for Geographic Education, Title No. 19, Pathways Series, 135 pp.

Guest Editor, Southeastern Geographer, special issue on the "Political Geography of the South," Vol. 35(1), 1995.

Editor, Political Geography Specialty Group Newsletter, 1994-95.

## PUBLICATIONS IN NON-REFEREED OUTLETS

Webster, Gerald R. 2015. "How the Confederate battle flag finally came down," The Conversation. 14 July: http://theconversation.com/how-the-confederate-battle-flag-finally-came-down-44550.

Webster, Gerald R. and Garcia, Antoni Luna. 2010.  "National Identity: Case Study: How is Nationalism Symbolized : Focus Europe," Association of American Geographers Center for Global Geography Education, http://globalgeography.aag.org/main.html.

Webster, Gerald R. (2007), "From the President," Column in the SEDAAG Newsletter, Vol. 26(2): 1-2.

Webster, Gerald R. (2007), "From the President," Column in the SEDAAG Newsletter, Vol. 26(1): 1-3.

Webster, Gerald R. (2006), "From the President," Column in the SEDAAG Newsletter, Vol. 25(2): 1-3

Webster, Gerald R. (2006), "From the President," Column in the SEDAAG Newsletter, Vol. 25(1): 1-2.

Webster, Gerald R. (2001). "Geography Undergoes Another Renaissance," Anniston Star, 29 July (http://ww2.annistonstar.com/opinion/2001/as-insight-0729-0-1g27t5918.htm).

Webster, Gerald R. (2001). "Redistricting," Anniston Star, 27 May (http://www.annistonstar.com/opinion/opinion_20010527_1963.html).

Webster, Gerald R., and Webster, Roberta H. (1996), Instructor's Manual to accompany Harm J. de Blij and Peter O. Muller, Physical Geography of the Global Environment (second edition), 346 pp.

Webster, Gerald R. (1994), "Comment on the Status of Redistricting in Light of Recent Court Decisions," Political Geography Specialty Group Newsletter, Vol. 14(2): 5-6.

Webster, Gerald R. (1994), "Comment on NAFTA," Political Geography Specialty Group Newsletter, Vol. 14(1): 3-4.

Webster, Gerald R., and Webster, Roberta H. (1993), Correspondence Study Course, GY 103, Introduction to Geography.  College of Continuing Education, University of Alabama, 46 pp.

Webster, Gerald R., and Webster, Roberta Haven (1993), Instructor's Manual to accompany Harm J. de Blij and Peter O. Muller, Physical Geography of the Global Environment, 225 pp.

Webster, Gerald R., and Webster, Roberta Haven (1991), Instructor's Manual to accompany Harm J. de Blij and Peter O. Muller. Geography: Regions and Concepts, sixth edition, 115 pp.

Webster, Gerald R. (1990), "Wyoming," in Macropaedia Volume (29) of Encyclopedia Britannica, pp. 428-431.

Webster, Gerald R. (1989), Correspondence Study Course Student Manual for Geography 303, Introduction to World Regional Geography, Correspondence Study Department, University of Wyoming, pp. 125.

Webster, Gerald R., and Webster, Roberta Haven (1988), Instructor's Manual to accompany Harm J. de Blij, The Earth: A Physical and Human Geography, third edition, 106 pp.

Webster, Gerald R., and Webster, Roberta Haven (1988), Instructor's Manual to accompany Harm J. de Blij and Peter O. Muller, Geography: Regions and Concepts, fifth edition, 129 pp.

Webster, Gerald R.  (1983), "The Geography of Local Government Debt in Kentucky," Proceedings, Kentucky Academy of Science, Geography Section, Vol. 9: 150-167.

Webster, Gerald R. (1983), "The Geography of 'Wagner's Law' at the Local Government Level in Kentucky:  Constant Versus Current Dollar Models," Working Papers in Public Administration, No. PA 30-1983, James W. Martin Graduate Center for Public Administration, The Graduate School, University of Kentucky, Lexington, Kentucky,  40506-0205.

Webster, Gerald R.  (1982), "Geographic Dimensions of Local Government Finance in Kentucky, 1957-1977," Proceedings, Kentucky Academy of Science, Geography Section, Vol. 8: 55-72.

Webster, Gerald R.  (1981), "County Consolidation in Kentucky:  An Historical Perspective," Proceedings, Kentucky Academy of Science, Geography Section, Vol. 7: 92-103.

**BOOK REVIEWS**

Webster, Gerald R. (2008), book review of Putting Voters in their Place: Geography and Elections in Great Britain, Ron Johnston and Charles Pattie, Annals of the Association of American Geographers, Vol. 98: 951-52.

Webster, Gerald R. (2002), book review of Geopolitics and Globalization in the Twentieth Century, Brian W. Blouet, Professional Geographer, Vol. 54(3): 459-461.

Webster, Gerald R. (2001), book review of Political Geography: A New Introduction, Richard Muir, Journal of Geography, Vol. 100(4): 181-182.

Webster, Gerald R. (2001), book review of The Southern Black Belt: A National Perspective, Ronald C. Wimberley and Libby V. Morris, Journal of Geography, Vol. 100(4): 183.

Webster, Gerald R. (1999), book review of The Global Crisis in Foreign Aid, Richard Grant and Jan Nijman eds. Professional Geographer, Vol. 51(3): 473-474.

Webster, Gerald R. (1997), book review of Political Power in Alabama, Anne Permaloff and Carl Grafton, Social Science Quarterly, Vol. 78(4): 1031-1033.

Webster, Gerald R. (1996), book review of The Tyranny of the Majority: Fundamental Fairness in Representative Democracy, Lani Guinier, Political Geography, Vol. 15(1): 124-126.

Webster, Gerald R. (1996), book review of The American Mosaic: The Impact of Space, Time, and Culture on American Politics, Daniel J. Elazar. Geographical Review, Vol. 86(1): 120-121.

Webster, Gerald R. (1995), book review of Quiet Revolution in the South: The Impact of the Voting Rights Act, 1965-1990, Chandler Davidson and Bernard Grofman, editors, Social Science Quarterly, Vol. 76 (2): 474-475.

Webster, Gerald R. (1992), book review of Elections in Chile: The Road Toward Democratization, 1991, Cesar N. Caviedes, Professional Geographer, 44(4): 477-478.

Webster, Gerald R. (1991), book review of Geography and Political Power: The Geography of Nations and States, 1990, Peter M. Slowe, Geographical Review, Vol. 81(2): 245-247.

Webster, Gerald R. (1988), book review of Electoral Laws and Their Political Consequences, 1986, Bernard Grofman and Arend Lijphart, editors, Political Geography Quarterly, Vol. 7(1): 93-94.

Webster, Gerald R.  (1987), book review of Cities of the Prairie Revisited: The Closing of the Metropolitan Frontier, 1986, Daniel J. Elazar, Urban Geography, Vol. 8(6): 609-610.

Webster, Gerald R.  (1987), book review of American Electoral Mosaics, 1986, J. Clark Archer and Fred M. Shelley, Professional Geographer, Vol. 39(4): 488-489.

Webster, Gerald R. (1987), book review of Progress in Political Geography, 1985, Michael Pacione, editor, Professional Geographer, Vol. 39(1): 119.


## AWARDS

First Place in the "Map Series or Atlas" competition for the Wyoming Student Atlas, 2015 Esri International User Conference.

"Political Geography Best Manuscript Reviewer for 2013," Elsevier Publishers and Political Geography.

Best Southeastern Geographer Article in 2011, for Brunn, S.D., Webster, G.R. and Archer, J.C. (2011), "The Bible Belt in a Changing South: Shrinking, Relocating and Multiple Buckles," Southeastern Geographer 51: 513-549.

Selected to provide the 2012 Political Geography Plenary Lecture, Association of American Geographers, New York, NY, February 2012.

Outstanding Lifetime Achievement Award, Southeastern Division of the Association of American Geographers, Savannah, GA, November 2011.

Best Southeastern Geographer Article in 2007, for Thomas Chapman, Jonathan  Leib, and Gerald R. Webster, (2007), "Race, the Creative Class, and Political Geographies of Same Sex Marriage in Georgia," Southeastern Geographer, 47: 27-54.

Outstanding Service Award, Southeastern Division of the Association of American Geographers, Charleston, SC, November 2007.

Richard Morrill Public Outreach Award, Political Geography Specialty Group, Association of American Geographers, San Francisco, CA, April 2007.

Outstanding Alumni Award for 2006, Western Washington University, Bellingham, Washington, November 2006.

Richard Morrill Public Outreach Award, Political Geography Specialty Group, Association of American Geographers, Philadelphia, PA, March 2004.

Distinguished Teaching Award, National Council for Geographic Education, Vancouver, British Columbia, August, 2001.

Research Honors Award 2000, Southeastern Division of the Association of American Geographers, Chapel Hill, North Carolina, November, 2000.

Received a Joseph J. Malone Fellowship in Arab and Islamic Studies by the National Council on US-Arab Relations.  Supported a three week study program in Kuwait and Syria, March 15-April 3, 1994.

Awarded Research Semester (no teaching obligations), College of Arts and Sciences, University of Wyoming, Fall semester, 1987.

Finalist in Warren Nystrom Award Competition, annual meeting of the Association of American Geographers, Detroit, Michigan, April, 1985.

Award for best paper written and presented by a Ph.D. student, Student Honors Competition, annual meeting of the Southeastern Division of the Association of American Geographers, Memphis, Tennessee, November, 1982.


## CONSULTING, CONTRACTS AND GRANTS

Consultant, Native American Rights Fund, Litigation pertaining to Voter Identification Requirements in North Dakota, 2017- .

Consultant, Lawyers for Civil Rights Under Law, Georgia Legislative Districts, 2017-

National Geographic Education Foundation Grant, Wyoming Geographic Alliance, Co-PI, $67,000, 2017-18.

National Geographic Education Foundation Grant, Wyoming Geographic Alliances, Co-PI, $65,000, 2016-17.

Consultant, DLA Piper, Litigation Pertaining to *NNHRC, et al. v. San Juan County, et al.*, case pertaining to Navaho voting in San Juan County, Utah, 2016-

Consultant, Native American Rights Fund, Litigation pertaining to Voter Identification Requirements in North Dakota, 2015-2016.

National Geographic Education Foundation Grant, Wyoming Geographic Alliances, Co-PI, $63,000, 2015-16.

Expert Witness, Dechert LLP, *Poor Bear v. Jackson Count, South Dakota*, Case No. 5-14-cv-05059. (D.S.D), 2014-

Expert Witness, U.S. Department of Justice, *United States v. State of North Carolina et al.* (N.D.N.C., 1:13-CV-861,DJ 166-54M-26, 2014-2015.

National Geographic Education Foundation Grant, Wyoming Geographic Alliances, Co-PI, $56,000, 2014-15.

Expert Witness, U.S. Department of Justice in *Veasey, et al., v. Rick Perry, et al.*, Civil Actions No. 2: 13-cv-193 (NGR), pertaining to photographic identification requirement to vote, 9/13-9/14.

National Geographic Education Foundation Grant, Wyoming Geographic Alliances, Co-PI, $53,000, 2012-13.

Consultant/Expect Witness, Department of Justice on litigation pertaining to American Indian Voting in Three Montana Counties, 2012, *Wandering Medicine v. McColloch*, Case No. CV-12-135-BLG-RFC, U.S. District Court for the District of Montana, Billings Division, 2012.

Consultant/Expert Witness, Joint Committee on Redistricting, Mississippi State Legislature, 2011.

Consultant/expert witness in case pertaining to Illinois legislative districts, *Radogno v Illinois State Board of Elections*, No. 1:2011cv04884 (N.D. of Illinois, 2011).

Consultant/expert witness in case pertaining to Illinois congressional districts *Committee for a Fair and Balanced Map v. Illinois State Board of Elections*, No. 1:2011cv05065 (N.D. of Illinois, 2011).

Consultant, Virginia Attorney General's Office on Redistricting Issues, 2011.

National Geographic Education Foundation Grant, Wyoming Geographic Alliances, Co-PI, $49,000, 2011-12.

National Geographic Education Foundation Grant, Wyoming Geographic Alliance, Co-PI, $52,000, 2010-11.

National Geographic Education Foundation Grant, Wyoming Geographic Alliance, Co-PI, $53,000, 2009-10.

National Geographic Education Foundation Grant, Wyoming Geographic Alliance, Co-PI, $55,152, 2008-09.

Consultant/Expert Witness for NAACP Legal and Educational Defense Fund in *Thompson v. HUD*, in case involving public housing in Baltimore, 2005-06.

Consultant/Expert Witness for State of Mississippi in *Craig Ducksworth, et al. v. State of Mississippi, et al.,* in case pertaining to state senate districts, 2004-06.

Consultant/Expert Witness for NAACP Legal and Educational Defense Fund in case pertaining to Montgomery County, North Carolina County Commission Districts, 2002.

Consultant/Expert Witness for Plaintiffs in *Martinez v. Bush* (Ca. No. 02-20244-CIV-JORDAN), S.D. Fla., 2001-02.

Consultant/Expert Witness for Plaintiffs in *Diamond v. Town of Manalapan* (Case No: 02-80065-CIV-Seitz), 2002.

Consultant/Expert Witness to Speaker, Illinois House of Representatives in lawsuit pertaining to Illinois House and Senate Districts (*Cole-Randazzo v. Ryan,* No. 92443, 198 Ill. 2d 233, 762 N.E. 2d 485 (Nov. 28, 2001), and *Beaubien v. Ryan* No. 92701, 198 Ill. 2d 294, 762 N.E. 2d 501 (Dec. 27, 2001).

Consultant to Mississippi State Legislature for congressional redistricting, 2001-02.

Consultant/Expert Witness for Impac2000 in lawsuit pertaining to Texas congressional districts (*Alicia del Rio v. Perry,* Case No. GN 003665, Travis County, Texas), 2001.

Consultant to the City of Montgomery, Alabama for redrawing of city's council districts, 2001.

Consultant/Expert Witness for Attorney General's Office, State of Virginia in lawsuit pertaining to Virginia House and Senate Districts (*Douglas MacArthur West v. Gilmore,* Civil Action No. CH01-84, Circuit Court of Salem, Virginia), 2001.

Consultant/Expert Witness for Alabama Democratic Conference/State of Alabama on lawsuit pertaining to Alabama House and Senate Districts (*Thompson v. Smith*, CA No.97-A-715-E (M.D. Ala.)), 1999-2000.

Consultant/Expert Witness for NAACP Legal Defense and Educational Fund on lawsuit pertaining to Louisiana state house districts (*Maxwell v. Foster*, CA No. CV 98-1378 M), 1999.

Consultant/Expert Witness for State of North Carolina on lawsuit pertaining to North Carolina legislative districts (*Daly v. Leak*, No. 5:97-CV-750-BO), 1998.

Consultant/Expert Witness for State of North Carolina and NAACP Legal Defense and Educational Fund on lawsuit pertaining to North Carolina congressional districts (*Cromartie v. Hunt*, CA No. 04-CV-104-H2), 1997-99.

Consultant/Expert Witness for Alabama Democratic Conference/State of Alabama on lawsuit pertaining to Alabama House and Senate Districts (*Sinkfield v. Bennett*, CN 93-689-PR) 1997-1998.

Consultant/Expert Witness for ACLU/NAACP Legal Defense and Educational Fund on lawsuit pertaining to City Council Districts in Cocoa, Florida (*Stovall v. City of Cocoa*, CN 93-257-CIV-ORL-18), 1997-99.

Consultant/Expert Witness for the NAACP Legal Defense and Educational Fund on lawsuit pertaining to County Commission districting in Baldwin County, Alabama 1997 (*Dillard v. Baldwin County Commission*, CV No. 87-T-1159-N), 1997.

Consultant/Expert Witness for the NAACP Legal Defense and Educational Fund on lawsuit pertaining to school board election districts in Durham, North Carolina, (*Cannon v. Durham County Board of Education*, No. 5:96-CV-115-BR), 1996-97.

Consultant/Expert Witness for the NAACP Legal Defense and Educational Fund on lawsuit pertaining to city council election districts in Greensboro, Alabama, (*Dillard v. City of Greensboro*, CV 87-T-1223-N) 1996-97.

Consultant for NAACP Legal Defense and Educational Fund for work on "Residential Segregation in Tuscaloosa, Alabama," 1994-95.

Recipient of General Research Grant, Research Grants Committee, University of Alabama. Project on The Spatial Distribution and Impacts of New Deal Aid. Summer 1991. $6,000.

Recipient of General Research Grant from Association of American Geographers. Project on "Past Present and Probable Future Regional Voting Blocs in the General Assembly of the United Nations." Spring 1991. $394.50.

Recipient of Basic Research Grant, College of Arts and Sciences, University of Wyoming. For "Wyoming in Maps Project." 1988-89. $2,000.

Recipient of Faculty Growth Award, UW Alumni Association, University of Wyoming. For travel to annual meeting of Association of American Geographers, Baltimore, Maryland, 1989. $362.14.

Recipient of Summer Faculty Development Award, College of Arts and Sciences, University of Wyoming. Research Project on The Geography of Federal Outlays and Tax Burdens by State, 1969-1986. Summer 1988. $500.

Recipient of Basic Research Grant, College of Arts and Sciences, University of Wyoming. Research Project on The Geography of Federal Outlays and Tax Burdens by State, 1969-1986. 1987-88. $2,000.

Recipient of Basic Research Grant, College of Arts and Sciences, University of Wyoming. Research Project on Socioeconomic Well-Being and Intergovernmental Revenue Transfers to Local Governments in Wyoming and the United States. 1986-87. $2,000.

Recipient of Faculty Growth Award, U.W. Alumni Association, University of Wyoming. Research Project on Electoral Partisanship in Presidential, Senatorial and Gubernatorial Elections in the Interior West. 1986-87, $185.

Selected participant in first annual Colloquium on Excellence in Teaching and Advising, University of Wyoming, April 19-23, 1986, $900 Stipend.

Grant from Dean, College of Arts and Sciences, University of Wyoming. Research Project on Republican Party Strength and Presidential Voting in the Interior West. 1985-86. $800.

New Faculty Starter Grant, Department of Geography, University of Miami. Research Project on the Growth of Republican Voting in the Miami SMSA. 1984-85. $100.

Exxon Honorarium to attend Guided Design Workshop, annual meeting of the National Council for Geographic Education, Pittsburgh, Pennsylvania, 1981.

## PROFESSIONAL ORGANIZATIONS

Association of American Geographers
Political Geography Specialty Group, AAG
Southeastern Division, AAG
Great Plains-Rocky Mountain Division, AAG

## EDITORIAL BOARDS

Editorial Board, Southeastern Geographer, 1996-1999, 2003-2007.

Editorial Board, Political Geography, 2001 - 2015.

Editorial Board, Journal of Geography, 1997-

Editorial Board, Arab World Geographer, 2009-2014.


## SERVICE ACTIVITIES

Steering Committee, Wyoming Geographic Alliance, 2017 –

Alliance Coordinator. Wyoming Geographic Alliance, 2014 – 2017.

Executive Committee, Wyoming Geographic Alliance, 2009-2017.

Member, Heads Council, 2012-13.

Panelist, 2011 Wyoming Social Sciences Institute, Cody, WY, March.

Member, Head's Council, 2010-11.

Member, RFP Review Committee, 2009-10.

Member, Institute for Global Affairs Steering Committee, 2009-present.

Member, AAG Constitution and Bylaws Committee, July 1, 2007-June 30, 2010.

President, Southeastern Division of the Association of American Geographers, 2005-2007; Past President, 2008-2009.

Member of Program Committee, Southeastern Division of the Association of American Geographers, 2004 annual meeting, Biloxi, Mississippi, 2004.

Member of Population Subcommittee, Tuscaloosa 2020 (Strategic Planning Process), 2003-04.

Member of Program Review Committee for Department of Criminal Justice, College of Arts and Sciences, University of Alabama, 2003-04.

Member of Arts and Sciences Space Committee, 2003-04.

Elected to Faculty Senate, University of Alabama; Faculty Senate Steering Committee; co-chair of the Planning and Operations Committee; Faculty Senate Liaison to Health and Safety Committee, 1998-99; Faculty Senate Liaison to Master Plan Committee, 1999-00; Co-Chair of the Communications Committee, Legislative Agenda Committee, 1999-00.

Member, Local Arrangements Committee for Golden Anniversary SEDAAG Annual Meeting, Birmingham, Alabama, November, 1997.

Elected Secretary of the Southeastern Division of the Association of American Geographers (Editor of the SEDAAG Newsletter), 1996-98.

Elected Chair of the Political Geography Specialty Group, Association of American Geographers, 1995-97.

Elected Chair of the Nominations Committee, Southeastern Division of the Association of American Geographers, 1995.

Member of the University of Alabama Latin American Studies Steering Committee, University of Alabama, 1994-95.

Chair, Committee for Rewriting Departmental Tenure and Promotion Guidelines, Department of Geography, University of Alabama, Fall 1994.

Elected Secretary/Treasurer of the Political Geography Specialty Group, Association of American Geographers, 1994-95.

Member of the Arts and Sciences Tenure and Promotion Committee, University of Alabama, 1993-94, 1994-95.

Member of University Appeals Committee, University of Alabama, 1993-94.

Alternate Member of Faculty Senate, University of Alabama, 1993-95.

Member of Program Review Committee for Department of Mineral Engineering, College of Engineering, University of Alabama, 1992-93.

Member of Interim Program Advisory Committee, University of Alabama, 1992-93.

Elected Member of Faculty Senate, University of Alabama, 1992-93.

Elected as State Representative (Alabama) to the Southeastern Division of the Association of American Geographers, 1992-94.

Member of Program Committee, 1993 AAG Annual Meeting in Atlanta, Georgia, 1992-93.

Member of Nominating Committee, Political Geography Specialty Group, 1991-93

Member, Student Paper Award Committee, Political Geography Specialty Group, Association of American Geographers, 1987-92, Chair 1991-92.

Chair, Chair's Leadership Review Committee, Department of Geography, University of Alabama, Spring 1991.

Member, Program Committee, SEDAAG Annual Meeting in Columbia, South Carolina, Fall 1990.

Judge for Rand McNally-NCGE "Excellence in Geography Teaching Awards" for K-12th grade teachers, 1990.

Chair of the Region 2 Awards Committee, National Council for Geographic Education, 1990; member 1988-89.

Elected Member of the Board of Directors, Political Geography Specialty Group, Association of American Geographers, 1987-89.


## REFEREE/REVIEW ACTIVITIES

African Journal of Political Science and International Relations 2011.
Annals of the Association of American Geographers, 1989, 1998, 1999, 2004, 2017.
Antipode, 2000, 2010 (2).
Arab World Geographer, 2003, 2010, 2012.
Bulletin of the Illinois Geographical Society, 2007
Florida Geographer, 1986, 2000.
Geographical Review 2003, 2010 (2), 2015.
Geographies of Religions and Belief Systems, 2013, 2014.
GeoJournal 2010, 2012.
Great Plains Research, 1996, 2000.
Growth and Change, 1988, 1993.

Hagar: International Social Science Review, 2002.
International Journal of Public Opinion Research, 2013.
Journal of Cultural Geography, 2004, 2017.
Journal of Geography, 1997 (3), 1998 (3), 1999, 2000, 2001, 2002, 2005 (2), 2006 (2), 2007 (2), 2010, 2011, 2012, 2013, 2014, 2015, 2016.
Journal of Maps, 2010
National Endowment for the Humanities research proposal, 1996, 2003.
National Science Foundation research proposal, 1988, 1997, 2000, 2009, 2010.
Political Geography, 1989, 1990, 1991, 1993 (2), 1996 (2), 1997 (3), 1998, 1999, 2000, 2001 (3), 2002 (3), 2003 (2), 2004 (3), 2005 (3), 2006 (2), 2007 (3), 2008 (3), 2009 (5), 2010 (6), 2011(2), 2012 (4), 2013 (4), 2014 (6), 2015 (2), 2017.
Professional Geographer, 1984, 1985, 1986, 1989, 1991, 1992, 1993, 1994, 1995, 2001 (2), 2002, 2004, 2006, 2007, 2008, 2010 (4), 2011 (3), 2013, 2015, 2017 (3).
Social Science History, 2005, 2006.
Social & Cultural Geography, 2007, 2008, 2009.
Social Science Journal, 1987, 1988, 1989.
Social Science Quarterly, 2001.
Southeastern Geographer, 1984, 1992, 1994, 1996 (2), 1998, 2000, 2001, 2004 (2), 2005 (3), 2006, 2007, 2008, 2009, 2010(2).
Southwestern Geographer, 2004.
Territory, Politics, Governance, 2013.
Urban Geography, 1987 (2), 1990, 1991, 1993, 2002, 2006, 2013(2).
CLAG Yearbook, 1990, 1992.
Text Reviews: Harper and Row 1988, Wm. C. Brown 1990, John Wiley 1991, Guilford Publications 1995, 2002 Prentice-Hall 1995 (2), 1996 (2), 1997, 1998 (2), 1999, 2000, 2002, 2003, Routledge 2006.
Outside Tenure and Promotion Referee, 1993, 1999 (2), 2000 (2), 2004, 2005, 2008 (2), 2010, 2011 (3), 2013 (2), 2017.


## MISCELLANEOUS SERVICE AT PROFESSIONAL MEETINGS

Session Chair: 1986, 1988, 1990, 1992, 1993, 1994, 1995, 1996, 1997 (2), 2000 (4), 2001 (2), 2002, 2003, 2004 (2), 2005 (8), 2006 (2), 2008, 2010 (3), 2011, 2014.
Session/Panel Organizer: 1988, 1992, 1993 (2), 1995 (5), 1996 (2), 1997 (3), 1998 (3), 1999, 2000 (3), 2001 (2), 2002 (2), 2004, 2005 (8), 2008 (1), 2010, 2011(3), 2016.
Paper/Session Discussant: 1989, 1991, 1993, 1995, 2004, 2006 (2), 2007(2), 2008.
Panelist: 1993, 1996 (2), 1999, 2000 (2), 2001 (2), 2002, 2003 (2), 2004, 2005, 2006, 2007(3), 2008 (3), 2009 (2), 2010 (3), 2011 (2), 2014, 2016 (2).


December 1, 2017