IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, as an organization; LAVELLE LEMON, MARLON REID, LAURETHA CELESTE SIMS, PATRICIA SMITH, COLEY TYSON,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN KEMP, in his official capacity as Secretary of the State for the State of Georgia<br><br>Defendant. | CA No. 1:17-cv-01427-TCB-WSD-BBM |

**NOTICE OF PLAINTIFFS' 30(b)(6) CONTINUED DEPOSITION OF THE GEORGIA LEGISLATIVE AND CONGRESSIONAL REAPPORTIONMENT OFFICE**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs will take the following deposition of Defendant State of Georgia at the date and time below:

| Deponent | Date | Time |
|---|---|---|
| Rule 30(b)(6) Representative of the Georgia Legislative and Congressional Reapportionment Office | January 25, 2018 | 9:00 a.m. |

10540651v1

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiffs will depose one or more designated representatives of the Georgia Legislative and Congressional Reapportionment Office, upon oral examination, for purposes of cross-examination and all purposes allowed under the Federal Rules of Civil Procedure, before a Notary Public, or before some other officer duly authorized by law to administer oaths. The topics for examination are set forth in **Exhibit A** attached hereto.  The documents and tangible things to be produced at the deposition are described in **Exhibit B**.  The deposition shall be recorded stenographically or by other means allowed under Rule 30(b)(3) and may also be recorded by videotape. The deposition will continue from day to day until completed.

The deposition will take place at the offices of Balch & Bingham, 30 Ivan Allen Jr Blvd NW # 700, Atlanta, GA 30308.

## EXHIBIT A – DEPOSITION TOPICS

(1) The drawing of the redistricting plans considered or enacted by the Georgia Legislature in Act No. 251 (2015 Ga. L. 1413) (H.B. 566) and H.B. 515 (2017), including but not limited to:

   a. alternative plans created during the redistricting process;
   b. the redistricting criteria used when drawing each plan;
   c. the purpose of the changes to Districts 105,111, and adjoining districts; and
   d. the role and application of traditional districting principles, including but not limited to compactness, minimizing population deviations, preserving communities of interest, maintaining whole voting precincts, and respecting the integrity of political subdivisions.

(2) Communications between Georgia legislators, their staffs, or third persons or entities and employees of the Georgia Legislative and Congressional Reapportionment Office (GLCRO) during the process that led to the creation of Act No. 436 (S.B. 386) (2006), Act No. 251 (2015 Ga. L. 1413) (H.B. 566) and H.B. 515 (2017), and the identities of the persons involved.

(3) The GLCRO's policy with respect to mid-census redistricting plans and instances in which Georgia state legislators have asked or proposed that employees of the GLCRO redraw existing districts.

(4) The software and data available to GLCRO employees and Georgia legislators during the redistricting process, including but not limited to updated voting tabulation districts and other information such as census, voter registration, turnout, electoral performance, and other data.

## EXHIBIT B

1. Shape files reflecting the redistricting plans considered or enacted by the Georgia Legislature in Act No. 251 (2015 Ga. L. 1413) (H.B. 566) and H.B. 515 (2017), as well as alternative plans created during those respective redistricting processes.  This information should be provided in an electronic format on an encrypted CD or DVD.

2. Any communications sent or received by employees of the Georgia Legislative and Congressional Reapportionment Office since November 1, 2012, regarding changes to the boundaries of Georgia State House of Representatives Districts located partially or wholly within Gwinnett or Henry Counties.

Respectfully submitted, this 17th day of January 2018.

          By:   /s/ Jon Greenbaum
Jon Greenbaum (*admitted pro hac vice*)
Ezra D. Rosenberg, Esq. (*admitted pro hac vice*)
Julie Houk, Esq. (*admitted pro hac vice*)
John Powers, Esq. (*admitted pro hac vice*)
Lawyers' Committee for Civil Rights Under Law
1401 New York Ave., NW, Suite 400
Washington, DC  20005
Telephone:  (202) 662-8600
Facsimile:   (202) 783-0857
Email:       jgreenbaum@lawyerscommittee.org
             erosenberg@lawyerscommittee.org
             jhouk@lawyerscommittee.org
             jpowers@lawyerscommittee.org

William V. Custer, Georgia Bar No. 202910
Jennifer B. Dempsey, Georgia Bar No. 217536
Bryan Cave LLP
One Atlantic Center, Fourteenth Floor
1201 West Peachtree Street, NW
Atlanta, GA  30309-3488
Telephone:  (404) 572-6600
Fax:            (404) 572-6999
Email:        bill.custer@bryancave.com
              jennifer.dempsey@bryancave.com

Bradley S. Phillips (*admitted pro hac vice*)
Gregory D. Phillips (*admitted pro hac vice*)
John F. Muller (*admitted pro hac vice*)
Thomas P. Clancy (*admitted pro hac vice*)
Munger, Tolles, & Olson LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, CA  90071-1560
Telephone:  (213) 683-9100

3

Facsimile: (213) 687-3702
Email: Bradley.Phillips@mto.com
Gregory.Phillips@mto.com
John.Muller@mto.com
Thomas.Clancy@mto.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of January, 2018, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/ Jon Greenbaum

*Counsel for Plaintiffs*