IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, as an organization; LAVELLE LEMON, MARLON REID, LAURETHA CELESTE SIMS, PATRICIA SMITH, COLEY TYSON,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN KEMP, in his official capacity as Secretary of the State for the State of Georgia<br><br>Defendant. | CA No. 1:17-cv-01427-TCB-WSD-BBM |

## NOTICE OF PLAINTIFFS' CONTINUED DEPOSITION OF DAN O'CONNOR

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs will take the following deposition of Defendant State of Georgia at the date and time below:

| Deponent | Date | Time |
|---|---|---|
| Dan O'Connor | January 25, 2018 | 11:00 a.m. |

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiffs will depose one or more designated representatives of the Georgia Legislative and

1

Congressional Reapportionment Office, upon oral examination, for purposes of cross-examination and all purposes allowed under the Federal Rules of Civil Procedure, before a Notary Public, or before some other officer duly authorized by law to administer oaths.  The deposition shall be recorded stenographically or by other means allowed under Rule 30(b)(3) and may also be recorded by videotape. The deposition will continue from day to day until completed.

The deposition will take place at the offices of Balch & Bingham, 30 Ivan Allen Jr Blvd NW # 700, Atlanta, GA 30308.

Respectfully submitted, this 17th day of January 2018.

By: /s/ Jon Greenbaum
Jon Greenbaum (*admitted pro hac vice*)
Ezra D. Rosenberg, Esq. (*admitted pro hac vice*)
Julie Houk, Esq. (*admitted pro hac vice*)
John Powers, Esq. (*admitted pro hac vice*)
Lawyers' Committee for Civil Rights Under Law
1401 New York Ave., NW, Suite 400
Washington, DC  20005
Telephone:  (202) 662-8600
Facsimile:   (202) 783-0857
Email:     jgreenbaum@lawyerscommittee.org
erosenberg@lawyerscommittee.org
jhouk@lawyerscommittee.org
jpowers@lawyerscommittee.org

William V. Custer, Georgia Bar No. 202910
Jennifer B. Dempsey, Georgia Bar No. 217536
Bryan Cave LLP

One Atlantic Center, Fourteenth Floor
1201 West Peachtree Street, NW
Atlanta, GA  30309-3488
Telephone:  (404) 572-6600
Fax:            (404) 572-6999
Email:         bill.custer@bryancave.com
                   jennifer.dempsey@bryancave.com

Bradley S. Phillips (*admitted pro hac vice)*
Gregory D. Phillips (*admitted pro hac vice*)
John F. Muller (*admitted pro hac vice*)
Thomas P. Clancy (*admitted pro hac vice*)
Munger, Tolles, & Olson LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, CA  90071-1560
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702
Email:         Bradley.Phillips@mto.com
                   Gregory.Phillips@mto.com
                   John.Muller@mto.com
                   Thomas.Clancy@mto.com


*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of January, 2018, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/ Jon Greenbaum

*Counsel for Plaintiffs*