Exhibit 1

## EXPERT REPORT OF JOHN R. ALFORD, Ph.D.

### Scope of Inquiry

I have been retained by the Georgia Secretary of State as an expert to provide analysis related to *NAACP, et al., v. Brian Kemp* and *Austin Thompson, et al. v. Brian Kemp*, challenges to the 2015 re-drawing of Georgia House Districts 105 and 111. I have examined the various reports provided by plaintiffs' experts in this case and have provided a replication of the Ecological Regression and Ecological Inference analysis of past elections involving Black candidates that were analyzed by Dr. Chen in his report in this case. In addition, I have added an analysis of voting in several exogenous elections in Georgia House of Representative Districts 105 and 111, and addressed a limited set of the issues raised by Dr. McCrary in his report in this case. My rate of compensation in this matter is $400 per hour.

### Qualifications

I am a tenured full professor of political science at Rice University. At Rice, I have taught courses on redistricting, elections, political representation, voting behavior and statistical methods at both the undergraduate and graduate level. Over the last thirty years, I have worked with numerous local governments on districting plans and on Voting Rights Act issues. I have previously provided expert reports and/or testified as an expert witness in voting rights and statistical issues in a variety of court cases, working for the U.S. Attorney in Houston, the Texas Attorney General, a U.S. Congressman and various cities and school districts.

In the 2000 round of redistricting, I was retained as an expert to provide advice to the Texas Attorney General in his role as Chair of the Legislative Redistricting Board. I subsequently served as the expert for the State of Texas in the state and federal litigation involving the 2001 redistricting for U.S. Congress, the Texas Senate, the Texas House of Representatives, and the Texas State Board of Education. I have also worked as an expert on redistricting and voting rights cases in Louisiana, New Mexico, Mississippi, Wisconsin, Florida, Georgia, Michigan, New York, and Alabama. The details of my academic background, including all publications in the last ten years, and work as an expert, including all cases in which I have testified by deposition or at trial in the last four years, are covered in the attached CV (Appendix 1).

**Data and Sources**

In preparing my report, I have reviewed the reports filed by the plaintiffs' experts in this case. I have relied on precinct level data, including election results, and voter turnout data available publicly from the Georgia Secretary of State's web site, as well as data provided by Dr. Chen in his report in this case.

***Gingles* Prongs Two and Three**

Two techniques commonly used in Voting Rights Act lawsuits to assess voter cohesion and polarization—Ecological Regression (ER) and Ecological Inference (EI)—are described below. Results for both techniques are presented here and in Dr. Chen's report. Ecological Inference is the more recent approach, but in practice the results of the two techniques rarely provide substantively different conclusions.

Ecological Regression analysis is the original statistical estimation technique used in VRA lawsuits to assess voter cohesion and polarization. In a nutshell, regression is a mathematical technique for estimating the single best-fitting straight line that could be drawn to describe the relationship between two variables in a scatter plot. Ecological regression (also called Goodman's regression) is distinct from simple regression in that it relies on a data set made up of precinct level aggregations of voters and election results, rather than a data set of individual voter characteristics and vote choices. This is necessary for the sort of analysis we wish to do here because while we have election results for groups of voters at the polling-place level and also have racial characteristics for the voters in the precinct, we do not have access to the actual vote choice of individual voters.

Applied to voting rights cases, the logic of regression analysis is to determine to what degree, if any, the vote for a candidate increases in a linear fashion as the concentration of voters of a given ethnicity in the precincts increases. This is done by finding the equation for the line that best fits the scatterplot of precinct-level demographics (e.g., percent Black as a proportion of voter turnout in a precinct) and precinct-level support for a given candidate. This best-fitting line is called the "regression line" and can be described by two numbers: a slope coefficient and an intercept. Regression is one way to estimate these two parameters and, if the statistical assumptions behind the method hold, has been shown to use the information in the data optimally. The estimate of the slope tells us how much the support of the candidate rises or falls when the precincts have more people from the relevant demographic group (e.g., a greater percentage of Blacks). The intercept tells us the predicted level of support for the candidate when the percentage of the relevant demographic group in a precinct is equal to zero (or in this case the predicted share of the vote for the Black candidate when the percentage of

3

Black voting age citizens in a precinct is zero).    By using the estimates of the slope and the intercept produced by the regression we can compute an estimate of what the percentage of the vote received by a Black candidate would be if the percentage of Black voting age citizens in the precinct equaled 100 percent.    This estimate is then an estimate of Black voting cohesion for the candidate.    Similar procedures can be used to estimate  non-Black or non-Hispanic white voting cohesion.[1]

Gary King's Ecological Inference (EI) procedure differs from Ecological Regression by recognizing that at least some of the statistical assumptions underlying regression analysis do not hold when one has aggregate data rather than individual data (as we do here). Specifically, the assumptions underlying the regression technique do not recognize that the data are bounded—that is, no more than 100% and no less than 0% of Blacks can vote for a given candidate. Regression can sometimes lead to unsatisfying conclusions, e.g., a model that predicts -10% of Blacks will support a candidate, or relatedly that 110% support among Blacks for another candidate (this sort of result is in fact present in the Ecological Regression results reported here below and in Dr. Chen's report as well) . More importantly, the regression technique does not utilize the information that is inherent in these bounds. For example, if we know that a precinct has 100 voters, of which 98 are Black and 99 people voted for the Black candidate, then we know with complete certainty that at least 97 of the Black voters voted for the Black candidate and at most 98 did. Ecological Regression fails to utilize this deterministic information and so, in some circumstances, does not use all the available data optimally.    In contrast, Ecological Inference methods incorporate this information about the bounds for each precinct into the statistical analysis.

---

[1] Dr. Chen's analysis distinguished only between black and non-black voters.  In other words, white, Hispanic, Asian, and Other categories were grouped together as "non-black."

As mentioned above, Ecological Regression assumes a linear relationship between the racial composition of precincts and the precinct vote returns. Ecological Inference, in contrast, allows the relationship between the size of the demographic group and support for a candidate to be non-linear. The other major difference is in the mechanism of the actual estimation of the parameters of the model. Ecological Regression uses a mathematical formula that produces a single specific estimated equation given a set of election data. Ecological Inference estimates the model parameters by an iterative procedure that, over a large number of repeated trials, yields an estimated model that may vary to some degree in repeated estimations, even given the exact same input data. While the details of this estimation procedure are mathematically complex, the bottom line is that Ecological Inference techniques use the available data in a potentially more efficient and less biased way than previous methods.

**Election Analysis**

To assess the degree of racially polarized voting Dr. Chen analyzes the three most recent state house elections (2012, 2014, and 2016) in HD 105 and HD 111. While he considers the race of voters in this analysis, his focus is not on whether they vary in levels of support for candidates of a particular race, only whether they vary in levels of support for a particular political party. His specific statement of his findings for elections in House Districts 105 and 111 on page 4 of his report exhibit a similar concern for the political party, rather than the race, of the candidates:

> *Table 1 reports the EI estimates of each racial group's tendency to support Democratic candidates during the November 2012, 2014, and 2016 House elections in HD 105, while Table 2 reports the EI estimates for HD 111. It is clear that both HD 105 and HD 111 exhibited significantly racially polarized voting during each of these three elections. In HD 105, approximately 98-99% of Black voters supported the Democratic*

*candidate during the three elections, whereas only 19-25% of non-Black voters supported the Democratic candidate.*

*HD 111 exhibited a similar pattern of racially polarized voting during each of the three elections. Approximately 98-99% of Black voters supported the Democratic candidate during the 2012, 2014, and 2016 elections, whereas only 16-18% of non-Black voters supported the Democratic candidate.*

He summarizes the findings of his polarization analysis for these six elections on page 3 of his report by stating that:

*By analyzing these precinct-level data, I concluded that voters in both HD 105 and HD111 exhibit significant racially polarized voting. In both districts, virtually all Black voters supported Democratic House candidates in the 2012, 2014, and 2016 House elections, while 75-85% of non-Black voters supported Republican candidates. Thus, race is an extremely strong proxy for partisanship in both districts.*

As it happens, the Democratic candidates in these six elections were all also Black candidates. Expanding the set of elections to include additional exogenous elections that also include all of the same precincts allows an assessment of the influence of race independent of party by providing contests in which the Democratic candidate is white. Ecological Inference and Ecological Regression analysis for two-party contested state and local contests for 2012 and 2016, along with the same endogenous elections considered by Dr. Chen, are provided below in Tables 1 and 2. To simplify comparison, only the estimates for the Democratic candidate are included (as was true in Dr. Chen's Tables 1 and 2 as well), and the associated confidence intervals have been omitted.

6

**Table 1:  House District 105**

| Year | Contest | Party | Race | Candidate | Ecological Inference | | Ecological Regression | |
|------|---------|-------|------|-----------|:---:|:---:|:---:|:---:|
| | | | | | % Black Support | % Non-Black Support | % Black Support | % Non-Black Support |
| 2012 | HD105 (Chen Report) | Dem | B | RENITA HAMILTON | 99.0% | 21.4% | 100.0% | 7.4% |
| 2012 | HD105 | Dem | B | RENITA HAMILTON | 79.7% | 32.5% | 100.0% | 7.5% |
| 2012 | Public Service Comm, Dist 3 | Dem | W | STEPHEN OPPENHEIMER | 75.4% | 33.7% | 100.0% | 8.4% |
| 2012 | Clerk Superior Court | Dem | B | BRIAN WHITESIDE | 78.3% | 34.6% | 100.0% | 9.1% |
| | | | | | | | | |
| 2016 | HD105 (Chen Report) | Dem | B | DONNA MCLEOD | 99.3% | 21.2% | 100.0% | 10.2% |
| 2016 | HD105 | Dem | B | DONNA MCLEOD | 77.1% | 36.7% | 100.0% | 10.3% |
| 2016 | United States Senator | Dem | W | JIM BARKSDALE | 70.4% | 36.0% | 100.0% | 9.7% |
| 2016 | County Comm Chair | Dem | B | JIM SHEALEY | 74.7% | 36.2% | 100.0% | 10.3% |

**Table 2:  House District 111**

| Year | Contest | Party | Race | Candidate | Ecological Inference | | Ecological Regression | |
|------|---------|-------|------|-----------|:---:|:---:|:---:|:---:|
| | | | | | % Black Support | % Non-Black Support | % Black Support | % Non-Black Support |
| 2012 | HD111 (Chen Report) | Dem | B | BILL BLACKMON | 98.2% | 18.1% | 100.0% | 8.0% |
| 2012 | HD111 | Dem | B | BILL BLACKMON | 84.6% | 26.2% | 100.0% | 7.5% |
| 2012 | Public Service Comm, Dist 3 | Dem | W | STEPHEN OPPENHEIMER | 79.7% | 28.4% | 100.0% | 7.6% |
| 2012 | District Attorney, Flint Circuit | Dem | B | DARIUS PATTILLO | 82.6% | 29.3% | 100.0% | 8.0% |
| 2012 | Chair County Commission | Dem | B | CARLOTTA HARRELL | 83.9% | 29.0% | 100.0% | 8.3% |
| | | | | | | | | |
| 2016 | HD111 (Chen Report) | Dem | B | DARRYL PAYTON | 99.3% | 17.8% | 100.0% | 7.6% |
| 2016 | HD111 | Dem | B | DARRYL PAYTON | 87.4% | 25.2% | 100.0% | 6.4% |
| 2016 | United States Senator | Dem | W | JIM BARKSDALE | 80.6% | 26.9% | 100.0% | 3.4% |
| 2016 | Clerk, Superior Court | Dem | B | SABRIYA HILL | 84.6% | 27.2% | 100.0% | 3.3% |
| 2016 | Sheriff | Dem | W | JOE MACK ECKLER | 85.2% | 19.9% | 100.0% | 3.5% |
| 2016 | Coroner | Dem | B | TONY BROWN | 83.6% | 26.7% | 100.0% | 3.2% |
| 2016 | Chair County Commission | Dem | B | CARLOTTA HARRELL | 84.2% | 27.7% | 100.0% | 3.8% |
| 2018 | HD111 | Dem | B | COMBINED DEMS | 89.1% | 18.8% | 100.0% | 4.0% |

The Ecological Inference estimates from Dr. Chen's report (reproduced here in the first row for each election year in Tables 1 and 2) are clearly not comparable across our methods of estimation.  There are several different approaches to Ecological Inference estimation, and these can produce variations in the final estimates.  In this case both estimates suggest the same pattern of Blacks voting cohesively for the Democrat, albeit more extremely so in Dr. Chen's estimates.  Likewise, non-Black voters prefer the Republican candidate, more extremely so in Dr. Chen's estimates.  The Ecological Regression estimates, in contrast, are

directly comparable, as there is only one formula for deriving the regression coefficients, but all of the regression estimates for Black support exceed 100 percent in both my analysis and in Dr. Chen's analysis, which raises clear issues about the validity of these point estimates.

The comparable results clearly show that voters are responding to the party of the candidate, and not the race of the candidate. Black support remains in the same high range for white Democratic candidates as it is for Black Democratic candidates. Similarly, white support for Democratic candidates remains in the same range regardless of whether the Democratic candidate is Black or white. This is true for both the Ecological Inference estimates and the Ecological Regression estimates. These results support Dr. Chen's carefully worded description of his findings, as it is Black support for *Democratic* candidates, and non-Black support for *Republican* candidates, that the election analysis reveals, not Black support for *Black* candidates and non-Black support for *white* candidates.

**Precinct Splits**

In addition to his discussion of voter polarization Dr. Chen also discusses the changes made to districts 105 and 111 in 2015. He notes that these changes involve some whole precincts and some precinct splits. He also notes, as does Dr. McCrary, that data on political variables, including past election performance, are available at the precinct level, while at the census block level (used in splitting precincts), the best data available is racial population data. This leads Dr. Chen to place special emphasis on the racial pattern in the precincts split in redrawing HD 105 and 111. However, looking at Dr. Chen's Table 15 for precinct splits in HD 105 shows that, based on what would have been the available census data, the percent Black VAP in the portions of the split precincts drawn inside the newly configured HD 105,

with a total Black VAP of 29.8 percent is virtually identical to the proportion Black in the areas drawn outside of HD 105, with a total Black VAP of 30.4 percent.  This is simply not compatible with an intentional effort to use census block level racial data to reduce the proportion Black in the new HD 105 by virtue of splitting precincts on the basis of race.  In HD 111 the pattern is even more striking.  Looking at Dr. Chen's Table 16 for precinct splits in HD 111 shows that, based on what would have been the available census data, the percent Black VAP in the portions of the split precincts drawn inside the newly configured HD 111, with a total Black VAP of 37.1 percent is actually higher than the proportion Black in the areas drawn outside of HD 111, with a total Black VAP of 31.9 percent.  Again, as was the case with HD 105, this pattern is simply not compatible with an intentional effort to use census block level racial data to reduce the proportion Black in the new HD 111 by virtue of splitting precincts on the basis of race.

**Dr. McCrary's Report**

As discussed above, Dr Chen's report treats evidence that clearly shows *party* polarization among voters in these districts as definitionally *racial* polarization, simply because Black voters are more likely than white voters to support Democratic Party nominees in partisan elections, regardless of whether the nominee is Black or white.  This treats a decision on the part of voters at the polls that is completely consistent with the party cues provided, even when the party cue is in direct conflict with a racial cue, as racially motivated.  This is achieved by dispensing with the evidence that these polling place voting patterns are clearly occurring on account of party and not on account of race.

The same conflation of partisanship with racial intent, directed at policymakers' decisions, is clear in Dr. McCrary's report in this case. His discussion documents extensively the racial motivation that drove specific districting decisions by Georgia policymakers in the past. Dr. McCrary begins with a history review in which he lays out very graphically what intentional discrimination in districting and redistricting looked like in the earlier era of Democratic party control in Georgia. Various Democratic leaders are quoted using openly racial descriptions of their own motivation. Importantly, the alternative of a partisan motivation during this earlier era is untenable given that the actions are being taken by Democratic party members against the interests of largely Democratic Black voters. Dr. McCrary follows this by a detailed discussion of H.B. 566, including the fact that the "only principle set forth in prior redistricting guidelines that was mentioned -- and then only mentioned in conversations with the plan-drawers of the Reapportionment Office – was the protection of incumbents" (page 22). He notes that districts were modified for both Democratic and Republican incumbents, and that the plan passed the House on a bipartisan unanimous vote. He then turns to the statements made in depositions by the staff responsible for making the map changes. Referring to the Executive Director of the Legislative and Congressional Reapportionment Office Gina Wright's comments, Dr. McCrary notes that when "asked what the representatives from District 105 and District 111 'wanted to achieve' when they came to her office, she said only: 'They were looking for a political advantage'" (page 32). That remains the theme of all the discussion that follows related to the details of how the changes to HD 105 and HD 111 were made. Dr. McCrary includes quotes that make it clear that there was shared concern that without changes the Republican incumbents in these two districts would likely be defeated. In his report, Dr. Chen goes to some length to

demonstrate empirically that had the changes not been made both Republican incumbents would according to his estimates have been defeated as "HD 105 would have favored the Democratic over the Republican candidate by 11,933 to 11,763 votes. Meanwhile, voters in HD 111 would have favored the Democratic over the Republican candidate by 14,634 to 14,453 votes" (page 20).  In other words, both the reports of Dr. McCrary and Dr. Chen provide support for the potential reality of this stated concern for the re-election prospects of two members of the Republican majority.

While there is some discussion in what follows in Dr. McCrary's report to the effect that various individuals were aware that, given the correlation between race and party voting in Georgia, changes that produce a net increase in Republican voters in a district would likely also reduce the net proportion Black population in the district, there is no indication that this was in any sense the true motive for these changes, as opposed to incumbent protection, or that race was used as the predominant consideration in drawing the districts.  As Dr. McCrary sums things up "In short, plan drawers were always aware of both racial composition and past candidate preferences as predictors of future political performance in each potential district configuration" (page 32).  This evidence of an awareness of the racial implications of these changes would, at best, support a conclusion that the policymakers made these changes in spite of the fact that the changes reduced the minority population in these districts.

Dr. McCrary begins his final conclusions by aptly summing up what his discussion actually demonstrates: "As far as the record makes clear, the decisions made by the state in realigning the boundaries of House Districts 105 and 111 in the 2015 re-redistricting were based on the goal of enhancing the re-election prospects of Republican incumbents or – if an

incumbent decided not to run for re-election – a new Republican candidate for the seat" (page 35). Or as he restates this at the start of the final paragraph in his report:

> *The evidence presented in this declaration makes clear, in my judgment, that in the 2015 re-redistricting no traditional redistricting criteria were at issue in the legislative decision, other than incumbent protection. The only goal announced by any of the actors was the goal of deferring to the wishes of incumbent legislators to enhance their re-election prospects, without endangering the re-election of other Republican legislators" (page 36).*

Based on Dr. McCrary's detailed examination of the record, and Dr. Chen's empirical analysis, that seems to be a fair, well supported, and direct statement of the legislative intent in the redrawing of HD 105 and HD 111. But what Dr. McCrary concludes in the end is exactly the opposite. As he states in the last line of his report "the goal of racial discrimination was necessarily the predominant motive of the 2015 mid-decade redistricting as applied to House Districts 105 and 111" (page 36). This last statement in Dr. McCrary's report is at odds with his prior statements, quoted above, and at odds with the evidence provided in both his report and in Dr. Chen's report.

**Summary Conclusions**

The election analysis for these two Georgia House districts demonstrates that party polarization, rather than racial polarization, is the best explanation for the voting patterns in these House districts. Similarly, the evidence provided by Dr. McCrary and Dr. Chen suggests that at the policymaking level partisan advantage and incumbent protection, rather than racial animus, were the driving force motivating the changes to the district lines in these districts. Dr. Chen suggests that there may have been some use of racial data as a proxy for party in the specific instance of the precincts that were split in the 2015 redrawing, but the overall impact,

12

as discussed above, does not support this presumption.  Dr. McCrary also suggests that racial data may have been used as a proxy for party, but he does not provide any documentary evidence of this.  There is abundant evidence here of partisan intent at the policymaker level and partisan polarization at the voter level.  The same is not true for evidence that either the redistricting decisions of policymakers driving the 2015 changes to HD 105 and 111, or the voting booth decisions of voters in these districts in the years examined here, are explained by considerations of race.

January 31, 2018.

John R. Alford, Ph.D.

# APPENDIX 1

### John R. Alford
Curriculum Vitae
December, 2017

Dept. of Political Science
Rice University - MS-24
P.O. Box 1892
Houston, Texas 77251-1892
713-348-3364
jra@rice.edu

## Employment:
Full Professor, Rice University, 2015 to present.
Associate Professor, Rice University, 1985-2015.
Assistant Professor, University of Georgia, 1981-1985.
Instructor, Oakland University, 1980-1981.
Teaching-Research Fellow, University of Iowa, 1977-1980.
Research Associate, Institute for Urban Studies, Houston, Texas, 1976-1977.

## Education:
Ph.D., University of Iowa, Political Science, 1981.
M.A., University of Iowa, Political Science, 1980.
M.P.A., University of Houston, Public Administration, 1977.
B.S., University of Houston, Political Science, 1975.

## Books:
*Predisposed: Liberals, Conservatives, and the Biology of Political Differences.* New York: Routledge, 2013. Co-authors, John R. Hibbing and Kevin B. Smith.

## Articles:
"Intuitive ethics and political orientations: Testing moral foundations as a theory of political ideology." with Kevin Smith, John Hibbing, Nicholas Martin, and Peter Hatemi. **American Journal of Political Science**. (April, 2017).

"The Genetic and Environmental Foundations of Political, Psychological, Social, and Economic Behaviors: A Panel Study of Twins and Families." with Peter Hatemi, Kevin Smith, and John Hibbing. **Twin Research and Human Genetics**. (May, 2015.)

"Liberals and conservatives: Non-convertible currencies." with John R. Hibbing and Kevin B. Smith. **Behavioral and Brain Sciences** (January, 2015).

"Non-Political Images Evoke Neural Predictors Of Political Ideology." with Woo-Young Ahn, Kenneth T. Kishida, Xiaosi Gu, Terry Lohrenz, Ann Harvey, Kevin Smith, Gideon Yaffe, John Hibbing, Peter Dayan, P. Read Montague. **Current Biology**. (November, 2014).

Department of Political Science                    John R. Alford                    **2** | P a g e

"Cortisol and Politics: Variance in Voting Behavior is Predicted by Baseline Cortisol Levels."  with Jeffrey French, Kevin Smith, Adam Guck, Andrew Birnie, and John Hibbing.  **Physiology & Behavior**.  (June, 2014).

"Differences in Negativity Bias Underlie Variations in Political Ideology."  with Kevin B. Smith and John R. Hibbing.  **Behavioral and Brain Sciences**.  (June, 2014).

"Negativity bias and political preferences: A response to commentators Response."  with Kevin B. Smith and John R. Hibbing.  **Behavioral and Brain Sciences**.  (June, 2014).

"Genetic and Environmental Transmission of Political Orientations."  with Carolyn L. Funk, Matthew Hibbing, Kevin B. Smith, Nicholas R. Eaton, Robert F. Krueger, Lindon J. Eaves, John R. Hibbing. **Political Psychology**, (December, 2013).

"Biology, Ideology, and Epistemology: How Do We Know Political Attitudes Are Inherited and Why Should We Care?" with Kevin Smith, Peter K. Hatemi, Lindon J. Eaves, Carolyn Funk, and John R. Hibbing. **American Journal of Political Science**. (January, 2012)

"Disgust Sensitivity and the Neurophysiology of Left-Right Political Orientations." with Kevin Smith, John Hibbing, Douglas Oxley, and Matthew Hibbing, **PlosONE**, (October, 2011).

"Linking Genetics and Political Attitudes:  Re-Conceptualizing Political Ideology." with Kevin Smith, John Hibbing, Douglas Oxley, and Matthew Hibbing, **Political Psychology**, (June, 2011).

"The Politics of Mate Choice." with Peter Hatemi, John R. Hibbing, Nicholas Martin and Lindon Eaves, **Journal of Politics**, (March, 2011).

"Not by Twins Alone:  Using the Extended Twin Family Design to Investigate the Genetic Basis of Political Beliefs" with Peter Hatemi, John Hibbing, Sarah Medland, Matthew Keller, Kevin Smith, Nicholas Martin, and Lindon Eaves, **American Journal of Political Science**, (July, 2010).

"The Ultimate Source of Political Opinions:  Genes and the Environment" with John R. Hibbing in **Understanding Public Opinion**, 3rd Edition eds. Barbara Norrander and Clyde Wilcox, Washington D.C.: CQ Press, (2010).

"Is There a 'Party' in your Genes" with Peter Hatemi, John R. Hibbing, Nicholas Martin and Lindon Eaves, **Political Research Quarterly**, (September, 2009).

"Twin Studies, Molecular Genetics, Politics, and Tolerance: A Response to Beckwith and Morris" with John R. Hibbing and Cary Funk, **Perspectives on Politics**, (December, 2008).  This is a solicited response to a critique of our 2005 APSR article "Are Political Orientations Genetically Transmitted?"

"Political Attitudes Vary with Physiological Traits" with Douglas R. Oxley, Kevin B. Smith, Matthew V. Hibbing, Jennifer L. Miller, Mario Scalora, Peter K. Hatemi, and John R. Hibbing, **Science**, (September 19, 2008).

"The New Empirical Biopolitics" with John R. Hibbing, **Annual Review of Political Science**, (June, 2008).

"Beyond Liberals and Conservatives to Political Genotypes and Phenotypes" with John R. Hibbing and Cary Funk, **Perspectives on Politics**, (June, 2008).  This is a solicited response to a critique of our 2005 APSR article "Are Political Orientations Genetically Transmitted?"

"Personal, Interpersonal, and Political Temperaments" with John R. Hibbing, **Annals of the American Academy of Political and Social Science**, (November, 2007).

"Is Politics in our Genes?" with John R. Hibbing, **Tidsskriftet Politik**, (February, 2007).

"Biology and Rational Choice" with John R. Hibbing, **The Political Economist**, (Fall, 2005)

"Are Political Orientations Genetically Transmitted?" with John R. Hibbing and Carolyn Funk, **American Political Science Review**, (May, 2005).  (The main findings table from this article has been reprinted in two college level text books - Psychology, 9th ed. and Invitation to Psychology 4th ed. both by Wade and Tavris, Prentice Hall, 2007).

"The Origin of Politics:  An Evolutionary Theory of Political Behavior" with John R. Hibbing, **Perspectives on Politics**, (December, 2004).

"Accepting Authoritative Decisions:  Humans as Wary Cooperators" with John R. Hibbing, **American Journal of Political Science**, (January, 2004).

"Electoral Convergence of the Two Houses of Congress" with John R. Hibbing, in **The Exceptional Senate**, ed. Bruce Oppenheimer, Columbus: Ohio State University Press, (2002).

"We're All in this Together:  The Decline of Trust in Government, 1958-1996." in **What is it About Government that Americans Dislike?**, eds. John Hibbing and Beth Theiss-Morse, Cambridge:  Cambridge University Press, (2001).

"The 2000 Census and the New Redistricting," **Texas State Bar Association School Law Section Newsletter**, (July, 2000).

"Overdraft:  The Political Cost of Congressional Malfeasance" with Holly Teeters, Dan Ward, and Rick Wilson, **Journal of Politics** (August, 1994).

"Personal and Partisan Advantage in U.S. Congressional Elections, 1846-1990" with David W. Brady, in **Congress Reconsidered** 5th edition, eds. Larry Dodd and Bruce Oppenheimer, CQ Press, (1993).

"The 1990 Congressional Election Results and the Fallacy that They Embodied an Anti-Incumbent Mood" with John R. Hibbing, **PS** 25 (June, 1992).

"Constituency Population and Representation in the United States Senate" with John R. Hibbing. **Legislative Studies Quarterly**, (November, 1990).

"Editors' Introduction:  Electing the U.S. Senate" with Bruce I. Oppenheimer.  **Legislative Studies Quarterly**, (November, 1990).

"Personal and Partisan Advantage in U.S. Congressional Elections, 1846-1990" with David W. Brady, in **Congress Reconsidered** 4th edition, eds. Larry Dodd and Bruce Oppenheimer, CQ Press, (1988). Reprinted in The Congress of the United States, 1789-1989, ed. Joel Silby, Carlson Publishing Inc., (1991), and in The Quest for Office, eds. Wayne and Wilcox, St. Martins Press, (1991).

"Can Government Regulate Fertility?  An Assessment of Pro-natalist Policy in Eastern Europe" with Jerome Legge.  **The Western Political Quarterly** (December, 1986).

[3]

"Partisanship and Voting" with James Campbell, Mary Munro, and Bruce Campbell, in **Research in Micropolitics. Volume 1 - Voting Behavior**. Samuel Long, ed. JAI Press, (1986).

"Economic Conditions and Individual Vote in the Federal Republic of Germany" with Jerome S. Legge. **Journal of Politics** (November, 1984).

"Television Markets and Congressional Elections" with James Campbell and Keith Henry. **Legislative Studies Quarterly** (November, 1984).

"Economic Conditions and the Forgotten Side of Congress:  A Foray into U.S. Senate Elections" with John R. Hibbing, **British Journal of Political Science** (October, 1982).

"Increased Incumbency Advantage in the House" with John R.  Hibbing, **Journal of Politics** (November, 1981).  Reprinted in The Congress of the United States, 1789-1989, Carlson Publishing Inc., (1991).

"The Electoral Impact of Economic Conditions:   Who is Held Responsible?" with John R. Hibbing, **American Journal of Political Science** (August, 1981).

"Comment on Increased Incumbency Advantage" with John R. Hibbing, Refereed communication: **American Political Science Review** (March, 1981).

"Can Government Regulate Safety?  The Coal Mine Example" with Michael Lewis-Beck, **American Political Science Review** (September, 1980).


## Awards and Honors:

CQ Press Award - 1988, honoring the outstanding paper in legislative politics presented at the 1987 Annual Meeting of the American Political Science Association.  Awarded for "The Demise of the Upper House and the Rise of the Senate: Electoral Responsiveness in the United States Senate" with John Hibbing.


## Research Grants:

National Science Foundation, 2009-2011, "Identifying the Biological Influences on Political Temperaments", with John Hibbing, Kevin Smith, Kim Espy, Nicolas Martin and Read Montague.  This is a collaborative project involving Rice, University of Nebraska, Baylor College of Medicine, and Queensland Institute for Medical Research.

National Science Foundation, 2007-2010, "Genes and Politics:  Providing the Necessary Data", with John Hibbing, Kevin Smith, and Lindon Eaves.  This is a collaborative project involving Rice, University of Nebraska, Virginia Commonwealth University, and the University of Minnesota.

National Science Foundation, 2007-2010, "Investigating the Genetic Basis of Economic Behavior", with John Hibbing and Kevin Smith.  This is a collaborative project involving Rice, University of Nebraska, Virginia Commonwealth University, and the Queensland Institute of Medical Research.

Rice University Faculty Initiatives Fund, 2007-2009, "The Biological Substrates of Political Behavior".  This is in assistance of a collaborative project involving Rice, Baylor College of Medicine, Queensland Institute of

Medical Research, University of Nebraska, Virginia Commonwealth University, and the University of Minnesota.

National Science Foundation, 2004-2006, "Decision-Making on Behalf of Others", with John Hibbing.  This is a collaborative project involving Rice and the University of Nebraska.

National Science Foundation, 2001-2002, dissertation grant for Kevin Arceneaux, "Doctoral Dissertation Research in Political Science: Voting Behavior in the Context of U.S. Federalism."

National Science Foundation, 2000-2001, dissertation grant for Stacy Ulbig, "Doctoral Dissertation Research in Political Science: Sub-national Contextual Influences on Political Trust."

National Science Foundation, 1999-2000, dissertation grant for Richard Engstrom, "Doctoral Dissertation Research in Political Science: Electoral District Structure and Political Behavior."

Rice University Research Grant, 1985, Recent Trends in British Parliamentary Elections.

Faculty Research Grants Program, University of Georgia, Summer, 1982. Impact of Media Structure on Congressional Elections, with James Campbell.


## Papers Presented:

"The Physiological Basis of Political Temperaments" 6th European Consortium for Political Research General Conference, Reykjavik, Iceland (2011), with Kevin Smith, and John Hibbing.

"Identifying the Biological Influences on Political Temperaments" National Science Foundation Annual Human Social Dynamics Meeting (2010), with John Hibbing, Kimberly Espy, Nicholas Martin, Read Montague, and Kevin B. Smith.

"Political Orientations May Be Related to Detection of the Odor of Androstenone" Annual meeting of the Midwest Political Science Association, Chicago, IL (2010), with Kevin Smith, Amanda Balzer, Michael Gruszczynski, Carly M. Jacobs, and John Hibbing.

"Toward a Modern View of Political Man: Genetic and Environmental Transmission of Political Orientations from Attitude Intensity to Political Participation" Annual meeting of the American Political Science Association, Washington, DC (2010), with Carolyn Funk, Kevin Smith, and John Hibbing.

"Genetic and Environmental Transmission of Political Involvement from Attitude Intensity to Political Participation" Annual meeting of the International Society for Political Psychology, San Francisco, CA (2010), with Carolyn Funk, Kevin Smith, and John Hibbing.

"Are Violations of the EEA Relevant to Political Attitudes and Behaviors?" Annual meeting of the Midwest Political Science Association, Chicago, IL (2010), with Kevin Smith, and John Hibbing.

"The Neural Basis of Representation" Annual meeting of the American Political Science Association, Toronto, Canada (2009), with John Hibbing.

"Genetic and Environmental Transmission of Value Orientations" Annual meeting of the American Political Science Association, Toronto, Canada (2009), with Carolyn Funk, Kevin Smith, Matthew Hibbing, Pete Hatemi, Robert Krueger, Lindon Eaves, and John Hibbing.

"The Genetic Heritability of Political Orientations: A New Twin Study of Political Attitudes" Annual Meeting of the International Society for Political Psychology, Dublin, Ireland (2009), with John Hibbing, Cary Funk, Kevin Smith, and Peter K Hatemi.

"The Heritability of Value Orientations" Annual meeting of the Behavior Genetics Association, Minneapolis, MN (2009), with Kevin Smith, John Hibbing, Carolyn Funk, Robert Krueger, Peter Hatemi, and Lindon Eaves.

"The Ick Factor: Disgust Sensitivity as a Predictor of Political Attitudes" Annual meeting of the Midwest Political Science Association, Chicago, IL (2009), with Kevin Smith, Douglas Oxley Matthew Hibbing, and John Hibbing.

"The Ideological Animal: The Origins and Implications of Ideology" Annual meeting of the American Political Science Association, Boston, MA (2008), with Kevin Smith, Matthew Hibbing, Douglas Oxley, and John Hibbing.

"The Physiological Differences of Liberals and Conservatives" Annual meeting of the Midwest Political Science Association, Chicago, IL (2008), with Kevin Smith, Douglas Oxley, and John Hibbing.

"Looking for Political Genes: The Influence of Serotonin on Political and Social Values" Annual meeting of the Midwest Political Science Association, Chicago, IL (2008), with Peter Hatemi, Sarah Medland, John Hibbing, and Nicholas Martin.

"Not by Twins Alone:  Using the Extended Twin Family Design to Investigate the Genetic Basis of Political Beliefs" Annual meeting of the American Political Science Association, Chicago, IL (2007), with Peter Hatemi, John Hibbing, Matthew Keller, Nicholas Martin, Sarah Medland, and Lindon Eaves.

"Factorial Association: A generalization of the Fulker between-within model to the multivariate case" Annual meeting of the Behavior Genetics Association, Amsterdam, The Netherlands (2007), with Sarah Medland, Peter Hatemi, John Hibbing, William Coventry, Nicholas Martin, and Michael Neale.

"Not by Twins Alone:  Using the Extended Twin Family Design to Investigate the Genetic Basis of Political Beliefs" Annual meeting of the Midwest Political Science Association, Chicago, IL (2007), with Peter Hatemi, John Hibbing, Nicholas Martin, and Lindon Eaves.

"Getting from Genes to Politics:  The Connecting Role of Emotion-Reading Capability" Annual Meeting of the International Society for Political Psychology, Portland, OR, (2007.), with John Hibbing.

"The Neurological Basis of Representative Democracy."   Hendricks Conference on Political Behavior, Lincoln, NE (2006), with John Hibbing.

"The Neural Basis of Representative Democracy" Annual meeting of the American Political Science Association, Philadelphia, PA (2006), with John Hibbing.

"How are Political Orientations Genetically Transmitted?  A Research Agenda" Annual meeting of the Midwest Political Science Association, Chicago Illinois (2006), with John Hibbing.

Department of Political Science                    John R. Alford                      7 | P a g e

"The Politics of Mate Choice"    Annual meeting of the Southern Political Science Association, Atlanta, GA (2006), with John Hibbing.

"The Challenge Evolutionary Biology Poses for Rational Choice"    Annual meeting of the American Political Science Association, Washington, DC (2005), with John Hibbing and Kevin Smith.

"Decision Making on Behalf of Others"    Annual meeting of the American Political Science Association, Washington, DC (2005), with John Hibbing.

"The Source of Political Attitudes and Behavior: Assessing Genetic and Environmental Contributions"    Annual meeting of the Midwest Political Science Association, Chicago Illinois (2005), with John Hibbing and Carolyn Funk.

"The Source of Political Attitudes and Behavior: Assessing Genetic and Environmental Contributions" Annual meeting of the American Political Science Association, Chicago Illinois (2004), with John Hibbing and Carolyn Funk.

"Accepting Authoritative Decisions:  Humans as Wary Cooperators" Annual Meeting of the Midwest Political Science Association, Chicago, Illinois (2002), with John Hibbing

"Can We Trust the NES Trust Measure?" Annual Meeting of the Midwest Political Science Association, Chicago, Illinois (2001), with Stacy Ulbig.

"The Impact of Organizational Structure on the Production of Social Capital Among Group Members" Annual Meeting of the Southern Political Science Association, Atlanta, Georgia (2000), with Allison Rinden.

"Isolating the Origins of Incumbency Advantage:  An Analysis of House Primaries, 1956-1998" Annual Meeting of the Southern Political Science Association, Atlanta, Georgia (2000), with Kevin Arceneaux.

"The Electorally Indistinct  Senate," Norman Thomas Conference on Senate Exceptionalism, Vanderbilt University; Nashville, Tennessee; October (1999), with John R. Hibbing.

"Interest Group Participation and Social Capital" Annual Meeting of the Midwest Political Science Association, Chicago, Illinois (1999), with Allison Rinden.

"We're All in this Together:  The Decline of Trust in Government, 1958-1996." The Hendricks Symposium, University of Nebraska, Lincoln. (1998)

"Constituency Population and Representation in the United States Senate," Electing the Senate; Houston, Texas; December (1989), with John R. Hibbing.

"The Disparate Electoral Security of House and Senate Incumbents," American Political Science Association Annual Meetings; Atlanta, Georgia; September (1989), with John R. Hibbing.

"Partisan and Incumbent Advantage in House Elections," Annual Meeting of the Southern Political Science Association (1987), with David W. Brady.

"Personal and Party Advantage in U.S. House Elections, 1846-1986" with David W. Brady, 1987 Social Science History Association Meetings.

Department of Political Science                    John R. Alford                              **8** | P a g e

"The Demise of the Upper House and the Rise of the Senate: Electoral Responsiveness in the United States Senate" with John Hibbing, 1987 Annual Meeting of the American Political Science Association.

"A Comparative Analysis of Economic Voting" with Jerome Legge, 1985 Annual Meeting of the American Political Science Association.

"An Analysis of Economic Conditions and the Individual Vote in Great Britain, 1964-1979" with Jerome Legge, 1985 Annual Meeting of the Western Political Science Association.

"Can Government Regulate Fertility? An Assessment of Pro-natalist Policy in Eastern Europe" with Jerome Legge, 1985 Annual Meeting of the Southwestern Social Science Association.

"Economic Conditions and the Individual Vote in the Federal Republic of Germany" with Jerome S. Legge, 1984 Annual Meeting of the Southern Political Science Association.

"The Conditions Required for Economic Issue Voting" with John R. Hibbing, 1984 Annual Meeting of the Midwest Political Science Association.

"Incumbency Advantage in Senate Elections," 1983 Annual Meeting of the Midwest Political Science Association.

"Television Markets and Congressional Elections: The Impact of Market/District Congruence" with James Campbell and Keith Henry, 1982 Annual Meeting of the Southern Political Science Association.

"Economic Conditions and Senate Elections" with John R. Hibbing, 1982 Annual Meeting of the Midwest Political Science Association. "Pocketbook Voting: Economic Conditions and Individual Level Voting," 1982 Annual Meeting of the American Political Science Association.

"Increased Incumbency Advantage in the House," with John R. Hibbing, 1981 Annual Meeting of the Midwest Political Science Association.

## Other Conference Participation:

Roundtable Participant – Closing Round-table on Biopolitics; UC Merced Conference on Bio-Politics and Political Psychology, Merced, CA.

Roundtable Participant "Genes, Brains, and Core Political Orientations" 2008 Annual Meeting of the Southwestern Political Science Association, Las Vegas.

Roundtable Participant "Politics in the Laboratory" 2007 Annual Meeting of the Southern Political Science Association, New Orleans.

Short Course Lecturer, "What Neuroscience has to Offer Political Science" 2006 Annual Meeting of the American Political Science Association.

Panel chair and discussant, "Neuro-scientific Advances in the Study of Political Science" 2006 Annual Meeting of the American Political Science Association.

Presentation, "The Twin Study Approach to Assessing Genetic Influences on Political Behavior" Rice Conference on New Methods for Understanding Political Behavior, 2005.

Panel discussant, "The Political Consequences of Redistricting," 2002 Annual Meeting of the American Political Science Association.

Panel discussant, "Race and Redistricting," 1999 Annual Meeting of the Midwest Political Science Association.

Invited participant, "Roundtable on Public Dissatisfaction with American Political Institutions", 1998 Annual Meeting of the Southwestern Social Science Association.

Presentation, "Redistricting in the '90s," Texas Economic and Demographic Association, 1997.

Panel chair, "Congressional Elections," 1992 Annual Meeting of the Southern Political Science Association.

Panel discussant, "Incumbency and Congressional Elections," 1992 Annual Meeting of the American Political Science Association.

Panel chair, "Issues in Legislative Elections," 1991 Annual Meeting of the Midwest Political Science Association.

Panel chair, "Economic Attitudes and Public Policy in Europe," 1990 Annual Meeting of the Southern Political Science Association

Panel discussant, "Retrospective Voting in U.S. Elections," 1990 Annual Meeting of the Midwest Political Science Association.

Co-convener, with Bruce Oppenheimer, of Electing the Senate, a national conference on the NES 1988 Senate Election Study. Funded by the Rice Institute for Policy Analysis, the University of Houston Center for Public Policy, and the National Science Foundation, Houston, Texas, December, 1989.

Invited participant, Understanding Congress: A Bicentennial Research Conference, Washington, D.C., February, 1989.

Invited participant--Hendricks Symposium on the United States Senate, University of Nebraska, Lincoln, Nebraska, October, 1988

Invited participant--Conference on the History of Congress, Stanford University, Stanford, California, June, 1988.

Invited participant, "Roundtable on Partisan Realignment in the 1980's", 1987 Annual Meeting of the Southern Political Science Association.

Department of Political Science                John R. Alford                **10** | P a g e

## Professional Activities:

**Other Universities:**

Invited Speaker, Annual Allman Family Lecture, Dedman College Interdisciplinary Institute, Southern Methodist University, 2016.

Invited Speaker, Annual Lecture, Psi Sigma Alpha – Political Science Dept., Oklahoma State University, 2015.

Invited Lecturer, Department of Political Science, Vanderbilt University, 2014.

Invited Speaker, Annual Lecture, Psi Kappa -the Psychology Club at Houston Community College, 2014.

Invited Speaker, Graduate Student Colloquium, Department of Political Science, University of New Mexico, 2013.

Invited Keynote Speaker, Political Science Alumni Evening, University of Houston, 2013.

Invited Lecturer, Biology and Politics Masters Seminar (John Geer and David Bader), Department of Political Science and Biology Department, Vanderbilt University, 2010.

Invited Lecturer, Biology and Politics Senior Seminar (John Geer and David Bader), Department of Political Science and Biology Department, Vanderbilt University, 2008.

Visiting Fellow, the Hoover Institution, Stanford University, 2007:

Invited Speaker, Joint Political Psychology Graduate Seminar, University of Minnesota, 2007.

Invited Speaker, Department of Political Science, Vanderbilt University, 2006.

**Member:**

Editorial Board, Journal of Politics, 2007-2008.

Planning Committee for the National Election Studies' Senate Election Study, 1990-92.

Nominations Committee, Social Science History Association, 1988

**Reviewer for:**

American Journal of Political Science
American Political Science Review
American Politics Research
American Politics Quarterly
American Psychologist
American Sociological Review
Canadian Journal of Political Science

[10]

Department of Political Science                    John R. Alford                                    **11** | P a g e

Comparative Politics
Electoral Studies
Evolution and Human Behavior
International Studies Quarterly
Journal of Politics
Journal of Urban Affairs
Legislative Studies Quarterly
National Science Foundation
PLoS ONE
Policy Studies Review
Political Behavior
Political Communication
Political Psychology
Political Research Quarterly
Public Opinion Quarterly
Science
Security Studies
Social Forces
Social Science Quarterly
Western Political Quarterly

## University Service:

Member, University Parking Committee, 2016-2017.

Member, University Benefits Committee, 2013-2016.

Internship Director for the Department of Political Science, 2004-2017.

Member, University Council, 2012-2013.

Invited Speaker, Rice Classroom Connect, 2016.

Invited Speaker, Glasscock School, 2016.

Invited Speaker, Rice Alumni Association, Austin, 2016.

Invited Speaker, Rice Alumni Association, New York City, 2016.

Invited Speaker, Rice TEDxRiceU , 2013.

Invited Speaker, Rice Alumni Association, Atlanta, 2011.

Lecturer, Advanced Topics in AP Psychology, Rice University AP Summer Institute, 2009.

Scientia Lecture Series: "Politics in Our Genes: The Biology of Ideology" 2008

Invited Speaker, Rice Alumni Association, Seattle, San Francisco and Los Angeles, 2008.

Invited Speaker, Rice Alumni Association, Austin, Chicago and Washington, DC, 2006.

Case 1:17-cv-01427-TCB-MLB-BBM   Document 85-1   Filed 01/31/18   Page 26 of 27

Department of Political Science                John R. Alford                **12** | P a g e

Invited Speaker, Rice Alumni Association, Dallas and New York, 2005.

Director: Rice University Behavioral Research Lab and Social Science Computing Lab, 2005-2006.

University Official Representative to the Inter-university Consortium for Political and Social Research, 1989-2012.

Director: Rice University Social Science Computing Lab, 1989-2004.

Member, Rice University Information Technology Access and Security Committee, 2001-2002

Rice University Committee on Computers, Member, 1988-1992, 1995-1996; Chair, 1996-1998, Co-chair, 1999.

Acting Chairman, Rice Institute for Policy Analysis, 1991-1992.

Divisional Member of the John W. Gardner Dissertation Award Selection Committee, 1998

Social Science Representative to the Educational Sub-committee of the Computer Planning Committee, 1989-1990.

Director of Graduate Admissions, Department of Political Science, Rice University, 1986-1988.

Co-director, Mellon Workshop: Southern Politics, May, 1988.

Guest Lecturer, Mellon Workshop: The U.S. Congress in Historical Perspective, May, 1987 and 1988.

Faculty Associate, Hanszen College, Rice University, 1987-1990.

Director, Political Data Analysis Center, University of Georgia, 1982-1985.


## Expert Consulting:

Expert Witness, Arismendez v. Coastal Bend College, racially polarized voting analysis, 2017.

Expert Witness, United States v. City of Eastpoint, racially polarized voting analysis, 2017.

Expert Witness, Georgia NAACP v. Gwinnett County, racially polarized voting analysis, 2017.

Expert Witness for the State of Texas, Lopez, et al v. Abbott, a challenge to the current system of statewide at-large elections for the Texas Supreme Court and the Texas Court of Criminal Appeals, including election analysis, and racially polarized voting analysis, 2017.

Expert witness for the State of Texas, Perez, et al v State of Texas (and consolidated cases), challenge to adopted Texas election districts for the US Congress and the Texas House of Representatives, 2011-2017.

Expert Witness, Jain v. Coppell ISD, racially polarized voting analysis, 2016.

Consultant, City of Clute, Texas – Demographic analysis and redrawing of election districts, 2015.

Expert Witness, Ramos v. Carrollton-Farmers Branch ISD, racially polarized voting analysis, 2015.

Department of Political Science                John R. Alford                          **13** | P a g e

Expert Witness, Columbus Partee, et al. v. Coahoma County, Mississippi, racially polarized voting analysis, 2015.

Expert Witness, Terrebonne Parish NAACP v. Jindal, racially polarized voting analysis, 2015.

Expert Witness, Patino v. City of Pasadena, racially polarized voting analysis, 2015.

Expert Witness, York v. City of St. Gabriel, racially polarized voting analysis, 2014.

Consultant, Houston ISD – Incorporation of North Forest ISD, Demographic analysis and redrawing of election districts, 2014.

Expert Witness, Rodriguez v. Grand Prairie ISD, racially polarized voting analysis, 2014.

Expert Witness, Benevides, v Irving ISD, racially polarized voting analysis, 2014.

Expert Witness, Garcia-Sonnier et al v. Pasadena ISD, racially polarized voting analysis, 2013.

Expert witness, Montes v. City of Yakima, challenge to Yakima, Washington At-Large City Council Elections, 2012.

Consultant, Lamar ISD – Demographic analysis and redrawing of election districts, 2012.