# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| GEORGIA STATE CONFERENCE of the NAACP, as an organization, et. al., | ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO.<br>**1:17-cv-01427-TCB-WSD-BBM** |
| v. | ) ) ) | |
| STATE OF GEORGIA et. al., | ) ) | |
| Defendants. | ) | |

## NOTICE OF FILING

COME NOW Georgia State Conference of the NAACP, as an organization, Lavelle Lemon, Marlon Reid, Lauretha Celeste Sims, Patricia Smith, and Coley Tyson, and file the Rebuttal Expert Report of Peyton McCrary, Ph.D.

Dated: February 12, 2018      Respectfully submitted,

By:    */s/ William V. Custer*
        William V. Custer
        Georgia Bar No. 202910
        Jennifer B. Dempsey
        Georgia Bar No. 217536
        Julia F. Ost
        Georgia Bar No. 940532
        Bryan Cave LLP
        One Atlantic Center
        Fourteenth Floor
        1201 West Peachtree Street, NW
        Atlanta, Georgia 30309-3488

Phone: (404) 572-6600
Fax: (404) 572-6999
bill.custer@bryancave.com
jennifer.dempsey@bryancave.com

Bradley S. Phillips*
Gregory D. Phillips*
John F. Muller*
Thomas P. Clancy*
Kenneth Trujillo-Jamison*
Brad.Phillips@mto.com
Gregory.Phillips@mto.com
John.Muller@mto.com
Thomas.Clancy@mto.com
Kenneth.Trujillo-Jamison@mto.com
Munger, Tolles, & Olson LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*/s/ Jon Greenbaum*
Jon M. Greenbaum*
Ezra D. Rosenberg, Esq.*
Julie Houk, Esq.*
John Powers, Esq.*
jgreenbaum@lawyerscommittee.org
jpowers@lawyerscommittee.org
erosenberg@lawyerscommittee.org
jhouk@lawyerscommittee.org
Lawyers' Committee for Civil Rights Under Law
1401 New York Ave., NW, Suite 400
Washington, D.C. 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857
*Admitted pro hac vice

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE AND COMPLIANCE WITH LOCAL RULE 5.1(C)

I hereby certify that on February 12, 2018, I electronically filed the foregoing **NOTICE OF FILING** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

I further certify that the foregoing has been prepared in a Times New Roman 14 point font, one of the font and point selections approved by the Court in Local Rule 5.1(C).

*/s/ Jon Greenbaum*
Jon Greenbaum, Esq.