IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, *et al.*, | * * * | |
| Plaintiffs, | * * | |
| v. | * * * | Case No. 1:17-cv-01427-TCB-WSD-BBM |
| BRIAN KEMP, in his official capacity as Secretary of State for the State of Georgia, | * * * * | CONSOLIDATED CASES |
| Defendant. | * * | |
| AUSTIN THOMPSON, *et al.,* | * * | |
| Plaintiffs, | * * | |
| v. | * * | |
| BRIAN KEMP, in his official capacity Secretary of State of the State of Georgia, | * * * * | |
| Defendant. | * | |

## CONSENT MOTION TO MODIFY SCHEDULING ORDER

The Georgia State Conference of the NAACP plaintiffs and the Thompson plaintiffs, jointly through the undersigned counsel, respectfully move to modify the Scheduling Order (No. 56) entered on November 28, 2017, in the following ways:

1

1. The Georgia State Conference of the NAACP Plaintiffs have advised counsel for Defendant Kemp that they will file a motion for a preliminary injunction on Tuesday, February 20, 2018 and that their brief in support is expected to be 50 pages or less.

2. Defendant Kemp does not object to the Georgia State Conference of the NAACP's filing of a brief of 50 pages or less.

3. Defendant Kemp's brief in opposition to the motion for a preliminary injunction will also have a fifty page limit.

4. The Georgia State Conference of the NAACP Plaintiffs' reply brief will have a limit of twenty pages.

5. Defendant Kemp has requested that the deadline for the brief in opposition to the motion for a preliminary injunction be extended from fourteen to thirty days.  The deadline for the opposition brief will be March 22, 2018.  Plaintiffs do not object to that request.

6. The deadline for filing Plaintiffs' reply brief in support of the motion for a preliminary injunction will be April 5, 2018, in accordance with Local Rule 7.1.

7. According to the current scheduling order, the discovery deadline is February 16, 2018.

8. The parties have proceeded expeditiously in an effort to complete discovery within the timeframe allotted. However, due to scheduling-related complications, the depositions of one fact witness, Darryl Payton, and five expert witness depositions, William Cooper, Dr. Jowei Chen, Dr. Peyton McCrary, Dr. Gerald Webster, and Dr. John Alford, have yet to be taken.

9. The parties have conferred and jointly request that the discovery deadline be extended until March 9, 2018, for the limited purpose of completing the six aforementioned depositions.

10. According to the current scheduling order, the deadline for filing dispositive motions was March 2, 2018.

11. Defendant Kemp requests that the deadline for filing dispositive motions be extended to April 6, 2018. Plaintiffs do not object to that request.

12. Under the current scheduling order, the response to any dispositive motions is due on March 21, 2018. The deadline for the reply brief is April 6, 2018.

13. Plaintiffs do not object to extending the deadlines for the response and reply briefs to April 25, 2018, and May 9, 2018, respectively.

WHEREFORE, this Court should (1) grant the Georgia State Conference of the NAACP Plaintiffs leave to file the motion for a preliminary injunction on February 20, 2018; (2) extend the deadlines for filing an opposition brief until March 22, 2018,

and for filing a reply brief until April 5, 2018; (3) permit the briefs in support of and in opposition to the motion for a preliminary injunction to have a fifty page limit, while the limit for the reply brief will be twenty pages; (4) extend the discovery deadline until March 9, 2018, for the limited purpose of completing the depositions of Mr. Payton, Mr. Cooper, Dr. Chen, Dr. McCrary, Dr. Webster, and Dr. Alford; and (5) extend the deadlines related to the filing of any dispositive motions to April 6, 2018, April 25, 2018, and May 9, 2018, respectively.

Respectfully submitted this 16th day of February, 2018.

By: */s/ William V. Custer*
William V. Custer, Georgia Bar No. 202910
Jennifer B. Dempsey, Georgia Bar No. 217536
Bryan Cave LLP
One Atlantic Center, Fourteenth Floor
1201 West Peachtree Street, NW
Atlanta, GA  30309-3488
Telephone:  (404) 572-6600
Fax:            (404) 572-6999
Email:         bill.custer@bryancave.com
                    jennifer.dempsey@bryancave.com

Bradley S. Phillips*
Gregory D. Phillips*
Kenneth Trujillo-Jamison*
Thomas P. Clancy*
Ariel Green*
Munger, Tolles, & Olson LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, CA  90071-1560

    Telephone:  (213) 683-9100
    Facsimile:  (213) 687-3702
    Email:       Bradley.Phillips@mto.com
                   Gregory.Phillips@mto.com
                   John.Muller@mto.com
                   Thomas.Clancy@mto.com

*/s/ John Powers*
Jon Greenbaum*
Ezra D. Rosenberg*
Julie Houk*
John Powers*
Lawyers' Committee for Civil Rights
    Under Law
1401 New York Ave., NW, Suite 400
Washington, DC  20005
Telephone:  (202) 662-8600
Facsimile:   (202) 783-0857
Email:        jgreenbaum@lawyerscommittee.org
              erosenberg@lawyerscommittee.org
              jhouk@lawyerscommittee.org
              jpowers@lawyerscommittee.org

Marc Erik Elias*
Aria C. Branch*
Perkins Coie, LLP
700 13th St. N.W., Suite 600
Washington, D.C. 20005-3960
Phone: (202) 654-6338
Fax: (202) 654-9106
Email: MElias@perkinscoie.com
Email: ABranch@perkinscoie.com

Abha Khanna*
Perkins Coie, LLP
1201 Third Avenue, Ste. 4900
Seattle, WA 98101-3099
Phone: (206) 359-8000

Fax: (206) 359-9000
Email: AKhanna@perkinscoie.com

Quinton Washington (GA Bar No. 159067)
Bell & Washington LLP
196 Peachtree Street SW, Suite 310
Atlanta, GA 30303
Phone: (404) 437-6641
Email: Quinton@bellwashington.com

*Admitted *pro hac vice*

Counsel for Plaintiffs

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing **CONSENT MOTION TO MODIFY SCHEDULING ORDER** has been prepared in Times New Roman 14, a font and type selection approved by the Court in L.R. 5.1(C).

                                            */s/ John Powers*
                                            John Powers
                                            Lawyers' Committee for Civil Rights Under Law

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2018, I served the within and foregoing CONSENT MOTION TO MODIFY SCHEDULING ORDER with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties to this matter via electronic notification or otherwise:

    Frank B. Strickland
    Special Assistant Attorney General
    Georgia Bar No. 687600
    fbs@sbllaw.net
    John J. Park, Jr.
    Georgia Bar No. 547812
    jjp@sbllaw.net
    Barclay S. Hendrix
    Georgia Bar No. 917852
    Barclay.hendrix@sbllaw.com
    STRICKLAND BROCKINGTON LEWIS LLP
    Midtown Proscenium Suite 2200
    1170 Peachtree Street NE Atlanta, Georgia 30309
    678-347-2200 (telephone)
    678-347-2210 (facsimile)

    CRISTINA CORREIA
    Assistant Attorney General
    40 Capitol Square SW Atlanta, GA 30334
    ccorreia@law.ga.gov
    404-656-7063
    404-651-9325

This 16th day of February, 2018.

                                        */s/ John Powers*
                                        John Powers
                                        Lawyers' Committee for Civil
                                        Rights Under Law