IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BRIAN KEMP, in his official capacity as Secretary of State for the State of Georgia, <br><br> Defendant. <br><br> AUSTIN THOMPSON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BRIAN KEMP, in his official capacity Secretary of State of the State of Georgia, <br><br> Defendant. | Case No. 1:17-cv-01427-TCB-WSD-BBM <br><br> CONSOLIDATED CASES |

## **[PROPOSED] ORDER**

The Consent Motion to Modify Scheduling Order filed by the Georgia State Conference of the NAACP and Thompson plaintiffs is GRANTED. The Georgia State Conference of the NAACP Plaintiffs are granted leave to file the motion for a preliminary injunction on February 20, 2018. Defendant Kemp's brief in opposition

to the motion for a preliminary injunction shall be due on March 22, 2018, and any reply brief shall be due on or before April 5, 2018.  The briefs in support of and in opposition to the motion for a preliminary injunction shall have a fifty page limit.  The page limit for the reply brief will be twenty pages.  The discovery deadline shall be extended until March 9, 2018, for the limited purpose of completing the depositions of Mr. Payton, Mr. Cooper, Dr. Chen, Dr. McCrary, Dr. Webster, and Dr. Alford.  Any dispositive motions shall be due on April 6, 2018.  The response to any dispositive motion shall be due on April 25, 2018, while any reply brief shall be due on or before May 9, 2018.

    IT IS SO ORDERED this  ___  day of February, 2018.

                                                           _____
                                                           Timothy C. Batten, Sr.
                                                           United States District Judge