IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, *et al.*, | * * * * | |
| Plaintiffs, | * * | |
| v. | * * * | Case No. 1:17-cv-01427-TCB-WSD-BBM |
| BRIAN KEMP, in his official capacity as Secretary of State for the State of Georgia, | * * * * | CONSOLIDATED CASES |
| Defendant. | * * | |
| AUSTIN THOMPSON, *et al.*, | * * * | |
| Plaintiffs, | * * * | |
| v. | * * | |
| BRIAN KEMP, in his official capacity Secretary of State of the State of Georgia, | * * * * | |
| Defendant. | * * | |

**PLAINTIFFS' NOTICE OF AND MOTION FOR**

**PRELIMINARY INJUNCTION**

**EXPEDITED TREATMENT AND ORAL ARGUMENT REQUESTED**

1

PLEASE TAKE NOTICE that Plaintiffs, GEORGIA STATE CONFERENCE OF THE NAACP, LAVELLE LEMON, MARLON REID, LAURETHA CELESTE SIMS, PATRICIA SMITH, and COLEY TYSON hereby move the Court for a preliminary injunction to restrain and enjoin Defendant Brian Kemp, and all persons acting in concert with him, from enforcing Georgia House Bill 566 ("H.B. 566"), a redistricting plan that was adopted during the 2015 Georgia legislative session, and to instead require that future elections be conducted pursuant to the pre-2015 district boundaries in existence for Districts 73, 104, 105, 109, 110, 111, and 130 before the adoption of H.B. 566.

As set forth in detail in the Memorandum in Support of Plaintiffs' Motion for Preliminary Injunction[1] filed herewith, Plaintiffs have established that they are likely to succeed on the merits of their claim that H.B. 566 is an unconstitutional racial gerrymander; that Plaintiffs will suffer irreparable harm if the Court does not enjoin and restrain the enforcement of H.B. 566; that the harm to Plaintiffs outweighs any harm Defendant would suffer if the Court were to order the preliminary relief sought

---

[1] Plaintiffs' have filed a consent motion requesting that the Court permit Plaintiffs to file a memorandum of up to 50 pages, Defendant to file a response of up to 50 pages, and Plaintiffs to file a reply of up to 20 pages,  In the event the motion is not granted, Plaintiffs will file an amended memorandum that falls within the limits set by the Court.

by Plaintiffs; that the balance of hardships tips strongly in Plaintiffs' favor; and that a preliminary injunction in this case advances the public interest.

Plaintiffs respectfully request that the Court expedite consideration of this motion due to the following upcoming 2018 election related deadlines: Candidate qualifying begins March 5 and ends March 9, 2018; the General Primary Election is on May 22, 2018; the General Primary Runoff is on July 24, 2018; and the General Election is on November 6, 2018.

Plaintiffs also request that this matter be set for oral argument on an expedited basis.

Respectfully submitted,

By: */s/ William V. Custer*
William V. Custer, Georgia Bar No. 202910
Jennifer B. Dempsey, Georgia Bar No. 217536
Bryan Cave LLP
One Atlantic Center, Fourteenth Floor
1201 West Peachtree Street, NW
Atlanta, GA  30309-3488
Telephone:  (404) 572-6600
Fax:           (404) 572-6999
Email:        bill.custer@bryancave.com
                   jennifer.dempsey@bryancave.com

Bradley S. Phillips*
Gregory D. Phillips*
Kenneth Trujillo-Jamison*
Thomas P. Clancy*
Ariel Green*

        Munger, Tolles, & Olson LLP
        350 South Grand Avenue, Fiftieth Floor
        Los Angeles, CA  90071-1560
        Telephone:  (213) 683-9100
        Facsimile:   (213) 687-3702
        Email:         Bradley.Phillips@mto.com
                      Gregory.Phillips@mto.com
                      John.Muller@mto.com
                      Thomas.Clancy@mto.com

        */s/ Jon Greenbaum*
        Jon Greenbaum*
        Ezra D. Rosenberg*
        Julie Houk*
        John Powers*
        Lawyers' Committee for Civil Rights
            Under Law
        1401 New York Ave., NW, Suite 400
        Washington, DC  20005
        Telephone:  (202) 662-8600
        Facsimile:   (202) 783-0857
        Email:        jgreenbaum@lawyerscommittee.org
                     erosenberg@lawyerscommittee.org
                     jhouk@lawyerscommittee.org
                     jpowers@lawyerscommittee.org
                     sweiss@lawyerscommittee.org

        *Admitted *pro hac vice*

        Counsel for Plaintiffs

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing **CONSENT MOTION TO MODIFY SCHEDULING ORDER** has been prepared in Times New Roman 14, a font and type selection approved by the Court in L.R. 5.1(C).

>*/s/Jon Greenbaum*
>Jon Greenbaum
>Lawyers' Committee for Civil
>Rights Under Law

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2018, I served the within and foregoing NOTICE OF AND MOTION FOR PRELIMINARY INJUNCTION with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties to this matter via electronic notification or otherwise:

This 20th day of February, 2018.

>*/s/ Jon Greenbaum*
>Jon Greenbaum
>Lawyers' Committee for Civil
>Rights Under Law