| | |
|---|---|
| **From:** | O'Connor, Dan </O=GEORGIA GENERAL ASSEMBLY/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=DAN.O'CONNOR> |
| **Sent:** | Monday, November 3, 2014 12:24 PM |
| **To:** | mrountree@landmarkcommunications.net |
| **Subject:** | Voter Registration Data |
| **Attach:** | Georgia--Voter Reg Data History.xlsx; Cobb--Voter Reg Data History.xlsx; Gwinnett--Voter Reg Data History.xlsx; Fulton--Voter Reg Data History.xlsx; Henry--Voter Reg Data History.xlsx; Newton--Voter Reg Data History.xlsx; Rockdale--Voter Reg Data History.xlsx |

Mark, following up from conversation yesterday (Sunday), attached are voter registration totals (history) for some metro Atlanta counties and the state of Georgia. A few quick points:

--Gwinnett has slightly fewer registered white voters today than it did in January 2000. Back then, the county was 87% white in voter registration---but only 53% today. Black voter registration, just 22,000 or so in 2000 in that county, is now just short of 100,000.

---In Cobb, white voter registration basically flat, though white percentage has not dropped as much as Gwinnett---Cobb has dropped from 82% white to 63% white in voter registration.

---On the southside, the "Clayton Effect" is being felt in adjoining Henry County. Henry now has slightly fewer registered white voters than 10 years ago and is now less than 50 percent white in voter registration. Black registration, only about 6,000 in 2000, is now nearly 43,000. In 2004, the second President Bush took two-thirds of the vote in Henry County, but Romney only got 51 percent there in 2012. I would say Henry is a "must win" for Carter and Nunn (though winning the county does not guarantee a statewide victory).

---East along I-20, Rockdale has rapidly transformed to a solid D county---63 percent for Bush in 2000, 58 for Obama 12 years later. 87 percent white in Jan 2000 (voters), now down to less than 40 percent white. County has about 10,000 fewer registered whites than it did in 2000. (Less than 100,000 people live in the county, so of course doesn't take a whole lot of people to have even a modest impact here). Newton feeling some of the Rockdale change too---Newton now slightly under 50 percent black in voter registration.

---Georgia was 67 percent white in voter registration in 2006. 62 percent in 2010 and now down to 58 percent. With roughly a 1 percent drop a year, the state might be down to around 50 percent white voter registration by the time we next must take up redistricting, in summer of 2021.

--Dan O'Connor



PLAINTIFF'S
EXHIBIT
L85
O'Connor

NAACP PI Mot. Ex. 11

GA2-001106