| | |
|---|---|
| **From:** | O'Connor, Dan </O=GEORGIA GENERAL ASSEMBLY/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=DAN.O'CONNOR> |
| **Sent:** | Thursday, November 6, 2014 6:22 PM |
| **To:** | Hastings Wyman <hwymanspr@aol.com> |
| **Subject:** | Election Overview |
| **Attach:** | Georgia--2014 Governor County.xlsx; Georgia--2014 US Senate County.xlsx; Georgia--US Senate by CD Smy.xlsx; Georgia--2014 US Senate Metro ATL Unoff.xlsx |

Hi Hastings:



Busy as you can imagine in the days after November 4 election---thus just quick overview for Georgia:

Both Perdue and Deal got 53 percent here—same as Romney got in 2012. In congressional district breakdown (enclosed), Perdue won 10 of the state's 14 congressional districts, losing just the 4 majority black ones. In CD 12 (Augusta area), where Republican Rick Allen defeated 10-year veteran Democrat John Barrow, Perdue won 57 percent of the vote.

Sharp divide between metro Atlanta and the rest of the Virginia (akin to Northern Virginia versus the state's southwestern and southside counties). Nunn narrowly won the 29-county metro Atlanta area (by 1%), but lost the rest of the state by over 20% (21 point margin). Democrats just buried in the traditionally rural, Democratic south Georgia counties and rural north Georgia, losing counties even with a large minority population. Exit polls showed neither Nunn nor Carter got as much as 25 percent of the white vote (they needed closer to 30 percent of whites to win this past Tuesday). White vote has simply collapsed for the Democrats here, much as it has in the rest of the Deep South. Even in 2002, when he lost re-election, Democrat Roy Barnes won a third of the white vote, and in 1986, liberal Democrat Wyche Fowler (in his successful election to the US Senate) won 40 percent of the white vote. Democrats probably cannot win this state again unless they make significant inroads outside metro Atlanta or turn the Atlanta region heavily Democratic---like a Chicago or Los Angeles---certainly not going to happen in the short run (next election cycle or two).

Rural Georgia was so bad for Democrats, there were even a few counties that voted for Obama in 2010 and Perdue this time.

Unclear the level of black turnout---in 2010 midterm cycle, blacks accounted for 28 percent of the state's total turnout. Doubt it went up much.

Nunn was hurt by association with Obama and was not well-versed on issues---vague at times, with platitudes about need for "bipartisan" solutions. But she refused to say whether she would have voted for Obamacare in 2010---caught in the trap between conservatives saying she was a closet Obama supporter and liberals critical of her not embracing the president. As for Carter, he was also vague on the issues (for instance, wanting to restore cuts to state education funding without saying specifically how to do so without raising taxes), seemed perhaps too young (only 39, versus 72 for Deal) and had no accomplishments in his 4 years of the Senate (not surprising, given his party has been in the minority in the Georgia Senate since 2003 and is outnumbered 2-1 there.) Endorsements by former Governor/Senator Zell Miller and Sam Nunn were insufficient (both have been out of office 10 years or more, so no relation to younger voters).

Turning to Virginia, looks like by my rough count, Warner won Northern Virginia by about 95,000 votes, about 6 times his 16,000-statewide vote margin---akin to 2006 when Jim Webb upset George Allen by about 9,000 votes. I have only looked briefly at county and city returns from there but looks like Warner got buried in southside and southwest Virginia, compared to when he was elected governor in 2001. Doubtless the Obama association to blame for that. I was caught by surprise---was not expecting Warner to win like 2008 (64 percent), but I was thinking more like 55 percent (exclusive of Libertarian voting). And looks like Gillespie made some inroads in western and southern parts of Northern Virginia---Loudoun and Prince William Counties. Winner though may be the voters---talk that Virginia moving heavily

Democratic premature at this stage, and voters might like that the state is purple---competitive---so it cannot be taken for granted in statewide contests. Virginia of course has a long history of close Senate races---John Warner won by less than 5,000 votes in 1978; in 1982 Paul Trible beat Dick Davis by just 51-49%; in 1994, Chuck Robb defeated Ollie North by 3 points and in 2000, George Allen defeated Robb 52-48.

Will be in touch as I take deeper look at returns---also will be up there Thanksgiving (probably Wednesday the 26th to Tuesday the 2nd but still working on plans)

--Dan O'Connor

NAACP PI Mot. Ex. 12

GA2-001047