| **From:** | O'Connor, Dan </O=GEORGIA GENERAL ASSEMBLY/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=DAN.O'CONNOR> |
|---|---|
| **Sent:** | Monday, June 15, 2015 11:30 AM |
| **To:** | Jim Kingston <Jim@jackkingston.org> |
| **Subject:** | RE: follow up from the weekend |
| **Attach:** | Congress12-sm-statewide.pdf; Georgia--2014 Voter Turnout by County.xlsx; 2014 US Senate--County by CD Mapt.xlsx; Georgia--2014 US Senate County.xlsx; Georgia--2014 US Senate Metro Atlanta.xlsx; Georgia--2014 US Senate Rank Turnout.xlsx; DeKalb--2014 Governor.xlsx |

Jim, enjoyed the discussion---hope I did not drone on too long but I guess I could preach as long as a Baptist minister on the topic!

I have attached above a congressional map of the state, and next to that a table with (as provided by Secretary of State) of how many blacks, whites, etc. voted by county in last year's general election. Blacks accounted for a record 29 percent of the state's total turnout last year (that is, record for a midterm cycle in this state), compared with 30 percent in the presidential years of 2008 and 2012. No question the black percentage has gone up over time---when Barnes lost governor in 2002, only 23 percent of the state's total turnout was black. However, key thing is that the percentage of whites voting Democratic in Georgia has plummeted over long period---Barnes got about a third of the white vote in 2002 (which would be more than enough for a Democrat to win with today in Georgia), but Nunn and Carter only got somewhere in mid 20s (maybe 23 or 24 percent). As I pointed out Saturday, as the black percentage (of the state's total turnout) has gone up, it seems like the percentage of Georgia whites voting Republican has gone up as well.

It is useful to compare the 2010 and 2014 performances of Governor Deal. In 2010, he won by 10 percentage points (53% to 43 for Barnes and 4 Libertarian). This time, he won by 8 points (53-45 with 2 percent Libertarian). Logic begs the question how Deal could have doubled his black percentage (of the vote) from say 5 to 10 percent if he actually was doing WORSE overall statewide last year than in 2010? If the claim is true, then Deal's percentage of the white vote must have dropped dramatically---in other words, there would have had to be a big increase in black percentage for Deal to offset big drop in white support. But there is no evidence Deal had a significant decline---if any at all for that matter---among whites. Exit polls (Atlanta paper, November 6, 2014) indicated Deal got 73 percent of white voters and Perdue 74 percent---already pretty high figures for both---not likely Deal was getting a lot more, like 77 or 78 percent of whites, in 2010. Furthermore, 3 counties in metro Atlanta with growing black percentages---Douglas, Henry and Newton---backed Deal in 2010 but not in 2014 (suggesting that Deal lost those counties last fall because the black percentage had gone up so much in the previous 4 y ears). It is unlikely that Deal lost those 3 counties in 2014 because his white support dropped a lot. Just look at DeKalb precinct totals (at far right on second line of data)—I guarantee you will find more than a handful of precincts where Carter got 95 percent of more of the vote!!!!

The congressional district vote for US Senate (enclosed above) reflects the racial divide in Georgia. Of the 14 districts, Nunn carried only the 4 majority-black ones—Sanford Bishop's 2nd CD in southwest Georgia, Hank Johnson's DeKalb-centered 4th CD, John Lewis's Fulton-centered 5th CD (which usually votes over 80 percent Democratic) and David Scott's Clayton-Cobb 13th CD in the western and southern suburbs of Atlanta. In none of the GOP-held congressional districts did she even reach 45 percent. In your dad's CD 1, she of course won Chatham and Liberty, but even in the 1st District she only got 42 percent there.

I'll try to see if I can find the so-called exit poll that showed a doubling of the black vote (maybe 5 to 11 percent) Of course doubling from 1 to 2 percent would be no big deal, but 5 to 10 or 11 is---if that were the case!

Voting in the Deep South (Alabama, Georgia, Louisiana, Mississippi and South Carolina) is more racially-polarized than in the so-called southern "border" states like Tennessee, Arkansas and Virginia, so Democrats tend to get a better share of the white vote in those states than in the Deep South. Virginia of course has a lot of white liberals in the portions of the

PLAINTIFF'S
EXHIBIT
280
O'Connor

state bordering DC (Fairfax County and the like) and has changed so much from migration that it backed Obama in 2008 and 2012, a contrast to 1952-2004, when the state voted D for president only once, the 1964 LBJ landslide. On timely topic, the Atlanta paper yesterday had column on Mississippi, how blacks make up a record percentage of the vote over there—36 percent---yet struggle just to get 20 percent of the white vote in that state (which of course had a lot of turmoil during the Civil Rights era, such as the integration of Ole Miss in 1962, which required federal intervention. Notice in 2012, Obama won 3 southern states that were not Deep South ones---Virginia as previous discussed, North Carolina and Florida. All 3 states have been transformed by newcomers to each state---especially Virginia and Florida, but even North Carolina in Charlotte and the Research Triangle area. (Chapel Hill and Raleigh). Obama still lost North Carolina by 2 points last time (50-48), even though the state is maybe just 20-22 percent black (Virginia I think is about that and Florida is maybe 16 or so percent---of course in Florida, the Hispanic vote is the big minority voting bloc, not blacks.

Statewide in Georgia, there is a growing political divide between metro Atlanta and the rest of Georgia. Metro Atlanta is now 29 counties---runs along I-20 from the Alabama line to Lake Oconee (about 125 miles between those two places) and from Dawson County at the edge of the mountains to Warm Springs down in Meriwether County. Metro Atlanta overall is more liberal than the rest of the state, even when Republican suburbs are included---for instance, Tom Price's district in east Cobb/north Fulton voted 77 percent for Sunday retail alcohol sales, even higher than the 74 percent that got in John Lewis's 5th CD.  Back in 1992, the state lottery only won 52-48 statewide but easily won in most of metro Atlanta---even winning in Cobb and Gwinnett which were much more Republican then than they are today. (I suspect when you were at UGA, you ran into lots of classmates from both Cobb and Gwinnett---HOPE is especially popular out there!) In 1996, when Isakson ran for the US Senate the first time (he lost in the GOP runoff to Guy Millner), he ran strongly pro-choice on abortion (though he has since changed to pro-life), and while he lost to Millner he still carried wealthy places like East Cobb, North Fulton, Buckhead and Dunwoody (I think he also carried Chatham County in that contest). Metro Atlanta attracts people from all over the country---for instance, in Tom Price's northside Atlanta 6th CD, less than a third of the residents of his district are natives of Georgia---statewide about 55 percent of Georgians were born here. With a more "libertarian" stance on issues up here (Republicans more fiscally than socially conservative), and large minority percentage, probably not surprising that the area is not receptive to "hard-right" candidates---Broun and Gingrey were never factors last year in the primary up here. That doesn't mean that GOP voters up here won't support pro-life candidates like your dad or Governor Deal, but they prefer the focus be more on economic issues---jobs, the economy, taxes. To the extent voters here are pro-life on abortion, they nonetheless would support exceptions (rape, incest, life of the month)---you won't find support up here for a total ban on abortions. In any event, Obama won metro Atlanta in both 2008 and 2012, and so did Nunn and Carter last year. But...

...the rest of the state (the 130 counties outside metro Atlanta) tends to be strongly Republican---Nunn and Carter both lost the rest of Georgia (outside metro Atlanta) by about 20 points. The "other" Georgia is more conservative than metro Atlanta and thus would have been suspicious of Nunn's residency inside the liberal city of Atlanta. The rural counties are especially conservative—places like southeast Georgia west of I-95 (Waycross, Jesup, Alma, even Santa Claus!) and the north Georgia mountains (Dahlonega, Blairsville and so on). The bad news for the GOP is metro Atlanta is growing faster than the rest of Georgia (about 60 percent of Georgia's total votes come from metro Atlanta), so GOP will be in trouble here someday if metro Atlanta becomes so heavily blue (say 55 percent or more), because then the GOP might not have enough votes in the "other" Georgia to offset metro Atlanta. (Most large metro areas in the US vote Democratic---think places like New York, Chicago, Los Angeles and Boston). Republicans do better in rural areas and smaller metro areas overall.

Anyway, just some thoughts---more to say but figure this is long enough for now, will follow-up later.
--Dan O
(404) 656-5063 Office
(404) 375-5872 Cell

**From:** jmking18@gmail.com [mailto:jmking18@gmail.com] **On Behalf Of** Jim Kingston

NAACP PI Mot. Ex. 13

**Sent:** Sunday, June 14, 2015 9:15 PM
**To:** O'Connor, Dan
**Subject:** follow up from the weekend

Dan,

It was great to see you this weekend. It is always nice to be with an Atlanta resident who knows where to find Santa Claus, Georgia. If you could please send me any details about the 2014 Republican voting performance in comparison to previous years, then that would be great. We talked about their claim that the black vote was doubled, but any other information that shows the progress the party has made (not made) would be great. Thank you for doing this, I look forward to talking more.

Jim Kingston