| | |
|---|---|
| **From:** | O'Connor, Dan </O=GEORGIA GENERAL ASSEMBLY/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=DAN.O'CONNOR> |
| **Sent:** | Friday, January 23, 2015 3:22 PM |
| **To:** | Charles Bullock <csbullock57@hotmail.com> |
| **Subject:** | RE: Turnout by Race/County---2014 Election Cycle |

Dr. Bullock, interesting comments on the voter ID and shorter early voting period---I never really thought about that! Still amazing to me is how little black turnout went up 2010-2014---wonder if Carter, in trying to run a "GOP-lite" campaign (no tax increases, retention of death penalty, keeping distance from Obama), inadvertently dampened black turnout?

Another trend I have noticed---seems like percentage of whites voting Republican in Georgia has gone up as black percentage (of total electorate) has increased. Think there is any correlation? For example, back in 2002, blacks accounted for 23 percent of the state's total turnout, and Sonny Perdue won about two-thirds of the white vote against Roy Barnes. Last fall, blacks accounted for 29 percent of the state's total turnout and Deal/Perdue were getting estimated 73 or 74 percent of whites. Perhaps Obama has accelerated the trend of southern whites (especially in rural and small town/city Georgia) moving toward the GOP? Hard to believe that nearly 30 years ago (in 1986) Wyche Fowler, with a pretty liberal voting record, could get nearly 40 percent of the white vote against Mack Mattingly (when blacks may have accounted for only 20 percent or so of total state turnout).

Think we are at point in metro Atlanta where the sold Democratic counties are Clayton, DeKalb, Fulton and Rockdale, Douglas, Henry and Newton are toss-ups (but trending Democratic) and Cobb/Gwinnett still lean Republican but Cobb moving toward the Democrats and Gwinnett moving increasingly faster toward the Democrats. I'll be interested to see how Cobb and Gwinnett vote in 2016 presidential election, especially Gwinnett where Obama managed 45 percent last time. Looks like a lot of Gwinnett GOPers have gone east in recent years, making, as examples, Barrow and Walton Republicans hyper (70%+) Republican.

I guess not long before some presidential contenders get in the race (for those looking for some new political news), especially on GOP side where race is so wide open. Given the rough start for GOP in the US House so far (the controversy in recent days over abortion legislation), wonder if we are going back 20 years ago, when GOP Congress seemed to go too far in its dealings with Clinton (like government shutdowns), resulting in Clinton easily winning re-election in 1996 over Bob Dole? Akin to Democratic midterm congressional disaster in 2010 but then Obama winning in 2012? Road for a GOP presidential victory is (in my view) much more narrow than for the Democrats---since 1992 (6 presidential elections), each Democratic presidential candidate has won over 250 electoral votes (win or lose), and they are aided by sure wins next year in California (55 electoral votes---Obama won by 3 million votes in 2012) and New York (29 electoral votes—Obama won by 2 million votes last time). Interesting to see if GOP goes with more "Establishment" candidate like Bush, Christie or Romney, or the more hard-line, Tea-Party candidates like Huckabee and Santorum.


---Dan O'Connor


**From:** Charles Bullock [mailto:csbullock57@hotmail.com]
**Sent:** Thursday, January 15, 2015 9:15 PM
**To:** O'Connor, Dan
**Subject:** RE: Turnout by Race/County---2014 Election Cycle



Dan

As always I greatly appreciate the materials you have worked up and shared.  I am also interested in your analyses.  Just a matter of time until Gwinnett is a majority Democratic county although it will continue to

generate a lot of GOP votes for some time to come.

More evidence that voter ID and a shorter early voting period has not interfered with black participation.

Charles S. Bullock, III
Richard B. Russell Professor of Political Science
Josiah Meigs Distinguished Teaching Professor
University of Georgia
111 Baldwin Hall
Athens, GA 30602

706.542.2057
706.769.9780

Fax  706.542.4421

..............................................................................................................................................................................

From: Dan.O'Connor@legis.ga.gov
To: csbullock57@hotmail.com
Subject: Turnout by Race/County---2014 Election Cycle
Date: Wed, 14 Jan 2015 22:08:01 +0000

Dr. Bullock, I have attached a few tables that may be of interest. On the left is voter turnout by race/county for the 2014 general election cycle (data from Sec of State I have put into an Excel format). On the right is table comparing black turnout by county, 2010 and 2014. A few points:

---Blacks accounted for a record percentage of the statewide turnout last fall (as pertains to the midterm election cycle)---rounded to nearest whole number, 29 percent of the total turnout in Georgia last November was black. However, overall black turnout between 2010-2014 was barely up at all, by only about 2,500 (compared to about a 228,000 increase in black turnout between 2006-2010). White turnout was down by over 90,000—thus, increase in black percentage more a reflection of drop in white voting than increase in black voting. (Blacks accounted for 28 percent of the state's total turnout in 2010).

---Black turnout (2010-2014) dropped slightly in DeKalb, despite Carter running this time. However, black turnout was up almost 6,000 in Gwinnett—sign of ever-changing demographics in that county, Deal won Gwinnett by 39,000 votes in 2010 but just 23,000 this time----Deal won Gwinnett by 20 percentage points in 2010, just 11-point margin this time.

---Looks like big divide between metro Atlanta and the rest of the state---metro Atlanta (now 29 counties) narrowly favored Nunn and Carter but both lost badly in the rest of the state. About 59% of the state's total votes came from metro Atlanta last year---41% in the rest of the state. Deal and Perdue each also carried 10 of the 14 congressional districts.

---Dan O'Connor

GA2-001648