| From: | O'Connor, Dan </O=GEORGIA GENERAL ASSEMBLY/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=DAN.O'CONNOR> |
| Sent: | Friday, July 17, 2015 1:57 PM |
| To: | Ray S. Smith, III <rsmith@smithliss.com> |
| Subject: | Draft Report--2014 Senate Race |
| Attach: | Election Recap 2014--Senate Only.docx |

Ray, have friend of mine in Buckhead, works "both sides of the political aisle" in terms of workers comp, wanted me to do objective overview of the 2014 election cycle in Georgia. Thus I have attached draft of my off hours" project as pertains to the Senate race portion (including the primary). Draft is 12 pages---appreciate at your leisure (any time in next 3-4 weeks) looking over, see if have any comments, suggestions and the like (saw Jeff at Midtown breakfast yesterday and sent him one too). I'm out of town end of July til around August 10 so again no rush.

Hoping the "Trump phenomenon" is like a passing summer storm---Rove was saying the other night on O'Reilly that Trump will have some difficult things to explain, like at one time advocating a Canadian-style national health care system and making contributions to Democratic camps (though on the latter, he might argue that such is the reality of doing business in a city that almost always votes Democratic, and a state which has been consistently Democratic for president since 1988). Maybe the "flavor of the month" much as Cain and others were in 2012. But money talks, and of course none of the other candidates can match him in that category!

--Dan O



PLAINTIFF'S
EXHIBIT
231
O'Connor

NAACP PI Mot. Ex. 15

## Overview—2014 U.S. Senate Race (<ins>DRAFT</ins>)

Second-term Senator Saxby Chambliss surprised Georgians in early 2013 by announcing he would not seek a third term in Washington. Some conservatives cheered this move, their perception being that Chambliss compromised too much (such as working with Democrats on deficit reduction---which likely would result in higher taxes under a bipartisan plan) and in any case was not doing enough to reduce federal spending. Nearing age 70, Chambliss, not from a wealthy background, may have been eyeing a more financially lucrative future in the private sector.

**In any event, Senator Chambliss's retirement announcement set off a chain reaction of sorts.** Three (3) GOP congressmen jumped into the contest---Jack Kingston of the coastal 1st District, Paul Broun of the Athens-centered 10th District and Phil Gingrey of the metro Atlanta (Cobb-dominated) 11th District. Former Secretary of State Karen Handel (who had narrowly lost the GOP gubernatorial nomination to Deal in 2010) also jumped into the race, as did a political novice, businessman David Perdue, cousin of former (2003-2011) Governor Sonny Perdue. Businessmen Derrick Grayson and Art Gardner, two very obscure candidates, rounded out the GOP field.

**Democrats, buoyed by the changing demographics and hopes for a divisive GOP primary, saw an opportunity to take back a seat that had, until Chambliss, long been in Democratic hands.** Easily the most prominent candidate on the Democratic side was Michelle Nunn, daughter of former (1972-1997) Democratic Senator Sam Nunn and an executive at a non-profit organization. Nunn had never served in, much less run for, political office before, but Democrats hoped her identification with the iconic former senator would provide a boost in November. Three other Democrats jumped into the contest as well---former State Senator and TV broadcaster Steen Miles, and Brando Radulovacki and Todd Robinson.

**The Republican contest was widely expected to end up with a runoff, given that five (5) of the seven (7) candidates (exceptions being Grayson and Gardner)**

1

GA2-000580

were perceived to have fairly strong bases---making it impossible for any candidate to win a majority in the May 20 primary. But as the primary drew closer, the focus shifted to three (3) candidates---Handel, Kingston and Perdue. Broun's campaign was marred by controversial remarks, such as "evolution is from the pit of Hell" (perhaps his attempt to "out right wing" the rest of the most conservative GOP field). He had few endorsements and with lackluster fundraising, was mostly invisible in terms of campaign ads on television. Gingrey had his share of controversial remarks too and never really seemed to have his heart in the race; reportedly his congressional staff urged him not to run for the Senate, and Gingrey's age (72 in the 2014 election cycle) raised questions as well.

Perdue dubbed himself the "outsider" in the race, basically arguing that the problems in Washington, such as deficit spending and a bloated government, could not be solved by sending the same people back there---perceived as a shot against Kingston, who going into the 2014 election cycle had served 21 years in the U.S. House. Perdue basically made an asset of his inexperience in office and thus unsurprisingly pushed for a balanced budget and term limits. An almost unknown figure in early 2014, he quickly made a force of himself with deep pockets---a resident of posh Sea Island on the Georgia coast---and some tried and trusted campaign staff, many of whom had worked for the campaigns of then-Governor Sonny Perdue.

Kingston had the backing of many party regulars, who viewed him as "conservative, but not crazy" as some might have said (to distinguish him from Broun and Gingrey). He had good ties with both the economic and socially conservative wings of the state GOP and plenty of access to Washington money, such as the backing of the U.S. Chamber of Commerce. Kingston's work on behalf of the port of Savannah---pushing efforts to deepen the Savannah River to 48 feet to accommodate larger ships---was music to the ears of the state's business community. He often prevailed at "straw polls" of conventions and party gatherings, cementing the perception that he was the "establishment" candidate---something that would become controversial later in the GOP campaign.

NAACP PI Mot. Ex. 15

GA2-000581

**Handel, out of office since she resigned her post as secretary of state to run for governor in 2010 (losing the GOP runoff to Deal by barely 2,500 votes), hoped to make a comeback in 2014 as the only female in the race on the Republican side.** She was hampered, however, by a lack of money---the perception being that with Governor Deal up for re-election in 2014, potential donors were reluctant to give her money (perhaps some persons with pending legislation at the State Capitol concerned their interests would suffer if their names showed up on a Handel campaign disclosure report). Handel had also alienated many GOP legislators in 2010 by attacking the so-called "good old boy" system in the General Assembly; accordingly, few legislators got behind her bandwagon in this Senate campaign.

**Primary night, May 20, 2014, was uneventful on the Democratic side. Nunn's "stealth" campaign---avoiding debates and forums with the other three (3) Democrats in the race---paid off with an easy win, taking a whopping 75 percent of the vote in the four-way race,** with 12 percent for Miles, 10 percent for Robinson and 3 percent for Radulovacki. Nunn carried all 159 counties, winning majorities in all but one (1) county (Brooks in south Georgia). She took 71 percent in DeKalb (the largest voting county in the Democratic primary) and 77 percent in Fulton, the state's second largest voting county in that primary). **A possible omen though for Democrats was the lackluster turnout; only 328,710 total votes were cast in the Democratic Senate primary---by far the <u>lowest</u> turnout for a contested Democratic U.S. Senate primary here in modern times.** In contrast, over a million Georgians voted in the 1980 U.S. Senate Democratic primary (when embattled Senator Herman Talmadge was seeking a fifth term), and more than 625,000 voted in 1986 when Wyche Fowler, then a congressman from Atlanta, won a bare majority to take on then-Republican Senator Mack Mattingly. Admittedly, Nunn's rout was no surprise---her primary opponents had little money or visible backing---and it allowed her to begin planning a fall campaign, while Republicans were still battling for their nominee.

**On the Republican side, Republican David Perdue built a modest lead on election night, while Kingston and Handel were battling for second place.** Kingston, with a solid base in his southeast Georgia congressional district, sustained a lead all night over Handel, even when metro Atlanta returns began to

3

GA2-000582

be reported. Broun and Gingrey meanwhile were far out of the running for a runoff spot with Perdue.

**When all the votes were tallied (605,355 on the Republican side), Perdue had won 31 percent of the vote (185,466 votes), with Kingston in second at 26 percent (156,157 votes), and Handel third with 22 percent (132,944 votes).** Gingrey and Broun had a close battle for meaningless fourth place, with Gingrey "winning" that battle by less than 2,500 votes over Broun. Meanwhile, the virtually unknown Gardner and Grayson each pulled only about one (1) percent of the vote.

**Though Perdue hardly ran away with victory in the primary, he still managed to lead Kingston in 11 of the state's 14 congressional districts.** Perdue ran best (in percentage) in the Columbus-southern suburban Atlanta 3rd Congressional District (represented by Republican Lynn Westmoreland), taking 40 percent of the vote there compared to just 15 percent for Kingston. He won 38 percent in the southwest Georgia 2nd District (represented by Democrat Sanford Bishop) and in the heavily Democratic, (city of) Atlanta 5th District (represented by Democrat John Lewis). Perdue exceeded 25 percent of the vote in every congressional district except the 1st and the 12th (Democrat John Barrow), those two districts being Kingston strongholds.

**Kingston unsurprisingly ran best in his home 1st District, taking an overwhelming 75 percent of the vote there**---the only one (1) of Georgia's 14 congressional districts to give a majority to any candidate in this GOP primary. **So high was his percentage in his home district that it amounted to a very disproportionate share of his total statewide vote. "Overall…the First District…made up more than a quarter of his roughly 154,000 votes,"** as noted in the Atlanta *Journal-Constitution's* "Political Insider" the day after the primary.[i] Kingston also ran strongly in the adjoining, Augusta-centered 12th District, taking nearly half (47 percent) of the vote in that district, parts of which he had represented in previous configurations of his 1st District.[ii] Kingston took 44 percent in the 8th District (represented By Republican Austin Scott), running from the Macon area down Interstate 75 to Valdosta. **However, Kingston ran below 20 percent in every**

4

other congressional district---taking only 15 percent for instance in the state's most heavily GOP congressional district, the 9th (represented by Republican Doug Collins)---raising the question as to whether he was too reliant on his base in coastal Georgia to be able to prevail in a runoff against Perdue.[iii]

Third-place Handel, as expected, won her home district, the north-Fulton dominated 6th District of Republican Congressman Tom Price. But her showing in that district was far from sufficient to earn a runoff spot; in 2010, the 6th District (under its current boundaries) gave Handel a majority of the GOP primary vote, but this time, Handel managed just 39 percent of the vote, while Perdue won a respectable 31 percent there. Embarrassingly, Handel even failed to carry the Atlanta-dominated 5th District, running 10 points behind Perdue in the state's most heavily Democratic congressional district.

Even more humiliating, however, were the showings of Congressman Broun and Gingrey. Neither candidate even managed to win the districts they represented; Broun won only 23 percent in his home 10th District (running 10 percentage points behind Perdue), and Gingrey was held to just 21 percent in his home 11th District---incredibly winning only third place there, behind the 27 percent for Handel and 31 percent for Perdue. In Cobb County, partially in Gingrey's district (with parts of that county are in two other congressional districts) and usually the state's largest GOP-voting county, just 20 percent of the vote went to Gingrey, compared to 29 percent for Handel and 30 percent for Perdue.

A further review of the returns---comparing the 29-county metro Atlanta with the rest of Georgia---showed a stark divide in the results. Metro Atlanta accounted for half of the state's total votes in this primary, and was a close battle between Perdue (34 percent) and Handel (30 percent) with Kingston far behind at 14 percent. Just comparing Perdue and Kingston, Perdue had about a 60,000-vote lead over Kingston in metro Atlanta. In the rest of Georgia (combined totals of the other 130 counties), Kingston lead Perdue by 10 percentage points (38 to 28 percent), with just 14 percent for Handel. Kingston had roughly a 31,000-vote lead over Perdue outside metro Atlanta. Even with a solid base in south Georgia, an improved showing in metro Atlanta in the

5

GA2-000584

upcoming runoff was seen as critical for any chance of Kingston overtaking Perdue in the next contest in July."

Perdue and Kingston proceeded to "slug it out" in the longest runoff in Georgia history---nine (9) weeks. Perdue portrayed Kingston as a "Washington insider", a charge easy to make given the Savannah congressman's 21 years in the House (at the time of the runoff), and claimed that Kingston favored "amnesty for illegal aliens" (arising out of Kingston's backing from the U.S. Chamber of Commerce). Kingston in turn portrayed Perdue as risky, noting that the Sea Island businessman presided over the largest textile bankruptcy in history, at North Carolina's Pillowtex. As reported by the Atlanta paper, "Kingston…said Perdue benefited from a 'sweetheart' appointment to the Georgia Ports Authority by his cousin, then-Gov. Sonny Perdue."[1]

Hardly anyone was willing to predict the outcome of the July runoff---in fact, the Atlanta paper even refused to conduct a pre-runoff poll, unsurprising given the difficulty of polling for a contest in which the turnout was expected to be low. There was, however, the general expectation that the runoff would be tight, and indeed that proved to be the case. **In a nip and tuck battle that went on well into the night, Perdue defeated Kingston by little more than 8,500 votes, taking 50.9 percent (245,951 votes) to 49.1 percent (237,448 votes) for Kingston. Perdue won 10 of the state's 14 congressional districts, and came within 50 votes of winning the southwest Georgia 2nd District. He ran best (60 percent) in the 3rd** District (Congressman Lynn Westmoreland), while also taking 59 percent in the state's most heavily GOP district, the 9th in Northeast Georgia (Congressman Doug Collins). **Kingston as expected ran up the vote in his home 1st District, taking a whopping 81 percent of the vote there; however, there was a significant dropoff in turnout there between the primary and runoff, with Kingston receiving about 5,000 fewer votes in his district in the runoff than in the May 20 primary. He also won 62 percent in the Augusta-based 12th District, but like in the 1st got about 5,000 fewer votes there in the runoff than in the primary.**

[1] Greg Bluestein and Daniel Malloy, "Perdue secures GOP nod for Senate," Atlanta Journal-Constitution, July 23, 2014

NAACP PI Mot. Ex. 15

GA2-000585

**Metro Atlanta assumed a much largest share of the statewide vote in the runoff than in the primary---to the detriment of Kingston. In the May 20 primary, about half the state's total GOP primary vote came from the 29-county metro Atlanta area. In the July 22 runoff, 56 percent of the total turnout was from metro Atlanta. Perdue carried metro Atlanta by about 35,000 votes---four times his statewide overall margin---and won every county in that region.** Perdue took 54 percent in Cobb, traditionally the state's largest GOP voting county, and 55 percent in Gwinnett, which typically ranks second in GOP primary turnout among the 159 counties. **In fact, of the state's 20 largest voting counties in the runoff, Kingston carried only two, both in his home congressional district---Chatham (Savannah) and Glynn (Brunswick/St. Simons). Kingston seemed to perform better in the "other Georgia" (outside metro Atlanta), but as is evident the votes he got in the "other Georgia" were not enough to offset his deficit in vote-rich metro Atlanta.**

**The value of endorsements certainly came into question after the runoff. Perdue had few endorsements in the Georgia General Assembly, and none at all from Georgia's GOP U.S. House delegation, most of whom backed Kingston.**[2] Kingston, as mentioned earlier also typically won the "straw polls" held at various GOP county meetings, for instance winning the Fulton GOP BBQ "straw poll" by a 2-1 margin over Perdue---though Fulton voters in the GOP runoff gave Perdue 55 percent of the vote. Basically, while Kingston was more popular among GOP party activists, Perdue was more popular in the vote that really mattered---the July 22 GOP runoff.

**Fortunately for Republicans, any ill will between Perdue and Kingston quickly subsided, to the point that Perdue even hired some of Kingston's campaign staff, hoping to shore up south Georgia---Kingston Country---in November.** In the meanwhile, Democrats placed great hope with Michelle Nunn, hoping her last name would resonate with voters who still recalled the service of former Senator Sam Nunn. Furthermore, the state's changing demographics---substantial minority growth in metro Atlanta, even in traditionally Republican counties like

---

[2] The only Georgia Republican congressman who did not endorse Kingston was Tom Graves, who represents the 14th District in the northwest corner of the state. Perdue led Kingston in his district in the runoff.

NAACP PI Mot. Ex. 15

GA2-000586

Cobb, Gwinnett and Henry---seemed likely to work in her favor. **Many polls that fall showed a close Senate race, with neither Nunn or Perdue polling 50 percent of the vote.**[3] A poll conducted for the Atlanta paper between September 8 and 11 showed Perdue with just a four (4) point lead over Nunn, 45 to 41 percent, with 6 percent for the Libertarian candidate. A few weeks later, a poll conducted for Atlanta's WXIA TV (Channel 11) showed Perdue with just a one (1) point lead, 46 to Nunn's 45 percent. In early October, polling conducted by Insider Advantage showed Perdue leading Nunn by four (4) points, 47 to 43 percent, with 3 percent for the Libertarian candidate. Indeed, speculation abounded as to whether there would be a post-November runoff, such required under Georgia law if no candidate polled above 50 percent of the vote in the first round.

**Running in a state that President Obama had lost twice---the last time (2012), by more than 300,000 votes---Nunn understandably did not run as a partisan Democrat during the fall campaign;** on the contrary, she emphasized a background in bipartisanship from her work as a CEO at the nonprofit "Points of Light", even showing pictures of her with the former President George H.W. Bush (the "first" President Bush). When President Obama paid a visit to Atlanta in September to visit the Centers for Disease Control (CDC), Nunn was nowhere to be found either at Hartsfield-Jackson Airport (when the president arrived) or during his tour at the CDC. Though liberal on social issues (abortion and gay marriage), she stayed away from those issues on the campaign trail and instead hammered Perdue for his experience as CEO of the previously-mentioned Pillowtex, running ads of destitute workers who lost their jobs during his tenure there.

Conventional wisdom going into the final week of the November general election was that a runoff in the Senate contest (and indeed, the contest for governor) was likely, with most polls showing neither Perdue nor Nunn breaking the 50 percent mark. The political newsletter *Insider Advantage*, in an article released the day before the election, noted that Perdue (and Deal) could escape a runoff, noting that Perdue was ahead of Nunn 48-45 percent in their last poll (with 3 percent

---

[3] There was also a Libertarian candidate in the Senate race, Amanda Swafford.

Libertarian). But even so, the oddsmakers were predicting another holiday season of elections.

On election night, Perdue was handily ahead from the beginning, as returns from outside metro Atlanta (as usual) dominated in the early night TV coverage. At no point during the night did Nunn lead, and while the gap between Perdue and Nunn narrowed somewhat during the night as more of metro Atlanta reported, it was clear well before Nunn's 11 p.m. concession speech that Perdue would be the candidate headed to Washington.

**The final returns in the contest had Perdue taking 53 percent of the vote (1,358,088 votes), with Nunn at 45 percent (1,160,811 votes) and Libertarian Swafford with 2 percent (48,862 votes)---a Perdue margin of about 197,000 votes. The percentage spread (rounded to the nearest whole number) matched the 2012 spread in Georgia between Romney and President Obama---53 percent Romney, 45 percent Obama---and also matched the spread in the contest for governor (53 percent Deal, 45 percent Carter). Perdue carried 10 of the state's 14 congressional districts,** running the best in the Gainesville-dominated 9th District in the state's northeast corner (76 percent); Perdue's margin over Nunn in that district---about 100,000 votes---accounted for slightly over half of his overall statewide victory margin. Perdue took 72 percent in the adjoining 14th District in the state's northwest corner (Rome, Dalton, etc.). Even the one-third black, Augusta-dominated 12th District, represented since 2003 by Democrat John Barrow, went easily for Perdue (57 percent). Perdue also carried the 1st, 3rd, 6th, 7th, 8th, 10th and 11th Districts. Nunn was left with just four districts---and the ones that a Democrat would be expected to carry against any Republican, the four (4) majority-black districts. She won the southwest Georgia, Albany-based 2nd District, but her showing there—56 percent---was not particularly impressive given the district's majority-black electorate. She fared better in the 3 metro Atlanta majority-black districts---the DeKalb-centered 4th District (74 percent), the Fulton-anchored 5th District (84 percent) and the southside/westside 13th District (70 percent).

9

Metro Atlanta, consisting of 29 counties for the 2014 election cycle (Morgan County was added to the region after the 2012 election), went for Nunn, but not by much (about 22,000-vote margin), with Nunn getting slightly under 50 percent there (49.8 percent), Perdue 48 percent and Swafford 2 percent. The Democrat won handily in the region's three traditionally solid Democratic counties---Clayton (84 percent), DeKalb (78 percent) and Fulton (65 percent)---and won four (4) counties which a decade earlier would have been seen as solid GOP territory---Douglas (52 percent), Henry (49.5 percent), Newton (50 percent) and Rockdale (59 percent). Nunn's 431-vote margin in Henry marked the first time a Democratic candidate for governor had won that county since the 1990 Zell Miller-Johnny Isakson contest. She took 42 percent in Cobb and a slightly better (44 percent) in Gwinnett County, two (2) counties that have seen substantial minority growth over the last 15 or so years. Perdue managed to stay competitive with Nunn in metro Atlanta with high percentages in Cherokee (76 percent) and Forsyth (79 percent) Counties, along with strong showings in some smaller exurban counties like Barrow and Bartow (74 percent in each). Pickens (80 percent) and Walton (77 percent). **Overall, metro Atlanta accounted for 59 percent of the state's total votes in this contest.**

**In the other 41 percent of Georgia (that is, the 41 percent of the turnout last fall which came from outside metro Atlanta), "Perdue Country" could easily describe their preference. Adding the votes of the 130 counties outside metro Atlanta, the "other Georgia" favored Perdue over Nunn by roughly 219,000 votes (59.5 to 38.6 percent)---nearly 10 times Nunn's approximate 22,000-vote margin over Perdue in metro Atlanta.** Rural Georgia, strongly disenchanted with the cultural liberalism of the Obama Administration, took it out on Nunn. Perdue broke 80 percent in 7 counties, all but one of them (Dawson) outside metro Atlanta. Perdue's highest percentage came in southeast Georgia's Pierce County, where he took a shade under 85 percent, and also won 83 and 82 percent, respectively, in Banks and Franklin Counties along Interstate 85 metro Atlanta and Lake Hartwell. Nunn could not carry Telfair County in southeast Georgia (home territory of the Talmadges decades ago), nor could she win once rural but now

NAACP PI Mot. Ex. 15

increasingly suburban Houston County in middle Georgia (home of former Senator Sam Nunn)---Nunn mustered just 38 percent in Houston County.

**Democrats might find it tempting to blame "the black vote" for Nunn's loss (and similarly, the loss of other statewide Democrats last year). However, blacks accounted for a record 29 percent of the state's total turnout in the 2014 general election---again, a _record_---and not much below their composition in the 2012 general election, when they accounted for 30 percent of the state's total turnout.** As a comparison, in the historic 2002 loss of then-Democratic Governor Roy Barnes, blacks accounted for just 23 percent of the total statewide turnout--- 6 points less than the 2014 turnout. **The Democrats' problem in 2014---one that has plagued the party for over 10 years in statewide and other contests---has been a lack of white support.[iv] Perdue won an estimated 74 percent of the white vote in this general election, which if one gives three 3 percent to the Libertarian candidate, would leave Nunn with a mere 23 percent of the white vote statewide.[v] With such a showing among whites, Perdue did not need a single black vote to avoid a runoff.** Given that white support for Democrats these days is higher in urban, liberal areas than rural areas, it would not be difficult to surmise that in rural Georgia, white support for Nunn probably never got out of the teens---perhaps even as low a level as the mid-teens in some rural areas, like 15 percent. In contrast, even in his losing race back in 2002, Roy Barnes is estimated to have won close to a third of the statewide vote (an indication that since Barnes' defeat, Democrats have been unable in Georgia to stem the tide of white support for GOP candidates). Had Nunn (and of course Carter in the race for governor) managed just a third of the white vote, both would have won their respective races last year---with room to spare.

**Polling took something of a beating in this contest;** as previously mentioned, many polls pointed to the likelihood of runoffs in the Senate race---and governor as well. Polling of course is always subject to some margin of error---much as would be the case for the daily weather forecast---but most polls toward the end of the campaign were wide off the mark. In fact, polling "guru" Nate Silver indicated that Georgia was one of the states with polling results that were the most heavily biased toward Democrats---off by a whopping 6.4 percentage points

11

just in the Senate race.[vi] Alpharetta-based Landmark Communications Inc. gave Perdue a 50-46 percent lead over Nunn in the final days preceding the election, but others (such as Survey USA) had both Perdue and Nunn below 50 percent. Recall of course that in 2012, polls seemed to be weighted too heavily toward Obama. In the midterm 2014 election cycle, the opposite seemed to happen, and not just in Georgia---in Virginia for example, Republican Ed Gillispie lost to heavily-favored Senator Mark Warner by less than a point, even though polls in that state had Warner far ahead in every instance.

---

[i] From May 21, 2014 version of the Atlanta *Journal-Constitution*'s "Political Insider".

[ii] Since his initial election to Congress in 1992, Kingston had run under five (5) different congressional maps-the 1992-adopted map, a 1995 court-ordered "midterm" correction, the 2001-adopted map following the 2000 census, a 2005 version adopted by the then-new GOP majority at the Gold Dome, and a 2011 map following the 2010 census.

[iii] In other words, if Kingston's 1st District base failed to show up in similar strength in the July GOP runoff, could he make up for that elsewhere in the state?

[iv] "We are struggling with people who look like me," said state Rep. Scott Holcomb, a white Democrat who survived his own tight race. "Republicans know they have to expand their base to include minority voters. And we need to do a better job expanding ours to include white voters." See Greg Bluestein and Dan Malloy, "Ga. Democrats reassess strategy after midterms," Atlanta *Journal-Constitution*, November 6, 2014.

[v] The 74 percent level of white support for Perdue was mentioned in an article by AJC reporters Shannon McCaffrey and Nancy Badertscher, November 6, 2014, "Experts explain bad poll results."

[vi] Ibid.

NAACP PI Mot. Ex. 15

GA2-000591