IN THE MATTER OF

# Georgia State Conference of the NAACP, et al
# vs
# Kemp

Transcript of Deposition of

# Robert M. Strangia

On December 18, 2017

*Reported by* Joel P. Moyer
*Certified Court Reporter*



## DONOVAN REPORTING
### & VIDEO CONFERENCING
237 Roswell Street   Marietta, GA 30060
770.499.7499   800.547.1512   FAX: 770.428.5801
«««www.donovanreporting.com»»»

1

```
          THE UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF GEORGIA
                 ATLANTA DIVISION
```

GEORGIA STATE CONFERENCE OF THE NAACP,
as an organization; LAVELLE LEMON, MARLON
REID, LAURETHA CELESTE SIMS, PATRICIA
SMITH, COLEY TYSON,
        NAACP Plaintiffs,

AUSTIN THOMPSON, WAYNE SWANSON, DARRYL PAYTON,
AUDRA CUNNINGHAM, SABRINA MCKENZIE, JAMIDA
ORANGE, ANDREA SNOW, SAMMY ARREYMBI, LYNNE
ANDERSON, CORETTA JACKSON,
        Thompson Plaintiffs,

        vs.     CASE NO. 1:17-cv-01427-TCB-WSD-BBM

BRIAN KEMP, in his official capacity as
Secretary of the State for the State of
Georgia,
        Defendant.
                      - - -

           Videotaped Deposition of
             ROBERT M. STRANGIA,

        Taken by William V. Custer IV,

           Before Joel P. Moyer,
         Certified Court Reporter,

            At the Offices of
            Balch & Bingham LLP,
             Atlanta, Georgia,

        On Monday, December 18, 2017,
   Beginning at 2:23 p.m. & ending at 4:49 p.m.

                      - - -

           Volume of Testimony
    (Exhibits Contained in Separate Volume)

Electronically signed by Joel Moyer (501-161-376-4513)                    16d5d214-14f2-417c-ab62-732142286589

```
 1     APPEARANCES OF COUNSEL
 2     For the Georgia State Conference
          of the NAACP Plaintiffs:
 3
                   WILLIAM V. CUSTER IV
 4                 Bryan Cave LLP
                   Fourteenth Floor
 5                 1201 West Peachtree Street, NW
                   Atlanta, GA 30309-3488
 6                 404.572.6828
 7                 JOHN POWERS
                      (Via Telephone)
 8                 Lawyers' Committee for
                      Civil Rights Under Law
 9                 Suite 400
                   1401 New York Avenue, NW
10                 Washington DC 20005
                   202.662.8391
11
       For the Thompson Plaintiffs:
12
                   ARIA C. BRANCH
13                    (Via Telephone)
                   Perkins Coie LLP
14                 Suite 600
                   700 13th Street, NW
15                 Washington, DC 20005-3960
                   202.654.6200
16
       For the Defendant:
17
                   (No Appearance)
18
       For the Witness:
19
                   K. ALEX KHOURY
20                 Balch & Bingham LLP
                   Suite 700
21                 30 Ivan Allen Jr. Boulevard, NW
                   Atlanta, GA 30308
22                 404.261.6020
23     ALSO PRESENT:
24                 Austin R. Crosby, Videographer
25
```

Electronically signed by Joel Moyer (501-161-376-4513)                    16d5d214-14f2-417c-ab62-732142286589

Robert M. Strangia          Georgia State Conference of the NAACP, et al vs Kemp          December 18, 2017

3

                    INDEX TO PROCEEDINGS
                      VIDEO FILE INDEX
Video File One                              5
Video File Two                             69

_____

                    EXAMINATION INDEX
ROBERT M. STRANGIA
     Examination by Mr. Custer              5
Errata Sheet                              103
Certificate Page                          105

_____

                     EXHIBIT INDEX

Plaintiff's Exhibits

  62   LinkedIn screen shot, Robert (Rob)    55
       Strangia - GISP

  63   Email to Rob Strangia from Greg       57
       Whiten, 2-4-2011

  64   Email thread ending with email to     58
       Gary Cooley from Rob Strangia
       2-17-2011

  65   Two email threads, composite ending   60
       with email to Gary Cooley and Greg
       Whiten from Rob Strangia, 2-18-2011

  66   Email thread ending with email to     61
       Harvey Davis and Jimmy McDonald from
       Rob Strangia, 2-24-2011

  67   Letter to Abel Gomez from Stacey Y.   62
       Abrams, 11-19-2011

     (Continued on next page)

Donovan Reporting, PC                                    770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)          16d5d214-14f2-417c-ab62-732142286589

Robert M. Strangia          Georgia State Conference of the NAACP, et al vs Kemp          December 18, 2017

4

1   68   Email thread ending with email to          63
         Gary Cooley from Jimmy McDonald
2        2-3-2012

3   69   Email to Erica Hamilton from Gina          65
         Wright, 11-24-2014
4

5   70   Email thread ending with email to          65
         Merritt Beaver from Gina Wright
6        12-5-2014

7   71   Email thread ending with email to          69
         Gina Wright from Gary Cooley
8        1-9-2015

9   72   Document entitled VTD2010                  72

10  73   Document entitled VTD2012                  91

11  74   Email to Brian Knight, Gina Wright,        91
         and Dan O'Connor from Rob Strangia
12       8-21-2015, with attachments
         (GA2-000284-310)

13  75   Email thread ending with email to          94
         Dan O'Connor from Rob Strangia
14       12-15-2016 (GA2-000085-89)

15  76   Email thread ending with email to          95
         Dan O'Connor from Rob Strangia
16       12-28-2016 (GA2-000060-66)

17  77   Email to Rob Strangia from Gina            95
         Wright, 5-8-2017, with attachment
18       (GA2-001163-1166)

19

20

21      (End of Index)

22

23

24

25

Donovan Reporting, PC                                            770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                    16d5d214-14f2-417c-ab62-732142286589

5

1          December 18, 2017
2          2:23 p.m.
3      (Whereupon the reporter provided a written
4   disclosure to all counsel pursuant to
5   Article 8.B. of the Rules and Regulations
6   of the Board of Court Reporting.)
7          THE VIDEOGRAPHER:  Okay.  We are now
8   on video record.  The date is December 18th,
9   2017.  The time is approximately 2:23 p.m., and
10  this is the beginning of video file number one.
11         MR. CUSTER:  Want to swear the
12  witness?
13  ROBERT M. STRANGIA,
14      being first duly sworn, was examined and
15      testified as follows:
16  EXAMINATION
17  BY MR. CUSTER:
18      Q    Tell us your full name, please, sir.
19      A    Robert Michael Strangia.
20      Q    Where do you live, Mr. Strangia?
21      A    I live in Vinings, Georgia.
22      Q    What's your age?
23      A    I am 47.
24      Q    Mr. Strangia, my name is Bill
25  Custer.  I'm here on behalf of the Plaintiffs

6

1   in this action.  I'm going to be asking you
2   some questions today about facts and
3   circumstances that may prove to be relevant in
4   this lawsuit.
5          Have you ever been deposed before,
6   sir?
7      A    No, sir.
8      Q    All right.  I'm going to give you
9   just some basic guidelines probably echoing
10  some things your own attorney has told you
11  earlier.
12         If at any time I ask you a question
13  that you don't hear or understand, please just
14  ask me to repeat the question or rephrase it,
15  and I'll be happy to do so.  Is that
16  understandable?
17      A    Yes.
18      Q    All right.  If at any time you need
19  to take a break, you need to consult with
20  counsel, please just let us know.  This is not
21  an endurance contest.  Even though I know maybe
22  you participate in long-distance running from
23  time to time, you don't need to do that here
24  today.
25         The only thing I would ask is that

7

1   if there's a question pending, you answer the
2   question before you take a break.  Is that
3   acceptable?
4      A    Yes.
5      Q    All right, sir.  Finally, one of the
6   things I always tell people is that everything
7   we say today is going to be taken down
8   obviously on video.  It's also going to be
9   taken down by this court reporter who's taking
10  down every word we say.
11         And just to make sure that we're
12  clear, it's important that you answer my
13  questions verbally.  In normal conversation,
14  you might say uh-huh or huh-uh or nah or
15  whatever, and that doesn't translate very well
16  to the transcript.
17         So if I ask you a yes or no
18  question, please give me a yes or no answer
19  verbally.  Is that acceptable, sir?
20      A    Yes.
21      Q    All right, sir.  Are you employed,
22  sir?
23      A    Yes.
24      Q    By whom?
25      A    Georgia General Assembly.

8

1      Q    All right.  What is your title
2   there?
3      A    I'm a GIS specialist.
4      Q    And what is a GIS specialist?
5      A    Specializing in geographical
6   information systems.
7      Q    What -- and are you assigned to any
8   particular committee or department?
9      A    The Reapportionment Office.
10     Q    Is the Reapportionment Office a
11  separate agent -- agency?
12     A    No.
13     Q    It's not an independent entity in
14  any sort?
15     A    They're a joint office.
16     Q    All right.  It's a joint office of
17  what?
18     A    Joint office of the House and Senate
19  of the Georgia General Assembly.
20     Q    To whom do you report as a GIS
21  specialist?
22     A    Gina Wright.
23     Q    And are your only duties to the
24  Georgia General Assembly to the Reapportionment
25  Office?

Electronically signed by Joel Moyer (501-161-376-4513)                                        16d5d214-14f2-417c-ab62-732142286589

Robert M. Strangia          Georgia State Conference of the NAACP, et al vs Kemp          December 18, 2017

Page 9

1    A    That is correct.
2    Q    All right.  And who is your
3 immediate supervisor?  Is it Ms. Wright?
4    A    Yes.
5    Q    All right.  And to whom does
6 Ms. Wright report?
7    A    To the -- to leadership.
8    Q    All right.  Who is leadership?
9    A    It would be Spiro Auburn [sic], who
10 is the House Chief of Staff.
11   Q    Is that her sole report?
12   A    As far as I know.
13   Q    Who does Mr. Auburn report to?
14   A    I'd be speculating.
15   Q    Well, tell me what you believe.
16   A    Speaker of the House.
17   Q    And that's David Ralston?
18   A    Yes.
19   Q    How often do you meet with
20 Mr. Auburn as part of your daily, weekly, or
21 monthly duties?
22   A    Almost never.
23   Q    Do you ever meet with the speaker?
24   A    No.
25   Q    On those occasions you do meet with

Page 10

1 Mr. Auburn, what is the cause for meeting with
2 Mr. Auburn?
3    A    Christmas parties or Christmas
4 gatherings, and I -- one local concern that I
5 met with him in the past year.
6    Q    When you say a local concern, what
7 do you mean by that?
8    A    An issue with me as a citizen, not
9 as an employee.
10   Q    All right.  I'm going to refer to
11 the Office of Reapportionment during this
12 deposition as the Office just as a shorthand
13 way of referring to it.  If I say the Office,
14 will you understand what I'm talking about?
15   A    Yes, I'll understand.
16   Q    Ultimately, of course, you're an
17 employee of the State of Georgia; is that
18 right?
19   A    Yes.
20   Q    You're a member of the Employee
21 Retirement System, or ERS?
22   A    TR -- the TRS.
23   Q    What is TRS?
24   A    Teachers Retirement System.
25   Q    Explain that to me.  Why are you in

Page 11

1 the Teachers Retirement System?
2    A    Because I -- our office was
3 originally part of the University of Georgia,
4 and I was vested over ten years before we
5 became the General Assembly Office.
6    Q    All right.  And when did you become
7 the General Assembly Office?
8    A    I believe it was 2011, 2012. '11.
9 I think it was 2011.
10   Q    And when did you first join the
11 Office in its earlier form at the University of
12 Georgia?
13   A    1996.
14   Q    Who hired you?
15   A    Linda Meggers.
16   Q    Who is Linda Meggers?
17   A    She was the director of the
18 Reapportionment Office.
19   Q    What were you hired to do?
20   A    To be the GIS specialist for the
21 Reapportionment Office.
22   Q    And you've been the GIS specialist
23 ever since?
24   A    Yes, sir.
25   Q    Do you have any people that report

Page 12

1 to you?
2    A    No.
3    Q    What are -- what are your duties as
4 the GIS specialist for the Office?
5    A    I'm the expert in the software, in
6 the Maptitude redistricting software.  I build
7 the databases that are used to -- for the
8 redistricting process as well as doing map
9 requests for legislators and general public,
10 and data requests as well.
11   Q    So I took the time to look you up on
12 LinkedIn.  You've got a number of descriptions
13 of your current position.  Let me just go
14 through them and make sure they're still
15 accurate.
16   A    Uh-huh (affirmative).
17   Q    You say on your LinkedIn page that
18 you provide the primary technical support for
19 all aspects of the legislative and
20 congressional redistricting GIS system.  Is
21 that true?
22   A    That is correct.
23   Q    And those duties include database
24 design and management, application development,
25 hardware, software, and Windows 7 server system

Robert M. Strangia          Georgia State Conference of the NAACP, et al vs Kemp          December 18, 2017

13

1    administration.  All true?
2        A    Yes.  The Windows 7 is a little
3    outdated, but, yes.
4        Q    All right.  Also says that you are
5    designated the Georgia State liaison for the US
6    Census Bureau's 2010 census redistricting data
7    development program.  Is that true?
8        A    That was true.
9        Q    All right.  Do you have a similar
10   position for the upcoming census?
11       A    No.  That will be Gina Wright.
12       Q    And why is that change happening?
13       A    I don't know.
14       Q    Who made that decision?
15       A    I don't know.
16       Q    It also says on your LinkedIn resumé
17   you train legislative staff to perform GIS data
18   analysis and produce maps and statistical
19   reports using Maptitude redistricting GIS
20   application.  Is that true?
21       A    Yes.
22       Q    Your resumé also says you supervise
23   the data collection, development, and
24   maintenance of statewide voting precincts GIS
25   layer and election result database.  All true?

14

1        A    Yes.
2        Q    Finally, it says you provide
3    legislative leadership with GIS analysis and
4    presentation of election and demographic
5    trends.  All true?
6        A    Yes.
7        Q    And have you had all of those
8    responsibilities since the inception of your
9    employment in 1990?  Or excuse me.  Was it
10   1996?  Is that right?
11       A    To varying degrees.
12       Q    Tell me what a typical day for you
13   is in your duties as a -- the GIS specialist.
14   And let's just, you know, take the past 30 days
15   as a representative sample.
16       A    There's really no such thing as a
17   typical day.  It can vary tremendously.
18       Q    All right.  Tell me what you did
19   last week, other than get ready for this
20   deposition.
21       A    I was in England.
22       Q    Was that part of your duties?
23       A    No.
24       Q    All right.  Let's go the week before
25   that.  Well, before your vacation, what were

15

1    you doing?
2        A    Data -- database requests, map
3    requests, develop -- just developing reports,
4    website, working right now -- right now we're
5    working on updating our website.  That's been
6    what most of my past several weeks have been.
7        Q    Are there any reports you prepare on
8    a routine basis?
9        A    Yes.
10       Q    What are those?
11       A    Every time -- every time a new plan
12   is drawn, we prepare a list.  There's probably
13   a half dozen or so reports that we do, the stat
14   sheets probably that you've looked at as well
15   as by county, what the -- the population
16   breakdown with the new districts by county,
17   that would be one of the topics for a new
18   report -- or for a new report for a new plan.
19       They're all available on our
20   website, all of our reports there.
21       Q    All of your routines reports are
22   accessible?
23       A    All of -- yeah, you can access on
24   our website for any existing plan or proposed
25   plan.

16

1        Q    How many employees are there in the
2    Office?
3        A    Wait.  Gina, Dan, Brian, myself --
4    five.
5        Q    And you're located in the Coverdale
6    building; is that right?
7        A    Yes.
8        Q    On what floor?
9        A    Fourth floor.
10       Q    Is that the top floor?
11       A    No.
12       Q    Who else is on that floor?
13       A    The House Minority Staff, I believe,
14   is over there.
15       Q    Anybody else?
16       A    Yes, but I'm not sure who else.
17       Q    And the Coverdale building, who --
18   or how would you characterize the occupants of
19   the Coverdale building?  Are there legislators
20   in that building?
21       A    During the session.
22       Q    Is the speaker in that building?
23       A    No.
24       Q    Is Mr. Auburn in that building?
25       A    No.

Robert M. Strangia          Georgia State Conference of the NAACP, et al vs Kemp          December 18, 2017

17

1    Q    Which building is he in?
2    A    Capitol.
3    Q    Across the street?
4    A    Yes.
5    Q    Give me a thumbnail sketch of your
6    educational background.
7    A    I have a bachelor's degree in
8    geography from the University of North Carolina
9    in Wilmington and a GIS GE certification as a
10   GIS specialist.
11   Q    And who awarded that certification?
12   A    That is done by the -- it's -- I
13   don't remember the acronym.  It's the --
14   it's -- I don't remember.
15   Q    There's some professional group?
16   A    Yes, a professional organization,
17   group.
18   Q    The GIS specialist?
19   A    That, that, that is correct.  They
20   just go and verify the experience that you have
21   in GIS.
22   Q    So what did you have to do to obtain
23   that certification?
24   A    They have a educate -- educational
25   requirement as far as continuing your growing

18

1    knowledge of GIS, attending conferences and
2    seminars.  There's no test.
3    Q    Is it a yearly requirement that you
4    take certain continuing education?
5    A    Not yearly, but I believe it's
6    every -- I think it's every seven years.
7    Q    And what conferences do you attend
8    to maintain your GIS certification?
9    A    I have attended an NCSL conference
10   in the past.
11   Q    What is that?
12   A    National Conference of State
13   Legislatures.
14   Q    All right.  What else?
15   A    The URISA Georgia.
16   Q    What is that?
17   A    It's a -- it's a group of GIS users
18   in the state of Georgia.  And that would be it.
19   Q    Can you give me a brief history of
20   your work after leaving college?
21   A    Yes.  Worked for the governor's
22   office of the state of North Carolina as -- the
23   Center for Geographical Information Analysis.
24   They were a GIS data warehousing agency for the
25   state of Georgia.  We had various projects for

19

1    different state agencies developing databases
2    for them, develop -- customizing GIS software
3    for them.  It was a receipt-based agency of the
4    state of North Carolina.
5    Q    But you were doing work just for
6    North Carolina or other states?
7    A    Just for North Carolina, but all
8    state agencies in North Carolina.
9    Q    And how long were you in that
10   position?
11   A    Two-and-a-half years.  Oh -- yes,
12   two-and-a-half years.
13   Q    And what were those two-and-a-half
14   years datewise?
15   A    1992 to 1994.
16   Q    Okay.  What did you do next?
17   A    I worked for Beaufort County, South
18   Carolina.
19   Q    All right.  What did you do there?
20   A    I was first a GIS analyst and then
21   promoted to the GIS administrator for the
22   county.
23   Q    All right.  How long were you there?
24   A    Two years.
25   Q    Until 1996?

20

1    A    Yes.
2    Q    How did you get to Georgia?
3    A    Applied for the opening at the
4    Reapportionment Office in 1996.
5    Q    Other than your GIS certification,
6    do you have any other certifications?
7    A    No.
8    Q    Have you ever taken courses in
9    redistricting or touching on the subject of
10   redistricting?
11   A    No.
12   Q    Have you ever taken seminars in that
13   subject?
14   A    NCSL, but it's -- on the technical
15   aspects of it.
16   Q    And under what circumstances have
17   you taken seminars on the technical aspects of
18   redistricting from NCSL?
19   A    I don't understand what you're
20   asking me.
21   Q    Yes.  So you told me -- I asked you
22   if you'd taken seminars, and you referred me to
23   NCSL.
24   A    Yes.
25   Q    What seminars have they put on on

Electronically signed by Joel Moyer (501-161-376-4513)                    16d5d214-14f2-417c-ab62-732142286589

Robert M. Strangia        Georgia State Conference of the NAACP, et al vs Kemp        December 18, 2017

21

1    the technical aspects?
2        A    So most of it is related to the US
3    Census Bureau on the data that they're
4    releasing.  They ask for the state's input on,
5    on the data on the technical aspects of it and
6    the release of it and the format of it, and
7    they also fill us in on the time line of their
8    release of the data.
9        Q    Anything else?
10       A    I mean, that's, that's the gist of
11   it.  There's --
12       Q    Have you ever written any articles
13   that touch on your profession?
14       A    No.
15       Q    Have you ever given a seminar or
16   taught a class on the subject of GIS or
17   redistricting?
18       A    No.
19       Q    Do you have a political affiliation
20   with any party?
21       A    No.
22       Q    Have you ever had an affiliation
23   with any political party?
24       A    No.
25       Q    Do you consider yourself a

22

1    Republican or a Democrat?
2        A    Neither.
3        Q    Have you ever worked for a political
4    party?
5        A    No.
6        Q    Have you ever worked for a candidate
7    in Georgia?
8        A    No.
9        Q    Have you ever appeared at partisan
10   political events?
11       A    No.
12       Q    Who's your state rep and your state
13   senator?
14       A    David Ralston because I have a
15   address in Blue Ridge, Georgia.
16       Q    So Ralston is your state rep?
17       A    Yes, yes.
18       Q    And who's your senator?
19       A    Senator Gooch.
20       Q    Spell that name for me.
21       A    Oh, God.  G-O -- I believe it's
22   G-O-O-C-H-E, and I could be wrong.
23       Q    All right.  Do you commute every day
24   from Blue Ridge?
25       A    No.  I'm up there part-time.  We

23

1    have a home up there.
2        Q    Do you work out of your home?
3        A    Only occasionally.
4        Q    Do you have a home closer in to
5    Atlanta?
6        A    We have a townhome in the Vinings
7    area.
8        Q    And so you spend part of your time
9    in Vinings and part of your time in Blue Ridge?
10       A    Yes.
11       Q    What's the division of time?
12       A    Usually three days a week in Blue
13   Ridge and four days a week in Atlanta.
14       Q    At your prior jobs, did you have any
15   responsibility for redistricting?
16       A    No.
17       Q    All right.  What responsibilities
18   for redistricting have you had since joining
19   the Office in '96?
20       A    Just the technical aspects.
21       Q    What are the technical aspects?
22       A    Building of the databases and the
23   customizing of reports.
24       Q    Tell me what databases you built at
25   the Office to assist in redistricting.

24

1        A    Brought in the census data to a form
2    that's useable with our -- compatible with our
3    software.
4        Q    And when you say "our software," do
5    you mean Maptitude?
6        A    Yes.
7        Q    Tell me what you did to make the
8    census data useable with the Maptitude
9    software.
10       A    Bring in political data into the --
11   into the census data, allocate it down to the
12   census data.
13       Q    I don't know what that means.  Can
14   you explain that?
15       A    Simplize the fields.  Sure.
16       Q    Yeah.  You say you brought in the
17   political data and tied it into the census
18   data.  And I'm --
19       A    Yes.
20       Q    You lost me there.
21       A    Yes.  We get political data from the
22   Secretary of State's office.
23       Q    All right.
24       A    And that data needs to be brought
25   into a format that's also compatible with the

Donovan Reporting, PC                                          770.499.7499

Robert M. Strangia          Georgia State Conference of the NAACP, et al vs Kemp          December 18, 2017

---

25

1  redistricting data and the census data.
2      Q    All right.
3      A    Census data, lowest level geography
4  is the block level of geography.  The lowest
5  level of geography for election results is the
6  precinct level of geography.
7          Okay.  So that needs to be allocated
8  down to the block level of geography based on
9  voting age population.
10     Q    How do you that?
11     A    With the GIS software.
12     Q    All right.  And what is it that the
13  GIS software does to take the political data
14  and reconcile it down to the block level?
15     A    It does it -- it does it based on
16  the voting age population of the lots.
17     Q    All right.  Tell me how it does it
18  based on the voting age population of the
19  blocks.
20     A    Okay.  If you have a hundred
21  registered voters in precincts and half of --
22  and there's two blocks in the precinct, one
23  block has 60 percent of the voting age
24  population, the other block has 40 percent of
25  the voting age population, it's going to

---

26

1  allocate the election data based on those
2  percentages to the block level geography.  It's
3  only an estimate.
4      Q    All right.  So let's assume that you
5  get the data from the Secretary of State for a
6  particular precinct that has this two blocks,
7  this hypothetical two blocks we're talking
8  about.
9      A    Right.
10     Q    And the vote is split between
11  Republicans and Democrats 50-50.  What is your
12  software going to interpret those two blocks to
13  be politically within the precinct?
14     A    It's going to go and put 60 percent
15  of the votes for both candidates in the block
16  with the larger population and 40 percent in
17  the one with the lower population, each
18  candidate's vote count.
19     Q    And is that a typical and customary
20  way of translating political data down to the
21  block level?
22     A    Yes.
23     Q    Has it been your experience that
24  that's always the way it's been done in
25  Georgia?

---

27

1      A    That's the way it's been done in
2  Georgia since I've been at the State of
3  Georgia.
4      Q    Do you know who developed that
5  formula?
6      A    I know it's been used by -- it's
7  been used by several states before us, so.
8      Q    Which states have previously used a
9  similar formula?
10     A    Texas and Florida that I know of.
11     Q    And they do it exactly the same way?
12     A    And California.
13     Q    And California.  And Texas?
14     A    That I know of.  And I'm sure there
15  are plenty of others, but those are ones that I
16  know of for sure.
17     Q    All right.  How do you know that
18  it's done that way in those three states?
19     A    Because I met with those
20  representative in NCSL conferences in the past.
21     Q    And they told you that's the way
22  they do it?
23     A    In the past, yes.
24     Q    Okay.  And has this been a topic of
25  broader conversation, say, at a seminar or in

---

28

1  convocation of the NCLS?
2      A    It has been in the past, yes.
3  They'll have lawyers in there sometimes and
4  discuss ways states have done it.
5      Q    When's the last time you recall it
6  coming up at one of these meetings?
7      A    It's been several years since I've
8  been to an NCSL conference.  Probably three or
9  four years.  Three years maybe.
10     Q    Where was the last conference that
11  you recall this coming up?
12     A    It was -- the last one I recall
13  being at was here in Atlanta.
14     Q    And this subject came up at that
15  meeting?
16     A    I don't recall.
17     Q    When's the last time you recall a
18  meeting where this subject came up?
19     A    I can't recall a specific meeting.
20     Q    Tell me, if you remember, who the
21  people were from the three states you discussed
22  this issue with.
23     A    Clare Dyer in Texas.  I can't recall
24  the others.
25     Q    Okay.  You told me that you built

---

Donovan Reporting, PC                                          770.499.7499

Robert M. Strangia   Georgia State Conference of the NAACP, et al vs Kemp   December 18, 2017

11 (Pages 29 to 32)

29

1  the databases.  Have we talked about everything
2  you've done to build the databases necessary
3  for redistricting to occur?
4      A    Very, very -- the very basics in
5  layman's terms, yes.  In layman's terms, we
6  have.
7      Q    All right.  You also said that you
8  prepared reports related to redistricting; is
9  that correct?
10     A    Yes.
11     Q    What reports do you prepare related
12 to redistricting?
13     A    Whatever's requested plus our
14 standard reports.
15     Q    Other than your standard reports,
16 what types of reports are requested related to
17 redistricting?
18     A    You know, breakdowns by county,
19 population by county, demographics by county,
20 city reports, sometimes city reports when --
21 cities that are in -- what cities are in what
22 districts and what districts are in what
23 cities.
24     Q    All right.  Other than reporting and
25 the databases, what other involvement do you

30

1  have in the redistricting process?
2      A    Technical aspects is when -- as
3  simple as my printer won't print to somebody's
4  having problems trying to figure out how to get
5  the software to do a specific task.  I can
6  demonstrate for them how to do that.
7      Q    Are you ever present where
8  discussions over the exact outlines of a
9  district are discussed between members of the
10 Office and, say, legislators?
11     A    No.
12     Q    Have you ever been present for such
13 a conversation?
14     A    No.
15     Q    Are you aware that legislators from
16 time to time approach members of the Office and
17 request modifications to their districts?
18     A    Yes.
19     Q    All right.  How do you learn about
20 those?
21     A    Usually see them come in the Office
22 and then have to do reports for a plan that's
23 being proposed.  It's usually after the fact.
24     Q    Who is typically the person who's
25 approached about a modification to a district?

31

1      A    Gina.
2      Q    And after Gina Wright's been
3  approached by a legislator, does she come into
4  your office and say, look, we're contemplating
5  a redistricting for such-and-such district.
6  Can you give me reports on it?  Is that the way
7  it happens?
8      A    No.
9      Q    All right.  Tell me how it happens.
10     A    A plan will be drawn up, and Gina
11 will ask me to prepare whatever reports she
12 wants for the plan.
13     Q    All right.
14     A    After, after the plan has been
15 drawn.
16     Q    All right.  Who draws up the plan?
17     A    It happens behind closed doors.
18     Q    Where is the Office or the physical
19 location where the plans are drawn up?
20     A    It's either in our conference room
21 or in Gina Wright's office.
22     Q    Is your conference room located
23 right there in your physical office space?
24     A    Yes.
25     Q    And how many people will it sit?

32

1      A    It's about this size.
2      Q    So Gina meets with the legislators
3  in the conference room behind closed doors to
4  discuss the plan?
5      A    Yes.
6      Q    Who's present with her when she
7  discusses the plan with the legislators?
8      A    I don't know.
9      Q    Well, you see them go in and come
10 out?
11     A    Not always.
12     Q    You have --
13     A    My office is in the far back, so, I
14 mean, I usually don't see who's walking in or
15 walking out.
16     Q    But just as far as you know,
17 Ms. Wright meets with the legislators in that
18 conference room?
19     A    Yes.
20     Q    All right.  And what happens in that
21 conference room when they discuss plans, to
22 your knowledge?
23     A    I don't know.  I'm not in the
24 conference room.
25     Q    You've never been in one of those

Donovan Reporting, PC                                    770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                    16d5d214-14f2-417c-ab62-732142286589

Robert M. Strangia          Georgia State Conference of the NAACP, et al vs Kemp          December 18, 2017

33

1  meetings?
2      A    Only when they have a technical
3  problem with the computer.
4      Q    All right.  So if there -- they will
5  have a laptop in there that they're working on
6  Maptitude?
7      A    No.
8      Q    All right.  Tell me how -- tell me
9  about the computer they have.
10     A    They work on a work station that's
11 on our network, our office network.
12     Q    All right.  And you have a work
13 station in the conference room?
14     A    Yes.
15     Q    And is it hooked up to like a screen
16 where everyone in the conference room can see
17 it?
18     A    Yes.
19     Q    Is it like a pull-down screen?
20     A    Yes.
21     Q    And the work station is at one end
22 of the conference table?
23     A    Yes.
24     Q    And the legislators sit around the
25 conference table, and Gina sits at the head of

34

1  the conference table?
2      A    Yes.
3      Q    And if they have a problem with that
4  work station, they call you in to help?
5      A    If they have problems, yes.  If it
6  crashes, yes.  If they can't print something,
7  they can't print a map, yes.
8      Q    And as I understand it, what
9  Maptitude does, it allows you -- it allows one
10 person, really, to redraw the districts using
11 software.  True?
12     A    Yes.
13     Q    So literally, you can click on
14 various blocks or various precincts and move
15 those precincts to other districts.  True?
16     A    Yes.
17     Q    And you can click on precincts or
18 blocks in other districts and move those into
19 the district you're working on.  True?
20     A    Yes.
21     Q    And that can be done literally with
22 the click of the mouse?
23     A    Yes.
24     Q    And so it is that process that has
25 brought you into the conference room from time

35

1  to time to fix the computer, when it crashes,
2  for instance?
3      A    Yes.
4      Q    So as I understand it, as you click
5  on Maptitude, there's a little summary that
6  comes up that tells you the effects of what
7  you're clicking has done with respect to the
8  demographics of the particular district.  True?
9      A    Yes.
10     Q    And what is that little block
11 called?  Is it called a pending --
12     A    Pending changes.
13     Q    Pending changes.  Is that -- does it
14 come up as like a window?
15     A    Yes.
16     Q    So you've got the map.  You're
17 clicking on the map, moving precincts and
18 blocks, and there's a window that shows you
19 contemporaneously the effect of your changes.
20 True?
21     A    Yes.
22     Q    All right.  What does the pending
23 changes window actually show you in terms of
24 data?
25     A    I believe it's whatever -- I believe

36

1  it's whatever you have it selected as your
2  fields.  It's user's choice.
3      Q    All right.  So what fields are
4  available to put in the pending changes field?
5      A    There's about 530 census fields that
6  are available.
7      Q    All right.
8      A    You know, plus our custom fields
9  which are political data.
10     Q    So there are custom fields that will
11 appear by default?
12     A    It's what the user has selected.
13 There's a plan settings section on it before
14 you even create a plan.  You select plan
15 settings to what fields you want to see.
16     Q    So you can see, for instance,
17 political results of the last election.  True?
18     A    Yes.  I don't know that it shows
19 that on the fly, but, yes, they're available to
20 the user.
21     Q    Well, let's just sort of focus on
22 what's available --
23     A    Sure.
24     Q    -- on the fly.
25     A    Yeah.

Donovan Reporting, PC                                    770.499.7499

Robert M. Strangia          Georgia State Conference of the NAACP, et al vs Kemp          December 18, 2017

37

1    Q    What you can -- what you can track
2   demographically on the fly.
3    A    Any field that's available in the
4   Census Tiger 2010 database is available.
5    Q    All right.  So we've got the census
6   data.  You can track any field in the census
7   data in this pending changes window.
8    A    Yeah.  You can't track them all
9   because there's just too many of them, but any
10   that the user chooses.
11    Q    All right.  What political data can
12   you track in the pending changes window?
13    A    We put the political data in for
14   usually the last four election cycles.
15    Q    And so would it -- would, for
16   instance, the political data track the last
17   presidential election?
18    A    It could, yes.
19    Q    You could select that as something
20   you wanted to see the impact of?
21    A    Yes.
22    Q    You could track the last election
23   for that district.  True?
24    A    Only statewide elections.
25    Q    Only statewide elections.  I see.

38

1        And this gets us back, I suppose, to
2   the political information that you obtained
3   from the Secretary of State; correct?
4    A    Yes.
5    Q    And as I understand it, every two
6   years you, your office, requests certain data
7   from the Secretary of State's office related to
8   the last statewide election?
9    A    Yes.
10    Q    Because we have elections every two
11   years, you get a set of data every two years.
12   True?
13    A    Yes.
14    Q    And is there a specific set of data
15   that you request every two years?
16    A    Yes.
17    Q    All right.  And what is that data
18   that you request every two years?
19    A    All statewide elections as well as
20   all contested House, Senate, and congressional
21   district races.
22    Q    What else?
23    A    That's it.
24    Q    Do you ask --
25    A    Oh, and voter registration data.

39

1    Q    All right.  Do you ask for all the
2   voter registration data?
3    A    Yes.
4    Q    And what's included within the voter
5   registration data?
6    A    There's voter registration by race,
7   turnout data.  That's it.  And total, you know,
8   total registered voters.
9    Q    When you say "turnout data," what is
10   the nature of the turnout data, if you can be
11   more specific?
12    A    The amount of people that showed up
13   at that precinct to vote.
14    Q    Can you break down the turnout data
15   by race?
16    A    No.  Well, excuse me.  Let me
17   withdraw that.
18        I don't recall.  It may.  I don't
19   recall a hundred percent sure.
20    Q    Why do you ask for all contested
21   House and Senate races?
22    A    Because there's a lot of -- a lot of
23   House and Senate congressional races in Georgia
24   that are not contested, so it would skew the
25   results tremendously in either direction if you

40

1   added that data in.
2    Q    It's just not meaningful data to
3   you?
4    A    Well, it's not only that it's not
5   meaningful, but it would skew the performance,
6   the performance data, because if you had that
7   in a hypothetical precinct that you were
8   talking about, you know, you might have 50
9   voters that voted for the Democratic candidate
10   and then zero if there was no Republican
11   candidate in that district.
12    Q    And how do you use the race and
13   turnout data that you obtain from the Secretary
14   of State for each state election?
15    A    The turnout -- the turnout data is
16   used to -- with the political performance
17   aspect of our data.  It's usable performance to
18   account for the taper -- the top-to-bottom
19   taper-down effect of a ballot.
20        So in other words, if it's a
21   presidential election year, there's going to be
22   the highest -- the highest amount of votes for
23   a candidate is going to be for in the
24   presidential election.  Then it would taper
25   down the ticket.

Donovan Reporting, PC                                              770.499.7499

41

1    Q    So how do you use the racial data
2  you obtain every two years from the Secretary
3  of State?
4    A    It just goes in as a field.
5    Q    It goes in as a field into what?
6    A    Into the GIS database, into the
7  Maptitude GIS database.
8    Q    How is the racial data in the GIS
9  database used for redistricting purposes
10  mid-decade?
11    A    I don't know how it's used.  I just
12  put it in there.
13    Q    Has anyone ever told you how it's
14  used in the Office?
15    A    No.
16    Q    Have you ever had a conversation
17  with anyone in the Office about how the racial
18  data in the GIS database is used in mid-decade
19  redistricting?
20    A    No.
21    Q    Have you ever seen any documents
22  that suggest how the racial data in the GIS
23  database is used for mid-decade redistricting?
24    A    No.
25    Q    And you don't ask any questions

42

1  about that?
2    A    No.
3    Q    You've never asked a question, why
4  is it that I'm putting this racial data every
5  two years into the GIS database?
6         MR. KHOURY:  Object to the form of
7  the question.
8    A    Can you restate that question?
9    Q    Yes, sir.  Have you ever asked
10  anyone else in the Office what the racial data
11  in the GIS database is used for in terms of
12  mid-decade redistricting?
13    A    I've never asked.
14    Q    And no one's ever said?
15    A    Excuse me?
16    Q    No one's ever said?
17    A    No.
18    Q    Well, you do know it's used in
19  reports.  True?
20    A    Yes.  We put the racial data in the
21  reports, yes.
22    Q    And how often do you prepare reports
23  that utilize the racial data from the GIS
24  database?
25    A    Whenever a new plan is proposed.

43

1    Q    Is that done a hundred percent of
2  the time?
3    A    When a new plan is proposed?
4    Q    Yes.
5    A    Yes.
6    Q    So what type of report do you
7  prepare when a new plan is proposed that
8  incorporates the racial data?
9    A    Just stat sheets that show the
10  racial breakup of each, each district.
11    Q    All right.  Do you know anything
12  about how your Office is budgeted?
13    A    I know that it's funded by the
14  General Assembly.
15    Q    Do you have -- play any role in
16  preparing the annual budget for the Office?
17    A    Only, only as I give suggestions on
18  what computer and tech equipment that we need,
19  computer, printers --
20    Q    Do you know, do you know who
21  approves the budget for the Office?
22    A    No.
23    Q    Do you know what the total budget is
24  for the Office?
25    A    No.

44

1    Q    Have you ever seen a budget?
2    A    Not for our Office.
3    Q    What is the budget for the GIS
4  component of the Office?
5    A    I don't, don't know.
6    Q    Does the Office receive funding from
7  any federal source?
8    A    I don't -- not that I'm aware, no.
9    Q    Doesn't receive any grants?
10    A    No.
11    Q    Doesn't receive any funding through
12  the Census?
13    A    No.
14    Q    There's no funding for this -- there
15  was -- let me ask it this way.
16         Was there any funding associated
17  with being the liaison for the US Census?
18    A    No.
19    Q    Either to you or to the Office?
20    A    That's correct.
21    Q    I take it you don't have a contract
22  with the General Assembly?
23    A    No.
24    Q    You're an at-will worker?
25    A    Yes.

Electronically signed by Joel Moyer (501-161-376-4513)                    16d5d214-14f2-417c-ab62-732142286589

45

1      Q    As everybody likes to tell you, you
2   work at the pleasure of the General Assembly.
3   Is that a fair statement?
4      A    Yes.
5      Q    Is it fair to say that it is the
6   Republican leadership that controls the Office?
7      A    Yes, but we're -- we're a bipartisan
8   office.  But, yes, they are -- Republicans are
9   our leadership.
10     Q    And that changed when the
11  Republicans became a majority of the General
12  Assembly; is that right, sir?
13     A    Yes.
14     Q    Is that 2005, thereabouts?
15     A    Roughly.
16     Q    All right.  What changes in the way
17  the Office was run did you notice following of
18  the Republicans being a majority party in the
19  General Assembly?
20     A    As far as how the Office is run,
21  very little.  Other -- we -- several years
22  later we became part of the General Assembly
23  from the university.  We used to be at the
24  University of Georgia office.
25     Q    What was the reason for that change?

46

1      A    I do not know.  I was not privy to
2   that.
3      Q    What were you told about the reason
4   for that change?
5      A    I was not given a reason.
6      Q    Do you know whether the leadership
7   or the Republican party utilize any consultants
8   in the redistricting process independent of the
9   Office?
10     A    Not, not that I know of.
11     Q    Does the Office itself use
12  third-party independent consultants?
13     A    Not that I'm aware of.
14     Q    Has the Office ever used third-party
15  consultants?
16     A    Not that I'm aware of.
17     Q    What is Caliper?
18     A    That is the soft -- that's the
19  company that makes our GIS software, the
20  Maptitude GIS software.
21     Q    Do they service the software?
22     A    They provide technical assistance.
23     Q    What technical assistance do they
24  provide?
25     A    If we're having -- there's bugs in

47

1   the software.
2      Q    Let me ask you this.  If you have a
3   question about the software, who do you call at
4   Caliper?
5      A    Tracy Horgan.  She's my contact
6   there.
7      Q    What is her last name?
8      A    I believe it's H-O-R-G-A-N.
9      Q    And is she like a service rep?
10     A    She's their technical expert.  She's
11  a developer.
12     Q    Do they update the software
13  periodically?
14     A    Yes.
15     Q    How often is that done?
16     A    Maybe every few years.
17     Q    When was the last time the software
18  was updated?
19     A    They actually just rolled out a new
20  version today, or we're beta testing a new
21  version that we -- that I just downloaded
22  today.
23     Q    Is there a cost associated with the
24  update?
25     A    No.

48

1      Q    Is the -- is there like a yearly fee
2   for using the Maptitude software?
3      A    Yes.
4      Q    What is that?
5      A    I don't know exactly.  I know that
6   we're grandfather-claused in, so we get it
7   cheaper, but I don't know exactly what it is
8   offhand.
9      Q    Tell me what you did to prepare for
10  the deposition today.
11     A    I met with the attorney about an
12  hour before.
13     Q    Anything other than that?
14     A    No.
15     Q    Have you read any other deposition
16  that's been taken in this case?
17     A    No.
18     Q    Have you read the complaint in this
19  case?
20     A    No.
21     Q    Do you know what this lawsuit's
22  about?
23     A    I don't understand it.
24     Q    Tell me what you understand the
25  lawsuit is about.

Electronically signed by Joel Moyer (501-161-376-4513)          16d5d214-14f2-417c-ab62-732142286589

Robert M. Strangia          Georgia State Conference of the NAACP, et al vs Kemp          December 18, 2017

49

1    A    That the State of Georgia is being
2    sued for a redistricting plan.
3    Q    All right.  Do you know anything
4    more than that?
5    A    Not really.
6    Q    Are you aware that one of the
7    services that the Office has provided over the
8    last ten years is to assist incumbent
9    legislators who wanted to redistrict their
10    districts to make them safer for the incumbent?
11    A    What's the question now?
12    Q    Yes, sir.  Were you aware that one
13    of the services the Office has provided over
14    the last ten years is to advise legislators on
15    how they could redistrict their district to
16    make it safer?
17    A    No.  I've never heard such thing.
18    Q    Were you aware that legislators had
19    come to the Office and asked for advice and
20    help in making their districts safer for them?
21    A    I know they come to the Office, and
22    I can only speculate what they're doing behind
23    closed doors.
24    Q    But you know that happens, don't
25    you, sir?

50

1    A    I can speculate.
2    Q    I mean, you're in a five-person
3    office.  Don't people talk in a five-person
4    office?
5    A    Loose lips sink ships.
6    Q    So you're telling me everybody just
7    keeps quiet about what's going on in the
8    Office?
9    A    I don't ask.  There's a reason I've
10    been there for 22 years, is that I've stayed
11    out of the political aspect of it.
12    Q    Has anybody told you not to talk
13    about the business of the Office?
14    A    No.
15    Q    Is there a code of conduct or rules
16    of conduct that apply to you as a member of the
17    Office?
18    A    Well, sure, every, every office.
19    Q    Are those written down?
20    A    No.
21    Q    What are the -- what are the rules
22    of the Office that --
23    A    Show up for work.  Do your job.  I
24    mean, it's just the same as, you know, any
25    other employment office.  Be proud of, you

51

1    know, the work that you do and be efficient,
2    and.
3    Q    Would it surprise you if the Office
4    was assisting incumbent legislators in making
5    their districts safer?
6    A    No.
7    Q    Were you aware that Brian Strickland
8    had come to the Office following the 2014
9    election seeking to redistrict his district to
10    make it safer?
11    A    I don't know what he would have been
12    doing in the Office.
13    Q    Are you aware that Joyce Chandler
14    came following the 2014 election seeking help
15    to make her district safer for her?
16    A    I wouldn't recognize him if I saw
17    him -- her.
18    Q    Have you ever met Mr. Strickland?
19    A    Possibly.  There's always a chance I
20    could have bumped into somebody walking in or
21    out, but I wouldn't necessarily know who they
22    were.
23    Q    During the session, the 40 days and
24    40 nights of the session --
25    A    Yes.

52

1    Q    -- do you ever attend political
2    events that occur in the evenings?
3    A    No.
4    Q    The meetings that you described
5    about redistricting, do they typically occur
6    during the session?
7    A    What meetings?
8    Q    Yes.  We talked earlier about
9    meetings Ms. Wright would have with legislators
10    about redistricting in the conference room.  Do
11    those meetings typically occur during the
12    session?
13    A    Yes.
14    Q    You know that in 2015 there was a
15    bill passed to redistrict a number of different
16    districts including that of Mr. Strickland and
17    Ms. Chandler; correct?
18    A    Yes.
19    Q    What involvement did you have in
20    that process?
21    A    None, other than -- other than
22    producing reports as -- when they were
23    proposed, putting the plans on -- proposed
24    plans on our website, posting them to the
25    website and posting the reports on the proposed

Donovan Reporting, PC                                    770.499.7499

---

53

1   plans.  That was it.
2       Q    Were you ever told what the purpose
3   was of those redistrictings?
4       A    No.
5       Q    So if Ms. Wright testified in this
6   action that the reason for those two
7   redistrictings was to see if the Office could
8   give a political boost, to use her words, to
9   Mr. Strickland and Ms. Chandler, that would be
10  a complete surprise to you?
11      A    It wouldn't be a surprise, but I
12  don't know -- I mean, I'm not privy to those
13  conversations.
14      Q    And you have never heard anything
15  that would confirm that that was the reason for
16  those redistrictings?
17      A    That's correct.
18      Q    From your position, you're just the
19  computer guy?
20      A    Yes.
21      Q    On those occasions when you have
22  come into the conference room when there's a
23  meeting about redistricting, have you ever seen
24  the data that was being tracked in the pending
25  changes screen?

---

54

1       A    Yes, but I never really paid
2   attention to it.
3       Q    You couldn't tell me, for instance,
4   what data the participants were tracking?
5       A    No.  I wouldn't, wouldn't remember.
6   I wouldn't have even looked at it.
7       Q    If, if we wanted to find out --
8   let's say I've got a morbid curiosity to find
9   out what data the participants in one of these
10  meetings were actually tracking as they were
11  making the changes.  Is there any record of the
12  data they were tracking as they were making the
13  changes?
14      A    No, not unless they saved the plan.
15      Q    All right.  If they saved the
16  plan --
17      A    Uh-huh (affirmative.)
18      Q    Let's assume they get to the end of
19  the meeting --
20      A    Yes.
21      Q    -- and they've got a particular plan
22  everyone at the table has agreed upon.  Would
23  there be a pending changes screen that would
24  show us the data they were tracking to get
25  there?

---

55

1       A    It would only show you what is in
2   that plan as they left it at the end of the
3   meeting.
4       Q    It would only show the end results,
5   in other words?
6       A    Yes.  That's correct.
7       Q    It would not show the methodology
8   they used to get to that plan?
9       A    No, it wouldn't.  The software would
10  not do that.
11      Q    All right.  So -- and this is purely
12  a hypothetical.  Let's assume that they were
13  just tracking race data and they wanted to put
14  all the African-Americans in one precinct and
15  send that to another representative and all the
16  Caucasians in another precinct and keep that
17  with the incumbent.
18          There's no record in your system
19  that would show that that was in fact the
20  characteristic they were tracking to achieve
21  the map they ended up with?
22      A    Only if it was saved as an end
23  result at the end of the day.
24      (Whereupon a document was identified as
25      Plaintiff's Exhibit 62.)

---

56

1       Q    Since I referred to it, I'm just
2   going to mark your LinkedIn page as an exhibit.
3   Let me show you what's been marked as
4   Exhibit 62 and ask you if that's a copy of your
5   LinkedIn page.
6       A    I haven't updated it in a while, but
7   yes.
8       Q    When these meetings occur in the
9   conference room with the legislators and
10  Ms. Wright, is there anyone else present there
11  from the Office?
12      A    Sometimes.
13      Q    Who else might sometimes be present
14  for those meetings?
15      A    I don't know what meetings they are,
16  but I know a lot of times there's local stuff.
17  Brian Knight would be in there for local stuff,
18  or especially for local stuff.
19      Q    What do you mean, local stuff?
20      A    Local redistricting, local
21  redistricting plans.
22      Q    What is a local redistricting?
23      A    County Commission, School Board.
24      Q    And why would he be present for
25  those types of meetings?

---

Electronically signed by Joel Moyer (501-161-376-4513)                    16d5d214-14f2-417c-ab62-732142286589

57

1    A    He tends to work with most of the
2  local plans.  That tends to be his position in
3  the Office.
4    Q    Is anyone else present for these
5  meetings with Ms. Wright?
6    A    For some meetings, but I wouldn't
7  know which ones, it's possible that Dan would
8  be in there, Dan O'Connor.  I don't know if
9  it's any -- I don't know what meetings are
10 what, so I don't know.  But it's certainly --
11 could be in there at certain times.
12    (Whereupon a document was identified as
13    Plaintiff's Exhibit 63.)
14    Q    Let me show you what's been marked
15 as Exhibit 63.  Can you identify that for me,
16 sir?  I'll tell you what.  Let me help you with
17 that.  Is that an email from Greg Whiten?
18    A    Yes.
19    Q    And it's addressed to you and dated
20 February 4, 2011?
21    A    Uh-huh (affirmative).
22    Q    You need to say yes.
23    A    Yes.  Sorry.
24    Q    And in this email, he says he's
25 sending you the meta file for the 2010 general

58

1  election.
2    A    Yes.
3    Q    Is that correct?
4    A    Yes.
5    Q    What is the meta file?
6    A    Just explanation of what each field
7  is so I know that column A is such-and-such
8  candidate, column B is such-and-such candidate,
9  column C is such-and-such candidate, column C
10 [sic] is the voter registration totals, et
11 cetera.
12    (Whereupon a document was identified as
13    Plaintiff's Exhibit 64.)
14    Q    All right.  Let me show you what
15 we've had marked as Exhibit 64.
16    MR. KHOURY:  Bill, do you have Bates
17 numbered copies of these?
18    MR. CUSTER:  I don't.  I think these
19 were documents that were produced, as I
20 understand it, Friday.  Is that right?
21    MR. KHOURY:  They should have
22 been -- if they were produced on Friday, they
23 would have been Bates numbered, I believe, so.
24 Okay.  I'm not sure how we're going to keep
25 track of this.

59

1    MR. CUSTER:  Well, we can -- we can
2  figure it out and add them.
3    MR. KHOURY:  Okay.  I'd appreciate
4  that.  That would be helpful.
5    MR. CUSTER:  Okay.
6    MR. KHOURY:  This is 64?
7    MR. CUSTER:  64.
8    Q    Is this, sir, an email from you to
9  Gary Cooley dated February 17th of 2011?
10    A    It appears to be.
11    Q    And who is Gary Cooley?
12    A    He is over in the Secretary -- he
13 was over in the Secretary of State's office
14 as -- he was an IT at the Secretary of State's
15 office, my contacts, my contacts.
16    Q    Was he sort of your primary contact
17 for obtaining data at this time period?
18    A    No.  Greg Whiten was my primary
19 contact.
20    Q    All right.  And who is Jimmy
21 McDonald?
22    A    Former supervisor of the
23 Reapportionment Office.
24    Q    He had the position immediately
25 prior to Ms. Wright?

60

1    A    Yes.
2    Q    What was his background?
3    A    I don't really know.
4    Q    Was he a politician, or was he
5  something else?
6    A    I don't know.
7    Q    How long -- was he your boss for a
8  period of time?
9    A    For a short period, yes.
10    Q    How long?
11    A    It was less than two years, little
12 over a year.
13    (Whereupon a document was identified as
14    Plaintiff's Exhibit 65.)
15    Q    Let me show you what's been marked
16 Plaintiff's Exhibit 65.  Is that an email
17 thread between you, Gary Cooley, and Greg
18 Whiten in 2011?
19    A    Yes.
20    Q    Where is Gary Cooley today?
21    A    I don't know.
22    Q    There's a Harvey Davis that's
23 referenced in the thread as well.  Who is that?
24    A    He was over in the Secretary of
25 State's office too.  I don't know what his role

Electronically signed by Joel Moyer (501-161-376-4513)                    16d5d214-14f2-417c-ab62-732142286589

Robert M. Strangia          Georgia State Conference of the NAACP, et al vs Kemp          December 18, 2017

61

1   was.
2        MR. KHOURY:  Bill, it looks like
3   there's maybe two documents stapled together
4   here because there's another one with John's
5   header on it, and it says -- would have been
6   subsequent in date, not prior.  So I don't
7   think it's part of the chain.  You might want
8   to --
9        Q    So looking at Exhibit 65 just to
10  clarify that point, is this -- looks like this
11  may be two separate threads.  Page one and page
12  two of Exhibit 65 is a thread between you,
13  Mr. Cooley, and Mr. Whiten?
14       A    Uh-huh (affirmative).
15       Q    True?
16       A    Yes.
17       Q    And then pages one, two, and three
18  of the next document are a thread in which
19  you're a participant involving some of the same
20  parties and in addition Mr. Davis.  True?
21       A    It appears so, yes.
22       (Whereupon a document was identified as
23       Plaintiff's Exhibit 66.)
24       Q    And forgive me, but some of these
25  emails are going to overlap.  I just want to

62

1   make sure I've covered them all.  I'm going to
2   show you what's been marked as Exhibit 66.  Is
3   that an email thread between you, Mr. Davis,
4   and Mr. McDonald from 2011?
5        A    Yes.
6        Q    And all of these emails that we've
7   been covering from 2011 are in preparation for
8   the decade redistricting?
9        A    Well, it's in preparation to bring
10  in the political data.
11       Q    That would be used for the beginning
12  of the decade redistricting?
13       A    Yes.
14       (Whereupon a document was identified as
15       Plaintiff's Exhibit 67.)
16       Q    Let me show you what's been marked
17  as Exhibit 67.  Have you ever seen that
18  document before, sir?
19       A    I don't recall.
20       Q    Have you ever had any discussions
21  with Stacey Abrams about redistricting?
22       A    No.
23       Q    Are you aware of any complaints she
24  or the minority caucus made about redistricting
25  in the 2011 time period?

63

1        A    No.
2        Q    In her letter, she complains about
3   the politicization of the Office.  Do you
4   believe that's a fair complaint?
5        A    No.
6        (Whereupon a document was identified as
7        Plaintiff's Exhibit 68.)
8        Q    I'm going to show you what's been
9   marked as Exhibit 68.  Is that an email thread
10  between you and Mr. McDonald and Mr. Cooley in
11  the February 2012 time period?
12       A    Yes.
13       Q    The subject of this email thread is
14  about the need for petition numbers that are
15  required for an independent candidate to run.
16  Do you see that, sir?
17       A    I see that.
18       Q    Do you have any recollection of
19  this?
20       A    No.  I'd have to read through here,
21  but I don't have rough recollection of it.
22       Q    Do you have any recollection about
23  what may have instigated the inquiry about an
24  independent candidate and the petitions needed
25  in 2012?

64

1        A    No.  But reading through this, I
2   know that this is data that we wouldn't have.
3        Q    Pardon me?
4        A    I said no.  But reading through
5   this, it appears that what he's asking for is,
6   is stuff that we don't have.
7        Q    You say in, in the last email on
8   page two of this exhibit that after looking
9   this over, this is something that we can
10  certainly provide you.  Is that not correct?
11       A    That's what it says.
12       Q    Do you believe that you were
13  incorrect when you said that in 2012?
14       A    When I said what?
15       Q    When you said that you could provide
16  this information?
17       A    Where did I say that?
18       Q    Yes, at the bottom of page two of
19  Exhibit 68.
20       A    That's what it looks like that I
21  said, yes.
22       Q    So which is it?
23       A    I, I don't -- I'm not recalling this
24  email very well, so I don't -- I really don't
25  recall this.

Donovan Reporting, PC                                                          770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                    16d5d214-14f2-417c-ab62-732142286589

Robert M. Strangia          Georgia State Conference of the NAACP, et al vs Kemp          December 18, 2017

---

65

1     (Whereupon a document was identified as
2   Plaintiff's Exhibit 69.)
3     Q    Okay. Let me show you what's been
4   marked as Exhibit 69. Is that an email from --
5   first of all, let me ask you, have you've ever
6   seen this document before?
7     A    No.
8     Q    Do you know who Erica Hamilton is?
9     A    No.
10    Q    Do you know if Erica Hamilton was
11  the elections manager at the Secretary of
12  State?
13    A    I don't. No, I don't know.
14    Q    You've never had any dealings with
15  her?
16    A    No.
17    (Whereupon a document was identified as
18  Plaintiff's Exhibit 70.)
19    Q    Let me show you what's been marked
20  as Exhibit 70. Is that an email thread between
21  you, Ms. Wright, and Merritt Beaver at the
22  Secretary of State's office in the October and
23  December of 2014 time period?
24    A    It looks like it's between Gina and,
25  and Merritt, and I'm copied on it.

---

66

1     Q    And you're copied on several of
2   these emails, two of these emails. True?
3     A    Yes, it looks like I am.
4     Q    In the first email on the thread
5   beginning on the bottom of page two, Ms. Wright
6   puts in her email, "I wanted to go ahead and
7   put in our request for the 2014 election data
8   in the same format as usual. I would love to
9   sit down and meet with you and whomever will be
10  pulling that file together for us so that we
11  can be clear on what we need and our time
12  line."
13    A    I don't see that, but.
14    Q    Right, right here at the bottom of
15  page two.
16    MR. KHOURY: Bill, can I have a
17  copy?
18    MR. CUSTER: Oh, forgive me.
19    A    Can you show me? I can't see.
20    Q    Yes, sir. Right -- the second
21  paragraph of her email dated October 21st,
22  2014.
23    A    Okay. I see that. Yes, I see that.
24    Q    So she is putting in the request
25  even before the election?

---

67

1     A    Yes.
2     Q    And did you participate in any
3   meetings or conversations with Merritt Beaver
4   or anybody else at the Secretary of State's
5   office about obtaining the data you needed from
6   that election?
7     A    It's possible.
8     Q    Sitting here today, do you recall
9   any such meeting or conversation?
10    A    I recall one meeting actually at the
11  Secretary of State's office. I don't know what
12  year it was. I don't know if it was this year
13  or several years earlier. Actually, I think it
14  may have been earlier than this for another
15  election cycle. I don't know if it was this
16  election cycle.
17    Q    What was the purpose of that
18  meeting?
19    A    Just discussing the format of the
20  data and the time line.
21    Q    Did the identities of the people at
22  the Secretary of State's office change over
23  time who were providing these reports?
24    A    Yes.
25    Q    Was that a frequent change? It

---

68

1   seems like there are a lot of different names
2   here.
3     A    It seems like there was some change,
4   yeah, fair amount of change.
5     Q    Looking at the last email in this
6   chain at the top of page one, Ms. Wright says,
7   "I just wanted to follow up with you on the
8   election data request we sent some time back.
9   As your target date was late November -- as
10  your target date of late November has now come
11  and gone, I wondered what the status of the
12  data is at this point.
13    "As I mentioned before, we have to
14  have this data as soon as possible so that we
15  can have it formatted into our system for use.
16  We have already had multiple requests from
17  members of the General Assembly for this
18  information."
19    Do you recall that email?
20    A    Yes.
21    Q    Do you know what the -- who the
22  members were that were requesting the
23  information?
24    A    No.
25    Q    Do you know what purposes they were

---

Donovan Reporting, PC                                              770.499.7499

Robert M. Strangia          Georgia State Conference of the NAACP, et al vs Kemp          December 18, 2017

69

1   requesting the information for?
2      A   No.
3          MR. CUSTER:  Let's take a break.
4   We'll swap the disk.
5          MR. KHOURY:  Sure.
6          THE VIDEOGRAPHER:  Going off video
7   record.
8      (Proceedings in recess, 3:42 p.m. to
9      3:56 p.m.)
10         THE VIDEOGRAPHER:  We are back on
11  video record, and this is the beginning of
12  video file number two.
13     Q   Let me show you what's been
14  marked -- you need to put your mic on your tie.
15     A   Oh, thank you.
16         THE VIDEOGRAPHER:  Sorry.
17     (Whereupon a document was identified as
18     Plaintiff's Exhibit 71.)
19     Q   Let me show you what's been marked
20  Exhibit 71.  Is this yet another email thread
21  from the January 2015 time period involving
22  you, Ms. Wright, Mr. Cooley, Merritt Beaver,
23  and others?
24     A   Yes.
25     Q   And look with me at the top of page

70

1   three of this email thread, the email from
2   Merritt Beaver to Ms. Wright dated October
3   22nd, 2014.
4      A   Uh-huh (affirmative).
5      Q   He writes, "The Reapportionment
6   report is a defined report that we're working
7   on for the upcoming elections.  We're targeting
8   to have the report by the end of November which
9   gives us a one-month buffer from your target
10  date.  The file format from the previous years
11  is sufficient.  I think we are good as long as
12  we meet your delivery time frame."
13         What is he referring to as the
14  Reapportionment report?
15     A   It's the data request, the election
16  data request in the database -- in the
17  database, useable database format.
18     Q   I see.  So the Reapportionment
19  report is just the information that the
20  Secretary of State gives to the Office after
21  each election?
22     A   It's the election data that we
23  request from them.
24     Q   Right.  Look with me on the very
25  last email on this thread from Mr. Cooley to

71

1   you, Ms. Wright, and others dated January 9th,
2   2015.
3      A   From Mr. Cooley?
4      Q   Very first email on the very first
5   page.
6      A   Okay.  Yes.
7      Q   He says, "Attached is the 2014
8   general election results and voter registration
9   demographic and voting history numbers by
10  precinct."  Is that the same thing we've been
11  talking about?
12     A   Yes.
13     Q   It's the election data.  It's also
14  the Reapportionment report?
15     A   Yes.
16     Q   All right.  He says, "This is the
17  first time we have created this report from the
18  new voter registration system ElectioNet."
19  What is ElectioNet?
20     A   I believe that's the system that the
21  Secretary of State uses to record election
22  results.
23     Q   It also goes on to say you will, if
24  you will -- "If you notice, the Race Codes are
25  different in the new system, but I added the

72

1   Race Code Description on the spreadsheet."
2   What is he referring to there?
3      A   I assume just the metadata.
4      Q   So when you break down the word
5   metadata for a layman like me, what would that
6   mean?
7      A   Data about data, telling you the
8   format of the data.
9      Q   All right.  So if he says the race
10  codes are different, how -- what does that
11  mean?
12     A   He may have just mean that it's
13  labeled differently.
14     (Whereupon a document was identified as
15     Plaintiff's Exhibit 72.)
16     Q   All right.  Let me show you what's
17  been marked as Exhibit 72.  Can you tell me
18  what Exhibit 72 is, sir?
19     A   It looks like a printout of a data
20  view from our redistricting system.
21     Q   What is a data view?
22     A   It's just a list of the data that's
23  available in the redistricting system.
24     Q   And the types of data are in columns
25  across the top of this page and the succeeding

Donovan Reporting, PC                                      770.499.7499

73

1  pages?
2      A    Those are the field labels.
3      Q    All right.  And would you just walk
4  us through the different fields on Exhibit 72
5  across the top and tell us what those
6  represent?
7      A    Sure.  The far left, ID, that's just
8  an internal system -- internal number that --
9  within the database.  It means nothing to
10  anybody other than it connects a piece of
11  geography to the data.
12          And the DATA one, it's basically --
13  it's the same as the ID.  There's no difference
14  there.
15          That's CITYSOSID.  That is the
16  Secretary of State ID code combined with the
17  census county code of Georgia.  And we do
18  that -- we combine those because there's a lot
19  of duplicate Secretary of State codes in the
20  state of Georgia.
21          Every, every county has their own.
22  It's county by county.  So by throwing on the
23  county number, we can give it a unique
24  identifier, so that's what we use to give it a
25  unique identifier in our database.

74

1          The next one over, the
2  FILE-CTYSOSID, it's the same exact thing, but
3  that's from the -- that's what we've created
4  from the Secretary of State's office database
5  to match it to the county SOS -- the CTYSOSID.
6          So to explain that, there are -- our
7  precinct database and our GIS system, and then
8  we get the data from the Secretary of State's
9  office.  And it's a -- it's basically a way of
10  proofing of our work as well because we'll go
11  and we'll bring in the Secretary of State's
12  data and match that to what we have in our
13  system.
14          And sometimes things might fall off,
15  so we know that we haven't updated our system
16  with the precinct if there's data -- if there's
17  one data that we can't -- if there's one piece
18  of data that we can't join based on that
19  matching code, we'll know that there's
20  something missing in our system.
21          We've also found errors in the
22  Secretary of State's data when we have a
23  precinct and there's no data for it.
24          To go on, the VTD-TIGER, that's just
25  the, yeah, the state code there and the VTD

75

1  code.
2          The NOMATCH one, next one to the
3  right on the top, that's just an asterisk.
4  Those are ones that we -- those are precincts
5  that at some point we couldn't find a match
6  for, so they may not have gotten data, and
7  we've may -- might had to go back and put that
8  data in or figure out why there was no match to
9  that.
10          Sometimes it's military
11  installations.  Sometimes military
12  installations, they're blank data sets because
13  there's no precinct data coming from them.  You
14  know, sometimes we'll find duplicates.  It's
15  just -- but that's basically just we flagged it
16  for some reason.
17          Next one to the right is PRECINCT
18  CODE.  That's just the SOS precinct code
19  without the county number on it.
20          The next one is the PRECINCT NAME.
21  It's actual the name of the precinct.
22          The next one to the right is COUNTY.
23  It's the county name.
24          Next one over is the COUNTY CODE.
25  It's the -- that's the Census Bureau county

76

1  code for each county in Georgia.  The 13 is
2  state of Georgia, and the next three digits are
3  the county number.
4          And then I'm not sure.  I can't
5  read -- it's been truncated.  I can't read the
6  next one over, so I can't tell you what that
7  is.  It's truncated on there.
8      Q    You're talking about the REG10?
9      A    No.  The REG10, I can tell you what
10  that is.  The one in between there, CTY
11  something.  I -- that's truncated out.
12          The REG10, that's the registration
13  data for 2010.
14      Q    But the one before that --
15      A    Total number registered.
16      Q    -- looks like county number?  Is
17  that right?
18      A    Let me -- it could be.  No, because
19  the county number is before it.  And that's
20  317.  That could be -- there's another county
21  number.  There's a census county number, and
22  then there's also a county number the Secretary
23  of State uses.
24          That could be that since there's
25  nothing -- that's probably what that is.

Electronically signed by Joel Moyer (501-161-376-4513)                          16d5d214-14f2-417c-ab62-732142286589

Robert M. Strangia          Georgia State Conference of the NAACP, et al vs Kemp          December 18, 2017

77

1    That's probably the county number used by the
2  Secretary of State, which we don't really have
3  any -- we don't really need that.  Or we don't
4  really use that.
5       Q    All right.
6       A    So, yeah, the registration for 2010.
7  Next one over, voted two thousand --
8       Q    And registration for 2010 is the
9  number of voters who registered for that
10  election?
11       A    In that precinct.
12       Q    In that precinct?
13       A    Yes.
14       Q    Okay.  Go ahead.
15       A    The next one to the right is -- the
16  VOTED2010 is the turnout in that precinct for
17  2010.
18            The next one to the right is the
19  black registered voters per precinct in 2010.
20            The next one to the right is the
21  Hispanic registration for 2010 for that
22  precinct.
23            And then I'll make this short for
24  the end, just it's each -- then each is -- the
25  next several in a row are just the candidates

78

1  and the numbers of votes they got for -- in
2  that precinct.  So, for instance, where you see
3  Deal10, that's the number of votes that he got
4  for 2010 in that precinct.
5       Q    Right.  So let's go through -- go to
6  the end of all of the candidates.  And then
7  there's some additional data beginning on page
8  111 of this report.
9       A    Uh-huh (affirmative).
10       Q    Start me back after the candidates,
11  maybe with, is the first non-candidate file
12  CREP?
13       A    Yeah, yes.  So that's, that's
14  congressional -- that's the congressional
15  election, so that's congressional Republican,
16  congressional Democrat, whoever the Republican
17  candidate was, the Democratic candidate was.
18  And you'll see some that are zeroed out like
19  towards the bottom.
20            That was most -- that was most
21  likely because we did not put in noncontested
22  elections in there.  So we only included the
23  data for contested congressional elections.
24       Q    Okay.
25       A    Then you have the State House -- or

79

1  State Senate.  STS is State Senate Republican,
2  and then the next one over is State Senate
3  Democrat.
4            And then you have State House
5  Republican, State House Democrat votes.  So the
6  TREP10, those are all of the votes cast for all
7  of the candidates or all of the -- yeah, all
8  the candidates in 2010 for Democrat and for
9  Republican, so -- minus, of course, the ones
10  that you see that are zeroed out.
11            So basically, that's the sum of all
12  the votes cast for Democratic candidates or
13  Republican candidates, the TDEM and TREP in
14  2010.
15       Q    In that precinct?
16       A    In that precinct, yes, minus the
17  uncontested House and Senate congressional
18  races.
19       Q    Okay.
20       A    Next one over the TREPVOT or VOT and
21  TDEMVOT, okay, so that is where the turnout
22  formula comes into -- comes into play there.
23  There's a -- to account for the taper-down
24  effect or the ballot-down effect of voter -- of
25  voter -- of ballots cast -- or votes cast drop

80

1  off from the top of the bottom to the ballot.
2  So that's Democrat and Republican based on the
3  voter turnout in that district.
4            So if you go back all the way back
5  to the turnout number at the very, very
6  beginning and the voted -- so if you look in
7  the first column in the VOTED10, it says 785
8  candidates -- or seven candidates.  I'm sorry.
9  785 votes were cast in this first precinct.
10            So if you add up the TREPVOT and the
11  TDEMVOT fields, it should come, you know,
12  within a vote of that, vote or two of that.
13       Q    And is that data useful for
14  down-ballot races?
15       A    I'm not sure what you're asking
16  about that.
17       Q    Well, you're asking -- you're saying
18  this data is to account for the drop off in
19  voters as they move down the ballot?
20       A    Yes.  So, so, so one -- so one --
21  like say it's a presidential year.  There's
22  going to be a lot more votes cast for the -- in
23  a presidential year.  That's so it doesn't
24  weight the, the top of the ballot too heavily.
25            So that way, contested, say,

Donovan Reporting, PC                                    770.499.7499

Robert M. Strangia         Georgia State Conference of the NAACP, et al vs Kemp         December 18, 2017

81

1   House-Senate races would be -- have an even
2   weight applied to them as the presidential
3   race.  Or in this year, I believe it was a
4   governor's race, but it's -- so they are -- so
5   each -- each election is -- in that year is
6   evenly weighted.
7       Q   Got it.
8       A   So then we're getting into the
9   registration data after that.  Most all these
10  numbers -- all these numbers are, like when you
11  see black female -- black female registered and
12  you have black male registered, that's
13  actually -- these are actually the raw data
14  fields that are in the Secretary of State's
15  data.
16      So in the beginning, we don't really
17  use the female versus, versus male, so we've
18  actually combined them to create just black
19  registered in '10.  So you see the field all
20  the way back in the beginning, black -- BL
21  registered 10, that -- what I've done there is
22  I've just added -- I've combined the black
23  female registered with black male registered.
24      Q   And is that on page 111?
25      A   Well, on 1 -- no.  On 111 is you

82

1   have the black female registered and the black
2   male registered, but those added together equal
3   the BL registered on page 1, the BL registered
4   10, so.
5       Q   I got it.
6       A   So when we get the data from the
7   Secretary of State's office, it's divided by
8   male and female, and we don't use it by male
9   and female.  We want one combined fields in our
10  system, so I've combined that to make that a
11  more useable field for us.
12      Q   And how is -- how is that that BL --
13  black registered 10 field used in your
14  redistricting software?
15      A   It's just in there for people to
16  see.
17      Q   It's just an available data set?
18      A   It's an available -- it's an
19  available field, yes.  Whereas these fields,
20  pretty much everything -- I'll have to go look
21  at it all, but pretty much everything to the
22  right of that is not available in the
23  redistricting system.
24      It's available if you're looking at
25  the precincts layer.

83

1       Q   Right.
2       A   But anything past this is not
3   allocated down to all levels of geography, so
4   it cannot be used -- you can't get -- like
5   you -- you couldn't do black female numbers on
6   our system.  You couldn't do a report.  You
7   couldn't view on your data view that you were
8   talking about, your pending changes.
9       You couldn't see any of that to the
10  right because I have not allocated it down in
11  that format to all levels of geography.
12      Q   I see.  So the only thing you can
13  see in your pending changes when you're doing a
14  redistricting is the black registered 10
15  column?
16      A   Yeah, and everything that's --
17  basically everything that's to the left of
18  where that -- the last two fields of this
19  TREPVOT and the TDEMVOT, everything to the left
20  of that is all levels.  I'll have to
21  double-check all the way to end here to make
22  sure there's no other fields in here, but -- so
23  that's true for 166.
24      None of that is in our system other
25  than available at the precinct level, all the

84

1   way to -- a lot of these fields are truncated
2   here.  But, yeah, I mean, I can't tell what
3   those percentages are at the end, but it's
4   possible that the percentages are in there, but
5   I can't even read what that is.
6       Q   But, really, it's the data to --
7   let's just make sure we're absolutely correct.
8   The column that begins or that has the label
9   TDEMVOT on page 111, everything to the left of
10  that is in your redistricting database?
11      A   Yes, with the -- with the exception
12  of -- all the numbers to the left of that are
13  in there.  The text fields, obviously, that
14  cannot be allocated down to a block level.
15      Q   Sure.  So, so let's go back to the
16  block level scenario we talked about earlier,
17  and let's just take this first precinct on
18  Exhibit 72, the senior precinct in Wilkes
19  County.
20      A   Uh-huh (affirmative).
21      Q   How would you determine the
22  political allocation of the blocks within that
23  precinct, the senior precinct in Wilkes County,
24  using the Secretary of State's data?
25      A   How would that get allocated?

Donovan Reporting, PC                                              770.499.7499

85

1    Q    Yes.
2    A    It's allocated by the voting age
3  population of the blocks, each block.
4    Q    Okay.
5    A    There's only one exception that's
6  not done by voting age population.  The
7  black -- the BL registration 10 is allocated by
8  black VAP.
9    Q    What is black VAP?
10   A    The black voting age population.
11  It's just, just for more accuracy, but that's
12  the only -- that is the only exception, you
13  know.
14   Q    So is there a number of voting age
15  population on this chart for the precinct?
16   A    I don't -- no.  I don't see that on
17  here.
18   Q    All right.  Where -- so where does
19  the -- so where does the data from the, for the
20  voting age population for the precinct come
21  from?
22   A    There isn't one.  There is not a
23  voting age population of a precinct.  That data
24  does not exist.
25   Q    All right.

86

1    A    Besides block level and the only --
2  you have, there's VTD level voting age
3  population, but that's based on the 2010
4  precincts.  This is -- oh, this is 2010, but
5  it's still two years old, because there's a lot
6  of changes between when, when the census
7  actually gets our precincts and two years
8  before the census.
9        So when we get them, the VTD voting
10  age population by precinct, it's already two
11  years old.
12   Q    Okay.  So --
13   A    And the boundaries don't conform, so
14  the -- so the boundaries don't conform to the
15  way the precincts are two years later.  I mean,
16  there's --
17   Q    Right.
18   A    -- dozens and dozens of precinct
19  changes every year.
20   Q    So maybe let's get back then to my
21  hypothetical just to make sure I understand how
22  the political data that you receive from the
23  Secretary of State gets transmuted down to the
24  block level.  And we've got our hypothetical
25  precinct that is two blocks.

87

1    A    Simple.
2    Q    Simple.  And we talked about it
3  being 60 percent Republican, 40 percent
4  Democrat before.  And you told me that -- and
5  how -- first of all, how do you determine
6  that -- those two percentages?
7    A    Oh, we -- no.  We -- that's not what
8  I said before.
9    Q    Okay.  Well, that's --
10   A    I said that 60 percent of the votes
11  for a certain candidate went in one and 40
12  percent of the votes went in the other.
13   Q    Okay.  So let's assume it's a
14  Republican --
15   A    Candidate, a Republican candidate
16  versus a Democrat candidate.
17   Q    Yes.  And let's assume just
18  hypothetically we're talking about the 111,
19  just to use that as -- on our hypothetical.
20  You've got the Democratic candidate running
21  against Brian Strickland, the Republican
22  candidate.
23        And let's assume that Brian
24  Strickland gets 60 percent of the vote and the
25  Democratic candidate gets 40 percent of the

88

1  vote.
2    A    Uh-huh (affirmative).
3    Q    You with me on that?
4    A    Yes.
5    Q    So how do we drop that down to the
6  block level?
7    A    It's going to drop down to the block
8  level based on the voting population of each of
9  those two blocks.
10   Q    All right.  And you get the voting
11  age population data from where?
12   A    The voting age population data per
13  block is from the 2010 census data.
14   Q    All right.  And it is the voting
15  age -- and how do you divide that voting age
16  population data using the census data?
17   A    You don't.  It's reported by block
18  level.
19   Q    And they report that they are
20  Republicans or Democrats --
21   A    No.
22   Q    -- on the census level?
23   A    No.
24   Q    Okay.  So how do you take the total
25  voting age population from the census data and

Electronically signed by Joel Moyer (501-161-376-4513)                    16d5d214-14f2-417c-ab62-732142286589

Robert M. Strangia        Georgia State Conference of the NAACP, et al vs Kemp        December 18, 2017

89

1    divide it into this 60-40 split?  You just, you
2    just --
3        A    It's going to be -- it's going
4    to be -- it's going to do the same for both
5    candidates.  So let's just say that the
6    Democrat-Republican had a 50-50 split in that
7    precinct.  60 percent are going to go to the
8    one with the higher -- the block with the
9    higher population, and then 40 percent are
10   going to go with the one with the lesser
11   population, votes for both candidates.
12       Q    Okay.
13       A    So it's not an exact science.
14       Q    Right.  Well, let's assume that, you
15   know, in our miraculously hypothetical precinct
16   that all the African-American votes are in the
17   40 percent district and all the Caucasian votes
18   are in the 60 percent district.  You with me on
19   that?
20       A    Yes.
21       Q    In our hypothetical.  And in the
22   redistricting analysis, you take out the
23   smaller block, the 40 percent block.  Will your
24   software then still treat the remaining block
25   as a 60-40 split?

90

1        A    The software is not going to know
2    who's African-American and who's not when it's
3    allocating the data, not when it's allocating
4    election data.
5        Q    So you're telling me your data at
6    the block level is completely ignorant of race?
7        A    There's race data at the block
8    level, but it's not being allocated by race,
9    not -- any election result is not being
10   allocated by race.
11       Q    So when someone does a redistricting
12   analysis and generates a report at the block
13   level, let's assume they split a precinct at
14   the block level, the pending changes screen is
15   not going to take into account the race data at
16   the block level?
17       A    They can see the race data at the
18   block level, but the election data is not being
19   allocated by the race data.
20       Q    All right.  How can they see the
21   race data at the block level?
22       A    Pending changes.
23       Q    So they can see it as they're going
24   through the changes?
25       A    They have that capability.

91

1        Q    So they can see race data at the
2    precinct level as they're going through the
3    changes?
4        A    No, not at the precinct level.  They
5    can only see the voter registration at the
6    precinct level.
7        Q    Okay.  But they can see race data
8    the block level?
9        A    They can see race data at the block
10   level.  They can see race data as they're
11   building a district and what it does to the
12   district.
13       Q    And that's just a matter of checking
14   the fields that they want to see as they go
15   through the analysis?
16       A    Yes.
17       (Whereupon a document was identified as
18       Plaintiff's Exhibit 73.)
19       Q    Let me show you what's been marked
20   as Exhibit 73.  Is this just a similar data
21   set, albeit one from 2012?
22       A    Yes.  It's a 2012 version of what
23   you just showed me.
24       (Whereupon a document was identified as
25       Plaintiff's Exhibit 74.)

92

1        Q    Let me show you what's been marked
2    as Exhibit 74.  What is Exhibit 74?
3        A    It's a zip code report by district.
4        Q    And this was prepared by you?
5        A    Yes, it was.
6        Q    And it was sent to Brian Knight and
7    Gina Wright and Dan O'Connor by email on August
8    21st, 2015?
9        A    Yes.
10       Q    What was the purpose of this report?
11       A    It was probably a request.
12       Q    Do you have any memory of the
13   motivation for this report?
14       A    No.  But I do reports frequent --
15   reports like this frequently.
16       Q    How frequently?
17       A    Whenever, whenever a new -- usually
18   after a plan has been adopted by the
19   legislature, I'll usually create a report like
20   this.
21       Q    What does this report show?
22       A    It is showing the -- all the zip
23   codes that are in each district and the
24   percentage of the zip code that's in each
25   district, the -- based on population.

Donovan Reporting, PC                                                                  770.499.7499

Robert M. Strangia          Georgia State Conference of the NAACP, et al vs Kemp          December 18, 2017

93

1    Q    The percentage of the population
2  that is what in each district?
3    A    The percentage of the population of
4  each zip code that's in each district.
5    Q    I see. So the district -- just
6  turning to the first page of this, page 285,
7  it's got District 1 within zip code 30707, and
8  the population -- or the name of that district
9  is Chickamauga, population is 9,492, and the
10  percentage of the total population of that zip
11  code in Chickamauga is 56.51 percent?
12    A    I believe that's correct.
13    Q    Explain to me the usefulness of this
14  report.
15    A    I don't know what -- you know, I
16  mean, it's -- you can see how the district --
17  zip codes are broken down, what zip codes are
18  in what districts. It's a -- it's a frequently
19  requested report.
20    Q    Have you ever asked what people use
21  it for?
22    A    I can only guess.
23    Q    Well, guess for me because it's just
24  sort of lost on me. But then again, I'm a
25  rookie.

94

1    A    We have these sitting in a stack in
2  the front of our office for anybody to pick
3  up. So people come in. Candidates come in
4  that are running for a district. They
5  probably -- they want to see a report like
6  this.
7      You know, I'm sure it's useful when
8  they're campaigning. Anyone could pick it up.
9  These sit in a stack in the front of our
10  office for candidates and the legislators of
11  both parties to pick up.
12    (Whereupon a document was identified as
13    Plaintiff's Exhibit 75.)
14    Q    I'm going to show you what has been
15  marked as Exhibit 75. Is this an email chain
16  between you and Dan O'Connor, Mr. Harvey,
17  Ms. Wright in the December 2016 time period?
18    A    Yes.
19    Q    Let me ask you about the email from
20  you on page two of this exhibit dated November
21  17th, 2016.
22    A    Page two?
23    Q    Or 86 Bates number.
24    A    Page two on the bottom here?
25    Q    Uh-huh (affirmative).

95

1    A    Yes.
2    Q    And this is the format that you
3  requested specifically from the Secretary of
4  State?
5    A    Yes.
6    Q    And that's consistent with prior
7  years?
8    A    Yes. It's -- yes. Requesting the
9  same format since the late '90s.
10    (Whereupon a document was identified as
11    Plaintiff's Exhibit 76.)
12    Q    I'm going to show you what's been
13  marked as Exhibit 76. Is that an email thread
14  between you, Ms. Wright, Mr. O'Connor, and
15  John Hallman at the Secretary of State's
16  office?
17    A    Yes.
18    Q    And who is Mr. Hallman?
19    A    Somebody that -- one of our
20  contacts at the time to work there.
21    Q    At the Secretary of State's office?
22    A    Yes.
23    (Whereupon a document was identified
24    as Plaintiff's Exhibit 77.)
25    Q    Let me show what's been marked

96

1  Exhibit 77. Is that an email from Ms. Wright
2  to you dated May 8th of 2017?
3    A    Yes.
4    Q    What is attached to that email?
5    A    Looks like some kind of precinct
6  report.
7    Q    Did you prepare that report?
8    A    I did not.
9    Q    Is this a customary, typical report
10  that is prepared by the Office?
11    A    No.
12    Q    Do you know what the purpose was of
13  this report?
14    A    No.
15    MR. CUSTER: Why don't we take a
16  little break. Let me see if I can cull
17  through some of these exhibits --
18    MR. KHOURY: Okay.
19    MR. CUSTER: -- and see if I can
20  wrap this up a little earlier.
21    THE VIDEOGRAPHER: Going off video
22  record.
23    (Proceedings in recess, 4:32 p.m. to
24    4:44 p.m.)
25    THE VIDEOGRAPHER: Okay. We are

Donovan Reporting, PC                                    770.499.7499

97

1    back on video record.
2       Q    Mr. Strangia, I just have a few
3    more questions that I want to address, and
4    then we'll wrap this up.
5          Earlier today we talked about the
6    process by which these mid-decade
7    redistricting maps are drawn.  And what you
8    told me is the legislators and whoever go into
9    the conference room with Ms. Wright, they
10   close the door, and they adjust the maps while
11   viewing the pending changes.  True?
12      A    I assume.
13      Q    All right.  And --
14      A    Can we assume?
15      Q    And on very limited occasions,
16   you've gained a window into that process
17   simply because you've been called into the
18   room to fix the computer.  True?
19      A    No, not -- not a window in the
20   process.  I go to fix the computer.
21      Q    Right.
22      A    I don't know what's going on.
23      Q    But when you go into the room, at
24   least you see who's there.  You know they're
25   working on redistricting.  True?

98

1       A    I don't know who's who.  I don't
2    know the faces.  I don't know who's who.
3       Q    Is it fair to say, sir, that there
4    is no record in the apportionment office of
5    the considerations that go into drawing a
6    mid-decade redistricting map?
7       A    Not that I'm aware of.
8       Q    And as we've established, you're
9    the computer guy with all of the control of
10   all of the databases in the Office.  True?
11      A    I build the databases.
12      Q    And you maintain them?
13      A    Yes.
14      Q    And you're aware of no electronic
15   record of the considerations that go into one
16   of those redistricting maps?
17      A    Define what you mean by
18   considerations.
19      Q    Well, what -- what factors were
20   utilized to redraw the map?
21      A    I would have no idea.
22      Q    And you're just what?  Are you
23   right next-door to Ms. Wright or two doors
24   down from Ms. Wright?
25      A    I'm across the office.

99

1       Q    How many feet between your office
2    and her office?
3       A    50 feet.
4       Q    And if you, as the GIS guy, wanted
5    to know what factors went into drawing a
6    redistricting map, the only source for that
7    information would be to ask Ms. Wright and the
8    others who may have participated.  True?
9       A    Yes.
10      Q    You don't know of any electronic or
11   paper record of the considerations that went
12   into redrawing House District 105 and House
13   District 111 in 2015, do you, sir?
14      A    No.
15      Q    To your knowledge, there is no
16   record of the considerations that went into
17   redrawing those two districts?
18      A    None that I know of.
19      Q    And isn't it true, sir, that the
20   absence of such records is by design?
21      A    I have no idea.
22      Q    You -- in other words, people don't
23   take notes, they don't produce reports, and
24   they don't produce memoranda that summarize
25   the considerations that they took into account

100

1    in redrawing these districts, do they, sir?
2       A    That has no relation to the aspects
3    of my job.  So, I mean, you're asking me about
4    what the security guard does downstairs here.
5       Q    But I'm asking you about the four
6    or five other people in your office.  Isn't it
7    by design that they don't keep records of the
8    considerations they take into account when
9    they redraw districts?
10          MR. KHOURY:  Object to the form.
11      A    I don't know.
12      Q    No one has ever told you that they
13   don't keep records of the redistricting
14   considerations?
15      A    Nobody's ever told me that.
16      Q    And yet has that been the case
17   since 1996 in the Office that no one has ever
18   kept a report of the considerations that go
19   into the redistricting process?
20      A    Nobody has told me about such
21   thing.
22      Q    But during that time period, from
23   1996 to present, you've never seen a report or
24   a memo or a document that memorializes the
25   considerations that went into redrawing a

Electronically signed by Joel Moyer (501-161-376-4513)                    16d5d214-14f2-417c-ab62-732142286589

Robert M. Strangia        Georgia State Conference of the NAACP, et al vs Kemp        December 18, 2017

29 (Pages 101 to 104)

---

101

1  district?
2      A    No.  They wouldn't show it to me
3  because that's not -- and it has no bearing on
4  my job.
5          MR. CUSTER:  Those are all the
6  questions I have for you.
7          THE WITNESS:  Excuse me?
8          MR. CUSTER:  Those are all the
9  questions I have.
10         THE WITNESS:  Oh, okay.
11         MR. KHOURY:  Thank you.
12         THE WITNESS:  Yes.
13         MR. KHOURY:  Thank you.
14         THE WITNESS:  Thank you.
15         THE VIDEOGRAPHER:  Going off video
16  record at 4:49 p.m.
17         THE COURT REPORTER:  And you're
18  reading and signing?
19         MR. KHOURY:  Yes, please.
20     (Whereupon off-the-record discussions
21     ensued.)
22         MS. BRANCH:  This is Aria.
23         THE COURT REPORTER:  Oh, Ms. Branch?
24         MS. BRANCH:  Yes.  Let me get a copy
25  of the transcript.

---

102

1          THE COURT REPORTER:  Copy of the
2  transcript.
3          MS. BRANCH:  And don't need the
4  video.
5          THE COURT REPORTER:  And don't need
6  the video.
7          MS. BRANCH:  Correct.
8     (Proceedings adjourned, 4:49 p.m.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

103

1  I, ROBERT M. STRANGIA, Deponent,
2  do hereby certify that I have read the
3  foregoing deposition, and the same is a true
4  and accurate transcript of my testimony, except
5  for the changes listed below, if any.
6  PAGE/LINE/CHANGE                REASON
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
   If additional space is needed, please attach
20 separate sheet(s) and indicate number of
   additional page(s) here:_____
21
22 _____
   ROBERT M. STRANGIA, Deponent
23 This _____ day of _____, 20_____.
24 Donovan Reporting, PC FAX: 770-428-5801
   237 Roswell Street Marietta, GA  30060
25 Date of Deposition: 12-18-2017 CR: JM

---

104

1          CERTIFICATE OF COURT REPORTER
2  STATE OF GEORGIA
3  COUNTY OF COBB
4          I hereby certify that the foregoing
5  deposition was reported as stated in the
6  caption, and the questions and answers thereto
7  were reduced to writing by me;
8          That the witness's right to read and
9  sign the deposition was reserved;
10         That the foregoing pages 1 through 105
11 represent a true, correct, and complete
12 transcript of the evidence given on the
13 above-referenced date by the witness, ROBERT M.
14 STRANGIA, who was first duly sworn by me;
15         That I am not of kin or counsel to any
16 of the attorneys or parties in this case.
17         I do hereby disclose pursuant to
18 Article 10.B. of the Rules and Regulations of
19 the Board of Court Reporting of the Judicial
20 Council of Georgia that I am a Georgia
21 Certified Court Reporter; that I am an employee
22 of Donovan Reporting PC; that Donovan
23 Reporting PC was contacted by the attorney
24 taking the deposition to provide court
25 reporting services for this deposition; that I

---

Electronically signed by Joel Moyer (501-161-376-4513)                    16d5d214-14f2-417c-ab62-732142286589

105

1    am not taking this deposition under any
2    contract that is prohibited by OCGA 15-14-37(a)
3    and (b) or Article 7.C. of the Rules and
4    Regulations of the Board; and I am not
5    disqualified for a relationship of interest
6    under OCGA 9-11-28(c).
7         There is no contract to provide
8    reporting services between myself or any person
9    with whom I have a principal and agency
10   relationship nor any attorney at law in this
11   action, party to this action, party having a
12   financial interest in this action, or agent for
13   an attorney at law in this action, party to
14   this action, or party having a financial
15   interest in this action.  Any and all financial
16   arrangements beyond my usual and customary
17   rates have been disclosed and offered to all
18   parties.
19        This 20th day of December 2017.
20
21        _____
          JOEL P. MOYER, CCR 2745
22        Certified Court Reporter
23
24
25

Electronically signed by Joel Moyer (501-161-376-4513)                    16d5d214-14f2-417c-ab62-732142286589

Robert M. Strangia | Georgia State Conference of the NAACP, et al vs Kemp | December 18, 2017

## A

**Abel** 3:22
**above-referenced** 104:13
**Abrams** 3:23 62:21
**absence** 99:20
**absolutely** 84:7
**acceptable** 7:3,19
**access** 15:23
**accessible** 15:22
**account** 40:18 79:23 80:18 90:15 99:25 100:8
**accuracy** 85:11
**accurate** 12:15 103:4
**achieve** 55:20
**acronym** 17:13
**action** 6:1 53:6 105:11,11,12,13,14 105:15
**actual** 75:21
**add** 59:2 80:10
**added** 40:1 71:25 81:22 82:2
**addition** 61:20
**additional** 78:7 103:19,20
**address** 22:15 97:3
**addressed** 57:19
**adjourned** 102:8
**adjust** 97:10
**administration** 13:1
**administrator** 19:21
**adopted** 92:18
**advice** 49:19
**advise** 49:14
**affiliation** 21:19,22
**affirmative** 12:16 54:17 57:21 61:14 70:4 78:9 84:20 88:2 94:25
**African-American** 89:16 90:2
**African-Americans** 55:14
**age** 5:22 25:9,16,18 25:23,25 85:2,6,10 85:14,20,23 86:2,10 88:11,12,15,15,25
**agencies** 19:1,8
**agency** 8:11 18:24

**19:3** 105:9
**agent** 8:11 105:12
**agreed** 54:22
**ahead** 66:6 77:14
**albeit** 91:21
**ALEX** 2:19
**Allen** 2:21
**allocate** 24:11 26:1
**allocated** 5:7 83:3 83:10 84:14,25 85:2,7 90:8,10,19
**allocating** 90:3,3
**allocation** 84:22
**allows** 34:9,9
**amount** 39:12 40:22 68:4
**analysis** 13:18 14:3 18:23 89:22 90:12 91:15
**analyst** 19:20
**ANDERSON** 1:7
**ANDREA** 1:7
**annual** 43:16
**answer** 7:1,12,18
**answers** 104:6
**anybody** 16:15 50:12 67:4 73:10 94:2
**appear** 36:11
**Appearance** 2:17
**APPEARANCES** 2:1
**appeared** 22:9
**appears** 59:10 61:21 64:5
**application** 12:24 13:20
**applied** 20:3 81:2
**apply** 50:16
**apportionment** 98:4
**appreciate** 59:3
**approach** 30:16
**approached** 30:25 31:3
**approves** 43:21
**approximately** 5:9
**area** 23:7
**Aria** 2:12 101:22
**arrangements** 105:16
**ARREYMBI** 1:7
**Article** 5:5 104:18 105:3
**articles** 21:12
**asked** 20:21 42:3,9

**42:13** 49:19 93:20
**asking** 6:1 20:20 64:5 80:15,17 100:3,5
**aspect** 40:17 50:11
**aspects** 12:19 20:15 20:17 21:1,5 23:20 23:21 30:2 100:2
**Assembly** 7:25 8:19 8:24 11:5,7 43:14 44:22 45:2,12,19,22 68:17
**assigned** 8:7
**assist** 23:25 49:8
**assistance** 46:22,23
**assisting** 51:4
**associated** 44:16 47:23
**assume** 26:4 54:18 55:12 72:3 87:13 87:17,23 89:14 90:13 97:12,14
**asterisk** 75:3
**Atlanta** 1:2,18 2:5,21 23:5,13 28:13
**attach** 103:19
**attached** 71:7 96:4
**attachment** 4:17
**attachments** 4:11
**attend** 18:7 52:1
**attended** 18:9
**attending** 18:1
**attention** 54:2
**attorney** 6:10 48:11 104:23 105:10,13
**attorneys** 104:16
**at-will** 44:24
**Auburn** 9:9,13,20 10:1,2 16:24
**AUDRA** 1:6
**August** 92:7
**Austin** 1:6 2:24
**available** 15:19 36:4 36:6,19,22 37:3,4 72:23 82:17,18,19 82:22,24 83:25
**Avenue** 2:9
**awarded** 17:11
**aware** 30:15 44:8 46:13,16 49:6,12,18 51:7,13 62:23 98:7 98:14

## B

**b** 58:8 105:3
**bachelor's** 17:7
**back** 32:13 38:1 68:8 69:10 75:7 78:10 80:4,4 81:20 84:15 86:20 97:1
**background** 17:6 60:2
**Balch** 1:17 2:20
**ballot** 40:19 80:1,19 80:24
**ballots** 79:25
**ballot-down** 79:24
**based** 25:8,15,18 26:1 74:18 80:2 86:3 88:8 92:25
**basic** 6:9
**basically** 73:12 74:9 75:15 79:11 83:17
**basics** 29:4
**basis** 15:8
**Bates** 58:16,23 94:23
**bearing** 101:3
**Beaufort** 19:17
**Beaver** 4:5 65:21 67:3 69:22 70:2
**beginning** 1:19 5:10 62:11 66:5 69:11 78:7 80:6 81:16,20
**begins** 84:8
**behalf** 5:25
**believe** 9:15 11:8 16:13 18:5 22:21 35:25,25 47:8 58:23 63:4 64:12 71:20 81:3 93:12
**beta** 47:20
**beyond** 105:16
**bill** 5:24 52:15 58:16 61:2 66:16
**Bingham** 1:17 2:20
**bipartisan** 45:7
**BL** 81:20 82:3,3,12 85:7
**black** 77:19 81:11,11 81:12,18,20,22,23 82:1,1,13 83:5,14 85:7,8,9,10
**blank** 75:12
**block** 25:4,8,14,23,24

**26:2,15,21** 35:10 84:14,16 85:3 86:1 86:24 88:6,7,13,17 89:8,23,23,24 90:6 90:7,12,14,16,18,21 91:8,9
**blocks** 25:19,22 26:6 26:7,12 34:14,18 35:18 84:22 85:3 86:25 88:9
**Blue** 22:15,24 23:9 23:12
**Board** 5:6 56:23 104:19 105:4
**boost** 53:8
**boss** 60:7
**bottom** 64:18 66:5,14 78:19 80:1 94:24
**Boulevard** 2:21
**boundaries** 86:13,14
**Branch** 2:12 101:22 101:23,24 102:3,7
**break** 6:19 7:2 39:14 69:3 72:4 96:16
**breakdown** 15:16
**breakdowns** 29:18
**breakup** 43:10
**Brian** 1:10 4:10 16:3 51:7 56:17 87:21 87:23 92:6
**brief** 18:19
**bring** 24:10 62:9 74:11
**broader** 27:25
**broken** 93:17
**brought** 24:1,16,24 34:25
**Bryan** 2:4
**budget** 43:16,21,23 44:1,3
**budgeted** 43:12
**buffer** 70:9
**bugs** 46:25
**build** 12:6 29:2 98:11
**building** 16:6,17,19 16:20,22,24 17:1 23:22 91:11
**built** 23:24 28:25
**bumped** 51:20
**Bureau** 21:3 75:25
**Bureau's** 13:6
**business** 50:13

**C**

**C** 2:12 58:9,9
**California** 27:12,13
**Caliper** 46:17 47:4
**call** 34:4 47:3
**called** 35:11,11 97:17
**campaigning** 94:8
**candidate** 22:6 40:9
   40:11,23 58:8,8,9
   63:15,24 78:17,17
   87:11,15,15,16,20
   87:22,25
**candidates** 26:15
   77:25 78:6,10 79:7
   79:8,12,13 80:8,8
   89:5,11 94:3,10
**candidate's** 26:18
**capability** 90:25
**capacity** 1:10
**Capitol** 17:2
**caption** 104:6
**Carolina** 17:8 18:22
   19:4,6,7,8,18
**case** 1:9 48:16,19
   100:16 104:16
**cast** 79:6,12,25,25
   80:9,22
**Caucasian** 89:17
**Caucasians** 55:16
**caucus** 62:24
**cause** 10:1
**Cave** 2:4
**CCR** 105:21
**CELESTE** 1:4
**census** 13:6,6,10 21:3
   24:1,8,11,12,17
   25:1,3 36:5 37:4,5
   37:6 44:12,17
   73:17 75:25 76:21
   86:6,8 88:13,16,22
   88:25
**Center** 18:23
**certain** 18:4 38:6
   57:11 87:11
**certainly** 57:10 64:10
**Certificate** 3:10
   104:1
**certification** 17:9,11
   17:23 18:8 20:5
**certifications** 20:6
**Certified** 1:16 104:21

105:22
**certify** 103:2 104:4
**cetera** 58:11
**chain** 61:7 68:6 94:15
**chance** 51:19
**Chandler** 51:13
   52:17 53:9
**change** 13:12 45:25
   46:4 67:22,25 68:3
   68:4
**changed** 45:10
**changes** 35:12,13,19
   35:23 36:4 37:7,12
   45:16 53:25 54:11
   54:13,23 83:8,13
   86:6,19 90:14,22,24
   91:3 97:11 103:5
**characteristic** 55:20
**characterize** 16:18
**chart** 85:15
**cheaper** 48:7
**checking** 91:13
**Chickamauga** 93:9
   93:11
**Chief** 9:10
**choice** 36:2
**chooses** 37:10
**Christmas** 10:3,3
**circumstances** 6:3
   20:16
**cities** 29:21,21,23
**citizen** 10:8
**city** 29:20,20
**CITYSOSID** 73:15
**Civil** 2:8
**Clare** 28:23
**clarify** 61:10
**class** 21:16
**clear** 7:12 66:11
**click** 34:13,17,22
   35:4
**clicking** 35:7,17
**close** 97:10
**closed** 31:17 32:3
   49:23
**closer** 23:4
**COBB** 104:3
**code** 50:15 72:1
   73:16,17 74:19,25
   75:1,18,18,24 76:1
   92:3,24 93:4,7,11
**codes** 71:24 72:10

73:19 92:23 93:17
   93:17
**Coie** 2:13
**COLEY** 1:4
**collection** 13:23
**college** 18:20
**column** 58:7,8,9,9
   80:7 83:15 84:8
**columns** 72:24
**combine** 73:18
**combined** 73:16
   81:18,22 82:9,10
**come** 30:21 31:3 32:9
   35:14 49:19,21
   51:8 53:22 68:10
   80:11 85:20 94:3,3
**comes** 35:6 79:22,22
**coming** 28:6,11 75:13
**Commission** 56:23
**committee** 2:8 8:8
**commute** 22:23
**company** 46:19
**compatible** 24:2,25
**complains** 63:2
**complaint** 48:18 63:4
**complaints** 62:23
**complete** 53:10
   104:11
**completely** 90:6
**component** 44:4
**composite** 3:18
**computer** 33:3,9 35:1
   43:18,19 53:19
   97:18,20 98:9
**concern** 10:4,6
**conduct** 50:15,16
**conference** 1:3 2:2
   18:9,12 28:8,10
   31:20,22 32:3,18,21
   32:24 33:13,16,22
   33:25 34:1,25
   52:10 53:22 56:9
   97:9
**conferences** 18:1,7
   27:20
**confirm** 53:15
**conform** 86:13,14
**congressional** 12:20
   38:20 39:23 78:14
   78:14,15,16,23
   79:17
**connects** 73:10

**consider** 21:25
**considerations** 98:5
   98:15,18 99:11,16
   99:25 100:8,14,18
   100:25
**consistent** 95:6
**consult** 6:19
**consultants** 46:7,12
   46:15
**contact** 47:5 59:16,19
**contacted** 104:23
**contacts** 59:15,15
   95:20
**Contained** 1:22
**contemplating** 31:4
**contemporaneously**
   35:19
**contest** 6:21
**contested** 38:20
   39:20,24 78:23
   80:25
**Continued** 3:25
**continuing** 17:25
   18:4
**contract** 44:21 105:2
   105:7
**control** 98:9
**controls** 45:6
**conversation** 7:13
   27:25 30:13 41:16
   67:9
**conversations** 53:13
   67:3
**convocation** 28:1
**Cooley** 3:17,19 4:1,7
   59:9,11 60:17,20
   61:13 63:10 69:22
   70:25 71:3
**copied** 65:25 66:1
**copies** 58:17
**copy** 56:4 66:17
   101:24 102:1
**CORETTA** 1:7
**correct** 9:1 12:22
   17:19 29:9 38:3
   44:20 52:17 53:17
   55:6 58:3 64:10
   84:7 93:12 102:7
   104:11
**cost** 47:23
**Council** 104:20
**counsel** 2:1 5:4 6:20

104:15
**count** 26:18
**county** 15:15,16
   19:17,22 29:18,19
   29:19 56:23 73:17
   73:21,22,22,23 74:5
   75:19,22,23,24,25
   76:1,3,16,19,20,21
   76:22 77:1 84:19
   84:23 104:3
**course** 10:16 79:9
**courses** 20:8
**court** 1:1,16 5:6 7:9
   101:17,23 102:1,5
   104:1,19,21,24
   105:22
**Coverdale** 16:5,17,19
**covered** 62:1
**covering** 62:7
**CR** 103:25
**crashes** 34:6 35:1
**create** 36:14 81:18
   92:19
**created** 71:17 74:3
**CREP** 78:12
**Crosby** 2:24
**CTY** 76:10
**CTYSOSID** 74:5
**cull** 96:16
**CUNNINGHAM** 1:6
**curiosity** 54:8
**current** 12:13
**Custer** 1:14 2:3 3:8
   5:11,17,25 58:18
   59:1,5,7 66:18 69:3
   96:15,19 101:5,8
**custom** 36:8,10
**customary** 26:19
   96:9 105:16
**customizing** 19:2
   23:23
**cycle** 67:15,16
**cycles** 37:14

**D**

**daily** 9:20
**Dan** 4:11,13,15 16:3
   57:7,8 92:7 94:16
**DARRYL** 1:6
**data** 12:10 13:6,17,23
   15:2 18:24 21:3,5,8
   24:1,8,10,11,12,17

24:18,21,24 25:1,1
25:3,13 26:1,5,20
35:24 36:9 37:6,7
37:11,13,16 38:6,11
38:14,17,25 39:2,5
39:7,9,10,14 40:1,2
40:6,13,15,17 41:1
41:8,18,22 42:4,10
42:20,23 43:8
53:24 54:4,9,12,24
55:13 59:17 62:10
64:2 66:7 67:5,20
68:8,12,14 70:15,16
70:22 71:13 72:7,7
72:8,19,21,22,24
73:11,12 74:8,12,16
74:17,18,22,23 75:6
75:8,12,13 76:13
78:7,23 80:13,18
81:9,13,15 82:6,17
83:7 84:6,24 85:19
85:23 86:22 88:11
88:12,13,16,16,25
90:3,4,5,7,15,17,18
90:19,21 91:1,7,9
91:10,20
**database** 12:23 13:25
15:2 37:4 41:6,7,9
41:18,23 42:5,11,24
70:16,17,17 73:9,25
74:4,7 84:10
**databases** 12:7 19:1
23:22,24 29:1,2,25
98:10,11
**date** 5:8 61:6 68:9,10
70:10 103:25
104:13
**dated** 57:19 59:9
66:21 70:2 71:1
94:20 96:2
**datewise** 19:14
**David** 9:17 22:14
**Davis** 3:21 60:22
61:20 62:3
**day** 14:12,17 22:23
55:23 103:23
105:19
**days** 14:14 23:12,13
51:23
**DC** 2:10,15
**dealings** 65:14
**Deal10** 78:3

**decade** 62:8,12
**December** 1:19 5:1,8
65:23 94:17 105:19
**decision** 13:14
**default** 36:11
**Defendant** 1:11 2:16
**Define** 98:17
**defined** 70:6
**degree** 17:7
**degrees** 14:11
**delivery** 70:12
**Democrat** 22:1 78:16
79:3,5,8 80:2 87:4
87:16
**Democratic** 40:9
78:17 79:12 87:20
87:25
**Democrats** 26:11
88:20
**Democrat-Republi...**
89:6
**demographic** 14:4
71:9
**demographically**
37:2
**demographics** 29:19
35:8
**demonstrate** 30:6
**department** 8:8
**Deponent** 103:1,22
**deposed** 6:5
**deposition** 1:13 10:12
14:20 48:10,15
103:3,25 104:5,9,24
104:25 105:1
**described** 52:4
**Description** 72:1
**descriptions** 12:12
**design** 12:24 99:20
100:7
**designated** 13:5
**determine** 84:21 87:5
**develop** 15:3 19:2
**developed** 27:4
**developer** 47:11
**developing** 15:3 19:1
**development** 12:24
13:7,23
**difference** 73:13
**different** 19:1 52:15
68:1 71:25 72:10
73:4

**differently** 72:13
**digits** 76:2
**direction** 39:25
**director** 11:17
**disclose** 104:17
**disclosed** 105:17
**disclosure** 5:4
**discuss** 28:4 32:4,21
**discussed** 28:21 30:9
**discusses** 32:7
**discussing** 67:19
**discussions** 30:8
62:20 101:20
**disk** 69:4
**disqualified** 105:5
**district** 1:1,1 30:9,25
31:5 34:19 35:8
37:23 38:21 40:11
43:10 49:15 51:9
51:15 80:3 89:17
89:18 91:11,12
92:3,23,25 93:2,4,5
93:7,8,16 94:4
99:12,13 101:1
**districts** 15:16 29:22
29:22 30:17 34:10
34:15,18 49:10,20
51:5 52:16 93:18
99:17 100:1,9
**divide** 88:15 89:1
**divided** 82:7
**division** 1:2 23:11
**document** 4:8,9
55:24 57:12 58:12
60:13 61:18,22
62:14,18 63:6 65:1
65:6,17 69:17
72:14 91:17,24
94:12 95:10,23
100:24
**documents** 41:21
58:19 61:3
**doing** 12:8 15:1 19:5
49:22 51:12 83:13
**Donovan** 103:24
104:22,22
**door** 97:10
**doors** 31:17 32:3
49:23 98:23
**double-check** 83:21
**downloaded** 47:21
**downstairs** 100:4

**down-ballot** 80:14
**dozen** 15:13
**dozens** 86:18,18
**drawing** 98:5 99:5
**drawn** 15:12 31:10
31:15,19 97:7
**draws** 31:16
**drop** 79:25 80:18
88:5,7
**duly** 5:14 104:14
**duplicate** 73:19
**duplicates** 75:14
**duties** 8:23 9:21 12:3
12:23 14:13,22
**Dyer** 28:23

_____

**E**
**earlier** 6:11 11:11
52:8 67:13,14
84:16 96:20 97:5
**echoing** 6:9
**educate** 17:24
**education** 18:4
**educational** 17:6,24
**effect** 35:19 40:19
79:24,24
**effects** 35:6
**efficient** 51:1
**either** 31:20 39:25
44:19
**election** 13:25 14:4
25:5 26:1 36:17
37:14,17,22 38:8
40:14,21,24 51:9,14
58:1 66:7,25 67:6
67:15,16 68:8
70:15,21,22 71:8,13
71:21 77:10 78:15
81:5 90:4,9,18
**ElectioNet** 71:18,19
**elections** 37:24,25
38:10,19 65:11
70:7 78:22,23
**electronic** 98:14
99:10
**email** 3:15,16,18,18
3:19,20,20 4:1,1,3,4
4:4,6,6,10,13,13,15
4:15,17 57:17,24
59:8 60:16 62:3
63:9,13 64:7,24
65:4,20 66:4,6,21

**68:5,19 69:20 70:1**
70:1,25 71:4 92:7
94:15,19 95:13
96:1,4
**emails** 61:25 62:6
66:2,2
**employed** 7:21
**employee** 10:9,17,20
104:21
**employees** 16:1
**employment** 14:9
50:25
**ended** 55:21
**endurance** 6:21
**England** 14:21
**ensued** 101:21
**entitled** 4:8,9
**entity** 8:13
**equal** 82:2
**equipment** 43:18
**Erica** 4:3 65:8,10
**Errata** 3:9
**errors** 74:21
**ERS** 10:21
**especially** 56:18
**established** 98:8
**estimate** 26:3
**et** 58:10
**evenings** 52:2
**evenly** 81:6
**events** 22:10 52:2
**everybody** 45:1 50:6
**evidence** 104:12
**exact** 30:8 74:2 89:13
**exactly** 27:11 48:5,7
**Examination** 3:6,8
5:16
**examined** 5:14
**exception** 84:11 85:5
85:12
**excuse** 14:9 39:16
42:15 101:7
**exhibit** 3:11 55:25
56:2,4 57:13,15
58:13,15 60:14,16
61:9,12,23 62:2,15
62:17 63:7,9 64:8
64:19 65:2,4,18,20
69:18,20 72:15,17
72:18 73:4 84:18
91:18,20,25 92:2,2
94:13,15,20 95:11

Robert M. Strangia   Georgia State Conference of the NAACP, et al vs Kemp   December 18, 2017

Page 109

95:13,24 96:1
**exhibits** 1:22 3:12
  96:17
**exist** 85:24
**existing** 15:24
**experience** 17:20
  26:23
**expert** 12:5 47:10
**explain** 10:25 24:14
  74:6 93:13
**explanation** 58:6

———————
**F**
**faces** 98:2
**fact** 30:23 55:19
**factors** 98:19 99:5
**facts** 6:2
**fair** 45:3,5 63:4 68:4
  98:3
**fall** 74:14
**far** 9:12 17:25 32:13
  32:16 45:20 73:7
**FAX** 103:24
**February** 57:20 59:9
  63:11
**federal** 44:7
**fee** 48:1
**feet** 99:1,3
**female** 81:11,11,17
  81:23 82:1,8,9 83:5
**field** 36:4 37:3,6 41:4
  41:5 58:6 73:2
  81:19 82:11,13,19
**fields** 24:15 36:2,3,5
  36:8,10,15 73:4
  80:11 81:14 82:9
  82:19 83:18,22
  84:1,13 91:14
**figure** 30:4 59:2 75:8
**file** 3:2,3,4 5:10 57:25
  58:5 66:10 69:12
  70:10 78:11
**FILE-CTYSOSID**
  74:2
**fill** 21:7
**Finally** 7:5 14:2
**financial** 105:12,14
  105:15
**find** 54:7,8 75:5,14
**first** 5:14 11:10 19:20
  65:5 66:4 71:4,4,17
  78:11 80:7,9 84:17

87:5 93:6 104:14
**five** 16:4 100:6
**five-person** 50:2,3
**fix** 35:1 97:18,20
**flagged** 75:15
**floor** 2:4 16:8,9,10,12
**Florida** 27:10
**fly** 36:19,24 37:2
**focus** 36:21
**follow** 68:7
**following** 45:17 51:8
  51:14
**follows** 5:15
**foregoing** 103:3
  104:4,10
**forgive** 61:24 66:18
**form** 11:11 24:1 42:6
  100:10
**format** 21:6 24:25
  66:8 67:19 70:10
  70:17 72:8 83:11
  95:2,9
**formatted** 68:15
**Former** 59:22
**formula** 27:5,9 79:22
**found** 74:21
**four** 23:13 28:9 37:14
  100:5
**Fourteenth** 2:4
**Fourth** 16:9
**frame** 70:12
**frequent** 67:25 92:14
**frequently** 92:15,16
  93:18
**Friday** 58:20,22
**front** 94:2,9
**full** 5:18
**funded** 43:13
**funding** 44:6,11,14
  44:16

———————
**G**
**GA** 2:5,21 103:24
**gained** 97:16
**Gary** 3:17,19 4:1,7
  59:9,11 60:17,20
**gatherings** 10:4
**GA2-000060-66** 4:16
**GA2-000085-89** 4:14
**GA2-000284-310**
  4:12
**GA2-001163-1166**

4:18
**GE** 17:9
**general** 7:25 8:19,24
  11:5,7 12:9 43:14
  44:22 45:2,11,19,22
  57:25 68:17 71:8
**generates** 90:12
**geographical** 8:5
  18:23
**geography** 17:8 25:3
  25:4,5,6,8 26:2
  73:11 83:3,11
**Georgia** 1:1,3,11,18
  2:2 5:21 7:25 8:19
  8:24 10:17 11:3,12
  13:5 18:15,18,25
  20:2 22:7,15 26:25
  27:2,3 39:23 45:24
  49:1 73:17,20 76:1
  76:2 104:2,20,20
**getting** 81:8
**Gina** 4:3,5,7,10,17
  8:22 13:11 16:3
  31:1,2,10,21 32:2
  33:25 65:24 92:7
**GIS** 8:3,4,20 11:20
  11:22 12:4,20
  13:17,19,24 14:3,13
  17:9,10,18,21 18:1
  18:8,17,24 19:2,20
  19:21 20:5 21:16
  25:11,13 41:6,7,8
  41:18,22 42:5,11,23
  44:3 46:19,20 74:7
  99:4
**GISP** 3:14
**gist** 21:10
**give** 6:8 7:18 17:5
  18:19 31:6 43:17
  53:8 73:23,24
**given** 21:15 46:5
  104:12
**gives** 70:9,20
**go** 12:13 14:24 17:20
  26:14 32:9 66:6
  74:10,24 75:7
  77:14 78:5,5 80:4
  82:20 84:15 89:7
  89:10 91:14 97:8
  97:20,23 98:5,15
  100:18
**God** 22:21

**goes** 41:4,5 71:23
**going** 6:1,8 7:7,8
  10:10 25:25 26:12
  26:14 40:21,23
  50:7 56:2 58:24
  61:25 62:1 63:8
  69:6 80:22 88:7
  89:3,3,4,7,10 90:1
  90:15,23 91:2
  94:14 95:12 96:21
  97:22 101:15
**Gomez** 3:22
**Gooch** 22:19
**good** 70:11
**gotten** 75:6
**governor's** 18:21
  81:4
**grandfather-claused**
  48:6
**grants** 44:9
**Greg** 3:15,19 57:17
  59:18 60:17
**group** 17:15,17 18:17
**growing** 17:25
**guard** 100:4
**guess** 93:22,23
**guidelines** 6:9
**guy** 53:19 98:9 99:4
**G-O** 22:21
**G-O-O-C-H-E** 22:22

———————
**H**
**half** 15:13 25:21
**Hallman** 95:15,18
**Hamilton** 4:3 65:8,10
**happening** 13:12
**happens** 31:7,9,17
  32:20 49:24
**happy** 6:15
**hardware** 12:25
**Harvey** 3:21 60:22
  94:16
**head** 33:25
**header** 61:5
**hear** 6:13
**heard** 49:17 53:14
**heavily** 80:24
**help** 34:4 49:20 51:14
  57:16
**helpful** 59:4
**higher** 89:8,9
**highest** 40:22,22

**hired** 11:14,19
**Hispanic** 77:21
**history** 18:19 71:9
**home** 23:1,2,4
**hooked** 33:15
**Horgan** 47:5
**hour** 48:12
**House** 8:18 9:10,16
  16:13 38:20 39:21
  39:23 78:25 79:4,5
  79:17 99:12,12
**House-Senate** 81:1
**huh-uh** 7:14
**hundred** 15:20 39:19
  43:1
**hypothetical** 26:7
  40:7 55:12 86:21
  86:24 87:19 89:15
  89:21
**hypothetically** 87:18
**H-O-R-G-A-N** 47:8

———————
**I**
**ID** 73:7,13,16
**idea** 98:21 99:21
**identified** 55:24
  57:12 58:12 60:13
  61:22 62:14 63:6
  65:1,17 69:17
  72:14 91:17,24
  94:12 95:10,23
**identifier** 73:24,25
**identify** 57:15
**identities** 67:21
**ignorant** 90:6
**immediate** 9:3
**immediately** 59:24
**impact** 37:20
**important** 7:12
**inception** 14:8
**include** 12:23
**included** 39:4 78:22
**including** 52:16
**incorporates** 43:8
**incorrect** 64:13
**incumbent** 49:8,10
  51:4 55:17
**independent** 8:13
  46:8,12 63:15,24
**Index** 3:1,2,6,11 4:21
**indicate** 103:20
**information** 8:6

18:23 38:2 64:16
68:18,23 69:1
70:19 99:7
**input** 21:4
**inquiry** 63:23
**installations** 75:11,12
**instance** 35:2 36:16
37:16 54:3 78:2
**instigated** 63:23
**interest** 105:5,12,15
**internal** 73:8,8
**interpret** 26:12
**involvement** 29:25
52:19
**involving** 61:19
69:21
**issue** 10:8 28:22
**IV** 1:14 2:3
**Ivan** 2:21

**J**

**JACKSON** 1:7
**JAMIDA** 1:6
**January** 69:21 71:1
**Jimmy** 3:21 4:1
59:20
**JM** 103:25
**job** 50:23 100:3
101:4
**jobs** 23:14
**Joel** 1:15 105:21
**John** 2:7 95:15
**John's** 61:4
**join** 11:10 74:18
**joining** 23:18
**joint** 8:15,16,18
**Joyce** 51:13
**Jr** 2:21
**Judicial** 104:19

**K**

**K** 2:19
**keep** 55:16 58:24
100:7,13
**keeps** 50:7
**KEMP** 1:10
**kept** 100:18
**KHOURY** 2:19 42:6
58:16,21 59:3,6
61:2 66:16 69:5
96:18 100:10
101:11,13,19

**kin** 104:15
**kind** 96:5
**Knight** 4:10 56:17
92:6
**know** 6:20,21 9:12
13:13,15 14:14
24:13 27:4,6,10,14
27:16,17 29:18
32:8,16,23 36:8,18
39:7 40:8 41:11
42:18 43:11,13,20
43:20,23 44:5 46:1
46:6,10 48:5,5,7,21
49:3,21,24 50:24
51:1,11,21 52:14
53:12 56:15,16
57:7,8,9,10 58:7
60:3,6,21,25 64:2
65:8,10,13 67:11,12
67:15 68:21,25
74:15,19 75:14
80:11 85:13 89:15
90:1 93:15,15 94:7
96:12 97:22,24
98:1,2,2 99:5,10,18
100:11
**knowledge** 18:1
32:22 99:15

**L**

**label** 84:8
**labeled** 72:13
**labels** 73:2
**laptop** 33:5
**larger** 26:16
**late** 68:9,10 95:9
**LAURETHA** 1:4
**LAVELLE** 1:3
**law** 2:8 105:10,13
**lawsuit** 6:4 48:25
**lawsuit's** 48:21
**lawyers** 2:8 28:3
**layer** 13:25 82:25
**layman** 72:5
**layman's** 29:5,5
**leadership** 9:7,8 14:3
45:6,9 46:6
**learn** 30:19
**leaving** 18:20
**left** 55:2 73:7 83:17
83:19 84:9,12
**legislative** 12:19

13:17 14:3
**legislator** 31:3
**legislators** 12:9 16:19
30:10,15 32:2,7,17
33:24 49:9,14,18
51:4 52:9 56:9
94:10 97:8
**legislature** 92:19
**Legislatures** 18:13
**LEMON** 1:3
**lesser** 89:10
**letter** 3:22 63:2
**let's** 14:14,24 26:4
36:21 54:8,18
55:12 69:3 78:5
84:7,15,17 86:20
87:13,17,23 89:5,14
90:13
**level** 25:3,4,5,6,8,14
26:2,21 83:25
84:14,16 86:1,2,24
88:6,8,18,22 90:6,8
90:13,14,16,18,21
91:2,4,6,8,10
**levels** 83:3,11,20
**liaison** 13:5 44:17
**likes** 45:1
**limited** 97:15
**Linda** 11:15,16
**line** 21:7 66:12 67:20
**LinkedIn** 3:13 12:12
12:17 13:16 56:2,5
**lips** 50:5
**list** 15:12 72:22
**listed** 103:5
**literally** 34:13,21
45:21 60:11 96:16
96:20
**live** 5:20,21
**LLP** 1:17 2:4,13,20
**local** 10:4,6 56:16,17
56:18,19,20,20,22
57:2
**located** 16:5 31:22
**location** 31:19
**long** 19:9,23 60:7,10
70:11
**long-distance** 6:22
**look** 12:11 31:4 69:25
70:24 80:6 82:20
**looked** 15:14 54:6

**looking** 61:9 64:8
68:5 82:24
**looks** 61:2,10 64:20
65:24 66:3 72:19
76:16 96:5
**Loose** 50:5
**lost** 24:20 93:24
**lot** 39:22,22 56:16
68:1 73:18 80:22
84:1 86:5
**lots** 25:16
**love** 66:8
**lower** 26:17
**lowest** 25:3,4
**LYNNE** 1:7

**M**

**M** 1:13 3:7 5:13
103:1,22 104:13
**maintain** 18:8 98:12
**maintenance** 13:24
**majority** 45:11,18
**making** 49:20 51:4
54:11,12
**male** 81:12,17,23
82:2,8,8
**management** 12:24
**manager** 65:11
**map** 12:8 15:2 34:7
35:16,17 55:21
98:6,20 99:6
**maps** 12:18 97:7,10
98:16
**Maptitude** 12:6
13:19 24:5,8 33:6
34:9 35:5 41:7
46:20 48:2
**Marietta** 103:24
**mark** 56:2
**marked** 56:3 57:14
58:15 60:15 62:2
62:16 63:9 65:4,19
69:14,19 72:17
91:19 92:1 94:15
95:13,25
**MARLON** 1:3
**match** 74:5,12 75:5,8
**matching** 74:19
**matter** 91:13
**McDonald** 3:21 4:1
59:21 62:4 63:10
**MCKENZIE** 1:6

**mean** 10:7 21:10 24:5
32:14 50:2,24
53:12 56:19 72:6
72:11,12 84:2
86:15 93:16 98:17
100:3
**meaningful** 40:2,5
**means** 24:13 73:9
**meet** 9:19,23,25 66:9
70:12
**meeting** 10:1 28:15
28:18,19 53:23
54:19 55:3 67:9,10
67:18
**meetings** 28:6 33:1
52:4,7,9,11 54:10
56:8,14,15,25 57:5
57:6,9 67:3
**meets** 32:2,17
**Meggers** 11:15,16
**member** 10:20 50:16
**members** 30:9,16
68:17,22
**memo** 100:24
**memoranda** 99:24
**memorializes** 100:24
**memory** 92:12
**mentioned** 68:13
**Merritt** 4:5 65:21,25
67:3 69:22 70:2
**met** 10:5 27:19 48:11
51:18
**meta** 57:25 58:5
**metadata** 72:3,5
**methodology** 55:7
**mic** 69:14
**Michael** 5:19
**mid-decade** 41:10,18
41:23 42:12 97:6
98:6
**military** 75:10,11
**minority** 16:13 62:24
**minus** 79:9,16
**miraculously** 89:15
**missing** 74:20
**modification** 30:25
**modifications** 30:17
**Monday** 1:19
**monthly** 9:21
**morbid** 54:8
**motivation** 92:13
**mouse** 34:22

Robert M. Strangia | Georgia State Conference of the NAACP, et al vs Kemp | December 18, 2017

**move** 34:14,18 80:19
**moving** 35:17
**Moyer** 1:15 105:21
**multiple** 68:16

**N**
**NAACP** 1:3,5 2:2
**nah** 7:14
**name** 5:18,24 22:20
47:7 75:20,21,23
93:8
**names** 68:1
**National** 18:12
**nature** 39:10
**NCLS** 28:1
**NCSL** 18:9 20:14,18
20:23 27:20 28:8
**necessarily** 51:21
**necessary** 29:2
**need** 6:18,19,23
43:18 57:22 63:14
66:11 69:14 77:3
102:3,5
**needed** 63:24 67:5
103:19
**needs** 24:24 25:7
**Neither** 22:2
**network** 33:11,11
**never** 9:22 32:25 42:3
42:13 49:17 53:14
54:1 65:14 100:23
**new** 2:9 15:11,16,17
15:18,18 42:25
43:3,7 47:19,20
71:18,25 92:17
**next-door** 98:23
**nights** 51:24
**Nobody's** 100:15
**NOMATCH** 75:2
**noncontested** 78:21
**non-candidate** 78:11
**normal** 7:13
**North** 17:8 18:22
19:4,6,7,8
**NORTHERN** 1:1
**notes** 99:23
**notice** 45:17 71:24
**November** 68:9,10
70:8 94:20
**number** 5:10 12:12
52:15 69:12 73:8
73:23 75:19 76:3

76:15,16,19,21,21
76:22 77:1,9 78:3
80:5 85:14 94:23
103:20
**numbered** 58:17,23
**numbers** 63:14 71:9
78:1 81:10,10 83:5
84:12
**NW** 2:5,9,14,21

**O**
**Object** 42:6 100:10
**obtain** 17:22 40:13
41:2
**obtained** 38:2
**obtaining** 59:17 67:5
**obviously** 7:8 84:13
**occasionally** 23:3
**occasions** 9:25 53:21
97:15
**occupants** 16:18
**occur** 29:3 52:2,5,11
56:8
**OCGA** 105:2,6
**October** 65:22 66:21
70:2
**offered** 105:17
**offhand** 48:8
**office** 8:9,10,15,16,18
8:25 10:11,12,13
11:2,5,7,11,18,21
12:4 16:2 18:22
20:4 23:19,25
24:22 30:10,16,21
31:4,18,21,23 32:13
33:11 38:6,7 41:14
41:17 42:10 43:12
43:16,21,24 44:2,4
44:6,19 45:6,8,17
45:20,24 46:9,11,14
49:7,13,19,21 50:3
50:4,8,13,17,18,22
50:25 51:3,8,12
53:7 56:11 57:3
59:13,15,23 60:25
63:3 65:22 67:5,11
67:22 70:20 74:4,9
82:7 94:2,10 95:16
95:21 96:10 98:4
98:10,25 99:1,2
100:6,17
**Offices** 1:17

**official** 1:10
**off-the-record**
101:20
**oh** 19:11 22:21 38:25
66:18 69:15 86:4
87:7 101:10,23
**okay** 5:7 19:16 25:7
25:20 27:24 28:25
58:24 59:3,5 65:3
66:23 71:6 77:14
78:24 79:19,21
85:4 86:12 87:9,13
88:24 89:12 91:7
96:18,25 101:10
**old** 86:5,11
**ones** 27:15 57:7 75:4
79:9
**one's** 42:14,16
**one-month** 70:9
**opening** 20:3
**ORANGE** 1:7
**organization** 1:3
17:16
**originally** 11:3
**outdated** 13:3
**outlines** 30:8
**overlap** 61:25
**O'Connor** 4:11,13,15
57:8 92:7 94:16
95:14

**P**
**P** 1:15 105:21
**page** 3:10,25 12:17
56:2,5 61:11,11
64:8,18 66:5,15
68:6 69:25 71:5
72:25 78:7 81:24
82:3 84:9 93:6,6
94:20,22,24
**pages** 61:17 73:1
104:10
**page(s)** 103:20
**PAGE/LINE/CHA...**
103:6
**paid** 54:1
**paper** 99:11
**paragraph** 66:21
**Pardon** 64:3
**part** 9:20 11:3 14:22
23:8,9 45:22 61:7
**participant** 61:19

**participants** 54:4,9
**participate** 6:22 67:2
**participated** 99:8
**particular** 8:8 26:6
35:8 54:21
**parties** 10:3 61:20
94:11 104:16
105:18
**partisan** 22:9
**party** 21:20,23 22:4
45:18 46:7 105:11
105:11,13,14
**part-time** 22:25
**passed** 52:15
**PATRICIA** 1:4
**PAYTON** 1:6
**PC** 103:24 104:22,23
**Peachtree** 2:5
**pending** 7:1 35:11,12
35:13,22 36:4 37:7
37:12 53:24 54:23
83:8,13 90:14,22
97:11
**people** 7:6 11:25
28:21 31:25 39:12
50:3 67:21 82:15
93:20 94:3 99:22
100:6
**percent** 25:23,24
26:14,16 39:19
43:1 87:3,3,10,12
87:24,25 89:7,9,17
89:18,23 93:11
**percentage** 92:24
93:1,3,10
**percentages** 26:2
84:3,4 87:6
**perform** 13:17
**performance** 40:5,6
40:16,17
**period** 59:17 60:8,9
62:25 63:11 65:23
69:21 94:17 100:22
**periodically** 47:13
**Perkins** 2:13
**person** 30:24 34:10
105:8
**petition** 63:14
**petitions** 63:24
**physical** 31:18,23
**pick** 94:2,8,11
**piece** 73:10 74:17

**Plaintiffs** 1:5,8 2:2,11
5:25
**Plaintiff's** 3:12 55:25
57:13 58:13 60:14
60:16 61:23 62:15
63:7 65:2,18 69:18
72:15 91:18,25
94:13 95:11,24
**plan** 15:11,18,24,25
30:22 31:10,12,14
31:16 32:4,7 36:13
36:14,14 42:25
43:3,7 49:2 54:14
54:16,21 55:2,8
92:18
**plans** 31:19 32:21
52:23,24 53:1
56:21 57:2
**play** 43:15 79:22
**please** 5:18 6:13,20
7:18 101:19 103:19
**pleasure** 45:2
**plenty** 27:15
**plus** 29:13 36:8
**point** 61:10 68:12
75:5
**political** 21:19,23
22:3,10 24:10,17,21
25:13 26:20 36:9
36:17 37:11,13,16
38:2 40:16 50:11
52:1 53:8 62:10
84:22 86:22
**politically** 26:13
**politician** 60:4
**politicization** 63:3
**population** 15:15
25:9,16,18,24,25
26:16,17 29:19
85:3,6,10,15,20,23
86:3,10 88:8,11,12
88:16,25 89:9,11
92:25 93:1,3,8,9,10
**position** 12:13 13:10
19:10 53:18 57:2
59:24
**possible** 57:7 67:7
68:14 84:4
**Possibly** 51:19
**posting** 52:24,25
**POWERS** 2:7
**precinct** 25:6,22 26:6

26:13 39:13 40:7
55:14,16 71:10
74:7,16,23 75:13,17
75:18,20,21 77:11
77:12,16,19,22 78:2
78:4 79:15,16 80:9
83:25 84:17,18,23
84:23 85:15,20,23
86:10,18,25 89:7,15
90:13 91:2,4,6 96:5
**precincts** 13:24 25:21
34:14,15,17 35:17
75:4 82:25 86:4,7
86:15
**preparation** 62:7,9
**prepare** 15:7,12
29:11 31:11 42:22
43:7 48:9 96:7
**prepared** 29:8 92:4
96:10
**preparing** 43:16
**present** 2:23 30:7,12
32:6 56:10,13,24
57:4 100:23
**presentation** 14:4
**presidential** 37:17
40:21,24 80:21,23
81:2
**pretty** 82:20,21
**previous** 70:10
**previously** 27:8
**primary** 12:18 59:16
59:18
**principal** 105:9
**print** 30:3 34:6,7
**printer** 30:3
**printers** 43:19
**printout** 7:9
**prior** 23:14 59:25
61:6 95:6
**privy** 46:1 53:12
**probably** 6:9 15:12
15:14 28:8 76:25
77:1 92:11 94:5
**problem** 33:3 34:3
**problems** 30:4 34:5
**Proceedings** 3:1 69:8
96:23 102:8
**process** 12:8 30:1
34:24 46:8 52:20
97:6,16,20 100:19
**produce** 13:18 99:23

99:24
**produced** 58:19,22
**producing** 52:22
**profession** 21:13
**professional** 17:15,16
**program** 13:7
**prohibited** 105:2
**projects** 18:25
**promoted** 19:21
**proofing** 74:10
**proposed** 15:24
30:23 42:25 43:3,7
52:23,23,25
**proud** 50:25
**prove** 6:3
**provide** 12:18 14:2
46:22,24 64:10,15
104:24 105:7
**provided** 5:3 49:7,13
**providing** 67:23
**public** 12:9
**pulling** 66:10
**pull-down** 33:19
**purely** 55:11
**purpose** 53:2 67:17
92:10 96:12
**purposes** 41:9 68:25
**pursuant** 5:4 104:17
**put** 20:25 26:14 36:4
37:13 41:12 42:20
55:13 66:7 69:14
75:7 78:21
**puts** 66:6
**putting** 42:4 52:23
66:24
**p.m** 1:19,19 5:2,9
69:8,9 96:23,24
101:16 102:8

---

**Q**

**question** 6:12,14 7:1
7:2,18 42:3,7,8
47:3 49:11
**questions** 6:2 7:13
41:25 97:3 101:6,9
104:6
**quiet** 50:7

---

**R**

**R** 2:24
**race** 39:6,15 40:12
55:13 71:24 72:1,9

81:3,4 90:6,7,8,10
90:15,17,19,21 91:1
91:7,9,10
**races** 38:21 39:21,23
79:18 80:14 81:1
**racial** 41:1,8,17,22
42:4,10,20,23 43:8
43:10
**Ralston** 9:17 22:14
22:16
**rates** 105:17
**raw** 81:13
**read** 48:15,18 63:20
76:5,5 84:5 103:2
104:8
**reading** 64:1,4
101:18
**ready** 14:19
**really** 14:16 34:10
49:5 54:1 60:3
64:24 77:2,3,4
81:16 84:6
**Reapportionment**
8:9,10,24 10:11
11:18,21 20:4
59:23 70:5,14,18
71:14
**reason** 45:25 46:3,5
50:9 53:6,15 75:16
103:6
**recall** 28:5,11,12,16
28:17,19,23 39:18
39:19 62:19 64:25
67:8,10 68:19
**recalling** 64:23
**receipt-based** 19:3
**receive** 44:6,9,11
86:22
**recess** 69:8 96:23
**recognize** 51:16
**recollection** 63:18,21
63:22
**reconcile** 25:14
**record** 5:8 54:11
55:18 69:7,11
71:21 96:22 97:1
98:4,15 99:11,16
101:16
**records** 99:20 100:7
100:13
**redistrict** 49:9,15
51:9 52:15

**redistricting** 12:6,8
12:20 13:6,19 20:9
20:10,18 21:17
23:15,18,25 25:1
29:3,8,12,17 30:1
31:5 41:9,19,23
42:12 46:8 49:2
52:5,10 53:23
56:20,21,22 62:8,12
62:21,24 72:20,23
82:14,23 83:14
84:10 89:22 90:11
97:7,25 98:6,16
99:6 100:13,19
**redistrictings** 53:3,7
53:16
**redraw** 34:10 98:20
100:9
**redrawing** 99:12,17
100:1,25
**reduced** 104:7
**refer** 10:10
**referenced** 60:23
**referred** 20:22 56:1
**referring** 10:13 70:13
72:2
**registered** 25:21 39:8
76:15 77:9,19
81:11,12,19,21,23
81:23 82:1,2,3,3,13
83:14
**registration** 38:25
39:2,5,6 58:10 71:8
71:18 76:12 77:6,8
77:21 81:9 85:7
91:5
**Regulations** 5:5
104:18 105:4
**REG10** 76:8,9,12
**REID** 1:4
**related** 21:2 29:8,11
29:16 38:7
**relation** 100:2
**relationship** 105:5,10
**release** 21:6,8
**releasing** 21:4
**relevant** 6:3
**remaining** 89:24
**remember** 17:13,14
28:20 54:5
**rep** 22:12,16 47:9
**repeat** 6:14

**rephrase** 6:14
**report** 8:20 9:6,11,13
11:25 15:18,18
43:6 70:6,6,8,14,19
71:14,17 78:8 83:6
88:19 90:12 92:3
92:10,13,19,21
93:14,19 94:5 96:6
96:7,9,13 100:18,23
**reported** 88:17 104:5
**reporter** 1:16 5:3 7:9
101:17,23 102:1,5
104:1,21 105:22
**reporting** 5:6 29:24
103:24 104:19,22
104:23,25 105:8
**reports** 13:19 15:3,7
15:13,20,21 23:23
29:8,11,14,15,16,20
29:20 30:22 31:6
31:11 42:19,21,22
52:22,25 67:23
92:14,15 99:23
**represent** 73:6
104:11
**representative** 14:15
27:20 55:15
**Republican** 22:1
40:10 45:6 46:7
78:15,16 79:1,5,9
79:13 80:2 87:3,14
87:15,21
**Republicans** 26:11
45:8,11,18 88:20
**request** 30:17 38:15
38:18 66:7,24 68:8
70:15,16,23 92:11
**requested** 29:13,16
93:19 95:3
**requesting** 68:22
69:1 95:8
**requests** 12:9,10 15:2
15:3 38:6 68:16
**required** 63:15
**requirement** 17:25
18:3
**reserved** 104:9
**respect** 35:7
**responsibilities** 14:8
23:17
**responsibility** 23:15
**restate** 42:8

result 13:25 55:23
    90:9
results 25:5 36:17
    39:25 55:4 71:8,22
resumé 13:16,22
Retirement 10:21,24
    11:1
Ridge 22:15,24 23:9
    23:13
right 6:8,18 7:5,21
    8:1,16 9:2,5,8
    10:10,18 11:6 13:4
    13:9 14:10,18,24
    15:4,4 16:6 18:14
    19:19,23 22:23
    23:17 24:23 25:2
    25:12,17 26:4,9
    27:17 29:7,24
    30:19 31:9,13,16,23
    32:20 33:4,8,12
    35:22 36:3,7 37:5
    37:11 38:17 39:1
    43:11 45:12,16
    49:3 54:15 55:11
    58:14,20 59:20
    66:14,14,20 70:24
    71:16 72:9,16 73:3
    75:3,17,22 76:17
    77:5,15,18,20 78:5
    82:22 83:1,10
    85:18,25 86:17
    88:10,14 89:14
    90:20 97:13,21
    98:23 104:8
Rights 2:8
Rob 3:13,15,17,19,21
    4:11,13,15,17
Robert 1:13 3:7,13
    5:13,19 103:1,22
    104:13
role 43:15 60:25
rolled 47:19
rookie 93:25
room 31:20,22 32:3
    32:18,21,24 33:13
    33:16 34:25 52:10
    53:22 56:9 97:9,18
    97:23
Roswell 103:24
rough 63:21
Roughly 45:15
routine 15:8

routines 15:21
row 77:25
rules 5:5 50:15,21
    104:18 105:3
run 45:17,20 63:15
running 6:22 87:20
    94:4

_____

S

SABRINA 1:6
safer 49:10,16,20
    51:5,10,15
SAMMY 1:7
sample 14:15
saved 54:14,15 55:22
saw 51:16
saying 80:17
says 13:4,16,22 14:2
    57:24 61:5 64:11
    68:6 71:7,16 72:9
    80:7
scenario 84:16
School 56:23
science 89:13
screen 3:13 33:15,19
    53:25 54:23 90:14
second 66:20
Secretary 1:10 24:22
    26:5 38:3,7 40:13
    41:2 59:12,13,14
    60:24 65:11,22
    67:4,11,22 70:20
    71:21 73:16,19
    74:4,8,11,22 76:22
    77:2 81:14 82:7
    84:24 86:23 95:3
    95:15,21
section 36:13
security 100:4
see 30:21 32:9,14
    33:16 36:15,16
    37:20,25 53:7
    63:16,17 66:13,19
    66:23,23 70:18
    78:2,18 79:10
    81:11,19 82:16
    83:9,12,13 85:16
    90:17,20,23 91:1,5
    91:7,9,10,14 93:5
    93:16 94:5 96:16
    96:19 97:24
seeking 51:9,14

seen 41:21 44:1 53:23
    62:17 65:6 100:23
select 36:14 37:19
selected 36:1,12
seminar 21:15 27:25
seminars 18:2 20:12
    20:17,22,25
Senate 8:18 38:20
    39:21,23 79:1,1,2
    79:17
senator 22:13,18,19
send 55:15
sending 57:25
senior 84:18,23
sent 68:8 92:6
separate 1:22 8:11
    61:11 103:20
server 12:25
service 46:21 47:9
services 49:7,13
    104:25 105:8
session 16:21 51:23
    51:24 52:6,12
set 38:11,14 82:17
    91:21
sets 75:12
settings 36:13,15
seven 18:6 80:8
Sheet 3:9
sheets 15:14 43:9
sheet(s) 103:20
ships 50:5
short 60:9 77:23
shorthand 10:12
shot 3:13
show 35:23 43:9
    50:23 54:24 55:1,4
    55:7,19 56:3 57:14
    58:14 60:15 62:2
    62:16 63:8 65:3,19
    66:19 69:13,19
    72:16 91:19 92:1
    92:21 94:14 95:12
    95:25 101:2
showed 39:12 91:23
showing 92:22
shows 35:18 36:18
sic 9:9 58:10
sign 104:9
signing 101:18
similar 13:9 27:9
    91:20

simple 30:3 87:1,2
Simplize 24:15
simply 97:17
SIMS 1:4
sink 50:5
sir 5:18 6:6,7 7:5,19
    7:21,22 11:24 42:9
    45:12 49:12,25
    57:16 59:8 62:18
    63:16 66:20 72:18
    98:3 99:13,19
    100:1
sit 31:25 33:24 66:9
    94:9
sits 33:25
sitting 67:8 94:1
size 32:1
sketch 17:5
skew 39:24 40:5
smaller 89:23
SMITH 1:4
SNOW 1:7
soft 46:18
software 12:5,6,25
    19:2 24:3,4,9 25:11
    25:13 26:12 30:5
    34:11 46:19,20,21
    47:1,3,12,17 48:2
    55:9 82:14 89:24
    90:1
sole 9:11
somebody 51:20
    95:19
somebody's 30:3
soon 68:14
sorry 57:23 69:16
    80:8
sort 8:14 36:21 59:16
    93:24
SOS 74:5 75:18
source 44:7 99:6
South 19:17
space 31:23 103:19
speaker 9:16,23
    16:22
specialist 8:3,4,21
    11:20,22 12:4
    14:13 17:10,18
Specializing 8:5
specific 28:19 30:5
    38:14 39:11
specifically 95:3

speculate 49:22 50:1
speculating 9:14
Spell 22:20
spend 23:8
Spiro 9:9
split 26:10 89:1,6,25
    90:13
spreadsheet 72:1
Stacey 3:22 62:21
stack 94:1,9
staff 9:10 13:17
    16:13
standard 29:14,15
stapled 61:3
Start 78:10
stat 15:13 43:9
state 1:3,10,10 2:2
    10:17 13:5 18:12
    18:18,22,25 19:1,4
    19:8 22:12,12,16
    26:5 27:2 38:3
    40:14,14 41:3 49:1
    65:12 70:20 71:21
    73:16,19,20 74:25
    76:2,23 77:2 78:25
    79:1,1,2,4,5 86:23
    95:4 104:2
stated 104:5
statement 45:3
states 1:1 19:6 27:7,8
    27:18 28:4,21
statewide 13:24
    37:24,25 38:8,19
state's 21:4 24:22
    38:7 59:13,14
    60:25 65:22 67:4
    67:11,22 74:4,8,11
    74:22 81:14 82:7
    84:24 95:15,21
station 33:10,13,21
    34:4
statistical 13:18
status 68:11
stayed 50:10
Strangia 1:13 3:7,14
    3:15,17,19,21 4:11
    4:13,15,17 5:13,19
    5:20,24 97:2 103:1
    103:22 104:14
street 2:5,14 17:3
    103:24
Strickland 51:7,18

52:16 53:9 87:21
87:24
**STS** 79:1
**stuff** 56:16,17,18,19
64:6
**subject** 20:9,13 21:16
28:14,18 63:13
**subsequent** 61:6
**succeeding** 72:25
**such-and-such** 31:5
58:7,8,9
**sued** 49:2
**sufficient** 70:11
**suggest** 41:22
**suggestions** 43:17
**Suite** 2:9,14,20
**sum** 79:11
**summarize** 99:24
**summary** 35:5
**supervise** 13:22
**supervisor** 9:3 59:22
**support** 12:18
**suppose** 38:1
**sure** 7:11 12:14 16:16
24:15 27:14,16
36:23 39:19 50:18
58:24 62:1 69:5
73:7 76:4 80:15
83:22 84:7,15
86:21 94:7
**surprise** 51:3 53:10
53:11
**SWANSON** 1:6
**swap** 69:4
**swear** 5:11
**sworn** 5:14 104:14
**system** 10:21,24 11:1
12:20,25 55:18
68:15 71:18,20,25
72:20,23 73:8 74:7
74:13,15,20 82:10
82:23 83:6,24
**systems** 8:6

**T**

**table** 33:22,25 34:1
54:22
**take** 6:19 7:2 14:14
18:4 25:13 44:21
69:3 84:17 88:24
89:22 90:15 96:15
99:23 100:8

**taken** 1:14 7:7,9 20:8
20:12,17,22 48:16
**talk** 50:3,12
**talked** 29:1 52:8
84:16 87:2 97:5
**talking** 10:14 26:7
40:8 71:11 76:8
83:8 87:18
**taper** 40:18,24
**taper-down** 40:19
79:23
**target** 68:9,10 70:9
**targeting** 70:7
**task** 30:5
**taught** 21:16
**TDEM** 79:13
**TDEMVOT** 79:21
80:11 83:19 84:9
**Teachers** 10:24 11:1
**tech** 43:18
**technical** 12:18 20:14
20:17 21:1,5 23:20
23:21 30:2 33:2
46:22,23 47:10
**Telephone** 2:7,14
**tell** 5:18 7:6 9:15
14:12,18 23:24
24:7 25:17 28:20
31:9 33:8,8 45:1
48:9,24 54:3 57:16
72:17 73:5 76:6,9
84:2
**telling** 50:6 72:7 90:5
**tells** 35:6
**ten** 11:4 49:8,14
**tends** 57:1,2
**terms** 29:5,5 35:23
42:11
**test** 18:2
**testified** 5:15 53:5
**testimony** 1:21 103:4
**testing** 47:20
**Texas** 27:10,13 28:23
**text** 84:13
**thank** 69:15 101:11
101:13,14
**thereabouts** 45:14
**thereto** 104:6
**thing** 6:25 14:16
49:17 71:10 74:2
83:12 100:21
**things** 6:10 7:6 74:14

**think** 11:9 18:6 58:18
61:7 67:13 70:11
**third-party** 46:12,14
**Thompson** 1:6,8 2:11
**thousand** 77:7
**thread** 3:16,20 4:1,4
4:6,13,15 60:17,23
61:12,18 62:3 63:9
63:13 65:20 66:4
69:20 70:1,25
95:13
**threads** 3:18 61:11
**three** 23:12 27:18
28:8,9,21 61:17
70:1 76:2
**throwing** 73:22
**thumbnail** 17:5
**ticket** 40:25
**tie** 69:14
**tied** 24:17
**Tiger** 37:4
**time** 5:9 6:12,18,23
6:23 12:11 15:11
15:11 21:7 23:8,9
23:11 28:5,17
30:16,16 34:25
35:1 43:2 47:17
59:17 60:8 62:25
63:11 65:23 66:11
67:20,23 68:8
69:21 70:12 71:17
94:17 95:20 100:22
**times** 56:16 57:11
**title** 8:1
**today** 6:2,24 7:7
47:20,22 48:10
60:20 67:8 97:5
**told** 6:10 20:21 27:21
28:25 41:13 46:3
50:12 53:2 87:4
97:8 100:12,15,20
**top** 16:10 68:6 69:25
72:25 73:5 75:3
80:1,24
**topic** 27:24
**topics** 15:17
**top-to-bottom** 40:18
**total** 39:7,8 43:23
76:15 88:24 93:10
**totals** 58:10
**touch** 21:13
**touching** 20:9

**townhome** 23:6
**TR** 10:22
**track** 37:1,6,8,12,16
37:22 58:25
**tracked** 53:24
**tracking** 54:4,10,12
54:24 55:13,20
**Tracy** 47:5
**train** 13:17
**transcript** 7:16
101:25 102:2 103:4
104:12
**translate** 7:15
**translating** 26:20
**transmuted** 86:23
**treat** 89:24
**tremendously** 14:17
39:25
**trends** 14:5
**TREP** 79:13
**TREPVOT** 79:20
80:10 83:19
**TREP10** 79:6
**TRS** 10:22,23
**true** 12:21 13:1,7,8
13:20,25 14:5
34:11,15,19 35:8,20
36:17 37:23 38:12
42:19 61:15,20
66:2 83:23 97:1
97:18,25 98:10
99:8,19 103:3
104:11
**truncated** 76:5,7,11
84:1
**trying** 30:4
**turning** 93:6
**turnout** 39:7,9,10,14
40:13,15,15 77:16
79:21 80:3,5
**two** 3:4,18 19:24
25:22 26:6,7,12
38:5,10,11,15,18
41:2 42:5 53:6
60:11 61:3,11,12,17
64:8,18 66:2,5,15
69:12 77:7 80:12
83:18 86:5,7,10,15
86:25 87:6 88:9
94:20,22,24 98:23
99:17
**two-and-a-half** 19:11

19:12,13
**type** 43:6
**types** 29:16 56:25
72:24
**typical** 14:12,17
26:19 96:9
**typically** 30:24 52:5
52:11
**TYSON** 1:4

**U**

**uh-huh** 7:14 12:16
54:17 57:21 61:14
70:4 78:9 84:20
88:2 94:25
**Ultimately** 10:16
**uncontested** 79:17
**understand** 6:13
10:14,15 20:19
34:8 35:4 38:5
48:23,24 58:20
86:21
**understandable** 6:16
**unique** 73:23,25
**UNITED** 1:1
**university** 11:3,11
17:8 45:23,24
**upcoming** 13:10 70:7
**update** 47:12,24
**updated** 47:18 56:6
74:15
**updating** 15:5
**URISA** 18:15
**usable** 40:17
**use** 40:12 41:1 46:11
53:8 68:15 73:24
77:4 81:17 82:8
87:19 93:20
**useable** 24:2,8 70:17
82:11
**useful** 80:13 94:7
**usefulness** 93:13
**user** 36:12,20 37:10
**users** 18:17
**user's** 36:2
**uses** 71:21 76:23
**usual** 66:8 105:16
**usually** 23:12 30:21
30:23 32:14 37:14
92:17,19
**utilize** 42:23 46:7
**utilized** 98:20

Robert M. Strangia          Georgia State Conference of the NAACP, et al vs Kemp          December 18, 2017

**V**

**V** 1:14 2:3
**vacation** 14:25
**VAP** 85:8,9
**various** 18:25 34:14
    34:14
**vary** 14:17
**varying** 14:11
**verbally** 7:13,19
**verify** 17:20
**version** 47:20,21
    91:22
**versus** 81:17,17
    87:16
**vested** 11:4
**video** 3:2,3,4 5:8,10
    7:8 69:6,11,12
    96:21 97:1 101:15
    102:4,6
**Videographer** 2:24
    5:7 69:6,10,16
    96:21,25 101:15
**Videotaped** 1:13
**view** 72:20,21 83:7,7
**viewing** 97:11
**Vinings** 5:21 23:6,9
**Volume** 1:21,22
**VOT** 79:20
**vote** 26:10,18 39:13
    80:12,12 87:24
    88:1
**voted** 40:9 77:7 80:6
**VOTED10** 80:7
**VOTED2010** 77:16
**voter** 38:25 39:2,4,6
    58:10 71:8,18
    79:24,25 80:3 91:5
**voters** 25:21 39:8
    40:9 77:9,19 80:19
**votes** 26:15 40:22
    78:1,3 79:5,6,12,25
    80:9,22 87:10,12
    89:11,16,17
**voting** 13:24 25:9,16
    25:18,23,25 71:9
    85:2,6,10,14,20,23
    86:2,9 88:8,10,12
    88:14,15,25
**vs** 1:9
**VTD** 74:25 86:2,9
**VTD-TIGER** 74:24

**VTD2010** 4:8
**VTD2012** 4:9

**W**

**Wait** 16:3
**walk** 73:3
**walking** 32:14,15
    51:20
**want** 5:11 36:15 61:7
    61:25 82:9 91:14
    94:5 97:3
**wanted** 37:20 49:9
    54:7 55:13 66:6
    68:7 99:4
**wants** 31:12
**warehousing** 18:24
**Washington** 2:10,15
**way** 10:13 26:20,24
    27:1,11,18,21 31:6
    44:15 45:16 74:9
    80:4,25 81:20
    83:21 84:1 86:15
**WAYNE** 1:6
**ways** 28:4
**website** 15:4,5,20,24
    52:24,25
**week** 14:19,24 23:12
    23:13
**weekly** 9:20
**weeks** 15:6
**weight** 80:24 81:2
**weighted** 81:6
**went** 87:11,12 99:5
    99:11,16 100:25
**West** 2:5
**we'll** 69:4 74:10,11
    74:19 75:14 97:4
**we're** 7:11 15:4 26:7
    31:4 45:7,7 46:25
    47:20 48:6 58:24
    70:6,7 81:8 84:7
    87:18
**we've** 37:5 58:15
    62:6 71:10 74:3,21
    75:7 81:17 86:24
    98:8
**Whatever's** 29:13
**When's** 28:5,17
**Whiten** 3:15,19 57:17
    59:18 60:18 61:13
**Wilkes** 84:18,23
**William** 1:14 2:3

**Wilmington** 17:9
**window** 35:14,18,23
    37:7,12 97:16,19
**Windows** 12:25 13:2
**withdraw** 39:17
**witness** 2:18 5:12
    101:7,10,12,14
    104:13
**witness's** 104:8
**wondered** 68:11
**word** 7:10 72:4
**words** 40:20 53:8
    55:5 99:22
**work** 18:20 19:5 23:2
    33:10,10,12,21 34:4
    45:2 50:23 51:1
    57:1 74:10 95:20
**worked** 18:21 19:17
    22:3,6
**worker** 44:24
**working** 15:4,5 33:5
    34:19 70:6 97:25
**wouldn't** 51:16,21
    53:11 54:5,5,6 55:9
    57:6 64:2 101:2
**wrap** 96:20 97:4
**Wright** 4:3,5,7,10,17
    8:22 9:3,6 13:11
    32:17 52:9 53:5
    56:10 57:5 59:25
    65:21 66:5 68:6
    69:22 70:2 71:1
    92:7 94:17 95:14
    96:1 97:9 98:23,24
    99:7
**Wright's** 31:2,21
**writes** 70:5
**writing** 104:7
**written** 5:3 21:12
    50:19
**wrong** 22:22

**Y**

**Y** 3:22
**yeah** 15:23 24:16
    36:25 37:8 68:4
    74:25 77:6 78:13
    79:7 83:16 84:2
**year** 10:5 40:21
    60:12 67:12,12
    80:21,23 81:3,5
    86:19

**yearly** 18:3,5 48:1
**years** 11:4 18:6 19:11
    19:12,14,24 28:7,9
    28:9 38:6,11,11,15
    38:18 41:2 42:5
    45:21 47:16 49:8
    49:14 50:10 60:11
    67:13 70:10 86:5,7
    86:11,15 95:7
**York** 2:9

**Z**

**zero** 40:10
**zeroed** 78:18 79:10
**zip** 92:3,22,24 93:4,7
    93:10,17,17

**1**

**1** 81:25 82:3 93:7
    104:10
**1-9-2015** 4:7
**1:17-cv-01427-TC...**
    1:9
**10** 81:19,21 82:4,13
    83:14 85:7
**10.B** 104:18
**103** 3:9
**105** 3:10 99:12
    104:10
**11** 11:8
**11-19-2011** 3:23
**11-24-2014** 4:3
**111** 78:8 81:24,25
    84:9 87:18 99:13
**12-15-2016** 4:14
**12-18-2017** 103:25
**12-28-2016** 4:16
**12-5-2014** 4:5
**1201** 2:5
**13** 76:1
**13th** 2:14
**1401** 2:9
**15-14-37(a)** 105:2
**166** 83:23
**17th** 59:9 94:21
**18** 1:19 5:1
**18th** 5:8
**1990** 14:9
**1992** 19:15
**1994** 19:15
**1996** 11:13 14:10
    19:25 20:4 100:17

**100:23**

**2**

**2-17-2011** 3:17
**2-18-2011** 3:19
**2-24-2011** 3:21
**2-3-2012** 4:2
**2-4-2011** 3:15
**2:23** 1:19 5:2,9
**20** 103:23
**20th** 105:19
**20005** 2:10
**20005-3960** 2:15
**2005** 45:14
**2010** 13:6 37:4 57:25
    76:13 77:6,8,17,19
    77:21 78:4 79:8,14
    86:3,4 88:13
**2011** 11:8,9 57:20
    59:9 60:18 62:4,7
    62:25
**2012** 11:8 63:11,25
    64:13 91:21,22
**2014** 51:8,14 65:23
    66:7,22 70:3 71:7
**2015** 52:14 69:21
    71:2 92:8 99:13
**2016** 94:17,21
**2017** 1:19 5:1,9 96:2
    105:19
**202.654.6200** 2:15
**202.662.8391** 2:10
**21st** 66:21 92:8
**22** 50:10
**22nd** 70:3
**237** 103:24
**2745** 105:21
**285** 93:6

**3**

**3:42** 69:8
**3:56** 69:9
**30** 2:21 14:14
**30060** 103:24
**30308** 2:21
**30309-3488** 2:5
**30707** 93:7
**317** 76:20

**4**

**4** 57:20
**4:32** 96:23

Robert M. Strangia             Georgia State Conference of the NAACP, et al vs Kemp             December 18, 2017

**4:44** 96:24
**4:49** 1:19 101:16
  102:8
**40** 25:24 26:16 51:23
  51:24 87:3,11,25
  89:9,17,23
**400** 2:9
**404.261.6020** 2:22
**404.572.6828** 2:6
**47** 5:23

— **5** —
**5** 3:3,8
**5-8-2017** 4:17
**50** 40:8 99:3
**50-50** 26:11 89:6
**530** 36:5
**55** 3:13
**56.51** 93:11
**57** 3:15
**58** 3:16

— **6** —
**60** 3:18 25:23 26:14
  87:3,10,24 89:7,18
**60-40** 89:1,25
**600** 2:14
**61** 3:20
**62** 3:13,22 55:25 56:4
**63** 3:15 4:1 57:13,15
**64** 3:16 58:13,15 59:6
  59:7
**65** 3:18 4:3,4 60:14
  60:16 61:9,12
**66** 3:20 61:23 62:2
**67** 3:22 62:15,17
**68** 4:1 63:7,9 64:19
**69** 3:4 4:3,6 65:2,4

— **7** —
**7** 12:25 13:2
**7.C** 105:3
**70** 4:4 65:18,20
**700** 2:14,20
**71** 4:6 69:18,20
**72** 4:8,8 72:15,17,18
  73:4 84:18
**73** 4:9 91:18,20
**74** 4:10 91:25 92:2,2
**75** 4:13 94:13,15
**76** 4:15 95:11,13
**77** 4:17 95:24 96:1

**770-428-5801** 103:24
**785** 80:7,9

— **8** —
**8th** 96:2
**8-21-2015** 4:11
**8.B** 5:5
**86** 94:23

— **9** —
**9th** 71:1
**9,492** 93:9
**9-11-28(c)** 105:6
**90s** 95:9
**91** 4:9,10
**94** 4:13
**95** 4:15,17
**96** 23:19

Donovan Reporting, PC                                                              770.499.7499