IN THE MATTER OF

# Georgia State Conference of the NAACP, et al
# vs
# Kemp

Transcript of Deposition of

# Dan O'Connor

On December 13, 2017

*Reported by* Joel P. Moyer
*Certified Court Reporter*



DONOVAN REPORTING
& VIDEO CONFERENCING
237 Roswell Street   Marietta, GA 30060
770.499.7499   800.547.1512   FAX: 770.428.5801
‹‹‹‹www.donovanreporting.com››››

1

```
           THE UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF GEORGIA
                   ATLANTA DIVISION

GEORGIA STATE CONFERENCE OF THE NAACP,
as an organization; LAVELLE LEMON, MARLON
REID, LAURETHA CELESTE SIMS, PATRICIA
SMITH, COLEY TYSON,
        NAACP Plaintiffs,

AUSTIN THOMPSON, WAYNE SWANSON, DARRYL PAYTON,
AUDRA CUNNINGHAM, SABRINA MCKENZIE, JAMIDA
ORANGE, ANDREA SNOW, SAMMY ARREYMBI, LYNNE
ANDERSON, CORETTA JACKSON,
        Thompson Plaintiffs,

        vs.    CASE NO. 1:17-cv-01427-TCB-WSD-BBM

BRIAN KEMP, in his official capacity as
Secretary of the State for the State of
Georgia,
        Defendant.
                    - - -

          Videotaped Deposition of
               DAN O'CONNOR,

        Taken by Jon M. Greenbaum,

         Before Joel P. Moyer,
        Certified Court Reporter,

          At the Offices of
           Bryan Cave LLP,
          Atlanta, Georgia,

      On Wednesday, December 13, 2017,
  Beginning at 9:12 a.m. & ending at 12:34 p.m.


                    - - -


          Volume of Testimony
  (Exhibits Contained in Separate Volume)
               VOLUME ONE
```

Electronically signed by Joel Moyer (501-161-376-4513)          222d28fe-b3d7-4305-9def-b8e5e71276b3

1    APPEARANCES OF COUNSEL

2    For the Georgia State Conference
       of the NAACP Plaintiffs:

3
             JON M. GREENBAUM
4            JOHN POWERS
             Lawyers' Committee for
5              Civil Rights Under Law
             Suite 400
6            1401 New York Avenue, NW
             Washington DC 20005
7            202.662.8391

8            WILLIAM V. CUSTER IV
               (Via Telephone)
9            Bryan Cave LLP
             Fourteenth Floor
10           1201 West Peachtree Street, NW
             Atlanta, GA 30309-3488
11           404.572.6828

12   For the Thompson Plaintiffs:

13           ARIA C. BRANCH
               (Via Telephone)
14           Perkins Coie LLP
             Suite 600
15           700 13th Street, NW
             Washington, DC 20005-3960
16           202.654.6200

17   For the Defendant:

18           FRANK B. STRICKLAND
             Strickland Brockington Lewis LLP
19           Suite 2200
             1170 Peachtree Street, NE
20           Atlanta, GA 30309-7200
             678.347.2200

21

22

23

24
     (Continued on Next Page)
25

Electronically signed by Joel Moyer (501-161-376-4513)                222d28fe-b3d7-4305-9def-b8e5e71276b3

Dan O'Connor                 Georgia State Conference of the NAACP, et al vs Kemp                 December 13, 2017

3

```
1     For the Witness:

2             K. ALEX KHOURY
              Balch & Bingham LLP
3             Suite 700
              30 Ivan Allen Jr. Boulevard, NW
4             Atlanta, GA 30308
              404.261.6020
5
      ALSO PRESENT:
6
              David Tobelman, Videographer
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Electronically signed by Joel Moyer (501-161-376-4513)                                     222d28fe-b3d7-4305-9def-b8e5e71276b3

Dan O'Connor                Georgia State Conference of the NAACP, et al vs Kemp                December 13, 2017

4

```
1                    INDEX TO PROCEEDINGS
2                      VIDEO FILE INDEX
3        Video File One                          7
4        Video File Two                         57
5        Vide File Three                       126
6        _____
7                     EXAMINATION INDEX
8        DAN O'CONNOR
9            Examination by Mr. Greenbaum         7
10       Errata Sheet                          159
11       Certificate Page                      161
         _____
12
13                     EXHIBIT INDEX
         Plaintiff's Exhibits
14
          6   Map labeled Henry County Districts   78
15            - as passed 2015
16       38   Email thread ending with email to   128
              Dan O'Connor from Steve Henson
17            4-28-2015 (GA000026-27)
18       44   Email to David Knight from Dan      147
              O'Connor, 10-8-2015, with
19            attachments (GA000034-39)
20       45   Email to David Knight from Dan      136
              O'Connor, 10-8-2015, with
21            attachments (GA000030-33)
22       48   Email thread ending with email to    62
              Dan O'Connor from Caulder
23            Harvill-Childs, 12-14-2016
              (GA000006-8)
24
25       (Continued on next page)
```

Donovan Reporting, PC                                                770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                    222d28fe-b3d7-4305-9def-b8e5e71276b3

Dan O'Connor              Georgia State Conference of the NAACP, et al vs Kemp              December 13, 2017

5

```
 1      49    Email thread ending with email to      73
              Dan O'Connor from Caulder
 2            Harvill-Childs, 1-5-2017
              (GA000009-13)
 3
        50    Email to Gina Wright from Dan          88
 4            O'Connor, 2-1-2017 (GA000077-78)

 5      51    Email to Chuck Efstration from Dan    103
              O'Connor, 2-14-2017, with
 6            attachments (GA000014-25)

 7      52    Email thread ending with email to     119
              Dan O'Connor from Jan Jones
 8            2-24-2017 (GA000028-29)

 9      53    Email thread ending with email to     121
              Gina Wright from Dan O'Connor
10            3-16-2017, with attached Minutes
              of House Legislative &
11            Congressional Reapportionment
              Committee meeting on March 1, 2017
12            (GA000092-94)

13      55    Email thread ending with email to     124
              Alex Azarian from Gina Wright
14            6-19-2017 (GA000086-90)

15      57    Email thread ending with email to      95
              Gina Wright from Dianne Hardin
16            2-10-2017 (GA000091)

17      58    Printout from U.S. Census Bureau,     109
              Profile of General Demographic
18            Characteristics:  2000

19      59    Printout from U.S. Census Bureau,     109
              Profile of General Demographic
20            Characteristics:  2010

21      60    Email to Gina Wright, Brian           123
              Knight, and Dan O'Connor from Rob
22            Strangia, 3-24-2017 (GA000121)

23

24

25      (Continued on next page)
```

Electronically signed by Joel Moyer (501-161-376-4513)                    222d28fe-b3d7-4305-9def-b8e5e71276b3

```
 1    61     Document entitled Information        133
              Midterm Redistricting and HB 566
 2            (State House Redistricting
              Bill-2015) (GA000001-2)
 3

 4

 5

 6    (End of Index)

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Electronically signed by Joel Moyer (501-161-376-4513)                    222d28fe-b3d7-4305-9def-b8e5e71276b3

Dan O'Connor          Georgia State Conference of the NAACP, et al vs Kemp          December 13, 2017

7

1          December 13, 2017
2          9:12 a.m.
3     (Whereupon the reporter provided a written
4     disclosure to all counsel pursuant to
5     Article 8.B. of the Rules and Regulations
6     of the Board of Court Reporting.)
7          THE VIDEOGRAPHER:  We are now on
8     video record.  This is the beginning of file
9     number one.  The date is December 13th, 2017.
10    The time is 9:12 a.m.
11    DAN O'CONNOR,
12        being first duly sworn, was examined and
13        testified as follows:
14    EXAMINATION
15    BY MR. GREENBAUM:
16        Q    Good morning, Mr. O'Connor.  My name
17    is John Greenbaum.  I introduced myself to you
18    a few minutes ago.  I'm one of the lawyers for
19    the Plaintiffs in this litigation.  I'm going
20    to talk about a couple of preliminary things
21    before we get started with the substance.
22         Just so you know, you may be aware,
23    counsel may have informed you that he's in the
24    process of producing documents with respect to
25    some of your files.

8

1        A    Right.
2        Q    So we are going to come back for a
3     second session.  I get a combined maximum of
4     seven hours with you, and we'll divide it up
5     between today and when we come back.
6        A    Okay.
7        Q    Okay?
8        A    Uh-huh (affirmative).
9        Q    Have you ever had your deposition
10    taken before?
11       A    No.
12       Q    Okay.  So you may have gotten some
13    of this from your counsel in preparation for
14    this, but we'll go over some of the ground
15    rules.
16         One of the things that you notice is
17    that you're being videotaped today and, in
18    addition, that we have a court reporter here so
19    that there's a record of everything that both
20    you and I and anybody else that says that's on
21    the record.  Do you understand?
22       A    Right.
23       Q    And that a couple minutes ago you
24    had your oath taken.  Do you understand you're
25    giving your testimony under oath today?

9

1        A    Yes.
2        Q    Two of the things to remember with
3     depositions because there -- because there is a
4     paper record is that it's important that you
5     and I not speak over one another.  So far,
6     you're doing a good job of not speaking over
7     me, and I also need to do a good job of not
8     speaking over you.  Do you understand that?
9        A    Yes, sir.
10       Q    And then the other thing that you've
11    been good about is giving audible responses so
12    that we capture that on the record.  Do you
13    understand that?
14       A    Right, uh-huh.
15       Q    If I ask you a question that you
16    don't understand, please let me know, and I'll
17    try to rephrase the question so that it makes
18    better sense to you.  Do you understand that?
19       A    Uh-huh (affirmative).
20       Q    Is there any reason why your
21    deposition can't be taken today?
22       A    No.
23       Q    Okay.  All right.  So with that in
24    mind, why don't we start with, can you give me
25    your educational history beginning with

10

1     college?
2        A    I have a bachelor's degree from
3     Washington and Lee University and a master's
4     degree from the University of Virginia.
5        Q    And your master's degree from UVA is
6     in what?
7        A    Government.
8        Q    Government.  And then how about your
9     undergraduate degree?
10       A    History.
11       Q    History.  And what year did you get
12    your bachelor's?
13       A    1986.
14       Q    Okay.  And then what year did you
15    get your master's?
16       A    1991.
17       Q    Okay.  Did you have any work history
18    in between getting your bachelor's and your
19    master's?
20       A    I did.  I had two jobs in between.
21       Q    What did you do in those jobs?
22       A    I worked a year at Central Atlanta
23    Progress basically on an urban planning study
24    that was going on between 1986 and '87, and
25    then I worked for three years at the Southern

Electronically signed by Joel Moyer (501-161-376-4513)                                   222d28fe-b3d7-4305-9def-b8e5e71276b3

Dan O'Connor                    Georgia State Conference of the NAACP, et al vs Kemp                    December 13, 2017

11

1    Legislative Conference.
2        Q    Okay.  What did you do for the
3    Southern Legislative Conference?
4        A    It's a public policy research firm
5    that's part of the counsel of state governments
6    in Kentucky and basically produced a lot of
7    research on different issues:  transportation,
8    elections, public policy, things like that.
9        Q    And did you do a report related to
10   redistricting during your time there?
11       A    Not during that time.
12       Q    Okay.
13       A    But afterward, when I was in between
14   jobs.
15       Q    Okay.  And could you -- I wasn't
16   sure if it was you when I was looking this up,
17   but could you tell us a little bit about what
18   that report was?
19       A    Well, it was -- it was a report, I
20   was just doing it as a contract thing in
21   between jobs, just looking at the redistricting
22   in different southern states, just the
23   processes and history of it.
24       Q    Had you worked on redistricting
25   prior to that?

12

1        A    No, sir.
2        Q    Okay.  And what did you learn from
3    having put together that report?
4        A    I mean, I learned just, you know,
5    about the different processes that went on in
6    each state.  I mean, I haven't looked at it
7    recently.
8        Q    Okay.
9        A    And just some of the history, you
10   know, some of the legal issues that were behind
11   it up to that time.
12       Q    Okay.  Okay.  And then while you
13   were at UVA, did you do anything with respect
14   to redistricting issues while you were there?
15       A    I took a course on voting rights and
16   redistricting.
17       Q    Who taught it?
18       A    A guy named Tim O'Rourke.
19       Q    Okay.  And I know it's been a while,
20   but can you recall what was covered in that
21   course?
22       A    It was basically the history of a
23   lot of the different, you know, court cases
24   involving redistricting.
25       Q    Do you know if Mr. O'Rourke is a

13

1    lawyer?
2        A    I mean, I haven't had contact with
3    him for years.  I don't think he was.
4        Q    Okay.  All right.  And upon getting
5    your master's degree, what did you do next?
6        A    I worked basically different jobs
7    for a year here in Atlanta.  I was looking for
8    work during the '91 recession, so I worked at
9    a -- I think I remember working at a temp
10   agency for some of that time.  In fact, I think
11   for most of that time.
12       Q    Okay.
13       A    For basically '91 till like summer
14   of '92.
15       Q    And then what happened in summer of
16   '92?
17       A    I got a job offer with the South
18   Carolina House of Representatives.
19       Q    And to do what for the South
20   Carolina House of Representatives?
21       A    It was basically doing a legislative
22   update during their sessions and, you know,
23   helping with any research questions people
24   might have or legislators might have.
25       Q    How long did you do that?

14

1        A    For about three-and-a-half years.
2        Q    During that time, did you work on
3    any issues related to redistricting or
4    reapportionment?
5        A    No, huh-uh.
6        Q    Did you work on any issues having to
7    do with voting, voting rights?
8        A    No.  It was basically just
9    summarizing bills and helping with speeches.
10   But, no, I wasn't active in redistricting in
11   that.
12       Q    Okay.  And then at the end of that
13   three-and-a-half years, what did you do next?
14       A    I got a job with Ayers & Associates
15   polling firm.
16       Q    What -- and what were -- what did
17   you do for Ayers & Associates?
18       A    I did analysis of polling data for
19   different races they were looking at.
20       Q    Were there -- was there anything
21   particular with -- that you looked at with
22   respect to candidates or issues?  Did you
23   specialize in anything while you were there?
24       A    Basically, it was just, you know, we
25   would be looking at data and making

Donovan Reporting, PC                                                                    770.499.7499

Dan O'Connor          Georgia State Conference of the NAACP, et al vs Kemp          December 13, 2017

15

1   recommendations, like if you were running
2   better or worse in a, you know, maybe a certain
3   area, certain county, things like that.
4       Q    Okay.  So did -- so was Ayers &
5   Associates, was most of their work on behalf of
6   candidates for office?
7       A    Most of it.
8       Q    Okay.  And so you were helping with
9   doing the polling and making recommendations on
10  the polling?
11      A    Well, it wasn't doing the polling
12  per se.  It was analyzing.
13      Q    Analyzing?
14      A    You know, a firm will -- you know, a
15  company will, you know, do the polling results,
16  and they will send them -- you know, they'll
17  send you the answers, and then you analyze
18  them.  So I wasn't actually making the polling
19  calls, if that's what you mean.
20      Q    Okay.  And was this work
21  concentrated in any particular geographic
22  areas?
23      A    As I remember, it was basically -- I
24  think it was basically in the south.
25      Q    Was any of the work in Georgia that

16

1   you can recall?
2       A    I think the Millner Senate race,
3   1996.
4       Q    Okay.  And I can't remember at that
5   time because didn't Mr. Miller at one time
6   switch between the Democratic and the
7   Republican party?
8       A    Are you talking about Zell Miller or
9   Guy Millner?
10      Q    Oh, okay.  I had the wrong
11  candidate.  I might have had the wrong
12  candidate.  I was thinking of Zell.
13      A    Yeah.  Zell was the governor, and
14  then Guy Millner with an N --
15      Q    Okay.
16      A    -- as opposed to an L, was the
17  Republican.
18      Q    Okay.
19      A    But he never switched parties.
20      Q    Okay.  During that, during that
21  time, do you recall doing any polling with
22  respect to African-American voters?
23      A    In what sense?
24      Q    Well, let's take Mr. Millner's race
25  in terms of how Mr. Millner was polling among

17

1   African-American voters.
2       A    I'm sure we looked at that, yeah,
3   uh-huh.
4       Q    You don't have any specific
5   recollection of that?
6       A    No, huh-uh.
7       Q    Okay.  And so you were at Ayers &
8   Associates until what time?
9       A    Just for a year.
10      Q    Okay.  And that, and that was around
11  1996?
12      A    Yeah, just during '96.  Right.
13      Q    And then after your job at Ayers,
14  what did you do next?
15      A    I worked at basically some temp jobs
16  for about a year after that, and then I got a
17  job with the Millner for Governor campaign, the
18  second one, 1998.
19      Q    Okay.  And that's Millner with an N?
20      A    Yeah.  I think M-I-L-L-N-E-R.
21      Q    Okay.  And what was your role with
22  respect to that campaign?
23      A    It was basically producing issue
24  information for the candidate about, you know,
25  he would want a public policy briefing on maybe

18

1   transportation, tax reform, the budget,
2   education, also looking at, you know, past
3   data, how counties have voted, things of that
4   nature.
5       Q    So part of the job was looking at
6   electoral history of counties?
7       A    Uh-huh (affirmative), or of the
8   state, yes.
9       Q    Or of the state?
10      A    Not necessarily every county.
11      Q    Okay.  How did Mr. Millner do in
12  that race?
13      A    In 1998?
14      Q    Yes.
15      A    He lost by -- I think it was about
16  eight points.
17      Q    In the general election?
18      A    In the general, uh-huh
19  (affirmative).
20      Q    During that time, were you looking
21  at all with respect to how Mr. Millner polled
22  among African-American vote, voters?
23      A    I don't remember that.  I never
24  really looked at polling data with them.  That
25  wasn't really my task there.

Donovan Reporting, PC                                          770.499.7499

Dan O'Connor                   Georgia State Conference of the NAACP, et al vs Kemp                   December 13, 2017

19

1    Q    Did you look at all at the history
2  of how past Republican candidates had done
3  among African-American voters?
4    A    No.
5    Q    Okay.  All right.  So we're up to,
6  up through 1998 now.  What did you do next?
7    A    Well, the campaign ended in a loss,
8  so it was time to find work.  After that, I got
9  a temporary job with the Metro Atlanta Chamber
10  of Commerce, which is now I think called the
11  Metro Atlanta Chamber.
12    Q    Okay.  What did you do for them?
13    A    Basically, I was hired to work on
14  the -- their education reform task force.  At
15  the time when Roy Barnes was governor,
16  education reform was a big package there, and
17  they were trying to get involved to support the
18  initiatives.
19        So they basically hired me to, you
20  know, produce memos, go to different task force
21  meetings, and, you know, see what some of the
22  issues were being discussed there.
23    Q    How long did you do that?
24    A    About nine or ten months.
25    Q    And then what did you do next?

20

1    A    Then I got a job at the State
2  Republican Party.
3    Q    What was your role -- and this was
4  around 1999?  2000?
5    A    2000.
6    Q    For the 2000 election?
7    A    Well, 2000 and beyond, uh-huh
8  (affirmative).
9    Q    Okay.  How long did you work for the
10  State Republican Party?
11    A    About five years.
12    Q    Five years.  And when you first
13  worked for the State Republican Party, what was
14  your position?
15    A    It was more a temporary position.
16  It wasn't a permanent position at that time.  I
17  think that came a year later.
18    Q    Okay.  In the temporary position
19  that first year, what did you do?
20    A    Well, as I remember, what I did for
21  the party was like there were maybe some
22  districts they were looking at.  I would, you
23  know, look at -- maybe do a report on the, on
24  the district like demographics, precincts,
25  things of that nature.

21

1    Q    And when you say districts, are you
2  talking congressional districts, State Senate
3  districts, State House --
4    A    It would be state legislative
5  districts, not congressional.
6    Q    When you looked -- you mentioned the
7  demographics being part of it.  Did part -- was
8  part of looking at the demographics looking at
9  the racial demographics?
10    A    Of a district?  That was part of it,
11  uh-huh (affirmative).
12    Q    Was there, was there an
13  understanding that the racial demographics
14  might protect -- might affect how well a
15  Republican candidate may perform?
16    A    I mean, nobody mentioned that to me.
17    Q    Is that something that you observed?
18    A    I mean, I don't remember.  It was,
19  you know, 17 years ago.
20    Q    Okay.  What, other than racial
21  demographics, what other demographics did you
22  look at?
23    A    Well, you might look at political
24  performance, would be another thing.  And
25  sometimes people might want, you know, features

22

1  of the district, like is there a military base,
2  you know, major employers, things like that.
3    Q    Did you perform any sort of written
4  analyses that -- for these analyses?
5    A    Well, I would do, you know,
6  briefings of a few pages just looking at
7  districts.
8    Q    Tell me, how would you -- how would
9  you determine political performance?
10    A    Well, look at, you know, past
11  elections maybe, you know, like past two
12  elections before then.
13    Q    In terms of racial demographics,
14  what metrics did you look at?  Did you look at
15  census data, for example?
16    A    Trying to recall.  I mean, it's been
17  a while.  I mean, I don't -- I don't know if it
18  was census data.  It could have been voter
19  registration, but I'm just not sure.
20    Q    And when you refer to voter
21  registration, is it your understanding that
22  Georgia maintains voter registration and voter
23  turnout data by race?
24    A    Yes, uh-huh.
25    Q    And that -- but Georgia does not, in

Dan O'Connor          Georgia State Conference of the NAACP, et al vs Kemp          December 13, 2017

23

1    terms of its voter registration and voter
2    turnout data, ask voters to identify by party;
3    correct?
4        A    Correct, right, yeah.  We've never
5    had party registration.
6        Q    Now, the one thing -- that one thing
7    you can do is you can look at how Republican
8    and Democratic candidates perform at the
9    precinct level; correct?
10       A    Yes, uh-huh.
11       Q    Did you -- did you have a means then
12   of looking at Republican performance at any
13   unit lower than the precinct level?
14       A    No, huh-uh.
15       Q    Today, to the extent that you look
16   at partisan performance, do you have data that
17   allows you to see partisan performance at a
18   unit lower than the precinct level?
19       A    Well, our data has, I mean, census
20   blocks.
21       Q    How does -- how do you -- how are
22   you able to analyze partisan performance by
23   census block?
24       A    By census block?  Well, that's more
25   difficult because that best represents a

24

1    estimate.  So really, the precinct's the only
2    level you can get an, you know, really official
3    count of the area.
4        Q    Okay.  Now, with race, you are able
5    to look at racial data, at least census level
6    racial data, down to the precinct block level;
7    correct?
8        A    Correct, uh-huh.
9        Q    All right.  So you mentioned that
10   you spent five years with the State Republican
11   Party.  The first year was in a temporary
12   position.
13       A    Uh-huh (affirmative).
14       Q    When -- after that first year, what
15   was your role with the State Republican Party?
16       A    In 2000 -- well, in 2001, it became
17   permanent, and part of it was observing the
18   redistricting process for the first year.
19   After that, it was more, you know, doing, you
20   know, various reports of districts.
21       Q    When you say "observing the
22   redistricting process," what do you mean
23   specifically?
24       A    Well, I would go down to the, you
25   know, meetings and just monitor what was going

25

1    on there.
2        Q    Now, at that time, Georgia had a
3    Democratic governor; correct?
4        A    Correct, uh-huh.
5        Q    And was it also the case that
6    Georgia had a Democratic majority in both the
7    State Senate and the State House?
8        A    Correct.
9        Q    So Republicans were in a position
10   where they really had very limited control of
11   the redistricting process at that time; is that
12   correct?
13       A    Correct.
14       Q    So other than attending meetings,
15   what else did -- what else did you do with
16   respect to the redistricting that took place in
17   2001?
18       A    Oh, in addition to just going down
19   there?
20       Q    Yes.
21       A    Well, monitor, let the -- let the
22   staff know, you know, what was going on there,
23   what the different proposals were.
24       Q    Did the Republicans present, or
25   State House, 2001 -- did the Republicans

26

1    present proposals of their own?
2        A    I believe they did in the House,
3    yes.
4        Q    Were you involved at all in the
5    creation of those proposals?
6        A    No.
7        Q    So those proposals didn't reflect
8    your input in any way?
9        A    Correct, uh-huh.
10       Q    Okay.  So you mentioned that in the
11   2001 time frame, you were observing the
12   redistricting process?
13       A    Uh-huh (affirmative).
14       Q    What else were you doing for the
15   party during that time frame?
16       A    During?
17       Q    The 2001 time frame.
18       A    I mean, it was basically that.  And
19   then, I mean, that was, that was a lot of the
20   time.  I mean, I don't remember specifically
21   what else.  I might have been looking at, you
22   know, other districts and --
23       Q    You mentioned doing analysis of
24   districts.  At what point did you start
25   analyzing legislative districts?

Donovan Reporting, PC                                                    770.499.7499

27

1    A    You know, when I first got to the
2  party in 2000.
3    Q    Okay.  After that 2000 period of
4  time, did you start analyzing districts again
5  once the districts were redrawn?
6    A    In 2002, yeah, not in 2001 because
7  we didn't have anything.
8    Q    And who would -- who was it that
9  would ask you to do an analysis of districts?
10  Would particular members ask you to do it?  Did
11  somebody in the party ask you to do it?
12    A    Oh, it would be the party.
13    Q    Okay.
14    A    Uh-huh (affirmative).
15    Q    And what is it that they would ask
16  you to analyze?
17    A    Just a report of the district like
18  the geography and the politics of it.
19    Q    And would you typically come up --
20  would you typically write some sort of memo, or
21  what, what, what would your end product
22  typically end up looking like?
23    A    A report probably of a few pages.
24    Q    Would you look at all in this report
25  at the racial demographics of the district?

28

1    A    Yes, uh-huh.
2    Q    Why is it that you would look at the
3  racial demographics?
4    A    Just, you know, you know, people
5  might want to know that, just to give a total
6  thing of the population, the demographics.
7    Q    Did you have any sense that the
8  racial demographics -- racial demographics had
9  any correlation to how particular candidates
10  would perform?
11    A    I'm not sure.
12    Q    Would the racial demographics be
13  sort of a standard part of each one of these
14  analyses that you would do?
15    A    Well, I mean, the focus would be on
16  the, you know, precincts, just looking at how
17  they had voted, not necessarily the
18  demographics.
19    Q    Okay.  Would you, would you talk at
20  all about what the racial demographics of the
21  district were?
22    A    I mean, it could come up.  I mean, I
23  don't recall specifically in each instance.
24    Q    But was a typical part of your
25  report that you would put in something about

29

1  what the racial demographics of the district
2  were?
3        MR. KHOURY:  Object to the form.
4  You can answer the question.
5    A    I'm sorry.  What?
6    Q    Was it a standard part of the
7  reports that you would do that you would
8  indicate what the racial demographics of the
9  district were?
10    A    Yes.
11    Q    All right.  And that's something
12  that you did during the 2002 election cycle?
13    A    Well, 2002, uh-huh (affirmative).
14    Q    Okay.  What else during the 2002
15  election cycle were you doing for the party at
16  the time?
17    A    I may have -- basically general
18  research data.
19    Q    Can you give me an example of what
20  general research might have included?
21    A    I mean, it's been 15 years.  I mean,
22  generally, it would be, you know, just
23  collecting data, population, things of that
24  nature.
25    Q    Were you considered to be -- strike

30

1  that.
2        Was there anybody else to your
3  knowledge, other than you, that was doing this
4  sort of work for the Georgia Republican Party?
5    A    No.
6    Q    Was it understood that you were sort
7  of the guy with the Georgia Republican Party
8  that people would look to to understand how
9  particular districts would perform?
10    A    Yes, uh-huh.
11    Q    Going back to the introductory part
12  of the deposition, in preparation for the
13  deposition today, did you speak to anybody
14  other than Mr. Khoury about the deposition?
15    A    And Mr. Strickland?
16    Q    And Mr. Strickland?
17    A    No.  I mean, speaking -- you mean
18  other than people here today?  No, huh-uh.
19    Q    So you spoke to Mr. Khoury and
20  Mr. Strickland both about the deposition?
21    A    Well, they were -- they were there
22  yesterday.
23    Q    Okay.  So Mr. Strickland -- so, so
24  you met with Mr. Khoury and Mr. Strickland
25  yesterday about the deposition?

Electronically signed by Joel Moyer (501-161-376-4513)                                    222d28fe-b3d7-4305-9def-b8e5e71276b3

Dan O'Connor                Georgia State Conference of the NAACP, et al vs Kemp                December 13, 2017

13 (Pages 31 to 34)

---

31

1    A    Correct, uh-huh.
2    Q    And roughly how long did you meet?
3    A    Probably about two, two-and-a-half
4 hours.
5    Q    During the course of that
6 two-and-a-half hours, did you look at any
7 documents?
8    A    We -- you know, he showed some
9 documents that they had been looking at, uh-huh
10 (affirmative).
11    Q    Did you bring any of those documents
12 with you today?
13    A    No, huh-uh.
14    Q    Were any of those documents emails?
15    A    Yes, uh-huh.
16    Q    Were any of those documents emails
17 that you had drafted?
18    A    Yes, uh-huh.
19    Q    We are going to be going through
20 some emails that you drafted during the course
21 of the day today, and I might ask you whether
22 this was a particular document that you looked
23 at yesterday.
24    A    Uh-huh (affirmative).
25    Q    Okay?

---

32

1    A    Okay.
2    Q    Other than Mr. Khoury and -- your
3 meeting with Mr. Khoury and Mr. Strickland
4 yesterday, have you spoken to anybody else
5 about the deposition?
6    A    No, huh-uh.
7    Q    And other than the documents that
8 you looked at during your meeting with
9 Mr. Khoury and Mr. Strickland, have you looked
10 at any documents in preparation for your
11 deposition today?
12    A    No, huh-uh.
13    Q    All right. So now we're going back
14 to your work for the State Republican Party.
15 We're at 2002.
16    A    Uh-huh (affirmative).
17    Q    And we're through the 2002 election
18 cycle.
19    A    Uh-huh (affirmative).
20    Q    After the 2002 election cycle, what
21 were you next engaged in for the State
22 Republican Party?
23    A    Well, 2003 is usually a slower year,
24 you know, because it's an off-year cycle. I
25 don't remember specifically what we were doing

---

33

1 that year.
2    Q    Okay. Now, there was some
3 litigation involving legislative districts in
4 Georgia. Did you have any role at all in terms
5 of that litigation?
6    A    In -- I mean, I went to the
7 meetings, but I wasn't, you know, involved in
8 the actual litigation, no.
9    Q    What do you mean by you went to the
10 meetings? Meetings of whom?
11    A    Well, I meant I went to the trial
12 that was taking place.
13    Q    Okay. So you went to --
14    A    I just went as an observer for the
15 party.
16    Q    You went to -- you went to sessions
17 in court?
18    A    Sessions in court, correct, yeah.
19    Q    Other than that, did you -- did you
20 have any role with respect to that
21 redistricting litigation?
22    A    No.
23    Q    Okay. So I know it's been almost 15
24 years. Can you recall, other than attending
25 these trial hearings, what it was you were

---

34

1 doing for the Republican party in the 2003 time
2 frame?
3    A    No.
4    Q    Okay. How about for 2004?
5    A    2004 would have been more reports on
6 districts.
7    Q    And these were similar to the
8 reports that you had done in 2002?
9    A    Yes.
10    Q    And then 2005.
11    A    Uh-huh (affirmative).
12    Q    You mentioned that you worked for
13 the State Republican Party for five years and
14 you started around 2000.
15    A    Uh-huh (affirmative).
16    Q    Did you make a transition in 2005,
17 or was it before or after that?
18    A    In 2005, yes, uh-huh.
19    Q    And what did you transition to in
20 2005?
21    A    To the redistricting office.
22    Q    And who was working in the
23 redistricting office at that time?
24    A    I mean, how many people or the
25 specific --

---

Donovan Reporting, PC                                                    770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                                    222d28fe-b3d7-4305-9def-b8e5e71276b3

Dan O'Connor                Georgia State Conference of the NAACP, et al vs Kemp                December 13, 2017

35

1     Q    Well, let's start with -- okay.  Was
2  there an executive director for that office?
3     A    Oh, yes, uh-huh.
4     Q    And who was that at the time?
5     A    Shantée El.
6     Q    And then do you recall if
7  Mr. Strangia was in the office at that time?
8     A    He was there, uh-huh (affirmative).
9     Q    And how about Ms. Wright?
10    A    She was there.
11    Q    And do you recall what
12 Mr. Strangia's role was at the time?
13    A    He's basically our GIS, geographic
14 information specialist, there, so he keeps the
15 software going.
16    Q    Does he draw any maps?
17    A    No, huh-uh.
18    Q    With respect to the data that might
19 go into the system, is he responsible for
20 getting the data into the system?
21    A    Yeah.  That's basically his role,
22 right, uh-huh.
23    Q    Okay.  And what was Ms. Wright's
24 role at the time?
25    A    She, you know, basically -- I mean,

36

1  I'm trying to remember because it's 12 years
2  ago.  But she basically, you know, probably
3  helped with map production, things of that
4  nature.
5     Q    Now, we were talking before that
6  at -- during the 2001 time frame, Georgia, the
7  governor was Democrat, and the majority in both
8  parties were Democrat; correct?
9     A    Correct.
10    Q    By 2005, it had completely turned
11 around, and the governor was Republican, and
12 the majority in both parties were -- in both
13 houses were Republican; correct?
14    A    Correct, uh-huh.
15    Q    And Georgia actually, during that
16 whole period of time, the districts were being
17 changed for at least some of the bodies in
18 Georgia, including the State House; correct?
19    A    In -- I think that was in 2006.
20    Q    In 2006?
21    A    Uh-huh (affirmative).
22    Q    And what role, if any, did you have
23 in the 2006 redistricting for the State House?
24    A    We -- I was involved in a couple of
25 the districts that were being adjusted.

37

1     Q    Who was it that was adjusting the
2  districts?
3     A    You mean -- you mean what members
4  were affected?
5     Q    Well, let's start with, was this
6  something that the -- a court was doing or that
7  the legislators were doing?
8     A    Oh, the legislators were doing.
9     Q    Okay.  Now, my -- is it the case
10 that one of the things that happened in the
11 2001 redistricting is that House districts,
12 some or all of them, became multi-member
13 districts; is that correct?
14    A    Correct.
15    Q    And one of the things that happened
16 as a result of the court case and decisions
17 after that is that the multi-member districts
18 were disbanded; is that correct?
19    A    That's correct.
20    Q    And were you involved at all in the
21 process of determining how to get to a system
22 of -- from a system of multi-member districts
23 to a system of single-member districts?
24    A    You mean in 2001?
25    Q    Well, at what point did Georgia go

38

1  from having multi-member districts to
2  single-member districts?
3     A    Well, in the Larios case in 2004,
4  the court drew single-member districts for the
5  House.  Of course, the Senate by the state
6  constitution has to be single-member districts.
7  So when the court drew the format, they drew
8  single-member districts.
9     Q    Okay.  And then the Georgia
10 legislature between 2004 and 2006 made changes
11 to that single-member district plan for the
12 State House?
13    A    A few changes, correct.
14    Q    And what role, if any, did you have
15 in those changes?
16    A    I had a role in a few of the
17 districts that were being changed.
18    Q    And what was -- strike that.
19       In terms of any of the districts you
20 worked on, was one of the aims to make those
21 districts perform better for Republican
22 candidates?
23    A    No.
24    Q    No?
25    A    No, huh-uh.

Electronically signed by Joel Moyer (501-161-376-4513)                                222d28fe-b3d7-4305-9def-b8e5e71276b3

Dan O'Connor        Georgia State Conference of the NAACP, et al vs Kemp        December 13, 2017

**Page 39**

1    Q    Okay.  All right.  With respect to
2  those districts, what sort of analysis -- that
3  you worked on, what sort of analysis did you
4  do?
5    A    Well, it was basically the districts
6  I worked on were down in the St. Simons-Sea
7  Island area between Roger Lane and Jerry King.
8    Q    Now, at some point, Mr. Lane became
9  head of the House Reapportionment Committee; is
10  that correct?
11    A    Correct, uh-huh.
12    Q    Was he head of the House
13  Reapportionment Committee at the time?
14    A    I don't believe so, no, huh-uh.
15    Q    Other than the districts involving
16  Mr. Lane and Mr. King, did you work on the 2006
17  redistricting?
18    A    No.
19    Q    And what was -- in 2005 when you
20  came to the Reapportionment Office, what was
21  your role?
22    A    It was just whatever the others -- I
23  mean, I was the, obviously the least senior
24  member there, so whatever the members, you
25  know, the staff requested, whether it was maps,

**Page 40**

1  people asking, you know, questions on
2  districts, things like that.
3    Q    So as part of that, you worked on
4  actually drawing maps yourself?
5    A    In the 2 -- yeah, the 2006 House
6  redistricting, uh-huh.
7    Q    Had you drawn -- had you drawn maps
8  prior to the 2006 House redistricting?
9    A    No, huh-uh.
10    Q    Okay.  And you mentioned before that
11  you worked on districts in the St. Simons area.
12    A    Uh-huh (affirmative).
13    Q    Did you do any map drawing in the
14  2006 for the 2006 House redistricting other
15  than in the St. Simons area?
16    A    No, huh-uh.
17    Q    So the maps get drawn for the 2006
18  election.  What did you do at that point after
19  the maps were drawn?
20    A    After that point, it probably was
21  just, you know, when people wanted, you know,
22  maps drawn, I would run those off.
23    Q    You would print the maps?
24    A    Print maps, right, like you see
25  here.

**Page 41**

1    Q    And at a certain point in time, did
2  your role change, or did you come up with a
3  niche within the office?
4    A    No.  It basically stayed the same.
5    Q    From 2005 until when did it stay the
6  same?
7    A    It's basically always been, you
8  know, production of maps of the state and
9  congressional level and then helping with, you
10  know, any, any requests members may have.
11    Q    Have you been a member or a staff
12  member of the Reapportionment Office for the
13  whole time since 2005 without interruption?
14    A    There was a break of about
15  two-and-a-half years, 2008 to '11, where I was
16  just with the House research office.
17    Q    And what was your role or what did
18  you do when you were in the House research
19  office?
20    A    I worked mainly as a staff assistant
21  for the natural resources and environment
22  committee.
23    Q    Was the timing of your return to the
24  House Reapportionment Office -- strike that.
25    Was the timing of your return to the

**Page 42**

1  Georgia Reapportionment Office, did it
2  correlate with the post-2010 redistricting
3  cycle?
4    A    Yes.
5    Q    Was there -- so when you came back,
6  was there a particular person that you
7  replaced, or were you just added onto the
8  existing team?
9    A    Added onto the existing team.
10    Q    And between the time you left in
11  2008 and the time you came back in 2011, were
12  there other staff changes to that office?
13    A    There was one person named Blake
14  Tillery who was there, and I think he left
15  during that time.
16    Q    Okay.  Was anybody added?
17    A    Well -- oh, well, Shantée El left,
18  and then Jimmy McDonald became new executive
19  director in place of Shantée.
20    Q    Was there anybody that asked you to
21  come back to go work for the Reapportionment
22  Office again?
23    A    I mean, I don't, don't remember
24  specifically.  I think it was just whatever
25  the, you know, speaker's office wanted me to

Donovan Reporting, PC        770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)        222d28fe-b3d7-4305-9def-b8e5e71276b3

Dan O'Connor                Georgia State Conference of the NAACP, et al vs Kemp                December 13, 2017

43

1    do.
2        Q    So your understanding is that the
3    speaker's office played a role in getting you
4    reassigned back to the Reapportionment Office?
5        A    Yes, uh-huh.
6        Q    Okay.  Is it your understanding that
7    the speaker's office made that decision?
8        A    I can't say for sure.
9        Q    Okay.  Had you known Mr. McDonald
10   prior to going to work for the second time for
11   the Reapportionment Office?
12       A    No, huh-uh.
13       Q    Okay.  All right.  For the 2011
14   redistricting, what role -- for the House,
15   State House, what role, if any, did you play in
16   that?
17       A    I would be at meetings with members.
18   We would -- we would basically have meetings in
19   our office with members of various, sometimes
20   individually, sometimes with counties, and try
21   to, you know, work on maps for their areas.
22       Q    Were any of these meetings with
23   Democratic members?
24       A    Don't recall.
25       Q    Do you recall meeting with

44

1    Republican members?
2        A    Yes.
3        Q    And were some of the meetings with
4    Republican members in groups?
5        A    Some were in groups, uh-huh.
6        Q    Do you recall any meetings with the
7    speaker?
8        A    No.
9        Q    Do you recall any meetings with the
10   head of the House redistricting committee?
11       A    Any meetings in terms of?
12       Q    To go over maps with the head of the
13   House redistricting committee?
14       A    Well, he would, he would sit in on a
15   lot of our meetings if -- you know, meetings
16   with members.
17       Q    Okay.  And who -- and who was the
18   head of the House redistricting committee at
19   the time?
20       A    Roger Lane.
21       Q    Okay.  Would -- strike that.
22            In these meetings with House members
23   that sometimes included Mr. Lane, who on staff
24   would typically be in those meetings?
25       A    I mean, it could vary.

45

1        Q    Did you ever meet with them alone?
2        A    I don't recall.
3        Q    Was Ms. El ever at these meetings?
4        A    I don't remember her being at those,
5    but I'm not -- trying to remember if she was
6    there at that time, what time when she left,
7    so.
8        Q    How about Mr. McDonald, would he
9    typically be there?
10       A    Oh, he would be in the meetings,
11   yes.
12       Q    Would Ms. Wright be there?
13       A    Ms. Wright?
14       Q    Yes.
15       A    Some of them.
16       Q    Were there any other meeting --
17   members of the staff that would be at some or
18   most of those meetings?
19       A    Well, we had Brian Knight.  He could
20   have been, but I can't say for sure.
21       Q    Anybody else?
22       A    No, huh-uh.
23       Q    And where would these meetings
24   typically take place?
25       A    In the conference room of the

46

1    office.
2        Q    During the course of these meetings,
3    would there -- would you actually look at maps
4    during the meetings?
5        A    Yes.
6        Q    Was the software on a laptop so that
7    districts could be drawn on the spot?
8        A    Yes.
9        Q    Was -- would that be sort of a
10   standing operating procedure that, that you'd
11   meet with a member or members and you'd draw
12   districts on the spot?
13       A    Yes, uh-huh.
14       Q    Were the maps that were drawn, would
15   they typically be saved?
16       A    Yes, uh-huh.
17       Q    And how would they be saved?
18       A    Well, it would be saved on our
19   Maptitude programming.
20       Q    Okay.  Would there be -- would there
21   be a system where there would be a particular
22   file for each member?  Or how, how would it be
23   organized so that somebody, somebody in your
24   office would know where to find maps that had
25   been saved?

Donovan Reporting, PC                                                           770.499.7499

Dan O'Connor                Georgia State Conference of the NAACP, et al vs Kemp                December 13, 2017

47

1    A    They would be saved by their
2    district number.
3    Q    And how about -- these are
4    individual maps.  What about the drafts of the
5    plan as a whole?  Would there be a certain file
6    folder that those would go into?
7    A    Yeah, and I think Ms. Wright worked
8    more in terms of the statewide ones.  So there
9    would be a folder for the statewide one, yeah,
10   uh-huh.
11   Q    Okay.  And is it your understanding
12   that those would go into Mr. Lane's folder?
13   A    I can't say for sure.
14   Q    Okay.  And during these meetings,
15   would you ever be the one drawing the maps?
16   A    In some instances.
17   Q    Was -- would Mr. McDonald ever be
18   the one drawing the maps?
19   A    Usually not, huh-uh.
20   Q    How about Ms. Wright?  Would she
21   ever be the one drawing the maps?
22   A    Yes.
23   Q    And Mr. Knight, would he ever be the
24   one drawing the maps?
25   A    He generally was not involved on the

48

1    House ones.  He was on the Senate ones.
2    Q    So other than you and Ms. Wright,
3    can you think of anyone else who would
4    typically be drawing the maps in these
5    meetings?
6    A    No, huh-uh.
7    Q    And in terms of division of labor
8    for the House, was -- within the office, would
9    it be fair to say that most of the labor was
10   divided up between you and Ms. Wright?
11   A    Yes, uh-huh.
12   Q    And, and between the two of you, was
13   there a division of labor in terms of one of
14   you worked on sort of portions of the state and
15   one of you worked on other portions of the
16   state?
17   A    I don't think there was any
18   particular order to that.  I should mention one
19   other thing.  We did have I think temporary
20   staff.  Kade Cullefer was there too, and I
21   forgot to mention him.  He was involved in some
22   of the House districts too.
23   Q    Okay.
24   A    As a temporary staff.
25   Q    As a temporary staff?

49

1    A    Uh-huh (affirmative).
2    Q    So if there was a meeting that both
3    you and Mr. Cullefer were in with House
4    members, would one of you typically be the one
5    who would be drawing the maps in those
6    meetings?
7    A    I mean, it, it could vary.
8    Q    That sometimes would be you
9    sometimes would be him?
10   A    Correct, uh-huh.
11   Q    With respect to Gwinnett County, did
12   you have any role in terms of the map drawing
13   for House districts in Gwinnett County in 2011?
14   A    I don't recall specifically.
15   Q    Do you know if anybody on staff had
16   any special role with respect to Gwinnett
17   County?
18   A    In terms of special, not that I know
19   of.
20   Q    Okay.  How about with respect to --
21   A    Oh, I'm sorry.  I'll have to get
22   that.  I apologize for that.  Sorry.  Apologize
23   for that.
24   Q    Yes, sir.  That's okay.  How about
25   with respect to Henry County?  Did you have any

50

1    role in terms of the districts that were being
2    drawn in the Henry County area?
3    A    I don't recall specifically on that
4    now.
5    Q    Do you recall whether you -- strike
6    that.
7         Is there any area of the state that
8    you can recall taking a particularly
9    significant role with respect to the drawing of
10   the maps for the 2011 redistricting?
11   A    I would say the Augusta area -- the
12   Augusta area, Fulton County.  Trying to think
13   of others.  I mean, those are the two that come
14   to mind.
15   Q    What was your understanding of what
16   the aims of Mr. Lane were with respect to the
17   redistricting?
18   A    Is that -- well, his aims were to
19   get a redistricting plan, you know, through the
20   legislature that would, you know, meet the one
21   vote -- one man, one vote requirements and
22   comply with the Voting Rights Act.
23   Q    Did he have any particular desire in
24   terms of making sure that the State House
25   remained in control of Republicans?

Donovan Reporting, PC                                                    770.499.7499

Dan O'Connor          Georgia State Conference of the NAACP, et al vs Kemp          December 13, 2017

18 (Pages 51 to 54)

51

1     A    He never mentioned that to me,
2  huh-uh (negative).
3     Q    All right.  Did you have an
4  understanding that one of the aims of the
5  Republican party in the 2011 redistricting was
6  for Republicans to remain in control of the
7  House?
8     A    Did he mention that?
9     Q    No.  I'm saying generally, did you
10 have an understanding that the aim of the
11 Republican party in Georgia or an aim of the
12 Republican party in Georgia was to -- was to
13 retain Republican control of the State House?
14    A    Well, I mean, no one specifically
15 would say that, no.
16    Q    But you understood that that was
17 part of your -- part of the job in terms of the
18 redistricting plan is to make sure that
19 Republicans maintained control; correct?
20    MR. KHOURY:  Object to the form.
21    A    Well, I mean, I was just following,
22 you know, what I was told to do there.  I mean,
23 nobody told me specifically told me that.
24    Q    So are you saying you didn't
25 understand that one of your roles was to make

52

1  sure that Republicans maintained control of the
2  House?
3     A    That was one of my roles?  I mean,
4  yes, uh-huh.
5     Q    So you understood that one of the
6  aims was, was in the end to create a plan that
7  would not only satisfy legal requirements get
8  passed, but would also maintain Republican
9  control of the House?
10    MR. KHOURY:  Object to the form.
11    A    I mean, I mean, that would be an
12 assumption.  Again, nobody specifically came up
13 to me and said, you know, you've got to do this
14 to do that.
15    Q    But did you understood that that
16 was --
17    MR. STRICKLAND:  Okay.  Objection.
18 Asked and answered.
19    MR. GREENBAUM:  Look, the judge
20 has -- the judge has very clear rules on when
21 objections can be made.  He hasn't answered my
22 question.  He has -- he's saying that nobody
23 ever told him, but I'm asking him did he have
24 an understanding.
25    And it may be that nobody said the

53

1  words, you have to do this.  But I'm asking him
2  did he have an understanding that one of the
3  aims of the Republicans in 2011 was to pass a
4  plan that would allow Republicans to maintain
5  control of the House.
6     MR. STRICKLAND:  And my objection
7  was that you've asked the question at least
8  three times, and he's answered it.
9     MR. GREENBAUM:  And speaking
10 objections are not allowed by Judge Batten,
11 very clear on that.
12    Q    You can answer the question, sir.
13    A    Okay.  I would say an understanding,
14 yes.
15    Q    Okay.  Thank you.  Now, you
16 mentioned that one of the areas you worked on
17 was Fulton County.
18    A    Right, uh-huh.
19    Q    Now, Fulton County, is it fair to
20 say, is a majority Democrat county in terms of
21 how it performs countywide?
22    A    Yes, uh-huh.
23    Q    And typically, in terms of the
24 partisan split, how does Fulton County perform
25 countywide in elections?

54

1     A    Over what?  In just a general
2  election or --
3     Q    Let's say during the 2011 time
4  frame.  How well did Fulton County perform for
5  Democrats?  What percentage of the vote would
6  you expect that they would get?
7     A    Probably roughly 60 percent.
8     Q    60 percent.  And did you have an
9  understanding that in drawing districts for
10 Fulton County that they be drawn in such a way
11 that the majority of the legislative,
12 legislative delegation would likely be
13 Republican?
14    A    Yes, uh-huh.
15    Q    And was that something somebody
16 specifically mentioned to you, or was that
17 something you just understood?
18    A    Understood, uh-huh (affirmative).
19    Q    And why did you understand that?
20    A    Well, just might say a number of
21 districts that came into the county from other
22 counties.
23    Q    What, what authority does a county
24 legislative delegation have?
25    A    Well, it has authority in terms of,

Electronically signed by Joel Moyer (501-161-376-4513)                                        222d28fe-b3d7-4305-9def-b8e5e71276b3

Dan O'Connor                    Georgia State Conference of the NAACP, et al vs Kemp                    December 13, 2017

---

55

1    you know, local legislation that, you know, may
2    affect the county.
3        Q    Does it also have authority in terms
4    of any appointments?
5        A    I'm not sure specifically with
6    Fulton.
7        Q    Okay.  Do you know who, for example,
8    appoints the election commission for Fulton?
9        A    No, huh-uh.
10       Q    Okay.  Do you have an understanding
11   that generally that county delegations do have
12   some appointment authority?
13       A    Generally, yes.
14       Q    Was there -- was there an
15   understanding that the Republicans wanted to
16   have a majority in as many county delegations
17   as possible?
18       MR. KHOURY:  Object to the form.
19   Are you asking his understanding or somebody
20   else's understanding?
21       MR. GREENBAUM:  I'm asking his
22   understanding.
23       MR. KHOURY:  Okay.
24       A    No, huh-uh.  Did anybody ever -- did
25       Q    Okay.  Did anybody ever -- did

---

56

1    anybody ever -- well, strike that.
2        Where -- why is it that you
3    understood that it was important in Fulton
4    County for Republicans to likely have majority
5    of the legislative delegation?
6        A    I thought that just might have been
7    something the delegation wanted for whatever
8    reason.
9        Q    Did anybody from the delegation ever
10   mention to you that they would like for
11   Republicans to have a majority of the
12   legislative delegation in Fulton County?
13       A    Not that I recall, huh-uh
14   (negative).
15       Q    Do you recall any legislator --
16   legislature ever telling you that they wanted
17   to make sure that Republicans had a majority of
18   the legislative delegation?
19       A    That told me that specifically, no.
20       Q    But it's still something that you
21   understood?
22       A    Uh-huh.  Yes, uh-huh.
23       Q    Thank you.
24       Were you -- did you have any role
25   with respect to the data that was submitted to

---

57

1    the Department of Justice as part of the State
2    section 5 submission in 2011?
3        A    No, huh-uh.
4        Q    Okay.  Do you know who in your
5    office may have worked on that?
6        A    It probably was Rob Strangia.
7        MR. GREENBAUM:  We've been going for
8    about an hour.  Would you like to take a
9    five-minute break?
10       THE WITNESS:  Sure.
11       MR. GREENBAUM:  Okay.  Great.
12       THE VIDEOGRAPHER:  Going off the
13   record at 10:10 a.m.
14       (Proceedings in recess, 10:10 a.m. to
15   10:26 a.m.)
16       THE VIDEOGRAPHER:  We are back on
17   video record at 10:26 a.m.  This is the
18   beginning of file number two.
19       Q    Mr. O'Connor, did you attend any of
20   the community meetings that the General
21   Assembly held in 2011 over the redistricting?
22       A    You mean the hearings around the
23   state?
24       Q    Hearings around the state, yes.
25       A    Yes, I did, uh-huh.

---

58

1        Q    Did you attend all of them?
2        A    I may have missed one, but I was at
3    most of them.
4        Q    Okay.
5        A    I think I may have missed one in
6    Augusta.  But, otherwise, I think I went to
7    every one or about every one.
8        Q    Did you ever hear at any of the
9    hearings a concern about the splitting of the
10   city of Lawrenceville?
11       A    No.
12       Q    Do you recall at any time anybody
13   bringing to your attention a concern of the
14   fact that the city of Lawrenceville was being
15   split in the State, State House plan?
16       A    No, huh-uh.
17       Q    Now, the House did a redistricting
18   in 2012; correct?
19       A    Yeah.  They made some changes to the
20   2011, I think.
21       Q    Were you involved at all in the 2012
22   redistricting?
23       A    I don't recall offhand.
24       Q    And, of course, you're aware that
25   the House also redistricted in 2015?

---

Donovan Reporting, PC                                                                    770.499.7499

Dan O'Connor                Georgia State Conference of the NAACP, et al vs Kemp                December 13, 2017

59

1    A    Yes, uh-huh.
2    Q    Did you have any involvement in that
3    process?
4    A    In the Gwinnett and Henry?  No.
5    Q    Did you have any involvement in the
6    process at all?
7    A    Only involvement might have been
8    analyzing the districts afterward, but I
9    didn't -- I didn't draw the actual districts.
10   Q    Did you ever have any discussions
11   with Ms. Wright about the districts?
12   A    Not that I recall.
13   Q    Did you recall ever having any
14   meetings with anybody in the House of
15   Representatives or their staffs with respect to
16   the districts?
17   A    On this, no, huh-uh.
18   Q    How about with respect to 2017, the
19   proposed redistricting, did you have any role
20   in that process?
21   A    Yes, I did, uh-huh.
22   Q    What was your role in that process?
23   A    It was basically with the district
24   of Rich Golick.
25   Q    Could you spell his name?

60

1    A    Oh, yes.  G-O-L-I-C-K.
2    Q    Other than with respect to
3    Mr. Golick's district, did you have any
4    involvement at all?
5    A    Well, his and Sheila Jones'.  It was
6    right next door.
7    Q    Other than with respect to
8    Mr. Golick and Ms. Jones, did you have any
9    involvement?
10   A    Some in the -- Jan Jones and Chuck
11   Martin were adjusting some precincts in North
12   Fulton.
13   Q    Did you -- did you have any meetings
14   at all with anybody on the, the House staff
15   with respect to the proposed redistricting in
16   2017?
17   A    With any of the districts?
18   Q    With any of the districts.
19   A    I'm sure I met with Ms. Wright, yes,
20   uh-huh.
21   Q    Did you -- I'm not talking about
22   the -- I'm not talking about in the
23   Reapportionment Office.  Did you have any
24   dealings with anybody on the House staff, 2017,
25   with respect to the proposed redistricting?

61

1    A    Well, I mean, Ms. Wright.  Oh, you
2    mean -- oh, not the Reapportionment staff, the
3    House staff.
4    Q    I'm not talking about the
5    Reapportionment staff.  I'm talking about the
6    House staff.
7    A    Oh, no, not that I recall.
8    Q    Mr. O'Connor, did you have -- who --
9    strike that.
10        Mr. O'Connor, do you know who
11   Caulder Harvill-Childs is?
12   A    Yes.
13   Q    Who is Caulder Harvill-Childs?
14   A    He works on the House staff.
15   Q    Okay.  So you said a minute ago that
16   you did not interact with anybody on the House
17   staff in terms of the proposed redistricting
18   for 2017.
19        MR. KHOURY:  Objection to form.
20        MR. GREENBAUM:  And I haven't asked
21   a question yet.
22        MR. KHOURY:  Sorry.  Sorry.
23        MR. GREENBAUM:  I have not asked a
24   question yet, please.
25        MR. KHOURY:  All right.

62

1    A    I should have said not as I
2    recalled.  I didn't remember specifically
3    meeting with him.
4    Q    And you don't recall communicating
5    with him in any way?
6    A    I mean, not offhand, huh-uh, no.
7    Q    Okay.  And are you familiar with a
8    gentleman who's first name is Spiro?
9    A    Spiro.
10   Q    Spiro.  I always mess up his --
11   A    Yes, uh-huh.
12   Q    And what's Spiro's last name?
13   A    Amburn.
14   Q    Okay.  Could you spell that for me?
15   A    A-M-B-U-R-N.
16   Q    Okay.  So did you have any
17   communications with Mr. Amburn with respect to
18   the proposed redistricting in 2017?
19   A    I mean, I may have.  I don't recall
20   specifically.
21        (Whereupon a document was identified as
22        Plaintiff's Exhibit 48.)
23   Q    All right.  Okay.  So this is a
24   document that in Ms. Wright's deposition was
25   marked as Exhibit 48, and we're going to use

Donovan Reporting, PC                                          770.499.7499

**63**

1 that same numbering system.
2     MR. POWERS:  You can look in the
3 Plaintiff's Exhibit binder and pull --
4     THE WITNESS:  Oh, this?
5     MR. POWERS:  -- the actual -- yes.
6 And it's tabbed, so.
7     A    Oh.  What is it?  P --
8     Q    48.
9     A    Uh-huh (affirmative.)
10     Q    And you'll see that heading of
11 it is -- begins with an email from
12 Mr. Harvill-Childs to you dated December 14th,
13 2016, at 9:47.  Is that the correct document?
14     A    Yes, uh-huh.
15     Q    Why don't you take a minute to look,
16 to look through the document.  I'm going to --
17 I'm going to be asking you about documents
18 along the chain, so it's an email.  Go ahead
19 and look at -- look at the whole email chain
20 first.
21     A    When you say the whole -- what do
22 you mean by the whole chain?  I mean, the --
23     Q    So there should be -- it should be
24 three pages long.
25     A    Oh.  You mean just this one.

**64**

1     Q    Yeah.
2     A    Right?  Just this one.
3     Q    And because of the way that email
4 works --
5     A    Yeah.
6     Q    -- the bottom of the chain --
7     A    Right.
8     Q    -- is actually the first email, and
9 the top of the chain is the last email.
10     A    Right, uh-huh.
11     Q    So I'm going to be asking you --
12     A    Oh, okay.  Right.
13     Q    So for all these emails, what I'm
14 typically going to do is I'm going to start
15 with the end of the chain, which is the first
16 email.
17     A    Uh-huh (affirmative).  Right.  So
18 just -- okay.  Uh-huh (affirmative).
19     MR. STRICKLAND:  What was the number
20 on this exhibit again?
21     THE WITNESS:  P-48.
22     MR. STRICKLAND:  Okay.
23     Q    Do you recognize this document,
24 Mr. O'Connor?
25     A    Yes, uh-huh.

**65**

1     Q    What is this document?
2     A    Well, I mean, it's an email
3 correspondence between Caulder and myself.
4     Q    Okay.  And I want to take you to the
5 second page of the email, his initial email.
6     A    Uh-huh (affirmative).
7     Q    And, and it talks about, "On another
8 topic, Spiro has deputized me to oversee a
9 project for the 2017 session."
10     A    Uh-huh (affirmative).
11     Q    And it's talking about potentially
12 doing a redistricting for the 2017 session?
13     A    Right.
14     Q    Do you recall there being
15 correspondence with you, between you and him,
16 talking about the two of you and Mr. Amburn
17 meeting to discuss redistricting for the 2017
18 session?
19     A    Yes, uh-huh.
20     Q    Okay.  And do you recall
21 Mr. Harvill-Childs asking you to prepare some
22 recommendations for Cobb, Gwinnett, Henry
23 County, particularly Strickland's district and
24 even Cheokas's district?
25     A    Cheokas's, yes, yes.

**66**

1     Q    And he says in that same sentence,
2 he talks about, "generally the battlegrounds we
3 always deal with."  Did you have an
4 understanding of what he was talking about in
5 terms of battlegrounds?
6     A    In a general sense, yes, uh-huh.
7     Q    That these were very competitive
8 districts?
9     A    Yes.
10     Q    Very competitive districts in
11 Gwinnett?
12     A    Uh-huh (affirmative).
13     Q    And Strickland's district being a
14 very competitive district.
15     A    Right.
16     Q    Correct?
17     A    Uh-huh (affirmative).
18     Q    Could you, just instead of saying
19 uh-huh, could you just give me an audible
20 answer?
21     A    Yes.
22     Q    Thank you.  And do you recall him
23 writing you to talk about raising the
24 Republican percentage in Chuck Efstration's
25 district?

Electronically signed by Joel Moyer (501-161-376-4513)                                                       222d28fe-b3d7-4305-9def-b8e5e71276b3

Dan O'Connor                     Georgia State Conference of the NAACP, et al vs Kemp                     December 13, 2017

67

1       A    I'm sorry.  Say that again.
2       Q    Yeah.  Toward the end of the email,
3    it says, "meaning, we're not looking at taking
4    Chuck Efstration up to, say, 65 percent
5    Republican or higher, but taking a 53 percent
6    district up to 58 percent."
7       A    Right, uh-huh.
8       Q    Do you recall him writing you about,
9    about that?
10      A    Well, if it's here, yes, yes.  I
11   mean, I don't -- I haven't looked at it in a
12   while, but, yes.
13      Q    All right.  I then want to move to
14   your response to that email.
15      A    Uh-huh (affirmative).
16      Q    Which I think is basically most of
17   page one beginning with, "Hi, Caulder."  Is it
18   fair to say that this is your response to
19   Mr. Harvill-Childs' email?
20      A    Yes, uh-huh.
21      Q    Okay.  So it already, with respect
22   to the first bullet point, it indicates that
23   you had -- you had met with Representative
24   Golick already.  Is that correct that as of
25   December 2016 you had already met with

68

1    Representative Golick about changing his
2    district?
3       A    Oh, that's correct, uh-huh.
4       Q    Okay.  And then the second bullet
5    point refers to Representative Strickland;
6    correct?
7       A    Uh-huh, right.
8       Q    And it says that you tweaked his
9    district last year?
10      A    Uh-huh (affirmative.)
11      Q    And perhaps there's more that you
12   could do?
13      A    Uh-huh (affirmative).
14      Q    But then you note that -- and
15   please, give me yes answers instead of uh-huh
16   for the record, please.
17      A    Okay.
18      Q    Thank you.  And then it notes that
19   the way Henry is changing, that it backed
20   Clinton over Trump by nearly five points this
21   time, and says it's the first time that the
22   county backed a Democrat for president since
23   1980, that you're not sure there's much more
24   you can do without saying -- endangering
25   Representatives Rutledge and Welch; is that

69

1    correct?
2       A    That's correct.
3       Q    And that was your view at the time?
4       A    That's correct.
5       Q    Is that still your view today?
6       A    Yes, uh-huh.
7       Q    Okay.  And what you're essentially
8    saying is that if you move population around to
9    make the district more -- make Strickland's
10   district more Republican, that what could
11   happen is that other seats that are currently,
12   currently Republican could become endangered;
13   correct?
14      A    Correct, uh-huh.
15      Q    And then in your next bullet point,
16   you say that Gwinnett is a tough-calls county
17   because there are a number of marginal House
18   seats.  And what you're referring to there is
19   the fact that there are a number of seats where
20   Republicans are not winning by safe margins;
21   correct?
22      A    Correct.
23          MR. KHOURY:  Object to the form.
24      Q    All right.  And even talk about how
25   Clay Cox's seat, though traditionally

70

1    Republican, only split even between Trump and
2    Clinton; correct?
3       A    Yes.
4       Q    All right.  And you note that
5    further in that paragraph that Hillary Clinton
6    won the seats of Valerie Clark, David Casas,
7    Joyce Chandler, and Brett Harrell?
8       A    Harrell, uh-huh (affirmative).
9       Q    And that they're all close together;
10   correct?
11      A    Correct.
12      Q    Which means that if you -- if you
13   tweak one district, one of those districts to
14   make it more Republican, it could potentially
15   put the other seats at danger; correct?
16      A    Right.
17      Q    And then you note that even
18   Representative Efstration's seat, normally
19   heavily Republican, only gave Trump in the 50s
20   percentage; correct?
21      A    Correct.
22      Q    And that what you're talk -- what
23   you're trying to balance here is do you have a
24   situation where you have a number of seats
25   where Republicans are closely -- are winning

Electronically signed by Joel Moyer (501-161-376-4513)                                    222d28fe-b3d7-4305-9def-b8e5e71276b3

Dan O'Connor                Georgia State Conference of the NAACP, et al vs Kemp                December 13, 2017

---

71

1    them closely now or do you make some seats more
2    safely Republican with the likely result that,
3    if you do that, other seats will turn
4    Democratic; correct?
5        A    Correct.
6        Q    That essentially what's --
7    essentially what's going on in both -- strike
8    that.
9            Is it true that what's going on in
10   both Henry and Gwinnett counties is that
11   they're becoming increasingly minority?
12       A    Correct.
13       Q    That they're becoming increasingly
14   Democrat?
15       A    Yes.
16       Q    And these were counties that, up
17   until recently, had been predominantly white
18   and predominantly Republican; correct?
19       A    Correct, uh-huh.
20       Q    And with the increase in minority
21   population in these counties, they are becoming
22   more Democrat?
23       A    Correct.
24       Q    And that the end result is that
25   Republicans have to play this balancing act

---

72

1    between trying to win as many districts as
2    possible and potentially putting some at risk
3    or making some seats safer and likely losing
4    others to the Democrats; correct?
5            MR. KHOURY:  Object to the form.
6        A    I mean, rephrase that.
7            MR. GREENBAUM:  Re-read the
8    question.
9            THE WITNESS:  Okay.
10           (Whereupon the court reporter read back
11           the referred-to portion as follows:)
12       Q    And that the end result is that
13   Republicans have to play this balancing act
14   between trying to win as many districts as
15   possible and potentially putting some at risk
16   or making some seats safer and likely losing
17   others to the Democrats; correct?
18           (Whereupon the reading back was
19           concluded.)
20       A    Well, I would say correct, uh-huh.
21       Q    And that's in fact what you say in
22   this paragraph.  "You might have a situation
23   which can have three or four safe seats after
24   tweaking in that area, but perhaps one or two
25   which might have been to be conceded in the

---

73

1    process.  "Otherwise, you have five or six
2    marginal seats instead of just one or two."
3    Correct?
4        A    Correct, uh-huh.
5        Q    All right.  So do you recall -- and
6    then, and then at the top of the email,
7    Harvill-Childs mentions Spiro suggesting a time
8    for a meeting of 2:00 p.m. on Tuesday?
9        A    Uh-huh (affirmative).
10       Q    Do you recall the three of you
11   meeting in December of 2016?
12       A    We may have.  I mean, I don't recall
13   that specifically.
14       Q    Okay.  And then at the top in his --
15   at the email at the top, he says, "What you're
16   saying with Gwinnett, though, I think is what
17   we're looking for.  Since we have so many
18   marginal districts, what are our best chances
19   at creating safer seats long-term even if one
20   to two are sacrificed?"  Correct?
21       A    Right.
22           (Whereupon a document was identified as
23           Plaintiff's Exhibit 49.)
24       Q    All right.  All right.  So,
25   Mr. O'Connor, why don't you move to 49 in your

---

74

1    tabs.
2        A    Uh-huh, yes.
3        Q    And the lead -- the top email for
4    that should be an email from Mr. Harvill-Childs
5    to you dated January 5th, 2017, at 11:37 a.m.
6        A    Right.
7        Q    Is that the right document?
8        A    Right.
9        Q    Okay.  Why don't you -- why don't
10   you take a minute to look at that.  You'll
11   notice once you get to about the middle of the
12   second page, it's the chain that we had just
13   talked about.  So only read up until the middle
14   of the second page.
15       A    Right.  Okay.  Okay.
16       Q    Okay.  Do you recognize this
17   document, Mr. O'Connor?
18       A    Yes, I do.
19       Q    What is it?
20       A    Well, it's an email from Caulder
21   Harvill-Childs.
22       Q    And it's a set of emails between you
23   and him; correct?
24       A    Correct, uh-huh.
25       Q    And I want to start with an email --

---

Donovan Reporting, PC                                                                    770.499.7499

Dan O'Connor          Georgia State Conference of the NAACP, et al vs Kemp          December 13, 2017

24 (Pages 75 to 78)

---

75

1    the portion of the trail that's a few lines
2    down on the second page.
3        A    Oh, on the second page?
4        Q    Yeah.
5        A    Uh-huh (affirmative).
6        Q    Wednesday, December 14th, 2016, at
7    9:51 a.m.
8        A    Uh-huh (affirmative).
9        Q    And is this something that you wrote
10   to Mr. Caudell Childs?
11       A    Yes.
12       Q    Harvill-Childs?
13       A    Yes.
14       Q    I'm sorry.  I got his name wrong.
15   Yes.  And you -- the first paragraph, you
16   take -- you talk about Gwinnett.
17       A    Uh-huh (affirmative.)
18       Q    And you talk about the fact that
19   maybe look at the most marginal ones and say
20   that those may have to go.  When you're talking
21   about that, you're talking specifically about
22   taking districts in which Republicans were
23   currently getting elected and likely making
24   other districts more Republican, but making
25   these particular districts likely to go

---

76

1    Democrat?
2        A    Right.
3        Q    Okay.  Then in the second paragraph,
4    you talk about -- when you're talking about
5    Brian, you mean Brian Strickland?
6        A    Correct.
7        Q    And you're talking about that people
8    mentioning to me -- mentioning to you that he's
9    going to run for Jeffares' seat when he
10   retires?
11       A    Correct.
12       Q    And in fact, Strickland is running
13   for Jeffares' House Senate seat?
14       A    That's right, uh-huh, next month.
15       Q    Great.  And then you say, "Brian has
16   been consistent in performance, 53 percent in
17   2012 and '14 and 52 percent last month."  And
18   then it says, "If we had not tweaked his
19   district last year, he probably would have lost
20   this time."
21            Meaning that if the 2015
22   redistricting had not taken place, Strickland
23   would have likely lost in 2016?
24       A    Correct, uh-huh.
25       Q    And what do you base that on?

---

77

1        A    What do I base that on?
2        Q    Yes.
3        A    It's just my, my assessment of
4    probably what would have happened if the lines
5    had stayed the same.  I mean, just a guess.
6        Q    And you've been doing these sorts
7    of analyses in Georgia for the Republicans
8    since 2000; correct?
9        A    I mean, not in this format, but off
10   and on, yes.
11       Q    But in terms of actually thinking
12   in your mind the analysis about what is likely
13   to happen in a House district in a future
14   election?
15       A    Oh, yeah, I would say so, yes.
16       Q    And that you have been the person
17   who the Republicans in Georgia have looked to
18   in terms of doing that analysis for State
19   House seats; correct?
20       A    Oh, correct, uh-huh.
21       Q    And then toward -- the next
22   sentence says, "I haven't calculated
23   Trump-Clinton numbers yet, but will do so."
24   And then it says in parentheses, "his district
25   is hard to calculate for president because

---

78

1    there are so many split precincts in the
2    district.  Henry has a lot of large precincts."
3        A    Uh-huh (affirmative).
4        Q    What challenges does having split
5    precincts create in terms of predicting
6    partisan performance or assessing partisan
7    performance?
8        A    Well, it can be -- it can difficult
9    because, you know, you might have one part to
10   split precincts more Democrat than Republican
11   than the others.
12       Q    And there's no -- and there's no way
13   for you to assess it below the precinct level;
14   correct?
15       A    Correct, right, uh-huh.
16            (Whereupon a document was identified
17   as Plaintiff's Exhibit 6.)
18       Q    I want -- let's take a look at what
19   in the Gina Wright deposition is Exhibit 6, and
20   that's the 2015 House plan as it applies to
21   Henry County.  So let's take a minute.  It's
22   going to be the last map over here.
23       A    Oh.  Look at the map?
24       Q    Last big map.
25       A    Oh, the last -- this one right here?

---

Donovan Reporting, PC                                        770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                    222d28fe-b3d7-4305-9def-b8e5e71276b3

Dan O'Connor          Georgia State Conference of the NAACP, et al vs Kemp          December 13, 2017

---

79

1      Q      Yeah.
2      A      Uh-huh, uh-huh (affirmative).
3      (Whereupon off-the-record discussions
4      ensued.)
5      Q      Okay.  And take a look at 111.  And
6  my understanding is that there are five split
7  precincts in 111.  And could we go over that to
8  confirm whether that's an accurate statement?
9          So is it correct that, working from
10  the top of the district, that Flippen is a
11  split precinct?
12      A      Yes.
13      Q      So that's one?
14      A      Uh-huh (affirmative).
15      Q      That Hickory Flat is a split
16  precinct?
17      A      Hickory -- right, uh-huh.
18      Q      All right.  So that's two?
19      A      Uh-huh (affirmative).
20      Q      That McDonough Central is a split
21  precinct; is that correct?
22      A      That's correct.
23      Q      So that's three?
24      A      Uh-huh (affirmative).
25      Q      That if you move to the left, that

---

80

1  Mt. Carmel --
2      A      Mt. Carmel.
3      Q      -- is split precincts?  Carmel?
4      A      Uh-huh (affirmative).
5      Q      So we're up to four.  And at
6  Tussahaw it's a split precinct?
7      A      Right.
8      Q      All right.  So five, five split
9  precincts.  And there may be, I don't know, 11
10  precincts, 11 or 12 precincts in the district.
11  Does that sound about right?
12      A      Probably about right.
13      Q      Yeah.  Why don't we just count them,
14  just --
15      A      Well, one, two, three, four, five,
16  six, seven, eight, nine, 10, 11, 12.  I count
17  13.
18      Q      Okay.  So 13?
19      A      Uh-huh (affirmative).
20      Q      So of the 13, of the 13 precincts in
21  the district, five of them are split; correct?
22      A      Correct, uh-huh.
23      Q      And that makes it really hard to
24  assess political performance in that district
25  because there are so many split precincts.

---

81

1      A      Correct.
2      Q      Correct?
3      A      Right, uh-huh.
4      Q      Now, one thing you do have, right,
5  is you do have -- you do have the census data?
6      A      Uh-huh (affirmative).
7      Q      So at the block level, you're able
8  to do analysis of what the racial demographics
9  of the precinct are; correct?
10      A      Correct, uh-huh.
11      Q      All right.  So I want to go back to
12  the document that we were looking for --
13  looking at before, which I think is Exhibit 49.
14      A      Uh-huh (affirmative).  Are we on 50
15  or 49?
16      Q      On 49.
17      A      49.  Okay.  Oh, okay.  Uh-huh
18  (affirmative).
19      Q      Okay.  So I want to -- so we just
20  talked about your email.  I want you to look at
21  the one before that from Mr. Harvill-Childs
22  that's dated January 5th at 10:28 a.m.
23      A      Okay.
24      Q      Do you see that in the chain?
25      A      Yes, I do.

---

82

1      Q      Okay.  It talks about trying to put
2  together a meeting with whoever the chairman of
3  the Reapportionment Committee is either late
4  next week or the week after to bring them up to
5  speed.  Do you recall doing a meeting with the
6  chair of the Reapportionment Committee and
7  Mr. Harvill-Childs?
8      A      I mean, not offhand, huh-uh
9  (negative).
10      Q      And then it asks you whether,
11  whether you've had a chance to look at some of
12  the options that the two of you had discussed;
13  correct?
14      A      What, on the paragraph below?
15      Q      Yes.
16      A      Uh-huh (affirmative).
17      Q      Did I read that correctly?
18      A      I'm sorry.  Say that again.
19      Q      Yeah.  That he wanted to know
20  whether you had a chance to look at the options
21  that the two of you had previously corresponded
22  about in email; correct?
23          MR. KHOURY:  Object to the form.
24      A      Are you talking about the email on
25  the second page or what?

---

Donovan Reporting, PC                                         770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                        222d28fe-b3d7-4305-9def-b8e5e71276b3

Dan O'Connor        Georgia State Conference of the NAACP, et al vs Kemp        December 13, 2017

83

1    Q    Yeah, the top of the second --
2    A    At the top of the second --
3    Q    At the top of the second page.
4    A    Okay.  And what's the question?
5    Q    The question is:  He wanted to know
6    whether you had actually looked at what the two
7    of you had been discussing previously, correct,
8    and the options in Gwinnett County, among other
9    places?
10   A    Correct, yeah.  That was him, yeah,
11   uh-huh.
12   Q    All right.  And then it says, "Happy
13   to come over and chat in person if that's
14   easier."  Do you recall whether or not you met
15   in person?
16   A    I don't remember offhand.
17   Q    Okay.  All right.  So then I want to
18   go to what I think is your response later that
19   day on January 5th at 11:17.  Is that -- is
20   that your response?
21   A    Yes, it is.
22   Q    Okay.  And then the first part says,
23   "I will send updated totals for the House
24   presidential data later today."
25   A    Uh-huh (affirmative).

84

1    Q    What are you referring to about
2    that?
3    A    Well, it's an estimate of how the, I
4    mean, of how House districts voted.
5    Q    Okay.  You say that Gwinnett will be
6    tough because of the trends there.  And what
7    are the trends?
8    A    Well, the political and -- you know,
9    the political trends of the county and, you
10   know, I'll say the demographic trends.
11   Q    The racial trends; correct?
12   A    Yes.  You could say that.
13   Q    That more African-American have
14   moved into Gwinnett; correct?
15   A    Correct.
16   Q    The Latino population has increased
17   significantly in Gwinnett; correct?
18   A    Certainly.
19   Q    And the Asian population has
20   increased in Gwinnett; correct?
21   A    Yes, uh-huh.
22   Q    Now, do you make any effort to
23   assess how Latinos vote in partisan elections?
24   A    No.  That's not anything I've done,
25   huh-uh (negative).

85

1    Q    Okay.  So you don't build that in?
2    A    No.
3    Q    You don't build that into your
4    model?
5    A    No.
6    Q    How about Asians?
7    A    No.  I mean, I haven't developed a
8    model for that, no, huh-uh.
9    Q    But you look very closely about
10   African-American performance for Republicans;
11   correct?
12   A    Well, in this state because there --
13   you know, the voter registration for that's
14   been maintained for a while.
15   Q    Right.  And but that -- the fact of
16   the matter is that most African-Americans vote
17   Democrat; correct?
18   A    Correct, uh-huh.
19   Q    And so that the more
20   African-American a district is, the less
21   likelihood a Republican is going to win it;
22   correct?
23   A    I would say correct, uh-huh.
24   Q    Now, you talk about consensual
25   redistricting in your email.  What do you mean

86

1    by that?
2    A    That means where -- well, depending
3    on how many members are involved, if, say,
4    possible district changes affect two members,
5    that both members agree, or if it's three
6    members or four, just whoever is impacted by
7    those, you know, the changes.
8    Q    So in other words, usually what ends
9    up happening is you're not going to have --
10   you're not going to have Democrats necessarily
11   agree to changes that a Republican wants;
12   correct?
13   A    I mean, not -- I mean, there have
14   been times that's happened, but not, not
15   necessarily, no.
16   Q    Now, with respect to what you're
17   talking about in 2017, you make the point, "You
18   may have some Democrats who smell blood
19   politically in these seats, figuring why should
20   they help a marginal Republican when perhaps a
21   Democrat could win it next time?"  Correct?
22   A    Correct, uh-huh.
23   Q    And so what you're talking about in
24   this instance is you're basically having to --
25   you're basically going to have to trade

Donovan Reporting, PC                                                                 770.499.7499

Dan O'Connor                Georgia State Conference of the NAACP, et al vs Kemp                December 13, 2017

87

1   districts amongst Republicans as opposed to a
2   Democrat doing something to help out a
3   Republican who's in a marginal seat; correct?
4           MR. KHOURY:  Object to the form.
5       A    In terms of a consensual change
6   or --
7       Q    Yes.
8       A    That --
9       Q    That if the rule -- well, let's
10  start with this.
11      A    Okay.
12      Q    The rule in Georgia is, if you're
13  going to do a mid-decade redistricting, it has
14  to be consensual; correct?
15      A    Well, that's, that's not a statute.
16  That's been just an informal understanding that
17  it has to -- that it should be consensual.
18  It's not statutorily required.
19      Q    And if it was done in a
20  nonconsensual way, that would be inconsistent
21  with what the custom has been in Georgia?
22      A    Sure, yeah, uh-huh.
23      Q    Okay.  And so here, your point is
24  it's very unlikely in a place like Gwinnett
25  that you are going to get a Democrat to agree

88

1   to modify his or her district to help a
2   marginal Republican; correct?
3       A    Correct, uh-huh.
4       Q    So essentially what you're trying to
5   do here is figure out a way of how to either
6   help Republicans, some Republicans, without
7   harming others, or your other potential choice
8   is to help some Republicans and harm other
9   Republicans, or to do nothing.  Those are your
10  three choices; correct?
11      A    That would be correct, uh-huh.
12          (Whereupon a document was identified as
13           Plaintiff's Exhibit 50.)
14      Q    Okay.  Why don't we move to what was
15  marked in Ms. Wright's deposition as
16  Exhibit 50.
17      A    Uh-huh (affirmative).
18      Q    And I just want to make sure we're
19  looking at the same document.  The document I'm
20  looking at that's marked as Exhibit 50, the top
21  is an email from you to Ms. Wright dated
22  February 1st, 2017, 9:03 a.m.?
23      A    Correct.
24      Q    Okay.  Do you recognize this
25  document, Mr. O'Connor?

89

1       A    Yes, I do.
2       Q    What is it?
3       A    Well, it's an email from me to
4   Ms. Wright.
5       Q    Why were you emailing Ms. Wright
6   about House Districts 105 and 111?
7       A    I suppose she had asked for some
8   information on the districts.
9       Q    Do you know why she asked for
10  information?
11      A    No, huh-uh.
12      Q    Did -- do you -- what information
13  did she want to know?
14      A    Did she want to know?
15      Q    Yes.
16      A    I guess she just wanted some general
17  information on the district about political
18  performance.
19      Q    Okay.
20      A    And turnout.
21      Q    Okay.  And do you know why these two
22  particular districts were ones that she was
23  interested in?
24      A    Let's see.  I suppose it would be
25  because those were two districts they were

90

1   looking at, you know, making changes to this
2   time.
3       Q    That the House Republicans were
4   looking at?
5       A    Right, for 2017.
6       Q    For 2017?
7       A    Yes.
8       Q    And these were two districts that
9   had been changed in 2015; correct?
10      A    That's right.
11      Q    And you had said before that
12  Strickland would have likely lost in '16 if his
13  district hadn't been tweaked; correct?
14      A    Correct, uh-huh.
15      Q    Would you say that the same was true
16  with District 105, that Chandler would have
17  lost if her district hadn't been tweaked in
18  2015?
19      A    I would say yes, uh-huh.
20      Q    And, in fact, that, that election
21  ended up coming down to a recount, it was so
22  close; correct?
23      A    I don't know if it was a recount,
24  but it was pretty close.
25      Q    Okay.  As you note in this email,

Electronically signed by Joel Moyer (501-161-376-4513)                222d28fe-b3d7-4305-9def-b8e5e71276b3

Dan O'Connor          Georgia State Conference of the NAACP, et al vs Kemp          December 13, 2017

---

91

1    that was the closest State House contest last
2    fall, the only one decided by a point or less;
3    correct?
4        A    Right, uh-huh.
5        Q    And after the tweaking from the 2015
6    plan.  So even after modified, it was a
7    close -- a close call?
8        A    Close district, yes.
9        Q    Right.  And then in the next -- in
10   the next paragraph, you talk about the fact --
11   you talk about Republican percentage?
12       A    Uh-huh (affirmative).
13       Q    What are you basing that on?
14       A    The Republican percentage --
15       Q    About the old 105 with the new 105?
16       A    Uh-huh (affirmative).  Based on --
17   it was probably based on, you know, past
18   performance, either 2014 and/or 2012.
19       Q    Okay.
20       A    Or it said 2014.  I'm sorry.  Oh,
21   yeah, uh-huh.
22       Q    All right.  And then you note that
23   in the old 105 David Perdue would have lost the
24   district, whereas as opposed, he won it in the
25   new 105; correct?

---

92

1        A    Correct, uh-huh.
2        Q    So reflecting the fact that the
3    shift in that district affects the likely
4    result of who wins between the Democrat and the
5    Republican; correct?
6        A    Correct.
7        Q    And then moving down to 111, you do
8    a similar -- you do a similar type of analysis.
9        A    Uh-huh (affirmative).
10       Q    And then you talk about the old 111
11   and how the new 111 is about four points more
12   Republican; correct?
13       A    Uh-huh, uh-huh.
14       Q    And then you -- and then similar to
15   105, Perdue would have lost the old 111 but
16   wins the new 111; correct?
17       A    Correct.
18       Q    And then -- and then you have some
19   comments below that focus on the turnout data
20   by race; correct?
21       A    Correct.
22       Q    So in the same email where you're
23   doing a political analysis, you're also doing a
24   racial demographic analysis; correct?
25       A    Yes.

---

93

1        Q    And it talks about the difference in
2    2012 and 2016 that, first of all, more people
3    voted in '16 than '12; correct?
4        A    Right, uh-huh.
5        Q    The percentage of black voters went
6    up between '12 and '16; correct?  Or percentage
7    of people who voted that were black went up in
8    '16 as compared --
9        A    Right.
10       Q    -- to 2012; correct?
11       A    Right, uh-huh.
12       Q    The percentage of white voters
13   decreased by about six percentage points
14   between 2012 and 2016; correct?
15       A    Correct.
16       Q    That, that -- and that the
17   percentage of Asian and Hispanic voters went up
18   in 2016 and two thousand -- compared to 2012;
19   correct?
20       A    Correct.
21       Q    All of which are bad demographic
22   trends for Republican candidates; correct?
23       A    Yeah.  They would be adverse, yes.
24       Q    And then you note that Gwinnett had
25   backed Clinton for president for the first time

---

94

1    in four years in the presidential election;
2    correct?
3        A    Correct, uh-huh.
4        Q    And then on to the next page, we
5    talk -- it talks about Henry County.
6        A    Uh-huh (affirmative).
7        Q    And that Henry County, the overall
8    turnout went up by about 7,000 voters between
9    '12 and '16; correct?
10       A    Correct.
11       Q    Meaning that more people are
12   continuing to move into both Gwinnett and Henry
13   counties; correct?
14           MR. KHOURY:  Object to the form.
15       A    Yes, uh-huh.
16       Q    Yeah.  That the -- that the
17   percentage of black voters or percentage of all
18   vote -- strike that.
19           Of all voters, the percentage of
20   those who are black increased in 2016 from
21   2012; correct?
22       A    Correct.
23       Q    The percentage of white voters
24   decreased by over four percentage points;
25   correct?

---

Donovan Reporting, PC                                          770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                    222d28fe-b3d7-4305-9def-b8e5e7127b63

Dan O'Connor                Georgia State Conference of the NAACP, et al vs Kemp                December 13, 2017

95

1      A    Correct.
2      Q    And that there were increases in
3   Asian and Hispanic voters; correct?
4      A    Yes.
5      Q    All trends that are bad for
6   Republican candidates; correct?
7      A    I mean, not for all Republican
8   candidates, but would be probably seen
9   generally adverse.
10      Q    In most circumstances, it's going to
11   be adverse for Republican candidates; correct?
12      A    Correct, uh-huh.
13      Q    All right.  And then similar to
14   Gwinnett County, you note that this was the
15   first time that Henry County had gone for a
16   Democratic candidate in a presidential
17   election, this time -- in a long time, and this
18   time it was the first time since 1980 that
19   Henry County had gone for a Democratic
20   candidate for president; correct?
21      A    Correct, yeah, uh-huh.
22           MR. GREENBAUM:  All right.  All
23   right.  So 57.
24      (Whereupon a document was identified as
25      Plaintiff's Exhibit 57.)

96

1      (Whereupon off-the-record discussions
2      ensued.)
3      Q    So I'm going to mark as Exhibit 57 a
4   one-page email from Gina Wright to Dianne
5   Hardin.
6      A    Uh-huh (affirmative).
7      Q    And take a -- take a minute to read
8   this email, and it's -- it's number GA 91.
9           And, Mr. O'Connor, do you recognize
10   this email?
11      A    Yes.
12      Q    And what is this email referencing?
13      A    A meeting with the Gwinnett
14   Republican delegation on whether to redistrict.
15      Q    Okay.  And did that meeting occur?
16      A    Yes.
17      Q    And the speaker was there?
18      A    As I recall, yes.
19      Q    And the Republican Gwinnett
20   delegation was there?
21      A    I don't know if all of it was there,
22   but most of it at least.
23      Q    Okay.  Were you there?
24      A    Yes, I was there.
25      Q    And who else was there?

97

1      A    In terms of what?  The delegation?
2      Q    What other -- what other people
3   other than the speaker, yourself, Ms. Wright,
4   and the Republican delegation?  Do you recall
5   anybody else being there?
6      A    Caulder Harvill-Childs was there.  I
7   don't remember anybody else offhand.
8      Q    Okay.  Where's room 417 CAP?
9      A    It's in the -- I think the southwest
10   corner of the capitol at the, like the top
11   floor.
12      Q    Okay.  So it's not where the
13   Reapportionment Office is?
14      A    That's correct, uh-huh.
15      Q    Did anybody from the Reapportionment
16   Office bring a laptop to that meeting to look
17   at maps?
18      A    Not that I recall, huh-uh
19   (negative).
20      Q    Were any physical maps brought to
21   that meeting?
22      A    I think a map of the county with a
23   presidential breakdown.
24      Q    What do you mean by "presidential
25   breakdown"?

98

1      A    Well, showing precincts voting Trump
2   and Clinton.
3      Q    Okay.
4      A    I think that was the one, but no
5   laptop, anything like that.
6      Q    All right.  And do you recall
7   approximately how long this meeting went?
8      A    Maybe an hour.
9      Q    Okay.  And could you describe what
10   was discussed at the meeting?
11      A    It was basically about whether there
12   was any consensus with the delegation about
13   whether to proceed with redistricting this
14   session.
15      Q    Now, in the earlier emails between
16   you and Mr. Harvill-Childs, you had discussed
17   this potential issue of making some Republican
18   districts more safe and putting others at risk?
19      A    Uh-huh (affirmative).
20      Q    Was that discussed in this meeting?
21      A    Yes, uh-huh.
22      Q    And who said what with respect to
23   this issue?
24      A    I mean, I don't recall specifically
25   what people said about it.  But there was an

Donovan Reporting, PC                                                                770.499.7499

Dan O'Connor          Georgia State Conference of the NAACP, et al vs Kemp          December 13, 2017

99

1    acknowledgement that, you know, if you were
2    going to strengthen some people, you were
3    probably going to have to sacrifice some
4    others.
5         But I don't recall a specific like I
6    want to trade this precinct for that precinct.
7         Q    Who, who made the statement that if
8    you want to strengthen some districts, you may
9    have to sacrifice others?
10        A    Well, I don't recall anybody
11   specifically.  I think that was just the
12   general feeling of the delegation because
13   nobody, nobody would say we agree to a plan
14   today.
15        Q    Did the speaker make any
16   introductory remarks in the meeting?
17        A    He did to the extent he basically
18   said that this is, you know, Gwinnett's call if
19   you want to do anything.
20        Q    And Gwinnett's call if you want to
21   do anything is redistricting and raising this
22   issue of whether to make some districts safe
23   and putting others as risk?
24        MR. KHOURY:  Object to the form.
25        A    Well, or the option could be to do

100

1    nothing.
2         Q    Right.
3         A    Just to do that or, or to, you know,
4    maybe just do two of the districts and don't
5    touch some of the others, so.
6         Q    Okay.  And were there -- in terms of
7    that third option, because we haven't discussed
8    that before, we've discussed the other two
9    options --
10        A    Uh-huh (affirmative).
11        Q    -- was there a particular discussion
12   as to what districts would be part of any
13   change?
14        A    I mean, in a general sense, they
15   were -- I mean, I don't know if I recall each
16   one.  But there were, you know, probably Joyce
17   Chandler's, Clay Cox's, Harrell's, and maybe
18   one other.
19        Q    Did any -- do you recall anybody at
20   the meeting being a proponent of let's make
21   some changes to strengthen some of these
22   districts?
23        A    I mean, not specifically, no.
24        Q    You don't recall any, any particular
25   person being a proponent of that?

101

1         A    Right, uh-huh.
2         Q    Do you recall any particular person
3    being opposed to making changes?
4         A    No, huh-uh.
5         Q    So at the end of the meeting, where
6    did things end up?
7         A    Basically nowhere.  It was
8    basically, you know, come back, you know, have
9    discussions with fellow members, see if you
10   want to do anything.  But there was no
11   consensus reached on doing anything that day.
12        Q    Did you, did you talk at all in this
13   meeting?
14        A    Yes.
15        Q    What did you say?
16        A    I just talked about the political
17   performance in the county, what happened in the
18   recent election.
19        Q    Did you talk about the changing
20   demographics at all?
21        A    I probably did a bit, yes.
22        Q    Why do you think you probably did?
23        A    Well, I don't remember the exact
24   content of what I said.
25        Q    But it would be part of your

102

1    analysis in looking at the county, would be to
2    note the fact that there are changing
3    demographics; correct?
4         A    Or --
5         MR. KHOURY:  Object to the form.
6         A    Or, or it could be -- it could be
7    just a matter of people seeing Clinton winning
8    their district and saying, you know, that
9    doesn't look good for our performance.
10        Q    Right.  But you mentioned
11   specifically that you probably would have
12   mentioned demographics as part of --
13        A    I probably -- I can't say for sure,
14   yes.
15        Q    Okay.  Because demographics are
16   relevant to political performance in Georgia;
17   correct?
18        A    Sure.
19        MR. KHOURY:  Object to the form.
20        A    Uh-huh (affirmative).
21        Q    Now, was there a point in time in
22   which you had an understanding in your
23   conversations with -- communications with
24   Mr. Harvill-Childs that you were going to kind
25   of be a point person involved in this

Donovan Reporting, PC                                        770.499.7499

Dan O'Connor                Georgia State Conference of the NAACP, et al vs Kemp                December 13, 2017

31 (Pages 103 to 106)

103

1  redistricting?
2      A    I mean, was there a specific point
3  to that?
4      Q    Yeah.
5      A    Not that I recall, huh-uh
6  (negative).
7      Q    Were you surprised when he reached
8  out to you in December of '16 to say, let's
9  talk about redistricting?
10     A    No, no, I wasn't surprised.
11     Q    Had he ever done that before in a --
12     A    Had he ever --
13     Q    Well, had he ever done that before
14  in a prior cycle?
15     A    Not that I remember, no, huh-uh.
16     Q    Had you had conversations with him
17  or communications with him prior to December of
18  2016 about potential redistricting for the
19  State House plan?
20     A    I mean, not that I remember, no.
21  (Whereupon a document was identified as
22  Plaintiffs' Exhibit 51.)
23     Q    All right.  All right.  So could you
24  move to tab 51, Mr. O'Connor?
25     A    Uh-huh, uh-huh (affirmative).

104

1      Q    So just to make sure that we're
2  looking at the same document, what I have is
3  a -- is an email from Chuck Efstration to you
4  dated February 14th, 2017 --
5      A    Right.
6      Q    -- at 11:06 a.m.?
7      A    Yes, uh-huh.
8      Q    Okay.  So why don't you go ahead and
9  take a look at the document, and then I'm going
10  to ask you about it.
11     A    Okay.
12     Q    Do you recognize this document,
13  Mr. O'Connor?
14     A    Yes, I do.
15     Q    What is it?
16     A    It's an email from me to Chuck
17  Efstration.
18     Q    Concerning?
19     A    Well, the Gwinnett redistricting.
20     Q    Okay.  And then attached to that
21  email is this document that says Gwinnett
22  County - Voting by Precinct in the 2016
23  Presidential Election.  Do you recognize that?
24     A    Yes, uh-huh.
25     Q    What is that?

105

1      A    It's a table of the -- how the
2  precincts voted in Gwinnett for president.
3      Q    Okay.  Now, this email is actually
4  two days before -- it looks like the meeting of
5  the Gwinnett delegation, now I'm going back to
6  Exhibit 57, was on February 16th.  And this
7  email is dated February 14th.
8          This information of the Voting by
9  Precinct in 2016 Presidential Election, is that
10  information that was shared as part of the
11  meeting with the entire delegation two days
12  after you sent this email?
13     A    I don't recall.
14     Q    Okay.  Do you recall who compiled
15  the data in the Gwinnett County - Voting by
16  Precinct in 2016 Presidential Election?
17     A    You mean this table?
18     Q    Yeah, this table.
19     A    Yeah.  I did it, uh-huh
20  (affirmative).
21     Q    Okay.  All right.  So the email says
22  in the second paragraph, it talks about
23  potentially meeting with Representative
24  Efstration.  Did you meet with him prior to the
25  group meeting with the delegation?

106

1      A    I don't remember.
2      Q    Okay.  And then the next sentence
3  says, "I understand Gwinnett delegation is
4  meeting Thursday afternoon and have discussed
5  with Brett Harrell" --
6      A    Harrell.
7      Q    -- "some possible" -- Harrell?
8      A    Uh-huh (affirmative).
9      Q    -- "some possible changes."  Who is
10  Brett Harrell?
11     A    He's a state representative.
12     Q    In Gwinnett County?
13     A    Right.
14     Q    Is his district one of those
15  Republican districts that's at risk?
16     A    Yes, uh-huh.
17     Q    Okay.  And then you say that, "I
18  don't think there's much that can be done for
19  Clay Cox's district, given its location at the
20  western edge."  What's the significance of it
21  being at the western edge of the county?
22     A    Well, the intent was, if changes
23  were going to be made, to make them solely
24  within Gwinnett County and not go into DeKalb
25  or other counties.  Just keep it within the

Donovan Reporting, PC                                                                770.499.7499

Dan O'Connor          Georgia State Conference of the NAACP, et al vs Kemp          December 13, 2017

107

1   county.
2       Q     Okay.
3       A     And his district borders DeKalb.
4       Q     All right.  And then you talk about
5   making Brett's district stronger might mean
6   weakening David Casas's already trending D
7   district?
8       A     Right, uh-huh.
9       Q     And then the next sentence talked
10  about David, and I assume you're referring to
11  Mr. Casas?
12      A     Right.
13      Q     Representative Casas talked about
14  potentially taking this up in 2018?
15      A     Uh-huh (affirmative).
16      Q     And it makes a reference to the
17  Gwinnett lawsuits would be settled one way or
18  the other?
19      A     Uh-huh (affirmative).
20      Q     What, what are you referring to when
21  you're talking about the Gwinnett lawsuits?
22      A     The School Board and Commission
23  ones.
24      Q     Okay.  And then you talk about
25  taking up in 2019.  The end of the sentence

108

1   says, "and given Gwinnett's rapid growth since
2   then, not as useful"?
3       A     Uh-huh (affirmative).
4       Q     And it's not as useful -- when
5   you're talking about the rapid, rapid growth,
6   you're really talking about the increase in
7   minority population; correct?
8       A     You're going to be talking about
9   population too.
10      Q     Okay.  Why don't we --
11      A     Yeah, because Gwinnett's grown so
12  much.
13      Q     Sure.  Why don't we -- why don't we
14  look at some of the census data for Gwinnett.
15      A     Uh-huh (affirmative).
16      Q     And do you look -- do you actually
17  look at census data?
18      A     Sure.
19      Q     And you'll look at census data at
20  the county level?
21      A     Oh, yes, uh-huh.
22      Q     Do you -- do you look at any of the
23  census data that's mid-decade census data?
24      A     I've looked at some before, yes,
25  uh-huh.

109

1       Q     Okay.  So I'd like you to the look
2   at some of the data for Gwinnett County.
3       A     Uh-huh (affirmative).
4       (Whereupon a document was identified as
5   Plaintiff's Exhibit 58.)
6       Q     Do you recognize Exhibit 58?
7       A     Yeah.  Looks like a census 2000
8   breakdown of the county.
9       Q     And these are the -- these are sort
10  of the data profiles that you'll -- that you'll
11  look at for counties; is that correct?
12      A     Yeah.  I mean, I've seen those on
13  the census website, uh-huh (affirmative).
14      (Whereupon a document was identified as
15  Plaintiff's Exhibit 59.)
16      Q     Okay.  All right.  I want to mark as
17  Exhibit 59 a 2010 demographic profile data.  So
18  I want to do some comparisons between the 2000
19  data and the 2010 data.
20      A     Uh-huh (affirmative).
21      Q     So if you look at -- looking at
22  Exhibits 58 and 59, is it correct to say that
23  the total population of Gwinnett County in 2000
24  was 588,488 and in 2010 was 805,321 according
25  to the census?

110

1       A     Right.
2       Q     So the increase is over 200,000
3   people; correct?
4       A     Yeah.  About 217, yeah.
5       Q     Okay.  And then I want you to look
6   at -- what I want to compare is the white
7   non-Hispanic population between 2000 and 2010.
8   So the overall population has increased more
9   than 200,000?
10      A     Right.
11      Q     And if you go to the second page of
12  Exhibit 58 --
13      A     Uh-huh (affirmative).
14      Q     -- and you go to Hispanic or Latino
15  in Race?
16      A     Right.
17      Q     And then you go down there, and
18  there's a section that says non-Hispanic and
19  Latino, and then it says white alone.  Do you
20  see that?
21      A     Yes, I do.
22      Q     And so that's basically the white
23  non-Hispanic population; correct?
24      A     Correct.
25      Q     So in 2000, it's 394,000; correct?

Donovan Reporting, PC                                                    770.499.7499

Dan O'Connor                    Georgia State Conference of the NAACP, et al vs Kemp                    December 13, 2017

33 (Pages 111 to 114)

111

1      A    Correct, yeah, uh-huh.
2      Q    And then if you look at 2010 and you
3    go to Hispanic or Latino in Race, which is on
4    the third page --
5      A    Uh-huh (affirmative).
6      Q    -- and you go to non-Hispanic or
7    Latino, and you'll see white alone with the
8    white non-Hispanic population?
9      A    Uh-huh (affirmative).
10     Q    That says 354,316; correct?
11     A    Correct.
12     Q    So while the county as a whole, the
13   population went -- grew more than 200,000
14   people, the white population actually decreased
15   by about 40,000 people; correct?
16     A    Right, uh-huh.
17     Q    So minority population -- white
18   population increased by 40,000 people, the
19   minority population increased by about 250,000
20   people between 2000 and 2010; correct?
21     A    Say that again?
22     Q    Yeah.  All right.  So the -- so I
23   was just doing math.  We'll go through the
24   steps.
25     A    Okay.

112

1      Q    The overall population increases by
2    more than 200,000?
3      A    Right.
4      A    By --
5      A    217,000.
6      Q    -- 217,000; right?
7      A    Right.
8      Q    The white population decreases by
9    40,000?
10     A    Yes, uh-huh.
11     Q    All right.  So that must mean that
12   the minority population increased by 250,000;
13   correct?
14     A    That the minority increased by 250?
15   Well, I mean, depending on how the census, you
16   know, Hispanic and black, you know, how you --
17   I think they regard Hispanic as an ethnicity.
18   So sometimes, you know, it could have some
19   overlap between Hispanic and black.
20     Q    Let me phrase it another way.
21     A    Uh-huh (affirmative).
22     Q    The nonwhite population increased by
23   250,000; correct?  White population decreases
24   by 40,000; nonwhite population increases by
25   250,000.  Correct?

113

1      A    Well, I mean, what would -- well,
2    let me -- the -- the non -- so you're saying
3    the nonwhite population in 2000 was -- was --
4      Q    All right.
5      A    -- 194 --
6      Q    Let's -- let's start --
7      A    I know.  Actually, I'm just --
8      Q    Yeah.
9      A    -- trying to think --
10     Q    Yeah, yeah.
11     A    Okay.
12     Q    Population increases by 250,000;
13   correct?
14     A    17,000.
15     Q    The population increases by 217,000?
16     A    Correct, yes.
17     Q    The non-Hispanic white population
18   decreases by 40,000?
19     A    Correct, uh-huh.
20     Q    So for all other groups, other than
21   non-Hispanic whites, the increase was 250,000
22   between 2000 and 2010; correct?
23     A    Yes, uh-huh.
24     Q    Okay.
25     A    Okay.  I was just -- it's just all

114

1    the different groups.  There's a lot to -
2      Q    So -- and I know it's a lot of
3    groups together.
4      A    Yeah.
5      Q    But what's happened in Gwinnett
6    County is dramatic population increase;
7    correct?
8      A    Yes, uh-huh.
9      Q    And that population, that population
10   increase is happening at a time when the
11   non-Hispanic white population is actually
12   decreasing; correct?
13     A    Correct, uh-huh.
14     Q    So when we're talking about
15   demographic trends in Gwinnett County that you
16   talk about in this email --
17     A    Uh-huh (affirmative).
18     Q    -- and you talk about the increase
19   in population --
20     A    Uh-huh (affirmative).
21     Q    -- what you're talking about is the
22   increase in population other than non-Hispanic
23   whites?
24     A    Well, based on this, yes, uh-huh.
25     Q    Yeah.  And based on your, your --

Electronically signed by Joel Moyer (501-161-376-4513)                                                222d28fe-b3d7-4305-9def-b8e5e71276b3

Dan O'Connor          Georgia State Conference of the NAACP, et al vs Kemp          December 13, 2017

34 (Pages 115 to 118)

---

115

1   and based on what you study in terms of
2   Gwinnett County; correct?
3      A   Correct, uh-huh.
4      Q   Okay.  So the next -- we're back to
5   Exhibit 51 now, which is -- which is in your
6   booklet.
7      A   Right, uh-huh.
8      Q   All right.  And we are -- oh, at the
9   end of the first paragraph, you make a
10  reference to Isakson and Woodall maps for
11  Gwinnett?
12     A   Uh-huh (affirmative).
13     Q   What are those?
14     A   That's probably within maps about
15  how Isakson and Woodall did by precinct in
16  Gwinnett.
17     Q   Okay.  So would it be a map similar
18  to the maps that are on the table, the map that
19  we're looking at for Henry County?
20     A   You know, it would probably -- if we
21  did those, it would be in this format, yeah,
22  just showing the precincts.  You'd color them
23  red and blue, probably.
24     Q   Okay.  You'd color them red and
25  blue?

---

116

1      A   Uh-huh (affirmative).
2      Q   They would be large maps like
3   this --
4      A   Yeah.
5      Q   -- 36-by-44 --
6      A   Oh, sure.
7      Q   -- inch map?
8      A   Yeah.
9      Q   So that people could clearly see --
10     A   The precincts.
11     Q   -- how different precincts are
12  performing?
13     A   Sure.
14     Q   Now, are the -- would the maps be
15  just red and blue, or would they be shades of
16  red and blue depending on how Democratic or how
17  Republican the district performs?
18     A   I mean, I haven't seen those two
19  maps lately.  I'd have to go back and look.
20     Q   But those two maps were -- or the
21  maps were created for this meeting that you had
22  with the Republican delegation for Gwinnett?
23     A   I don't know if we create -- I'd
24  have -- I don't know if we created Isakson and
25  Woodall.  I said we could look it, but I don't

---

117

1   recall if I did so.
2      Q   But one was created for
3   Trump-Clinton?
4      A   Yes, uh-huh.
5      Q   Okay.  Now, in the next paragraph,
6   you referenced talking to Chairman Caldwell.
7   Who is Chairman Caldwell?
8      A   It's Johnny Caldwell who is the
9   chairman of the House Legislative &
10  Congressional Reapportionment Committee.
11     Q   Okay.  And he's talking about really
12  needing to get moving by next week in terms of
13  legislation?
14     A   Uh-huh (affirmative).
15     Q   And is your, your recollection that
16  you did get moving on a, on a plan to -- on a
17  proposed redistricting plan in '17?
18     A   For, for --
19     Q   For the House generally.
20     A   Not --
21     Q   I'm not --
22     A   Not necessarily for Gwinnett, but
23  just a plan overall?
24     Q   Yes.
25     A   Yes, that we were having to get --

---

118

1   because we were getting near the end of -- the
2   midway point of session, yes.
3      Q   And Gwinnett was not part of what
4   was proposed; correct?
5      A   Correct, uh-huh.
6      Q   And do you have an understanding as
7   to why Gwinnett was not part of what was
8   proposed?
9      A   I think basically the members just
10  couldn't agree.
11     Q   Okay.  And were you doing any of the
12  map drawing yourself in '17?
13     A   In -- on the 2017 one?
14     Q   Yes.
15     A   Yeah, for Rich Golick and some for
16  Jan Jones.
17     Q   Okay.  So those two, you worked on?
18     A   Right.
19     Q   Who -- now, Henry County was part of
20  the proposed plan for, for '17; correct?
21     A   It was, and it later got dropped
22  when it got to the Senate.  But as I recall,
23  yes.
24     Q   And then who worked on that?
25     A   I think Ms. Wright did.

---

Donovan Reporting, PC                                           770.499.7499

Dan O'Connor          Georgia State Conference of the NAACP, et al vs Kemp          December 13, 2017

35 (Pages 119 to 122)

119

1     (Whereupon a document was identified as
2  Plaintiff's Exhibit 52.)
3     Q    Okay.  Okay.  And now I want to move
4  on to what's going to be Exhibit 52 in your
5  binder.
6     A    Uh-huh (affirmative).
7     Q    And to be sure that we're looking at
8  the right document, it's an email from Jan
9  Jones to you dated February 24th, 2017.
10     A    Yes, uh-huh.
11     Q    Okay.  Who is Jan Jones?
12     A    She's the speaker pro tem, basically
13  the deputy speaker of the Georgia House.
14     Q    And why were you emailing with her?
15     A    Well, she was -- she was wanting to
16  do, among -- you know, some changes in her
17  district with Chuck Martin.  But she was also,
18  you know, trying to follow what other changes
19  might be made.
20     Q    And why was she -- did she explain
21  to you why she was interested in other
22  districts?
23     A    Well, I think just being the speaker
24  pro tem, just following what was, you know,
25  going on in general.

120

1     Q    Okay.  And you have -- you have a
2  list of Gwinnett districts?
3     A    Uh-huh (affirmative).
4     Q    And why did you have a list of
5  Gwinnett districts?
6     A    Well, just because there had been
7  discussion about maybe changing some of the
8  Gwinnett districts.
9     Q    Okay.  And these aren't all the
10  districts in Gwinnett; right?
11     A    No.  Certainly not, no.
12     Q    And why, why were these -- why were
13  these districts ones you included in your email
14  and you didn't include all the districts?
15     A    Because those were ones that were
16  probably given the greatest scrutiny in terms
17  of potential changes.
18     Q    Okay.  And these six districts were
19  all ones in which Clinton had outperformed
20  Trump in 2016; correct?
21     A    Correct, uh-huh.
22     Q    Do you know if there were other
23  districts in Gwinnett where Clinton had
24  outperformed Trump in 2016?
25     A    Other districts entirely within

121

1  Gwinnett or districts coming in?  There -- I
2  think there are a couple of DeKalb districts
3  that come into Gwinnett.  But in terms of those
4  entirely within Gwinnett, I can't think of any
5  others.
6     Q    Okay.  And then, then you note some
7  other districts?
8     A    Uh-huh (affirmative).
9     Q    What you would describe as R-held
10  districts?
11     A    Uh-huh (affirmative).
12     Q    Why were these particulars districts
13  identified?
14     A    Well, these were among districts
15  where there were discussions about potential
16  changes.
17     (Whereupon a document was identified as
18  Plaintiff's Exhibit 53.)
19     Q    Okay.  All right.  Now,
20  Mr. O'Connor, can you to go Exhibit 53 of your
21  binder?
22     A    Uh-huh, uh-huh (affirmative).
23     Q    Do you recognize this document?
24     A    Yes, I do, uh-huh.
25     Q    What is it?

122

1     A    It's a summary of the re -- House
2  Reapportionment Committee meeting.
3     Q    And did you attend that meeting?
4     A    Yes, I did.
5     Q    Okay.  And were these notes that you
6  took either at the meeting or shortly
7  thereafter?
8     A    Right, uh-huh.
9     Q    Okay.  I want to reference on the
10  bottom of what's page 1 that has 93 in the
11  bottom right-hand corner.
12     A    Uh-huh (affirmative).
13     Q    If you turn the page?
14     A    Oh, the bottom of the page?
15     Q    I'm looking at -- it's the same page
16  that says Members in Attendance on it.
17     A    Right.
18     Q    I'm interested in Representative
19  Scott, Representative Scott's comments, which
20  is at the very bottom of the page.  It's like
21  the last two lines of the page.
22     A    Uh-huh (affirmative).
23     Q    And it says that Representative
24  Scott expressed concern about the changes to
25  District 73 and 111 in Henry County.  Do you

Donovan Reporting, PC                                              770.499.7499

123

1    recall the nature of Representative Scott's
2    concerns?
3        A    I don't recall offhand, no, huh-uh.
4        Q    Okay.  Was his concern -- do you
5    recall Representative Scott expressing concern
6    that 111 was going to become -- or strike that.
7            Is Representative Scott
8    African-American?
9        A    Yes, she is.
10       Q    And did Representative -- was
11   Representative Scott concerned that the change
12   to 111 would increase the white population and
13   decrease the African-American population?
14       A    I mean, I don't -- I don't recall
15   what she said there.
16       (Whereupon a document was identified as
17       Plaintiff's Exhibit 60.)
18       Q    Okay.  All right.  I think I only
19   have one copy of this.  I'm going to mark as
20   Exhibit 60 a one-page email from Rob Strangia
21   to Gina Wright, Brian Knight, and Dan O'Connor.
22   I only have one copy of this.  We'll make other
23   copies during the break.
24           Mr. O'Connor, do you recognize this
25   email?

124

1        A    Yes, I do, uh-huh.
2        Q    What is the block equiv file that he
3    references?
4        A    That may -- that might be the census
5    block.  When you're talking about blocks and
6    census -- it's probably some reference to the
7    form of the census blocks.
8        Q    Okay.  And H131, who's in H131?
9        A    Chairman Caldwell of the
10   redistricting -- the House Redistricting
11   Committee.
12       Q    Okay.  So if, if it's the case that
13   a plan, an overall plan, goes into the folder
14   of the chair of the committee that would be
15   consistent with that practice, that might be a
16   block equivalency file?
17       A    So we would have information like
18   looking at the maps, yeah, uh-huh.
19       Q    Okay.
20       A    Uh-huh (affirmative).
21       (Whereupon a document was identified as
22       Plaintiff's Exhibit 55.)
23       Q    Okay.  And now could you to go tab
24   55 in your binder?
25       A    Uh-huh, uh-huh (affirmative).

125

1        Q    And, Mr. O'Connor, just to make sure
2    that we're looking at the same thing, the
3    document I have as Exhibit 55 is -- starts with
4    an email from Gina Wright to Alex Azarian.
5        A    Yes.
6        Q    Is that the document you're looking
7    at?
8        A    Uh-huh (affirmative).
9        Q    And I want to make -- I want to make
10   sure you go all the way to the end of this
11   because you -- your involvement in this starts,
12   starts at the end.
13       A    Uh-huh (affirmative).
14       Q    Actually, maybe what we should do,
15   since we're almost done with the tape, go
16   ahead.  Keep reading to the end.  We'll take a
17   break now.
18       A    Okay.
19       Q    And then we'll start by asking you
20   some questions.
21       A    Okay.
22           MR. GREENBAUM:  Okay.
23           THE VIDEOGRAPHER:  Going off video
24   record at 11:45 a.m.
25       (Proceedings in recess, 11:45 a.m. to

126

1    11:54 a.m.)
2        Q    Mr. O'Connor, do you recognize
3    Exhibit --
4            THE VIDEOGRAPHER:  Excuse me.
5            MR. GREENBAUM:  Oh, sorry.
6            THE VIDEOGRAPHER:  We are back on
7    the video record at 11:54 a.m.  This is the
8    beginning of file number three.
9        Q    Mr. O'Connor, you recognize
10   Exhibit 55?
11       A    Yes, I do.
12       Q    What is it?
13       A    Well, at the back part's an email
14   with Susan Cochard about House Bill 515.
15       Q    Who is Susan Cochard?
16       A    Well, I never knew her before this.
17   I think she was an attorney from Chicago that
18   was trying to get information on House Bill
19   515.
20       Q    Okay.  And I notice that this starts
21   with you mentioning that Deborah Miller had
22   forwarded your -- her request to you regarding
23   H -- HB 515; is that correct?
24       A    Yeah, that's correct, uh-huh.
25       Q    And then in your initial email back

Electronically signed by Joel Moyer (501-161-376-4513)                                222d28fe-b3d7-4305-9def-b8e5e71276b3

---

**127**

1   on June 14th, you give a -- give a history of
2   House Bill 515?
3       A   Right.
4       Q   A summary of what happened?
5       A   Right, uh-huh.
6       Q   And do you consider that to be an
7   accurate summary of what happened with House
8   Bill 515?
9       A   Let me just take one other -- yes,
10  uh-huh.
11      Q   Okay.  And then Ms. Cochard asks you
12  some more questions in terms of agenda items
13  and not much substance.
14      A   Uh-huh (affirmative).
15      Q   And you talk about the March 1st
16  meeting, adopting the proposed changes in HB
17  515; correct?
18      A   Right, uh-huh.
19      Q   And that in fact was -- a couple of
20  exhibits ago there were some draft meeting
21  minutes that you had drafted up.  That was for
22  that March 1st meeting; correct?
23      A   Right, uh-huh.
24      Q   And then at some point, you
25  forwarded the emails to Ms. Wright?

---

**128**

1       A   Correct, uh-huh.
2       Q   And why was that?
3       A   Well, I just -- I wasn't sure, you
4   know, whether, whether it was going -- I
5   thought it was kind of an unusual request, and
6   I thought maybe she might want to look at it.
7       MR. GREENBAUM:  Great.  Let's go off
8   the record for 20 seconds.
9       THE VIDEOGRAPHER:  Going off.
10  (Whereupon off-the-record discussions
11  ensued.)
12      THE VIDEOGRAPHER:  We're back on
13  record.
14      Q   I think we were talking about how --
15  why you forwarded the emails to Ms. Wright.
16  Could you state again why you forwarded the
17  emails to Ms. Wright?
18      A   Well, I thought the request, we just
19  typically don't get requests from out of state
20  on redistricting matters.  I didn't know if
21  this might be a potential litigation thing, so
22  I thought she ought to look at it.
23      (Whereupon a document was identified as
24  Plaintiff's Exhibit 38.)
25      Q   Okay.  All right.  Now, I would like

---

**129**

1   you to go to what is tab 38 in your binder, and
2   I believe this was previously marked as
3   Exhibit 38.
4       A   Uh-huh (affirmative).
5       Q   And just to make sure we're looking
6   at the same document, it is -- at the top of it
7   is an email from Steve Henson to Dan O'Connor
8   dated April 28th, 2015, at 12:55 p.m.
9       Is that the same document that
10  you're looking at, Mr. O'Connor?
11      A   Yes, sir, uh-huh.
12      Q   And one of the things I notice --
13  we'll start off with, well, who's Mr. Henson?
14      A   He's the Senate minority leader,
15  Steve Henson.
16      Q   Okay.
17      A   From DeKalb.
18      Q   And you had sent Mr. Henson some
19  information.  Why did you -- and it says,
20  "Following up from a request this morning."
21      A   Uh-huh (affirmative).
22      Q   What was the nature of his request?
23      A   Well, it looks like he wanted data
24  on House Districts 105, the different versions.
25      Q   Did he -- did he ask you

---

**130**

1   specifically for what data he wanted?
2       A   I don't recall.
3       Q   Okay.  So -- and one of the things
4   I noted is that Mr. Henson used -- uses a
5   private email account, Mindspring, and I -- it
6   says, stevehenson@mindspring.com.
7       A   Uh-huh (affirmative).
8       Q   And I think we had a document
9   earlier where it was correspondence between
10  you and Mr. Efstration?
11      A   Uh-huh (affirmative).
12      Q   And he was using -- he wasn't using
13  a Georgia government account.  He was using a
14  private email account.
15      A   Uh-huh (affirmative).
16      Q   Do the legislators have public
17  email accounts that say -- that have
18  georgia.gov or something like that in their
19  accounts?
20      A   Yeah, house.ga.gov and
21  senate.ga.gov.
22      Q   Is it uncommon for legislators when
23  they're communicating to you to use -- or
24  let's say to not use the ga.gov email address?
25      A   They will usually do -- yeah, that

---

Electronically signed by Joel Moyer (501-161-376-4513)                                    222d28fe-b3d7-4305-9def-b8e5e71276b3

Dan O'Connor                Georgia State Conference of the NAACP, et al vs Kemp                December 13, 2017

38 (Pages 131 to 134)

131

1    would be the typical thing.
2         Q    They would usually do, but we have
3    two examples here in which they in fact --
4         A    Yeah.  There might be an occasion
5    where they don't, yes.
6         Q    And do you have an understanding as
7    to why -- when a legislator would use an
8    account other than -- other than their Georgia
9    account to communicate with you?
10        A    I mean, they don't tell me ahead of
11   time, you know, what they're going to do that,
12   so, you know, not sure.
13        Q    Are they more likely to use a
14   private account when the subject matter is
15   redistricting?
16        A    It -- I mean, you know, maybe --
17   they might be maybe if it's -- if it's a
18   political question, it might be better on a
19   private account, but I can't say for sure.
20        Q    Okay.  So this email to Mr. Henson
21   starts off with population data.
22        A    Uh-huh (affirmative).
23        Q    And then it has black and Hispanic
24   percentage data.
25        A    Uh-huh (affirmative).

132

1         Q    Why did you provide Senator Henson
2    with black and Hispanic percentage population
3    data?
4         A    Well, I figured he would want to
5    know some general characteristics of the
6    district beyond just the population.
7         Q    So I notice -- okay.  So if you look
8    at this email as a whole, there's sort of three
9    types of, as I read it, three types of data
10   that you're providing.  And tell me if I'm
11   wrong about this.
12             You've got population -- you had
13   racial population data.  That's one.  Two is
14   you have political performance data.  And three
15   is you have voter registration and black and
16   Hispanic voter registration data; correct?
17        A    Correct, yeah.
18        Q    Why is it that you're providing a
19   combination of racial demographic data,
20   political performance data, and racial voter
21   registration data?
22        A    Just to provide him as much
23   information about the district, you know, as he
24   might want.
25        Q    And are these the three sort of

133

1    categories of information that you think are
2    the most germane?
3         A    The -- I would say those are the
4    three, yes, uh-huh.
5             (Whereupon a document was identified
6    as Plaintiff's Exhibit 61.)
7         Q    Okay.  All right.  All right.  I
8    want to mark as the next exhibit, 61, a
9    document entitled Information Midterm
10   Redistricting in F -- HB 566.
11        A    Uh-huh (affirmative).
12        Q    Okay.  Mr. O'Connor, do you
13   recognize this document?
14        A    Yes, I do.
15        Q    What is it?
16        A    Well, it's a document summarizing
17   the changes to House Bill 566 two years ago.
18        Q    Did you play any role in the
19   drafting of this document?
20        A    Yes, I did.
21        Q    And what role was that?
22        A    Well, I drafted it.
23        Q    Okay.  So this is a document that
24   you drafted?
25        A    Yes, uh-huh.

134

1         Q    Okay.  I want to ask you about the
2    last -- strike that.
3             Would you say that this document is
4    an accurate summary of H Bill -- HB 566?
5         A    Yes, uh-huh.
6         Q    Okay.  I want to go to the last
7    bullet point where it says, "District line
8    changes can be made for a variety of reasons,
9    as some examples, eliminating a split precinct,
10   reuniting a neighborhood or community of
11   interest, or addressing technical concerns."
12        A    Uh-huh (affirmative).
13        Q    So I'm going to ask you with respect
14   to District 105, was District 105 changed to
15   eliminate a split precinct?
16        A    I don't recall.
17        Q    You don't recall that as being a
18   primary reason; correct?
19        A    I wasn't involved in this.  No, I
20   don't recall that.
21        Q    Sure.  But is it fair to say that
22   the primary objective of, of District 105 was
23   to make it safer for the Republican incumbent?
24        A    Well, again, I wasn't involved in
25   that, so I wouldn't speculate.

Electronically signed by Joel Moyer (501-161-376-4513)                                        222d28fe-b3d7-4305-9def-b8e5e71276b3

Dan O'Connor                Georgia State Conference of the NAACP, et al vs Kemp                December 13, 2017

135

1    Q   Okay.  As far as you know, there was
2   no -- District 105 didn't reunite a
3   neighborhood or a community of interest?
4    A   I don't recall.
5    Q   Okay.  And as far as you know,
6   District 105 wasn't modified to address
7   technical concerns?
8    A   Not that I recall, huh-uh
9   (negative).
10   Q   Okay.  So let's move to 111.
11   A   Uh-huh (affirmative).
12   Q   With respect to 111, as far as you
13  know, 111 wasn't changed to eliminate a split
14  precinct?
15   A   No.  And, again, I wasn't involved
16  in 111.
17   Q   And as we saw earlier, 111 actually
18  currently has five split precincts; correct?
19   A   Correct, uh-huh.
20   Q   As far as you know, 111 wasn't
21  modified to reunite a neighborhood or a
22  community of interest; correct?
23   A   Not as far as I know, huh-uh
24  (negative).
25   Q   And as far as you know, 111 wasn't

136

1   modified to address technical concerns;
2   correct?
3    A   Not that I know.  But, again, I
4   wasn't involved in that.
5    (Whereupon a document was identified as
6    Plaintiff's Exhibit 45.)
7    Q   Sure.  Okay.  So I want to move on
8   to a document previously marked as Exhibit 45.
9   And, Mr. O'Connor, just to make sure we're
10  looking at the same document, what I have as
11  the first page is an email from Dan O'Connor to
12  David Knight.
13   A   Right, uh-huh.
14   Q   Okay.  Why don't you -- why don't
15  you go ahead and read through the document, and
16  I will ask you some questions about it.
17   A   Uh-huh (affirmative).  Okay.
18   Q   Mr. O'Connor, do you recognize this
19  document?
20   A   Yes, I do.
21   Q   And what is it?
22   A   Well, it's an email from myself to
23  Representative David Knight.
24   Q   Okay.  And what was the subject
25  matter of the email?

137

1    A   He wanted the analysis of his new
2   district.
3    Q   Okay.  Now, we notice that sort of
4   attached to this are Districts 111, or two maps
5   in Districts 111; correct?
6    A   You mean attached to this memo?
7    Q   Yeah.
8    A   Oh, yes, uh-huh, right, uh-huh.
9    Q   And do you know why you would have
10  sent Representative Knight information about
11  Districts 111?
12   A   Well, because part of his,
13  Representative Knight's, old district might
14  have moved into 111, so he wanted to see, you
15  know, where 111 went in terms of his area.
16   Q   Now, the -- in the initial email
17  from October 8th on the second page, you
18  attached a pdf of House District 130.
19   A   Uh-huh (affirmative).
20   Q   Which is Representative Knight's
21  district; correct?
22   A   Correct, uh-huh.
23   Q   And you talked about the population,
24  population changes in the district under the
25  new plan; correct?

138

1    A   Correct, uh-huh.
2    Q   And then Representative Knight
3   responds to you 13 minutes after you sent your
4   email wanting an analysis of Spalding and Lamar
5   County?
6    A   Right.
7    Q   Similar to the one done for Henry.
8    A   Uh-huh (affirmative).
9    Q   And he wants to compare voter data
10  from '14 to '16.
11   A   Uh-huh (affirmative).
12   Q   When he's talking about voter data,
13  do you know what he was referencing?
14   A   He was probably talking about voter
15  registration and political performance.
16   Q   Okay.  And do you think he was also
17  interested in racial demographics of his
18  district?
19   A   I don't recall him specifically
20  saying that.
21   Q   Okay.  All right.  So let's go to
22  the first, the last email in the chain which is
23  the first email at the top of the first page.
24   A   Uh-huh (affirmative).
25   Q   And this is your response to

Donovan Reporting, PC                                                                 770.499.7499

Dan O'Connor          Georgia State Conference of the NAACP, et al vs Kemp          December 13, 2017

139

1   Representative Knight's email; correct?
2       A   Correct, uh-huh.
3       Q   And it talks about -- in the first
4   sentence, it talks about what happened in the
5   2012 election cycle from a partisan
6   perspective; correct?
7       A   Correct, uh-huh.
8       Q   And in the second sentence, it talks
9   about the percentage of black voter
10  registration; correct?
11      A   Correct, uh-huh.
12      Q   Why, why did you give him
13  information about the percentage of black voter
14  registration?
15      A   In case, case he wanted it, like
16  Senator Henson, I supplied that information.
17      Q   And because it's relevant to
18  political performance; correct?
19      A   Yes.  You would say that.
20      Q   Okay.  Then later on in that
21  paragraph, you say that as you distinctly
22  recall -- or as you distantly?
23      A   Distantly.
24      Q   Distantly recall?
25      A   Uh-huh (affirmative).

140

1       Q   What does that mean, distantly
2   recall?
3       A   Well, I mean, might have been a
4   vague recollection.  Again, I wasn't involved
5   in the, you know, the map drawing of 111.  That
6   may have been after, afterward looking at the
7   district.
8       Q   Okay.  All right.  And then in the
9   second paragraph, you talk about some of the
10  changes in Henry County; correct?
11      A   Correct, uh-huh.
12      Q   That you talk about how it's evenly
13  divided between Democrats and the GOP, unlike
14  ten years ago when it was strongly Republican;
15  correct?
16      A   Correct.
17      Q   And then you give examples of
18  elections where that's the case?
19      A   Right.
20      Q   And then right below that, you talk
21  about changes in voter registration along
22  racial lines; correct?
23      A   Correct, uh-huh.
24      Q   And you talk about how white
25  registration in the county has stayed about the

141

1   same, but black registration has increased by
2   about 26,000; correct?
3       A   Correct, uh-huh.
4       Q   And that -- which, you know, at the
5   time of this email, was more than 20 percent of
6   the total number of registered voters; correct?
7       A   What was more than 20 percent?
8       Q   The 26,000.  What I'm -- in the next
9   sentence, you refer to 120,000 registered
10  voters in Henry.
11      A   Oh, in Henry, uh-huh (affirmative).
12      Q   So the black -- so adding 26,000
13  black voters when your overall registration
14  base is 120,000 is pretty significant, isn't
15  it?
16      A   Yes.  I would say that.
17      Q   And that currently about 37 percent
18  of registered voters were black?
19      A   Right.
20      Q   And is it -- is it fair to say that
21  once counties, their black percentage gets into
22  the high 30s around 40 percent, they're,
23  they're roughly, they're roughly toss-up
24  counties between Democrats and Republicans?
25      A   Generally, yes, uh-huh.

142

1       Q   That if what you want to do is you
2   want to maximize the number of Republican
3   seats, you want to avoid districts getting into
4   the high 30s in black percentage; correct?
5   Keep it below that; correct?
6       A   Well, I mean, it's speculation.
7       Q   But you've analyzed these things;
8   right?
9       A   Uh-huh, yeah.  I mean, I don't have
10  a hard and fast, you know, thing, but, you
11  know, it could be argued.
12      Q   Would it be fair to say that there
13  aren't too many legislative districts in
14  Georgia that are less than 40 percent black and
15  are represented by Democrats?
16      A   There are less -- that would be a
17  fair assessment, yes.
18      Q   Okay.
19      A   Uh-huh (affirmative).
20      Q   And that -- and, you know, you've --
21  you've analyzed this data in terms of State
22  House districts going back almost 20 years now;
23  correct?
24      A   Well, I wouldn't say 20, 20 years.
25  I mean -- I mean, in this job, it's, you know,

Electronically signed by Joel Moyer (501-161-376-4513)                    222d28fe-b3d7-4305-9def-b8e5e71276b3

Dan O'Connor                Georgia State Conference of the NAACP, et al vs Kemp                December 13, 2017

41 (Pages 143 to 146)

143

1    been ten years.
2        Q    But you did it for the State
3    Republican Party beginning in 2000; right?
4        A    Yes, uh-huh, in that sense, yeah,
5        Q    So you've analyzed -- you've done
6    these analyses in terms of performance in State
7    House -- State House districts?
8        A    Uh-huh (affirmative).
9        Q    Beginning in 2000, all the way up to
10   the present --
11       A    Uh-huh (affirmative).
12       Q    -- with a short break in the middle
13   for two-and-a-half years; correct?
14       A    For -- well, like I went from the
15   State Party to redistricting, yeah, uh-huh.
16       Q    You may -- you may have done it in a
17   different, in a different office.
18       A    Capacity or whatever, uh-huh
19   (affirmative).
20       Q    But in terms of doing these types of
21   analyses, except for the two-and-a-half years
22   that you did natural resources work, you have
23   been doing these sorts of --
24       A    Oh, that. Oh, you meant that --
25   right. I'm sorry. I didn't understand which

144

1    two-and-a-half you were talking about. Yeah.
2        Q    So let's clean it up.
3        A    Right.
4        Q    Except for between roughly 2008 to
5    the beginning of 2011, you have consistently in
6    Georgia done these analyses where you've looked
7    at how State House districts performed?
8        A    Correct, uh-huh.
9        Q    Would it be fair to say that you
10   probably understand this better than anyone
11   else in the state?
12       A    I don't know about anybody else in
13   the state. I mean, it could be some professor
14   somewhere, so I don't know if I would say I
15   would be the expert one.
16       Q    You don't know anybody who -- but
17   you don't know anybody who's studied this more
18   closely than you have; correct?
19       A    Well, that would be correct, yeah.
20   I just can't speak for everybody, you know --
21       Q    Sure.
22       A    -- in the state in that case.
23       Q    In terms of the people that you
24   know, in terms of the people that interact with
25   the Republican party, you're considered to be

145

1    the person that they turn to when they want --
2    when they want to analyze the likely
3    performance of their district?
4        A    Right.
5            MR. KHOURY: Object to the form.
6        A    Uh-huh (affirmative).
7        Q    All right. So then in the next
8    sentence, you say that you suspect that a lot
9    of Clayton residents have moved to Henry over
10   that time?
11       A    Uh-huh (affirmative).
12       Q    Why do you think -- why do you
13   suspect that people have moved from Clayton to
14   Henry County?
15       A    Why do I suspect that the growth was
16   from Clayton?
17       Q    Uh-huh (affirmative).
18       A    Well, I mean, Clayton is, you know,
19   right next to Henry County, and that's along
20   I-75, which is the main corridor in the county,
21   where below Henry County it's more rural. So
22   you wouldn't have population increase coming
23   like from Macon as you would from Atlanta, the
24   Atlanta area.
25       Q    It's a -- it's a typical concept in

146

1    terms of metropolitan areas that you have
2    movement, movement from the central area out
3    towards --
4        A    Out.
5        Q    -- the perimeter?
6        A    As opposed to from the outer
7    perimeter coming in.
8        Q    Right. And in the case of Clayton
9    County, Clayton County is closer to Atlanta.
10       A    Uh-huh (affirmative).
11       Q    Clayton County has, at least in the
12   Atlanta metro area, the highest percentage of
13   black population?
14       A    Correct. You mean in terms of
15   counties?
16       Q    In terms of counties, yes.
17       A    Yes, uh-huh.
18       Q    And so what you're seeing in Henry
19   County is people moving from Clayton to Henry
20   County. And as a result, what's happening is
21   the population of the county is increasing and
22   the black population of the county is
23   increasing to a disproportionately high
24   percentage of those who are moving in; correct?
25           MR. KHOURY: Object to the form.

Electronically signed by Joel Moyer (501-161-376-4513)                                    222d28fe-b3d7-4305-9def-b8e5e71276b3

147

1    A    Correct, uh-huh.
2    Q    All right. And then you note that
3 Clayton is the most heavily Democratic in the
4 state?
5    A    Right, uh-huh.
6    Q    And is it -- does, as far as you
7 know, Clayton have the highest percentage of
8 black population of any county?
9    A    I don't know if that's the case. I
10 can't say for sure.
11    Q    But certainly true within the
12 Atlanta, Atlanta metro area?
13    A    Metro area, right, uh-huh.
14    (Whereupon a document was identified as
15 Plaintiff's Exhibit 44.)
16    Q    Okay. So now I want to move to a
17 document previously marked as Exhibit 44.
18    A    Oh, I'm sorry. I as on 40. 44,
19 yeah.
20    Q    So just so make sure we're looking
21 at the same document, at the top of the first
22 page is an email from Dan O'Connor to David
23 Knight, Thursday, October 8th, 3:44 p.m.
24    A    Right, uh-huh.
25    Q    Okay. So why don't you go ahead and

148

1 read it, and then I will ask you some questions
2 about it.
3    MR. KHOURY: Jon, I think I've got
4 the wrong -- you gave me another copy of
5 Exhibit 45. This is --
6    MR. GREENBAUM: Oh, okay.
7    A    Are we on --
8    MR. GREENBAUM: I'll get you the
9 right document. We'll get you the right
10 document.
11    A    We're on 44?
12    Q    44.
13    A    Okay.
14    Q    Mr. O'Connor, do you recognize
15 Exhibit 44?
16    A    Yes, uh-huh.
17    Q    What is it?
18    A    An email from myself to David
19 Knight.
20    Q    Okay. So it starts off by you
21 listing the black population percentage of not
22 only Representative Knight's district, but
23 Representative Strickland's district,
24 Representative Welch's district, and
25 Representative Rutledge's district; correct?

149

1    A    Correct, uh-huh.
2    Q    And it starts off by looking at the
3 percent black?
4    A    Uh-huh (affirmative).
5    Q    And what it basically shows is that
6 all these districts now, at least according to
7 using the census data, are between 31 and 36
8 percent black; correct?
9    A    Correct, uh-huh.
10    Q    That, that a couple of percentage
11 points of black population was added to
12 Representative Rutledge's district; correct?
13    A    Correct, uh-huh.
14    Q    That in Representative Welch's
15 district it stayed basically the same; correct?
16    A    It dropped slightly, but, yeah,
17 basically the same.
18    Q    And in the case of Representative
19 Strickland, the percentage black in his
20 district reduced about two-and-a-half
21 percentage points; is that correct?
22    A    Correct, uh-huh.
23    Q    And that in District 130,
24 Representative Knight's district, increased
25 about two percentage points in terms of black

150

1 population; correct?
2    A    Correct, uh-huh.
3    Q    So you start out in terms of
4 analyzing these districts by starting with a
5 percentage of black population; correct?
6    A    Correct, in this thing, yes.
7    Q    Okay. Now, then you say in the next
8 paragraph these figures are based on 2010
9 census data and that these percentages would be
10 higher, doubtless, given the rapid minority
11 growth in Henry County; correct?
12    A    Correct.
13    Q    And this is something that we've
14 discussed before; correct?
15    A    Yes.
16    Q    In that you note that even from the
17 2010 census that Henry County had added more
18 than 7,000 blacks to the voter rolls; correct?
19    A    Correct.
20    Q    And that it had gone from 34 percent
21 black and 56 percent white to 37 percent black
22 and 48 percent white; correct?
23    A    Yes, uh-huh.
24    Q    So now Henry County is majority
25 nonwhite in terms of its voter registration;

Electronically signed by Joel Moyer (501-161-376-4513)                    222d28fe-b3d7-4305-9def-b8e5e71276b3

Dan O'Connor              Georgia State Conference of the NAACP, et al vs Kemp              December 13, 2017

151

1   correct?
2      A    Today?
3      Q    Yes.
4      A    I mean, I'm not positive on that.
5      Q    All right.  In October of 2015,
6   majority nonwhite?
7      A    Right, right, uh-huh.
8      Q    Correct?
9      A    Correct, uh-huh.
10     Q    And the trend has consistently been
11  that the white population has decreased;
12  correct?
13     A    Correct.
14     Q    So it would be a change from the
15  trend of at least the last 15 years, from 2000
16  to 2015, if all of the sudden the white
17  percentage increased in Henry County; correct?
18     A    Correct.
19     Q    Right.  And then you note in the
20  next paragraph that his district becomes about
21  two percentage points more black; correct?
22     A    Correct.
23     Q    And then in the same sentence after
24  the -- with the semicolons, you discuss the
25  political performance right after you discuss

152

1   the increase in racial percentage; correct?
2      A    Correct, uh-huh.
3      Q    And that it had become two
4   percentage points more, more black than in the
5   old district.  And in terms of the partisan
6   performance, it became two percentage points
7   more favorable for the Democrat?
8      A    What?  Comparing --
9      Q    Yeah.
10     A    -- the 58-41 to 57-42 or --
11     Q    I'm comparing this -- so what you
12  say is in the old -- in 2008 election --
13     A    2008.
14     Q    -- Romney led Obama by -- oh, wait a
15  second.  Strike that.
16          In the old district:  Romney 60,
17  Obama 39.
18     A    Okay.  Yes.
19     Q    In the new district:  Romney 48,
20  Obama --
21     A    58.
22     Q    Romney 58, Obama 41; correct?
23     A    Okay.  Right.
24     Q    So what -- so what you're saying in
25  the same sentence is the district became two

153

1   percentage points more black and at the same
2   time it performed two percentage points better
3   for the Democrats; correct?
4      A    Correct.
5      Q    So that, that -- there's a
6   correlation between the two percent more black
7   and the two percent more Democrat; correct?
8      A    Not necessarily, huh-uh (negative).
9      Q    At least in terms of result, that's
10  correct though; right?
11     A    Well, I mean, it would depend on the
12  total turnout.  You would have to look at
13  the -- I mean, how many voted.  It might not
14  have been the same black percentage voting each
15  time in terms of the electorate, I mean,
16  because we're looking at the, you know,
17  population there.
18     Q    Okay.  But in any -- in any event,
19  the result is what the result is; correct?
20     A    Right, uh-huh.
21     Q    And then I want to -- I want to go
22  down to the last paragraph in the first page
23  that goes onto the second page.
24     A    Right.
25     Q    And it says, "There are a few

154

1   Democrats today serving in the Georgia House
2   from districts that are less than 40 percent
3   black."
4      A    Right, uh-huh.
5      Q    And do you believe that's a true
6   statement?
7      A    That there are few today?  Yes,
8   uh-huh.
9      Q    Okay.  And can you identify
10  Democrats that serve districts that are less
11  than 40 percent black?
12     A    You mean as of today?
13     Q    Yes.
14     A    I don't know if I can identify all
15  of them.  Like we, you know, we've had some
16  special elections recently, so I can't say I
17  identify can every one.
18     Q    All right.  Let's say after the 2016
19  election.
20     A    After that?  I would -- Mary
21  Margaret Oliver.
22     Q    Okay.
23     A    Taylor Bennett and Scott Holcomb.
24     Q    Okay.  And they are all from DeKalb
25  County?

Donovan Reporting, PC                                                              770.499.7499

Dan O'Connor                    Georgia State Conference of the NAACP, et al vs Kemp                    December 13, 2017

44 (Pages 155 to 158)

155

1     A    Correct.
2     Q    Can you think of anybody outside of
3   DeKalb County, any Democrat outside of DeKalb
4   County that represents a district that's less
5   than 40 percent black?
6     A    It's possible the two Athens ones
7   that the Democrats carry in the House
8   Districts 117, 119, they're probably below 40.
9     Q    Okay.  Can you think of anybody
10  outside of DeKalb or Athens?
11    A    That's below 40?
12    Q    Yeah.
13    A    No, no, huh-uh.
14    Q    So now let me ask the converse.
15    A    Uh-huh (affirmative).
16    Q    Can you identify any Republicans who
17  represent State House districts that are 40
18  percent or more African-American?
19    A    That are 40 percent or more
20  African-American?
21    Q    Yes.
22    A    Yes.
23    Q    Okay.
24    A    Gerald Greene.
25    Q    Okay.  Anybody else?

156

1     A    That's over 40?  Not offhand, huh-uh
2   (negative).
3     Q    Okay.  So while there might be some
4   exceptions to the general rule, the general
5   rule is essentially that 40 percent is about --
6   black is about the dividing line between when a
7   district becomes Republican and when a district
8   becomes Democrat; correct?
9     A    The rough approximation, yes.
10    Q    And is that something that you have
11  discussed with anybody before?
12    A    No, huh-uh.
13    Q    Okay.  But it's something that has
14  been -- it is something that, that you've sort
15  of come to this conclusion based on close to 20
16  years of studying State House elections in
17  Georgia?
18    A    Observations, yes, uh-huh.
19    Q    And you've done a lot of
20  observations of this; correct?
21    A    Of voter registration?  Yes.
22    Q    Of, of performance and when a
23  district is more likely to perform for a
24  Democrat versus a Republican, all of that
25  stuff; correct?

157

1     A    Yes, uh-huh.
2     Q    And the correlation between the
3   racial percentage in the district and who's
4   likely to win it; correct?
5     A    Yes, uh-huh.
6         MR. GREENBAUM:  Okay.  Why don't we
7   cut off for today, and then we'll resume in a
8   mutually convenient time once we have your
9   documents.  Okay?
10        THE WITNESS:  Okay.
11        MR. KHOURY:  Yeah.  That's fine.
12        MR. GREENBAUM:  And maybe what we
13  should do is get a calculation of how long
14  we've been on the record so that we can
15  subtract that from seven hours.  So should we
16  do that on the record?
17        THE VIDEOGRAPHER:  We have been
18  going for 2 hours and 57 minutes.
19        MR. GREENBAUM:  Okay.  So we have
20  4 hours and 3 minutes left.  And if I use less
21  than that, all to the good.
22        All right.  Thank you.
23        THE WITNESS:  Okay.
24        THE VIDEOGRAPHER:  Going off video
25  record at 12:34 p.m.

158

1         THE COURT REPORTER:  And are you
2   reserving signature?
3         MR. KHOURY:  Yes.
4         (Proceedings adjourned, 12:34 p.m.)

Donovan Reporting, PC                                                                      770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                                      222d28fe-b3d7-4305-9def-b8e5e71276b3

159

1  I, DAN O'CONNOR, Deponent,
2  do hereby certify that I have read the
3  foregoing deposition, and the same is a true
4  and accurate transcript of my testimony, except
5  for the changes listed below, if any.
6  PAGE/LINE/CHANGE                    REASON
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
   If additional space is needed, please attach
20 separate sheet(s) and indicate number of
   additional page(s) here:_____
21 _____
22 _____
   DAN O'CONNOR, Deponent
23 This _____ day of _____, 20_____.
24 Donovan Reporting, PC FAX: 770-428-5801
25 237 Roswell Street Marietta, GA 30060
   Date of Deposition: 12-13-2017 CR: JM

160

1      CERTIFICATE OF COURT REPORTER
2  STATE OF GEORGIA
3  COUNTY OF COBB
4      I hereby certify that the foregoing
5  deposition was reported as stated in the
6  caption, and the questions and answers thereto
7  were reduced to writing by me;
8      That the witness's right to read and
9  sign the deposition was reserved;
10     That the foregoing pages 1 through 161
11 represent a true, correct, and complete
12 transcript of the evidence given on the
13 above-referenced date by the witness, DAN
14 O'CONNOR, who was first duly sworn by me;
15     That I am not of kin or counsel to any
16 of the attorneys or parties in this case.
17     I do hereby disclose pursuant to
18 Article 10.B. of the Rules and Regulations of
19 the Board of Court Reporting of the Judicial
20 Council of Georgia that I am a Georgia
21 Certified Court Reporter; that I am an employee
22 of Donovan Reporting PC; that Donovan
23 Reporting PC was contacted by the attorney
24 taking the deposition to provide court
25 reporting services for this deposition; that I

161

1  am not taking this deposition under any
2  contract that is prohibited by OCGA 15-14-37(a)
3  and (b) or Article 7.C. of the Rules and
4  Regulations of the Board; and I am not
5  disqualified for a relationship of interest
6  under OCGA 9-11-28(c).
7      There is no contract to provide
8  reporting services between myself or any person
9  with whom I have a principal and agency
10 relationship nor any attorney at law in this
11 action, party to this action, party having a
12 financial interest in this action, or agent for
13 an attorney at law in this action, party to
14 this action, or party having a financial
15 interest in this action.  Any and all financial
16 arrangements beyond my usual and customary
17 rates have been disclosed and offered to all
18 parties.
19     This 18th day of December 2017.
20
21 _____
22 JOEL P. MOYER, CCR 2745
   Certified Court Reporter
23
24
25

Electronically signed by Joel Moyer (501-161-376-4513)                    222d28fe-b3d7-4305-9def-b8e5e71276b3

Dan O'Connor                Georgia State Conference of the NAACP, et al vs Kemp                December 13, 2017

**A**

**able** 23:22 24:4 81:7
**above-referenced**
  160:13
**account** 130:5,13,14
  131:8,9,14,19
**accounts** 130:17,19
**accurate** 79:8 127:7
  134:4 159:4
**acknowledgement**
  99:1
**act** 50:22 71:25 72:13
**action** 161:11,11,12
  161:13,14,15
**active** 14:10
**actual** 33:8 59:9 63:5
**added** 42:7,9,16
  149:11 150:17
**adding** 141:12
**addition** 8:18 25:18
**additional** 159:19,20
**address** 130:24 135:6
  136:1
**addressing** 134:11
**adjourned** 158:4
**adjusted** 36:25
**adjusting** 37:1 60:11
**adopting** 127:16
**adverse** 93:23 95:9
  95:11
**affect** 21:14 55:2
  86:4
**affirmative** 8:8 9:19
  18:7,19 20:8 21:11
  24:13 26:13 27:14
  29:13 31:10,24
  32:16,19 34:11,15
  35:8 36:21 40:12
  49:1 54:18 63:9
  64:17,18 65:6,10
  66:12,17 67:15
  68:10,13 70:8 73:9
  75:5,8,17 78:3 79:2
  79:14,19,24 80:4,19
  81:6,14,18 82:16
  83:25 88:17 91:12
  91:16 92:9 94:6
  96:6 98:19 100:10
  102:20 103:25
  105:20 106:8
  107:15,19 108:3,15

109:3,13,20 110:13
  111:5,9 112:21
  114:17,20 115:12
  116:1 117:14 119:6
  120:3 121:8,11,22
  122:12,22 124:20
  124:25 125:8,13
  127:14 129:4,21
  130:7,11,15 131:22
  131:25 133:11
  134:12 135:11
  136:17 137:19
  138:8,11,24 139:25
  141:11 142:19
  143:8,11,19 145:6
  145:11,17 146:10
  149:4 155:15
**African-American**
  16:22 17:1 18:22
  19:3 84:13 85:10
  85:20 123:8,13
  155:18,20
**African-Americans**
  85:16
**afternoon** 106:4
**afterward** 11:13 59:8
  140:6
**agency** 13:10 161:9
**agenda** 127:12
**agent** 161:12
**ago** 7:18 8:23 21:19
  36:2 61:15 127:20
  133:17 140:14
**agree** 86:5,11 87:25
  99:13 118:10
**ahead** 63:18 104:8
  125:16 131:10
  136:15 147:25
**aim** 51:10,11
**aims** 38:20 50:16,18
  51:4 52:6 53:3
**Alex** 3:2 5:13 125:4
**Allen** 3:3
**allow** 53:4
**allowed** 53:10
**allows** 23:17
**Amburn** 62:13,17
  65:16
**analyses** 22:4,4 28:14
  77:7 143:6,21
  144:6
**analysis** 14:18 26:23

27:9 39:2,3 77:12
  77:18 81:8 92:8,23
  92:24 102:1 137:1
  138:4
**analyze** 15:17 23:22
  27:16 145:2
**analyzed** 142:7,21
  143:5
**analyzing** 15:12,13
  26:25 27:4 59:8
  150:4
**ANDERSON** 1:7
**ANDREA** 1:7
**and/or** 91:18
**answer** 29:4 53:12
  66:20
**answered** 52:18,21
  53:8
**answers** 15:17 68:15
  160:6
**anybody** 8:20 30:2
  30:13 32:4 42:16
  42:20 45:21 49:15
  55:25 56:1,9 58:12
  59:14 60:14,24
  61:16 97:5,7,15
  99:10 100:19
  144:12,16,17 155:2
  155:9,25 156:11
**apologize** 49:22,22
**APPEARANCES** 2:1
**applies** 78:20
**appointment** 55:12
**appointments** 55:4
**appoints** 55:8
**approximately** 98:7
**approximation** 156:9
**April** 129:8
**area** 15:3 24:3 39:7
  40:11,15 50:2,7,11
  50:12 72:24 137:15
  145:24 146:2,12
  147:12,13
**areas** 15:22 43:21
  53:16 146:1
**argued** 142:11
**ARIA** 2:13
**arrangements** 161:16
**ARREYMBI** 1:7
**Article** 7:5 160:18
  161:3
**Asian** 84:19 93:17

95:3
**Asians** 85:6
**asked** 42:20 52:18
  53:7 61:20,23 89:7
  89:9
**asking** 40:1 52:23
  53:1 55:19,21
  63:17 64:11 65:21
  125:19
**asks** 82:10 127:11
**Assembly** 57:21
**assess** 78:13 80:24
  84:23
**assessing** 78:6
**assessment** 77:3
  142:17
**assistant** 41:20
**Associates** 14:14,17
  15:5 17:8
**assume** 107:10
**assumption** 52:12
**Athens** 155:6,10
**Atlanta** 1:2,18 2:10
  2:20 3:4 10:22 13:7
  19:9,11 145:23,24
  146:9,12 147:12,12
**attach** 159:19
**attached** 5:10 104:20
  137:4,6,18
**attachments** 4:19,21
  5:6
**attend** 57:19 58:1
  122:3
**Attendance** 122:16
**attending** 25:14
  33:24
**attention** 58:13
**attorney** 126:17
  160:23 161:10,13
**attorneys** 160:16
**audible** 9:11 66:19
**AUDRA** 1:6
**Augusta** 50:11,12
  58:6
**AUSTIN** 1:6
**authority** 54:23,25
  55:3,12
**Avenue** 2:6
**avoid** 142:3
**aware** 7:22 58:24
**Ayers** 14:14,17 15:4
  17:7,13

**Azarian** 5:13 125:4
**A-M-B-U-R-N** 62:15
**a.m** 1:19 7:2,10 57:13
  57:14,15,17 74:5
  75:7 81:22 88:22
  104:6 125:24,25
  126:1,7

**B**

**b** 2:18 161:3
**bachelor's** 10:2,12,18
**back** 8:2,5 30:11
  32:13 42:5,11,21
  43:4 57:16 72:10
  72:18 81:11 101:8
  105:5 115:4 116:19
  126:6,13,25 128:12
  142:22
**backed** 68:19,22
  93:25
**bad** 93:21 95:5
**balance** 70:23
**balancing** 71:25
  72:13
**Balch** 3:2
**Barnes** 19:15
**base** 22:1 76:25 77:1
  141:14
**based** 91:16,17
  114:24,25 115:1
  150:8 156:15
**basically** 10:23 11:6
  12:22 13:6,13,21
  14:8,24 15:23,24
  17:15,23 19:13,19
  26:18 29:17 35:13
  35:21,25 36:2 39:5
  41:4,7 43:18 59:23
  67:16 86:24,25
  98:11 99:17 101:7
  101:8 110:22 118:9
  119:12 149:5,15,17
**basing** 91:13
**Batten** 53:10
**battlegrounds** 66:2,5
**becoming** 71:11,13
  71:21
**beginning** 1:19 7:8
  9:25 57:18 67:17
  126:8 143:3,9
  144:5
**begins** 63:11

**behalf** 15:5
**believe** 26:2 39:14
  129:2 154:5
**Bennett** 154:23
**best** 23:25 73:18
**better** 9:18 15:2
  38:21 131:18
  144:10 153:2
**beyond** 20:7 132:6
  161:16
**big** 19:16 78:24
**Bill** 126:14,18 127:2
  127:8 133:17 134:4
**bills** 14:9
**Bill-2015** 6:2
**binder** 63:3 119:5
  121:21 124:24
  129:1
**Bingham** 3:2
**bit** 11:17 101:21
**black** 93:5,7 94:17,20
  112:16,19 131:23
  132:2,15 139:9,13
  141:1,12,13,18,21
  142:4,14 146:13,22
  147:8 148:21 149:3
  149:8,11,19,25
  150:5,21,21 151:21
  152:4 153:1,6,14
  154:3,11 155:5
  156:6
**blacks** 150:18
**Blake** 42:13
**block** 23:23,24 24:6
  81:7 124:2,5,16
**blocks** 23:20 124:5,7
**blood** 86:18
**blue** 115:23,25
  116:15,16
**Board** 7:6 107:22
  160:19 161:4
**bodies** 36:17
**booklet** 115:6
**borders** 107:3
**bottom** 64:6 122:10
  122:11,14,20
**Boulevard** 3:3
**BRANCH** 2:13
**break** 41:14 57:9
  123:23 125:17
  143:12
**breakdown** 97:23,25

  109:8
**Brett** 70:7 106:5,10
**Brett's** 107:5
**Brian** 1:10 5:21
  45:19 76:5,5,15
  123:21
**briefing** 17:25
**briefings** 22:6
**bring** 31:11 82:4
  97:16
**bringing** 58:13
**Brockington** 2:18
**brought** 97:20
**Bryan** 1:17 2:9
**budget** 18:1
**build** 85:1,3
**bullet** 67:22 68:4
  69:15 134:7
**Bureau** 5:17,19

─────── **C** ───────
**C** 2:13
**calculate** 77:25
**calculated** 77:22
**calculation** 157:13
**Caldwell** 117:6,7,8
  124:9
**call** 91:7 99:18,20
**called** 19:10
**calls** 15:19
**campaign** 17:17,22
  19:7
**candidate** 16:11,12
  17:24 21:15 95:16
  95:20
**candidates** 14:22
  15:6 19:2 23:8 28:9
  38:22 93:22 95:6,8
  95:11
**CAP** 97:8
**capacity** 1:10 143:18
**capitol** 97:10
**caption** 160:6
**capture** 9:12
**Carmel** 80:1,2,3
**Carolina** 13:18,20
**carry** 155:7
**Casas** 70:6 107:11,13
**Casas's** 107:6
**case** 1:9 25:5 37:9,16
  38:3 124:12 139:15
  139:15 140:18

  144:22 146:8 147:9
  149:18 160:16
**cases** 12:23
**categories** 133:1
**Caudell** 75:10
**Caulder** 4:22 5:1
  61:11,13 65:3
  67:17 74:20 97:6
**Cave** 1:17 2:9
**CCR** 161:21
**CELESTE** 1:4
**census** 5:17,19 22:15
  22:18 23:19,23,24
  24:5 81:5 108:14
  108:17,19,23,23
  109:7,13,25 112:15
  124:4,6,7 149:7
  150:9,17
**central** 10:22 79:20
  146:2
**certain** 15:2,3 41:1
  47:5
**certainly** 84:18
  120:11 147:11
**Certificate** 4:11
  160:1
**Certified** 1:16 160:21
  161:22
**certify** 159:2 160:4
**chain** 63:18,19,22
  64:6,9,15 74:12
  81:24 138:22
**chair** 82:6 124:14
**chairman** 82:2 117:6
  117:7,9 124:9
**challenges** 78:4
**Chamber** 19:9,11
**chance** 82:11,20
**chances** 73:18
**Chandler** 70:7 90:16
**Chandler's** 100:17
**change** 41:2 87:5
  100:13 123:11
  151:14
**changed** 36:17 38:17
  90:9 134:14 135:13
**changes** 38:10,13,15
  42:12 58:19 86:4,7
  86:11 90:1 100:21
  101:3 106:9,22
  119:16,18 120:17
  121:16 122:24

  127:16 133:17
  134:8 137:24
  140:10,21 159:5
**changing** 68:1,19
  101:19 102:2 120:7
**characteristics** 5:18
  5:20 132:5
**chat** 83:13
**Cheokas's** 65:24,25
**Chicago** 126:17
**Childs** 75:10
**choice** 88:7
**choices** 88:10
**Chuck** 5:5 60:10
  66:24 67:4 104:3
  104:16 119:17
**circumstances** 95:10
**city** 58:10,14
**Civil** 2:5
**Clark** 70:6
**Clay** 69:25 100:17
  106:19
**Clayton** 145:9,13,16
  145:18 146:8,9,11
  146:19 147:3,7
**clean** 144:2
**clear** 52:20 53:11
**clearly** 116:9
**Clinton** 68:20 70:2,5
  93:25 98:2 102:7
  120:19,23
**close** 70:9 90:22,24
  91:7,7,8 156:15
**closely** 70:25 71:1
  85:9 144:18
**closer** 146:9
**closest** 91:1
**Cobb** 65:22 160:3
**Cochard** 126:14,15
  127:11
**Coie** 2:14
**COLEY** 1:4
**collecting** 29:23
**college** 10:1
**color** 115:22,24
**combination** 132:19
**combined** 8:3
**come** 8:2,5 27:19
  28:22 41:2 42:21
  50:13 83:13 101:8
  121:3 156:15
**coming** 90:21 121:1

  145:22 146:7
**comments** 92:19
  122:19
**Commerce** 19:10
**commission** 55:8
  107:22
**committee** 2:4 5:11
  39:9,13 41:22
  44:10,13,18 82:3,6
  117:10 122:2
  124:11,14
**communicate** 131:9
**communicating** 62:4
  130:23
**communications**
  62:17 102:23
  103:17
**community** 57:20
  134:10 135:3,22
**company** 15:15
**compare** 110:6 138:9
**compared** 93:8,18
**comparing** 152:8,11
**comparisons** 109:18
**competitive** 66:7,10
  66:14
**compiled** 105:14
**complete** 160:11
**completely** 36:10
**comply** 50:22
**conceded** 72:25
**concentrated** 15:21
**concept** 145:25
**concern** 58:9,13
  122:24 123:4,5
**concerned** 123:11
**Concerning** 104:18
**concerns** 123:2
  134:11 135:7 136:1
**concluded** 72:19
**conclusion** 156:15
**conference** 1:3 2:2
  11:1,3 45:25
**confirm** 79:8
**congressional** 5:11
  21:2,5 41:9 117:10
**consensual** 85:24
  87:5,14,17
**consensus** 98:12
  101:11
**consider** 127:6
**considered** 29:25

144:25
consistent 76:16
124:15
consistently 144:5
151:10
constitution 38:6
contact 13:2
contacted 160:23
Contained 1:22
content 101:24
contest 91:1
Continued 2:24 4:25
5:25
continuing 94:12
contract 11:20 161:2
161:7
control 25:10 50:25
51:6,13,19 52:1,9
53:5
convenient 157:8
conversations 102:23
103:16
converse 155:14
copies 123:23
copy 123:19,22 148:4
CORETTA 1:7
corner 97:10 122:11
correct 23:3,4,9 24:7
24:8 25:3,4,8,12,13
26:9 31:1 33:18
36:8,9,13,14,18
37:13,14,18,19
38:13 39:10,11
49:10 51:19 58:18
63:13 66:16 67:24
68:3,6 69:1,2,4,13
69:14,21,22 70:2,10
70:11,15,20,21 71:4
71:5,12,18,19,23
72:4,17,20 73:3,4
73:20 74:23,24
76:6,11,24 77:8,19
77:20 78:14,15
79:9,21,22 80:21,22
81:1,2,9,10 82:13
82:22 83:7,10
84:11,14,15,17,20
85:11,17,18,22,23
86:12,21,22 87:3,14
88:2,3,10,11,23
90:9,13,14,22 91:3
91:25 92:1,5,6,12

92:13,16,17,20,21
92:24 93:3,6,10,14
93:15,19,20,22 94:2
94:3,9,10,13,21,22
94:25 95:1,3,6,11
95:12,20,21 97:14
102:3,17 108:7
109:11,22 110:3,23
110:24,25 111:1,10
111:11,15,20
112:13,23,25
113:13,16,19,22
114:7,12,13 115:2,3
118:4,5,20 120:20
120:21 126:23,24
127:17,22 128:1
132:16,17 134:18
135:18,19,22 136:2
137:5,21,22,25
138:1 139:1,2,6,7
139:10,11,18
140:10,11,15,16,22
140:23 141:2,3,6
142:4,5,23 143:13
144:8,18,19 146:14
146:24 147:1
148:25 149:1,8,9,12
149:13,15,21,22
150:1,2,5,6,11,12
150:14,18,19,22
151:1,8,9,12,13,17
151:18,21,22 152:1
152:2,22 153:3,4,7
153:10,19 155:1
156:8,20,25 157:4
160:11
correctly 82:17
correlate 42:2
correlation 28:9
153:6 157:2
corresponded 82:21
correspondence 65:3
65:15 130:9
corridor 145:20
Council 160:20
counsel 2:1 7:4,23
8:13 11:5 160:15
count 24:3 80:13,16
counties 18:3,6 43:20
54:22 71:10,16,21
94:13 106:25
109:11 141:21,24

146:15,16
county 4:14 15:3
18:10 49:11,13,17
49:25 50:2,12
53:17,19,20,24 54:4
54:10,21,23 55:2,11
55:16 56:4,12
65:23 68:22 69:16
78:21 83:8 84:9
94:5,7 95:14,15,19
97:22 101:17 102:1
104:22 105:15
106:12,21,24 107:1
108:20 109:2,8,23
111:12 114:6,15
115:2,19 118:19
122:25 138:5
140:10,25 145:14
145:19,20,21 146:9
146:9,11,19,20,21
146:22 147:8
150:11,17,24
151:17 154:25
155:3,4 160:3
countywide 53:21,25
couple 7:20 8:23
36:24 121:2 127:19
149:10
course 12:15,21 31:5
31:20 38:5 46:2
58:24
court 1:1,16 7:6 8:18
12:23 33:17,18
37:6,16 38:4,7
72:10 158:1 160:1
160:19,21,24
161:22
covered 12:20
Cox's 69:25 100:17
106:19
CR 159:25
create 52:6 78:5
116:23
created 116:21,24
117:2
creating 73:19
creation 26:5
Cullefer 48:20 49:3
CUNNINGHAM 1:6
currently 69:11,12
75:23 135:18
141:17

CUSTER 2:8
custom 87:21
customary 161:16
cut 157:7
cycle 29:12,15 32:18
32:20,24 42:3
103:14 139:5

_____

D

D 107:6
Dan 1:13 4:8,16,18
4:20,22 5:1,3,5,7,9
5:21 7:11 123:21
129:7 136:11
147:22 159:1,22
160:13
danger 70:15
DARRYL 1:6
data 14:18,25 18:3,24
22:15,18,23 23:2,16
23:19 24:5,6 29:18
29:23 35:18,20
56:25 81:5 83:24
92:19 105:15
108:14,17,19,23,23
109:2,10,17,19,19
129:23 130:1
131:21,24 132:3,9
132:13,14,16,19,20
132:21 138:9,12
142:21 149:7 150:9
date 7:9 159:25
160:13
dated 63:12 74:5
81:22 88:21 104:4
105:7 119:9 129:8
David 3:6 4:18,20
70:6 91:23 107:6
107:10 136:12,23
147:22 148:18
day 31:21 83:19
101:11 159:23
161:19
days 105:4,11
DC 2:6,15
deal 66:3
dealings 60:24
Deborah 126:21
December 1:19 7:1,9
63:12 67:25 73:11
75:6 103:8,17
161:19

decided 91:2
decision 43:7
decisions 37:16
decrease 123:13
decreased 93:13
94:24 111:14
151:11
decreases 112:8,23
113:18
decreasing 114:12
Defendant 1:11 2:17
degree 10:2,4,5,9
13:5
DeKalb 106:24 107:3
121:2 129:17
154:24 155:3,3,10
delegation 54:12,24
56:5,7,9,12,18
96:14,20 97:1,4
98:12 99:12 105:5
105:11,25 106:3
116:22
delegations 55:11,16
Democrat 36:7,8
53:20 68:22 71:14
71:22 76:1 78:10
85:17 86:21 87:2
87:25 92:4 152:7
153:7 155:3 156:8
156:24
Democratic 16:6
23:8 25:3,6 43:23
71:4 95:16,19
116:16 147:3
Democrats 54:5 72:4
72:17 86:10,18
140:13 141:24
142:15 153:3 154:1
154:10 155:7
demographic 5:17,19
84:10 92:24 93:21
109:17 114:15
132:19
demographics 20:24
21:7,8,9,13,21,21
22:13 27:25 28:3,6
28:8,8,12,18,20
29:1,8 81:8 101:20
102:3,12,15 138:17
Department 57:1
depend 153:11
depending 86:2

Dan O'Connor                Georgia State Conference of the NAACP, et al vs Kemp                December 13, 2017

Page 165

112:15 116:16
**Deponent** 159:1,22
**deposition** 1:13 8:9
   9:21 30:12,13,14,20
   30:25 32:5,11
   62:24 78:19 88:15
   159:3,25 160:5,9,24
   160:25 161:1
**depositions** 9:3
**deputized** 65:8
**deputy** 119:13
**describe** 98:9 121:9
**desire** 50:23
**determine** 22:9
**determining** 37:21
**developed** 85:7
**Dianne** 5:15 96:4
**difference** 93:1
**different** 11:7,22
   12:5,23 13:6 14:19
   19:20 25:23 114:1
   116:11 129:24
   143:17,17
**difficult** 23:25 78:8
**director** 35:2 42:19
**disbanded** 37:18
**disclose** 160:17
**disclosed** 161:17
**disclosure** 7:4
**discuss** 65:17 151:24
   151:25
**discussed** 19:22
   82:12 98:10,16,20
   100:7,8 106:4
   150:14 156:11
**discussing** 83:7
**discussion** 100:11
   120:7
**discussions** 59:10
   79:3 96:1 101:9
   121:15 128:10
**disproportionately**
   146:23
**disqualified** 161:5
**distantly** 139:22,23
   139:24 140:1
**distinctly** 139:21
**district** 1:1,1 20:24
   21:10 22:1 27:17
   27:25 28:21 29:1,9
   38:11 47:2 59:23
   60:3 65:23,24

66:13,14,25 67:6
68:2,9 69:9,10
70:13 76:19 77:13
77:24 78:2 79:10
80:10,21,24 85:20
86:4 88:1 89:17
90:13,16,17 91:8,24
92:3 102:8 106:14
106:19 107:3,5,7
116:17 119:17
122:25 132:6,23
134:7,14,14,22
135:2,6 137:2,13,18
137:21,24 138:18
140:7 145:3 148:22
148:23,24,25
149:12,15,20,23,24
151:20 152:5,16,19
152:25 155:4 156:7
156:7,23 157:3
**districts** 4:14 20:22
   21:1,2,3,5 22:7
   24:20 26:22,24,25
   27:4,5,9 30:9 33:3
   34:6 36:16,25 37:2
   37:11,13,17,22,23
   38:1,2,4,6,8,17,19
   38:21 39:2,5,15
   40:2,11 46:7,12
   48:22 49:13 50:1
   54:9,21 59:8,9,11
   59:16 60:17,18
   66:8,10 70:13 72:1
   72:14 73:18 75:22
   75:24,25 84:4 87:1
   89:6,8,22,25 90:8
   98:18 99:8,22
   100:4,12,22 106:15
   119:22 120:2,5,8,10
   120:13,14,18,23,25
   121:1,2,7,10,12,14
   129:24 137:4,5,11
   142:3,13,22 143:7
   144:7 149:6 150:4
   154:2,10 155:8,17
**divide** 8:4
**divided** 48:10 140:13
**dividing** 156:6
**division** 1:2 48:7,13
**document** 6:1 31:22
   62:21,24 63:13,16
   64:23 65:1 73:22

74:7,17 78:16
81:12 88:12,19,19
88:25 95:24 103:21
104:2,9,12,21 109:4
109:14 119:1,8
121:17,23 123:16
124:21 125:3,6
128:23 129:6,9
130:8 133:5,9,13,16
133:19,23 134:3
136:5,8,10,15,19
147:14,17,21 148:9
148:10
**documents** 7:24 31:7
   31:9,11,14,16 32:7
   32:10 63:17 157:9
**doing** 9:6 11:20
   13:21 15:9,11
   16:21 24:19 26:14
   26:23 29:15 30:3
   32:25 34:1 37:6,7,8
   65:12 77:6,18 82:5
   87:2 92:23,23
   101:11 111:23
   118:11 143:20,23
**Donovan** 159:24
   160:22,22
**door** 60:6
**doubtless** 150:10
**draft** 127:20
**drafted** 31:17,20
   127:21 133:22,24
**drafting** 133:19
**drafts** 47:4
**dramatic** 114:6
**draw** 35:16 46:11
   59:9
**drawing** 40:4,13
   47:15,18,21,24 48:4
   49:5,12 50:9 54:9
   118:12 140:5
**drawn** 40:7,7,17,19
   40:22 46:7,14 50:2
   54:10
**drew** 38:4,7,7
**dropped** 118:21
   149:16
**duly** 7:12 160:14

— E —

**earlier** 98:15 130:9
   135:17

**easier** 83:14
**edge** 106:20,21
**education** 18:2 19:14
   19:16
**educational** 9:25
**effort** 84:22
**Efstration** 5:5 67:4
   104:3,17 105:24
   130:10
**Efstration's** 66:24
   70:18
**eight** 18:16 80:16
**either** 82:3 88:5
   91:18 122:6
**El** 35:5 42:17 45:3
**elected** 75:23
**election** 18:17 20:6
   29:12,15 32:17,20
   40:18 54:2 55:8
   77:14 90:20 94:1
   95:17 101:18
   104:23 105:9,16
   139:5 152:12
   154:19
**elections** 11:8 22:11
   22:12 53:25 84:23
   140:18 154:16
   156:16
**electoral** 18:6
**electorate** 153:15
**eliminate** 134:15
   135:13
**eliminating** 134:9
**else's** 55:20
**email** 4:16,16,18,20
   4:22,22 5:1,1,3,5,7
   5:7,9,9,13,13,15,15
   5:21 63:11,18,19
   64:3,8,9,16 65:2,5,5
   67:2,14,19 73:6,15
   74:3,4,20,25 81:20
   82:22,24 85:25
   88:21 89:3 90:25
   92:22 96:4,8,10,12
   104:3,16,21 105:3,7
   105:12,21 114:16
   119:8 120:13
   123:20,25 125:4
   126:13,25 129:7
   130:5,14,17,24
   131:20 132:8
   136:11,22,25

137:16 138:4,22,23
139:1 141:5 147:22
148:18
**emailing** 89:5 119:14
**emails** 31:14,16,20
   64:13 74:22 98:15
   127:25 128:15,17
**employee** 160:21
**employers** 22:2
**endangered** 69:12
**endangering** 68:24
**ended** 19:7 90:21
**ends** 86:8
**engaged** 32:21
**ensued** 79:4 96:2
   128:11
**entire** 105:11
**entirely** 120:25 121:4
**entitled** 6:1 133:9
**environment** 41:21
**equiv** 124:2
**equivalency** 124:16
**Errata** 4:10
**essentially** 69:7 71:6
   71:7 88:4 156:5
**estimate** 24:1 84:3
**ethnicity** 112:17
**evenly** 140:12
**event** 153:18
**everybody** 144:20
**evidence** 160:12
**exact** 101:23
**Examination** 4:7,9
   7:14
**examined** 7:12
**example** 22:15 29:19
   55:7
**examples** 131:3
   134:9 140:17
**exceptions** 156:4
**Excuse** 126:4
**executive** 35:2 42:18
**exhibit** 4:12 62:22,25
   63:3 64:20 73:23
   78:17,19 81:13
   88:13,16,20 95:25
   96:3 103:22 105:6
   109:5,6,15,17
   110:12 115:5 119:2
   119:4 121:18,20
   123:17,20 124:22
   125:3 126:3,10

Dan O'Connor                Georgia State Conference of the NAACP, et al vs Kemp                December 13, 2017

128:24 129:3 133:6
133:8 136:6,8
147:15,17 148:5,15
**exhibits** 1:22 4:13
109:22 127:20
**existing** 42:8,9
**expect** 54:6
**expert** 144:15
**explain** 119:20
**expressed** 122:24
**expressing** 123:5
**extent** 23:15 99:17

---

**F**

**F** 133:10
**fact** 13:10 58:14
69:19 72:21 75:18
76:12 85:15 90:20
91:10 92:2 102:2
127:19 131:3
**fair** 48:9 53:19 67:18
134:21 141:20
142:12,17 144:9
**fall** 91:2
**familiar** 62:7
**far** 9:5 135:1,5,12,20
135:23,25 147:6
**fast** 142:10
**favorable** 152:7
**FAX** 159:24
**features** 21:25
**February** 88:22
104:4 105:6,7
119:9
**feeling** 99:12
**fellow** 101:9
**figure** 88:5
**figured** 132:4
**figures** 150:8
**figuring** 86:19
**file** 4:2,3,4,5 7:8
46:22 47:5 57:18
124:2,16 126:8
**files** 7:25
**financial** 161:12,14
161:15
**find** 19:8 46:24
**fine** 157:11
**firm** 11:4 14:15
15:14
**first** 7:12 20:12,19
24:11,14,18 27:1

62:8 63:20 64:8,15
67:22 68:21 75:15
83:22 93:2,25
95:15,18 115:9
136:11 138:22,23
138:23 139:3
147:21 153:22
160:14
**five** 20:11,12 24:10
34:13 68:20 73:1
79:6 80:8,8,15,21
135:18
**five-minute** 57:9
**Flat** 79:15
**Flippen** 79:10
**floor** 2:9 97:11
**focus** 28:15 92:19
**folder** 47:6,9,12
124:13
**follow** 119:18
**following** 51:21
119:24 129:20
**follows** 7:13 72:11
**force** 19:14,20
**foregoing** 159:3
160:4,10
**forgot** 48:21
**form** 29:3 51:20
52:10 55:18 61:19
69:23 72:5 82:23
87:4 94:14 99:24
102:5,19 124:7
145:5 146:25
**format** 38:7 77:9
115:21
**forwarded** 126:22
127:25 128:15,16
**four** 72:23 80:5,15
86:6 92:11 94:1,24
**Fourteenth** 2:9
**frame** 26:11,15,17
34:2 36:6 54:4
**FRANK** 2:18
**Fulton** 50:12 53:17
53:19,24 54:4,10
55:6,8 56:3,12
60:12
**further** 70:5
**future** 77:13

---

**G**

**GA** 2:10,20 3:4 96:8

159:24
**ga.gov** 130:24
**GA000001-2** 6:2
**GA000006-8** 4:23
**GA000009-13** 5:2
**GA000014-25** 5:6
**GA000026-27** 4:17
**GA000028-29** 5:8
**GA000030-33** 4:21
**GA000034-39** 4:19
**GA000077-78** 5:4
**GA000086-90** 5:14
**GA000091** 5:16
**GA000092-94** 5:12
**GA000121** 5:22
**general** 5:17,19 18:17
18:18 29:17,20
54:1 57:20 66:6
89:16 99:12 100:14
119:25 132:5 156:4
156:4
**generally** 29:22
47:25 51:9 55:11
55:13 66:2 95:9
117:19 141:25
**gentleman** 62:8
**geographic** 15:21
35:13
**geography** 27:18
**Georgia** 1:1,3,11,18
2:2 15:25 22:22,25
25:2,6 30:4,7 33:4
36:6,15,18 37:25
38:9 42:1 51:11,12
77:7,17 87:12,21
102:16 119:13
130:13 131:8
142:14 144:6 154:1
156:17 160:2,20,20
**georgia.gov** 130:18
**Gerald** 155:24
**germane** 133:2
**getting** 10:18 13:4
35:20 43:3 75:23
118:1 142:3
**Gina** 5:3,9,13,15,21
78:19 96:4 123:21
125:4
**GIS** 35:13
**give** 9:24 28:5 29:19
66:19 68:15 127:1
127:1 139:12

140:17
**given** 106:19 108:1
120:16 150:10
160:12
**giving** 8:25 9:11
**go** 8:14 19:20 24:24
35:19 37:25 42:21
44:12 47:6,12
63:18 75:20,25
79:7 81:11 83:18
104:8 106:24
110:11,14,17 111:3
111:6,23 116:19
121:20 124:23
125:10,15 128:7
129:1 134:6 136:15
138:21 147:25
153:21
**goes** 124:13 153:23
**going** 7:19 8:2 10:24
24:25 25:18,22
30:11 31:19,19
32:13 35:15 43:10
57:7,12 62:25
63:16,17 64:11,14
64:14 71:7,9 76:9
78:22 85:21 86:9
86:10,25 87:13,25
95:10 96:3 99:2,3
102:24 104:9 105:5
106:23 108:8 119:4
119:25 123:6,19
125:23 128:4,9
131:11 134:13
142:22 157:18,24
**Golick** 59:24 60:8
67:24 68:1 118:15
**Golick's** 60:3
**good** 7:16 9:6,7,11
102:9 157:21
**GOP** 140:13
**gotten** 8:12
**government** 10:7,8
130:13
**governments** 11:5
**governor** 16:13 17:17
19:15 25:3 36:7,11
**Great** 57:11 76:15
128:7
**greatest** 120:16
**Greenbaum** 1:14 2:3
4:9 7:15,17 52:19

53:9 55:21 57:7,11
61:20,23 72:7
95:22 125:22 126:5
128:7 148:6,8
157:6,12,19
**Greene** 155:24
**grew** 111:13
**ground** 8:14
**group** 105:25
**groups** 44:4,5 113:20
114:1,3
**grown** 108:11
**growth** 108:1,5
145:15 150:11
**guess** 77:5 89:16
**guy** 12:18 16:9,14
30:7
**Gwinnett** 49:11,13
49:16 59:4 65:22
66:11 69:16 71:10
73:16 75:16 83:8
84:5,14,17,20 87:24
93:24 94:12 95:14
96:13,19 104:19,21
105:2,5,15 106:3,12
106:24 107:17,21
108:14 109:2,23
114:5,15 115:2,11
115:16 116:22
117:22 118:3,7
120:2,5,8,10,23
121:1,3,4
**Gwinnett's** 99:18,20
108:1,11
**G-O-L-I-C-K** 60:1

---

**H**

**H** 126:23 134:4
**happen** 69:11 77:13
**happened** 13:15
37:10,15 77:4
86:14 101:17 114:5
127:4,7 139:4
**happening** 86:9
114:10 146:20
**Happy** 83:12
**hard** 77:25 80:23
142:10
**Hardin** 5:15 96:5
**harm** 88:8
**harming** 88:7
**Harrell** 70:7,8 106:5

106:6,7,10
**Harrell's** 100:17
**Harvill-Childs** 4:23
    5:2 61:11,13 63:12
    65:21 67:19 73:7
    74:4,21 75:12
    81:21 82:7 97:6
    98:16 102:24
**HB** 6:1 126:23
    127:16 133:10
    134:4
**head** 39:9,12 44:10
    44:12,18
**heading** 63:10
**hear** 58:8
**hearings** 33:25 57:22
    57:24 58:9
**heavily** 70:19 147:3
**held** 57:21
**help** 86:20 87:2 88:1
    88:6,8
**helped** 36:3
**helping** 13:23 14:9
    15:8 41:9
**Henry** 4:14 49:25
    50:2 59:4 65:22
    68:19 71:10 78:2
    78:21 94:5,7,12
    95:15,19 115:19
    118:19 122:25
    138:7 140:10
    141:10,11 145:9,14
    145:19,21 146:18
    146:19 150:11,17
    150:24 151:17
**Henson** 4:16 129:7
    129:13,15,18 130:4
    131:20 132:1
    139:16
**Hi** 67:17
**Hickory** 79:15,17
**high** 141:22 142:4
    146:23
**higher** 67:5 150:10
**highest** 146:12 147:7
**Hillary** 70:5
**hired** 19:13,19
**Hispanic** 93:17 95:3
    110:14 111:3
    112:16,17,19
    131:23 132:2,16
**history** 9:25 10:10,11

10:17 11:23 12:9
    12:22 18:6 19:1
    127:1
**Holcomb** 154:23
**hour** 57:8 98:8
**hours** 8:4 31:4,6
    157:15,18,20
**House** 5:10 6:2 13:18
    13:20 21:3 25:7,25
    26:2 36:18,23
    37:11 38:5,12 39:9
    39:12 40:5,8,14
    41:16,18,24 43:14
    43:15 44:10,13,18
    44:22 48:1,8,22
    49:3,13 50:24 51:7
    51:13 52:2,9 53:5
    58:15,17,25 59:14
    60:14,24 61:3,6,14
    61:16 69:17 76:13
    77:13,19 78:20
    83:23 84:4 89:6
    90:3 91:1 103:19
    117:9,19 119:13
    122:1 124:10
    126:14,18 127:2,7
    129:24 133:17
    137:18 142:22
    143:7,7 144:7
    154:1 155:7,17
    156:16
**houses** 36:13
**house.ga.gov** 130:20
**huh-uh** 14:5 17:6
    23:14 30:18 31:13
    32:6,12 35:17
    38:25 39:14 40:9
    40:16 43:12 45:22
    47:19 48:6 51:2
    55:9,24 56:13 57:3
    58:16 59:17 62:6
    82:8 84:25 85:8
    89:11 97:18 101:4
    103:5,15 123:3
    135:8,23 153:8
    155:13 156:1,12
**H131** 124:8,8

**I**

**identified** 62:21
    73:22 78:16 88:12
    95:24 103:21 109:4

109:14 119:1
    121:13,17 123:16
    124:21 128:23
    133:5 136:5 147:14
**identify** 23:2 154:9
    154:14,17 155:16
**impacted** 86:6
**important** 9:4 56:3
**inch** 116:7
**include** 120:14
**included** 29:20 44:23
    120:13
**including** 36:18
**inconsistent** 87:20
**increase** 71:20 108:6
    110:2 113:21 114:6
    114:10,18,22
    123:12 145:22
    152:1
**increased** 84:16,20
    94:20 110:8 111:18
    111:19 112:12,14
    112:22 141:1
    149:24 151:17
**increases** 95:2 112:1
    112:24 113:12,15
**increasing** 146:21,23
**increasingly** 71:11,13
**incumbent** 134:23
**Index** 4:1,2,7,12 6:6
**indicate** 29:8 159:20
**indicates** 67:22
**individual** 47:4
**individually** 43:20
**informal** 87:16
**information** 6:1
    17:24 35:14 89:8
    89:10,12,17 105:8
    105:10 124:17
    126:18 129:19
    132:23 133:1,9
    137:10 139:13,16
**informed** 7:23
**initial** 65:5 126:25
    137:16
**initiatives** 19:18
**input** 26:8
**instance** 28:23 86:24
**instances** 47:16
**intent** 106:22
**interact** 61:16 144:24
**interest** 134:11 135:3

135:22 161:5,12,15
**interested** 89:23
    119:21 122:18
    138:17
**interruption** 41:13
**introduced** 7:17
**introductory** 30:11
    99:16
**involved** 19:17 26:4
    33:7 36:24 37:20
    47:25 48:21 58:21
    86:3 102:25 134:19
    134:24 135:15
    136:4 140:4
**involvement** 59:2,5,7
    60:4,9 125:11
**involving** 12:24 33:3
    39:15
**Isakson** 115:10,15
    116:24
**Island** 39:7
**issue** 17:23 98:17,23
    99:22
**issues** 11:7 12:10,14
    14:3,6,22 19:22
**items** 127:12
**IV** 2:8
**Ivan** 3:3
**I-75** 145:20

**J**

**JACKSON** 1:7
**JAMIDA** 1:6
**Jan** 5:7 60:10 118:16
    119:8,11
**January** 74:5 81:22
    83:19
**Jeffares** 76:9,13
**Jerry** 39:7
**Jimmy** 42:18
**JM** 159:25
**job** 9:6,7 13:17 14:14
    17:13,17 18:5 19:9
    20:1 51:17 142:25
**jobs** 10:20,21 11:14
    11:21 13:6 17:15
**Joel** 1:15 161:21
**John** 2:4 7:17
**Johnny** 117:8
**Jon** 1:14 2:3 148:3
**Jones** 5:7 60:5,8,10
    118:16 119:9,11

**Joyce** 70:7 100:16
**Jr** 3:3
**judge** 52:19,20 53:10
**Judicial** 160:19
**June** 127:1
**Justice** 57:1

**K**

**K** 3:2
**Kade** 48:20
**keep** 106:25 125:16
    142:5
**keeps** 35:14
**KEMP** 1:10
**Kentucky** 11:6
**Khoury** 3:2 29:3
    30:14,19,24 32:2,3
    32:9 51:20 52:10
    55:18,23 61:19,22
    61:25 69:23 72:5
    82:23 87:4 94:14
    99:24 102:5,19
    145:5 146:25 148:3
    157:11 158:3
**kin** 160:15
**kind** 102:24 128:5
**King** 39:7,16
**knew** 126:16
**Knight** 4:18,20 5:21
    45:19 47:23 123:21
    136:12,23 137:10
    138:2 147:23
    148:19
**Knight's** 137:13,20
    139:1 148:22
    149:24
**know** 7:22 9:16 12:4
    12:10,19,23,25
    13:22 14:24 15:2
    15:14,14,15,16
    17:24 18:2 19:20
    19:21 20:23 21:19
    21:25 22:2,5,10,11
    22:17 24:2,19,20,25
    25:22,22 26:22
    27:1 28:4,4,5,16
    29:22 31:8 32:24
    33:7,23 35:25 36:2
    39:25 40:1,21,21
    41:8,10 42:25
    43:21 44:15 46:24
    49:15,18 50:19,20

Dan O'Connor                Georgia State Conference of the NAACP, et al vs Kemp                December 13, 2017

51:22 52:13 55:1,1
55:7 57:4 61:10
78:9 80:9 82:19
83:5 84:8,10 85:13
86:7 89:9,13,14,21
90:1,23 91:17
96:21 99:1,18
100:3,15,16 101:8,8
102:8 112:16,16,18
113:7 114:2 115:20
116:23,24 119:16
119:18,24 120:22
128:4,20 131:11,12
131:16 132:5,23
135:1,5,13,20,23,25
136:3 137:9,15
138:13 140:5 141:4
142:10,11,20,25
144:12,14,16,17,20
144:24 145:18
147:7,9 153:16
154:14,15
**knowledge** 30:3
**known** 43:9

**L**

**L** 16:16
**labeled** 4:14
**labor** 48:7,9,13
**Lamar** 138:4
**Lane** 39:7,8,16 44:20
44:23 50:16
**Lane's** 47:12
**laptop** 46:6 97:16
98:5
**large** 78:2 116:2
**Larios** 38:3
**late** 82:3
**lately** 116:19
**Latino** 84:16 110:14
110:19 111:3,7
**Latinos** 84:23
**LAURETHA** 1:4
**LAVELLE** 1:3
**law** 2:5 161:10,13
**Lawrenceville** 58:10
58:14
**lawsuits** 107:17,21
**lawyer** 13:1
**lawyers** 2:4 7:18
**lead** 74:3
**leader** 129:14

**learn** 12:2
**learned** 12:4
**led** 152:14
**Lee** 10:3
**left** 42:10,14,17 45:6
79:25 157:20
**legal** 12:10 52:7
**legislation** 55:1
117:13
**legislative** 5:10 11:1
11:3 13:21 21:4
26:25 33:3 54:11
54:12,24 56:5,12,18
117:9 142:13
**legislator** 56:15
131:7
**legislators** 13:24 37:7
37:8 130:16,22
**legislature** 38:10
50:20 56:16
**LEMON** 1:3
**let's** 16:24 35:1 37:5
54:3 78:18,21 87:9
89:24 100:20 103:8
113:6,6 128:7
130:24 135:10
138:21 144:2
154:18
**level** 23:9,13,18 24:2
24:5,6 41:9 78:13
81:7 108:20
**Lewis** 2:18
**likelihood** 85:21
**limited** 25:10
**line** 134:7 156:6
**lines** 75:1 77:4
122:21 140:22
**list** 120:2,4
**listed** 159:5
**listing** 148:21
**litigation** 7:19 33:3,5
33:8,21 128:21
**little** 11:17
**LLP** 1:17 2:9,14,18
3:2
**local** 55:1
**location** 106:19
**long** 13:25 19:23 20:9
31:2 63:24 95:17
98:7 157:13
**long-term** 73:19
**look** 19:1 20:23 21:22

21:23 22:10,14,14
23:7,15 24:5 27:24
28:2 30:8 31:6 46:3
52:19 63:2,15,16,19
63:19 74:10 75:19
78:18,23 79:5
81:20 82:11,20
85:9 97:16 102:9
104:9 108:14,16,17
108:19,22 109:1,11
109:21 110:5 111:2
116:19,25 128:6,22
132:7 153:12
**looked** 12:6 14:21
17:2 18:24 21:6
31:22 32:8,9 67:11
77:17 83:6 108:24
144:6
**looking** 11:16,21
13:7 14:19,25 18:2
18:5,20 20:22 21:8
21:8 22:6 23:12
26:21 27:22 28:16
31:9 67:3 73:17
81:12,13 88:19,20
90:1,4 102:1 104:2
109:21 115:19
119:7 122:15
124:18 125:2,6
129:5,10 136:10
140:6 147:20 149:2
153:16
**looks** 105:4 109:7
129:23
**losing** 72:3,16
**loss** 19:7
**lost** 18:15 76:19,23
90:12,17 91:23
92:15
**lot** 11:6 12:23 26:19
44:15 78:2 114:1,2
145:8 156:19
**lower** 23:13,18
**LYNNE** 1:7

**M**

**M** 1:14 2:3
**Macon** 145:23
**main** 145:20
**maintain** 52:8 53:4
**maintained** 51:19
52:1 85:14

**maintains** 22:22
**major** 22:2
**majority** 25:6 36:7
36:12 53:20 54:11
55:16 56:4,11,17
150:24 151:6
**making** 14:25 15:9
15:18 50:24 72:3
72:16 75:23,24
90:1 98:17 101:3
107:5
**man** 50:21
**map** 4:14 36:3 40:13
49:12 78:22,23,24
97:22 115:17,18
116:7 118:12 140:5
**maps** 35:16 39:25
40:4,7,17,19,22,23
40:24 41:8 43:21
44:12 46:3,14,24
47:4,15,18,21,24
48:4 49:5 50:10
97:17,20 115:10,14
115:18 116:2,14,19
116:20,21 124:18
137:4
**Maptitude** 46:19
**March** 5:11 127:15
127:22
**Margaret** 154:21
**marginal** 69:17 73:2
73:18 75:19 86:20
87:3 88:2
**margins** 69:20
**Marietta** 159:24
**mark** 96:3 109:16
123:19 133:8
**marked** 62:25 88:15
88:20 129:2 136:8
147:17
**MARLON** 1:3
**Martin** 60:11 119:17
**Mary** 154:20
**master's** 10:3,5,15,19
13:5
**math** 111:23
**matter** 85:16 102:7
131:14 136:25
**matters** 128:20
**maximize** 142:2
**maximum** 8:3
**McDonald** 42:18

43:9 45:8 47:17
**McDonough** 79:20
**MCKENZIE** 1:6
**mean** 12:4,6 13:2
15:19 21:16,18
22:16,17 23:19
24:22 26:18,19,20
28:15,22,22 29:21
29:21 30:17,17
33:6,9 34:24 35:25
37:3,3,24 39:23
42:23 44:25 49:7
50:13 51:14,21,22
52:3,11,11 57:22
61:1,2 62:6,19
63:22,22,25 65:2
67:11 72:6 73:12
76:5 77:5,9 82:8
84:4 85:7,25 86:13
86:13 95:7 97:24
98:24 100:14,15,23
103:2,20 105:17
107:5 109:12
112:11,15 113:1
116:18 123:14
131:10,16 137:6
140:1,3 142:6,9,25
142:25 144:13
145:18 146:14
151:4 153:11,13,15
154:12
**meaning** 67:3 76:21
94:11
**means** 23:11 70:12
86:2
**meant** 33:11 143:24
**meet** 31:2 45:1 46:11
50:20 105:24
**meeting** 5:11 32:3,8
43:25 45:16 49:2
62:3 65:17 73:8,11
82:2,5 96:13,15
97:16,21 98:7,10,20
99:16 100:20 101:5
101:13 105:4,11,23
105:25 106:4
116:21 122:2,3,6
127:16,20,22
**meetings** 19:21 24:25
25:14 33:7,10,10
43:17,18,22 44:3,6
44:9,11,15,15,22,24

Donovan Reporting, PC

45:3,10,18,23 46:2
46:4 47:14 48:5
49:6 57:20 59:14
60:13
**member** 39:24 41:11
41:12 46:11,22
**members** 27:10 37:3
39:24 41:10 43:17
43:19,23 44:1,4,16
44:22 45:17 46:11
49:4 86:3,4,5,6
101:9 118:9 122:16
**memo** 27:20 137:6
**memos** 19:20
**mention** 48:18,21
51:8 56:10
**mentioned** 21:6,16
24:9 26:10,23
34:12 40:10 51:1
53:16 54:16 102:10
102:12
**mentioning** 76:8,8
126:21
**mentions** 73:7
**mess** 62:10
**met** 30:24 60:19
67:23,25 83:14
**metrics** 22:14
**metro** 19:9,11 146:12
147:12,13
**metropolitan** 146:1
**middle** 74:11,13
143:12
**Midterm** 6:1 133:9
**midway** 118:2
**mid-decade** 87:13
108:23
**military** 22:1
**Miller** 16:5,8 126:21
**Millner** 16:2,9,14,25
17:17,19 18:11,21
**Millner's** 16:24
**mind** 9:24 50:14
77:12
**Mindspring** 130:5
**minority** 71:11,20
108:7 111:17,19
112:12,14 129:14
150:10
**minute** 61:15 63:15
74:10 78:21 96:7
**minutes** 5:10 7:18

8:23 127:21 138:3
157:18,20
**missed** 58:2,5
**model** 85:4,8
**modified** 91:6 135:6
135:21 136:1
**modify** 88:1
**monitor** 24:25 25:21
**month** 76:14,17
**months** 19:24
**morning** 7:16 129:20
**move** 67:13 69:8
73:25 79:25 88:14
94:12 103:24 119:3
135:10 136:7
147:16
**moved** 84:14 137:14
145:9,13
**movement** 146:2,2
**moving** 92:7 117:12
117:16 146:19,24
**Moyer** 1:15 161:21
**Mt** 80:1,2
**multi-member** 37:12
37:17,22 38:1
**mutually** 157:8
**M-I-L-L-N-E-R**
17:20

_____

**N**

**N** 16:14 17:19
**NAACP** 1:3,5 2:2
**name** 7:16 59:25 62:8
62:12 75:14
**named** 12:18 42:13
**natural** 41:21 143:22
**nature** 18:4 20:25
29:24 36:4 123:1
129:22
**NE** 2:19
**near** 118:1
**nearly** 68:20
**necessarily** 18:10
28:17 86:10,15
117:22 153:8
**need** 9:7
**needed** 159:19
**needing** 117:12
**negative** 51:2 56:14
82:9 84:25 97:19
103:6 135:9,24
153:8 156:2

**neighborhood**
134:10 135:3,21
**never** 16:19 18:23
23:4 51:1 126:16
**new** 2:6 42:18 91:15
91:25 92:11,16
137:1,25 152:19
**niche** 41:3
**nine** 19:24 80:16
**non** 113:2
**nonconsensual** 87:20
**nonwhite** 112:22,24
113:3 150:25 151:6
**non-Hispanic** 110:7
110:18,23 111:6,8
113:17,21 114:11
114:22
**normally** 70:18
**North** 60:11
**NORTHERN** 1:1
**note** 68:14 70:4,17
90:25 91:22 93:24
95:14 102:2 121:6
147:2 150:16
151:19
**noted** 130:4
**notes** 68:18 122:5
**notice** 8:16 74:11
126:20 129:12
132:7 137:3
**number** 7:9 47:2
54:20 57:18 64:19
69:17,19 70:24
96:8 126:8 141:6
142:2 159:20
**numbering** 63:1
**numbers** 77:23
**NW** 2:6,10,15 3:3

_____

**O**

**oath** 8:24,25
**Obama** 152:14,17,20
152:22
**Object** 29:3 51:20
52:10 55:18 69:23
72:5 82:23 87:4
94:14 99:24 102:5
102:19 145:5
146:25
**objection** 52:17 53:6
61:19
**objections** 52:21

53:10
**objective** 134:22
**observations** 156:18
156:20
**observed** 21:17
**observer** 33:14
**observing** 24:17,21
26:11
**obviously** 39:23
**occasion** 131:4
**occur** 96:15
**OCGA** 161:2,6
**October** 137:17
147:23 151:5
**offer** 13:17
**offered** 161:17
**offhand** 58:23 62:6
82:8 83:16 97:7
123:3 156:1
**office** 15:6 34:21,23
35:2,7 39:20 41:3
41:12,16,19,24 42:1
42:12,22,25 43:3,4
43:7,11,19 46:1,24
48:8 57:5 60:23
97:13,16 143:17
**Offices** 1:17
**official** 1:10 24:2
**off-the-record** 79:3
96:1 128:10
**off-year** 32:24
**oh** 16:10 25:18 27:12
35:3 37:8 42:17
45:10 49:21 60:1
61:1,2,7 63:4,7,25
64:12 68:3 75:3
77:15,20 78:23,25
81:17 91:20 108:21
115:8 116:6 122:14
126:5 137:8 141:11
143:24,24 147:18
148:6 152:14
**okay** 8:6,7,12 9:23
10:14,17 11:2,12,15
12:2,8,12,12,19
13:4,12 14:12 15:4
15:8,20 16:4,10,15
16:18,20 17:7,10,19
17:21 18:11 19:5
19:12 20:9,18
21:20 24:4 26:10
27:3,13 28:19

29:14 30:23 31:25
32:1 33:2,13,23
34:4 35:1,23 37:9
38:9 39:1 40:10
42:16 43:6,9,13
44:17,21 46:20
47:11,14 48:23
49:20,24 52:17
53:13,15 55:7,10,23
55:25 57:4,11 58:4
61:15 62:7,14,16,23
64:12,18,22 65:4,20
67:21 68:4,17 69:7
72:9 73:14 74:9,15
74:15,16 76:3 79:5
80:18 81:17,17,19
81:23 82:1 83:4,17
83:22 84:5 85:1
87:11,23 88:14,24
89:19,21 90:25
91:19 96:15,23
97:8,12 98:3,9
100:6 102:15 104:8
104:11,20 105:3,14
105:21 106:2,17
107:2,24 108:10
109:1,16 110:5
111:25 113:11,24
113:25 115:4,17,24
117:5,11 118:11,17
119:3,3,11 120:1,9
120:18 121:6,19
122:5,9 123:4,18
124:8,12,19,23
125:18,21,22
126:20 127:11
128:25 129:16
130:3 131:20 132:7
133:7,12,23 134:1,6
135:1,5,10 136:7,14
136:17,24 137:3
138:16,21 139:20
140:8 142:18
147:16,25 148:6,13
148:20 150:7
152:18,23 153:18
154:9,22,24 155:9
155:23,25 156:3,13
157:6,9,10,19,23
**old** 91:15,23 92:10,15
137:13 152:5,12,16
**Oliver** 154:21

once 27:5 74:11
    141:21 157:8
ones 47:8 48:1,1
    75:19 89:22 107:23
    120:13,15,19 155:6
one-page 96:4 123:20
operating 46:10
opposed 16:16 87:1
    91:24 101:3 146:6
option 99:25 100:7
options 82:12,20 83:8
    100:9
ORANGE 1:7
order 48:18
organization 1:3
organized 46:23
ought 128:22
outer 146:6
outperformed
    120:19,24
outside 155:2,3,10
overall 94:7 110:8
    112:1 117:23
    124:13 141:13
overlap 112:19
oversee 65:8
O'Connor 1:13 4:8
    4:16,18,20,22 5:1,4
    5:5,7,9,21 7:11,16
    57:19 61:8,10
    64:24 73:25 74:17
    88:25 96:9 103:24
    104:13 121:20
    123:21,24 125:1
    126:2,9 129:7,10
    133:12 136:9,11,18
    147:22 148:14
    159:1,22 160:14
O'Rourke 12:18,25

                P
P 1:15 63:7 161:21
package 19:16
page 2:24 4:11,25
    5:25 65:5 67:17
    74:12,14 75:2,3
    82:25 83:3 94:4
    110:11 111:4
    122:10,13,14,15,20
    122:21 136:11
    137:17 138:23
    147:22 153:22,23

pages 22:6 27:23
    63:24 160:10
page(s) 159:20
PAGE/LINE/CHA...
    159:6
paper 9:4
paragraph 70:5
    72:22 75:15 76:3
    82:14 91:10 105:22
    115:9 117:5 139:21
    140:9 150:8 151:20
    153:22
parentheses 77:24
part 11:5 18:5 21:7,7
    21:8,10 24:17
    28:13,24 29:6
    30:11 40:3 51:17
    51:17 57:1 78:9
    83:22 100:12
    101:25 102:12
    105:10 118:3,7,19
    137:12
particular 14:21
    15:21 27:10 28:9
    30:9 31:22 42:6
    46:21 48:18 50:23
    75:25 89:22 100:11
    100:24 101:2
particularly 50:8
    65:23
particulars 121:12
parties 16:19 36:8,12
    160:16 161:18
partisan 23:16,17,22
    53:24 78:6,6 84:23
    139:5 152:5
party 16:7 20:2,10,13
    20:21 23:2,5 24:11
    24:15 26:15 27:2
    27:11,12 29:15
    30:4,7 32:14,22
    33:15 34:1,13 51:5
    51:11,12 143:3,15
    144:25 161:11,11
    161:13,14
part's 126:13
pass 53:3
passed 4:15 52:8
PATRICIA 1:4
PAYTON 1:6
PC 159:24 160:22,23
pdf 137:18

Peachtree 2:10,19
people 13:23 21:25
    28:4 30:8,18 34:24
    40:1,21 76:7 93:2,7
    94:11 97:2 98:25
    99:2 102:7 110:3
    111:14,15,18,20
    116:9 144:23,24
    145:13 146:19
percent 54:7,8 67:4,5
    67:6 76:16,17
    141:5,7,17,22
    142:14 149:3,8
    150:20,21,21,22
    153:6,7 154:2,11
    155:5,18,19 156:5
percentage 54:5
    66:24 70:20 91:11
    91:14 93:5,6,12,13
    93:17 94:17,17,19
    94:23,24 131:24
    132:2 139:9,13
    141:21 142:4
    146:12,24 147:7
    148:21 149:10,19
    149:21,25 150:5
    151:17,21 152:1,4,6
    153:1,2,14 157:3
percentages 150:9
Perdue 91:23 92:15
perform 21:15 22:3
    23:8 28:10 30:9
    38:21 53:24 54:4
    156:23
performance 21:24
    22:9 23:12,16,17,22
    76:16 78:6,7 80:24
    85:10 89:18 91:18
    101:17 102:9,16
    132:14,20 138:15
    139:18 143:6 145:3
    151:25 152:6
    156:22
performed 144:7
    153:2
performing 116:12
performs 53:21
    116:17
perimeter 146:5,7
period 27:3 36:16
Perkins 2:14
permanent 20:16

24:17
person 42:6,13 77:16
    83:13,15 100:25
    101:2 102:25 145:1
    161:8
perspective 139:6
phrase 112:20
physical 97:20
place 25:16 33:12
    42:19 45:24 76:22
    87:24
places 83:9
Plaintiffs 1:5,8 2:2,12
    7:19 103:22
Plaintiff's 4:13 62:22
    63:3 73:23 78:17
    88:13 95:25 109:5
    109:15 119:2
    121:18 123:17
    124:22 128:24
    133:6 136:6 147:15
plan 38:11 47:5
    50:19 51:18 52:6
    53:4 58:15 78:20
    91:6 99:13 103:19
    117:16,17,23
    118:20 124:13,13
    137:25
planning 10:23
play 43:15 71:25
    72:13 133:18
played 43:3
please 9:16 61:24
    68:15,16 159:19
point 26:24 37:25
    39:8 40:18,20 41:1
    67:22 68:5 69:15
    86:17 87:23 91:2
    102:21,25 103:2
    118:2 127:24 134:7
points 18:16 68:20
    92:11 93:13 94:24
    149:11,21,25
    151:21 152:4,6
    153:1,2
policy 11:4,8 17:25
political 21:23 22:9
    80:24 84:8,9 89:17
    92:23 101:16
    102:16 131:18
    132:14,20 138:15
    139:18 151:25

politically 86:19
politics 27:18
polled 18:21
polling 14:15,18 15:9
    15:10,11,15,18
    16:21,25 18:24
population 28:6
    29:23 69:8 71:21
    84:16,19 108:7,9
    109:23 110:7,8,23
    111:8,13,14,17,18
    111:19 112:1,8,12
    112:22,23,24 113:3
    113:12,15,17 114:6
    114:9,9,11,19,22
    123:12,13 131:21
    132:2,6,12,13
    137:23,24 145:22
    146:13,21,22 147:8
    148:21 149:11
    150:1,5 151:11
    153:17
portion 72:11 75:1
portions 48:14,15
position 20:14,15,16
    20:18 24:12 25:9
positive 151:4
possible 55:17 72:2
    72:15 86:4 106:7,9
    155:6
post-2010 42:2
potential 88:7 98:17
    103:18 120:17
    121:15 128:21
potentially 65:11
    70:14 72:2,15
    105:23 107:14
POWERS 2:4 63:2,5
practice 124:15
precinct 23:9,13,18
    24:6 78:13 79:11
    79:16,21 80:6 81:9
    99:6,6 104:22
    105:9,16 115:15
    134:9,15 135:14
precincts 20:24 28:16
    60:11 78:1,2,5,10
    79:7 80:3,9,10,10
    80:20,25 98:1
    105:2 115:22
    116:10,11 135:18
precinct's 24:1

predicting 78:5
predominantly 71:17
  71:18
preliminary 7:20
preparation 8:13
  30:12 32:10
prepare 65:21
present 3:5 25:24
  26:1 143:10
president 68:22
  77:25 93:25 95:20
  105:2
presidential 83:24
  94:1 95:16 97:23
  97:24 104:23 105:9
  105:16
pretty 90:24 141:14
previously 82:21
  83:7 129:2 136:8
  147:17
primary 134:18,22
principal 161:9
print 40:23,24
Printout 5:17,19
prior 11:25 40:8
  43:10 103:14,17
  105:24
private 130:5,14
  131:14,19
pro 119:12,24
probably 27:23 31:3
  36:2 40:20 54:7
  57:6 76:19 77:4
  80:12 91:17 95:8
  99:3 100:16 101:21
  101:22 102:11,13
  115:14,20,23
  120:16 124:6
  138:14 144:10
  155:8
procedure 46:10
proceed 98:13
Proceedings 4:1
  57:14 125:25 158:4
process 7:24 24:18,22
  25:11 26:12 37:21
  59:3,6,20,22 73:1
processes 11:23 12:5
produce 19:20
produced 11:6
producing 7:24 17:23
product 27:21

production 36:3 41:8
professor 144:13
profile 5:17,19
  109:17
profiles 109:10
programming 46:19
Progress 10:23
prohibited 161:2
project 65:9
proponent 100:20,25
proposals 25:23 26:1
  26:5,7
proposed 59:19
  60:15,25 61:17
  62:18 117:17 118:4
  118:8,20 127:16
protect 21:14
provide 132:1,22
  160:24 161:7
provided 7:3
providing 132:10,18
public 11:4,8 17:25
  130:16
pull 63:3
pursuant 7:4 160:17
put 12:3 28:25 70:15
  82:1
putting 72:2,15 98:18
  99:23
P-48 64:21
p.m 1:19 73:8 129:8
  147:23 157:25
  158:4

___

**Q**

question 9:15,17 29:4
  52:22 53:7,12
  61:21,24 72:8 83:4
  83:5 131:18
questions 13:23 40:1
  125:20 127:12
  136:16 148:1 160:6

___

**R**

race 16:2,24 18:12
  22:23 24:4 92:20
  110:15 111:3
races 14:19
racial 21:9,13,20
  22:13 24:5,6 27:25
  28:3,8,8,12,20 29:1
  29:8 81:8 84:11

92:24 132:13,19,20
  138:17 140:22
  152:1 157:3
raising 66:23 99:21
rapid 108:1,5,5
  150:10
rates 161:17
reached 101:11 103:7
read 72:10 74:13
  82:17 96:7 132:9
  136:15 148:1 159:2
  160:8
reading 72:18 125:16
really 18:24,25 24:1
  24:2 25:10 80:23
  108:6 117:11
reapportionment
  5:11 14:4 39:9,13
  39:20 41:12,24
  42:1,21 43:4,11
  60:23 61:2,5 82:3,6
  97:13,15 117:10
  122:2
reason 9:20 56:8
  134:18 159:6
reasons 134:8
reassigned 43:4
recall 12:20 16:1,21
  22:16 28:23 33:24
  35:6,11 43:24,25
  44:6,9 45:2 49:14
  50:3,5,8 56:13,15
  58:12,23 59:12,13
  61:7 62:4,19 65:14
  65:20 66:22 67:8
  73:5,10,12 82:5
  83:14 96:18 97:4
  97:18 98:6,24 99:5
  99:10 100:15,19,24
  101:2 103:5 105:13
  105:14 117:1
  118:22 123:1,3,5,14
  130:2 134:16,17,20
  135:4,8 138:19
  139:22,24 140:2
recalled 62:2
recess 57:14 125:25
recession 13:8
recognize 64:23
  74:16 88:24 96:9
  104:12,23 109:6
  121:23 123:24

126:2,9 133:13
  136:18 148:14
recollection 17:5
  117:15 140:4
recommendations
  15:1,9 65:22
record 7:8 8:19,21
  9:4,12 57:13,17
  68:16 125:24 126:7
  128:8,13 157:14,16
  157:25
recount 90:21,23
red 115:23,24 116:15
  116:16
redistrict 96:14
redistricted 58:25
redistricting 6:1,2
  11:10,21,24 12:14
  12:16,24 14:3,10
  24:18,22 25:11,16
  26:12 33:21 34:21
  34:23 36:23 37:11
  39:17 40:6,8,14
  42:2 43:14 44:10
  44:13,18 50:10,17
  50:19 51:5,18
  57:21 58:17,22
  59:19 60:15,25
  61:17 62:18 65:12
  65:17 76:22 85:25
  87:13 98:13 99:21
  103:1,9,18 104:19
  117:17 124:10,10
  128:20 131:15
  133:10 143:15
redrawn 27:5
reduced 149:20
  160:7
refer 22:20 141:9
reference 107:16
  115:10 122:9 124:6
referenced 117:6
references 124:3
referencing 96:12
  138:13
referred-to 72:11
referring 69:18 84:1
  107:10,20
refers 68:5
reflect 26:7
reflecting 92:2
reform 18:1 19:14,16

regard 112:17
regarding 126:22
registered 141:6,9,18
registration 22:19,21
  22:22 23:1,5 85:13
  132:15,16,21
  138:15 139:10,14
  140:21,25 141:1,13
  150:25 156:21
Regulations 7:5
  160:18 161:4
REID 1:4
related 11:9 14:3
relationship 161:5,10
relevant 102:16
  139:17
remain 51:6
remained 50:25
remarks 99:16
remember 9:2 13:9
  15:23 16:4 18:23
  20:20 21:18 26:20
  32:25 36:1 42:23
  45:4,5 62:2 83:16
  97:7 101:23 103:15
  103:20 106:1
rephrase 9:17 72:6
replaced 42:7
report 11:9,18,19
  12:3 20:23 27:17
  27:23,24 28:25
reported 160:5
reporter 1:16 7:3
  8:18 72:10 158:1
  160:1,21 161:22
reporting 7:6 159:24
  160:19,22,23,25
  161:8
reports 24:20 29:7
  34:5,8
represent 155:17
  160:11
representative 67:23
  68:1,5 70:18
  105:23 106:11
  107:13 122:18,19
  122:23 123:1,5,7,10
  123:11 136:23
  137:10,13,20 138:2
  139:1 148:22,23,24
  148:25 149:12,14
  149:18,24

**Representatives** 13:18,20 59:15 68:25
**represented** 142:15
**represents** 23:25 155:4
**Republican** 16:7,17 19:2 20:2,10,13 21:15 23:7,12 24:10,15 30:4,7 32:14,22 34:1,13 36:11,13 38:21 44:1,4 51:5,11,12 51:13 52:8 54:13 66:24 67:5 69:10 69:12 70:1,14,19 71:2,18 75:24 78:10 85:21 86:11 86:20 87:3 88:2 91:11,14 92:5,12 93:22 95:6,7,11 96:14,19 97:4 98:17 106:15 116:17,22 134:23 140:14 142:2 143:3 144:25 156:7,24
**Republicans** 25:9,24 25:25 50:25 51:6 51:19 52:1 53:3,4 55:15 56:4,11,17 69:20 70:25 71:25 72:13 75:22 77:7 77:17 85:10 87:1 88:6,6,8,9 90:3 141:24 155:16
**request** 126:22 128:5 128:18 129:20,22
**requested** 39:25
**requests** 41:10 128:19
**required** 87:18
**requirements** 50:21 52:7
**research** 11:4,7 13:23 29:18,20 41:16,18
**reserved** 160:9
**reserving** 158:2
**residents** 145:9
**resources** 41:21 143:22
**respect** 7:24 12:13 14:22 16:22 17:22

18:21 25:16 33:20 35:18 39:1 49:11 49:16,20,25 50:9,16 56:25 59:15,18 60:2,7,15,25 62:17 67:21 86:16 98:22 134:13 135:12
**responds** 138:3
**response** 67:14,18 83:18,20 138:25
**responses** 9:11
**responsible** 35:19
**result** 37:16 71:2,24 72:12 92:4 146:20 153:9,19,19
**results** 15:15
**resume** 157:7
**retain** 51:13
**retires** 76:10
**return** 41:23,25
**reunite** 135:2,21
**reuniting** 134:10
**Re-read** 72:7
**Rich** 59:24 118:15
**right** 8:1,22 9:14,23 13:4 17:12 19:5 23:4 24:9 29:11 32:13 35:22 39:1 40:24 43:13 51:3 53:18 60:6 61:25 62:23 64:2,7,10,12 64:17 65:13 66:15 67:7,13 68:7 69:24 70:4,16 73:5,21,24 73:24 74:6,7,8,15 76:2,14 78:15,25 79:17,18 80:7,8,11 80:12 81:3,4,11 83:12,17 85:15 90:5,10 91:4,9,22 93:4,9,11 95:13,22 95:23 98:6 100:2 101:1 102:10 103:23,23 104:5 105:21 106:13 107:4,8,12 109:16 110:1,10,16 111:16 111:22 112:3,6,7,11 113:4 115:7,8 118:18 119:8 120:10 121:19 122:8,17 123:18

127:3,5,18,23 128:25 133:7,7 136:13 137:8 138:6 138:21 140:8,19,20 141:19 142:8 143:3 143:25 144:3 145:4 145:7,19 146:8 147:2,5,13,24 148:9 148:9 151:5,7,7,19 151:25 152:23 153:10,20,24 154:4 154:18 157:22 160:8
**rights** 2:5 12:15 14:7 50:22
**right-hand** 122:11
**risk** 72:2,15 98:18 99:23 106:15
**Rob** 5:21 57:6 123:20
**Roger** 39:7 44:20
**role** 17:21 20:3 24:15 33:4,20 35:12,21,24 36:22 38:14,16 39:21 41:2,17 43:3 43:14,15 49:12,16 50:1,9 56:24 59:19 59:22 133:18,21
**roles** 51:25 52:3
**rolls** 150:18
**Romney** 152:14,16 152:19,22
**room** 45:25 97:8
**Roswell** 159:24
**rough** 156:9
**roughly** 31:2 54:7 141:23,23 144:4
**Roy** 19:15
**rule** 87:9,12 156:4,5
**rules** 7:5 8:15 52:20 160:18 161:3
**run** 40:22 76:9
**running** 15:1 76:12
**rural** 145:21
**Rutledge** 68:25
**Rutledge's** 148:25 149:12
**R-held** 121:9

——————
**S**
——————
**SABRINA** 1:6
**sacrifice** 99:3,9
**sacrificed** 73:20

**safe** 69:20 72:23 98:18 99:22
**safely** 71:2
**safer** 72:3,16 73:19 134:23
**SAMMY** 1:7
**satisfy** 52:7
**saved** 46:15,17,18,25 47:1
**saw** 135:17
**saying** 51:9,24 52:22 66:18 68:24 69:8 73:16 102:8 113:2 138:20 152:24
**says** 8:20 66:1 67:3 68:8,21 73:15 76:18 77:22,24 83:12,22 104:21 105:21 106:3 108:1 110:18,19 111:10 122:16,23 129:19 130:6 134:7 153:25
**School** 107:22
**Scott** 122:19,24 123:5,7,11 154:23
**Scott's** 122:19 123:1
**scrutiny** 120:16
**se** 15:12
**seat** 69:25 70:18 76:9 76:13 87:3
**seats** 69:11,18,19 70:6,15,24 71:1,3 72:3,16,23 73:2,19 77:19 86:19 142:3
**second** 8:3 17:18 43:10 65:5 68:4 74:12,14 75:2,3 76:3 82:25 83:1,2,3 105:22 110:11 137:17 139:8 140:9 152:15 153:23
**seconds** 128:8
**Secretary** 1:10
**section** 57:2 110:18
**see** 19:21 23:17 40:24 63:10 81:24 89:24 101:9 110:20 111:7 116:9 137:14
**seeing** 102:7 146:18
**seen** 95:8 109:12 116:18
**semicolons** 151:24

**Senate** 16:2 21:2 25:7 38:5 48:1 76:13 118:22 129:14
**senate.ga.gov** 130:21
**Senator** 132:1 139:16
**send** 15:16,17 83:23
**senior** 39:23
**sense** 9:18 16:23 28:7 66:6 100:14 143:4
**sent** 105:12 129:18 137:10 138:3
**sentence** 66:1 77:22 106:2 107:9,25 139:4,8 141:9 145:8 151:23 152:25
**separate** 1:22 159:20
**serve** 154:10
**services** 160:25 161:8
**serving** 154:1
**session** 8:3 65:9,12 65:18 98:14 118:2
**sessions** 13:22 33:16 33:18
**set** 74:22
**settled** 107:17
**seven** 8:4 80:16 157:15
**shades** 116:15
**Shantée** 35:5 42:17 42:19
**shared** 105:10
**Sheet** 4:10
**sheet(s)** 159:20
**Sheila** 60:5
**shift** 92:3
**short** 143:12
**shortly** 122:6
**showed** 31:8
**showing** 98:1 115:22
**shows** 149:5
**sign** 160:9
**signature** 158:2
**significance** 106:20
**significant** 50:9 141:14
**significantly** 84:17
**similar** 34:7 92:8,8 92:14 95:13 115:17 138:7
**Simons** 40:11,15
**Simons-Sea** 39:6

**SIMS** 1:4
**single-member** 37:23
  38:2,4,6,8,11
**sir** 9:9 12:1 49:24
  53:12 129:11
**sit** 44:14
**situation** 70:24 72:22
**six** 73:1 80:16 93:13
  120:18
**slightly** 149:16
**slower** 32:23
**smell** 86:18
**SMITH** 1:4
**SNOW** 1:7
**software** 35:15 46:6
**solely** 106:23
**somebody** 27:11
  46:23,23 54:15
  55:19
**sorry** 29:5 49:21,22
  61:22,22 67:1
  75:14 82:18 91:20
  126:5 143:25
  147:18
**sort** 22:3 27:20 28:13
  30:4,6 39:2,3 46:9
  48:14 109:9 132:8
  132:25 137:3
  156:14
**sorts** 77:6 143:23
**sound** 80:11
**south** 13:17,19 15:24
**southern** 10:25 11:3
  11:22
**southwest** 97:9
**space** 159:19
**Spalding** 138:4
**speak** 9:5 30:13
  144:20
**speaker** 44:7 96:17
  97:3 99:15 119:12
  119:13,23
**speaker's** 42:25 43:3
  43:7
**speaking** 9:6,8 30:17
  53:9
**special** 49:16,18
  154:16
**specialist** 35:14
**specialize** 14:23
**specific** 17:4 34:25
  99:5 103:2

**specifically** 24:23
  26:20 28:23 32:25
  42:24 49:14 50:3
  51:14,23 52:12
  54:16 55:5 56:19
  62:2,20 73:13
  75:21 98:24 99:11
  100:23 102:11
  130:1 138:19
**speculate** 134:25
**speculation** 142:6
**speeches** 14:9
**speed** 82:5
**spell** 59:25 62:14
**spent** 24:10
**Spiro** 62:8,9,10 65:8
  73:7
**Spiro's** 62:12
**split** 53:24 58:15 70:1
  78:1,4,10 79:6,11
  79:15,20 80:3,6,8
  80:21,25 134:9,15
  135:13,18
**splitting** 58:9
**spoke** 30:19
**spoken** 32:4
**spot** 46:7,12
**St** 39:6 40:11,15
**staff** 25:22 39:25
  41:11,20 42:12
  44:23 45:17 48:20
  48:24,25 49:15
  60:14,24 61:2,3,5,6
  61:14,17
**staffs** 59:15
**standard** 28:13 29:6
**standing** 46:10
**start** 9:24 26:24 27:4
  35:1 37:5 64:14
  74:25 87:10 113:6
  125:19 129:13
  150:3
**started** 7:21 34:14
**starting** 150:4
**starts** 125:3,11,12
  126:20 131:21
  148:20 149:2
**state** 1:3,10,10 2:2
  6:2 11:5 12:6 18:8
  18:9 20:1,10,13
  21:2,3,4 24:10,15
  25:7,7,25 32:14,21

34:13 36:18,23
  38:5,12 41:8 43:15
  48:14,16 50:7,24
  51:13 57:1,23,24
  58:15,15 77:18
  85:12 91:1 103:19
  106:11 128:16,19
  142:21 143:2,6,7,15
  144:7,11,13,22
  147:4 155:17
  156:16 160:2
**stated** 160:5
**statement** 79:8 99:7
  154:6
**states** 1:1 11:22
**statewide** 47:8,9
**statute** 87:15
**statutorily** 87:18
**stay** 41:5
**stayed** 41:4 77:5
  140:25 149:15
**steps** 111:24
**Steve** 4:16 129:7,15
**stevehenson@min...**
  130:6
**Strangia** 5:22 35:7
  57:6 123:20
**Strangia's** 35:12
**Street** 2:10,15,19
  159:24
**strengthen** 99:2,8
  100:21
**Strickland** 2:18,18
  30:15,16,20,23,24
  32:3,9 52:17 53:6
  64:19,22 68:5 76:5
  76:12,22 90:12
  149:19
**Strickland's** 65:23
  66:13 69:9 148:23
**strike** 29:25 38:18
  41:24 44:21 50:5
  56:1 61:9 71:7
  94:18 123:6 134:2
  152:15
**stronger** 107:5
**strongly** 140:14
**studied** 144:17
**study** 10:23 115:1
**studying** 156:16
**stuff** 156:25
**subject** 131:14

136:24
**submission** 57:2
**submitted** 56:25
**substance** 7:21
  127:13
**subtract** 157:15
**sudden** 151:16
**suggesting** 73:7
**Suite** 2:5,14,19 3:3
**summarizing** 14:9
  133:16
**summary** 122:1
  127:4,7 134:4
**summer** 13:13,15
**supplied** 139:16
**support** 19:17
**suppose** 89:7,24
**sure** 11:16 17:2 22:19
  28:11 43:8 45:20
  47:13 50:24 51:18
  52:1 55:5 56:17
  57:10 60:19 68:23
  87:22 88:18 102:13
  102:18 104:1
  108:13,18 116:6,13
  119:7 125:1,10
  128:3 129:5 131:12
  131:19 134:21
  136:7,9 144:21
  147:10,20
**surprised** 103:7,10
**Susan** 126:14,15
**suspect** 145:8,13,15
**SWANSON** 1:6
**switch** 16:6
**switched** 16:19
**sworn** 7:12 160:14
**system** 35:19,20
  37:21,22,23 46:21
  63:1

───────────
**T**
**tab** 103:24 124:23
  129:1
**tabbed** 63:6
**table** 105:1,17,18
  115:18
**tabs** 74:1
**take** 16:24 45:24 57:8
  63:15 65:4 74:10
  75:16 78:18,21
  79:5 96:7,7 104:9

125:16 127:9
**taken** 1:14 8:10,24
  9:21 76:22
**talk** 7:20 28:19 66:23
  69:24 70:22 75:16
  75:18 76:4 85:24
  91:10,11 92:10
  94:5 101:12,19
  103:9 107:4,24
  114:16,18 127:15
  140:9,12,20,24
**talked** 74:13 81:20
  101:16 107:9,13
  137:23
**talking** 16:8 21:2
  36:5 60:21,22 61:4
  61:5 65:11,16 66:4
  75:20,21 76:4,7
  82:24 86:17,23
  107:21 108:5,6,8
  114:14,21 117:6,11
  124:5 128:14
  138:12,14 144:1
**talks** 65:7 66:2 82:1
  93:1 94:5 105:22
  139:3,4,8
**tape** 125:15
**task** 18:25 19:14,20
**taught** 12:17
**tax** 18:1
**Taylor** 154:23
**team** 42:8,9
**technical** 134:11
  135:7 136:1
**Telephone** 2:8,13
**tell** 11:17 22:8 131:10
  132:10
**telling** 56:16
**tem** 119:12,24
**temp** 13:9 17:15
**temporary** 19:9
  20:15,18 24:11
  48:19,24,25
**ten** 19:24 140:14
  143:1
**terms** 16:25 22:13
  23:1 33:4 38:19
  44:11 47:8 48:7,13
  49:12,18 50:1,24
  51:17 53:20,23
  54:25 55:3 61:17
  66:5 77:11,18 78:5

87:5 97:1 100:6
115:1 117:12
120:16 121:3
127:12 137:15
142:21 143:6,20
144:23,24 146:1,14
146:16 149:25
150:3,25 152:5
153:9,15
**testified** 7:13
**testimony** 1:21 8:25
159:4
**Thank** 53:15 56:23
66:22 68:18 157:22
**thereto** 160:6
**thing** 9:10 11:20
21:24 23:6,6 28:6
48:19 81:4 125:2
128:21 131:1
142:10 150:6
**things** 7:20 8:16 9:2
11:8 15:3 18:3
20:25 22:2 29:23
36:3 37:10,15 40:2
101:6 129:12 130:3
142:7
**think** 13:3,9,10 15:24
16:2 17:20 18:15
19:10 20:17 36:19
42:14,24 47:7 48:3
48:17,19 50:12
58:5,6,20 67:16
73:16 81:13 83:18
97:9,22 98:4 99:11
101:22 106:18
112:17 113:9 118:9
118:25 119:23
121:2,4 123:18
126:17 128:14
130:8 133:1 138:16
145:12 148:3 155:2
155:9
**thinking** 16:12 77:11
**third** 100:7 111:4
**Thompson** 1:6,8 2:12
**thought** 56:6 128:5,6
128:18,22
**thousand** 93:18
**thread** 4:16,22 5:1,7
5:9,13,15
**three** 4:5 10:25 53:8
63:24 72:23 73:10

79:23 80:15 86:5
88:10 126:8 132:8
132:9,14,25 133:4
**three-and-a-half**
14:1,13
**Thursday** 106:4
147:23
**till** 13:13
**Tillery** 42:14
**Tim** 12:18
**time** 7:10 11:10,11
12:11 13:10,11
14:2 16:5,5,21 17:8
18:20 19:8,15
20:16 25:2,11
26:11,15,17,20 27:4
29:16 34:1,23 35:4
35:7,12,24 36:6,16
39:13 41:1,13
42:10,11,15 43:10
44:19 45:6,6 54:3
58:12 68:21,21
69:3 73:7 76:20
86:21 90:2 93:25
95:15,17,17,18,18
102:21 114:10
131:11 141:5
145:10 153:2,15
157:8
**times** 53:8 86:14
**timing** 41:23,25
**Tobelman** 3:6
**today** 8:5,17,25 9:21
23:15 30:13,18
31:12,21 32:11
69:5 83:24 99:14
151:2 154:1,7,12
157:7
**told** 51:22,23,23
52:23 56:19
**top** 64:9 73:6,14,15
74:3 79:10 83:1,2,3
88:20 97:10 129:6
138:23 147:21
**topic** 65:8
**toss-up** 141:23
**total** 28:5 109:23
141:6 153:12
**totals** 83:23
**touch** 100:5
**tough** 84:6
**tough-calls** 69:16

**trade** 86:25 99:6
**traditionally** 69:25
**trail** 75:1
**transcript** 159:4
160:12
**transition** 34:16,19
**transportation** 11:7
18:1
**trend** 151:10,15
**trending** 107:6
**trends** 84:6,7,9,10,11
93:22 95:5 114:15
**trial** 33:11,25
**true** 71:9 90:15
147:11 154:5 159:3
160:11
**Trump** 68:20 70:1,19
98:1 120:20,24
**Trump-Clinton**
77:23 117:3
**try** 9:17 43:20
**trying** 19:17 22:16
36:1 45:5 50:12
70:23 72:1,14 82:1
88:4 113:9 119:18
126:18
**Tuesday** 73:8
**turn** 71:3 122:13
145:1
**turned** 36:10
**turnout** 22:23 23:2
89:20 92:19 94:8
153:12
**Tussahaw** 80:6
**tweak** 70:13
**tweaked** 68:8 76:18
90:13,17
**tweaking** 72:24 91:5
**two** 4:4 9:2 10:20
22:11 31:3 48:12
50:13 57:18 65:16
72:24 73:2,20
79:18 80:15 82:12
82:21 83:6 86:4
89:21,25 90:8
93:18 100:4,8
105:4,11 116:18,20
118:17 122:21
131:3 132:13
133:17 137:4
149:25 151:21
152:3,6,25 153:2,6

153:7 155:6
**two-and-a-half** 31:3
31:6 41:15 143:13
143:21 144:1
149:20
**type** 92:8
**types** 132:9,9 143:20
**typical** 28:24 131:1
145:25
**typically** 27:19,20,22
44:24 45:9,24
46:15 48:4 49:4
53:23 64:14 128:19
**TYSON** 1:4

───────────

**U**

**uh-huh** 8:8 9:14,19
17:3 18:7,18 20:7
21:11 22:24 23:10
24:8,13 25:4 26:9
26:13 27:14 28:1
29:13 30:10 31:1,9
31:15,18,24 32:16
32:19 34:11,15,18
35:3,8,22 36:14,21
39:11 40:6,12 43:5
44:5 46:13,16
47:10 48:11 49:1
49:10 52:4 53:18
53:22 54:14,18
56:22,22 57:25
59:1,21 60:20
62:11 63:9,14
64:10,17,18,25 65:6
65:10,19 66:6,12,17
66:19 67:7,15,20
68:3,7,10,13,15
69:6,14 70:8 71:19
72:20 73:4,9 74:2
74:24 75:5,8,17
76:14,24 77:20
78:3,15 79:2,2,14
79:17,19,24 80:4,19
80:22 81:3,6,10,14
81:17 82:16 83:11
83:25 84:21 85:18
85:23 86:22 87:22
88:3,11,17 90:14,19
91:4,12,16,21 92:1
92:9,13 93:4,11
94:3,6,15 95:12,21
96:6 97:14 98:19

98:21 100:10 101:1
102:20 103:25,25
104:7,24 105:19
106:8,16 107:8,15
107:19 108:3,15,21
108:25 109:3,13,20
110:13 111:1,5,9,16
112:10,21 113:19
113:23 114:8,13,17
114:20,24 115:3,7
115:12 116:1 117:4
117:14 118:5 119:6
119:10 120:3,21
121:8,11,22,22,24
122:8,12,22 124:1
124:18,20,25,25
125:8,13 126:24
127:5,10,14,18,23
128:1 129:4,11,21
130:7,11,15 131:22
131:25 133:4,11,25
134:5,12 135:11,19
136:13,17 137:8,8
137:19,22 138:1,8
138:11,24 139:2,7
139:11,25 140:11
140:23 141:3,11,25
142:9,19 143:4,8,11
143:15,18 144:8
145:6,11,17 146:10
146:17 147:1,5,13
147:24 148:16
149:1,4,9,13,22
150:2,23 151:7,9
152:2 153:20 154:4
154:8 155:15
156:18 157:1,5
**uncommon** 130:22
**undergraduate** 10:9
**understand** 8:21,24
9:8,13,16,18 30:8
51:25 54:19 106:3
143:25 144:10
**understanding** 21:13
22:21 43:2,6 47:11
50:15 51:4,10
52:24 53:2,13 54:9
55:10,15,19,20,22
66:4 79:6 87:16
102:22 118:6 131:6
**understood** 30:6
51:16 52:5,15

54:17,18 56:3,21
**unit** 23:13,18
**UNITED** 1:1
**University** 10:3,4
**unusual** 128:5
**update** 13:22
**updated** 83:23
**urban** 10:23
**use** 62:25 130:23,24
  131:7,13 157:20
**useful** 108:2,4
**uses** 130:4
**usual** 161:16
**usually** 32:23 47:19
  86:8 130:25 131:2
**UVA** 10:5 12:13
**U.S** 5:17,19

---

### V

**V** 2:8
**vague** 140:4
**Valerie** 70:6
**variety** 134:8
**various** 24:20 43:19
**vary** 44:25 49:7
**versions** 129:24
**versus** 156:24
**Vide** 4:5
**video** 4:2,3,4 7:8
  57:17 125:23 126:7
  157:24
**Videographer** 3:6
  7:7 57:12,16
  125:23 126:4,6
  128:9,12 157:17,24
**videotaped** 1:13 8:17
**view** 69:3,5
**Virginia** 10:4
**Volume** 1:21,22,23
**vote** 18:22 50:21,21
  54:5 84:23 85:16
  94:18
**voted** 18:3 28:17 84:4
  93:3,7 105:2
  153:13
**voter** 22:18,20,22,22
  23:1,1 85:13
  132:15,16,20 138:9
  138:12,14 139:9,13
  140:21 150:18,25
  156:21
**voters** 16:22 17:1

18:22 19:3 23:2
  93:5,12,17 94:8,17
  94:19,23 95:3
  141:6,10,13,18
**voting** 12:15 14:7,7
  50:22 98:1 104:22
  105:8,15 153:14
**vs** 1:9

---

### W

**wait** 152:14
**want** 17:25 21:25
  28:5 65:4 67:13
  74:25 78:18 81:11
  81:19,20 83:17
  88:18 89:13,14
  99:6,8,19,20 101:10
  109:16,18 110:5,6
  119:3 122:9 125:9
  125:9 128:6 132:4
  132:24 133:8 134:1
  134:6 136:7 142:1
  142:2,3 145:1,2
  147:16 153:21,21
**wanted** 40:21 42:25
  55:15 56:7,16
  82:19 83:5 89:16
  129:23 130:1 137:1
  137:14 139:15
**wanting** 119:15
  138:4
**wants** 86:11 138:9
**Washington** 2:6,15
  10:3
**wasn't** 11:15 14:10
  15:11,18 18:25
  20:16 33:7 103:10
  128:3 130:12
  134:19,24 135:6,13
  135:15,20,25 136:4
  140:4
**way** 26:8 54:10 62:5
  64:3 68:19 78:12
  87:20 88:5 107:17
  112:20 125:10
  143:9
**WAYNE** 1:6
**weakening** 107:6
**website** 109:13
**Wednesday** 1:19
  75:6
**week** 82:4,4 117:12

**Welch** 68:25
**Welch's** 148:24
  149:14
**went** 12:5 33:6,9,11
  33:13,14,16,16 58:6
  93:5,7,17 94:8 98:7
  111:13 137:15
  143:14
**West** 2:10
**western** 106:20,21
**we'll** 8:4,14 111:23
  123:22 125:16,19
  129:13 148:9 157:7
**we're** 19:5 32:13,15
  32:17 62:25 67:3
  73:17 80:5 88:18
  104:1 114:14 115:4
  115:19 119:7 125:2
  125:15 128:12
  129:5 136:9 147:20
  148:11 153:16
**we've** 23:4 57:7
  100:8 150:13
  154:15 157:14
**white** 71:17 93:12
  94:23 110:6,19,22
  111:7,8,14,17 112:8
  112:23 113:17
  114:11 123:12
  140:24 150:21,22
  151:11,16
**whites** 113:21 114:23
**WILLIAM** 2:8
**win** 72:1,14 85:21
  86:21 157:4
**winning** 69:20 70:25
  102:7
**wins** 92:4,16
**witness** 3:1 57:10
  63:4 64:21 72:9
  157:10,23 160:13
**witness's** 160:8
**won** 70:6 91:24
**Woodall** 115:10,15
  116:25
**words** 53:1 86:8
**work** 10:17 13:8 14:2
  14:6 15:5,20,25
  19:8,13 20:9 30:4
  32:14 39:16 42:21
  43:10,21 143:22
**worked** 10:22,25

11:24 13:6,8 17:15
  20:13 34:12 38:20
  39:3,6 40:3,11
  41:20 47:7 48:14
  48:15 53:16 57:5
  118:17,24
**working** 13:9 34:22
  79:9
**works** 61:14 64:4
**worse** 15:2
**wouldn't** 134:25
  142:24 145:22
**Wright** 5:3,9,13,15
  5:21 35:9 45:12,13
  47:7,20 48:2,10
  59:11 60:19 61:1
  78:19 88:21 89:4,5
  96:4 97:3 118:25
  123:21 125:4
  127:25 128:15,17
**Wright's** 35:23 62:24
  88:15
**write** 27:20
**writing** 66:23 67:8
  160:7
**written** 7:3 22:3
**wrong** 16:10,11
  75:14 132:11 148:4
**wrote** 75:9

---

### Y

**yeah** 16:13 17:2,12
  17:20 23:4 27:6
  33:18 35:21 40:5
  47:7,9 58:19 64:1,5
  67:2 75:4 77:15
  79:1 80:13 82:19
  83:1,10,10 87:22
  91:21 93:23 94:16
  95:21 103:4 105:18
  105:19 108:11
  109:7,12 110:4,4
  111:1,22 113:8,10
  113:10 114:4,25
  115:21 116:4,8
  118:15 124:18
  126:24 130:20,25
  131:4 132:17 137:7
  142:9 143:4,15
  144:1,19 147:19
  149:16 152:9
  155:12 157:11

**year** 10:11,14,22 13:7
  17:9,16 20:17,19
  24:11,14,18 32:23
  33:1 68:9 76:19
**years** 10:25 13:3 14:1
  14:13 20:11,12
  21:19 24:10 29:21
  33:24 34:13 36:1
  41:15 94:1 133:17
  140:14 142:22,24
  143:1,13,21 151:15
  156:16
**yesterday** 30:22,25
  31:23 32:4
**York** 2:6

---

### Z

**Zell** 16:8,12,13

---

### 1

**1** 5:11 122:10 160:10
**1st** 88:22 127:15,22
**1-5-2017** 5:2
**1:17-cv-01427-TC...**
  1:9
**10** 80:16
**10-8-2015** 4:18,20
**10.B** 160:18
**10:10** 57:13,14
**10:26** 57:15,17
**10:28** 81:22
**103** 5:5
**105** 89:6 90:16 91:15
  91:15,23,25 92:15
  129:24 134:14,14
  134:22 135:2,6
**109** 5:17,19
**11** 41:15 80:9,10,16
**11:06** 104:6
**11:17** 83:19
**11:37** 74:5
**11:45** 125:24,25
**11:54** 126:1,7
**111** 79:5,7 89:6 92:7
  92:10,11,15,16
  122:25 123:6,12
  135:10,12,13,16,17
  135:20,25 137:4,5
  137:11,14,15 140:5
**117** 155:8
**1170** 2:19
**119** 5:7 155:8

Dan O'Connor                 Georgia State Conference of the NAACP, et al vs Kemp                 December 13, 2017

Page 176

**12** 36:1 80:10,16 93:3
    93:6 94:9
**12-13-2017** 159:25
**12-14-2016** 4:23
**12:34** 1:19 157:25
    158:4
**12:55** 129:8
**120,000** 141:9,14
**1201** 2:10
**121** 5:9
**123** 5:21
**124** 5:13
**126** 4:5
**128** 4:16
**13** 1:19 7:1 80:17,18
    80:20,20 138:3
**13th** 2:15 7:9
**130** 137:18 149:23
**133** 6:1
**136** 4:20
**14** 76:17 138:10
**14th** 63:12 75:6
    104:4 105:7 127:1
**1401** 2:6
**147** 4:18
**15** 29:21 33:23
    151:15
**15-14-37(a)** 161:2
**159** 4:10
**16** 90:12 93:3,6,8
    94:9 103:8 138:10
**16th** 105:6
**161** 4:11 160:10
**17** 21:19 117:17
    118:12,20
**17,000** 113:14
**18th** 161:19
**194** 113:5
**1980** 68:23 95:18
**1986** 10:13,24
**1991** 10:16
**1996** 16:3 17:11
**1998** 17:18 18:13
    19:6
**1999** 20:4

                **2**

**2** 40:5 157:18
**2-1-2017** 5:4
**2-10-2017** 5:16
**2-14-2017** 5:5
**2-24-2017** 5:8

**2:00** 73:8
**20** 128:8 141:5,7
    142:22,24,24
    156:15 159:23
**200,000** 110:2,9
    111:13 112:2
**2000** 5:18 20:4,5,6,7
    24:16 27:2,3 34:14
    77:8 109:7,18,23
    110:7,25 111:20
    113:3,22 143:3,9
    151:15
**20005** 2:6
**20005-3960** 2:15
**2001** 24:16 25:17,25
    26:11,17 27:6 36:6
    37:11,24
**2002** 27:6 29:12,13
    29:14 32:15,17,20
    34:8
**2003** 32:23 34:1
**2004** 34:4,5 38:3,10
**2005** 34:10,16,18,20
    36:10 39:19 41:5
    41:13
**2006** 36:19,20,23
    38:10 39:16 40:5,8
    40:14,14,17
**2008** 41:15 42:11
    144:4 152:12,13
**2010** 5:20 109:17,19
    109:24 110:7 111:2
    111:20 113:22
    150:8,17
**2011** 42:11 43:13
    49:13 50:10 51:5
    53:3 54:3 57:2,21
    58:20 144:5
**2012** 58:18,21 76:17
    91:18 93:2,10,14,18
    94:21 139:5
**2014** 91:18,20
**2015** 4:15 58:25
    76:21 78:20 90:9
    90:18 91:5 129:8
    151:5,16
**2016** 63:13 67:25
    73:11 75:6 76:23
    93:2,14,18 94:20
    103:18 104:22
    105:9,16 120:20,24
    154:18

**2017** 1:19 5:11 7:1,9
    59:18 60:16,24
    61:18 62:18 65:9
    65:12,17 74:5
    86:17 88:22 90:5,6
    104:4 118:13 119:9
    161:19
**2018** 107:14
**2019** 107:25
**202.654.6200** 2:16
**202.662.8391** 2:7
**217** 110:4
**217,000** 112:5,6
    113:15
**2200** 2:19
**237** 159:24
**24th** 119:9
**250** 112:14
**250,000** 111:19
    112:12,23,25
    113:12,21
**26,000** 141:2,8,12
**2745** 161:21
**28th** 129:8

                **3**

**3** 157:20
**3-16-2017** 5:10
**3-24-2017** 5:22
**3:44** 147:23
**30** 3:3
**30s** 141:22 142:4
**30060** 159:24
**30308** 3:4
**30309-3488** 2:10
**30309-7200** 2:20
**31** 149:7
**34** 150:20
**354,316** 111:10
**36** 149:7
**36-by-44** 116:5
**37** 141:17 150:21
**38** 4:16 128:24 129:1
    129:3
**39** 152:17
**394,000** 110:25

                **4**

**4** 157:20
**4-28-2015** 4:17
**40** 141:22 142:14
    147:18 154:2,11

155:5,8,11,17,19
    156:1,5
**40,000** 111:15,18
    112:9,24 113:18
**400** 2:5
**404.261.6020** 3:4
**404.572.6828** 2:11
**41** 152:22
**417** 97:8
**44** 4:18 147:15,17,18
    148:11,12,15
**45** 4:20 136:6,8 148:5
**48** 4:22 62:22,25 63:8
    150:22 152:19
**49** 5:1 73:23,25 81:13
    81:15,16,17

                **5**

**5** 57:2
**5th** 74:5 81:22 83:19
**50** 5:3 81:14 88:13,16
    88:20
**50s** 70:19
**51** 5:5 103:22,24
    115:5
**515** 126:14,19,23
    127:2,8,17
**52** 5:7 76:17 119:2,4
**53** 5:9 67:5 76:16
    121:18,20
**55** 5:13 124:22,24
    125:3 126:10
**56** 150:21
**566** 6:1 133:10,17
    134:4
**57** 4:4 5:15 95:23,25
    96:3 105:6 157:18
**57-42** 152:10
**58** 5:17 67:6 109:5,6
    109:22 110:12
    152:21,22
**58-41** 152:10
**588,488** 109:24
**59** 5:19 109:15,17,22

                **6**

**6** 4:14 78:17,19
**6-19-2017** 5:14
**60** 5:21 54:7,8 123:17
    123:20 152:16
**600** 2:14
**61** 6:1 133:6,8

**62** 4:22
**65** 67:4
**678.347.2200** 2:20

                **7**

**7** 4:3,9
**7,000** 94:8 150:18
**7.C** 161:3
**700** 2:15 3:3
**73** 5:1 122:25
**770-428-5801** 159:24
**78** 4:14

                **8**

**8th** 137:17 147:23
**8.B** 7:5
**805,321** 109:24
**87** 10:24
**88** 5:3

                **9**

**9-11-28(c)** 161:6
**9:03** 88:22
**9:12** 1:19 7:2,10
**9:47** 63:13
**9:51** 75:7
**91** 13:8,13 96:8
**92** 13:14,16
**93** 122:10
**95** 5:15
**96** 17:12

Donovan Reporting, PC                                                                770.499.7499

IN THE MATTER OF

# Georgia State Conference of the NAACP, et al
# vs
# Kemp

Transcript of Deposition of

# Dan O'Connor

On January 25, 2018

*Reported by* Joel P. Moyer
*Certified Court Reporter*



## DONOVAN REPORTING
### & VIDEO CONFERENCING
237 Roswell Street   Marietta, GA 30060
770.499.7499   800.547.1512   FAX: 770.428.5801
‹‹‹‹‹www.donovanreporting.com››››

Dan O'Connor          Georgia State Conference of the NAACP, et al vs Kemp          January 25, 2018

162

THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GEORGIA STATE CONFERENCE OF THE NAACP,
as an organization; LAVELLE LEMON, MARLON
REID, LAURETHA CELESTE SIMS, PATRICIA
SMITH, COLEY TYSON,
        NAACP Plaintiffs,

AUSTIN THOMPSON, WAYNE SWANSON, DARRYL PAYTON,
AUDRA CUNNINGHAM, SABRINA MCKENZIE, JAMIDA
ORANGE, ANDREA SNOW, SAMMY ARREYMBI, LYNNE
ANDERSON, CORETTA JACKSON,
        Thompson Plaintiffs,

        vs.    CASE NO. 1:17-cv-01427-TCB-WSD-BBM

BRIAN KEMP, in his official capacity as
Secretary of the State for the State of
Georgia,
        Defendant.
                    _ _ _

          Videotaped Deposition of
                DAN O'CONNOR,

        Taken by Jon M. Greenbaum,

         Before Joel P. Moyer,
        Certified Court Reporter,

          At the Offices of
          Balch & Bingham LLP,
           Atlanta, Georgia,

        On Thursday, January 25, 2018,
   Beginning at 11:18 a.m. & ending at 4:40 p.m.


                    _ _ _


          Volume of Testimony
   (Exhibits Contained in Separate Volume)
              VOLUME TWO

Electronically signed by Joel Moyer (501-161-376-4513)                    0e2f779f-4dcd-4e85-a10c-75d2766ba38f

Dan O'Connor                Georgia State Conference of the NAACP, et al vs Kemp                January 25, 2018

163

```
 1    APPEARANCES OF COUNSEL
 2    For the Georgia State Conference
        of the NAACP Plaintiffs:
 3
              JON M. GREENBAUM
 4            Lawyers' Committee for
                Civil Rights Under Law
 5            Suite 400
              1401 New York Avenue, NW
 6            Washington DC 20005
              202.662.8391
 7
 8    For the Thompson Plaintiffs:

 9            ARIA C. BRANCH
                (Via Telephone)
              Perkins Coie LLP
10            Suite 600
              700 13th Street, NW
11            Washington, DC 20005-3960
              202.654.6200
12
13    For the Defendant:

14            FRANK B. STRICKLAND
              Strickland Brockington Lewis LLP
              Suite 2200
15            1170 Peachtree Street, NE
              Atlanta, GA 30309-7200
16            678.347.2200
17    For the Witness:
18            K. ALEX KHOURY
              Balch & Bingham LLP
19            Suite 700
              30 Ivan Allen Jr. Boulevard, NW
20            Atlanta, GA 30308
              404.261.6020
21
22    ALSO PRESENT:

              David Tobelman, Videographer
23
24
25
```

Donovan Reporting, PC                                                        770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                                    0e2f779f-4dcd-4e85-a10c-75d2766ba38f

Dan O'Connor                Georgia State Conference of the NAACP, et al vs Kemp                January 25, 2018

164

```
 1                    INDEX TO PROCEEDINGS
 2                     VIDEO FILE INDEX
 3     Video File One                          176
       Video File Two                          218
 4     Video File Three                        258
       Video File Four                         300
 5     _____
 6                    EXAMINATION INDEX
 7     DAN O'CONNOR
 8         Examination by Mr. Greenbaum        176
 9
       Errata Sheet                            324
10
       Certificate Page                        326
11     _____
12                      EXHIBIT INDEX
       Plaintiff's Exhibits
13
        93    Document titled Georgia General  234
14            Assembly 2015-2016 Regular
              Session - HB 566, State House,
15            districts, boundaries of certain
              districts, revise
16
       123    Email from Dan O'Connor to Jan   240
17            Jones, 2-27-2015 (GA2-001601-1604)
18     127    Email thread ending with email   180
              from Joyce Chandler to Dan
19            O'Connor, 8-20-2014 (GA2-001194)
20     128    Email thread ending with email   182
              from Joyce Chandler to Dan
21            O'Connor, 8-4-2014 (GA2-001195)
              Georgia Secretary of State Voter
22            Registration System, Active Voters
              by Race and Gender, 8-4-2014
23            (GA2-001197-1198)
24
25     (Continued on Next Page)
```

Electronically signed by Joel Moyer (501-161-376-4513)                    0e2f779f-4dcd-4e85-a10c-75d2766ba38f

| | | |
|---|---|---|
| 130 | Email from Dan O'Connor to Chuck Efstration, 8-25-2014 (GA2-001705-1706) | 182 |
| 134 | Map labeled Proposed House District 104 and 105 (GA2-003019) | 179 |
| 135 | Map labeled Proposed House District 104 and 105 (GA2-003027) | 179 |
| 140 | Email from Dan O'Connor to Ben Jordan, 12-3-2015 (GA2-001388) | 305 |
| 171 | Email thread ending with email to Dan O'Connor from Austin Chambers, 6-2-2014 (GA2-001948-1951) | 176 |
| 172 | Email thread ending with email to Peter Combs from Dan O'Connor 8-4-2014 (GA2-001721-1722) | 178 |
| 173 | Email thread ending with email to Dan O'Connor from Peter Combs, 8-4-2014, with attached report titled Georgia Secretary of State Voter Registration System, Active Voters by Race and Gender (GA2-001196-1198) | 181 |
| 174 | Document titled Gwinnett County – Voting by Precinct in 2012 Presidential Election (GA2-001707) | 184 |
| 175 | Document titled Gwinnett – Comparison of Voter Registration Data – January 2000-August 2014 (GA2-001708) | 184 |
| 176 | Email thread ending with email to Jeremy Brand from Dan O'Connor, 9-3-2014 (GA2-001701-1702) | 191 |
| 177 | Email to Spiro Amburn from Dan O'Connor, 9-18-2014 (GA2-001671) | 194 |

(Continued on Next Page)

Dan O'Connor                 Georgia State Conference of the NAACP, et al vs Kemp                 January 25, 2018

166

```
 1      178   Document titled Georgia House of      195
               Representatives - Candidates for
 2             Contested Seats, 2014 General
               Election (GA2-001672)
 3
        179   Email thread ending with email to    196
 4             Dan O'Connor from Randy Evans,
               9-23-2014 (GA2-001182-1183)
 5
        180   Email thread ending with email to    197
 6             Dan O'Connor from Nick Carlson,
               9-16-2014 (GA2-001185-1190)
 7
        181   Email thread ending with email to    200
 8             Dan O'Connor from Mike Seigle,
               10-8-2014 (GA2-001176-1178)
 9
        182   Email to Heath Garrett from Dan      203
10             O'Connor, 10-7-2014
               (GA2-001141-1142)
11
        183   Email to Chuck Bullock from Dan      205
12             O'Connor, 10-29-2014
               (GA2-001118-1119)
13
        184   Document titled Gwinnett County -    205
14             Comparison of Voter Registration
               Data - January 2000-October 2014
15             (GA2-001123)

16      185   Email to Mark Rountree from Dan      207
               O'Connor, 11-3-2014 (GA2-001106)
17
        186   Email to Hastings Wyman from Dan     209
18             O'Connor, 11-6-2014
               (GA2-001046-1047)
19
        187   Email thread ending with email to    214
20             Randy Evans from Dan O'Connor,
               11-18-2014 (GA2-000973-974)
21
        188   Email to Representative Rynders      216
22             from Dan O'Connor, 11-25-2014
               (GA2-000940)
23

24

25      (Continued on Next Page)
```

Electronically signed by Joel Moyer (501-161-376-4513)                          0e2f779f-4dcd-4e85-a10c-75d2766ba38f

Dan O'Connor                Georgia State Conference of the NAACP, et al vs Kemp                January 25, 2018

167

189   Email to Spiro Amburn from Dan       218
      O'Connor, 12-19-2014, with
      attached spreadsheets
      (GA2-000861-866)

190   Email to Phil Kent from Dan          226
      O'Connor, 12-22-2014 (GA2-000857)

191   Email thread ending with email to    228
      Dan O'Connor from Jim Galloway,
      1-12-2015 (GA2-000463)

192   Email thread ending with email to    229
      Charles Bullock from Dan O'Connor,
      1-23-2015 (GA2-001647-1648)

193   Email to Michael Yaworsky from Dan   231
      O'Connor, 2-13-2015 (GA2-001605)

194   Spreadsheet titled Georgia Senate    233
      14 Map - 2012 Presidential
      Election - Voting by State Senate
      District (Maptitude Estimates)
      (GA2-001606)

195   Spreadsheet titled Georgia Senate    233
      14 Map - 2014 US Senate General
      Election - Voting by State Senate
      District (Maptitude Estimates)
      (GA2-001607)

196   Spreadsheet titled Georgia Senate    233
      14 Map - 2014 General Election for
      Governor - Voting by State Senate
      District (Maptitude Estimates
      (GA2-001608)

197   Spreadsheet titled Georgia - 2012    233
      General Election - Voting by Race
      in Each State Senate District
      (GA2-001609)

198   Email thread ending with email to    234
      Dan O'Connor from Jan Jones,
      2-28-2015 (GA2-000447)

      (Continued on Next Page)

Donovan Reporting, PC                                                      770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                                    0e2f779f-4dcd-4e85-a10c-75d2766ba38f

Dan O'Connor                Georgia State Conference of the NAACP, et al vs Kemp                January 25, 2018

168

199   Spreadsheet titled Gwinnett County   237
      – Comparison of Voter Registration
      Data – January 2000–October 2014
      (GA2-000450)

200   Spreadsheet titled Henry County –   237
      Comparison of Voter Registration
      Data – January 2000–October 2014
      (GA2-000451)

201   Spreadsheet titled House Districts   241
      105, 111, 138 and 151 – Voter
      Registration (Active Voters) By
      County – October 1, 2014
      (GA2-001602)

202   Spreadsheet titled House Districts   242
      105, 111, 138 and 151 – Voting in
      Selected 2014 Statewide Partisan
      Contests (GA2-001603)

203   Email to Andy Welch from Dan   242
      O'Connor, 3-5-2015 (GA2-001586)

204   Spreadsheet titled Georgia –   244
      November 2012 Presidential
      Election – Voting by State House
      District (Maptitude Estimates)
      (GA2-001604)

205   Spreadsheet titled House District   244
      110 – Voting by County/Precinct in
      November 2014 General Election for
      this Seat (GA2-001587)

206   Spreadsheet titled House District   244
      110 – Voting by County/Precinct in
      May 2014 Republican US Senate
      Primary (GA2-001588)

207   Spreadsheet titled House District   244
      110 – Voter Registration (Active
      Voters) by County – October 1,
      2014 (GA2-001589)

(Continued on Next Page)

Electronically signed by Joel Moyer (501-161-376-4513)                0e2f779f-4dcd-4e85-a10c-75d2766ba38f

Dan O'Connor                Georgia State Conference of the NAACP, et al vs Kemp                January 25, 2018

169

208  Spreadsheet titled House District    244
     111 – Voting by Precinct in
     November 2014 General Election for
     this Seat (GA2-001590)

209  Spreadsheet titled Henry County –    244
     Voting by Precinct in 2012
     Presidential Election (GA2-001592)

210  Spreadsheet titled Voting by         244
     Precinct in 2012 Presidential
     Election (Ranked by Romney
     Percentage, Highest to Lowest)
     (GA2-001593)

211  Spreadsheet titled Henry County –    244
     Voting by Precinct in November
     2014 General Election for US
     Senate (GA2-001594)

212  Spreadsheet titled Henry County –    244
     Comparison of Voter Registration
     Data – January 2000–October 2014

213  Email to Charles Bullock from Dan    248
     O'Connor, 3-10-2015 (GA2-001580)

214  Email to Brent Bremer from Dan       249
     O'Connor, 3-24-2015 (GA2-001567)

215  Email thread ending with email to    250
     Brent Bremer from Dan O'Connor,
     3-28-2015 (GA2-000426)

216  Spreadsheet titled Georgia –         252
     November 2014 General Election –
     Votes Cast for State House
     Contested and Uncontested Seats
     (Official Returns) (GA2-001568)

217  Email thread ending with email to    253
     Dan O'Connor from Elizabeth
     Holcomb, 3-31-2015
     (GA2-000411-412)

(Continued on Next Page)

Electronically signed by Joel Moyer (501-161-376-4513)                          0e2f779f-4dcd-4e85-a10c-75d2766ba38f

Dan O'Connor             Georgia State Conference of the NAACP, et al vs Kemp             January 25, 2018

170

| | | |
|---|---|---|
| 218 | Email thread ending with email to Dan O'Connor from David Dove, 4-13-2015 (GA2-000438) | 254 |
| 219 | Email to Javier Brown from Dan O'Connor, 4-16-2015, with attached stat sheets and email (GA2-001508-1511) | 255 |
| 220 | Email thread ending with email to Javier Brown from Dan O'Connor, 4-16-2015 (GA2-001506-1507) | 255 |
| 221 | Email thread ending with email to Nick Carlson from Dan O'Connor, 5-21-2015 (GA2-000787-796) | 256 |
| 222 | Email thread ending with email to Dan O'Connor from Diane Adoma, 5-20-2015 (GA2-000423-424) | 257 |
| 223 | Email thread ending with email to Mike Seigle from Dan O'Connor, 6-3-2015, with attached map (GA2-000701-703) | 258 |
| 224 | Spreadsheet titled House District 110 – Voting by County/Precinct in November 2014 General Election for this Seat (GA2-000704) | 261 |
| 225 | Spreadsheet titled House District 111 – Voting by Precinct in November 2014 General Election for this Seat (GA2-000705) | 261 |
| 226 | Email to Mike Seigle from Dan O'Connor, 6-3-2015, with attached map (GA2-000693-694) | 262 |
| 227 | Spreadsheet titled Henry County – Voting by Precinct in 2012 Presidential Election (GA2-000695) | 263 |

(Continued on Next Page)

Electronically signed by Joel Moyer (501-161-376-4513)                    0e2f779f-4dcd-4e85-a10c-75d2766ba38f

Dan O'Connor                Georgia State Conference of the NAACP, et al vs Kemp                January 25, 2018

171

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

228   Spreadsheet titled Henry County –      263
      Comparison of Voter Registration
      Data – January 2000-October 2014
      (GA2-000696)

229   Email thread ending with email        264
      to Ronny Just from Dan O'Connor,
      6-12-2015 (GA2-000666)

230   Email thread ending with email to     266
      Jim Kingston from Dan O'Connor,
      6-15-2015 (GA2-000645-647)

231   Email to Ray Smith from Dan           271
      O'Connor, 7-17-2015, with attached
      Election Recap (GA2-000579-591)

232   Email thread ending with email to     275
      Jim Galloway from Dan O'Connor,
      7-22-2015 (GA2-000572-574)

233   Email to Bryan Tyson from Dan         277
      O'Connor, 7-27-2015 (GA2-000534)

234   Email to Jim Galloway from Dan        279
      O'Connor, 7-28-2015, with attached
      spreadsheet (GA2-000530 and
      GA2-000533)

235   Email thread ending with email to     281
      Jim Galloway from Dan O'Connor,
      9-2-2015 (GA2-001476-1479)

236   Email thread ending with email to     285
      Dan O'Connor from Jan Jones,
      9-4-2015 (GA2-000279-281)

237   Spreadsheet titled Georgia – 2012     287
      Presidential Election – Voting by
      State House District (Ranked by
      Romney Percentage, Highest to
      Lowest) (GA2-001171)

      (Continued on Next Page)

Electronically signed by Joel Moyer (501-161-376-4513)                                    0e2f779f-4dcd-4e85-a10c-75d2766ba38f

Dan O'Connor                Georgia State Conference of the NAACP, et al vs Kemp                January 25, 2018

172

| 1 | 238 | Spreadsheet titled Georgia – Members Elected to State House November 2014 (Based on Black Percentage of Registered Voters October 2014 (GA2-001172) | 287 |
| 2 | | | |
| 3 | | | |
| 4 | 239 | Email to Jan Jones from Dan O'Connor, 9-8-2015 (GA2-001469-1470) | 291 |
| 5 | | | |
| 6 | 240 | Spreadsheet titled State House Districts – Average Party Support 2014 Statewide Partisan Contests (Ranked by Republican Percentage Highest to Lowest) (GA2-001471) | 292 |
| 7 | | | |
| 8 | | | |
| 9 | 241 | Spreadsheet titled State House Districts – Average Party Support 2014 Statewide Partisan Contests (GA2-001472) | 292 |
| 10 | | | |
| 11 | | | |
| 12 | 242 | Spreadsheet titled Georgia – November 2014 State House Contests Decided by Less Than 10 Percentage Points (GA2-001473) | 292 |
| 13 | | | |
| 14 | 243 | Email thread ending with email to Jan Jones from Dan O'Connor, 9-8-2015 (GA2-001467-1468) | 294 |
| 15 | | | |
| 16 | 244 | Email to David Knight from Dan O'Connor, 10-8-2015, with attached map (GA2-001450-1451) | 300 |
| 17 | | | |
| 18 | 245 | Email to Ben Jordan from Dan O'Connor, 11-16-2015 (GA2-001406) | 302 |
| 19 | | | |
| 20 | 246 | Spreadsheet titled Georgia – Black Percentage (October 2014 Active Registered Voters) of State House Districts which Elected Democrats, November 2014 General Election (GA2-001407) | 302 |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | (Continued on Next Page) | |

Dan O'Connor                Georgia State Conference of the NAACP, et al vs Kemp                January 25, 2018

173

247   Spreadsheet titled Georgia – Black     302
      Percentage (October 2014 Active
      Registered Voters) of State House
      Districts which Elected
      Republicans, November 2014 General
      Election (GA2-001408)

248   Email thread ending with email to      304
      Dan O'Connor from Ben Jordan,
      11-17-2015 (GA2-000267)

249   Email to Chris Kelleher from Dan       306
      O'Connor, 12-11-2015 (GA2-001354)

250   Spreadsheet titled House 2015          307
      Adopted Map – Voting by State
      House District in 2012
      Presidential Election (GA2-001389)

251   Email thread ending with email to      307
      Ben Jordan from Dan O'Connor,
      12-18-2015 (GA2-001341-1344)

252   Spreadsheet titled House 2015          309
      Adopted Map – Voting by State
      House District in 2014 General
      Election for US Senate
      (GA2-001347)

253   Spreadsheet titled House 2015          309
      Adopted Map – Voting by State
      House District in 2014 General
      Election for Governor (GA2-001348)

254   Email thread ending with email to      309
      Dan O'Connor from Chuck
      Efstration, 1-27-2016
      (GA2-000248-249)

255   Email to Chuck Efstration from Dan     310
      O'Connor, 2-5-2016 (GA2-001320)

256   Email thread ending with email to      313
      Dan O'Connor from Caulder
      Harvill-Childs, 2-26-2016
      (GA2-000244)

      (Continued on Next Page)

Donovan Reporting, PC                                                      770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                0e2f779f-4dcd-4e85-a10c-75d2766ba38f

Dan O'Connor                Georgia State Conference of the NAACP, et al vs Kemp                January 25, 2018

174

257   List of House districts up for        313
      election

258   Email thread ending with email to      314
      Caulder Harvill-Childs from Dan
      O'Connor, 3-17-2016
      (GA2-002654-2657)

259   Spreadsheet titled 2016 General        314
      Election - Contested (Democratic
      and Republican) State House Races
      (GA2-002658)

260   Email thread ending with email to      315
      Dan O'Connor from Carl Klarner,
      6-3-2016 (GA2-000196-199)

261   Email to Dan O'Connor from David       316
      Wickert, 9-19-2016, with attached
      document titled Proposed Changes
      to House District 105 Contained in
      House Bill 566 (GA2-000144-145)

262   Email thread ending with email to      316
      Caulder Harvill-Childs from Dan
      O'Connor, 10-19-2016
      (GA2-001281-1282)

263   Spreadsheet titled Gwinnett County     317
      - Voter Registration Data History
      Since January 2002 (GA2-001267)

264   Spreadsheet titled Henry County -      317
      Voter Registration Data History
      Since January 2002 (GA2-001268)

265   Spreadsheet titled House District      318
      105 - Voter Registration (Active
      Voters) by Precinct - November 1,
      2016 (GA2-001204)

266   Email thread ending with email to      318
      Dan O'Connor from Ben Jordan,
      1-20-2017 (GA2-000045)

(Continued on Next Page)

Electronically signed by Joel Moyer (501-161-376-4513)                    0e2f779f-4dcd-4e85-a10c-75d2766ba38f

Dan O'Connor                Georgia State Conference of the NAACP, et al vs Kemp                January 25, 2018

 1    267   Email to Spiro Amburn from Dan        319
            O'Connor, 1-20-2017, with attached
 2          document of GOP Districts Backing
            Clinton (GA2-002106-2109)
 3
      268   Document titled 2017 Session –        320
 4          Republican-Held State House
            Districts that Backed Clinton Over
 5          Trump (GA2-002718)

 6    269   Spreadsheet titled House 2015         321
            Districts (As Finalized in 2015
 7          Legislative Session) – Voting in
            2014 Statewide Partisan Contests
 8          (GA2-002730)

 9    270   Email thread ending with email to    322
            Chris D'Aniello from Dan O'Connor,
10          3-20-2017 (GA2-002061-2064)

11    271   Spreadsheet titled Henry County –    323
            Voter Registration Data History
12          Since January 2002 (GA2-001240)

13

14   (End of Index)

15

16

17

18

19

20

21

22

23

24

25

Dan O'Connor          Georgia State Conference of the NAACP, et al vs Kemp          January 25, 2018

176

1        January 25, 2018
2        11:18 a.m.
3    (Whereupon the reporter provided a written
4    disclosure to all counsel pursuant to
5    Article 8.B. of the Rules and Regulations
6    of the Board of Court Reporting.)
7        THE VIDEOGRAPHER:  We are now on
8    video record.  This is the beginning of file
9    number one.  The date is January 25th, 2018.
10    The time is 11:18 a.m.
11    DAN O'CONNOR,
12       being previously duly sworn, was examined
13       and testified as follows:
14    EXAMINATION
15    BY MR. GREENBAUM:
16    Q    Good morning, Mr. O'Connor.  Do you
17    understand that you're still under oath?
18    A    Yes, sir.
19    (Whereupon a document was identified as
20    Plaintiff's Exhibit 171.)
21    Q    Okay.  I'm going to mark a document.
22    It's going to be Exhibit 140 -- 171.  It's
23    GA2-001948 to 1951.  Mr. O'Connor, take a look
24    at the document and let me know if you
25    recognize it.

177

1    A    Okay.  Yes, I recognize it.
2    Q    What is it?
3    A    A memo from me to Austin Chambers.
4    Q    And who's Austin Chambers?
5    A    He was with the Perdue for Senate
6    campaign at that time.
7    Q    Okay.  I want to call your attention
8    to the bottom of the second page.  It's the
9    portion of the email trail at May 29th, 2014,
10    from you to Mr. Chambers, and you are talking
11    about how there are fewer voters in Gwinnett in
12    the Republican primary in 2014 to 2010;
13    correct?
14    A    Yeah.  You're talking about the
15    bottom paragraph?
16    Q    Yes.
17    A    Down -- correct.
18    Q    And you believe that was because of
19    accelerating demographic changes in the county;
20    correct?
21    A    Correct.
22    Q    And those accelerating demographic
23    changes was the increase in minority voters
24    both in terms of number and percentage;
25    correct?

178

1    A    In terms of -- you mean registered
2    voters --
3    Q    Registered voters.
4    A    -- and population?  Correct.
5    (Whereupon a document was identified as
6    Plaintiff's Exhibit 172.)
7    Q    Yes.  Thank you.  I'm going to mark
8    as Exhibit 172 an email chain that begins on
9    August 4th, 2014, from Mr. O'Connor to Peter
10    Combs.  And I'm going to start off with the
11    same question, Mr. O'Connor, as you read
12    through this, and that is whether you
13    recognize the document.
14    A    Okay.  Let me read through it.
15        Yes.
16    Q    Do you recognize the document?
17    A    Yes, I'm sorry.  Yes.
18    Q    What is it?
19    A    It's an email from myself to Peter
20    Combs of Gwinnett County election -- or
21    community services and election, elections
22    division.
23    Q    And you were asking Mr. Combs for
24    election information; correct?
25    A    Voter registration data for House

179

1    District 105.
2    Q    And why were you looking for voter
3    registration data for House District 105?
4    A    Well, it said here Representative
5    Joyce Chandler was looking for data.
6    Q    And she asked you for the data?
7    A    I don't recall that.  That could
8    have been the case just because I knew her.
9    (Whereupon documents were identified as
10    Plaintiff's Exhibit 134 and Plaintiff's
11    Exhibit 135.)
12    Q    Sure.  I want to show you some -- a
13    couple of maps that have been previously
14    marked as exhibits.  They're Plaintiff 134 and
15    Plaintiff 135, and they are proposed House
16    District maps for 104 and 105.  And Ms. Wright
17    testified this morning that these were maps
18    that were created in 2014.
19        Have you seen those maps before?
20    A    I don't recall, no.
21    Q    Were you aware that Ms. Chandler
22    had made some requests during the 2014
23    legislative session about modifying her
24    district?
25    A    I don't recall.

Donovan Reporting, PC                                              770.499.7499

Dan O'Connor             Georgia State Conference of the NAACP, et al vs Kemp             January 25, 2018

180

1    Q    All right.  We can take the maps
2  away.
3    A    Okay.
4    (Whereupon a document was identified
5  as Plaintiff's Exhibit 127.)
6    Q    Next document is an email from
7  Joyce Chandler to Dan O'Connor dated October
8  20th, 2014.  This has actually been introduced
9  previously as Exhibit 127.
10      Do you recognize this document,
11  Mr. O'Connor?
12    A    Yes, I do.
13    Q    What is it?
14    A    It's a document from -- going back
15  and forth between myself and Representative
16  Joyce Chandler.
17    Q    And do you recall -- if you look
18  down at the July 31st, 2014, email, it talks
19  about Chandler's request the day before, so is
20  it correct to say that Ms. Chandler had asked
21  you for data about her House district?
22    A    That she had asked, correct,
23  uh-huh.
24    Q    Okay.  I want to move on to -- and
25  did she say why she wanted data about her

181

1  House district?
2    A    I don't recall.  Can't say for
3  sure.
4    (Whereupon a document was identified as
5  Plaintiff's Exhibit 173.)
6    Q    Okay.  I want to mark as
7  Exhibit 173 a document numbered GA-1196
8  through GA-1198.
9      My question for you, Mr. O'Connor:
10  Is this the information that Mr. Combs
11  provided to you about Ms. Chandler's district?
12    A    Yes.
13    Q    And is it correct to say that this
14  information has information regarding racial
15  breakdowns of registered voters by precinct in
16  Ms. Chandler's district?
17    A    Yes, it does, yes, by race,
18  correct.
19    Q    Is it also correct to say that this
20  data does not provide any information
21  regarding political performance of candidates
22  in Ms. Chandler's district?
23    A    That is correct.  It looks like
24  it's just registered voters.
25    (Whereupon a document was identified as

182

1  Plaintiff's Exhibit 128.)
2    Q    Thank you.  All right.  Now I'm
3  going to move to Exhibit 128, which was
4  previously introduced at another deposition.
5  Do you recognize that document, Mr. O'Connor?
6    A    Yes, sir.
7    Q    And it reflects that you had sent
8  Representative Chandler the data that she had
9  requested and that she was thankful for
10  receiving that data; is that correct?
11    A    She says, thank you, Dan, yes.
12    Q    Did she -- do you recall her asking
13  for political performance data prior to the
14  2014 election from you?
15    A    Prior to the '14 election?
16    Q    Yes.
17    A    I don't recall specifically.
18    (Whereupon a document was identified
19  as Plaintiff's Exhibit 130.)
20    Q    Okay.  All right.  I also want to
21  now show you a document previously marked as
22  Exhibit 130.  And it's numbered GA2-0017 --
23  1705.  And it's an email from you to Chuck
24  Efstration.
25    A    Uh-huh (affirmative).

183

1    Q    Do you recognize this document?
2    A    Yes, I do.
3    Q    What is it?
4    A    It's correspondence between myself
5  and Representative Chuck Efstration.
6    Q    And Representative Efstration
7  represented District 104 and continues to
8  represent that district; correct?
9    A    Continues to, correct.
10    Q    The first sentence references you
11  talking to him at the Macon caucus meeting.
12  What's the Macon caucus meeting?
13    A    That was a Republican House caucus
14  meeting.
15    Q    And it says, following up on the
16  caucus meeting, you provided data.  Did
17  Mr. Efstration ask you to provide data?
18    A    I don't recall.
19    Q    And Mr. Efstration was on the
20  Reapportionment Committee in 2015; correct?
21    A    I'm not positive on that.
22    Q    Okay.  But you know at some point
23  in time he's been on the Reapportionment
24  Committee?
25    A    I can't say for sure.

Electronically signed by Joel Moyer (501-161-376-4513)                                    0e2f779f-4dcd-4e85-a10c-75d2766ba38f

Dan O'Connor                Georgia State Conference of the NAACP, et al vs Kemp                January 25, 2018

184

1     Q    Okay.
2     A    I couldn't tell you who all is on
3  there today.
4     Q    All right.  I want to take you down
5  to the paragraph where you talk about
6  attaching the three tables, and the three
7  tables that, that you mention are in that
8  attachment component at the top of the email.
9     A    Oh, at the top.
10    Q    Yeah.  Gwinnett 2012 President
11  spreadsheet; Gwinnett -- Voter Registration
12  History spreadsheet; Senate runoff
13  spreadsheet?
14    A    Right.
15       (Whereupon a document was identified as
16       Plaintiff's Exhibit 174.)
17    Q    So I'm going to mark as Exhibit 174
18  a document entitled by Gwinnett County -
19  Voting by Precinct in 2012 Presidential
20  Election.  It's numbered GA2-1707.  And is
21  Exhibit 174 the document that you referenced
22  as Gwinnett 2012 President spreadsheet?
23    A    Yes, that would be.
24       (Whereupon a document was identified
25       as Plaintiff's Exhibit 175.)

185

1     Q    Okay.  I want to mark as
2  Exhibit 175 Gwinnett County - Comparison of
3  Voter Registration Data - January 2000 to
4  August 2014.
5        Do you recognize that document,
6  Mr. O'Connor?
7     A    I do.
8     Q    And is that the document that is
9  referred to in the attachments as Gwinnett
10  Voter Registration Data History?
11    A    That would be, yes, talking about
12  August 2014.
13    Q    Great.  And when you're -- in terms
14  of these two spreadsheets, you are making, you
15  are making use of data that's publicly
16  available from the Secretary of State --
17    A    Oh, absolutely.
18    Q    -- correct?
19    A    Absolutely.  They had it online for
20  years.
21    Q    Great.  So I now want to go back to
22  the email that we've been talking about,
23  Exhibit 130, and the paragraph that starts
24  with "I have attached three labels -- three
25  tables above," and I want to go to the middle

186

1  of that paragraph.
2     A    Okay.
3     Q    And during the middle, you talk
4  about Joyce Chandler's HD 105.  Do you see
5  that sentence?  It says Joyce Chandler's HD?
6     A    Right, in the middle of the
7  paragraph.
8     Q    Right.
9     A    Yes.
10    Q    And it mentions that she's only --
11  her district in 2012 was only one of three GOP
12  State House districts to have backed Obama; is
13  that correct?
14    A    Yeah, that's correct.
15    Q    And the two others were Mr. Cheokas
16  in HD 138?
17    A    Cheokas.
18    Q    Cheokas?
19    A    Cheokas.
20    Q    Cheokas?
21    A    Like Cheokas.  It's a Greek name.
22    Q    Okay.  Got it.  And Greene in HD
23  151?
24    A    Gerald Greene, right.
25    Q    And isn't it true that Mr. Cheokas

187

1  and Mr. Greene were originally elected as
2  Democrats and they changed to the Republican
3  party?
4     A    That is correct.  I think about
5  2010, yes.
6     Q    And then you're also providing
7  Mr. Efstration in one of your tables with,
8  with the voter registration data by race going
9  from January 2000 to August 2014?
10    A    You're talking about the Gwinnett?
11    Q    Gwinnett.
12    A    Gwinnett Excel sheet.  Okay.
13    Q    175.
14    A    175.  Okay.
15    Q    And is your purpose in that to show
16  that over time what's happening is that the,
17  that the percentage of white voters is
18  decreasing in Gwinnett County compared to
19  black voters and other voters?
20    A    No.  It's a purpose of keeping
21  track of data.  I don't necessarily do it to
22  say one percentage is going up or down, but I
23  think people just like to know what
24  registration trends are in a lot of counties.
25    Q    Right.  And one of the things that

Donovan Reporting, PC                                          770.499.7499

Dan O'Connor               Georgia State Conference of the NAACP, et al vs Kemp               January 25, 2018

18 (Pages 188 to 191)

188

1    you're communicating in this email is that the
2    registration trend in Gwinnett is that white
3    registration is basically being stable or
4    slightly dropping and black registration is
5    going up substantially?
6        A    Yes, yeah.  It certainly is in the
7    table.
8        Q    And then you talk about the
9    west-east divide in the county with the
10   western part trending Democrat.  And part of
11   the western part trending Democrat is that the
12   western part is becoming more minority;
13   correct?
14       A    Are we in --
15       Q    Yeah.
16       A    -- the bottom paragraph?
17       Q    Yeah.  "Increasingly, we see a
18   west-east -- west-east divide in the county."
19   It's the last sentence in that paragraph that
20   we've been in.
21       A    Oh, right in the middle one.  I'm
22   sorry.
23       Q    Yeah.
24       A    Where we see a west east divide
25   west of Discover Mills and Scenic Highway,

189

1    right.
2        Q    And that area of the county is --
3    what's happening is it's increasing in
4    minority population and it's becoming more
5    Democratic; correct?
6        A    Correct, yes.
7        Q    Whereas at the eastern end, it's
8    more Republican, like Dacula and the Mall of
9    Georgia area; correct?
10       A    Right, right.  That certainly would
11   be correct.
12       Q    Is Dacula or the Mall of Georgia
13   area either in District 104 or 105?
14       A    I don't think it's in -- well, I
15   think Dacula is in 104.  The Mall of Georgia
16   is north of I-85, and I don't think 104 or 105
17   go north of 85.  That might be in 103, but it
18   wouldn't be in 104 or 5.  105 is further
19   south.
20       Q    But Dacula is in 104?
21       A    Correct.  It'd be off Highway 316
22   and 29, right.
23       Q    At the beginning of the next
24   paragraph, you say, "In terms of tweaking
25   districts in the next legislative session

190

1    (i.e., making Joyce's district more
2    Republican), your district would be an obvious
3    target for extra GOP voters, but you are right
4    to express caution about that.  Don't want to
5    make her district stronger at the expense of
6    making yours weaker."
7            When you're talking about him
8    expressing caution, what are you referencing?
9        A    Well, it, it would be that he
10   doesn't want to make his district vulnerable
11   to losing in a general election if he made
12   Representative Chandler's district a lot
13   stronger Republican.
14       Q    And when you're saying you are
15   right to express caution about that, he had
16   expressed caution about that as of October
17   25th, 2014, the date of this email?
18       A    Part of it was he was a relatively
19   newly elected member at the time, and when
20   you're a newly elected member, you're familiar
21   with your district, you tend to be hesitant,
22   like we are with human nature with anything
23   about change, when you haven't been at your
24   district for a long time.
25       Q    But he had expressed caution to you

191

1    as of August 2014 about tweaking Chandler's
2    district to make -- with his district to make
3    Chandler's --
4        A    Right.
5        Q    -- district better?
6        A    Right.  Yeah, just as a
7    precautionary thing being a relatively new
8    member.
9        Q    And so this is something that you
10   had discussed with him before in terms of that
11   possibility?
12       A    Correct.
13       (Whereupon a document was identified as
14       Plaintiff's Exhibit 176.)
15       Q    Okay.  All right.  I want to mark
16   as 176 emails beginning dated Wednesday,
17   September 3rd, 2014, from Dan O'Connor to
18   Jeremy Brand.  And it's number GA2-1701
19   through 1702.  And like most of these
20   documents, Mr. O'Connor, my first question is
21   going to be:  Do you recognize it?
22       A    Well, let me read through it first.
23       Q    Sure.  You can answer that question
24   once you've had a chance to read through it.
25       A    Okay.

Donovan Reporting, PC                                                      770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                                    0e2f779f-4dcd-4e85-a10c-75d2766ba38f

Dan O'Connor                Georgia State Conference of the NAACP, et al vs Kemp                January 25, 2018

192

1      Okay. Yes, I recognize the
2  document.
3      Q    And what is it?
4      A    It's correspondence between myself
5  and Jeremy Brand on some districts.
6      Q    And who is Jeremy Brand?
7      A    He's a consultant for that firm
8  Parlay Political.
9      Q    And does Parlay Political work
10  exclusively for Republican candidates?
11      A    I'm not positive.
12      Q    Okay. Are you aware of any -- do
13  you know that Parlay Political works for
14  Republican candidates?
15      A    Yes.
16      Q    Do you know any Democratic
17  candidates that Parlay Political works for?
18      A    No, not offhand.
19      Q    Okay.
20      A    Or independent or nonpartisan.
21      Q    Okay. So in 2014, did Mr. Brand
22  work for Ms. Chandler?
23      A    I can't say for sure.
24      Q    Do you know why, going back to the
25  last email in the chain, the first one that

193

1  was sent on August 28th, why Mr. Brand was
2  interested in how many black voters turned out
3  in District 105 in 2010 and 2012?
4      A    It could be he was doing some
5  consulting on those races, but I don't know
6  for sure.
7      Q    Okay. And then one of the things
8  that you did on September 3rd, 2014, looking
9  at, I guess, what would be your second email,
10  is that you give some data in terms of what
11  the turnout, the black turnout, what
12  percentage it was of the total turnout in 105;
13  correct?
14      A    Correct.
15      Q    And then you note that blacks were
16  35 percent of total turnout that year;
17  correct?
18      A    In House District 105.
19      Q    Yes.
20      A    Yes.
21      Q    And you also note that President
22  Obama, it was only one of three House
23  districts where there was a Republican that
24  was elected that Obama won in 2012; correct?
25      A    Correct.

194

1      Q    And that in fact in the State
2  Senate, Romney won all of the districts held
3  by Obama -- held by Republicans, and Obama won
4  all of the districts held by Democrats in
5  2012; correct?
6      A    Oh, all -- you mean the Senate,
7  State Senate districts?
8      Q    State Senate districts.
9      A    Right. All 38, all 38
10  Republican-held Senate districts went for
11  Romney, and all 18 Democratic ones went for
12  Obama.
13      (Whereupon a document was identified
14      as Plaintiff's Exhibit 177.)
15      Q    Thank you. All right. All right.
16  I want to mark as Exhibit 177 a document Bates
17  stamped GA2-1671, an email from Dan O'Connor
18  to Spiro Amburn and Mr. Caulder Childs.
19      Do you recognize this document,
20  Mr. O'Connor?
21      A    Yes, sir.
22      Q    And why did you send the document
23  and the attachment we'll talk about in a
24  minute to Mr. Amburn and Mr. Caulder Childs?
25      A    Why did I send it to them?

195

1      Q    Yes.
2      A    Well, I figured they, you know,
3  keeping track of the contested races coming up
4  in November of 2014, that that would be
5  helpful.
6      Q    Why is that?
7      A    Why it would be --
8      Q    Helpful to them.
9      A    Well, if they -- they're trying to
10  keep track of races that might be the most
11  competitive.
12      Q    Okay. And then you attached, you
13  attached a document -- a spreadsheet to your
14  email; correct?
15      A    Where it says House 12, 2014
16  two-party contests, right.
17      (Whereupon a document was identified
18      as Plaintiff's Exhibit 178.)
19      Q    Yes. And I'm going to ask you
20  whether the next document, which I'm going to
21  mark as Exhibit 178, was the attachment that
22  you're referring to?
23      A    Yes, I recognize this.
24      Q    And is that the attachment you're
25  referring to in your email?

Electronically signed by Joel Moyer (501-161-376-4513)                                   0e2f779f-4dcd-4e85-a10c-75d2766ba38f

Dan O'Connor                Georgia State Conference of the NAACP, et al vs Kemp                January 25, 2018

20  (Pages 196 to 199)

196

1    A    Contested seats, right.
2    (Whereupon a document was identified as
3    Plaintiff's Exhibit 179.)
4    Q    Okay.  Thank you.  I want to mark
5    as Exhibit 179 a series of emails beginning
6    with an email from Randy Evans to Dan O'Connor
7    dated Tuesday, September 23rd, 2014.  It's
8    numbered 11 -- GA2-1182 and 1183.
9        Recognize this document,
10   Mr. O'Connor?
11   A    I do.
12   Q    What is it?
13   A    A correspondence between myself and
14   Randy Evans.
15   Q    Who's Randy Evans?
16   A    He's a national committeeman with
17   the Republican party who's I think also being
18   considered for ambassador to Luxembourg.
19   Q    Okay.  And I want to go down to the
20   paragraph that says with -- on the first page,
21   it says, "With regard to the House."
22   A    Sure.
23   Q    And the third sentence, "For
24   Democrats, top three targets, probably the
25   three GOP-held districts which backed Obama in

197

1    2012," and one of those districts is HB 105;
2    Correct?
3    A    Right.
4    Q    And your analysis was that HD 105
5    was vulnerable in 2014 in part because it was
6    a GOP-held district that had supported Obama;
7    correct?
8    A    Correct, uh-huh.
9    Q    As well as the demographic -- the
10   racial demographic changes that were going on
11   in 105 and in Gwinnett; correct?
12   A    Right, uh-huh.
13   (Whereupon a document was identified as
14   Plaintiff's Exhibit 180.)
15   Q    All right.  So I'm going to mark as
16   180 a series of emails beginning with an email
17   from Nick Carlson to Dan O'Connor numbered
18   GA2-1185 to 1190.
19       Do you recognize this document?
20   A    Yes, I do.
21   Q    What is it?
22   A    Correspondence between myself and
23   Nick Carlson.
24   Q    And who is Nick Carlson?
25   A    He's a friend of mine.

198

1    Q    Is he involved in politics in
2    Georgia in any way?
3    A    I mean, he's not elected.  He works
4    in real estate.
5    Q    Okay.  I want to refer you to the
6    third page in your email, September 24th at
7    1:26.  And the first paragraph under that
8    there's a sentence that says -- refers to --
9    it starts about five lines before the end of
10   the paragraph.  "Got an assignment last Friday
11   pertaining to demographics (for instance
12   changes in voter registration in recent
13   years)."  Did that --
14   A    I'm sorry.  In the middle
15   paragraph?
16   Q    Yes.
17   A    On page --
18   Q    On the third page.
19   A    Uh-huh (affirmative).
20   Q    You can take a look at where I've
21   underlined it.  It'll give you an idea of
22   where I'm talking about.
23   A    Oh, in the -- oh, toward the
24   bottom.  Okay.
25   Q    And it refers to an assignment.

199

1    A    Right.
2    Q    All right.  So you got an
3    assignment to look at demographics and voter
4    registration; correct?
5    A    Looks like that, yes.
6    Q    In September of 2014?
7    A    Right.
8    Q    Who gave you that assignment?
9    A    I mean, I don't, I don't recall.
10   Q    Okay.  Would it have been somebody
11   that worked in the redistricting office?
12   A    I'm not sure.
13   Q    Can you think of a time in which
14   you've gotten that assignment within the
15   redistricting office?
16   A    That I've gotten an assignment
17   within the redistricting office?
18   Q    Having to do with looking at voter
19   registration pertaining to demographics.
20   A    I mean, it's possible I could have
21   gotten one from the office.  I just, I don't
22   remember exactly.
23   Q    But somebody gave you this
24   assignment?
25   A    Some assignment.

Electronically signed by Joel Moyer (501-161-376-4513)                                                0e2f779f-4dcd-4e85-a10c-75d2766ba38f

Dan O'Connor                Georgia State Conference of the NAACP, et al vs Kemp                January 25, 2018

200

1    Q    Related to voter registration and
2 demographics; correct?
3    A    Correct, uh-huh.
4    Q    Okay. All right. Now I want to
5 move on two pages to -- it's the fifth page,
6 5189, and again, you can look at the part that
7 I've underlined. That's what I'm going to
8 focus on.
9    A    Right.
10    Q    Okay? And you say that "voter
11 registration data shows increasing black
12 percentages in counties mostly or completely
13 outside of 285." And one of the counties --
14 two of the counties you refer to are Gwinnett
15 and Henry; correct?
16    A    Well, it says Clayton and Henry
17 there.
18    Q    Yeah, two --
19    A    All right. Gwinnett below there.
20    Q    Right. So two of the three
21 counties you mention are Henry and Gwinnett;
22 correct?
23    A    Right, uh-huh.
24    (Whereupon a document was identified as
25    Plaintiff's Exhibit 181.)

201

1    Q    Thanks. Next document is going to
2 be 181. It's GA2-1176 through 1178.
3    A    Okay.
4    Q    Okay?
5    A    Yes.
6    Q    Actually, do you recognize this
7 document?
8    A    Yeah. I mean, it's from me. Yeah.
9    Q    And --
10    A    Back and forth, yeah.
11    Q    And who's Mike Seigle?
12    A    He's a consultant with Landmark
13 Communications up in Alpharetta in our
14 northern suburbs.
15    Q    And do they do political
16 consulting?
17    A    Oh, they do, sure.
18    Q    And do they work with Republican
19 candidates?
20    A    That would be correct.
21    Q    Do you know of them working for
22 Democratic candidates?
23    A    Not offhand, no.
24    Q    Okay. In the first part of the
25 email from Mr. Seigle to you, Mr. Seigle says,

202

1 in the third paragraph at the end, "If the Dem
2 ground team turn out 30-percent-plus black, we
3 are in real trouble."
4    Did you agree with that assessment
5 at the time of the October 8th, 2014?
6    A    I would have agreed with that,
7 sure.
8    Q    And why is that?
9    A    Well, just from general observation
10 over the years that districts over 30-percent
11 black at the time tended to elect Democrats.
12    Q    On the, on the next page, in the
13 first full paragraph, you talk about
14 Ms. Chandler's District 105.
15    A    I see.
16    Q    And you say that you suspect that
17 the Democrats will go all out to win her
18 district; correct?
19    A    Correct.
20    Q    And then you note that "Chandler's
21 district is 40 percent or so minority when you
22 combine blacks, Asians, and Hispanic
23 registered voters." Correct?
24    A    Correct.
25    Q    And that puts it in at a real

203

1 danger point for a Republican candidate;
2 correct?
3    A    Sure. That would make for a very
4 competitive district.
5    (Whereupon a document was identified
6    as Plaintiff's Exhibit 182.)
7    Q    All right. I want to move on to
8 Exhibit 182, which is GA-1141 and 1142. And
9 it begins with an email dated October 7th,
10 2014.
11    Recognize this document,
12 Mr. O'Connor?
13    A    Yes. Let me finish it first.
14    Q    Sure.
15    A    Okay.
16    Q    Okay. What is this document?
17    A    Correspondence between myself and
18 Heath Garrett.
19    Q    Who is Heath Garrett?
20    A    He used to be, I believe, chief of
21 staff for current Senator Johnny Isakson, and
22 I think now he does law and consulting.
23    Q    And what was he doing as of October
24 2014?
25    A    It looks like consulting. I don't

Dan O'Connor                Georgia State Conference of the NAACP, et al vs Kemp                January 25, 2018

204

1    think he was with Senator Isakson at that
2    time.  I think that was earlier in Senator
3    Isakson's career.
4        Q    And consulting for Republican
5    candidates?
6        A    I'm not familiar with his firm, but
7    probably, yes.
8        Q    Okay.  I want to -- so you see
9    toward the end of the third paragraph, you
10   talk about Cobb, and then you talk about
11   Gwinnett.  And you're saying that Gwinnett has
12   seen a similar trend where basically all the
13   voter registration growth is minority;
14   correct?
15       A    Right.
16       Q    And that what -- and that you
17   believe that what's happening is that white
18   voters are moving out of Gwinnett and into
19   adjoining counties, Barrow, Hall, Jackson, and
20   Walton; correct?
21       A    Correct.
22       Q    And the resulting fact is that
23   those counties have become heavily Republican;
24   correct?
25       A    Oh, they have.  Sure.

205

1        (Whereupon a document was identified as
2        Plaintiff's Exhibit 183.)
3        Q    All right.  The exhibit is numbered
4    GA2-1118 to 1119, and it's an email from Dan
5    O'Connor to CSBullock57?
6        A    Okay.
7        Q    What is this document,
8    Mr. O'Connor?
9        A    Correspondence between myself and
10   Chuck Bullock.
11       Q    And who's Chuck Bullock?
12       A    He's a professor of political
13   science at the University of Georgia.
14       Q    And is he somebody that you
15   correspond with on a regular basis?
16       A    Every now and then.  I haven't
17   recently.
18       Q    Sure.  So I want to ask you -- so
19   one of the things that you're doing is you
20   attach a letter of voter registration data and
21   provide it to Mr. Bullock; correct?
22       A    Right.
23       (Whereupon a document was identified as
24       Plaintiff's Exhibit 184.)
25       Q    I want to mark as 183 a document

206

1    that is GA2-1123 and is Gwinnett County
2    Comparison of Voter Registration Data, January
3    2000 to October 2014.
4        MR. KHOURY:  Is that 184?
5        THE COURT REPORTER:  It's 184.
6        MR. GREENBAUM:  184.
7        Q    And this --
8        A    I'm sorry.
9        Q    Is this data that you provided to
10   Mr. Bullock?
11       A    Gwinnett, correct.
12       Q    And, again, you took this from the
13   Secretary of State's website; correct?
14       A    Right, just to put it in Excel
15   format.
16       Q    Okay.  Now, you say in the fourth
17   paragraph talking about other tables?
18       A    Yes.
19       Q    And you say that Gwinnett and Henry
20   County are two counties that have become
21   increasingly marginal for the GOP whereas
22   prior to that they were traditional GOP
23   counties; correct?
24       A    Increasingly marginal, yes, I see.
25       Q    And the reason why they were

207

1    becoming increasingly marginal was that black
2    voters were continuing to become a larger
3    percentage of the registered voters in those
4    two counties; correct?
5        A    Yes, and you can also say
6    Asian/Hispanic was growing too.
7        Q    So minority voters generally,
8    because these counties are becoming more
9    minority, they're becoming better for
10   Democrats and worse for Republicans?
11       A    They were getting more competitive.
12       Q    Okay.  And then on the second page,
13   you talk about Henry County and the
14   demographic changes there.
15       A    Right.
16       Q    That it was 87 percent white in
17   January 2000 and now slightly under 50 percent
18   white; correct?
19       A    In voter registration.
20       Q    And your theory about that is that
21   African-Americans are leaving Clayton and
22   DeKalb and moving into Henry; correct?
23       A    Correct, uh-huh.
24       (Whereupon a document was identified as
25       Plaintiff's Exhibit 185.)

Donovan Reporting, PC                                                                        770.499.7499

Dan O'Connor                Georgia State Conference of the NAACP, et al vs Kemp                January 25, 2018

23 (Pages 208 to 211)

---

208

1    Q    All right.  And then I want to mark
2  as 185 document number 11 -- GA2-1106.
3    A    Okay.
4    Q    Mr. O'Connor, you recognize this
5  document?
6    A    Yes, I do.
7    Q    What is it?
8    A    Correspondence between myself and
9  Mark Rountree.
10   Q    And who is Mark Rountree?
11   A    He's the head of Landmark
12 Communications up in Alpharetta.
13   Q    And what do they do?
14   A    They do political polling and
15 consulting.
16   Q    And do they work for Republicans?
17   A    Yes.
18   Q    Do you know if they work for
19 Democrats?
20   A    I can't say for sure if they've
21 ever done any, or independents.
22   Q    So at least, as far as you know,
23 they work exclusively or predominantly for
24 Republicans?
25   A    Republicans.

---

209

1    Q    And in this email, you're talking
2  about the same thing that you've talked about
3  in other emails, that the demographics in
4  Gwinnett and Henry County are changing,
5  becoming more minority, and that is not
6  good for Republican candidates; correct?
7    A    Well, I'm saying, yeah, the
8  registra -- yeah, the demographics are
9  changing.
10   Q    And that the result is not good for
11 Republican candidates; correct?
12   A    I mean, if you -- the -- it's
13 not -- in a general sense, it wouldn't be.
14      (Whereupon a document was identified as
15      Plaintiff's Exhibit 186.)
16   Q    I want to mark as Exhibit 186
17 emails dated December -- no, November 6th,
18 2014, from Dan O'Connor to Hastings Wyman, and
19 it's numbered 1046 and 1047.
20   A    Okay.
21   Q    All right.  You recognize this
22 document?
23   A    I do.
24   Q    What is it?
25   A    It's correspondence between myself

---

210

1  and Hastings Wyman.
2    Q    And who is Hastings Wyman?
3    A    He was the founder of the Southern
4  Political Report back in the 1970s.  He does
5  occasional correspondence on elections around
6  the South.
7    Q    Okay.  I want to focus on the third
8  paragraph talking about the sharp divide --
9    A    Yes.
10   Q    -- between metro Atlanta, and
11 you're talking about the fact that Democrats
12 are doing increasingly worse with white
13 voters; correct?
14   A    State -- I mean, statewide?
15   Q    Yes.
16   A    Yes, uh-huh.
17   Q    And you say white vote -- "White
18 vote has simply collapsed for the Democrats
19 here, much as it has in the rest of the Deep
20 South."  Correct?
21   A    Correct.
22   Q    Are there areas -- what areas of
23 the state would you say white vote has not
24 collapsed for the Democrats?
25   A    I would say the, some of the

---

211

1  in-town neighborhoods like Midtown Atlanta,
2  Emory, Decatur, lot of the areas inside 285,
3  and maybe a few outside like Smyrna.
4    Q    Would you say that white vote has
5  collapsed for the Democrats in Henry and
6  Gwinnett?
7    A    That it has -- well, I don't know
8  what percentage of the white vote would be
9  going Republican in Gwinnett and -- when we
10 say -- I mean, when we say collapsed, do you
11 mean in terms of how many are voting or just
12 what percentage of whites voting?
13   Q    I'm using your term here.
14   A    What, the --
15   Q    You say that "white votes has
16 simply collapsed for the Democrats here."
17   A    Oh, referring to Georgia?
18   Q    Yeah.  Would you say that white --
19 in terms of the way you think of collapsed,
20 would you say that white vote has collapsed
21 for Democrats in Henry and Gwinnett Counties?
22   A    No.  I think that was a reference
23 to just statewide the percentage of the white
24 vote going Democrat.  I don't think that was a
25 specific reference to Gwinnett or Henry.

---

Donovan Reporting, PC                                                          770.499.7499

Dan O'Connor                 Georgia State Conference of the NAACP, et al vs Kemp                 January 25, 2018

24 (Pages 212 to 215)

212

1    Q    And I'm not referring to the
2   document specifically.
3    A    Oh.
4    Q    I'm asking you, other than what you
5   mean by simply collapsed, do you feel, is it
6   your view, that white vote has collapsed for
7   Democrats in Henry and Gwinnett counties?
8    A    That the white vote has collapsed
9   for Democrats?  I mean, Gwinnett's been voting
10  heavily Republican for years.  If you're
11  talking about collapse, it's not a recent
12  thing.
13   Q    But it's a collapse, maybe a
14  longer-term collapse?
15   A    Well, I mean, Gwinnett's been
16  voting Republican since 1984, so.
17   Q    All right.  All right.  So let me
18  phrase it a different way.  Would you say that
19  Democrats do not fare well with white voters
20  in Gwinnett?
21   A    They have not, I would say, in the
22  last 30 years.
23   Q    Including in the last five years?
24   A    No.  Right.  I mean, yeah, they
25  have not, uh-huh (affirmative).

213

1    Q    And would you say the same is true
2   for Henry County, that Democrats have not done
3   well with white voters for Henry County in the
4   last five years?
5    A    In the last five years?
6    Q    You can go back further if you
7   want, but I'm talking about for at least the
8   last five years.
9    A    I mean, I don't know what
10  percentage of the white vote went Democratic
11  or Republican in Henry in the last election.
12   Q    Okay.  How about, how about with
13  respect to 2014 and 2012 and 2010?
14   A    Whether the white vote has
15  collapsed in Henry?
16   Q    How did, how did white -- how did
17  Democrats do with white voters in Henry in
18  2010, 2012, and 2014?
19   A    I mean, I don't have a specific
20  breakdown of that.
21   Q    Did they do well?
22   A    Well, there's no way to know.
23  There's no measurement.  I mean, the Secretary
24  of State records how -- you know, whether
25  people, in the general election, whether they

214

1   voted, but it doesn't record whether the white
2   voter went for a Republican candidate or a
3   Democrat candidate.
4    Q    So in your view you can't
5   accurately project performance of white voters
6   with Democratic candidates in Henry County?
7    A    Well, it's hard to get an exact
8   thing.  I mean, you would have to, you know,
9   maybe look at different precincts, but I don't
10  have a specific percentage.  I mean, I don't
11  think anybody records that.
12   Q    Do you think, do you think that a
13  majority of white voters vote for Democrats?
14   A    In Henry County?
15   Q    Yes.
16   A    No.
17   Q    Do you think that white voters
18  provide 25 percent of their vote to
19  Democrats --
20   A    I mean --
21   Q    -- in general?
22   A    -- I wouldn't want to speculate.  I
23  don't know.
24      (Whereupon a document was identified as
25      Plaintiff's Exhibit 187.)

215

1    Q    All right.  All right.  I want to
2   mark as 187 GA2-973 and 974.  It's an email
3   between Dan O'Connor and Randy Evans dated
4   November 18, 2014.
5    A    Okay.
6    Q    Do you recognize this document?
7    A    I do.
8    Q    What is it?
9    A    Correspondence between myself and
10  Randy Evans.
11   Q    Okay.  I want to refer you to the
12  second page in the last paragraph talking
13  about silver linings for the Democrats.
14   A    Okay.
15   Q    And you say that Douglas, Henry,
16  and Newton counties went from backing Deal to
17  backing the Democratic candidate for governor
18  and US Senate, and you say that that is a sign
19  of continuing black migration to those
20  counties; correct?
21   A    Correct.
22   Q    That the black migration to those
23  counties, including Henry, is flipping it
24  toward the Democrats; correct?
25   A    Yes.

Electronically signed by Joel Moyer (501-161-376-4513)                                    0e2f779f-4dcd-4e85-a10c-75d2766ba38f

Dan O'Connor                Georgia State Conference of the NAACP, et al vs Kemp                January 25, 2018

216

1    Q    All right.  Later on you say, "And
2  Gwinnett County continues to move in a purple
3  direction," going from Deal winning the county
4  by 20 points to something a lot less than
5  that, going from a 39,000 vote advantage to a
6  23,000 vote.
7    A    Less than 23.
8    Q    Yes.
9    A    Uh-huh (affirmative).
10    Q    And that, again, is caused by the
11  racial demographic changes in Gwinnett;
12  correct?
13    A    I would say, uh-huh (affirmative).
14    (Whereupon a document was identified as
15    Plaintiff's Exhibit 188.)
16    Q    I want to mark as 188 a document
17  940.
18    A    Okay.
19    Q    Recognize the document?
20    A    I do.
21    Q    What is it?
22    A    Correspondence between myself and
23  Representative Ed Rynders of South Georgia.
24    Q    Okay.  And what party is
25  Representative Rynders?

217

1    A    Rynders?  He's Republican.
2    Q    Okay.  The third paragraph, you're
3  talking about District 105.
4    A    Right.
5    Q    And you say that it about split
6  evenly the race for governor, but you can't
7  tell exactly who prevailed in 105 because 105
8  has split precincts; correct?
9    A    Correct.
10    Q    And when it comes to split
11  precincts, you can only estimate political
12  performance.  You can't tell political
13  performance precisely.  Correct?
14    A    Not in the current method.  There
15  was a time years ago where Fulton and DeKalb
16  actually would break down -- I mean, this is
17  way back probably in the '90s or '80s where
18  counties would break that down, but today
19  counties don't typically break down results by
20  split precinct for general elections.
21    MR. GREENBAUM:  Okay.  Should we
22  take a lunch break?
23    THE WITNESS:  Sure.
24    MR. KHOURY:  Yeah.  This is a good
25  time.  Food is out there.

218

1    THE VIDEOGRAPHER:  Going off video
2  record at 12:45 p.m.
3    (Proceedings in recess, 12:45 p.m. to
4    1:11 p.m.)
5    THE VIDEOGRAPHER:  We are back on
6  video record at 1:11 p.m.  This is the
7  beginning of file number two.
8    (Whereupon a document was identified as
9    Plaintiff's Exhibit 189.)
10    Q    All right.  Good afternoon,
11  Mr. O'Connor.  I'm going to mark as
12  Exhibit 189 a document that starts at GA-861
13  and goes to GA2-866.
14    A    Okay.
15    Q    All right.  You recognize this
16  document, Mr. Connor?
17    A    I do.
18    Q    What is it?
19    A    Correspondence between myself and
20  Spiro Amburn.
21    Q    And then in addition to that, a
22  series of spreadsheets that you sent
23  Mr. Amburn; correct?
24    A    Correct.
25    Q    And Mr. Amburn is the chief of

219

1  staff for the Speaker; is that correct?
2    A    That's right.
3    Q    All right.  And in the first
4  sentence, you mentioned that you had
5  conversation at lunch today, and you are
6  following up and you're attaching the tables.
7  The tables, at least some of the tables
8  focused on Henry County; correct?
9    A    Right.
10    Q    And during that lunch, did you talk
11  about the possibility of needing to do
12  redistricting in Henry County?
13    A    Possibility of needing to do it?
14    Q    Or whether it should be done in
15  Henry County?
16    A    I don't recall specifically.  I
17  don't remember the lunch.
18    Q    Do you remember a period of time in
19  which you told Mr. Amburn your view that there
20  was -- to make Representative Strickland's
21  district safer that it needed to be tweaked?
22    A    I don't recall specifically saying
23  that.
24    Q    Do you generally recall that?
25    A    It's something I could have said,

Donovan Reporting, PC                                                                    770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                                    0e2f779f-4dcd-4e85-a10c-75d2766ba38f

220

1    yes, but I don't remember the exact details.
2        Q    But you were talking to him about
3    demographics and redistricting?
4        A    About demographics, yes, uh-huh.
5        Q    And redistricting?
6        A    I'm not positive about that.
7        Q    Okay.  So you talk about, in the
8    first paragraph, you talk about the changing
9    demographics in Henry County, and you talk
10    about Representative Strickland.
11        A    Uh-huh, right.
12        Q    Why were you talking to Mr. Amburn
13    about Henry County and about Representative
14    Strickland?
15        A    Well, he may have wanted some
16    information about that to do some
17    redistricting.
18        Q    That Mr. Amburn may have wanted
19    information?
20        A    Right.
21        Q    Okay.  Okay.  And then in the next
22    paragraph, you're talking about Gwinnett.
23        A    Yes.
24        Q    And you're talking about the
25    changing demographics in Gwinnett; correct?

221

1        A    Correct.
2        Q    And the change -- and the fact that
3    Gwinnett, the changing demographics were also
4    making it more difficult for Republicans in
5    Gwinnett; correct?
6        A    Well, it's talking about, yeah, the
7    governor's race had gotten closer there and,
8    yeah, the county was getting closer.
9        Q    And then you talk specifically
10    about Representative Chandler's district is
11    close to a 50-50 split; correct?
12        A    Right.
13        Q    And you said that her district is
14    easier to change.  And when you're talking
15    about easier to change, easier to change than
16    Representative Strickland's district?  Is that
17    the comparison you're drawing?
18        A    That would be the comparison, yes.
19        Q    Okay.  So you're talking to the
20    chief of staff of the Speaker about what it
21    would take to redistrict Districts 105 and 111
22    in December of 2014; correct?
23        A    Well, that paragraph's talking
24    about 104 and 105.
25        Q    Right.  So your -- so that -- this

222

1    paragraph --
2        A    And 111 is the next one, yes.
3        Q    Right.  So you are communicating to
4    the chief of staff for the Speaker in December
5    of 2014 the need to redistrict Districts 105
6    and 111 to make them safer for the incumbents;
7    correct?
8        A    Well, I mean, I don't know if I
9    would call it a need.  I would say if that's
10    something they wanted to look at.  I mean,
11    it's not up for me to say somebody needs to do
12    something or not.
13        Q    Well, at a minimum, you were
14    suggesting that they look at it; correct?  You
15    were pointing out that those districts were
16    vulnerable?
17        A    Yeah.  I guess you could say that,
18    yes.
19        Q    And just so we have a clear record,
20    you were pointing out to the chief of staff of
21    the Speaker, December 2014, that Districts 105
22    and 111 were vulnerable for the incumbents;
23    correct?
24        A    Yes, that would be, yeah, sure,
25    uh-huh.

223

1        Q    All right.  And then in the third
2    paragraph, you say that "Gina and I are set to
3    meet with Representative Strickland at 10:00
4    this Monday the 22nd."  And then you, then you
5    invited him to stop by.  Correct?
6        A    Invited Spiro to stop by?
7        Q    Yes.
8        A    Yes, uh-huh.
9        Q    And did you and Gina meet with
10    Representative Strickland about district --
11        A    I mean, I don't remember that
12    meeting, huh-uh (negative).
13        Q    But do you recall any meeting where
14    you and Gina Wright met with Representative
15    Strickland about his district in the late
16    2014/early 2015 time frame?
17        A    I mean, I don't know.  I mean, it's
18    been over three years.  I don't remember
19    specifically a meeting.  I'm not saying it
20    couldn't have, but I just don't remember a
21    specific one.
22        Q    Do you ever remember having
23    communications with Representative Strickland
24    about modifying his district during this time
25    period?

224

1    A    I don't remember specifically.  I
2  mean, it could have been, but I don't remember
3  specifically.
4    Q    Okay.  But at a minimum -- you
5  don't remember the meeting, but if this email
6  does reflect that you and Ms. Wright were
7  scheduled to meet with Representative
8  Strickland on --
9    A    Sure.
10   Q    -- December 22nd --
11   A    Oh, yeah, uh-huh.
12   Q    One thing to be careful of is we
13 have to be careful not to talk over each
14 other.
15   A    Yes.
16   Q    I know you're anticipating where
17 I'm going, but just so we have a cleaner
18 record.  Okay?
19   A    Right.  Okay.
20   Q    All right.  Thanks.  And then you
21 also included a table in the next paragraph
22 talking about the State House races that were
23 decided by 10 percentage points or less;
24 right?  And that's --
25   A    At the end, yes.

225

1    Q    And that's the last --
2    A    Last table.
3    Q    Right.  And they're only three
4  Democratic districts and three Republican
5  districts that fell into that category;
6  correct?
7    A    Right, according to the table.
8    Q    And two of the Republican districts
9  were 105 and 111; correct?
10   A    Right, uh-huh.
11   Q    And this table further reflects
12 that when you're talking about the districts
13 that are the most -- that were the most
14 vulnerable to Republican incumbents after the
15 2014 election, that Representative
16 Strickland's district and Representative
17 Chandler's district were two of the three at
18 the top of that list; correct?
19   A    Two of the three at the top?  I
20 mean of the Republicans, yes.
21        MR. GREENBAUM:  All right.  I want
22 to mark as 190 a document that goes from 650
23 to 653.  It's emails between Dan O'Connor and
24 Daniel Malloy.
25        You know what?  I'm going to skip

226

1  this document.  I'm going to mark a future
2  document as 190.
3        (Whereupon a document was identified as
4        Plaintiff's Exhibit 190.)
5    Q    All right.  I'm going to mark as
6  190 an email dated December 22nd, 2014, from
7  Mr. O'Connor to Phil Kent.
8    A    Okay.
9    Q    Mr. O'Connor, do you recognize this
10 document?
11   A    I sure do.
12   Q    What is it?
13   A    Correspondence between myself and
14 Phil Kent and Dick Williams.
15   Q    Who is Mr. Kent?
16   A    He's a correspondent on the Georgia
17 Gang TV show, comes on Sundays.  And Dick
18 Williams writes, I think, for the Dunwoody
19 Crier and is a talk show on the Georgia Gang,
20 talk show correspondent.
21   Q    Okay.  And in this email, you're
22 talking about how metro Georgia is becoming
23 Democratic leaning.
24   A    You mean metro Atlanta?
25   Q    I'm sorry.  Metro Atlanta.

227

1    A    Okay.  I just want, just want to be
2  clear.
3    Q    Thank you.  I appreciate that.
4  That metro Atlanta is becoming Democratic
5  leaning; correct?
6    A    Right, uh-huh.
7    Q    And in doing that, one of the
8  things that you do is you provide data from
9  two thousand -- comparing votes by race for
10 2010 and 2014 in six metro Atlanta counties --
11   A    Counties.
12   Q    -- correct?
13   A    Right.
14   Q    And the fact that what these, what
15 these show is that these counties are becoming
16 more black and less white; correct?
17   A    Yes.  I mean, you could debate
18 maybe DeKalb on here looking at the numbers,
19 but, yeah, overall you would say that.
20   Q    Okay.  Other than DeKalb -- and you
21 include Henry and Gwinnett among those six
22 counties; correct?
23   A    Oh, yes.
24   Q    In terms of showing the trend that
25 these counties are becoming more black and

Electronically signed by Joel Moyer (501-161-376-4513)                                    0e2f779f-4dcd-4e85-a10c-75d2766ba38f

Dan O'Connor                Georgia State Conference of the NAACP, et al vs Kemp                January 25, 2018

228

1   less white; correct?
2       A   Correct, uh-huh.
3       Q   And that as a result these areas
4   are becoming more Democratic leaning; correct?
5       A   Yes, uh-huh.
6       (Whereupon a document was identified
7   as Plaintiff's Exhibit 191.)
8       Q   All right.  All right.  I want to
9   mark as Exhibit 191 an email that is GA2-463.
10      A   Okay.  I've read it.
11      Q   Do you recognize this document,
12  Mr. O'Connor?
13      A   I do.
14      Q   What is it?
15      A   Correspondence between myself and
16  Jim Galloway.
17      Q   And who is Mr. Galloway?
18      A   A reporter for the Atlanta Journal
19  Constitution, the city paper.
20      Q   Okay.  In the second paragraph, you
21  talk about Gwinnett County and Henry County
22  amongst other counties; correct?
23      A   Right.
24      Q   And you're talking about how the
25  black turnout versus white turnout is

229

1   affecting political performance; correct?
2       A   Yes, uh-huh.
3       Q   And you're think -- you think that
4   the black growth in Gwinnett is coming from
5   African-Americans leaving DeKalb; correct?
6       A   Right.  That's what I -- yeah.
7       Q   All right.
8       A   Paragraph says, yeah.
9       (Whereupon a document was identified as
10  Plaintiff's Exhibit 192.)
11      Q   Thank you.  I want to mark as
12  192 --
13      A   2.
14      Q   -- GA 1647 and 1648, and it's email
15  correspondence between Mr. O'Connor and
16  Mr. Bullock.
17      A   Okay.
18      Q   You recognize this document,
19  Mr. O'Connor?
20      A   I do.
21      Q   What is it?
22      A   Correspondence between myself and
23  Dr. Charles Bullock.
24      Q   And I want you to focus on the
25  second paragraph in the last half of it --

230

1       A   Uh-huh (affirmative).
2       Q   -- talking about how Obama may have
3   accelerated the trend of southern whites to
4   move towards the GOP; correct?
5       A   Correct, uh-huh.
6       Q   And that's -- is that your view?
7       A   Well, I said perhaps in there.
8       Q   So I'm asking you:  Is that your
9   view?
10      A   Did it accelerate?  I would say
11  probably.
12      Q   Okay.  So the next paragraph,
13  you're talking about Henry County being a
14  tossup county but trending Democrat; correct?
15      A   Right, on line two, yes.
16      Q   And then right after that, that
17  Gwinnett is moving increasingly faster towards
18  the Democrats; correct?
19      A   Correct.
20      Q   And that you say at the end of that
21  paragraph that Gwinnett GOP -- "GOPers have
22  gone east in recent years making Barrow and
23  Walton hyper Republican."  Correct?
24      A   Correct.
25      (Whereupon a document was identified as

231

1   Plaintiff's Exhibit 193.)
2       Q   I want to mark as 195 an email from
3   Dan O'Connor to Michael Yaworsky dated
4   February 13, 2015.
5       MR. STRICKLAND:  Do you mean 193?
6       A   Did you say 195 or --
7       MR. GREENBAUM:  Thank you,
8   Mr. Strickland.  It is Exhibit 193.
9       THE WITNESS:  193.
10      A   Okay.
11      Q   Okay.  Do you recognize the
12  document?
13      A   Yes, I do.
14      Q   What is it?
15      A   Correspondence between myself and
16  Michael Yaworsky.
17      Q   Who is Michael Yaworsky?
18      A   At the time, I believe he was with
19  Senator David Shafer's office.
20      Q   Okay.
21      A   I don't think he is today but at
22  the time.
23      Q   And was he interested in the issues
24  related to redistricting and demographic
25  trends?

Electronically signed by Joel Moyer (501-161-376-4513)                    0e2f779f-4dcd-4e85-a10c-75d2766ba38f

Dan O'Connor          Georgia State Conference of the NAACP, et al vs Kemp          January 25, 2018

232

1    A    Well, yes. He -- we were -- yeah,
2  looks like we were discussing the, yeah,
3  voting patterns and the demographic trends.
4    Q    And you mentioned in the second
5  paragraph that of the 18 Democratic-held seats
6  15 are majority black, and the three that
7  aren't have fairly large minority populations;
8  correct?
9    A    Yes, that's in there.
10    Q    And that's, that's pretty similar
11  to the trend that we see with the State House;
12  correct?
13    A    The, the State House districts in
14  terms of?
15    Q    That the districts which elect
16  Democrats are districts that are either
17  majority black or have a substantial --
18    A    Oh, okay, yes.
19    Q    -- substantial minority
20  populations?
21    A    Right, uh-huh.
22    Q    Okay. And then you attach a series
23  of tables; correct?
24    A    Yes, at the top, uh-huh.
25    (Whereupon documents were identified as

233

1    Plaintiff's Exhibit 194, Plaintiff's
2    Exhibit 195, Plaintiff's Exhibit 196, and
3    Plaintiff's Exhibit 197.)
4    Q    All right. So I'm going to mark
5  1606 as 194; 1607 as 195; 1608 as 196; and
6  1609 as 197. Wait. 197? 194, 195, 196, 197.
7  1606, 7, 8 9. All right. 6, 7, 8, and 9.
8    A    That's 197. Okay.
9    Q    Are these four spreadsheets
10  spreadsheets that you created, Mr. O'Connor?
11    A    They are, yes.
12    Q    And this was looking at how -- the
13  political and racial demographic components
14  amongst the Senate districts; correct?
15    A    Amongst the State Senate districts,
16  yes, uh-huh.
17    Q    So if you wanted to see, for
18  example, how Senate -- what the correlation
19  was in terms of Senate districts between race
20  and party, you could look at these tables and
21  find that out?
22    A    Yes. You can compare the political
23  performance with the voter registration data.
24    Q    Okay. Thank you. I want to go
25  back to maybe refresh your recollection about

234

1  the timing of House Bill 566 in 2015. Do you
2  recall when the bill was dropped?
3    A    Not specifically, no.
4    (Whereupon a document was identified
5    as Plaintiff's Exhibit 93.)
6    Q    Okay. So I'm going to show you a
7  document that's been previously marked as
8  Exhibit 93 and see if that helps in terms of
9  framing the timing of when House Bill 566 was
10  dropped.
11    A    Yeah, I see. It was at the
12  beginning of March of 2015.
13    Q    Okay. Thank you. March 5th to be
14  specific; right?
15    A    Yeah, March 5th, 2015.
16    Q    Okay.
17    A    Oh, you need it back? Okay.
18    (Whereupon a document was identified as
19    Plaintiff's Exhibit 198.)
20    Q    So now I'm going to mark as the
21  next exhibit, which is 198, email
22  correspondence between you and Jan Jones, and
23  it's on February 26th and February 28th.
24        Who is Ms. Jones, Mr. O'Connor?
25    A    She's the speaker pro tem of the

235

1  House, which is basically the deputy speaker,
2  like vice president.
3    Q    And your email below on February
4  26th refers to a conversation that you had had
5  that morning.
6    A    Yes. I'm reading it right now.
7    Q    And it appears to be about
8  redistricting; correct?
9    A    Well, let me read the memo.
10        Well, yeah. It's like registration
11  data in some counties here.
12    Q    Including, including -- and this
13  was done in the period of time shortly before
14  the redistricting bill dropped?
15    A    That's correct, yes, uh-huh.
16    Q    And were you talking to her about
17  the redistricting?
18    A    That could have come up in the
19  conversation. I don't specifically recall all
20  the details.
21    Q    Okay. Other than redistricting,
22  what else does your email address?
23    A    Well, it talks about voting
24  statistics in Fulton County and also looking
25  at Gwinnett and Henry Counties.

Donovan Reporting, PC                                      770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                    0e2f779f-4dcd-4e85-a10c-75d2766ba38f

Dan O'Connor                Georgia State Conference of the NAACP, et al vs Kemp                January 25, 2018

236

1    Q    And Gwinnett and Henry Counties as
2   we know, were part of the redistricting in
3   2015; correct?
4    A    Oh, sure.  Yes.
5    Q    Was Fulton as well?
6    A    I'm trying to remember offhand.  I
7   don't specifically remember Fulton.  I think
8   in 2017 we looked at some, but I don't
9   specifically remember 2015.
10       Oh, no, I'm sorry.  I think we did
11   look at, in the city of Atlanta, I think House
12   Districts maybe 59 and 60, so I was thinking
13   North Fulton.  I apologize.  But I think in
14   Fulton there was some.
15    Q    So all three of the counties that
16   are mentioned in your email are counties that
17   were part of the redistricting bill that
18   dropped?
19    A    House Bill 566, yes.
20    Q    Yes.
21    A    Uh-huh (affirmative.)  Fulton,
22   Gwinnett, and Henry, yes.
23    Q    Is it fair to say that you and
24   Speaker Pro Tem Jones were communicating about
25   issues having to do with the redistricting?

237

1    A    Yeah, that would be fair to say,
2   yes.
3       (Whereupon documents were identified as
4       Plaintiff's Exhibit 199 and Plaintiff's
5       Exhibit 200.)
6    Q    Okay.  And I'm going to provide two
7   of the spreadsheets that were part of what you
8   attached to your email.  One is number 450,
9   and it's Gwinnett County voter registration
10   data, and the other is Henry County voter
11   registration data, and it's 451.  So 199 will
12   be 450, and 200 will be 451.
13    A    Okay.
14    Q    Were these among the spreadsheets
15   that you provided to Ms. Jones?
16    A    Yes, the Gwinnett and Henry, yes,
17   that's correct.
18    Q    Okay.  And they, they reflect the
19   fact that what was happening in both those
20   counties is what we've talked about before,
21   that the counties were becoming more minority
22   and less white in voter registration over
23   time; correct?
24    A    Yeah.  Can't dispute that, correct.
25    Q    And you were providing that

238

1   information to the speaker pro tem shortly
2   before the redistricting bill was dropped that
3   in part affected Gwinnett and Henry counties;
4   correct?
5    A    Yeah, that's right, uh-huh.
6    Q    And do you recall her identifying
7   what her interest was in that data?
8    A    Well, I think, just as the deputy
9   speaker of the house, she just had an interest
10   in, you know, the districts that might be part
11   of a redistricting bill.
12    Q    And do you recall whether she was a
13   member of the House Reapportionment Committee?
14    A    I think she was, yes, uh-huh.
15    Q    Now, Representative Nix in his
16   deposition testified that during the time that
17   you were working on the redistricting in 2015
18   that he was talking to you probably daily.
19   And I'm happy to show you his testimony if
20   you're interested in seeing it.
21    A    No.  Okay.
22    Q    Is that an accurate statement?
23    A    That we were -- I mean, I don't
24   specifically recall, but that could be
25   possible, yeah.

239

1    Q    Were you speaking to him
2   frequently?
3    A    I think I was speaking to him
4   frequently, yes, uh-huh.
5    Q    So you were involved in the process
6   of the redistricting in 2015; correct?
7    A    I was involved except I wasn't
8   really drawing the maps, but involved in
9   keeping people apace of the process, yes.
10    Q    You were, you were speaking
11   regularly to the head of the Reapportionment
12   Committee; correct?
13    A    To Randy?  I mean, I don't recall
14   specifically, but I'm sure we had some
15   conversations.
16    Q    Now, he said it was probably daily.
17   Is that accurate?
18    A    I mean, I don't recall.  I mean,
19   that was two years ago.
20    Q    Okay.  Do you dispute that?
21    A    That I spoke with him or that --
22    Q    That you spoke with him probably
23   daily as he described it during this period of
24   time.
25    A    I don't know.

Donovan Reporting, PC                                                                 770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                                    0e2f779f-4dcd-4e85-a10c-75d2766ba38f

Dan O'Connor                    Georgia State Conference of the NAACP, et al vs Kemp                    January 25, 2018

240

1          MR. KHOURY:  Object to the form of
2     the question.
3          A    I just, I just can't recall it.
4          Q    Okay.  All right.  And you did --
5     and you were providing data to the speaker pro
6     tem; correct?
7          A    Correct, yes, uh-huh.
8          (Whereupon a document was identified as
9          Plaintiff's Exhibit 123.)
10         Q    All right.  I want to move on now
11    to what's been previously marked as
12    Exhibit 123.
13         A    Okay.
14         Q    Do you recognize Exhibit 123?
15         A    I do.
16         Q    What is it?
17         A    Correspondence between myself and
18    the speaker pro tem, Jan Jones.
19         Q    And this is February 27th, 2015;
20    correct?
21         A    That's right.
22         Q    And you provide some data and some
23    analysis regarding four House districts,
24    including that of Representatives Chandler and
25    Strickland; correct?

241

1          A    That's correct.
2          Q    And you are providing voter
3     registration statistics by race; correct?
4          A    For those districts, yes, uh-huh.
5          Q    Yes.  And you're noting that all
6     four members represent districts that are at
7     least 35-percent black in voter registration;
8     correct?
9          A    Yeah, they're at least 35, yes.
10         Q    And that your view is that
11    generally, once a district gets in the 30 to
12    35-percent black range, it becomes more of a
13    target for Democrats; correct?
14         A    Right.
15         (Whereupon a document was identified
16         as Plaintiff's Exhibit 201.)
17         Q    All right.  So I want to actually
18    go through some of the spreadsheets
19    individually.  I want to separately mark them.
20    So 201 is going to be GA-1602.
21         A    Do you need to mark these you mean?
22         Q    No.  It's okay.
23         A    Okay.
24         Q    And here you're providing the voter
25    registration by race for the four districts;

242

1     correct?
2          A    Yes, that's correct.
3          (Whereupon a document was identified
4          as Plaintiff's Exhibit 202.)
5          Q    And then I'm going to mark as 202
6     GA-1603, and here you're providing the
7     political data for those four districts;
8     right?
9          A    Right.
10         (Whereupon a document was identified
11         as Plaintiff's Exhibit 203.)
12         Q    All right.  I want to mark as
13    Exhibit 203 an email between -- from Dan
14    O'Connor to Andy Welch.
15         A    Okay.
16         Q    Okay.  Do you recognize the
17    document, Mr. O'Connor?
18         A    I do.
19         Q    What is it?
20         A    Correspondence between myself and
21    Representative Welch.
22         Q    And Representative Welch was one of
23    the reps whose district was affected by the
24    changes to 111 --
25         A    Right.

243

1          Q    -- in 2015?
2          A    It's an adjoining district, yes,
3     uh-huh.
4          Q    And a minute, a few minutes ago, we
5     confirmed that March 5th was the day that the
6     bill initially dropped; correct?
7          A    Dropped, right, uh-huh.
8          Q    So you were sending this
9     information to Representative Welch on the day
10    the bill dropped; correct?
11         A    Yes, March 5th, uh-huh.
12         Q    And had he requested this
13    information from you?
14         A    I don't specifically recall.
15         Q    All right.  Did you just randomly
16    send it to him?
17         A    I mean, it could have been.  He may
18    have asked.  I just don't remember.
19         Q    Okay.  And you compile a number of
20    spreadsheets for him; correct?
21         A    Yes, according to the email, uh-huh
22    (affirmative).
23         Q    All right.  And toward the end of
24    the email, you note the racial demographics
25    of, among other districts, Districts 109, 110,

Electronically signed by Joel Moyer (501-161-376-4513)                    0e2f779f-4dcd-4e85-a10c-75d2766ba38f

Dan O'Connor                Georgia State Conference of the NAACP, et al vs Kemp                January 25, 2018

32 (Pages 244 to 247)

244

1    and 111; correct?
2        A    Yeah, and 129.
3        Q    Right.  And the reason why you're
4    doing that is because by, providing that data,
5    it's also a metric that you use to assess
6    political performance; correct?
7        A    Yes, uh-huh.
8        (Whereupon documents were identified as
9        Plaintiff's Exhibit 204, Plaintiff's
10       Exhibit 205, Plaintiff's Exhibit 206,
11       Plaintiff's Exhibit 207, Plaintiff's
12       Exhibit 208, Plaintiff's Exhibit 209,
13       Plaintiff's Exhibit 210, Plaintiff's
14       Exhibit 211, and Plaintiff's Exhibit
15       212.)
16       Q    All right.  I'm going -- we're
17   going to go now through the spreadsheets that
18   were attached to that email.  I just want you
19   to confirm what they are.
20           So 204 is going to be spreadsheet
21   1604.  205 is going to be spreadsheet 1587.
22   206 is going to be spreadsheet 1588.  207 is
23   going to be spreadsheet 1589.  208 is going to
24   be spreadsheet 1590.  209 is going to be
25   spreadsheet 1592.

245

1            Spreadsheet 1593 will be 210.  And
2    spreadsheet 1594 will be 211.  And then I've
3    got one more.  Spreadsheet 1595 will be 212.
4    And my question to you --
5        A    Oh, do you want me to go through
6    them all?
7        Q    Yeah.  And my question is -- you
8    can go through them all.  My question is
9    simply:  Are these the spreadsheets that you
10   provided to Representative Welch that are
11   referenced in Exhibit 203?
12       A    Well, the top one looks like a
13   State House district for -- you're talking
14   that about that match these specifically?
15       Q    Yes.
16       A    Well, I think this one is the State
17   House districts little thing.  I don't, I
18   don't see -- you're talking about the ones
19   that match the attachments here; right?
20       Q    Yes.
21       A    Well, this one is State House
22   district for all 180.  I don't see this.
23       Q    Okay.  Did you, did you create that
24   spreadsheet that's --
25       A    Oh, I'm sure I did, yeah.

246

1        Q    Okay.
2        A    I think we've seen it before today.
3        Q    Okay.
4        A    But I don't see that specifically.
5        Q    Fair enough.  Fair enough.
6        A    Yeah.  In fact, I think what you're
7    probably talking about is 205 would be the
8    voting by county precinct in year 2014.
9        Q    Okay.
10       A    So I think 205 would be the start
11   there, but not 204.
12       Q    Okay.  Okay.
13       A    So you're asking --
14       Q    205 is also created by you; right?
15       A    Right, uh-huh.
16       Q    Were all the spreadsheets that
17   we've just gone through that start at 203 and
18   end at 212 created by you?
19       A    That end at 2 -- oh, yes, yes, I
20   would say, yeah, uh-huh.
21       Q    Okay.  Other than the one, other
22   than the one that you said was not sent to
23   Welch --
24       A    Well, not on this one, yes.
25       Q    -- were all the others sent to

247

1    Welch?
2        A    Well, let me -- let's see, we agree
3    on -- yeah, 205, the general.  2014 primary.
4        Q    Which is number what?
5        A    Oh, I'm sorry.  206 --
6        Q    Okay.
7        A    -- I believe.
8        Q    All right.
9        A    So that would take care of the top
10   two.  And then House District 110 Voter
11   Association By County would be 207.
12       Q    And that was sent to Welch?
13       A    Right, according to this, yes.
14       Q    Yes.
15       A    House District voter registration,
16   right.  And then the last one shown on there
17   is 111.  214 general should be 20 --
18   Exhibit 208.
19       Q    Okay.
20       A    So those look like the four we're
21   talking about here in this email.
22           MR. GREENBAUM:  All right.  Thank
23   you.
24           MR. KHOURY:  So just so I'm clear
25   2000 -- 209, 210, 211, and 212 are not?

Donovan Reporting, PC                                                                770.499.7499

Dan O'Connor                Georgia State Conference of the NAACP, et al vs Kemp                January 25, 2018

33 (Pages 248 to 251)

248

1    THE WITNESS: Well, I don't, I
2  don't see them on the attachment thing there.
3    Q   Fair enough. But they were
4  spreadsheets that you created; correct?
5    A   You're talking about 209 through
6  12?
7    Q   Yes.
8    A   Right, right, just not on this one.
9    (Whereupon a document was identified as
10   Plaintiff's Exhibit 213.)
11   Q   Great. Thank you. All right. I
12 want to mark as 213 a document that's GA-1580.
13   A   Okay.
14   Q   Do you recognize the document,
15 Mr. O'Connor?
16   A   I sure do.
17   Q   And what is it?
18   A   Correspondence between myself and
19 Dr. Bullock, Charles Bullock.
20   Q   Okay. And in the second paragraph
21 of that document, is it fair to say that,
22 among other things, you discuss the changes in
23 the House Bill to Districts 105 and 111?
24   A   Let me look at -- it looks like
25 here this is more of the Gwinnett one.

249

1    Q   You're correct.
2    A   Talking about Gwinnett --
3    Q   105.
4    A   -- in the middle paragraph, not
5  111.
6    Q   Yes, 105. You're explaining the
7  changes both in terms of racial demographics
8  and political performance; correct?
9    A   And the political, right, uh-huh.
10   (Whereupon a document was identified
11   as Plaintiff's Exhibit 214.)
12   Q   Thank you. I want to mark as
13 Exhibit -- what's the next one?
14   THE COURT REPORTER: 214.
15   Q   -- 214 an email from Dan O'Connor
16 to Brent Bremer. Who is Mr. Bremer,
17 Mr. O'Connor?
18   A   He's a friend of mine who's an
19 attorney here in Atlanta.
20   Q   Is he involved in the political
21 process at all?
22   A   I mean, actually, I know him. He's
23 a Democrat, actually. He's just a personal
24 friend of mine, lives in Buckhead.
25   (Whereupon a document was identified

250

1  as Plaintiff's Exhibit 215.)
2    Q   Okay. All right. I want to mark
3  the next document which is 215. It's another
4  email from you to Mr. Bremer dated March 26th.
5  That's GA2-426.
6    A   Okay.
7    Q   Do you recognize the document,
8  Mr. O'Connor?
9    A   I do.
10   Q   What is it?
11   A   Correspondence between me and Brent
12 Bremer.
13   Q   Okay. I want to focus on the last
14 paragraph of your email.
15   A   Okay.
16   Q   It talks about who holds various
17 districts, and you say that the Democrats hold
18 all 17 seats that are 40 percent or more black
19 in the Senate; is that correct?
20   A   When you say 15 -- oh, are you
21 including the majority, anything that's over
22 40?
23   Q   Yes.
24   A   Including the majority, that 17 of
25 the 18, right.

251

1    Q   Is it 17 out of 17 or 17 out of 18?
2    A   Well, I think -- well, let's see.
3  We're talking about 15 the majority, and then
4  there were two that were 40 to 45 percent.
5  There was also Elena Parent of Senate District
6  42 would be the 18th Democrat.
7    Q   And that -- and she represents a
8  district that is below that 40-percent
9  threshold?
10   A   Right. It's mainly like --
11   Q   Right.
12   A   -- the Emory Decatur area.
13   Q   Of the districts that are 40
14 percent or more black, there are 17 of them;
15 correct?
16   A   Right, yeah.
17   Q   And they are all represented by
18 Democrats; correct?
19   A   Right, at that time, yes.
20   Q   All right. And then below 40
21 percent black, the Republicans have all the
22 Senate seats except for Ms. Parent's seat?
23   A   Parent's seat.
24   Q   Parent's seat at the time; correct?
25   A   Right, uh-huh.

Electronically signed by Joel Moyer (501-161-376-4513)                                    0e2f779f-4dcd-4e85-a10c-75d2766ba38f

Dan O'Connor                Georgia State Conference of the NAACP, et al vs Kemp                January 25, 2018

34 (Pages 252 to 255)

252

1      Q    Okay.  And then you talk about the
2  House underneath that.
3      A    Uh-huh (affirmative).
4      Q    And you say that of the majority
5  black districts, the Democrats hold all but
6  one, and that's Gerald Greene's seat; correct?
7      A    I think that would have been
8  Greene's seat, yes.
9      Q    And that you doubt that Democrats
10  are in more than one or two seats that are
11  less than 25 percent black; correct?
12     A    Yeah.  That was my guess, yes,
13  uh-huh.
14     Q    Your guess based on your knowledge
15  of the data; correct?
16     A    Of voter registration data, yes.
17         (Whereupon a document was identified as
18  Plaintiff's Exhibit 216.)
19     Q    Okay.  I want to mark as
20  Exhibit 216 a spreadsheet 1568.  Mr. O'Connor,
21  do you recognize the document?
22     A    Yeah.  It's a table of the general
23  election contest for the House in 2014.
24     Q    Okay.  And is that something you
25  created?

253

1      A    Yes, uh-huh.
2         (Whereupon a document was identified as
3  Plaintiff's Exhibit 217.)
4      Q    I want to mark as 217 GA-441-442.
5      A    Okay.
6      Q    All right.  Do you recognize the
7  document?
8      A    I do.
9      Q    What is it?
10     A    Correspondence between myself and
11  Elizabeth Holcomb of the State Senate Research
12  office.
13     Q    And this was trying to find out
14  what redistricting principles the House and
15  Senate committees had used in the past?
16     A    Right, and whether we had any
17  written guidelines for 2011.
18     Q    Okay.  Thank you.  Do you know why
19  she was interested in that information?
20     A    Well, I mean, it might have been --
21  because, obviously, if the House passed, you
22  know, the House is going to pass
23  redistricting, it obviously has to go through
24  the Senate, so maybe they were just trying to
25  see what sort of guidelines we might have had

254

1  compared to what they may have had.
2         (Whereupon a document was identified as
3  Plaintiff's Exhibit 218.)
4      Q    Okay.  All right.  I want to mark
5  as 218 GA-438.  Recognize the document?
6      A    I do.
7      Q    What is it?
8      A    Correspondence between myself and
9  David Dove of the Secretary of State's --
10  Georgia Secretary of State's office.
11     Q    And you, and you wanted breakdowns
12  by race for all the congressional districts in
13  the State legislative districts; correct?
14     A    In terms of how many had voted in
15  the 2014 general election.
16     Q    And is it fair to say that that
17  related to the redistricting that was going
18  on?
19     A    I mean, it could have been.  I'm
20  not, not positive on that, but probably could
21  say that.
22     Q    Probably?
23     A    Yes.  I mean, you know, there might
24  have been -- I just don't remember
25  specifically on that thing.

255

1      Q    Okay.  Do you recall one of the
2  opponents to the redistricting in 2015 was
3  Senator Fort?
4      A    Yes, I do.
5      Q    And do you recall Javier Brown who
6  worked for Senator Fort at the time?
7      A    I do, yes.
8         (Whereupon a document was identified as
9  Plaintiff's Exhibit 219.)
10     Q    Okay.  I want to mark as the next
11  document, 219, an email from Dan O'Connor to
12  Javier Brown dated April 16th, 2015.
13     A    Yes, uh-huh.
14     Q    What is this document?
15     A    A document myself -- I mean,
16  between myself and Javier Brown.
17     Q    And where Mr. Brown was requesting
18  information?
19     A    Yes, uh-huh.
20         (Whereupon a document was identified
21  as Plaintiff's Exhibit 220.)
22     Q    Okay.  And then I'm going to mark
23  as 220 a series of emails dated April 26th,
24  2015, between Mr. O'Connor and Mr. Brown.
25         And, Mr. O'Connor, the only

Electronically signed by Joel Moyer (501-161-376-4513)                                                                    0e2f779f-4dcd-4e85-a10c-75d2766ba38f

Dan O'Connor                Georgia State Conference of the NAACP, et al vs Kemp                January 25, 2018

35 (Pages 256 to 259)

---

256

1   question I have about this document is:  Does
2   this reflect further exchanges where Mr. Brown
3   was asking for information from you of past
4   redistrictings?
5        A    You're saying is this
6   correspondence between the two of us?
7        Q    Yes.
8        A    Yes, uh-huh.
9        Q    Not just correspondence between the
10  two of you, but correspondence related to past
11  redistrictings?
12       A    Past redistrictings, yeah, yeah,
13  uh-huh.
14       (Whereupon a document was identified as
15       Plaintiff's Exhibit 221.)
16       Q    Okay.  I want to mark as 221 a
17  series of emails between you, Mr. O'Connor,
18  and Nick Carlson, and it's 7 GA -- starts with
19  GA-787.  And I'm just going to ask you about a
20  paragraph on page three.
21       A    Okay.
22       Q    And I want to ask you specifically
23  about -- it talks about Gerald Greene
24  representing a 53-percent black district.
25       A    Yes, okay.

---

257

1        Q    And how he, he was, he was elected
2   for many years as a Democrat before switching.
3        A    Oh, absolutely, uh-huh.
4        (Whereupon a document was identified as
5        Plaintiff's Exhibit 222.)
6        Q    Okay.  And then I'm going to mark
7   as 222 GA-423 to 424.  It's emails between you
8   and Diane Adoma; is that correct,
9   Mr. O'Connor?
10       A    Yes, uh-huh.
11       Q    And I just want to ask you actually
12  about the first sentence of your email which
13  confirms that your office, the Legislative &
14  Congressional Redistricting Office, does not
15  keep data on specific voters; correct?
16       A    Right.  We don't keep track of, you
17  know -- we don't have like names of registered
18  voters, that's correct.
19       MR. GREENBAUM:  Okay.  Should we
20  take a break now?
21       MR. STRICKLAND:  Sure.
22       MR. KHOURY:  We can.
23       THE WITNESS:  Yeah, a couple
24  minutes, yeah, uh-huh.
25       THE VIDEOGRAPHER:  Going off video

---

258

1   record at 2:16 p.m.
2        (Proceedings in recess, 2:16 p.m. to
3        2:41 p.m.)
4        THE VIDEOGRAPHER:  Back on video
5   record at 2:41 p.m.  This is the beginning of
6   file number three.
7        (Whereupon a document was identified
8        as Plaintiff's Exhibit 223.)
9        Q    Okay.  Mr. O'Connor, I'm going to
10  mark the next Exhibit 223.
11       A    3. Okay.
12       Q    And at the top, it's an email
13  between you and Mike Seigle dated January 3rd,
14  2015.
15       A    Okay.
16       Q    Do you recognize the document,
17  Mr. O'Connor?
18       A    I do.
19       Q    What is it?
20       A    Correspondence between myself and
21  Mike Seigle.
22       Q    Okay.  And in the correspondence,
23  Mr. Seigle at the beginning asks about House
24  110, and you send him information about 109,
25  110, and 111; correct?

---

259

1        A    Yeah, yeah.  His request is for a
2   map showing the changes in the district lines,
3   not just 110.
4        Q    Okay.  But you send him a map and a
5   bunch of information about 109, 110, and 111;
6   correct?
7        A    Right, uh-huh.
8        Q    Okay.  And you talk about the fact
9   that much of Welch's margin comes from the
10  Butts County portion of the district as
11  opposed to the Henry County portion; correct?
12       A    Right, uh-huh.
13       Q    All right.  And you mention that
14  Strickland's district is entirely within Henry
15  and is much closer; correct?
16       A    Correct.
17       Q    And you mention that 105 -- 111
18  runs along I-75 and it trends more Democratic
19  than 109 and 110.  What's the significance of
20  the district running along I-75?
21       A    The significance of it?  Well,
22  it's -- there's a more densely populated area
23  along I-75, where it gets more rural as you
24  get further away like toward Lake Jackson,
25  areas like that.  You know, development tends

---

Donovan Reporting, PC                                                        770.499.7499

260

1    to be denser along interstate highways than
2    two-lane highways further away.
3        Q    And are the people that live along
4    I-75 tend to be higher percentage
5    African-American than those that are not along
6    I-75?
7        A    I would say along Henry County that
8    would be true.
9        Q    And then below you have a
10   combination of political and black voter
11   registration data for 109, 110, and 111;
12   correct?
13       A    Right.
14       Q    And you show for the black voter
15   reg data -- actually, for both, you show how
16   the new map compares to the old map; correct?
17       A    That's right.
18       Q    And is it fair to say that, the new
19   map, the Republican candidates perform better
20   and the black registration percentage goes
21   down compared to the old map?
22       A    You mean do all three districts
23   perform better?
24       Q    Oh.
25       A    I thought that's --

261

1        Q    That's correct, yeah.  I should --
2    yeah, yeah, yeah.  That 111 performs better
3    for Republicans and has a lower black voter
4    registration percentage in the new plan
5    compared to the old plan; correct?
6        A    Correct, but 110 actually drops a
7    little bit.
8        Q    110 -- 110 and 109 --
9        A    109, there's not much difference.
10       Q    It's not much difference but --
11       A    But they don't go up at all.
12       Q    -- they perform a little bit worse
13   for Republicans, and the black voter reg goes
14   up a little bit; correct?
15       A    A little bit, yeah, uh-huh.
16       Q    All right.  Thank you.  You also,
17   related to that document, you also attach
18   three spreadsheets; correct?
19       A    Right, uh-huh (affirmative).
20       (Whereupon documents were identified as
21       Plaintiff's Exhibit 224 and Plaintiff's
22       Exhibit 225.)
23       Q    All right.  And so I want to mark
24   spreadsheet 704 as 224, spreadsheet 705 as
25   225 -- and where's the other one?  Maybe there

262

1    are only two spreadsheets.  I gave you two of
2    the same, so just --
3        All right.  Are 224 and 225
4    spreadsheets that you included in your email
5    to Mr. Seigle?
6        A    The -- yes, uh-huh.
7        Q    And this, again, these spreadsheets
8    were spreadsheets that you had created based
9    on existing data from the Secretary of State;
10   correct?
11       A    Right.  I just put in an Excel
12   format, right.
13       (Whereupon a document was identified as
14       Plaintiff's Exhibit 226.)
15       Q    All right.  I want to mark as the
16   next exhibit, 226, another email between you
17   and Mr. Seigle.  This one starts at GA2-693.
18       A    Okay.
19       Q    You recognize the document,
20   Mr. O'Connor?
21       A    Yes.  It's correspondence between
22   myself and Mike Seigle.
23       Q    And your point in this
24   correspondence is to talk about, among other
25   things, the increase in black voter

263

1    registration in Henry County in number and
2    percentage between 2004 and October 2014;
3    correct?
4        A    Right, uh-huh.
5        (Whereupon documents were identified as
6        Plaintiff's Exhibit 227 and Plaintiff's
7        Exhibit 228.)
8        Q    And I want to mark as 227
9    spreadsheet 695 and 228 spreadsheet 696.
10       Do you recognize these
11   spreadsheets, Mr. O'Connor?
12       A    I do.
13       Q    And were these spreadsheets two of
14   the attachments to the email in Exhibit 226 to
15   Mr. Seigle?
16       A    Yes, they were.
17       Q    And, again, these were compilations
18   of data that you took from the Secretary of
19   State's office?
20       A    Right.  Either, yeah, the voter
21   registration data or the, yeah, the hard --
22   the election data, yes.
23       Q    And you were -- and in these two
24   spreadsheets you were -- in one of them,
25   you're looking at, you're looking at political

Electronically signed by Joel Moyer (501-161-376-4513)                    0e2f779f-4dcd-4e85-a10c-75d2766ba38f

Dan O'Connor                 Georgia State Conference of the NAACP, et al vs Kemp                 January 25, 2018

264

1    performance in precincts in Henry County, and
2    in the other, you're looking at black and
3    white voter registration over time in Henry
4    County; correct?
5        A    Yeah, for the county, and then the
6    other is for the precincts, yeah.
7        (Whereupon a document was identified as
8        Plaintiff's Exhibit 229.)
9        Q    Next document is going to be 229.
10   It's going to be an email June 12th from Dan
11   O'Connor to Ronny Just.
12       A    All right.
13       Q    Do you recognize this document,
14   Mr. O'Connor?
15       A    I sure do.
16       Q    What is it?
17       A    Correspondence between myself and
18   Ronny Just.
19       Q    Who's Ronny Just?
20       A    He's employed with the Southern
21   Company, Georgia Power affiliate, things like
22   that.
23       Q    Okay.  Is he involved in politics
24   in any way?
25       A    I think he lobbies, but I'm not

265

1    sure if he actually participates in political
2    campaigns.  I think he just tries to keep more
3    track of political situation.
4        Q    Okay.  All right.  I want to focus
5    your attention on paragraph two.
6        A    Right, uh-huh (affirmative).
7        Q    Talking -- which talk about 105 and
8    111.
9        A    Uh-huh (affirmative).
10       Q    And it mentions that in 105
11   Chandler picked up some GOP areas from the
12   heavily Republican district HD 104 of Chuck,
13   Chuck Efstration; correct?
14       A    Right, uh-huh.
15       Q    And the name of the town, is it
16   Dacula?
17       A    Dacula.
18       Q    Dacula.
19       A    Dacula.
20       Q    Dacula.  Did Ms. Chandler pick up
21   part of Dacula in the redistricting?
22       A    I'd have to look at the map.  I'm
23   not sure.  That's pretty far east in the
24   district before it goes into Barrow County, so
25   I can't say for sure unless I looked at the

266

1    map.
2        Q    Okay.  We might have you look at
3    the map later.
4        A    I think Representative -- I'm
5    sorry.  I think Representative Efstration
6    lives in the Dacula area, so it probably
7    wouldn't be as likely that she picked up
8    there.
9        Q    Okay.  And then you say that 105
10   and 111 are about 50-50 splits now with a
11   large minority increase in both Gwinnett and
12   Henry.  What are you referencing there?
13       A    Well, increase in minority voter
14   registration.
15       Q    Okay.  And that increase is making
16   those districts tossup districts; correct?
17       A    Oh, correct, yeah, uh-huh.
18       (Whereupon a document was identified as
19       Plaintiff's Exhibit 230.)
20       Q    All right.  Next document is going
21   to be 230, and it's a June 15th, 2015, email
22   from Dan O'Connor to Jim Kingston, and it
23   starts at GA2-645.
24       A    Okay.
25       Q    You recognize this document,

267

1    Mr. O'Connor?
2        A    I do.
3        Q    What is it?
4        A    Correspondence between myself and
5    Jim Kingston.
6        Q    Who's Jim Kingston?
7        A    He's the son of a former
8    congressman Jack Kingston of Savannah, the old
9    first district, first congressional district.
10       Q    Is he -- is Jim Kingston involved
11   in politics in any way?
12       A    Is -- I mean, he's not a candidate.
13   I don't know -- I haven't talked to him
14   recently.  I mean, he's probably got some
15   political interest being the son of a
16   congressman.
17       Q    Okay.  All right.  Leaving out the
18   introductory paragraph, in the first full
19   paragraph, you talk about the fact that the
20   black percentage of the vote has gone up;
21   correct?
22       A    Are you talking about the middle
23   paragraph?
24       Q    The paragraph that says, "I have
25   attached above a congressional map."

Donovan Reporting, PC                                                     770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                                    0e2f779f-4dcd-4e85-a10c-75d2766ba38f

Dan O'Connor                Georgia State Conference of the NAACP, et al vs Kemp                January 25, 2018

268

1    A    Okay. I'm sorry. Say that again.
2  Say what --
3    Q    And in that paragraph, you're
4  talking about how the black percentage of the
5  vote has gone up over time; correct?
6    A    Oh, of the state's total. Yeah.
7  I'm sorry. I was -- yeah.
8    Q    Yes?
9    A    Yes, uh-huh.
10    Q    But you say, "However, the key
11  thing is that the percentage of whites voting
12  Democrat in Georgia has plummeted." Correct?
13    A    Right, uh-huh.
14    Q    And you compare Roy Barnes getting
15  about a third of the white vote in 2002 to
16  Nunn and Carter getting somewhere around 23 or
17  24 percent in 2014; correct?
18    A    Right, uh-huh.
19    Q    And then in the next paragraph,
20  toward the last half, you talk about three
21  counties including Henry County that backed
22  Deal in 2010 and not in 2014; correct?
23    A    Yes, I see that.
24    Q    And then you say that it's unlikely
25  that he lost these three counties because his

269

1  white support dropped a lot; correct?
2    A    Right, uh-huh.
3    Q    And which in fact means that he
4  lost those counties because the percentage of
5  voters that were black went up; correct?
6    A    Yes, uh-huh.
7    Q    All right. And the paragraph at
8  the bottom of the first page that -- actually,
9  the last full paragraph on the first page, you
10  talk about an exit poll showing a doubling of
11  the black vote?
12    A    Well, it says I'll try to see if I
13  can find one.
14    Q    Yeah. And the figure one to two
15  percent, is that referring to an election
16  where polls show that one to two percent of
17  the black voters voted for the Republican
18  candidate?
19    A    Well, it would be a reference to,
20  yeah, if they'd gone from like one to two
21  percent, but I didn't say it did. That would
22  just be an hypothetical example.
23    Q    Oh, okay. So you're not, so you're
24  not referring to any polls or data showing
25  that the black vote -- okay. You're saying,

270

1  if the black vote were one, if it jumped to
2  two --
3    A    That would be a double.
4    Q    -- then that would be --
5    A    Yeah, let me explain the reference
6  to that.
7    Q    Yes.
8    A    There was, I think, somebody named
9  Leo Smith who was working on minority outreach
10  at the State Republican Party at the time. I
11  think he had claimed that Deal had doubled his
12  black vote, I mean, in terms of what he got,
13  from like 8 to 16 or something like that, so
14  that is what it was a reference to, not to one
15  to two. The actual count.
16    Q    Okay. I'm looking at the paragraph
17  that's after that. And you say, "Voting in
18  the Deep South (Alabama, Georgia, Louisiana,
19  Mississippi, and South Carolina) is more
20  racially polarized than in the so-called
21  southern border states." Correct?
22    A    Right, uh-huh.
23    Q    And that is your view?
24    A    Well, that's not just my personnel
25  view. That's from reading various

271

1  publications, books, uh-huh (affirmative).
2  Like, for example, if you've heard of Earl and
3  Merle Black, who were prominent southern
4  politicians, have written books about southern
5  politics, so reading those.
6    Q    And your understanding, based on
7  your experience and what you've read, is that
8  voting in Georgia is racially polarized?
9    A    Yes, uh-huh, I mean, compared to,
10  yeah, other states.
11    Q    Compared to other southern states?
12    A    Yeah. Well, I would say overall it
13  is, and it's more polarized than, say, maybe
14  Tennessee or North Carolina would be.
15    Q    So, overall, voting is racially
16  polarized in Georgia, and it's also more
17  polarized than in states like Tennessee and
18  Virginia; correct?
19    A    Border states, right, uh-huh,
20  right.
21    (Whereupon a document was identified as
22    Plaintiff's Exhibit 231.)
23    Q    Right. Thank you. I want to mark
24  as 231 a document that starts at GA2-579 and
25  goes on to GA2-591. The first page is an

Donovan Reporting, PC                                                    770.499.7499

Dan O'Connor       Georgia State Conference of the NAACP, et al vs Kemp       January 25, 2018

39 (Pages 272 to 275)

---

**272**

1  email from Dan O'Connor to Ray Smith.
2    A  Okay.
3    Q  Okay.  You recognize this document?
4    A  I do.
5    Q  What is it?
6    A  It's correspondence between myself
7  and Ray Smith.
8    Q  Who's Ray Smith?
9    A  He's an attorney up in Sandy
10  Springs.
11    Q  Is he involved in politics in
12  Georgia at all?
13    A  He's been active in, I think, the
14  State Republican Party.
15    Q  And with the document, you included
16  a draft of your analysis of the 2014 Senate
17  race; correct?
18    A  Right.
19    Q  And on the first page of the
20  analysis in the third paragraph, you talk
21  about how Democrats saw an opportunity buoyed
22  by the changing demographics and hopes for a
23  divisive GOP primary; correct?
24    A  Right, uh-huh.
25    Q  And the changing demographics are

---

**273**

1  the demographics which mean that a larger
2  percentage of the voters in Georgia are
3  minority, correct, than previously?
4    A  Right, uh-huh.
5    Q  Okay.  I want to move to what's
6  page seven of your document, your overview
7  document.  The very bottom of seven and the
8  top of eight, you talk about -- you're
9  referencing Michelle Nunn, and you say,
10  "Furthermore, the state's changing
11  demographics -- substantial minority growth in
12  metro Atlanta even in traditionally Republican
13  counties like Cobb, Gwinnett, and Henry --
14  seemed likely to work in her favor."
15       That's your language; correct?
16    A  Right, uh-huh.
17    Q  And the idea was that, as these
18  counties become minority, more minority, in
19  terms of their demographics and the voter
20  registration, that Democrats stand a better
21  chance?
22    A  In those counties, yes, uh-huh.
23    Q  Okay.  And then moving on to page
24  ten, you talk about, near the top of page ten,
25  you talk about how the Democrat won

---

**274**

1  handedly -- or strike that.
2       At the top of page ten, you talk
3  about how the Democrat won in four counties
4  including Henry that earlier would have been
5  seen as solid GOP territory; correct?
6    A  Right, uh-huh.
7    Q  And that she also took 44 percent
8  in Gwinnett County, and that's a county that
9  has, has had substantial minority growth over
10  the last 15 or so years; correct?
11    A  Yes, uh-huh.
12    Q  And then on page 11, you say that
13  "Democrats might find it tempting to blame the
14  black vote for Nunn's loss."  Correct?
15    A  Yes, uh-huh.
16    Q  And your view is not the issue
17  of -- that the Democrat's issue is not black
18  turnout?  It's been the lack of white support;
19  correct?
20    A  Right, uh-huh.
21    Q  And you say that that's something
22  that has plagued the party for over 10 years
23  in statewide and other contests; correct?
24    A  Right, uh-huh.
25    (Whereupon a document was identified

---

**275**

1  as Plaintiff's Exhibit 232.)
2    Q  Thank you.  I want to move on to
3  232.
4    A  2, uh-huh (affirmative).
5    Q  Which is an email from you to Jim
6  Galloway dated July 22nd, 2015, and the first
7  page is GA2-572.  And you're welcome to read
8  it all, but really what I want to focus on is
9  your email that you sent at 11:22 a.m. on July
10  22nd, which is at the bottom of the first page
11  and the top of the second page.
12    A  Oh, okay.  Uh-huh (affirmative).
13  Okay.
14    Q  You recognize this document,
15  Mr. O'Connor?
16    A  Yes.
17    Q  And what is it?
18    A  It's correspondence between myself
19  and Jim Galloway.
20    Q  So at the bottom of the first page,
21  you are emailing Mr. Galloway, and you say
22  it's an "interesting test as to whether
23  Democrats can win a district with a very low
24  black percentage."  Correct?
25    A  Right, uh-huh.

---

Electronically signed by Joel Moyer (501-161-376-4513)       0e2f779f-4dcd-4e85-a10c-75d2766ba38f

Dan O'Connor  Georgia State Conference of the NAACP, et al vs Kemp  January 25, 2018

40 (Pages 276 to 279)

276

1 Q And you observe that only two State
2 House Democrats were elected from districts
3 under 20 percent black in voter registration
4 in 2014; correct?
5 A Right, uh-huh.
6 Q And one was in DeKalb and the other
7 was adjoining district, House District 80;
8 correct?
9 A Well, now, you're talking about
10 other than District 80?
11 Q Yeah.  There were two, and these
12 are areas that are both in DeKalb?
13 A Yeah.  81 is in DeKalb, and it's
14 got one precinct in Gwinnett, and 82 is all
15 within DeKalb.
16 Q Okay.  So DeKalb is kind of a
17 exception to the rule; correct?
18 A On the -- yes.
19 Q In terms of Democrats stand a
20 better chance to get the white vote in DeKalb
21 than in anywhere else in Georgia; correct?
22 A Well, I don't know about anywhere
23 else in Georgia.  I mean, you could debate
24 Midtown Atlanta, parts of Fulton County, but,
25 you know, it would -- you would probably get a

277

1 pretty good percentage there.
2 Q In terms of as a county?
3 A As a -- oh, as a county overall?
4 Q Yes.
5 A Yeah.  Yes, I would say that,
6 uh-huh (affirmative).
7 Q Okay.  And then you note that the
8 only representative in the Senate who's a
9 Democrat that represents a district that's
10 under 30 percent black is Ms. Parent?
11 A Parent.
12 Q Parent; correct.
13 A Yes.  Elena Parent, yes.
14 (Whereupon a document was identified as
15 Plaintiff's Exhibit 233.)
16 Q Yes.  Okay.  Thank you.
17 Okay.  I want to mark as
18 Exhibit 233 an email from Mr. O'Connor to
19 btyson@gmail.com.
20 A All right.
21 Q All right.  You recognize this
22 document?
23 A I do.
24 Q What is it?
25 A Correspondence between myself and

278

1 Bryan Tyson.
2 Q And who is Bryan Tyson?
3 A He works, I think, with the --
4 something with the Georgia State government,
5 like maybe Bar related.  He also used to work
6 at Strickland Brockington Lewis.
7 Q Is he somebody who's involved in
8 Republican politics in Georgia?
9 A Oh, he has been before, yes.
10 Q Okay.  And is he still sort of
11 associated with the Republican Party of
12 Georgia?
13 A I don't think in his current
14 position.  I think he's in a nonpartisan
15 position with the State, so I don't think
16 actively so.
17 Q Well, I'm talking about including
18 kind of in his -- people know him, even if he
19 doesn't have an official affiliation with the
20 Republican Party, people sort of know him as a
21 lawyer and as someone who's aligned with
22 Republicans; correct?
23 A He's been aligned with Republicans,
24 yes, I would say that.
25 Q Okay.  I want to focus on the

279

1 second paragraph of this email in which you
2 provide to him information comparing turnout
3 by race for Cobb and Gwinnett and the
4 information essentially showing for Gwinnett
5 that the white turnout has basically stayed
6 the same and the black turnout has grown
7 significantly.
8 A Uh-huh (affirmative).
9 Q Is that correct?
10 A Yes, it's in there, uh-huh
11 (affirmative).
12 (Whereupon a document was identified as
13 Plaintiff's Exhibit 234.)
14 Q Okay.  All right.  Next document is
15 going to be 2 --
16 A 34.
17 Q -- 34.  And that's an email from
18 you and Mr. -- to Mr. Galloway, and then on
19 the backside is a spreadsheet of voter
20 registration information.
21 A All right.
22 Q All right.  You recognize the
23 document?
24 A Yes.
25 Q And can you describe the email?

Electronically signed by Joel Moyer (501-161-376-4513)  0e2f779f-4dcd-4e85-a10c-75d2766ba38f

Dan O'Connor          Georgia State Conference of the NAACP, et al vs Kemp          January 25, 2018

41 (Pages 280 to 283)

280

1     A    You mean who it's with?
2     Q    Yes.
3     A    Yeah, correspondence with Jim
4   Galloway.
5     Q    And what is it you're trying to
6   convey to Mr. Galloway in this email?
7     A    Well, it talks, you know, a little
8   bit about the House District 80 where I think
9   there was a special election coming up and the
10   black percentage in the district.  And then in
11   the second paragraph, we're looking at
12   mentioning Cobb and Gwinnett counties, the
13   registration turnout.
14     Q    And what you're saying about the
15   registration turnout in Gwinnett County is
16   that the white partici -- the number of white
17   people has essentially stayed the same and the
18   number of black people has gone up
19   dramatically?
20     A    Yeah.  The black turnout has gone
21   up, and, yeah, there's a slight drop in the
22   white turnout in those four years.
23     Q    And, in fact, with Gwinnett, you're
24   looking at, in the spreadsheet on the back --
25     A    Oh, the spreadsheet, yes.

281

1     Q    -- you're looking at what happened
2   between 1996 and 2014; correct?
3     A    Right, uh-huh.
4     Q    And the spreadsheet was data that
5   you had compiled based on Secretary of State
6   data; correct?
7     A    Yeah, they do a credit for voting
8   reports after each election, how many people
9   voted.
10     (Whereupon a document was identified as
11     Plaintiff's Exhibit 235.)
12     Q    Okay.  All right.  The next
13   document is 1477 to 1479, and it is 235.
14     A    Okay.
15     Q    You recognize this document,
16   Mr. O'Connor?
17     A    I do.
18     Q    What is it?
19     A    Correspondence between myself and
20   Jim Galloway.
21     Q    Okay.  And I want to focus now on
22   the -- your second email, the one at
23   10:45 a.m. on the 2nd.
24     A    Uh-huh (affirmative).
25     Q    And it talks about how Clayton

282

1   County went from being a GOP county in the
2   Reagan years to a county that's virtually all
3   black, 14 percent white in voter registration;
4   correct?
5     A    Right, uh-huh.
6     Q    And that Clayton has seen this
7   political transformation from going three to
8   one for Reagan in 1984 to over 80 percent
9   Obama in 2012; correct?
10     A    Yeah, that's right.
11     Q    And that there's only one GOP
12   precinct left in Clayton; correct?
13     A    Right.
14     Q    And it's, it's a direct correlation
15   between Clayton going from being predominantly
16   white to predominantly black and then Clayton
17   going from being a predominantly Republican
18   county to a predominantly Democrat county;
19   correct?
20     MR. KHOURY:  Object to the form of
21   the question.
22     Q    You can answer the question.
23     A    Say it again.
24     MR. GREENBAUM:  Why don't you read
25   it back?

283

1     (Whereupon the court reporter read back
2     the referred-to portion as follows:)
3     Q    And it's, it's a direct correlation
4   between Clayton going from being predominantly
5   white to predominantly black and then Clayton
6   going from being a predominantly Republican
7   county to a predominantly Democrat county;
8   correct?
9     (Whereupon the reading back was
10     concluded.)
11     A    Right, uh-huh.
12     Q    And what you see going on is you
13   see African-American voters now moving from
14   Clayton County to Henry County and some white
15   voters moving from Henry County to areas
16   further out; correct?
17     A    Right, uh-huh.
18     Q    And the end result being that Henry
19   County is now during a stage of a
20   transformation between being a Republican
21   county to being a Democratic county?
22     A    Yeah.  It's a purple county, yes.
23     Q    It's a purple county?
24     A    Uh-huh (affirmative).
25     Q    And it's directly related to the

Donovan Reporting, PC                                                      770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                    0e2f779f-4dcd-4e85-a10c-75d2766ba38f

Dan O'Connor                 Georgia State Conference of the NAACP, et al vs Kemp                 January 25, 2018

284

1    fact that blacks are moving in and whites are
2    moving out; correct?
3          MR. KHOURY:  Object to the form of
4    the question.
5          A    I would say it's a factor.  I can't
6    say it's the whole factor.
7          Q    Would you say it's a significant
8    factor?
9          A    I would say a significant factor,
10   yeah.
11         Q    All right.  All right.  So going to
12   page 1478.  And at the bottom of the page, you
13   talk about Henry being a tossup county now?
14         A    Right, uh-huh.
15         Q    And then you talk about Henry --
16   "it should bode well for Henry going Democrat
17   next year for president," referring to 2016;
18   correct?
19         A    Right, uh-huh.
20         Q    And you were right about that.
21   Henry did go Democrat for president in 2016;
22   correct?
23         A    Right.  I didn't get any prize for
24   that, but, yes.
25         Q    But you foresaw that happening

285

1    based on the demographic trend; correct?
2          A    Yes, I would say that.
3          Q    And that you think the long-term
4    trend over the next three years is that Henry
5    is going to continue to go towards Democrats?
6          A    I write the long-term trend -- you
7    mean in the three counties mentioned above --
8          Q    Including Henry.
9          A    -- or are you just talking about
10   Henry?  Including Henry?
11         Q    Yes
12         A    Historically Democrats, yes.
13         Q    And that is similar to the
14   transformation that happened in Clayton
15   County; correct?
16         A    Yes, I would say so.
17         (Whereupon a document was identified as
18         Plaintiff's Exhibit 236.)
19         Q    Okay.  All right.  Next document,
20   236, email from Jan Jones to Dan O'Connor.
21         A    Okay.
22         Q    Okay.  Do you recognize
23   Exhibit 236, Mr. O'Connor?
24         A    Yeah, I certainly do.
25         Q    What is it?

286

1          A    Correspondence between myself and
2    Speaker Pro Tem Jan Jones.
3          Q    Okay.  The first email, now I'm
4    going to the first in time of the exchange.
5          A    At the bottom of the page?
6          Q    At the bottom of the first page.
7          A    Okay.
8          Q    Okay.  And you talk about, you say
9    that you're following up from yesterday, and
10   you attach some data, and you give some
11   analysis.  Do you recall a communication with
12   Ms. Jones the day before you sent the email
13   what the nature of that communication was?
14         A    Well, it looks like a lot of this
15   is about the TSPLOST vote below this
16   paragraph, which was a referendum we had on a
17   sales tax referendum for transportation.
18         And it's basically talking about --
19   it was basically a referendum, like counties
20   and regions, about whether, I think, to
21   increase the sales tax for certain
22   transportation projects, and it looks like
23   what I have here is a breakdown of how various
24   districts voted on the TSPLOST in Fulton
25   County.

287

1          Q    Okay.  All right.  And then above
2    that, Ms. Jones responds to you and says,
3    "Thank you," and then asks you to locate and
4    resend to her all the House district
5    performance numbers that you had compiled for
6    her some time ago; correct?
7          A    Yes, I see that.
8          (Whereupon documents were identified as
9          Plaintiff's Exhibit 237 and Plaintiff's
10         Exhibit 238.)
11         Q    Okay.  And then one of the -- and
12   then you responded to that, and you attached
13   two documents, and I'm going to mark GA-1171
14   as 237 and GA-1172 as 238.
15         Do you recognize the spreadsheet
16   that's 237?
17         A    I certainly do.
18         Q    And was that information that you
19   provided to Speaker Pro Tem Jones on September
20   4th, 2015?
21         A    Yeah.  It looks, yeah, from most
22   Republican, most Democrat, yeah -- I mean,
23   most Romney to least Romney, yeah.
24         Q    Yes.  And then Exhibit 238, 1172, a
25   table regarding Georgia members of the State

Donovan Reporting, PC                                                          770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                    0e2f779f-4dcd-4e85-a10c-75d2766ba38f

Dan O'Connor                Georgia State Conference of the NAACP, et al vs Kemp                January 25, 2018

288

1    House based on black percentage of registered
2    votes, October 2014, and it's the members that
3    are elected in November of 2014.  Was this
4    another document that you had compiled?
5        A    I believe, yes, uh-huh.
6        Q    And this was something that you
7    also provided to Speaker Pro Tem Jones on
8    September 4, 2015; correct?
9        A    Yeah, the table, the Romney, yeah,
10   the percentage, uh-huh (affirmative).
11       Q    Okay.  And the table that, that's
12   in 238, is it fair to say that, if you take
13   districts that are 40 percent or more black,
14   that there are only two Republicans elected
15   from those districts?
16       A    It looks like it, yes.
17       Q    And then if you take districts that
18   are 30 to 39 percent black, ten Republicans,
19   two Democrats, and one independent got
20   elected; correct?
21       A    Sorry.  You said ten Republicans
22   in, what, the 30 to 39 range?
23       Q    Ten Republicans, two Democrats, and
24   one independent in the 30 to 39 --
25       A    39, right.

289

1        Q    -- range.
2        A    That's right.
3        Q    And then if you go below 30
4    percent, you have three Democrats elected and,
5    by my count, 107 Republicans elected?
6        A    That would be right.
7        Q    Okay.  And this, and this is just
8    taking existing data that exists that this is
9    fact; correct?
10       A    Yeah.  It's taken from what the
11   Secretary of State has, yeah.
12       Q    There's nothing, there's nothing
13   interpretive here?  These are facts that
14   you're reporting here; correct?
15       A    Nothing -- in terms of the
16   percentages and people elected from each
17   district?
18       Q    Yes.
19       A    Yeah, yeah.  Nothing to interpret,
20   yeah.  It's just the facts.
21       Q    Okay.  And then in Exhibit 236, the
22   original --
23       A    Oh.
24       Q    -- the original email, you're
25   giving your analysis that's essentially

290

1    based -- that's taken from those tables;
2    correct?
3        A    You mean at the top?  Yes.
4        Q    Yes.
5        A    Uh-huh (affirmative).
6        Q    That -- and you talk about of the
7    75 House districts that are less than
8    20-percent black registration, Republicans
9    have a 73-to-2 advantage; correct?
10       A    Yes, that's what it says.
11       Q    And then you talk about producing
12   tables on the outcome of the seats that are
13   seriously contested the next year, including
14   Ms. Chandler's seat and Mr. Strickland's seat;
15   correct?
16       A    Yeah.  I mean, they're likely to be
17   seriously contested, yeah.
18       Q    Okay.  And then you said that
19   you'll also check data on 105 and 111;
20   correct?
21       A    Right, uh-huh.
22       Q    And you note that, that Gwinnett
23   and Henry, which are the counties that contain
24   105 and 111, have been growing, and virtually
25   all the growth in those counties is minority;

291

1    correct?
2        A    Right, uh-huh.
3        Q    And then in the next sentence, you
4    note that Henry, as it's becoming more
5    minority, is also becoming worse for
6    Republicans; correct?
7        A    Well, I don't say -- I mean, I say
8    it went two-thirds for Bush and 51 for Romney.
9        Q    And that's worse for Republicans;
10   correct?
11       A    Yeah, well, of course it's worse
12   for them.  I'm not saying that in that
13   language, but, yeah, it's worse, yeah, when
14   you look at the numbers.
15       Q    And then you're saying that a lot
16   of the growth in Henry is coming from Clayton
17   County which is 80-percent-plus Democratic;
18   correct?
19       A    Oh, right.  Yes.
20       Q    And it's also, as you've stated in
21   other documents, predominantly black as well?
22       A    Yeah.  Oh, yes, uh-huh.
23            (Whereupon a document was identified
24   as Plaintiff's Exhibit 239.)
25       Q    All right.  Thank you.  All

Donovan Reporting, PC                                                    770.499.7499

Dan O'Connor                Georgia State Conference of the NAACP, et al vs Kemp                January 25, 2018

44 (Pages 292 to 295)

---

292

1    right.  Next document is also an email from
2    you to Ms. Jones dated September 8th, 2015, at
3    2:41 p.m.  It's GA-1469, and this one is going
4    to be 239.
5        A    Okay.
6        Q    You recognize this document,
7    Mr. O'Connor?
8        A    I do.
9        Q    What is it?
10       A    A document -- well, correspondence
11   between myself and the Speaker Pro Tem Jones.
12       Q    Okay.  And then with that you
13   included three spreadsheets as well; correct?
14       A    Yeah, that's what it says attached,
15   yeah.
16       (Whereupon documents were identified as
17       Plaintiff's Exhibit 240, Plaintiff's
18       Exhibit 241, and Plaintiff's Exhibit
19       242.)
20       Q    So I'm going to mark the next three
21   documents.  240 is going to be 1471, 241 is
22   going to be 1472, and 242 is going to be 1473.
23       A    Yes.
24       Q    So, sorry, are 240, 241, and 242
25   the three spreadsheets that you provided to

---

293

1    Speaker Pro Tem Jones as part of Exhibit 239?
2        A    As part of that email?  Yes.
3        Q    Okay.  And I want to focus on 242
4    and the first paragraph of 239, in which
5    you're talking about the competitive districts
6    and what's happening with some of the
7    competitive districts.
8            You talk about the fact that, in
9    terms of the Democratic incumbents with the
10   closest races, one of them is a district that
11   is becoming more black and will probably be
12   majority black, and that's Ms. Alexander's
13   district; correct?
14       A    Yes.
15       Q    So that district is one that is
16   going to go further and further away from
17   Republicans over time; correct?
18       A    Yes, I would say so, uh-huh.
19       Q    And then Holcomb's district may be
20   more of a close district?
21       A    Yes, that would be accurate.
22       Q    All right.  And why did you send
23   this information to Speaker Pro Tem Jones?
24       A    Well, I mean, she likes to keep
25   track of the State House districts, the

---

294

1    performance in them.
2        Q    Because part of her job is to try
3    to get as many Republicans elected as
4    possible; correct?
5        A    I mean, you could say that.  I
6    don't, I don't -- she hasn't specifically said
7    that, but, you know, being speaker pro tem,
8    she's probably trying to keep a Republican
9    majority.
10       (Whereupon a document was identified as
11       Plaintiff's Exhibit 243.)
12       Q    All right.  I want to mark as
13   Exhibit 243 an email from you to Ms. Jones
14   that's September 8th, 2015, at 4:06 p.m., 1467
15   and 1468.  And I want you to focus on the
16   email that she sent you at 3:29 p.m. and your
17   response because after that it's just the
18   email that we previously discussed.
19       A    Oh, so starting at the bottom?
20       Q    Yeah.  Start at September 8th,
21   3:29 p.m.
22       A    Okay.  Okay.
23       Q    You recognize this document?
24       A    Yeah, I do.
25       Q    And this is more correspondence

---

295

1    between you and Speaker Pro Tem Jones;
2    correct?
3        A    Right, uh-huh.
4        Q    In her email at 3:29 p.m., she
5    refers to your previous email and says, "This
6    is great information."  Correct?
7        A    Yeah, that's what it says.
8        Q    And then the next part is she asked
9    you a specific question that, since
10   Republicans have been in the majority, have we
11   lost a seat held by a Republican incumbent to
12   a Democrat?
13       A    Yeah, I see that.
14       Q    And that -- and at the top is your
15   response to that where you identify instances
16   in which that happened; correct?
17       A    Where a Republican lost to -- an
18   incumbent Republican lost to a Democrat, yeah.
19       Q    Correct?
20       A    Yes.
21       Q    And so you mention one instance
22   from 2010 when Jill Chambers lost to Elena
23   Parent?
24       A    Right.
25       Q    And that's the same Ms. Parent

---

Donovan Reporting, PC                                                        770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                        0e2f779f-4dcd-4e85-a10c-75d2766ba38f

Dan O'Connor                Georgia State Conference of the NAACP, et al vs Kemp                January 25, 2018

296

1    who's now in the State Senate?
2        A    Right.  She ran for the State
3    Senate a few years later and got elected to
4    that, so she was, I think, in the House just
5    for one term.
6        Q    Okay.  And that -- and you say that
7    that seat was a politically marginal district?
8        A    Right.
9        Q    And do you recall the racial
10   demographics of that district?
11       A    It might have been about 15 percent
12   or so African-American.  It was basically in
13   North DeKalb, kind of near Brookhaven, north
14   of Emory.
15       Q    Okay.  And DeKalb, we've discussed
16   before, is a county where white, whites tend
17   to go more for Democrats than in other
18   counties; correct?
19       A    Yes, uh-huh.
20       Q    Okay.  Then you mention three
21   elections in 2008.
22       A    Right.
23       Q    And you say that "in all three of
24   those losses, there was a significant minority
25   percentage in the district, 30 percent or

298

1        Q    Yeah.
2        A    No, it's not -- no.  If you notice
3    there, it's -- we had the three incumbent
4    losses.  We had Steve Tumlin to Pat Dooley.
5        Q    Oh, so, but HD 8 is where Democrats
6    went down in defeat.  But I'm talking about
7    instances --
8        A    Oh, I'm sorry.
9        Q    -- in which the Republican
10   incumbents lost.
11       A    Oh, I'm sorry.  I was getting them
12   confused.
13       Q    You provided four examples since
14   2008.
15       A    Oh, okay.  I'm sorry.  I
16   misunderstood.
17       Q    Correct?
18       A    Right, right.
19       Q    Okay.  One example was from DeKalb
20   County?
21       A    Right.
22       Q    Which is an outlier in terms of
23   white support for Democratic candidates;
24   correct?
25       A    Right.

297

1    more."  Correct?
2        A    Yes, uh-huh.
3        Q    And so the only instances that you
4    could come up with were one instance involving
5    DeKalb and three instances in which the
6    district was 30 percent or more minority;
7    correct?
8        A    In -- I'm sorry.  In terms of a --
9        Q    Republican incumbent losing to a
10   Democrat.
11       A    Well, I did, I did have at the
12   bottom there too that Stephen Allison defeated
13   Charles Jenkins in House District 8.  Allison
14   was a Republican.  At the bottom of the
15   paragraph.
16       Q    Isn't that one of the three, three
17   losses that you're referencing?
18       A    Oh, I'm sorry.  I thought you were
19   talking about the three that were the 30
20   percent -- or were you talking about
21   Tumlin-Dooley and --
22       Q    Is that not one of the 30-percent
23   ones?
24       A    You mean Stephen Allison's
25   district?

299

1        Q    The other three instances were in
2    2008 it involved districts where minorities
3    comprised at least 30 percent of the
4    electorate; correct?
5        A    Okay.  I'm sorry.  I misunderstood.
6    Yes, uh-huh.
7        Q    Yes?  Correct?
8        A    What?  What?  That they lost and 30
9    percent?  Yes, uh-huh.
10       Q    So outside of DeKalb and outside of
11   a district where Democrats -- where the
12   minority percentage was more than 30 percent,
13   you couldn't come up with an instance between
14   2008 and 2015 where a Republican incumbent had
15   lost?
16       A    I mean, that's all I could recall,
17   yes.
18       MR. GREENBAUM:  Okay.  Thank you.
19   Shall we take a break?
20       THE WITNESS:  Yes, thank you.
21   Bathroom break, please.
22       THE VIDEOGRAPHER:  Going off video
23   record at 3:48 p.m.
24       (Proceedings in recess, 3:48 p.m. to
25       3:58 p.m.)

Donovan Reporting, PC                                                          770.499.7499

Dan O'Connor          Georgia State Conference of the NAACP, et al vs Kemp          January 25, 2018

46 (Pages 300 to 303)

300

1    THE VIDEOGRAPHER:  We're back on
2  video record at 3:58 p.m.  This is the
3  beginning of video file number four.
4    (Whereupon a document was identified as
5  Plaintiff's Exhibit 244.)
6    Q    Mr. O'Connor, I want to mark as the
7  next exhibit, which is 244, GA 1450 and 51.
8        Do you recognize the document,
9  Mr. O'Connor?
10   A    Oh, yes.
11   Q    What is it?
12   A    Correspondence between myself and
13  Representative David Knight of Griffin.
14   Q    And he is the rep in District 130;
15  is that correct?
16   A    That's right.
17   Q    And he was affected by the 2015
18  redistricting; correct?
19   A    He was.
20   Q    And what it sounds like was done in
21  his district was there were people in Henry
22  County that were taken out and people in
23  Spalding County that were added in?
24   A    I don't remember what happened in
25  the Spalding part, but, yeah there were some

301

1  changes, I think, in the Henry part.
2    Q    It does say, "while picking up the
3  same number in Spalding."  Do you see that?
4    A    About the same number, right.
5    Q    Yeah.
6    A    So it probably wasn't a significant
7  change.
8    Q    But it was taking people out of
9  Henry and adding people to his district from
10  Spalding; correct?
11   A    Well, I mean, it says, what, total
12  population.  Let me look at that again.
13  Right.  Yeah.  I'm sorry.  Yeah.  "New 130 has
14  5,000 people less in Henry than before,"
15  picking up in Spalding, yeah, uh-huh.
16   Q    And it says, "following up from
17  yesterday."  Did Representative Knight ask you
18  for this information?
19   A    I don't recall.
20   Q    Would it be consistent with what
21  you say in the email that you're following up,
22  that you're providing information that he
23  requested?
24   A    Well, it could be.  I may have run
25  into him in the hall.  I thought you meant

302

1  maybe like if there was like a written
2  request.  But, yeah, looks like it was
3  following up from him on that.
4    (Whereupon documents were identified as
5  Plaintiff's Exhibit 245, Plaintiff's
6  Exhibit 246, and Plaintiff's Exhibit
7  247.)
8    Q    Okay.  Great.  All right.  Next
9  document is 245, and it's GA2-1406.  And two
10  spreadsheets that go with that.  One is
11  GA2-1407, and we'll call that 246.  And then
12  GA-1408, and we'll call that 247.
13       Who is Ben Jordan, Mr. O'Connor?
14   A    He used to be the chief of staff
15  for Majority Leader Jon Burns.
16   Q    And Burns, Burns is in the House?
17   A    Right, the House majority leader.
18   Q    Okay.
19   A    Ben's no longer there, but he was
20  at the time.
21   Q    And what's the relationship between
22  the speaker, the speaker pro tem, and the
23  majority leader?
24   A    The relationship in terms of?
25   Q    So speaker is in charge of the

303

1  House; correct?
2    A    Right.
3    Q    The speaker pro tem is second in
4  command?
5    A    I would say that's right.
6    Q    And then the majority leader,
7  what's the role of majority leader?
8    A    I would say the role of the
9  majority leader is to, you know, rally his
10  caucus for votes on the floor of the House.  I
11  don't think it's strictly seen as third in
12  ranking, but it's more about rallying the
13  Republican caucus.
14   Q    Would it be fair to say that the
15  majority leader is in House leadership?
16   A    Oh, yes, I would consider that,
17  yes, uh-huh.
18   Q    Okay.  And Mr. Jordan was the
19  majority leader's chief of staff?
20   A    Right.  He was, but he's no longer
21  there.
22   Q    He was at the time you sent him
23  this email; correct?
24   A    Right, right.  Yeah.  I'm just
25  saying he's no longer there today, yeah.

Donovan Reporting, PC                                        770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                    0e2f779f-4dcd-4e85-a10c-75d2766ba38f

Dan O'Connor                Georgia State Conference of the NAACP, et al vs Kemp                January 25, 2018

47 (Pages 304 to 307)

---

304

1    Q   All right.  And you -- are
2  Exhibits 246 and 247 information that you
3  provided to Mr. Jordan?
4    A   Right.  I'm looking at it, yes.
5    Q   And that it takes -- 246 is ranking
6  State House districts which elected Democrats
7  by black percentage; correct?
8    A   That's right.
9    Q   And 247 was districts that elected
10  Republicans by percentage black; correct?
11    A   Right, yes.
12    Q   And do you know why Mr. Jordan was
13  interested in this information?
14    A   Well, he probably just would want
15  to see the breakdown of legislators by
16  minority percentage.
17    Q   That would sort of reflect at what
18  point districts are more likely to elect
19  Democrats or -- than Republicans and vice
20  versa?
21    A   It could, sure, uh-huh.
22    (Whereupon a document was identified as
23    Plaintiff's Exhibit 248.)
24    Q   Now, I'm going to mark as 248
25  the -- Mr. Jordan's response to your email,

---

305

1  GA2-267.  Do you recognize that document?
2    A   I do.
3    Q   What is it?
4    A   Well, it's a memo from Ben Jordan
5  to myself.
6    Q   Responding to the information that
7  you had previously sent him that we just
8  talked about; correct?
9    A   Right, uh-huh.
10    Q   And Mr. Jordan reflects that he
11  want -- he was going to show that information
12  to Leader Burns, the information showing the
13  ranking of Republican and Democratic House
14  members by black population percentage;
15  correct?
16    A   Yes, that's what it says on that
17  line.
18    (Whereupon a document was identified as
19    Plaintiff's Exhibit 140.)
20    Q   All right.  I'm going to show you a
21  document that's previously been marked as
22  Exhibit 140.  Do you recognize the document,
23  Mr. O'Connor?
24    A   I do, uh-huh (affirmative).
25    Q   And what is it?

---

306

1    A   It's correspondence between myself
2  and Mr. Jordan.
3    Q   And in that correspondence, you
4  reflect that the main beneficiaries of the
5  2015 redistricting were Ms. Chandler and
6  Mr. Strickland; correct?
7    A   Yes, in the first paragraph, yes,
8  uh-huh.
9    (Whereupon a document was identified as
10    Plaintiff's Exhibit 249.)
11    Q   Thank you.  All right.  I want to
12  mark as 249 GA2-1354.
13    Do you recognize the document,
14  Mr. O'Connor?
15    A   I do.
16    Q   What is it?
17    A   A document between myself and Chris
18  Kelleher.
19    Q   Who's Chris Kelleher?
20    A   He used to be at the Georgia Trial
21  Lawyer's Association.  I think he worked at
22  the State Republican Party previously, and I
23  think he's a law school student now,
24  University of Georgia.
25    Q   Okay.  And you, you note that you

---

307

1  attach a document showing how the House
2  Districts as revised by the 2015 plan voted in
3  the 2012 presidential election; correct?
4    A   Right, uh-huh.
5    (Whereupon a document was identified as
6    Plaintiff's Exhibit 250.)
7    Q   And I want to mark as 250
8  spreadsheet 1389.  Is that the spreadsheet
9  that you sent to Mr. Kelleher?
10    A   The districts -- yes, that looks
11  like it, uh-huh (affirmative).
12    (Whereupon a document was identified as
13    Plaintiff's Exhibit 251.)
14    Q   Thank you.  I want to mark as 251
15  GA-1341 to 44.  And I'll tell you what I want
16  to focus on --
17    A   Oh, sure.
18    Q   -- Mr. O'Connor.
19    A   Thank you.
20    Q   It's on the third page, the
21  paragraph that says also.
22    A   Yes, uh-huh.
23    Q   Okay.  And, generally, this is an
24  email exchange between you and Mr. Jordan;
25  correct?

---

Donovan Reporting, PC                                                        770.499.7499

Dan O'Connor                Georgia State Conference of the NAACP, et al vs Kemp                January 25, 2018

308

1    A    That's what it looks like, yes,
2  uh-huh.
3    Q    Okay.  And on the third page in the
4  paragraph that's also, second half of the
5  paragraph, you note that even with the changes
6  made to the Chandler district and the
7  Strickland district they would still be
8  competitive; correct?
9    A    That's what I wrote, yes.
10    Q    And then, and then you said, as you
11  discussed with him, Gwinnett County and Henry
12  County are rapidly changing.  The former,
13  meaning Gwinnett, leans Republican but is
14  probably not more than two cycles away from
15  being 50-50, and the latter, referring to
16  Henry, is already at parity; correct?
17    A    Right, uh-huh.
18    Q    And this is consistent with the
19  other analysis that you've done showing that
20  demographics are changing Gwinnett and Henry
21  from being white Republican counties to more
22  minority, larger minority, and Democratic
23  counties; correct?
24    A    Yes, correct, uh-huh.
25    (Whereupon documents were identified as

309

1    Plaintiff's Exhibit 252 and Plaintiff's
2    Exhibit 253.)
3    Q    And then that paragraph also
4  mentions that you've attached some tables, and
5  I just want to ask you if the two tables I'm
6  about to show you are those tables.  First one
7  is going to be 252, and it's GA-1347, and the
8  second one is 253, and it's GA-1348.
9    Are those the spreadsheets that you
10  provided, Mr. O'Connor?
11    A    Looks like, yes, House and -- I
12  mean, governor and US Senate.
13    (Whereupon a document was identified
14    as Plaintiff's Exhibit 254.)
15    Q    Thank you.  All right.  I want to
16  move on now to GA2-248, and it's email
17  exchanges between you and Mr. Efstration, and
18  it's Exhibit 254.
19    Do you recognize this document,
20  Mr. O'Connor?
21    A    I certainly do.
22    Q    And it's you and Rep Efstration?
23    A    Representative Chuck Efstration,
24  yes.
25    Q    And he was wanting to know whether

310

1  the changes to 104 were going to be effective
2  in the 2016 election; is that correct?
3    A    Well, the -- I'll tell you where
4  the question was.  Usually, when we do a
5  redistricting change, it would take effect
6  with the next election cycle.  But I think,
7  because of the way the statute was written, it
8  took effect immediately when the governor
9  signed, which I think was in May of 2015.
10    So I think his question was whether
11  it didn't go in effect until the next regular
12  election or whether it took effect once the
13  governor signed it.
14    Q    Okay.  And you provided some data
15  to Mr. Efstration along with giving him the
16  answer to his question; correct?
17    A    Yeah, showing his district and
18  Gwinnett overall.
19    (Whereupon a document was identified as
20    Plaintiff's Exhibit 255.)
21    Q    Okay.  All right.  Next is
22  Exhibit 255, and it's an email from you to
23  Mr. Efstration, February 5th, 2016.
24    Recognize the document,
25  Mr. O'Connor?

311

1    A    I do, uh-huh (affirmative).
2    Q    And it's another email that you're
3  sending to Mr. Efstration?
4    A    Right, uh-huh.
5    Q    And it notes at the beginning that
6  you had had lunch the day before; is that
7  correct?
8    A    Yes, uh-huh.
9    Q    And in the last paragraph --
10    A    Well, can I read that?  I haven't
11  looked at the --
12    Q    Sure.  I'm going to focus on the
13  last paragraph.
14    A    So just look at -- okay.  All
15  right.  Just give me about a minute to look it
16  over.
17    Q    Sure.
18    A    Okay.  Sorry.
19    Q    Okay.  And you -- your point there
20  is that Gwinnett is becoming -- is going
21  through a demographic change that's making it
22  more competitive between Democrats and
23  Republicans; correct?
24    A    Right, uh-huh (affirmative).
25    Q    And you're talking about

Donovan Reporting, PC                770.499.7499

Dan O'Connor             Georgia State Conference of the NAACP, et al vs Kemp             January 25, 2018

49 (Pages 312 to 315)

312

1    specifically Lawrenceville has a Democratic
2    surge; correct?
3        A    Right.  That's what it says, yes.
4        Q    And I think we established in your
5    last deposition that Lawrenceville is a
6    majority-minority city?
7        A    I don't know that for sure.  Is
8    that what you said last time?
9        Q    I think that's what the census data
10   says.
11       A    Okay.  Okay.  Well, I mean, I
12   haven't looked at the census data --
13       Q    Okay.
14       A    -- lately.
15       Q    And Rockbridge, is that a heavily
16   minority area?
17       A    Yeah, that would be.  The county
18   labels their precincts, like Rockbridge,
19   Goodwins, like by region or something, so
20   they're like in the southern tip of the
21   county.
22       Q    Okay.  And that's a heavily
23   minority area?
24       A    Today, yes, I would say.
25       (Whereupon documents were identified as

313

1        Plaintiff's Exhibit 256 and Plaintiff's
2        Exhibit 257.)
3        Q    Okay.  Now, the next two documents,
4    Exhibit 256 is going to be GA2-244.  257 is
5    going to be GA2-245.
6            Mr. O'Connor, do you recall Caulder
7    Childs asking you to analyze a list of
8    upcoming anticipated House races?
9        A    Yeah.  You mean Mr. Harvill-Childs,
10   yes.
11       Q    Yes.  And that's the document that
12   we're talking about in 255; correct?
13       A    I believe so, yes, uh-huh.
14       Q    And then 256 is the actual list of
15   House races that they wanted you to analyze;
16   correct?
17       A    I'm sorry.  The list?
18       Q    I mean 257.
19       A    257.  Oh, I'm -- yeah.
20       Q    257, those were the races that they
21   wanted you to analyze?
22       A    Right, right, on 257.  I'm sorry.
23   Yeah, uh-huh.
24       Q    And that's Mr. Harvill-Childs and
25   Mr. Amburn wanted you to analyze those races;

314

1    correct?
2        A    Right.
3        (Whereupon documents were identified as
4    Plaintiff's Exhibit 258 and Plaintiff's
5    Exhibit 259.)
6        Q    All right.  Next two documents are
7    GA2-2654 and GA2-2658.  So 258 is the document
8    with 2654 at the bottom, and 259 is the
9    document with 2658 at the bottom.
10           And we just talked about this
11   request that Mr. Harvill-Childs and Mr. Amburn
12   had of you analyzing House districts that were
13   up for election.  Is 259 your table in
14   response to the request?
15       A    That looks like it, yeah.
16       Q    And 258 would reflect your -- the
17   email attaching the response; correct?
18       A    Well, I mean, I haven't looked at
19   this.  I'd have to --
20       Q    Okay.  Why don't you look at the
21   top, top of the email and see --
22       A    Just the --
23       Q    -- if that's the case?
24       A    Not the whole thing, just the top?
25       Q    Just enough to see whether you can

315

1    confirm that that's your response.
2        A    Okay.  I just want to look it over,
3    yeah.
4        Q    Sure.
5        A    Yeah, I would -- that's it, yeah.
6        (Whereupon a document was identified as
7    Plaintiff's Exhibit 260.)
8        Q    Great.  I want to mark as the next
9    document, it's GA-196 to 199, and that's going
10   to be 260.
11           Do you recall a request from a
12   Mr. Klarner about asking about mid-decade
13   redistricting in Georgia?
14       A    I mean, it looks like my email.  I
15   don't -- I'm trying to remember who he was,
16   but can I look it over?
17       Q    Sure.
18       A    Okay.  Yes.  So it looks like he
19   was looking for the history of, you know, the
20   redistricting over time.
21       Q    And does your response reflect the
22   history as, as you knew it and had researched
23   it?
24       A    Yes, of the -- yeah, of the
25   redistricting, yes.  Midterm, yeah, uh-huh

Donovan Reporting, PC                                              770.499.7499

316

1   (affirmative).
2        (Whereupon a document was identified
3        as Plaintiff's Exhibit 261.)
4        Q    Okay. Thank you. I want to mark
5   as the next exhibit which is 261 an email from
6   David Wickert to Dan O'Connor with a table
7   attached to it.
8            My question for you, Mr. O'Connor,
9   is: Is the table on the second page a table
10  that you had compiled?
11       A    I would say it is.
12       (Whereupon a document was identified
13       as Plaintiff's Exhibit 262.)
14       Q    All right. Thank you. All right.
15  Next document is 262, and it's going to be an
16  email from Dan O'Connor to Caulder
17  Harvill-Childs.
18       A    It's a tongue twister.
19       Q    A mouthful. Do you recognize the
20  document?
21       A    Yeah. I'm still looking it over.
22       Q    Sure.
23       A    Yes, I do.
24       Q    Okay. And what is it?
25       A    I mean, correspondence with Caulder

317

1   Harvill-Childs.
2        Q    Okay. Now --
3        A    And Ben Jordan. I'm sorry.
4        Q    Sure. And on the second page, with
5   105 and 111, you're showing differences in
6   voter registration between March 2016 and
7   October 2016; correct?
8        A    That would be right.
9        Q    And what these districts reflect,
10  what the changes reflect, is that these
11  districts even in that seven-month period were
12  becoming more black and less white; correct?
13       A    That's what the data shows.
14       (Whereupon documents were identified as
15       Plaintiff's Exhibit 263 and Plaintiff's
16       Exhibit 264.)
17       Q    I want to show you a spreadsheet,
18  2167 and 2168. 2167 will be 263. 2168 will
19  be 264.
20           And my question for you,
21  Mr. O'Connor, is: Did you come up with these
22  tables?
23       A    I'm sure I did.
24       Q    And do they reflect changes in
25  voter registration over time by race in

318

1   Gwinnett and Henry County?
2        A    They sure do.
3        (Whereupon a document was identified as
4        Plaintiff's Exhibit 265.)
5        Q    Okay. I want to mark as the next
6   exhibit, which is 265, spreadsheet at 1204.
7   What is 265, Mr. O'Connor?
8        A    It's a spreadsheet showing the
9   voter registration by race for House District
10  105.
11       Q    And was this something that you had
12  compiled?
13       A    I would say so, uh-huh
14  (affirmative).
15       (Whereupon a document was identified as
16       Plaintiff's Exhibit 266.)
17       Q    Okay. Okay. I want to mark as the
18  next exhibit, 266, an email from Ben Jordan to
19  Dan O'Connor. Do you recognize this document,
20  Mr. O'Connor?
21       A    I sure do.
22       Q    What is it?
23       A    A memo between Ben Jordan and
24  myself.
25       Q    In which you, among other things,

319

1   discuss the districts that elected Republicans
2   in the House but went for Clinton?
3        A    Yes, that's correct, uh-huh.
4        Q    And then Mr. Jordan reflects the
5   fact that he sent your information to Leader
6   Burns; is that correct?
7        A    I would assume so, yes.
8        Q    That's what he at least represents
9   to you; correct?
10       A    Right, right, yeah.
11       (Whereupon a document was identified as
12       Plaintiff's Exhibit 267.)
13       Q    All right. I want to mark as the
14  next exhibit, 267, correspondence between
15  Mr. O'Connor, Spiro Amburn, Caulder Childs,
16  and Ben Jordan that go from pages 2106 to
17  2109.
18           Do you recognize this document,
19  Mr. O'Connor?
20       A    I sure do.
21       Q    What is it?
22       A    Correspondence over the -- I mean,
23  with Spiro, Caulder, and Ben on the Republican
24  districts that went for Clinton in 2016.
25       Q    And it reflects your analysis of

Dan O'Connor                Georgia State Conference of the NAACP, et al vs Kemp                January 25, 2018

51 (Pages 320 to 323)

320

1    what's going on in each of these districts;
2    correct?
3        A    Sure does.
4        Q    And that includes a discussion of
5    District 105 and District 111; correct?
6        A    That's correct.
7        Q    And you based your analysis on,
8    largely on, data that was available from the
9    State; correct?
10       A    You're talking about for this whole
11   report?
12       Q    Particularly for 105 and 111.
13       A    For -- yeah, for, I mean, a
14   combination of voter registration and election
15   data, yes.
16       (Whereupon a document was identified as
17       Plaintiff's Exhibit 268.)
18       Q    All right. I want to mark as the
19   next Exhibit 268. It is 2718. Do you
20   recognize the document?
21       A    Yeah, it looks like mine, uh-huh
22   (affirmative).
23       Q    Do you know whether you prepared
24   the document for anybody in particular?
25       A    I mean, it could -- I mean, I don't

321

1    remember specifically, but probably, I would
2    guess, Caulder and/or Spiro.
3        Q    Because you were providing a lot of
4    data to them around that time?
5        A    Right, right, uh-huh.
6        (Whereupon a document was identified as
7        Plaintiff's Exhibit 269.)
8        Q    Okay. All right. I'm going to show
9    you a spreadsheet that's 2730. It's kind of a
10   long spreadsheet. We'll mark it as 269.
11       A    9, uh-huh.
12       Q    Do you recognize that spreadsheet,
13   Mr. O'Connor?
14       A    I sure do.
15       Q    What is it?
16       A    A spreadsheet of how the House
17   Districts voted in the '14 statewide elections.
18       Q    And was this, this the sort of
19   document that you were providing to Mr. Amburn?
20       A    It would look like the type, yes,
21   uh-huh.
22       Q    This is the type of information that
23   he was interested in?
24       A    He would be interested in that,
25   yeah, uh-huh.

322

1        (Whereupon a document was identified
2        as Plaintiff's Exhibit 270.)
3        Q    Okay. I want to show you an email
4    dated March 20th, 2017, and it is from Dan
5    O'Connor to Chris D'Aniello.
6        A    Uh-huh (affirmative).
7        Q    And we're going to mark it as 270.
8    Mr. O'Connor, who is Mr. D'Aniello?
9        A    He's somebody I think used to worked
10   with Congressman Jack Kingston, and now he
11   works with some consulting firm in Kansas City.
12       Q    Okay. I want to ask you about a
13   specific sentence on page three, or specific
14   couple of sentences. It's in the paragraph
15   that starts "As for how the House Districts
16   voted in the presidential" --
17       A    Okay.
18       Q    -- "contest."
19       A    Uh-huh (affirmative).
20       Q    And you talk about split precincts?
21       A    Yes.
22       Q    And you say that "a lot of the
23   precincts are estimated because of split
24   precincts." Correct?
25       A    Yeah. I mean, that makes it

323

1    complicated, yes.
2        Q    And why does it make it complicated?
3        A    Well, because counties don't
4    typically break those down. You have to
5    estimate, you know, what portion of a split
6    precinct went one way and one the other, and
7    sometimes you might have a precinct split in
8    three or four House districts.
9        Q    Okay. And that makes it hard to
10   project political performance where you have
11   split precincts; correct?
12       A    Makes it harder, yes, uh-huh.
13       (Whereupon a document was identified as
14       Plaintiff's Exhibit 271.)
15       Q    All right. Let's mark as 2140 the
16   next exhibit, 271. And, Mr. O'Connor, is this
17   voter registration data that you had compiled
18   for Henry County going from January 1, 2002, to
19   October 1, 2016?
20       A    That would be right.
21           MR. GREENBAUM: Okay. No further
22   questions.
23           THE VIDEOGRAPHER: Going off video
24   record at 4:40 p.m.
25       (Proceedings adjourned, 4:40 p.m.)

Electronically signed by Joel Moyer (501-161-376-4513)                                    0e2f779f-4dcd-4e85-a10c-75d2766ba38f

Dan O'Connor              Georgia State Conference of the NAACP, et al vs Kemp              January 25, 2018

52 (Pages 324 to 326)

---

324

1   I, DAN O'CONNOR, Deponent,
2   do hereby certify that I have read the
3   foregoing deposition, and the same is a true
4   and accurate transcript of my testimony, except
5   for the changes listed below, if any.
6   PAGE/LINE/CHANGE                    REASON
7   _____
8   _____
9   _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
    If additional space is needed, please attach
20  separate sheet(s) and indicate number of
    additional page(s) here:_____
21  _____
22  _____
    DAN O'CONNOR, Deponent
23  This _____ day of _____, 20_____.
24  Donovan Reporting, PC FAX: 770-428-5801
    237 Roswell Street Marietta, GA  30060
25  Date of Deposition: 1-25-2018 CR: JM

---

325

1        CERTIFICATE OF COURT REPORTER
2   STATE OF GEORGIA
3   COUNTY OF COBB
4        I hereby certify that the foregoing
5   deposition was reported as stated in the
6   caption, and the questions and answers thereto
7   were reduced to writing by me;
8        That the witness's right to read and
9   sign the deposition was reserved;
10       That the foregoing pages 162 through
11  326 represent a true, correct, and complete
12  transcript of the evidence given on the
13  above-referenced date by the witness, DAN
14  O'CONNOR, who was first duly sworn by me;
15       That I am not of kin or counsel to any
16  of the attorneys or parties in this case.
17       I do hereby disclose pursuant to
18  Article 10.B. of the Rules and Regulations of
19  the Board of Court Reporting of the Judicial
20  Council of Georgia that I am a Georgia
21  Certified Court Reporter; that I am an employee
22  of Donovan Reporting PC; that Donovan
23  Reporting PC was contacted by the attorney
24  taking the deposition to provide court
25  reporting services for this deposition; that I

---

326

1   am not taking this deposition under any
2   contract that is prohibited by OCGA 15-14-37(a)
3   and (b) or Article 7.C. of the Rules and
4   Regulations of the Board; and I am not
5   disqualified for a relationship of interest
6   under OCGA 9-11-28(c).
7        There is no contract to provide
8   reporting services between myself or any person
9   with whom I have a principal and agency
10  relationship nor any attorney at law in this
11  action, party to this action, party having a
12  financial interest in this action, or agent for
13  an attorney at law in this action, party to
14  this action, or party having a financial
15  interest in this action.  Any and all financial
16  arrangements beyond my usual and customary
17  rates have been disclosed and offered to all
18  parties.
19       This 1st day of February 2018.
20
21
22  JOEL P. MOYER, CCR 2745
23  Certified Court Reporter
24
25

---

Donovan Reporting, PC                                                      770.499.7499

**A**

**above-referenced**
325:13
**absolutely** 185:17,19
257:3
**accelerate** 230:10
**accelerated** 230:3
**accelerating** 177:19
177:22
**accurate** 238:22
239:17 293:21
324:4
**accurately** 214:5
**action** 326:11,11,12
326:13,14,15
**active** 164:22 165:13
168:7,21 172:20
173:1 174:19
272:13
**actively** 278:16
**actual** 270:15 313:14
**added** 300:23
**adding** 301:9
**addition** 218:21
**additional** 324:19,20
**address** 235:22
**adjoining** 204:19
243:2 276:7
**adjourned** 323:25
**Adoma** 170:10 257:8
**Adopted** 173:8,13,16
173:25
**advantage** 216:5
290:9
**affiliate** 264:21
**affiliation** 278:19
**affirmative** 182:25
198:19 212:25
216:9,13 230:1
236:21 243:22
252:3 261:19 265:6
265:9 271:1 275:4
275:12 277:6 279:8
279:11 281:24
283:24 288:10
290:5 305:24
307:11 311:1,24
316:1 318:14
320:22 322:6,19
**African-American**
260:5 283:13
296:12

**African-Americans**
207:21 229:5
**afternoon** 218:10
**agency** 326:9
**agent** 326:12
**ago** 217:15 239:19
243:4 287:6
**agree** 202:4 247:2
**agreed** 202:6
**Alabama** 270:18
**ALEX** 163:18
**Alexander's** 293:12
**aligned** 278:21,23
**Allen** 163:19
**Allison** 297:12,13
**Allison's** 297:24
**Alpharetta** 201:13
208:12
**ambassador** 196:18
**Amburn** 165:22
167:1 175:1 194:18
194:24 218:20,23
218:25 219:19
220:12,18 313:25
314:11 319:15
321:19
**analysis** 197:4 240:23
272:16,20 286:11
289:25 308:19
319:25 320:7
**analyze** 313:7,15,21
313:25
**analyzing** 314:12
**ANDERSON** 162:7
**ANDREA** 162:7
**Andy** 168:11 242:14
**and/or** 321:2
**answer** 191:23
282:22 310:16
**answers** 325:6
**anticipated** 313:8
**anticipating** 224:16
**anybody** 214:11
320:24
**apace** 239:9
**apologize** 236:13
**APPEARANCES**
163:1
**appears** 235:7
**appreciate** 227:3
**April** 255:12,23
**area** 189:2,9,13

**251:12 259:22
266:6 312:16,23
areas** 210:22,22
211:2 228:3 259:25
265:11 276:12
283:15
**ARIA** 163:8
**arrangements** 326:16
**ARREYMBI** 162:7
**Article** 176:5 325:18
326:3
**Asians** 202:22
**Asian/Hispanic**
207:6
**asked** 179:6 180:20
180:22 243:18
295:8
**asking** 178:23 182:12
212:4 230:8 246:13
256:3 313:7 315:12
**asks** 258:23 287:3
**Assembly** 164:14
**assess** 244:5
**assessment** 202:4
**assignment** 198:10
198:25 199:3,8,14
199:16,24,25
**associated** 278:11
**Association** 247:11
306:21
**assume** 319:7
**Atlanta** 162:2,18
163:15,20 210:10
211:1 226:24,25
227:4,10 228:18
236:11 249:19
273:12 276:24
**attach** 205:20 232:22
261:17 286:10
307:1 324:19
**attached** 165:12
167:2 170:3,12,19
171:8,13 172:16
174:10 175:1
185:24 195:12,13
237:8 244:18
267:25 287:12
292:14 309:4 316:7
**attaching** 184:6
219:6 314:17
**attachment** 184:8
194:23 195:21,24

**248:2
attachments** 185:9
245:19 263:14
**attention** 177:7 265:5
**attorney** 249:19
272:9 325:23
326:10,13
**attorneys** 325:16
**AUDRA** 162:6
**August** 178:9 185:4
185:12 187:9 191:1
193:1
**Austin** 162:6 165:8
177:3,4
**available** 185:16
320:8
**Avenue** 163:5
**Average** 172:6,9
**aware** 179:21 192:12
275:9 281:23
**a.m** 162:19 176:2,10

**B**

**b** 163:13 326:3
**back** 180:14 185:21
192:24 201:10
210:4 213:6 217:17
218:5 233:25
234:17 258:4
280:24 282:25
283:1,9 300:1
**backed** 175:4 186:12
196:25 268:21
**backing** 175:2 215:16
215:17
**backside** 279:19
**Balch** 162:17 163:18
**Bar** 278:5
**Barnes** 268:14
**Barrow** 204:19
230:22 265:24
**based** 172:2 252:14
262:8 271:6 281:5
285:1 288:1 290:1
320:7
**basically** 188:3
204:12 235:1 279:5
286:18,19 296:12
**basis** 205:15
**Bates** 194:16
**Bathroom** 299:21
**becoming** 188:12

**189:4 207:1,8,9
209:5 226:22 227:4
227:15,25 228:4
237:21 291:4,5
293:11 311:20
317:12
beginning** 162:19
176:8 189:23
191:16 196:5
197:16 218:7
234:12 258:5,23
300:3 311:5
**begins** 178:8 203:9
**believe** 177:18
203:20 204:17
231:18 247:7 288:5
313:13
**Ben** 165:6 172:18
173:5,11 174:22
302:13 305:4 317:3
318:18,23 319:16
319:23
**beneficiaries** 306:4
**Ben's** 302:19
**better** 191:5 207:9
260:19,23 261:2
273:20 276:20
**beyond** 326:16
**bill** 174:11 234:1,2,9
235:14 236:17,19
238:2,11 243:6,10
248:23
**Bingham** 162:17
163:18
**bit** 261:7,12,14,15
280:8
**black** 172:2,19 173:1
187:19 188:4 193:2
193:11 200:11
202:2,11 207:1
215:19,22 227:16
227:25 228:25
229:4 232:6,17
241:7,12 250:18
251:14,21 252:5,11
256:24 260:10,14
260:20 261:3,13
262:25 264:2
267:20 268:4 269:5
269:11,17,25 270:1
270:12 271:3
274:14,17 275:24

276:3 277:10 279:6
280:10,18,20 282:3
282:16 283:5 288:1
288:13,18 290:8
291:21 293:11,12
304:7,10 305:14
317:12
**blacks** 193:15 202:22
284:1
**blame** 274:13
**Board** 176:6 325:19
326:4
**bode** 284:16
**books** 271:1,4
**border** 270:21
271:19
**bottom** 177:8,15
188:16 198:24
269:8 273:7 275:10
275:20 284:12
286:5,6 294:19
297:12,14 314:8,9
**Boulevard** 163:19
**boundaries** 164:15
**BRANCH** 163:8
**Brand** 165:20 191:18
192:5,6,21 193:1
**break** 217:16,18,19
217:22 257:20
299:19,21 323:4
**breakdown** 213:20
286:23 304:15
**breakdowns** 181:15
254:11
**Bremer** 169:14,16
249:16,16 250:4,12
**Brent** 169:14,16
249:16 250:11
**BRIAN** 162:10
**Brockington** 163:14
278:6
**Brookhaven** 296:13
**Brown** 170:3,6 255:5
255:12,16,17,24
256:2
**Bryan** 171:11 278:1
278:2
btyson@gmail.com
277:19
**Buckhead** 249:24
**Bullock** 166:11 167:7
169:13 205:10,11

205:21 206:10
229:16,23 248:19
248:19
**bunch** 259:5
**buoyed** 272:21
**Burns** 302:15,16,16
305:12 319:6
**Bush** 291:8
**Butts** 259:10

_____
**C**
**C** 163:8
**call** 177:7 222:9
302:11,12
**campaign** 177:6
**campaigns** 265:2
**candidate** 203:1
214:2,3 215:17
267:12 269:18
**candidates** 166:1
181:21 192:10,14
192:17 201:19,22
204:5 209:6,11
214:6 260:19
298:23
**capacity** 162:10
**caption** 325:6
**care** 247:9
**career** 204:3
**careful** 224:12,13
**Carl** 174:8
**Carlson** 166:6 170:8
197:17,23,24
256:18
**Carolina** 270:19
271:14
**Carter** 268:16
**case** 162:9 179:8
314:23 325:16
**Cast** 169:19
**category** 225:5
**caucus** 183:11,12,13
183:16 303:10,13
**Caulder** 173:22
174:3,13 194:18,24
313:6 316:16,25
319:15,23 321:2
**caused** 216:10
**caution** 190:4,8,15,16
190:25
**CCR** 326:21
**CELESTE** 162:4

**census** 312:9,12
**certain** 164:15
286:21
**certainly** 188:6
189:10 285:24
287:17 309:21
**Certificate** 164:10
325:1
**Certified** 162:16
325:21 326:22
**certify** 324:2 325:4
**chain** 178:8 192:25
**Chambers** 165:8
177:3,4,10 295:22
**chance** 191:24
273:21 276:20
**Chandler** 164:18,20
179:5,21 180:7,16
180:20 182:8
192:22 240:24
265:11,20 306:5
308:6
**Chandler's** 180:19
181:11,16,22 186:4
186:5 190:12 191:1
191:3 202:14,20
221:10 225:17
290:14
**change** 190:23 221:2
221:14,15,15 301:7
310:5 311:21
**changed** 187:2
**changes** 174:10
177:19,23 197:10
198:12 207:14
216:11 242:24
248:22 249:7 259:2
301:1 308:5 310:1
317:10,24 324:5
**changing** 209:4,9
220:8,25 221:3
272:22,25 273:10
308:12,20
**charge** 302:25
**Charles** 167:7 169:13
229:23 248:19
297:13
**check** 290:19
**Cheokas** 186:15,17
186:18,19,20,21,25
**chief** 203:20 218:25
221:20 222:4,20

302:14 303:19
**Childs** 194:18,24
313:7 319:15
**Chris** 173:6 175:9
306:17,19 322:5
**Chuck** 165:1 166:11
173:18,20 182:23
183:5 205:10,11
265:12,13 309:23
**city** 228:19 236:11
312:6 322:11
**Civil** 163:4
**claimed** 270:11
**Clayton** 200:16
207:21 281:25
282:6,12,15,16
283:4,5,14 285:14
291:16
**cleaner** 224:17
**clear** 222:19 227:2
247:24
**Clinton** 175:2,4
319:2,24
**close** 221:11 293:20
**closer** 221:7,8 259:15
**closest** 293:10
**Cobb** 204:10 273:13
279:3 280:12 325:3
**Coie** 163:9
**COLEY** 162:4
**collapse** 212:11,13,14
**collapsed** 210:18,24
211:5,10,16,19,20
212:5,6,8 213:15
**combination** 260:10
320:14
**combine** 202:22
**Combs** 165:10,12
178:10,20,23
181:10
**come** 235:18 297:4
299:13 317:21
**comes** 217:10 226:17
259:9
**coming** 195:3 229:4
280:9 291:16
**command** 303:4
**Committee** 163:4
183:20,24 238:13
239:12
**committeeman**
196:16

**committees** 253:15
**communicating**
188:1 222:3 236:24
**communication**
286:11,13
**communications**
201:13 208:12
223:23
**community** 178:21
**Company** 264:21
**compare** 233:22
268:14
**compared** 187:18
254:1 260:21 261:5
271:9,11
**compares** 260:16
**comparing** 227:9
279:2
**comparison** 165:18
166:14 168:1,4
169:11 171:1 185:2
206:2 221:17,18
**competitive** 195:11
203:4 207:11 293:5
293:7 308:8 311:22
**compilations** 263:17
**compile** 243:19
**compiled** 281:5 287:5
288:4 316:10
318:12 323:17
**complete** 325:11
**completely** 200:12
**complicated** 323:1,2
**component** 184:8
**components** 233:13
**comprised** 299:3
**concluded** 283:10
**Conference** 162:3
163:2
**confirm** 244:19 315:1
**confirmed** 243:5
**confirms** 257:13
**confused** 298:12
**congressional** 254:12
257:14 267:9,25
**congressman** 267:8
267:16 322:10
**Connor** 218:16
**consider** 303:16
**considered** 196:18
**consistent** 301:20
308:18

Dan O'Connor          Georgia State Conference of the NAACP, et al vs Kemp          January 25, 2018

**Constitution** 228:19
**consultant** 192:7
  201:12
**consulting** 193:5
  201:16 203:22,25
  204:4 208:15
  322:11
**contacted** 325:23
**contain** 290:23
**Contained** 162:22
  174:11
**contest** 252:23
  322:18
**contested** 166:2
  169:19 174:5 195:3
  196:1 290:13,17
**contests** 168:10 172:7
  172:10,12 175:7
  195:16 274:23
**continue** 285:5
**Continued** 164:25
  165:25 166:25
  167:25 168:25
  169:25 170:25
  171:25 172:25
  173:25 174:25
**continues** 183:7,9
  216:2
**continuing** 207:2
  215:19
**contract** 326:2,7
**conversation** 219:5
  235:4,19
**conversations** 239:15
**convey** 280:6
**CORETTA** 162:7
**correct** 177:13,17,20
  177:21,25 178:4,24
  180:20,22 181:13
  181:18,19,23
  182:10 183:8,9,20
  185:18 186:13,14
  187:4 188:13 189:5
  189:6,9,11,21
  191:12 193:13,14
  193:17,24,25 194:5
  195:14 197:2,7,8,11
  199:4 200:2,3,15,22
  201:20 202:18,19
  202:23,24 203:2
  204:14,20,21,24
  205:21 206:11,13

206:23 207:4,18,22
207:23 209:6,11
210:13,20,21
215:20,21,24
216:12 217:8,9,13
218:23,24 219:1,8
220:25 221:1,5,11
221:22 222:7,14,23
223:5 225:6,9,18
227:5,12,16,22
228:1,2,4,22 229:1
229:5 230:4,5,14,18
230:19,23,24 232:8
232:12,23 233:14
235:8,15 236:3
237:17,23,24 238:4
239:6,12 240:6,7,20
240:25 241:1,3,8,13
242:1,2 243:6,10,20
244:1,6 248:4
249:1,8 250:19
251:15,18,24 252:6
252:11,15 254:13
257:8,15,18 258:25
259:6,11,15,16
260:12,16 261:1,5,6
261:14,18 262:10
263:3 264:4 265:13
266:16,17 267:21
268:5,12,17,22
269:1,5 270:21
271:18 272:17,23
273:3,15 274:5,10
274:14,19,23
275:24 276:4,8,17
276:21 277:12
278:22 279:9 281:2
281:6 282:4,9,12,19
283:8,16 284:2,18
284:22 285:1,15
287:6 288:8,20
289:9,14 290:2,9,15
290:20 291:1,6,10
291:18 292:13
293:13,17 294:4
295:2,6,16,19
296:18 297:1,7
298:17,24 299:4,7
300:15,18 301:10
303:1,23 304:7,10
305:8,15 306:6
307:3,25 308:8,16

308:23,24 310:2,16
311:7,23 312:2
313:12,16 314:1,17
317:7,12 319:3,6,9
320:2,5,6,9 322:24
323:11 325:11
**correlation** 233:18
  282:14 283:3
**correspond** 205:15
**correspondence**
  183:4 192:4 196:13
  197:22 203:17
  205:9 208:8 209:25
  210:5 215:9 216:22
  218:19 226:13
  228:15 229:15,22
  231:15 234:22
  240:17 242:20
  248:18 250:11
  253:10 254:8 256:6
  256:9,10 258:20,22
  262:21,24 264:17
  267:4 272:6 275:18
  277:25 280:3
  281:19 286:1
  292:10 294:25
  300:12 306:1,3
  316:25 319:14,22
**correspondent**
  226:16,20
**Council** 325:20
**counsel** 163:1 176:4
  325:15
**count** 270:15 289:5
**counties** 187:24
  200:12,13,14,21
  204:19,23 206:20
  206:23 207:4,8
  211:21 212:7
  215:16,20,23
  217:18,19 227:10
  227:11,15,22,25
  228:22 235:11,25
  236:1,15,16 237:20
  237:21 238:3
  268:21,25 269:4
  273:13,18,22 274:3
  280:12 285:7
  286:19 290:23,25
  296:18 308:21,23
  323:3
**county** 165:15 166:13

168:1,3,7,22 169:3
169:8,11 170:21
171:1 174:15,17
175:11 177:19
178:20 184:18
185:2 187:18 188:9
188:18 189:2 206:1
206:20 207:13
209:4 213:2,3
214:6,14 216:2,3
219:8,12,15 220:9
220:13 221:8
228:21,21 230:13
230:14 235:24
237:9,10 246:8
247:11 259:10,11
260:7 263:1 264:1
264:4,5 265:24
268:21 274:8,8
276:24 277:2,3
280:15 282:1,1,2,18
282:18 283:7,7,14
283:14,15,19,21,21
283:22,23 284:13
285:15 286:25
291:17 296:16
298:20 300:22,23
308:11,12 312:17
312:21 318:1
323:18 325:3
**County/Precinct**
  168:16,19 170:14
**couple** 179:13 257:23
  322:14
**course** 291:11
**court** 162:1,16 176:6
  206:5 249:14 283:1
  325:1,19,21,24
  326:22
**CR** 324:25
**create** 245:23
**created** 179:18
  233:10 246:14,18
  248:4 252:25 262:8
**credit** 281:7
**Crier** 226:19
**CSBullock57** 205:5
**CUNNINGHAM**
  162:6
**current** 203:21
  217:14 278:13
**customary** 326:16

**cycle** 310:6
**cycles** 308:14

---

**D**

**Dacula** 189:8,12,15
  189:20 265:16,17
  265:18,19,20,21
  266:6
**daily** 238:18 239:16
  239:23
**Dan** 162:13 164:7,16
  164:18,20 165:1,6,8
  165:10,12,20,22
  166:4,6,8,9,11,16
  166:17,20,22 167:1
  167:3,5,7,9,22
  168:11 169:13,14
  169:16,21 170:1,3,6
  170:8,10,12,19
  171:4,6,7,10,11,13
  171:16,18 172:4,14
  172:16,18 173:5,6
  173:11,18,20,22
  174:3,8,9,13,22
  175:1,9 176:11
  180:7 182:11
  191:17 194:17
  196:6 197:17 205:4
  209:18 215:3
  225:23 231:3
  242:13 249:15
  255:11 264:10
  266:22 272:1
  285:20 316:6,16
  318:19 322:4 324:1
  324:22 325:13
**danger** 203:1
**Daniel** 225:24
**DARRYL** 162:6
**data** 165:18 166:14
  168:2,4 169:12
  171:2 174:15,17
  175:11 178:25
  179:3,5,6 180:21,25
  181:20 182:8,10,13
  183:16,17 185:3,10
  185:15 187:8,21
  193:10 200:11
  205:20 206:2,9
  227:8 233:23
  235:11 237:10,11
  238:7 240:5,22

Donovan Reporting, PC                                          770.499.7499

242:7 244:4 252:15
252:16 257:15
260:11,15 262:9
263:18,21,22
269:24 281:4,6
286:10 289:8
290:19 310:14
312:9,12 317:13
320:8,15 321:4
323:17
date 176:9 190:17
324:25 325:13
dated 180:7 191:16
196:7 203:9 209:17
215:3 226:6 231:3
250:4 255:12,23
258:13 275:6 292:2
322:4
David 163:22 170:1
172:16 174:9
231:19 254:9
300:13 316:6
day 180:19 243:5,9
286:12 311:6
324:23 326:19
DC 163:6,11
Deal 215:16 216:3
268:22 270:11
debate 227:17 276:23
Decatur 211:2
251:12
December 209:17
221:22 222:4,21
224:10 226:6
decided 172:12
224:23
decreasing 187:18
Deep 210:19 270:18
defeat 298:6
defeated 297:12
Defendant 162:11
163:12
DeKalb 207:22
217:15 227:18,20
229:5 276:6,12,13
276:15,16,20
296:13,15 297:5
298:19 299:10
Dem 202:1
Democrat 188:10,11
211:24 214:3
230:14 249:23

251:6 257:2 268:12
273:25 274:3 277:9
282:18 283:7
284:16,21 287:22
295:12,18 297:10
Democratic 174:5
189:5 192:16
194:11 201:22
213:10 214:6
215:17 225:4
226:23 227:4 228:4
259:18 283:21
291:17 293:9
298:23 305:13
308:22 312:1
Democratic-held
232:5
Democrats 172:21
187:2 194:4 196:24
202:11,17 207:10
208:19 210:11,18
210:24 211:5,16,21
212:7,9,19 213:2,17
214:13,19 215:13
215:24 230:18
232:16 241:13
250:17 251:18
252:5,9 272:21
273:20 274:13
275:23 276:2,19
285:5,12 288:19,23
289:4 296:17 298:5
299:11 304:6,19
311:22
Democrat's 274:17
demographic 177:19
177:22 197:9,10
207:14 216:11
231:24 232:3
233:13 285:1
311:21
demographics
198:11 199:3,19
200:2 209:3,8
220:3,4,9,25 221:3
243:24 249:7
272:22,25 273:1,11
273:19 296:10
308:20
densely 259:22
denser 260:1
Deponent 324:1,22

deposition 162:13
182:4 238:16 312:5
324:3,25 325:5,9,24
325:25 326:1
deputy 235:1 238:8
describe 279:25
described 239:23
details 220:1 235:20
development 259:25
Diane 170:10 257:8
Dick 226:14,17
difference 261:9,10
differences 317:5
different 212:18
214:9
difficult 221:4
direct 282:14 283:3
direction 216:3
directly 283:25
disclose 325:17
disclosed 326:17
disclosure 176:4
Discover 188:25
discuss 248:22 319:1
discussed 191:10
294:18 296:15
308:11
discussing 232:2
discussion 320:4
dispute 237:24
239:20
disqualified 326:5
district 162:1,1 165:3
165:5 167:12,15,18
167:20 168:14,16
168:18,21 169:1
170:14,16 171:20
173:9,13,16 174:11
174:19 179:1,3,16
179:24 180:21
181:1,11,16,22
183:7,8 186:11
189:13 190:1,2,5,10
190:12,21,24 191:2
191:2,5 193:3,18
197:6 202:14,18,21
203:4 217:3 219:21
221:10,13,16
223:10,15,24
225:16,17 241:11
242:23 243:2
245:13,22 247:10

247:15 251:5,8
256:24 259:2,10,14
259:20 265:12,24
267:9,9 275:23
276:7,7,10 277:9
280:8,10 287:4
289:17 293:10,13
293:15,19,20 296:7
296:10,25 297:6,13
297:25 299:11
300:14,21 301:9
308:6,7 310:17
318:9 320:5,5
districts 164:15,15
168:6,9 172:6,9,21
173:2 174:1 175:2
175:4,6 186:12
189:25 192:5
193:23 194:2,4,7,8
194:10 196:25
197:1 202:10
221:21 222:5,15,21
225:4,5,8,12 232:13
232:15,16 233:14
233:15,19 236:12
238:10 240:23
241:4,6,25 242:7
243:25,25 245:17
248:23 250:17
251:13 252:5
254:12,13 260:22
266:16,16 276:2
286:24 288:13,15
288:17 290:7 293:5
293:7,25 299:2
304:6,9,18 307:2,10
314:12 317:9,11
319:1,24 320:1
321:17 322:15
323:8
divide 188:9,18,24
210:8
division 162:2 178:22
divisive 272:23
document 164:13
165:15,17 166:1,13
174:10 175:2,3
176:19,21,24 178:5
178:13,16 180:4,6
180:10,14 181:4,7
181:25 182:5,18,21
183:1 184:15,18,21

184:24 185:5,8
191:13 192:2
194:13,16,19,22
195:13,17,20 196:2
196:9 197:13,19
200:24 201:1,7
203:5,11,16 205:1,7
205:23,25 207:24
208:2,5 209:14,22
212:2 214:24 215:6
216:14,16,19 218:8
218:12,16 225:22
226:1,2,3,10 228:6
228:11 229:9,18
230:25 231:12
234:4,7,18 240:8
241:15 242:3,10,17
248:9,12,14,21
249:10,25 250:3,7
252:17,21 253:2,7
254:2,5 255:8,11,14
255:15,20 256:1,14
257:4 258:7,16
261:17 262:13,19
264:7,9,13 266:18
266:20,25 271:21
271:24 272:3,15
273:6,7 274:25
275:14 277:14,22
279:12,14,23
281:10,13,15
285:17,19 288:4
291:23 292:1,6,10
294:10,23 300:4,8
302:9 304:22 305:1
305:18,21,22 306:9
306:13,17 307:1,5
307:12 309:13,19
310:19,24 313:11
314:7,9 315:6,9
316:2,12,15,20
318:3,15,19 319:11
319:18 320:16,20
320:24 321:6,19
322:1 323:13
documents 179:9
191:20 232:25
237:3 244:8 261:20
263:5 287:8,13
291:21 292:16,21
302:4 308:25
312:25 313:3 314:3

**314**:6 **317**:14
**doing** 193:4 203:23
  205:19 210:12
  227:7 244:4
**Donovan** 324:24
  325:22,22
**Dooley** 298:4
**double** 270:3
**doubled** 270:11
**doubling** 269:10
**doubt** 252:9
**Douglas** 215:15
**Dove** 170:1 254:9
**Dr** 229:23 248:19
**draft** 272:16
**dramatically** 280:19
**drawing** 221:17
  239:8
**drop** 280:21
**dropped** 234:2,10
  235:14 236:18
  238:2 243:6,7,10
  269:1
**dropping** 188:4
**drops** 261:6
**duly** 176:12 325:14
**Dunwoody** 226:18
**D'Aniello** 175:9
  322:5,8

**E**

**Earl** 271:2
**earlier** 204:2 274:4
**easier** 221:14,15,15
**east** 188:24 230:22
  265:23
**eastern** 189:7
**Ed** 216:23
**effect** 310:5,8,11,12
**effective** 310:1
**Efstration** 165:1
  173:19,20 182:24
  183:5,6,17,19 187:7
  265:13 266:5
  309:17,22,23
  310:15,23 311:3
**eight** 273:8
**either** 189:13 232:16
  263:20
**elect** 202:11 232:15
  304:18
**elected** 172:1,21

**173**:2 **187**:1 **190**:19
  190:20 193:24
  198:3 257:1 276:2
  288:3,14,20 289:4,5
  289:16 294:3 296:3
  304:6,9 319:1
**election** 165:16 166:2
  167:11,14,17,20
  168:14,17 169:2,4,6
  169:9,18 170:15,17
  170:22 171:8,20
  172:21 173:3,9,14
  173:17 174:1,5
  178:20,21,24
  182:14,15 184:20
  190:11 213:11,25
  225:15 252:23
  254:15 263:22
  269:15 280:9 281:8
  307:3 310:2,6,12
  314:13 320:14
**elections** 178:21
  210:5 217:20
  296:21 321:17
**electorate** 299:4
**Elena** 251:5 277:13
  295:22
**Elizabeth** 169:21
  253:11
**email** 164:16,18,18
  164:20,20 165:1,6,7
  165:7,9,9,11,11,20
  165:20,22 166:3,3,5
  166:5,7,7,9,11,16
  166:17,19,19,21
  167:1,3,5,5,7,7,9,22
  167:22 168:11
  169:13,14,16,16,21
  169:21 170:1,1,3,4
  170:5,5,7,7,9,9,11
  170:11,19 171:3,3,5
  171:5,7,9,9,11,13
  171:15,15,17,17
  172:4,14,14,16,18
  173:4,4,6,10,10,18
  173:18,20,22,22
  174:2,2,7,7,9,12,12
  174:21,21 175:1,9,9
  177:9 178:8,19
  180:6,18 182:23
  184:8 185:22 188:1
  190:17 192:25

**193**:9 **194**:17
  195:14,25 196:6
  197:16 198:6
  201:25 203:9 205:4
  209:1 215:2 224:5
  226:6,21 228:9
  229:14 231:2
  234:21 235:3,22
  236:16 237:8
  242:13 243:21,24
  244:18 247:21
  249:15 250:4,14
  255:11 257:12
  258:12 262:4,16
  263:14 264:10
  266:21 272:1 275:5
  275:9 277:18 279:1
  279:17,25 280:6
  281:22 285:20
  286:3,12 289:24
  292:1 293:2 294:13
  294:16,18 295:4,5
  301:21 303:23
  304:25 307:24
  309:16 310:22
  311:2 314:17,21
  315:14 316:5,16
  318:18 322:3
**emailing** 275:21
**emails** 191:16 196:5
  197:16 209:3,17
  225:23 255:23
  256:17 257:7
**Emory** 211:2 251:12
  296:14
**employed** 264:20
**employee** 325:21
**entirely** 259:14
**entitled** 184:18
**Errata** 164:9
**essentially** 279:4
  280:17 289:25
**established** 312:4
**estate** 198:4
**estimate** 217:11
  323:5
**estimated** 322:23
**Estimates** 167:12,15
  167:18 168:14
**Evans** 166:4,20 196:6
  196:14,15 215:3,10
**evenly** 217:6

**evidence** 325:12
**exact** 214:7 220:1
**exactly** 199:22 217:7
**Examination** 164:6,8
  176:14
**examined** 176:12
**example** 233:18
  269:22 271:2
  298:19
**examples** 298:13
**Excel** 187:12 206:14
  262:11
**exception** 276:17
**exchange** 286:4
  307:24
**exchanges** 256:2
  309:17
**exclusively** 192:10
  208:23
**exhibit** 164:11
  176:20,22 178:6,8
  179:10,11 180:5,9
  181:5,7 182:1,3,19
  182:22 184:16,17
  184:21,25 185:2,23
  191:14 194:14,16
  195:18,21 196:3,5
  197:14 200:25
  203:6,8 205:2,3,24
  207:25 209:15,16
  214:25 216:15
  218:9,12 226:4
  228:7,9 229:10
  231:1,8 233:1,2,2,3
  234:5,8,19,21 237:4
  237:5 240:9,12,14
  241:16 242:4,11,13
  244:9,10,10,11,12
  244:12,13,14,14
  245:11 247:18
  248:10 249:11,13
  250:1 252:18,20
  253:3 254:3 255:9
  255:21 256:15
  257:5 258:8,10
  261:21,22 262:14
  262:16 263:6,7,14
  264:8 266:19
  271:22 275:1
  277:15,18 279:13
  281:11 285:18,23
  287:9,10,24 289:21

**291**:24 **292**:17,18
  292:18 293:1
  294:11,13 300:5,7
  302:5,6,6 304:23
  305:19,22 306:10
  307:6,13 309:1,2,14
  309:18 310:20,22
  313:1,2,4 314:4,5
  315:7 316:3,5,13
  317:15,16 318:4,6
  318:16,18 319:12
  319:14 320:17,19
  321:7 322:2 323:14
  323:16
**exhibits** 162:22
  164:12 179:14
  304:2
**existing** 262:9 289:8
**exists** 289:8
**exit** 269:10
**expense** 190:5
**experience** 271:7
**explain** 270:5
**explaining** 249:6
**express** 190:4,15
**expressed** 190:16,25
**expressing** 190:8
**extra** 190:3

**F**

**fact** 194:1 204:22
  210:11 221:2
  227:14 237:19
  246:6 259:8 267:19
  269:3 280:23 284:1
  289:9 293:8 319:5
**factor** 284:5,6,8,9
**facts** 289:13,20
**fair** 236:23 237:1
  246:5,5 248:3,21
  254:16 260:18
  288:12 303:14
**fairly** 232:7
**familiar** 190:20
  204:6
**far** 208:22 265:23
**fare** 212:19
**faster** 230:17
**favor** 273:14
**FAX** 324:24
**February** 231:4
  234:23,23 235:3

Dan O'Connor                Georgia State Conference of the NAACP, et al vs Kemp                January 25, 2018

240:19 310:23
326:19
**feel** 212:5
**fell** 225:5
**fewer** 177:11
**fifth** 200:5
**figure** 269:14
**figured** 195:2
**file** 164:2,3,3,4,4
176:8 218:7 258:6
300:3
**Finalized** 175:6
**financial** 326:12,14
326:15
**find** 233:21 253:13
269:13 274:13
**finish** 203:13
**firm** 192:7 204:6
322:11
**first** 183:10 191:20
191:22 192:25
196:20 198:7
201:24 202:13
203:13 219:3 220:8
257:12 267:9,9,18
269:8,9 271:25
272:19 275:6,10,20
286:3,4,6 293:4
306:7 309:6 325:14
**five** 198:9 212:23
213:4,5,8
**flipping** 215:23
**floor** 303:10
**focus** 200:8 210:7
229:24 250:13
265:4 275:8 278:25
281:21 293:3
294:15 307:16
311:12
**focused** 219:8
**following** 183:15
219:6 286:9 301:16
301:21 302:3
**follows** 176:13 283:2
**Food** 217:25
**foregoing** 324:3
325:4,10
**foresaw** 284:25
**form** 240:1 282:20
284:3
**format** 206:15
262:12

**former** 267:7 308:12
**Fort** 255:3,6
**forth** 180:15 201:10
**founder** 210:3
**four** 164:4 233:9
240:23 241:6,25
242:7 247:20 274:3
280:22 298:13
300:3 323:8
**fourth** 206:16
**frame** 223:16
**framing** 234:9
**FRANK** 163:13
**frequently** 239:2,4
**Friday** 198:10
**friend** 197:25 249:18
249:24
**full** 202:13 267:18
269:9
**Fulton** 217:15 235:24
236:5,7,13,14,21
276:24 286:24
**further** 189:18 213:6
225:11 256:2
259:24 260:2
283:16 293:16,16
323:21
**Furthermore** 273:10
**future** 226:1

**G**

**GA** 163:15,20 229:14
256:18 300:7
324:24
**Galloway** 167:5
171:10,13,16
228:16,17 275:6,19
275:21 279:18
280:4,6 281:20
**Gang** 226:17,19
**Garrett** 166:9 203:18
203:19
**GA-1141** 203:8
**GA-1171** 287:13
**GA-1172** 287:14
**GA-1196** 181:7
**GA-1198** 181:8
**GA-1341** 307:15
**GA-1347** 309:7
**GA-1348** 309:8
**GA-1408** 302:12
**GA-1469** 292:3

**GA-1580** 248:12
**GA-1602** 241:20
**GA-1603** 242:6
**GA-196** 315:9
**GA-423** 257:7
**GA-438** 254:5
**GA-441-442** 253:4
**GA-787** 256:19
**GA-861** 218:12
**GA2-000045** 174:22
**GA2-000144-145**
174:11
**GA2-000196-199**
174:8
**GA2-000244** 173:23
**GA2-000248-249**
173:19
**GA2-000267** 173:5
**GA2-000279-281**
171:18
**GA2-000411-412**
169:22
**GA2-000423-424**
170:10
**GA2-000426** 169:17
**GA2-000438** 170:2
**GA2-000447** 167:23
**GA2-000450** 168:2
**GA2-000451** 168:5
**GA2-000463** 167:6
**GA2-000530** 171:14
**GA2-000533** 171:14
**GA2-000534** 171:12
**GA2-000572-574**
171:10
**GA2-000579-591**
171:8
**GA2-000645-647**
171:6
**GA2-000666** 171:4
**GA2-000693-694**
170:20
**GA2-000695** 170:22
**GA2-000696** 171:2
**GA2-000701-703**
170:13
**GA2-000704** 170:15
**GA2-000705** 170:18
**GA2-000787-796**
170:8
**GA2-000857** 167:4
**GA2-000861-866**

167:2
**GA2-000940** 166:22
**GA2-000973-974**
166:20
**GA2-001046-1047**
166:18
**GA2-001106** 166:16
**GA2-001118-1119**
166:12
**GA2-001123** 166:15
**GA2-001141-1142**
166:10
**GA2-001171** 171:21
**GA2-001172** 172:3
**GA2-001176-1178**
166:8
**GA2-001182-1183**
166:4
**GA2-001185-1190**
166:6
**GA2-001194** 164:19
**GA2-001195** 164:21
**GA2-001196-1198**
165:14
**GA2-001197-1198**
164:23
**GA2-001204** 174:20
**GA2-001240** 175:12
**GA2-001267** 174:16
**GA2-001268** 174:18
**GA2-001281-1282**
174:14
**GA2-001320** 173:21
**GA2-001341-1344**
173:11
**GA2-001347** 173:14
**GA2-001348** 173:17
**GA2-001354** 173:7
**GA2-001388** 165:6
**GA2-001389** 173:9
**GA2-001406** 172:18
**GA2-001407** 172:22
**GA2-001408** 173:3
**GA2-001450-1451**
172:17
**GA2-001467-1468**
172:15
**GA2-001469-1470**
172:5
**GA2-001471** 172:8
**GA2-001472** 172:10
**GA2-001473** 172:13

**GA2-001476-1479**
171:16
**GA2-001506-1507**
170:6
**GA2-001508-1511**
170:4
**GA2-001567** 169:15
**GA2-001568** 169:20
**GA2-001580** 169:13
**GA2-001586** 168:12
**GA2-001587** 168:17
**GA2-001588** 168:20
**GA2-001589** 168:22
**GA2-001590** 169:2
**GA2-001592** 169:4
**GA2-001593** 169:7
**GA2-001594** 169:10
**GA2-001601-1604**
164:17
**GA2-001602** 168:8
**GA2-001603** 168:10
**GA2-001604** 168:15
**GA2-001605** 167:9
**GA2-001606** 167:12
**GA2-001607** 167:15
**GA2-001608** 167:18
**GA2-001609** 167:21
**GA2-001647-1648**
167:8
**GA2-001671** 165:22
**GA2-001672** 166:2
**GA2-0017** 182:22
**GA2-001701-1702**
165:21
**GA2-001705-1706**
165:2
**GA2-001707** 165:16
**GA2-001708** 165:19
**GA2-001721-1722**
165:10
**GA2-001948** 176:23
**GA2-001948-1951**
165:8
**GA2-002061-2064**
175:10
**GA2-002106-2109**
175:2
**GA2-002654-2657**
174:4
**GA2-002658** 174:6
**GA2-002718** 175:5
**GA2-002730** 175:8

Donovan Reporting, PC                                                                770.499.7499

**GA2-003019** 165:3
**GA2-003027** 165:5
**GA2-1106** 208:2
**GA2-1118** 205:4
**GA2-1123** 206:1
**GA2-1176** 201:2
**GA2-1182** 196:8
**GA2-1185** 197:18
**GA2-1354** 306:12
**GA2-1406** 302:9
**GA2-1407** 302:11
**GA2-1671** 194:17
**GA2-1701** 191:18
**GA2-1707** 184:20
**GA2-244** 313:4
**GA2-245** 313:5
**GA2-248** 309:16
**GA2-2654** 314:7
**GA2-2658** 314:7
**GA2-267** 305:1
**GA2-426** 250:5
**GA2-463** 228:9
**GA2-572** 275:7
**GA2-579** 271:24
**GA2-591** 271:25
**GA2-645** 266:23
**GA2-693** 262:17
**GA2-866** 218:13
**GA2-973** 215:2
**Gender** 164:22
   165:14
**general** 164:13 166:2
   167:14,17,20
   168:17 169:2,9,18
   170:15,17 172:21
   173:3,13,16 174:5
   190:11 202:9
   209:13 213:25
   214:21 217:20
   247:3,17 252:22
   254:15
**generally** 207:7
   219:24 241:11
   307:23
**Georgia** 162:1,3,11
   162:18 163:2
   164:13,21 165:13
   166:1 167:10,13,16
   167:19 168:13
   169:18 171:19
   172:1,11,19 173:1
   189:9,12,15 198:2

205:13 211:17
216:23 226:16,19
226:22 254:10
264:21 268:12
270:18 271:8,16
272:12 273:2
276:21,23 278:4,8
278:12 287:25
306:20,24 315:13
325:2,20,20
**Gerald** 186:24 252:6
   256:23
**getting** 207:11 221:8
   268:14,16 298:11
**Gina** 223:2,9,14
**give** 193:10 198:21
   286:10 311:15
**given** 325:12
**giving** 289:25 310:15
**go** 185:21,25 189:17
   196:19 202:17
   213:6 233:24
   241:18 244:17
   245:5,8 253:23
   261:11 284:21
   285:5 289:3 293:16
   296:17 302:10
   310:11 319:16
**goes** 218:13 225:22
   260:20 261:13
   265:24 271:25
**going** 176:21,22
   178:7,10 180:14
   182:3 184:17 187:8
   187:22 188:5
   191:21 192:24
   195:19,20 197:10
   197:15 200:7 201:1
   211:9,24 216:3,5
   218:1,11 224:17
   225:25 226:1,5
   233:4 234:6,20
   237:6 241:20 242:5
   244:16,17,20,21,22
   244:23,23,24
   253:22 254:17
   255:22 256:19
   257:6,25 258:9
   264:9,10 266:20
   279:15 282:7,15,17
   283:4,6,12 284:11
   284:16 285:5 286:4

287:13 292:3,20,21
292:22,22 293:16
299:22 304:24
305:11,20 309:7
310:1 311:12,20
313:4,5 315:9
316:15 320:1 321:8
322:7 323:18,23
**good** 176:16 209:6,10
   217:24 218:10
   277:1
**Goodwins** 312:19
**GOP** 175:2 186:11
   190:3 206:21,22
   230:4,21 265:11
   272:23 274:5 282:1
   282:11
**GOPers** 230:21
**GOP-held** 196:25
   197:6
**gotten** 199:14,16,21
   221:7
**government** 278:4
**governor** 167:17
   173:17 215:17
   217:6 309:12 310:8
   310:13
**governor's** 221:7
**great** 185:13,21
   248:11 295:6 302:8
   315:8
**Greek** 186:21
**Greenbaum** 162:14
   163:3 164:8 176:15
   206:6 217:21
   225:21 231:7
   247:22 257:19
   282:24 299:18
   323:21
**Greene** 186:22,24
   187:1 256:23
**Greene's** 252:6,8
**Griffin** 300:13
**ground** 202:2
**growing** 207:6
   290:24
**grown** 279:6
**growth** 204:13 229:4
   273:11 274:9
   290:25 291:16
**guess** 193:9 222:17
   252:12,14 321:2

**guidelines** 253:17,25
**Gwinnett** 165:15,17
   166:13 168:1
   174:15 177:11
   178:20 184:10,11
   184:18,22 185:2,9
   187:10,11,12,18
   188:2 197:11
   200:14,19,21
   204:11,11,18 206:1
   206:11,19 209:4
   211:6,9,21,25 212:7
   212:20 216:2,11
   220:22,25 221:3,5
   227:21 228:21
   229:4 230:17,21
   235:25 236:1,22
   237:9,16 238:3
   248:25 249:2
   266:11 273:13
   274:8 276:14 279:3
   279:4 280:12,15,23
   290:22 308:11,13
   308:20 310:18
   311:20 318:1
**Gwinnett's** 212:9,15

**H**
**half** 229:25 268:20
   308:4
**hall** 204:19 301:25
**handedly** 274:1
**happened** 281:1
   285:14 295:16
   300:24
**happening** 187:16
   189:3 204:17
   237:19 284:25
   293:6
**happy** 238:19
**hard** 214:7 263:21
   323:9
**harder** 323:12
**Harvill-Childs**
   173:23 174:3,13
   313:9,24 314:11
   316:17 317:1
**Hastings** 166:17
   209:18 210:1,2
**HB** 164:14 197:1
**HD** 186:4,5,16,22
   197:4 265:12 298:5

**head** 208:11 239:11
**heard** 271:2
**Heath** 166:9 203:18
   203:19
**heavily** 204:23
   212:10 265:12
   312:15,22
**held** 194:2,3,4 295:11
**helpful** 195:5,8
**helps** 234:8
**Henry** 168:3 169:3,8
   169:11 170:21
   171:1 174:17
   175:11 200:15,16
   200:21 206:19
   207:13,22 209:4
   211:5,21,25 212:7
   213:2,3,11,15,17
   214:6,14 215:15,23
   219:8,12,15 220:9
   220:13 227:21
   228:21 230:13
   235:25 236:1,22
   237:10,16 238:3
   259:11,14 260:7
   263:1 264:1,3
   266:12 268:21
   273:13 274:4
   283:14,15,18
   284:13,15,16,21
   285:4,8,10,10
   290:23 291:4,16
   300:21 301:1,9,14
   308:11,16,20 318:1
   323:18
**hesitant** 190:21
**higher** 260:4
**Highest** 169:7 171:21
   172:8
**Highway** 188:25
   189:21
**highways** 260:1,2
**Hispanic** 202:22
**Historically** 285:12
**history** 174:15,17
   175:11 184:12
   185:10 315:19,22
**Holcomb** 169:22
   253:11
**Holcomb's** 293:19
**hold** 250:17 252:5
**holds** 250:16

**hopes** 272:22
**house** 164:14 165:3,4
166:1 168:6,9,14,16
168:18,21 169:1,19
170:14,16 171:20
172:1,6,9,12,20
173:2,8,9,12,13,15
173:16 174:1,6,11
174:11,19 175:4,6
178:25 179:3,15
180:21 181:1
183:13 186:12
193:18,22 195:15
196:21 224:22
232:11,13 234:1,9
235:1 236:11,19
238:9,13 240:23
245:13,17,21
247:10,15 248:23
252:2,23 253:14,21
253:22 258:23
276:2,7 280:8
287:4 288:1 290:7
293:25 296:4
297:13 302:16,17
303:1,10,15 304:6
305:13 307:1
309:11 313:8,15
314:12 318:9 319:2
321:16 322:15
323:8
**huh-uh** 223:12
**human** 190:22
**hyper** 230:23
**hypothetical** 269:22

**I**

**idea** 198:21 273:17
**identified** 176:19
178:5 179:9 180:4
181:4,25 182:18
184:15,24 191:13
194:13 195:17
196:2 197:13
200:24 203:5 205:1
205:23 207:24
209:14 214:24
216:14 218:8 226:3
228:6 229:9 230:25
232:25 234:4,18
237:3 240:8 241:15
242:3,10 244:8

248:9 249:10,25
252:17 253:2 254:2
255:8,20 256:14
257:4 258:7 261:20
262:13 263:5 264:7
266:18 271:21
274:25 277:14
279:12 281:10
285:17 287:8
291:23 292:16
294:10 300:4 302:4
304:22 305:18
306:9 307:5,12
308:25 309:13
310:19 312:25
314:3 315:6 316:2
316:12 317:14
318:3,15 319:11
320:16 321:6 322:1
323:13
**identify** 295:15
**identifying** 238:6
**immediately** 310:8
**include** 227:21
**included** 224:21
262:4 272:15
292:13
**includes** 320:4
**including** 212:23
215:23 235:12,12
240:24 250:21,24
268:21 274:4
278:17 285:8,10
290:13
**increase** 177:23
262:25 266:11,13
266:15 286:21
**increasing** 189:3
200:11
**increasingly** 188:17
206:21,24 207:1
210:12 230:17
**incumbent** 295:11,18
297:9 298:3 299:14
**incumbents** 222:6,22
225:14 293:9
298:10
**independent** 192:20
288:19,24
**independents** 208:21
**Index** 164:1,2,6,11
175:14

**indicate** 324:20
**individually** 241:19
**information** 178:24
181:10,14,14,20
220:16,19 238:1
243:9,13 253:19
255:18 256:3
258:24 259:5 279:2
279:4,20 287:18
293:23 295:6
301:18,22 304:2,13
305:6,11,12 319:5
321:22
**initially** 243:6
**inside** 211:2
**instance** 198:11
295:21 297:4
299:13
**instances** 295:15
297:3,5 298:7
299:1
**interest** 238:7,9
267:15 326:5,12,15
**interested** 193:2
231:23 238:20
253:19 304:13
321:23,24
**interesting** 275:22
**interpret** 289:19
**interpretive** 289:13
**interstate** 260:1
**introduced** 180:8
182:4
**introductory** 267:18
**invited** 223:5,6
**involved** 198:1 239:5
239:7,8 249:20
264:23 267:10
272:11 278:7 299:2
**involving** 297:4
**in-town** 211:1
**Isakson** 203:21 204:1
**Isakson's** 204:3
**issue** 274:16,17
**issues** 231:23 236:25
**It'd** 189:21
**It'll** 198:21
**Ivan** 163:19
**I-75** 259:18,20,23
260:4,6
**I-85** 189:16
**i.e** 190:1

**J**

**Jack** 267:8 322:10
**Jackson** 162:7
204:19 259:24
**JAMIDA** 162:6
**Jan** 164:16 167:22
171:18 172:4,14
234:22 240:18
285:20 286:2
**January** 162:19
165:18 166:14
168:2,4 169:12
171:2 174:16,18
175:12 176:1,9
185:3 187:9 206:2
207:17 258:13
323:18
**Javier** 170:3,6 255:5
255:12,16
**Jenkins** 297:13
**Jeremy** 165:20
191:18 192:5,6
**Jill** 295:22
**Jim** 167:5 171:6,10
171:13,16 228:16
266:22 267:5,6,10
275:5,19 280:3
281:20
**JM** 324:25
**job** 294:2
**Joel** 162:15 326:21
**Johnny** 203:21
**Jon** 162:14 163:3
302:15
**Jones** 164:17 167:22
171:18 172:4,14
234:22,24 236:24
237:15 240:18
285:20 286:2,12
287:2,19 288:7
292:2,11 293:1,23
294:13 295:1
**Jordan** 165:6 172:18
173:5,11 174:22
302:13 303:18
304:3,12 305:4,10
306:2 307:24 317:3
318:18,23 319:4,16
**Jordan's** 304:25
**Journal** 228:18
**Joyce** 164:18,20

179:5 180:7,16
186:4,5
**Joyce's** 190:1
**Jr** 163:19
**Judicial** 325:19
**July** 180:18 275:6,9
**jumped** 270:1
**June** 264:10 266:21

**K**

**K** 163:18
**Kansas** 322:11
**keep** 195:10 257:15
257:16 265:2
293:24 294:8
**keeping** 187:20 195:3
239:9
**Kelleher** 173:6
306:18,19 307:9
**KEMP** 162:10
**Kent** 167:3 226:7,14
226:15
**key** 268:10
**KHOURY** 163:18
206:4 217:24 240:1
247:24 257:22
282:20 284:3
**kin** 325:15
**kind** 276:16 278:18
296:13 321:9
**Kingston** 171:6
266:22 267:5,6,8,10
322:10
**Klarner** 174:8
315:12
**knew** 179:8 315:22
**Knight** 172:16
300:13 301:17
**know** 176:24 183:22
187:23 192:13,16
192:24 193:5 195:2
201:21 208:18,22
211:7 213:9,22,24
214:8,23 222:8
223:17 224:16
225:25 236:2
238:10 239:25
249:22 253:18,22
254:23 257:17
259:25 267:13
276:22,25 278:18
278:20 280:7 294:7

Dan O'Connor                 Georgia State Conference of the NAACP, et al vs Kemp                 January 25, 2018

Page 335

303:9 304:12
309:25 312:7
315:19 320:23
323:5
**knowledge** 252:14

**L**

**labeled** 165:3,4
**labels** 185:24 312:18
**lack** 274:18
**Lake** 259:24
**Landmark** 201:12
  208:11
**language** 273:15
  291:13
**large** 232:7 266:11
**largely** 320:8
**larger** 207:2 273:1
  308:22
**late** 223:15
**lately** 312:14
**LAURETHA** 162:4
**LAVELLE** 162:3
**law** 163:4 203:22
  306:23 326:10,13
**Lawrenceville** 312:1
  312:5
**lawyer** 278:21
**Lawyers** 163:4
**Lawyer's** 306:21
**leader** 302:15,17,23
  303:6,7,9,15 305:12
  319:5
**leadership** 303:15
**leader's** 303:19
**leaning** 226:23 227:5
  228:4
**leans** 308:13
**leaving** 207:21 229:5
  267:17
**left** 282:12
**legislative** 175:7
  179:23 189:25
  254:13 257:13
**legislators** 304:15
**LEMON** 162:3
**Leo** 270:9
**letter** 205:20
**let's** 247:2 251:2
  323:15
**Lewis** 163:14 278:6
**likes** 293:24

**line** 230:15 305:17
**lines** 198:9 259:2
**linings** 215:13
**list** 174:1 225:18
  313:7,14,17
**listed** 324:5
**little** 245:17 261:7,12
  261:14,15 280:7
**live** 260:3
**lives** 249:24 266:6
**LLP** 162:17 163:9,14
  163:18
**lobbies** 264:25
**locate** 287:3
**long** 190:24 321:10
**longer** 302:19 303:20
  303:25
**longer-term** 212:14
**long-term** 285:3,6
**look** 176:23 180:17
  198:20 199:3 200:6
  214:9 222:10,14
  233:20 236:11
  247:20 248:24
  265:22 266:2
  291:14 301:12
  311:14,15 314:20
  315:2,16 321:20
**looked** 236:8 265:25
  311:11 312:12
  314:18
**looking** 179:2,5
  193:8 199:18
  227:18 233:12
  235:24 263:25,25
  264:2 270:16
  280:11,24 281:1
  304:4 315:19
  316:21
**looks** 181:23 199:5
  203:25 232:2
  245:12 248:24
  286:14,22 287:21
  288:16 302:2
  307:10 308:1
  309:11 314:15
  315:14,18 320:21
**losing** 190:11 297:9
**loss** 274:14
**losses** 296:24 297:17
  298:4
**lost** 268:25 269:4

**295:11,17,18,22**
  298:10 299:8,15
**lot** 187:24 190:12
  211:2 216:4 269:1
  286:14 291:15
  321:3 322:22
**Louisiana** 270:18
**low** 275:23
**lower** 261:3
**Lowest** 169:7 171:21
  172:8
**lunch** 217:22 219:5
  219:10,17 311:6
**Luxembourg** 196:18
**LYNNE** 162:7

**M**

**M** 162:14 163:3
**Macon** 183:11,12
**main** 306:4
**majority** 214:13
  232:6,17 250:21,24
  251:3 252:4 293:12
  294:9 295:10
  302:15,17,23 303:6
  303:7,9,15,19
**majority-minority**
  312:6
**making** 185:14,15
  190:1,6 221:4
  230:22 266:15
  311:21
**Mall** 189:8,12,15
**Malloy** 225:24
**map** 165:3,4 167:11
  167:14,17 170:12
  170:20 172:17
  173:8,13,16 259:2,4
  260:16,16,19,21
  265:22 266:1,3
  267:25
**maps** 179:13,16,17
  179:19 180:1 239:8
**Maptitude** 167:12,15
  167:18 168:14
**March** 234:12,13,15
  243:5,11 250:4
  317:6 322:4
**margin** 259:9
**marginal** 206:21,24
  207:1 296:7
**Marietta** 324:24

**mark** 166:16 176:21
  178:7 181:6 184:17
  185:1 191:15
  194:16 195:21
  196:4 197:15
  205:25 208:1,9,10
  209:16 215:2
  216:16 218:11
  225:22 226:1,5
  228:9 229:11 231:2
  233:4 234:20
  241:19,21 242:5,12
  248:12 249:12
  250:2 252:19 253:4
  254:4 255:10,22
  256:16 257:6
  258:10 261:23
  262:15 263:8
  271:23 277:17
  287:13 292:20
  294:12 300:6
  304:24 306:12
  307:7,14 315:8
  316:4 318:5,17
  319:13 320:18
  321:10 322:7
  323:15
**marked** 179:14
  182:21 234:7
  240:11 305:21
**MARLON** 162:3
**match** 245:14,19
**MCKENZIE** 162:6
**mean** 178:1 194:6
  198:3 199:9,20
  201:8 209:12
  210:14 211:10,11
  212:5,9,15,24 213:9
  213:19,23 214:8,10
  214:20 217:16
  222:8,10 223:11,17
  223:17 224:2
  225:20 226:24
  227:17 231:5
  238:23 239:13,18
  239:18 241:21
  243:17 249:22
  253:20 254:19,23
  255:15 260:22
  267:12,14 270:12
  271:9 273:1 276:23
  280:1 285:7 287:22

**290:3,16 291:7**
  293:24 294:5
  297:24 299:16
  301:11 309:12
  312:11 313:9,18
  314:18 315:14
  316:25 319:22
  320:13,25,25
  322:25
**meaning** 308:13
**means** 269:3
**meant** 301:25
**measurement** 213:23
**meet** 223:3,9 224:7
**meeting** 183:11,12,14
  183:16 223:12,13
  223:19 224:5
**member** 190:19,20
  191:8 238:13
**members** 172:1
  241:6 287:25 288:2
  305:14
**memo** 177:3 235:9
  305:4 318:23
**mention** 184:7
  200:21 259:13,17
  295:21 296:20
**mentioned** 219:4
  232:4 236:16 285:7
**mentioning** 280:12
**mentions** 186:10
  265:10 309:4
**Merle** 271:3
**met** 223:14
**method** 217:14
**metric** 244:5
**metro** 210:10 226:22
  226:24,25 227:4,10
  273:12
**Michael** 167:9 231:3
  231:16,17
**Michelle** 273:9
**middle** 185:25 186:3
  186:6 188:21
  198:14 249:4
  267:22
**Midterm** 315:25
**Midtown** 211:1
  276:24
**mid-decade** 315:12
**migration** 215:19,22
**Mike** 166:8 170:12

170:19 201:11
258:13,21 262:22
**Mills** 188:25
**mine** 197:25 249:18
249:24 320:21
**minimum** 222:13
224:4
**minorities** 299:2
**minority** 177:23
188:12 189:4
202:21 204:13
207:7,9 209:5
232:7,19 237:21
266:11,13 270:9
273:3,11,18,18
274:9 290:25 291:5
296:24 297:6
299:12 304:16
308:22,22 312:16
312:23
**minute** 194:24 243:4
311:15
**minutes** 243:4 257:24
**Mississippi** 270:19
**misunderstood**
298:16 299:5
**modifying** 179:23
223:24
**Monday** 223:4
**morning** 176:16
179:17 235:5
**mouthful** 316:19
**move** 180:24 182:3
200:5 203:7 216:2
230:4 240:10 273:5
275:2 309:16
**moving** 204:18
207:22 230:17
273:23 283:13,15
284:1,2
**Moyer** 162:15 326:21

**N**

**NAACP** 162:3,5
163:2
**name** 186:21 265:15
**named** 270:8
**names** 257:17
**national** 196:16
**nature** 190:22 286:13
**NE** 163:15
**near** 273:24 296:13

**necessarily** 187:21
**need** 222:5,9 234:17
241:21
**needed** 219:21
324:19
**needing** 219:11,13
**needs** 222:11
**negative** 223:12
**neighborhoods** 211:1
**new** 163:5 191:7
260:16,18 261:4
301:13
**newly** 190:19,20
**Newton** 215:16
**Nick** 166:6 170:8
197:17,23,24
256:18
**Nix** 238:15
**nonpartisan** 192:20
278:14
**north** 189:16,17
236:13 271:14
296:13,13
**northern** 162:1
201:14
**note** 193:15,21
202:20 243:24
277:7 290:22 291:4
306:25 308:5
**notes** 311:5
**notice** 298:2
**noting** 241:5
**November** 168:13,17
169:2,9,18 170:15
170:17 172:2,12,21
173:3 174:20 195:4
209:17 215:4 288:3
**number** 176:9 177:24
191:18 208:2 218:7
237:8 243:19 247:4
258:6 263:1 280:16
280:18 300:3 301:3
301:4 324:20
**numbered** 181:7
182:22 184:20
196:8 197:17 205:3
209:19
**numbers** 227:18
287:5 291:14
**Nunn** 268:16 273:9
**Nunn's** 274:14
**NW** 163:5,10,19

**O**

**oath** 176:17
**Obama** 186:12
193:22,24 194:3,3
194:12 196:25
197:6 230:2 282:9
**Object** 240:1 282:20
284:3
**observation** 202:9
**observe** 276:1
**obvious** 190:2
**obviously** 253:21,23
**occasional** 210:5
**OCGA** 326:2,6
**October** 168:7,22
172:3,20 173:1
180:7 190:16 202:5
203:9,23 206:3
263:2 288:2 317:7
323:19
**offered** 326:17
**offhand** 192:18
201:23 236:6
**office** 199:11,15,17
199:21 231:19
253:12 254:10
257:13,14 263:19
**Offices** 162:17
**official** 162:10
169:20 278:19
**oh** 184:9 185:17
188:21 194:6
198:23,23 201:17
204:25 211:17
212:3 224:11
227:23 232:18
234:17 236:4,10
245:5,25 246:19
247:5 250:20 257:3
260:24 266:17
268:6 269:23
275:12 277:3 278:9
280:25 289:23
291:19,22 294:19
297:18 298:5,8,11
298:15 300:10
303:16 307:17
313:19
**okay** 176:21 177:1,7
178:14 180:3,24
181:6 182:20

183:22 184:1 185:1
186:2,22 187:12,14
191:15,25 192:1,12
192:19,21 193:7
195:12 196:4,19
198:5,24 199:10
200:4,10 201:3,4,24
203:15,16 204:8
205:6 206:16
207:12 208:3
209:20 210:7
213:12 215:5,11,14
216:18,24 217:2,21
218:14 220:7,21,21
221:19 224:4,18,19
226:8,21 227:1,20
228:10,20 229:17
230:12 231:10,11
231:20 232:18,22
233:8,24 234:6,13
234:16,17 235:21
237:6,13,18 238:21
239:20 240:4,13
241:22,23 242:15
242:16 243:19
245:23 246:1,3,9,21
246:12,21 247:6,19
248:13,20 250:2,6
250:13,15 252:1,19
252:24 253:5,18
254:4 255:1,10,22
256:16,21,25 257:6
257:19 258:9,11,15
258:22 259:4,8
262:18 264:23
265:4 266:2,9,15,24
267:17 268:1
269:23,25 270:16
272:2,3 273:5,23
275:12,13 276:16
277:7,16,17 278:10
278:25 279:14
281:12,14,21
285:19,21,22 286:3
286:7,8 287:1,11
288:11 289:7,21
290:18 292:5,12
293:3 294:22,22
296:6,15,20 298:15
298:19 299:5,18
302:8,18 303:18
306:25 307:23

308:3 310:14,21
311:14,18,19
312:11,11,13,22
313:3 314:20 315:2
315:18 316:4,24
317:2 318:5,17,17
321:8 322:3,12,17
323:9,21
**old** 260:16,21 261:5
267:8
**once** 191:24 241:11
310:12
**ones** 194:11 245:18
297:23
**online** 185:19
**opponents** 255:2
**opportunity** 272:21
**opposed** 259:11
**ORANGE** 162:7
**organization** 162:3
**original** 289:22,24
**originally** 187:1
**outcome** 290:12
**outlier** 298:22
**outreach** 270:9
**outside** 200:13 211:3
299:10,10
**overall** 227:19
271:12,15 277:3
310:18
**overview** 273:6
**O'Connor** 162:13
164:7,16,19,21
165:1,6,8,10,12,20
165:22 166:4,6,8,10
166:12,16,18,20,22
167:1,4,5,7,9,22
168:12 169:13,15
169:16,21 170:1,3,6
170:8,10,12,19
171:4,6,8,10,12,13
171:16,18 172:4,14
172:16,18 173:5,7
173:11,18,21,22
174:3,8,9,13,22
175:1,9 176:11,16
176:23 178:9,11
180:7,11 181:9
182:5 185:6 191:17
191:20 194:17,20
196:6,10 197:17
203:12 205:5,8

208:4 209:18 215:3
218:11 225:23
226:7,9 228:12
229:15,19 231:3
233:10 234:24
242:14,17 248:15
249:15,17 250:8
252:20 255:11,24
255:25 256:17
257:9 258:9,17
262:20 263:11
264:11,14 266:22
267:1 272:1 275:15
277:18 281:16
285:20,23 292:7
300:6,9 302:13
305:23 306:14
307:18 309:10,20
310:25 313:6 316:6
316:8,16 317:21
318:7,19,20 319:15
319:19 321:13
322:5,8 323:16
324:1,22 325:14

**P**

**P** 162:15 326:21
**page** 164:10,25
165:25 166:25
167:25 168:25
169:25 170:25
171:25 172:25
173:25 174:25
177:8 196:20 198:6
198:17,18 200:5
202:12 207:12
215:12 256:20
269:8,9 271:25
272:19 273:6,23,24
274:2,12 275:7,10
275:11,20 284:12
284:12 286:5,6
307:20 308:3 316:9
317:4 322:13
**pages** 200:5 319:16
325:10
**page(s)** 324:20
**PAGE/LINE/CHA...**
324:6
**paper** 228:19
**paragraph** 177:15
184:5 185:23 186:1

186:7 188:16,19
189:24 196:20
198:7,10,15 202:1
202:13 204:9
206:17 210:8
215:12 217:2 220:8
220:22 222:1 223:2
224:21 228:20
229:8,25 230:12,21
232:5 248:20 249:4
250:14 256:20
265:5 267:18,19,23
267:24 268:3,19
269:7,9 270:16
272:20 279:1
280:11 286:16
293:4 297:15 306:7
307:21 308:4,5
309:3 311:9,13
322:14
**paragraph's** 221:23
**Parent** 251:5 277:10
277:11,12,13
295:23,25
**Parent's** 251:22,23
251:24
**parity** 308:16
**Parlay** 192:8,9,13,17
**part** 188:10,10,11,12
190:18 197:5 200:6
201:24 236:2,17
237:7 238:3,10
265:21 293:1,2
294:2 295:8 300:25
301:1
**partici** 280:16
**participates** 265:1
**particular** 320:24
**Particularly** 320:12
**parties** 325:16
326:18
**Partisan** 168:10
172:7,10 175:7
**parts** 276:24
**party** 172:6,9 187:3
196:1 216:24
233:20 270:10
272:14 274:22
278:11,20 306:22
326:11,11,13,14
**pass** 253:22
**passed** 253:21

**Pat** 298:4
**PATRICIA** 162:4
**patterns** 232:3
**PAYTON** 162:6
**PC** 324:24 325:22,23
**Peachtree** 163:15
**people** 187:23 213:25
239:9 260:3 278:18
278:20 280:17,18
281:8 289:16
300:21,22 301:8,9
301:14
**percent** 193:16
202:21 207:16,17
214:18 250:18
251:4,14,21 252:11
268:17 269:15,16
269:21 274:7 276:3
277:10 282:3,8
288:13,18 289:4
296:11,25 297:6,20
299:3,9,12
**percentage** 169:7
171:21 172:2,7,12
172:20 173:1
177:24 187:17,22
193:12 207:3 211:8
211:12,23 213:10
214:10 224:23
260:4,20 261:4
263:2 267:20 268:4
268:11 269:4 273:2
275:24 277:1
280:10 288:1,10
296:25 299:12
304:7,10,16 305:14
**percentages** 200:12
289:16
**Perdue** 177:5
**perform** 260:19,23
261:12
**performance** 181:21
182:13 214:5
217:12,13 229:1
233:23 244:6 249:8
264:1 287:5 294:1
323:10
**performs** 261:2
**period** 219:18 223:25
235:13 239:23
317:11
**Perkins** 163:9

**person** 326:8
**personal** 249:23
**personnel** 270:24
**pertaining** 198:11
199:19
**Peter** 165:10,12
178:9,19
**Phil** 167:3 226:7,14
**phrase** 212:18
**pick** 265:20
**picked** 265:11 266:7
**picking** 301:2,15
**plagued** 274:22
**Plaintiff** 179:14,15
**Plaintiffs** 162:5,8
163:2,7
**Plaintiff's** 164:12
176:20 178:6
179:10,10 180:5
181:5 182:1,19
184:16,25 191:14
194:14 195:18
196:3 197:14
200:25 203:6 205:2
205:24 207:25
209:15 214:25
216:15 218:9 226:4
228:7 229:10 231:1
233:1,1,2,3 234:5
234:19 237:4,4
240:9 241:16 242:4
242:11 244:9,9,10
244:11,11,12,13,13
244:14 248:10
249:11 250:1
252:18 253:3 254:3
255:9,21 256:15
257:5 258:8 261:21
261:21 262:14
263:6,6 264:8
266:19 271:22
275:1 277:15
279:13 281:11
285:18 287:9,9
291:24 292:17,17
292:18 294:11
300:5 302:5,5,6
304:23 305:19
306:10 307:6,13
309:1,1,14 310:20
313:1,1 314:4,4
315:7 316:3,13

317:15,15 318:4,16
319:12 320:17
321:7 322:2 323:14
**plan** 261:4,5 307:2
**please** 299:21 324:19
**plummeted** 268:12
**point** 183:22 203:1
262:23 304:18
311:19
**pointing** 222:15,20
**points** 172:13 216:4
224:23
**polarized** 270:20
271:8,13,16,17
**political** 181:21
182:13 192:8,9,13
192:17 201:15
205:12 208:14
210:4 217:11,12
229:1 233:13,22
242:7 244:6 249:8
249:9,20 260:10
263:25 265:1,3
267:15 282:7
323:10
**politically** 296:7
**politicians** 271:4
**politics** 198:1 264:23
267:11 271:5
272:11 278:8
**poll** 269:10
**polling** 208:14
**polls** 269:16,24
**populated** 259:22
**population** 178:4
189:4 301:12
305:14
**populations** 232:7,20
**portion** 177:9 259:10
259:11 283:2 323:5
**position** 278:14,15
**positive** 183:21
192:11 220:6
254:20
**possibility** 191:11
219:11,13
**possible** 199:20
238:25 294:4
**Power** 264:21
**precautionary** 191:7
**precinct** 165:16
169:1,4,6,9 170:17

170:21 174:20
181:15 184:19
217:20 246:8
276:14 282:12
323:6,7
**precincts** 214:9 217:8
217:11 264:1,6
312:18 322:20,23
322:24 323:11
**precisely** 217:13
**predominantly**
208:23 282:15,16
282:17,18 283:4,5,6
283:7 291:21
**prepared** 320:23
**PRESENT** 163:21
**president** 184:10,22
193:21 235:2
284:17,21
**presidential** 165:16
167:11 168:13
169:4,6 170:22
171:20 173:9
184:19 307:3
322:16
**pretty** 232:10 265:23
277:1
**prevailed** 217:7
**previous** 295:5
**previously** 176:12
179:13 180:9 182:4
182:21 234:7
240:11 273:3
294:18 305:7,21
306:22
**primary** 168:20
177:12 247:3
272:23
**principal** 326:9
**principles** 253:14
**prior** 182:13,15
206:22
**prize** 284:23
**pro** 234:25 236:24
238:1 240:5,18
286:2 287:19 288:7
292:11 293:1,23
294:7 295:1 302:22
303:3
**probably** 196:24
204:7 217:17
230:11 238:18

239:16,22 246:7
254:20,22 266:6
267:14 276:25
293:11 294:8 301:6
304:14 308:14
321:1
**Proceedings** 164:1
218:3 258:2 299:24
323:25
**process** 239:5,9
249:21
**producing** 290:11
**professor** 205:12
**prohibited** 326:2
**project** 214:5 323:10
**projects** 286:22
**prominent** 271:3
**proposed** 165:3,4
174:10 179:15
**provide** 181:20
183:17 205:21
214:18 227:8 237:6
240:22 279:2
325:24 326:7
**provided** 176:3
181:11 183:16
206:9 237:15
245:10 287:19
288:7 292:25
298:13 304:3
309:10 310:14
**providing** 187:6
237:25 240:5 241:2
241:24 242:6 244:4
301:22 321:3,19
**publications** 271:1
**publicly** 185:15
**purple** 216:2 283:22
283:23
**purpose** 187:15,20
**pursuant** 176:4
325:17
**put** 206:14 262:11
**puts** 202:25
**p.m** 162:19 218:2,3,4
218:6 258:1,2,3,5
292:3 294:14,16,21
295:4 299:23,24,25
300:2 323:24,25

———————
**Q**
———————
**question** 178:11

181:9 191:20,23
240:2 245:4,7,8
256:1 282:21,22
284:4 295:9 310:4
310:10,16 316:8
317:20
**questions** 323:22
325:6

———————
**R**
———————
**race** 164:22 165:14
167:20 181:17
187:8 217:6 221:7
227:9 233:19 241:3
241:25 254:12
272:17 279:3
317:25 318:9
**races** 174:6 193:5
195:3,10 224:22
293:10 313:8,15,20
313:25
**racial** 181:14 197:10
216:11 233:13
243:24 249:7 296:9
**racially** 270:20 271:8
271:15
**rally** 303:9
**rallying** 303:12
**ran** 296:2
**randomly** 243:15
**Randy** 166:4,20
196:6,14,15 215:3
215:10 239:13
**range** 241:12 288:22
289:1
**Ranked** 169:6 171:20
172:7
**ranking** 303:12 304:5
305:13
**rapidly** 308:12
**rates** 326:17
**Ray** 171:7 272:1,7,8
**read** 178:11,14
191:22,24 228:10
235:9 271:7 275:7
282:24 283:1
311:10 324:2 325:8
**reading** 235:6 270:25
271:5 283:9
**Reagan** 282:2,8
**real** 198:4 202:3,25
**really** 239:8 275:8

**Reapportionment**
183:20,23 238:13
239:11
**reason** 206:25 244:3
324:6
**recall** 179:7,20,25
180:17 181:2
182:12,17 183:18
199:9 219:16,22,24
223:13 234:2
235:19 238:6,12,24
239:13,18 240:3
243:14 255:1,5
286:11 296:9
299:16 301:19
313:6 315:11
**Recap** 171:8
**receiving** 182:10
**recess** 218:3 258:2
299:24
**recognize** 176:25
177:1 178:13,16
180:10 182:5 183:1
185:5 191:21 192:1
194:19 195:23
196:9 197:19 201:6
203:11 208:4
209:21 215:6
216:19 218:15
226:9 228:11
229:18 231:11
240:14 242:16
248:14 250:7
252:21 253:6 254:5
258:16 262:19
263:10 264:13
266:25 272:3
275:14 277:21
279:22 281:15
285:22 287:15
292:6 294:23 300:8
305:1,22 306:13
309:19 310:24
316:19 318:19
319:18 320:20
321:12
**recollection** 233:25
**record** 176:8 214:1
218:2,6 222:19
224:18 258:1,5
299:23 300:2
323:24

**records** 213:24
214:11
**redistrict** 221:21
222:5
**redistricting** 199:11
199:15,17 219:12
220:3,5,17 231:24
235:8,14,17,21
236:2,17,25 238:2
238:11,17 239:6
253:14,23 254:17
255:2 257:14
265:21 300:18
306:5 310:5 315:13
315:20,25
**redistrictings** 256:4
256:11,12
**reduced** 325:7
**refer** 198:5 200:14
215:11
**reference** 211:22,25
269:19 270:5,14
**referenced** 184:21
245:11
**references** 183:10
**referencing** 190:8
266:12 273:9
297:17
**referendum** 286:16
286:17,19
**referred** 185:9
**referred-to** 283:2
**referring** 195:22,25
211:17 212:1
269:15,24 284:17
308:15
**refers** 198:8,25 235:4
295:5
**reflect** 224:6 237:18
256:2 304:17 306:4
314:16 315:21
317:9,10,24
**reflects** 182:7 225:11
305:10 319:4,25
**refresh** 233:25
**reg** 260:15 261:13
**regard** 196:21
**regarding** 181:14,21
240:23 287:25
**region** 312:19
**regions** 286:20
**registered** 172:2,20

Dan O'Connor                Georgia State Conference of the NAACP, et al vs Kemp                January 25, 2018

173:2 178:1,3
181:15,24 202:23
207:3 257:17 288:1
**registra** 209:8
**registration** 164:22
165:13,18 166:14
168:1,4,7,21 169:11
171:1 174:15,17,19
175:11 178:25
179:3 184:11 185:3
185:10 187:8,24
188:2,3,4 198:12
199:4,19 200:1,11
204:13 205:20
206:2 207:19
233:23 235:10
237:9,11,22 241:3,7
241:25 247:15
252:16 260:11,20
261:4 263:1,21
264:3 266:14
273:20 276:3
279:20 280:13,15
282:3 290:8 317:6
317:25 318:9
320:14 323:17
**regular** 164:14
205:15 310:11
**regularly** 239:11
**Regulations** 176:5
325:18 326:4
**REID** 162:4
**related** 200:1 231:24
254:17 256:10
261:17 278:5
283:25
**relationship** 302:21
302:24 326:5,10
**relatively** 190:18
191:7
**remember** 199:22
219:17,18 220:1
223:11,18,20,22
224:1,2,5 236:6,7,9
243:18 254:24
300:24 315:15
321:1
**rep** 300:14 309:22
**report** 165:12 210:4
320:11
**reported** 325:5
**reporter** 162:16

176:3 206:5 228:18
249:14 283:1 325:1
325:21 326:22
**reporting** 176:6
289:14 324:24
325:19,22,23,25
326:8
**reports** 281:8
**represent** 183:8
241:6 325:11
**representative**
166:21 179:4
180:15 182:8 183:5
183:6 190:12
216:23,25 219:20
220:10,13 221:10
221:16 223:3,10,14
223:23 224:7
225:15,16 238:15
242:21,22 243:9
245:10 266:4,5
277:8 300:13
301:17 309:23
**Representatives**
166:1 240:24
**represented** 183:7
251:17
**representing** 256:24
**represents** 251:7
277:9 319:8
**reps** 242:23
**Republican** 168:19
172:7 174:6 177:12
183:13 187:2 189:8
190:2,13 192:10,14
193:23 196:17
201:18 203:1 204:4
204:23 209:6,11
211:9 212:10,16
213:11 214:2 217:1
225:4,8,14 230:23
260:19 265:12
269:17 270:10
272:14 273:12
278:8,11,20 282:17
283:6,20 287:22
294:8 295:11,17,18
297:9,14 298:9
299:14 303:13
305:13 306:22
308:13,21 319:23
**Republicans** 173:3

194:3 207:10
208:16,24,25 221:4
225:20 251:21
261:3,13 278:22,23
288:14,18,21,23
289:5 290:8 291:6
291:9 293:17 294:3
295:10 304:10,19
311:23 319:1
**Republican-Held**
175:4 194:10
**request** 180:19 259:1
302:2 314:11,14
315:11
**requested** 182:9
243:12 301:23
**requesting** 255:17
**requests** 179:22
**Research** 253:11
**researched** 315:22
**resend** 287:4
**reserved** 325:9
**respect** 213:13
**responded** 287:12
**Responding** 305:6
**responds** 287:2
**response** 294:17
295:15 304:25
314:14,17 315:1,21
**rest** 210:19
**result** 209:10 228:3
283:18
**resulting** 204:22
**results** 217:19
**Returns** 169:20
**revise** 164:15
**revised** 307:2
**right** 180:1 182:2,20
184:4,14 186:6,8,24
187:25 188:21
189:1,10,10,22
190:3,15 191:4,6,15
194:9,15,15 195:16
196:1 197:3,12,15
199:1,2,7 200:4,9
200:19,20,23 203:7
204:15 205:3,22
206:14 207:15
208:1 209:21
212:17,17,24 215:1
215:1 216:1 217:4
218:10,15 219:2,3,9

220:11,20 221:12
221:25 222:3 223:1
224:19,20,24 225:3
225:7,10,21 226:5
227:6,13 228:8,8,23
229:6,7 230:15,16
232:21 233:4,7
234:14 235:6 238:5
240:4,10,21 241:14
241:17 242:8,9,12
242:25 243:7,15,23
244:3,16 245:19
246:14,15 247:8,13
247:16,22 248:8,8
248:11 249:9 250:2
250:25 251:10,11
251:16,19,20,25
253:6,16 254:4
257:16 259:7,12,13
260:13,17 261:16
261:19,23 262:3,11
262:12,15 263:4,20
264:12 265:4,6,14
266:20 267:17
268:13,18 269:2,7
270:22 271:19,20
271:23 272:18,24
273:4,16 274:6,20
274:24 275:25
276:5 277:20,21
279:14,21,22 281:3
281:12 282:5,10,13
283:11,17 284:11
284:11,14,19,20,23
285:19 287:1
288:25 289:2,6
290:21 291:2,19,25
292:1 293:22
294:12 295:3,24
296:2,8,22 298:18
298:18,21,25
300:16 301:4,13
302:8,17 303:2,5,20
303:24,24 304:1,4,8
304:11 305:9,20
306:11 307:4
308:17 309:15
310:21 311:4,15,24
312:3 313:22,22
314:2,6 316:14,14
317:8 319:10,10,13
320:18 321:5,5,8

323:15,20 325:8
**Rights** 163:4
**Rockbridge** 312:15
312:18
**role** 303:7,8
**Romney** 169:6
171:21 194:2,11
287:23,23 288:9
291:8
**Ronny** 171:4 264:11
264:18,19
**Roswell** 324:24
**Rountree** 166:16
208:9,10
**Roy** 268:14
**rule** 276:17
**Rules** 176:5 325:18
326:3
**run** 301:24
**running** 259:20
**runoff** 184:12
**runs** 259:18
**rural** 259:23
**Rynders** 166:21
216:23,25 217:1

---

**S**

**SABRINA** 162:6
**safer** 219:21 222:6
**sales** 286:17,21
**SAMMY** 162:7
**Sandy** 272:9
**Savannah** 267:8
**saw** 272:21
**saying** 190:14 204:11
209:7 219:22
223:19 256:5
269:25 280:14
291:12,15 303:25
**says** 182:11 183:15
186:5 195:15
196:20,21 198:8
200:16 201:25
229:8 267:24
269:12 287:2
290:10 292:14
295:5,7 301:11,16
305:16 307:21
312:3,10
**Scenic** 188:25
**scheduled** 224:7
**school** 306:23

Donovan Reporting, PC                                                      770.499.7499

**science** 205:13
**seat** 168:17 169:2
    170:15,18 251:22
    251:23,24 252:6,8
    290:14,14 295:11
    296:7
**seats** 166:2 169:19
    196:1 232:5 250:18
    251:22 252:10
    290:12
**second** 177:8 193:9
    207:12 215:12
    228:20 229:25
    232:4 248:20
    275:11 279:1
    280:11 281:22
    303:3 308:4 309:8
    316:9 317:4
**Secretary** 162:10
    164:21 165:13
    185:16 206:13
    213:23 254:9,10
    262:9 263:18 281:5
    289:11
**see** 186:4 188:17,24
    202:15 204:8
    206:24 232:11
    233:17 234:8,11
    245:18,22 246:4
    247:2 248:2 251:2
    253:25 268:23
    269:12 283:12,13
    287:7 295:13 301:3
    304:15 314:21,25
**seeing** 238:20
**seen** 179:19 204:12
    246:2 274:5 282:6
    303:11
**Seigle** 166:8 170:12
    170:19 201:11,25
    201:25 258:13,21
    258:23 262:5,17,22
    263:15
**Selected** 168:10
**Senate** 167:10,11,13
    167:14,14,16,17,20
    168:19 169:10
    173:14 177:5
    184:12 194:2,6,7,8
    194:10 215:18
    233:14,15,18,19
    250:19 251:5,22

253:11,15,24
    272:16 277:8 296:1
    296:3 309:12
**Senator** 203:21 204:1
    204:2 231:19 255:3
    255:6
**send** 194:22,25
    243:16 258:24
    259:4 293:22
**sending** 243:8 311:3
**sense** 209:13
**sent** 182:7 193:1
    218:22 246:22,25
    247:12 275:9
    286:12 294:16
    303:22 305:7 307:9
    319:5
**sentence** 183:10
    186:5 188:19
    196:23 198:8 219:4
    257:12 291:3
    322:13
**sentences** 322:14
**separate** 162:22
    324:20
**separately** 241:19
**September** 191:17
    193:8 196:7 198:6
    199:6 287:19 288:8
    292:2 294:14,20
**series** 196:5 197:16
    218:22 232:22
    255:23 256:17
**seriously** 290:13,17
**services** 178:21
    325:25 326:8
**session** 164:14 175:3
    175:7 179:23
    189:25
**set** 223:2
**seven** 273:6,7
**seven-month** 317:11
**Shafer's** 231:19
**sharp** 210:8
**sheet** 164:9 187:12
**sheets** 170:4
**sheet(s)** 324:20
**shortly** 235:13 238:1
**show** 179:12 182:21
    187:15 226:17,19
    226:20 227:15
    234:6 238:19

260:14,15 269:16
    305:11,20 309:6
    317:17 321:8 322:3
**showing** 227:24
    259:2 269:10,24
    279:4 305:12 307:1
    308:19 310:17
    317:5 318:8
**shown** 247:16
**shows** 200:11 317:13
**sign** 215:18 325:9
**signed** 310:9,13
**significance** 259:19
    259:21
**significant** 284:7,9
    296:24 301:6
**significantly** 279:7
**silver** 215:13
**similar** 204:12
    232:10 285:13
**simply** 210:18 211:16
    212:5 245:9
**SIMS** 162:4
**sir** 176:18 182:6
    194:21
**situation** 265:3
**six** 227:10,21
**skip** 225:25
**slight** 280:21
**slightly** 188:4 207:17
**Smith** 162:4 171:7
    270:9 272:1,7,8
**Smyrna** 211:3
**SNOW** 162:7
**solid** 274:5
**somebody** 199:10,23
    205:14 222:11
    270:8 278:7 322:9
**son** 267:7,15
**sorry** 178:17 188:22
    198:14 206:8
    226:25 236:10
    247:5 266:5 268:1
    268:7 288:21
    292:24 297:8,18
    298:8,11,15 299:5
    301:13 311:18
    313:17,22 317:3
**sort** 253:25 278:10
    278:20 304:17
    321:18
**sounds** 300:20

**south** 189:19 210:6
    210:20 216:23
    270:18,19
**southern** 210:3 230:3
    264:20 270:21
    271:3,4,11 312:20
**so-called** 270:20
**space** 324:19
**Spalding** 300:23,25
    301:3,10,15
**speaker** 219:1 221:20
    222:4,21 234:25
    235:1 236:24 238:1
    238:9 240:5,18
    286:2 287:19 288:7
    292:11 293:1,23
    294:7 295:1 302:22
    302:22,25 303:3
**speaking** 239:1,3,10
**special** 280:9
**specific** 211:25
    213:19 214:10
    223:21 234:14
    257:15 295:9
    322:13,13
**specifically** 182:17
    212:2 219:16,22
    221:9 223:19 224:1
    224:3 234:3 235:19
    236:7,9 238:24
    239:14 243:14
    245:14 246:4
    254:25 256:22
    294:6 312:1 321:1
**speculate** 214:22
**Spiro** 165:22 167:1
    175:1 194:18
    218:20 223:6
    319:15,23 321:2
**split** 217:5,8,10,20
    221:11 322:20,23
    323:5,7,11
**splits** 266:10
**spoke** 239:21,22
**spreadsheet** 167:10
    167:13,16,19 168:1
    168:3,6,9,13,16,18
    168:21 169:1,3,5,8
    169:11,18 170:14
    170:16,21 171:1,14
    171:19 172:1,6,9,11
    172:19 173:1,8,12

173:15 174:5,15,17
    174:19 175:6,11
    184:11,12,13,22
    195:13 244:20,21
    244:22,23,24,25
    245:1,2,3,24 252:20
    261:24,24 263:9,9
    279:19 280:24,25
    281:4 287:15 307:8
    307:8 317:17 318:6
    318:8 321:9,10,12
    321:16
**spreadsheets** 167:2
    185:14 218:22
    233:9,10 237:7,14
    241:18 243:20
    244:17 245:9
    246:16 248:4
    261:18 262:1,4,7,8
    263:11,13,24
    292:13,25 302:10
    309:9
**Springs** 272:10
**stable** 188:3
**staff** 203:21 219:1
    221:20 222:4,20
    302:14 303:19
**stage** 283:19
**stamped** 194:17
**stand** 273:20 276:19
**start** 178:10 246:10
    246:17 294:20
**starting** 294:19
**starts** 185:23 198:9
    218:12 256:18
    262:17 266:23
    271:24 322:15
**stat** 170:4
**state** 162:3,10,10
    163:2 164:14,21
    165:13 167:11,14
    167:17,20 168:14
    169:19 171:20
    172:1,6,9,12,20
    173:2,8,13,16 174:6
    175:4 185:16
    186:12 194:1,7,8
    210:14,23 213:24
    224:22 232:11,13
    233:15 245:13,16
    245:21 253:11
    254:13 262:9

270:10 272:14
276:1 278:4,15
281:5 287:25
289:11 293:25
296:1,2 304:6
306:22 320:9 325:2
**stated** 291:20 325:5
**statement** 238:22
**states** 162:1 270:21
271:10,11,17,19
**statewide** 168:10
172:7,10 175:7
210:14 211:23
274:23 321:17
**state's** 206:13 254:9
254:10 263:19
268:6 273:10
**statistics** 235:24
241:3
**statute** 310:7
**stayed** 279:5 280:17
**Stephen** 297:12,24
**Steve** 298:4
**stop** 223:5,6
**Street** 163:10,15
324:24
**Strickland** 163:13,14
220:10,14 223:3,10
223:15,23 224:8
231:5,8 240:25
257:21 278:6 306:6
308:7
**Strickland's** 219:20
221:16 225:16
259:14 290:14
**strictly** 303:11
**strike** 274:1
**stronger** 190:5,13
**student** 306:23
**substantial** 232:17,19
273:11 274:9
**substantially** 188:5
**suburbs** 201:14
**suggesting** 222:14
**Suite** 163:5,10,14,19
**Sundays** 226:17
**support** 172:6,9
269:1 274:18
298:23
**supported** 197:6
**sure** 179:12 181:3
183:25 191:23

192:23 193:6
196:22 199:12
201:17 202:7 203:3
203:14 204:25
205:18 208:20
217:23 222:24
224:9 226:11 236:4
239:14 245:25
248:16 257:21
264:15 265:1,23,25
304:21 307:17
311:12,17 312:7
315:4,17 316:22
317:4,23 318:2,21
319:20 320:3
321:14
**surge** 312:2
**suspect** 202:16
**SWANSON** 162:6
**switching** 257:2
**sworn** 176:12 325:14
**System** 164:22
165:13

_____

**T**

**table** 188:7 224:21
225:2,7,11 252:22
287:25 288:9,11
314:13 316:6,9,9
**tables** 184:6,7 185:25
187:7 206:17 219:6
219:7,7 232:23
233:20 290:1,12
309:4,5,6 317:22
**take** 176:23 180:1
184:4 198:20
217:22 221:21
247:9 257:20
288:12,17 299:19
310:5
**taken** 162:14 289:10
290:1 300:22
**takes** 304:5
**talk** 184:5 186:3
188:8 194:23
202:13 204:10,10
207:13 219:10
220:7,8,9 221:9
224:13 226:19,20
228:21 252:1 259:8
262:24 265:7
267:19 268:20

269:10 272:20
273:8,24,25 274:2
284:13,15 286:8
290:6,11 293:8
322:20
**talked** 209:2 237:20
267:13 305:8
314:10
**talking** 177:10,14
183:11 185:11,22
187:10 190:7
198:22 206:17
209:1 210:8,11
212:11 213:7
215:12 217:3 220:2
220:12,22,24 221:6
221:14,19,23
224:22 225:12
226:22 228:24
230:2,13 235:16
238:18 245:13,18
246:7 247:21 248:5
249:2 251:3 265:7
267:22 268:4 276:9
278:17 285:9
286:18 293:5
297:19,20 298:6
311:25 313:12
320:10
**talks** 180:18 235:23
250:16 256:23
280:7 281:25
**target** 190:3 241:13
**targets** 196:24
**tax** 286:17,21
**team** 202:2
**Telephone** 163:9
**tell** 184:2 217:7,12
307:15 310:3
**tem** 234:25 236:24
238:1 240:6,18
286:2 287:19 288:7
292:11 293:1,23
294:7 295:1 302:22
303:3
**tempting** 274:13
**ten** 273:24,24 274:2
288:18,21,23
**tend** 190:21 260:4
296:16
**tended** 202:11
**tends** 259:25

**Tennessee** 271:14,17
**term** 211:13 296:5
**terms** 177:24 178:1
185:13 189:24
191:10 193:10
211:11,19 227:24
232:14 233:19
234:8 249:7 254:14
270:12 273:19
276:19 277:2
289:15 293:9 297:8
298:22 302:24
**territory** 274:5
**test** 275:22
**testified** 176:13
179:17 238:16
**testimony** 162:21
238:19 324:4
**thank** 178:7 182:2,11
194:15 196:4 227:3
229:11 231:7
233:24 234:13
247:22 248:11
249:12 253:18
261:16 271:23
275:2 277:16 287:3
291:25 299:18,20
306:11 307:14,19
309:15 316:4,14
**thankful** 182:9
**Thanks** 201:1 224:20
**theory** 207:20
**thereto** 325:6
**they'd** 269:20
**thing** 191:7 209:2
212:12 214:8
224:12 245:17
248:2 254:25
268:11 314:24
**things** 187:25 193:7
205:19 227:8
248:22 262:25
264:21 318:25
**think** 187:4,23
189:14,15,16
196:17 199:13
203:22 204:1,2
211:19,22,24
214:11,12,12,17
226:18 229:3,3
231:21 236:7,10,11
236:13 238:8,14

239:3 245:16 246:2
246:6,10 251:2
252:7 264:25 265:2
266:4,5 270:8,11
272:13 278:3,13,14
278:15 280:8 285:3
286:20 296:4 301:1
303:11 306:21,23
310:6,9,10 312:4,9
322:9
**thinking** 236:12
**third** 196:23 198:6
198:18 202:1 204:9
210:7 212:2 223:1
268:15 272:20
303:11 307:20
308:3
**Thompson** 162:6,8
163:7
**thought** 260:25
297:18 301:25
**thousand** 227:9
**thread** 164:18,20
165:7,9,11,20 166:3
166:5,7,19 167:5,7
167:22 169:16,21
170:1,5,7,9,11
171:3,5,9,15,17
172:14 173:4,10,18
173:22 174:2,7,12
174:21 175:9
**three** 164:4 184:6,6
185:24,24 186:11
193:22 196:24,25
200:20 223:18
225:3,4,17,19 232:6
236:15 256:20
258:6 260:22
261:18 268:20,25
282:7 285:4,7
289:4 292:13,20,25
296:20,23 297:5,16
297:16,19 298:3
299:1 322:13 323:8
**threshold** 251:9
**Thursday** 162:19
**time** 176:10 177:6
183:23 187:16
190:19,24 199:13
202:5,11 204:2
217:15,25 219:18
223:16,24 231:18

231:22 235:13
237:23 238:16
239:24 251:19,24
255:6 264:3 268:5
270:10 286:4 287:6
293:17 302:20
303:22 312:8
315:20 317:25
321:4
**timing** 234:1,9
**tip** 312:20
**titled** 164:13 165:13
165:15,17 166:1,13
167:10,13,16,19
168:1,3,6,9,13,16
168:18,21 169:1,3,5
169:8,11,18 170:14
170:16,21 171:1,19
172:1,6,9,11,19
173:1,8,12,15 174:5
174:10,15,17,19
175:3,6,11
**Tobelman** 163:22
**today** 184:3 217:18
219:5 231:21 246:2
303:25 312:24
**told** 219:19
**tongue** 316:18
**top** 184:8,9 196:24
225:18,19 232:24
245:12 247:9
258:12 273:8,24
274:2 275:11 290:3
295:14 314:21,21
314:24
**tossup** 230:14 266:16
284:13
**total** 193:12,16 268:6
301:11
**town** 265:15
**track** 187:21 195:3
195:10 257:16
265:3 293:25
**traditional** 206:22
**traditionally** 273:12
**trail** 177:9
**transcript** 324:4
325:12
**transformation**
282:7 283:20
285:14
**transportation**

286:17,22
**trend** 188:2 204:12
227:24 230:3
232:11 285:1,4,6
**trending** 188:10,11
230:14
**trends** 187:24 231:25
232:3 259:18
**Trial** 306:20
**tries** 265:2
**trouble** 202:3
**true** 186:25 213:1
260:8 324:3 325:11
**Trump** 175:5
**try** 269:12 294:2
**trying** 195:9 236:6
253:13,24 280:5
294:8 315:15
**TSPLOST** 286:15,24
**Tuesday** 196:7
**Tumlin** 298:4
**Tumlin-Dooley**
297:21
**turn** 202:2
**turned** 193:2
**turnout** 193:11,11,12
193:16 228:25,25
274:18 279:2,5,6
280:13,15,20,22
**TV** 226:17
**tweaked** 219:21
**tweaking** 189:24
191:1
**twister** 316:18
**two** 162:23 164:3
185:14 186:15
200:5,14,18,20
206:20 207:4 218:7
225:8,17,19 227:9
230:15 237:6
239:19 247:10
251:4 252:10 256:6
256:10 262:1,1
263:13,23 265:5
269:14,16,20 270:2
270:15 276:1,11
287:13 288:14,19
288:23 302:9
308:14 309:5 313:3
314:6
**two-lane** 260:2
**two-party** 195:16

**two-thirds** 291:8
**type** 321:20,22
**typically** 217:19
323:4
**Tyson** 162:4 171:11
278:1,2

**U**

**uh-huh** 180:23
182:25 197:8,12
198:19 200:3,23
207:23 210:16
212:25 216:9,13
220:4,11 222:25
223:8 224:11
225:10 227:6 228:2
228:5 229:2 230:1
230:5 232:21,24
233:16 235:15
236:21 238:5,14
239:4 240:7 241:4
243:3,7,11,21 244:7
246:15,20 249:9
251:25 252:3,13
253:1 255:13,19
256:8,13 257:3,10
257:24 259:7,12
261:15,19 262:6
263:4 265:6,9,14
266:17 268:9,13,18
269:2,6 270:22
271:1,9,19 272:24
273:4,16,22 274:6
274:11,15,20,24
275:4,12,25 276:5
277:6 279:8,10
281:3,24 282:5
283:11,17,24
284:14,19 288:5,10
290:5,21 291:2,22
293:18 295:3
296:19 297:2 299:6
299:9 301:15
303:17 304:21
305:9,24 306:8
307:4,11,22 308:2
308:17,24 311:1,4,8
311:24 313:13,23
315:25 318:13
319:3 320:21 321:5
321:11,21,25 322:6
322:19 323:12

**Uncontested** 169:19
**underlined** 198:21
200:7
**underneath** 252:2
**understand** 176:17
**understanding** 271:6
**UNITED** 162:1
**University** 205:13
306:24
**upcoming** 313:8
**use** 185:15 244:5
**usual** 326:16
**Usually** 310:4

**V**

**various** 250:16
270:25 286:23
**versa** 304:20
**versus** 228:25
**vice** 235:2 304:19
**video** 164:2,3,3,4,4
176:8 218:1,6
257:25 258:4
299:22 300:2,3
323:23
**Videographer** 163:22
176:7 218:1,5
257:25 258:4
299:22 300:1
323:23
**Videotaped** 162:13
**view** 212:6 214:4
219:19 230:6,9
241:10 270:23,25
274:16
**Virginia** 271:18
**virtually** 282:2
290:24
**Volume** 162:21,22,23
**vote** 210:17,18,23
211:4,8,20,24 212:6
212:8 213:10,14
214:13,18 216:5,6
267:20 268:5,15
269:11,25 270:1,12
274:14 276:20
286:15
**voted** 214:1 254:14
269:17 281:9
286:24 307:2
321:17 322:16
**voter** 164:21 165:13

165:18 166:14
168:1,4,6,21 169:11
171:1 174:15,17,19
175:11 178:25
179:2 184:11 185:3
185:10 187:8
198:12 199:3,18
200:1,10 204:13
205:20 206:2
207:19 214:2
233:23 237:9,10,22
241:2,7,24 247:10
247:15 252:16
260:10,14 261:3,13
262:25 263:20
264:3 266:13
273:19 276:3
279:19 282:3 317:6
317:25 318:9
320:14 323:17
**voters** 164:22 165:14
168:7,22 172:2,20
173:2 174:20
177:11,23 178:2,3
181:15,24 187:17
187:19,19 190:3
193:2 202:23
204:18 207:2,3,7
210:13 212:19
213:3,17 214:5,13
214:17 257:15,18
269:5,17 273:2
283:13,15
**votes** 169:19 211:15
227:9 288:2 303:10
**voting** 165:16 167:11
167:14,17,20 168:9
168:14,16,19 169:1
169:4,5,9 170:14,17
170:21 171:20
173:8,13,16 175:7
184:19 211:11,12
212:9,16 232:3
235:23 246:8
268:11 270:17
271:8,15 281:7
**vs** 162:9
**vulnerable** 190:10
197:5 222:16,22
225:14

**W**

Dan O'Connor  Georgia State Conference of the NAACP, et al vs Kemp  January 25, 2018

**Wait** 233:6
**Walton** 204:20
  230:23
want 177:7 179:12
  180:24 181:6
  182:20 184:4 185:1
  185:21,25 190:4,10
  191:15 194:16
  196:4,19 198:5
  200:4 203:7 204:8
  205:18,25 208:1
  209:16 210:7 213:7
  214:22 215:1,11
  216:16 225:21
  227:1,1 228:8
  229:11,24 231:2
  233:24 240:10
  241:17,19 242:12
  244:18 245:5
  248:12 249:12
  250:2,13 252:19
  253:4 254:4 255:10
  256:16,22 257:11
  261:23 262:15
  263:8 265:4 271:23
  273:5 275:2,8
  277:17 278:25
  281:21 293:3
  294:12,15 300:6
  304:14 305:11
  306:11 307:7,14,15
  309:5,15 315:2,8
  316:4 317:17 318:5
  318:17 319:13
  320:18 322:3,12
wanted 180:25
  220:15,18 222:10
  233:17 254:11
  313:15,21,25
wanting 309:25
**Washington** 163:6,11
wasn't 239:7 301:6
way 198:2 211:19
  212:18 213:22
  217:17 264:24
  267:11 310:7 323:6
**WAYNE** 162:6
weaker 190:6
website 206:13
**Wednesday** 191:16
**Welch** 168:11 242:14
  242:21,22 243:9

245:10 246:23
  247:1,12
**Welch's** 259:9
welcome 275:7
went 194:10,11
  213:10 214:2
  215:16 269:5 282:1
  291:8 298:6 319:2
  319:24 323:6
west 188:24,25
western 188:10,11,12
west-east 188:9,18,18
we'll 194:23 302:11
  302:12 321:10
we're 244:16 247:20
  251:3 280:11 300:1
  313:12 322:7
we've 185:22 188:20
  237:20 246:2,17
  296:15
white 187:17 188:2
  204:17 207:16,18
  210:12,17,17,23
  211:4,8,15,18,20,23
  212:6,8,19 213:3,10
  213:14,16,17 214:1
  214:5,13,17 227:16
  228:1,25 237:22
  264:3 268:15 269:1
  274:18 276:20
  279:5 280:16,16,22
  282:3,16 283:5,14
  296:16 298:23
  308:21 317:12
whites 211:12 230:3
  268:11 284:1
  296:16
**Wickert** 174:10
  316:6
**Williams** 226:14,18
win 202:17 275:23
winning 216:3
witness 163:17
  217:23 231:9 248:1
  257:23 299:20
  325:13
witness's 325:8
won 193:24 194:2,3
  273:25 274:3
work 192:9,22
  201:18 208:16,18
  208:23 273:14

278:5
worked 199:11 255:6
  306:21 322:9
working 201:21
  238:17 270:9
works 192:13,17
  198:3 278:3 322:11
worse 207:10 210:12
  261:12 291:5,9,11
  291:13
wouldn't 189:18
  209:13 214:22
  266:7
**Wright** 179:16
  223:14 224:6
write 285:6
writes 226:18
writing 325:7
written 176:3 253:17
  271:4 302:1 310:7
wrote 308:9
**Wyman** 166:17
  209:18 210:1,2

_____
**Y**
_____

**Yaworsky** 167:9
  231:3,16,17
yeah 177:14 184:10
  186:14 188:6,15,17
  188:23 191:6
  200:18 201:8,8,10
  209:7,8 211:18
  212:24 217:24
  221:6,8 222:17,24
  224:11 227:19
  229:6,8 232:1,2
  234:11,15 235:10
  237:1,24 238:5,25
  241:9 244:2 245:7
  245:25 246:6,20
  247:3 251:16
  252:12,22 256:12
  256:12 257:23,24
  259:1,1 261:1,2,2,2
  261:15 263:20,21
  264:5,6 266:17
  268:6,7 269:14,20
  270:5 271:10,12
  276:11,13 277:5
  280:3,20,21 281:7
  282:10 283:22
  284:10 285:24

287:21,21,22,23
  288:9,9 289:10,11
  289:19,19,20
  290:16,17 291:11
  291:13,13,22
  292:14,15 294:20
  294:24 295:7,13,18
  298:1 300:25 301:5
  301:13,13,15 302:2
  303:24,25 310:17
  312:17 313:9,19,23
  314:15 315:3,5,5,24
  315:25 316:21
  319:10 320:13,21
  321:25 322:25
year 193:16 246:8
  284:17 290:13
years 185:20 198:13
  202:10 212:10,22
  212:23 213:4,5,8
  217:15 223:18
  230:22 239:19
  257:2 274:10,22
  280:22 282:2 285:4
  296:3
yesterday 286:9
  301:17
**York** 163:5

_____
**1**
_____

**1** 168:7,22 174:20
  323:18,19
1st 326:19
1-12-2015 167:6
1-20-2017 174:22
  175:1
1-23-2015 167:8
1-25-2018 324:25
1-27-2016 173:19
1:11 218:4,6
1:17-cv-01427-TC...
  162:9
1:26 198:7
10 172:12 224:23
  274:22
10-19-2016 174:13
10-29-2014 166:12
10-7-2014 166:10
10-8-2014 166:8
10-8-2015 172:16
10.B 325:18
10:00 223:3

10:45 281:23
103 189:17
104 165:3,5 179:16
  183:7 189:13,15,16
  189:18,20 221:24
  265:12 310:1
1046 209:19
1047 209:19
105 165:3,5 168:6,9
  174:11,19 179:1,3
  179:16 186:4
  189:13,16,18 193:3
  193:12,18 197:1,4
  197:11 202:14
  217:3,7,7 221:21,24
  222:5,21 225:9
  248:23 249:3,6
  259:17 265:7,10
  266:9 290:19,24
  317:5 318:10 320:5
  320:12
107 289:5
109 243:25 258:24
  259:5,19 260:11
  261:8,9
11 196:8 208:2
  274:12
11-16-2015 172:18
11-17-2015 173:5
11-18-2014 166:20
11-25-2014 166:22
11-3-2014 166:16
11-6-2014 166:18
11:18 162:19 176:2
  176:10
11:22 275:9
110 168:16,19,21
  170:14 243:25
  247:10 258:24,25
  259:3,5,19 260:11
  261:6,8,8
111 168:6,9 169:1
  170:17 221:21
  222:2,6,22 225:9
  242:24 244:1
  247:17 248:23
  249:5 258:25 259:5
  259:17 260:11
  261:2 265:8 266:10
  290:19,24 317:5
  320:5,12
1119 205:4

Donovan Reporting, PC

Dan O'Connor                Georgia State Conference of the NAACP, et al vs Kemp                January 25, 2018

**1142** 203:8
**1170** 163:15
**1172** 287:24
**1178** 201:2
**1183** 196:8
**1190** 197:18
**12** 195:15 248:6
**12th** 264:10
**12-11-2015** 173:7
**12-18-2015** 173:11
**12-19-2014** 167:1
**12-22-2014** 167:4
**12-3-2015** 165:6
**12:45** 218:2,3
**1204** 318:6
**123** 164:16 240:9,12
    240:14
**127** 164:18 180:5,9
**128** 164:20 182:1,3
**129** 244:2
**13** 231:4
**13th** 163:10
**130** 165:1 182:19,22
    185:23 300:14
    301:13
**134** 165:3 179:10,14
**135** 165:4 179:11,15
**138** 168:6,9 186:16
**1389** 307:8
**14** 167:11,14,17
    182:15 282:3
    321:17
**140** 165:6 176:22
    305:19,22
**1401** 163:5
**1450** 300:7
**1467** 294:14
**1468** 294:15
**1471** 292:21
**1472** 292:22
**1473** 292:22
**1477** 281:13
**1478** 284:12
**1479** 281:13
**15** 232:6 250:20
    251:3 274:10
    296:11
**15th** 266:21
**15-14-37(a)** 326:2
**151** 168:6,9 186:23
**1568** 252:20
**1587** 244:21

**1588** 244:22
**1589** 244:23
**1590** 244:24
**1592** 244:25
**1593** 245:1
**1594** 245:2
**1595** 245:3
**16** 270:13
**16th** 255:12
**1604** 244:21
**1606** 233:5,7
**1607** 233:5
**1608** 233:5
**1609** 233:6
**162** 325:10
**1647** 229:14
**1648** 229:14
**17** 250:18,24 251:1,1
    251:1,14
**1702** 191:19
**1705** 182:23
**171** 165:7 176:20,22
**172** 165:9 178:6,8
**173** 165:11 181:5,7
**174** 165:15 184:16,17
    184:21
**175** 165:17 184:25
    185:2 187:13,14
**176** 164:3,8 165:7,20
    191:14,16
**177** 165:22 194:14,16
**178** 165:9 166:1
    195:18,21
**179** 165:3,4 166:3
    196:3,5
**18** 194:11 215:4
    232:5 250:25 251:1
**18th** 251:6
**180** 164:18 166:5
    197:14,16 245:22
**181** 165:11 166:7
    200:25 201:2
**182** 164:20 165:1
    166:9 203:6,8
**183** 166:11 205:2,25
**184** 165:15,17 166:13
    205:24 206:4,5,6
**185** 166:16 207:25
    208:2
**186** 166:17 209:15,16
**187** 166:19 214:25
    215:2

**188** 166:21 216:15,16
**189** 167:1 218:9,12
**190** 167:3 225:22
    226:2,4,6
**191** 165:20 167:5
    228:7,9
**192** 167:7 229:10,12
**193** 167:9 231:1,5,8,9
**194** 165:22 167:10
    233:1,5,6
**195** 166:1 167:13
    231:2,6 233:2,5,6
**1951** 176:23
**196** 166:3 167:16
    233:2,5,6
**197** 166:5 167:19
    233:3,6,6,6,8
**1970s** 210:4
**198** 167:22 234:19,21
**1984** 212:16 282:8
**199** 168:1 237:4,11
    315:9
**1996** 281:2

―――――――――――
**2**
**2** 229:13 246:19
    275:4 279:15
**2nd** 281:23
**2-13-2015** 167:9
**2-26-2016** 173:23
**2-27-2015** 164:17
**2-28-2015** 167:23
**2-5-2016** 173:21
**2:16** 258:1,2
**2:41** 258:3,5 292:3
**20** 216:4 247:17
    276:3 324:23
**20th** 180:8 322:4
**20-percent** 290:8
**200** 166:7 168:3
    237:5,12
**2000** 185:3 187:9
    206:3 207:17
    247:25
**2000-August** 165:18
**2000-October** 166:14
    168:2,4 169:12
    171:2
**20005** 163:6
**20005-3960** 163:11
**2002** 174:16,18
    175:12 268:15

323:18
**2004** 263:2
**2008** 296:21 298:14
    299:2,14
**201** 168:6 241:16,20
**2010** 177:12 187:5
    193:3 213:13,18
    227:10 268:22
    295:22
**2011** 253:17
**2012** 165:16 167:11
    167:19 168:13
    169:4,6 170:21
    171:19 173:9
    184:10,19,22
    186:11 193:3,24
    194:5 197:1 213:13
    213:18 282:9 307:3
**2014** 165:18 166:2,14
    167:14,17 168:2,4,7
    168:10,17,19,22
    169:2,9,12,18
    170:15,17 171:2
    172:2,3,7,10,12,20
    172:21 173:1,3,13
    173:16 175:7 177:9
    177:12 178:9
    179:18,22 180:8,18
    182:14 185:4,12
    187:9 190:17 191:1
    191:17 192:21
    193:8 195:4,15
    196:7 197:5 199:6
    202:5 203:10,24
    206:3 209:18
    213:13,18 215:4
    221:22 222:5,21
    225:15 226:6
    227:10 246:8 247:3
    252:23 254:15
    263:2 268:17,22
    272:16 276:4 281:2
    288:2,3
**2014/early** 223:16
**2015** 173:8,12,15
    175:6,6 183:20
    223:16 231:4 234:1
    234:12,15 236:3,9
    238:17 239:6
    240:19 243:1 255:2
    255:12,24 258:14
    266:21 275:6

287:20 288:8 292:2
    294:14 299:14
    300:17 306:5 307:2
    310:9
**2015-2016** 164:14
**2016** 174:5,20 284:17
    284:21 310:2,23
    317:6,7 319:24
    323:19
**2017** 175:3 236:8
    322:4
**2018** 162:19 176:1,9
    326:19
**202** 168:9 242:4,5
**202.654.6200** 163:11
**202.662.8391** 163:6
**203** 166:9 168:11
    242:11,13 245:11
    246:17
**204** 168:13 244:9,20
    246:11
**205** 166:11,13 168:16
    244:10,21 246:7,10
    246:14 247:3
**206** 168:18 244:10,22
    247:5
**207** 166:16 168:21
    244:11,22 247:11
**208** 169:1 244:12,23
    247:18
**209** 166:17 169:3
    244:12,24 247:25
    248:5
**210** 169:5 244:13
    245:1 247:25
**2106** 319:16
**2109** 319:17
**211** 169:8 244:14
    245:2 247:25
**212** 169:11 244:15
    245:3 246:18
    247:25
**213** 169:13 248:10,12
**214** 166:19 169:14
    247:17 249:11,14
    249:15
**2140** 323:15
**215** 169:16 250:1,3
**216** 166:21 169:18
    252:18,20
**2167** 317:18,18
**2168** 317:18,18

**217** 169:21 253:3,4
**218** 164:3 167:1
 170:1 254:3,5
**219** 170:3 255:9,11
**22nd** 223:4 224:10
 226:6 275:6,10
**220** 170:5 255:21,23
**2200** 163:14
**221** 170:7 256:15,16
**222** 170:9 257:5,7
**223** 170:11 258:8,10
**224** 170:14 261:21,24
 262:3
**225** 170:16 261:22,25
 262:3
**226** 167:3 170:19
 262:14,16 263:14
**227** 170:21 263:6,8
**228** 167:5 171:1
 263:7,9
**229** 167:7 171:3
 264:8,9
**23** 216:7 268:16
**23rd** 196:7
**23,000** 216:6
**230** 171:5 266:19,21
**231** 167:9 171:7
 271:22,24
**232** 171:9 275:1,3
**233** 167:10,13,16,19
 171:11 277:15,18
**234** 164:13 167:22
 171:13 279:13
**235** 171:15 281:11,13
**236** 171:17 285:18,20
 285:23 289:21
**237** 168:1,3 171:19
 287:9,14,16 324:24
**238** 172:1 287:10,14
 287:24 288:12
**239** 172:4 291:24
 292:4 293:1,4
**24** 268:17
**24th** 198:6
**240** 164:16 172:6
 292:17,21,24
**241** 168:6 172:9
 292:18,21,24
**242** 168:9,11 172:11
 292:19,22,24 293:3
**243** 172:14 294:11,13
**244** 168:13,16,18,21

 169:1,3,5,8,11
 172:16 300:5,7
**245** 172:18 302:5,9
**246** 172:19 302:6,11
 304:2,5
**247** 173:1 302:7,12
 304:2,9
**248** 169:13 173:4
 304:23,24
**249** 169:14 173:6
 306:10,12
**25** 162:19 176:1
 214:18 252:11
**25th** 176:9 190:17
**250** 169:16 173:8
 307:6,7
**251** 173:10 307:13,14
**252** 169:18 173:12
 309:1,7
**253** 169:21 173:15
 309:2,8
**254** 170:1 173:18
 309:14,18
**255** 170:3,5 173:20
 310:20,22 313:12
**256** 170:7 173:22
 313:1,4,14
**257** 170:9 174:1
 313:2,4,18,19,20,22
**258** 164:4 170:11
 174:2 314:4,7,16
**259** 174:5 314:5,8,13
**26th** 234:23 235:4
 250:4 255:23
**260** 174:7 315:7,10
**261** 170:14,16 174:9
 316:3,5
**262** 170:19 174:12
 316:13,15
**263** 170:21 171:1
 174:15 317:15,18
**264** 171:3 174:17
 317:16,19
**265** 174:19 318:4,6,7
**2654** 314:8
**2658** 314:9
**266** 171:5 174:21
 318:16,18
**267** 175:1 319:12,14
**268** 175:3 320:17,19
**269** 175:6 321:7,10
**27th** 240:19

**270** 175:9 322:2,7
**271** 171:7 175:11
 323:14,16
**2718** 320:19
**2730** 321:9
**2745** 326:21
**275** 171:9
**277** 171:11
**279** 171:13
**28th** 193:1 234:23
**281** 171:15
**285** 171:17 200:13
 211:2
**287** 171:19 172:1
**29** 189:22
**29th** 177:9
**291** 172:4
**292** 172:6,9,11
**294** 172:14

_____
**3**
**3** 258:11
**3rd** 191:17 193:8
 258:13
**3-10-2015** 169:13
**3-17-2016** 174:3
**3-20-2017** 175:10
**3-24-2015** 169:15
**3-28-2015** 169:17
**3-31-2015** 169:22
**3-5-2015** 168:12
**3:29** 294:16,21 295:4
**3:48** 299:23,24
**3:58** 299:25 300:2
**30** 163:19 212:22
 241:11 277:10
 288:18,22,24 289:3
 296:25 297:6,19
 299:3,8,12
**30-percent** 202:10
 297:22
**30-percent-plus**
 202:2
**300** 164:4 172:16
**30060** 324:24
**302** 172:18,19 173:1
**30308** 163:20
**30309-7200** 163:15
**304** 173:4
**305** 165:6
**306** 173:6
**307** 173:8,10

**309** 173:12,15,18
**31st** 180:18
**310** 173:20
**313** 173:22 174:1
**314** 174:2,5
**315** 174:7
**316** 174:9,12 189:21
**317** 174:15,17
**318** 174:19,21
**319** 175:1
**320** 175:3
**321** 175:6
**322** 175:9
**323** 175:11
**324** 164:9
**326** 164:10 325:11
**34** 279:16,17
**35** 193:16 241:9
**35-percent** 241:7,12
**38** 194:9,9
**39** 288:18,22,24,25
**39,000** 216:5

_____
**4**
**4** 288:8
**4th** 178:9 287:20
**4-13-2015** 170:2
**4-16-2015** 170:3,6
**4:06** 294:14
**4:40** 162:19 323:24
 323:25
**40** 202:21 250:18,22
 251:4,13,20 288:13
**40-percent** 251:8
**400** 163:5
**404.261.6020** 163:20
**42** 251:6
**424** 257:7
**44** 274:7 307:15
**45** 251:4
**450** 237:8,12
**451** 237:11,12

_____
**5**
**5** 189:18
**5th** 234:13,15 243:5
 243:11 310:23
**5,000** 301:14
**5-20-2015** 170:10
**5-21-2015** 170:8
**50** 207:17
**50-50** 221:11 266:10

 308:15
**51** 291:8 300:7
**5189** 200:6
**53-percent** 256:24
**566** 164:14 174:11
 234:1,9 236:19
**59** 236:12

_____
**6**
**6** 233:7
**6th** 209:17
**6-12-2015** 171:4
**6-15-2015** 171:6
**6-2-2014** 165:8
**6-3-2015** 170:12,19
**6-3-2016** 174:8
**60** 236:12
**600** 163:10
**650** 225:22
**653** 225:23
**678.347.2200** 163:16
**695** 263:9
**696** 263:9

_____
**7**
**7** 233:7,7 256:18
**7th** 203:9
**7-17-2015** 171:8
**7-22-2015** 171:10
**7-27-2015** 171:12
**7-28-2015** 171:13
**7.C** 326:3
**700** 163:10,19
**704** 261:24
**705** 261:24
**73-to-2** 290:9
**75** 290:7
**770-428-5801** 324:24

_____
**8**
**8** 233:7,7 270:13
 297:13 298:5
**8th** 202:5 292:2
 294:14,20
**8-20-2014** 164:19
**8-25-2014** 165:1
**8-4-2014** 164:21,22
 165:10,12
**8.B** 176:5
**80** 276:7,10 280:8
 282:8
**80s** 217:17

Dan O'Connor                    Georgia State Conference of the NAACP, et al vs Kemp                    January 25, 2018

**80-percent-plus**
  291:17
**81** 276:13
**82** 276:14
**85** 189:17
**87** 207:16

---

**9**

**9** 233:7,7 321:11
**9-11-28(c)** 326:6
**9-16-2014** 166:6
**9-18-2014** 165:22
**9-19-2016** 174:10
**9-2-2015** 171:16
**9-23-2014** 166:4
**9-3-2014** 165:21
**9-4-2015** 171:18
**9-8-2015** 172:4,15
**90s** 217:17
**93** 164:13 234:5,8
**940** 216:17
**974** 215:2