IN THE MATTER OF

# Georgia State Conference of the NAACP, et al
# vs
# Kemp

Transcript of Deposition of

# Gina H. Wright

On November 20, 2017

_Reported by_ Joel P. Moyer
_Certified Court Reporter_



## DONOVAN REPORTING
## & VIDEO CONFERENCING
237 Roswell Street   Marietta, GA 30060
770.499.7499   800.547.1512   FAX: 770.428.5801
‹‹‹‹‹www.donovanreporting.com›››››

1

```
             THE UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF GEORGIA
                     ATLANTA DIVISION

GEORGIA STATE CONFERENCE OF THE NAACP,
as an organization; LAVELLE LEMON, MARLON
REID, LAURETHA CELESTE SIMS, PATRICIA
SMITH, COLEY TYSON,
        NAACP Plaintiffs,

AUSTIN THOMPSON, WAYNE SWANSON, DARRYL PAYTON,
AUDRA CUNNINGHAM, SABRINA MCKENZIE, JAMIDA
ORANGE, ANDREA SNOW, SAMMY ARREYMBI, LYNNE
ANDERSON, CORETTA JACKSON,
        Thompson Plaintiffs,

        vs.     CASE NO. 1:17-cv-01427-TCB-WSD-BBM

BRAIN KEMP, in his official capacity as
Secretary of the State for the State of
Georgia,
        Defendant.
                        - - -

             30(b)(6) Deposition of
        Georgia Legislative & Congressional
              Reapportionment Office,
             through GINA H. WRIGHT,

        Taken by Jon M. Greenbaum,

         Before Joel P. Moyer,
        Certified Court Reporter,

           At the Offices of
        Strickland Brockington Lewis LLP,
               Atlanta, Georgia,

         On Monday, November 20, 2017,
      Beginning at 9:37 a.m. & ending at 5:17 p.m.


                     - - -


             Volume of Testimony
      (Exhibits Contained in Separate Volume)
```

Electronically signed by Joel Moyer (501-161-376-4513)          fc988dc5-9c7d-4a88-adea-e0518e25bb06

1    APPEARANCES OF COUNSEL

2    For the Georgia State Conference
       of the NAACP Plaintiffs:

3
                JON M. GREENBAUM
4               JOHN POWERS
                Lawyers' Committee for
5                 Civil Rights Under Law
                Suite 400
6               1401 New York Avenue, NW
                Washington DC 20005
7               202.662.8391

8               WILLIAM V. CUSTER IV
                  (Via Telephone)
9               Bryan Cave LLP
                Fourteenth Floor
10              1201 West Peachtree Street, NW
                Atlanta, GA 30309-3488
11              404.572.6828

12   For the Thompson Plaintiffs:

13              ARIA C. BRANCH
                  (Via Telephone)
14              Perkins Coie LLP
                Suite 600
15              700 13th Street, NW
                Washington, DC 20005-3960
16              202.654.6200

17   For the Defendant:

18              FRANK B. STRICKLAND
                JOHN J. PARK JR.
19              Strickland Brockington Lewis LLP
                Suite 2200
20              1170 Peachtree Street, NE
                Atlanta, GA 30309-7200
21              678.347.2200

22

23

24

25   (Continued on Next Page)

Electronically signed by Joel Moyer (501-161-376-4513)                    fc988dc5-9c7d-4a88-adea-e0518e25bb06

1    For the Witness:

2            DAVID C. WILL
             Royal - Will Law Firms
3             4799 Sugarloaf Parkway, Building J
             Lawrenceville, GA 30044
4            770.814.8022

5    ALSO PRESENT:

6            David Tobelman, Videographer

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Electronically signed by Joel Moyer (501-161-376-4513)                    fc988dc5-9c7d-4a88-adea-e0518e25bb06

```
 1               INDEX TO PROCEEDINGS
 2                 VIDEO FILE INDEX
 3   Video File One                        10
     Video File Two                        69
 4   Video File Three                     138
     Video File Four                      188
 5   Video File Five                      221
     Video File Six                       267
 6   ─────────────────────────────────────────
                 EXAMINATION INDEX
 7
     GINA H. WRIGHT
 8
          Examination by Mr. Greenbaum     10
 9        Examination by Ms. Branch       278
          Re-Examination by Mr. Greenbaum 281
10
     Errata Sheet                         285
11
     Certificate Page                     287
12   ─────────────────────────────────────────
                   EXHIBIT INDEX
13
     Plaintiff's Exhibits
14
          1    Subpoena to Testify at a    14
15             Deposition in a Civil Action
16        2    LinkedIn profile for Gina Wright  35
17        3    Map labeled Gwinnett County House  47
               Districts - as passed 2012
18
          4    Map labeled Gwinnett County House  48
19             Districts - as passed 2015
20        5    Map labeled Henry County    49
               Districts - as of 2012
21
          6    Map labeled Henry County    49
22             Districts - as passed 2015
23        7    Printout from the Legislative and  50
               Congressional Reapportionment
24             Office website
25   (Continued on Next Page)
```

Electronically signed by Joel Moyer (501-161-376-4513)                    fc988dc5-9c7d-4a88-adea-e0518e25bb06

8     Defendants' Initial Disclosures      60

9     US Census Bureau Profile of          87
      General Demographic
      Characteristics: 2000, of Gwinnett
      County

10    Profile of General Population and    87
      Housing Characteristics: 2010, for
      Gwinnett County

11    Profile of General Demographic       95
      Characteristics: 2000, for Henry
      County

12    Profile of General Population and    95
      Housing Characteristics: 2010, for
      Henry County

13    Letter to Honorable Roger Lane      113
      from Jimmy McDonald, 2-15-2011,
      with attached procedures for
      requesting redistricting services

14    Letter to Christopher Herren from   123
      Sam Olens, 10-21-2011, Submission
      Under Section 5 of the Voting
      Rights Act - Request For Expedited
      Review (1362-1385)

15    Exhibit A - Benchmark House Plan    130
      (1392-1404)

16    Exhibit A - Benchmark House Plan    135
      (1411-1416)

17    Exhibit A - Benchmark House Plan,   138
      Political Subdivisions Split
      Between Districts (1417-1437)

18    Exhibit B - 2011 House Plan         139
      (1552-1506) and title page of
      Exhibit K - Committee Transcripts
      (2014)

19    Exhibit B - 2011 House Plan         142
      (1540-1546)

(Continued on Next Page)

Electronically signed by Joel Moyer (501-161-376-4513)                    fc988dc5-9c7d-4a88-adea-e0518e25bb06

Gina H. Wright          Georgia State Conference of the NAACP, et al vs Kemp          November 20, 2017

6

 20    Map labeled Georgia House of          144
       Representatives: 2006 (1388)

 21    Map labeled Georgia House of          144
       Representatives: 2006 (1390)

 22    Map labeled Proposed Georgia House    144
       Districts (1523)

 23    Map labeled Proposed Georgia House    144
       Districts (1525)

 24    Exhibit B – 2011 House Plan           147
       (1527-1539)

 25    NAACP versus Kemp, Document           147
       Production Volume 3
       (nonconsecutive Bates numbers)

 26    NAACP versus Kemp, Document           149
       Production Volume 3
       HsePrp1_Turnout_Stats (9297-9316
       and 9331-9347)

 27    Document labeled Core                 149
       Constituencies Report

 28    Georgia Cities by Legislative and     153
       Congressional District

 29    Profile of General Population and     154
       Housing Characteristics: 2010, for
       Lawrenceville, Georgia

 30    Excerpts from the transcript of       155
       the Meeting of the Georgia House
       of Representatives Reapportionment
       Committee (nonconsecutive Bates
       numbers)

 31    Various maps and stat sheets for      158
       2012

(Continued on Next Page)

Electronically signed by Joel Moyer (501-161-376-4513)                    fc988dc5-9c7d-4a88-adea-e0518e25bb06

 1    32    Spreadsheet with categories        161
            labeled Precincts Covering
 2          District 105 from the 2012 House
            Plan and Precincts Covering
 3          District 111 from the 2012 House
            Plan
 4
      33    Email thread ending with email to   164
 5          Gina Wright from Gary Cooley,
            1-9-2015 (1065-1068)
 6
      34    Email thread ending with email to   170
 7          Gina Wright from Erica Hamilton,
            1-6-2015, with attached report of
 8          Active Voters by Race/Gender
            Within County as of November 1,
 9          2010 (1059-1060)
10    35    Email thread ending with email to   173
            Gina Wright from Dale Rutledge,
11          2-27-2015 (GA000112-113)
12    36    Official County Results of General  178
            Election on 11-4-2014
13
      37    Meeting Notice (GA000003-4)         188
14
      38    Email thread ending with email to   192
15          Dan O'Connor from Steve Henson,
            4-28-2015 (GA000026-27)
16
      39    Email thread ending with email to   197
17          Gina Wright from Randy Nix,
            4-29-2015 (GA000079-80)
18
      40    Email thread ending with email to   197
19          Gina Wright and Spiro Amburn from
            Randy Nix, 4-30-2015
20          (GA000100-101)
21    41    Georgia Cities by Legislative and   199
            Congressional District, effective
22          2017 Session
23
24
25    (Continued on Next Page)

Electronically signed by Joel Moyer (501-161-376-4513)                    fc988dc5-9c7d-4a88-adea-e0518e25bb06

42   Email thread ending with email to     200
     Maptitude and Tina Lunsford from
     Gina Wright, 5-13-2015
     (GA000095-97)

43   Various maps and stat sheets for       201
     2015

44   Email to David Knight from Dan         202
     O'Connor, 10-8-2015, with
     attachments (GA000034-39)

45   Email to David Knight from Dan         206
     O'Connor, 10-8-2015, with
     attachments (GA000030-33)

46   Spreadsheet with categories            211
     labeled Precincts Covering
     District 105 and Precincts
     Covering District 111

47   Document titled Information            235
     Midterm Redistricting and HB566
     (State House Redistricting
     Bill-2015) (GA000001-2)

48   Email thread ending with email to     239
     Dan O'Connor from Caulder
     Harvill-Childs, 12-14-2016
     (GA000006-8)

49   Email thread ending with email to     241
     Dan O'Connor from Caulder
     Harvill-Childs, 1-5-2017
     (GA000009-13)

50   Email to Gina Wright from Dan          247
     O'Connor, 2-1-2017 (GA000077-78)

51   Email to Chuck Efstration from Dan     250
     O'Connor, 2-14-2017, with
     attachments (GA000014-25)

52   Email thread ending with email to     252
     Dan O'Connor from Jan Jones,
     2-24-2017 (GA000028-29)

(Continued on Next Page)

Electronically signed by Joel Moyer (501-161-376-4513)                    fc988dc5-9c7d-4a88-adea-e0518e25bb06

 1    53    Email thread ending with email to    253
            Gina Wright from Dan O'Connor,
 2          3-16-2017, with attached Minutes
            of House Legislative &
 3          Congressional Reapportionment
            Committee meeting on March 1, 2017
 4          (GA000092-94)

 5    54    Map labeled Proposed Georgia House    255
            Districts with stat sheet
 6
      55    Email thread ending with email to    265
 7          Alex Azarian from Gina Wright,
            6-19-2017 (GA000086-90)
 8
      56    Email to awelch@smithwelchlaw.com    266
 9          from Gina Wright, 7-20-2017, with
            attached maps and stat sheets
10          (GA000040-59)

11

12

      (REPORTER'S NOTE:  The above exhibits are
13    contained in a separate volume of exhibits and
      not attached to the transcript.)
14

15

16    (End of Index)

17

18

19

20

21

22

23

24

25

Electronically signed by Joel Moyer (501-161-376-4513)                    fc988dc5-9c7d-4a88-adea-e0518e25bb06

Gina H. Wright Georgia State Conference of the NAACP, et al vs Kemp November 20, 2017

10 (Pages 10 to 13)

10

1   November 20, 2017
2    9:37 a.m.
3  (Whereupon the reporter provided a written
4  disclosure to all counsel pursuant to
5  Article 8.B. of the Rules and Regulations
6  of the Board of Court Reporting.)
7   THE VIDEOGRAPHER:  We are now on
8 video record.  This is the beginning of file
9 number one.  The date is November --
10   MR. WILL:  20th.
11   THE VIDEOGRAPHER:  -- 20th, 2017.
12 The time is 9:37 a.m.
13   THE COURT REPORTER:  Swear in the
14 witness.
15   MR. GREENBAUM:  Yes.
16 GINA H. WRIGHT,
17  being first duly sworn, was examined and
18  testified as follows:
19 EXAMINATION
20 BY MR. GREENBAUM:
21  Q Good morning, Ms. Wright.
22  A Good morning.
23  Q I introduced myself to you a few
24 minutes ago.  My name is Jon Greenbaum.  I'm
25 one of the attorneys representing the Georgia

11

1 NAACP in the case involving the Georgia
2 redistricting plan.  Good morning.
3  A Good morning.
4  Q Have you ever had your deposition
5 taken before?
6  A Yes, I have.
7  Q On how many occasions?
8  A Two or three.
9  Q Two or three?  Were they -- did they
10 all relate to professional, your job?
11  A Yes.
12  Q Could you describe each time you've
13 had your deposition taken?
14  A The most recent was a local
15 redistricting case where I was the technical
16 expert for a federal judge.  That was the
17 Fayette County case.
18   Very further back, I think the
19 Larios case in 2004.  And I'm not sure if there
20 were any others.
21  Q Okay.  And in the Fayette County
22 case, is it correct that you didn't represent
23 any party, that the judge had appointed you as
24 an, as an expert --
25  A That's correct.

12

1  Q -- for the maps?  For the remedy in
2 the case?
3  A Yes.
4  Q And then in the Larios county case,
5 were you deposed on -- were you representing
6 the part of the State in that case, or what was
7 your role?
8  A I was a member of the staff, and the
9 staff that worked on various proposals were all
10 deposed.
11  Q And that had to do with statewide
12 redistricting in Georgia?
13  A Yes.
14  Q Which plans were at issue in Larios?
15  A The State House and State Senate.
16  Q And what was your role with respect
17 to the State House plan?
18  A As staff, we worked with various
19 members of the General Assembly.  My role was
20 pretty minimal at that point.
21  Q So you wouldn't consider yourself to
22 be a primary map drawer of those plans?
23  A In 2004?
24  Q Yes.
25  A No.

13

1  Q Okay.  All right.  So just to
2 refresh your recollection about some of the
3 rules of deposition, one of the things to note
4 is that everything that you say and I say and
5 the other people in the room and on the phone
6 say will be recorded by a stenographer here as
7 well as in this case we're being videotaped as
8 well.  Do you understand that?
9  A Yes, I do.
10  Q And you understand you're under
11 oath?
12  A Yes.
13  Q And at the end of -- at the end of
14 the day, the court reporter will come up with a
15 transcript.  You'll have the opportunity to
16 review the transcript and --
17   MR. WILL:  She would like to read
18 and sign.
19   MR. GREENBAUM:  Okay.
20  Q And note that if you have -- if you
21 make any changes to the transcript, that's
22 something that I can note as well later on in
23 the case or any of my co-counsel.  Do you
24 understand that?
25  A Yes.

Electronically signed by Joel Moyer (501-161-376-4513) fc988dc5-9c7d-4a88-adea-e0518e25bb06

Gina H. Wright          Georgia State Conference of the NAACP, et al vs Kemp          November 20, 2017

11 (Pages 14 to 17)

14

1    Q    One thing you're doing a good job
2  of so far is we're not talking over each
3  other.  It's very important in terms of
4  getting a clear record that I finish asking
5  the question, even if you think you know where
6  I'm going, before you answer and that I let
7  you finish your answer before I ask the next
8  question.  Do you understand that?
9    A    Yes.
10   Q    Okay.  Is there any reason why your
11  deposition can't be taken today?
12   A    Not that I know of.
13   (Whereupon a document was identified
14  as Plaintiff's Exhibit 1.)
15   Q    Okay.  Great.  So I'm going to show
16  you a document or, actually, I'm going to show
17  you -- I'm going to show you some documents
18  that were produced to us from Mr. Will last
19  Friday.  And I'm going to be asking you
20  questions about these documents as a whole in
21  a couple minutes, and I'm also going to be
22  asking you during the course of the deposition
23  about a number of the documents that are
24  contained within that.
25         And I want to go back for a second

15

1  and I want to mark as Exhibit 1 a document
2  entitled Subpoena to Testify at a Deposition in
3  a Civil Action.
4    MR. WILL:  Thank you.
5    Q    Ms. Wright, do you recognize this
6  document?
7    A    Yes.
8    Q    Did you receive this document at
9  some point in the past?
10   A    Yes.
11   Q    Okay.  And you notice that on -- if
12  you look at the, the top part of the page, it
13  has some page numbers on it.  If you go to page
14  seven, it lists a series of deposition topics.
15  And can you talk about your knowledge of topic
16  one, which involves the drawing of the
17  redistricting plans considered or enacted by
18  the Georgia Legislature in Act number 251 in
19  2015, HB 566, and HB 515 in 2017.
20   A    I'm not sure.  I don't know what you
21  want me to say.
22   Q    Okay.
23   MR. WILL:  Nor did I.  I was going
24  to say --
25   Q    Okay.  Sure.  What was, what was

16

1  your role with respect to the drawing of the
2  redistricting plan in 2015?
3    A    I worked with members of the General
4  Assembly, primarily with the chairman of our
5  House committee, to create districts as they,
6  you know, were looking to see what they, you
7  know, might look like as a part of what would
8  make up that bill.
9    Q    And did you use a particular
10  redistricting software in 2015?
11   A    Yes.  Our office uses Maptitude for
12  redistricting.
13   Q    Okay.  And in terms of who, who else
14  other than you actually physically used the
15  Maptitude program in terms of drawing the
16  plans?
17   A    At any time or specifically for
18  this?
19   Q    For what ended up being HB 566.
20   A    Primarily, me.  My staff may have
21  met with members to look at options, but as it
22  related to what was final and what was put into
23  the bill, that would be me.
24   Q    Okay.  At any time in the process in
25  2015, did anybody present any maps to you?

17

1    A    I don't recall that happening.
2    Q    Okay.  And going on to 2017, what
3  was your role in terms of the maps that were
4  part of HB 515 in 2017?
5    A    I would say my role was the same.
6  We work with members to, you know, draw a draft
7  of a district, see what we can do, if that's
8  something they want to do or not.
9    Q    With respect to either HB 566 or HB
10  515, were there any alternative maps that you
11  drew at any time?
12   A    As far as for the bill as a whole or
13  exactly what --
14   Q    At any point during the process,
15  were you, were you coming up with drafts of
16  things that you were showing to members or to
17  your staff?
18   A    Typically, when we work on a plan
19  like this that is not a map to redraw the
20  entire state, we work with, you know, a member
21  and whatever their criteria are, and we work on
22  it and work on it and work on it.  So there's
23  not a multiple string of alternate plans.  It's
24  a process by which we create what it is that
25  they're looking for, so there's not a trail of

Donovan Reporting, PC                                                  770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                    fc988dc5-9c7d-4a88-adea-e0518e25bbb06

Gina H. Wright          Georgia State Conference of the NAACP, et al vs Kemp          November 20, 2017

18

1    alternate plans.
2        Q    So during this process, I take it
3    that you probably -- let's take the 2015 plan.
4    You didn't drop -- draw the map in one, the
5    revised map, in one sitting, did you?
6        A    No.
7        Q    During the course of time, do you
8    save drafts of what you're working on?
9        A    It depends.
10       Q    And --
11       A    Typically, I would say no.  It just,
12   these particular changes that were done were
13   usually very small, minimal changes that were
14   given -- I was given criteria.  If I could try
15   to draw something that would be what that
16   member was looking for, then I work within that
17   particular area to do that.
18       So I don't have, like I said before,
19   multiple plans because most of these changes
20   were not -- if there was another -- like in
21   another example, had there been a wide sweep
22   change of, you know, totally different
23   variation, then, yes, I would say those are
24   different plans, but I did not have that happen
25   during this process.

19

1        Q    Were there any -- so at no time did
2    you save a version and then you went on and
3    started a new version or revised version?
4        A    There could have been one or two
5    versions like that for a specific area, not for
6    the whole bill as a whole, no.
7        But if in one area there were two
8    options that they looked at, then there may be
9    two different plans that would be, basically
10   just that area to those two districts or
11   however many districts, there would be a
12   different version for that.
13       Q    And are there particular -- do you,
14   do you create a system of organizing plans so
15   that when you go back to when you're working on
16   a set of changes related to a plan that they're
17   all kept in some electronic folder?
18       A    The organization in our system is by
19   member numbers.
20       Q    Okay.
21       A    So it's through -- whatever that
22   particular member works on, work is saved into,
23   into their library.
24       Q    Okay.  So if you, if you were -- if,
25   let's say, the house member in 111 asked you to

20

1    make some proposed changes to 111, you would
2    have, you would have a series of -- if they
3    existed, you would have a series of files all
4    related to 111?
5        A    Yes.  If they existed, I would have
6    a plan perhaps named whatever I named it with a
7    one or a two or whatever in his particular
8    folder that would be designated as his work
9    which would be private for him.
10       Q    Okay.  And let's say, let's say --
11   let's take 111 again as an example, and let's
12   say that that member wanted to have changes in
13   2015 and wanted to have changes again in 2017
14   and there were multiple drafts of that.  Would
15   that all be -- would those drafts all be under
16   the 111 folder, or would there be a separation
17   based on what year it was?
18       A    It would all be under 111.
19       Q    Okay.  I want to move on next and
20   ask you -- you mentioned a couple minutes ago
21   that you -- you referenced redistricting
22   criteria and taking into account redistricting
23   criteria when you're drawing a plan.
24       Can you tell me what the
25   redistricting criteria was with respect to the

21

1    2015 house plan?
2        A    Sure.  All redistricting that we
3    ever do is to comply with all state and federal
4    law, which would include the Voting Rights Act.
5    It would also include criteria such as
6    contiguity, compactness, keeping
7    counties/precincts whole as much as possible,
8    communities of interest, if that's something
9    that we can take into account.  Further down
10   would be incumbency.  Those types of issues are
11   always kind of at the -- on the list but lower
12   down.
13       Q    And with respect to the changes in
14   2015, what were you told that house members
15   wanted to do?
16       A    It varied in terms of which house
17   member I was talking to --
18       Q    Okay.
19       A    -- or who, you know, had spoken with
20   our chairman.  So it would have to -- you would
21   have to be specific on --
22       Q    Sure.  Let's start with the, with
23   the changes in Gwinnett County 104 and 105.
24   What were you told the House members wanted to
25   achieve?

Donovan Reporting, PC                                              770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                                    fc988dc5-9c7d-4a88-adea-e0518e25bbb06

Gina H. Wright                Georgia State Conference of the NAACP, et al vs Kemp                November 20, 2017

22

1      A    They were looking for a political
2   advantage to see if there was any way to, to
3   give any political boost to District 105.
4      Q    How about with respect to 111?
5      A    The same.
6      Q    With respect to District 105, who
7   talked to you about trying to create a
8   political advantage?
9      A    At the first conversation that I
10  ever had, I believe was with Representative
11  Chandler, and that would have been prior to the
12  '14 election, so it was further back.  I
13  believe at some point I spoke with Chairman
14  Nix.
15     Q    Anyone else with respect to 105?
16     A    Probably Representative Efstration.
17     Q    And why would you have probably
18  spoken to Representative Efstration?
19     A    His district was the district
20  adjoining Representative Chandler's, so any
21  change we made would be between the two members
22  and would have impacted his district.
23     Q    And then with respect to Chairman
24  Nix, do you recall your first conversation with
25  Chairman Nix about District 105 being before or

23

1   after the 2014 election?
2      A    I don't recall.
3      Q    It could have been either one?
4      A    I don't recall.
5      Q    All right.  So your -- so you do
6   know -- you did testify a minute ago that your
7   first conversation with Representative Chandler
8   was prior to the 2014 election; correct?
9      A    That's correct.
10     Q    And do you recall where that
11  conversation took place?
12     A    In my office.  I say that.  We had
13  an email as well, but I think she came to my
14  house before there was an email, but you've
15  seen that email I think, so.
16     Q    Okay.  And do you recall the
17  substance of what Representative Chandler told
18  you during that conversation?
19     A    I don't remember the details.
20     Q    Do you remember anything -- I take
21  it part of the conversation was about her
22  trying to maximize the chances of her being
23  able to retain her seat; is that correct?
24     A    Yes.
25     Q    During the course of the

24

1   conversations about District 105 with
2   Representative Chandler, anybody else, was the
3   issue of the changing demographics in Gwinnett
4   County brought up?
5      A    Can you repeat that again --
6      Q    Yes.
7      A    -- the beginning?
8      Q    Sure.  In the course of the whole
9   process of making changes to District 105, did
10  anybody reference the changing demographics
11  within Gwinnett County?
12     A    Yes.
13     Q    Do you recall who referenced the
14  changing demographics of Gwinnett County?
15     A    Most likely me.
16     Q    And what is your understanding about
17  the changing demographics in Gwinnett County?
18     A    Well, you can look at political
19  data.  You can look at a lot of other data that
20  shows from different election cycles that some
21  of the areas in the county that used to vote
22  Republican are now voting Democratic.
23          You can see that moving across, even
24  if you look at the most recent election data
25  throughout the county, so that's an indicator

25

1   that there's change going, you know, going on
2   throughout the county definitely in that
3   respect.
4      Q    And do you look at race data as
5   well?
6      A    I do.
7      Q    And is there any correlation between
8   the race data and the political data?
9      A    Well, the data that we have in our
10  system to use for redistricting is solely from
11  the 2010 census, so the most recent comparison
12  we would be able to make would be from 2010 to
13  2000.  And you can definitely see changes in
14  that particular data from 2010 to 2000 in the
15  changes in the demographics at that point.  I
16  don't have data on race that is newer than
17  that.
18     Q    Now, is it your understanding that
19  Georgia keeps voter registration and turn-out
20  data by race?
21     A    Yes, I think so.
22     Q    And is that something that you or
23  anybody in your office looks at when, when
24  looking at trying to create redistricting
25  plans?

Donovan Reporting, PC                                                  770.499.7499

Gina H. Wright          Georgia State Conference of the NAACP, et al vs Kemp          November 20, 2017

---

26

1      A    That is part of -- when we create a
2  precinct layer that we work on, we have a
3  precinct file we update every two years to
4  correspond to the general election, and that
5  data is a part of that file.  So it is built in
6  to our political data layer that we can use in
7  our system, so it is there.  It can be looked
8  at, yeah, sure.
9      Q    So what, what political, what
10 political data do you look at in your system on
11 Maptitude?
12     A    When we pull in political data that
13 we get from the Secretary of State's office,
14 what we are doing is matching that to -- those
15 precinct codes to what precinct codes we have
16 in our geographic layer that we correct with
17 the counties to accurately represent what they
18 have for their voting precincts so we can keep
19 that up to date.  For an overarching reason is
20 to keep us up with when we have to update with
21 the Census Bureau every decade.  That keeps us
22 on pace.
23          What we do is pull files from that.
24 The data that we use is always statewide
25 contested races, and we pull those in to match

27

1  with the precincts because those are races that
2  are across the board for the entire state.  So
3  it's a balanced look at how the state voted as
4  a whole by precinct.
5      Q    Okay.  I'm going to come back to
6  this a little bit later on in the, in the
7  deposition.  I want to move now to District 111
8  in 2015.  Who did you have conversations with
9  in terms of District 111?
10     A    Throughout the process or at what
11 point?
12     Q    At any point during the process.
13     A    I spoke with all the members there
14 that were involved in having their district
15 affected by any change.  So that would be -- do
16 you want me to name them, or do you know?
17     Q    Why don't you go ahead and name them
18 for the record.
19     A    Representative Rutledge.
20 Representative Welch.
21     Q    Oh, and sorry to interrupt you.
22 When you say their names, can you say the
23 district as well that they represent?
24     A    Okay.  Representative Rutledge is
25 109.  This is like a quiz.  Representative

28

1  Welch is 110.  Representative Strickland is
2  111.  Representative Knight was 130.
3  Representative Yates was 73.  And I would be
4  certain that I spoke with Chairman Nix on that
5  too, and his number was 69, I think.
6      Q    Okay.  And in, in communicating with
7  these representatives, what did they tell you?
8  What did they tell you that they wanted to try
9  to accomplish or avoid?  Let's start with, so
10 you mentioned before trying to maintain -- that
11 the purpose of this was trying to maintain
12 political advantage; correct?
13     A    Yes.
14     Q    And would it be fair to say that the
15 goal was for Representative Strickland in 111
16 to be able to maintain his seat?
17     A    Yes.
18     Q    And Representative Yates, Rutledge,
19 Welch, and Knight are also white Republicans
20 who have portions of their districts in Henry
21 County; correct?
22     A    Correct.
23     Q    And was the goal to -- and, and the
24 plan that was passed in 2015 affected all five
25 of those districts; correct?

29

1      A    Correct.
2      Q    And would it be fair to say that
3  what you were trying to also accomplish in
4  improving the likelihood that Representative
5  Strickland would be reelected would be to not
6  do any harm in terms of the likelihood that
7  Representatives Yates, Rutledge, Welch, and
8  Knight would not be reelected?
9      A    I think I understood that question,
10 and I think that's yes, if you're saying we
11 didn't want to politically harm those other
12 districts as well.  Is that what you're asking?
13     Q    Uh-huh (affirmative).
14     A    Yes, that's correct.
15     Q    And in doing so, did you look at
16 political data?
17     A    Yes.
18     Q    Did you also look at racial data?
19     A    Racial data, when I worked on both
20 of these districts, was not the first thing
21 that I ever looked at.  It was something that I
22 did consider down the line, but all of these
23 criteria were, you know, in a particular order
24 that I usually review when I'm working on
25 something.

---

Electronically signed by Joel Moyer (501-161-376-4513)                    fc988dc5-9c7d-4a88-adea-e0518e25bbb06

Gina H. Wright                Georgia State Conference of the NAACP, et al vs Kemp                November 20, 2017

15 (Pages 30 to 33)

---

30

1        Since my objective was to make these
2    districts, if at all possible anyway, better
3    for these incumbents to get reelected, then
4    that political data was my primary objective to
5    look at.  To say that I never looked at race
6    data, no, I did eventually look at it to make
7    sure that I did not do significant harm in that
8    respect as well.  So, yes, I did look at race
9    data.
10       Q    What do you mean by significant harm
11   in that respect?
12       A    Well, throughout my years of drawing
13   maps, obviously, you wouldn't want to do
14   anything that would make a significant change
15   for a district.  These districts were in the
16   30-percent range, I would say, for their
17   African-American population, so you wouldn't
18   want to take it down to, say, 10 percent,
19   obviously.  There's -- that's clearly doing
20   something, you know, moving up, people who live
21   in that area, too much.
22       But any time you make a change to a
23   district in order to make changes in the
24   population, you're going to make changes in the
25   numbers, so you want to just review those

---

31

1    numbers and make sure they are comparable to
2    where you started from.
3        Q    You also didn't want to -- you also
4    didn't want to make the districts more black;
5    correct?
6        A    I'm sorry?
7        Q    You also didn't want to make the
8    district, any of the districts, let's say,
9    40-percent black?
10       A    That was never told to me.
11       Q    Is that something that you
12   considered when you're drawing these plans?
13       A    I'm not sure I understand exactly
14   what you're asking me.
15       Q    Sure.  Well, let me ask a different
16   question.  Is there any correlation between
17   race and partisanship in Georgia?
18       A    There have been studies of that, and
19   they seem to show that there is some
20   correlation.  I don't have any evidence in my
21   hand that I can say this defines it completely.
22   It's all speculation.
23       Q    What's your understanding of what
24   that correlation is?
25       A    Well, if you look across any of the

---

32

1    races locally, you can see that the districts
2    that are majority-minority districts tend to
3    elect Democratic candidates.
4        Q    Okay.  And the districts that are,
5    let's say, 65 percent or more white tend to
6    elect Republican candidates?
7        A    On the current map, that would
8    probably be true.
9        Q    Okay.  And you were aware of that
10   when you redrew the map in 2015; correct?
11       A    Yes.
12       Q    Okay.  Now I want to move on to
13   Exhibit B, which is on page eight of -- I'm
14   sorry.  Exhibit B of Exhibit 1, so page eight
15   of Exhibit 1, the very next page.  Do you see
16   where I'm looking at?
17       A    I do.
18       Q    Okay.  And these were documents that
19   you were or that your office was asked to
20   produce with respect to this deposition.  Is
21   that your understanding?
22       A    Yes.
23       Q    And what did, what did your office
24   do to look for documents that would be
25   responsive to Exhibit B?

---

33

1        A    For the first portion with the shape
2    files, we went through the libraries of the
3    affected members, anything we had related to
4    these two bills that were considered or
5    enacted, saved them to a folder so they could
6    be burned to a CD.
7        Second portion, I contacted my
8    staff, had them review their emails for
9    anything related to what this asks for within
10   Gwinnett or Henry counties for the House
11   districts and the members and anyone else who
12   may have asked for anything related to that
13   since that date, had them save them to a
14   folder, burn them to a CD.
15       Q    Okay.  Oops.  Just a second.
16       All right.  Now I'm going back to
17   that other stack of documents that I showed you
18   earlier.
19       A    Okay.
20       Q    Do you have any sense in terms of
21   what the volume was of documents that you
22   provided with respect to Exhibit B, question
23   two?
24       A    What do you mean in terms of volume?
25       Q    Well, in front of you, you've got

---

Electronically signed by Joel Moyer (501-161-376-4513)                                fc988dc5-9c7d-4a88-adea-e0518e25bbb06

Gina H. Wright        Georgia State Conference of the NAACP, et al vs Kemp        November 20, 2017

16 (Pages 34 to 37)

34

1  about 200 pages worth of documents that I'm
2  trying to, trying to figure out how to get
3  confirmation that, that that is what you
4  provided to your counsel to provide to us.
5      A    I never printed it, so I wouldn't
6  know --
7      Q    Okay.
8      A    -- what it would constitute in terms
9  of a paper stack, so, I mean, do you want me to
10 go through the whole stack?
11     Q    Probably, probably not.  I don't
12 think that would be very good use of your time.
13 I might ask your counsel a question about it
14 during, during the break.
15     A    Okay.
16     Q    During the course of the deposition,
17 I'm going to be pulling -- I'm going to ask you
18 to pull out some of the pages from that stack
19 as we get into the deposition, and I'm asking
20 you questions --
21     A    Okay.
22     Q    -- related to some of the
23 communications that were in there.
24         In terms of going back to number one
25 in Exhibit B, do you recall there being any

35

1  alternative plans in the folders of the
2  legislators that you burned to the CD?
3      A    There were some, yes.
4          (Whereupon a document was identified as
5          Plaintiff's Exhibit 2.)
6      Q    Okay.  All right.  All right.  I'm
7  going to go back in time a little bit and go
8  through your professional history now.  I'm
9  going to mark as Exhibit 2 what appears to be
10 your LinkedIn profile; is that correct?
11     A    That's correct.
12     Q    And so you went to work doing
13 redistricting out of college?
14     A    Yes.
15     Q    And at the time you started doing
16 redistricting for Georgia, where were you
17 working out of?  Were you working in Atlanta?
18     A    Yes.
19     Q    And were you working for the Georgia
20 General Assembly at the time?
21     A    Yes.  At the time our office was
22 contracted through the University of Georgia;
23 however, we served the Georgia General
24 Assembly, so our office was in the same place
25 that it is now.

36

1      Q    Okay.  So your office hasn't moved
2  from 2000 to 2017?
3      A    No.
4      Q    And you mentioned before that it was
5  contracted through the University of Georgia.
6  Was there a component of the University of
7  Georgia that the office was part of?
8      A    Yes.  They were -- we were
9  underneath the division called ITOS,
10 Information Technology Outreach Services, and
11 then sometime during those years, I couldn't
12 tell you which year it was, the whole ITOS
13 division was moved under the Vincent Institute
14 of Government.
15     Q    Now, at the time you went to, first
16 went to work in the Reapportionment Office, who
17 was the executive director at the time?
18     A    Linda Meggers.
19     Q    And who else worked in the office
20 when you were first there?
21     A    Let's see.  Joe Stanton, Rob
22 Strangia, Shantée El, Angela Kennedy, Heather
23 Hammond.
24     Q    Okay.  And Mr. Stanton, what was his
25 role in the office?

37

1      A    He was the assistant director.
2      Q    And is it correct to say that
3  Ms. Meggers and Mr. Stanton don't work in the
4  office anymore?
5      A    That's correct.
6      Q    Do you recall about at what point
7  Ms. Meggers left?
8      A    She left in January of 2005.
9      Q    And how about Mr. Stanton?
10     A    I would say it was summer of that
11 same year.
12     Q    And when Ms. Meggers left, who
13 became the executive director of the office?
14     A    We had a time period where we really
15 didn't have one for a while, but following
16 that, when they hired someone, Shantée El was
17 named the director.
18     Q    And is it correct that Ms. El
19 doesn't work in the office anymore?
20     A    That's correct.
21     Q    Do you recall when about she left?
22     A    I think it was the end of 2012.
23     Q    Was there a period of time in which
24 the executive director became Jimmy McDonald?
25     A    Yes.

Electronically signed by Joel Moyer (501-161-376-4513)        fc988dc5-9c7d-4a88-adea-e0518e25bbb06

Gina H. Wright                Georgia State Conference of the NAACP, et al vs Kemp                November 20, 2017

17 (Pages 38 to 41)

38

1    Q    Do you recall when Jimmy McDonald
2  came in?
3    A    That would have been the beginning
4  of 2011.
5    Q    So Ms. El continued to work in the
6  office in 2011 and much of 2012, but now she
7  was under Mr. McDonald?
8    A    Yes.
9    Q    And Mr. Strangia still works in the
10  office; correct?
11    A    Yes.
12    Q    What is his role?
13    A    He is my GIS manager.
14    Q    Is he drawing maps as part of that
15  job?
16    A    Typically, no.
17    Q    He is more of what would be your
18  tech person?
19    A    More or less, yes.
20    Q    Okay.  And then what did Ms. Kennedy
21  do?
22    A    She was a redistricting analyst,
23  worked with members, worked with county
24  governments and local governments.
25    Q    And how about Ms. Hammond?

39

1    A    She was our person who answered the
2  phone, administrative assistant.
3    Q    Now, going back to Exhibit 2, the
4  LinkedIn page, in terms of, in terms of the
5  executive director on your profile, you don't
6  have any text below that, but underneath
7  redistricting services specialist, you have
8  about five lines of text; correct?
9    A    Uh-huh (affirmative).
10    Q    And were those the duties that you
11  performed when you were the redistricting
12  service specialist, services specialist?
13    A    Yes.
14    Q    Okay.  One of the things that you
15  mentioned in there is that you created
16  redistricting plans for statewide and local
17  district maps.  What was the first time that
18  you had a significant role in drawing a
19  statewide map?
20    A    Well, that would depend on how you
21  define a significant role.
22    Q    Okay.  So let's go back to 2004 in
23  the Larios case.  You said, you said that your
24  role in terms of that redistricting plan that
25  was at issue there was relatively minor; is

40

1  that correct?
2    A    The districts that were being -- I
3  don't know what the correct word is -- that
4  were being disputed or whatnot in that case,
5  yes, because those were the maps that had been
6  adopted prior to that, you know, cycle.  That
7  would have been maps from '02, '01 and '02 that
8  had been put into place.  So during that time
9  period, yes, I would say my role was very
10  minor.
11          As far as related to the case
12  itself, the staff worked with -- of course, in
13  that case they had a special master and his
14  technical expert who worked on the plans who
15  weren't from Georgia, and we worked as staff to
16  kind of help them know a little bit about
17  where -- Georgia and to know where things were
18  and to kind of help them with the basics.
19          I also for that case took the
20  special master's plan and went through it to
21  basically try to make corrections, technical
22  corrections, to it because they focused
23  primarily on city limit lines and used a lot of
24  city limit lines for district boundaries, which
25  city limits in Georgia are probably to most

41

1  election supervisors of lesser importance than,
2  say, the precinct boundary lines.
3          So I went through that plan to try
4  and fix it to the point of moving the lines
5  from city lines to precinct lines where I could
6  to make it, you know, a little bit more
7  efficient for our county election
8  administrators to handle.
9          And that plan was presented as an
10  option, but it was not accepted.  I believe, I
11  believe Dennis Dunn I worked with on that who
12  is one of the assistant attorney generals now.
13    Q    Okay.  And eventually Georgia had a
14  new House plan that was created in 2006?
15    A    No.  It was created in 2004 as a
16  result of the case.
17    Q    Okay.  So the plan was created in
18  2004.  Was it first in effect in 2006?
19    A    No.  It was in effect in 2004.
20    Q    Okay.  And then there was another
21  plan that came into effect in 2006?
22    A    No.  Well, the 2006 map, both in the
23  House and Senate, were slight adjustments that
24  the members made to the court drawn plan.  I
25  think in the Senate it was only in one area.

Electronically signed by Joel Moyer (501-161-376-4513)                                fc988dc5-9c7d-4a88-adea-e0518e25bb06

42

1  In the House, I believe it was in three areas.
2      Q    Okay.  All right.  Next on your
3  profile it says that you "Maintained a current
4  statewide precinct file for all 159 counties in
5  Georgia through frequent contact with county
6  election supervisors."
7          Is that something that you did in
8  your role as a redistricting services
9  specialist?
10     A    Yes.
11     Q    And then it says you "Coordinated
12 the Block Boundary Suggestion Program for the
13 US Census Bureau in preparation for the 2010
14 census for Georgia."  Did you do that?
15     A    Yes.
16     Q    And what did that entail?
17     A    We worked through all 159 counties
18 using the geography provided from the Bureau to
19 get down to the geographic layer in the blocks
20 and make corrections where there needed to be
21 corrections within each county.  It's very
22 technical and very detailed.
23         We would find areas where it would
24 be on a railroad, it would jump off the
25 railroad onto something else, the block

43

1  boundary, that is, and then it would come back
2  onto the railroad.  So we wanted to make a
3  continuous feature -- make corrections so that
4  we would have continuous features.  Features
5  that are no longer there, we would want to
6  remove, you know, such as a dried up creek bed
7  or a railroad that was destroyed or whatever,
8  things like that.
9      Q    And so you would take that
10 information that, that you received from the
11 counties and suggested the census changes in
12 the census blocks?
13     A    Right.  Most of the information
14 isn't necessarily received from the counties.
15 If we, if we had something that the county had
16 told us, this is here and we need to have this
17 creek -- this river is here and we'll not be
18 able to use it, then, yes, we would definitely
19 mark those to be changes to the block lines.
20         Some of it was just us working down
21 to that level and looking for geographical
22 differences and things that needed to be
23 corrected.
24     Q    And then what is the -- what's a
25 VTD?

44

1      A    A VTD is a voting district as
2  defined by the Census Bureau.  For us, it
3  corresponds with voting precincts.
4          We are -- we submit to the Bureau
5  whatever files we want to use for our VTDs.  We
6  try to submit the most recent file that we have
7  so that when that is -- the data is allocated
8  to those VTDs that it is at least as close to
9  the most current precinct layer that we have at
10 that point in time.
11         But they do not change throughout
12 the decade.  The VTDs from the Bureau are still
13 the VTDs as they are in the year that ended in
14 zero for the file.
15     Q    So the VTDs don't change?
16     A    Correct.
17     Q    After the, after the decade begins?
18     A    Correct.
19     Q    So the VTD in 2010 would be the same
20 as the VTD in 2016?
21     A    If you're referring to the census,
22 how the Census Bureau defines it, yes.
23     Q    But one of the things that may
24 happen in Georgia is that election officials
25 may want to adjust the boundaries of a precinct

45

1  in between censuses; correct?
2      A    Definitely.
3      Q    Do you know, with respect to
4  Districts 105 and 111, whether there have been
5  any changes in the precinct boundaries since
6  2010?
7      A    I can't say for certain.
8      Q    You don't recall any?
9      A    I'm not sure.  I work with so many
10 of them and we do this every two years, so I
11 can't pinpoint.
12         As far as the most recent two years,
13 no, I don't believe that either Henry or
14 Gwinnett have made any changes to their
15 precincts since that's the most recent file
16 that I worked on was the '16 file.
17     Q    Okay.  I just want to make sure I
18 understand the timing.  So are you saying there
19 have been no changes since 2016 for sure, or
20 are you saying there have been no changes since
21 2014?
22     A    With -- I can say with certainty
23 that I don't believe Gwinnett or Henry have
24 made any precinct changes since '16 -- or,
25 actually, what's -- leading up to '16, so I

Electronically signed by Joel Moyer (501-161-376-4513)                    fc988dc5-9c7d-4a88-adea-e0518e25bbb06

Gina H. Wright                     Georgia State Conference of the NAACP, et al vs Kemp                     November 20, 2017

19 (Pages 46 to 49)

46

1    guess from -- since '14 leading up to the '16
2    file, they did not have any changes.
3           But it is possible that they made
4    changes prior to that.  The file would have
5    been updated in '10, '12, '14, '16, et cetera,
6    every two years.
7       Q    You brought some maps with you
8    today.
9       A    Yes.
10      Q    Would you mind bringing the maps
11   out?
12      A    Sure.  Where would you like me to
13   put them?
14      Q    Why don't you go ahead and let's see
15   if we can get them to fit on the table.
16      A    They're large.
17      Q    And I very much appreciate you
18   creating these maps or bringing these maps to
19   the deposition.
20           Okay.  So the first map says
21   Gwinnett County House Districts - as passed
22   2012; is that correct?
23      A    Yes.
24           MR. GREENBAUM: Why don't we go
25   ahead and mark this one as Exhibit 3.

47

1       (Whereupon a document was identified as
2    Plaintiff's Exhibit 3.)
3       (Whereupon off-the-record discussions
4    ensued.)
5       Q    And, Ms. Wright, could you describe
6    what Exhibit 3 is?
7       A    Exhibit 3 is a map of the State
8    House districts as they were drawn in 2012 of
9    Gwinnett County and all the House districts
10   within and some of the surrounding.
11      Q    And in the bottom right-hand corner,
12   there, there's a set of layers that are used
13   for the map; is that correct?
14      A    Yes.
15      Q    And those set of layers are things
16   that are items that show up on the map itself;
17   correct?
18      A    Correct.
19      Q    And could you list what the layers
20   are for this particular map?
21      A    It says map layers, districts,
22   census place, river, railroad, streets,
23   freeway, highway, VTD 2014, county, and then it
24   has a little mileage thing.
25      Q    Okay.  Thank you.

48

1       A    Uh-huh (affirmative).
2       (Whereupon a document was identified as
3    Plaintiff's Exhibit 4.)
4       Q    We'll be coming back to this.
5           I want to go ahead and for now mark
6    each map, so I want to go next to the next map
7    and mark as Exhibit 4 Gwinnett County House
8    districts - as passed 2015.
9           Do you recognize this map,
10   Ms. Wright?
11      A    Yes.
12      Q    And could you explain what this map
13   is?
14      A    This is a map of the State House
15   districts as they were following the 2015 map
16   changes of the State House districts of
17   Gwinnett County and a little bit of the
18   surrounding.
19      Q    Okay.  And so if somebody wanted to
20   look at the changes in District 105 between
21   2012 and 2015, one of the things that they
22   could do is look at the -- at Exhibit 3 and
23   Exhibit 4 and see how they are different?
24      A    Sure.
25      (Whereupon a document was identified as

49

1    Plaintiff's Exhibit 5.)
2       Q    All right.  Why don't we go, go on
3    to the next map.  I want to mark as Exhibit 5 a
4    document entitled Henry County House
5    Districts - as of 2012.
6           Do you recognize this document,
7    Ms. Wright?
8       A    Yes.
9       Q    And what is this document?
10      A    This is a map of the Georgia House
11   districts as of 2012.  It's Henry County, all
12   the districts within, and some of the
13   surrounding.
14      Q    Okay.  Thank you.
15      A    You're welcome.
16      (Whereupon a document was identified as
17   Plaintiff's Exhibit 6.)
18      Q    Why don't we go ahead and move on to
19   Exhibit 6.  Exhibit -- I just marked as
20   Exhibit 6 Henry County House Districts - as
21   passed 2015.
22           Ms. Wright, do you recognize this
23   document?
24      A    Yes.
25      Q    And what is this document?

Donovan Reporting, PC                                                                    770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                                    fc988dc5-9c7d-4a88-adea-e0518e25bbb06

Gina H. Wright          Georgia State Conference of the NAACP, et al vs Kemp          November 20, 2017

20 (Pages 50 to 53)

---

50

1      A    This is a map of the State House
2  districts following the changes in 2015 of
3  Henry County, the districts that are contained
4  within, and some of the surrounding.
5      Q    Okay.  And, again, if you wanted to
6  see the changes in District 111 between 2012
7  and 2015, one of the things that you could do
8  is compare Exhibit 5 and Exhibit 6; is that
9  correct?
10     A    You could do that.
11     Q    Okay.  Thank you.
12     A    You're welcome.
13     (Whereupon a document was identified
14  as Plaintiff's Exhibit 7.)
15     Q    We can actually maybe put all the
16  maps back on top just so that it will give you
17  room to maneuver.
18         Thank you.  I wanted to mark as
19  Exhibit 7 a document entitled Georgia General
20  Assembly, Welcome to the Legislative &
21  Congressional Reapportionment Office.
22         Ms. Wright, do you recognize this
23  document?
24     A    I do.
25     Q    What is it?

---

51

1      A    It appears to be a printout of our
2  web page.
3      Q    Okay.  And I had asked you about
4  previous staff before.  I want to ask you some
5  questions about the current staff.  And I guess
6  the first thing to note is that you are
7  currently the executive director; correct?
8      A    Correct.
9      Q    And you became the executive
10  director at some point in 2012?
11     A    Yes.
12     Q    And then it lists four other people
13  on the staff.  Could you -- and the first is
14  Tonya Cooper.  Can you describe what Ms. Cooper
15  does?
16     A    She's our office manager.
17     Q    And then how about Mr. Knight?
18     A    He's a redistricting services
19  specialist.
20     Q    And what does -- and that's -- that
21  was similar to the job that you had previously?
22     A    Yes.
23     Q    How about Mr. O'Connor, Dan
24  O'Connor?
25     A    Dan is a data specialist,

---

52

1  redistricting data specialist.
2      Q    Prior to Mr. O'Connor, was there a
3  data specialist that worked in the office?
4      A    No.
5      Q    So this was, this was a role that
6  was created during your tenure as executive
7  director?
8      A    No, not specifically.  Dan has been
9  on the staff off and on, I guess, mostly since
10  2005.
11     Q    Okay.
12     A    The title, we may have streamed the
13  title a certain way, but that's -- he's always
14  kind of done what he's done in the office,
15  which is he knows the data very well.
16     Q    And when you talk about the data,
17  what do you mean specifically?
18     A    Geography, political trends,
19  election returns and results, pretty much
20  anything, history.
21     Q    How about demographic changes?
22     A    To some degree.
23     Q    And then we mentioned Mr. Strangia
24  before.
25         So I take it at the, at the -- right

---

53

1  before there's a census, the office is probably
2  pretty busy in preparation for the data that's
3  going to come out for the census; correct?
4      A    It's a process that is spread out
5  over several years leading up to the census, so
6  it's not too crazy right, right then, but it
7  is -- over time, we do a lot of things.
8      Q    Okay.  And then after the census
9  comes out, the office is extremely busy because
10  it's drawing plans for the Congressional State
11  House and State Senate; correct?
12     A    Well, initially, we're bringing the
13  data in and putting the data to the several
14  maps and analyzing what the data shows for the
15  state.
16     Q    And the office also draws maps when
17  requested for local jurisdictions?
18     A    That's correct.
19     Q    And the bulk of the redistricting
20  is, is done in the first two years after the
21  census comes out?  Is that fair to say?
22     A    I'd say that's fair to say.
23     Q    What are the main thing that the
24  office does?  Let's say -- let's take this
25  decade.  What are the main things the office

---

Donovan Reporting, PC                                              770.499.7499

Gina H. Wright          Georgia State Conference of the NAACP, et al vs Kemp          November 20, 2017

---

54

1  does -- has done between, let's say, 2013 and
2  2017?
3      A    Okay.  We are still doing a lot of
4  local redistricting in 2013.  I'd say we're
5  still, still working with some of the cities
6  especially who have not redrawn their district
7  lines but some counties as well.
8          I believe in 2013 there were a lot
9  of federal cases going on with counties whose
10  districts had not been decided upon, so I
11  worked with quite a few federal courts on that.
12  We are still maintaining work with the counties
13  on the precincts.  Every -- that's constant,
14  all the time.  That would have been going on in
15  2013 through those years.
16          We've been heavily involved with
17  creation of new cities across the state,
18  creating not just their city boundary lines but
19  also working with them to have districts within
20  their cities.
21          I don't know.  I'm sure there's
22  other stuff.  Of course, we're constantly doing
23  map requests, printouts and requests for not
24  just incumbent members but anyone who orders a
25  map.  When they're running for any district of

55

1  any kind, they order maps from our office, so
2  we're doing requests for those things.
3          We've done customer requests for
4  groups across the country who want files from
5  our office and maps from our office and
6  whoever.  And, of course, at this point we've
7  begun work with the Census Bureau on the VDSP.
8      Q    Okay.  On the second page of
9  Exhibit 7 toward the bottom, it talks about
10  Joint Reports For Current Plans.  And the first
11  that's listed is the House and Senate in
12  Congressional Districts.  What's the purpose
13  for -- what -- actually, strike that.
14          What, what does that joint report
15  consist of?
16      A    That report is a report that lists
17  each of the congressional districts, and then
18  it has a column for each, the State House and
19  the State Senate, that includes a listing of
20  districts by number that are within that
21  congressional district by any -- whether it's
22  one census block or completely within that
23  congressional district.
24      Q    And why -- what's the purpose of
25  creating that report?

56

1      A    It's very much used when the House
2  and Senate are making appointments to different
3  boards.  They have -- if they have within
4  that -- if their district is within a certain
5  congressional district, then they are, they are
6  able to vote on appointments and whatnot,
7  people like the DOT boards and things like
8  that.
9      Q    And then the next one that's listed
10  is City Districts.  Could you describe what,
11  what report that is?
12      A    That is a report that lists each
13  city in Georgia, and then it lists the district
14  assignments that it would have for that
15  particular city.  So it would list the House,
16  the Senate, and the congressional districts
17  that are a part of that city.
18      Q    Okay.  And why is that report
19  created?
20      A    It's just a useful reference.
21      Q    And then underneath that, it says
22  Joint County Districts 2015.  What is that
23  report?
24      A    That's the same kind of report as
25  the city report except it's just for the

57

1  county, which districts are a part of those
2  delegations for each county.
3      Q    And you referenced before the
4  importance of county delegations in terms of
5  appointments?
6      A    Uh-huh (affirmative).
7      Q    What is the significance in terms of
8  the county delegation in terms of appointments?
9      A    Well, it's not so much the county,
10  but it's the delegation where they -- with the
11  congressional districts, it's everyone who is
12  inside of that congressional district.
13          With the county report, any local
14  legislation or anything that the House or
15  Senate takes up, if their district is within a
16  certain county, then they are allowed to vote
17  or whatnot with that particular -- not just
18  vote, but they're -- they have to make
19  decisions on that local legislation as a group.
20      Q    Does a county delegation also
21  appoint certain people to positions?
22      A    I don't know.
23      Q    Do you have an understanding that it
24  is important for a particular party to have a
25  majority of seats that are in a particular

---

Donovan Reporting, PC                                              770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                    fc988dc5-9c7d-4a88-adea-e0518e25bbb06

Gina H. Wright          Georgia State Conference of the NAACP, et al vs Kemp          November 20, 2017

22 (Pages 58 to 61)

58

1    county for the delegation because there are
2    certain things that the county delegation has
3    authority to do?
4        A    I think I followed your question.
5        Q    I know.  Sorry it's so complicated.
6        A    Are you just asking if I understand
7    the county delegations are important?
8        Q    Yeah.  Well, let me ask you this
9    question.  Do you have an understanding that
10   the partisan makeup of a county delegation is
11   important?
12       A    Yes.
13       Q    And why is it important?
14       A    Well, sometimes they don't agree.
15   If all of the members of the delegation agree,
16   then they move forward with whatever it is that
17   they're wanting to do.  If they don't agree,
18   then they do -- you know, sometimes it's a
19   party line vote.  Sometimes it's not.
20           Sometimes it could be regional
21   within that county.  It could be other issues
22   that they take opinions upon.  But sometimes it
23   is a party line issue in the counties.
24       Q    Has it been the case that if a
25   particular party's in control during a

59

1    redistricting cycle that a priority for them is
2    to maintain a majority in the county
3    delegations to the greatest extent possible?
4        A    I don't know that it's a high
5    priority, and I would not venture to say that
6    it's a priority in every county.  It's
7    something that some of the counties consider,
8    I'm sure, but I don't know that it's to the
9    extreme of the number one thing they're trying
10   to achieve.
11       Q    Has Chairman Lewis ever expressed to
12   you the interest in, in any county maintaining
13   a majority of Republican members in the county
14   delegation?
15       A    I'm not sure who you're asking me
16   about.
17           MR. WILL:  Yeah, I'm not sure who
18   Chairman Lewis is either.
19       Q    I'm getting, I'm getting my people
20   mixed up.  Okay.
21           Has, has any legislator ever come to
22   you and said that they want to maintain a
23   majority of legislators in the county
24   delegation that is of the same party that they,
25   they are?

60

1        A    I don't know that it's ever been
2    brought to me like that.
3        Q    How has it been brought to you?
4        A    It may come up in discussions of a
5    county, creating districts within a county, but
6    I don't recall ever having a member come to me
7    and say that, that that was the thing they
8    wanted to do.
9        Q    But it's something that's come up
10   during the redistricting process that someone
11   has at least mentioned the partisan split in
12   terms of the county delegation?
13       A    Yes.
14       Q    Do you recall any particulars as to
15   who has mentioned that?
16       A    I don't want to make a guess or just
17   try to, you know, throw things out, so I'm not
18   sure that I can name specific individuals that
19   that may have come up with.
20           (Whereupon a document was identified as
21   Defendant's Exhibit 8.)
22       Q    Okay.  All right.  I want to move on
23   to the next exhibit.  I'm going to mark it as
24   8.  It's entitled, it's entitled Defendants'
25   Initial Disclosures.  Ms. Wright, have you seen

61

1    this document before?
2        A    No.
3        Q    I'm going to ask you to go to the
4    third page under number five.  It, it says,
5    "Provide the name of the people who are likely
6    to have discoverable information that are used
7    to support your claims or defenses," and here
8    we're talking about the Defendants in this
9    case.  And then it refers to attachment A,
10   which is, if you to go page seven, you'll see
11   attachment A.
12       A    Okay.
13       Q    And then if you turn to page eight,
14   you'll see your name.  Were you aware that the
15   State had identified you as a potential witness
16   in this case?
17       A    In a document, no, but I would just
18   figure that.
19       Q    Okay.  All right.  Now, if you, you
20   go several more pages on, it's -- you got to go
21   all the way to Exhibit 2.
22       A    Okay.
23       Q    Okay.  And the first page after
24   Exhibit 2 is 2011-2012 Guidelines for the
25   Senate Reapportionment and Redistricting

Donovan Reporting, PC                                          770.499.7499

Gina H. Wright          Georgia State Conference of the NAACP, et al vs Kemp          November 20, 2017

23 (Pages 62 to 65)

62

1    Committee.  And that goes on for five pages.
2    Do you recognize those guidelines?
3        A    Yes.
4        Q    Okay.  And could you describe what
5    this document is, the Guidelines for the Senate
6    Reapportionment and Redistricting Committee?
7        A    This was a document I wasn't
8    involved in putting together, but I have seen
9    it, that was done for the committee as far as
10   how they were going to go through the process
11   of redrawing the lines during the special
12   session of 2011 for use for districts for 2012.
13       Q    And then I want to move on to then
14   what is Exhibit 3 in this document.  And it's
15   2012 Guidelines for the House Legislative and
16   Congressional Reapportionment Committee.  Do
17   you recognize that document, Ms. Wright?
18       A    Yes.
19       Q    And what is this document?
20       A    The same document they used for the
21   House committee.
22       Q    Do you, do you know if there are any
23   differences between the House document and the
24   Senate document?
25       A    I do not know.

63

1        Q    Okay.  On -- we'll go back to the
2    Senate document.  If you look under Roman
3    numeral III, it talks about Redistricting
4    Plans, and then it says General Principles For
5    Drafting Plans.  And it then -- there are nine
6    general principles; correct?
7        A    Yes.
8        Q    And the, the House has nine
9    principles as well, and as far as we could
10   tell, the principles are identical.  Is that
11   your understanding?
12       A    I have not read them both like that,
13   so I don't know.
14       Q    Okay.  In drawing plans -- or,
15   actually, let me, let me go back and ask the
16   question.  What was your role in terms of
17   drawing the plans -- drawing the plan that the
18   House passed in 2011?
19       A    In 2011, is that what you said?
20       Q    Yes.
21       A    2011, I worked with members, a lot
22   of members.  I worked with our chairman.  We
23   drew maps of various parts of the state, worked
24   on fitting them together to a statewide plan.
25       Q    Were you the point person in your

64

1    office in terms of working on the plan?
2        A    Which plan?  The House?
3        Q    The 2011 House plan.
4        A    As far as the House plan, I don't
5    believe there was a point person.
6        Q    Okay.
7        A    There were, you know, staff members,
8    several staff members, who worked in part with
9    that and on different areas, worked with
10   different members.  It was a collaborative
11   effort.
12       Q    To the extent that you can recall,
13   could you set forth what each person's role was
14   in the office with respect to that plan?  Start
15   with you.  What, what --
16       A    Well, I just told you what I did.
17       Q    Was there a particular portion of
18   the state that you focused on, or how, how was
19   the work divided up within the office?  What
20   was the division of labor?
21       A    It wasn't, really.  We worked with
22   pretty much whoever came in, whoever called.
23   Whoever wanted to work on a map, you know, they
24   scheduled a appointment.  They would sit down
25   and work with us.  Sometimes it was a group of

65

1    members; sometimes it was a single member.  We
2    worked with whoever came in.  And all of us
3    kind of did whichever part happened to be, you
4    know, whoever came in.
5        Q    How did you keep track, you know,
6    given that Georgia's got a lot of legislative
7    districts and a lot of counties, how did you
8    keep track of what the plan was going to be as
9    a whole?
10       A    I don't know.  No.
11            As we talked about the libraries, so
12   individual members had their library, and so
13   their plan would be saved in that library,
14   whatever they were working on at that time.
15   And any staff member could open that should one
16   not be available or be present when someone
17   came back in to look.
18            The chairman was ultimately involved
19   in what went into the building of what would be
20   the, the plan that we would adopt, so.
21       Q    And which chair are you referring
22   to?
23       A    In 2011, that would be Roger Lane.
24       Q    And was there -- I'm trying to
25   figure out, you -- each member has a separate

Donovan Reporting, PC                                              770.499.7499

Gina H. Wright          Georgia State Conference of the NAACP, et al vs Kemp          November 20, 2017

66

1  folder, and there are in the House, is it 180
2  members?  Did I get that number right?
3      A    That's correct.
4      Q    So if you had 180 individual
5  folders, let's say, how would you -- how is it
6  done that it would all come together?  What was
7  the process of it coming together?
8      A    Well, members would work on what
9  they wanted, whether it was an individual or a
10  group.  As I said, it could be a whole area.
11  It could be a regional thing if it was a bunch
12  of members who worked together on it.
13        But they would ultimately take that
14  to the chairman, and the chairman would decide,
15  you know, if the members were in agreement this
16  is what they wanted to do, this is how they
17  wanted that area to look, then that would be
18  pieced together in a plan that was in his
19  folder.
20      Q    Okay.  So in terms of kind of where
21  the plan was going as a whole, you would have
22  looked in Chairman Lane's folder?
23      A    Right.
24      Q    You mentioned before meeting with
25  various delegations.  I take it that that could

67

1  include a delegation from the House, a
2  delegation -- strike that.
3        Could you give me examples of
4  delegations?  For example, did you ever meet
5  with the Black Caucus, or did anybody from your
6  office meet with the Black Caucus to your
7  knowledge?
8      A    I don't recall actually meeting with
9  the Caucus in --
10      Q    Okay.
11      A    -- in a group form.  Members of the
12  Black Caucus, yes, we did meet with, sometimes
13  singular, sometimes several of them.
14      Q    And when you meet with people, do
15  you meet in a place, in a room, where you can
16  actually draw maps as you're talking to them?
17      A    Yes.
18      Q    Will you meet with county
19  delegations sometimes?
20      A    You mean delegations of House
21  members or Senate members?
22      Q    Yes.
23      A    Yes.
24      Q    So for example --
25      A    If they come in together.

68

1      Q    Yeah.  And so are there times in
2  which the members of a delegation that are
3  House and Senate members from a particular
4  county, do they sometimes come in only with
5  people from the same party?
6      A    Can you restate that?
7      Q    Sure.  In other words, are there
8  times in which, let's say, if you're meeting
9  with a delegation of Senators and House members
10  from Gwinnett County that you would -- there
11  would only be the Republican members that would
12  come in or only the Democratic members?
13      A    I don't know that I recall meeting
14  with a delegation the size of the Gwinnett
15  County delegation as a whole, whether in part
16  or as a whole, and if they come in, it would
17  probably be a few members at a time.  And I
18  can't say for certain whether they were always
19  of one party or if it was bipartisan.
20        MR. GREENBAUM:  Okay.
21        MR. STRICKLAND:  Is this a good time
22  for a break?
23        MR. GREENBAUM:  Yeah, let's take a
24  break.
25        MR. STRICKLAND:  All right.

69

1        THE VIDEOGRAPHER:  Going off video
2  record at 10:51 a.m.
3        (Proceedings in recess, 10:51 a.m. to
4  11:01 a.m.)
5        THE VIDEOGRAPHER:  We are back on
6  video record at 11:01 a.m.
7      Q    So, Ms. Wright, before the break, we
8  were talking about the redistricting guidelines
9  that the Senate and the House used in the 2011
10  redistricting cycle.  To what extent did you
11  pay attention to these what they call general
12  principles for drafting plans when you were
13  working on the 2011 House plan?
14      A    These are basically common
15  principles of redistricting, so this is pretty
16  much what I would have done.
17      Q    Okay.  So you didn't -- you weren't
18  referring to the particular document, but you
19  were, because of your knowledge of
20  redistricting, relying on similar principles;
21  is that correct?
22      A    Yes.
23      Q    All right.  So let's -- I'm going to
24  ask you about several of the principles.
25        Principle number two says, "Each

Donovan Reporting, PC                                770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                fc988dc5-9c7d-4a88-adea-e0518e25bbb06

Gina H. Wright          Georgia State Conference of the NAACP, et al vs Kemp          November 20, 2017

25 (Pages 70 to 73)

---

70

1   legislative district of the General Assembly
2   should be drawn to achieve a total population
3   that is substantially equal as practicable,
4   considering the principles listed below."
5          When you're drawing a map for the
6   General Assembly, what level of population
7   equality are you trying to achieve?
8       A   We try to draw them as close to zero
9   as we can, but within the realm of some of the
10  other principles, obviously, we will allow for
11  that range to deviate from zero whether it's
12  normally within a plus or minus one percent,
13  thereabouts. It's not hard and fast, but.
14      Q   And with respect to the 2011 plan,
15  do you recall what the maximum deviation was of
16  that?
17      A   I don't recall specifically, no.
18      Q   Okay. In the 2011 time frame, what
19  was your understanding, going to principle
20  number three, about what compliance with the
21  Voting Rights Act of 1965 entailed?
22      A   Can you state that again?
23      Q   Sure. Principle three says that
24  "All plans adopted by the committee will comply
25  with the Voting Rights Act of 1965, as

---

71

1   amended."
2          During the 2011 time frame, what was
3   your understanding as to what it meant to
4   comply with the Voting Rights Act?
5       A   With the Voting Rights Act, you're
6   dealing with your majority-minority districts.
7   You are trying to maintain the ones that you
8   have and not -- what's the word I'm looking
9   for?
10      Q   Retrogress?
11      A   Right. I mean, yeah, that's the big
12  word, but, yeah. You don't want to retrogress.
13  You don't want to lose seats that are
14  already -- that are majority-minority
15  districts, if at all possible, based on the
16  population changes and growth in whatever areas
17  that you're in.
18         And in 2011 when we were working
19  with a statewide map, we are keeping in mind
20  the number of districts overall for the state
21  that we had and then, when applying the new
22  data to that, how many districts then reflected
23  a majority-minority status.
24         Even if they were not within the
25  deviation range or not anywhere close, we're

---

72

1   still acknowledging the fact that there were,
2   you know, districts here that may have been
3   before, may not been have been before that have
4   majority-minority population in them.
5          And then in terms of Georgia, when
6   we look at that, that population specifically,
7   we are focused on the African-American
8   population because those were the districts in
9   Georgia. Prior, we had not had any majority
10  districts that were of another racial category.
11      Q   In drawing the plan, was there -- to
12  what degree did the office look at issues under
13  section two of the Voting Rights Act?
14         MR. WILL: And you're still talking
15  2011?
16         MR. GREENBAUM: 2011.
17      A   I don't know that, that we were
18  focused on the specific sections or anything
19  like that. We, we understood retrogression.
20  We understood all the basic principles of
21  redistricting. So we were focused on all of
22  those as a whole. And of course there were,
23  you know, legal advisors who were consulting on
24  maps as well.
25      Q   And in the 2011 cycle, what legal

---

73

1   advisors were you working with?
2       A   That would have been Anne Lewis and
3   Bryan Tyson.
4       Q   And Ms. Lewis was at a law firm at
5   the time?
6       A   What was that question?
7       Q   Was Ms. Lewis at a law firm at the
8   time?
9       A   Yes, I believe so.
10      Q   And what law firm was that?
11      A   That would be Strickland Brockington
12  Lewis.
13      Q   And how about Mr. Tyson?
14      A   He was with the same firm.
15      Q   For the 2012 House redistricting,
16  did your office rely on legal advisors at all
17  for that one?
18      A   I don't recall.
19      Q   How about with respect to 2015 and
20  the House plan?
21      A   I don't recall any outside legal
22  counsel other than legislative counsel who
23  draft the bill and work on that.
24      Q   Okay. How about 2017?
25      A   I don't recall our office

---

Electronically signed by Joel Moyer (501-161-376-4513)                                    fc988dc5-9c7d-4a88-adea-e0518e25bbb06

Gina H. Wright                Georgia State Conference of the NAACP, et al vs Kemp                November 20, 2017

74

1    specifically working with any outside
2    attorneys, no.
3        Q    How about, how about -- maybe I
4    should be more precise.  Were there attorneys
5    in the state Attorney General's Office that you
6    worked, worked with in addition to law firm
7    attorneys?
8        A    Which, at which time?
9        Q    Let's start with '11.
10       A    I don't recall working with anyone
11   from the Attorney General's Office then.
12       Q    Okay.  How about '12?
13       A    Until it came time to do the
14   preclearance submission, we usually weren't
15   working closely with the AG's office.
16       Q    So going back to the issue of
17   compliance with the Voting Rights Act in the
18   2011 time frame, would it be fair to say that
19   what you were primarily focused on was
20   maintaining at least the same number of
21   majority-minority districts?
22       A    Can you say that one more time?
23       Q    Sure.  I'm trying to sort of
24   summarize with respect to compliance with the
25   Voting Rights Act what you were trying -- what

75

1    your office was trying to accomplish or what
2    you felt like you needed to do or what the --
3    to comply.
4        A    In relation to the Voting Rights
5    Act?
6        Q    Yes.
7        A    That was, that was, yes, probably
8    the most important objective, yes, was to not
9    retrogress.
10       Q    That the key objective was to at
11   least maintain the same number of
12   majority-minority districts?
13       A    Right, related to the Voting Rights
14   Act.
15       Q    Correct.  Okay.  Moving on to number
16   four, complying with the United States and
17   Georgia Constitutions, what, what were you --
18   what in particular were you looking at trying
19   to do to make sure that you complied with the
20   United States and Georgia Constitutions?
21       A    Well, the United States
22   Constitution, you know, of course, speaks to
23   the congressional districting in specific, but
24   as far as keeping them -- the equal population,
25   one-person/one-vote, those types of things, we

76

1    tried to focus on that.
2            The Georgia Constitution addresses
3    contiguities.  Of course, we were focusing on
4    that, making sure that all the districts were
5    contiguous.  And outside of the broad realm of
6    redistricting, we would rely upon attorneys for
7    their expertise on those areas.
8        Q    With respect to you mentioned
9    contiguity a second ago.  What is your
10   understanding of what contiguity is?
11       A    Contiguity being all parts of the
12   district touch each other and at more than a
13   single point.
14       Q    How do you, when you're drawing a
15   map, determine whether there's contiguity?
16       A    Maptitude has a particular test you
17   can run that will tell you if there is any
18   noncontiguous pieces.  However, Georgia has a
19   few counties that have noncontiguous -- or
20   they're not -- they're point contiguity.
21   They're not noncontiguous, but they're at a
22   point.
23           And we do allow for that to be used
24   for those county lines if it becomes an issue.
25   If that particular county is split in such a

77

1    way or grouped with another district but it's
2    not an issue, then it's not an issue.  But if
3    it comes up, we prioritize holding that county
4    line and keeping it whole.
5        Q    Okay.  I want to move on to number
6    seven now.  It talks about three concepts the
7    committee should consider.  One is the
8    boundaries of counties and precincts.  In
9    drawing the plans, to what extent are you
10   accounting for the boundaries of counties and
11   precincts?
12       A    I don't have a gauge to measure
13   exactly how much I'm putting a weight on that.
14   Anyone who's ever worked on a map with me knows
15   that I value county and precinct lines greatly
16   because I know how difficult it is and what a
17   challenge it is for these local counties to
18   work through what it causes them when the
19   precincts are all divided up for their
20   elections and the ballot combos and things that
21   they have to do.  It makes it a whole lot more
22   difficult for them.
23           So in any case, if I can keep a
24   precinct whole or put a whole -- put a precinct
25   back together, I'm going to do that because I

Donovan Reporting, PC                                                                770.499.7499

Gina H. Wright                Georgia State Conference of the NAACP, et al vs Kemp                November 20, 2017

27 (Pages 78 to 81)

78

1    know that that's beneficial to all the local
2    governments.
3        Q    Under what circumstances will you
4    split counties?
5        A    Normally, counties are split because
6    of population. If they are larger than
7    whatever the district size is that we're
8    drawing, then, obviously, you have to have more
9    than one district that makes up that county.
10        Sometimes it goes into the history
11    of a county. Maybe it's always had two members
12    that have represented it or more. There's a
13    lot of reasons that can go into play, but I
14    would say population is the number one.
15        Q    So population, history of the
16    county. Can you think of any others?
17        A    Of why we would split a county?
18        Q    Yes.
19        A    Off the top of my head, I don't
20    know.
21        Q    Okay. And when you're using
22    Maptitude, will it let you know as you're
23    working on a plan how many counties are being
24    split by that plan?
25        A    You can run certain reports that

79

1    would tell you that.
2        Q    And how about splitting precincts?
3    Under what circumstances -- you mentioned
4    before that you try to the extent possible to
5    keep precincts intact. Under what
6    circumstances would you split precincts?
7        A    Again, if you're trying to balance
8    population and you can't do it within the
9    realms of keeping precincts whole, which is
10    always what I try to do first, sometimes it
11    happens that you have to divide a precinct.
12        Sometimes the precinct may be
13    divided because an incumbent lived in a
14    precinct and had a reason for wanting it split.
15    That could happen. Normally, they want their
16    whole precinct though, so if we can do that, we
17    do.
18        Sometimes it may be geographical.
19    If there's a good reason there to divide that
20    precinct to make it more -- to make more sense
21    for the balance of the district, maybe it's a
22    major interstate that divides it, maybe the
23    precinct -- in some cases the precincts have
24    noncontiguous geography, and they follow city
25    limit lines or they have islands and pieces

80

1    that make up that precinct, and because we
2    can't have noncontiguous districts, we split
3    the precinct then to account for the way that
4    the precinct is drawn.
5        I'm sure there may be more.
6        Q    Well, I'd like -- so the three that
7    you mentioned so far, let me make sure I have
8    this correct. One is, you'd split to balance
9    population? You'd split having to do with the
10    residence of an incumbent?
11        A    Could happen.
12        Q    And the third that you mentioned was
13    geographical. And examples you gave was
14    division by an interstate or where, where there
15    are noncontiguous boundaries. Can you think of
16    any other instances in which you'd split a
17    precinct?
18        A    I mean, I suppose, if you were
19    trying to keep a particular city or community
20    together, you might would do that then. If
21    that precinct was sufficiently large and had
22    different regions or sections in it that were
23    different communities, you might do that for
24    that.
25        Q    Any others?

81

1        A    I don't know. I'm sure there may be
2    others, but that's what's coming to me right
3    now.
4        Q    Okay. And when you're in Maptitude,
5    will it let you know when precincts are being
6    split?
7        A    Maptitude as it is will run a report
8    based on the VTDs, so that report would be
9    accurate with the VTD layer. However, if there
10    have been changes to precinct boundaries in a
11    county -- which we do have changes that went
12    in.
13        In 2010, prior to the redistricting
14    cycle, we had a new precinct layer already. So
15    you kind of have to keep that in mind as well
16    that those won't show up in the report
17    necessarily, but you can kind of get a ballpark
18    idea from using that.
19        The further you get away from the
20    VTD layer and the census data, you know, from
21    2010, the more counties have made precinct
22    changes and the more that report becomes a
23    little bit less useful.
24        Q    And then 7b references compactness.
25    What is your understanding of compactness?

Electronically signed by Joel Moyer (501-161-376-4513)                                          fc988dc5-9c7d-4a88-adea-e0518e25bbb06

Gina H. Wright                    Georgia State Conference of the NAACP, et al vs Kemp                    November 20, 2017

82

1     A    Compactness being how closely
2 related to a center point or the size of the
3 district, the shape of the district.
4     Q    How do you go about, when you're
5 working on a plan, ensuring compactness?
6     A    There -- I know that there are
7 things, tests that you can run, for
8 compactness.  I have not used those
9 traditionally.  Compactness, I guess, in my
10 opinion can sometimes be in the eye of the
11 beholder.  So if I'm the beholder, I look at
12 it.
13     Q    Is compactness something that you
14 prioritize when you're drawing plans?
15     A    It depends on what the other
16 criteria are for a particular area or district.
17 Yes, I mean, it's important, but I think there
18 are other factors that would probably take a
19 higher precedence if I was ranking them.
20     Q    Okay.  Well, along those lines,
21 could you tell me what your ranking is of
22 factors?
23     A    I don't really have one, but I know
24 complying with the law is obviously at the top
25 of that list, so you would want to make sure

83

1 you're complying with the law.  That's the
2 number one thing.
3         And then outside of that, it's not
4 really that there's a hierarchy or anything.  I
5 work with all of the principles together.  In
6 any given case, one may be more, more easily
7 done than another.
8     Q    So you mentioned before that you
9 don't use quantitative measures of compactness;
10 correct?
11     A    That's correct.
12     Q    Do you know if Maptitude has certain
13 measures of compactness within the program?
14     A    I believe it does.
15     Q    Do you know what any of them are
16 called?
17     A    Yes, maybe.
18     Q    Okay.  Have you heard of Reock
19 before?
20     A    Yes.
21     Q    And is that something that Maptitude
22 uses?
23     A    I believe so.
24     Q    Okay.
25     A    I think there is -- think there's a

84

1 list in there that you can pull down a menu to
2 use them, but I don't use that.
3     Q    And do you have an opinion on using
4 any of these measures one way or the other?
5     A    No.  I don't use them.
6     Q    Are you in a position to evaluate
7 whether any of those measures are legitimate or
8 illegitimate?
9     A    I don't use them, so I'm not in that
10 position.
11     Q    And then moving on to number nine --
12 I mean, I'm sorry, 7c, communities of interest,
13 are communities of interest something that you
14 consider when you're drawing a plan?
15     A    Communities of interest is a hard
16 principle to define.  Our state's really large,
17 obviously.  I don't know every community of
18 interest across the state and where they are
19 and how they would define themselves.
20         As a community of interest can be
21 people who shop at a certain area or people who
22 attend a certain church or people who travel
23 certain areas.  That's very difficult.  There's
24 not a cut and dry way to define it.
25         So those types of measures would be

85

1 something that is a little bit more from the
2 members and from the local delegations and from
3 the local people that they can define that and
4 say to us, this area is, you know, they all
5 have kids at this school or they, whatever, you
6 know.  They know that area, that feature, more
7 than we would.
8         So if it's brought to our attention
9 for a reason from an individual member or from
10 someone from the community that is involved in
11 doing the work on this, then, yes, we would
12 look at that.
13     Q    But it's not something that you go
14 out and try to determine yourself?  You sort of
15 rely on, to the extent that a member or
16 somebody else identifies something as a
17 community of interest --
18     A    Right.
19     Q    -- that you'll use that?
20     A    Right, if possible.
21     Q    And in Maptitude, is there any way
22 to measure communities of interest?
23     A    Not that I'm aware of.
24     Q    Now, we were talking a little
25 earlier about demographic change in Gwinnett

Electronically signed by Joel Moyer (501-161-376-4513)                                    fc988dc5-9c7d-4a88-adea-e0518e25bbb06

Gina H. Wright                    Georgia State Conference of the NAACP, et al vs Kemp                    November 20, 2017

86

1    County; correct?
2        A    Yes.
3        Q    And you mentioned the difference
4    between the 2000 and the 2000 [sic] census
5    data in Gwinnett County with respect to
6    demographics; correct?
7        A    2000/2010, yes.
8        Q    And is it fair to say that, first
9    of all, that total population in Gwinnett
10   County grew tremendously between 2000 and
11   2010?
12       A    Yes, it grew a lot.
13       Q    Do you use American FactFinder by
14   the way in terms of looking at census data?
15       A    Do I, or have I?
16       Q    Have you?
17       A    I have.
18       Q    Did you with respect to
19   redistrictings for any of the state
20   legislative plans?
21       A    Not that I recall.
22       Q    Okay.  But in any event, you knew
23   that, because of the growth of population in
24   Gwinnett County, it would likely have more
25   districts in the 2011 plan than it had

87

1    previously?
2        A    Yes.
3        Q    Okay.  Would it also be the case
4    that the, that the growth in population in
5    Gwinnett County was driven by the growth of
6    minority population --
7        A    Do you --
8        Q    -- between 2000 and 2010?
9        A    I don't know the specific amounts of
10   growth and what categories they fell in.  I
11   know they had a lot of growth, but I don't know
12   the details.
13       MR. WILL:  10 and 11?
14       THE WITNESS:  2010 --
15       MR. WILL:  No, exhibit numbers.  10
16   and 11?
17       THE WITNESS:  9 and 10.
18   (Whereupon documents were identified
19   as Plaintiff's Exhibit 9 and Plaintiff's
20   Exhibit 10.)
21       Q    All right.  I'm marking as Exhibit 9
22   the Census 2000 Summary File 1 profile of
23   Gwinnett County and Exhibit 10 is the 2010
24   census profile of Gwinnett County.
25       Ms. Wright, are you -- not talking

88

1    about these documents in particular, but have
2    you seen similar printouts from the census in
3    terms of laying out population information for
4    counties under the census data?
5        A    I've looked at it online before.
6        Q    Okay.  I want to call your attention
7    to the second page of this document.
8        Well, let's start with the overall
9    population.  So you see that in 2000 the
10   population is 588,488; correct?
11       A    Correct.
12       Q    And in 2010 the population jumps up
13   to 805,321; correct?
14       A    Correct.
15       Q    And what I want to do is compare the
16   white non-Hispanic numbers, so in 2000, if you
17   go to the second page and under Hispanic or
18   Latino and race, it breaks it up between --
19   there's a portion that talks about the Hispanic
20   population, and then it says non-Hispanic or
21   Latino population.
22       A    Uh-huh (affirmative).
23       Q    And then under that, it has the
24   white non-Hispanic and Latino population, and
25   you see that that number is 394,164?

89

1        A    Yes.
2        Q    Okay.  And then if you look at 2010
3    and you go to the third page toward the bottom,
4    it has Hispanic or Latino and race, and there's
5    a whole section on non-Hispanic or Latino, and
6    the white population you see is 354,316;
7    correct?
8        A    Yes.
9        Q    And so the county population
10   increased by over 200,000 people between 2000
11   and 2010; correct?
12       A    Yes.
13       Q    And the white non-Hispanic
14   population decreased from roughly 394,000 to
15   354,000; correct?
16       A    Yes.
17       Q    And so the growth in population in
18   Gwinnett County between 2000 and 2010 was
19   driven by the Latino population, by the -- by
20   the nonwhite population; correct?
21       A    According to what you're showing
22   here, that looks to be very much of an impact.
23   It made a very big impact, yes.
24       Q    Now, were you aware of that at all
25   when you were working on the House plans in

Donovan Reporting, PC                                                                    770.499.7499

Gina H. Wright          Georgia State Conference of the NAACP, et al vs Kemp          November 20, 2017

30 (Pages 90 to 93)

90

1    2011?
2        A    Yes.  We knew there was a growth in
3    Hispanic population.  We drew a majority
4    Hispanic district in the house.
5        Q    Did you also know that there was a
6    large growth in the black population?
7        A    I don't know that I knew the numbers
8    of it, but as we mentioned before, yes, we knew
9    there was changing demographics and growth in
10   different areas, so.
11       Q    So, I mean, we'll just look at this
12   really briefly.  If you go to 2000 at the top
13   of the second page -- actually, it's at the
14   bottom of the first page, it has race, and it
15   has black or African-American, and it's 78,224
16   for -- bottom of the first page for 2000.
17       A    Okay.  I see that.
18       Q    And if you go to -- and for 2000,
19   they didn't have black non-Hispanic, so that
20   would include people who black and Hispanic and
21   black and non-Hispanic.
22           For 2010, they did, they did break
23   that down, and you see that at the bottom of
24   the third page next to the white population
25   that the black or African-American non-Hispanic

91

1    population is 184,122?
2        A    Yes, I see that.
3        Q    So fair to say that the black
4    population went from 78,000 to 184,000?
5        A    Yes.
6        Q    And on a percentage basis, the black
7    population went from 13 percent to 22.9
8    percent; correct?
9        A    Looks to be correct.
10       Q    Now, you mentioned before the
11   increase in the Hispanic population in Gwinnett
12   County between 2000 and 2010; correct?
13       A    Actually, you did, but yes.
14       Q    But you, acknowledged that --
15       A    Yes.
16       Q    -- correct?
17       A    Uh-oh.  Something just came
18   unplugged, I think.  Maybe not.
19           MR. WILL:  You're good.
20       A    We're good.  Okay.  Sorry.
21       Q    And in drawing the districts in
22   2011, did your office take into account that
23   increase in Hispanic population in Gwinnett?
24       A    As much as we were aware of what is
25   shown with the data, yes, Hispanic data that we

92

1    have always used for analysis has always been
2    that the Hispanic is an ethnicity, so it can be
3    used in combination, you know, with other
4    races.
5            So keeping that in mind when we were
6    looking at it, we have not in the past dug down
7    to the level of the non-Hispanic this, that,
8    and the other and all these categories.  It's
9    not been something that we ever -- we never
10   used the data that way.
11       Q    Now, in Georgia, people who are --
12   when people fill out their registration forms,
13   it asks them to list a race or ethnicity or
14   indicate a race or ethnicity; correct?
15       A    When they register to vote, you
16   mean?
17       Q    Yes.
18       A    I believe it's a combined question.
19   It's one or the other.  It's altogether.  It's
20   what is your race/ethnicity, and there are
21   options.
22       Q    And Hispanic is treated as a
23   different option than anything else, correct, a
24   separate and distinct option?
25       A    No, not that I -- to my knowledge,

93

1    Hispanic is included in that one question, so
2    they either pick those -- one of those options.
3        Q    Right.  And Hispanic would be a
4    different option than, let's say, white or
5    black --
6        A    Right.
7        Q    -- correct?
8        A    Right.
9        Q    Sorry if I didn't make that clear
10   enough the first time.
11           Now, with respect to the 2011 plan,
12   did you work on the districts in Gwinnett or
13   Henry County at all to your recollection?
14       A    I did work on Henry County.  I'm not
15   real clear about how much work I did on
16   Gwinnett in the 2011 cycle.
17       Q    Okay.
18       A    Don't remember.
19       Q    All right.  So let's, let's, let's
20   move on to Henry County.  And by the way, in
21   Gwinnett and Henry County for the State House
22   districts, there was no difference between the
23   2011 House plan and the 2012 House plan;
24   correct?
25       A    No, that's not correct.

Donovan Reporting, PC                                    770.499.7499

Gina H. Wright          Georgia State Conference of the NAACP, et al vs Kemp          November 20, 2017

94

1    Q   Oh, there was.
2    A   In Gwinnett, the northern part of
3  Gwinnett was changed some in the '12 plan.
4    Q   Okay.
5    A   As a result of the changes that were
6  made in the Gainesville area, they trickled
7  down into the northern part of Gwinnett.
8    Q   All right.  But it didn't affect 104
9  or 105?
10    A   It did affect 104.
11    Q   Okay.  It didn't affect 105;
12  correct?
13    A   It did not affect 105.
14    Q   All right.  And with respect to
15  Henry County, were those districts the same in
16  2011 and 2012?
17    A   Yes, they were.
18    Q   Okay.  So let's talk about Henry
19  County, which you said you worked on with
20  respect to the 2011 redistricting.
21    A   Yes.
22    Q   Were you aware that the overall
23  population in Henry County increased
24  dramatically between 2000 and 2010?
25    A   Yes.

95

1    (Whereupon documents were identified as
2  Plaintiff's Exhibit 11 and Plaintiff's
3  Exhibit 12.)
4    Q   Okay.  We'll look at, we'll look at
5  some of the numbers.
6    Oh, I'm sorry.
7    All right.  I'm going to mark as
8  Exhibit 11 the 2000 census profile in Henry
9  County and as 12 the 2010 census profile for
10  Henry County.
11    A   This is 2000.  There's several --
12  there's more of these here.
13    MR. WILL:  2000 is 11, and 2010 is
14  12?
15    MR. GREENBAUM:  Correct.
16    Q   Ms. Wright, you see that the
17  population in Henry County increased
18  dramatically between 2000 and 2010; correct?
19    A   Yes.
20    Q   And it went from 119,341 in 2000 to
21  203,922 in 2010; correct?
22    A   That's what this shows, yes.
23    Q   What was, in terms of total
24  population for the, for the, for the 2000
25  census plans, what was the approximate amount

96

1  of the number of people in the district?
2    A   For the average district size?
3    Q   Yes.
4    A   It was about 50, 50-something
5  thousand.  54,000 maybe rounded.
6    Q   For 2000 or 2010?
7    A   '10.
8    Q   Okay.  2010.  And do you recall what
9  it was for 2000?
10    A   40-something thousand, I think.  I'd
11  have to go back and look.
12    Q   So let's say it's 40-something
13  thousand.  So in Henry County, if you kept --
14  let's say, you try to keep county boundaries
15  intact as much as possible.  In 2000, it would
16  have a little bit less than three districts'
17  worth of population?
18    A   Say that again.
19    Q   Sure.  Let's say that, let's say
20  that your overriding goal was to keep
21  counties -- to keep districts contained within
22  one county when you were redistricting.  Would
23  it be fair to say that for 2000 Henry County
24  had a little bit less than three full districts
25  of population?  Because if each district had

97

1  40,000 people, the county as a whole has
2  119,000.
3    A   I think it was closer to 45 to
4  50,000.
5    Q   Okay.
6    A   It wasn't -- it was on the middle to
7  the upper end, but if you could just strap it
8  within the county and limit it to the
9  boundaries, then it would divide to about
10  three, but that's not ever really possible.
11    Q   A little bit, a little bit less than
12  three; right?
13    A   Right.
14    Q   And then for 2010, if the average
15  district is about 54,000 and the total
16  population is 203,000, it's somewhere
17  between -- it's close to four full districts'
18  worth of population; correct?
19    A   If you, if you're dividing it by
20  that, yes.
21    Q   Okay.  In Henry County, how many
22  full districts or portions of districts are in
23  the county?
24    A   On the House map?
25    Q   On the House map.

Electronically signed by Joel Moyer (501-161-376-4513)          fc988dc5-9c7d-4a88-adea-e0518e25bbb06

Gina H. Wright                Georgia State Conference of the NAACP, et al vs Kemp                November 20, 2017

98

1     A    In the 2011/2012 version?
2     Q    Let's take them both.  For 2012, how
3  many are there?
4     A    I believe there's eight.
5     Q    And three of those eight are
6  majority-minority districts; is that correct?
7     A    Yes, I think so.
8     Q    And do you know the race of the
9  people that represent those districts?
10    A    Of the three districts?
11    Q    Uh-huh (affirmative.)
12    A    I think all three are
13  African-American.
14    Q    And do you know what party those
15  three representatives are from?
16    A    They are from the Democratic party.
17    Q    Okay.  And then the other five
18  districts, what are the race of the people who
19  represent those districts?
20    A    They are white.
21    Q    Okay.  And then what party are they
22  from?
23    A    Republican.
24    Q    I want to -- it will help me, it may
25  not help you, but I'd like to take a look at

99

1  the Henry County maps while we're talking
2  about -- keep these documents out.
3     A    You want the most recent?
4     Q    Let's start with '12, and then we'll
5  go to '15.  So in '12, what are the three
6  districts that are majority-minority?
7     A    It would be 76, 78, and 90.
8     Q    And 76, what other county is 76 in?
9     A    Clayton.
10    Q    And is Clayton majority black
11  county?
12    A    Yes.
13    Q    And how about 78?
14    A    What county --
15    Q    What county in addition to Henry
16  County?
17    A    Oh, it's also in Clayton.
18    Q    And then District 90, is that --
19  what, what other county is District 90 in, if
20  any?
21    A    It has part of Rockdale and part of
22  DeKalb.
23    Q    And then of the, of the eight
24  districts that are in Henry County in 2012, how
25  many of them were only in Henry County?

100

1     A    One.
2     Q    And that's 111?
3     A    Yes.
4     Q    And then today is that also the
5  case?
6     A    Yes.
7          THE VIDEOGRAPHER:  Excuse me,
8  Mr. Greenbaum.  Could you please flip your
9  microphone over?  It's upside down.
10         MR. GREENBAUM:  Sorry about that.
11         THE VIDEOGRAPHER:  It's okay.  Thank
12  you.
13    Q    All right.  So going, going back to
14  Henry County, I want to take a look at -- we
15  talked before -- or maybe we didn't talk
16  before.  Henry County, the overall population
17  increased by about 84,000 people between 2000
18  and 2010; correct?
19    A    Yes.
20    Q    Okay.  And I wanted to look at the
21  non-Hispanic white population.  If you go to
22  the second page of 2000, you'll see under
23  Hispanic and Latino and race, you'll see that
24  the white non-Hispanic population was 95,550;
25  is that correct?

101

1     A    Yes.
2     Q    Okay.  And then for 2010, you see
3  that the white population is 107,000; correct?
4     A    Yes.
5     Q    And that -- so there's a slight
6  increase, but as a percentage, the white
7  non-Hispanic population goes from 80.1 percent
8  to 36 -- sorry.  You see that between 2000 and
9  2010 the white non-Hispanic population goes
10  from 80.1 percent to 52.5 percent; correct?
11    A    I see that, yes.
12    Q    And so Henry County goes from being
13  roughly four-fifths white to being roughly half
14  white; correct?
15    A    Yes.
16    Q    And that correspondingly for the
17  black population, you have to go back to the
18  first page for 2000 under race, and you see
19  that the black population in 2000 was at
20  17,000; is that correct?
21    A    Yes.
22    Q    And that in 2010 the black
23  non-Hispanic population is at 74,000; is that
24  correct?
25    A    Yes.

Donovan Reporting, PC                                                                 770.499.7499

Gina H. Wright          Georgia State Conference of the NAACP, et al vs Kemp          November 20, 2017

33 (Pages 102 to 105)

102

1    Q    And so it more than quadrupled
2  during those ten years?
3    A    Yes.
4    Q    And that the percentage went from
5  14.7 percent to 36.3 percent; is that correct.
6    A    Yes.
7    Q    Okay.  And so there's a lot more
8  black population in Henry County in 2010 than
9  2000.  Do you know essentially where all these
10  people came from?
11    A    They didn't tell me.
12    Q    Okay.  Do you know why the black
13  population increased by that, by that amount?
14    A    They moved into the county.
15    Q    Do you know if -- have you studied
16  the demographic trends to see whether people
17  are moving from places like Clayton County and
18  other adjoining counties into Henry County?
19    A    I have not studied that, no.
20    Q    Okay.  Did you, did you pay
21  attention when you were working on Henry County
22  in 2011 as to where the concentrations of black
23  population are in the county?
24    A    I would, I would say that I knew
25  more or less where they were, yes.

103

1    Q    Okay.  And what was your
2  understanding of where the, where the black
3  population was predominantly concentrated?
4    A    There are some heavier areas that
5  are concentrated in the northern parts of the
6  county and then along that side of the county
7  that borders Clayton County.
8    Q    Okay.  So the closer people were to
9  the northern part of the county to Clayton
10  County, those were the areas that had the
11  larger black populations; correct?
12    A    I would -- yes.  And I would say
13  they also have had larger growth in general, of
14  all kinds of growth.
15    Q    Okay.  And when you were -- so you
16  had, you had the VTDs and the precincts in 2010
17  when you were working on the portion of the
18  county in Henry County, a portion of the plan
19  that was in Henry County; correct?
20    A    Yes.
21    Q    What, what legislators did you work
22  with respect, with respect to Henry County for
23  the 2011 plan?
24    A    In the House, is that what you're
25  asking?

104

1    Q    Yes.
2    A    I recall meeting with Steve Davis.
3  I believe I met with Andy Welch.  At some
4  point, everyone on the delegation met with me,
5  which would include representatives from those
6  districts from Clayton County and also from the
7  90th.  I met with all of them at some point,
8  but some of those members are not the same
9  members that we have now.
10    Q    Did you, did you have an
11  understanding at the time as to -- when you
12  drew the plan in 2011 in Henry County, did you
13  have, in addition to census data, voter
14  registration data that you looked at?
15    A    I don't recall looking at voter
16  registration data.  We probably had it in our
17  file, but I don't remember looking at it.
18    Q    You mentioned before that -- strike
19  that.
20        So with respect to Maptitude, do you
21  have in Maptitude the ability, when you're
22  drawing around in a plan, the ability to look
23  at what the racial data is?
24    A    In what capacity?
25    Q    Let's, let's say you're -- let's say

105

1  you're working on a plan in Henry County and
2  you're drawing out districts, and I suspect
3  that each of the districts as you're drawing it
4  will have certain metrics that will go with
5  that district.  It will have total population,
6  for example; right?
7    A    Uh-huh (affirmative).
8    Q    You have to -- you have to --
9    A    Right.
10    Q    Will it also have racial data with
11  respect to that district?
12    A    When I work on a plan, I use the
13  pending changes box, which is a feature in
14  Maptitude that shows you how your numbers
15  change as you select what geography you're
16  selecting.
17    Q    Okay.
18    A    And you can set and move which
19  fields you want to have in that change box as
20  you go.  So for me I usually keep a
21  combination.  I like to have the political data
22  there as well as other data, racial data,
23  population data, all of those other things.
24    Q    Now, the political -- so, so the,
25  the race data you will have at the block level;

Electronically signed by Joel Moyer (501-161-376-4513)                          fc988dc5-9c7d-4a88-adea-e0518e25bbb06

Gina H. Wright                Georgia State Conference of the NAACP, et al vs Kemp                November 20, 2017

34 (Pages 106 to 109)

---

106

1    correct?
2        A    Yes.
3        Q    In terms of the political data, what
4    will be the level of geography that you'll have
5    that at?
6        A    I have it at the block level also.
7    It's an estimate.  When we bring in our file
8    from the Secretary of State's office, it is
9    completely accurate to the precinct, but when
10   we allo -- we allocate that data from them to
11   the block level, it estimates that figure to
12   the blocks based on the percentage and
13   proportions of the population.
14           So it would take the voter
15   registration numbers and allocate that to
16   correspond to however many -- if you have, for
17   example, if you have a block where, or several
18   blocks, in a precinct where you have a lot of
19   population right here in these blocks and then
20   nobody, you have zeros out here, it's going to
21   obviously allocate that proportion there of the
22   voter data, not here because nobody lives here.
23   So it spreads it out through the blocks.
24       Q    And when you're talking about
25   political data, what political data do you

---

107

1    have?  What political data do you get?
2        A    I think we kind of hit on it
3    earlier, but it's the -- we have the
4    registration numbers from those fields, and
5    then we have contested races, statewide
6    contested races, that we pull in from that
7    cycle before.
8           So when we drew in '11, that would
9    have had the 2010 precinct layer that we build
10   with the precinct changes in that as well as
11   that data from the 2010 election cycle.
12       Q    So, so you'll have things like
13   statewide races in there that are contested?
14       A    Yes.
15       Q    And then will you also have local
16   races in there --
17       A    No.
18       Q    -- that are contested?  So it's
19   only, it's only the statewide races that you'll
20   have?
21       A    It's a statewide layer that's built.
22   We build it for the, the entire state, all the
23   precincts in the state.  So, yes, we have to
24   have something that is universal that we can
25   apply across the entire plan.

---

108

1        So, right, it's the only statewide
2    races, so if it was a governor's race or a US
3    Senate race or whatever, those are the kinds of
4    things that will be on there.
5        Q    Will you also have the voter
6    registration data on that level in terms of --
7    will you have the voter registration data?
8        A    Yes.
9        Q    Will you have the voter registration
10   data broken out by race?
11       A    I don't know that it breaks down all
12   of the race categories.  I don't, I don't think
13   that it does, not to the extent of what these
14   categories are.  It may break down -- I don't
15   remember if it breaks down all of the ones that
16   are in the selection field.
17       Q    How about black?
18       A    Yes.
19       Q    Now, I want to ask you a little bit
20   more about the estimation component, so let's
21   say that you have a precinct that has a
22   thousand voters in the precinct, and let's say
23   that the Democratic candidate receives 50
24   percent of the vote in the precinct and the
25   Republican candidate receives 50 percent of the

---

109

1    vote in the precinct, and you're splitting the
2    precinct between two different districts.
3           Will it assume that every block is a
4    50-50 vote, or how will it count for the fact
5    that it's unlikely that you're going to have
6    that sort of split in a particular county?
7        A    It is my understanding, and I'm not
8    the person who handles doing this aspect of
9    creating the layer, but it is my understanding
10   that there is -- the formulas that are built
11   within to the way that it allocates that data
12   that it's going to use the voter registration
13   number in conjunction with the VAP numbers.
14           So if you have a portion of the
15   block that has a higher percentage of -- say,
16   that particular 50-50 block, say, there's a
17   portion there -- or it's not a block.  It's a
18   precinct, I guess.
19           There's a block that has, you know,
20   completely white VAP.  Well, it's not going to
21   allocate black registered voter numbers to a
22   block that's got no black people in it, if that
23   makes sense.
24       Q    Yeah.
25       A    So there's some way in the

---

Donovan Reporting, PC                                                                770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                                fc988dc5-9c7d-4a88-adea-e0518e25bbb06

Gina H. Wright          Georgia State Conference of the NAACP, et al vs Kemp          November 20, 2017

35 (Pages 110 to 113)

110

1  formula -- and I don't, I don't know the ins
2  and outs.  That's not what I do.  But that it
3  allocates the VAP.  It can -- it uses the VAP
4  in conjunction with the voter registration
5  number to work on -- to work out how it
6  allocates.
7      Q    So in terms of the, in terms of the
8  political -- I'm interested in terms of the
9  political calculation.
10         Let's say that you have the block
11  that has 50 white people, it has zero black
12  people, and the overall precinct is a 50-50
13  split between Democrats and Republicans.  For
14  that block that has 50 white voters and zero
15  black voters, will it assume, in terms of the
16  political layer, that it's a 50-50 result?
17      A    I would think it would, yes, because
18  I don't think it -- it doesn't have a way to
19  know.  Obviously, we don't know how those
20  voters voted, so it's going to divide it up
21  using that formula if the computer -- it's what
22  computers do.  So it's going to divide it the
23  way that it sees with the data that's there.
24      Q    So every, so every precinct that's
25  within again -- or strike that.

111

1         Every block within, going back to my
2  50-50 example, every block within the precinct
3  that splits Democratic voter -- Democratic
4  candidate 50 percent, Republican candidate 50
5  percent, every block in there for the political
6  calculation is going to assume that it's a
7  50-50 split?
8      A    I would assume so.
9      Q    You don't know?
10      A    I don't know for certain.
11      Q    Okay.
12      A    I'd have to go -- I don't know that
13  I've ever seen one like that, so I would have
14  to go look.
15      Q    Who --
16      A    So I don't know.
17      Q    Who would be the person in your
18  office that would know the answer to that?
19      A    That would Rob Strangia.
20      Q    Okay.
21      A    As we always say with the blocks,
22  it's an estimate.  I mean, the political data
23  at the block level is an estimate.  It's a
24  pretty decent estimate, but it's an estimate.
25  At the precinct level though, it is, it is

112

1  completely connected to what those precinct
2  boundaries were and how they voted for the
3  previous election cycle.
4      Q    Okay.  So you, so you won't, you
5  won't be able to tell within a precinct as to
6  which portions of the precinct primarily went
7  Democrat and which portions of the precinct
8  primarily went Republican compared to the
9  average?
10      A    Say that one more time?
11      Q    Yeah.  It's just, it's just back
12  to --
13      A    I'm starting to feel like this.
14  Yeah.
15      Q    It's sort of the same question,
16  that if you have, let's -- you know, if you
17  have 200 blocks in a precinct --
18      A    Okay.
19      Q    -- and the -- and it's -- and the
20  precinct as a whole splits 50-50, it's
21  unlikely that in every census block the actual
22  vote is 50-50.
23      A    Correct.
24      Q    But it's being assumed for the
25  purposes of doing the political calculation

113

1  that it's breaking down 50-50.
2      A    In an unusual case such as that,
3  yes, I would think it would calculate it that
4  way.
5         Again, when I discuss communities of
6  interest, this is another area where an
7  incumbent member and people from the county,
8  they know where the voters lie, where the
9  voters live, or people vote here or they people
10  don't vote here.
11         So if we needed a consultation for
12  them to say this portion of a precinct has no
13  voters in it or it's not developed yet or it's,
14  you know, whatever, they would know that at the
15  local level more than we would.  But like I
16  said, the estimate is a pretty good estimate.
17         (Whereupon a document was identified
18         as Plaintiff's Exhibit 13.)
19      Q    All right.  Why don't we go on to --
20  earlier, you referenced a section five
21  submission.  And I'm going to next show you --
22  actually, strike that.  I'm going to go -- I'm
23  going to cover something else really quickly.
24         All right.  I'm going to mark as
25  Exhibit 13 a document where the first page is a

Electronically signed by Joel Moyer (501-161-376-4513)                    fc988dc5-9c7d-4a88-adea-e0518e25bbb06

Gina H. Wright          Georgia State Conference of the NAACP, et al vs Kemp          November 20, 2017

36 (Pages 114 to 117)

114

1    letter from Jimmy McDonald to the Honorable
2    Roger Lane, and it's dated February 15th, 2011.
3    I only have two copies of this one.
4          Ms. Wright, you mentioned earlier
5    that Jimmy McDonald was the executive director
6    of the Legislative & Congressional
7    Reapportionment Office in 2011; correct?
8      A    Yes.
9      Q    And was Mr. Lane the chair of the
10   redistricting committee?
11     A    He was. I'm not sure when he
12   received a chair appointment, but yes.
13     Q    But it was sometime in -- for the
14   2011 redistricting, he was the chair; correct?
15     A    Yes, that's correct.
16     Q    All right. And the first sentence
17   of this letter says, as you -- "As I'm sure you
18   have heard, the Legislative & Congressional
19   Reapportionment Office was recently created as
20   a joint legislative services office to provide
21   redistricting services to the General
22   Assembly."
23          Is that your recollection is that
24   around 2011 the Legislative & Congressional
25   Reapportionment Office was created?

115

1      A    I would disagree with that.
2      Q    As a joint legislative services
3    office to provide redistricting services to the
4    General Assembly?
5      A    What we were modified to be is a
6    joint legislative services office. They
7    decided not to renew the contract with the
8    University of Georgia and brought us completely
9    under the wing of the General Assembly.
10     Q    So the General Assembly decided not
11   to renew the contract?
12     A    Right. They opted to -- it was a
13   cost saving and other things to have us to be a
14   staff office there. We were there already, but
15   to pay our salaries and whatnot through that
16   route rather than have to go through the, the
17   cycle of the contract.
18     Q    Now, the last sentence of the first
19   paragraph says, "I am humbled to have been
20   hired as the executive director of that
21   office." Is it your recollection that this
22   modification that you just referenced was done
23   sort of in conjunction with Mr. McDonald
24   becoming the executive director?
25     A    I believe it was all around the same

116

1    time,
2      Q    Do you know whether or not those two
3    things were connected to one another?
4      A    In what way?
5      Q    That as part of doing the
6    modification that there was a decision to bring
7    in a new executive director and that executive
8    director was Mr. McDonald?
9      A    I wasn't privy to any of those
10   decisions.
11     Q    Okay. All right. I want to move on
12   to the next page, which says Proposed Project
13   Procedures for the Legislative & Congressional
14   Reapportionment Office. And I think that goes
15   on for three pages. Do you recognize that
16   document?
17     A    No.
18     Q    Do you recall being told that
19   legislators can schedule a two-hour appointment
20   to discuss a plan with a member of the staff?
21     A    No. May have happened, but I don't
22   recall it.
23     Q    Okay.
24     A    If you're asking if I recall it, I
25   don't recall it.

117

1      Q    You don't recall the document? You
2    don't recall these specific procedures?
3      A    No, I don't.
4      Q    Okay. I'm going to ask you about
5    one procedure in particular. It's on the third
6    page, it's under Roman numeral IV, number one,
7    and it talks about hard copies of maps.
8          Do you recall this procedure of
9    "Legislator-drawn maps shall require the
10   signature of the legislature -- legislator"?
11     A    Can I have a minute to read this?
12     Q    Absolutely.
13     A    Can you repeat the question?
14     Q    Sure. Do you recall this procedure
15   related to legislator-drawn maps requiring the
16   signature of the legislator prior to the
17   legislator being able to pick up the map?
18     A    I do not recall them having to sign
19   for it, but having read this, I believe this is
20   in relation to the local redistricting --
21     Q    Okay.
22     A    -- as opposed to statewide work
23   because sometimes you would have legislators
24   drawing local maps, but sometimes the
25   legislator would authorize a local delegation

Electronically signed by Joel Moyer (501-161-376-4513)                                      fc988dc5-9c7d-4a88-adea-e0518e25bbb06

Gina H. Wright          Georgia State Conference of the NAACP, et al vs Kemp          November 20, 2017

37 (Pages 118 to 121)

118

1    to do that work, so I think that's what that is
2    in conjunction with.
3        Q    Okay. Okay. All right. And then I
4    want to go to, to the staff page, if you go a
5    couple, a couple more. And then there's a -- I
6    think the only new name on here is Kade
7    Cullefer?
8        A    Uh-huh, yes.
9        Q    Kade is a man or a woman?
10       A    A man.
11       Q    A man. So Mr. Cullefer, what was he
12   doing as a redistricting specialist that was
13   different than what you were doing at the time?
14       A    In 2011 through that cycle, I was
15   primarily working on the statewide maps. Most
16   of the other staff members who worked on
17   redistricting were involved in local
18   redistricting or a combination thereof, local
19   as well as some of the legislative work.
20       Q    So in terms of the people that were,
21   were working on the plans themselves within the
22   office, and I'm talking about the state plans,
23   was Mr. McDonald working on them?
24       A    How do you define working?
25       Q    Well, what did Mr. McDonald do in

119

1    relationship to the State House map plan?
2        A    I really don't know.
3        Q    Okay. So I take it from your answer
4    he didn't -- he did not have much involvement,
5    to your knowledge?
6        A    I don't -- in terms of the technical
7    end of it, that would be correct.
8        Q    What end of it would -- did he have
9    more of a role?
10       A    Um -- I know I'm not supposed to say
11   um.
12           He did a lot of talking. I mean, he
13   conversed with a lot of people. He was doing
14   more of the discussion end of it, I think,
15   meeting with people and having conversations
16   and those sorts of things.
17       Q    Was he taking information from those
18   conversations back to you and the other people
19   that were actually working on the plan?
20       A    Yes.
21       Q    All right. And it says that with
22   respect to Ms. El that she was focusing on
23   local redistricting. Did she have any
24   involvement in the State House plan
25   development?

120

1        A    No.
2        Q    And I think we mentioned that
3    Ms. Cooper and Mr. Strangia, they weren't
4    really -- they aren't really plan drawers in
5    terms of what they do?
6        A    That's correct.
7        Q    So the primary plan drawers within
8    the office with respect to the statewide plan
9    were you and Mr. Cullefer; is that correct?
10       A    That is correct. This list was
11   prior to Mr. Knight being hired. That would
12   have been still in 2011, but it was -- and it
13   was still before we were deep, you know, into
14   the process. So he, he worked a lot on local,
15   but he also assisted some with some of the
16   House work.
17       Q    So you -- but you and Mr. Cullefer
18   would have done more on the House plan than
19   Mr. Knight?
20       A    As I said before, I think the House
21   plan was a group effort. Mr. Knight worked on
22   it some. Mr. O'Connor was not yet, I guess,
23   established and back into our office at that
24   point, and he worked on that some as well.
25       Q    Where was Mr. O'Connor working at

121

1    the time?
2        A    He was an employee of the General
3    Assembly. He was with -- he was the committee,
4    what, analyst or redistricting committee
5    analyst or research person. I don't know what
6    the title of that is, but.
7        Q    Okay. And was he primarily working
8    for one party or the other? You know like, for
9    example, in Congress, staffers are usually,
10   even if they don't have an official title,
11   they're usually working for a particular member
12   or a particular party.
13       A    That's not the case with the Georgia
14   General Assembly, no. He worked for everybody.
15       Q    Okay. I want to go to the page that
16   is the next page of -- it's an email dated
17   February 21st, 2011.
18       A    23rd?
19       Q    February 23rd, 2011.
20       A    Okay. I thought you said 21st.
21       Q    My mistake.
22           Is it the case that one of the
23   things your office was asking for was the, the
24   residence address of each member?
25       A    Yes.

Donovan Reporting, PC                                              770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                    fc988dc5-9c7d-4a88-adea-e0518e25bbb06

Gina H. Wright          Georgia State Conference of the NAACP, et al vs Kemp          November 20, 2017

38 (Pages 122 to 125)

122

1      Q    And why is that?
2      A    So we know where they live. Because
3   if incumbency is an issue that they want to
4   address, then we have to know where the
5   incumbents' addresses are in order so we don't
6   pair incumbents together and whatnot.
7      Q    And then if you look a couple pages
8   on, there's an email on June 20th to, it looks
9   like, from Mr. McDonald to all of the, all of
10  the members. Was it the way that it worked
11  then, that members, if they wanted to talk to the
12  staff about the redistricting plan, that they
13  needed to make an appointment through
14  Ms. Cooper?
15     A    I believe that was the case, yes.
16     Q    The email, there's a person that
17  cc'd whose name is Spiro Amburn.
18     A    Spiro.
19     Q    Spiro Amburn.
20     A    Uh-huh (affirmative).
21     Q    My mistake. And Mr. Amburn, what
22  was his role at the time?
23     A    He is the chief of staff to the
24  speaker of the house.
25     Q    He was and is?

123

1      A    He is, yes.
2      Q    Do you recall whether he was in
3   2011?
4      A    I believe he was, yes.
5      Q    Okay. And then the last page has a
6   redistricting timeline on it. Have you seen
7   that timeline before?
8      A    I probably have. I don't recall it.
9      Q    Was this basic schedule sort of
10  consistent with the timeline you were working
11  on?
12     A    Seems to be accurate.
13     (Whereupon a document was identified as
14  Plaintiff's Exhibit 14.)
15     Q    Okay. Thank you. All right. Now I
16  want to move on to the redistricting
17  submission.
18     All right. I'm going to mark as
19  Exhibit 14 a document entitled Submission Under
20  Section 5 of the Voting Rights Act - Request
21  For Expedited Review.
22     Ms. Wright, did your office play a
23  role in the Section 5 submission to the
24  Department of Justice in October 2011?
25     A    How would you define "play a role"?

124

1      Q    Do you provide -- did you write any
2   of it? Did you provide information for it?
3   That's what I mean.
4      A    I did not write any of it. We did
5   provide maps, reports, and whatnot.
6      Q    Did you review it before it went in?
7      A    No.
8      Q    And we're going to be, we're going
9   to be going through some of the exhibits. Have
10  you seen this submission prior to today?
11     A    I don't recall.
12     Q    Okay.
13     MR. WILL: Just as a matter of
14  edification for the lawyer who's not a member
15  of the parties, what -- how does this relate to
16  the claims in the suit, and how does it relate
17  to what she was designated to testify to as a
18  30(b)(6) witness?
19     MR. GREENBAUM: It relates in that a
20  lot of the data that the office relies upon I
21  think is data that -- as I talked about in
22  terms of the exhibits, I'm not going to ask so
23  much about the content of the data in the
24  submission, but the content and what the
25  office -- some of the exhibits and what the

125

1   office relies --
2      MR. WILL: I'm trying to give you
3   every benefit of the doubt, but --
4      MR. GREENBAUM: I understand.
5      MR. WILL: -- also when you have
6   30(b)(6) witnesses, you like them to be
7   generally prepared to respond to what they're
8   asked to respond to, and I'm not sure that 2011
9   fell within those categories.
10     MR. GREENBAUM: Sure. You know --
11     MR. WILL: So I don't want to -- I
12  don't want to say -- have a witness saying I
13  don't know, I don't know, I haven't seen them,
14  not familiar with it because we weren't asked
15  to prepare for that, so.
16     MR. GREENBAUM: Fair enough.
17     MR. WILL: Okay?
18     MR. GREENBAUM: You know, part of my
19  intent too was to avoid having the witness come
20  back in her own capacity and get it all done at
21  once.
22     MR. WILL: I think we've all in
23  agreement on that.
24     MR. GREENBAUM: Great.
25     MR. WILL: Thank you, Mr. Greenbaum.

Electronically signed by Joel Moyer (501-161-376-4513)                fc988dc5-9c7d-4a88-adea-e0518e25bb06

Gina H. Wright          Georgia State Conference of the NAACP, et al vs Kemp          November 20, 2017

126

1           MR. GREENBAUM:  Appreciate it,
2  Mr. Strickland.  All right.
3           MR. WILL:  He's Strickland.  I'm
4  Mr. Will.
5           MR. GREENBAUM:  Mr. Will.
6           MR. WILL:  That's okay.  People get
7  us confused all the time.
8           MR. STRICKLAND:  That's all right.
9           MR. GREENBAUM:  I will, I will --
10          MR. WILL:  Old guys with glasses.
11 We get confused a lot.
12          MR. GREENBAUM:  I will get to know
13 you better during the course of this case.  My
14 apologies, Mr. Will.
15      Q    All right.  So I'm just going to ask
16 you a few questions about this document.
17          On page nine -- and if you use the
18 numbers in the right-hand corner, it's 1370.
19 Up in terms of number one in the equal
20 apportionment, is it your recollection that the
21 deviations of the House and Senate plans were
22 plus or minus one percent from the ideal
23 district size?
24      A    I believe they were, yes.
25      Q    Now, toward the bottom of that same

127

1  page, right before no retrogressive effect, it
2  says, "In the Senate, the Democratic Caucus
3  took a similar position of lockstep
4  opposition."
5           And the sentence before talked about
6  the Democrats being -- voting against the
7  plans.  Is that consistent with your
8  recollection?
9      A    Can you say that one more time?
10     Q    Yeah.  Do you recall the Democrats
11 voting -- all voting against the House plan,
12 both the House members and the Senate members
13 voting against the House plan?
14     A    Yes.
15     Q    Do you recall what their
16 articulation was as to why?
17     A    Why they voted against it?
18     Q    Yeah.
19     A    They didn't really tell me why they
20 voted against a map, but there was widespread
21 knowledge of an email that was sent out to the
22 minority caucus threatening them primary
23 opposition if they didn't vote against it.
24          I know, from my personal working
25 with a lot of them, I had been told from quite

128

1  a few members of the Democratic Caucus that
2  they were going to vote for the map prior to
3  that email being sent out.
4      Q    Okay.  I'm going to move on to page
5  19.
6      A    What number is that?
7      Q    1380.
8      A    I don't think I have that far.  It
9  stops at 74.
10          MR. WILL:  There you go.  Try mine.
11          THE WITNESS:  That one has the
12 sticker on it.
13          MR. GREENBAUM:  Yeah.  We'll have to
14 switch it out.  The next break we'll -- or if
15 you can do it.
16          (Whereupon off-the-record discussions
17          ensued.)
18     Q    So just to make sure you've got a
19 full copy, is 1385 the last page?
20     A    No.  It goes into 87, 40-something.
21 Oh, it's clipped to this maybe.
22     Q    Oh, that's the problem.  All right.
23     A    And what was the one you said?
24 3084?
25     Q    The last page, 1385.

129

1      A    Oh.
2           MR. WILL:  Yes.
3           THE WITNESS:  Is that the back copy?
4  Yes.
5           MR. WILL:  Yes.
6      Q    Okay.  Great.  All right.  So page
7  19, Exhibit J-5 talks about "district level
8  voter registration and credit for voting
9  information, by race, for the November general
10 elections held in 2006, 2008, 2010."
11          Do you know what that's in reference
12 to?
13     A    No.
14          THE VIDEOGRAPHER:  Mr. Greenbaum
15 could you please bring your mic up a little
16 bit?  Every time you go forward, it hits the
17 table.
18          MR. GREENBAUM:  All right.
19          MR. WILL:  Those football officials
20 that have those coaches where they have one guy
21 right behind him to make sure they stay off the
22 field?  We're going to have somebody run with
23 you to move your mic.
24          MR. GREENBAUM:  Well, David, what
25 can I do?  All right.

Donovan Reporting, PC                                            770.499.7499

Gina H. Wright            Georgia State Conference of the NAACP, et al vs Kemp            November 20, 2017

130

1       All right.  Number 20.
2       (Whereupon a document was identified as
3    Plaintiff's Exhibit 15.)
4    Q    Okay.  All right.  Ms. Wright, I'm
5    marking as Exhibit 20 a document that in the
6    upper right-hand corner --
7    A    It says 15.
8       THE COURT REPORTER:  Exhibit 15.
9    Q    That's right.  I have a different
10   numbering system here.  Exhibit 15 is a
11   document that's numbered 1392 in the upper
12   right-hand corner.  It says
13   Exhibit A - Benchmark House Plan.  Do you
14   recognize this document, Ms. Wright?
15   A    Yes.
16   Q    What is the document?
17   A    This is a standard stat sheet that
18   we produce in our office.  This would be the
19   Benchmark House Plan, which would have been the
20   House districts as they were in 2010 with the
21   new census data applied to those district
22   boundaries.
23   Q    Okay.  I'm going to ask you about
24   some of the -- and this is -- is this a kind of
25   standard report that your office creates with a

131

1    new redistricting plan?
2    A    Yes.  This is the standard stat
3    sheet we create for most all of our
4    redistricting plans.
5    Q    And is this something that you do
6    through Maptitude or you do it through another
7    means?
8    A    It is done in Maptitude.  It is a
9    custom report that we had built through
10   Maptitude to use.
11   Q    Okay.  And I want to ask you about
12   the various categories.
13   A    Okay.
14   Q    At least some of them.  Now, one of
15   the things that the report appears to do is it
16   has a -- I think for each district the first
17   row is total population.  The second row is
18   voting age population.  Is that correct?
19   A    Yes.
20   Q    And what's the significance of
21   having both total population and voting age
22   population in there?
23   A    We redistrict using total population
24   that all of it is included when you draw
25   districts for the size of the districts, but

132

1    sometimes to know the voting age population is,
2    you know, eligible pool of voters, so it's,
3    it's useful knowledge.  People like to know how
4    many people are in that district are 18 and up
5    and eligible to vote.
6    Q    Okay.  And then it has a Deviation,
7    Deviation Percent, and what's the significance
8    of having that in there?
9    A    Deviation is the whole number
10   figure, number of people away from what the
11   ideal district size is.  If it's no sign, it's
12   above the ideal.  If it's a minus number, it's
13   below the ideal.  And the percent is just the
14   percentage of that.
15   Q    Okay.  And then why do you have
16   Black and Percentage Black total population and
17   voting population stats for each district?
18   A    Because we have districts in Georgia
19   that are minority, majority-minority districts,
20   and so that gives us the ability to know which
21   districts those are.
22   Q    Okay.  And then what's Black Combo?
23   A    Black Combo would be anyone who
24   filled out their census form and said that they
25   were black in combination with another race.

133

1    Q    And then you have a Total Black, so
2    is that the Black plus Black Combo?
3    A    It is.  It would be equivalent to
4    the AP Black.
5    Q    And then you have Percent Total
6    Black in addition to Percent Black; correct?
7    A    Yes.
8    Q    And when you're coming up with a
9    plan, do you pay more attention to the Percent
10   Black or to the Percent Total Black?
11   A    So we pay attention to both, but
12   typically, we pay more attention to the Percent
13   Total Black.
14   Q    And why is that?
15   A    Because that would include anyone
16   who said that they were in any -- black in any
17   way, shape, or form, that they were or they
18   identified themselves as either all or part
19   black.
20   Q    Okay.  And then with respect to
21   Hispanic or Latino, why is that -- and Percent
22   Hispanic, why are those columns included here?
23   A    They are included because they are
24   the, like I said, they are divided off because
25   of a different question, they being an

Donovan Reporting, PC                                                        770.499.7499

Gina H. Wright          Georgia State Conference of the NAACP, et al vs Kemp          November 20, 2017

41 (Pages 134 to 137)

134

1    ethnicity and not the race category. But as
2    through the years Georgia has had an increasing
3    Hispanic population in certain areas, so that
4    would let us be able to see where that is.
5        Q    In looking at -- did you consider at
6    all adding together or considering Percent
7    Black plus Percent Hispanic?
8        A    No.
9        Q    Why not?
10       A    Well, as I've already explained,
11   Hispanic -- the Hispanic question is an
12   ethnicity, and so the people who are of that
13   category could also be any other race as well
14   as also identifying themselves as Hispanic. So
15   in all of my years working in this office,
16   we've never added the two together because it
17   would be like adding apples and oranges. They
18   are a race question versus an ethnicity
19   question.
20       Q    Is your, is your Percent Black and
21   Percent Total Black, is that all black, or is
22   it black non-Hispanic?
23       A    I would have to double-check. As
24   far as I'm aware, it would be all, and not the,
25   and not Hispanic.

135

1        (Whereupon a document was identified as
2        Plaintiff's Exhibit 16.)
3        Q    Okay. All right. I'm going to mark
4    as Exhibit 16 a document that's numbered 1411
5    in the upper right-hand corner. Ms. Wright, do
6    you recognize this document?
7        A    I do not.
8        Q    Okay. Now, have you seen a report
9    like this before?
10       A    No, not really. I mean --
11       Q    Now, at the bottom of the page, it
12   says that it's a Report Prepared by the
13   Legislative & Congressional Reapportionment
14   Office; correct?
15       A    Yes.
16       Q    Now, at the top, it says the Plan is
17   House 06 and the Type is House and the User is
18   Staff. Is that -- what does that mean in the
19   context of your office when it says staff as
20   the user?
21       A    It just means one of us did it.
22       Q    Okay. And I know you're not
23   familiar with this particular document or this
24   particular report, but who would be the person
25   in your office that would be -- or people that

136

1    would be able to generate the report? I'm
2    talking about as of 2011.
3        A    As of when in 2011? I mean, prior
4    to the redrawing or at the beginning or that
5    staff list you had earlier?
6        Q    Let's, let's say at -- well, this
7    was part of the redistricting submission, so
8    October 21st, 2011.
9        A    So it would be myself. It could be
10   Shantée El, Brian Knight, Dan O'Connor, Kade
11   Cullefer.
12       This looks like a custom report,
13   something that was probably either requested
14   or that someone wanted to have. This isn't
15   something that's a standard report. So it
16   would just be something that we put together
17   for someone probably. I would guess. That's
18   spec -- I'm just guessing. I don't know.
19       Q    Have you ever seen a report like
20   this that has -- it looks like, on the
21   right-hand side, looks like it has, in
22   addition to total population and voting age
23   population, numbers for African-Americans,
24   also of black reg 10 and a black reg 10
25   percent.

137

1        A    Uh-huh (affirmative). I'm sorry.
2    What?
3        Q    Have you seen a report like that
4    before that your office has created that blends
5    together total population and voting population
6    with black registration numbers for each
7    district?
8        A    I don't see every custom report that
9    gets created, but this would be, you know, not
10   unlikely or unusual to see if someone requested
11   that information.
12       Q    Okay. So I want to go back really
13   quickly to the submission document, which is
14   Exhibit 14. And if you go to page 1376 in
15   there and you look at A-6, and it references a
16   "summary statistical report showing black
17   population figures and voter registration for
18   the current plan, sorted by district."
19       Would you agree with me that
20   Exhibit 16 seems to be what they're referencing
21   here as Exhibit Number A-6?
22       A    That seems likely.
23       MR. GREENBAUM: All right. Why
24   don't we take a break because the tape needs to
25   be changed.

Electronically signed by Joel Moyer (501-161-376-4513)                    fc988dc5-9c7d-4a88-adea-e0518e25bbb06

Gina H. Wright          Georgia State Conference of the NAACP, et al vs Kemp          November 20, 2017

42 (Pages 138 to 141)

138

1      THE VIDEOGRAPHER:  Going off the
2   video record at 12:26 p.m.
3      (Proceedings in recess, 12:26 p.m. to
4      1:14 p.m.)
5      THE VIDEOGRAPHER:  We are now back
6   on video record at 1:14 p.m.  This is the
7   beginning of file number three.
8      (Whereupon a document was identified
9      as Plaintiff's Exhibit 17.)
10     Q    All right.  Ms. Wright, I'm going
11  to mark as the next Exhibit 17 a document
12  entitled Political Subdivisions Split Between
13  Districts for the House 2006 Plan.
14     Ms. Wright, do you recognize this
15  form of report?
16     A    Yes.
17     Q    Is this something that is created
18  by Maptitude?
19     A    Yes.
20     Q    And is this something that's
21  typically done when you are creating a
22  statewide plan?
23     A    Not always, but occasionally.
24     Q    Okay.  And what's the significance
25  of showing how many sub -- how many

139

1   subdivisions are split and not split?
2      A    This is showing the number of
3   counties that are split and then beneath that
4   the number of voting districts that are split
5   as well.  And then below that it shows the ones
6   that are split that do not affect any
7   populations, so just to know those statistics.
8      Q    So for the voting district split, do
9   you know if this was using the 2000 VTDs or the
10  2010 VTDs?
11     A    If this is the, this is the 2006
12  version, I would assume that we ran this using
13  the 2010 geography, which would mean those were
14  the VTDs as of 2010, but I can't say that for
15  certain.  It could be that they wanted to know
16  what it was when it was drawn.  So we would
17  have used it on an older version, but I don't
18  have a way to know because Maptitude doesn't
19  designate it that way.
20     (Whereupon a document was identified
21     as Plaintiff's Exhibit 18.)
22     Q    Okay.  All right.  I want to mark as
23  Exhibit 18 a document entitled Exhibit B - 2011
24  House Plan, Political Subdivision Split Between
25  Districts.

140

1      MR. WILL:  Thank you, Joel.
2      THE COURT REPORTER:  You're welcome.
3      Q    Ms. Wright, do you recognize this
4   document?
5      A    It's the same type of report run on
6   a different plan.
7      Q    For the 2011 House Plan?
8      A    Yes.
9      Q    Okay.  And when you're in the
10  process of creating a plan, do you also sort of
11  look at how many counties and voting districts
12  are being split?
13     A    Not necessarily in the process.
14  Maybe at the end of when you've finished
15  working on a plan you might would run that,
16  kind of an end-of-the-process sort of review.
17  It's not really something you do in the middle.
18     Q    And what are you looking for when
19  you do it at the end?
20     A    Just the totals, total number that
21  you, that you would have split counties.
22  Sometimes you want to look at these subdivision
23  splits affecting no population to see if those
24  are done in a way that you could fix those,
25  that you could put those back together, make

141

1   that precinct whole for one reason or another.
2   You can -- sometimes you could catch a mistake
3   that way if there was a technical mistake.
4      Q    And according to this, the 2000
5   House Plan had 191 split voting districts, and
6   25 of those affected no population; correct?
7      A    That's what this says, yes.
8      Q    And if I wanted to know, prior to
9   the 2015 House Plan, how many precincts were
10  split in Districts 105 and 111, could I look at
11  this report and find that out?
12     A    If you wanted to know how many were
13  split in 105 and 111?
14     Q    Yes.
15     A    When it was drawn in 2011, you could
16  use this, yes.
17     Q    Would I be able to use -- were those
18  precincts split up prior to 2015?  Do you know?
19  Strike that.
20     Do you know if there were other
21  precincts that were split in 105 and 111 prior
22  to 2015?
23     A    I'm not sure I understand the
24  question.
25     Q    Okay.  What I'm trying -- sorry.

Donovan Reporting, PC                                                    770.499.7499

Gina H. Wright          Georgia State Conference of the NAACP, et al vs Kemp          November 20, 2017

43 (Pages 142 to 145)

142

1    What I'm trying to get at is, if I wanted to
2  know whether -- if I wanted to know whether
3  105 -- strike that.
4           105 and 111 did not change between
5  2011 and 2014; correct?
6      A    The district lines you mean?
7      Q    The district lines.
8      A    Right, they did not change between
9  those years.
10     Q    And you're not sure whether there
11 were precinct changes between 105 and --
12     A    That's correct, I'm not sure, yeah.
13     (Whereupon a document was identified as
14     Plaintiff's Exhibit 19.)
15     Q    All right.  I'm going to mark as
16 Exhibit 19 a document that at the top says 2011
17 House Plan, and the first number on the right
18 hand corner is 1540.
19         MR. STRICKLAND:  What is the number
20 on this again?
21         MR. WILL:  19.
22         MR. STRICKLAND:  Okay.
23     Q    Ms. Wright, have you seen this
24 document before?
25     A    Possibly.

143

1      Q    Okay.  When it says plan name
2  hseprop1, what does that mean?
3      A    That's referring to the plan for the
4  State House districts before it was adopted.
5      Q    It's intended to be House proposed
6  one, is that what the shorthand's for?
7      A    Right, House proposal one.
8      Q    And House -- this plan was the plan
9  that went into effect in 2011; correct?
10     A    I believe that is the case.
11     Q    Okay.  Also up at the top, it says
12 Administrator: H167.  Do you know who that
13 might be in reference to?
14     A    That would be Chairman Roger Lane.
15     Q    And so does that mean that this
16 would be found in his folder?
17     A    Yes, at that point.
18     Q    Okay.  And then at the bottom, it
19 says, Report Prepared by the Legislative &
20 Congressional Reapportionment Office.  That's
21 the office that you worked in; correct?
22     A    Yes.
23     Q    And still work in to this day;
24 correct?
25     A    Yes.

144

1      Q    And is this document created in the
2  ordinary course of business of your office?
3      A    No.  I would think this was
4  probably a specially requested report.  It's
5  not something we normally standard produce.
6     (Whereupon documents were identified
7     as Plaintiff's Exhibit 20, Plaintiff's
8     Exhibit 21, Plaintiff's Exhibit 22, and
9     Plaintiff's Exhibit 23.)
10     Q    I'm going to go quickly through --
11 I'm going to show you four plans.  I'm going
12 to mark the first as 20.  It says Georgia
13 House of Representatives: 2006.  The number in
14 the right-hand corner is 1388.
15         21 is marked in the upper
16 right-hand corner 1390, Georgia House of
17 Representatives: 2006.
18         1523, I want to mark as 21, and it
19 says proposed Georgia House Districts.
20         And then 22 has 1525 in the upper
21 right-hand corner, and it says
22 Exhibit B - 2011 House Plan.
23         And I don't have a full set of
24 copies for these documents.
25         MR. POWERS:  Their formats -- we're

145

1  starting from 20.
2          MR. WILL:  20, 21, 22, 23.
3          MR. GREENBAUM:  All right.  So 1388
4  is 20; 1390 is 21; 1523 is 22; and 1525 is 23.
5          MR. WILL:  Actually, you have a
6  set.  Thanks.
7      Q    All right.  Ms. Wright, let's start
8  with Exhibit 20.  Do you recognize number 20?
9      A    Yes.
10     Q    And what is it?
11     A    That is the State House map from
12 2006.
13     Q    Okay.  And how about number 21?
14     A    That is the same map zoomed in at
15 the Atlanta metro area.
16     Q    And in this plan can you tell how
17 many House districts were in Henry County?  I
18 count five.
19     A    Six.
20     Q    Six?
21     A    Uh-huh (affirmative).
22     Q    Can you name the six?
23     A    90, 91, 78, 109, 110, 73.
24     Q    Okay.  78, 109.
25     A    The oranges are similar, but the

Electronically signed by Joel Moyer (501-161-376-4513)                    fc988dc5-9c7d-4a88-adea-e0518e25bb06

Gina H. Wright          Georgia State Conference of the NAACP, et al vs Kemp          November 20, 2017

44 (Pages 146 to 149)

146

1    one in 78 is a little darker.
2    Q    So let's go back through that.  So
3    you have 78, which is orange?
4    A    Uh-huh (affirmative).
5    Q    109, which is a different type of
6    orange?
7    A    Uh-huh (affirmative).
8    Q    91, which is purplish?
9    A    Correct.
10   Q    90, which is blue?
11   A    Blue.
12   Q    73, which is kind of a pinkish?
13   A    No.  It's white looking, or I guess
14   maybe it depends on your printer.  Maybe it
15   was a pale pink.  It looks white on mine.
16   Q    Okay.  And what's the sixth one?
17   A    110.
18   Q    Oh, I see it in the green?
19   A    Green.
20   Q    All right.  Thank you.
21   A    Uh-huh (affirmative).
22   Q    All right.  And then moving on to
23   22, do you recognize that?
24   A    I do.
25   Q    What is it?

147

1    A    This was the 2011 House map.
2    Q    Okay.  And then 23, do you
3    recognize that?
4    A    Yes.
5    Q    And what is that?
6    A    The metro Atlanta zoom-in of that
7    same plan.
8    (Whereupon a document was identified as
9    Plaintiff's Exhibit 24.)
10   Q    Okay.  I'm going to mark as
11   Exhibit 24 a document entitled 2011 House map,
12   and I'm going to give you my version because
13   the other copies are messed up on the last
14   page.
15   MR. WILL:  Thank you.
16   Q    Ms. Wright, do you recognize this
17   document?
18   A    Yes.
19   Q    What is it?
20   A    This is the stat sheet that
21   corresponds to the map that you showed me on
22   22 and 23.
23   (Whereupon a document was identified
24   as Plaintiff's Exhibit 25.)
25   Q    Okay.  Then I want to mark as 25 a

148

1    document entitled NAACP versus Kemp, Document
2    Production Volume 3, and at the top it says
3    it's page 8747, and then it says
4    J_4_2010_VTD_Layer_With_Gen.
5    And I will tell you that this comes
6    from a spreadsheet that was several hundred
7    pages long, and all I was interested in was
8    the headings.  So I've just taken the
9    portions, the pages from the spreadsheet that
10   has the heading across the top.
11   Ms. Wright, have you ever seen a
12   spreadsheet that across the top has this level
13   of information and it appears that it has
14   election results in 2010 combined with racial
15   demographics with respect to registration?
16   A    I have not seen this report before,
17   no.
18   Q    Okay.  Now, if -- when information,
19   when data information, comes from the
20   Secretary of State's Office to your office, is
21   that something that they would send the data
22   to Mr. Strangia who would then be the one that
23   would input the data?
24   A    Yes.
25   (Whereupon a document was identified

149

1    as Plaintiff's Exhibit 26.)
2    Q    Next, Ms. Wright, I am going to
3    show you a document, mark it as Exhibit 26.
4    It starts on page 9297 in the upper right-hand
5    corner and goes through 9347, and it says
6    House Prop1 Turnout Stats on the top of it.
7    And this, again, is a spreadsheet,
8    and so roughly every four pages across the top
9    you'll see headings.  Have you ever seen a
10   spreadsheet like this before, Ms. Wright?
11   A    I've seen the data but not a report
12   like this.
13   Q    Okay.  And this data, is it correct
14   to say that it has black and white and
15   Hispanic registration and turnout numbers?
16   A    Let me look at it a minute.
17   Q    Like I said, if you go every four
18   pages, you'll see the --
19   A    Yes, that appears to be what it
20   has.  I haven't gone all the way through it,
21   but.
22   (Whereupon a document was identified
23   as Plaintiff's Exhibit 27.)
24   Q    Okay.  Next document is 27.  It's a
25   document entitled Core Constituencies Report.

Gina H. Wright                    Georgia State Conference of the NAACP, et al vs Kemp                    November 20, 2017

45 (Pages 150 to 153)

150

1    Ms. Wright, does this document look familiar
2    at all to you?
3        A    I know what it is.  I don't recall
4    seeing it before, but that doesn't mean I
5    didn't, but I don't remember seeing it before.
6        Q    Okay.
7        A    But I know what it is.
8        Q    What is it?
9        A    It's a report, standard Maptitude
10   report, that you can run to compare a district
11   to another -- or a plan to another plan to see
12   how much of the district is within the
13   proposed district, you know, on that other
14   plan.
15       Q    And is it your understanding that
16   this particular report that's in 27 is a
17   comparison between the 2011 House Plan and the
18   2006 House plan?
19       A    That looks to be what it is, yes.
20       Q    And then I want to, if you could go
21   to -- I'm going to ask you about 105 and 111.
22       A    Oh.
23       Q    I can't give you a page number in
24   terms of where they are, but the districts,
25   the districts are in order.

151

1        A    Okay.
2        Q    And with respect to House
3    District 105, would it be accurate to say that
4    House District 105 was taken from three
5    districts in the 2006 plan, Districts 104,
6    106, and 107?
7        A    It's a little difficult to use this
8    report to compare two plans such as these
9    simply because your numbers of districts
10   change so drastically in the House based on
11   where the population growth is.
12            So House District 105 was a
13   district that was created there where there
14   was no incumbent.  There was a new district
15   added to the county.  So, of course, because
16   it was not previously existing where it is
17   now, it would be coming from three other
18   districts because it didn't come from itself.
19       Q    Okay.  And then moving on to 111,
20   is it the case that there were portions of six
21   districts in the 2006 plan that made up the
22   geography of House District 111?
23       A    Yes.  And that's the same situation
24   with 111 that was with 105.  The district did
25   not previously exist there, so in order to

152

1    create a new district that was an open seat
2    that had no incumbent that had not previously
3    been in that location, all of that district's
4    population and area was taken from other
5    districts previously to create a new seat
6    there.
7        Q    Do you recall when Representative
8    Strickland was first elected to the house?
9        A    I believe he was elected in 2012.
10           The other thing to note with the
11   House districts in particular is that House
12   district numbering is redone when we redraw a
13   state map.
14           So whereas the Senate districts
15   maintain their numbers in wherever, you know,
16   they, they are, if the district relocates
17   because of growth in one part of the state,
18   the district number goes with where the new
19   district is.
20           The House does not do that.  The
21   House, we start from the top left corner, and
22   we start renumbering again.  So the numbers
23   oftentimes change significantly from one
24   decade to the next based on where the growth
25   is and where there are more districts

153

1    concentrated than before.
2            (Whereupon a document was identified as
3        Plaintiff's Exhibit 28.)
4        Q    Thank you.  I want to mark as
5    Exhibit 28 Georgia Cities by Legislative and
6    Congressional District.  Ms. Wright, do you
7    recognize this document?
8        A    I do.
9        Q    What is it?
10       A    This is our joint city report.
11       Q    And what does it show?
12       A    This would have been the version
13   that was done in 2012.  It shows a list of all
14   the cities in Georgia and the House, Senate,
15   and Congressional districts that are within
16   that city.
17       Q    So if you go to what would be the
18   seventh page, I'm interested in Lawrenceville.
19   And do -- and does this reflect the city of
20   Lawrenceville as divided up into six
21   districts?
22       A    Yes.
23       Q    And are you aware that the
24   population of Lawrenceville as of the 2010
25   census was less than 30,000?

Gina H. Wright          Georgia State Conference of the NAACP, et al vs Kemp          November 20, 2017

46 (Pages 154 to 157)

154

1      A    No.
2      (Whereupon a document was identified as
3      Plaintiff's Exhibit 29.)
4      Q    I want to mark as Exhibit 29 the
5   2010 Democratic -- demographic profile for
6   Lawrenceville.  Is it correct, Ms. Wright,
7   that the population of Lawrenceville as of the
8   2010 census was less than 30,000?
9      A    Shows it to be so, yes.
10     Q    And is it correct that it's about
11  the, population size, about the size of half
12  the district in terms of the population?
13     A    More or less, yes.
14     Q    Were you aware at the time that the
15  House plan was produced that the mayor of
16  Lawrenceville objected to the dividing of
17  Lawrenceville into six districts?
18     A    No, I was not.
19     Q    Were you aware that in -- strike
20  that.
21        Did you go to any of the hearings
22  that the General Assembly held with respect to
23  the 2011 plan?
24     A    Yes.
25     Q    Do you recall at any of those

155

1   hearings anybody raising the issue of the
2   division of Lawrenceville into multiple
3   districts?
4      A    No.
5      (Whereupon a document was identified as
6      Plaintiff's Exhibit 30.)
7      Q    I want to mark as Exhibit 9
8   excerpts of --
9        MR. POWERS:  29.
10     Q    29, I want to mark as Exhibit 29 --
11       MR. WILL:  How about 30?  That last
12  one was 29.
13       MR. POWERS:  Oh, okay.
14       MR. GREENBAUM:  All right.  Sorry.
15       MR. WILL:  No problem.
16     Q    I want to mark as Exhibit 30
17  excerpts of the meeting -- the transcript of
18  the Meeting of the Georgia House of
19  Representatives Reapportionment Committee on
20  August 6th, 2011.
21       Ms. Wright, do you recall one way
22  or the other whether you attended that
23  meeting?
24     A    I do not recall.
25     Q    Okay.  I want to -- if you'll look

156

1   at, using the pages on the bottom right, if
2   you look on the bottom of page 177 and up to
3   page 178, there's a gentleman named Lee
4   Thompson.
5        MR. STRICKLAND:  Wait a minute.
6   Could you give those page numbers again?
7        MR. GREENBAUM:  Yes.  Bottom of 177
8   onto 178.
9        MR. STRICKLAND:  Sorry.
10       MR. WILL:  It's the transcript page
11  177.  It's 2190 Bates stamp.
12       MR. STRICKLAND:  Got it.
13     Q    And you see that he testified that
14  Lawrenceville had currently been contained in
15  one legislative district?  Do you see that?
16     A    Uh-huh (affirmative).
17     Q    Do you recall whether you attended
18  the meeting?
19     A    I do not.
20     Q    Okay.  And it noted the
21  demographics of Lawrenceville being 38 percent
22  white, 31 percent African-American, 22 percent
23  Hispanic.  Do you see that?
24     A    Uh-huh (affirmative), I do.
25     Q    And you see the statement that the

157

1   city has been divided into six legislative
2   districts?
3      A    Yes.
4      Q    And that's in fact what happened
5   was that the city was divided into six
6   legislative districts?
7      A    Is that a question?
8      Q    Was the city divided into six
9   legislative districts in fact?
10     A    Yes.
11     Q    And is it a fair characterization
12  of Mr. Thompson's testimony that he was
13  opposed to the city of Lawrenceville being
14  divided into several districts?
15     A    It appears that he did not like it
16  being divided into that many districts, yes.
17       MR. GREENBAUM:  Thank you.
18       MR. POWERS:  Can we go off the
19  record for just a second?
20       THE VIDEOGRAPHER:  Going off video
21  record.
22       (Whereupon off-the-record discussions
23       ensued.)
24       THE VIDEOGRAPHER:  Back on video
25  record.

Electronically signed by Joel Moyer (501-161-376-4513)                    fc988dc5-9c7d-4a88-adea-e0518e25bbb06

158

1    (Whereupon a document was identified as
2    Plaintiff's Exhibit 31.)
3    Q    Ms. Wright, I want to show you a
4    document entitled Georgia House Districts -
5    2012.
6        MR. POWERS:  Is there an extra?
7        MR. WILL:  Yes, sir.
8    Q    Ms. Wright, do you recognize this
9    document?
10   A    Yes.
11   Q    What is it?
12   A    This would be the State House map
13   after changes were made during session,
14   regular session of 2012.
15   Q    And the map, there appears to be a
16   state map and then following it a series of
17   regional maps; is that correct?
18   A    Yes.
19   Q    And then the demographic data and a
20   report following that?
21   A    Yes, that's correct.
22   Q    All right.  All right.  We're going
23   to start looking at the big plans now, the
24   2012 plan.  I'm going to -- we'll start with
25   Gwinnett County on Exhibit 3.  And,

159

1    Ms. Wright, according to the 2012 plan,
2    Exhibit 3, and pre -- and District 105, what,
3    what precincts were split in District 105?
4    A    Baycreek H, Lawrenceville M, and
5    Lawrenceville D.
6    Q    Do you know why Baycreek H, why
7    that precinct was split?
8    A    Population would be my only
9    justification for that.
10   Q    So only to keep population equal?
11   A    I would think so, yes.
12   Q    How about with respect to
13   Lawrenceville M?
14   A    Most likely the same thing, but I
15   can't say that.  I mean --
16   Q    And how about Lawrenceville D?
17   A    The same most likely, for
18   population reasons.
19   Q    Okay.  Do you, do you have a way
20   of -- is there a report that you can generate
21   that would show for split precincts what the
22   demographics are in terms of, you know, let's
23   take Lawrenceville D, for example, what the
24   population including the racial demographics
25   are in the 104 section of Lawrenceville D

160

1    versus the 105 section of Lawrenceville D?
2    A    I'm not aware of a basic report we
3    have to do that.
4    Q    Do you, do you know who made the
5    decisions in terms of splitting those
6    precincts in 2012?
7    A    I do not.
8    Q    All right.  Let's, let's move on to
9    the Henry County 2012 map.
10       MR. WILL:  You see it okay?
11       THE WITNESS:  It's okay.
12   Q    And I take it you might be more
13   familiar with Henry County in the 2011/2012
14   time, those plans, with respect to 111 than
15   you were with Gwinnett?
16   A    Probably so, yes.
17   Q    Okay.  And then what precincts in
18   Henry County were split?  Strike that.
19       What precincts in District 111 were
20   split?
21   A    McDonough Central, North Hampton.
22   That looks to be the only two that I can see.
23   Q    How about Grove Park?
24   A    No, it was not split.  Well, that's
25   the little quirk thing.  Yeah, I guess it is

161

1    split with the precinct line and the city
2    limit thing.  That's -- I don't know that
3    there were any population involved in that
4    area, but it's a --
5        It is a little bit of a line issue
6    there with the way the precinct line falls on
7    the new version.  I think we had some
8    corrections with, with that with the city
9    limit line.
10   Q    So in terms of Grove Park, part of
11   the explanation might have had to do with the
12   city limits in terms of why that precinct was
13   split?
14   A    Yes.
15   Q    What about the split with North
16   Hampton?
17   A    That too was population related, I
18   believe.
19   Q    And then what about McDonough
20   Central?
21   A    I think that was also population
22   related.
23       (Whereupon a document was identified
24       as Plaintiff's Exhibit 32.)
25   Q    I'm going to mark as Exhibit 32 a

Gina H. Wright          Georgia State Conference of the NAACP, et al vs Kemp          November 20, 2017

48 (Pages 162 to 165)

162

1    one-page spreadsheet, and this is something
2    that the Plaintiffs have created that attempts
3    to show for 2012 in 105 and 111 what the
4    demographics were of each precinct.
5          Now, according to this -- we'll
6    start with Baycreek H -- and actually we'll
7    start with Lawrenceville D.  And you see that,
8    as you said, it's split between 104 and 105.
9          And if you look way over in the
10   bottom right-hand -- not the bottom, but all
11   the way in the right-hand side, it has the Any
12   Part Black VAP numbers.  Yeah, if you need
13   to -- if you need to look at that, that's
14   fine.
15         And according to this, the black
16   population for this split precinct that is in
17   104 has a higher percentage than the black
18   population for Lawrenceville D that is in 105.
19   Do you know one way or the other if that was
20   in fact the case for the 2012 plan?
21     A    I do not know.
22     Q    Okay.  So you don't, you don't have
23   any cause to know one way or the other whether
24   these numbers are correct?
25     A    No, I don't.

163

1      Q    Okay.  And then, you know, at the
2    bottom for District 105, you have
3    Lawrenceville M, and, again, that's, that is a
4    split precinct.  And according to this, the
5    percentage of black population that is in the
6    104 section of Lawrenceville M is higher than
7    the percentage of black population that is in
8    the 105 portion of Lawrenceville M.
9          Do you have reason to know one way
10   or another whether these numbers are accurate?
11     A    No, I don't know.
12     Q    Okay.  Okay.  So let's, let's move
13   to, let's move to Henry County.  I want to
14   focus on the North Hampton split between 73
15   and 111.
16         And according to this, the black
17   population -- the percentage of black
18   population in the District 73 portion of North
19   Hampton is, if I'm reading this right, about
20   40 percent, and for that of the 111 portion,
21   it's 28.5 percent; is that correct?
22     A    That's what this report shows.
23     Q    Okay.  And, you know, looking at
24   North Hampton, the North Hampton precinct, can
25   you -- okay.

164

1          Do you have an understanding in
2    terms of, in that North Hampton area, where
3    the black population is primarily housed?
4      A    No, I don't know that.
5          MR. GREENBAUM:  Okay.  You know
6    what?  Can we take, can we take a two-minute
7    break --
8          MR. STRICKLAND:  Sure.
9          MR. GREENBAUM:  -- to get
10   reorganized a little bit?
11         THE VIDEOGRAPHER:  Going off the
12   video record at 2:00 p.m.
13     (Proceedings in recess, 2:00 p.m. to
14     2:10 p.m.)
15         THE VIDEOGRAPHER:  Okay.  We are
16   now back on video record at 2:10 p.m.
17     (Whereupon a document was identified as
18     Plaintiff's Exhibit 33.)
19     Q    Ms. Wright, I am going to mark as
20   Exhibit 33, it's a chain of four pages of
21   emails numbered in the upper right-hand corner
22   1065 to 1068.  Ms. Wright, do you recognize
23   this email chain?
24     A    Yes.
25     Q    And what is this email chain

165

1    concerning?
2      A    This is emailing with the Secretary
3    of State's office to, to obtain -- the process
4    of obtaining the, the file for them for, looks
5    like, the 2014 layer, precinct layer.
6      Q    Okay.  So the first, the first one
7    of these emails is on October 21st, 2014; is
8    that correct?
9      A    Yes.
10     Q    And it's sent from you to Linda
11   Ford and Erica Hamilton.  Who are Ms. Ford and
12   Ms. Hamilton?
13     A    Linda Ford was the director of
14   elections for the Secretary of State at that
15   time, and Erica Hamilton worked in the
16   elections office there.
17     Q    Okay.  So I'll ask you some things
18   about this initial email.  It talks about
19   wanting to go ahead and put in the request for
20   the 2014 election data in the same format as
21   usual.  What, what's the format?
22     A    I don't know.
23     Q    Mr. Strangia would be the person?
24     A    They knew -- right, because every
25   two years we would request that file, so they

Electronically signed by Joel Moyer (501-161-376-4513)                    fc988dc5-9c7d-4a88-adea-e0518e25bb06

Gina H. Wright                Georgia State Conference of the NAACP, et al vs Kemp                November 20, 2017

49 (Pages 166 to 169)

---

166

1   knew what it was that we needed from them, so.
2       Q    And so typically the Secretary of
3   State's office and Strangia would work out the
4   details.  You just knew that it was a standard
5   file that was sent to Mr. Strangia to input
6   after every election.  Correct?
7       A    Right.
8       Q    In the second paragraph towards the
9   end, you say, "it is most important this year
10  especially that we have the file before the
11  end of the calendar year."  Why was it
12  especially important in 2014?
13      A    Where are you?
14      Q    On the bottom of 1067.
15      A    We've typically had difficulty
16  getting the file from them so that we can have
17  that into our system in time to review, and if
18  the members want to review that for whatever
19  purposes, they like to see the data following
20  an election.
21          By asking for it by the end of the
22  calendar year, I had hoped that that would
23  speed along the process and get the file to us
24  quicker.  I'm not so sure that it worked, but
25  it was an attempt.

---

167

1           MR. WILL:  That was the plan.
2           THE WITNESS:  That was the plan.
3       Q    Was, was -- did any -- strike that.
4          By October 21st, were you aware
5   that some legislators wanted to do a
6   redistricting after the 2014 election?
7       A    At that point, I knew they wanted
8   to review the data.
9       Q    Now, you mentioned before that the
10  incumbent in District 105, Ms. Chandler,
11  before the election had indicated to you that
12  she was interested in redistricting her
13  district; correct?
14      A    Correct.
15      Q    Had there been other legislators
16  that had reached out to you in terms of
17  expressing interest in a redistricting in
18  2015?
19      A    I believe there were.  Like I said,
20  there were some who wanted to look at the
21  data, so I believe there were several who --
22  I'm not sure who exactly, but there were some,
23  I think, that just wanted to be able to see
24  that.
25      Q    Okay.  If they wanted to see it,

---

168

1   would they necessarily reach out to you, or is
2   it possible they could have reached out to
3   someone else in your office?
4       A    It's possible they could have
5   reached out to someone else in the office.
6       Q    Is there a standard operating
7   procedure with respect to that?
8       A    No.
9       Q    Now, in the last sentence in the
10  first paragraph of the next page, 1068, it
11  says, "We simply cannot wait until March to
12  get this data knowing we need the time to
13  allocate this to our geography and be able to
14  review it before session."
15          Why was it important that it be
16  reviewed before session?
17      A    Well, as you just said, you alluded
18  to the fact there were members who wanted to
19  review the data, so if they were going to
20  review the data, see if there was anything
21  that was concerning to them, they wanted to
22  have that while they were in session.
23  Otherwise, it wouldn't be -- there would be no
24  time to do anything if they wanted to.
25      Q    All right.  So you get a response

---

169

1   back from Merritt Beaver; is that correct?
2       A    Yes.
3       Q    On the 22nd.  And what was
4   Mr. Beaver's role in the Secretary of State's
5   office?
6       A    He's the chief information officer
7   for Secretary Kemp, or he was.  I assume he
8   still is.
9       Q    And then you email him back on
10  December 5th seeking to follow up, correct,
11  because you hadn't gotten a response?
12      A    Yes, that's correct.
13      Q    And then he gets back to you on the
14  17th of December and says they're hoping to
15  have it complete by the end of the month;
16  correct?
17      A    Yes.
18      Q    Okay.  And then he gets back to you
19  on January 7th; correct?
20      A    Yes.  There could have been an
21  email between the two where I was not copied
22  it looks like.  I don't know that for a fact,
23  but I would assume so because he's referring
24  to precinct name differences that we had.
25          (Whereupon a document was identified as

---

Donovan Reporting, PC                                                                 770.499.7499

Gina H. Wright             Georgia State Conference of the NAACP, et al vs Kemp             November 20, 2017

50 (Pages 170 to 173)

170

1      Plaintiff's Exhibit 34.)
2      Q    Okay.  Then I'm going to mark as
3  the next exhibit, I think it's 34.  Thank you.
4  I want to mark as Exhibit 34 a document that
5  is numbered in the upper right-hand corner
6  1059 to 1063.
7          Actually, I'm going to go ahead
8  and, before you look at that, finish up with
9  33, the document that you were just looking
10 at.
11         Cooley ultimate -- Gary Cooley,
12 who's assistant programer for the Secretary of
13 State; correct?
14     A    He was, yes.
15     Q    And he says that he attaches the
16 general election results and voter
17 registration demographic and voting history
18 numbers by precinct; correct?
19     A    Yes, that's what it says.
20     Q    And as far as you know, is this the
21 standard report that you get after every
22 election?
23     A    As far as I know, I guess, yes.  I
24 don't know.
25     Q    And I assume that you --

171

1  Mr. Strangia is cc'd on this.  As far as you
2  know, he didn't have to do any further
3  follow-up in terms of this report?
4      A    We have had several times, when we
5  obtained the file, we've had problems with the
6  file.  We've had to go back and forth several
7  times with them to make the correction, and
8  that's some of what this is here, I think,
9  that there was a problem with it.  I don't, I
10 don't know if there was additional issues that
11 they had to reconcile.
12     Q    Okay.  All right.  So I'm going to
13 move on to 34 now.  And this is two pages of
14 emails followed by a four-page report titled
15 Voter Registration System, Active Voters By
16 Race and Gender Within County.  And this is,
17 this is a --
18         Do you recognize this document,
19 this document, Ms. Wright?
20     A    I know what it is, yes.
21     Q    Okay.  And as well as do you
22 recognize the emails that precede it?
23     A    I don't, actually.
24     Q    Okay.  But as far as you know,
25 these -- you did send -- strike that.

172

1          Do you have any cause to believe
2  that you didn't in fact send and receive these
3  emails?
4      A    Say that one more time?
5          MR. WILL:  I'm sorry.  I didn't get
6  it either.
7      Q    Yeah.  What I'm trying to get is:
8  You don't recall sending and receiving these
9  emails, but given the fact that it has your
10 name sending and receiving these emails, you
11 don't have any cause to believe that you
12 didn't send and receive them; correct?
13     A    Correct.
14     Q    All right.
15     A    It was apparently a request for
16 someone who asked for it, so I mediated on
17 behalf of whichever member asked for it.
18     Q    Okay.  So as far as you know, there
19 was a member that asked for that document?
20     A    That's what it says in the email.
21     Q    Okay.
22     A    I'm just referring to -- I don't
23 know.
24     Q    Yes.  And you don't happen to
25 remember which member asked for it, do you?

173

1      A    I don't.
2      Q    And do you know why in 2014 they
3  were interested in knowing the active voters
4  by race and gender for each county for 2010?
5      A    I do not know.  We have some
6  members who are interested in all that sort of
7  thing, so I have no idea.
8          (Whereupon a document was identified as
9          Plaintiff's Exhibit 35.)
10     Q    All right.  Thank you.  Okay.  Next
11 is 35.
12         All right.  Now is the point where
13 we're going to be asking you to fish out of
14 the big pile 112 and 113, if you would look in
15 the bottom right-hand corner.  And there's a
16 stapler here.
17         MR. WILL:  It's right in front of
18 you.
19     A    Is that the GA --
20     Q    Uh-huh (affirmative).
21         MR. STRICKLAND:  You going by the
22 number on the bottom?
23         MR. GREENBAUM:  We're going to use
24 the numbers on the bottom where it's the GA.
25     Q    And why don't you go ahead and

Electronically signed by Joel Moyer (501-161-376-4513)                    fc988dc5-9c7d-4a88-adea-e0518e25bbb06

Gina H. Wright          Georgia State Conference of the NAACP, et al vs Kemp          November 20, 2017

51 (Pages 174 to 177)

174

1    staple those two pages.
2        A    Which?  12 and 13?
3        Q    12 and 13, 112 and 113.  And we're
4    going to call GA 112 and 113 Exhibit 35.
5             Do you recognize this document,
6    Ms. Wright?
7        A    I do.
8        Q    And could you say who Mr. Rutledge
9    is?
10       A    He is the representative from
11   District 109.
12       Q    And his email from -- his first
13   email from February 27th says Subject is
14   redistricting and then it says, "Hey, just
15   checking to see where we are with it.  Been
16   crazy this week."
17            When he says "where we are with
18   it," is he referring to a new redistricting
19   plan?
20       A    He was referring to whether or not,
21   if I recall correctly, whether or not we
22   were -- because we had -- we were looking at
23   the data and looking at the district at that
24   point to see if there was anything to be done.
25       Q    And what was Mr. Rutledge

175

1    interested in with respect to District 109?
2        A    He had previously inquired about
3    the political data of his district and the
4    surrounding districts, for Representative
5    Strickland's district in particular and his
6    own, so this was a follow-up, I think, to that
7    to see if there was any -- what the data would
8    reveal.
9        Q    And why was he interested in
10   Representative Strickland's district?
11       A    His, his district borders
12   alongside -- Strickland's and Rutledge's
13   districts border alongside each other, and
14   politically they were concerned about
15   maintaining that district for Representative
16   Strickland if he could get reelected.
17       Q    And in 2014, Representative
18   Strickland had a relatively close race;
19   correct?
20       A    I believe so.
21       Q    And is it correct that he ran
22   against an African-American Democratic
23   candidate in that election?
24       A    I think that's incorrect.
25       Q    Okay.  You think it was a white

176

1    Democratic candidate?
2        A    Yes.
3        Q    When -- do you recall who
4    Representative Strickland ran against in 2012?
5        A    As far as their name or what do
6    you --
7        Q    Well, we'll start with their name.
8    Do you recall if he ran against an
9    African-American candidate or white candidate
10   in 2012?
11       A    I believe it was an
12   African-American candidate in '12.
13       Q    And do you know if that election
14   was close as well?
15       A    I don't think that it was as close
16   as the '14 election, but I don't remember the
17   specific numbers.
18       Q    Now, Representative Rutledge in
19   111, how closely was his election contested in
20   2014?
21       A    Representative Rutledge is 109.  I
22   don't know the numbers for his reelections.  I
23   don't know that he had opposition in all of
24   those years either.
25       Q    Okay.  Did Representative Rutledge

177

1    ever suggest that you could change the
2    composition of his district to help
3    Representative Strickland in his district, win
4    reelection in his district?
5        A    Yes.
6        Q    What did he tell you specifically?
7        A    He didn't tell me anything
8    specific.
9        Q    Did any of the other legislators in
10   Henry County suggest to you that you could
11   change the composition of their districts to
12   help out Representative Strickland?
13       A    Yes.
14       Q    What other legislators did?
15       A    Representative Welch.  And I don't
16   know that I had conversations with
17   Representative Knight and Representative Yates
18   prior to making any changes or looking at the
19   map, but they were willing, from what I
20   understood, to help him if there was something
21   they could do.
22       Q    Okay.  Did -- during this time
23   frame, did Representative Strickland ever meet
24   with you in your office?
25       A    Yes.

Electronically signed by Joel Moyer (501-161-376-4513)                          fc988dc5-9c7d-4a88-adea-e0518e25bbb06

Gina H. Wright          Georgia State Conference of the NAACP, et al vs Kemp          November 20, 2017

178

1      Q    How about Representative Rutledge?
2      A    I don't recall.
3      Q    Do you recall any of the
4   legislators in -- from Henry County suggesting
5   particular changes to you?
6      A    No.
7      Q    It never happened, or you just
8   don't recall it?
9      A    It never happened.
10     Q    So they entrusted you to make the
11  specific changes?
12     A    Yes.
13     (Whereupon a document was identified as
14     Plaintiff's Exhibit 36.)
15     Q    Okay. All right. I want to mark
16  as Exhibit 36 kind of a series of election
17  results from 2014 involving seven districts
18  that we've been talking about, the five from
19  Henry County, District 73, District 109,
20  District 110, District 111, District 130, and
21  then from Gwinnett Districts 104 and 105.
22     MR. STRICKLAND: That's not out of
23  the big stack?
24     MR. GREENBAUM: Not out of the big
25  stack.

179

1      MR. STRICKLAND: Okay.
2      MR. GREENBAUM: We're going back to
3   the big stack though.
4      MR. STRICKLAND: All right.
5      MR. GREENBAUM: Just not right now.
6      Q    So, Ms. Wright, when you were
7   looking at doing the redistricting in Henry
8   County in 2015, did you pay attention to what
9   had happened at the precinct level in 2014?
10     A    Yes.
11     Q    And so -- and this answers one of
12  our questions with respect to Mr. Rutledge
13  that in fact Mr. Rutledge, this is on the
14  second page, that Mr. Rutledge did not have an
15  opponent in 2014; correct?
16     A    Yes.
17     Q    And also Representative Knight in
18  District 130 didn't have an opponent either;
19  correct?
20     A    Yes.
21     Q    Representative Welch did, and he
22  won by about 1,600 votes; is that correct?
23     A    That appears to be correct.
24     Q    And then -- or actually this, this
25  only reflects the results within Henry County.

180

1   It wouldn't reflect the full results of the
2   election. Correct?
3      A    Yes, I see those are just the Henry
4   precincts listed.
5      Q    Okay. So let's, let's go to the
6   page, I think it's the fourth page, involving
7   District 111. And let me ask you about a
8   couple of the precinct results.
9      Is it fair to say that
10  Representative Nichols received the
11  predominant amount of the vote in Stockbridge
12  west of the precinct?
13     A    Mr. Nichols --
14     MR. WILL: Mr. Nichols --
15     A    -- isn't a representative.
16     Q    All right. I'll reask the
17  question.
18     MR. WILL: I just wanted to make
19  sure you're asking -- which one you're asking
20  about, representative or Mr. Nichols.
21     THE WITNESS: And I wasn't sure
22  which one you're asking either.
23     Q    Yeah, okay. So we're talking about
24  111 in 2014, and it's Candidate Nichols
25  running against Representative Strickland, and

181

1   I want to focus on the Stockbridge West
2   precinct.
3      And is it correct that Candidate
4   Nichols received 1,220 votes and Candidate
5   Strickland, the incumbent, received 265 votes?
6      A    That's correct.
7      Q    Is it fair to say that that
8   precinct was the precinct in which
9   Representative Strickland had the weakest
10  performance?
11     A    Yeah, that looks to be true.
12     Q    When you sought to redistrict
13  District 111 in 2015, were you conscious of
14  the fact that the Stockbridge West precinct
15  was the precinct in which Strickland had
16  performed the worst in 2014?
17     A    I'm not certain that I knew it was
18  his worst precinct, but I knew that it was a
19  precinct that Mr. Nichols won.
20     Q    And did you know that Mr. Nichols
21  had won it by a relatively significant amount?
22     A    I may have realized that then, but
23  I don't know now whether I -- what I, what I
24  was looking at then.
25     Q    Yeah. Were you conscious when you

Gina H. Wright          Georgia State Conference of the NAACP, et al vs Kemp          November 20, 2017

53 (Pages 182 to 185)

182

1    were redistricting in 2015 to take that
2    precinct out of District 111?
3        A    Well, if you were looking at the
4    map to do that, that precinct is on the very
5    northern tip of the map with one precinct
6    above it, so because of the shape of the
7    district as well as the fact that that was a
8    Democratic precinct, it was sort of an obvious
9    precinct to move.
10       Q    Particularly if the goal of the
11   redistricting was to make Representative
12   Strickland's seat safer; correct?
13       A    Correct.
14       Q    And were you aware of the racial
15   demographics of that precinct?
16       A    I can't recall if I -- what I knew
17   of the racial demographics of the precinct.
18       Q    Okay.  And you testified earlier
19   that you were aware that the northern part of
20   the county in the part of the county closest
21   to Clayton County had grown the most since
22   2000 and also had the largest concentrations
23   of African-Americans; correct?
24       A    That's correct.
25           MR. WILL:  Object to the form of

183

1    the question.  You can answer.
2        A    Yes.  But I would also say that, of
3    those two precincts in this area, as I said
4    before, to take out Stockbridge West, you
5    would also have to take the precinct that is
6    above it, which Representative Strickland
7    actually won although it is a precinct in this
8    area that is more diverse.
9        Q    Which precinct is that?
10       A    That would be Stagecoach.
11       Q    And is it correct that
12   Representative Strickland won Stagecoach by 43
13   votes but lost Stockbridge West by 945 votes?
14       A    That appears to be the numbers,
15   yes.
16       Q    So going back to Exhibit 35, which
17   is your email correspondence with
18   Representative Rutledge, you responded to him
19   saying that you expected that there could be a
20   bill next week but you weren't a hundred
21   percent sure.
22           When -- do you recall when you
23   finished the map for the entire House bill?
24       A    I don't recall.
25       Q    Do you recall whether it was the

184

1    week after February 27th, 2015?
2        A    I don't recall.
3        Q    Okay.  How did -- so when does the
4    legislation, when does the legislative session
5    start and end in Georgia?
6        A    It starts on the second Monday in
7    January, and when it ends, nobody knows.  They
8    set a calendar when they start the session to
9    figure out -- well, they set part of the
10   calendar, and they figure it out as they go.
11       Q    With respect to a regular session,
12   at what point does -- do you know at what
13   point there needs to be a bill in order for it
14   to be considered in that session?
15       A    That varies every year.
16       Q    When you went, when you went ahead
17   and created what you thought was the final
18   plan, did you, did you show it -- who did you
19   show it to?
20       A    The final plan that would have been
21   whatever we were going to use in the
22   legislation would only be a map that included
23   the districts that were affected, so on this
24   particular bill, it would be 17 districts on a
25   map, a blank map of Georgia.

185

1            I'm pretty sure at that point the
2    only person I recall showing that to in its
3    entirety was Chairman Nix.
4        Q    And would it be -- was, was this
5    something that you showed him a hard copy of
6    it?  You -- he came to your office, or you
7    went to his office?  How does that work?
8        A    I don't recall.  Could have been
9    either.  Could have been both.
10       Q    So in terms of actually working on
11   a plan, is that something that you have to do
12   in your office, or are you able to be mobile
13   and to, for example, work on a laptop?
14       A    I have the capability of working
15   remotely on my laptop.
16       Q    In 2015, do you recall, do you
17   recall working remotely on this particular
18   plan?
19       A    I don't recall doing that, no.
20       Q    Would it be fair to say that the
21   majority of the time you tend to work on the
22   plan in your office?
23       A    Yes.
24       Q    And in terms of working on the plan
25   in your office, how many people are you able

Electronically signed by Joel Moyer (501-161-376-4513)                    fc988dc5-9c7d-4a88-adea-e0518e25bbb06

Gina H. Wright          Georgia State Conference of the NAACP, et al vs Kemp          November 20, 2017

54 (Pages 186 to 189)

186

1    to fit in the room that can be looking at the
2    plan while you're working on it?
3        A    We have a conference room that
4    would seat -- it's not as big as this.  It
5    probably -- it's held quite a few before, but
6    I think there's maybe ten chairs in the room.
7        Q    All right.  So with this -- when
8    you show the plan to Chairman Nix, what you
9    thought was a final plan, did Chairman Nix
10   have any changes?
11       A    Not that I know of.
12       Q    Did he have any comments about it?
13       A    I don't recall.  Members would meet
14   with him throughout the process, if I worked
15   on an area for a certain member.  This
16   particular legislative plan was left open for
17   all members to participate in, so that was
18   given to both, both parties, all 180 house
19   members.
20            So they would participate.  They
21   would come to see us on their own.  If they
22   wanted to draw something, then they were given
23   the instruction to take whatever it is that
24   they -- whenever they finalized what their
25   portion would be, to take that to the chairman

187

1    and show that to him.
2            So he had had discussions with the
3    other members on his own.  I wasn't privy to
4    those conversations.  I would just get the,
5    this is what they want and this is what they
6    want to use, if that was what they decided
7    upon.
8        Q    And would he ever communicate --
9    how would he communicate with you?  Would he
10   ever communicate by email?
11       A    Who?
12       Q    Nix.
13       A    I don't recall very many emails
14   with him.  We would talk in person.
15       Q    And then would his -- to what
16   extent would his staff be interacting with
17   you?
18       A    Very little.
19            MR. GREENBAUM:  Okay.  All
20   right.  Why don't we take a break since we're
21   running out of tape.
22            THE VIDEOGRAPHER:  Going off video
23   record at 2:46 p.m.
24            (Proceedings in recess, 2:46 p.m. to
25            2:56 p.m.)

188

1            THE VIDEOGRAPHER:  We are now back
2    on video record at 2:56 p.m.  This is the
3    beginning of file number four.
4        Q    All right.  Great.  So I'm going to
5    ask you to go back into the GA documents, and
6    page three and page four, I want you to pull
7    those out.
8        A    This one?
9            (Whereupon a document was identified as
10           Plaintiff's Exhibit 37.)
11       Q    Yes.  And then go ahead and staple
12   that, and that will be Exhibit 37.
13            And, Ms. Wright, who is Donna
14   Yeomans?
15       A    She is the committee secretary in
16   the Senate to -- at that time she was with
17   Senator Crane.
18       Q    And in terms of the process in
19   2015, did the bill go to the House first or to
20   the Senate first?
21       A    The bill for the House districts --
22       Q    Yes.
23       A    -- started in the House.
24       Q    Okay.  And so this, this email
25   talks about the meeting for the Senate being

189

1    on March 26th, 2015, so by then, the bill had
2    already passed the House; correct?
3        A    Yes.
4        Q    So sometime between February 27th
5    and March 26th, the bill was introduced into
6    the House and was passed by the House;
7    correct?
8        A    It's my recollection it passed the
9    House on March 11th.
10       Q    March 11th?
11       A    That's my daughter's birthday.
12       Q    Okay.
13       A    Passed the House unanimously --
14       Q    Okay.
15       A    -- on my daughter's birthday.
16   Otherwise, I would not remember that date.
17       Q    Totally understandable.  And in the
18   House, do you recall there being any hearings
19   prior to the House passing the bill?
20       A    It was heard in committee just like
21   any other bill.
22       Q    Do you -- did you attend a
23   committee hearing on it?
24       A    Yes.
25       Q    Did you discuss the bill during

Donovan Reporting, PC                                                    770.499.7499

Gina H. Wright                 Georgia State Conference of the NAACP, et al vs Kemp                 November 20, 2017

55 (Pages 190 to 193)

190

1    that committee hearing?
2        A    I did not make any comment during
3    that hearing.
4        Q    And was there only one committee
5    hearing in the House?
6        A    As far as I recall, there was one
7    meeting for the House committee.
8        Q    How about in the Senate?
9        A    I believe there was only one
10   meeting for the Senate committee as well.
11       Q    And you mentioned before it passed
12   unanimously in the House.  Was that true in
13   the Senate too?
14       A    No, it was not.
15       Q    What was the vote in the Senate?
16       A    I don't recall specifically.
17       Q    How -- do you recall how it broke
18   down on partisan lines?
19       A    I think it was a combination.  I
20   think most Republicans voted for it,
21   maybe almost all of the Republicans voted for
22   it.  Some Democrats voted for it.  Some voted
23   against it.  I believe there was one
24   Republican -- I don't know.  I better not
25   speculate.

191

1        Q    And -- strike that.
2            Were there any changes from what
3    you considered to be your final map when you
4    presented it to Chairman Nix to the time in
5    which it was enacted as law?
6        A    The very first version changed when
7    the committee heard the bill.  If I recall
8    correctly, two districts were taken out, two
9    were added in.  There were two members who
10   wanted to make a change kind of at the last
11   minute.
12           Those were added into the bill, and
13   the other two, who had decided they just
14   weren't going to worry with it, took theirs
15   out.  And that happened in the version that
16   was passed in committee.
17       Q    In the House?
18       A    In the House committee.
19       Q    During the course of time were
20   there any changes to Districts 105 and 111
21   from the time you presented the plan to
22   Chairman Nix to the time in which the bill was
23   enacted into law?
24       A    Not that I recall.
25           I'd like to clarify that I only

192

1    presented him the map, not the bill.  He has
2    to go and make the bill himself.
3            (Whereupon a document was identified
4            as Plaintiff's Exhibit 38.)
5        Q    Fair enough.  All right.  I want to
6    mark as Exhibit 38, now you're going to be
7    taking pages 26 and 27 out and stapling them.
8            Ms. Wright, who's Steve Henson?
9        A    Steve Henson is a senator who is
10   the Democratic leader in the Senate.
11       Q    And do you recall seeing this email
12   prior to today?
13       A    I did see it prior to today, yes.
14       Q    When did you see it?
15       A    When we were compiling the
16   information for your subpoena.
17       Q    During the course of the 2015
18   redistricting plan, did you consult at all
19   with Mr. O'Connor?
20       A    Can you ask that again?
21       Q    Yes.  During the development of the
22   redistricting plan that was passed in 2015,
23   did you consult with Mr. O'Connor at all?
24       A    What do you mean by consult?  I
25   mean, I speak with him pretty much daily.

193

1    He's on my staff.
2        Q    Fair enough.  What role, if any,
3    did Mr. O'Connor play in the 2015
4    redistricting plan?
5        A    I don't recall discussing the
6    boundary lines or the proposed boundary lines
7    with him.
8        Q    How about anything else with
9    respect to the plan?
10       A    I don't recall.
11       Q    So you could have, you could have
12   had discussions with him about the plan?  You
13   just don't remember one way or the other?
14       A    It's possible.
15       Q    Okay.  Do you know why in, in this
16   email Mr. O'Connor is sending Mr. Henson a
17   combination of partisan electoral results and
18   racial demographics of districts --
19   District 105?
20       A    I would assume that the map
21   being -- he asked for the map, and perhaps in
22   conversation after delivering the map, he
23   asked for additional information.
24       Q    Were you aware that with respect to
25   District 105 that the black population of

Donovan Reporting, PC                                                    770.499.7499

Gina H. Wright            Georgia State Conference of the NAACP, et al vs Kemp            November 20, 2017

56 (Pages 194 to 197)

194

1    District 105 decreased when it was, when it
2    was amended in 2015?
3        A    Yes.
4        Q    And were you aware that the
5    Hispanic population decreased?
6        A    Yes.
7        Q    Were you aware that in the pre-2015
8    version of 105 that President Obama had
9    received more votes than Mr. Romney?
10       A    I may have known that then.  I
11   don't recall now.
12       Q    And were you aware that, within the
13   new 105, that Mr. Romney had received more
14   votes than Mr. Obama?
15       A    Well, considering I was working
16   with the political mindset on redrawing these
17   districts, I'm sure I was using the
18   presidential data.  So at the time of doing
19   this, I'm sure that I knew that.
20       Q    Okay.  And that would be true with
21   respect to all these elections, is that you
22   were aware of the political performance of the
23   pre-2015 105 versus the 105 that was enacted
24   in 2015?
25       A    Yes.  At that time, yes.

195

1        Q    And would you also have been aware
2    of the decrease in black and Hispanic
3    percentage of total registered voters in 105
4    pre-'15 versus 105 -- strike that.
5            Were you, were you aware at the
6    time that the proposed 105 that was eventually
7    enacted had a lower percentage of black and
8    Hispanic voters than the pre-2015 105?
9        A    I'm sure I was aware of that at
10   that time, yes.
11       Q    And why are you sure that you would
12   have been aware of that?
13       A    Well, I used a combination of all
14   of these factors when I work on a plan in that
15   pending changes box that I mentioned before,
16   so I'm sure that those would have been
17   somewhere on the box that at some point
18   through the process I would have gone to look
19   for.
20       Q    And just to go back through what
21   those factors are, the factors would be a
22   combination of the racial demographics
23   according to the census, performance in
24   statewide partisan elections, and the
25   percentage of black and Hispanic registered

196

1    voters?
2        A    Yes.  We also have a field we use
3    that is a summary field.  It's an average of
4    all statewide contested races.  It's a
5    Republican and Democratic percentages that
6    gives us kind of an overall number.  So that
7    would have been the main thing I was looking
8    at, that as well as the individual races.
9            But that overall number would kind
10   of give us a good picture because, obviously,
11   you see there's some spread between some of
12   the races, and that kind of gives you an
13   average.
14       Q    And do you know how it is that that
15   overall number is calculated?
16       A    I believe it's an average of all
17   the statewide contested races.
18       Q    Would Mr. Strangia know more about
19   this than you?
20       A    Probably.
21       Q    Okay.  Would Mr. O'Connor?
22       A    No.
23       Q    All right.  And then the next
24   document -- which is going to be 38 or 39?
25           MR. POWERS:  39.

197

1            MR. WILL:  39.
2        (Whereupon a document was identified as
3        Plaintiff's Exhibit 39.)
4        Q    39.  Using the numbers again at the
5    bottom of the page, GA 79 and 80.  Can you
6    tell me what GA 79 and 80 is?
7        A    This is an email of an article that
8    was forwarded to Representative Chandler, to
9    Chairman Nix, who copied -- forwarded it to
10   me.
11       Q    Okay.  And did you have any
12   response to this that you know of?
13       A    I don't recall.
14       (Whereupon a document was identified as
15       Plaintiff's Exhibit 40.)
16       Q    Then I want to move on to
17   Exhibit 40, which is going to be GA 100 to
18   101.
19           Ms. Wright, do you recognize this
20   document?
21       A    Yes.
22       Q    What is it?
23       A    This is an email that was forwarded
24   to me or sent to me from Chairman Nix.
25       Q    And what was the subject of the

Donovan Reporting, PC                                          770.499.7499

Gina H. Wright          Georgia State Conference of the NAACP, et al vs Kemp          November 20, 2017

57 (Pages 198 to 201)

198

1  email?
2      A    The chairman had been approached by
3  a reporter.  She asked about the process and
4  House Bill 566 and the claim of the minority
5  vote dilution.  He was drafting a response and
6  wanted my input as well as Spiro Amburn's.
7      Q    Did you have an understanding of
8  what Senator Fort's position was?
9      A    I did not hear the news conference
10  where he made whatever the claims that he made
11  in that conference.  I did have some
12  conversation or was present for some
13  conversations that he had during the process
14  of the bill, which initially were not related
15  to the districts in Henry County or Gwinnett
16  County.  They were primarily focused on two
17  House districts in Atlanta.
18          So I don't know what he said in
19  that news conference, but I knew that he had,
20  he had issue with the bill for his own
21  reasons, and apparently that's what she was
22  asking about for her report, so the chairman
23  was just wanting to respond.
24      Q    Did you have an understanding that
25  Senator Fort was concerned about the changes

199

1  that the bill made to District 105?
2      A    Initially, no, but later on it
3  was -- he made statements and whatnot about
4  that, so I heard about it later on.
5      Q    Now, when did, when did the bill
6  pass the Senate?
7      A    I don't know the specific date.  I
8  believe it was the end of March.
9          (Whereupon a document was identified
10          as Plaintiff's Exhibit 41.)
11      Q    I'm going to mark as Exhibit 41,
12  and I'm sorry that I do not have -- oh, wait.
13  I have it right here.  Georgia Cities By
14  Legislative and Congressional District.
15          MR. WILL:  Is that a different one
16  than we already put in?
17          MR. GREENBAUM:  Yes.
18      Q    Ms. Wright, do you recognize this
19  document?
20      A    Yes.
21      Q    What is it?
22      A    This is a city report.  Shows joint
23  city report of all the House, Senate,
24  Congressional districts by city.  This was
25  effective the 2017 session.

200

1      Q    So if I wanted to see for every
2  city in Georgia what House, Senate, and
3  Congressional districts they would be in, I
4  could look at this document?
5      A    Yes.
6      Q    And this is a document that's
7  prepared by your office?
8      A    Yes.
9          (Whereupon a document was identified
10          as Plaintiff's Exhibit 42.)
11      Q    All right.  Ms. Wright, next
12  exhibit -- here we go.  Can you go to GA 95
13  through 97?  Do you recognize this email
14  exchange?
15      A    Yes.
16      Q    What is it?
17      A    This is an email between myself and
18  Linda Meggers related to the shape file for
19  the new House districts so they could use
20  that.  She works with some of the local
21  counties now, and she -- and Henry is one of
22  the counties she works with.  So they wanted
23  to obtain the shape files so they could begin
24  working on the voter -- changes to the voter
25  lists.

201

1      Q    And did the governor sign the bill
2  on May 13th -- or strike that.
3          Yes.  Did the governor sign the
4  bill on May 13th?
5      A    I do not recall exactly what day he
6  signed the bill.
7      Q    Okay.  In looking at this document,
8  does that refresh your recollection?
9      A    Okay.  Yes.
10      Q    Do you recall that he signed it on
11  May 13th?
12      A    I recall that I wrote it in this
13  email that he signed it.
14      Q    Okay.  And given that that was
15  contemporaneous, do you feel pretty confident
16  that that was the day that he actually signed
17  it?
18      A    Hopefully, if I put it in an email.
19          (Whereupon a document was identified as
20          Plaintiff's Exhibit 43.)
21      Q    Okay.  All right.  I want to mark
22  as Exhibit 43 a document entitled Georgia
23  Districts 2015.
24          Ms. Wright, do you recognize this
25  document?

Donovan Reporting, PC                                                   770.499.7499

202

1    A    Yes.
2    Q    What is it?
3    A    This is the current House district
4  map packet.
5    Q    Well, if I wanted to see the basic
6  district boundaries and basic demographics of
7  this district -- of this plan, I could look at
8  Exhibit 43?
9    A    Yes.
10      MR. STRICKLAND:  Wait a minute.  Is
11  that 40?
12      MR. GREENBAUM:  I think it's 43.
13      MR. POWERS:  43.
14      MR. STRICKLAND:  What was 42?
15      MR. GREENBAUM:  42 was GA 95
16  through 97.
17      MR. STRICKLAND:  I must have gotten
18  one off.  I'll take your word for it.
19      MR. GREENBAUM:  It's hard to keep
20  track.
21      MR. STRICKLAND:  Yeah.  I must have
22  gotten off one.
23    (Whereupon a document was identified as
24    Plaintiff's Exhibit 44.)
25    Q    I want to mark as Exhibit 44 GA 34

203

1  to 39.  Ms. Wright, do you recognize this
2  document?
3    A    Yes.
4    Q    What is it?
5    A    It's an email Dan O'Connor sent to
6  Representative Knight.
7    Q    Okay.  And do you know why
8  Mr. O'Connor was emailing Representative
9  Knight?
10    A    I believe Representative Knight had
11  some questions about what the district, his
12  new district, was going to be like with the
13  new, the demographics and whatnot related.
14    Q    And is it your understanding he was
15  interested not only in his district but the
16  adjoining ones?
17    A    I assume so based on the content.
18    Q    And do you know why the, at the
19  beginning, first set of data that Mr. O'Connor
20  includes is the Percent Black New Map --
21    A    I do not --
22    Q    -- in that?
23    A    -- know that, no.
24    Q    Okay.  Now, in the next paragraph,
25  Mr. O'Connor talks about those figures being

204

1  based on the 2010 census data and doubtless
2  the percentage of the black population would
3  be higher five years later with the rapid
4  minority growth in Henry County.  Do you agree
5  with that statement?
6    A    Let me back up and read that just a
7  second.
8      I would say there is probably
9  increases in those percentages, yes, based on
10  the growth that we've discussed previously.
11    Q    And according to Mr. O'Connor,
12  between April 1, 2010, and July of 2015 in
13  Henry, more than 7,000 blacks were added to
14  the voter roles while white registration
15  declined by more than 3,000 voters.  Is that
16  consistent with your understanding of the
17  data?
18    A    I have not analyzed that data, so
19  that's his own statement.
20    Q    And is this the sort of thing that
21  Mr. O'Connor does as part of his work for the
22  office is to analyze the demographics and the
23  registration data?
24    A    He does analyze some of the voter
25  registration data and things along that line,

205

1  but he often analyzes things of his own
2  interest as well, so I don't know that -- he
3  was not given an assignment to do that.
4    Q    Okay.  Now, toward the bottom of
5  the first page, he says, "There are few
6  Democrats today serving the Georgia House from
7  districts that are less than 40 percent black.
8  In fact, only three Democrats represent House
9  districts that are less than 20 percent
10  black."
11      Do you agree, disagree, or have no
12  opinion of that statement?
13    A    I would trust that he was accurate
14  when he said that.  However, I do know that
15  that has changed since then, since Taylor
16  Bennett is no longer in that house, and that
17  has seat went to a Republican.
18    Q    And what are the demographics of
19  Taylor Bennett's seat?
20    A    I do not know.
21    Q    Is it -- oh, you mean in terms of
22  those -- that --
23    A    Those three incumbents.
24    Q    Right.  Okay.  So as far as you
25  know, there may only be two Democrats that

Gina H. Wright          Georgia State Conference of the NAACP, et al vs Kemp          November 20, 2017

206

1    represent districts that are less than 20
2    percent black?
3        A    Yeah.  I mean, I don't know.
4    Without looking at it myself, I don't know.  I
5    would trust that he's accurate, but I have not
6    studied that myself to say for certain.
7        Q    Do you -- so let me focus on the
8    first part of that sentence and ask you
9    whether you agree, disagree, or have no
10   opinion of the statement.
11           "There are few Democrats today
12   serving the Georgia House from districts that
13   are less than 40 percent black."
14       A    I don't know the answer to that
15   without looking at the data myself.
16       (Whereupon a document was identified as
17       Plaintiff's Exhibit 45.)
18       Q    All right.  And then I want to move
19   on to Exhibit 45, and that's going to be GA 30
20   to 33.  Do you recognize Exhibit 45,
21   Ms. Wright?
22       A    I have seen it before.
23       Q    Okay.  And this appears to be an
24   email the same day as Exhibit 44 between
25   Mr. O'Connor and Mr. Knight, I guess a little

207

1    earlier in the day; is that correct?
2        A    I would have to look at the other
3    one, but if you say it was earlier, I believe
4    you.
5        Q    Yeah.  Why don't you take a, why
6    don't you take a look just to confirm.  I have
7    this email 10:39 a.m. whereas Exhibit 44 was
8    3:44 p.m.
9        A    What number?  44?
10       Q    Yes.  It's the one that we just
11   did.
12       A    Oh.  Oh, okay.
13           Yeah, this appears to be earlier.
14       Q    Okay.  Now, in the second
15   paragraph -- or actually in the first
16   paragraph.
17           THE WITNESS:  Is the light still
18   on?
19           MR. STRICKLAND:  Aria, are you
20   still there?  Hello?
21           MR. WILL:  It's still live.  It's
22   got the green light lit up.
23           MR. GREENBAUM:  Yeah.
24           MR. STRICKLAND:  Well, maybe we
25   have a mystery caller.

208

1            MR. GREENBAUM:  Okay.  All right.
2    Bill Custer might have listened in for a while
3    today.
4        Q    At the bottom of the first
5    paragraph, the last sentence talks about the
6    old version of 111 was almost a 50-50 split
7    between Romney and Obama in 2012 and that the
8    old district was a microcosm of Henry as a
9    whole.
10           Do you agree, disagree, or have no
11   opinion of that statement?
12       A    I would say that's his opinion of
13   that.
14       Q    Do you have -- do you agree with
15   that or disagree with that or have no opinion?
16       A    I'd have to look at the data from
17   the election to verify that that is an
18   accurate description of the split.  I believe
19   the race was close between Romney and Obama.
20   I don't know the numbers off the top of my
21   head.
22       Q    Okay.
23       A    And I think to say that it's a
24   microcosm of Henry as a whole is his opinion.
25       Q    Okay.  In the next paragraph, he

209

1    says, "Henry County today," referring to 2015,
2    "is about evenly divided between Democrats and
3    the GOP."
4            Do you agree, disagree, or have no
5    opinion of that statement?
6        A    I'd have to look at the data to
7    tell you that.  I don't know off the top of my
8    head exactly what the voter registration looks
9    like.
10       Q    Okay.
11       A    And we wouldn't know really because
12   voter registration is not by party, so we
13   would have to look at data from the last
14   election cycle.
15       Q    Okay.  And then halfway through
16   that second paragraph, it says, "Between 2004
17   and 2014, white registration totals in the
18   county stayed about the same while black voter
19   registration increased by 26 percent -- or
20   26,000."
21           Do you agree, disagree, or have no
22   opinion of that statement?
23       A    Again, these are his, his analysis.
24   So I would have to look at it myself to form
25   my own.  I trust that he's accurate.  Since he

Donovan Reporting, PC                                                    770.499.7499

Gina H. Wright          Georgia State Conference of the NAACP, et al vs Kemp          November 20, 2017

60 (Pages 210 to 213)

```
                                        210
1    works for me, I hope he's accurate.  But
2    without having looked at it myself, I'm not
3    going to say, not that they don't ever make
4    mistakes.
5        Q    So he then says he suspects a lot
6    of Clayton residents have moved to Henry
7    County between 2004 and 2014.  Do you agree,
8    disagree, or have no opinion of that
9    statement?
10       A    That's his opinion.  I'm not -- I
11   don't feel like I'm in a position to say what
12   that is without looking at that deeper.
13       Q    And how would you describe his --
14   what his role is as the data analyst within,
15   within your office?
16       A    Dan is unique in his ability to
17   retain information.  He is a data junkie.  He
18   likes numbers.  He likes history.  He likes
19   geography.  He likes all of these types of
20   things and how election results, he can quote
21   back results of elections, I mean,
22   presidential races, from before I was born.
23   And this is just Dan and who he is.  He's a
24   unique individual.
25           His role, I mean, he fills a lot of
```

```
                                        211
1    roles on the staff.  He does a lot of map
2    requests and information requests from members
3    and anyone else, basically just printing off
4    maps as well as compiling data and
5    information.
6            I didn't know about these requests
7    for information nor had I seen them until you
8    asked for the emails and the subpoena, so I
9    did not know that this information was what he
10   was giving out.  He didn't discuss it with me.
11           But Dan does a lot of, of study of
12   those numbers and all election returns and
13   results and things like that of that nature.
14   And a lot of the members like to pick his
15   brain about things like that because he is
16   that, that unique in his ability.
17       Q    Okay.  Thank you.  I want to move
18   on and look at some of the changes to the
19   plans in 105 and 111 in 2015.  And why don't
20   we start, why don't we start with 105, so
21   maybe we can try to break out the big maps and
22   take a look.
23       A    You want the '12 or just the '15?
24       (Whereupon a document was identified
25       as Plaintiff's Exhibit 46.)
```

```
                                        212
1        Q    We're going to look at them both
2    together so that we can understand the
3    interrelationships between the two of them.
4    And then I'm also going to mark, this is 46.
5    This is a data analysis that we had done
6    regarding the precinct demographics for 2015.
7            MR. WILL:  This is a document
8    compiled by y'all?
9            MR. GREENBAUM:  Yes.
10       Q    So one of the things that I'd like
11   to try to break down at a precinct level is
12   what sort of changes were made in District 105
13   between 2012 and 2015.
14           So let's start with precincts that
15   were either reduced or taken away in
16   District 105 in 2015.  Could you, could you
17   explain what districts either were removed
18   from the district or reduced in 2015?
19       A    105, Lawrenceville M precinct was
20   split, so I was able to put that precinct back
21   together and make it whole into 104.  And
22   that's all.
23       Q    So Lawrenceville, there was a
24   portion of the precinct in 2012 that was part
25   of 105?
```

```
                                        213
1        A    Right.
2        Q    And the whole precinct was moved
3    into 104 in 2015; is that correct?
4        A    Yes.  You're looking at this area
5    here, blue, gray, that's all one precinct.
6        Q    Okay.
7        A    Gray added to blue.  Put the
8    precinct back together.
9        Q    And did you look at all of either
10   partisan performance or racial demographics
11   that, that would be caused by moving a portion
12   of Lawrenceville precinct M?
13       A    Well, I'm not sure I went at it
14   that way.  I think I went more in the
15   direction of to add first and try to increase
16   that percent total Republican number I told
17   you about the average number --
18       Q    Okay.
19       A    -- as well as some of the races.
20   So in looking to do that first, that was
21   where, you know, working from there and then
22   moving in the opposite direction to try and
23   bring down the population, and to put a
24   precinct back together would be an easy way to
25   do that as well as keeping that precinct --
```

Electronically signed by Joel Moyer (501-161-376-4513)                                    fc988dc5-9c7d-4a88-adea-e0518e25bb06

214

1  making that precinct whole again, which is
2  also a good thing to do.
3      Q   All right.  So let's see, let's see
4  what you added in, right, that you added in a
5  full precinct Harbins C?
6      A   Uh-huh (affirmative).
7      Q   And then you split precinct Harbins
8  A which had primarily just been part of 104?
9      A   Right.  This area as you come out
10 here is much more still more of a rural area,
11 votes very, very Republican.  It's a small,
12 skinny precinct here, Harbins C.  So we took
13 Harbins C, and we used a major road to cut
14 through there, a good dividing line to cut
15 through Harbins A, which is a larger precinct
16 geographically.
17         And there's -- that was an increase
18 in Republican votes because of the area here
19 and who -- the voters in this area.  So adding
20 that in brought it up in terms of Republican
21 number up some, so the only other thing --
22     Q   Can we start -- can we -- I just
23 want to talk about Harbins C for a second
24 before you move on to any other precincts.
25     A   Okay.

215

1      Q   You mentioned the Republican
2  numbers.  It's also a heavily white precinct;
3  correct?
4      A   Yeah, I guess so, if you say so.
5      Q   Do you know otherwise?
6      A   I don't know otherwise, but I
7  couldn't tell you what the breakdown is right
8  now.
9      Q   Okay.  Would you be surprised that,
10 according to the 2010 census data, it's about
11 11 percent black?
12     A   No, I guess.  I don't know.
13     Q   All right.  And then the other
14 thing that you did in terms of adding was you
15 put a portion of Harbins A into District 105;
16 correct?
17     A   Yes.
18     Q   And you mentioned I believe -- I'll
19 let you go ahead and explain that.
20     A   Well, part of the precinct line
21 comes across here as well, so to make that
22 line a good, straight boundary line, it's a
23 road that cuts through here that is a known
24 road that divides through here, made sense to
25 use that to come across here so that your line

216

1  is more straight making this area more compact
2  rather than the shape of this precinct, which
3  is not a very compact precinct.
4      Q   Now, did you know with respect to
5  Harbins C -- wait.  Which is the one that's
6  split?  It's Harbins --
7      A   A.
8      Q   Did you know that with respect to
9  Harbins A what the partisan performance was in
10 the portion that went into 105 as opposed to
11 what was left in 104?
12     A   Say that one more time?
13     Q   For example, did you know that,
14 with respect to Harbins A, did you -- could
15 you project whether the portion that you added
16 to 105 performed better for Republicans than
17 the portion of the precinct that you left at
18 104?
19     A   I didn't look at it that way.  The
20 objective being, if you're taking this in, it
21 would be to smooth this across here and make
22 that more compact.  It would be
23 counterproductive to take in a precinct that
24 looks like this and then come across the top
25 and whack out a piece there.  That doesn't

217

1  make sense, so you wouldn't do it that way.
2      Q   Would you dispute that with respect
3  to Harbins A, and you can look at Exhibit 46
4  as a reference, that the portion of the
5  precinct that you added to 105 is -- has a
6  much lower black percentage than the portion
7  of the precinct that you left in 104?
8      A   I would not know that.  I didn't
9  look at that that way.
10     Q   Okay.  But as, but as you were
11 actually making these changes to the map, you
12 could have seen, for example, if you had up
13 there what the demographics were of the
14 district as you, as you made those changes,
15 you would have been able to see that it was
16 reducing black population to move that portion
17 of Harbins A into 105?
18     A   The way that I work with the
19 pending change box is to see the impact it's
20 having as a whole.  So in order to do what
21 you're doing, I would have had to have gone to
22 an extra effort to hunt up for that
23 information, which I did not do.
24     Q   But you'd see it as a whole if, for
25 example, that portion of Harbins A had a lower

Electronically signed by Joel Moyer (501-161-376-4513)                    fc988dc5-9c7d-4a88-adea-e0518e25bb06

Gina H. Wright          Georgia State Conference of the NAACP, et al vs Kemp          November 20, 2017

62 (Pages 218 to 221)

218

1    black percentage than the rest of the plan?
2       A    I'm not sure --
3       Q    Okay.
4       A    -- I'm following that.
5       Q    So, you know, according to our
6    data, the portion of Harbins A that you moved
7    into District 105 is less than 15 percent
8    black voting age population.
9       A    Okay.  That's your -- what you're
10   saying, I mean --
11      Q    What I'm saying is that we agree
12   that, we agree that 105 in terms of black
13   voting age population is roughly about 35
14   percent black; correct?
15      A    Totally -- I'm sorry.  My brain
16   kind of went out on that.  Say it again?
17      Q    That's fine.  With respect to
18   Harbins -- okay.  Strike that.
19           With respect to the plan as a whole
20   in 105, is it your understanding that that
21   district is roughly within a few percentage
22   points 35 percent black voting age population?
23      A    At what point?  Before or after --
24      Q    Both.
25      A    -- making changes?  I think it was

219

1    less than that or --
2       Q    I think it went from 34 to 31.  We
3    can --
4       A    Something in that range.
5       Q    We can go back and look at --
6       A    Right.
7       Q    -- look at O'Connor's email because
8    it actually has that data in it.
9       A    To clarify, my objective was to see
10   if I could find political improvement in the
11   Republican number for her district.  So I'm
12   going about this in a way of knowing that,
13   let's see if we -- the Republican area here,
14   try and see if that boosts the district.
15           If that boosted the district,
16   what my next objective would be is to find a
17   way to balance that population out, how would
18   I get that -- to improve and take this area in
19   to boost her political number, what would I
20   then take out?
21           And, obviously, the places where I
22   had split precincts would be my first choice
23   to go because I don't want to split an
24   additional precinct.  So that made it the
25   obvious choice to look at the two precincts

220

1    that she has that were still split.
2           That was why I could easily put
3    Lawrenceville M back together, make sure, you
4    know, that's an entire precinct given back to
5    them, no ballot combination there.
6           And then I actually added some in
7    in Lawrenceville D to her district to then
8    complete a balancing of population.  And it
9    was at that point that I would then go back
10   and see, if I did these changes, what impact
11   did that then have on the overall percent
12   total black, Hispanic, and whatnot.
13          So I wasn't doing it block by block
14   to go along and say, oh, well, there's this
15   much here and, oh, there's that much there.
16   That was not the way that I did this.  That's
17   not the way I would ever do it.
18          I'm looking at what was my overall
19   objective?  Can I achieve that?  Then can I
20   balance it?  And then what is the numerical
21   result of that after that is done?
22      Q    Okay.  Now, District 105 pre-2015,
23   we went over the number of precincts that were
24   split.  Am I correct that what happened in
25   2015 was you created a split precinct that

221

1    didn't exist before?
2       A    Correct.
3       Q    And you reduced a precinct split by
4    taking part of one of the Lawrenceville
5    districts that had been split and putting all
6    of that into 104?
7       A    I think what you're saying is I
8    split one and put one back together and
9    changed the split on another one, and that
10   would be right.
11      Q    Yes.  So that if, if somebody asks
12   you how many precincts were split in 105 in
13   2012 and how many precincts that were split in
14   105 in 2015, it would be the same number?
15      A    Yes.
16      Q    Thanks.  All right.  Let's, let's
17   move on to the Henry County plan.
18          Go off the record for a moment.
19          THE VIDEOGRAPHER:  Going off record
20   at 3:44 p.m.
21          (Proceedings in recess, 3:44 p.m. to
22          3:55 p.m.)
23          THE VIDEOGRAPHER:  We are now back
24   on video record at 3:55 p.m.  This is the
25   beginning of file number five.

Donovan Reporting, PC                                   770.499.7499

Gina H. Wright          Georgia State Conference of the NAACP, et al vs Kemp          November 20, 2017

222

1    Q    So, Ms. Wright, if my recollection
2  is correct, when we were talking about the
3  Henry District 111 2012 plan, that had four
4  split precincts:  Grove Park, Unity Grove,
5  North Hampton, and McDonough Central?
6    A    I believe, yeah, the Unity Grove
7  and the Grove Park, Park issue was that city
8  limit thing that's not an intentional split.
9  I think that line had changed.  But, yes,
10  McDonough Central and North Hampton were the
11  splits.
12    Q    And let me see.  North Hampton,
13  McDonough Central, and Unity Grove, and Grove
14  Park, it was just a matter of --
15    A    I think the initial --
16    Q    -- lines?
17    A    -- VTD line, it wasn't a split.
18    Q    Okay.
19    A    But it may appear to be a split now
20  because of the way --
21    Q    Okay.
22    A    -- the line falls with the
23  geography on the -- with the county.
24    Q    So there were, there were two split
25  precincts basically?

223

1    A    Right.  There were two precincts
2  that were split for a size population.
3    Q    Okay.  So now let's look at all the
4  changes that were made between the 2012 and
5  2015 plan, and if you could talk about the
6  process that you went through in terms of
7  making those changes.
8    A    I'm just going to --
9    Q    Why don't we, why don't we keep
10  this --
11    A    -- kind of throw it somewhere.  I
12  don't know.
13    Q    I don't know if we can put it --
14      MR. WILL:  Underneath?
15    Q    -- underneath?  We might actually
16  want to reference it at some point.  I don't
17  know.
18    A    I'm not sure.  I was going to kind
19  of fold some of that in.  I don't need that
20  whole side.  You can leave it so I can easily
21  get to the purple.
22      MR. WILL:  Well, I know how you are
23  about folding.  I wasn't sure if we could do
24  that.
25    Q    So can you talk about where you

224

1  started.
2    A    The same process was for both these
3  districts because the objective was to try and
4  politically help the incumbent for purposes of
5  reelection.  So looking at areas that were
6  potentially areas that might help his
7  Republican overall number go up a little bit
8  as well as the fact that -- actually, I think
9  on 105, both of them, the incumbent both,
10  since there was no incumbent when we initially
11  drew the district, both of the incumbents
12  lived pretty far away.  For instance, he lived
13  way down here.  So knowing where --
14    Q    When you say "down here," just for
15  the purposes of the record --
16    A    Sure.
17    Q    -- can you describe it?
18    A    He lived in the Lowes, near the
19  southwest portion of the Lowes precinct, the
20  bottom of the district.  So for him as well as
21  the political aspect was the driveability and
22  the representability of the district being
23  closer to where he is down here from up here,
24  whereas the incumbent in 109 at the time, I
25  believe, lived in the Lake Haven precinct.

225

1      So keeping those factors in mind
2  and knowing where those incumbents lived as
3  well as looking for what precincts would
4  impact the political numbers and, as we talked
5  about, knowing that the Stockbridge area, the
6  demographics of the Stockbridge area in the
7  northern part of the county, my initial
8  thought was to try and do something to change
9  those precincts for Representative Strickland.
10    Q    Because it would make the, it would
11  make the -- it would perform better if you
12  took those precincts out for Representative
13  Strickland; correct?
14    A    That's correct, yes, it would.
15  That was the hope and the objective.  So in
16  taking those out, I believe the Flippen
17  precinct had a good bit of population in it.
18      I trying to think, did he have
19  that -- I don't think he had -- yeah, he did
20  not have that before.  So that was one area
21  and to counterbalance with these precincts to
22  bring it into this area here as well.
23      And I think that portion of --
24  yeah, that portion of Hickory Flat on this
25  side of Highway 42, Highway 42 is a good

Donovan Reporting, PC                                        770.499.7499

226

1    dividing line through there, so that was why
2    that portion of Hickory Flat was also included
3    with Flippen to offset some of the population
4    figures here as we balance that out.
5          I don't particularly recall the
6    political demographics of this area, but if I
7    was to wager a guess, I'd say that it's
8    probably kind of close in terms of the
9    political breakdown. I don't know that right
10   now off the top of my head. You'd have to
11   look at your --
12   Q    Okay.
13   A    -- all your stuff.
14   Q    Okay.
15   A    As I'm doing that, I'm looking at
16   it as I go.
17   Q    So can we talk about, can we talk
18   about that a little bit more for a second?
19   A    Sure.
20   Q    So just to be clear in terms of
21   that part of the county, you removed
22   Stagecoach and Stockbridge West from the plan;
23   correct?
24   A    Yes.
25   Q    And then you added Flippen or a

227

1    portion of Flippen?
2    A    Portions of Flippen, uh-huh
3    (affirmative).
4    Q    And a portion of Hickory Flat;
5    correct?
6    A    That's correct. 109 actually
7    had -- in order for it to be contiguous for
8    109 to take those precincts, obviously, all of
9    Flippen could not move. If it moved, it would
10   make it noncontiguous, so I couldn't do that.
11         But this is the railroad, and this
12   is over to Highway 42, which are significant
13   lines and recognizable lines to define those
14   boundaries. But that would enable 109 to be
15   able to take those areas, which would
16   politically help 111.
17   Q    Did you realize in doing this that
18   the portion of Hickory Flat that you put into
19   111 has a much lower minority population
20   percentage than the district -- the portion of
21   it that remained in 109?
22   A    I did not, but I wouldn't have
23   looked at that because I couldn't take any
24   other portions of Hickory Flat and the
25   districts still be contiguous.

228

1    Q    Okay.
2    A    So then as also through here, he
3    had portions of McDonough Central previously.
4    If I recall, I believe Representative Rutledge
5    was interested -- I think he had part of
6    McDonough Central before -- no, actually he
7    did not. That was Representative Welch's.
8          But he was interested in
9    representing a portion of that precinct, so he
10   picked up that precinct. And by keeping this
11   portion with Representative Strickland, it's
12   still contiguous to the McDonough precinct,
13   which he picked up in its entirely and moved
14   in to 111. That was from Representative
15   Welch's district previously, the McDonough
16   precinct was, as a whole.
17   Q    Okay.
18   A    And then let's see. The changes
19   around Hampton and Mt. Carmel were population
20   related, I think, to balance out the numbers
21   that we were picking up once we moved into the
22   McDonough area.
23         Obviously, if you're picking up,
24   you've got to take out, so you're going to
25   look for where can you take precincts out that

229

1    were either not as beneficial to his T-rep
2    number or that would be -- and also be enough
3    population to help balance that out.
4          So by looking around the edges of
5    what, what's there, these precincts, if I
6    recall, Unity Grove he had before. Unity
7    Grove was a good precinct for him politically,
8    so it wasn't beneficial to take that away from
9    him. Adding in a little bit of the Tussahaw
10   precinct, which also performs pretty strongly
11   Republican, was beneficial to his T-rep
12   number.
13         And then looking for a place to
14   take away from, to balance that out and
15   actually, you know, get the numbers in line,
16   that was why we put this precinct back
17   together in North Hampton because, again, if I
18   can put one back, I try to put one back and
19   not leave a split.
20         Of course, then that still wasn't
21   enough population to balance it, so I could
22   either have cut in Oakland or cut in
23   Mt. Carmel, and the boundary lines here,
24   there's a large neighborhood and a large -- a
25   good road here that's a recognizable road, so

Electronically signed by Joel Moyer (501-161-376-4513)                    fc988dc5-9c7d-4a88-adea-e0518e25bbb06

Gina H. Wright        Georgia State Conference of the NAACP, et al vs Kemp        November 20, 2017

230

1    that made the better split there to get the
2    balance right.
3        Q    So is it fair to say that the
4    Tussahaw -- have I said that correctly?
5        A    Tussahaw, uh-huh (affirmative). .
6        Q    -- Tussahaw precinct is not only
7    predominantly Republican but predominantly
8    white?
9        A    If you say so. I couldn't tell you
10   that. I don't know the demographics of every
11   precinct.
12       Q    Now, taking a look, we said that
13   with respect to District 111 that there were
14   two precinct splits in the 2012 plan; correct?
15       A    Correct.
16       Q    Now, for 2015, are we -- is there
17   five split precincts?
18       A    There would be one -- five, yes.
19       Q    Okay. So you went from two split
20   precincts to five split precincts?
21       A    That appears to be correct.
22       Q    And do you know of any other
23   legislative districts in the plan that have
24   five split precincts?
25       A    Oh, I'm sure there are some, but I

231

1    couldn't tell you which ones. On the whole
2    House plan?
3        Q    Uh-huh (affirmative.)
4        A    Yeah, I'm sure there are some.
5        Q    Now, I think I recall that, from
6    one of the earlier documents, it reported how
7    many precinct splits there were in the plan as
8    a whole, and there was something like 150
9    split precincts?
10       A    I don't know. I'd have to go back
11   and look.
12       Q    But it would be consistent with
13   whatever was in that report that Maptitude
14   performed; correct?
15       A    Right. But that, that report then
16   would have been referring to the VTDs, which
17   would have been five years previous, so
18   counties throughout the state who have had
19   changes to their precincts --
20            And some counties do actually make
21   changes to their precinct to reduce the splits
22   that a districting might cause, so it might
23   show up as a split now on a VTD report but the
24   county has made changes so that that's no
25   longer a split VTD any longer. So I don't

232

1    have --
2        Q    Sure.
3        A    -- a way to really give an accurate
4    representation of it once he get several years
5    away from that VTD report.
6        Q    I was -- so going back to, going
7    back to 2011, one of the documents we went
8    through earlier was a report from -- that
9    Maptitude generated regarding the total number
10   of precinct splits in the entire plan. And
11   back then, that would have -- back then it
12   would have closely adhered to, because it was
13   so close in time to the census, right --
14       A    Right.
15       Q    -- to the number of split
16   precincts?
17       A    Sure.
18       Q    And, if anything, it probably would
19   have overstated the number of split precincts
20   since there are some cases where there were
21   changes after the -- after you had sent the
22   census information for the VTDs between that
23   period of time -- between that period of time
24   and when you actually redistricted in 2011?
25       A    I think I followed that.

233

1            Yeah. Right. If the county's made
2    changes to their precincts which they -- some
3    did from 2010 moving forward, then those would
4    not be reflected in the report in terms of the
5    number of VTDs splits.
6        Q    But what you were trying to do in
7    2011 was, where, where there was a change in a
8    precinct after the VTD was created, adhere to
9    what the existing precinct line was more than
10   what the VTD told you?
11       A    Well, a county could do one of two
12   things. They could actually try to reduce
13   the -- reduce their splits by combining the
14   precinct or I guess they could do the
15   opposite. They could actually adjust the
16   split in such a way so it's now aligning with
17   it there. I mean, they do different things.
18   Depends on the county.
19       Q    You know, one of the things I
20   forgot to ask you about with respect, and you
21   might not know the answer to this, but with
22   respect to District 105, there's, there's one
23   precinct, Baycreek G, that has one census
24   block within 105 and the entire rest --
25       A    I know what you're talking about.

Donovan Reporting, PC                                      770.499.7499

Gina H. Wright             Georgia State Conference of the NAACP, et al vs Kemp             November 20, 2017

234

1    Q   -- the entire rest of the precinct
2  is in 114.
3    A   It's a geographical error with the
4  census block and the county.  We can't make
5  our precinct line match it because they put
6  the precinct boundary on a feature that's not
7  a block.
8       MR. STRICKLAND:  Hold on a second,
9  Jon.  Sorry.
10      THE VIDEOGRAPHER:  Go off the
11  record?
12      MR. POWERS:  Sure.
13      THE VIDEOGRAPHER:  Going off video
14  record at 4:08 p.m.
15      (Whereupon off-the-record discussions
16      ensued.)
17      THE VIDEOGRAPHER:  Back on video
18  record.
19      MR. CUSTER:  Hey, Frank, Bill.
20      MR. STRICKLAND:  Hey, Bill.  Sorry
21  to be delayed calling in.
22      MR. CUSTER:  You all still having a
23  party there?
24      MR. STRICKLAND:  Yes, we are.  Come
25  on over.

235

1       MR. CUSTER:  Well, you know, I
2  appreciate it, but I'm just not fit to be seen
3  outside of my home today.
4       MR. STRICKLAND:  All right.  We'll
5  let you keep your distance.
6    Q   All right.  Oh, we're on the
7  record?
8    A   You're on.
9    Q   Okay.  Sorry about that.
10      I want to move to introduce -- mark
11  another document.  Why don't we, why don't we
12  put the maps all on the bottom for now.  I
13  might get back to them, and I might not.
14    A   All on the floor?
15    Q   Either on the floor or on the
16  table, whatever works better for you.
17      MR. WILL:  Put them out of the way.
18      MR. GREENBAUM:  Okay.
19      (Whereupon a document was identified
20      as Plaintiff's Exhibit 47.)
21    Q   I now want to, your pile of
22  documents, not that pile --
23    A   I'll stick that back out of the way
24    Q   -- but the GA, the GA pile.  So I
25  want to mark as 47 GA 1 and 2.

236

1       MR. STRICKLAND:  Pages 1 and 2?
2       MR. GREENBAUM:  Pages 1 and 2, the
3  first two.
4       MR. STRICKLAND:  We must have
5  pulled those off.
6       MR. GREENBAUM:  It's right in front
7  of you.
8       MR. STRICKLAND:  Oh, yeah, I see.
9  Got it.
10    Q   All right.  So this is 47.  And
11  take a look at it, Ms. Wright.  My first
12  question for you will be:  Do you recognize
13  this document?
14    A   I recognize it.  I've seen it
15  before.
16    Q   Do you know what the document is?
17    A   It is a summary of what was done, I
18  believe, in House Bill 56 -- or 566.
19    Q   Okay.  Were you involved at all in
20  the creation of this document?
21    A   No.
22    Q   Did you review it prior to it being
23  released?
24    A   No.
25    Q   Now, I want to call your attention

237

1  to the last bullet point, which is on page
2  two.  And it talks about the district line
3  changes that are being made for a variety of
4  reasons, and in looking --
5       And it gives three reasons:
6  eliminating split precinct, reuniting a
7  neighborhood or a community of interest, or
8  addressing a technical -- or addressing
9  technical concerns.
10      With respect to 105, it did
11  eliminate a split precinct, but it also
12  created a new split precinct; correct?
13    A   Yes.
14    Q   And with respect to 111, it
15  actually added split precincts from two to
16  five; correct?
17    A   Yes.
18    Q   Now, with respect to 105 or 111,
19  was there any instance of a reuniting a
20  neighborhood or community of interest?
21    A   I'm not aware.
22    Q   And then with respect to 105 and
23  111, was the main purpose to address technical
24  concerns?
25    A   Depends on what you define as a

Donovan Reporting, PC                                         770.499.7499

238

1    technical concern.
2        Q    Well, what do you define as a
3    technical concern?
4        A    Well, I would offer that I don't
5    believe this is the entire, comprehensive list
6    of reasons why you might make a district
7    change. But I would define a technical
8    concern as maybe you've got a, a potential
9    voter anonymity issue because of the way that
10   a precinct was split, or you find a mistake in
11   terms of trying to align to a precinct line or
12   a city line or something that your objective
13   was that was causing a problem for the county
14   elections office in terms of their work.
15   Those would be what I would define as a
16   technical concern.
17        A noncontiguous piece is usually
18   covered in the language, but it might be
19   something you would want to correct just for
20   the sake of the block assignment report. So
21   those are the kind of things that I would
22   think of as a technical concern.
23        Q    And that doesn't really apply -- I
24   understand that there might have been a couple
25   of areas where you made precincts whole that

239

1    were small pieces of 111, but technical
2    concerns didn't drive the changes to 111 --
3        A    No.
4        Q    -- did they?
5        A    No.
6        (Whereupon a document was identified
7        as Plaintiff's Exhibit 48.)
8        Q    Okay. All right. Back to the GA
9    documents. And I want to go to GA-6 through 8
10   and mark that as Exhibit 48.
11        Ms. Wright, when were you first
12   aware that there was consideration of
13   redistricting again in the 2017 legislative
14   session?
15        A    I'm not sure when the specific date
16   would have been.
17        Q    Do you recognize Exhibit 48?
18        A    I've seen it.
19        Q    Okay. And this -- there are two --
20   it consists of two emails from the morning of
21   December 14th, 2006 [sic]; correct?
22        A    Yes.
23        Q    And who is Caulder Harvill-Childs,
24        A    He is a staff person who works for
25   the majority leader in the house, I believe,

240

1    or it may be the caucus chairman. One or the
2    other.
3        Q    Okay. And Mr. Harvill-Childs in
4    his email, which is the, on the next page,
5    second page, in the first paragraph, he
6    mentions a Gerald. Do you know who Gerald is?
7        A    I don't know.
8        Q    Okay. And in the second paragraph,
9    he mentions Spiro.
10        A    Spiro.
11        Q    Spiro. I'll eventually get that
12   right. And Spiro is -- can you remind me who
13   Spiro is?
14        A    He's the chief of staff to the
15   speaker.
16        Q    Okay. So he says that Spiro has
17   deputized him to oversee a project for the
18   2017 session and that he'd like for him and
19   Mr. Harvill-Childs and Mr. O'Connor to meet to
20   talk about redistricting in 2017; correct?
21        A    It's on the email.
22        Q    Okay. Were you aware of this at
23   the time?
24        A    No, I was not.
25        Q    And the email also references

241

1    making recommendations for Cobb, Gwinnett,
2    Henry County, referencing Representative
3    Strickland's district, and one other district
4    I can't pronounce that name. Chokis?
5        A    Chokis.
6        Q    Chokis. Generally the
7    battlegrounds we always deal with.
8        Were you aware that Mr. O'Connor
9    had been tasked to make recommendations for
10   these areas?
11        A    He was not tasked by me, so, no, I
12   was not aware of that.
13        (Whereupon a document was identified as
14        Plaintiff's Exhibit 49.)
15        Q    Okay. All right. I want to move
16   on to 20 -- what will be the next document,
17   49, and that is GA 9 through 13.
18        Okay. And this is part of the same
19   email trail that we were talking about, but if
20   you look at, I think, the top of page three,
21   we get some -- we get Mr. O'Connor's initial
22   response; is that correct? It starts with,
23   "Hi, Caulder, I'm in all next week except
24   Friday the 23rd."
25        A    Okay. That appears to be his

Gina H. Wright          Georgia State Conference of the NAACP, et al vs Kemp          November 20, 2017

242

1    response.
2        Q    Okay.  Do you -- so the first sort
3    of dash discusses meeting with Representative
4    Golick.  Who is Representative Golick?
5        A    A member of the House.
6        Q    In what district?
7        A    I'm not a hundred percent sure of
8    his district number.  I might say 40, but I'm
9    not sure if that's accurate.
10       Q    Now, in the second bullet point
11   referring to Representative Strickland, and in
12   that he says he's not sure there's much more
13   that we can do without saying -- without, say,
14   endangering Representatives Rutledge and
15   Welch.  Representative Rutledge won reelection
16   with 58 percent this time, but if you take
17   from him to give to Brian, you could risk
18   losing both seats.
19           Do you agree, disagree, or have no
20   opinion in terms of that statement?
21       A    Again, this is his analysis, but
22   having known a little bit about that, those
23   numbers, I would say that's probably a fair
24   statement.
25       Q    Okay.  And then in the next

243

1    paragraph he talks about Gwinnett being a
2    tough call county because there were a number
3    of marginal house seats and that the most
4    heavily part of Gwinnett is to the far end of
5    the county like 85 past the Mall of Georgia.
6           Where's the Mall of Georgia?
7        A    I'm not sure.
8        Q    Okay.  And he mentions the fact
9    that Clinton won the seats of four Republican
10   state reps, and they're all close together.
11   Do you know whether that's true?
12       A    We looked at this data a fairly
13   good bit, political data in the presidential
14   race.  And I'm not a hundred percent certain,
15   but I would lean to think that this is
16   correct.
17       Q    That, that trying to make any
18   changes to Gwinnett might actually have a
19   negative ramification for Republicans?
20       A    No.  I was agreeing with what you
21   said, that Clinton won those seats.
22       Q    Oh, okay.  Do you agree with his
23   point that, if you try to make more seats safe
24   that -- for Republicans, you might end up
25   losing seats?

244

1        A    I'm sure that's a possibility.
2        Q    All right.  And then there's a
3    response from Mr. Harvill-Childs at the bottom
4    of the second page.
5           And you see his -- you see his
6    response that "with Gwinnett," he wants to
7    know, "what are our best chances at creating
8    safer seats long-term even if one or two are
9    sacrificed."  Do you see that?
10       A    I do see that.
11       Q    And do you see -- has there been
12   any effort to actually do that in Gwinnett?
13       A    By effort, what do you mean?
14       Q    Effort to create some additional
15   safe seats by potentially sacrificing other
16   seats?
17       A    I don't recall for the 2017, the
18   bill, if it's what you're referencing that was
19   done, there was no districts in Gwinnett that
20   were included on that, so if that's how you
21   would define effort, then there wasn't any
22   effort.
23       Q    Okay.  And then I'm going to the
24   next part of the email chain further up on
25   page two with Mr. O'Connor's response.  He

245

1    types a lot faster than I did.  He got a lot
2    out there in four minutes, to both think and
3    type.
4        A    As I said, Dan's very unique.
5        Q    And he mentions that someone
6    mentioned to him that he might run for
7    Jeffares' seat when he retires?
8        A    That's Senator Jeffares.
9        Q    Jeffares.  So I guess he was going
10   so fast and, did he misspell?
11       A    No.
12       Q    Is that how it's spelled?
13       A    That how it's spelled.
14       Q    Okay.  Senator Jeffares.  Do you
15   know one way or another in fact whether
16   Representative Strickland intends to run for
17   Senator Jeffares' seat?
18       A    Yes, he does.  He's already made
19   that public.
20       Q    Okay.
21       A    Because Senator Jeffares is running
22   for lieutenant governor, so that seat will be
23   an open seat.
24       Q    Okay.  Now, the last sentence says
25   that -- O'Connor says he hasn't calculated the

Electronically signed by Joel Moyer (501-161-376-4513)                    fc988dc5-9c7d-4a88-adea-e0518e25bb06

246

1    Trump/Clinton numbers yet but will do so, and
2    then he says in parens, his district is hard
3    to calculate for president because there are
4    so many split precincts in the district.
5    Henry has a large -- lot of large precincts.
6            And that's consistent with what we
7    saw earlier, that there are five split
8    precincts in the district?
9        A    Right.  And as we discussed with
10   the political data, the political data is only
11   completely accurate to the whole precinct
12   level, so in terms of trying to calculate
13   political data, it's going to be an estimate
14   once you go into those split precincts.
15       Q    Now, the -- further up in the
16   chain, I'm now on the first page, it's
17   O'Connor's January 5th, 2017, email, and it
18   says, in the middle of the email, there's a
19   sentence that says, "Traditionally, when we
20   have done midterm redistricting, it has been
21   consensual.  Member A wants to give a precinct
22   to Member B, and if member B agrees, the whole
23   House votes for it.  But that has been more by
24   committee rule, certainly not by statute."
25           Is this consistent with your

247

1    understanding of the history in Georgia?
2        A    Yes.  That midterm redistricting
3    has been consensual?  Is that what you're
4    asking?
5        Q    Yes.
6        A    Yes.
7        Q    Now, in two thousand -- what do you
8    mean by consensual?
9        A    When a member wants to make a
10   change to their district, the other person who
11   it affects also has to agree to it.  That's
12   what that means.  Or all of the members
13   affected have to agree to it, or there's no
14   changes made.
15       Q    It doesn't mean consensual of the
16   body as a whole, just as to those members?
17       A    Just the affected members of the
18   district, that's correct.
19          (Whereupon a document was identified as
20          Plaintiff's Exhibit 50.)
21       Q    Okay.  Thank you.
22           All right.  And then I want to move
23   on to GA 77 and 78, and we'll mark that as
24   Exhibit 50.
25           Ms. Wright, do you recognize this

248

1    email that's in Exhibit 50?
2        A    I have seen it before.
3        Q    Okay.  Do you recall Mr. O'Connor
4    sending this email to you and you receiving
5    it?
6        A    Yes, I do, sort of.  I mean, it's
7    in the middle of session, but yes.
8        Q    Okay.  Do you recall why
9    Mr. O'Connor was specifically emailing you
10   about Districts 105 and 111?
11       A    I recall that I asked him something
12   about one or the other districts or both, I
13   don't remember what, and this was his
14   response.  But I don't remember what that
15   question initially was.
16       Q    Do you have any idea why you were
17   curious about Districts 105 and 111?
18       A    I don't know.  Could have been
19   something someone asked me.  I don't know.
20       Q    Okay.  And then toward the bottom,
21   under Other General Comments, with respect to
22   Gwinnett, it says, "Comparison of total
23   turnout, black, white, et cetera, from SOS
24   Credit For Voting reports."
25           Do you know why he's talking about

249

1    that?
2        A    I, I don't know why he's talking
3    about that.
4        Q    Okay.  And it shows that between
5    2012 and 2016 the percentage of voters that
6    were white in Gwinnett went down from 58.2
7    percent to 52.3 percent.  Were you aware of
8    that?
9        A    I see it on this document, so at
10   the time I read this, I would have been.
11       Q    Okay.  And then moving on to the
12   next page, do you see that it compares turnout
13   in Henry County and that Henry County went
14   from 52.2 percent white in 2012 to 47.9
15   percent white in 2016?
16       A    Yes, I see that here.
17       Q    Okay.  Was there any consideration
18   at this time in terms of making changes to
19   Districts 105 and/or District 111?
20       A    I think from the previous email
21   that you referenced, you saw that there was
22   consideration of making anything they could do
23   in Gwinnett, if there was a possibility of
24   doing anything there, which would have
25   included 105 as that's part of Gwinnett

Electronically signed by Joel Moyer (501-161-376-4513)                    fc988dc5-9c7d-4a88-adea-e0518e25bb06

Gina H. Wright          Georgia State Conference of the NAACP, et al vs Kemp          November 20, 2017

70 (Pages 250 to 253)

250

1    County.
2         111, I think they had looked at, as
3    he mentioned in the previous email, as well.
4    Was there any changes that could be made to
5    politically help Strickland any further, so
6    there was that consideration there as well.
7         (Whereupon a document was identified
8         as Plaintiff's Exhibit 51.)
9    Q    Okay.  I want to then mark as the
10   next document Exhibit 51, and it's GA 14
11   through 25.
12        All right.  And it's an email from
13   Mr. O'Connor to Mr. Efstration; correct?
14   A    Uh-huh, yes.
15   Q    And I think we talked about earlier
16   that Representative Efstration represents
17   District 104?
18   A    Yes.
19   Q    And in the second paragraph, it
20   talks about the "Gwinnett delegation is
21   meeting Thursday afternoon and discuss with
22   Brett Harrell some possible changes, taking a
23   look at Gwinnett."  Who's Brett Harrell?
24   A    He's a rep from Gwinnett County.
25   Q    A Republican rep?

251

1    A    Yes.
2    Q    And this mentions a meeting of the
3    Gwinnett delegation.  Are you aware as to
4    whether that meeting were all the reps from
5    Gwinnett or just the Republicans reps from
6    Gwinnett?
7    A    I don't think it was all of the
8    reps.  I think it -- I don't even think it was
9    all of the Republican reps.  I think it was a
10   portion of the Republican delegation.
11   Q    Now, in the middle of the
12   paragraph, it's referring to David Cassis, I
13   believe?
14   A    Yes.
15   Q    And it says, "David also asked me
16   other day if we could take this up in 2019, by
17   which time presumably the Gwinnett lawsuits
18   would be settled one way or the other, and of
19   course we could do so in 2019."
20        What's he referring to in terms of
21   the Gwinnett lawsuits.
22   A    I assume he means the pending case
23   related to the School Board and County
24   Commission.  I do not know why that would be
25   relevant to them taking up the maps though.

252

1    Q    Okay.  And then the next paragraph
2    references Chairman Caldwell.  Who is Chairman
3    Caldwell?
4    A    He's the chairman of the House
5    Reapportionment Committee now.
6    Q    And it talks about getting moving
7    by next week in terms of legislation.  And now
8    we're in February of 2017.  Are you at this
9    point working on a reapportionment plan for
10   2017?
11   A    I don't recall dates on when things
12   were worked on related to stuff that happened
13   during this time.
14        (Whereupon a document was identified as
15        Plaintiff's Exhibit 52.)
16   Q    Okay.  Then I want to move to
17   Exhibit 52, and that is going to be GA 28 and
18   29.  And, Ms. Wright, who is Jan Jones?
19   A    She is a representative in the
20   House and also the speaker pro tem.
21   Q    And what role did she have with
22   respect to the proposed redistricting in 2017?
23   A    She had an exchange with a member
24   she wanted to make.
25   Q    Other than that exchange, anything

253

1    else?
2    A    Not that I'm aware of.
3    Q    Do you know why Mr. O'Connor was
4    listing a number of the districts in Gwinnett?
5    A    I do not.
6    Q    And also listing percentages for
7    other Republican-held districts?
8    A    I don't know.  As I told you
9    before, Dan loves his data, and he loves to
10   tell it to people.  He loves all the data
11   everywhere.
12   Q    Okay.
13   A    And he likes to share it, so.
14        (Whereupon a document was identified
15        as Plaintiff's Exhibit 53.)
16   Q    All right.  All right.  So next
17   want to go to GA 92 to 94, and we'll call that
18   53.
19        MR. STRICKLAND:  Can you say those
20   GA numbers again?
21        MR. GREENBAUM:  92 and 93 and 94.
22   92 to 94.
23        MR. STRICKLAND:  Got it.
24   Q    So what is Exhibit 53?
25   A    This is an email.

Donovan Reporting, PC                                    770.499.7499

Gina H. Wright                Georgia State Conference of the NAACP, et al vs Kemp                November 20, 2017

71 (Pages 254 to 257)

254

1    Q    From Mr. O'Connor to yourself?
2    A    Yes.
3    Q    And it's dated March 16th?
4    A    Right.
5    Q    Now, this references a -- the
6   second and third page are draft minutes of a
7   meeting of the Reapportionment Committee on
8   March 1st, 2017, and it talks about
9   considering HB 515; correct?
10   A    Yes.
11   Q    So prior -- at some point prior to
12  March 1st, you would have created a proposed
13  redistricting plan for 2017; correct?
14   A    Yes.
15   Q    And who, who, who was it that you
16  were coordinating with, with respect to the
17  2017 plan?
18   A    As far as putting together?
19   Q    Yes.  Who had, who -- whose
20  information -- who were you seeking input from
21  in terms of creating that plan?
22   A    Well, as we've done before, members
23  who had wanted to submit a change to be
24  considered met with staff in our office or
25  myself and worked on a map, took it to the

255

1   chairman.  Chairman Caldwell made a decision
2   to what's going to go into the map between he
3   and Spiro.
4        Once those decisions were made of
5   what's going to be input into the map, then
6   the map was pieced together.
7        (Whereupon a document was identified as
8        Plaintiff's Exhibit 54.)
9    Q    I want to mark as Exhibit 54 a
10  two-page document, and the first page is
11  entitled Proposed Georgia House Districts, and
12  it's dated 2017.
13       MR. STRICKLAND:  I missed that
14  number.  Sorry.
15       MR. GREENBAUM:  No numbers.
16       MR. STRICKLAND:  No numbers.
17   Q    Ms. Wright, do you recognize this
18  document?
19   A    I do, but this is not a document I
20  would have created.  This is not fully drawn
21  and printed.
22   Q    Do you know who created it?
23   A    I don't because this map would have
24  been shown in its entirety and there would be
25  detail on this.

256

1    Q    Oh, let me give you this --
2    A    Yeah, that would be better.
3    Q    Oh, no.  I don't know what --
4    A    That looks a little better.
5    Q    I don't know what you got.
6    A    I don't either.
7    Q    We'll replace the exhibit number.
8        MR. STRICKLAND:  So we're not using
9   this?
10       MR. GREENBAUM:  No.
11       THE WITNESS:  You got the bad one
12  too?
13       MR. GREENBAUM:  Wait.  That one's
14  bad too?
15       THE WITNESS:  His is.
16       MR. GREENBAUM:  Oh.  I don't know
17  what --
18       THE WITNESS:  And his is too.
19       MR. GREENBAUM:  We had an issue
20  with the coping service.  So --
21       THE WITNESS:  That's right.
22   Q    Okay.  So the one in front of you
23  that we're now calling 54 is correct?
24   A    Yes.
25   Q    And what is Exhibit 54, Ms. Wright?

257

1    A    This is the map that was proposed
2   in 2017 session.
3    Q    Okay.  And did you create
4   Exhibit 54?
5    A    Yes.
6    Q    Okay.  And Exhibit 54 doesn't
7   include any proposed changes for Gwinnett
8   County; correct?
9    A    That's correct.
10   Q    It does include proposed changes
11  for District 111 in Henry County; correct?
12   A    Yes.
13   Q    And that district -- it was going
14  to create a change between District 73 and
15  District 111; correct?
16   A    Yes.
17   Q    And what was the substance of the
18  change between District 73 and District 111?
19   A    In 111, we put a precinct back
20  together and split a different precinct.  The
21  representative had had a request from some
22  people in that area that he knew and had grown
23  up around, and they were unhappy that they
24  weren't able to vote for him.  He wasn't on
25  their ballot.  And so he wanted to see if that

Donovan Reporting, PC                                              770.499.7499

Gina H. Wright          Georgia State Conference of the NAACP, et al vs Kemp          November 20, 2017

72 (Pages 258 to 261)

258

1    would be something we could do.
2        Q    And what district did you split,
3    and what district did you put back together?
4        A    We put Mt. Carmel back together,
5    and we split a portion of South Hampton.
6        Q    And so in the new plan, where did
7    Mt. Carmel end up?
8        A    It's in District 73.
9        Q    Okay.  So Mt. Carmel went to 73,
10   and 111 took on a portion of South Hampton?
11       A    Yes.
12       Q    Okay.  Do you know how that changed
13   the performance of District 111 for a
14   Republican candidate?
15       A    If I recall, it was about one
16   percent maybe.
17       Q    One percent better or one percent
18   worse?
19       A    One percent better for
20   Representative Strickland.
21       Q    Okay.  And do you recall
22   Representative Strickland having a close
23   election in 2016?
24       A    Yes.
25       Q    Do you recall Representative

259

1    Strickland performing worse in -- than he did
2    in 2014 with respect to some of the precincts
3    that were not affected between 2014 and 2016?
4        A    Can you say that again?
5        Q    Yes.  So there were a number of
6    changes in District 111 and to -- in 2015;
7    correct?
8        A    Yes, in '15.
9        Q    But there were some precincts that
10   were not changed at all in 2015; correct?
11       A    Yes.
12       Q    Did you look at all as to how
13   Representative Strickland performed in those
14   unchanged precincts in '16 as compared to '14?
15       A    I don't recall looking at it
16   precinct by precinct, the data that way.
17       Q    Now, Mr. O'Connor had been tasked
18   by the chief of staff for the speaker to work
19   on the redistricting; correct?
20       A    At that point in time, yes.
21       Q    Was there a certain point in time
22   where things changed?
23       A    Yes.
24       Q    When did that happen?
25       A    When I found out about it.

260

1        Q    Okay.
2        A    I don't know when that was exactly
3    though.
4        Q    Okay.  And when did that happen?
5        A    I don't know when that was exactly.
6        Q    Sorry.  All right.  Now, Mr.,
7    Mr. O'Connor, the second and third pages of
8    Exhibit 53 referenced minutes of -- or draft
9    minutes of the meeting of the House
10   Reapportionment Committee on March 1st;
11   correct?
12       A    Yes.
13       Q    And did you attend that meeting?
14       A    Yes.
15       Q    Okay.  Now, Representative -- the
16   minutes reflect that Representative Scott
17   expressed concern about the changes to
18   Districts 73 and 111 in Henry County.  Do you
19   recall Representative Scott expressing
20   concerns?
21       A    I honestly do not.
22       Q    Okay.  Now, he said that he had
23   sent an email to Ms. Miller the day after the
24   March 1 meeting with a draft summary; correct?
25       A    Yes.

261

1        Q    Does the fact that he sent the
2    minutes the day after the meeting itself lend
3    credibility to the fact that Representative
4    Scott expressed concern about changes to
5    Districts 73 and 111?
6        A    I'm, I'm really not sure what
7    the --
8        Q    Yeah.
9        A    -- what you're trying to get to.
10       Q    What I'm trying to get -- yeah.
11   I'm not trying to -- I'm trying to get at the
12   fact that he, that he sent the notes the day
13   after.
14       A    Well, the meeting was held at
15   5:00 p.m., so that would be probably why that
16   happened pretty quick the first thing the next
17   morning.
18       Q    The first thing the next morning.
19   So the fact that he did it pretty quickly,
20   does that make it more likely that the minutes
21   are accurate in terms of portraying what
22   happened?
23       A    Dan is pretty meticulous with his
24   notes and details, so I would presume that
25   this is an accurate summary.

Electronically signed by Joel Moyer (501-161-376-4513)                                      fc988dc5-9c7d-4a88-adea-e0518e25bb06

Gina H. Wright        Georgia State Conference of the NAACP, et al vs Kemp        November 20, 2017

73 (Pages 262 to 265)

262

1    I did not know Dan took notes on
2    minutes on meetings until after I found this
3    out. I think that's a carryover from when he
4    worked for the committee as a research
5    analyst. That's what he used to do, so he's
6    always just continued to do that, but I did
7    not know that he did that, and now I do.
8    Q    You did as of March 16th?
9    A    Yes.
10   Q    All right. Now, after this House
11   meeting, in fact, there was a revised plan
12   that, that was considered by the House;
13   correct, a modified plan?
14   A    Can you start over again?
15   Q    Sure.
16   A    I'm not sure I heard all of it.
17   Q    Yes. What I wanted to get at: Was
18   at a certain point in time, the House
19   considered a second plan in 2017; correct?
20   A    The House considered a second plan?
21   Q    Yes. Or the Senate -- the Assembly
22   considered a second plan; correct?
23   A    The House passed this version.
24   When it got to the Senate, I believe there was
25   a sub in the Senate committee that was

263

1    different from this version, I think. Is that
2    what you're getting at?
3    Q    Yes.
4    A    Okay.
5    Q    That there was a second version.
6    A    I think that's how it went down.
7    Q    Okay. And in that second version,
8    the changes between 73 and 111 did not appear;
9    correct?
10   A    Yes -- I mean, yes. Yes, they did
11   not appear.
12   Q    And do you know why that change was
13   taken out?
14   A    I think there were, there were
15   those two districts removed as well as the two
16   in this area here between Cobb and Fulton were
17   also removed. There was a lot of comment, and
18   I guess the members decided that it wasn't, it
19   wasn't something they wanted to pursue because
20   of that, so they chose to not make any changes
21   and remove their portions of the districts.
22   Q    There was a lot of comment because
23   people were critical of the changes between 73
24   and 111?
25   A    Well, I think they were critical of

264

1    all of them, doing it at all, but, yes, I
2    mean, I think that that was part of it, yeah.
3    Those districts, those districts, you know I
4    think people just didn't want to see anything
5    done at that point anyhow.
6    Q    But the House passed it regardless;
7    correct?
8    A    Yes, the House had passed it
9    already. And then, like I said, this was in
10   the Senate committee when they sent the bill
11   in the committee there.
12   Q    Was there concern expressed with
13   respect to 111 that by making these changes it
14   would be more difficult for an
15   African-American candidate to get elected to
16   that district?
17   A    I don't recall that being
18   specifically said, to me anyway.
19   Q    Okay. What do you recall being
20   said about the changes between 73 and 111?
21   A    Specifically, I don't recall what
22   comments were made about any specific
23   district. I think more, more than anything
24   people just didn't want to see the map being
25   changed again in 2017.

265

1        (Whereupon a document was identified as
2        Plaintiff's Exhibit 55.)
3    Q    Okay. I want to move on to the
4    next exhibit which I think is 55, and that's
5    GA 86 to 90.
6        MR. STRICKLAND: What was 54?
7        MR. GREENBAUM: 54 was --
8        MR. WILL: The map.
9        MR. GREENBAUM: -- this messed up
10   one.
11       MR. STRICKLAND: Okay. Got it.
12       MR. WILL: And page numbers again,
13   tell me.
14       MR. GREENBAUM: 86 to 90.
15       MR. WILL: Thank you.
16   Q    Okay. Ms. Wright, do you recognize
17   this document?
18   A    Yes.
19   Q    What is it?
20   A    It's a series of emails that began
21   with Dan and an individual, and then at some
22   point it began -- it was forwarded to me to
23   respond to.
24   Q    Okay. And do you know who
25   Ms. Cochard is?

Gina H. Wright          Georgia State Conference of the NAACP, et al vs Kemp          November 20, 2017

74 (Pages 266 to 269)

266

1     A    I do not.
2     Q    Okay. And this actually gives the
3  history that you were talking about a couple
4  of minutes ago, what was in the initial House
5  bill and then what happened in the Senate;
6  correct?
7     A    I think it --
8     Q    I'm looking --
9     A    I know what Dan's portion --
10     Q    -- at the first email on pages --
11     A    Okay.
12     Q    -- four and five.
13     A    Let me go back to that. I don't
14  know what that says.
15          Apparently, the initial email went
16  to Deborah Miller. I didn't know that, or I
17  didn't remember that.
18          Yes, that does appear to describe
19  what I just said about that bill.
20     (Whereupon a document was identified as
21     Plaintiff's Exhibit 56.)
22     Q    Okay. All right. And then I'm
23  going to mark as Exhibit 56, GA 40 to 59.
24     (Whereupon off-the-record discussions
25     ensued.)

267

1          MR. STRICKLAND: Can we go off the
2  record for just a second?
3          MR. GREENBAUM: Sure.
4          THE VIDEOGRAPHER: Going off video
5  record.
6     (Proceedings in recess, 4:51 p.m. to
7     4:59 p.m.)
8          THE VIDEOGRAPHER: We're now back
9  on video record at 4:59 p.m. This is the
10  beginning of file number six.
11     Q    All right. Ms. Wright, let's go
12  back to Exhibit 56 for a couple of minutes.
13  It's the document that you got just before we
14  broke.
15     A    Okay.
16     Q    And what is Exhibit 56?
17     A    This is an email of the 2012 map
18  packet, what was adopted in '12, and then a
19  map of the 2015 Henry County portion that was
20  sent to Representative Welch.
21     Q    And do you know why Representative
22  Welch wanted this information?
23     A    I do not know that.
24     Q    Okay. In your office, do you have
25  any standard operating procedures with respect

268

1  to email and file retention?
2     A    As -- no, I guess.
3     Q    No?
4     A    No.
5     Q    Do you have any procedures that you
6  yourself follow in terms of email retention?
7     A    I archive emails. I delete junk.
8  And it depends on -- I don't know. I don't
9  archive often enough probably, but I do it by
10  hand, so I don't do it -- I don't let it auto
11  archive, which I probably should, but I don't.
12     Q    And so do you delete any emails
13  that contain any substantive information
14  about, for example, plans that you're working
15  on?
16     A    No.
17     Q    And when you archive them, do you
18  archive them into a particular folder?
19     A    I don't know where it goes. I
20  just --
21     Q    Okay.
22     A    -- just do it.
23     Q    You just, it archives as a group
24  of --
25     A    Yeah.

269

1     Q    -- emails?
2     A    The folder, yeah, set it up in an
3  archive folder that, from what I understand
4  is, saved of that network somewhere.
5     Q    Okay.
6     A    I don't know.
7     Q    And in coming up with, you and your
8  staff, in terms of responding to the document
9  request, you went through the archives?
10     A    Yes.
11     Q    Okay. I want to go back -- do you
12  know why Representative Welch wanted the
13  information that is contained in Exhibit 56?
14          MR. STRICKLAND: Asked and
15  answered.
16          MR. WILL: Asked and answered.
17     Q    Okay.
18     A    Should I answer it again?
19          MR. WILL: Yes.
20          MR. STRICKLAND: Go ahead.
21     A    No, I don't know.
22     Q    Okay. All right. So I want to now
23  go back to the Henry County 2015 plan, and I
24  want to ask you about District 109.
25     A    Uh-huh (affirmative).

Electronically signed by Joel Moyer (501-161-376-4513)                    fc988dc5-9c7d-4a88-adea-e0518e25bbb06

Gina H. Wright                Georgia State Conference of the NAACP, et al vs Kemp                November 20, 2017

75 (Pages 270 to 273)

270

1     Q    In, in your view, is District 109
2   compact?
3     A    For the most part.
4     Q    Where, where would you consider it
5   not to be compact?
6     A    Well, compact is hard to define,
7   but the majority of the district is here --
8     Q    Can you describe --
9     A    -- and have this piece --
10     Q    -- what "here" is?
11     A    The majority of the district
12   stretches from the Hickory Flat and Lake Haven
13   precincts into Newton County and up into the
14   corner of Rockdale County around, kind of
15   centered around the East Lake and Kelleytown
16   areas, and then stretches now further up into
17   some of Stockbridge.  But Stockbridge is a
18   very large city, so it has some of Stockbridge
19   in this area.  This area down here is also
20   Stockbridge but so is this out here.
21     Q    So do you have a sense, from end to
22   end from, let's say, the edge of where
23   Stagecoach is to where Mt. Bethel is, how many
24   miles that is?
25     A    I do not.

271

1     Q    Okay.  And then with respect to
2   111, would you consider 111 to be compact?
3     A    111 is more compact than it had
4   previously been.
5     Q    Do you consider it to be compact
6   now?
7     A    It's more compact than it was
8   previously.
9     Q    So relatively speaking, it's more
10   compact than it was before, but would you, but
11   would you consider it to be --
12     A    Whichever district had these
13   precincts that were here was going to be a
14   little bit less compact than it had been.  I
15   think that this district running more this
16   way, that was also a really long district in
17   size.
18         But, you know, this one going that
19   way, east to west versus north to south,
20   either way, they're going to be large
21   districts in size.  Henry County is very large
22   geographic county.  Precincts are large.
23     Q    Would it be fair to say that
24   District 111 runs from the northwest part of
25   the county to the southeast part of the

272

1   county?
2     A    Oh, I wouldn't say that.  The
3   northwest part of the county is up there at
4   the very top under the H, so it's not nearly
5   as far north as the county stretches.
6     Q    But relative, relatively speaking,
7   it's more north than several of the districts
8   in the county; correct?
9     A    You mean 111 is located further
10   north than other districts in the county?
11     Q    Yes.
12     A    A portion of it stretches further
13   north than some of the other districts, but
14   those districts do not -- are not centered in
15   the same location that that district is.
16     Q    Okay.  It goes all the way to the
17   western boundary of the county; correct?
18     A    Yes.
19     Q    That Pates Creeks is in the western
20   boundary?
21     A    Yes.
22     Q    And it goes all the way to the
23   southeastern portion of the county too;
24   correct?
25     A    Yes.  It goes to Locust Grove area.

273

1     Q    Okay.  So you would say that 111 is
2   more compact in 2015 than it was in 2012, but
3   I didn't get a clear answer as to whether you
4   consider it to be compact in 2015.
5     A    I mean, compact, there's not an
6   easy way to define compactness to me.  Could
7   it be more compact?  Possibly.  But when you
8   take into account other factors as you have to
9   consider and that we were considering for the
10   drawing of the district, I would say it's as
11   compact as it can be and also fit with the
12   criteria that were given.
13     Q    Okay.  And as we mentioned before,
14   it's the only one of the eight legislative
15   districts in Henry County that is entirely in
16   the county; correct?
17     A    That is correct.
18     Q    That, that the other districts
19   either run to the -- it sort of creates, it
20   sort of creates a diagonal across the county,
21   wouldn't you say?
22     A    111?
23     Q    111.
24     A    I don't -- I guess you could say
25   it's a diagonal.  This is I-75, so it sort of

Electronically signed by Joel Moyer (501-161-376-4513)                                          fc988dc5-9c7d-4a88-adea-e0518e25bb06

No

Gina H. Wright          Georgia State Conference of the NAACP, et al vs Kemp          November 20, 2017

274

1    parallels to the interstate that runs through
2    it.
3        Q    And 175 -- and I-75 goes from the
4    northwest corner to basically the southeast
5    corner; correct?
6        A    I'd say it's in the middle of the
7    western boundary, you got a good distance
8    further up, but it comes in here, and Clayton
9    County comes across the line here and then runs
10   down.
11       Q    So the north edge of the county --
12       A    I have really short arms.  If I can
13   point with this, the northern edge of the
14   county is all the way at the very top up here,
15   those little parts up there.  So your District
16   76 takes in the very most northern precincts
17   that are in Henry County.
18       Q    Oh, I see.
19       A    District 90 comes in here and takes
20   in a large area that's in the northern -- this
21   is also taking part of Stockbridge, which is
22   somewhat in the northern area, even though
23   Stockbridge is annexed all the way down into
24   here, but --
25       Q    Okay.

275

1        A    But these precincts here are kind
2    of in between all of that.  As I had mentioned
3    before, we didn't -- both District 109 and 111
4    had brand new incumbents that were elected in
5    2012 when the districts had just been drawn.
6    Neither of them had served in the House
7    before.
8        So knowing the incum -- where the
9    incumbent is and their ability to reach the
10   district, you know, that is, that is also a
11   factor that was -- I was aware of, knowing
12   that this incumbent at the time lived here and
13   this one lived somewhere in here.
14       Q    Is there a reason why part of
15   McDonough is in District 111 but not Westside?
16       A    Westside was in 1 -- 110 on the
17   original map in '12 down there.
18       Q    Yeah.  I'm just curious, even back
19   in 2012, I mean, McDonough kind of sticks out
20   to the east whereas Westside, going back to
21   your point --
22       A    If you look at the previous map, it
23   didn't quite do that, but if I recall,
24   Westside is more a Democratically leaning
25   precinct which would not have been helpful to

276

1    the 111, but it had been in 110 before when it
2    looked like that.
3        Q    Okay.  So one of -- so Westside in
4    both maps --
5        A    Was in 110.
6        Q    -- was not --
7        A    It was not moved.
8        Q    -- was in 110?
9        A    That's correct.
10       Q    And if Westside had been in 111, it
11   would make 111 less Republican?
12       A    Yes, I think so.
13       Q    Would it also make 111 less or more
14   black?
15       A    Possibly so.
16       Q    Let me ask the question again
17   because it's going to come out --
18       A    I would have to look.
19       Q    -- imprecise in the transcript.
20       Would it also make 111 more black?
21       A    Would Westside being in 111 make
22   111 more black?
23       Q    Yes.
24       A    I'd have to look at the
25   demographics of the Westside precinct.  I

277

1    don't know that off the top of my head, but I
2    would think that there are -- there's a good
3    chance that that's the case.
4        MR. POWERS:  That was it.
5        MR. GREENBAUM:  All right.  No
6    further questions at this time.
7        MR. STRICKLAND:  When you say at
8    this time, do you -- you may not have used all
9    your time.  Do you anticipate any further
10   deposition testimony from this witness?
11       MR. WILL:  Aria, are you there?
12       MS. BRANCH:  Yes, I'm here.  I'm
13   sorry.  I didn't hear the question.
14       MR. WILL:  The question was:  Do you
15   have any questions?
16       MS. BRANCH:  I have a -- I can, I
17   can ask a couple of questions.  They're going
18   to be based on the 2011 map as amended by House
19   Bill 566.
20       And, I'm sorry, I'll introduce
21   myself before I just ask a few short questions.
22   I'm Aria Branch, counsel for the Thompson
23   Plaintiff, and I'm from Perkins Coie in
24   Washington DC.
25       - - -

Donovan Reporting, PC                                      770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                    fc988dc5-9c7d-4a88-adea-e0518e25bb06

Gina H. Wright                Georgia State Conference of the NAACP, et al vs Kemp                November 20, 2017

77 (Pages 278 to 281)

278

1  EXAMINATION
2  BY MS. BRANCH:
3      Q    One question I have is whether or
4  not there was any discussion about creating any
5  additional majority-black districts in the 2011
6  map?
7      A    When you refer to the 2011 map, you
8  mean the first redraw following the census?
9      Q    Correct.
10     A    So when we, when we drew that map,
11 we applied the new census data to our existing
12 House districts, and although the number of
13 majority-minority districts at that time was
14 inclusive of districts whose deviations were
15 not balanced, we made every effort to create at
16 least that many majority-minority districts,
17 and we were successfully able to do so.
18         And because you use the same 2010
19 census data to redraw, no, there has not been
20 any further discussion of creating an
21 additional district because we would be using
22 the same data that we used previously.
23         And along that same line, midterm
24 redistricting that we've done, as we discussed,
25 is normally a consensual process between the

279

1  incumbents, so to create a new open seat would
2  require two incumbents to willingly choose to
3  say, let's draw a new district, and I'll be
4  paired with this other incumbent and give up my
5  seat in order to create an open seat, and that
6  has not happened as far as I'm aware.
7      Q    Did the 2011 map have the same
8  number of majority-minority districts as the
9  2000 map, House of Representative districts?
10     A    As far as the 2000, you mean the map
11 that was being used in the year 2000?
12     Q    Yeah. So the map immediately
13 preceding the 2011 map, did that have, you
14 know, as amended or however, did that have the
15 same number of majority-minority districts as
16 the map that was created in 2011, which was the
17 map immediately preceding the 2010 census?
18     A    I would want to go back and
19 double-check, but if I'm not mistaken, I
20 believe we added about six majority-minority
21 districts following --
22     Q    Okay.
23     A    -- the new census data.
24         MS. BRANCH: Okay. No further
25 questions for me.

280

1      MR. GREENBAUM: Frank?
2      MR. STRICKLAND: The other question
3  I had for you, Jon, is I don't know where you
4  stand on how much of your time you've utilized,
5  but are you finished with this witness, or are
6  you reserving the right to ask her some more
7  questions?
8      MR. GREENBAUM: So the thing that,
9  the thing that I'm particularly interested in,
10 and we talked a little bit about this before,
11 David and I, is I'm not sure -- the witness had
12 talked about the fact that she had these
13 folders for -- that they keep folders for each
14 of the legislators, and that she sent the
15 shape -- she sent the information from those
16 folders that would have maps that were
17 considered with respect to their districts,
18 that she put them on a CD.
19         I'm not sure that that information
20 got to us. We got the documents that were one
21 of the things that we asked for. I'm not sure
22 that we got the alternate maps. And if we
23 haven't gotten the alternate maps, then, you
24 know, I would keep the deposition open
25 specifically to discuss those alternate maps.

281

1      MR. STRICKLAND: To look at maps
2  that weren't adopted?
3      MR. GREENBAUM: Correct.
4      THE WITNESS: Can I speak to that?
5  RE-EXAMINATION
6  BY MR. GREENBAUM:
7      Q    Yes.
8      A    Everything we had was on those
9  disks. The shape files that were there were
10 all of the alternative proposed shape files
11 that I have.
12         Now, I'm assuming you're aware of
13 the ransomware virus we had that attacked our
14 system. You knew about that?
15     Q    Yes.
16     A    And so anything that there could
17 have been additional things that we have no
18 record of now that were taken in that virus, if
19 I had it in an email, like if I had a PDF or I
20 had something, I had sent a proposal in an
21 email, I was able to open the email, we could
22 recreate those. Those were recreated, and
23 anything that I had of that nature was included
24 in those shape files.
25         If it was never sent in an email and

Donovan Reporting, PC                                      770.499.7499

**282**

1 I didn't have a printout and I didn't have
2 anything in hand, then those were -- they were
3 gone, and I -- I, of course, can't go back
4 three years and mentally say, oh, this is what
5 a proposal looked like.
6    Q   Okay. So was -- so if it was in an
7 email, you would still have it, but if it was
8 just on your system, let's, let's give an
9 example of you've got a folder for Strickland
10 in 111.
11    A   Uh-huh (affirmative).
12    Q   If there were maps that along the
13 way were being considered for Strickland in
14 111, let's say, in 2015, would those have been
15 affected by the ransomware?
16    A   If I had not sent it in an email and
17 I did not have a printout of it in some way,
18 shape, or form, then, yes, because the email --
19 the virus happened in the fall of 2015.
20         I can say though with a relatively
21 good degree of certainty that there were not a
22 lot of alternative maps. I did not draw
23 multiple variations for -- of all the 17
24 districts that were in that bill, there were
25 not a lot of alternative versions drawn.

**283**

1         They were one-stop map draws. Most
2 of them were simple things they wanted to do.
3 They had an objective. They said, can you do
4 this? We would do it, and that was it. And
5 those pieces were then put together to make up
6 what was that House Bill 566? So there
7 weren't, there weren't multiple iterations upon
8 iteration upon iteration of maps.
9    Q   Okay.
10    A   There just weren't.
11         MR. GREENBAUM: Okay. Thank you for
12 that.
13         It's not my intent to bring her
14 back, but I do want to technically keep the
15 deposition open.
16         MR. STRICKLAND: Okay. Let's
17 determine how much time that is so that we all
18 know what it is.
19         THE WITNESS: Like five minutes.
20 Just kidding.
21         MR. STRICKLAND: Do we know,
22 Mr. Reporter?
23         MR. WILL: How much time have we
24 been on the record, David, so far today?
25         THE VIDEOGRAPHER: 5 hours and 59

**284**

1 minutes.
2         MR. STRICKLAND: Okay. So you've
3 got about one hour.
4         MR. GREENBAUM: Got it.
5         MR. STRICKLAND: Just wanted to get
6 that part on the record so that we didn't have
7 a later disagreement on the subject.
8         MR. GREENBAUM: Fair enough.
9         MR. WILL: All right. Then I guess
10 we're done for today.
11         MR. GREENBAUM: Thank you.
12         THE VIDEOGRAPHER: All right. Going
13 off video record --
14         MR. WILL: Thank you very much.
15         THE VIDEOGRAPHER: -- at 5:17 p.m.
16    (Proceedings adjourned, 5:17 p.m.)

**285**

1 I, GINA H. WRIGHT, Deponent,
2 do hereby certify that I have read the
3 foregoing deposition, and the same is a true
4 and accurate transcript of my testimony, except
5 for the changes listed below, if any.
6 PAGE/LINE/CHANGE                REASON
7 _____
8 _____
9 _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
If additional space is needed, please attach
20 separate sheet(s) and indicate number of
additional page(s) here:_____
21
22 _____
GINA H. WRIGHT, Deponent
23 This _____ day of _____, 20_____.
24 Donovan Reporting, PC FAX: 770-428-5801
237 Roswell Street Marietta, GA 30060
25 Date of Deposition: 11-20-2017 CR: JM

Gina H. Wright                  Georgia State Conference of the NAACP, et al vs Kemp                  November 20, 2017

79 (Pages 286 to 287)

286

1          CERTIFICATE OF COURT REPORTER
2     STATE OF GEORGIA
3     COUNTY OF COBB
4          I hereby certify that the foregoing
5     deposition was reported as stated in the
6     caption, and the questions and answers thereto
7     were reduced to writing by me;
8          That the witness's right to read and
9     sign the deposition was reserved;
10         That the foregoing pages 1 through 287
11    represent a true, correct, and complete
12    transcript of the evidence given on the
13    above-referenced date by the witness, GINA H.
14    WRIGHT, who was first duly sworn by me;
15         That I am not of kin or counsel to any
16    of the attorneys or parties in this case.
17         I do hereby disclose pursuant to
18    Article 10.B. of the Rules and Regulations of
19    the Board of Court Reporting of the Judicial
20    Council of Georgia that I am a Georgia
21    Certified Court Reporter; that I am an employee
22    of Donovan Reporting PC; that Donovan
23    Reporting PC was contacted by the attorney
24    taking the deposition to provide court
25    reporting services for this deposition; that I

287

1     am not taking this deposition under any
2     contract that is prohibited by OCGA 15-14-37(a)
3     and (b) or Article 7.C. of the Rules and
4     Regulations of the Board; and I am not
5     disqualified for a relationship of interest
6     under OCGA 9-11-28(c).
7          There is no contract to provide
8     reporting services between myself or any person
9     with whom I have a principle and agency
10    relationship nor any attorney at law in this
11    action, party to this action, party having a
12    financial interest in this action, or agent for
13    an attorney at law in this action, party to
14    this action, or party having a financial
15    interest in this action.  Any and all financial
16    arrangements beyond my usual and customary
17    rates have been disclosed and offered to all
18    parties.
19         This 5th day of December 2017.
20
21
          JOEL P. MOYER, CCR 2745
22        Certified Court Reporter
23
24
25

Donovan Reporting, PC                                                        770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                                              fc988dc5-9c7d-4a88-adea-e0518e25bb06

Gina H. Wright                 Georgia State Conference of the NAACP, et al vs Kemp                 November 20, 2017

**A**

**ability** 104:21,22
  132:20 210:16
  211:16 275:9
**able** 23:23 25:12
  28:16 43:18 56:6
  112:5 117:17 134:4
  136:1 141:17
  167:23 168:13
  185:12,25 212:20
  217:15 227:15
  257:24 278:17
  281:21
**above-referenced**
  286:13
**Absolutely** 117:12
**accepted** 41:10
**accomplish** 28:9 29:3
  75:1
**account** 20:22 21:9
  80:3 91:22 273:8
**accounting** 77:10
**accurate** 81:9 106:9
  123:12 151:3
  163:10 205:13
  206:5 208:18
  209:25 210:1 232:3
  242:9 246:11
  261:21,25 285:4
**accurately** 26:17
**achieve** 21:25 59:10
  70:2,7 220:19
**acknowledged** 91:14
**acknowledging** 72:1
**Act** 5:14 15:18 21:4
  70:21,25 71:4,5
  72:13 74:17,25
  75:5,14 123:20
**action** 4:15 15:3
  287:11,11,12,13,14
  287:15
**active** 7:8 171:15
  173:3
**actual** 112:21
**add** 213:15
**added** 134:16 151:15
  191:9,12 204:13
  213:7 214:4,4
  216:15 217:5 220:6
  226:25 237:15
  279:20

**adding** 134:6,17
  214:19 215:14
  229:9
**addition** 74:6 99:15
  104:13 133:6
  136:22
**additional** 171:10
  193:23 219:24
  244:14 278:5,21
  281:17 285:19,20
**address** 121:24 122:4
  237:23
**addresses** 76:2 122:5
**addressing** 237:8,8
**adhere** 233:8
**adhered** 232:12
**adjoining** 22:20
  102:18 203:16
**adjourned** 284:16
**adjust** 44:25 233:15
**adjustments** 41:23
**administrative** 39:2
**Administrator**
  143:12
**administrators** 41:8
**adopt** 65:20
**adopted** 40:6 70:24
  143:4 267:18 281:2
**advantage** 22:2,8
  28:12
**advisors** 72:23 73:1
  73:16
**affect** 94:8,10,11,13
  139:6
**affirmative** 29:13
  39:9 48:1 57:6
  88:22 98:11 105:7
  122:20 137:1
  145:21 146:4,7,21
  156:16,24 173:20
  214:6 227:3 230:5
  231:3 269:25
  282:11
**African-American**
  30:17 72:7 90:15
  90:25 98:13 156:22
  175:22 176:9,12
  264:15
**African-Americans**
  136:23 182:23
**afternoon** 250:21
**age** 131:18,21 132:1

  136:22 218:8,13,22
**agency** 287:9
**agent** 287:12
**ago** 10:24 20:20 23:6
  76:9 266:4
**agree** 58:14,15,17
  137:19 204:4
  205:11 206:9
  208:10,14 209:4,21
  210:7 218:11,12
  242:19 243:22
  247:11,13
**agreeing** 243:20
**agreement** 66:15
  125:23
**agrees** 246:22
**AG's** 74:15
**ahead** 27:17 46:14,25
  48:5 49:18 165:19
  170:7 173:25
  184:16 188:11
  215:19 269:20
**Alex** 9:7
**align** 238:11
**aligning** 233:16
**allo** 106:10
**allocate** 106:10,15,21
  109:21 168:13
**allocated** 44:7
**allocates** 109:11
  110:3,6
**allow** 70:10 76:23
**allowed** 57:16
**alluded** 168:17
**alongside** 175:12,13
**alternate** 17:23 18:1
  280:22,23,25
**alternative** 17:10
  35:1 281:10 282:22
  282:25
**altogether** 92:19
**Amburn** 7:19 122:17
  122:19,21
**Amburn's** 198:6
**amended** 71:1 194:2
  277:18 279:14
**American** 86:13
**amount** 95:25 102:13
  180:11 181:21
**amounts** 87:9
**analysis** 92:1 209:23
  212:5 242:21

**analyst** 38:22 121:4,5
  210:14 262:5
**analyze** 204:22,24
**analyzed** 204:18
**analyzes** 205:1
**analyzing** 53:14
**ANDERSON** 1:7
**ANDREA** 1:7
**Andy** 104:3
**and/or** 249:19
**Angela** 36:22
**Anne** 73:2
**annexed** 274:23
**anonymity** 238:9
**answer** 14:6,7 111:18
  119:3 183:1 206:14
  233:21 269:18
  273:3
**answered** 39:1
  269:15,16
**answers** 179:11
  286:6
**anticipate** 277:9
**anybody** 16:25 24:2
  24:10 25:23 67:5
  155:1
**anymore** 37:4,19
**anyway** 30:2 264:18
**AP** 133:4
**apologies** 126:14
**apparently** 172:15
  198:21 266:15
**appear** 222:19 263:8
  263:11 266:18
**APPEARANCES** 2:1
**appears** 35:9 51:1
  131:15 148:13
  149:19 157:15
  158:15 179:23
  183:14 206:23
  207:13 230:21
  241:25
**apples** 134:17
**applied** 130:21
  278:11
**apply** 107:25 238:23
**applying** 71:21
**appoint** 57:21
**appointed** 11:23
**appointment** 64:24
  114:12 116:19
  122:13

**appointments** 56:2,6
  57:5,8
**apportionment**
  126:20
**appreciate** 46:17
  126:1 235:2
**approached** 198:2
**approximate** 95:25
**April** 204:12
**archive** 268:7,9,11,17
  268:18 269:3
**archives** 268:23
  269:9
**area** 18:17 19:5,7,10
  30:21 41:25 66:10
  66:17 82:16 84:21
  85:4,6 94:6 113:6
  145:15 152:4 161:4
  164:2 183:3,8
  186:15 213:4 214:9
  214:10,18,19 216:1
  219:13,18 225:5,6
  225:20,22 226:6
  228:22 257:22
  263:16 270:19,19
  272:25 274:20,22
**areas** 24:21 42:1,23
  64:9 71:16 76:7
  84:23 90:10 103:4
  103:10 134:3 224:5
  224:6 227:15
  238:25 241:10
  270:16
**Aria** 2:13 207:19
**arms** 274:12
**arrangements** 287:16
**ARREYMBI** 1:7
**article** 10:5 197:7
  286:18 287:3
**articulation** 127:16
**asked** 19:25 32:19
  33:12 51:3 125:8
  125:14 172:16,17
  172:19,25 193:21
  193:23 198:3 211:8
  248:11,19 251:15
  269:14,16 280:21
**asking** 14:4,19,22
  29:12 31:14 34:19
  58:6 59:15 103:25
  116:24 121:23

166:21 173:13
180:19,19,22
198:22 247:4
**asks** 33:9 92:13
221:11
**aspect** 109:8 224:21
**Assembly** 12:19 16:4
35:20,24 50:20
70:1,6 114:22
115:4,9,10 121:3,14
154:22 262:21
**assignment** 205:3
238:20
**assignments** 56:14
**assistant** 37:1 39:2
41:12 170:12
**assisted** 120:15
**assume** 109:3 110:15
111:6,8 139:12
169:7,23 170:25
193:20 203:17
251:22
**assumed** 112:24
**assuming** 281:12
**Atlanta** 1:2,19 2:10
2:20 35:17 145:15
147:6 198:17
**attach** 285:19
**attached** 5:11 7:7 9:2
9:9,13
**attaches** 170:15
**attachment** 61:9,11
**attachments** 8:6,8,21
**attacked** 281:13
**attempt** 166:25
**attempts** 162:2
**attend** 84:22 189:22
260:13
**attended** 155:22
156:17
**attention** 69:11 85:8
88:6 102:21 133:9
133:11,12 179:8
236:25
**attorney** 41:12 74:5
74:11 286:23
287:10,13
**attorneys** 10:25 74:2
74:4,7 76:6 286:16
**AUDRA** 1:6
**August** 155:20
**AUSTIN** 1:6

**authority** 58:3
**authorize** 117:25
**auto** 268:10
**available** 65:16
**Avenue** 2:6
**average** 96:2 97:14
112:9 196:3,13,16
213:17
**avoid** 28:9 125:19
**aware** 32:9 61:14
85:23 89:24 91:24
94:22 134:24
153:23 154:14,19
160:2 167:4 182:14
182:19 193:24
194:4,7,12,22 195:1
195:5,9,12 237:21
239:12 240:22
241:8,12 249:7
251:3 253:2 275:11
279:6 281:12
**awareness** 67:7
**awelch@smithwelc...**
9:8
**Azarian** 9:7
**A-6** 137:15,21
**a.m** 1:20 10:2,12 69:2
69:3,4,6 207:7

---

**B**

**b** 2:18 5:21,23 6:7
32:13,14,25 33:22
34:25 139:23
144:22 246:22,22
287:3
**back** 11:18 14:25
19:15 22:12 27:5
33:16 34:24 35:7
39:3,22 43:1 48:4
50:16 63:1,15
65:17 69:5 74:16
77:25 96:11 100:13
101:17 111:1
112:11 119:18
120:23 125:20
129:3 137:12 138:5
140:25 146:2
157:24 164:16
169:1,9,13,18 171:6
179:2 183:16 188:1
188:5 195:20 204:6
210:21 212:20

213:8,24 219:5
220:3,4,9 221:8,23
229:16,18,18
231:10 232:6,7,11
232:11 234:17
235:13,23 239:8
257:19 258:3,4
266:13 267:8,12
269:11,23 275:18
275:20 279:18
282:3 283:14
**bad** 256:11,14
**balance** 79:7,21 80:8
219:17 220:20
226:4 228:20 229:3
229:14,21 230:2
**balanced** 27:3 278:15
**balancing** 220:8
**ballot** 77:20 220:5
257:25
**ballpark** 81:17
**based** 20:17 71:15
81:8 106:12 151:10
152:24 203:17
204:1,9 277:18
**basic** 72:20 123:9
160:2 202:5,6
**basically** 19:9 40:21
69:14 211:3 222:25
274:4
**basics** 40:18
**basis** 91:6
**Bates** 6:9,19 156:11
**battlegrounds** 241:7
**Baycreek** 159:4,6
162:6 233:23
**Beaver** 169:1
**Beaver's** 169:4
**becoming** 115:24
**bed** 43:6
**began** 265:20,22
**beginning** 1:20 10:8
24:7 38:3 136:4
138:7 188:3 203:19
221:25 267:10
**begins** 44:17
**begun** 55:7
**behalf** 172:17
**beholder** 82:11,11
**believe** 22:10,13
41:10,11 42:1
45:13,23 54:8 64:5

73:9 83:14,23
92:18 98:4 104:3
115:25 117:19
122:15 123:4
126:24 143:10
152:9 161:18
167:19,21 172:1,11
175:20 176:11
190:9,23 196:16
199:8 203:10 207:3
208:18 215:18
222:6 224:25
225:16 228:4
236:18 238:5
239:25 251:13
262:24 279:20
**Benchmark** 5:16,17
5:19 130:13,19
**beneath** 139:3
**beneficial** 78:1 229:1
229:8,11
**benefit** 125:3
**Bennett** 205:16
**Bennett's** 205:19
**best** 244:7
**Bethel** 270:23
**better** 30:2 126:13
190:24 216:16
225:11 230:1
235:16 256:2,4
258:17,19
**beyond** 287:16
**big** 71:11 89:23
158:23 173:14
178:23,24 179:3
186:4 211:21
**bill** 16:8,23 17:12
19:6 73:23 183:20
183:23 184:13,24
188:19,21 189:1,5
189:19,21,25 191:7
191:12,22 192:1,2
198:4,14,20 199:1,5
201:1,4,6 208:2
234:19,20 236:18
244:18 264:10
266:5,19 277:19
282:24 283:6
**bills** 33:4
**Bill-2015** 8:13
**bipartisan** 68:19
**birthday** 189:11,15

**bit** 27:6 35:7 40:16
41:6 48:17 81:23
85:1 96:16,24
97:11,11 108:19
129:16 161:5
164:10 224:7
225:17 226:18
229:9 242:22
243:13 271:14
280:10
**black** 31:4,9 67:5,6
67:12 90:6,15,19,20
90:21,25 91:3,6
93:5 99:10 101:17
101:19,22 102:8,12
102:22 103:2,11
108:17 109:21,22
110:11,15 132:16
132:16,22,23,25
133:1,2,2,4,6,6,10
133:10,13,16,19
134:7,20,21,21,22
136:24,24 137:6,16
149:14 162:12,15
162:17 163:5,7,16
163:17 164:3
193:25 195:2,7,25
203:20 204:2 205:7
205:10 206:2,13
209:18 215:11
217:6,16 218:1,8,12
218:14,22 220:12
248:23 276:14,20
276:22
**blacks** 204:13
**blank** 184:25
**blends** 137:4
**block** 42:12,25 43:19
55:22 105:25 106:6
106:11,17 109:3,15
109:16,17,19,22
110:10,14 111:1,2,5
111:23 112:21
220:13,13 233:24
234:4,7 238:20
**blocks** 42:19 43:12
106:12,18,19,23
111:21 112:17
**blue** 146:10,11 213:5
213:7
**board** 10:6 27:2
251:23 286:19

287:4
**boards** 56:3,7
**body** 247:16
**boost** 22:3 219:19
**boosted** 219:15
**boosts** 219:14
**border** 175:13
**borders** 103:7 175:11
**born** 210:22
**bottom** 47:11 55:9
  89:3 90:14,16,23
  126:25 135:11
  143:18 156:1,2,7
  162:10,10 163:2
  166:14 173:15,22
  173:24 197:5 205:4
  208:4 224:20
  235:12 244:3
  248:20
**boundaries** 40:24
  44:25 45:5 77:8,10
  80:15 81:10 96:14
  97:9 112:2 130:22
  202:6 227:14
**boundary** 41:2 42:12
  43:1 54:18 193:6,6
  215:22 229:23
  234:6 272:17,20
  274:7
**box** 105:13,19 195:15
  195:17 217:19
**brain** 1:10 211:15
  218:15
**Branch** 2:13 4:9
  277:12,16,22 278:2
  279:24
**brand** 275:4
**break** 34:14 68:22,24
  69:7 90:22 108:14
  128:14 137:24
  164:7 187:20
  211:21 212:11
**breakdown** 215:7
  226:9
**breaking** 113:1
**breaks** 88:18 108:11
  108:15
**Brett** 250:22,23
**Brian** 136:10 242:17
**briefly** 90:12
**bring** 106:7 116:6
  129:15 213:23

225:22 283:13
**bringing** 46:10,18
  53:12
**broad** 76:5
**Brockington** 1:18
  2:19 73:11
**broke** 190:17 267:14
**broken** 108:10
**brought** 24:4 46:7
  60:2,3 85:8 115:8
  214:20
**Bryan** 2:9 73:3
**build** 107:9,22
**building** 3:3 65:19
**built** 26:5 107:21
  109:10 131:9
**bulk** 53:19
**bullet** 237:1 242:10
**bunch** 66:11
**Bureau** 5:2 26:21
  42:13,18 44:2,4,12
  44:22 55:7
**burn** 33:14
**burned** 33:6 35:2
**business** 144:2
**busy** 53:2,9

———————
**C**
**C** 2:13 3:2 214:5,12
  214:13,23 216:5
**calculate** 113:3 246:3
  246:12
**calculated** 196:15
  245:25
**calculation** 110:9
  111:6 112:25
**Caldwell** 252:2,3
  255:1
**calendar** 166:11,22
  184:8,10
**call** 69:11 88:6 174:4
  236:25 243:2
  253:17
**called** 36:9 64:22
  83:16
**caller** 207:25
**calling** 234:21 256:23
**candidate** 108:23,25
  111:4,4 175:23
  176:1,9,9,12 180:24
  181:3,4 258:14
  264:15

**candidates** 32:3,6
**capability** 185:14
**capacity** 1:10 104:24
  125:20
**caption** 286:6
**Carmel** 228:19
  229:23 258:4,7,9
**carryover** 262:3
**case** 1:9 11:1,15,17
  11:19,22 12:2,4,6
  13:7,23 39:23 40:4
  40:11,13,19 41:16
  58:24 61:9,16
  77:23 83:6 87:3
  100:5 113:2 121:13
  121:22 122:15
  126:13 143:10
  151:20 162:20
  251:22 277:3
  286:16
**cases** 54:9 79:23
  232:20
**Cassis** 251:12
**catch** 141:2
**categories** 7:1 8:9
  87:10 92:8 108:12
  108:14 125:9
  131:12
**category** 72:10 134:1
  134:13
**caucus** 67:5,6,9,12
  127:2,22 128:1
  240:1
**Caulder** 8:14,17
  239:23 241:23
**cause** 162:23 172:1
  172:11 231:22
**caused** 213:11
**causes** 77:18
**causing** 238:13
**Cave** 2:9
**CCR** 287:21
**cc'd** 122:17 171:1
**CD** 33:6,14 35:2
  280:18
**CELESTE** 1:4
**census** 5:2 25:11
  26:21 42:13,14
  43:11,12 44:2,21,22
  47:22 53:1,3,5,8,21
  55:7,22 81:20 86:4
  86:14 87:22,24

88:2,4 95:8,9,25
  104:13 112:21
  130:21 132:24
  153:25 154:8
  195:23 204:1
  215:10 232:13,22
  233:23 234:4 278:8
  278:11,19 279:17
  279:23
**censuses** 45:1
**center** 82:2
**centered** 270:15
  272:14
**Central** 160:21
  161:20 222:5,10,13
  228:3,6
**certain** 28:4 45:7
  52:13 56:4 57:16
  57:21 58:2 68:18
  78:25 83:12 84:21
  84:22,23 105:4
  111:10 134:3
  139:15 181:17
  186:15 206:6
  243:14 259:21
  262:18
**certainly** 246:24
**certainty** 45:22
  282:21
**Certificate** 4:11
  286:1
**Certified** 1:17 286:21
  287:22
**certify** 285:2 286:4
**cetera** 46:5 248:23
**chain** 164:20,23,25
  244:24 246:16
**chair** 65:21 114:9,12
  114:14
**chairman** 16:4 21:20
  22:13,23,25 28:4
  59:11,18 63:22
  65:18 66:14,14,22
  143:14 185:3 186:8
  186:9,25 191:4,22
  197:9,24 198:2,22
  240:1 252:2,2,4
  255:1,1
**chairs** 186:6
**challenge** 77:17
**chance** 277:3
**chances** 23:22 244:7

**Chandler** 22:11 23:7
  23:17 24:2 167:10
  197:8
**Chandler's** 22:20
**change** 18:22 22:21
  25:1 27:15 30:14
  30:22 44:11,15
  85:25 105:15,19
  142:4,8 151:10
  152:23 177:1,11
  191:10 217:19
  225:8 233:7 238:7
  247:10 254:23
  257:14,18 263:12
**changed** 94:3 137:25
  191:6 205:15 221:9
  222:9 258:12
  259:10,22 264:25
**changes** 13:21 18:12
  18:13,19 19:16
  20:1,12,13 21:13,23
  24:9 25:13,15
  30:23,24 43:11,19
  45:5,14,19,20,24
  46:2,4 48:16,20
  50:2,6 52:21 71:16
  81:10,11,22 94:5
  105:13 107:10
  142:11 158:13
  177:18 178:5,11
  186:10 191:2,20
  195:15 198:25
  200:24 211:18
  212:12 217:11,14
  218:25 220:10
  223:4,7 228:18
  231:19,21,24
  232:21 233:2 237:3
  239:2 243:18
  247:14 249:18
  250:4,22 257:7,10
  259:6 260:17 261:4
  263:8,20,23 264:13
  264:20 285:5
**changing** 24:3,10,14
  24:17 90:9
**Characteristics** 5:3,5
  5:7,9 6:16
**characterization**
  157:11
**checking** 174:15
**chief** 122:23 169:6

240:14 259:18
**choice** 219:22,25
**Chokis** 241:4,5,6
**choose** 279:2
**chose** 263:20
**Christopher** 5:13
**Chuck** 8:20
**church** 84:22
**circumstances** 78:3
  79:3,6
**cities** 6:14 7:21 54:5
  54:17,20 153:5,14
  199:13
**city** 40:23,24,25 41:5
  54:18 56:10,13,15
  56:17,25 79:24
  80:19 153:10,16,19
  157:1,5,8,13 161:1
  161:8,12 199:22,23
  199:24 200:2 222:7
  238:12 270:18
**Civil** 2:5 4:15 15:3
**claim** 198:4
**claims** 61:7 124:16
  198:10
**clarify** 191:25 219:9
**Clayton** 99:9,10,17
  102:17 103:7,9
  104:6 182:21 210:6
  274:8
**clear** 14:4 93:9,15
  226:20 273:3
**clearly** 30:19
**Clinton** 243:9,21
**clipped** 128:21
**close** 44:8 70:8 71:25
  97:17 175:18
  176:14,15 208:19
  226:8 232:13
  243:10 258:22
**closely** 74:15 82:1
  176:19 232:12
**closer** 97:3 103:8
  224:23
**closest** 182:20
**coaches** 129:20
**Cobb** 241:1 263:16
  286:3
**Cochard** 265:25
**codes** 26:15,15
**Coie** 2:14 277:23
**COLEY** 1:4

**collaborative** 64:10
**college** 35:13
**column** 55:18
**columns** 133:22
**combination** 92:3
  105:21 118:18
  132:25 190:19
  193:17 195:13,22
  220:5
**combined** 92:18
  148:14
**combining** 233:13
**Combo** 132:22,23
  133:2
**combos** 77:20
**come** 13:14 27:5 43:1
  53:3 59:21 60:4,6,9
  60:19 66:6 67:25
  68:4,12,16 125:19
  151:18 186:21
  214:9 215:25
  216:24 234:24
  276:17
**comes** 53:9,21 77:3
  148:5,19 215:21
  274:8,9,19
**coming** 17:15 48:4
  66:7 81:2 133:8
  151:17 269:7
**comment** 190:2
  263:17,22
**comments** 186:12
  248:21 264:22
**Commission** 251:24
**committee** 2:4 5:22
  6:19 9:3 16:5 62:1
  62:6,9,16,21 70:24
  77:7 114:10 121:3
  121:4 155:19
  188:15 189:20,23
  190:1,4,7,10 191:7
  191:16,18 246:24
  252:5 254:7 260:10
  262:4,25 264:10,11
**common** 69:14
**communicate** 187:8
  187:9,10
**communicating** 28:6
**communications**
  34:23
**communities** 21:8
  80:23 84:12,13,15

85:22 113:5
**community** 80:19
  84:17,20 85:10,17
  237:7,20
**compact** 216:1,3,22
  270:2,5,6 271:2,3,5
  271:7,10,14 273:2,4
  273:5,7,11
**compactness** 21:6
  81:24,25 82:1,5,8,9
  82:13 83:9,13
  273:6
**comparable** 31:1
**compare** 50:8 88:15
  150:10 151:8
**compared** 112:8
  259:14
**compares** 249:12
**comparison** 25:11
  150:17 248:22
**compiled** 212:8
**compiling** 192:15
  211:4
**complete** 169:15
  220:8 286:11
**completely** 31:21
  55:22 106:9 109:20
  112:1 115:8 246:11
**compliance** 70:20
  74:17,24
**complicated** 58:5
**complied** 75:19
**comply** 21:3 70:24
  71:4 75:3
**complying** 75:16
  82:24 83:1
**component** 36:6
  108:20
**composition** 177:2,11
**comprehensive** 238:5
**computer** 110:21
**computers** 110:22
**concentrated** 103:3,5
  153:1
**concentrations**
  102:22 182:22
**concepts** 77:6
**concern** 238:1,3,8,16
  238:22 260:17
  261:4 264:12
**concerned** 175:14
  198:25

**concerning** 165:1
  168:21
**concerns** 237:9,24
  239:2 260:20
**conference** 1:3 2:2
  186:3 198:9,11,19
**confident** 201:15
**confirm** 207:6
**confirmation** 34:3
**confused** 126:7,11
**Congress** 121:9
**congressional** 1:13
  4:23 6:15 7:21 9:3
  50:21 53:10 55:12
  55:17,21,23 56:5,16
  57:11,12 62:16
  75:23 114:6,18,24
  116:13 135:13
  143:20 153:6,15
  199:14,24 200:3
**conjunction** 109:13
  110:4 115:23 118:2
**connected** 112:1
  116:3
**conscious** 181:13,25
**consensual** 246:21
  247:3,8,15 278:25
**consider** 12:21 29:22
  59:7 77:7 84:14
  134:5 270:4 271:2
  271:5,11 273:4,9
**consideration** 239:12
  249:17,22 250:6
**considered** 15:17
  31:12 33:4 184:14
  191:3 254:24
  262:12,19,20,22
  280:17 282:13
**considering** 70:4
  134:6 194:15 254:9
  273:9
**consist** 55:15
**consistent** 123:10
  127:7 204:16
  231:12 246:6,25
**consists** 239:20
**constant** 54:13
**constantly** 54:22
**Constituencies** 6:13
  149:25
**constitute** 34:8
**Constitution** 75:22

76:2
**Constitutions** 75:17
  75:20
**consult** 192:18,23,24
**consultation** 113:11
**consulting** 72:23
**contact** 42:5
**contacted** 33:7
  286:23
**contain** 268:13
**contained** 1:23 9:13
  14:24 50:3 96:21
  156:14 269:13
**contemporaneous**
  201:15
**content** 124:23,24
  203:17
**contested** 26:25
  107:5,6,13,18
  176:19 196:4,17
**context** 135:19
**contiguities** 76:3
**contiguity** 21:6 76:9
  76:10,11,15,20
**contiguous** 76:5
  227:7,25 228:12
**continued** 2:25 4:25
  5:25 6:25 7:25 8:25
  38:5 262:6
**continuous** 43:3,4
**contract** 115:7,11,17
  287:2,7
**contracted** 35:22
  36:5
**control** 58:25
**conversation** 22:9,24
  23:7,11,18,21
  193:22 198:12
**conversations** 24:1
  27:8 119:15,18
  177:16 187:4
  198:13
**conversed** 119:13
**Cooley** 7:5 170:11,11
**Cooper** 51:14,14
  120:3 122:14
**Coordinated** 42:11
**coordinating** 254:16
**copied** 169:21 197:9
**copies** 114:3 117:7
  144:24 147:13
**coping** 256:20

copy 128:19 129:3
185:5
Core 6:13 149:25
CORETTA 1:7
corner 47:11 126:18
130:6,12 135:5
142:18 144:14,16
144:21 149:5
152:21 164:21
170:5 173:15
270:14 274:4,5
correct 11:22,25 23:8
23:9,23 26:16
28:12,21,22,25 29:1
29:14 31:5 32:10
35:10,11 37:2,5,18
37:20 38:10 39:8
40:1,3 44:16,18
45:1 46:22 47:13
47:17,18 50:9 51:7
51:8 53:3,11,18
63:6 66:3 69:21
75:15 80:8 83:10
83:11 86:1,6 88:10
88:11,13,14 89:7,11
89:15,20 91:8,9,12
91:16 92:14,23
93:7,24,25 94:12
95:15,18,21 97:18
98:6 100:18,25
101:3,10,14,20,24
102:5 103:11,19
106:1 112:23 114:7
114:14,15 119:7
120:6,9,10 131:18
133:6 135:14 141:6
142:5,12 143:9,21
143:24 146:9
149:13 154:6,10
158:17,21 162:24
163:21 165:8 166:6
167:13,14 169:1,10
169:12,16,19
170:13,18 172:12
172:13 175:19,21
179:15,19,22,23
180:2 181:3,6
182:12,13,23,24
183:11 189:2,7
207:1 213:3 215:3
215:16 218:14
220:24 221:2 222:2

225:13,14 226:23
227:5,6 230:14,15
230:21 231:14
237:12,16 238:19
239:21 240:20
241:22 243:16
247:18 250:13
254:9,13 256:23
257:8,9,11,15 259:7
259:10,19 260:11
260:24 262:13,19
262:22 263:9 264:7
266:6 272:8,17,24
273:16,17 274:5
276:9 278:9 281:3
286:11
corrected 43:23
correction 171:7
corrections 40:21,22
42:20,21 43:3
161:8
correctly 174:21
191:8 230:4
correlation 25:7
31:16,20,24
correspond 26:4
106:16
correspondence
183:17
correspondingly
101:16
corresponds 44:3
147:21
cost 115:13
Council 286:20
counsel 2:1 10:4 34:4
34:13 73:22,22
277:22 286:15
count 109:4 145:18
counterbalance
225:21
counterproductive
216:23
counties 26:17 33:10
42:4,17 43:11,14
54:7,9,12 58:23
59:7 65:7 76:19
77:8,10,17 78:4,5
78:23 81:21 88:4
96:21 102:18 139:3
140:11,21 200:21
200:22 231:18,20

counties/precincts
21:7
country 55:4
county 4:17,18,20,21
5:3,5,7,9 7:8,12
11:17,21 12:4
21:23 24:4,11,14,17
24:21,25 25:2
28:21 38:23 41:7
42:5,21 43:15
46:21 47:9,23 48:7
48:17 49:4,11,20
50:3 56:22 57:1,2,4
57:8,9,13,16,20
58:1,2,7,10,21 59:2
59:6,12,13,23 60:5
60:5,12 67:18 68:4
68:10,15 76:24,25
77:3,15 78:9,11,16
78:17 81:11 86:1,5
86:10,24 87:5,23,24
89:9,18 91:12
93:13,14,20,21
94:15,19,23 95:9,10
95:17 96:13,14,22
96:23 97:1,8,21,23
99:1,8,11,14,15,16
99:19,24,25 100:14
100:16 101:12
102:8,14,17,18,21
102:23 103:6,6,7,9
103:10,18,18,19,22
104:6,12 105:1
109:6 113:7 145:17
151:15 158:25
160:9,13,18 163:13
171:16 173:4
177:10 178:4,19
179:8,25 182:20,20
182:21 198:15,16
204:4 209:1,18
210:7 221:17
222:23 225:7
226:21 231:24
233:11,18 234:4
238:13 241:2 243:2
243:5 249:13,13
250:1,24 251:23
257:8,11 260:18
267:19 269:23
270:13,14 271:21
271:22,25 272:1,3,5

272:8,10,17,23
273:15,16,20 274:9
274:11,14,17 286:3
county's 233:1
couple 14:21 20:20
118:5,5 122:7
180:8 238:24 266:3
267:12 277:17
course 14:22 18:7
23:25 24:8 34:16
40:12 54:22 55:6
72:22 75:22 76:3
126:13 144:2
151:15 191:19
192:17 229:20
251:19 282:3
court 1:1,17 10:6,13
13:14 41:24 130:8
140:2 286:1,19,21
286:24 287:22
courts 54:11
cover 113:23
covered 238:18
Covering 7:1,2 8:9
8:10
co-counsel 13:23
CR 285:25
Crane 188:17
crazy 53:6 174:16
create 16:5 17:24
19:14 22:7 25:24
26:1 131:3 152:1,5
244:14 257:3,14
278:15 279:1,5
created 39:15 41:14
41:15,17 52:6
56:19 114:19,25
137:4,9 138:17
144:1 151:13 162:2
184:17 220:25
233:8 237:12
254:12 255:20,22
279:16
creates 130:25
273:19,20
creating 46:18 54:18
55:25 60:5 109:9
138:21 140:10
244:7 254:21 278:4
278:20
creation 54:17
236:20

credibility 261:3
credit 129:8 248:24
creek 43:6,17
Creeks 272:19
criteria 17:21 18:14
20:22,23,25 21:5
29:23 82:16 273:12
critical 263:23,25
Cullefer 118:7,11
120:9,17 136:11
CUNNINGHAM 1:6
curious 248:17
275:18
current 32:7 42:3
44:9 51:5 53:13
55:10 137:18 202:3
currently 51:7
156:14
Custer 2:8 208:2
234:19,22 235:1
custom 131:9 136:12
137:8
customary 287:16
customer 55:3
cut 84:24 214:13,14
229:22,22
cuts 215:23
cycle 40:6 59:1 69:10
72:25 81:14 93:16
107:7,11 112:3
115:17 118:14
209:14
cycles 24:20

D

D 159:5,16,23,25
160:1 162:7,18
220:7
daily 192:25
Dale 7:10
Dan 7:15 8:5,7,14,17
8:19,20,23 9:1
51:23,25 52:8
136:10 203:5
210:16,23 211:11
253:9 261:23 262:1
265:21
Dan's 245:4 266:9
darker 146:1
DARRYL 1:6
dash 242:3
data 24:19,19,24 25:4

25:8,8,9,14,16,20
26:5,6,10,12,24
29:16,18,19 30:4,6
30:9 44:7 51:25
52:1,3,15,16 53:2
53:13,13,14 71:22
81:20 86:5,14 88:4
91:25,25 92:10
104:13,14,16,23
105:10,21,22,22,23
105:25 106:3,10,22
106:25,25 107:1,11
108:6,7,10 109:11
110:23 111:22
124:20,21,23
130:21 148:19,21
148:23 149:11,13
158:19 165:20
166:19 167:8,21
168:12,19,20
174:23 175:3,7
194:18 203:19
204:1,17,18,23,25
206:15 208:16
209:6,13 210:14,17
211:4 212:5 215:10
218:6 219:8 243:12
243:13 246:10,10
246:13 253:9,10
259:16 278:11,19
278:22 279:23
date 10:9 26:19 33:13
189:16 199:7
239:15 285:25
286:13
dated 114:2 121:16
254:3 255:12
dates 252:11
daughter's 189:11,15
David 3:2,6 8:5,7
129:24 251:12,15
280:11 283:24
Davis 104:2
day 13:14 143:23
201:5,16 206:24
207:1 251:16
260:23 261:2,12
285:23 287:19
DC 2:6,15 277:24
deal 241:7
dealing 71:6
Deborah 266:16

decade 26:21 44:12
44:17 53:25 152:24
December 169:10,14
239:21 287:19
decent 111:24
decide 66:14
decided 54:10 115:7
115:10 187:6
191:13 263:18
decision 116:6 255:1
decisions 57:19
116:10 160:5 255:4
declined 204:15
decrease 195:2
decreased 89:14
194:1,5
deep 120:13
deeper 210:12
Defendant 1:11 2:17
Defendants 5:1 60:24
61:8
Defendant's 60:21
defenses 61:7
define 39:21 84:16,19
84:24 85:3 118:24
123:25 227:13
237:25 238:2,7,15
244:21 270:6 273:6
defined 44:2
defines 31:21 44:22
definitely 25:2,13
43:18 45:12
degree 52:22 72:12
282:21
DeKalb 99:22
delayed 234:21
delegation 57:8,10,20
58:1,2,10,15 59:14
59:24 60:12 67:1,2
68:2,9,14,15 104:4
117:25 250:20
251:3,10
delegations 57:2,4
58:7 59:3 66:25
67:4,19,20 85:2
delete 268:7,12
delivering 193:22
Democrat 112:7
Democratic 24:22
32:3 68:12 98:16
108:23 111:3,3
127:2 128:1 154:5

175:22 176:1 182:8
192:10 196:5
Democratically
275:24
Democrats 110:13
127:6,10 190:22
205:6,8,25 206:11
209:2
demographic 5:2,6
52:21 85:25 102:16
154:5 158:19
170:17
demographics 24:3
24:10,14,17 25:15
86:6 90:9 148:15
156:21 159:22,24
162:4 182:15,17
193:18 195:22
202:6 203:13
204:22 205:18
212:6 213:10
217:13 225:6 226:6
230:10 276:25
Dennis 41:11
Department 123:24
depend 39:20
depends 18:9 82:15
146:14 233:18
237:25 268:8
Deponent 285:1,22
deposed 12:5,10
deposition 1:13 4:15
11:4,13 13:3 14:11
14:22 15:2,14 27:7
32:20 34:16,19
46:19 277:10
280:24 283:15
285:3,25 286:5,9,24
286:25 287:1
deputized 240:17
describe 11:12 47:5
51:14 56:10 62:4
210:13 224:17
266:18 270:8
description 208:18
designate 139:19
designated 20:8
124:17
destroyed 43:7
detail 255:25
detailed 42:22
details 23:19 87:12

166:4 261:24
determine 76:15
85:14 283:17
developed 113:13
development 119:25
192:21
deviate 70:11
deviation 70:15
71:25 132:6,7,9
deviations 126:21
278:14
diagonal 273:20,25
difference 86:3 93:22
62:23 169:24
different 18:22,24
19:9,12 24:20
31:15 48:23 56:2
64:9,10 80:22,23
90:10 92:23 93:4
109:2 118:13 130:9
133:25 140:6 146:5
199:15 233:17
257:20 263:1
difficult 77:16,22
84:23 151:7 264:14
difficulty 166:15
dilution 198:5
direction 213:15,22
director 36:17 37:1
37:13,17,24 39:5
51:7,10 52:7 114:5
115:20,24 116:7,8
165:13
disagree 115:1
205:11 206:9
208:10,15 209:4,21
210:8 242:19
disagreement 284:7
disclose 286:17
disclosed 287:17
disclosure 10:4
Disclosures 5:1 60:25
discoverable 61:6
discuss 113:5 116:20
189:25 211:10
250:21 280:25
discussed 204:10
246:9 278:24
discusses 242:3
discussing 193:5
discussion 119:14

278:4,20
discussions 47:3 60:4
128:16 157:22
187:2 193:12
234:15 266:24
disks 281:9
dispute 217:2
disputed 40:4
disqualified 287:5
distance 235:5 274:7
distinct 92:24
district 1:1,1 6:15 7:2
7:3,21 8:10,10 17:7
22:3,6,19,19,22,25
24:1,9 27:7,9,14,23
30:15,23 31:8
39:17 40:24 44:1
48:20 50:6 54:6,25
55:21,23 56:4,5,13
57:12,15 70:1
76:12 77:1 78:7,9
79:21 82:3,3,16
90:4 96:1,2,25
97:15 99:18,19
105:5,11 126:23
129:7 130:21
131:16 132:4,11,17
137:7,18 139:8
142:6,7 150:10,12
150:13 151:3,4,12
151:13,14,22,24
152:1,12,16,18,19
153:6 154:12
156:15 159:2,3
160:19 163:2,18
167:10,13 174:11
174:23 175:1,3,5,10
175:11,15 177:2,3,4
178:19,19,20,20,20
179:18 180:7
181:13 182:2,7
193:19,25 194:1
199:1,14 202:3,6,7
203:11,12,15 208:8
212:12,16,18
215:15 217:14
218:7,21 219:11,14
219:15 220:7,22
222:3 224:11,20,22
227:20 228:15
230:13 233:22
237:2 238:6 241:3

Gina H. Wright                Georgia State Conference of the NAACP, et al vs Kemp                November 20, 2017

241:3 242:6,8
246:2,4,8 247:10,18
249:19 250:17
257:11,13,14,15,18
257:18 258:2,3,8,13
259:6 264:16,23
269:24 270:1,7,11
271:12,15,16,24
272:15 273:10
274:15,19 275:3,10
275:15 278:21
279:3
**districting** 75:23
231:22
**districts** 4:17,19,20
4:22 5:20 6:4,6 9:5
16:5 19:10,11
28:20,25 29:12,20
30:2,15 31:4,8 32:1
32:2,4 33:11 40:2
45:4 46:21 47:8,9
47:21 48:8,15,16
49:5,11,12,20 50:2
50:3 54:10,19
55:12,17,20 56:10
56:16,22 57:1,11
60:5 62:12 65:7
71:6,15,20,22 72:2
72:8,10 74:21
75:12 76:4 80:2
86:25 91:21 93:12
93:22 94:15 96:16
96:21,24 97:17,22
97:22 98:6,9,10,18
98:19 99:6,24
104:6 105:2,3
109:2 130:20
131:25,25 132:18
132:19,21 138:13
139:4,25 140:11
141:5,10 143:4
144:19 145:17
150:24,25 151:5,5,9
151:18,21 152:5,11
152:14,25 153:15
153:21 154:17
155:3 157:2,6,9,14
157:16 158:4 175:4
175:13 177:11
178:17,21 184:23
184:24 188:21
191:8,20 193:18

194:17 198:15,17
199:24 200:3,19
201:23 205:7,9
206:1,12 212:17
221:5 224:3 227:25
230:23 244:19
248:10,12,17
249:19 253:4,7
255:11 260:18
261:5 263:15,21
264:3,3 271:21
272:7,10,13,14
273:15,18 275:5
278:5,12,13,14,16
279:8,9,15,21
280:17 282:24
**district's** 152:3
**diverse** 183:8
**divide** 79:11,19 97:9
110:20,22
**divided** 64:19 77:19
79:13 133:24
153:20 157:1,5,8,14
157:16 209:2
**divides** 79:22 215:24
**dividing** 97:19
154:16 214:14
226:1
**division** 1:2 36:9,13
64:20 80:14 155:2
**document** 6:8,10,13
8:11 14:13,16 15:1
15:6,8 35:4 47:1
48:2,25 49:4,6,9,16
49:23,25 50:13,19
50:23 60:20 61:1
61:17 62:5,7,14,17
62:19,20,23,24 63:2
69:18 88:7 113:17
113:25 116:16
117:1 123:13,19
126:16 130:2,5,11
130:14,16 135:1,4,6
135:23 137:13
138:8,11 139:20,23
140:4 142:13,16,24
144:1 147:8,11,17
147:23 148:1,1,25
149:3,22,24,25
150:1 153:2,7
154:2 155:5 158:1
158:4,9 161:23

164:17 169:25
170:4,9 171:18,19
172:19 173:8 174:5
178:13 188:9 192:3
196:24 197:2,14,20
199:9,19 200:4,6,9
201:7,19,22,25
202:23 203:2
206:16 211:24
212:7 235:11,19
236:13,16,20 239:6
241:13,16 247:19
249:9 250:7,10
252:14 253:14
255:7,10,18,19
265:1,17 266:20
267:13 269:8
**documents** 14:17,20
14:23 32:18,24
33:17,21 34:1
87:18 88:1 95:1
99:2 144:6,24
188:5 231:6 232:7
235:22 239:9
280:20
**doing** 14:1 26:14
29:15 30:19 35:12
35:15 54:3,22 55:2
85:11 109:8 112:25
116:5 118:12,13
119:13 179:7
185:19 194:18
217:21 220:13
226:15 227:17
249:24 264:1
**Donna** 188:13
**Donovan** 285:24
286:22,22
**DOT** 56:7
**double-check** 134:23
279:19
**doubt** 125:3
**doubtless** 204:1
**draft** 17:6 73:23
254:6 260:8,24
**drafting** 63:5 69:12
198:5
**drafts** 17:15 18:8
20:14,15
**dramatically** 94:24
95:18
**drastically** 151:10

**draw** 17:6 18:4,15
67:16 70:8 131:24
186:22 279:3
282:22
**drawer** 12:22
**drawers** 120:4,7
**drawing** 15:16 16:1
16:15 20:23 30:12
31:12 38:14 39:18
53:10 63:14,17,17
70:5 72:11 76:14
77:9 78:8 82:14
84:14 91:21 104:22
105:2,3 117:24
273:10
**drawn** 41:24 47:8
70:2 80:4 139:16
141:15 255:20
275:5 282:25
**draws** 53:16 283:1
**drew** 17:11 63:23
90:3 104:12 107:8
224:11 278:10
**dried** 43:6
**drive** 239:2
**driveability** 224:21
**driven** 87:5 89:19
**drop** 18:4
**dry** 84:24
**dug** 92:6
**duly** 10:17 286:14
**Dunn** 41:11
**duties** 39:10

––––––––––––––
**E**
**earlier** 33:18 85:25
107:3 113:20 114:4
136:5 182:18 207:1
207:3,13 231:6
232:8 246:7 250:15
**easily** 83:6 220:2
223:20
**east** 270:15 271:19
275:20
**easy** 213:24 273:6
**edge** 270:22 274:11
274:13
**edges** 229:4
**edification** 124:14
**effect** 41:18,19,21
127:1 143:9
**effective** 7:21 199:25

**efficient** 41:7
**effort** 64:11 120:21
217:22 244:12,13
244:14,21,22
278:15
**Efstration** 8:20 22:16
22:18 250:13,16
**eight** 32:13,14 61:13
98:4,5 99:23
273:14
**either** 17:9 23:3
45:13 59:18 93:2
133:18 136:13
172:6 176:24
179:18 180:22
185:9 212:15,17
213:9 229:1,22
235:15 256:6
271:20 273:19
**El** 36:22 37:16,18
38:5 119:22 136:10
**elect** 32:3,6
**elected** 152:8,9
264:15 275:4
**election** 7:12 22:12
23:1,8 24:20,24
26:4 41:1,7 42:6
44:24 52:19 107:11
112:3 148:14
165:20 166:6,20
167:6,11 170:16,22
175:23 176:13,16
176:19 178:16
180:2 208:17
209:14 210:20
211:12 258:23
**elections** 77:20
129:10 165:14,16
194:21 195:24
210:21 238:14
**electoral** 193:17
**electronic** 19:17
**eligible** 132:2,5
**eliminate** 237:11
**eliminating** 237:6
**email** 7:4,4,6,6,10,10
7:14,14,16,16,18,18
8:1,1,5,7,14,14,16
8:16,19,20,22,22
9:1,1,6,6,8 23:13,14
23:15 121:16 122:8
122:16 127:21

Donovan Reporting, PC                                                           770.499.7499

Gina H. Wright                     Georgia State Conference of the NAACP, et al vs Kemp                     November 20, 2017

128:3 164:23,25
165:18 169:9,21
172:20 174:12,13
183:17 187:10
188:24 192:11
193:16 197:7,23
198:1 200:13,17
201:13,18 203:5
206:24 207:7 219:7
240:4,21,25 241:19
244:24 246:17,18
248:1,4 249:20
250:3,12 253:25
260:23 266:10,15
267:17 268:1,6
281:19,21,21,25
282:7,16,18
**emailing** 165:2 203:8
248:9
**emails** 33:8 164:21
165:7 171:14,22
172:3,9,10 187:13
211:8 239:20
265:20 268:7,12
269:1
**employee** 121:2
286:21
**enable** 227:14
**enacted** 15:17 33:5
191:5,23 194:23
195:7
**endangering** 242:14
**ended** 16:19 44:13
**ends** 184:7
**end-of-the-process**
140:16
**ensued** 47:4 128:17
157:23 234:16
266:25
**ensuring** 82:5
**entail** 42:16
**entailed** 70:21
**entire** 17:20 27:2
107:22,25 183:23
220:4 232:10
233:24 234:1 238:5
**entirely** 228:13
273:15
**entirety** 185:3 255:24
**entitled** 15:2 49:4
50:19 60:24,24
123:19 138:12

139:23 147:11
148:1 149:25 158:4
201:22 255:11
**entrusted** 178:10
**equal** 70:3 75:24
126:19 159:10
**equality** 70:7
**equivalent** 133:3
**Erica** 7:7 165:11,15
**Errata** 4:10
**error** 234:3
**especially** 54:6
166:10,12
**essentially** 102:9
**established** 120:23
**estimate** 106:7
111:22,23,24,24
113:16,16 246:13
**estimates** 106:11
**estimation** 108:20
**et** 46:5 248:23
**ethnicity** 92:2,13,14
134:1,12,18
**evaluate** 84:6
**evenly** 209:2
**event** 86:22
**eventually** 30:6 41:13
195:6 240:11
**everybody** 121:14
**evidence** 31:20
286:12
**exactly** 17:13 31:13
77:13 167:22 201:5
209:8 260:2,5
**Examination** 4:6,8,9
10:19 278:1
**examined** 10:17
**example** 18:21 20:11
67:4,24 105:6
106:17 111:2 121:9
159:23 185:13
216:13 217:12,25
268:14 282:9
**examples** 67:3 80:13
**excerpts** 6:18 155:8
155:17
**exchange** 200:14
252:23,25
**Excuse** 100:7
**executive** 36:17 37:13
37:24 39:5 51:7,9
52:6 114:5 115:20

115:24 116:7,7
**exhibit** 4:12 5:16,17
5:19,21,22,23 6:7
14:14 15:1 32:13
32:14,14,15,25
33:22 34:25 35:5,9
39:3 46:25 47:2,6,7
48:3,7,22,23 49:1,3
49:17,19,19,20 50:8
50:8,14,19 55:9
60:21,23 61:21,24
62:14 87:15,19,20
87:21,23 95:2,3,8
113:18,25 123:14
123:19 129:7 130:3
130:5,8,10,13 135:2
135:4 137:14,20,21
138:9,11 139:21,23
139:23 142:14,16
144:7,8,8,9,22
145:8 147:9,11,24
149:1,3,23 153:3,5
154:3,4 155:6,7,10
155:16 158:2,25
159:2 161:24,25
164:18,20 170:1,3,4
173:9 174:4 178:14
178:16 183:16
188:10,12 192:4,6
197:3,15,17 199:10
199:11 200:10,12
201:20,22 202:8,24
202:25 206:17,19
206:20,24 207:7
211:25 217:3
235:20 239:7,10,17
241:14 247:20,24
248:1 250:8,10
252:15,17 253:15
253:24 255:8,9
256:7,25 257:4,6
260:8 265:2,4
266:21,23 267:12
267:16 269:13
**exhibits** 1:23 4:13
9:12,13 124:9,22,25
**exist** 151:25 221:1
**existed** 20:3,5
**existing** 151:16 233:9
278:11
**expected** 183:19
**Expedited** 5:14

123:21
**expert** 11:16,24
40:14
**expertise** 76:7
**explain** 48:12 212:17
215:19
**explained** 134:10
**explanation** 161:11
**expressed** 59:11
260:17 261:4
264:12
**expressing** 167:17
260:19
**extent** 59:3 64:12
69:10 77:9 79:4
85:15 108:13
187:16
**extra** 158:6 217:22
**extreme** 59:9
**extremely** 53:9
**eye** 82:10

_____
**F**

**fact** 72:1 109:4 157:4
157:9 162:20
168:18 169:22
172:2,9 179:13
181:14 182:7 205:8
224:8 243:8 245:15
261:1,3,12,19
262:11 280:12
**FactFinder** 86:13
**factor** 275:11
**factors** 82:18,22
195:14,21,21 225:1
273:8
**fair** 28:14 29:2 53:21
53:22 74:18 86:8
91:3 96:23 125:16
157:11 180:9 181:7
185:20 192:5 193:2
230:3 242:23
271:23 284:8
**fairly** 243:12
**fall** 282:19
**falls** 161:6 222:22
**familiar** 125:14
135:23 150:1
160:13
**far** 14:2 17:12 40:11
45:12 62:9 63:9
64:4 75:24 80:7

128:8 134:24
170:20,23 171:1,24
172:18 176:5 190:6
205:24 224:12
243:4 254:18 272:5
279:6,10 283:24
**fast** 70:13 245:10
**faster** 245:1
**FAX** 285:24
**Fayette** 11:17,21
**feature** 43:3 85:6
105:13 234:6
**features** 43:4,4
**February** 114:2
121:17,19 174:13
184:1 189:4 252:8
**federal** 11:16 21:3
54:9,11
**feel** 112:13 201:15
210:11
**fell** 87:10 125:9
**felt** 75:2
**field** 108:16 129:22
196:2,3
**fields** 105:19 107:4
**figure** 34:2 61:18
65:25 106:11
132:10 184:9,10
**figures** 137:17
203:25 226:4
**file** 4:2,3,3,4,4,5,5
10:8 26:3,5 42:4
44:6,14 45:15,16
46:2,4 87:22
104:17 106:7 138:7
165:4,25 166:5,10
166:16,23 171:5,6
188:3 200:18
221:25 267:10
268:1
**files** 20:3 26:23 33:2
44:5 55:4 200:23
281:9,10,24
**fill** 92:12
**filled** 132:24
**fills** 210:25
**final** 16:22 184:17,20
186:9 191:3
**finalized** 186:24
**financial** 287:12,14
287:15
**find** 42:23 141:11

219:10,16 238:10
**fine** 162:14 218:17
**finish** 14:4,7 170:8
**finished** 140:14
    183:23 280:5
**firm** 73:4,7,10,14
    74:6
**Firms** 3:2
**first** 10:17 22:9,24
    23:7 29:20 33:1
    36:15,20 39:17
    41:18 46:20 51:6
    51:13 53:20 55:10
    61:23 79:10 80:8
    86:8 90:14,16
    93:10 101:18
    113:25 114:16
    115:18 131:16
    142:17 144:12
    152:8 165:6,6
    168:10 174:12
    188:19,20 191:6
    203:19 205:5 206:8
    207:15 208:4
    213:15,20 219:22
    236:3,11 239:11
    240:5 242:2 246:16
    255:10 261:16,18
    266:10 278:8
    286:14
**fish** 173:13
**fit** 46:15 186:1 235:2
    273:11
**fitting** 63:24
**five** 4:5 28:24 39:8
    61:4 62:1 98:17
    113:20 145:18
    178:18 204:3
    221:25 230:17,18
    230:20,24 231:17
    237:16 246:7
    266:12 283:19
**fix** 41:4 140:24
**Flat** 225:24 226:2
    227:4,18,24 270:12
**flip** 100:8
**Flippen** 225:16 226:3
    226:25 227:1,2,9
**floor** 2:9 235:14,15
**focus** 76:1 163:14
    181:1 206:7
**focused** 40:22 64:18

72:7,18,21 74:19
    198:16
**focusing** 76:3 119:22
**fold** 223:19
**folder** 19:17 20:8,16
    33:5,14 66:1,19,22
    143:16 268:18
    269:2,3 282:9
**folders** 35:1 66:5
    280:13,13,16
**folding** 223:23
**follow** 79:24 169:10
    268:6
**followed** 58:4 171:14
    232:25
**following** 37:15
    48:15 50:2 158:16
    158:20 166:19
    218:4 278:8 279:21
**follows** 10:18
**follow-up** 171:3
    175:6
**football** 129:19
**Ford** 165:11,11,13
**foregoing** 285:3
    286:4,10
**forgot** 233:20
**form** 67:11 132:24
    133:17 138:15
    182:25 209:24
    282:18
**format** 165:20,21
**formats** 144:25
**forms** 92:12
**formula** 110:1,21
**formulas** 109:10
**Fort** 198:25
**forth** 64:13 171:6
**Fort's** 198:8
**forward** 58:16
    129:16 233:3
**forwarded** 197:8,9
    197:23 265:22
**found** 143:16 259:25
    262:2
**four** 4:4 51:12 75:16
    97:17 144:11 149:8
    149:17 164:20
    188:3,6 222:3
    243:9 245:2 266:12
**Fourteenth** 2:9
**fourth** 180:6

**four-fifths** 101:13
**four-page** 171:14
**frame** 70:18 71:2
    74:18 177:23
**Frank** 2:18 234:19
    280:1
**freeway** 47:23
**frequent** 42:5
**Friday** 14:19 241:24
**front** 33:25 173:17
    236:6 256:22
**full** 96:24 97:17,22
    128:19 144:23
    180:1 214:5
**fully** 255:20
**Fulton** 263:16
**further** 11:18 21:9
    22:12 81:19 171:2
    244:24 246:15
    250:5 270:16 272:9
    272:12 274:8 277:6
    277:9 278:20
    279:24

-----

## G

**G** 233:23
**GA** 2:10,20 3:3
    173:19,24 174:4
    188:5 197:5,6,17
    200:12 202:15,25
    206:19 235:24,24
    235:25 239:8
    241:17 247:23
    250:10 252:17
    253:17,20 265:5
    266:23 285:24
**Gainesville** 94:6
**Gary** 7:5 170:11
**gauge** 77:12
**GA-6** 239:9
**GA000001-2** 8:13
**GA000003-4** 7:13
**GA000006-8** 8:15
**GA000009-13** 8:18
**GA000014-25** 8:21
**GA000026-27** 7:15
**GA000028-29** 8:23
**GA000030-33** 8:8
**GA000034-39** 8:6
**GA000040-59** 9:10
**GA000077-78** 8:19
**GA000079-80** 7:17

**GA000086-90** 9:7
**GA000092-94** 9:4
**GA000095-97** 8:2
**GA000100-101** 7:20
**GA000112-113** 7:11
**gender** 171:16 173:4
**general** 5:2,4,6,8 6:16
    7:12 12:19 16:3
    26:4 35:20,23
    50:19 63:4,6 69:11
    70:1,6 103:13
    114:21 115:4,9,10
    121:2,14 129:9
    154:22 170:16
    248:21
**generally** 125:7
    241:6
**generals** 41:12
**General's** 74:5,11
**generate** 136:1
    159:20
**generated** 232:9
**gentleman** 156:3
**geographic** 26:16
    42:19 271:22
**geographical** 43:21
    79:18 80:13 234:3
**geographically**
    214:16
**geography** 42:18
    52:18 79:24 105:15
    106:4 139:13
    151:22 168:13
    210:19 222:23
**Georgia** 1:1,3,11,13
    1:19 2:2 6:1,2,4,5
    6:14,17,18 7:21 9:5
    10:25 11:1 12:12
    15:18 25:19 31:17
    35:16,19,22,23 36:5
    36:7 40:15,17,25
    41:13 42:5,14
    44:24 49:10 50:19
    56:13 72:5,9 75:17
    75:20 76:2,18
    92:11 115:8 121:13
    132:18 134:2
    144:12,16,19 153:5
    153:14 155:18
    158:4 184:5,25
    199:13 200:2
    201:22 205:6

206:12 243:5,6
    247:1 255:11 286:2
    286:20,20
**Georgia's** 65:6
**Gerald** 240:6,6
**getting** 14:4 59:19,19
    166:16 252:6 263:2
**Gina** 1:14 4:7,16 7:5
    7:7,10,17,19 8:2,19
    9:1,7,9 10:16 285:1
    285:22 286:13
**GIS** 38:13
**give** 22:3 50:16 67:3
    125:2 147:12
    150:23 156:6
    196:10 232:3
    242:17 246:21
    256:1 279:4 282:8
**given** 18:14,14 65:6
    83:6 172:9 186:18
    186:22 201:14
    205:3 220:4 273:12
    286:12
**gives** 132:20 196:6,12
    237:5 266:2
**giving** 211:10
**glasses** 126:10
**go** 14:25 15:13 19:15
    27:17 34:10 35:7,7
    39:22 46:14,24
    48:5,6 49:2,2,18
    61:3,10,20,20 62:10
    63:1,15 78:13 82:4
    85:13 88:17 89:3
    90:12,18 96:11
    99:5 100:21 101:17
    105:4,20 111:12,14
    113:19,22 115:16
    118:4,4 121:15
    128:10 129:16
    137:12,14 144:10
    146:2 149:17
    150:20 153:17
    154:21 157:18
    165:19 170:7 171:6
    173:25 180:5
    184:10 188:5,11,19
    192:2 195:20
    200:12,12 215:19
    219:5,23 220:9,14
    221:18 224:7
    226:16 231:10

Gina H. Wright                    Georgia State Conference of the NAACP, et al vs Kemp                    November 20, 2017

234:10 239:9
246:14 253:17
255:2 266:13 267:1
267:17 269:11,20
269:23 279:18
282:3
**goal** 28:15,23 96:20
182:10
**goes** 62:1 78:10 101:7
101:9,12 116:14
128:20 149:5
152:18 268:19
272:16,22,25 274:3
**going** 14:6,15,16,17
14:19,21 15:23
17:2 25:1,1 27:5
30:24 33:16 34:17
34:17,24 35:7,9
39:3 53:3 54:9,14
60:23 61:3 62:10
65:8 66:21 69:1,23
70:19 74:16 77:25
95:7 100:13,13
106:20 109:5,12,20
110:20,22 111:1,6
113:21,22,23,24
117:4 123:18 124:8
124:8,9,22 126:15
128:2,4 129:22
130:23 135:3 138:1
138:10 142:15
144:10,11,11
147:10,12 149:2
150:21 157:20
158:22,24 161:25
164:11,19 168:19
170:2,7 171:12
173:13,21,23 174:4
179:2 183:16
184:21 187:22
188:4 191:14 192:6
196:24 197:17
199:11 203:12
206:19 210:3 212:1
212:4 219:12
221:19 223:8,18
228:24 232:6,6
234:13 244:23
245:9 246:13
252:17 255:2,5
257:13 266:23
267:4 271:13,18,20

275:20 276:17
277:17 284:12
**Golick** 242:4,4
**good** 10:21,22 11:2,3
14:1 34:12 68:21
79:19 91:19,20
113:16 196:10
214:2,14 215:22
225:17,25 229:7,25
243:13 274:7 277:2
282:21
**GOP** 209:3
**gotten** 169:11 202:17
202:22 280:23
**Government** 36:14
**governments** 38:24
38:24 78:2
**governor** 201:1,3
245:22
**governor's** 108:2
**gray** 213:5,7
**Great** 14:15 125:24
129:6 188:4
**greatest** 59:3
**greatly** 77:15
**green** 146:18,19
207:22
**Greenbaum** 1:15 2:3
4:8,9 10:15,20,24
13:19 46:24 68:20
68:23 72:16 95:15
100:8,10 124:19
125:4,10,16,18,24
125:25 126:1,5,9,12
128:13 129:14,18
129:24 137:23
145:3 155:14 156:7
157:17 164:5,9
173:23 178:24
179:2,5 187:19
199:17 202:12,15
202:19 207:23
208:1 212:9 235:18
236:2,6 253:21
255:15 256:10,13
256:16,19 265:7,9
265:14 267:3 277:5
280:1,8 281:3,6
283:11 284:4,8,11
**grew** 86:10,12
**group** 57:19 64:25
66:10 67:11 120:21

268:23
**grouped** 77:1
**groups** 55:4
**Grove** 160:23 161:10
222:4,4,6,7,13,13
229:6,7 272:25
**grown** 182:21 257:22
**growth** 71:16 86:23
87:4,5,10,11 89:17
90:2,6,9 103:13,14
151:11 152:17,24
204:4,10
**guess** 46:1 51:5 52:9
60:16 82:9 109:18
120:22 136:17
146:13 160:25
170:23 206:25
215:4,12 226:7
233:14 245:9
263:18 268:2
273:24 284:9
**guessing** 136:18
**guidelines** 61:24 62:2
62:5,15 69:8
**guy** 129:20
**guys** 126:10
**Gwinnett** 4:17,18 5:3
5:5 21:23 24:3,11
24:14,17 33:10
45:14,23 46:21
47:9 48:7,17 68:10
68:14 85:25 86:5,9
86:24 87:5,23,24
89:18 91:11,23
93:12,16,21 94:2,3
94:7 158:25 160:15
178:21 198:15
241:1 243:1,4,18
244:6,12,19 248:22
249:6,23,25 250:20
250:23,24 251:3,5,6
251:17,21 253:4
257:7

————————————
**H**
————————————
**H** 1:14 4:7 10:16
159:4,6 162:6
272:4 285:1,22
286:13
**half** 101:13 154:11
**halfway** 209:15
**Hamilton** 7:7 165:11

165:12,15
**Hammond** 36:23
38:25
**Hampton** 160:21
161:16 163:14,19
163:24,24 164:2
222:5,10,12 228:19
229:17 258:5,10
**hand** 31:21 142:18
268:10 282:2
**handle** 41:8
**handles** 109:8
**happen** 18:24 44:24
79:15 80:11 172:24
259:24 260:4
**happened** 65:3
116:21 157:4 178:7
178:9 179:9 191:15
220:24 252:12
261:16,22 266:5
279:6 282:19
**happening** 17:1
**happens** 79:11
**Harbins** 214:5,7,12
214:13,15,23
215:15 216:5,6,9,14
217:3,17,25 218:6
218:18
**hard** 70:13 84:15
117:7 185:5 202:19
246:2 270:6
**harm** 29:6,11 30:7,10
**Harrell** 250:22,23
**Harvill-Childs** 8:15
8:17 239:23 240:3
240:19 244:3
**Haven** 224:25 270:12
**HB** 15:19,19 16:19
17:4,9,9 254:9
**HB566** 8:12
**head** 78:19 208:21
209:8 226:10 277:1
**heading** 148:10
**headings** 148:8 149:9
**hear** 198:9 277:13
**heard** 83:18 114:18
189:20 191:7 199:4
262:16
**hearing** 189:23 190:1
190:3,5
**hearings** 154:21
155:1 189:18

**Heather** 36:22
**heavier** 103:4
**heavily** 54:16 215:2
243:4
**held** 129:10 154:22
186:5 261:14
**Hello** 207:20
**help** 40:16,18 98:24
98:25 177:2,12,20
224:4,6 227:16
229:3 250:5
**helpful** 275:25
**Henry** 4:20,21 5:7,9
28:20 33:10 45:13
45:23 49:4,11,20
50:3 93:13,14,20,21
94:15,18,23 95:8,10
95:17 96:13,23
97:21 99:1,15,24,25
100:14,16 101:12
102:8,18,21 103:18
103:19,22 104:12
105:1 145:17 160:9
160:13,18 163:13
177:10 178:4,19
179:7,25 180:3
198:15 200:21
204:4,13 208:8,24
209:1 210:6 221:17
222:3 241:2 246:5
249:13,13 257:11
260:18 267:19
269:23 271:21
273:15 274:17
**Henson** 7:15 192:8,9
193:16
**Herren** 5:13
**Hey** 174:14 234:19
234:20
**Hi** 241:23
**Hickory** 225:24
226:2 227:4,18,24
270:12
**hierarchy** 83:4
**high** 59:4
**higher** 82:19 109:15
162:17 163:6 204:3
**highway** 47:23
225:25,25 227:12
**hired** 37:16 115:20
120:11
**Hispanic** 88:17,19

89:4 90:3,4,20
91:11,23,25 92:2,22
93:1,3 100:23
133:21,22 134:3,7
134:11,11,14,25
149:15 156:23
194:5 195:2,8,25
220:12
**history** 35:8 52:20
78:10,15 170:17
210:18 247:1 266:3
**hit** 107:2
**hits** 129:16
**Hold** 234:8
**holding** 77:3
**home** 235:3
**honestly** 260:21
**Honorable** 5:10
114:1
**hope** 210:1 225:15
**hoped** 166:22
**Hopefully** 201:18
**hoping** 169:14
**hour** 284:3
**hours** 283:25
**house** 4:17,18 5:16
5:17,19,21,23 6:1,2
6:4,5,7,18 7:2,3
8:12 9:2,5 12:15,17
16:5 19:25 21:1,14
21:16,24 23:14
33:10 41:14,23
42:1 46:21 47:8,9
48:7,14,16 49:4,10
49:20 50:1 53:11
55:11,18 56:1,15
57:14 62:15,21,23
63:8,18 64:2,3,4
66:1 67:1,20 68:3,9
69:9,13 73:15,20
89:25 90:4 93:21
93:23,23 97:24,25
103:24 119:1,24
120:16,18,20
122:24 126:21
127:11,12,13
130:13,19,20
135:17,17 138:13
139:24 140:7 141:5
141:9 142:17 143:4
143:5,7,8 144:13,16
144:19,22 145:11

145:17 147:1,11
149:6 150:17,18
151:2,4,10,12,22
152:8,11,11,20,21
153:14 154:15
155:18 158:4,12
183:23 186:18
188:19,21,23 189:2
189:6,6,9,13,18,19
190:5,7,12 191:17
191:18 198:4,17
199:23 200:2,19
202:3 205:6,8,16
206:12 231:2
236:18 239:25
242:5 243:3 246:23
252:4,20 255:11
260:9 262:10,12,18
262:20,23 264:6,8
266:4 275:6 277:18
278:12 279:9 283:6
**housed** 164:3
**Housing** 5:5,9 6:16
**hseprop1** 143:2
**HsePrp1_Turnout...**
6:11
**humbled** 115:19
**hundred** 148:6
183:20 242:7
243:14
**hunt** 217:22
**H167** 143:12

I

**idea** 81:18 173:7
248:16
**ideal** 126:22 132:11
132:12,13
**identical** 63:10
**identified** 14:13 35:4
47:1 48:2,25 49:16
50:13 60:20 61:15
87:18 95:1 113:17
123:13 130:2
133:18 135:1 138:8
139:20 142:13
144:6 147:8,23
148:25 149:22
153:2 154:2 155:5
158:1 161:23
164:17 169:25
173:8 178:13 188:9

192:3 197:2,14
199:9 200:9 201:19
202:23 206:16
211:24 235:19
239:6 241:13
247:19 250:7
252:14 253:14
255:7 265:1 266:20
**identifies** 85:16
**identifying** 134:14
**III** 63:3
**illegitimate** 84:8
**immediately** 279:12
279:17
**impact** 89:22,23
217:19 220:10
225:4
**impacted** 22:22
**importance** 41:1 57:4
**important** 14:3 57:24
58:7,11,13 75:8
82:17 166:9,12
168:15
**imprecise** 276:19
**improve** 219:18
**improvement** 219:10
**improving** 29:4
**include** 21:4,5 67:1
90:20 104:5 133:15
257:7,10
**included** 93:1 131:24
133:22,23 184:22
226:2 244:20
249:25 281:23
**includes** 55:19
203:20
**including** 159:24
**inclusive** 278:14
**incorrect** 175:24
**increase** 91:11,23
101:6 213:15
214:17
**increased** 89:10
94:23 95:17 100:17
102:13 209:19
**increases** 204:9
**increasing** 134:2
**incum** 275:8
**incumbency** 21:10
122:3
**incumbent** 54:24
79:13 80:10 113:7

151:14 152:2
167:10 181:5 224:4
224:9,10,24 275:9
275:12 279:4
**incumbents** 30:3
122:5,6 205:23
224:11 225:2 275:4
279:1,2
**Index** 4:1,2,6,12 9:16
**indicate** 92:14 285:20
**indicated** 167:11
**indicator** 24:25
**individual** 65:12 66:4
66:9 85:9 196:8
210:24 265:21
**individuals** 60:18
**information** 8:11
36:10 43:10,13
61:6 88:3 119:17
124:2 129:9 137:11
148:13,18,19 169:6
192:16 193:23
210:17 211:2,5,7,9
217:23 232:22
254:20 267:22
268:13 269:13
280:15,19
**initial** 5:1 60:25
165:18 222:15
225:7 241:21 266:4
266:15
**initially** 53:12 198:14
199:2 224:10
248:15
**input** 148:23 166:5
198:6 254:20 255:5
**inquired** 175:2
**ins** 110:1
**inside** 57:12
**instance** 224:12
237:19
**instances** 80:16
**Institute** 36:13
**instruction** 186:23
**intact** 79:5 96:15
**intended** 143:5
**intends** 245:16
**intent** 125:19 283:13
**intentional** 222:8
**interacting** 187:16
**interest** 21:8 59:12
84:12,13,15,18,20

85:17,22 113:6
167:17 205:2 237:7
237:20 287:5,12,15
**interested** 110:8
148:7 153:18
167:12 173:3,6
175:1,9 203:15
228:5,8 280:9
**interrelationships**
212:3
**interrupt** 27:21
**interstate** 79:22
80:14 274:1
**introduce** 235:10
277:20
**introduced** 10:23
189:5
**involved** 27:14 54:16
62:8 65:18 85:10
118:17 161:3
236:19
**involvement** 119:4
119:24
**involves** 15:16
**involving** 11:1
178:17 180:6
**islands** 79:25
**issue** 12:14 24:3
39:25 58:23 74:16
76:24 77:2,2 122:3
155:1 161:5 198:20
222:7 238:9 256:19
**issues** 21:10 58:21
72:12 171:10
**items** 47:16
**iteration** 283:8,8
**iterations** 283:7
**ITOS** 36:9,12
**IV** 2:8 117:6
**I-75** 273:25 274:3

J

**J** 2:18 3:3
**JACKSON** 1:7
**JAMIDA** 1:6
**Jan** 8:23 252:18
**January** 37:8 169:19
184:7 246:17
**Jeffares** 245:7,8,9,14
245:17,21
**Jimmy** 5:11 37:24
38:1 114:1,5

**JM** 285:25
**job** 11:10 14:1 38:15
  51:21
**Joe** 36:21
**Joel** 1:16 140:1
  287:21
**JOHN** 2:4,18
**joint** 55:10,14 56:22
  114:20 115:2,6
  153:10 199:22
**Jon** 1:15 2:3 10:24
  234:9 280:3
**Jones** 8:23 252:18
**JR** 2:18
**judge** 11:16,23
**Judicial** 286:19
**July** 204:12
**jump** 42:24
**jumps** 88:12
**June** 122:8
**junk** 268:7
**junkie** 210:17
**jurisdictions** 53:17
**Justice** 123:24
**justification** 159:9
**J-5** 129:7
**J_4_2010_VTD_L...**
  148:4

**K**

**K** 5:22
**Kade** 118:6,9 136:10
**keep** 26:18,20 65:5,8
  77:23 79:5 80:19
  81:15 96:14,20,21
  99:2 105:20 159:10
  202:19 223:9 235:5
  280:13,24 283:14
**keeping** 21:6 71:19
  75:24 77:4 79:9
  92:5 213:25 225:1
  228:10
**keeps** 25:19 26:21
**Kelleytown** 270:15
**Kemp** 1:10 6:8,10
  148:1 169:7
**Kennedy** 36:22 38:20
**kept** 19:17 96:13
**key** 75:10
**kidding** 283:20
**kids** 85:5
**kin** 286:15

**kind** 21:11 40:16,18
  52:14 55:1 56:24
  65:3 66:20 81:15
  81:17 107:2 130:24
  140:16 146:12
  178:16 191:10
  196:6,9,12 218:16
  223:11,18 226:8
  238:21 270:14
  275:1,19
**kinds** 103:14 108:3
**knew** 86:22 90:2,7,8
  102:24 165:24
  166:1,4 167:7
  181:17,18 182:16
  194:19 198:19
  257:22 281:14
**Knight** 8:5,7 28:2,19
  29:8 51:17 120:11
  120:19,21 136:10
  177:17 179:17
  203:6,9,10 206:25
**know** 14:5,12 15:20
  16:6,7 17:6,20
  18:22 21:19 23:6
  25:1 27:16 29:23
  30:20 34:6 40:3,6
  40:16,17 41:6 43:6
  45:3 54:21 57:22
  58:5,18 59:4,8 60:1
  60:17 62:22,25
  63:13 64:7,23 65:4
  65:5,10 66:15
  68:13 72:2,17,23
  75:22 77:16 78:1
  78:20,22 81:1,5,20
  82:6,23 83:12,15
  84:17 85:4,6,6 87:9
  87:11,11 90:5,7
  92:3 98:8,14 102:9
  102:12,15 108:11
  109:19 110:1,19,19
  111:9,10,12,16,18
  112:16 113:8,14,14
  116:2 119:2,10
  120:13 121:5,8
  122:2,4 125:10,13
  125:13,18 126:12
  127:24 129:11
  132:1,2,3,20 135:22
  136:18 137:9 139:7
  139:9,15,18 141:8

141:12,18,20 142:2
  142:2 143:12 150:3
  150:7,13 152:15
  159:6,22 160:4
  161:2 162:19,21,23
  163:1,9,11,23 164:4
  164:5 165:22
  169:22 170:20,23
  170:24 171:2,10,20
  171:24 172:18,23
  173:2,5 176:13,22
  176:23 177:16
  181:20,23 184:12
  186:11 190:24
  193:15 196:14,18
  197:12 198:18
  199:7 203:7,18,23
  205:2,14,20,25
  206:3,4,14 208:20
  209:7,11 211:6,9
  213:21 215:5,6,12
  216:4,8,13 217:8
  218:5 220:4 223:12
  223:13,17,22 226:9
  229:15 230:10,22
  231:10 233:19,21
  233:25 235:1
  236:16 240:6,7
  243:11 244:7
  245:15 248:18,19
  248:25 249:2
  251:24 253:3,8
  255:22 256:3,5,16
  258:12 260:2,5
  262:1,7 263:12
  264:3 265:24 266:9
  266:14,16 267:21
  267:23 268:8,19
  269:6,12,21 271:18
  275:10 277:1
  279:14 280:3,24
  283:18,21
**knowing** 168:12
  173:3 219:12
  224:13 225:2,5
  275:8,11
**knowledge** 15:15
  67:7 69:19 92:25
  119:5 127:21 132:3
**known** 194:10 215:23
  242:22
**knows** 52:15 77:14

184:7

**L**

**labeled** 4:17,18,20,21
  6:1,2,4,5,13 7:1 8:9
  9:5
**labor** 64:20
**Lake** 224:25 270:12
  270:15
**Lane** 5:10 65:23
  114:2,9 143:14
**Lane's** 66:22
**language** 238:18
**laptop** 185:13,15
**large** 46:16 80:21
  84:16 90:6 229:24
  229:24 246:5,5
  270:18 271:20,21
  271:22 274:20
**larger** 78:6 103:11,13
  214:15
**largest** 182:22
**Larios** 11:19 12:4,14
  39:23
**Latino** 88:18,21,24
  89:4,5,19 100:23
  133:21
**LAURETHA** 1:4
**LAVELLE** 1:3
**law** 2:5 3:2 21:4 73:4
  73:7,10 74:6 82:24
  83:1 191:5,23
  287:10,13
**Lawrenceville** 3:3
  6:17 153:18,20,24
  154:6,7,16,17 155:2
  156:14,21 157:13
  159:4,5,13,16,23,25
  160:1 162:7,18
  163:3,6,8 212:19,23
  213:12 220:3,7
  221:4
**lawsuits** 251:17,21
**lawyer** 124:14
**Lawyers** 2:4
**layer** 26:2,6,16 42:19
  44:9 81:9,14,20
  107:9,21 109:9
  110:16 165:5,5
**layers** 47:12,15,19,21
**laying** 88:3
**leader** 192:10 239:25

**leading** 45:25 46:1
  53:5
**lean** 243:15
**leaning** 275:24
**leave** 223:20 229:19
**Lee** 156:3
**left** 37:7,8,12,21
  152:11 186:16
  216:11,17 217:7
**legal** 72:23,25 73:16
  73:21
**legislation** 57:14,19
  184:4,22 252:7
**legislative** 1:13 4:23
  6:14 7:21 9:2 50:20
  62:15 65:6 70:1
  73:22 86:20 114:6
  114:18,20,24 115:2
  115:6 116:13
  118:19 135:13
  143:19 153:5
  156:15 157:1,6,9
  184:4 186:16
  199:14 230:23
  239:13 273:14
**legislator** 59:21
  117:10,16,17,25
**legislators** 35:2 59:23
  103:21 116:19
  117:23 167:5,15
  177:9,14 178:4
  280:14
**legislator-drawn**
  117:9,15
**legislature** 15:18
  117:10
**legitimate** 84:7
**LEMON** 1:3
**lend** 261:2
**lesser** 41:1
**letter** 5:10,13 114:1
  114:17
**let's** 18:3 19:25 20:10
  20:10,11,11 21:22
  28:9 31:8 32:5
  36:21 39:22 46:14
  53:24,24 54:1 66:5
  68:8,23 69:23 74:9
  88:8 93:4,19,19,19
  94:18 96:12,14,19
  96:19 98:2 99:4
  104:25,25,25

108:20,22 110:10
112:16 136:6,6
145:7 146:2 159:22
160:8,8 163:12,12
163:13 180:5,5
212:14 214:3,3
219:13 221:16,16
223:3 228:18
267:11 270:22
279:3 282:8,8,14
283:16
**level** 43:21 70:6 92:7
105:25 106:4,6,11
108:6 111:23,25
113:15 129:7
148:12 179:9
212:11 246:12
**Lewis** 1:18 2:19
59:11,18 73:2,4,7
73:12
**libraries** 33:2 65:11
**library** 19:23 65:12
65:13
**lie** 113:8
**lieutenant** 245:22
**light** 207:17,22
**likelihood** 29:4,6
**likes** 210:18,18,18,19
253:13
**limit** 40:23,24 79:25
97:8 161:2,9 222:8
**limits** 40:25 161:12
**Linda** 36:18 165:10
165:13 200:18
**line** 29:22 58:19,23
77:4 161:1,5,6,9
204:25 214:14
215:20,22,22,25
222:9,17,22 226:1
229:15 233:9 234:5
237:2 238:11,12
274:9 278:23
**lines** 39:8 40:23,24
41:2,4,5,5 43:19
54:7,18 62:11
76:24 77:15 79:25
82:20 142:6,7
190:18 193:6,6
222:16 227:13,13
229:23
**LinkedIn** 4:16 35:10
39:4

**list** 21:11 47:19 56:15
82:25 84:1 92:13
120:10 136:5
153:13 238:5
**listed** 55:11 56:9 70:4
180:4 285:5
**listened** 208:2
**listing** 55:19 253:4,6
**lists** 15:14 51:12
55:16 56:12,13
200:25
**lit** 207:22
**little** 27:6 35:7 40:16
41:6 47:24 48:17
81:23 85:1,24
96:16,24 97:11,11
108:19 129:15
146:1 151:7 160:25
161:5 164:10
187:18 206:25
224:7 226:18 229:9
242:22 256:4
271:14 274:15
280:10
**live** 30:20 113:9
122:2 207:21
**lived** 79:13 224:12,12
224:18,25 225:2
275:12,13
**lives** 106:22
**LLP** 1:18 2:9,14,19
**local** 11:14 38:24
39:16 53:17 54:4
57:13,19 77:17
78:1 85:2,3 107:15
113:15 117:20,24
117:25 118:17,18
119:23 120:14
200:20
**locally** 32:1
**located** 272:9
**location** 152:3 272:15
**lockstep** 127:3
**Locust** 272:25
**long** 148:7 271:16
**longer** 43:5 205:16
231:25,25
**long-term** 244:8
**look** 15:12 16:7,21
24:18,19,24 25:4
26:10 27:3 29:15
29:18 30:5,6,8

31:25 32:24 48:20
48:22 63:2 65:17
66:17 72:6,12
82:11 85:12 89:2
90:11 95:4,4 96:11
98:25 100:14,20
104:22 111:14
122:7 137:15
140:11,22 141:10
149:16 150:1
155:25 156:2 162:9
162:13 167:20
170:8 173:14
195:18 200:4 202:7
207:2,6 208:16
209:6,13,24 211:18
211:22 212:1 213:9
216:19 217:3,9
219:5,7,25 223:3
226:11 228:25
230:12 231:11
236:11 241:20
250:23 259:12
275:22 276:18,24
281:1
**looked** 19:8 26:7
29:21 30:5 66:22
88:5 104:14 210:2
227:23 243:12
250:2 276:2 282:5
**looking** 16:6 17:25
18:16 22:1 25:24
32:16 43:21 71:8
75:18 86:14 92:6
104:15,17 134:5
140:18 146:13
158:23 163:23
170:9 174:22,23
177:18 179:7
181:24 182:3 186:1
196:7 201:7 206:4
206:15 210:12
213:4,20 220:18
224:5 225:3 226:15
229:4,13 237:4
259:15 266:8
**looks** 25:23 89:22
91:9 122:8 136:12
136:20,21 146:15
150:19 160:22
165:4 169:22
181:11 209:8

216:24 256:4
**lose** 71:13
**losing** 242:18 243:25
**lost** 183:13
**lot** 24:19 40:23 53:7
54:3,8 63:21 65:6,7
77:21 78:13 86:12
87:11 102:7 106:18
119:12,13 120:14
124:20 126:11
127:25 210:5,25
211:1,11,14 245:1,1
246:5 263:17,22
282:22,25
**loves** 253:9,9,10
**lower** 21:11 195:7
217:6,25 227:19
**Lowes** 224:18,19
**Lunsford** 8:1
**LYNNE** 1:7

---

**M**

**M** 1:15 2:3 159:4,13
163:3,6,8 212:19
213:12 220:3
**main** 53:23,25 196:7
237:23
**maintain** 28:10,11,16
59:2,22 71:7 75:11
152:15
**Maintained** 42:3
**maintaining** 54:12
59:12 74:20 175:15
**major** 79:22 214:13
**majority** 57:25 59:2
59:13,23 72:9 90:3
99:10 185:21
239:25 270:7,11
**majority-black** 278:5
**majority-minority**
32:2 71:6,14,23
72:4 74:21 75:12
98:6 99:6 132:19
278:13,16 279:8,15
279:20
**makeup** 58:10
**making** 24:9 56:2
76:4 177:18 214:1
216:1 217:11
218:25 223:7 241:1
249:18,22 264:13
**Mall** 243:5,6

**man** 118:9,10,11
**manager** 38:13 51:16
**maneuver** 50:17
**map** 4:17,18,20,21
6:1,2,4,5 9:5 12:22
17:19 18:4,5 32:7
32:10 39:19 41:22
46:20 47:7,13,16,20
47:21 48:6,6,9,12
48:14,15 49:3,10
50:1 54:23,25
64:23 70:5 71:19
76:15 77:14 97:24
97:25 117:17 119:1
127:20 128:2
145:11,14 147:1,11
147:21 152:13
158:12,15,16 160:9
177:19 182:4,5
183:23 184:22,25
184:25 191:3 192:1
193:20,21,22 202:4
203:20 211:1
217:11 254:25
255:2,5,6,23 257:1
264:24 265:8
267:17,19 275:17
275:22 277:18
278:6,7,10 279:7,9
279:10,12,13,16,17
283:1
**maps** 6:21 8:3 9:9
12:1 16:25 17:3,10
30:13 38:14 39:17
40:5,7 46:7,10,18
46:18 50:16 53:14
53:16 55:1,5 63:23
67:16 72:24 99:1
117:7,9,15,24
118:15 124:5
158:17 211:4,21
235:12 251:25
276:4 280:16,22,23
280:25 281:1
282:12,22 283:8
**Maptitude** 8:1 16:11
16:15 26:11 76:16
78:22 81:4,7 83:12
83:21 85:21 104:20
104:21 105:14
131:6,8,10 138:18
139:18 150:9

231:13 232:9
**March** 9:3 168:11
189:1,5,9,10 199:8
254:3,8,12 260:10
260:24 262:8
**marginal** 243:3
**Marietta** 285:24
**mark** 15:1 35:9 43:19
46:25 48:5,7 49:3
50:18 60:23 95:7
113:24 123:18
135:3 138:11
139:22 142:15
144:12,18 147:10
147:25 149:3 153:4
154:4 155:7,10,16
161:25 164:19
170:2,4 178:15
192:6 199:11
201:21 202:25
212:4 235:10,25
239:10 247:23
250:9 255:9 266:23
**marked** 49:19 144:15
**marking** 87:21 130:5
**MARLON** 1:3
**master** 40:13
**master's** 40:20
**match** 26:25 234:5
**matching** 26:14
**matter** 124:13 222:14
**maximize** 23:22
**maximum** 70:15
**mayor** 154:15
**McDonald** 5:11
37:24 38:1,7 114:1
114:5 115:23 116:8
118:23,25 122:9
**McDonough** 160:21
161:19 222:5,10,13
228:3,6,12,15,22
275:15,19
**MCKENZIE** 1:6
**mean** 30:10 33:24
34:9 52:17 67:20
71:11 80:18 82:17
84:12 90:11 92:16
111:22 119:12
124:3 135:10,18
136:3 139:13 142:6
143:2,15 150:4
159:15 192:24,25

205:21 206:3
210:21,25 218:10
233:17 244:13
247:8,15 248:6
263:10 264:2 272:9
273:5 275:19 278:8
279:10
**means** 131:7 135:21
247:12 251:22
**meant** 71:3
**measure** 77:12 85:22
**measures** 83:9,13
84:4,7,25
**mediated** 172:16
**meet** 67:4,6,12,14,15
67:18 177:23
186:13 240:19
**meeting** 6:18 7:13 9:3
66:24 67:8 68:8,13
104:2 119:15
155:17,18,23
156:18 188:25
190:7,10 242:3
250:21 251:2,4
254:7 260:9,13,24
261:2,14 262:11
**meetings** 262:2
**Meggers** 36:18 37:3,7
37:12 200:18
**member** 12:8 17:20
18:16 19:19,22,25
20:12 21:17 60:6
65:1,15,25 85:9,15
113:7 116:20
121:11,24 124:14
172:17,19,25
186:15 242:5
246:21,22,22 247:9
252:23
**members** 12:19 16:3
16:21 17:6,16
21:14,24 22:21
27:13 33:3,11
38:23 41:24 54:24
58:15 59:13 63:21
63:22 64:7,8,10
65:1,12 66:2,8,12
66:15 67:11,21,21
68:2,3,9,11,12,17
78:11 85:2 104:8,9
118:16 122:10,11
127:12,12 128:1

166:18 168:18
173:6 186:13,17,19
187:3 191:9 211:2
211:14 247:12,16
247:17 254:22
263:18
**mentally** 282:4
**mentioned** 20:20
28:10 36:4 39:15
52:23 60:11,15
66:24 76:8 79:3
80:7,12 83:8 86:3
90:8 91:10 104:18
114:4 120:2 167:9
190:11 195:15
215:1,18 245:6
250:3 273:13 275:2
**mentions** 240:6,9
243:8 245:5 251:2
**menu** 84:1
**Merritt** 169:1
**messed** 147:13 265:9
**met** 16:21 104:3,4,7
254:24
**meticulous** 261:23
**metrics** 105:4
**metro** 145:15 147:6
**mic** 129:15,23
**microcosm** 208:8,24
**microphone** 100:9
**middle** 97:6 140:17
246:18 248:7
251:11 274:6
**midterm** 8:12 246:20
247:2 278:23
**mileage** 47:24
**miles** 270:24
**Miller** 260:23 266:16
**mind** 46:10 71:19
81:15 92:5 225:1
**mindset** 194:16
**mine** 128:10 146:15
**minimal** 12:20 18:13
**minor** 39:25 40:10
**minority** 87:6 127:22
132:19 198:4 204:4
227:19
**minus** 70:12 126:22
132:12
**minute** 23:6 117:11
149:16 156:5
191:11 202:10

**minutes** 9:2 10:24
14:21 20:20 245:2
254:6 260:8,9,16
261:2,20 262:2
266:4 267:12
283:19 284:1
**missed** 255:13
**misspell** 245:10
**mistake** 121:21
122:21 141:2,3
238:10
**mistaken** 279:19
**mistakes** 210:4
**mixed** 59:20
**mobile** 185:12
**modification** 115:22
116:6
**modified** 115:5
262:13
**moment** 221:18
**Monday** 1:20 184:6
**month** 169:15
**morning** 10:21,22
11:2,3 239:20
261:17,18
**move** 20:19 27:7
32:12 49:18 58:16
60:22 62:13 77:5
93:20 105:18
116:11 123:16
128:4 129:23 160:8
163:12,13 171:13
182:9 197:16
206:18 211:17
214:24 217:16
221:17 227:9
235:10 241:15
247:22 252:16
265:3
**moved** 36:1,13
102:14 210:6 213:2
218:6 227:9 228:13
228:21 276:7
**moving** 24:23 30:20
41:4 75:15 84:11
102:17 146:22
151:19 213:11,22
233:3 249:11 252:6
**Moyer** 1:16 287:21
**Mt** 228:19 229:23
258:4,7,9 270:23
**multiple** 17:23 18:19

20:14 155:2 282:23
283:7
**mystery** 207:25

---

**N**

**NAACP** 1:3,5 2:2 6:8
6:10 11:1 148:1
**name** 10:24 27:16,17
60:18 61:5,14
118:6 122:17 143:1
145:22 169:24
172:10 176:5,7
241:4
**named** 20:6,6 37:17
156:3
**names** 27:22
**nature** 211:13 281:23
**NE** 2:20
**near** 224:18
**nearly** 272:4
**necessarily** 43:14
81:17 140:13 168:1
**need** 43:16 162:12,13
168:12 223:19
**needed** 42:20 43:22
75:2 113:11 122:13
166:1 285:19
**needs** 137:24 184:13
**negative** 243:19
**neighborhood**
229:24 237:7,20
**Neither** 275:6
**network** 269:4
**never** 30:5 31:10 34:5
92:9 134:16 178:7
178:9 281:25
**new** 2:6 19:3 41:14
54:17 71:21 81:14
116:7 118:6 130:21
131:1 151:14 152:1
152:5,18 161:7
174:18 194:13
200:19 203:12,13
203:20 237:12
258:6 275:4 278:11
279:1,3,23
**newer** 25:16
**news** 198:9,19
**Newton** 270:13
**Nichols** 180:10,13,14
180:20,24 181:4,19
181:20

**nine** 63:5,8 84:11
126:17
**Nix** 7:17,19 22:14,24
22:25 28:4 185:3
186:8,9 187:12
191:4,22 197:9,24
**nonconsecutive** 6:9
6:19
**noncontiguous** 76:18
76:19,21 79:24
80:2,15 227:10
238:17
**nonwhite** 89:20
**non-Hispanic** 88:16
88:20,24 89:5,13
90:19,21,25 92:7
100:21,24 101:7,9
101:23 134:22
**normally** 70:12 78:5
79:15 144:5 278:25
**north** 160:21 161:15
163:14,18,24,24
164:2 222:5,10,12
229:17 271:19
272:5,7,10,13
274:11
**northern** 1:1 94:2,7
103:5,9 182:5,19
225:7 274:13,16,20
274:22
**northwest** 271:24
272:3 274:4
**note** 9:12 13:3,20,22
51:6 152:10
**noted** 156:20
**notes** 261:12,24
262:1
**notice** 7:13 15:11
**November** 1:20 7:8
10:1,9 129:9
**number** 10:9 14:23
15:18 28:5 34:24
55:20 59:9 61:4
66:2 69:25 70:20
71:20 74:20 75:11
75:15 77:5 78:14
83:2 84:11 88:25
96:1 109:13 110:5
117:6 126:19 128:6
130:1 132:9,10,12
137:21 138:7 139:2
139:4 140:20

142:17,19 144:13
145:8,13 150:23
152:18 173:22
188:3 196:6,9,15
207:9 213:16,17
214:21 219:11,19
220:23 221:14,25
224:7 229:2,12
232:9,15,19 233:5
242:8 243:2 253:4
255:14 256:7 259:5
267:10 278:12
279:8,15 285:20
**numbered** 130:11
135:4 164:21 170:5
**numbering** 130:10
152:12
**numbers** 6:9,20
15:13 19:19 30:25
31:1 87:15 88:16
90:7 95:5 105:14
106:15 107:4
109:13,21 126:18
136:23 137:6
149:15 151:9
152:15,22 156:6
162:12,24 163:10
170:18 173:24
176:17,22 183:14
197:4 208:20
210:18 211:12
215:2 225:4 228:20
229:15 242:23
246:1 253:20
255:15,16 265:12
**numeral** 63:3 117:6
**numerical** 220:20
**NW** 2:6,10,15

**O**

**Oakland** 229:22
**oath** 13:11
**Obama** 194:8,14
208:7,19
**Object** 182:25
**objected** 154:16
**objective** 30:1,4 75:8
75:10 216:20 219:9
219:16 220:19
224:3 225:15
238:12 283:3
**obtain** 165:3 200:23

**obtained** 171:5
**obtaining** 165:4
**obvious** 182:8 219:25
**obviously** 30:13,19
70:10 78:8 82:24
84:17 106:21
110:19 196:10
219:21 227:8
228:23
**occasionally** 138:23
**occasions** 11:7
**OCGA** 287:2,6
**October** 123:24
136:8 165:7 167:4
**offer** 238:4
**offered** 287:17
**office** 1:14 4:24 16:11
23:12 25:23 26:13
32:19,23 35:21,24
36:1,7,16,19,25
37:4,13,19 38:6,10
50:21 51:16 52:3
52:14 53:1,9,16,24
53:25 55:1,5,5 64:1
64:14,19 67:6
72:12 73:16,25
74:5,11,15 75:1
91:22 106:8 111:18
114:7,19,20,25
115:3,6,14,21
116:14 118:22
120:8,23 121:23
123:22 124:20,25
125:1 130:18,25
134:15 135:14,19
135:25 137:4
143:20,21 144:2
148:20,20 165:3,16
166:3 168:3,5
169:5 177:24 185:6
185:7,12,22,25
200:7 204:22
210:15 238:14
254:24 267:24
**officer** 169:6
**Offices** 1:18
**official** 1:10 7:12
121:10
**officials** 44:24 129:19
**offset** 226:3
**off-the-record** 47:3
128:16 157:22

234:15 266:24
**oftentimes** 152:23
**oh** 27:21 94:1 95:6
99:17 128:21,22
129:1 146:18
150:22 155:13
199:12 205:21
207:12,12 220:14
220:15 230:25
235:6 236:8 243:22
256:1,3,16 272:2
274:18 282:4
**okay** 11:21 13:1,19
14:10,15 15:11,22
15:25 16:13,24
17:2 19:20,24
20:10,19 21:18
23:16 27:5,24 28:6
32:4,9,12,18 33:15
33:19 34:7,15,21
35:6 36:1,24 38:20
39:14,22 41:13,17
41:20 42:2 45:17
46:20 47:25 48:19
49:14 50:5,11 51:3
52:11 53:8 54:3
55:8 56:18 59:20
60:22 61:12,19,22
61:23 62:4 63:1,14
64:6 66:20 67:10
68:20 69:17 70:18
73:24 74:12 75:15
77:5 78:21 81:4
82:20 83:18,24
86:22 87:3 88:6
89:2 90:17 91:20
93:17 94:4,11,18
95:4 96:8 97:5,21
98:17,21 100:11,20
101:2 102:7,12,20
103:1,8,15 105:17
111:11,20 112:4,18
116:11,23 117:4,21
118:3,3 119:3
121:7,15,20 123:5
123:15 124:12
125:17 126:6 128:4
129:6 130:4,23
131:11,13 132:6,15
132:22 133:20
135:3,8,22 137:12
138:24 139:22

140:9 141:25
142:22 143:1,11,18
145:13,24 146:16
147:2,10,25 148:18
149:13,24 150:6
151:1,19 155:13,25
156:20 159:19
160:10,11,17
162:22 163:1,12,12
163:23,25 164:5,15
165:6,17 167:25
169:18 170:2
171:12,21,24
172:18,21 173:10
175:25 176:25
177:22 178:15
179:1 180:5,23
182:18 184:3
187:19 188:24
189:12,14 193:15
194:20 196:21
197:11 201:7,9,14
201:21 203:7,24
205:4,24 206:23
207:12,14 208:1,22
208:25 209:10,15
211:17 213:6,18
214:25 215:9
217:10 218:3,9,18
220:22 222:18,21
223:3 226:12,14
228:1,17 230:19
235:9,18 236:19
239:8,19 240:3,8,16
240:22 241:15,18
241:25 242:2,25
243:8,22 244:23
245:14,20,24
247:21 248:3,8,20
249:4,11,17 250:9
252:1,16 253:12
256:22 257:3,6
258:9,12,21 260:1,4
260:15,22 263:4,7
264:19 265:3,11,16
265:24 266:2,11,22
267:15,24 268:21
269:5,11,17,22
271:1 272:16 273:1
273:13 274:25
276:3 279:22,24
282:6 283:9,11,16

284:2
**old** 126:10 208:6,8
**older** 139:17
**Olens** 5:13
**once** 125:21 228:21
  232:4 246:14 255:4
**ones** 71:7 108:15
  139:5 203:16 231:1
**one's** 256:13
**one-page** 162:1
**one-person/one-vote**
  75:25
**one-stop** 283:1
**online** 88:5
**Oops** 33:15
**open** 65:15 152:1
  186:16 245:23
  279:1,5 280:24
  281:21 283:15
**operating** 168:6
  267:25
**opinion** 82:10 84:3
  205:12 206:10
  208:11,12,15,24
  209:5,22 210:8,10
  242:20
**opinions** 58:22
**opponent** 179:15,18
**opportunity** 13:15
**opposed** 117:22
  157:13 216:10
**opposite** 213:22
  233:15
**opposition** 127:4,23
  176:23
**opted** 115:12
**option** 41:10 92:23
  92:24 93:4
**options** 16:21 19:8
  92:21 93:2
**orange** 1:7 146:3,6
**oranges** 134:17
  145:25
**order** 29:23 30:23
  55:1 122:5 150:25
  151:25 184:13
  217:20 227:7 279:5
**orders** 54:24
**ordinary** 144:2
**organization** 1:3
  19:18
**organizing** 19:14

**original** 275:17
**Outreach** 36:10
**outs** 110:2
**outside** 73:21 74:1
  76:5 83:3 235:3
**overall** 71:20 88:8
  94:22 100:16
  110:12 196:6,9,15
  220:11,18 224:7
**overarching** 26:19
**overriding** 96:20
**oversee** 240:17
**overstated** 232:19
**O'Connor** 7:15 8:5,7
  8:14,17,19,21,23
  9:1 51:23,24 52:2
  120:22,25 136:10
  192:19,23 193:3,16
  196:21 203:5,8,19
  203:25 204:11,21
  206:25 240:19
  241:8 245:25 248:3
  248:9 250:13 253:3
  254:1 259:17 260:7
**O'Connor's** 219:7
  241:21 244:25
  246:17

**P**
**P** 1:16 287:21
**pace** 26:22
**packet** 202:4 267:18
**page** 2:25 4:11,25
  5:21,25 6:25 7:25
  8:25 15:12,13,13
  32:13,14,15 39:4
  51:2 55:8 61:4,10
  61:13,23 88:7,17
  89:3 90:13,14,16,24
  100:22 101:18
  113:25 116:12
  117:6 118:4 121:15
  121:16 123:5
  126:17 127:1 128:4
  128:19,25 129:6
  135:11 137:14
  147:14 148:3 149:4
  150:23 153:18
  156:2,3,6,10 168:10
  179:14 180:6,6
  188:6,6 197:5
  205:5 237:1 240:4

240:5 241:20 244:4
  244:25 246:16
  249:12 254:6
  255:10 265:12
**pages** 34:1,18 61:20
  62:1 116:15 122:7
  148:7,9 149:8,18
  156:1 164:20
  171:13 174:1 192:7
  236:1,2 260:7
  266:10 286:10
**page(s)** 285:20
**PAGE/LINE/CHA...**
  285:6
**pair** 122:6
**paired** 279:4
**pale** 146:15
**paper** 34:9
**paragraph** 115:19
  166:8 168:10
  203:24 207:15,16
  208:5,25 209:16
  240:5,8 243:1
  250:19 251:12
  252:1
**parallels** 274:1
**parens** 246:2
**Park** 2:18 160:23
  161:10 222:4,7,7,14
**Parkway** 3:3
**part** 12:6 15:12 16:7
  17:4 23:21 26:1,5
  36:7 38:14 56:17
  57:1 64:8 65:3
  68:15 94:2,7 99:21
  99:21 103:9 116:5
  125:18 133:18
  136:7 152:17
  161:10 162:12
  182:19,20 184:9
  204:21 206:8
  212:24 214:8
  215:20 221:4 225:7
  226:21 228:5
  241:18 243:4
  244:24 249:25
  264:2 270:3 271:24
  271:25 272:3
  274:21 275:14
  284:6
**participate** 186:17,20
**particular** 16:9 18:12

18:17 19:13,22
  20:7 25:14 29:23
  47:20 56:15 57:17
  57:24,25 58:25
  64:17 68:3 69:18
  75:18 76:16,25
  80:19 82:16 88:1
  109:6,16 117:5
  121:11,12 135:23
  135:24 150:16
  152:11 175:5 178:5
  184:24 185:17
  186:16 268:18
**particularly** 182:10
  226:5 280:9
**particulars** 60:14
**parties** 124:15
  186:18 286:16
  287:18
**partisan** 58:10 60:11
  190:18 193:17
  195:24 213:10
  216:9
**partisanship** 31:17
**parts** 63:23 76:11
  103:5 274:15
**party** 11:23 57:24
  58:19,23 59:24
  68:5,19 98:14,16,21
  121:8,12 209:12
  234:23 287:11,11
  287:13,14
**party's** 58:25
**pass** 199:6
**passed** 4:17,19,22
  28:24 46:21 48:8
  49:21 63:18 189:2
  189:6,8,13 190:11
  191:16 192:22
  262:23 264:6,8
**passing** 189:19
**Pates** 272:19
**PATRICIA** 1:4
**pay** 69:11 102:20
  115:15 133:9,11,12
  179:8
**PAYTON** 1:6
**PC** 285:24 286:22,23
**PDF** 281:19
**Peachtree** 2:10,20
**pending** 105:13
  195:15 217:19

251:22
**people** 13:5 30:20
  51:12 56:7 57:21
  59:19 61:5 67:14
  68:5 84:21,21,22
  85:3 89:10 90:20
  92:11,12 96:1 97:1
  98:9,18 100:17
  102:10,16 103:8
  109:22 110:11,12
  113:7,9,9 118:20
  119:13,15,18 126:6
  132:3,4,10 134:12
  135:25 185:25
  253:10 257:22
  263:23 264:4,24
**percent** 30:18 32:5
  70:12 91:7,8 101:7
  101:10,10 102:5,5
  108:24,25 111:4,5
  126:22 132:7,13
  133:5,6,9,10,12,21
  134:6,7,20,21
  136:25 156:21,22
  156:22 163:20,21
  183:21 203:20
  205:7,9 206:2,13
  209:19 213:16
  215:11 218:7,14,22
  220:11 242:7,16
  243:14 249:7,7,14
  249:15 258:16,17
  258:17,19
**percentage** 91:6
  101:6 102:4 106:12
  109:15 132:14,16
  162:17 163:5,7,17
  195:3,7,25 204:2
  217:6 218:1,21
  227:20 249:5
**percentages** 196:5
  204:9 253:6
**perform** 225:11
**performance** 181:10
  194:22 195:23
  213:10 216:9
  258:13
**performed** 39:11
  181:16 216:16
  231:14 259:13
**performing** 259:1
**performs** 229:10

Gina H. Wright                Georgia State Conference of the NAACP, et al vs Kemp                November 20, 2017

**period** 37:14,23 40:9
  232:23,23
**Perkins** 2:14 277:23
**person** 38:18 39:1
  63:25 64:5 109:8
  111:17 121:5
  122:16 135:24
  165:23 185:2
  187:14 239:24
  247:10 287:8
**personal** 127:24
**person's** 64:13
**phone** 13:5 39:2
**physically** 16:14
**pick** 93:2 117:17
  211:14
**picked** 228:10,13
**picking** 228:21,23
**picture** 196:10
**piece** 216:25 238:17
  270:9
**pieced** 66:18 255:6
**pieces** 76:18 79:25
  239:1 283:5
**pile** 173:14 235:21,22
  235:24
**pink** 146:15
**pinkish** 146:12
**pinpoint** 45:11
**place** 23:11 35:24
  40:8 47:22 67:15
  229:13
**places** 102:17 219:21
**Plaintiff** 277:23
**Plaintiffs** 1:5,8 2:2,12
  162:2
**Plaintiff's** 4:13 14:14
  35:5 47:2 48:3 49:1
  49:17 50:14 87:19
  87:19 95:2,2
  113:18 123:14
  130:3 135:2 138:9
  139:21 142:14
  144:7,7,8,9 147:9
  147:24 149:1,23
  153:3 154:3 155:6
  158:2 161:24
  164:18 170:1 173:9
  178:14 188:10
  192:4 197:3,15
  199:10 200:10
  201:20 202:24

206:17 211:25
  235:20 239:7
  241:14 247:20
  250:8 252:15
  253:15 255:8 265:2
  266:21
**plan** 5:16,17,19,21,23
  6:7 7:2,3 11:2
  12:17 16:2 17:18
  18:3 19:16 20:6,23
  21:1 28:24 39:24
  40:20 41:3,9,14,17
  41:21,24 63:17,24
  64:1,2,3,4,14 65:8
  65:13,20 66:18,21
  69:13 70:14 72:11
  73:20 78:23,24
  82:5 84:14 86:25
  93:11,23,23 94:3
  103:18,23 104:12
  104:22 105:1,12
  107:25 116:20
  119:1,19,24 120:4,7
  120:8,18,21 122:12
  127:11,13 130:13
  130:19 131:1 133:9
  135:16 137:18
  138:13,22 139:24
  140:6,7,10,15 141:5
  141:9 142:17 143:1
  143:3,8,8 144:22
  145:16 147:7
  150:11,11,14,17,18
  151:5,21 154:15,23
  158:24 159:1
  162:20 167:1,2
  174:19 184:18,20
  185:11,18,22,24
  186:2,8,9,16 191:21
  192:18,22 193:4,9
  193:12 195:14
  202:7 218:1,19
  221:17 222:3 223:5
  226:22 230:14,23
  231:2,7 232:10
  252:9 254:13,17,21
  258:6 262:11,13,19
  262:20,22 269:23
**plans** 12:14,22 15:17
  16:16 17:23 18:1
  18:19,24 19:9,14
  25:25 31:12 35:1

39:16 40:14 53:10
  55:10 63:4,5,14,17
  69:12 70:24 77:9
  82:14 86:20 89:25
  95:25 118:21,22
  126:21 127:7 131:4
  144:11 151:8
  158:23 160:14
  211:19 268:14
**play** 78:13 123:22,25
  193:3
**please** 100:8 129:15
  285:19
**plus** 70:12 126:22
  133:2 134:7
**point** 12:20 15:9
  17:14 22:13 25:15
  27:11,12 37:6 41:4
  44:10 51:10 55:6
  63:25 64:5 76:13
  76:20,22 82:2
  104:4,7 120:24
  143:17 167:7
  173:12 174:24
  184:12,13 185:1
  195:17 218:23
  220:9 223:16 237:1
  242:10 243:23
  252:9 254:11
  259:20,21 262:18
  264:5 265:22
  274:13 275:21
**points** 218:22
**political** 5:19 22:1,3
  22:8 24:18 25:8
  26:6,9,10,12 28:12
  29:16 30:4 52:18
  105:21,24 106:3,25
  106:25 107:1 110:8
  110:9,16 111:5,22
  112:25 138:12
  139:24 175:3
  194:16,22 219:10
  219:19 224:21
  225:4 226:6,9
  243:13 246:10,10
  246:13
**politically** 29:11
  175:14 224:4
  227:16 229:7 250:5
**pool** 132:2
**population** 5:4,8 6:16

30:17,24 70:2,6
  71:16 72:4,6,8
  75:24 78:6,14,15
  79:8 80:9 86:9,23
  87:4,6 88:3,9,10,12
  88:20,21,24 89:6,9
  89:14,17,19,20 90:3
  90:6,24 91:1,4,7,11
  91:23 94:23 95:17
  95:24 96:17,25
  97:16,18 100:16,21
  100:24 101:3,7,9,17
  101:19,23 102:8,13
  102:23 103:3 105:5
  105:23 106:13,19
  131:17,18,21,22,23
  132:1,16,17 134:3
  136:22,23 137:5,5
  137:17 140:23
  141:6 151:11 152:4
  153:24 154:7,11,12
  159:8,10,18,24
  161:3,17,21 162:16
  162:18 163:5,7,17
  163:18 164:3
  193:25 194:5 204:2
  213:23 217:16
  218:8,13,22 219:17
  220:8 223:2 225:17
  226:3 227:19
  228:19 229:3,21
**populations** 103:11
  139:7
**portion** 33:1,7 64:17
  88:19 103:17,18
  109:14,17 113:12
  163:8,18,20 186:25
  212:24 213:11
  215:15 216:10,15
  216:17 217:4,6,16
  217:25 218:6
  224:19 225:23,24
  226:2 227:1,4,18,20
  228:9,11 251:10
  258:5,10 266:9
  267:19 272:12,23
**portions** 28:20 97:22
  112:6,7 148:9
  151:20 227:2,24
  228:3 263:21
**portraying** 261:21
**position** 84:6,10

127:3 198:8 210:11
**positions** 57:21
**possibility** 244:1
  249:23
**possible** 21:7 30:2
  46:3 59:3 71:15
  79:4 85:20 96:15
  97:10 168:2,4
  193:14 250:22
**Possibly** 142:25
  273:7 276:15
**potential** 61:15 238:8
**potentially** 224:6
  244:15
**POWERS** 2:4 144:25
  155:9,13 157:18
  158:6 196:25
  202:13 234:12
  277:4
**practicable** 70:3
**pre** 159:2 195:4
**precede** 171:22
**precedence** 82:19
**preceding** 279:13,17
**precinct** 26:2,3,15,15
  27:4 41:2,5 42:4
  44:9,25 45:5,24
  77:15,24,24 79:11
  79:12,14,16,20,23
  80:1,3,4,17,21
  81:10,14,21 106:9
  106:18 107:9,10
  108:21,22,24 109:1
  109:2,18 110:12,24
  111:2,25 112:1,5,6
  112:7,17,20 113:12
  141:1 142:11 159:7
  161:1,6,12 162:4,16
  163:4,24 165:5
  169:24 170:18
  179:9 180:8,12
  181:2,8,8,14,15,18
  181:19 182:2,4,5,8
  182:9,15,17 183:5,7
  183:9 212:6,11,19
  212:20,24 213:2,5,8
  213:12,24,25 214:1
  214:5,7,12,15 215:2
  215:20 216:2,3,17
  216:23 217:5,7
  219:24 220:4,25
  221:3 224:19,25

Donovan Reporting, PC                                                          770.499.7499

Gina H. Wright     Georgia State Conference of the NAACP, et al vs Kemp     November 20, 2017

Page 305

225:17 228:9,10,12
228:16 229:7,10,16
230:6,11,14 231:7
231:21 232:10
233:8,9,14,23 234:1
234:5,6 237:6,11,12
238:10,11 246:11
246:21 257:19,20
259:16,16 275:25
276:25
**precincts** 7:1,2 8:9,10
26:18 27:1 44:3
45:15 54:13 77:8
77:11,19 79:2,5,6,9
79:23 81:5 103:16
107:23 141:9,18,21
159:3,21 160:6,17
160:19 180:4 183:3
212:14 214:24
219:22,25 220:23
221:12,13 222:4,25
223:1 225:3,9,12,21
227:8 228:25 229:5
230:17,20,20,24
231:9,19 232:16,19
233:2 237:15
238:25 246:4,5,8,14
259:2,9,14 270:13
271:13,22 274:16
275:1
**precise** 74:4
**preclearance** 74:14
**predominant** 180:11
**predominantly** 103:3
230:7,7
**preparation** 42:13
53:2
**prepare** 125:15
**prepared** 125:7
135:12 143:19
200:7
**present** 3:5 16:25
65:16 198:12
**presented** 41:9 191:4
191:21 192:1
**president** 194:8
246:3
**presidential** 194:18
210:22 243:13
**presumably** 251:17
**presume** 261:24
**pretty** 12:20 52:19

53:2 64:22 69:15
111:24 113:16
185:1 192:25
201:15 224:12
229:10 261:16,19
261:23
**previous** 51:4 112:3
231:17 249:20
250:3 275:22
**previously** 51:21
87:1 151:16,25
152:2,5 175:2
204:10 228:3,15
271:4,8 278:22
**pre-2015** 194:7,23
195:8 220:22
**primarily** 16:4,20
40:23 74:19 112:6
112:8 118:15 121:7
164:3 198:16 214:8
**primary** 12:22 30:4
120:7 127:22
**principle** 69:25 70:19
70:23 84:16 287:9
**principles** 63:4,6,9
63:10 69:12,15,20
69:24 70:4,10
72:20 83:5
**printed** 34:5 255:21
**printer** 146:14
**printing** 211:3
**printout** 4:23 51:1
282:1,17
**printouts** 54:23 88:2
**prior** 22:11 23:8 40:6
46:4 52:2 72:9
81:13 117:16
120:11 124:10
128:2 136:3 141:8
141:18,21 177:18
189:19 192:12,13
236:22 254:11,11
**prioritize** 77:3 82:14
**priority** 59:1,5,6
**private** 20:9
**privy** 116:9 187:3
**pro** 252:20
**probably** 18:3 22:16
22:17 32:8 34:11
34:11 40:25 53:1
68:17 75:7 82:18
104:16 123:8

136:13,17 144:4
160:16 186:5
196:20 204:8 226:8
232:18 242:23
261:15 268:9,11
**problem** 128:22
155:15 171:9
238:13
**problems** 171:5
**procedure** 117:5,8,14
168:7
**procedures** 5:11
116:13 117:2
267:25 268:5
**Proceedings** 4:1 69:3
138:3 164:13
187:24 221:21
267:6 284:16
**process** 16:24 17:14
17:24 18:2,25 24:9
27:10,12 53:4
60:10 62:10 66:7
120:14 140:10,13
165:3 166:23
186:14 188:18
195:18 198:3,13
223:6 224:2 278:25
**produce** 32:20
130:18 144:5
**produced** 14:18
154:15
**Production** 6:9,11
148:2
**professional** 11:10
35:8
**profile** 4:16 5:2,4,6,8
6:16 35:10 39:5
42:3 87:22,24 95:8
95:9 154:5
**program** 16:15 42:12
83:13
**programer** 170:12
**prohibited** 287:2
**project** 116:12
216:15 240:17
**pronounce** 241:4
**proportion** 106:21
**proportions** 106:13
**proposal** 143:7
281:20 282:5
**proposals** 12:9
**proposed** 6:4,5 9:5

20:1 116:12 143:5
144:19 150:13
193:6 195:6 252:22
254:12 255:11
257:1,7,10 281:10
**Prop1** 149:6
**provide** 34:4 61:5
114:20 115:3 124:1
124:2,5 286:24
287:7
**provided** 10:3 33:22
34:4 42:18
**public** 245:19
**pull** 26:12,23,25
34:18 84:1 107:6
188:6
**pulled** 236:5
**pulling** 34:17
**purple** 223:21
**purplish** 146:8
**purpose** 28:11 55:12
55:24 237:23
**purposes** 112:25
166:19 224:4,15
**pursuant** 10:4 286:17
**pursue** 263:19
**put** 16:22 40:8 46:13
50:15 77:24,24
136:16 140:25
165:19 199:16
201:18 212:20
213:7,23 215:15
220:2 221:8 223:13
227:18 229:16,18
229:18 234:5
235:12,17 257:19
258:3,4 280:18
283:5
**putting** 53:13 62:8
77:13 221:5 254:18

**p.m** 1:20 138:2,3,4,6
164:12,13,14,16
187:23,24,25 188:2
207:8 221:20,21,22
221:24 234:14
261:15 267:6,7,9
284:15,16

---

**Q**

**quadrupled** 102:1
**quantitative** 83:9
**question** 14:5,8 29:9

31:16 33:22 34:13
58:4,9 63:16 73:6
92:18 93:1 112:15
117:13 133:25
134:11,18,19
141:24 157:7
180:17 183:1
236:12 248:15
276:16 277:13,14
278:3 280:2
**questions** 14:20
34:20 51:5 126:16
179:12 203:11
277:6,15,17,21
279:25 280:7 286:6
**quick** 261:16
**quicker** 166:24
**quickly** 113:23
137:13 144:10
261:19
**quirk** 160:25
**quite** 54:11 127:25
186:5 275:23
**quiz** 27:25
**quote** 210:20

---

**R**

**race** 25:4,8,16,20
30:5,8 31:17 88:18
89:4 90:14 92:13
92:14 98:8,18
100:23 101:18
105:25 108:2,3,10
108:12 129:9
132:25 134:1,13,18
171:16 173:4
175:18 208:19
243:14
**races** 26:25 27:1 32:1
92:4 107:5,6,13,16
107:19 108:2 196:4
196:8,12,17 210:22
213:19
**race/ethnicity** 92:20
**Race/Gender** 7:8
**racial** 29:18,19 72:10
104:23 105:10,22
148:14 159:24
182:14,17 193:18
195:22 213:10
**railroad** 42:24,25
43:2,7 47:22

227:11
**raising** 155:1
**ramification** 243:19
**ran** 139:12 175:21
    176:4,8
**Randy** 7:17,19
**range** 30:16 70:11
    71:25 219:4
**ranking** 82:19,21
**ransomware** 281:13
    282:15
**rapid** 204:3
**rates** 287:17
**reach** 168:1 275:9
**reached** 167:16 168:2
    168:5
**read** 13:17 63:12
    117:11,19 204:6
    249:10 285:2 286:8
**reading** 163:19
**real** 93:15
**realize** 227:17
**realized** 181:22
**really** 37:14 64:21
    82:23 83:4 84:16
    90:12 97:10 113:23
    119:2 120:4,4
    127:19 135:10
    137:12 140:17
    209:11 232:3
    238:23 261:6
    271:16 274:12
**realm** 70:9 76:5
**realms** 79:9
**reapportionment**
    1:14 4:23 6:19 9:3
    36:16 50:21 61:25
    62:6,16 114:7,19,25
    116:14 135:13
    143:20 155:19
    252:5,9 254:7
    260:10
**reask** 180:16
**reason** 14:10 26:19
    79:14,19 85:9
    141:1 163:9 275:14
    285:6
**reasons** 78:13 159:18
    198:21 237:4,5
    238:6
**recall** 17:1 22:24 23:2
    23:4,10,16 24:13

34:25 37:6,21 38:1
    45:8 60:6,14 64:12
    67:8 68:13 70:15
    70:17 73:18,21,25
    74:10 86:21 96:8
    104:2,15 116:18,22
    116:24,25 117:1,2,8
    117:14,18 123:2,8
    124:11 127:10,15
    150:3 152:7 154:25
    155:21,24 156:17
    172:8 174:21 176:3
    176:8 178:2,3,8
    182:16 183:22,24
    183:25 184:2 185:2
    185:8,16,17,19
    186:13 187:13
    189:18 190:6,16,17
    191:7,24 192:11
    193:5,10 194:11
    197:13 201:5,10,12
    226:5 228:4 229:6
    231:5 244:17 248:3
    248:8,11 252:11
    258:15,21,25
    259:15 260:19
    264:17,19,21
    275:23
**receive** 15:8 172:2,12
**received** 43:10,14
    114:12 180:10
    181:4,5 194:9,13
**receives** 108:23,25
**receiving** 172:8,10
    248:4
**recess** 69:3 138:3
    164:13 187:24
    221:21 267:6
**recognizable** 227:13
    229:25
**recognize** 15:5 48:9
    49:6,22 50:22 62:2
    62:17 116:15
    130:14 135:6
    138:14 140:3 145:8
    146:23 147:3,16
    153:7 158:8 164:22
    171:18,22 174:5
    197:19 199:18
    200:13 201:24
    203:1 206:20
    236:12,14 239:17

247:25 255:17
    265:16
**recollection** 13:2
    93:13 114:23
    115:21 126:20
    127:8 189:8 201:8
    222:1
**recommendations**
    241:1,9
**reconcile** 171:11
**record** 10:8 14:4
    27:18 69:2,6 138:2
    138:6 157:19,21,25
    164:12,16 187:23
    188:2 221:18,19,24
    224:15 234:11,14
    234:18 235:7 267:2
    267:5,9 281:18
    283:24 284:6,13
**recorded** 13:6
**recreate** 281:22
**recreated** 281:22
**redistrict** 131:23
    181:12
**redistricted** 232:24
**redistricting** 5:12
    8:12,12 11:2,15
    12:12 15:17 16:2
    16:10,12 20:21,22
    20:25 21:2 25:10
    25:24 35:13,16
    38:22 39:7,11,16,24
    42:8 51:18 52:1
    53:19 54:4 59:1
    60:10 61:25 62:6
    63:3 69:8,10,15,20
    72:21 73:15 76:6
    81:13 94:20 96:22
    114:10,14,21 115:3
    117:20 118:12,17
    118:18 119:23
    121:4 122:12 123:6
    123:16 131:1,4
    136:7 167:6,12,17
    174:14,18 179:7
    182:1,11 192:18,22
    193:4 239:13
    240:20 246:20
    247:2 252:22
    254:13 259:19
    278:24
**redistrictings** 86:19

**redone** 152:12
**redraw** 17:19 152:12
    278:8,19
**redrawing** 62:11
    136:4 194:16
**redrawn** 54:6
**redrew** 32:10
**reduce** 231:21 233:12
    233:13
**reduced** 212:15,18
    221:3 286:7
**reducing** 217:16
**reelected** 29:5,8 30:3
    175:16
**reelection** 177:4
    224:5 242:15
**reelections** 176:22
**refer** 278:7
**reference** 24:10
    56:20 129:11
    143:13 217:4
    223:16
**referenced** 20:21
    24:13 57:3 113:20
    115:22 249:21
    260:8
**references** 81:24
    137:15 240:25
    252:2 254:5
**referencing** 137:20
    241:2 244:18
**referring** 44:21 65:21
    69:18 143:3 169:23
    172:22 174:18,20
    209:1 231:16
    242:11 251:12,20
**refers** 61:9
**reflect** 153:19 180:1
    260:16
**reflected** 71:22 233:4
**reflects** 119:23
**refresh** 13:2 201:8
**reg** 136:24,24
**regarding** 212:6
    232:9
**regardless** 264:6
**regional** 58:20 66:11
    158:17
**regions** 80:22
**register** 92:15
**registered** 109:21
    195:3,25

**registration** 25:19
    92:12 104:14,16
    106:15 107:4 108:6
    108:7,9 109:12
    110:4 129:8 137:6
    137:17 148:15
    149:15 170:17
    171:15 204:14,23
    204:25 209:8,12,17
    209:19
**regular** 158:14
    184:11
**Regulations** 10:5
    286:18 287:4
**REID** 1:4
**relate** 11:10 124:15
    124:16
**related** 16:22 19:16
    20:4 33:3,9,12
    34:22 40:11 75:13
    82:2 117:15 161:17
    161:22 198:14
    200:18 203:13
    228:20 251:23
    252:12
**relates** 124:19
**relation** 75:4 117:20
**relationship** 119:1
    287:5,10
**relative** 272:6
**relatively** 39:25
    175:18 181:21
    271:9 272:6 282:20
**released** 236:23
**relevant** 251:25
**relies** 124:20 125:1
**relocates** 152:16
**rely** 73:16 76:6 85:15
**relying** 69:20
**remained** 227:21
**remedy** 12:1
**remember** 23:19,20
    93:18 104:17
    108:15 150:5
    172:25 176:16
    189:16 193:13
    248:13,14 266:17
**remind** 240:12
**remotely** 185:15,17
**remove** 43:6 263:21
**removed** 212:17
    226:21 263:15,17

Gina H. Wright                Georgia State Conference of the NAACP, et al vs Kemp                November 20, 2017

renew 115:7,11
renumbering 152:22
Reock 83:18
reorganized 164:10
rep 250:24,25
repeat 24:5 117:13
replace 256:7
report 6:13 7:7 55:14
    55:16,16,25 56:11
    56:12,18,23,24,25
    57:13 81:7,8,16,22
    130:25 131:9,15
    135:8,12,24 136:1
    136:12,15,19 137:3
    137:8,16 138:15
    140:5 141:11
    143:19 144:4
    148:16 149:11,25
    150:9,10,16 151:8
    153:10 158:20
    159:20 160:2
    163:22 170:21
    171:3,14 198:22
    199:22,23 231:13
    231:15,23 232:5,8
    233:4 238:20
reported 231:6 286:5
reporter 1:17 10:3,13
    13:14 130:8 140:2
    198:3 283:22 286:1
    286:21 287:22
REPORTER'S 9:12
reporting 10:6
    285:24 286:19,22
    286:23,25 287:8
reports 55:10 78:25
    124:5 248:24
represent 11:22
    26:17 27:23 98:9
    98:19 205:8 206:1
    286:11
representability
    224:22
representation 232:4
representative 22:10
    22:16,18,20 23:7,17
    24:2 27:19,20,24,25
    28:1,2,3,15,18 29:4
    152:7 174:10 175:4
    175:10,15,17 176:4
    176:18,21,25 177:3
    177:12,15,17,17,23

178:1 179:17,21
    180:10,15,20,25
    181:9 182:11 183:6
    183:12,18 197:8
    203:6,8,10 225:9,12
    228:4,7,11,14 241:2
    242:3,4,11,15
    245:16 250:16
    252:19 257:21
    258:20,22,25
    259:13 260:15,16
    260:19 261:3
    267:20,21 269:12
    279:9
representatives 6:1,3
    6:19 28:7 29:7
    98:15 104:5 144:13
    144:17 155:19
    242:14
represented 78:12
representing 10:25
    12:5 228:9
represents 250:16
reps 243:10 251:4,5,8
    251:9
Republican 24:22
    32:6 59:13 68:11
    98:23 108:25 111:4
    112:8 190:24 196:5
    205:17 213:16
    214:11,18,20 215:1
    219:11,13 224:7
    229:11 230:7 243:9
    250:25 251:9,10
    258:14 276:11
Republicans 28:19
    110:13 190:20,21
    216:16 243:19,24
    251:5
Republican-held
    253:7
request 5:14 123:20
    165:19,25 172:15
    257:21 269:9
requested 53:17
    136:13 137:10
    144:4
requesting 5:12
requests 54:23,23
    55:2,3 211:2,2,6
require 117:9 279:2
requiring 117:15

research 121:5 262:4
reserved 286:9
reserving 280:6
residence 80:10
    121:24
residents 210:6
respect 12:16 16:1
    17:9 20:25 21:13
    22:4,6,15,23 25:3
    30:8,11 32:20
    33:22 45:3 64:14
    70:14 73:19 74:24
    76:8 86:5,18 93:11
    94:14,20 103:22,22
    104:20 105:11
    119:22 120:8
    133:20 148:15
    151:2 154:22
    159:12 160:14
    168:7 175:1 179:12
    184:11 193:9,24
    194:21 216:4,8,14
    217:2 218:17,19
    230:13 233:20,22
    237:10,14,18,22
    248:21 252:22
    254:16 259:2
    264:13 267:25
    271:1 280:17
respond 125:7,8
    198:23 265:23
responded 183:18
responding 269:8
response 168:25
    169:11 197:12
    198:5 241:22 242:1
    244:3,6,25 248:14
responsive 32:25
rest 218:1 233:24
    234:1
restate 68:6
result 41:16 94:5
    110:16 220:21
results 7:12 52:19
    148:14 170:16
    178:17 179:25
    180:1,8 193:17
    210:20,21 211:13
retain 23:23 210:17
retention 268:1,6
retires 245:7
retrogress 71:10,12

75:9
retrogression 72:19
retrogressive 127:1
returns 52:19 211:12
reuniting 237:6,19
reveal 175:8
review 5:15 13:16
    29:24 30:25 33:8
    123:21 124:6
    140:16 166:17,18
    167:8 168:14,19,20
    236:22
reviewed 168:16
revised 18:5 19:3
    262:11
Re-Examination 4:9
    281:5
right 13:1 23:5 33:16
    35:6,6 42:2 43:13
    49:2 52:25 53:6,6
    60:22 61:19 66:2
    66:23 68:25 69:23
    71:11 75:13 81:2
    85:18,20 87:21
    93:3,6,8,19 94:8,14
    95:7 97:12,13
    100:13 105:6,9
    106:19 108:1
    113:19,24 114:16
    115:12 116:11
    118:3 119:21
    123:15,18 126:2,8
    126:15 127:1
    128:22 129:6,18,21
    129:25 130:1,4,9
    135:3 137:23
    138:10 139:22
    142:8,15,17 143:7
    145:3,7 146:20,22
    155:14 156:1
    158:22,22 160:8
    163:19 165:24
    166:7 168:25
    171:12 172:14
    173:10,12,17
    178:15 179:4,5
    180:16 186:7
    187:20 188:4 192:5
    196:23 199:13
    200:11 201:21
    205:24 206:18
    208:1 213:1 214:3

214:4,9 215:7,13
    219:6 221:10,16
    223:1 226:9 230:2
    231:15 232:13,14
    233:1 235:4,6
    236:6,10 239:8
    240:12 241:15
    244:2 246:9 247:22
    250:12 253:16,16
    254:4 256:21 260:6
    262:10 266:22
    267:11 269:22
    277:5 280:6 284:9
    284:12 286:8
Rights 2:5 5:14 21:4
    70:21,25 71:4,5
    72:13 74:17,25
    75:4,13 123:20
right-hand 47:11
    126:18 130:6,12
    135:5 136:21
    144:14,16,21 149:4
    162:10,11 164:21
    170:5 173:15
risk 242:17
river 43:17 47:22
road 214:13 215:23
    215:24 229:25,25
Rob 36:21 111:19
Rockdale 99:21
    270:14
Roger 5:10 65:23
    114:2 143:14
role 12:7,16,19 16:1
    17:3,5 36:25 38:12
    39:18,21,24 40:9
    42:8 52:5 63:16
    64:13 119:9 122:22
    123:23,25 169:4
    193:2 210:14,25
    252:21
roles 204:14 211:1
Roman 63:2 117:6
Romney 194:9,13
    208:7,19
room 13:5 50:17
    67:15 186:1,3,6
Roswell 285:24
roughly 89:14 101:13
    101:13 149:8
    218:13,21
rounded 96:5

route 115:16
row 131:17,17
Royal 3:2
rule 246:24
rules 10:5 13:3
  286:18 287:3
run 76:17 78:25 81:7
  82:7 129:22 140:5
  140:15 150:10
  245:6,16 273:19
running 54:25
  180:25 187:21
  245:21 271:15
runs 271:24 274:1,9
rural 214:10
Rutledge 7:10 27:19
  27:24 28:18 29:7
  174:8,25 176:18,21
  176:25 178:1
  179:12,13,14
  183:18 228:4
  242:14,15
Rutledge's 175:12

_____
S
SABRINA 1:6
sacrificed 244:9
sacrificing 244:15
safe 243:23 244:15
safer 182:12 244:8
sake 238:20
salaries 115:15
Sam 5:13
SAMMY 1:7
save 18:8 19:2 33:13
saved 19:22 33:5
  65:13 269:4
saving 115:13
saw 246:7 249:21
saying 29:10 45:18
  45:20 125:12
  183:19 218:10,11
  221:7 242:13
says 42:3,11 46:20
  47:21 56:21 61:4
  63:4 69:25 70:23
  88:20 114:17
  115:19 116:12
  119:21 127:2 130:7
  130:12 135:12,16
  135:19 141:7
  142:16 143:1,11,19

144:12,19,21 148:2
148:3 149:5 168:11
169:14 170:15,19
172:20 174:13,14
174:17 205:5 209:1
209:16 210:5
240:16 242:12
245:24,25 246:2,18
246:19 248:22
251:15 266:14
schedule 116:19
  123:9
scheduled 64:24
school 85:5 251:23
Scott 260:16,19
  261:4
seat 23:23 28:16
  152:1,5 182:12
  186:4 205:17,19
  245:7,17,22,23
  279:1,5,5
seats 57:25 71:13
  242:18 243:3,9,21
  243:23,25 244:8,15
  244:16
second 14:25 33:7,15
  55:8 76:9 88:7,17
  90:13 100:22
  131:17 157:19
  166:8 179:14 184:6
  204:7 207:14
  209:16 214:23
  226:18 234:8 240:5
  240:8 242:10 244:4
  250:19 254:6 260:7
  262:19,20,22 263:5
  263:7 267:2
secretary 1:10 26:13
  106:8 148:20 165:2
  165:14 166:2 169:4
  169:7 170:12
  188:15
section 5:14 72:13
  89:5 113:20 123:20
  123:23 159:25
  160:1 163:6
sections 72:18 80:22
see 16:6 17:7 22:2
  24:23 25:13 32:1
  32:15 36:21 46:14
  48:23 50:6 61:10
  61:14 88:9,25 89:6

90:17,23 91:2
95:16 100:22,23
101:2,8,11,18
102:16 134:4 137:8
137:10 140:23
146:18 149:9,18
150:11 156:13,15
156:23,25 160:10
160:22 162:7
166:19 167:23,25
168:20 174:15,24
175:7 180:3 186:21
192:13,14 196:11
200:1 202:5 214:3
214:3 217:15,19,24
219:9,13,14 220:10
222:12 228:18
236:8 244:5,5,9,10
244:11 249:9,12,16
257:25 264:4,24
274:18
seeing 150:4,5 192:11
seeking 169:10
  254:20
seen 23:15 60:25 62:8
  88:2 111:13 123:6
  124:10 125:13
  135:8 136:19 137:3
  142:23 148:11,16
  149:9,11 206:22
  211:7 217:12 235:2
  236:14 239:18
  248:2
sees 110:23
select 105:15
selecting 105:16
selection 108:16
Senate 12:15 41:23
  41:25 53:11 55:11
  55:19 56:2,16
  57:15 61:25 62:5
  62:24 63:2 67:21
  68:3 69:9 108:3
  126:21 127:2,12
  152:14 153:14
  188:16,20,25 190:8
  190:10,13,15
  192:10 199:6,23
  200:2 262:21,24,25
  264:10 266:5
senator 188:17 192:9
  198:8,25 245:8,14

245:17,21
Senators 68:9
send 148:21 171:25
  172:2,12
sending 172:8,10
  193:16 248:4
sense 33:20 79:20
  109:23 215:24
  217:1 270:21
sent 127:21 128:3
  165:10 166:5
  197:24 203:5
  232:21 260:23
  261:1,12 264:10
  267:20 280:14,15
  281:20,25 282:16
sentence 114:16
  115:18 127:5 168:9
  206:8 208:5 245:24
  246:19
separate 1:23 9:13
  65:25 92:24 285:20
separation 20:16
series 15:14 20:2,3
  158:16 178:16
  265:20
served 35:23 275:6
service 39:12 256:20
services 5:12 36:10
  39:7,12 42:8 51:18
  114:20,21 115:2,3,6
  286:25 287:8
serving 205:6 206:12
session 7:22 62:12
  158:13,14 168:14
  168:16,22 184:4,8
  184:11,14 199:25
  239:14 240:18
  248:7 257:2
set 19:16 47:12,15
  64:13 105:18
  144:23 145:6 184:8
  184:9 203:19 269:2
settled 251:18
seven 15:14 61:10
  77:6 178:17
seventh 153:18
Shantée 36:22 37:16
  136:10
shape 33:1 82:3
  133:17 182:6
  200:18,23 216:2

280:15 281:9,10,24
  282:18
share 253:13
sheet 4:10 9:5 130:17
  131:3 147:20
sheets 6:21 8:3 9:9
sheet(s) 285:20
shop 84:21
short 274:12 277:21
shorthand's 143:6
show 14:15,16,17
  31:19 47:16 81:16
  113:21 144:11
  149:3 153:11 158:3
  159:21 162:3
  184:18,19 186:8
  187:1 231:23
showed 33:17 147:21
  185:5
showing 17:16 89:21
  137:16 138:25
  139:2 185:2
shown 91:25 255:24
shows 24:20 53:14
  95:22 105:14 139:5
  153:13 154:9
  163:22 199:22
  249:4
sic 86:4 239:21
side 103:6 136:21
  162:11 223:20
  225:25
sign 13:18 117:18
  132:11 201:1,3
  286:9
signature 117:10,16
signed 201:6,10,13
  201:16
significance 57:7
  131:20 132:7
  138:24
significant 30:7,10
  30:14 39:18,21
  181:21 227:12
significantly 152:23
similar 51:21 69:20
  88:2 127:3 145:25
simple 283:2
simply 151:9 168:11
SIMS 1:4
single 65:1 76:13
singular 67:13

**sir** 158:7
**sit** 64:24
**sitting** 18:5
**situation** 151:23
**six** 4:5 145:19,20,22
  151:20 153:20
  154:17 157:1,5,8
  267:10 279:20
**sixth** 146:16
**size** 68:14 78:7 82:2
  96:2 126:23 131:25
  132:11 154:11,11
  223:2 271:17,21
**skinny** 214:12
**slight** 41:23 101:5
**small** 18:13 214:11
  239:1
**SMITH** 1:4
**smooth** 216:21
**SNOW** 1:7
**software** 16:10
**solely** 25:10
**somebody** 48:19
  85:16 129:22
  221:11
**somewhat** 274:22
**sorry** 27:21 31:6
  32:14 58:5 84:12
  91:20 93:9 95:6
  100:10 101:8 137:1
  141:25 155:14
  156:9 172:5 199:12
  218:15 234:9,20
  235:9 255:14 260:6
  277:13,20
**sort** 74:23 85:14
  109:6 112:15
  115:23 123:9
  140:10,16 173:6
  182:8 204:20
  212:12 242:2 248:6
  273:19,20,25
**sorted** 137:18
**sorts** 119:16
**SOS** 248:23
**sought** 181:12
**south** 258:5,10
  271:19
**southeast** 271:25
  274:4
**southeastern** 272:23
**southwest** 224:19

**space** 285:19
**speak** 192:25 281:4
**speaker** 122:24
  240:15 252:20
  259:18
**speaking** 271:9 272:6
**speaks** 75:22
**spec** 136:18
**special** 40:13,20
  62:11
**specialist** 39:7,12,12
  42:9 51:19,25 52:1
  52:3 118:12
**specially** 144:4
**specific** 19:5 21:21
  60:18 72:18 75:23
  87:9 117:2 176:17
  177:8 178:11 199:7
  239:15 264:22
**specifically** 16:17
  52:8,17 70:17 72:6
  74:1 177:6 190:16
  248:9 264:18,21
  280:25
**speculate** 190:25
**speculation** 31:22
**speed** 166:23
**spelled** 245:12,13
**Spiro** 7:19 122:17,18
  122:19 198:6 240:9
  240:10,11,12,13,16
  255:3
**split** 5:19 60:11 76:25
  78:4,5,17,24 79:6
  79:14 80:2,8,9,16
  81:6 109:6 110:13
  111:7 138:12 139:1
  139:1,3,4,6,8,24
  140:12,21 141:5,10
  141:13,18,21 159:3
  159:7,21 160:18,20
  160:24 161:1,13,15
  162:8,16 163:4,14
  208:6,18 212:20
  214:7 216:6 219:22
  219:23 220:1,24,25
  221:3,5,8,9,12,13
  222:4,8,17,19,24
  223:2 229:19 230:1
  230:17,19,20,24
  231:9,23,25 232:15
  232:19 233:16

  237:6,11,12,15
  238:10 246:4,7,14
  257:20 258:2,5
**splits** 111:3 112:20
  140:23 222:11
  230:14 231:7,21
  232:10 233:5,13
**splitting** 79:2 109:1
  160:5
**spoke** 22:13 27:13
  28:4
**spoken** 21:19 22:18
**spread** 53:4 196:11
**spreads** 106:23
**spreadsheet** 7:1 8:9
  148:6,9,12 149:7,10
  162:1
**stack** 33:17 34:9,10
  34:18 178:23,25
  179:3
**staff** 12:8,9,18 16:20
  17:17 33:8 40:12
  40:15 51:4,5,13
  52:9 64:7,8 65:15
  115:14 116:20
  118:4,16 122:12,23
  135:18,19 136:5
  187:16 193:1 211:1
  239:24 240:14
  254:24 259:18
  269:8
**staffers** 121:9
**Stagecoach** 183:10
  183:12 226:22
  270:23
**stamp** 156:11
**stand** 280:4
**standard** 130:17,25
  131:2 136:15 144:5
  150:9 166:4 168:6
  170:21 267:25
**Stanton** 36:21,24
  37:3,9
**staple** 174:1 188:11
**stapler** 173:16
**stapling** 192:7
**start** 21:22 28:9
  64:14 74:9 88:8
  99:4 145:7 152:21
  152:22 158:23,24
  162:6,7 176:7
  184:5,8 211:20,20

  212:14 214:22
  262:14
**started** 19:3 31:2
  35:15 188:23 224:1
**starting** 112:13 145:1
**starts** 149:4 184:6
  241:22
**stat** 6:21 8:3 9:5,9
  130:17 131:2
  147:20
**state** 1:3,10,10 2:2
  8:12 12:6,15,15,17
  17:20 21:3 27:2,3
  47:7 48:14,16 50:1
  53:10,11,15 54:17
  55:18,19 61:15
  63:23 64:18 70:22
  71:20 74:5 84:18
  86:19 93:21 107:22
  107:23 118:22
  119:1,24 143:4
  145:11 152:13,17
  158:12,16 165:14
  170:13 231:18
  243:10 286:2
**stated** 286:5
**statement** 156:25
  204:5,19 205:12
  206:10 208:11
  209:5,22 210:9
  242:20,24
**statements** 199:3
**States** 1:1 75:16,20
  75:21
**statewide** 12:11
  16:24 39:16,19
  42:4 63:24 71:19
  107:5,13,19,21
  108:1 117:22
  118:15 120:8
  138:22 195:24
  196:4,17
**state's** 26:13 84:16
  106:8 148:20 165:3
  166:3 169:4
**statistical** 137:16
**statistics** 139:7
**stats** 132:17 149:6
**status** 71:23
**statute** 246:24
**stay** 129:21
**stayed** 209:18

**stenographer** 13:6
**Steve** 7:15 104:2
  192:8,9
**stick** 235:23
**sticker** 128:12
**sticks** 275:19
**Stockbridge** 180:11
  181:1,14 183:4,13
  225:5,6 226:22
  270:17,17,18,20
  274:21,23
**stops** 128:9
**straight** 215:22 216:1
**Strangia** 36:22 38:9
  52:23 111:19 120:3
  148:22 165:23
  166:3,5 171:1
  196:18
**strap** 97:7
**streamed** 52:12
**Street** 2:10,15,20
  285:24
**streets** 47:22
**stretches** 270:12,16
  272:5,12
**Strickland** 1:18 2:18
  2:19 28:1,15 29:5
  68:21,25 73:11
  126:2,3,8 142:19,22
  152:8 156:5,9,12
  164:8 173:21
  175:16,18 176:4
  177:3,12,23 178:22
  179:1,4 180:25
  181:5,9,15 183:6,12
  202:10,14,17,21
  207:19,24 225:9,13
  228:11 234:8,20,24
  235:4 236:1,4,8
  242:11 245:16
  250:5 253:19,23
  255:13,16 256:8
  258:20,22 259:1,13
  265:6,11 267:1
  269:14,20 277:7
  280:2 281:1 282:9
  282:13 283:16,21
  284:2,5
**Strickland's** 175:5,10
  175:12 182:12
  241:3
**strike** 55:13 67:2

104:18 110:25
113:22 141:19
142:3 154:19
160:18 167:3
171:25 191:1 195:4
201:2 218:18
**string** 17:23
**strongly** 229:10
**studied** 102:15,19
206:6
**studies** 31:18
**study** 211:11
**stuff** 54:22 226:13
252:12
**sub** 138:25 262:25
**subdivision** 139:24
140:22
**subdivisions** 5:19
138:12 139:1
**subject** 174:13
197:25 284:7
**submission** 5:13
74:14 113:21
123:17,19,23
124:10,24 136:7
137:13
**submit** 44:4,6 254:23
**subpoena** 4:14 15:2
192:16 211:8
**substance** 23:17
257:17
**substantially** 70:3
**substantive** 268:13
**successfully** 278:17
**sufficiently** 80:21
**Sugarloaf** 3:3
**suggest** 177:1,10
**suggested** 43:11
**suggesting** 178:4
**Suggestion** 42:12
**suit** 124:16
**Suite** 2:5,14,19
**summarize** 74:24
**summary** 87:22
137:16 196:3
236:17 260:24
261:25
**summer** 37:10
**supervisors** 41:1 42:6
**support** 61:7
**suppose** 80:18
**supposed** 119:10

**sure** 11:19 15:20,25
21:2,22 24:8 26:8
30:7 31:1,13,15
45:9,17,19 46:12
48:24 54:21 59:8
59:15,17 60:18
68:7 70:23 74:23
75:19 76:4 80:5,7
81:1 82:25 96:19
114:11,17 117:14
125:8,10 128:18
129:21 141:23
142:10,12 164:8
166:24 167:22
180:19,21 183:21
185:1 194:17,19
195:9,11,16 213:13
218:2 220:3 223:18
223:23 224:16
226:19 230:25
231:4 232:2,17
234:12 239:15
242:7,9,12 243:7
244:1 261:6 262:15
262:16 267:3
280:11,19,21
**surprised** 215:9
**surrounding** 47:10
48:18 49:13 50:4
175:4
**suspect** 105:2
**suspects** 210:5
**SWANSON** 1:6
**Swear** 10:13
**sweep** 18:21
**switch** 128:14
**sworn** 10:17 286:14
**system** 19:14,18
25:10 26:7,10
130:10 166:17
171:15 281:14
282:8

———————————
**T**
**table** 46:15 129:17
235:16
**take** 18:2,3 20:11
21:9 23:20 30:18
43:9 52:25 53:24
58:22 66:13,25
68:23 82:18 91:22
98:2,25 100:14

106:14 119:3
137:24 159:23
160:12 164:6,6
182:1 183:4,5
186:23,25 187:20
202:18 207:5,6
211:22 216:23
219:18,20 227:8,15
227:23 228:24,25
229:8,14 236:11
242:16 251:16
273:8
**taken** 1:15 11:5,13
14:11 148:8 151:4
152:4 191:8 212:15
263:13 281:18
**takes** 57:15 274:16
274:19
**talk** 15:15 52:16
94:18 100:15
122:11 187:14
214:23 223:5,25
226:17,17 240:20
**talked** 22:7 65:11
100:15 124:21
127:5 225:4 250:15
280:10,12
**talking** 14:2 21:17
61:8 67:16 69:8
72:14 85:24 87:25
99:1 106:24 118:22
119:12 136:2
178:18 180:23
222:2 233:25
241:19 248:25
249:2 266:3
**talks** 55:9 63:3 77:6
88:19 117:7 129:7
165:18 188:25
203:25 208:5 237:2
243:1 250:20 252:6
254:8
**tape** 137:24 187:21
**tasked** 241:9,11
259:17
**Taylor** 205:15,19
**tech** 38:18
**technical** 11:15 40:14
40:21 42:22 119:6
141:3 237:8,9,23
238:1,3,7,16,22
239:1

**technically** 283:14
**Technology** 36:10
**Telephone** 2:8,13
**tell** 20:24 28:7,8
36:12 63:10 76:17
79:1 82:21 102:11
112:5 127:19
145:16 148:5 177:6
177:7 197:6 209:7
215:7 230:9 231:1
253:10 265:13
**tem** 252:20
**ten** 102:2 186:6
**tend** 32:2,5 185:21
**tenure** 52:6
**terms** 14:3 16:13,15
17:3 21:16 27:9
29:6 33:20,24 34:8
34:24 39:4,4,24
57:4,7,8 60:12
63:16 64:1 66:20
72:5 86:14 88:3
95:23 106:3 108:6
110:7,7,8,15 118:20
119:6 120:5 124:22
126:19 150:24
154:12 159:22
160:5 161:10,12
164:2 167:16 171:3
185:10,24 188:18
205:21 214:20
215:14 218:12
223:6 226:8,20
233:4 238:11,14
242:20 246:12
249:18 251:20
252:7 254:21
261:21 268:6 269:8
**test** 76:16
**testified** 10:18 156:13
182:18
**testify** 4:14 15:2 23:6
124:17
**testimony** 1:22
157:12 277:10
285:4
**tests** 82:7
**text** 39:6,8
**Thank** 15:4 47:25
49:14 50:11,18
100:11 123:15
125:25 140:1

146:20 147:15
153:4 157:17 170:3
173:10 211:17
247:21 265:15
283:11 284:11,14
**Thanks** 145:6 221:16
**theirs** 191:14
**thereabouts** 70:13
**thereof** 118:18
**thereto** 286:6
**thing** 14:1 29:20
47:24 51:6 53:23
59:9 60:7 66:11
83:2 152:10 159:14
160:25 161:2 173:7
196:7 204:20 214:2
214:21 215:14
222:8 261:16,18
280:8,9
**things** 13:3 17:16
39:14 40:17 43:8
43:22 44:23 47:15
48:21 50:7 53:7,25
55:2 56:7 58:2
60:17 75:25 77:20
82:7 105:23 107:12
108:4 115:13 116:3
119:16 121:23
131:15 165:17
204:25 205:1
210:20 211:13,15
212:10 233:12,17
233:19 238:21
252:11 259:22
280:21 281:17
283:2
**think** 11:18 14:5
23:13,15 25:21
28:5 29:9,10 34:12
37:22 41:25 58:4
78:16 80:15 82:17
83:25,25 91:18
96:10 97:3 98:7,12
107:2 108:12
110:17,18 113:3
116:14 118:1,6
119:14 120:2,20
124:21 125:22
128:8 131:16 144:3
159:11 161:7,21
167:23 170:3 171:8
175:6,24,25 176:15

180:6 186:6 190:19
190:20 202:12
208:23 213:14
218:25 219:2 221:7
222:9,15 224:8
225:18,19,23 228:5
228:20 231:5
232:25 238:22
241:20 243:15
245:2 249:20 250:2
250:15 251:7,8,8,9
262:3 263:1,6,14,25
264:2,4,23 265:4
266:7 271:15
276:12 277:2
**third** 61:4 80:12 89:3
90:24 117:5 254:6
260:7
**Thompson** 1:6,8 2:12
156:4 277:22
**Thompson's** 157:12
**thought** 121:20
184:17 186:9 225:8
**thousand** 96:5,10,13
108:22 247:7
**thread** 7:4,6,10,14,16
7:18 8:1,14,16,22
9:1,6
**threatening** 127:22
**three** 4:4 11:8,9 42:1
70:20,23 77:6 80:6
96:16,24 97:10,12
98:5,10,12,15 99:5
116:15 138:7 151:4
151:17 188:6 205:8
205:23 237:5
241:20 282:4
**throw** 60:17 223:11
**Thursday** 250:21
**time** 10:12 11:12
16:17,24 17:11
18:7 19:1 30:22
34:12 35:7,15,20,21
36:15,17 37:14,23
39:17 40:8 44:10
53:7 54:14 65:14
68:17,21 70:18
71:2 73:5,8 74:8,13
74:18,22 93:10
104:11 112:10
116:1 118:13 121:1
122:22 126:7 127:9

129:16 154:14
160:14 165:15
166:17 168:12,24
172:4 177:22
185:21 188:16
191:4,19,21,22
194:18,25 195:6,10
216:12 224:24
232:13,23,23
240:23 242:16
249:10,18 251:17
252:13 259:20,21
262:18 275:12
277:6,8,9 278:13
280:4 283:17,23
**timeline** 123:6,7,10
**times** 68:1,8 171:4,7
**timing** 45:18
**Tina** 8:1
**tip** 182:5
**title** 5:21 52:12,13
121:6,10
**titled** 8:11 171:14
**Tobelman** 3:6
**today** 14:11 46:8
100:4 124:10
192:12,13 205:6
206:11 208:3 209:1
235:3 283:24
284:10
**told** 21:14,24 23:17
31:10 43:16 64:16
116:18 127:25
213:16 233:10
253:8
**Tonya** 51:14
**top** 15:12 50:16
78:19 82:24 90:12
135:16 142:16
143:11 148:2,10,12
149:6,8 152:21
208:20 209:7
216:24 226:10
241:20 272:4
274:14 277:1
**topic** 15:15
**topics** 15:14
**total** 70:2 86:9 95:23
97:15 105:5 131:17
131:21,23 132:16
133:1,5,10,13
134:21 136:22

137:5 140:20 195:3
213:16 220:12
232:9 248:22
**totally** 18:22 189:17
218:15
**totals** 140:20 209:17
**touch** 76:12
**tough** 243:2
**track** 65:5,8 202:20
**traditionally** 82:9
246:19
**trail** 17:25 241:19
**transcript** 6:18 9:13
13:15,16,21 155:17
156:10 276:19
285:4 286:12
**Transcripts** 5:22
**travel** 84:22
**treated** 92:22
**tremendously** 86:10
**trends** 52:18 102:16
**trickled** 94:6
**tried** 76:1
**true** 32:8 181:11
190:12 194:20
243:11 285:3
286:11
**Trump/Clinton**
246:1
**trust** 205:13 206:5
209:25
**try** 18:14 28:8 40:21
41:3 44:6 60:17
70:8 79:4,10 85:14
96:14 128:10
211:21 212:11
213:15,22 219:14
224:3 225:8 229:18
233:12 243:23
**trying** 22:7 23:22
25:24 28:10,11
29:3 34:2,2 59:9
65:24 70:7 71:7
74:23,25 75:1,18
79:7 80:19 125:2
141:25 142:1 172:7
225:18 233:6
238:11 243:17
246:12 261:9,10,11
261:11
**turn** 61:13
**turnout** 149:6,15

248:23 249:12
**turn-out** 25:19
**Tussahaw** 229:9
230:4,5,6
**two** 4:3 11:8,9 19:4,7
19:9,10 20:7 22:21
26:3 33:4,23 45:10
45:12 46:6 53:20
69:25 72:13 78:11
109:2 114:3 116:2
134:16 151:8
160:22 165:25
169:21 171:13
174:1 183:3 191:8
191:8,9,13 198:16
205:25 212:3
219:25 222:24
223:1 230:14,19
233:11 236:3 237:2
237:15 239:19,20
244:8,25 247:7
263:15,15 279:2
**two-hour** 116:19
**two-minute** 164:6
**two-page** 255:10
**type** 135:17 140:5
146:5 245:3
**types** 21:10 75:25
84:25 210:19 245:1
**typically** 17:18 18:11
38:16 133:12
138:21 166:2,15
**Tyson** 1:4 73:3,13
**T-rep** 229:1,11

———————
**U**
**uh-huh** 29:13 39:9
48:1 57:6 88:22
98:11 105:7 118:8
122:20 137:1
145:21 146:4,7,21
156:16,24 173:20
214:6 227:2 230:5
231:3 250:14
269:25 282:11
**Uh-oh** 91:17
**ultimate** 170:11
**ultimately** 65:18
66:13
**um** 119:10,11
**unanimously** 189:13
190:12

**unchanged** 259:14
**underneath** 36:9
39:6 56:21 223:14
223:15
**understand** 13:8,10
13:24 14:8 31:13
45:18 58:6 125:4
141:23 212:2
238:24 269:3
**understandable**
189:17
**understanding** 24:16
25:18 31:23 32:21
57:23 58:9 63:11
70:19 71:3 76:10
81:25 103:2 104:11
109:7,9 150:15
164:1 198:7,24
203:14 204:16
218:20 247:1
**understood** 29:9
72:19,20 177:20
**unhappy** 257:23
**unique** 210:16,24
211:16 245:4
**United** 1:1 75:16,20
75:21
**Unity** 222:4,6,13
229:6,6
**universal** 107:24
**University** 35:22
36:5,6 115:18
**unplugged** 91:18
**unusual** 113:2 137:10
**update** 26:3,20
**updated** 46:5
**upper** 97:7 130:6,11
135:5 144:15,20
149:4 164:21 170:5
**upside** 100:9
**use** 16:9 25:10 26:6
26:24 34:12 43:18
44:5 62:12 83:9
84:2,2,5,9 85:19
86:13 105:12
109:12 126:17
131:10 141:16,17
151:7 173:23
184:21 187:6 196:2
200:19 215:25
278:18
**useful** 56:20 81:23

Gina H. Wright                     Georgia State Conference of the NAACP, et al vs Kemp                     November 20, 2017

132:3
**user** 135:17,20
**uses** 16:11 83:22
110:3
**usual** 165:21 287:16
**usually** 18:13 29:24
74:14 105:20 121:9
121:11 238:17
**utilized** 280:4

**V**

**V** 2:8
**value** 77:15
**VAP** 109:13,20 110:3
110:3 162:12
**variation** 18:23
**variations** 282:23
**varied** 21:16
**varies** 184:15
**variety** 237:3
**various** 6:21 8:3 12:9
12:18 63:23 66:25
131:12
**VDSP** 55:7
**venture** 59:5
**verify** 208:17
**version** 19:2,3,3,12
98:1 139:12,17
147:12 153:12
161:7 191:6,15
194:8 208:6 262:23
263:1,5,7
**versions** 19:5 282:25
**versus** 6:8,10 134:18
148:1 160:1 194:23
195:4 271:19
**video** 4:2,3,3,4,4,5,5
10:8 69:1,6 138:2,6
157:20,24 164:12
164:16 187:22
188:2 221:24
234:13,17 267:4,9
284:13
**Videographer** 3:6
10:7,11 69:1,5
100:7,11 129:14
138:1,5 157:20,24
164:11,15 187:22
188:1 221:19,23
234:10,13,17 267:4
267:8 283:25
284:12,15

**videotaped** 13:7
**view** 270:1
**Vincent** 36:13
**virus** 281:13,18
282:19
**volume** 1:22,23 6:9
6:11 9:13 33:21,24
148:2
**vote** 24:21 56:6 57:16
57:18 58:19 92:15
108:24 109:1,4
112:22 113:9,10
127:23 128:2 132:5
180:11 190:15
198:5 257:24
**voted** 27:3 110:20
112:2 127:17,20
190:20,21,22,22
**voter** 25:19 104:13
104:15 106:14,22
108:5,7,9 109:12,21
110:4 111:3 129:8
137:17 170:16
171:15 200:24,24
204:14,24 209:8,12
209:18 238:9
**voters** 7:8 108:22
110:14,15,20 113:8
113:9,13 132:2
171:15 173:3 195:3
195:8 196:1 204:15
214:19 249:5
**votes** 179:22 181:4,5
183:13,13 194:9,14
214:11,18 246:23
**voting** 5:14 21:4
24:22 26:18 44:1,3
70:21,25 71:4,5
72:13 74:17,25
75:4,13 123:20
127:6,11,11,13
129:8 131:18,21
132:1,17 136:22
137:5 139:4,8
140:11 141:5
170:17 218:8,13,22
248:24
**vs** 1:9
**VTD** 43:25 44:1,19
44:20 47:23 81:9
81:20 222:17
231:23,25 232:5

233:8,10
**VTDs** 44:5,8,12,13
44:15 81:8 103:16
139:9,10,14 231:16
232:22 233:5

**W**

**wager** 226:7
**wait** 156:5 168:11
199:12 202:10
216:5 256:13
**want** 14:25 15:1,21
17:8 20:19 27:7,16
29:11 30:13,18,25
31:3,4,7 32:12 34:9
43:5 44:5,25 45:17
48:5,6 49:3 51:4
55:4 59:22 60:16
60:22 62:13 71:12
71:13 77:5 79:15
82:25 88:6,15
98:24 99:3 100:14
105:19 108:19
116:11 118:4
121:15 122:3
123:16 125:11,12
131:11 137:12
139:22 140:22
144:18 147:25
150:20 153:4 154:4
155:7,10,16,25
158:3 163:13
166:18 170:4
178:15 181:1 187:5
187:6 188:6 192:5
197:16 201:21
202:25 206:18
211:17,23 214:23
219:23 223:16
235:10,21,25
236:25 238:19
239:9 241:15
247:22 250:9
252:16 253:17
255:9 264:4,24
265:3 269:11,22,24
279:18 283:14
**wanted** 20:12,13
21:15,24 28:8 43:2
48:19 50:5,18 60:8
64:23 66:9,16,17
100:20 122:11

**weight** 77:13
**Welch** 27:20 28:1,19
29:7 104:3 177:15
179:21 242:15
267:20,22 269:12
**Welch's** 228:7,15
**welcome** 49:15 50:12
50:20 140:2
**went** 19:2 33:2 35:12
36:15,16 40:20
41:3 65:19 81:11
91:4,7 95:20 102:4
112:6,8 124:6
143:9 184:16,16
185:7 205:17
213:13,14 216:10
218:16 219:2
220:23 223:6
230:19 232:7 249:6
249:13 258:9 263:6
266:15 269:9
**weren't** 40:15 69:17
74:14 120:3 125:14
183:20 191:14
257:24 281:2 283:7
283:7,10
**west** 2:10 180:12
181:1,14 183:4,13
226:22 271:19
**western** 272:17,19
274:7
**Westside** 275:15,16
275:20,24 276:3,10
276:21,25
**we'll** 43:17 48:4 63:1
90:11 95:4,4 99:4
128:13,14 158:24
162:5,6 176:7
235:4 247:23
253:17 256:7
**we're** 13:7 14:2 53:12
54:4,22 55:2 61:8
71:25 78:7 91:20
99:1 124:8,8
129:22 144:25
158:22 173:13,23
174:3 179:2 180:23
187:20 212:1 235:6
252:8 256:8,23
267:8 284:10
**we've** 54:16 55:3,6
125:22 134:16

**wanting** 58:17 79:14
165:19 198:23
**wants** 244:6 246:21
247:9
**Washington** 2:6,15
277:24
**wasn't** 62:7 64:21
97:6 116:9 180:21
187:3 220:13
222:17 223:23
229:8,20 244:21
257:24 263:18,19
**way** 22:2 52:13 61:21
77:1 80:3 84:4,24
85:21 86:14 92:10
93:20 109:11,25
110:18,23 113:4
116:4 122:10
133:17 139:18,19
140:24 141:3
149:20 155:21
159:19 161:6 162:9
162:11,19,23 163:9
193:13 213:14,24
216:19 217:1,9,18
219:12,17 220:16
220:17 222:20
224:13 232:3
233:16 235:17,23
238:9 245:15
251:18 259:16
271:16,19,20
272:16,22 273:6
274:14,23 282:13
282:17
**WAYNE** 1:6
**weakest** 181:9
**web** 51:2
**website** 4:24
**week** 174:16 183:20
184:1 241:23 252:7

136:14 139:15
141:8,12 142:1,2
167:5,7,20,23,25
168:18,21,24
180:18 186:22
191:10 198:6 200:1
200:22 202:5
252:24 254:23
257:25 262:17
263:19 267:22
269:12 283:2 284:5

Donovan Reporting, PC                                                                          770.499.7499

166:15 171:5,6
178:18 204:10
254:22 278:24
**whack** 216:25
**whatnot** 40:4 56:6
57:17 115:15 122:6
124:5 199:3 203:13
220:12
**whichever** 65:3
172:17 271:12
**white** 28:19 32:5
88:16,24 89:6,13
90:24 93:4 98:20
100:21,24 101:3,6,9
101:13,14 109:20
110:11,14 146:13
146:15 149:14
156:22 175:25
176:9 204:14
209:17 215:2 230:8
248:23 249:6,14,15
**wide** 18:21
**widespread** 127:20
**WILLIAM** 2:8
**willing** 177:19
**willingly** 279:2
**win** 177:3
**wing** 115:9
**witness** 3:1 10:14
61:15 87:14,17
124:18 125:12,19
128:11 129:3
160:11 167:2
180:21 207:17
256:11,15,18,21
277:10 280:5,11
281:4 283:19
286:13
**witnesses** 125:6
**witness's** 286:8
**woman** 118:9
**won** 179:22 181:19
181:21 183:7,12
242:15 243:9,21
**word** 40:3 71:8,12
202:18
**words** 68:7
**work** 17:6,18,20,21
17:22,22 18:16
19:22 20:8 26:2
35:12 36:16 37:3
37:19 38:5 45:9

54:12 55:7 64:19
64:23,25 66:8
73:23 77:18 83:5
85:11 93:12,14,15
103:21 105:12
110:5,5 117:22
118:1,19 120:16
143:23 166:3 185:7
185:13,21 195:14
204:21 217:18
238:14 259:18
**worked** 12:9,18 16:3
29:19 36:19 38:23
38:23 40:12,14,15
41:11 42:17 45:16
52:3 54:11 63:21
63:22,23 64:8,9,21
65:2 66:12 74:6,6
77:14 94:19 118:16
120:14,21,24
121:14 122:10
143:21 165:15
166:24 186:14
252:12 254:25
262:4
**working** 18:8 19:15
29:24 35:17,17,19
43:20 54:5,19 64:1
65:14 69:13 71:18
73:1 74:1,10,15
78:23 82:5 89:25
102:21 103:17
105:1 118:15,21,23
118:24 119:19
120:25 121:7,11
123:10 127:24
134:15 140:15
185:10,14,17,24
186:2 194:15
200:24 213:21
252:9 268:14
**works** 19:22 38:9
200:20,22 210:1
235:16 239:24
**worry** 191:14
**worse** 258:18 259:1
**worst** 181:16,18
**worth** 34:1 96:17
97:18
**wouldn't** 12:21 30:13
30:17 34:5 168:23
180:1 209:11 217:1

227:22 272:2
273:21
**Wright** 1:14 4:7,16
7:5,7,10,17,19 8:2
8:19 9:1,7,9 10:16
10:21 15:5 47:5
48:10 49:7,22
50:22 60:25 62:17
69:7 87:25 95:16
114:4 123:22 130:4
130:14 135:5
138:10,14 140:3
142:23 145:7
147:16 148:11
149:2,10 150:1
153:6 154:6 155:21
158:3,8 159:1
164:19,22 171:19
174:6 179:6 188:13
192:8 197:19
199:18 200:11
201:24 203:1
206:21 222:1
236:11 239:11
247:25 252:18
255:17 256:25
265:16 267:11
285:1,22 286:14
**write** 124:1,4
**writing** 286:7
**written** 10:3
**wrote** 201:12

**Y**

**Yates** 28:3,18 29:7
177:17
**yeah** 26:8 58:8 59:17
68:1,23 71:11,12
109:24 112:11,14
127:10,18 128:13
142:12 160:25
162:12 172:7
180:23 181:11,25
202:21 206:3 207:5
207:13,23 215:4
222:6 225:19,24
231:4 233:1 236:8
256:2 261:8,10
264:2 268:25 269:2
275:18 279:12
**year** 20:17 36:12
37:11 44:13 166:9

166:11,22 184:15
279:11
**years** 26:3 30:12
36:11 45:10,12
46:6 53:5,20 54:15
102:2 134:2,15
142:9 165:25
176:24 204:3
231:17 232:4 282:4
**Yeomans** 188:14
**York** 2:6
**y'all** 212:8

**Z**

**zero** 44:14 70:8,11
110:11,14
**zeros** 106:20
**zoomed** 145:14
**zoom-in** 147:6

**0**

**01** 40:7
**02** 40:7,7
**06** 135:17

**1**

**1** 4:14 7:8 9:3 14:14
15:1 32:14,15
87:22 204:12
235:25 236:1,2
260:24 275:16
286:10
**1st** 254:8,12 260:10
**1,220** 181:4
**1,600** 179:22
**1-5-2017** 8:17
**1-6-2015** 7:7
**1-9-2015** 7:5
**1:14** 138:4,6
**1:17-cv-01427-TC...**
1:9
**10** 4:3,8 5:4 30:18
46:5 87:13,15,17,20
87:23 96:7 136:24
136:24
**10-21-2011** 5:13
**10-8-2015** 8:5,7
**10.B** 286:18
**10:39** 207:7
**10:51** 69:2,3
**100** 197:17
**101** 197:18

**104** 21:23 94:8,10
151:5 159:25 162:8
162:17 163:6
178:21 212:21
213:3 214:8 216:11
216:18 217:7 221:6
250:17
**105** 7:2 8:10 21:23
22:3,6,15,25 24:1,9
45:4 48:20 94:9,11
94:13 141:10,13,21
142:3,4,11 150:21
151:3,4,12,24 159:2
159:3 160:1 162:3
162:8,18 163:2,8
167:10 178:21
191:20 193:19,25
194:1,8,13,23,23
195:3,4,6,8 199:1
211:19,20 212:12
212:16,19,25
215:15 216:10,16
217:5,17 218:7,12
218:20 220:22
221:12,14 224:9
233:22,24 237:10
237:18,22 248:10
248:17 249:19,25
**1059** 170:6
**1059-1060** 7:9
**106** 151:6
**1063** 170:6
**1065** 164:22
**1065-1068** 7:5
**1067** 166:14
**1068** 164:22 168:10
**107** 151:6
**107,000** 101:3
**109** 27:25 145:23,24
146:5 174:11 175:1
176:21 178:19
224:24 227:6,8,14
227:21 269:24
270:1 275:3
**11** 5:6 74:9 87:13,16
95:2,8,13 107:8
215:11
**11th** 189:9,10
**11-20-2017** 285:25
**11-4-2014** 7:12
**11:01** 69:4,6
**110** 28:1 145:23

146:17 178:20
275:16 276:1,5,8
**111** 7:3 8:10 19:25
20:1,4,11,16,18
22:4 27:7,9 28:2,15
45:4 50:6 100:2
141:10,13,21 142:4
150:21 151:19,22
151:24 160:14,19
162:3 163:15,20
176:19 178:20
180:7,24 181:13
182:2 191:20 208:6
211:19 222:3
227:16,19 228:14
230:13 237:14,18
237:23 239:1,2
248:10,17 249:19
250:2 257:11,15,18
257:19 258:10,13
259:6 260:18 261:5
263:8,24 264:13,20
271:2,2,3,24 272:9
273:1,22,23 275:3
275:15 276:1,10,11
276:13,20,21,22
282:10,14
**112** 173:14 174:3,4
**113** 5:10 173:14
174:3,4
**114** 234:2
**1170** 2:20
**119,000** 97:2
**119,341** 95:20
**12** 5:8 46:5 74:12
94:3 95:3,9,14 99:4
99:5 174:2,3
176:12 211:23
267:18 275:17
**12-14-2016** 8:15
**12:26** 138:2,3
**1201** 2:10
**123** 5:13
**13** 5:10 91:7 113:18
113:25 174:2,3
241:17
**13th** 2:15 201:2,4,11
**130** 5:16 28:2 178:20
179:18
**135** 5:17
**1362-1385** 5:15
**1370** 126:18

**1376** 137:14
**138** 4:4 5:19
**1380** 128:7
**1385** 128:19,25
**1388** 6:1 144:14
145:3
**139** 5:21
**1390** 6:3 144:16
145:4
**1392** 130:11
**1392-1404** 5:16
**14** 4:14 5:13 22:12
46:1,5 123:14,19
137:14 176:16
250:10 259:14
**14th** 239:21
**14.7** 102:5
**1401** 2:6
**1411** 135:4
**1411-1416** 5:18
**1417-1437** 5:20
**142** 5:23
**144** 6:1,2,4,5
**147** 6:7,8
**149** 6:10,13
**15** 5:16 99:5 130:3,7
130:8,10 195:4
211:23 218:7 259:8
**15th** 114:2
**15-14-37(a)** 287:2
**150** 231:8
**1523** 6:4 144:18
145:4
**1525** 6:6 144:20
145:4
**1527-1539** 6:7
**153** 6:14
**154** 6:16
**1540** 142:18
**1540-1546** 5:24
**155** 6:18
**1552-1506** 5:21
**158** 6:21
**159** 42:4,17
**16** 5:17 45:16,24,25
46:1,5 135:2,4
137:20 259:14
**16th** 254:3 262:8
**161** 7:1
**164** 7:4
**17** 5:19 138:9,11
184:24 282:23

**17th** 169:14
**17,000** 101:20
**170** 7:6
**173** 7:10
**175** 274:3
**177** 156:2,7,11
**178** 7:12 156:3,8
**18** 5:21 132:4 139:21
139:23
**180** 66:1,4 186:18
**184,000** 91:4
**184,122** 91:1
**188** 4:4 7:13
**19** 5:23 128:5 129:7
142:14,16,21
**191** 141:5
**192** 7:14
**1965** 70:21,25
**197** 7:16,18
**199** 7:21

---

**2**

**2** 4:16 35:5,9 39:3
61:21,24 235:25
236:1,2
**2-1-2017** 8:19
**2-14-2017** 8:21
**2-15-2011** 5:11
**2-24-2017** 8:23
**2-27-2015** 7:11
**2:00** 164:12,13
**2:10** 164:14,16
**2:46** 187:23,24
**2:56** 187:25 188:2
**20** 1:20 6:1 10:1
130:1,5 144:7,12
145:1,2,4,8,8 205:9
206:1 241:16
285:23
**20th** 10:10,11 122:8
**200** 8:1 34:1 112:17
**200,000** 89:10
**2000** 5:3,7 25:13,14
36:2 86:4,4,10 87:8
87:22 88:9,16
89:10,18 90:12,16
90:18 91:12 94:24
95:8,11,13,18,20,24
96:6,9,15,23 100:17
100:22 101:8,18,19
102:9 139:9 141:4
182:22 279:9,10,11

**2000/2010** 86:7
**20005** 2:6
**20005-3960** 2:15
**2004** 11:19 12:23
39:22 41:15,18,19
209:16 210:7
**2005** 37:8 52:10
**2006** 6:1,3 41:14,18
41:21,22 129:10
138:13 139:11
144:13,17 145:12
150:18 151:5,21
239:21
**2008** 129:10
**201** 8:3
**2010** 5:5,9 6:16 7:9
25:11,12,14 42:13
44:19 45:6 81:13
81:21 86:11 87:8
87:14,23 88:12
89:2,11,18 90:22
91:12 94:24 95:9
95:13,18,21 96:6,8
97:14 100:18 101:2
101:9,22 102:8
103:16 107:9,11
129:10 130:20
139:10,13,14
148:14 153:24
154:5,8 173:4
204:1,12 215:10
233:3 278:18
279:17
**2011** 5:21,23 6:7 38:4
38:6 62:12 63:18
63:19,21 64:3
65:23 69:9,13
70:14,18 71:2,18
72:15,16,25 74:18
86:25 90:1 91:22
93:11,16,23 94:16
94:20 102:22
103:23 104:12
114:2,7,14,24
118:14 120:12
121:17,19 123:3,24
125:8 136:2,3,8
139:23 140:7
141:15 142:5,16
143:9 144:22 147:1
147:11 150:17
154:23 155:20

232:7,24 233:7
277:18 278:5,7
279:7,13,16
**2011-2012** 61:24
**2011/2012** 98:1
160:13
**2012** 4:17,20 6:21 7:2
7:3 37:22 38:6
46:22 47:8 48:21
49:5,11 50:6 51:10
62:12,15 73:15
93:23 94:16 98:2
99:24 152:9 153:13
158:5,14,24 159:1
160:6,9 162:3,20
176:4,10 208:7
212:13,24 221:13
222:3 223:4 230:14
249:5,14 267:17
273:2 275:5,19
**2013** 54:1,4,8,15
**2014** 5:22 23:1,8
45:21 47:23 142:5
165:5,7,20 166:12
167:6 173:2 175:17
176:20 178:17
179:9,15 180:24
181:16 209:17
210:7 259:2,3
**2015** 4:19,22 8:4
15:19 16:2,10,25
18:3 20:13 21:1,14
27:8 28:24 32:10
48:8,15,21 49:21
50:2,7 56:22 73:19
141:9,18,22 167:18
179:8 181:13 182:1
184:1 185:16
188:19 189:1
192:17,22 193:3
194:2,24 201:23
204:12 209:1
211:19 212:6,13,16
212:18 213:3
220:25 221:14
223:5 230:16 259:6
259:10 267:19
269:23 273:2,4
282:14,19
**2016** 44:20 45:19
249:5,15 258:23
259:3

Gina H. Wright                 Georgia State Conference of the NAACP, et al vs Kemp                 November 20, 2017

**2017** 1:20 7:22 9:3
  10:1,11 15:19 17:2
  17:4 20:13 36:2
  54:2 73:24 199:25
  239:13 240:18,20
  244:17 246:17
  252:8,10,22 254:8
  254:13,17 255:12
  257:2 262:19
  264:25 287:19
**2019** 251:16,19
**202** 8:5
**202.654.6200** 2:16
**202.662.8391** 2:7
**203,000** 97:16
**203,922** 95:21
**206** 8:7
**21** 6:2 144:8,15,18
  145:2,4,13
**21st** 121:17,20 136:8
  165:7 167:4
**211** 8:9
**2190** 156:11
**22** 6:4 144:8,20 145:2
  145:4 146:23
  147:22 156:22
**22nd** 169:3
**22.9** 91:7
**2200** 2:19
**221** 4:5
**23** 6:5 144:9 145:2,4
  147:2,22
**23rd** 121:18,19
  241:24
**235** 8:11
**237** 285:24
**239** 8:14
**24** 6:7 147:9,11
**241** 8:16
**247** 8:19
**25** 6:8 141:6 147:24
  147:25 250:11
**250** 8:20
**251** 15:18
**252** 8:22
**253** 9:1
**255** 9:5
**26** 6:10 149:1,3 192:7
  209:19
**26th** 189:1,5
**26,000** 209:20
**265** 9:6 181:5

**266** 9:8
**267** 4:5
**27** 6:13 149:23,24
  150:16 192:7
**27th** 174:13 184:1
  189:4
**2745** 287:21
**278** 4:9
**28** 6:14 153:3,5
  252:17
**28.5** 163:21
**281** 4:9
**285** 4:10
**287** 4:11 286:10
**29** 6:16 154:3,4 155:9
  155:10,10,12
  252:18

---
**3**
**3** 4:17 6:9,11 46:25
  47:2,6,7 48:22
  62:14 148:2 158:25
  159:2
**3,000** 204:15
**3-16-2017** 9:2
**3:44** 207:8 221:20,21
**3:55** 221:22,24
**30** 6:18 155:6,11,16
  206:19
**30(b)(6)** 1:13 124:18
  125:6
**30,000** 153:25 154:8
**30-percent** 30:16
**30044** 3:3
**30060** 285:24
**30309-3488** 2:10
**30309-7200** 2:20
**3084** 128:24
**31** 6:21 156:22 158:2
  219:2
**32** 7:1 161:24,25
**33** 7:4 164:18,20
  170:9 206:20
**34** 7:6 170:1,3,4
  171:13 202:25
  219:2
**35** 4:16 7:10 173:9,11
  174:4 183:16
  218:13,22
**354,000** 89:15
**354,316** 89:6
**36** 7:12 101:8 178:14

  178:16
**36.3** 102:5
**37** 7:13 188:10,12
**38** 7:14 156:21 192:4
  192:6 196:24
**39** 7:16 196:24,25
  197:1,3,4 203:1
**394,000** 89:14
**394,164** 88:25

---
**4**
**4** 4:18 48:3,7,23
**4-28-2015** 7:15
**4-29-2015** 7:17
**4-30-2015** 7:19
**4:08** 234:14
**4:51** 267:6
**4:59** 267:7,9
**40** 7:18 163:20
  197:15,17 202:11
  205:7 206:13 242:8
  266:23
**40,000** 97:1
**40-percent** 31:9
**40-something** 96:10
  96:12 128:20
**400** 2:5
**404.572.6828** 2:11
**41** 7:21 199:10,11
**42** 8:1 200:10 202:14
  202:15 225:25,25
  227:12
**43** 8:3 183:12 201:20
  201:22 202:8,12,13
**44** 8:5 202:24,25
  206:24 207:7,9
**45** 8:7 97:3 206:17,19
  206:20
**46** 8:9 211:25 212:4
  217:3
**47** 4:17 8:11 235:20
  235:25 236:10
**47.9** 249:14
**4799** 3:3
**48** 4:18 8:14 239:7,10
  239:17
**49** 4:20,21 8:16
  241:14,17

---
**5**
**5** 4:20 5:14 49:1,3
  50:8 123:20,23

  283:25
**5th** 169:10 246:17
  287:19
**5-13-2015** 8:2
**5:00** 261:15
**5:17** 1:20 284:15,16
**50** 4:23 8:19 96:4
  108:23,25 110:11
  110:14 111:4,4
  247:20,24 248:1
**50,000** 97:4
**50-something** 96:4
**50-50** 109:4,16
  110:12,16 111:2,7
  112:20,22 113:1
  208:6
**51** 8:20 250:8,10
**515** 15:19 17:4,10
  254:9
**52** 8:22 252:15,17
**52.2** 249:14
**52.3** 249:7
**52.5** 101:10
**53** 9:1 253:15,18,24
  260:8
**54** 9:5 255:8,9 256:23
  256:25 257:4,6
  265:6,7
**54,000** 96:5 97:15
**55** 9:6 265:2,4
**56** 9:8 236:18 266:21
  266:23 267:12,16
  269:13
**566** 15:19 16:19 17:9
  198:4 236:18
  277:19 283:6
**58** 242:16
**58.2** 249:6
**588,488** 88:10
**59** 266:23 283:25

---
**6**
**6** 4:21 49:17,19,20
  50:8
**6th** 155:20
**6-19-2017** 9:7
**60** 5:1
**600** 2:14
**65** 32:5
**678.347.2200** 2:21
**69** 4:3 28:5

---
**7**
**7** 4:23 50:14,19 55:9
**7b** 81:24
**7c** 84:12
**7th** 169:19
**7,000** 204:13
**7-20-2017** 9:9
**7.C** 287:3
**700** 2:15
**73** 28:3 145:23
  146:12 163:14,18
  178:19 257:14,18
  258:8,9 260:18
  261:5 263:8,23
  264:20
**74** 128:9
**74,000** 101:23
**76** 99:7,8,8 274:16
**77** 247:23
**770-428-5801** 285:24
**770.814.8022** 3:4
**78** 99:7,13 145:23,24
  146:1,3 247:23
**78,000** 91:4
**78,224** 90:15
**79** 197:5,6

---
**8**
**8** 5:1 60:21,24 239:9
**8.B** 10:5
**80** 197:5,6
**80.1** 101:7,10
**805,321** 88:13
**84,000** 100:17
**85** 243:5
**86** 265:5,14
**87** 5:2,4 128:20
**8747** 148:3

---
**9**
**9** 5:2 87:17,19,21
  155:7 241:17
**9-11-28(c)** 287:6
**9:37** 1:20 10:2,12
**90** 99:7,18,19 145:23
  146:10 265:5,14
  274:19
**90th** 104:7
**91** 145:23 146:8
**92** 253:17,21,22
**9297** 149:4
**9297-9316** 6:11

Donovan Reporting, PC                                                                 770.499.7499

Gina H. Wright                Georgia State Conference of the NAACP, et al vs Kemp                November 20, 2017

**93** 253:21
**9331-9347** 6:12
**9347** 149:5
**94** 253:17,21,22
**945** 183:13
**95** 5:6,8 200:12
  202:15
**95,550** 100:24
**97** 200:13 202:16

IN THE MATTER OF

# Georgia State Conference of the NAACP, et al
# vs
# Kemp

Transcript of Deposition of

# Gina H. Wright

On January 25, 2018

*Reported by* Joel P. Moyer
*Certified Court Reporter*



## DONOVAN REPORTING
## & VIDEO CONFERENCING
237 Roswell Street   Marietta, GA 30060
770.499.7499   800.547.1512   FAX: 770.428.5801
‹‹‹‹‹www.donovanreporting.com›››››

```
        THE UNITED STATES DISTRICT COURT
          NORTHERN DISTRICT OF GEORGIA
               ATLANTA DIVISION

GEORGIA STATE CONFERENCE OF THE NAACP,
as an organization; LAVELLE LEMON, MARLON
REID, LAURETHA CELESTE SIMS, PATRICIA
SMITH, COLEY TYSON,
        NAACP Plaintiffs,

AUSTIN THOMPSON, WAYNE SWANSON, DARRYL PAYTON,
AUDRA CUNNINGHAM, SABRINA MCKENZIE, JAMIDA
ORANGE, ANDREA SNOW, SAMMY ARREYMBI, LYNNE
ANDERSON, CORETTA JACKSON,
        Thompson Plaintiffs,

     vs.      CASE NO. 1:17-cv-01427-TCB-WSD-BBM

BRIAN KEMP, in his official capacity as
Secretary of the State for the State of
Georgia,
        Defendant.
                      _ _ _

     Videotaped 30(b)(6) Deposition of
   Georgia Legislative & Congressional
         Reapportionment Office,
        through GINA H. WRIGHT,

       Taken by Jon M. Greenbaum,

        Before Joel P. Moyer,
      Certified Court Reporter,

          At the Offices of
         Balch & Bingham LLP,
          Atlanta, Georgia,

      On Thursday, January 25, 2018,
Beginning at 9:07 a.m. & ending at 10:50 a.m.

                  _ _ _

            Volume of Testimony
  (Exhibits Contained in Separate Volume)
              VOLUME TWO
```

Electronically signed by Joel Moyer (501-161-376-4513)          fcf65454-d26e-411a-9f3c-809e2d3169cf

Gina H. Wright      Georgia State Conference of the NAACP, et al vs Kemp      January 25, 2018

289

```
 1    APPEARANCES OF COUNSEL
 2    For the Georgia State Conference
        of the NAACP Plaintiffs:
 3
              JON M. GREENBAUM
 4            Lawyers' Committee for
                Civil Rights Under Law
 5            Suite 400
              1401 New York Avenue, NW
 6            Washington DC 20005
              202.662.8391
 7
      For the Thompson Plaintiffs:
 8
              ARIA C. BRANCH
 9              (Via Telephone)
              Perkins Coie LLP
10            Suite 600
              700 13th Street, NW
11            Washington, DC 20005-3960
              202.654.6200
12
      For the Defendant:
13
              FRANK B. STRICKLAND
14            Strickland Brockington Lewis LLP
              Suite 2200
15            1170 Peachtree Street, NE
              Atlanta, GA 30309-7200
16            678.347.2200
17    For the Witness:
18            K. ALEX KHOURY
              Balch & Bingham LLP
19            Suite 700
              30 Ivan Allen Jr. Boulevard, NW
20            Atlanta, GA 30308
              404.261.6020
21
      ALSO PRESENT:
22
              David Tobelman, Videographer
23
24
25
```

Electronically signed by Joel Moyer (501-161-376-4513)      fcf65454-d26e-411a-9f3c-809e2d3169cf

Gina H. Wright                    Georgia State Conference of the NAACP, et al vs Kemp                    January 25, 2018

290

1              INDEX TO PROCEEDINGS
2                EXAMINATION INDEX
3    GINA H. WRIGHT
4         Examination by Mr. Greenbaum          293
5
     Errata Sheet                               339
6
     Certificate Page                           341
7    _____
8                 EXHIBIT INDEX
9    Plaintiff's Exhibits
10    108  Document titled                      300
          HD105amdp1_2014_data
11
      110  Document titled                      300
12        HD105amdp2_2014_data
13    134  Map labeled Proposed House           296
          District 104 and 105 (GA2-003019)
14
      135  Map labeled Proposed House           299
15        District 104 and 105 (GA2-003027)
16    146  Reports regarding population and     295
          voting breakdowns of House
17        Districts 105 and 111
          (GA2-005071-5092)
18
      147  Map labeled HD 109-work-5-2-11       306
19        (GA2-003032)
20    148  Email thread ending with email to    307
          Andy Welch from Kade Cullefer,
21        5-17-2011, with attached maps and
          stat sheets (GA2-005165-5172)
22
      149  Email to Andy Welch from Kade        309
23        Cullefer, 5-23-2011, with attached
          map and stat sheets
24        (GA2-005461-5466)
25    (Continued on Next Page)

Donovan Reporting, PC                                              770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                    fcf65454-d26e-411a-9f3c-809e2d3169cf

Gina H. Wright                Georgia State Conference of the NAACP, et al vs Kemp                January 25, 2018

291

```
1     150   Email thread ending with email to    310
            Andy Welch from Kade Cullefer,
2           5-25-2011, with attached map and
            stat sheets (GA2-005182-5187)
3
      151   Email to Andy Welch from Kade        310
4           Cullefer, 8-17-2011, with attached
            maps (GA2-005467-5469)
5
      152   Map labeled Proposed House           311
6           Districts (GA2-003033)
7     153   Email thread ending with email to    311
            Dale Rutledge from Gina Wright,
8           11-14-2014 (GA2-004682)
9     154   Email to Spiro Amburn from Dan       313
            O'Connor, 12-19-2014 (GA2-000861)
10
      155   A Bill To Be Entitled An Act         315
11          (GA2-004372-4418)
12    156   Email thread ending with email to    317
            Dan O'Connor from Elizabeth
13          Holcomb, 3-31-2015
            (GA2-000441-442)
14
      157   Email thread ending with email to    318
15          Phyllis Williams from Gina Wright,
            1-26-2017, with attached committee
16          rules (GA2-004652-4654)
17    158   Email to Gina Wright from Dan        320
            O'Connor, 2-1-2017
18          (GA2-004874-4875)
19    159   Email thread ending with email to    321
            Gina Wright from Dan O'Connor,
20          2-27-2017 (GA2-004872-4873)
21    160   Email thread ending with email to    323
            Gina Wright from Dan O'Connor,
22          2-28-2017 (GA2-004870-4871)
23    161   Document prepared by Gina Wright     324
            (GA2-005093)
24
25       (Continued on Next Page)
```

Donovan Reporting, PC                                                    770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                    fcf65454-d26e-411a-9f3c-809e2d3169cf

Gina H. Wright          Georgia State Conference of the NAACP, et al vs Kemp          January 25, 2018

292

1    162   Minutes of Meeting of the House      325
           Legislative & Congressional
2          Reapportionment Committee,
           3-1-2017 (GA2-005098-5099)
3
     163   Precinct Notes for Proposed House    327
4          Districts, Plan: House-amd-2017
           (GA2-005100-5101)
5
     164   Document titled Overview of          327
6          Redistricting in Georgia and the
           U.S. in 2017 (GA2-005094-5095)
7
     165   Document titled March 1, 2017,       329
8          Detailed Information for House
           Bill 515 by substitute
9          (GA2-005097-5098)

10   166   Email to Michael Nix from Gina       329
           Wright, 3-7-2017, with attachments
11         (GA2-004614-4618)

12   167   Email to Cristina Correia from       331
           Gina Wright, 5-5-2017, with
13         attachments (GA2-004425-4439)

14   168   Email thread ending with email to    331
           Cristina Correia from Gina Wright,
15         6-22-2017, with attachments
           GA2-004425-4439)
16
     169   Email thread ending with email to    332
17         Gina Wright from Cristina Correia,
           5-18-2017 (GA2-004761-4763)
18
     170   Email thread ending with email to    333
19         Cristina Correia from Gina Wright,
           5-30-2017, with attachments
20         (GA2-004458-4468)

21

22   (End of Index)

23

24

25

Donovan Reporting, PC                                    770.499.7499

Gina H. Wright                Georgia State Conference of the NAACP, et al vs Kemp                January 25, 2018

6 (Pages 293 to 296)

293

1        January 25, 2018
2            9:07 a.m.
3    (Whereupon the reporter provided a written
4    disclosure to all counsel pursuant to
5    Article 8.B. of the Rules and Regulations
6    of the Board of Court Reporting.)
7        THE VIDEOGRAPHER:  All right.  We
8    are now on video record.  This is the beginning
9    of file number one.  The date is January 25th,
10   2018.  The time is 9:07 a.m.
11   GINA H. WRIGHT,
12       being previously duly sworn, was examined
13       and testified as follows:
14   EXAMINATION
15   BY MR. GREENBAUM:
16       Q    Ms. Wright, you understand that
17   you're still under oath?
18       A    Yes.
19       Q    Since your last deposition, who have
20   you talked to about this case?
21       A    Alex, probably.
22       Q    Anybody else?
23       A    Cris Correia with the Attorney
24   General's office.
25       Q    Okay.

294

1        A    Jack Park.  My husband.
2        Q    Okay.
3        A    I'm not sure --
4        Q    Okay.
5        A    -- other than that.
6        Q    Have you spoken to any of the
7    legislators about this case?
8        A    No.
9        Q    Any, anybody else in your office
10   about this case?
11       A    Possibly.
12       Q    Who in your office did you speak to
13   about this case?
14       A    Probably -- well, in term -- I'm
15   not sure I understand what you mean in terms
16   of talking about it because they knew that how
17   long -- how long was your deposition kind of
18   question or --
19       Q    I'm not talking --
20       A    -- how was it.
21       Q    Yeah, I'm not talking about things
22   like scheduling or length.  I'm talking about
23   anything substantive.
24       A    Oh, no.  Probably not.
25       (Whereupon a document was identified

295

1    as Plaintiff's Exhibit 146.)
2        Q    Okay.  All right.  So I'm going to
3    mark as Exhibit 146 a document that's Bates
4    stamped GA-2-5092 and -- actually, GA2-5071 to
5    GA2-5092, and the first page is entitled
6    Population Breakdown of 2015 Change to House
7    District 105.
8        MR. KHOURY:  Do we need to -- you
9    want to go off the record?
10       MR. GREENBAUM:  Let's go off the
11   record.
12       THE VIDEOGRAPHER:  Going off video
13   record.
14   (Whereupon off-the-record discussions
15   ensued.)
16       THE VIDEOGRAPHER:  We're back on
17   record.
18       MR. GREENBAUM:  Thank you.
19       Q    I'll mark this as 146.  Ms. Wright,
20   do you recognize Exhibit 146?
21       A    Yes.
22       Q    What is it?
23       A    It is a report I compiled for the
24   Attorney General's office after the case was
25   filed.

296

1        Q    Okay.  So, so I want to look at the
2    first page.  It says Demographic Information
3    For House District 105 Changes, and it talks
4    about the population that moved out of HD 105.
5    Did you do any sort of analysis like this
6    during the time you were doing the
7    redistricting in 2015?
8        A    No.
9        Q    Okay.  And would that, and would
10   that be true of all the information that's in
11   here that talks about the voting precinct
12   breakdown of 105 and then it gets into a
13   population breakdown including precinct
14   breakdown of 111?  You can flip through the
15   document, see if you did any of this analysis
16   at the time of your redistricting in 2005 --
17   2015?
18       A    I did not do any of this analysis
19   when we drew this in 2015.
20       (Whereupon a document was identified
21   as Plaintiff's Exhibit 134.)
22       Q    Okay.  Thank you.  And I want to --
23   I want you to look at two maps now that were
24   previously marked in another deposition.  One
25   map is 134, Exhibit 134, and it says Proposed

Electronically signed by Joel Moyer (501-161-376-4513)                                fcf65454-d26e-411a-9f3c-809e2d3169cf

Gina H. Wright                Georgia State Conference of the NAACP, et al vs Kemp                January 25, 2018

7 (Pages 297 to 300)

297

1    House District 104 and 105.  And on the top it
2    says Client: HD105; Plan: HD105ampt1-2014; and
3    Type: House.
4          Ms. Wright, do you recognize that
5    document?
6      A    Yes.
7      Q    What is, what is that document?
8      A    Based on the plan name 2014 year, I
9    believe this would be a proposal that was
10   drawn during session of 2014 for Districts 104
11   and 105.
12     Q    Okay.  And let's say that you're
13   working on a -- strike that.
14         Session typically ends for most
15   years in the spring unless there's a special
16   session; right?
17     A    That's correct.
18     Q    If you were working on a plan,
19   let's say, in fall of 2014, would you have
20   used 2014 in the title or 2015 in the title?
21     A    Typically, it would be 2015 because
22   it wouldn't be into -- it wouldn't be in a
23   bill until 2015.
24     Q    All right.  Is this a, is this a
25   plan that you worked on yourself?

298

1      A    Yes.
2      Q    Okay.  And do you recall working on
3    a plan involving Districts 104 and 105 in the
4    2014 legislative session?
5      A    Yes.
6      Q    Could you, could you describe,
7    could you describe what happened?  Could you
8    describe -- strike that.
9          Did a legislator come to you with
10   the idea of modifying Districts 104 or 105?
11     A    Yes, in a way.
12     Q    What do you mean by "in a way"?
13     A    Well, I don't think they said, you
14   know, I want to change the districts.  I think
15   it was more of a, can we look to see if
16   there's anything to do to change the districts
17   in a way that would make the district a little
18   more politically favorable for that member.
19     Q    And was the member that you were
20   trying to seek making the plan more
21   politically favorable to Ms. Chandler?
22     A    Yes.
23     Q    Was Mr. Efstration, Representative
24   Efstration who represents 104, at any point
25   consulted in this process?

299

1      A    On this particular map?
2      Q    Yes.
3      A    I don't recall.
4          (Whereupon a document was identified as
5    Plaintiff's Exhibit 135.)
6      Q    Okay.  There's a second map, and
7    that one is HD105ampd2-2014, previously marked
8    as 135.  Ms. Wright, do you recognize that
9    map?
10     A    Yes.
11     Q    Is that a map that you
12   worked on?
13     A    Yes.
14     Q    And did you ever meet with
15   Representative Chandler to go over these two
16   maps?
17     A    I don't recall if I met with her to
18   go over them.
19     Q    Did you ever have any discussions
20   with Ms. Chandler about the two maps or
21   communications?
22     A    I don't recall if I sent them to
23   her in an email or if we -- she came in the
24   office and picked up copies of it.  I don't
25   recall how that --

300

1      Q    Okay.
2      A    -- was transferred.
3          (Whereupon documents were identified
4    as Plaintiff's Exhibit 108 and
5    Plaintiff's Exhibit 110.)
6      Q    I want you to look at -- keep those
7    maps out because we're going to continue to
8    talk about them.  I want you to look at a
9    document previously marked as Exhibit 108.
10         And at the top it says HD105 amp --
11   amdp1_2014_data.  And then there's a similar
12   document previously marked as Exhibit 110,
13   HD105_amdp2_2014 data.
14         MR. GREENBAUM:  Hello?
15         MS. BRANCH:  Hey.  This is Aria
16   Branch from Perkins Coie on the line.
17         MR. GREENBAUM:  Great.
18     Q    Ms. Wright, do you recognize these
19   documents?
20     A    I know what they are, yes.
21     Q    What, what are they?
22     A    It looks like a summary report of
23   the two maps you just showed me.
24     Q    Okay.  And are these summary
25   reports that your office produces?

Donovan Reporting, PC                                                          770.499.7499

Gina H. Wright          Georgia State Conference of the NAACP, et al vs Kemp          January 25, 2018

8 (Pages 301 to 304)

301

1    A    Standardly, no.
2    Q    Okay.  Do you recall, do you recall
3  looking at this data previously?
4    A    Specifically, no, but I'm sure that
5  I did in working on these maps.
6    Q    Okay.  Are these two documents,
7  Exhibits 108 and 110, documents that your
8  office produced?
9    A    We -- yes, I did produce these
10  documents.
11    Q    Okay.  Let me go back to the maps
12  for a second and the data, and maybe we'll
13  start with the ampd1, the map and the data.
14        I notice, actually, comparing ampd1
15  to ampd2, that is it correct to say that the
16  second plan equalizes the black population in
17  Districts 104 and 105 more than the first plan
18  did?
19    A    When you say "equalizes" --
20    Q    In other words, they're closer
21  together?  In the first plan, 105 is 30
22  percent black VAP, 104 is less than 24
23  percent.  And in the second plan, those
24  numbers come closer together.  They're both
25  about 28 percent.

302

1    A    That's what these appear to show,
2  yes.
3    Q    All right.  And in the second plan,
4  were you trying to equalize the black VAP in
5  the two districts?
6    A    No.
7    Q    Even though they're only, what,
8  100th of a percent apart in black VAP?
9    A    No.
10    Q    Okay.
11    A    The reason these reports were
12  produced is because we don't standardly
13  produce the political data, but since that was
14  the objective in the maps, these custom
15  reports are put together to show the impact of
16  that data.
17    Q    Okay.  What are the differences
18  between ampd1 and ampd2?
19    A    Well, in differences, what exactly
20  do you mean?
21    Q    Well, for example, are there
22  precincts that were moved in or moved out?
23    A    Honestly, I don't recall, and I'd
24  have to look at these for a while to see.
25    Q    Okay.

303

1    A    And these are not in color, and so
2  it's a little bit more challenging for me to
3  say what's what.
4    Q    Okay.
5    A    And the labels are blurry.
6    Q    All right.  So let's go back to I
7  think it's ampd1.  And that one, compared to
8  the current plan, Harbins A and Harbins C are
9  completely in 105; is that correct?
10    A    That appears to be the case, yes.
11    Q    Okay.  And did you ever discuss
12  with Representative Efstration the possibility
13  of Harbins A and Harbins C both moving to
14  District 105 from District 104?
15    A    In the drafting of this particular
16  map?
17    Q    Yes.
18    A    I don't recall having a
19  conversation with him on this.
20    Q    Okay.  How about in 2015?
21    A    I think that I did meet with him at
22  that point to discuss the changes --
23    Q    Okay.
24    A    -- and what that would entail.
25    Q    Okay.  Did he offer any input in

304

1  terms of his views on which district Harbins A
2  and Harbins C should be in?
3    A    I don't recall specifically.
4    Q    Did -- who was the chair of the
5  Reapportionment Committee in 2014?
6    A    I'm not sure.
7    Q    Do you recall, do you recall having
8  any communications with any legislators other
9  than Representative Chandler in 2014 with
10  respect to 104 and 105?
11    A    No, I don't recall having any
12  conversations, but I talk to legislators
13  throughout the session, but I don't recall
14  anything about this.
15    Q    Do you recall -- do you have any
16  sense of the timing, other than it was during
17  the session, that you worked, that you worked
18  on these plans?
19    A    I don't recall when during the
20  session, but I think that she understood and
21  as far as my understanding was that there was
22  not going to be any changes to the map in
23  2014.  So for her, it was more of a, just an
24  exploratory look at her district and the
25  precincts surrounding it and what we could do

Donovan Reporting, PC                                    770.499.7499

Gina H. Wright                Georgia State Conference of the NAACP, et al vs Kemp                January 25, 2018

305

1    with the political numbers.
2         Of course, we knew with an election
3    in 2014 that that would be political data that
4    would be more current after that election to
5    review, so I think this was just an initial
6    look to see if anything or if there was any
7    way to give her any, any political help in her
8    district because it was so competitive.
9         Q    When you started the process of
10   looking to redraw 104 and 105 for the 2015
11   legislative session, did you use either of
12   these prior draft plans in that process?
13        A    I don't recall looking at these in
14   that process, no.
15        Q    In any of the communications that
16   you had with Ms. Chandler in the 2014
17   legislative session with respect to that plan,
18   do you recall Mr. O'Connor being involved in
19   those?
20        A    No.
21        Q    And do you recall having any
22   discussions with Mr. O'Connor prior to the
23   2014 election about making changes to 105?
24        A    I don't recall having that
25   conversation, no.

306

1         MR. GREENBAUM:  Okay.  Go off the
2    record for a second.
3         THE VIDEOGRAPHER:  Going off video
4    record at 9:25 a.m.
5         (Whereupon off-the-record discussions
6         ensued.)
7         THE VIDEOGRAPHER:  Back on video
8    record at 9:26 a.m.
9         (Whereupon a document was identified
10        as Plaintiff's Exhibit 147.)
11        Q    All right.  I want to mark as
12   Exhibit 147 a document entitled HD 109-work
13   dated 5-2-11.
14        MR. STRICKLAND:  What was that
15   number again, Jon?
16        THE COURT REPORTER:  It's 147.
17        MR. KHOURY:  147.
18        MR. STRICKLAND:  Okay.  Thank you.
19        Q    Ms. Wright, do you recognize this
20   document?
21        A    No.
22        Q    Is it something that would have
23   come out of the Legislative & Congressional
24   Reapportionment Office?
25        A    It's got our seal on it, so I'll

307

1    say yes.
2         Q    Okay.  And that's usually an
3    indication that something has been produced by
4    that office?
5         A    Yes.
6         Q    Okay.  With respect to the 2011
7    redistricting, did you do any work with
8    respect to the districts in Henry County?
9         A    Yes.
10        Q    What work did you do with respect
11   to the state legislative districts in Henry
12   County?
13        A    Can you be more specific?
14        Q    What was your role in terms of --
15   were you involved at all in the drawing of
16   those districts?
17        A    Yes.
18        Q    Okay.  Did you work with
19   Mr. Cullefer with respect to those districts?
20        A    No.
21        (Whereupon a document was identified
22        as Plaintiff's Exhibit 148.)
23        Q    Okay.  I want to mark as
24   Exhibit 148 a document that's an email or a
25   series of emails.  It's numbered 5165 to 5171.

308

1    And, you know, the first couple of pages are
2    some emails between Representative Welch and
3    Mr. Cullefer with respect to HD 110, and then
4    the third page of the document is a map that's
5    at 5167, and it says Henry County Proposed 1.
6         Does that -- this map look familiar
7    to you at all, Ms. Wright?
8         A    No, it does not.
9         Q    Okay.  And then on the next page,
10   there's a map called Henry County Proposed
11   2.  Does that look familiar to you?
12        A    No.
13        Q    Okay.  And the -- we talked the
14   last time about how your office organized
15   files, and it's usually by district.  And this
16   plan says Henry -- or both of these plans say
17   Henry in terms of the Plan; is that correct?
18        A    That's what this says.
19        Q    Yeah.  Would there be a folder that
20   your office kept that would have been under
21   Henry?
22        A    There are local folders that we
23   keep for the counties.  Those folders are for
24   local district plans, which is commissions and
25   school boards.  I've never seen this or this

Donovan Reporting, PC                                                              770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                                    fcf65454-d26e-411a-9f3c-809e2d3169cf

Gina H. Wright                Georgia State Conference of the NAACP, et al vs Kemp                January 25, 2018

309

1    plan name in our system, and I'm using it
2    every day, so I would venture to say that this
3    was not saved in the place that most things
4    were.
5         Kade very likely could have --
6    Mr. Cullefer could have saved it on his
7    personal drive somewhere.  He was new to our
8    staff at that point as well.
9         (Whereupon a document was identified as
10        Plaintiff's Exhibit 149.)
11        Q    Okay.  I'm going to show you
12   another series of documents starting at --
13        A    Are we done with that one?
14        Q    Yes, we are.  -- starting at 5461,
15   and that's going to be Exhibit 149.  And this
16   is a series.  It's an email and some data, and
17   the last page is a map, all involving -- and
18   the subject of the map is called "Henry
19   plans."  And it talks about "Attached are your
20   respective plans and data in PDF and Excel."
21        Ms. Wright, do you recognize any of
22   these documents?
23        A    I do not.  It's our office's policy
24   during a redistricting, or anytime really,
25   that a member can come in and sit down with a

310

1    staff member and draw whatever it is they want
2    to draw, so I would expect that's what this
3    was, is Representative Welch's work.
4         (Whereupon a document was identified as
5         Plaintiff's Exhibit 150.)
6         Q    All right.  I'm going to mark as
7    150, again, it's numbered GA2-5182 to 5187.
8    And it's an email and a map and plans again,
9    and this is between Mr. -- or Representative
10   Welch and Mr. Cullefer.  And we'll mark it as
11   150.
12        Ms. Wright, any of the data or maps
13   and plans look familiar to you?
14        A    No.
15        (Whereupon a document was identified as
16        Plaintiff's Exhibit 151.)
17        Q    Okay.  All right.  I'm going to
18   mark as 151 -- this is also -- it starts
19   GA2-5467 to 69, and the first page is an email
20   from Mr. Cullefer to Mr. Welch.  It's dated
21   August 17th, 2011.  151.
22        Do the maps there look familiar to
23   you at all, Ms. Wright?
24        A    It's hard to say.  There's no plan
25   name attached to it, so I can't say for sure

311

1    what that would be exactly.  And the colors
2    are not there, so it's also impossible to
3    tell.
4         Q    Did you ever work with
5    Representative Welch during the 2011
6    redistricting with respect to his district?
7         A    I don't recall.
8         (Whereupon a document was identified
9         as Plaintiff's Exhibit 152.)
10        Q    All right.  I'm going to show you a
11   couple more plans from the 2011 period to see
12   if they look familiar to you at all.  I'm
13   going to mark as Exhibit 152 a document that's
14   numbered 3033.
15        Ms. Wright, you can probably
16   anticipate my question.  Does this document
17   look familiar to you at all?
18        A    I can't say that it jumps out at me
19   as something familiar or no.
20        Q    Okay.  It does have the stamp from
21   your office, so it would be a document
22   produced by your office?
23        A    Yes.
24        (Whereupon a document was identified as
25        Plaintiff's Exhibit 153.)

312

1         Q    Okay.  All right.  I want to mark a
2    document as document 153, and it's an email
3    from Gina Wright to Dale Rutledge cc'ing Dan
4    O'Connor.  It's dated November 14th, 2014, and
5    it's a GA2-4682.
6         Ms. Wright, do you recognize this
7    document?
8         A    I mean, I see that I sent it --
9         Q    Okay.
10        A    -- but I don't recall it
11   specifically.
12        Q    Okay.  And as far as you know, this
13   was an email that you actually sent; correct?
14        A    That's what it appears to be, yes.
15        Q    Okay.  Do you recall shortly after
16   the 2014 election Representative Rutledge --
17   and now I'm referring to the bottom part of
18   the email in the chain from him -- asking
19   about getting voting numbers for his district,
20   Brian's district in 111, and Andy's district
21   in 109?
22        A    Yes, I recall that.
23        Q    Okay.  And do you -- did you have
24   any indication as to why he was interested in
25   that information?

Donovan Reporting, PC                                                  770.499.7499

Gina H. Wright      Georgia State Conference of the NAACP, et al vs Kemp      January 25, 2018

11 (Pages 313 to 316)

313

1    A    Well, Brian's district was much
2  more competitive and a closer election, so
3  they wanted to see if there was any way to
4  politically give him a little advantage in his
5  district.
6    Q    Okay.  And in his email, he asks
7  for comparison of the 2010 results with this
8  year's results demographically.  Did you have
9  an understanding about what he meant when he's
10  saying demographically?
11    A    When I read something that says
12  what he said with demographically, total
13  votes, where the votes came from, and
14  percentage of change Republican/Democrat, that
15  means they want everything we can give them,
16  all of the information related to that
17  district or --
18    Q    And --
19    A    -- their district.
20    Q    Sorry.  And that would include the
21  racial data?
22    A    Yes.
23    (Whereupon a document was identified as
24  Plaintiff's Exhibit 154.)
25    Q    Thank you.  All right.  I want to

314

1  mark as 154 an email from Dan O'Connor to
2  Spiro Amburn dated Friday, December 19th,
3  2014, and it's number GA2-861.
4      And, Ms. Wright, I want to call
5  your attention to the third paragraph, which
6  is just a one-sentence paragraph.  It says,
7  "Gina and I are set to meet with
8  Representative Strickland at 10:00 this Monday
9  the 22nd, if want to stop by."
10    A    Can I read the rest of this?
11    Q    Absolutely.
12    A    Okay.
13    Q    All right.  So going to the third
14  paragraph, it refers to you and Mr. O'Connor
15  being set to meet with Representative
16  Strickland on Monday I guess the 22nd of
17  December 2014.  Do you recall meeting with
18  Representative Strickland and Mr. O'Connor at
19  around that time?
20    A    I recall meeting with
21  Representative Strickland, but I couldn't tell
22  you when, and I don't recall Dan being in any
23  of those meetings.
24    Q    Okay.  Do you recall Mr. Amburn
25  being in any of those meetings?

315

1    A    No.
2    (Whereupon a document was identified
3  as Plaintiff's Exhibit 155.)
4    Q    All right.  I want to move on now
5  to Exhibit 155.  And this is -- we're going to
6  have to fasten this in some way.  It's
7  numbered GA2-4370 to 4418.  It's possible that
8  might actually be two versions of the same
9  document.  Let me take that really quick and
10  just separate them.
11      Ms. Wright, do you recognize this
12  document or what this is?
13    A    I mean, it's a conversation that I
14  had with the Jeff Lanier in legislative
15  counsel.
16    Q    Okay.  And then there's a large
17  document that follows that starts at 4372 to
18  4418.  Do you recognize what that is?
19    A    Yes.
20    Q    What is that?
21    A    That is the committee substitute
22  bill that was passed out of the House
23  committee.
24    Q    Okay.  And what substitutions were
25  made between the original bill and the

316

1  substitute bill?
2    A    On the original bill, there were
3  two districts out near Augusta that were
4  included.  They decided they just didn't want
5  to make a change after all and came out of the
6  bill.  And there were two districts in the
7  Atlanta area that did want to make a change
8  and didn't get in on the first draft, so they
9  were added in.
10    Q    Were there any changes that
11  affected Districts 105 to 111 in substitute?
12    A    No.
13    Q    Okay.  And we can go back and look
14  at some other documents that may refresh your
15  memory, but do you recall that the bill was
16  initially dropped on Thursday the 5th of
17  March, a few days before this document?
18    A    I don't know that --
19    Q    Okay.
20    A    -- date.
21    Q    Okay.  But you recall that the
22  substitute was ready as of March 9th?
23    A    That's what this says.
24    Q    Okay.  All right.  I want to move
25  on now to -- oh, and the document going from

Donovan Reporting, PC                         770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)          fcf65454-d26e-411a-9f3c-809e2d3169cf

Gina H. Wright            Georgia State Conference of the NAACP, et al vs Kemp            January 25, 2018

12 (Pages 317 to 320)

317

1  4372 through 4418 does reflect the language in
2  the substitute?
3      A    By language, you mean the change
4  to -- what was included and what was changed?
5      Q    Well, the amended version.
6      A    Yes.  This has the two districts
7  that added in, and it does not have the two
8  that come out.
9      Q    And this was ultimately the version
10 that was enacted?
11     A    Yes.
12     (Whereupon a document was identified as
13     Plaintiff's Exhibit 156.)
14     Q    Thank you.  All right.  I want to
15 move to Exhibit 156, which is numbered from
16 GA2-441 to 442, and it's an email from Dan
17 O'Connor to Elizabeth Holcomb.  It's a series
18 of emails.
19         In part of that exchange,
20 Mr. O'Connor -- actually, let me ask, first of
21 all, who is Ms. Holcomb?
22     A    Presently, she's the director of
23 the senate research office.  At that time, I
24 think she was just a staff member.
25     Q    Okay.  And do you know what in --

318

1  what if any role she had with respect to
2  redistricting in the 2015 --
3      A    None.
4      Q    -- legislative session?  Okay.  Do
5  you know why she was interested in the House
6  or Senate redistricting principles?
7      A    I don't know.  She's senate
8  research office, so senators ask them to
9  research things for them.  So most likely
10 someone asked.  As she said, someone -- she
11 got a request for it, so --
12     Q    All right.
13     A    -- someone asked her.
14     Q    In Mr. O'Connor's email to her,
15 9:53 a.m., he mentions, he references checking
16 with you regarding House or Senate
17 redistricting principles.  Do you recall
18 having that conversation with -- or that
19 communication with Mr. O'Connor?
20     A    I do not.
21     (Whereupon a document was identified as
22     Plaintiff's Exhibit 157.)
23     Q    All right.  I want to mark as 157 a
24 document numbered GA2-4652 and 53, and the top
25 of the document is an email from Gina Wright

319

1  to Phyllis Williams.
2      Ms. Wright, do you recognize this
3  document?
4      A    I do.
5      Q    What is it?
6      A    An email between me and Phyllis
7  Williams.
8      Q    And who is Phyllis Williams?
9      A    Phyllis was the secretary to the
10 chairman of our senate redistricting committee
11 last session.
12     Q    Okay.  And the, the last page of
13 the document refers to Rules for the Senate
14 Committee on Reapportionment and Redistricting
15 for 2017.  Do you recognize that document?
16     A    Yes.
17     Q    Did you play any role at all in
18 terms of the construction of these rules?
19     A    The chairman at the time knew what
20 he wanted the rule to be to handle the
21 business of the committee.  I had the copy, I
22 think, saved from the previous session, and so
23 he asked me to edit that the way he wanted it.
24 That's what this is.
25     Q    Okay.  Thank you.

320

1      A    Uh-huh (affirmative).
2      (Whereupon a document was identified as
3      Plaintiff's Exhibit 158.)
4      Q    I want to move on now to a document
5  I want to mark as Exhibit 158.  It's an email
6  from Dan O'Connor to Gina Wright, and it's
7  entitled Comparison of HD 105 and 111.  And
8  we'll mark it as Exhibit 158.
9      MR. STRICKLAND:  I think it's 159.
10 Is it?  The most recent one was 158.
11     MR. KHOURY:  No.
12     THE WITNESS:  No.  I have 157.
13     MR. KHOURY:  I think that's, I
14 think that's right.
15     MR. GREENBAUM:  I think the last --
16 I think this is 158.
17     MR. KHOURY:  Yeah.
18     MR. STRICKLAND:  Okay.
19     Q    All right.  Do you recognize this
20 document, Ms. Wright?
21     A    Yes.
22     Q    What is this document?
23     A    This is the response from Dan to a
24 simple question I asked him, and I don't
25 remember what the question was, but I remember

Donovan Reporting, PC                                    770.499.7499

Gina H. Wright          Georgia State Conference of the NAACP, et al vs Kemp          January 25, 2018

13 (Pages 321 to 324)

321

1    when I got this response that I thought this
2    was way more than what I asked for.  But I
3    don't remember what I asked to start with,
4    but.
5        Q    Now, now this, this document refers
6    specifically to HD 105 and HD 111.  Do you
7    recall if the inquiry related specifically to
8    those two districts given that the email has
9    information that focuses on those two
10   districts?
11       A    I don't recall what the question
12   was.
13       Q    Okay.  At the time, were you
14   looking at potentially modifying Districts 105
15   and 111?
16       A    I don't recall that to be the case.
17       Q    Just, just so, just so the record
18   is clear on this, you don't know whether or
19   not it was the case, or your recollection is
20   it was not the case?
21       A    My recollection was it was not the
22   case.
23       (Whereupon a document was identified as
24       Plaintiff's Exhibit 159.)
25       Q    Okay.  All right.  I want to move

322

1    on to now Exhibit 159.  And at the top of it
2    is an email from Dan O'Connor to Gina Wright,
3    and it's GA2-4872 and 4873.
4        A    Okay.
5        Q    Ms. Wright, do you recognize this
6    document?
7        A    Yes.
8        Q    What is it?
9        A    An email forwarded to me from Dan
10   to clarify the particular plan that Speaker
11   Pro Tem wanted to use to modify her district
12   in the 2017 redistricting proposal.
13       Q    Okay.  Do you -- now, it references
14   a conversation that below -- it talks about a
15   conversation that happened on February 15th
16   between Mr. O'Connor and Ms. Jones.  Do you
17   know why the two of them were talking?
18       A    I do not.  I know her initial
19   question about plans, the discussion of plans
20   A and B, were two drafts that I had done for
21   her related to her district.
22       And I believe either he saw her and
23   she asked about that, and then I don't know
24   how the rest of this conversation came to
25   pass.  But that was the part that I was

323

1    familiar with was the drafting of change to
2    her district.
3        (Whereupon a document was identified as
4        Plaintiff's Exhibit 160.)
5        Q    Okay.  All right.  I want to mark
6    as Exhibit 160 a document at 48 -- GA2-4870
7    and 4871, and at the top is an email from Dan
8    O'Connor to Gina Wright dated February 28th,
9    19 -- or 2017.
10       A    Oh, going back.
11       Q    Going way back.
12       A    I wasn't even working there in the
13   19 somethings.  Probably still in high school
14   and college.  It would have been real funny if
15   they asked me then.
16       Q    Ms. Wright, do you recognize this
17   document?
18       A    I need a minute to review it.
19       Q    Sure.
20       A    Okay.
21       Q    Okay.  Do you recognize the
22   document?
23       A    I'm familiar with this discussion.
24   I don't recall the email specifically, but.
25       Q    Okay.  What was the discussion?

324

1        A    This was related to senate
2    districts and the potential looking at the
3    changes they might want to make between
4    Senator Martin and that area and other Senate
5    districts that they were looking at
6    potentially changing.
7        (Whereupon a document was identified as
8        Plaintiff's Exhibit 161.)
9        Q    Okay.  Thank you.  I want to mark
10   as Exhibit 162, it's an undated document, it's
11   GA2-5093.
12       MR. KHOURY:  I'm sorry.  Was that
13   561 -- I mean 161?
14       THE WITNESS:  161.
15       MR. GREENBAUM:  161.
16       A    Okay.
17       Q    Do you recognize the document,
18   Ms. Wright?
19       A    I do.
20       Q    What is it?
21       A    It's the content of a document I
22   put together at some point.  Right now I can't
23   remember what, but I remember putting it
24   together.
25       Q    Okay.  Is this a document you

Donovan Reporting, PC                                      770.499.7499

Gina H. Wright                 Georgia State Conference of the NAACP, et al vs Kemp                 January 25, 2018

14 (Pages 325 to 328)

325

1    shared with anybody?
2        A    I would think so, but I can't
3    recall exactly who got it.
4        Q    Would it be the sort of document
5    you would share with legislators?
6        A    Yes, possibly.  Probably.
7        Q    Would part of the purpose be to
8    give the legislators kind of the lay of the
9    land what was happening?
10       A    Yes, more or less.  I don't
11   quite -- I don't recall the reason behind why
12   I created it or for what purpose or who I
13   presented it to, but I do recall making it,
14   and I recall the document.
15       (Whereupon a document was identified
16       as Plaintiff's Exhibit 162.)
17       Q    Okay.  Great.  I want to mark as
18   Exhibit 162 documents from GA2-5098 to
19   GA2-5101.
20       A    Okay.
21       Q    Do you recognize these documents,
22   Ms. Wright?
23       A    I do.
24       Q    What are they?
25       A    Well, they weren't -- they were two

326

1    separate documents.  I don't recall them
2    being -- they're not together because I
3    think --
4        Q    Okay.
5        A    -- Dan drafted this first part.  I
6    did not know that he took minutes, but I think
7    that was something he was in the habit of
8    doing from when he was a committee aid.
9        Q    Okay.  And that's the first two
10   pages?
11       A    The first page or the --
12       Q    Front and back?
13       A    Yeah, and back, front and back.
14       Q    First two pages?
15       A    Yes, that's correct.
16       Q    So the second document that starts
17   at 5100, what is that?
18       A    That's a document I prepared.  We
19   had some questions I think from the -- some of
20   the House members from the Democrat caucus, I
21   believe, asked for some details on what
22   precincts were moved in which direction in
23   that proposed map that they were looking at in
24   2017.  So these weren't -- they didn't come
25   together.  These weren't --

327

1        (Whereupon a document was identified as
2        Plaintiff's Exhibit 163.)
3        MR. GREENBAUM:  What if we went
4    ahead and separated the two documents.  Yeah.
5    Go ahead.  And we'll call the second document,
6    starting on 5100, Exhibit 163.
7        (Whereupon a document was identified as
8        Plaintiff's Exhibit 164.)
9        Q    Okay.  And next I want to move on
10   to document numbered 5094 through 5097.  Do
11   you recognize this document, Ms. Wright?
12       A    Yes.
13       Q    Okay.  What is it, or what are
14   they?
15       A    Well, again, these are two
16   documents that didn't come together.
17       Q    Okay.
18       A    They don't go together.
19       Q    Okay.  So the first document is
20   which pages, using the numbers at the bottom?
21       A    This is the same document you
22   showed me a minute ago, but this is just with
23   the letterhead on it.
24       Q    Oh, okay.  The document that --
25       A    Yeah.

328

1        Q    -- sort of gives the lay of the
2    land.
3        A    That's why the other one didn't
4    look quite as the, same.  That was probably
5    the rough draft.
6        Q    Okay.
7        A    This was more of the final that was
8    put together.
9        Q    Okay.
10       A    And then this one is a summary of
11   notes for the bill that was proposed last
12   session, 2017, to change a few House
13   districts.  This is a summary of what that
14   bill did, and I think it was prepared for the
15   chairman.
16       Q    Okay.  And that summary is on page
17   5097?
18       A    Yes.
19       Q    And was this a summary that you
20   created?
21       A    Yes.
22       MR. GREENBAUM:  Thank you.
23       MR. KHOURY:  Can we separate and
24   mark those?
25       MR. GREENBAUM:  Sure.  Why don't we

Donovan Reporting, PC                                                                              770.499.7499

Gina H. Wright                    Georgia State Conference of the NAACP, et al vs Kemp                    January 25, 2018

329

1    call the last page --
2         THE WITNESS: Do you want to
3    just -- this is the same as that other one
4    anyway? I mean like --
5         MR. KHOURY: No, it's different
6    though. It's got the --
7         THE WITNESS: It's got the
8    letterhead. That's the only thing different,
9    yeah.
10        MR. GREENBAUM: Why don't we call
11   the last page 165.
12   (Whereupon documents were identified as
13   Plaintiff's Exhibit 165 and Plaintiff's
14   Exhibit 166.)
15        Q   Okay. So why don't we move on to
16   166 now. And that will be document at
17   40 -- 4614 and 46 -- through 4618.
18        THE VIDEOGRAPHER: Mr. Greenbaum?
19        MR. GREENBAUM: Yes.
20        THE VIDEOGRAPHER: Just so you
21   know, we've been going for 52 minutes.
22        MR. GREENBAUM: Thank you. Okay.
23   I had the time about right.
24        Q   Ms. Wright, do you recognize this
25   document?

330

1         A   I do.
2         Q   What is it?
3         A   This is an email I sent to Michael
4    Nix.
5         Q   And what is in the email?
6         A   A map, a stat sheet, and that
7    summary that we just looked at on the
8    description of the precincts that were changed
9    in the 2017 proposed House Bill.
10        Q   And do you know why you were
11   sending this email and that information to
12   Mr. Nix?
13        A   Yes.
14        Q   And why is that?
15        A   Because he asked for it.
16        Q   Okay. And at the time, do you know
17   why he was interested in it?
18        A   Yes.
19        Q   Why was he interested in it?
20        A   He worked for the governor, and the
21   governor wanted to know what was in that bill
22   so they could be able to review it.
23        Q   Okay. Great. Thank you.
24        A   Uh-huh (affirmative).
25        (Whereupon a document was identified as

331

1    Plaintiff's Exhibit 167.)
2         Q   I want to move on now to a document
3    that starts at GA2-4501 and goes to 4514, and
4    it will be 167.
5         Do you recognize the document,
6    Ms. Wright?
7         A   Yes.
8         Q   What is it?
9         A   It's an email I sent to Cris
10   Correia with the Attorney's General's Office.
11        Q   Okay. And what is contained in the
12   email?
13        A   The PDF versions of the reports and
14   maps. I think we looked at those reports
15   earlier.
16        (Whereupon a document was identified as
17   Plaintiff's Exhibit 168.)
18        Q   Okay. All right. And I want to
19   move on to now 168. It's GA2-4425 to 4439.
20   Ms. Wright, do you recognize this document?
21        A   Give me a minute.
22        Q   Sure.
23        A   Okay.
24        Q   Do you recognize it?
25        A   I don't specifically recall the

332

1    email, but I know what the documents enclosed
2    are.
3         Q   And what are they?
4         A   These are different guidelines that
5    were adopted by the committees and different
6    members, I guess, had done in years past,
7    things that had been presented and looked
8    at --
9         Q   Okay.
10        A   -- in the committees.
11        (Whereupon a document was identified
12   as Plaintiff's Exhibit 169.)
13        Q   All right. I want to mark as the
14   next document, which is 169, a series of
15   emails that begin at GA2-4761 through 4763.
16        Ms. Wright, do you recognize this
17   document?
18        A   I recall emailing with her about
19   it. I don't specifically, but, yes.
20        Q   Would you mind telling me what the
21   page of the first number in the bottom right
22   is?
23        A   GA2-004761.
24        Q   47. Okay. Great. And I want to
25   ask you, toward the bottom of the page, the

Donovan Reporting, PC                                                              770.499.7499

333

1  email that you sent on May 12th, 2017, at
2  4:14 p.m., was that your effort to try to
3  recall or to try to research going back to the
4  '90s when there had been mid-decade
5  redistrictings in Georgia?
6   A Yes, I believe so.
7   (Whereupon a document was identified as
8  Plaintiff's Exhibit 170.)
9   Q Okay.  Thank you.  I want to move
10  on to a document that starts with 4456 and
11  goes to 4468, and this is 170.
12   THE WITNESS:  Can we go off for a
13  second and --
14   MR. GREENBAUM:  Yes.
15   THE WITNESS:  -- let me ask my
16  attorney a question?
17   THE VIDEOGRAPHER:  Going off video
18  record at 10:10 a.m.
19   (Proceedings in recess, 10:10 a.m. to
20   10:46 a.m.)
21   THE VIDEOGRAPHER:  Back on video
22  record at 10:46 a.m.
23   MR. GREENBAUM:  All right.  So we
24  were -- I had shown the witness a document,
25  and she asked to have -- confer with her

334

1  counsel.  And this happened at 10:10, and the
2  witness came back at 10:40.  Counsel came back
3  at 10:45.
4   It's a very -- I don't know what
5  happened in the conference, but the judge has
6  some specific rules about conferences during
7  depositions.
8   It says counsel and the
9  witness/client shall not engage in private
10  off-the-record conferences during depositions
11  or during breaks regarding any of counsel's
12  questions or witness's answers except for the
13  purpose of deciding whether to assert the
14  privilege.
15   Any conferences that occur pursuant
16  to or in violation of this rule are proper
17  subject for inquiry by deposing counsel to
18  ascertain whether there's been any witness
19  coaching and, if so, what.
20   Any conferences that occur pursuant
21  to or in violation of this rule shall be noted
22  on the record by the counsel that participate
23  in the conference.  The purpose and outcome of
24  the conference shall also be noted on the
25  record.

335

1   So, Mr. Khoury, I'm asking you,
2  consistent with the judge's rule, about --
3  that you note the conference and that you kind
4  of note the purpose and the outcome of the
5  conference.
6   MR. KHOURY:  Sure.  No, I don't
7  have a problem at all.
8   You were asking the witness about
9  emails with Cris Correia at the Attorney
10  General's Office, and so we had a discussion
11  about whether or not there was a privilege
12  issue.  In fact, we called the AG's office to
13  get some feedback on that.
14   MR. GREENBAUM:  Okay.
15   MR. KHOURY:  And we are not
16  asserting the privilege as to those documents.
17   There is one document that came up
18  as Exhibit 155 with Jeff Lanier, who is in the
19  Office of Legislative Counsel, and that
20  document was inadvertently produced and is
21  subject to the privilege.  We will assert the
22  attachment is not, and so only the cover email
23  we are asserting the privilege to and would
24  ask to claw that back.
25   MR. GREENBAUM:  Which I'm fine with

336

1  as long as, as long as sort of the timing of
2  this, that on March 9th the document was
3  provided, that there's no -- I'm fine with
4  taking back 4370 and 4371 as long as that fact
5  in terms of March the 9th is undisputed.
6   MR. KHOURY:  I think it's
7  undisputed, and I don't think we would be
8  asserting the privilege as to the date.
9   MR. GREENBAUM:  Okay.
10   MR. KHOURY:  Just the contents of
11  the communication.
12   MR. GREENBAUM:  Okay.  All right.
13   MR. KHOURY:  Okay.
14   MR. GREENBAUM:  Thank you.  So
15  we'll go back to the questioning.
16   Q I only have a couple of questions
17  left, and it's with respect to the document
18  that we just marked as 170.  And I really want
19  to sort of focus on the first part of the
20  document, the first paragraph of the document
21  or the first two paragraphs, the first email.
22   Ms. Wright, you state that "split
23  precincts result in an estimate of the number
24  of voters that are based on how it allocates
25  to the amount of population there."  Correct?

337

1    A    That's what this says, yes.
2    Q    And you -- and that is consistent
3  with your position that, when it comes to
4  political data and when it comes to
5  registration data, that that's the case?
6    A    Yes.
7    Q    Okay.  I don't -- oh, and do you
8  recognize the document?
9    A    Yes.
10   Q    What is it?
11   A    An email conversation between
12 myself and Cris Correia at the Attorney's
13 General's Office.
14        MR. GREENBAUM:  Okay.  Thank you.
15 I don't have any further questions.
16        MR. KHOURY:  Okay.  We're -- I have
17 nothing.  We've already discussed the
18 privilege issues.
19        MR. GREENBAUM:  Okay.  I don't know
20 if other Plaintiffs' counsel has any
21 questions.  I don't know if she's on.
22        Are you on from Perkins Coie?  If
23 you are, you're muted right now, and we can't
24 hear you.
25        Okay.  I think we're done.

338

1        MR. KHOURY:  All right.  Very good.
2        MR. GREENBAUM:  Thank you.
3        THE VIDEOGRAPHER:  Going off the
4  video record at 10:50 a.m.
5        (Proceedings adjourned, 10:50 a.m.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

339

1  I, GINA H. WRIGHT, Deponent,
2  do hereby certify that I have read the
3  foregoing deposition, and the same is a true
4  and accurate transcript of my testimony, except
5  for the changes listed below, if any.
6  PAGE/LINE/CHANGE                    REASON
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
   If additional space is needed, please attach
20 separate sheet(s) and indicate number of
   additional page(s) here:_____
21
22 _____
   GINA H. WRIGHT, Deponent
23 This _____ day of _____, 20_____.
24 Donovan Reporting, PC FAX: 770-428-5801
   237 Roswell Street Marietta, GA  30060
25 Date of Deposition: 1-25-2018 CR: JM

340

1        CERTIFICATE OF COURT REPORTER
2  STATE OF GEORGIA
3  COUNTY OF COBB
4        I hereby certify that the foregoing
5  deposition was reported as stated in the
6  caption, and the questions and answers thereto
7  were reduced to writing by me;
8        That the witness's right to read and
9  sign the deposition was reserved;
10       That the foregoing pages 288 through
11 341 represent a true, correct, and complete
12 transcript of the evidence given on the
13 above-referenced date by the witness, GINA H.
14 WRIGHT, who was first duly sworn by me;
15       That I am not of kin or counsel to any
16 of the attorneys or parties in this case.
17       I do hereby disclose pursuant to
18 Article 10.B. of the Rules and Regulations of
19 the Board of Court Reporting of the Judicial
20 Council of Georgia that I am a Georgia
21 Certified Court Reporter; that I am an employee
22 of Donovan Reporting PC; that Donovan
23 Reporting PC was contacted by the attorney
24 taking the deposition to provide court
25 reporting services for this deposition; that I

Electronically signed by Joel Moyer (501-161-376-4513)                    fcf65454-d26e-411a-9f3c-809e2d3169cf

341

1    am not taking this deposition under any
2    contract that is prohibited by OCGA 15-14-37(a)
3    and (b) or Article 7.C. of the Rules and
4    Regulations of the Board; and I am not
5    disqualified for a relationship of interest
6    under OCGA 9-11-28(c).
7          There is no contract to provide
8    reporting services between myself or any person
9    with whom I have a principal and agency
10   relationship nor any attorney at law in this
11   action, party to this action, party having a
12   financial interest in this action, or agent for
13   an attorney at law in this action, party to
14   this action, or party having a financial
15   interest in this action.  Any and all financial
16   arrangements beyond my usual and customary
17   rates have been disclosed and offered to all
18   parties.
19         This 1st day of February 2018.
20
21         _____
           JOEL P. MOYER, CCR 2745
22         Certified Court Reporter
23
24
25

Electronically signed by Joel Moyer (501-161-376-4513)          fcf65454-d26e-411a-9f3c-809e2d3169cf

Gina H. Wright                    Georgia State Conference of the NAACP, et al vs Kemp                    January 25, 2018

Page 342

**A**

able 330:22
above-referenced 340:13
Absolutely 314:11
accurate 339:4
Act 291:10
action 341:11,11,12 341:13,14,15
added 316:9 317:7
additional 339:19,20
adjourned 338:5
adopted 332:5
advantage 313:4
affirmative 320:1 330:24
agency 341:9
agent 341:12
ago 327:22
AG's 335:12
ahead 327:4,5
aid 326:8
Alex 289:18 293:21
Allen 289:19
allocates 336:24
Amburn 291:9 314:2 314:24
amdp1_2014_data 300:11
amended 317:5
amount 336:25
amp 300:10
ampd1 301:13,14 302:18 303:7
ampd2 301:15 302:18
analysis 296:5,15,18
ANDERSON 288:7
ANDREA 288:7
Andy 290:20,22 291:1,3
Andy's 312:20
answers 334:12 340:6
anticipate 311:16
anybody 293:22 294:9 325:1
anytime 309:24
anyway 329:4
apart 302:8
appear 302:1

**APPEARANCES** 289:1
appears 303:10 312:14
area 316:7 324:4
Aria 289:8 300:15
arrangements 341:16
ARREYMBI 288:7
Article 293:5 340:18 341:3
ascertain 334:18
asked 318:10,13 319:23 320:24 321:2,3 322:23 323:15 326:21 330:15 333:25
asking 312:18 335:1 335:8
asks 313:6
assert 334:13 335:21
asserting 335:16,23 336:8
Atlanta 288:2,19 289:15,20 316:7
attach 339:19
attached 290:21,23 291:2,4,15 309:19 310:25
attachment 335:22
attachments 292:10 292:13,15,19
attention 314:5
attorney 293:23 295:24 333:16 335:9 340:23 341:10,13
attorneys 340:16
Attorney's 331:10 337:12
AUDRA 288:6
August 310:21
Augusta 316:3
AUSTIN 288:6
Avenue 289:5
a.m 288:20,20 293:2 293:10 306:4,8 318:15 333:18,19 333:20,22 338:4,5

**B**

b 289:13 322:20 341:3

back 295:16 301:11 303:6 306:7 316:13 323:10,11 326:12 326:13,13 333:3,21 334:2,2 335:24 336:4,15
Balch 288:18 289:18
based 297:8 336:24
Bates 295:3
beginning 288:20 293:8
believe 297:9 322:22 326:21 333:6
beyond 341:16
bill 291:10 292:8 297:23 315:22,25 316:1,2,6,15 328:11 328:14 330:9,21
Bingham 288:18 289:18
bit 303:2
black 301:16,22 302:4,8
blurry 303:5
Board 293:6 340:19 341:4
boards 308:25
bottom 312:17 327:20 332:21,25
Boulevard 289:19
Branch 289:8 300:15 300:16
breakdown 295:6 296:12,13,14
breakdowns 296:16
breaks 334:11
BRIAN 288:10
Brian's 312:20 313:1
Brockington 289:14
business 319:21

**C**

C 289:8 303:8,13 304:2
call 314:4 327:5 329:1,10
called 308:10 309:18 335:12
capacity 288:10
caption 340:6
case 288:9 293:20 294:7,10,13 295:24

303:10 321:16,19 321:20,22 337:5 340:16
caucus 326:20
CCR 341:21
cc'ing 312:3
CELESTE 288:4
Certificate 290:6 340:1
Certified 288:17 340:21 341:22
certify 339:2 340:4
chain 312:18
chair 304:4
chairman 319:10,19 328:15
challenging 303:2
Chandler 298:21 299:15,20 304:9 305:16
change 295:6 298:14 298:16 313:14 316:5,7 317:3 323:1 328:12
changed 317:4 330:8
changes 296:3 303:22 304:22 305:23 316:10 324:3 339:5
changing 324:6
checking 318:15
Civil 289:4
clarify 322:10
claw 335:24
clear 321:18
Client 297:2
closer 301:20,24 313:2
coaching 334:19
COBB 340:3
Coie 289:9 300:16 337:22
COLEY 288:4
college 323:14
color 303:1
colors 311:1
come 298:9 301:24 306:23 309:25 317:8 326:24 327:16
comes 337:3,4
commissions 308:24
committee 289:4

291:15 292:2 304:5 315:21,23 319:10 319:14,21 326:8
committees 332:5,10
communication 318:19 336:11
communications 299:21 304:8 305:15
compared 303:7
comparing 301:14
comparison 313:7 320:7
competitive 305:8 313:4
compiled 295:23
complete 340:11
completely 303:9
confer 333:25
conference 288:3 289:2 334:5,23,24 335:3,5
conferences 334:6,10 334:15,20
Congressional 288:13 292:1 306:23
consistent 335:2 337:2
construction 319:18
consulted 298:25
contacted 340:23
contained 288:23 331:11
content 324:21
contents 336:10
continue 300:7
Continued 290:25 291:25
contract 341:2,7
conversation 303:19 305:25 315:13 318:18 322:14,15 322:24 337:11
conversations 304:12
copies 299:24
copy 319:21
CORETTA 288:7
correct 297:17 301:15 303:9 308:17 312:13 326:15 336:25

340:11
**Correia** 292:12,14,17
  292:19 293:23
  331:10 335:9
  337:12
**Council** 340:20
**counsel** 289:1 293:4
  315:15 334:1,2,8,17
  334:22 335:19
  337:20 340:15
**counsel's** 334:11
**counties** 308:23
**County** 307:8,12
  308:5,10 340:3
**couple** 308:1 311:11
  336:16
**course** 305:2
**court** 288:1,17 293:6
  306:16 340:11,19,21
  340:24 341:22
**cover** 335:22
**CR** 339:25
**created** 325:12
  328:20
**Cris** 293:23 331:9
  335:9 337:12
**Cristina** 292:12,14
  292:17,19
**Cullefer** 290:20,23
  291:1,4 307:19
  308:3 309:6 310:10
  310:20
**CUNNINGHAM**
  288:6
**current** 303:8 305:4
**custom** 302:14
**customary** 341:16

**D**

**Dale** 291:7 312:3
**Dan** 291:9,12,17,19
  291:21 312:3 314:1
  314:22 317:16
  320:6,23 322:2,9
  323:7 326:5
**DARRYL** 288:6
**data** 300:13 301:3,12
  301:13 302:13,16
  305:3 309:16,20
  310:12 313:21
  337:4,5
**date** 293:9 316:20

336:8 339:25
  340:13
**dated** 306:13 310:20
  312:4 314:2 323:8
**David** 289:22
**day** 309:2 339:23
  341:19
**days** 316:17
**DC** 289:6,11
**December** 314:2,17
**decided** 316:4
**deciding** 334:13
**Defendant** 288:11
  289:12
**Democrat** 326:20
**Demographic** 296:2
**demographically**
  313:8,10,12
**Deponent** 339:1,22
**deposing** 334:17
**deposition** 288:13
  293:19 294:17
  296:24 339:3,25
  340:5,9,24,25 341:1
**depositions** 334:7,10
**describe** 298:6,7,8
**description** 330:8
**Detailed** 292:8
**details** 326:21
**differences** 302:17,19
**different** 329:5,8
  332:4,5
**direction** 326:22
**director** 317:22
**disclose** 340:17
**disclosed** 341:17
**disclosure** 293:4
**discuss** 303:11,12
**discussed** 337:17
**discussion** 322:19
  323:23,25 335:10
**discussions** 295:14
  299:19 305:22
  306:5
**disqualified** 341:5
**district** 288:1,1
  290:13,15 295:7
  296:3 297:1 298:17
  303:14,14 304:1,24
  305:8 308:15,24
  311:6 312:19,20,20
  313:1,5,17,19

322:11,21 323:2
**districts** 290:17 291:6
  292:4 297:10 298:3
  298:10,14,16
  301:17 302:5 307:8
  307:11,16,19 316:3
  316:6,11 317:6
  321:8,10,14 324:2,5
  328:13
**DIVISION** 288:2
**document** 290:10,11
  291:23 292:5,7
  294:25 295:3
  296:15,20 297:5,7
  299:4 300:9,12
  306:9,12,20 307:21
  307:24 308:4 309:9
  310:4,15 311:8,13
  311:16,21,24 312:2
  312:2,7 313:23
  315:2,9,12,17
  316:17,25 317:12
  318:21,24,25 319:3
  319:13,15 320:2,4
  320:20,22 321:5,23
  322:6 323:3,6,17,22
  324:7,10,17,21,25
  325:4,14,15 326:16
  326:18 327:1,5,7,10
  327:11,19,21,24
  329:16,25 330:25
  331:2,5,16,20
  332:11,14,17 333:7
  333:10,24 335:17
  335:20 336:2,17,20
  336:20 337:8
**documents** 300:3,19
  301:6,7,10 309:12
  309:22 316:14
  325:18,21 326:1
  327:4,16 329:12
  332:1 335:16
**doing** 296:6 326:8
**Donovan** 339:24
  340:22,22
**draft** 305:12 316:8
  328:5
**drafted** 326:5
**drafting** 303:15
  323:1
**drafts** 322:20
**draw** 310:1,2

**drawing** 307:15
**drawn** 297:10
**drew** 296:19
**drive** 309:7
**dropped** 316:16
**duly** 293:12 340:14

**E**

**earlier** 331:15
**edit** 319:23
**effort** 333:2
**Efstration** 298:23,24
  303:12
**either** 305:11 322:22
**election** 305:2,4,23
  312:16 313:2
**Elizabeth** 291:12
  317:17
**email** 290:20,20,22
  291:1,1,3,7,7,9,12
  291:12,14,14,17,19
  291:19,21,21
  292:10,12,14,14,16
  292:16,18,18
  299:23 307:24
  309:16 310:8,19
  312:2,13,18 313:6
  314:1 317:16
  318:14,25 319:6
  320:5 321:8 322:2
  322:9 323:7,24
  330:3,5,11 331:9,12
  332:1 333:1 335:22
  336:21 337:11
**emailing** 332:18
**emails** 307:25 308:2
  317:18 332:15
  335:9
**employee** 340:21
**enacted** 317:10
**enclosed** 332:1
**ends** 297:14
**engage** 334:9
**ensued** 295:15 306:6
**entail** 303:24
**entitled** 291:10 295:5
  306:12 320:7
**equalize** 302:4
**equalizes** 301:16,19
**Errata** 290:5
**estimate** 336:23
**evidence** 340:12

**exactly** 302:19 311:1
  325:3
**Examination** 290:2,4
  293:14
**examined** 293:12
**example** 302:21
**Excel** 309:20
**exchange** 317:19
**Exhibit** 290:8 295:1,3
  295:20 296:21,25
  299:5 300:4,5,9,12
  306:10,12 307:22
  307:24 309:10,15
  310:5,16 311:9,13
  311:25 313:24
  315:3,5 317:13,15
  318:22 320:3,5,8
  321:24 322:1 323:4
  323:6 324:8,10
  325:16,18 327:2,6,8
  329:13,14 331:1,17
  332:12 333:8
  335:18
**Exhibits** 288:23
  290:9 301:7
**expect** 310:2
**exploratory** 304:24

**F**

**fact** 335:12 336:4
**fall** 297:19
**familiar** 308:6,11
  310:13,22 311:12
  311:17,19 323:1,23
**far** 304:21 312:12
**fasten** 315:6
**favorable** 298:18,21
**FAX** 339:24
**February** 322:15
  323:8 341:19
**feedback** 335:13
**file** 293:9
**filed** 295:25
**files** 308:15
**final** 328:7
**financial** 341:12,14
  341:15
**fine** 335:25 336:3
**first** 295:5 296:2
  301:17,21 308:1
  310:19 316:8
  317:20 326:5,9,11

Gina H. Wright    Georgia State Conference of the NAACP, et al vs Kemp    January 25, 2018

Page 344

326:14 327:19
332:21 336:19,20
336:21,21 340:14
**flip** 296:14
**focus** 336:19
**focuses** 321:9
**folder** 308:19
**folders** 308:22,23
**follows** 293:13
315:17
**foregoing** 339:3
340:4,10
**forwarded** 322:9
**FRANK** 289:13
**Friday** 314:2
**front** 326:12,13
**funny** 323:14
**further** 337:15

**G**

**GA** 289:15,20 339:24
**GA-2-5092** 295:4
**GA2-000441-442**
291:13
**GA2-000861** 291:9
**GA2-003019** 290:13
**GA2-003027** 290:15
**GA2-003032** 290:19
**GA2-003033** 291:6
**GA2-004372-4418**
291:11
**GA2-004425-4439**
292:13,15
**GA2-004458-4468**
292:20
**GA2-004614-4618**
292:11
**GA2-004652-4654**
291:16
**GA2-004682** 291:8
**GA2-004761** 332:23
**GA2-004761-4763**
292:17
**GA2-004870-4871**
291:22
**GA2-004872-4873**
291:20
**GA2-004874-4875**
291:18
**GA2-005071-5092**
290:17
**GA2-005093** 291:23

**GA2-005094-5095**
292:6
**GA2-005097-5098**
292:9
**GA2-005098-5099**
292:2
**GA2-005100-5101**
292:4
**GA2-005165-5172**
290:21
**GA2-005182-5187**
291:2
**GA2-005461-5466**
290:24
**GA2-005467-5469**
291:4
**GA2-4370** 315:7
**GA2-441** 317:16
**GA2-4425** 331:19
**GA2-4501** 331:3
**GA2-4652** 318:24
**GA2-4682** 312:5
**GA2-4761** 332:15
**GA2-4870** 323:6
**GA2-4872** 322:3
**GA2-5071** 295:4
**GA2-5092** 295:5
**GA2-5093** 324:11
**GA2-5098** 325:18
**GA2-5101** 325:19
**GA2-5182** 310:7
**GA2-5467** 310:19
**GA2-861** 314:3
**General's** 293:24
295:24 331:10
335:10 337:13
**Georgia** 288:1,3,11
288:13,19 289:2
292:6 333:5 340:2
340:20,20
**getting** 312:19
**Gina** 288:14 290:3
291:7,15,17,19,21
291:23 292:10,12
292:14,17,19
293:11 312:3 314:7
318:25 320:6 322:2
323:8 339:1,22
340:13
**give** 305:7 313:4,15
325:8 331:21
**given** 321:8 340:12

**gives** 328:1
**go** 295:9,10 299:15
299:18 301:11
303:6 306:1 316:13
327:5,18 333:12
336:15
**goes** 331:3 333:11
**going** 295:2,12 300:7
304:22 306:3
309:11,15 310:6,17
311:10,13 314:13
315:5 316:25
323:10,11 329:21
333:3,17 338:3
**good** 338:1
**governor** 330:20,21
**Great** 300:17 325:17
330:23 332:24
**Greenbaum** 288:15
289:3 290:4 293:15
295:10,18 300:14
300:17 306:1
320:15 324:15
327:3 328:22,25
329:10,18,19,22
333:14,23 335:14
335:25 336:9,12,14
337:14,19 338:2
**guess** 314:16 332:6
**guidelines** 332:4

**H**

**H** 288:14 290:3
293:11 339:1,22
340:13
**habit** 326:7
**handle** 319:20
**happened** 298:7
322:15 334:1,5
**happening** 325:9
**Harbins** 303:8,8,13
303:13 304:1,2
**hard** 310:24
**HD** 290:18 296:4
306:12 308:3 320:7
321:6,6
**HD105** 297:2 300:10
**HD105amdp1_201...**
290:10
**HD105amdp2_201...**
290:12
**HD105ampd2-2014**

299:7
**HD105ampt1-2014**
297:2
**HD105_amdp2_20...**
300:13
**hear** 337:24
**Hello** 300:14
**help** 305:7
**Henry** 307:8,11
308:5,10,16,17,21
309:18
**Hey** 300:15
**high** 323:13
**Holcomb** 291:13
317:17,21
**Honestly** 302:23
**House** 290:13,14,16
291:5 292:1,3,8
295:6 296:3 297:1
297:3 315:22 318:5
318:16 326:20
328:12 330:9
**House-amd-2017**
292:4
**husband** 294:1

**I**

**idea** 298:10
**identified** 294:25
296:20 299:4 300:3
306:9 307:21 309:9
310:4,15 311:8,24
313:23 315:2
317:12 318:21
320:2 321:23 323:3
324:7 325:15 327:1
327:7 329:12
330:25 331:16
332:11 333:7
**impact** 302:15
**impossible** 311:2
**inadvertently** 335:20
**include** 313:20
**included** 316:4 317:4
**including** 296:13
**Index** 290:1,2,8
292:22
**indicate** 339:20
**indication** 307:3
312:24
**information** 292:8
296:2,10 312:25

313:16 321:9
330:11
**initial** 305:5 322:18
**initially** 316:16
**input** 303:25
**inquiry** 321:7 334:17
**interest** 341:5,12,15
**interested** 312:24
318:5 330:17,19
**involved** 305:18
307:15
**involving** 298:3
309:17
**issue** 335:12
**issues** 337:18
**Ivan** 289:19

**J**

**Jack** 294:1
**JACKSON** 288:7
**JAMIDA** 288:6
**January** 288:20
293:1,9
**Jeff** 315:14 335:18
**JM** 339:25
**Joel** 288:16 341:21
**Jon** 288:15 289:3
306:15
**Jones** 322:16
**Jr** 289:19
**judge** 334:5
**judge's** 335:2
**Judicial** 340:19
**jumps** 311:18

**K**

**K** 289:18
**Kade** 290:20,22
291:1,3 309:5
**keep** 300:6 308:23
**KEMP** 288:10
**kept** 308:20
**Khoury** 289:18 295:8
306:17 320:11,13
320:17 324:12
328:23 329:5 335:1
335:6,15 336:6,10
336:13 337:16
338:1
**kin** 340:15
**kind** 294:17 325:8
335:3

Gina H. Wright                     Georgia State Conference of the NAACP, et al vs Kemp                     January 25, 2018

Page 345

**knew** 294:16 305:2
319:19
**know** 298:14 300:20
308:1 312:12
316:18 317:25
318:5,7 321:18
322:17,18,23 326:6
329:21 330:10,16
330:21 332:1 334:4
337:19,21

**L**

**labeled** 290:13,14,18
291:5
**labels** 303:5
**land** 325:9 328:2
**language** 317:1,3
**Lanier** 315:14 335:18
**large** 315:16
**LAURETHA** 288:4
**LAVELLE** 288:3
**law** 289:4 341:10,13
**Lawyers** 289:4
**lay** 325:8 328:1
**left** 336:17
**legislative** 288:13
292:1 298:4 305:11
305:17 306:23
307:11 315:14
318:4 335:19
**legislator** 298:9
**legislators** 294:7
304:8,12 325:5,8
**LEMON** 288:3
**length** 294:22
**letterhead** 327:23
329:8
**let's** 295:10 297:12
297:19 303:6
**Lewis** 289:14
**line** 300:16
**listed** 339:5
**little** 298:17 303:2
313:4
**LLP** 288:18 289:9,14
289:18
**local** 308:22,24
**long** 294:17,17 336:1
336:1,4
**look** 296:1,23 298:15
300:6,8 302:24
304:24 305:6 308:6

308:11 310:13,22
311:12,17 316:13
328:4
**looked** 330:7 331:14
332:7
**looking** 301:3 305:10
305:13 321:14
324:2,5 326:23
**looks** 300:22
**LYNNE** 288:7

**M**

**M** 288:15 289:3
**making** 298:20
305:23 325:13
**map** 290:13,14,18,23
291:2,5 296:25
299:1,6,9,11 301:13
303:16 304:22
308:4,6,10 309:17
309:18 310:8
326:23 330:6
**maps** 290:21 291:4
296:23 299:16,20
300:7,23 301:5,11
302:14 310:12,22
331:14
**March** 292:7 316:17
316:22 336:2,5
**Marietta** 339:24
**mark** 295:3,19
306:11 307:23
310:6,10,18 311:13
312:1 314:1 318:23
320:5,8 323:5
324:9 325:17
328:24 332:13
**marked** 294:24 299:7
300:9,12 336:18
**MARLON** 288:3
**Martin** 324:4
**MCKENZIE** 288:6
**mean** 294:15 298:12
302:20 312:8
315:13 317:3
324:13 329:4
**means** 313:15
**meant** 313:9
**meet** 299:14 303:21
314:7,15
**meeting** 292:1 314:17
314:20

**meetings** 314:23,25
**member** 298:18,19
309:25 310:1
317:24
**members** 326:20
332:6
**memory** 316:15
**mentions** 318:15
**met** 299:17
**Michael** 292:10
330:3
**mid-decade** 333:4
**mind** 332:20
**minute** 323:18
327:22 331:21
**minutes** 292:1 326:6
329:21
**modify** 322:11
**modifying** 298:10
321:14
**Monday** 314:8,16
**move** 315:4 316:24
317:15 320:4
321:25 327:9
329:15 331:2,19
333:9
**moved** 296:4 302:22
302:22 326:22
**moving** 303:13
**Moyer** 288:16 341:21
**muted** 337:23

**N**

**NAACP** 288:3,5
289:2
**name** 297:8 309:1
310:25
**NE** 289:15
**near** 316:3
**need** 295:8 323:18
**needed** 339:19
**never** 308:25
**new** 289:5 309:7
**Nix** 292:10 330:4,12
**NORTHERN** 288:1
**note** 335:3,4
**noted** 334:21,24
**notes** 292:3 328:11
**notice** 301:14
**November** 312:4
**number** 293:9 306:15
314:3 332:21

336:23 339:20
**numbered** 307:25
310:7 311:14 315:7
317:15 318:24
327:10
**numbers** 301:24
305:1 312:19
327:20
**NW** 289:5,10,19

**O**

**oath** 293:17
**objective** 302:14
**occur** 334:15,20
**OCGA** 341:2,6
**offer** 303:25
**offered** 341:17
**office** 288:14 293:24
294:9,12 295:24
299:24 300:25
301:8 306:24 307:4
308:14,20 311:21
311:22 317:23
318:8 331:10
335:10,12,19
337:13
**Offices** 288:18
**office's** 309:23
**official** 288:10
**off-the-record**
295:14 306:5
334:10
**oh** 294:24 316:25
323:10 327:24
337:7
**okay** 293:25 294:2,4
295:2 296:1,9,22
297:12 298:2 299:6
299:11 300:1,24
301:2,6,11 302:10
302:17,25 303:4,11
303:20,23,25 306:1
306:18 307:2,6,18
307:23 308:9,13
309:11 310:17
311:20 312:1,9,12
312:15,23 313:6
314:12,24 315:16
315:24 316:13,19
316:21,24 317:25
318:4 319:12,25
320:18 321:13,25

322:4,13 323:5,20
323:21,25 324:9,16
324:25 325:17,20
326:4,9 327:9,13,17
327:19,24 328:6,9
328:16 329:15,22
330:16,23 331:11
331:18,23 332:9,24
333:9 335:14 336:9
336:12,13 337:7,14
337:16,19,25
**one-sentence** 314:6
**ORANGE** 288:7
**organization** 288:3
**organized** 308:14
**original** 315:25 316:2
**outcome** 334:23
335:4
**Overview** 292:5
**O'Connor** 291:9,12
291:17,19,21
305:18,22 312:4
314:1,14,18 317:17
317:20 318:19
320:6 322:2,16
323:8
**O'Connor's** 318:14

**P**

**P** 288:16 341:21
**page** 290:6,25 291:25
295:5 296:2 308:4
308:9 309:17
310:19 319:12
326:11 328:16
329:1,11 332:21,25
**pages** 308:1 326:10
326:14 327:20
340:10
**page(s)** 339:20
**PAGE/LINE/CHA...**
339:6
**paragraph** 314:5,6
314:14 336:20
**paragraphs** 336:21
**Park** 294:1
**part** 312:17 317:19
322:25 325:7 326:5
336:19
**participate** 334:22
**particular** 299:1
303:15 322:10

**parties** 340:16
  341:18
**party** 341:11,11,13
  341:14
**pass** 322:25
**passed** 315:22
**PATRICIA** 288:4
**PAYTON** 288:6
**PC** 339:24 340:22,23
**PDF** 309:20 331:13
**Peachtree** 289:15
**percent** 301:22,23,25
  302:8
**percentage** 313:14
**period** 311:11
**Perkins** 289:9 300:16
  337:22
**person** 341:8
**personal** 309:7
**Phyllis** 291:15 319:1
  319:6,8,9
**picked** 299:24
**place** 309:3
**Plaintiffs** 288:5,8
  289:2,7 337:20
**Plaintiff's** 290:9
  295:1 296:21 299:5
  300:4,5 306:10
  307:22 309:10
  310:5,16 311:9,25
  313:24 315:3
  317:13 318:22
  320:3 321:24 323:4
  324:8 325:16 327:2
  327:8 329:13,13
  331:1,17 332:12
  333:8
**plan** 292:4 297:2,8,18
  297:25 298:3,20
  301:16,17,21,23
  302:3 303:8 305:17
  308:16,17 309:1
  310:24 322:10
**plans** 304:18 305:12
  308:16,24 309:19
  309:20 310:8,13
  311:11 322:19,19
**play** 319:17
**please** 339:19
**point** 298:24 303:22
  309:8 324:22
**policy** 309:23

**political** 302:13
  305:1,3,7 337:4
**politically** 298:18,21
  313:4
**population** 290:16
  295:6 296:4,13
  301:16 336:25
**position** 337:3
**possibility** 303:12
**possible** 315:7
**possibly** 294:11
  325:6
**potential** 324:2
**potentially** 321:14
  324:6
**precinct** 292:3
  296:11,13
**precincts** 302:22
  304:25 326:22
  330:8 336:23
**prepared** 291:23
  326:18 328:14
**PRESENT** 289:21
**presented** 325:13
  332:7
**Presently** 317:22
**previous** 319:22
**previously** 293:12
  296:24 299:7 300:9
  300:12 301:3
**principal** 341:9
**principles** 318:6,17
**prior** 305:12,22
**private** 334:9
**privilege** 334:14
  335:11,16,21,23
  336:8 337:18
**Pro** 322:11
**probably** 293:21
  294:14,24 311:15
  323:13 325:6 328:4
**problem** 335:7
**Proceedings** 290:1
  333:19 338:5
**process** 298:25 305:9
  305:12,14
**produce** 301:9
  302:13
**produced** 301:8
  302:12 307:3
  311:22 335:20
**produces** 300:25

**prohibited** 341:2
**proper** 334:16
**proposal** 297:9
  322:12
**proposed** 290:13,14
  291:5 292:3 296:25
  308:5,10 326:23
  328:11 330:9
**provide** 340:24 341:7
**provided** 293:3 336:3
**purpose** 325:7,12
  334:13,23 335:4
**pursuant** 293:4
  334:15,20 340:17
**put** 302:15 324:22
  328:8
**putting** 324:23
**p.m** 333:2

———————
**Q**
**question** 294:18
  311:16 320:24,25
  321:11 322:19
  333:16
**questioning** 336:15
**questions** 326:19
  334:12 336:16
  337:15,21 340:6
**quick** 315:9
**quite** 325:11 328:4

———————
**R**
**racial** 313:21
**rates** 341:17
**read** 313:11 314:10
  339:2 340:8
**ready** 316:22
**real** 323:14
**really** 309:24 315:9
  336:18
**Reapportionment**
  288:14 292:2 304:5
  306:24 319:14
**reason** 302:11 325:11
  339:6
**recall** 298:2 299:3,17
  299:22,25 301:2,2
  302:23 303:18
  304:3,7,7,11,13,15
  304:19 305:13,18
  305:21,24 311:7
  312:10,15,22

  314:17,20,22,24
  316:15,21 318:17
  321:7,11,16 323:24
  325:3,11,13,14
  326:1 331:25
  332:18 333:3
**recess** 333:19
**recognize** 295:20
  297:4 299:8 300:18
  306:19 309:21
  312:6 315:11,18
  319:2,15 320:19
  322:5 323:16,21
  324:17 325:21
  327:11 329:24
  331:5,20,24 332:16
  337:8
**recollection** 321:19
  321:21
**record** 293:8 295:9
  295:11,13,17 306:2
  306:4,8 321:17
  333:18,22 334:22
  334:25 338:4
**redistricting** 292:6
  296:7,16 307:7
  309:24 311:6 318:2
  318:6,17 319:10,14
  322:12
**redistrictings** 333:5
**redraw** 305:10
**reduced** 340:7
**references** 318:15
  322:13
**referring** 312:17
**refers** 314:14 319:13
  321:5
**reflect** 317:1
**refresh** 316:14
**regarding** 290:16
  318:16 334:11
**registration** 337:5
**Regulations** 293:5
  340:18 341:4
**REID** 288:4
**related** 313:16 321:7
  322:21 324:1
**relationship** 341:5,10
**remember** 320:25,25
  321:3 324:23,23
**report** 295:23 300:22
**reported** 340:5

**reporter** 288:17
  293:3 306:16 340:1
  340:21 341:22
**reporting** 293:6
  339:24 340:19,22
  340:23,25 341:8
**reports** 290:16
  300:25 302:11,15
  331:13,14
**represent** 340:11
**Representative**
  298:23 299:15
  303:12 304:9 308:2
  310:3,9 311:5
  312:16 314:8,15,18
  314:21
**represents** 298:24
**Republican/Democ...**
  313:14
**request** 318:11
**research** 317:23
  318:8,9 333:3
**reserved** 340:9
**respect** 304:10
  305:17 307:6,8,10
  307:19 308:3 311:6
  318:1 336:17
**respective** 309:20
**response** 320:23
  321:1
**rest** 314:10 322:24
**result** 336:23
**results** 313:7,8
**review** 305:5 323:18
  330:22
**right** 293:7 295:2
  297:16,24 302:3
  303:6 306:11 310:6
  310:17 311:10
  312:1 313:25
  314:13 315:4
  316:24 317:14
  318:12,23 320:14
  320:19 321:25
  323:5 324:22
  329:23 331:18
  332:13,21 333:23
  336:12 337:23
  338:1 340:8
**Rights** 289:4
**role** 307:14 318:1
  319:17

**Roswell** 339:24
**rough** 328:5
**rule** 319:20 334:16
 334:21 335:2
**rules** 291:16 293:5
 319:13,18 334:6
 340:18 341:3
**Rutledge** 291:7 312:3
 312:16

**S**

**SABRINA** 288:6
**SAMMY** 288:7
**saved** 309:3,6 319:22
**saw** 322:22
**saying** 313:10
**says** 296:2,25 297:2
 300:10 308:5,16,18
 313:11 314:6
 316:23 334:8 337:1
**scheduling** 294:22
**school** 308:25 323:13
**seal** 306:25
**second** 299:6 301:12
 301:16,23 302:3
 306:2 326:16 327:5
 333:13
**secretary** 288:10
 319:9
**see** 296:15 298:15
 302:24 305:6
 311:11 312:8 313:3
**seek** 298:20
**seen** 308:25
**senate** 317:23 318:6,7
 318:16 319:10,13
 324:1,4
**Senator** 324:4
**senators** 318:8
**sending** 330:11
**sense** 304:16
**sent** 299:22 312:8,13
 330:3 331:9 333:1
**separate** 288:23
 315:10 326:1
 328:23 339:20
**separated** 327:4
**series** 307:25 309:12
 309:16 317:17
 332:14
**services** 340:25 341:8
**session** 297:10,14,16

298:4 304:13,17,20
 305:11,17 318:4
 319:11,22 328:12
**set** 314:7,15
**share** 325:5
**shared** 325:1
**sheet** 290:5 330:6
**sheets** 290:21,23
 291:2
**sheet(s)** 339:20
**shortly** 312:15
**show** 302:1,15
 309:11 311:10
**showed** 300:23
 327:22
**shown** 333:24
**sign** 340:9
**similar** 300:11
**simple** 320:24
**SIMS** 288:4
**sit** 309:25
**SMITH** 288:4
**SNOW** 288:7
**somethings** 323:13
**sorry** 313:20 324:12
**sort** 296:5 325:4
 328:1 336:1,19
**space** 339:19
**speak** 294:12
**Speaker** 322:10
**special** 297:15
**specific** 307:13 334:6
**specifically** 301:4
 304:3 312:11 321:6
 321:7 323:24
 331:25 332:19
**Spiro** 291:9 314:2
**split** 336:22
**spoken** 294:6
**spring** 297:15
**staff** 309:8 310:1
 317:24
**stamp** 311:20
**stamped** 295:4
**standardly** 301:1
 302:12
**start** 301:13 321:3
**started** 305:9
**starting** 309:12,14
 327:6
**starts** 310:18 315:17
 326:16 331:3

333:10
**stat** 290:21,23 291:2
 330:6
**state** 288:3,10,10
 289:2 307:11
 336:22 340:2
**stated** 340:5
**STATES** 288:1
**stop** 314:9
**Street** 289:10,15
 339:24
**Strickland** 289:13,14
 306:14,18 314:8,16
 314:18,21 320:9,18
**strike** 297:13 298:8
**subject** 309:18
 334:17 335:21
**substantive** 294:23
**substitute** 292:8
 315:21 316:1,11,22
 317:2
**substitutions** 315:24
**Suite** 289:5,10,14,19
**summary** 300:22,24
 328:10,13,16,19
 330:7
**sure** 294:3,15 301:4
 304:6 310:25
 323:19 328:25
 331:22 335:6
**surrounding** 304:25
**SWANSON** 288:6
**sworn** 293:12 340:14
**system** 309:1

**T**

**take** 315:9
**Taken** 288:15
**talk** 300:8 304:12
**talked** 293:20 308:13
**talking** 294:16,19,21
 294:22 322:17
**talks** 296:3,11 309:19
 322:14
**Telephone** 289:9
**tell** 311:3 314:21
**telling** 332:20
**Tem** 322:11
**term** 294:14
**terms** 294:15 304:1
 307:14 308:17
 319:18 336:5

**testified** 293:13
**testimony** 288:22
 339:4
**Thank** 295:18 296:22
 306:18 313:25
 317:14 319:25
 324:9 328:22
 329:22 330:23
 333:9 336:14
 337:14 338:2
**thereto** 340:6
**thing** 329:8
**things** 294:21 309:3
 318:9 332:7
**think** 298:13,14
 303:7,21 304:20
 305:5 317:24
 319:22 320:9,13,14
 320:15,16 325:2
 326:3,6,19 328:14
 331:14 336:6,7
 337:25
**third** 308:4 314:5,13
**Thompson** 288:6,8
 289:7
**thought** 321:1
**thread** 290:20 291:1
 291:7,12,14,19,21
 292:14,16,18
**Thursday** 288:20
 316:16
**time** 293:10 296:6,16
 308:14 314:19
 317:23 319:19
 321:13 329:23
 330:16
**timing** 304:16 336:1
**title** 297:20,20
**titled** 290:10,11
 292:5,7
**Tobelman** 289:22
**top** 297:1 300:10
 318:24 322:1 323:7
**total** 313:12
**transcript** 339:4
 340:12
**transferred** 300:2
**true** 296:10 339:3
 340:11
**try** 333:2,3
**trying** 298:20 302:4
**two** 288:24 296:23

299:15,20 300:23
 301:6 302:5 315:8
 316:3,6 317:6,7
 321:8,9 322:17,20
 325:25 326:9,14
 327:4,15 336:21
**Type** 297:3
**typically** 297:14,21
**TYSON** 288:4

**U**

**Uh-huh** 320:1 330:24
**ultimately** 317:9
**undated** 324:10
**understand** 293:16
 294:15
**understanding**
 304:21 313:9
**understood** 304:20
**undisputed** 336:5,7
**UNITED** 288:1
**use** 305:11 322:11
**usual** 341:16
**usually** 307:2 308:15
**U.S** 292:6

**V**

**VAP** 301:22 302:4,8
**venture** 309:2
**version** 317:5,9
**versions** 315:8
 331:13
**video** 293:8 295:12
 306:3,7 333:17,21
 338:4
**Videographer** 289:22
 293:7 295:12,16
 306:3,7 329:18,20
 333:17,21 338:3
**Videotaped** 288:13
**views** 304:1
**violation** 334:16,21
**Volume** 288:22,23,24
**voters** 336:24
**votes** 313:13,13
**voting** 290:16 296:11
 312:19
**vs** 288:9

**W**

**want** 295:9 296:1,22
 296:23 298:14

Gina H. Wright      Georgia State Conference of the NAACP, et al vs Kemp      January 25, 2018

300:6,8 306:11
307:23 310:1 312:1
313:15,25 314:4,9
315:4 316:4,7,24
317:14 318:23
320:4,5 321:25
323:5 324:3,9
325:17 327:9 329:2
331:2,18 332:13,24
333:9 336:18
**wanted** 313:3 319:20
319:23 322:11
330:21
**Washington** 289:6,11
**wasn't** 323:12
**way** 298:11,12,17
305:7 313:3 315:6
319:23 321:2
323:11
**WAYNE** 288:6
**Welch** 290:20,22
291:1,3 308:2
310:10,20 311:5
**Welch's** 310:3
**went** 327:3
**weren't** 325:25
326:24,25
**we'll** 301:12 310:10
320:8 327:5 336:15
**we're** 295:16 300:7
315:5 337:16,25
**we've** 329:21 337:17
**Williams** 291:15
319:1,7,8
**witness** 289:17
320:12 324:14
329:2,7 333:12,15
333:24 334:2,18
335:8 340:13
**witness's** 334:12
340:8
**witness/client** 334:9
**words** 301:20
**work** 307:7,10,18
310:3 311:4
**worked** 297:25
299:12 304:17,17
330:20
**working** 297:13,18
298:2 301:5 323:12
**wouldn't** 297:22,22
**Wright** 288:14 290:3

291:7,15,17,19,21
291:23 292:10,12
292:14,17,19
293:11,16 295:19
297:4 299:8 300:18
306:19 308:7
309:21 310:12,23
311:15 312:3,6
314:4 315:11
318:25 319:2 320:6
320:20 322:2,5
323:8,16 324:18
325:22 327:11
329:24 331:6,20
332:16 336:22
339:1,22 340:14
**writing** 340:7
**written** 293:3

_____

**Y**

**yeah** 294:21 308:19
320:17 326:13
327:4,25 329:9
**year** 297:8
**years** 297:15 332:6
**year's** 313:8
**York** 289:5

_____

**1**

**1** 292:7 308:5
**1st** 341:19
**1-25-2018** 339:25
**1-26-2017** 291:15
**1:17-cv-01427-TC...**
288:9
**10.B** 340:18
**10:00** 314:8
**10:10** 333:18,19
334:1
**10:40** 334:2
**10:45** 334:3
**10:46** 333:20,22
**10:50** 288:20 338:4,5
**100th** 302:8
**104** 290:13,15 297:1
297:10 298:3,10,24
301:17,22 303:14
304:10 305:10
**105** 290:13,15,17
295:7 296:3,4,12
297:1,11 298:3,10
301:17,21 303:9,14

304:10 305:10,23
316:11 320:7 321:6
321:14
**108** 290:10 300:4,9
301:7
**109** 312:21
**109-work** 306:12
**109-work-5-2-11**
290:18
**11-14-2014** 291:8
**110** 290:11 300:5,12
301:7 308:3
**111** 290:17 296:14
312:20 316:11
320:7 321:6,15
**1170** 289:15
**12th** 333:1
**12-19-2014** 291:9
**13th** 289:10
**134** 290:13 296:21,25
296:25
**135** 290:14 299:5,8
**14th** 312:4
**1401** 289:5
**146** 290:16 295:1,3
295:19,20
**147** 290:18 306:10,12
306:16,17
**148** 290:20 307:22,24
**149** 290:22 309:10,15
**15th** 322:15
**15-14-37(a)** 341:2
**150** 291:1 310:5,7,11
**151** 291:3 310:16,18
310:21
**152** 291:5 311:9,13
**153** 291:7 311:25
312:2
**154** 291:9 313:24
314:1
**155** 291:10 315:3,5
335:18
**156** 291:12 317:13,15
**157** 291:14 318:22,23
320:12
**158** 291:17 320:3,5,8
320:10,16
**159** 291:19 320:9
321:24 322:1
**160** 291:21 323:4,6
**161** 291:23 324:8,13
324:14,15

**162** 292:1 324:10
325:16,18
**163** 292:3 327:2,6
**164** 292:5 327:8
**165** 292:7 329:11,13
**166** 292:10 329:14,16
**167** 292:12 331:1,4
**168** 292:14 331:17,19
**169** 292:16 332:12,14
**17th** 310:21
**170** 292:18 333:8,11
336:18
**19** 323:9,13
**19th** 314:2

_____

**2**

**2** 308:11
**2-1-2017** 291:17
**2-27-2017** 291:20
**2-28-2017** 291:22
**20** 339:23
**20005** 289:6
**20005-3960** 289:11
**2005** 296:16
**2010** 313:7
**2011** 307:6 310:21
311:5,11
**2014** 297:8,10,19,20
298:4 304:5,9,23
305:3,16,23 312:4
312:16 314:3,17
**2015** 295:6 296:7,17
296:19 297:20,21
297:23 303:20
305:10 318:2
**2017** 292:6,7 319:15
322:12 323:9
326:24 328:12
330:9 333:1
**2018** 288:20 293:1,10
341:19
**202.654.6200** 289:11
**202.662.8391** 289:6
**22nd** 314:9,16
**2200** 289:14
**237** 339:24
**24** 301:22
**25** 288:20 293:1
**25th** 293:9
**2745** 341:21
**28** 301:25
**28th** 323:8

**288** 340:10
**293** 290:4
**295** 290:16
**296** 290:13
**299** 290:14

_____

**3**

**3-1-2017** 292:2
**3-31-2015** 291:13
**3-7-2017** 292:10
**30** 289:19 301:21
**30(b)(6)** 288:13
**300** 290:10,11
**30060** 339:24
**30308** 289:20
**30309-7200** 289:15
**3033** 311:14
**306** 290:18
**307** 290:20
**309** 290:22
**310** 291:1,3
**311** 291:5,7
**313** 291:9
**315** 291:10
**317** 291:12
**318** 291:14
**320** 291:17
**321** 291:19
**323** 291:21
**324** 291:23
**325** 292:1
**327** 292:3,5
**329** 292:7,10
**331** 292:12,14
**332** 292:16
**333** 292:18
**339** 290:5
**341** 290:6 340:11

_____

**4**

**4:14** 333:2
**40** 329:17
**400** 289:5
**404.261.6020** 289:20
**4370** 336:4
**4371** 336:4
**4372** 315:17 317:1
**4418** 315:7,18 317:1
**442** 317:16
**4439** 331:19
**4456** 333:10
**4468** 333:11

**4514** 331:3
**46** 329:17
**4614** 329:17
**4618** 329:17
**47** 332:24
**4763** 332:15
**48** 323:6
**4871** 323:7
**4873** 322:3

---
**5**
---

**5th** 316:16
**5-17-2011** 290:21
**5-18-2017** 292:17
**5-2-11** 306:13
**5-23-2011** 290:23
**5-25-2011** 291:2
**5-30-2017** 292:19
**5-5-2017** 292:12
**5094** 327:10
**5097** 327:10 328:17
**5100** 326:17 327:6
**515** 292:8
**5165** 307:25
**5167** 308:5
**5171** 307:25
**5187** 310:7
**52** 329:21
**53** 318:24
**5461** 309:14
**561** 324:13

---
**6**
---

**6-22-2017** 292:15
**600** 289:10
**678.347.2200** 289:16
**69** 310:19

---
**7**
---

**7.C** 341:3
**700** 289:10,19
**770-428-5801** 339:24

---
**8**
---

**8-17-2011** 291:4
**8.B** 293:5

---
**9**
---

**9th** 316:22 336:2,5
**9-11-28(c)** 341:6
**9:07** 288:20 293:2,10
**9:25** 306:4

**9:26** 306:8
**9:53** 318:15
**90s** 333:4