IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, as an organization; LAVELLE LEMON, MARLON REID, LAURETHA CELESTE SIMS, PATRICIA SMITH, COLEY TYSON, <br><br> Plaintiffs, <br><br> v. <br><br> BRIAN KEMP, in his official capacity as Secretary of the State for the State of Georgia <br><br> Defendant. | CA No. 1:17-cv-01427-TCB-WSD-BBM |

## MOTION FOR AN ORDER DIRECTING DEPOSITION TRANSCRIPTS TO REMAIN PERMANENTLY UNDER SEAL

The Georgia State Conference of the NAACP, Lavelle Lemon, Marlon Reid, Lauretha Celeste Sims, Patricia Smith, and Coley Tyson (the "Plaintiffs"), respectfully request that this Court enter the attached order so certain deposition transcripts filed by the Plaintiffs may remain under seal. In support of this motion, the Plaintiffs show the Court the following:

1. The Plaintiffs filed a motion for preliminary injunction, expedited treatment and oral argument on February 20, 2018. [ECF Doc. No. 103]. In

11473404.1

support of that motion, the Plaintiffs filed the transcripts of several depositions taken in this matter.

2. The deposition transcripts have been placed "provisionally under seal" for 24 hours by the Clerk of this Court.

3. The following deposition transcripts filed in this matter contain certain personal identifying information protected by Standing Order 04-02: Randall O. Nix, Deposed on January 10, 2018 [ECF No. 104]; Donald K. Balfour, II, Deposed on January 23, 2018 [ECF No. 105]; Joyce H. Chandler, Deposed on January 24, 2018 [ECF No. 106]; R. Brian Strickland, Deposed on January 26, 2018 [ECF No. 107]; Jan Jones, Deposed on January 30, 2018 [ECF No. 108]; Andrew J. Welch, III, Deposed on February 8, 2018 [ECF No. 109]; Carlotta Harrell, Deposed on February 13, 2018 [ECF No. 113]; Francys Johnson, Deposed on February 14, 2018 [ECF No. 114]; and Donna McLeod, Deposed on February 6, 2018 [ECF No. 115].

4. Accordingly, the Plaintiffs respectfully request that this Court enter the attached proposed order, so that these deposition transcripts that contain personal identifying information may remain under seal.

5. The Plaintiffs will file redacted versions of the above listed depositions, redacting any personal identifying information pursuant to this Court's Standing Order 04-02.

Respectfully submitted, this 21st day of February, 2018.

By: /s/ Jennifer B. Dempsey
Jennifer B. Dempsey, Georgia Bar No. 217536
William V. Custer, Georgia Bar No. 202910
Bryan Cave LLP
One Atlantic Center, Fourteenth Floor
1201 West Peachtree Street, NW
Atlanta, GA  30309-3488
Telephone:  (404) 572-6600
Fax:           (404) 572-6999
Email:        bill.custer@bryancave.com
                  jennifer.dempsey@bryancave.com

Bradley S. Phillips (*admitted pro hac vice*)
Gregory D. Phillips (*admitted pro hac vice*)
John F. Muller (*admitted pro hac vice*)
Thomas P. Clancy (*admitted pro hac vice*)
Kenneth Trujillo-Jamison (*admitted pro hac vice*)
Ariel C. Green (*admitted pro hac vice*)
Munger, Tolles, & Olson LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, CA  90071-1560
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702
Email:        bradley.phillips@mto.com
                  gregory.phillips@mto.com
                  john.muller@mto.com
                  thomas.clancy@mto.com
                  kenneth.trujillo-jamison@mto.com

11473404.1

ariel.green@mto.com

Jon Greenbaum (*admitted pro hac vice*)
Ezra D. Rosenberg, Esq. (*admitted pro hac vice*)
Julie Houk, Esq. (*admitted pro hac vice*)
John Powers, Esq. (*admitted pro hac vice*)
Lawyers' Committee for Civil Rights Under Law
1401 New York Ave., NW, Suite 400
Washington, DC  20005
Telephone:   (202) 662-8600
Facsimile:    (202) 783-0857
Email:      jgreenbaum@lawyerscommittee.org
            erosenberg@lawyerscommittee.org
            jhouk@lawyerscommittee.org
            jpowers@lawyerscommittee.org

*Counsel for the Plaintiffs*

4

## **LOCAL RULE 7.1(D) CERTIFICATION OF COMPLIANCE**

I certify that this pleading has been prepared with Times New Roman 14 point, as approved by the Court in L.R. 5.1(C), N.D. Ga.

Respectfully submitted, this 21st Day of February, 2018.

By: /s/ Jennifer B. Dempsey
Jennifer B. Dempsey, Georgia Bar No. 217536
Bryan Cave LLP
One Atlantic Center, Fourteenth Floor
1201 West Peachtree Street, NW
Atlanta, GA  30309-3488
Telephone:  (404) 572-6600
Fax:             (404) 572-6999
Email:          jennifer.dempsey@bryancave.com

*Counsel for the Plaintiffs*

11473404.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st Day of February, 2018, I filed the foregoing **MOTION FOR ORDER DIRECTING DEPOSITION TRANSCRIPTS TO REMAIN PERMANENTLY UNDER SEAL** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: /s/ Jennifer B. Dempsey
Jennifer B. Dempsey, Georgia Bar No. 217536
Bryan Cave LLP
One Atlantic Center, Fourteenth Floor
1201 West Peachtree Street, NW
Atlanta, GA  30309-3488
Telephone: (404) 572-6600
Fax: (404) 572-6999
Email: jennifer.dempsey@bryancave.com

*Counsel for the Plaintiffs*