IN THE MATTER OF

# Georgia State Conference of the NAACP, et al
# vs
# Kemp

Transcript of Deposition of

# Joyce H. Chandler

On January 24, 2018

*Reported by* Joel P. Moyer
*Certified Court Reporter*



## DONOVAN REPORTING
## & VIDEO CONFERENCING
237 Roswell Street   Marietta, GA 30060
770.499.7499   800.547.1512   FAX: 770.428.5801
<<<<www.donovanreporting.com>>>>

THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GEORGIA STATE CONFERENCE OF THE NAACP,
as an organization; LAVELLE LEMON, MARLON
REID, LAURETHA CELESTE SIMS, PATRICIA
SMITH, COLEY TYSON,
      NAACP Plaintiffs,

AUSTIN THOMPSON, WAYNE SWANSON, DARRYL PAYTON,
AUDRA CUNNINGHAM, SABRINA MCKENZIE, JAMIDA
ORANGE, ANDREA SNOW, SAMMY ARREYMBI, LYNNE
ANDERSON, CORETTA JACKSON,
      Thompson Plaintiffs,

    vs.    CASE NO. 1:17-cv-01427-TCB-WSD-BBM

BRIAN KEMP, in his official capacity as
Secretary of the State for the State of
Georgia,
      Defendant.
          — — —

Videotaped Deposition of
JOYCE H. CHANDLER,

Taken by Ariel C. Green,

Before Joel P. Moyer,
Certified Court Reporter,

At the Offices of
Balch & Bingham LLP,
Atlanta, Georgia,

On Wednesday, January 24, 2018,
Beginning at 1:08 p.m. & ending at 8:55 p.m.

— — —

Volume of Testimony
(Exhibits Contained in Separate Volume)

Electronically signed by Joel Moyer (501-161-376-4513)    1a99b400-30d4-4829-b27b-15c886887b7d

```
 1    APPEARANCES OF COUNSEL

 2    For the Georgia State Conference
        of the NAACP Plaintiffs:
 3
             ARIEL C. GREEN
 4           Munger, Tolles & Olson LLP
             50th Floor
 5           350 South Grand Avenue
             Los Angeles, CA 90071
 6           213.683.9100

 7    For the Thompson Plaintiffs:

 8           ABHA KHANNA
               (Via Telephone)
 9           Perkins Coie LLP
             Suite 600
10           700 13th Street, NW
             Washington, DC 20005-3960
11           202.654.6200

12    For the Defendant:

13           FRANK B. STRICKLAND
             Strickland Brockington Lewis LLP
14           Midtown Proscenium
             Suite 2200
15           1170 Peachtree Street, NE
             Atlanta, GA 30309-7200
16           678.347.2211

17    For the Witness:

18           K. ALEX KHOURY
             Balch & Bingham LLP
19           Suite 700
             30 Ivan Allen Jr. Boulevard, NW
20           Atlanta, GA 30308
             404.261.6020
21
      ALSO PRESENT:
22
             Taylor Thompson, Videographer
23

24

25
```

1                    INDEX TO PROCEEDINGS

2                    VIDEO FILE INDEX

3      Video File One                          8

4      Video File Two                         54

5      Video File Three                      108

6      Video File Four                       175

7      Video File Five                       234

8      Video File Six                        298

9

10                   EXAMINATION INDEX

11     JOYCE H. CHANDLER

12         Examination by Ms. Green            8

13     Errata Sheet                          308

14     Certificate Page                      310

15

16                   EXHIBIT INDEX

17     Plaintiff's Exhibits

18         3   Map labeled Gwinnett County House    95
               Districts - as passed 2012

19         4   Map labeled Gwinnett County House    83
20             Districts - as passed 2015

21        13   Letter to Honorable Roger Lane from  141
               Jimmy McDonald, 2-15-2011, with
22             attached procedures for requesting
               redistricting services

23        36   Official County Results of General   125
24             Election on 11-4-2014

25     (Continued on next page)

Electronically signed by Joel Moyer (501-161-376-4513)                    1a99b400-30d4-4829-b27b-15c886887b7d

1    39   Email thread ending with email to       41
          Gina Wright from Randy Nix
2         4-29-2015 (GA000026 - 27)

3    46   Spreadsheet with categories labeled     197
          Precincts Covering District 105 and
4         Precincts Covering District 111

5    47   Document titled Information Midterm      268
          Redistricting and HB 566 (State
6         House Redistricting Bill-2015)
          (GA000001 - 2)
7
     50   Email to Gina Wright from Dan           263
8         O'Connor, 2-1-2017 (GA000077 - 78)

9    51   Email to Chuck Efstration from Dan      303
          O'Connor, 2-14-2017, with
10        attachments (GA000014 - 25)

11   105  Email thread ending with email from     78
          Dan O'Connor to Jan Jones, 9-4-2015
12        (GA2-001168 - 1169); attachments

13   108  Document titled HD105amdp1_2014_data    205

14   110  Document titled HD105amdp2_2014_data    216

15   116  Real Property Transaction Record        9

16   117  Article titled AJC Special              16
          Investigation:  Gwinnett legislator
17        owes back taxes, 10-30-2016

18   118  Email from Giovanna Drpic to Joyce      26
          Chandler, 4-25-2017 (GA-002783)
19
     119  Joyce Chandler's Biography - The        47
20        Voter's Self Defense System - Vote
          Smart
21
     120  Georgia House of Representatives'       47
22        web page for Joyce Chandler
          2017-2018 regular session
23
     121  Joyce Chandler - Ballotpedia           47
24

25   (Continued on next page)

Electronically signed by Joel Moyer (501-161-376-4513)                    1a99b400-30d4-4829-b27b-15c886887b7d

5

122   Clause 3.  Oath of Office; Religious   56
      Test Denied, USCA CONST Art. VI cl.
      3

123   Email from Dan O'Connor to Jan   72
      Jones, 2-27-2015 (GA2-001601 - 1604)

124   Document titled Georgia Election   87
      Results, General Election, 11-6-2012

125   Email from Anne Lewis to Roger Lane   89
      and others, cc'd to Sam Olens and
      others, 5-11-2012, and a letter from
      Thomas E. Perez to the Honorable
      Samuel S. Olens, 5-11-2012

126   Excerpt of the 11-20-2017 deposition   90
      of Gina H. Wright

127   Email thread ending with email from   93
      Joyce Chandler to Dan O'Connor
      8-20-2014 (GA2-00194)

128   Email thread ending with email from   97
      Joyce Chandler to Dan O'Connor
      8-4-2014 (GA2-001195; Georgia
      Secretary of State Voter
      Registration System, Active Voters
      by Race and Gender, 8-4-2014
      (GA2-001197 - 1198)

129   Email thread ending with email from   104
      Peter Combs to Dan O'Connor
      8-4-2014 (GA2-001196)

130   Email from Dan O'Connor to Chuck   107
      Efstration, 8-25-2014 (GA2-001705 -
      1706)

131   Excerpt from the 1-10-2018   136
      deposition of Randall O. Nix

132   Email from Dan O'Connor to Spiro   138
      Amburn, 12-19-2014 (GA2-000861)

(Continued on next page)

Electronically signed by Joel Moyer (501-161-376-4513)                1a99b400-30d4-4829-b27b-15c886887b7d

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

6

| | | | |
|---|---|---|---|
| 1 | 133 | Document titled Participants in the 2015 Redrawing Process for House District 105 | 149 |
| 3 | 134 | Map labeled Proposed House District 104 and 105 (GA2-003019) | 192 |
| 5 | 135 | Map titled Proposed House District 104 and 105 (GA2-003027) | 208 |
| 6 | 136 | Email thread ending with email from Dan O'Connor to Chris Kelleher 6-4-2015 (GA2-000682 - 692) | 227 |
| 8 | 137 | Email from Dan O'Connor to awl@sbllaw.net, 3-20-2015 (GA2-001571) | 241 |
| 10 | 138 | Email thread ending with email from Greg Bluestein to Dan O'Connor 11-1-2016 (GA2-000118 - 119) | 260 |
| 12 | 139 | Email thread ending with email from Mike Seigle to Dan O'Connor 10-8-2014 (GA2-001176 - 1178) | 271 |
| 14 | 140 | Email from Dan O'Connor to Ben Jordan, 12-3-2015 (GA2-001388) | 275 |
| 15 | 141 | Email thread ending with email from Ben Jordan to Dan O'Connor 10-21-2016 (GA2-000128 - 129) | 277 |
| 17 | 142 | AJC article titled Gwinnett House District; Redistricting draws voter rights scrutiny, 9-24-2016 | 280 |
| 19 | 143 | Georgia Election Results, General Election, 11-8-2016 | 285 |
| 21 | 144 | Email thread ending with email from Dan O'Connor to Jeremy Brand 11-8-2016 (GA2-001201 - 1203) attachments | 287 |

25     (Continued on next page)

Donovan Reporting, PC                                                    770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                    1a99b400-30d4-4829-b27b-15c886887b7d

1      145  Email from Dan O'Connor to Spiro      299
            Amburn, cc'd to Caulder Childs and
2           Ben Jordan, 1-20-2017 (GA2-002106 -
            2109)
3

4      (End of Index)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Electronically signed by Joel Moyer (501-161-376-4513)                    1a99b400-30d4-4829-b27b-15c886887b7d

Joyce H. Chandler        Georgia State Conference of the NAACP, et al vs Kemp        January 24, 2018

8 (Pages 8 to 11)

---

**8**

1       January 24, 2018
2          1:08 p.m.
3       (Whereupon the reporter provided a written
4   disclosure to all counsel pursuant to
5   Article 8.B. of the Rules and Regulations
6   of the Board of Court Reporting.)
7       THE VIDEOGRAPHER:  We're now on the
8   video record.  The time is 1:08 p.m.  The date
9   is January 24th, 2018.  This is the start of
10  video file number one.
11      Will the court reporter please swear
12  in the witness.
13  JOYCE H. CHANDLER,
14      being first duly sworn, was examined and
15      testified as follows:
16  EXAMINATION
17  BY MS. GREEN:
18      Q    Thank you for being here today.  My
19  name is Ariel Green.  I work for Munger, Tolles
20  & Olson, and I represent the Plaintiffs in this
21  case.  Thanks for coming.
22      Let's just get started.  Please
23  state and spell your full name for the record.
24      A    My full name is Joyce Hammett
25  Chandler.  That's J-O-Y-C-E H-A-M-M-E-T-T

---

**9**

1   Chandler, C-H-A-N-D-L-E-R.
2       Q    Okay.  And where do you live?
3       A    In -- my address is Lawrenceville.
4       Q    Okay.  Do you live at
5            in Lawrenceville?
6       A    I do.
7       Q    Okay.  And is that in Gwinnett
8   County?
9       A    It is.
10      Q    Okay.  And that's within your
11  district; correct?
12      A    Yes.
13      Q    Do you own other property in
14  Georgia?
15      A    I do.
16      Q    What's the address of that property?
17      A    I don't remember.  It's land in
18  Cherokee County is all I can tell you.
19      Q    Are you married?
20      A    I am.
21      Q    Is your husband's name Martin
22  Chandler?
23      A    It is.
24      (Whereupon a document was identified as
25  Plaintiff's Exhibit 116.)

---

**10**

1       Q    I'm going to show you a document and
2   mark it as Exhibit 116.  Is this the address of
3   the property that you own, the other property
4   that you own in Georgia?
5       MR. KHOURY:  Ariel, can I?
6       MS. GREEN:  Yes.  Sorry.
7       MR. KHOURY:  Thank you.
8       A    Well, I don't -- where is our
9   address?  I see it says Fulton County.
10      Q    Looks like it's commercial acreage.
11      A    I don't think we own this anymore.
12  I am not sure.  I think the property we own is
13  in Fulton County -- I mean, excuse me, is in
14  Cherokee County, not Fulton.
15      Q    Okay.  Do you own any other
16  property, besides the property in Cherokee and
17  the address in Lawrenceville, in Georgia?
18      A    Not in Georgia.
19      Q    Okay.  Is there any reason you can't
20  give your best testimony today?
21      A    No.
22      Q    Are you under the influence of any
23  medication or any other substance that would
24  impair your ability to testify truthfully or
25  recollect past events?

---

**11**

1       A    No.
2       Q    Is there any reason you can't
3   think -- that you can think of why you will not
4   be able to answer my questions fully and
5   accurately?
6       A    No.
7       Q    Have you ever been deposed before?
8       A    Yes.
9       Q    When?
10      A    Probably, and I'm guessing, about 21
11  or 2 years ago.
12      Q    Okay.  Just once?
13      A    Just once.
14      Q    What was the case about?
15      A    It was regarding sexual abuse.
16      Q    Okay.  Have you ever given your
17  testimony under oath at a trial or arbitration?
18      A    Yes.
19      Q    Was that in that same case?
20      A    It was.
21      Q    Okay.  So you are somewhat familiar
22  with the ground rules then, but I'll go over
23  them nonetheless.
24      First, there's a court reporter
25  preparing a transcript of our conversation, so

---

Electronically signed by Joel Moyer (501-161-376-4513)                    1a99b400-30d4-4829-b27b-15c886887b7d

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

9  (Pages 12 to 15)

12

1  it's important that we don't talk over each
2  other. I'll finish my questions, and you
3  finish your answers, and we'll go from there.
4  Okay?
5          It's also important that you speak
6  up and that you answer orally because he can't
7  record an uh-huh or a shake of the head or a
8  nod or anything like that.
9          If I ask you a question that you
10  don't understand, please ask me for
11  clarification, and I'll try to do so.
12      A   Okay.
13      Q   If you need me to rephrase, please
14  ask me to do so. If you don't ask me to
15  clarify or to rephrase, I'll assume you
16  understand the question. Is that fine?
17      A   Yes.
18      Q   Okay. If your answer depends on a
19  time frame, please let me know so that we can
20  get accurate answers for the court reporter.
21  So if I ask you a question and it's restricted
22  to a particular time frame, just let me know in
23  your answer.
24      A   I'm not sure I understand what, what
25  you're saying there.

13

1      Q   So I can't think of a question off
2  the top of my head, but if it comes up, if I
3  ask you a question and you say, well, yeah,
4  that's true then, but it's not true now, right,
5  in your head, don't answer absolutely yes or
6  absolutely no.
7      A   Okay.
8      Q   Tell me the time that --
9      A   Okay.
10      Q   -- the time frame that makes the
11  question --
12      A   Sure.
13      Q   -- accurate. Okay. If you need a
14  break for any reason, just say so. If we're in
15  the middle of a question, we'll finish that
16  question and then move on. But afterwards,
17  we'll see what we can do about a break. Is
18  that okay?
19      A   Yes.
20      Q   Okay. Your attorney may object to
21  my questions. I'm sure he will at some point.
22  But generally, you still have to answer unless
23  you're instructed not to. Okay?
24      A   Yes.
25      Q   Did you bring any documents with you

14

1  today?
2      A   I did not.
3      Q   Okay. So you don't plan on relying
4  on anything other than what I hand you?
5      A   That's correct.
6      Q   Like that?
7      A   That's correct.
8      Q   Okay. Have you ever been arrested?
9      A   No.
10      Q   Okay. Have you ever been convicted?
11      A   No.
12      Q   Have you ever been in trouble with
13  any government agency?
14      A   No.
15      Q   Okay.
16          MS. KHANNA: I'm sorry. This is
17  Abha Khanna from Perkins Coie. I just -- we
18  can't -- on the line, you can't hear the
19  deponent.
20          MS. GREEN: Are these little
21  speakers --
22          MR. KHOURY: The speakers are on.
23  They don't move. They're embedded.
24      A   Maybe I need to speak more loudly.
25          MR. KHOURY: Maybe I can -- can I

15

1  move it?
2      A   I can do that.
3          MS. GREEN: Can you move it?
4          MR. KHOURY: I don't know if this
5  helps, but we can try this. I'm going to get
6  in trouble. Maybe that helps.
7          MS. GREEN: Can you say like
8  testing, testing?
9          THE WITNESS: Testing, testing.
10          MS. GREEN: Is that better for you?
11          MS. KHANNA: That's much better.
12  Thank you so much. Sorry for interrupting.
13      Q   No worries. Okay. Have you ever
14  had any trouble with the IRS?
15      A   I have.
16      Q   Did they place a lien of about
17  $500,000 on your property?
18      A   Yes.
19      Q   Have you settled that debt?
20      A   In the process.
21      Q   So you're still making payments?
22      A   Yes.
23      Q   Okay. Did it stem from a property
24  swap?
25      A   Yes.

Donovan Reporting, PC                                    770.499.7499

16

1      (Whereupon a document was identified as
2      Plaintiff's Exhibit 117.)
3      Q    Okay. I'm going to hand you an
4    exhibit. I'm marking it Exhibit 117. It's a
5    news article. One for your counsel. You can
6    take a second to review it.
7         Why did the IRS place -- was the --
8    sorry.
9         Was the lien against you or you and
10   your husband?
11     A    Both of us.
12     Q    Both of you. Okay. Why did the IRS
13   place that lien on your property?
14     A    I can't answer that. My husband was
15   the one that dealt with property and the
16   exchange of property.
17     Q    So you don't know why, or you feel
18   that he was responsible for it?
19     A    Well, he was -- he, he was -- say
20   that again? He was re --
21     Q    Do you know why the IRS placed a
22   lien on the property?
23     A    I know that according to my husband
24   that the -- there was an exchange. And even
25   though two CPAs agreed with the way it was

17

1    handled on our returns, the IRS did not.
2    That's all I know.
3      Q    That's all you know?
4      A    (Nods head affirmatively.)
5      Q    Okay. So were you involved in the
6    deals that led to the IRS placing the lien on
7    your property?
8      A    When you say "involved," what do you
9    mean?
10     Q    Well, why don't you tell me what
11   your role was, and we can clarify from there.
12     A    Well, basically, I was working. And
13   basically, it was just signing where my husband
14   said to sign. That's all I remember.
15     Q    Okay. Let's look at page -- the
16   second page of the exhibit I just handed you.
17   And about a quarter of the way up from the
18   bottom, do you see the part where it looks like
19   there's a statement attributed to your husband?
20         And it's -- the article says he
21   said, "Do you understand the IRS is totally
22   corrupt?" Do you agree with that statement?
23     A    I do not.
24     Q    Okay. Do you agree that the IRS is
25   not, I'm quoting, "not an agency of the United

18

1    States government," end quote?
2      A    I do not agree with that statement.
3      Q    All right. When did you first
4    become aware of this litigation?
5      A    I don't remember.
6      Q    Give me a guess.
7      A    I can give you a guess, but that's
8    what it is, a guess. Maybe -- I can't give you
9    a guess.
10     Q    Did you become aware last year?
11     A    No. It would have been four or five
12   years ago, somewhere in that ballpark,
13   ballpark.
14     Q    This litigation?
15     A    Yeah, I think. I don't remember.
16         MR. KHOURY: Which --
17     A    I do not know.
18         MR. KHOURY: Object to the question.
19   Which litigation are you talking about?
20     Q    The case in which we're --
21     A    Oh, no. I thought you were talking
22   about this.
23         MR. KHOURY: Right. I did too.
24     Q    Oh, okay. The IRS?
25     A    Yeah.

19

1      Q    Sorry. No, no, no. Okay. Now that
2    we're all on the same page, when did you become
3    aware of the litigation in this case?
4      A    About a year ago.
5      Q    A year ago. Okay. How did you
6    become aware?
7      A    I don't recall. I don't know.
8      Q    Okay. Did you contact anyone after
9    becoming aware?
10     A    Not that I remember.
11     Q    Okay. To the best of your
12   knowledge, tell me what you think this
13   lawsuit's about.
14     A    To the best of my knowledge, it is
15   about a tweaking of some districts that was
16   done in 2015.
17     Q    What do you mean by the word
18   tweaking?
19     A    Changing.
20     Q    Changing how?
21     A    Some to make districts more
22   Republican, some to make them more Democrat.
23     Q    And how would you change a district
24   to make it more Republican or Democratic?
25     A    How would I --

Electronically signed by Joel Moyer (501-161-376-4513)                    1a99b400-30d4-4829-b27b-15c886887b7d

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

11 (Pages 20 to 23)

| | 20 |
|---|---|
| 1 | Q    How were the districts -- |
| 2 | A    How were they? |
| 3 | Q    Yes. |
| 4 | A    The boundaries were changed. |
| 5 | Q    So the boundaries for the district |
| 6 | lines? |
| 7 | A    That's correct. |
| 8 | Q    So some voters were moved into one |
| 9 | district, and others were moved into another? |
| 10 | A    Correct. |
| 11 | Q    And those people that were moved |
| 12 | from district to district made the district |
| 13 | more or less Republican or more or less |
| 14 | Democratic? |
| 15 | A    Yes. |
| 16 | Q    Okay.  Other than your attorney, |
| 17 | have you spoken to anyone about your testimony |
| 18 | today? |
| 19 | A    I asked Representative Nix how long |
| 20 | he was here.  He's another representative that |
| 21 | was deposed a couple of weeks ago. |
| 22 | Q    Did you ask him anything else? |
| 23 | A    No. |
| 24 | Q    Did he -- |
| 25 | A    I just wanted to -- |

| | 22 |
|---|---|
| 1 | A    In person. |
| 2 | Q    In person.  Okay. |
| 3 |      THE VIDEOGRAPHER:  Can I get you to |
| 4 | move your mic up just a little so it's away |
| 5 | from your hands? |
| 6 |      MS. GREEN:  Is my mic okay? |
| 7 |      THE WITNESS:  Mine. |
| 8 |      THE VIDEOGRAPHER:  Yours is fine. |
| 9 |      Perfect.  Thank you. |
| 10 | Q    Did you consult with legislative |
| 11 | counsel about your testimony today? |
| 12 | A    No. |
| 13 | Q    Have you spoken to your staff about |
| 14 | your testimony today? |
| 15 | A    No. |
| 16 | Q    Do you have a staff? |
| 17 | A    I do. |
| 18 | Q    Is Kathy Hutcherson -- |
| 19 | A    Yes. |
| 20 | Q    -- part of your staff?  Is she the |
| 21 | only member of your staff? |
| 22 | A    We have a temporary lady -- |
| 23 | Q    What's her name? |
| 24 | A    -- during session.  Natalie, and I |
| 25 | do not remember her last name. |

| | 21 |
|---|---|
| 1 | Q    -- tell you anything else? |
| 2 | A    No.  I just wanted to know how long. |
| 3 | Q    Did you -- did he tell you about the |
| 4 | questions he was asked during his deposition? |
| 5 | A    No. |
| 6 | Q    Have you reviewed his transcript? |
| 7 | A    No.  I, of course, have talked to my |
| 8 | attorney, the attorney. |
| 9 | Q    When did you -- |
| 10 | A    The State's attorney. |
| 11 | Q    -- speak with Representative Nix? |
| 12 | A    I don't remember exactly.  Sometime |
| 13 | after he was deposed. |
| 14 | Q    Was it during legislative session? |
| 15 | A    I don't remember. |
| 16 | Q    Do you remember how you contacted |
| 17 | him? |
| 18 | A    No.  It may have been after session. |
| 19 | It could have been when we were -- when we had |
| 20 | a break during session.  I don't, I don't |
| 21 | recall that. |
| 22 | Q    Do you remember if you emailed him? |
| 23 | A    No, I did not.  I talked to him |
| 24 | personally. |
| 25 | Q    On the phone or in person? |

| | 23 |
|---|---|
| 1 |      MS. GREEN:  Can I just read back? |
| 2 | What did she say about Kathy Hutcherson? |
| 3 | (Whereupon the court reporter read back |
| 4 | the referred-to portion as follows:) |
| 5 | Q    Is Kathy Hutcherson -- |
| 6 | A    Yes. |
| 7 | Q    -- part of your staff?  Is she the |
| 8 | only member of your staff? |
| 9 | A    We have a temporary lady. |
| 10 | (Whereupon the reading back was |
| 11 | concluded.) |
| 12 | Q    Okay.  So you said you didn't talk |
| 13 | to Kathy Hutcherson; right? |
| 14 | A    She knows where I am today, but I |
| 15 | have not discussed this with her. |
| 16 | Q    Okay.  Did Ms. Hutcherson help |
| 17 | prepare you in any way for this deposition? |
| 18 | A    No. |
| 19 | Q    Okay.  Other than Representative |
| 20 | Nix, have you spoken with any other legislator |
| 21 | about your testimony today? |
| 22 | A    No. |
| 23 | Q    Representative Efstration?  Am I |
| 24 | saying that correctly? |
| 25 | A    No. |

Donovan Reporting, PC                                                      770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                1a99b400-30d4-4829-b27b-15c886887b7d

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

12 (Pages 24 to 27)

| | 24 |
|---|---|
| 1 | Q   I'm not saying that correctly? |
| 2 | A   Oh, you are saying it correctly. |
| 3 | But I haven't spoken to him. |
| 4 | Q   Okay. Representative Strickland? |
| 5 | A   No. |
| 6 | Q   Representative Rutledge? |
| 7 | A   No. |
| 8 | Q   Representative Welch? |
| 9 | A   No. |
| 10 | Q   Representative Jones? |
| 11 | A   No. |
| 12 | Q   Okay. The Speaker? |
| 13 | A   No. |
| 14 | Q   Okay. How many times have you met |
| 15 | with counsel to talk about your testimony |
| 16 | today? |
| 17 | A   Not at -- oh, to -- when you're -- |
| 18 | you're talking about this counsel? Once. |
| 19 | Q   What other counsel would I -- did |
| 20 | you think I was referring to? |
| 21 | A   I thought maybe you were talking |
| 22 | about somebody at the capitol. I had no idea |
| 23 | what you were referring to. |
| 24 | Q   Oh. Legislative counsel? |
| 25 | A   I have not. |

| | 26 |
|---|---|
| 1 | Q   Do you know if you asked your |
| 2 | counsel to produce them on your behalf? |
| 3 | A   No. |
| 4 | Q   Have you discussed this case |
| 5 | generally with the Reapportionment Office? |
| 6 | A   No. |
| 7 | Q   No one from the Reapportionment |
| 8 | Office? |
| 9 | A   No. |
| 10 | Q   Have you discussed this litigation |
| 11 | with any member of the press? |
| 12 | A   No. |
| 13 | (Whereupon a document was identified as |
| 14 | Plaintiff's Exhibit 118.) |
| 15 | Q   I'm going to show you a document. |
| 16 | It's Bates stamped GA2-002783. Is this an |
| 17 | email dated April 25th, 2017, between Giovanna |
| 18 | D-R-P-I-C, I'm not going to try to pronounce |
| 19 | that, and yourself? |
| 20 | A   And myself? I see -- I see her |
| 21 | contacting me. But I, I don't see on here |
| 22 | where I responded. |
| 23 | Q   That's what -- but my question is: |
| 24 | Is this email between you and her? |
| 25 | A   I don't recall this. |

| | 25 |
|---|---|
| 1 | Q   You spoke with your counsel once? |
| 2 | A   Once. |
| 3 | Q   Before this deposition? |
| 4 | A   That's right. |
| 5 | Q   Today? |
| 6 | A   You mean once in person or on the |
| 7 | phone or -- |
| 8 | Q   I mean in any way. |
| 9 | A   Well, we have had phone |
| 10 | conversations trying to set up a date and time. |
| 11 | We've had a couple of those as I recall. But |
| 12 | only once did we meet in person and discuss the |
| 13 | deposition. |
| 14 | Q   Did you look at documents? |
| 15 | A   Yes, I did. |
| 16 | Q   What types of documents? |
| 17 | A   I don't recall. I just remember |
| 18 | that I was shown some documents. They don't -- |
| 19 | I don't remember, so it must not have been |
| 20 | something that rang a bell to me. |
| 21 | Q   Do you know if you produced those |
| 22 | documents? |
| 23 | A   Did I produce them? |
| 24 | Q   Uh-huh (affirmative). |
| 25 | A   No. |

| | 27 |
|---|---|
| 1 | Q   Okay. |
| 2 | A   She may have -- she or he may have |
| 3 | contacted me, but I do not recall this. |
| 4 | Q   You don't recall responding? |
| 5 | A   I don't recall responding. |
| 6 | Q   Okay. |
| 7 | A   No. |
| 8 | Q   And this email, the email is about |
| 9 | this lawsuit; right? |
| 10 | A   I believe it -- yes, I believe it |
| 11 | is. |
| 12 | Q   So you were at least aware of this |
| 13 | lawsuit in April 2017; right? |
| 14 | A   Apparently. |
| 15 | Q   Have you discussed this testimony |
| 16 | with your spouse? |
| 17 | A   He knows I'm here today, but I have |
| 18 | not discussed this with him, no. |
| 19 | Q   Have you discussed the case with |
| 20 | your spouse? |
| 21 | A   He is aware of the case. |
| 22 | Q   Have you discussed the case with |
| 23 | your spouse? |
| 24 | A   When you say "discussed," we have -- |
| 25 | he knows that there is a case. He knows that |

Donovan Reporting, PC                                                                 770.499.7499

28

1   I'm here today. But as far as any details
2   about the case, no, we have not discussed it.
3       Q    How have you spoken with your spouse
4   about this case?
5       A    I've spoken with him about it for
6   him to know that there is a case and that I'm
7   here today to be deposed regarding that case,
8   but no details or anything like that.
9       Q    What details does he know?
10      A    I'm not sure I know any details.
11  What details does he know?
12      Q    Uh-huh (affirmative). Or what
13  details have you spoken with him about?
14      A    That there is a case and that I am
15  coming today to be deposed.
16      Q    When you told your spouse that there
17  is a case, what did you say about this case?
18  Did you just say there's a lawsuit and I'm
19  involved, or did you give any details about the
20  case?
21      A    I didn't give any details because I
22  don't know any details. So I know very few, if
23  any. I assume that I just said him -- told him
24  that there is a case. I don't recall that.
25      Q    Okay. Do you have children?

29

1       A    I do.
2       Q    How many children?
3       A    Two.
4       Q    How old are they?
5       A    I hope I can remember. 52 and 50, I
6   believe.
7       Q    Have you discussed the case with
8   them?
9       A    No.
10      Q    So are they aware of it to your
11  knowledge?
12      A    My daughter here is, I think.
13      Q    Do you know how she became aware of
14  it?
15      A    I do not.
16      Q    Okay. Have you discussed the case
17  with a friend?
18      A    No.
19      Q    Another family member?
20      A    No.
21      Q    Did you look at your calendar in
22  preparation for this deposition?
23      A    To schedule the deposition? Is that
24  what you mean? Look at my calendar in order to
25  schedule this?

30

1       Q    I mean generally. So did you look
2   at your calendar -- did you review previous
3   meetings --
4       A    Oh, previous meetings --
5       Q    -- that happened in the past --
6       A    -- and things?
7       Q    -- in preparation for this
8   deposition?
9       A    I, I did not look at my past
10  calendar, no.
11      Q    You keep a calendar though?
12      A    I keep a calendar year by year, but
13  I do not have previous years' calendars.
14      Q    How do you keep your calendar?
15      A    I actually do paper and pencil.
16      Q    Paper and pencil.
17      A    Uh-huh (affirmative).
18      Q    Is it like a notebook?
19      A    Yeah.
20      Q    So do you have your calendar from
21  2017, your notebook?
22          MR. KHOURY: Object to the form of
23  the question. I believe you already answered
24  it, but you can answer again.
25      A    I -- I typically don't keep

31

1   calendars after the calendar year.
2       Q    What do you do with them?
3       A    Just throw them away.
4       Q    Do you have your calendar from 2017?
5       A    I'm not sure.
6       Q    Okay. Do you know if you have your
7   calendar from previous years? 2016? 2015?
8       A    No.
9       Q    Because you haven't looked?
10      A    To the best of my knowledge, I do
11  not.
12      Q    Okay. Will you look?
13      A    Will I look?
14      Q    Uh-huh (affirmative).
15      A    I would be -- sure. I'll be glad to
16  if there -- if I need to.
17      Q    Yes.
18          MR. KHOURY: I believe there's some
19  misunderstanding in the questions here. I
20  would -- could you ask her again if she has
21  those calendars?
22      Q    I asked her if she's aware. She
23  said she didn't know. Am I wrong about that?
24      A    Well, you asked me what I did with
25  the calendars.

Electronically signed by Joel Moyer (501-161-376-4513)                    1a99b400-30d4-4829-b27b-15c886887b7d

32

1    Q    Okay.
2    A    And I told you --
3    Q    So I'll ask again.
4    A    -- I threw them away.
5         MR. KHOURY:  Right.
6    Q    Do you know if you have calendars
7   from previous years?
8    A    I do not.  I would assume I have
9   thrown them away as I usually do.
10   Q    But you have not looked?
11   A    I've not looked.
12   Q    Okay.
13   A    No.
14   Q    So my follow-up question is:  Will
15  you look?
16   A    Yes, I can.
17   Q    And if you find them, will you
18  produce relevant meetings from that calendar?
19   A    Yes.
20   Q    Okay.  Did you look at your phone
21  records in preparation for this deposition?
22   A    No.
23   Q    Okay.  Do you keep phone records?
24   A    I do not.
25   Q    Does the -- do you know if the House

33

1   keeps phone records for you?
2    A    No.
3    Q    Okay.  Do you have a cell phone?
4    A    I do.
5    Q    Do you text people on your cell
6   phone?
7    A    I do.
8    Q    Do you text about work on your cell
9   phone?
10   A    I do.
11   Q    Okay.  Did you look at your text
12  messages in preparation for this deposition?
13   A    I did not.
14   Q    Okay.  Will you look at your text
15  messages?
16   A    I can.  I can, yes.
17   Q    And if you find relevant, in
18  conjunction with counsel, relevant text
19  messages, will you produce them?
20   A    Yes, if counsel so, so advises me
21  to.
22   Q    Okay.  And I just want to
23  double-check.  Did you review transcripts of
24  any depositions to prepare for your testimony
25  today?

34

1    A    Transcripts of any depositions?
2    Q    Yes.
3    A    No.
4    Q    Have you read the Complaint for this
5   case?
6    A    No.
7    Q    Have you read the Answer or any
8   other pleading?
9    A    No.
10   Q    Did you look at any expert report in
11  preparation for your testimony today?
12   A    No.
13        MS. GREEN:  And if we can go off the
14  record for a sec?
15        (Whereupon off-the-record discussions
16  ensued.)
17        MS. GREEN:  We can go back on.
18   Q    Based on your understanding of the
19  case, what would you consider to be a relevant
20  document?
21   A    I assume it would be a description
22  of a meeting that may have been held or
23  something like that.  I don't know.
24   Q    Would you consider an email about
25  the racial demographics of your district to be

35

1   relevant?
2    A    In this case?
3    Q    Yes.
4    A    I don't know that I can answer that
5   question.  I am aware I have got -- I have
6   received emails about the racial demographics,
7   but I don't know the relevancy here.
8    Q    So is that a yes or a no?
9    A    You'd have to --
10        MR. KHOURY:  I'm just going to
11  object to the form of the question.
12   A    You need to ask your question again.
13        MS. GREEN:  Okay.  And I'm going to
14  object to speaking objections because that's
15  not allowed by the Court.
16        MR. KHOURY:  Objecting to the form
17  of the question is not a speaking objection.
18  It is not.
19        MS. GREEN:  Well, you can look at
20  his standing rule, I think.
21        MR. KHOURY:  I know.  And I said,
22  objection to the form of the question.
23        MS. GREEN:  Okay.
24        MR. KHOURY:  And that is not a
25  speaking objection.

Electronically signed by Joel Moyer (501-161-376-4513)                    1a99b400-30d4-4829-b27b-15c886887b7d

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

15 (Pages 36 to 39)

36

1  Q   Would you consider an email about
2  the racial demographics of your district to be
3  relevant?
4       MR. KHOURY:  Object to the form of
5  the question.
6  Q   That's fine.  You still have to
7  answer.
8  A   An email of any kind about the
9  demographics?
10  Q   The racial demographics of your
11  district, yes.
12  A   To be relevant --
13  Q   To this case.
14  A   -- to this case.
15  Q   Yes.
16  A   No.
17  Q   Okay.  Would you consider notes from
18  a meeting where redistricting was discussed to
19  be relevant?
20  A   Yes.
21  Q   Would you consider a calendar entry
22  of a meeting with the Reapportionment Office to
23  be relevant?
24  A   I don't think it would be to this
25  case as I see it.

37

1  Q   What other types of documents, if
2  any, would you consider to be relevant?
3       MR. KHOURY:  Object to the form of
4  the question.
5  A   I'm not aware of -- I don't know
6  any.
7  Q   Did your attorney ask you to search
8  for documents, or did your attorney take your
9  computer, phone records, and files and search
10  for relevant documents himself?
11       MR. KHOURY:  Object to the form of
12  the question.
13       Representative Chandler, you do not
14  testify about anything that we've discussed.
15       THE WITNESS:  Okay.
16       MR. KHOURY:  You're not to testify
17  about that.
18  Q   And I'm not asking you to testify
19  about discussions.
20       MR. KHOURY:  You've asked, you've
21  asked if I told her something or not or what
22  I've asked her.  Maybe you should ask her
23  whether she did something or not.
24  Q   Did you search for documents
25  relevant --

38

1  A   Did I search?
2  Q   Yes.
3  A   I, I looked to see if I had
4  anything, yes.
5  Q   And when you looked to see if you
6  had anything, did you use the same standards of
7  relevance that we just discussed before?
8       MR. KHOURY:  Object to the form of
9  the question.
10  A   I looked in a folder where I -- in
11  my file cabinet where I would keep things.
12  Q   Did you look at your emails?
13  A   I did not.
14  Q   Okay.  Did you look at your computer
15  file -- do you have a computer at the house?
16  A   Yes.
17  Q   Did you look at your computer files
18  there?
19  A   No.
20  Q   Did you make those computer files
21  available to your counsel?
22  A   I would make them available.
23  Q   Did you?
24  A   They were not looked at, no.
25  Q   Did you make your emails available

39

1  to counsel?
2  A   No.
3  Q   Okay.  Did the Georgia House assign
4  you an email address?
5  A   Yes.
6  Q   Is it joyce.chandler@house.ga.gov?
7  A   That's correct.
8  Q   Okay.  Is that the only account you
9  have through the House?
10  A   Yes.
11  Q   Okay.  And I just want to make sure
12  I'm understanding.  You did not search that
13  email account for relevant documents?
14  A   I did not.
15  Q   And to your knowledge, did you give
16  access to that account to your attorney to
17  search for documents?
18  A   I did not give him access, no.
19  Q   Okay.  Do you have a personal email
20  address?
21  A   Yes.
22  Q   Is it jhchandler@bellsouth.net?
23  A   Yes.
24  Q   Do you have another personal email
25  address?

Donovan Reporting, PC                                        770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                    1a99b400-30d4-4829-b27b-15c886887b7d

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

16  (Pages 40 to 43)

40

1     A    Yes.
2     Q    What is it?
3     A    It is jhchandler.g@gmail.com and
4    chandlerforhouse@gmail.com.
5     Q    And did you search either of those
6    or I guess all three of those accounts for
7    relevant documents?
8     A    No.
9     Q    Did you search any one of those
10   accounts for relevant documents?
11    A    No.
12    Q    And did you turn over those accounts
13   to your counsel to search for documents?
14    A    I did not turn them over to him.
15    Q    Okay.
16    A    I did not do that.
17    Q    Okay.  Will you?
18    A    I would be willing to, yes.
19         MS. GREEN:  Okay.  Will you -- can
20   we go off the record again?
21         THE VIDEOGRAPHER:  Going off the
22   video record.
23         (Whereupon off-the-record discussions
24   ensued.)
25         THE VIDEOGRAPHER:  Now back on the

41

1    video record at 1:41.
2     Q    Do you think you have relevant
3    documents in your personal email accounts?
4         MR. KHOURY:  Object to the form of
5    the question.
6     Q    Do you have relevant documents in
7    your personal email accounts?
8         MR. KHOURY:  Object to the form of
9    the question.
10    A    I don't know.
11        (Whereupon a document was identified as
12   Plaintiff's Exhibit 39.)
13    Q    Okay.  I'm going to show you an
14   exhibit that has already been marked.  We're
15   going to come back to this.  This is
16   Exhibit 39.  Has a Bates stamp of GA000079.
17   Take a second to review it.  Let me know when
18   you're ready to talk.
19    A    I am.
20    Q    Okay.  Do you see the second email
21   from the top?  It looks like it's from you.
22   It's from your bellsouth.net --
23    A    Yes.
24    Q    -- account?
25    A    I see that.

42

1     Q    To Representative Nix?
2     A    I see that, uh-huh (affirmative).
3     Q    Do you have more emails like this in
4    your account?
5         MR. KHOURY:  Object to the form of
6    the question.
7     A    I don't know.
8     Q    Okay.  This email chain discusses
9    claims of gerrymandering in Gwinnett; right?
10   You can take a second to review it if you need
11   to.
12    A    I see that the subject is press
13   conference to address gerrymandering in
14   Gwinnett County.
15    Q    Okay.  Do you recall why you decided
16   to use your personal email to send this?
17    A    I have no idea.
18    Q    Okay.  Did you often communicate
19   with other legislators through your personal
20   email account?
21    A    I do from time to time.
22    Q    Okay.
23    A    My emails are synced, so I do not
24   always know what email I am sending something
25   from.

43

1     Q    By "synced," do you mean it's all
2    on -- if you're sending it from your phone --
3     A    It's all --
4     Q    -- it's all on the same phone?
5     A    Uh-huh (affirmative).
6         MS. GREEN:  Okay.  Counsel, will you
7    search for and produce responsive documents
8    from her private accounts in a week?
9         MR. KHOURY:  We will search her
10   private accounts for responsive emails that
11   have not already been produced.
12        MS. GREEN:  Okay.
13    Q    How many cell phones do you have?
14    A    One.
15    Q    One.  What's the number or -- will
16   you -- did you -- you said before that you used
17   your cell phone to send text messages about
18   work sometimes; right?
19    A    Yes.
20    Q    Okay.  And I believe you said you
21   didn't search those text messages for this
22   case; right?
23    A    Yes.
24    Q    Okay.  Will you provide counsel
25   access to that cell phone to search for

Electronically signed by Joel Moyer (501-161-376-4513)                    1a99b400-30d4-4829-b27b-15c886887b7d

44

1   documents?
2     A  Yes.
3     MS. GREEN: Okay. Counsel, will you
4  search those within the week? Not this week,
5  within a week?
6     MR. KHOURY: I will search them. I
7  can't tell you when it will be, but I will
8  search them. I have depositions the rest of
9  this week in this case and most of next week,
10  so, but I will search them.
11     MS. GREEN: Okay. You're aware of
12  our discovery deadline though?
13     MR. KHOURY: I am very aware of the
14  deadline.
15     MS. GREEN: Okay.
16     Q  Does Ms. Hutcherson send emails on
17  your behalf from her account?
18     A  Rarely.
19     Q  But she does?
20     A  She did yesterday, but I don't
21  remember asking her another time to do anything
22  for me like that.
23     Q  Did you search her emails? Do you
24  have access to her account?
25     A  No.

45

1     Q  You don't have access to her
2  account?
3     A  No.
4     Q  Okay. Could you get access to her
5  account if you wanted it?
6     A  I don't know.
7     Q  Okay. If she sent an email on your
8  behalf, would it be cc'd to your account
9  somehow, or would it only be in her account?
10     A  I don't know.
11     Q  You don't. Okay. Will you look
12  into that?
13     MR. KHOURY: Objection. Objection.
14  Have you subpoenaed her assistant?
15     MS. GREEN: If she's sending emails
16  on Ms. Hutcherson on Ms. -- I'm sorry, on
17  Representative Chandler's behalf related to
18  matters, then I don't think I need to if she's
19  doing it within her control.
20     Q  So will you look into whether or not
21  you can get access to Ms. Hutcherson's emails
22  that were sent on your behalf?
23     A  I will ask.
24     Q  Okay. And will you provide those to
25  counsel to search?

46

1     A  I can.
2     MS. GREEN: Okay. And, Counsel, can
3  you do that within a week?
4     MR. KHOURY: I'm going to have to
5  think about that one.
6     MS. GREEN: Okay.
7     Q  How often do you delete documents?
8     A  When you say "documents," what are
9  you referring to?
10     Q  Well, we can break it down. So --
11     A  Are you talking about emails?
12     Q  Sure. How often do you delete
13  emails?
14     A  Well, since I have something like
15  100,000 emails on my phone, you will know I
16  don't do it very often.
17     Q  What about notes or files or other
18  Word documents on your computer?
19     A  I don't do it very often.
20     Q  Don't do it very often. Okay.
21     Do you take notes during meetings?
22     A  I do.
23     Q  Are they paper notes? Electronic
24  notes?
25     A  Both.

47

1     Q  Both.
2     A  Uh-huh (affirmative).
3     Q  Did you search those?
4     A  I did.
5     Q  You did. Okay. And you searched
6  them. Did you provide relevant notes to
7  counsel?
8     A  I had none.
9     MR. KHOURY: Objection.
10     Q  You had none in your opinion?
11     A  (Nods head affirmatively.)
12  (Whereupon documents were identified as
13  Plaintiff's Exhibit 119, Plaintiff's
14  Exhibit 120, and Plaintiff's Exhibit 121.)
15     Q  Okay. Okay. I'm going to show you
16  three documents. Show you three exhibits
17  marked -- oh, shoot. What are they marked?
18     A  Oh.
19     Q  119 through 121.
20     MR. KHOURY: Which one's which?
21     Q  These are biographies compiled by
22  the Georgia House, Vote Smart, and
23  ballotpedia.org. Just take a second to review
24  them. Please tell me, once you've had a
25  chance, if you believe they're accurate.

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

48

1   A   I am reading them very quickly. I
2   see two things that I would question, but
3   they're -- if you're asking for --
4   Q   Yes.
5   A   -- anything that's incorrect, like I
6   believe you are, under my biography on the
7   larger, the one from Ballotpedia, the, the term
8   is used on the third line down that I have a
9   D.Ed. in counseling. That is Ed.D. I have no
10  idea where that has come from.
11       It is a doctorate in education but
12  it's not referred to as a D.Ed. It is an Ed.D.
13  Do you see that term?
14  Q   Yes.
15  A   And that's --
16  Q   Would you mind, do you mind using a
17  pink pen?
18  A   Do I mind? No. I like your pink
19  pen, in fact. So what do you want me to do?
20  Q   Make that change.
21  A   Just mark it?
22  Q   Yes, just make that change. Oh,
23  sorry. You have to open the --
24  A   Oh. I thought it had a felt tip or
25  something.

49

1   Q   It does have a felt tip.
2   A   But you don't want me to use the
3   felt tip. Okay.
4   Q   Yes. Okay. No. The bottom
5   won't -- the bottom's just plastic.
6   A   Okay. And then I would question the
7   last page of that where it says, "preceded by
8   Donna Sheldon 2013 to the present." I'm not
9   sure what that means.
10       And Donna Sheldon was not -- did not
11  precede me. 105 was a new district.
12  Q   Do you want to just cross that off?
13  A   Okay. I will. Oh, I'd like to keep
14  your pretty pink pen.
15  Q   Well, you know what? How about you
16  keep it for the deposition. And if we need to
17  mark up anything else --
18  A   Okay.
19  Q   -- we can do that. Talk off line
20  about where you can get them.
21  A   Okay.
22  Q   So one thing that wasn't clear to me
23  from here, in what is your bachelor's?
24  A   My bachelor's is in history, I
25  believe was what it was.

50

1   Q   History. And your master's?
2   A   Was in school -- was in counseling.
3   Q   Counseling. Do you still own a
4   consulting business?
5   A   I do not.
6   Q   Do not. Was that consulting
7   business that you previously owned Student
8   Assistance Professionals Association of Georgia
9   Incorporated?
10  A   No.
11  Q   No. What was --
12  A   That was --
13  Q   -- the name of the --
14  A   That was a nonprofit.
15  Q   That was a nonprofit. Okay. What
16  was the name of the -- did you ever own a
17  consulting business?
18  A   I did.
19  Q   Okay. What was the name of it?
20  A   It didn't have a name.
21  Q   Oh, okay.
22  A   I don't remember -- I guess it was
23  just Joyce Chandler, Educational Consultant, as
24  I recall.
25  Q   Okay. Do you still -- are you still

51

1   the director of the student --
2   A   I am not.
3   Q   Okay. Do you have any legal
4   training?
5   A   No.
6   Q   You were first elected to your
7   current position in 2012; correct?
8   A   Correct, yes.
9   Q   Was that the first time you were
10  elected to any government office?
11  A   Yes.
12  Q   Was that the first time you'd ever
13  worked for a government, whether in an elected
14  position or not?
15  A   No, because I've been in public
16  schools, and those are government entities.
17  Q   As a teacher or --
18  A   I taught a few years, but mainly as
19  a school counselor.
20  Q   Other than the redistricting issue
21  at issue in this litigation, have you ever
22  participated in the redistricting process
23  before in the past?
24  A   No.
25  Q   Have you ever studied or researched

Electronically signed by Joel Moyer (501-161-376-4513)                    1a99b400-30d4-4829-b27b-15c886887b7d

52

1  redistricting at any point?
2      A   No.
3      Q   What do you understand the term
4  racial -- racial gerrymandering to mean?
5      A   Well, I never heard the term
6  discussed, but I would assume, and this is just
7  an assumption, that it would mean doing
8  something to districts to prevent various
9  racial groups to be dominant.  Is that correct?
10     Q   I'm interested in your
11 understanding.
12     A   Oh.
13     Q   What do you mean by "dominant"?
14     A   More so -- a certain racial group
15 more so than others to be dominant.
16     Q   Do you mean voting power?
17     A   I think that would be part of it,
18 could be.
19     Q   Would there be any other part?
20     A   I can't think of any.
21     Q   What do you understand the term
22 political gerrymandering to mean?
23     A   I understand that to mean making a
24 district more one party than the other party.
25     Q   More Republican than Democrat?

53

1      A   Yes.
2      Q   Are there degrees to that, or do you
3  think anytime you make a district more
4  Republican or more Democratic, it's political
5  gerrymandering?  Or does it have to be an
6  extreme?
7      A   I don't understand your question.
8      Q   So is anytime you make a district
9  more Republican or more Democratic, does that
10 mean political gerrymandering, or do you have
11 to make a district very Republican or very
12 Democratic?
13     A   I don't know.
14     Q   What do you understand the term
15 racial dilution to mean?
16     A   I've never heard it.
17     Q   Do you have any background using GIS
18 Maptitude or other kinds of mapping software?
19     A   No.
20     Q   We've been going for an hour.  Do
21 you want to take a break, or are you good?
22     A   I'm okay.
23         THE WITNESS:  Do you want to take a
24 break?
25         MR. KHOURY:  Let's take -- yeah,

54

1  let's take a break.
2          THE WITNESS:  Okay.
3          MS. GREEN:  Five minutes?
4          MR. KHOURY:  That'd be fine.
5          THE VIDEOGRAPHER:  Going off the
6  video record at 2:01 p.m.
7          (Proceedings in recess, 2:01 p.m. to
8  2:21 p.m.)
9          THE VIDEOGRAPHER:  We're now on back
10 on the video record at 2:21 p.m.
11     Q   Representative Chandler, what
12 district do you represent?
13     A   105.
14     Q   And where is that district within
15 the state of Georgia?
16     A   It is much of Grayson, some of
17 Lawrenceville, and some of Dacula.
18     Q   Those are cities?
19     A   Uh-huh (affirmative).
20     Q   It's within Gwinnett County?
21     A   Yes.
22     Q   What are your responsibilities as a
23 member of the Georgia House of Representatives?
24     A   My main responsibility is to help my
25 constituents with issues regarding the state

55

1  and also -- and in session three months of the
2  year, or 40 days, to pass laws, change laws,
3  look at laws to improve the -- to improve life
4  for Georgians.
5      Q   Would you agree that you have a duty
6  to represent everyone in your district?
7      A   Yes.
8      Q   Do you believe you have a duty to
9  represent people who don't vote for you?
10     A   Yes.
11     Q   Do you have a duty to represent
12 Democrats?
13     A   Of course.
14     Q   You're a Republican; right?
15     A   I'm a Republican.  But, yes, once
16 I'm elected, I represent everybody.
17     Q   And you have a duty to represent
18 African-American people?
19     A   Of course.
20     Q   Let just look at your House
21 biography again.  I believe that's Exhibit 120
22 that we just marked.
23     A   Okay.  Right here.
24     Q   It says you were sworn in January
25 14th, 2013; is that right?

56

1     A    It was in 2013. I don't remember
2  the day.
3     Q    January of 2013?
4     A    Yes, January.
5     Q    Do you have any reason to think
6  that's wrong?
7     A    No.
8     (Whereupon a document was identified as
9     Plaintiff's Exhibit 122.)
10     Q    I'm going to mark as an exhibit
11  Article 6, Clause 3, of the United States
12  Constitution. Take a second to look at it. As
13  Exhibit, sorry, 122.
14       Did you swear to support the
15  Constitution of the United States?
16     A    Yes.
17     Q    And does that oath apply to every
18  action that you take as a representative for
19  the people of the House -- of House
20  District 105?
21     A    Yes.
22     Q    And have you throughout your service
23  upheld that oath?
24     A    Yes.
25     Q    Is there a reason for the pause?

57

1     A    No.
2     Q    Okay.
3     A    I just can't think of a time when I
4  wouldn't or hadn't.
5     Q    What do you do when the House is not
6  in session?
7     A    Well, when the House is not in
8  session, I still work. I am very busy with
9  issues in my district.
10     Q    Do you work for a company, or do you
11  mean you work as a representative?
12     A    I work as a representative. I'm
13  retired --
14     Q    Gotcha.
15     A    -- other than that.
16     Q    Do you consider yourself a
17  relatively active House member?
18     A    I think my -- I think so, yes.
19     Q    Why?
20     A    Because I am very involved in the
21  community.
22     Q    I think I asked you this before, but
23  is anyone besides Kathy Hutcherson or Natalie,
24  whose last name we do not know, a member of
25  your staff?

58

1     A    No.
2     Q    What are Kathy Hutcherson's roles
3  within your staff? Is that the right word?
4  Office?
5     A    Yeah, office. Just to assist us as
6  needed.
7     Q    Does she work for more than one?
8     A    Yes.
9     Q    Do you know who else she works for?
10     A    There are several new folks in our
11  office, and I could not say their names.
12     Q    Generally speaking, around what time
13  of the year do you start campaigning?
14     A    Are you talking about a primary or a
15  general?
16     Q    Generally.
17     A    Just in general.
18     Q    In general. Then we can go into
19  primary -- we can go --
20     A    Okay.
21     Q    -- specifically into primaries and
22  generals.
23     A    Well, we, of course, cannot campaign
24  until after session. And it will -- session
25  will end the end of March, first of April this

59

1  year, something like that.
2     Q    So you start immediately thereafter?
3     A    If there is primary opposition.
4     Q    And if there is not a primary
5  opposition?
6     A    Would wait until a little bit later.
7     Q    How long is a little bit later?
8     A    And that will vary from person to
9  person. I probably -- I typically have started
10  in August. I've done some before then, but
11  mostly in August.
12     Q    Do you have a campaign manager, or
13  do you manage it yourself?
14     A    I have a campaign manager.
15     Q    And does that person collect stats
16  or demographics and share them with you?
17     A    He has, yes.
18     Q    What's his name?
19     A    His name is Mike Barker.
20     Q    Mike Barker?
21     A    Uh-huh (affirmative).
22     Q    What type of demographic information
23  have you used in the past when campaigning?
24     A    The only thing I can think of is the
25  number of Democrats and Republicans in my

Electronically signed by Joel Moyer (501-161-376-4513)                    1a99b400-30d4-4829-b27b-15c886887b7d

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

21 (Pages 60 to 63)

| 60 |
|---|
| 1    district. |

1  district.
2     Q    Excuse me. Have you ever looked at
3  racial information?
4     A    No, not when I campaign, huh-uh.
5     Q    When have you looked at racial
6  information?
7        MR. KHOURY: Object to the form of
8  the question.
9     Q    Have you looked at racial
10 information? Let's take that first.
11    A    I have received information showing
12 the racial makeup of my district, yes.
13    Q    And in what context have you
14 received that information?
15    A    I can't remember. I don't know
16 where it has come from, but I have seen it.
17 But I don't even remember what it is.
18    Q    Okay. Have you looked -- do you
19 look at past voting history information?
20    A    Yes, of the district. You've got to
21 realize that my district was a new district in
22 2012. First year was 2013. So it only goes
23 back to there, that year.
24    Q    So you look at past voting history
25 starting from 2012 --

| 61 |
|---|

1     A    Yes.
2     Q    -- and moving on?
3     A    Uh-huh (affirmative).
4     Q    Do you rely on the Congressional
5  Reapportionment Office when developing a
6  campaign strategy?
7     A    No.
8     Q    Have you ever asked Dan Connors --
9  Dan O'Connor, excuse me, for information when
10 developing a campaign strategy?
11    A    I've asked for maps, a map of my
12 district, on several occasions.
13    Q    Do you remember when those occasions
14 were?
15    A    One -- the only one I remember
16 specifically would have been after the 2015
17 session.
18    Q    After January 2015?
19    A    Session.
20    Q    Session.
21    A    Yeah. And I probably didn't ask for
22 it till 2016. I don't remember exactly.
23    Q    Okay.
24    A    But sometime after 2015, before the
25 2016 election.

| 62 |
|---|

1     Q    Okay. When you're developing your
2  campaign strategy, do you look at data on the
3  precinct level?
4     A    On the precinct level? Yes.
5     Q    What do you use that data to
6  determine?
7     A    To determine my area. Is that -- is
8  that -- help me understand what you're asking
9  me.
10    Q    So you said you look at data on the
11 precinct level; right?
12    A    (Nods head affirmatively.)
13    Q    Why?
14    A    I look on the precinct area as far
15 as where the district is, the lines of the
16 district.
17    Q    Okay. Do you look at demographic
18 data on the precinct level?
19    A    I, I -- yes, I have received
20 information regarding who typically -- people
21 who typically vote Republican, who sometimes
22 vote Republican, who always vote Democrat, who
23 sometimes vote Democrat.
24    Q    What are the characteristics of
25 those people?

| 63 |
|---|

1        MR. KHOURY: Object to the form of
2  the question.
3     A    I don't -- I don't know the
4  characteristics of those people.
5     Q    So when you say you've seen
6  information saying that people that typically
7  always -- what was the other category?
8     A    I think it was always, usually.
9     Q    Always. So typically, always,
10 usually?
11    A    Uh-huh (affirmative).
12    Q    Those are the three?
13    A    I think I just said always, usually.
14    Q    Always, usually?
15    A    Typically, usually.
16    Q    Okay.
17    A    Just two.
18    Q    Okay. Just two
19 categories. Okay. And that's at the precinct
20 level?
21    A    Yes.
22    Q    Okay. So I just want to make sure
23 I'm understanding. So is it a map when you're
24 looking at things on the precinct level?
25    A    Is that a -- that information on the

Electronically signed by Joel Moyer (501-161-376-4513)                    1a99b400-30d4-4829-b27b-15c886887b7d

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

22 (Pages 64 to 67)

---

**64**

1  map?
2      Q   Yeah.  How are you -- how is this
3  information presented to you?
4      A   I've received that information
5  through a consultant with whom I have worked.
6      Q   Who's the consultant?
7      A   Well, at this point my consultant
8  has been Jeremy, Jeremy Brand, for the last two
9  elections.
10     Q   That's 2016 and 2014?
11     A   Uh-huh (affirmative).
12     Q   Who was your consultant for the 2012
13  election?
14     A   Oh, if you hadn't asked me, I could
15  have told you.  Who's the big one here in
16  Georgia?  I can't think of his name.  I don't
17  remember.  I can't think of his name right now.
18     Q   Okay.  So Jeremy Brand and the other
19  person that we can't remember.  And if you
20  remember it at any point, just, hey, that guy.
21     A   Okay.  It will come to me.
22     Q   Yeah.
23     A   Maybe tonight.
24     Q   Yeah.  He gives you precinct
25  information that says this precinct always

---

**65**

1  votes --
2      A   Huh-uh (negative).
3      Q   No.  Okay.  Where did I go wrong?
4      A   Not by precincts so much as just by
5  the -- I don't believe it's been on the
6  precinct level, no.  It's been on the district
7  level.
8      Q   So he said -- what did he say about
9  your district?
10     A   What did he say?
11     Q   Yeah.  So if it's at the district
12  level, does he say your district always votes
13  Republican?
14     A   No, not -- no.  It's --
15     Q   No.
16     A   People at this address always vote
17  Republican, never vote -- always vote
18  Republican, sometimes do.  These -- always vote
19  Democrat, sometimes --
20     Q   So we're talking about a level
21  that's even lower than a precinct, like a
22  street or a block level?
23     A   Yeah.  I get that information.
24     Q   Okay.  So I'm going to try
25  summarizing again.  Interrupt me when I go

---

**66**

1  wrong.
2      A   Okay.
3      Q   So Jeremy Brand gives you data, and
4  that data says the people at this particular
5  address within your district always vote
6  Republican or usually vote Republican or always
7  vote Democrat or usually vote Democrat?
8      A   Yes.
9      Q   Do you know where he gets that
10  information?
11     A   I do not.
12     Q   When he's giving you information
13  about people at a particular address within
14  your district, does he also tell you the race
15  of the people at that particular address within
16  your district?
17     A   No.
18     Q   Do you canvas voters?
19     A   I do.
20     Q   Do you canvas all parts of your
21  district?
22     A   I do.
23     Q   Knock on doors?
24     A   I do.
25     Q   Mail pamphlets?

---

**67**

1      A   Yes.
2      Q   Social media?
3      A   Yes.
4      Q   What social media?
5      A   Not, not a very good job with social
6  media.  Facebook --
7      Q   Facebook?
8      A   -- is what I use.
9      Q   No Twitter?
10     A   No.  I tried it, but I don't use it.
11     Q   So we talked before about you get
12  information from Jeremy Brand about a
13  particular voter or people at a particular
14  address.  When you're getting all this
15  information, have you ever said, huh, people
16  that are like this tend to vote for me?
17         MR. KHOURY:  Object to the form of
18  the question.
19     A   No.
20     Q   Have you ever noticed any trends in
21  the type of people that always vote Republican
22  or usually vote Republican?
23     A   I think there's trends.
24     Q   What trends have you observed?
25     A   In my area, Republicans are

---

Donovan Reporting, PC                                    770.499.7499

68

1  generally white, but not always. And with
2  Democrats, I see both white and black, more so.
3      Q    Have you noticed a trend where most
4  black people are Democrats in your district?
5      A    Yes.
6      Q    Would you say nearly all black
7  people in your district are Democrats?
8      A    No, huh-uh.
9      Q    What percentage would you put on it?
10      A    I can't put a percentage on it.
11      Q    If you had to pick one metric other
12  than party affiliation -- and by party
13  affiliation, I mean Republican or Democrat --
14  that determined the likelihood someone would
15  vote for you, what would that metric be?
16      A    Perhaps age.
17      Q    Not race?
18      A    I would hope not.
19      Q    But would it --
20          MR. KHOURY: Object to the form of
21  the question.
22      Q    -- in your opinion?
23      A    Not in my opinion.
24      Q    Do you think -- so if I said this
25  voter is 20 years old, do you -- and I said

69

1  voter A is 20 years old, and I said voter B is
2  black, who would you bet is more likely to vote
3  for you?
4          MR. KHOURY: Object to the form of
5  the question.
6      A    I think it would depend on who else
7  is running. I don't know how I could answer
8  that.
9      Q    Do you believe age is a better
10  predictor than race of who would vote for you?
11      A    I don't know.
12      Q    Do you believe the race of a voter
13  provides a valuable indication as to whether or
14  not a voter will vote for you?
15      A    Say that first part, what you said
16  again. Do I --
17      Q    Do you believe race --
18      A    Uh-huh (affirmative.)
19      Q    -- the race of a voter --
20      A    Of a voter. Okay.
21      Q    -- provides a valuable indicator as
22  to whether or not someone will vote for you?
23      A    No, I don't.
24      Q    You said before that most black
25  people are Democrats; right?

70

1      A    Uh-huh, uh-huh (affirmative).
2      Q    If most black people are Democrats,
3  doesn't that tell you something about whether
4  or not that person -- a black person is likely
5  to vote for you?
6          MR. KHOURY: Object to the form of
7  the question.
8      A    I have a lot of black Democrats that
9  have voted for me because I have a lot of black
10  friends. I don't know the answer.
11      Q    Okay. Would you say your district
12  is Republican, Democratic, or evenly split?
13      A    I think it's evenly split, maybe a
14  little more Democratic.
15      Q    Would you say it leans more
16  conservative than liberal or vice versa?
17      A    Probably more liberal at this point.
18      Q    You say, "at this point." What --
19  was it different in the past?
20      A    I think it has changed more in the
21  years that I've been in office.
22      Q    What made it change?
23      A    I don't know that.
24      Q    If you were informed that several
25  thousand African-American people moved into

71

1  your district, would you believe your chances
2  of reelection had increased or decreased?
3          MR. KHOURY: Object to the form of
4  the question.
5      A    I would not make an assumption based
6  on that.
7      Q    Are you aware of any
8  African-American Republican representatives in
9  the Georgia House?
10      A    Not at this time. We have had them.
11      Q    Are you aware of any Republicans
12  winning in a district comprised of more than 50
13  percent African-American voters?
14      A    I'm not aware, but I don't know the
15  racial makeup of the district.
16      Q    Do you believe you could win in an
17  election that was majority black?
18      A    I believe it's possible, uh-huh
19  (affirmative).
20      Q    Do you agree your chances of
21  election increase with a higher percentage of
22  white people in your district?
23      A    I don't know that.
24      Q    Do you agree that your chances of
25  election decrease with the higher percentage of

Electronically signed by Joel Moyer (501-161-376-4513)                    1a99b400-30d4-4829-b27b-15c886887b7d

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

24 (Pages 72 to 75)

---

72

1   black people in your district?
2      A.   I don't know that either.
3      Q    What are the racial demographics of
4   House District 105?
5      A    I don't recall that.
6      Q    But you have seen --
7      A    I have seen it, but it's probably
8   been a couple of years since I've seen it, or
9   at least a year, so I don't remember.
10      Q    Do you remember the context in which
11   you looked at the racial demographics of your
12   district?
13      A    No, I don't.  I don't remember even
14   where I received that information, from where.
15      Q    Would you agree that your district
16   is probably majority-minority?
17      A    Majority-minority?
18      Q    I.e., no race has a majority within
19   your district.
20          MR. KHOURY:  Object to the form of
21   the question.
22      A    I don't know that.
23      (Whereupon a document was identified as
24      Plaintiff's Exhibit 123.)
25      Q    I'm going to show you a document

---

73

1   marked Exhibit 123.  It has a Bates range of
2   GA2-001601 through GA2-001604.  Take a moment
3   to review this, and let me know when you're
4   ready to talk about it.
5      A    Okay.
6      Q    Okay.  Is this an email between Dan
7   O'Connor and Jan Jones dated February 27th,
8   2015?
9      A    Is it?  Yes.
10      Q    Is the subject of this email
11   Follow-Up State House Districts?
12      A    Yes.
13      Q    Okay.  Before the passage of House
14   Bill 566 -- are you familiar with that bill,
15   first of all?
16      A    Yes.
17      Q    Okay.  Before the passage of House
18   Bill 566, had you asked Mr. O'Connor or anyone
19   else for information about the number of white
20   voters in your district?
21      A    Not that I recall.
22      Q    Had you asked about the number of
23   black voters in your district?
24      A    Not that I recall.
25      Q    Can you please read the last

---

74

1   sentence of the second paragraph?
2      A    "Generally, once a district gets in
3   the 30 to 35 percent black range, it becomes
4   more of a target for Democrats."
5      Q    Do you agree with that statement?
6      A    I don't know.  Perhaps.  I just
7   don't know that.
8      Q    Why do you say perhaps?
9      A    I said perhaps because the statement
10   is there, but I don't know that.  I really
11   don't.
12      Q    Okay.  Can you read the second
13   sentence, so the one that just precedes the one
14   that you just read?
15      A    "Representative Chandler's district
16   is 47 percent white, Strickland's 48 percent,
17   and Green's 44 percent.  All four members
18   represent districts that are at least 35
19   percent black in voter registration.  Green's
20   district is majority black, 53 percent, in
21   voter registration."
22      Q    Now, this was before the passage of
23   House Bill 566; right?
24      A    I don't remember the date it passed.
25      Q    I think that's right.  Assume for

---

75

1   the moment that it is and this is based on the
2   2012 map.  Do you think having a district
3   comprised of 47 percent white voters would have
4   made the 2016 election more or less
5   competitive?
6      A    Maybe make it, made it -- perhaps
7   made it more competitive, yes.
8      Q    Why?
9      A    Well, because I, being white, it
10   would be important for me to work harder to
11   gain that other 53 percent of minority voters,
12   whatever the minority is.
13      Q    Can you unpack that a little?
14          MR. KHOURY:  Object to the form of
15   the question.
16      A    I can, but you're going to have to
17   ask your question again before I can do that.
18      Q    Why as a white person do you have to
19   work harder to gain the votes of minorities?
20   Or do you believe that you have to work harder
21   to gain the votes of minority voters?
22      A    I think when -- I don't know.
23   Because I treat them no differently as I'm
24   going door to door, so I'm not sure that I do,
25   come to think of it.  I just have to work hard,

---

Electronically signed by Joel Moyer (501-161-376-4513)                    1a99b400-30d4-4829-b27b-15c886887b7d

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

25 (Pages 76 to 79)

76

1  period.
2      Q   So do you want to change your
3  answer? Do you think that having a district of
4  47 percent white voters would have made the
5  2016 election more or less competitive?
6      A   My answer I think would be, I don't
7  think it would make any difference. I don't
8  think it would change anything from the 2014
9  election.
10     Q   So if, instead, this email said you
11 had a district of 55 percent white voters, do
12 you think you would have to work as hard as you
13 would have had to work with a district of 47
14 percent white voters?
15     A   That I would have to work as hard?
16     Q   Yes.
17     A   I don't believe that that would make
18 any difference.
19     Q   Would you have expected the 2016
20 election to have been as close as it was if
21 you'd been in a district of 55 percent white
22 people?
23     A   I don't believe the white issue has
24 anything to do with it. It was a
25 Democrat-Republican issue.

77

1      Q   Do you believe there's any
2  correlation between race and whether or not
3  someone is a Democrat or a Republican?
4      A   I understand that there is, yes.
5      Q   Okay. So I'm going to ask again.
6  Do you believe you would have had as
7  competitive an election in 2016 had your
8  district been comprised of 55 percent white
9  people as opposed to 47 percent white people?
10     MR. KHOURY: Object to the form of
11 the question. She's answered the question
12 twice, the same question twice already.
13     A   I don't.
14     Q   Okay. Do you believe the changes
15 outlined in House Bill 566 which decreased the
16 percentage of black voters by two percent
17 increased your chances of reelection?
18     A   I did not know that it changed my
19 district by two percent, so I don't think so.
20     Q   Turn with me to the second page of
21 this exhibit. Have you seen this spreadsheet
22 before?
23     A   I don't recall if I have.
24     Q   Do you have any reason to doubt the
25 accuracy of the voter registration numbers

78

1  reported in this spreadsheet?
2      A   I do not.
3      Q   Okay. Do you believe the changes
4  made in House Bill 566 increased your chances
5  of reelection?
6      A   I believe it did.
7      MS. GREEN: Can we go off the record
8  for a second?
9      THE VIDEOGRAPHER: Sure. Going off
10 the video record.
11     (Whereupon off-the-record discussions
12 ensued.)
13     THE VIDEOGRAPHER: Now back on the
14 video record.
15     (Whereupon a document was identified as
16 Plaintiff's Exhibit 105.)
17     Q   I'm going to show you an exhibit
18 marked Exhibit 105.
19     Copy of it. I'm not going to have a
20 copy for you the whole time.
21     MR. KHOURY: We can share.
22     Q   Take a sec to read it. Let me know
23 when you're ready to chat.
24     THE VIDEOGRAPHER: Do you have your
25 microphone on?

79

1      MS. GREEN: Oh, I'm sorry.
2      Do you want to repeat that?
3      THE VIDEOGRAPHER: I got most of it,
4  but.
5      MS. GREEN: Okay.
6      A   Okay.
7      Q   This is an email chain between Dan
8  O'Connor and Speaker Pro Tem Jan Jones that
9  ends on September 4th, 2015?
10     A   Yes.
11     Q   And is the subject at the top email
12 RE: Follow-Up, TSPLOST Vote?
13     A   Yes.
14     Q   Do you know what TSPLOST is?
15     A   I do.
16     Q   Is it a proposal to impose a sales
17 tax to fund transportation products in Fulton
18 County, roughly, more or less?
19     A   Yes. I mean, it can be in any
20 county.
21     Q   Okay.
22     A   This may have been in Fulton. I
23 don't know.
24     Q   Okay. On the third line of the top
25 email, do you agree with Mr. O'Connor's

Donovan Reporting, PC                                              770.499.7499

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

26 (Pages 80 to 83)

| 80 |
| --- |

1    statement that, of the 60 Democrats elected, 48
2    were from majority black districts with Gerald
3    Greene being the only Republican in the General
4    Assembly from a majority black district?
5        A    I don't know that. I mean, I don't
6    keep those statistics, so I don't know.
7        Q    Do you agree with his statement that
8    Republicans held a 73-to-2 advantage in
9    districts with less than 20 percent black in
10   voter registration?
11       A    Now, tell me where that is.
12       Q    That is the fourth line.
13       A    In the first paragraph; right?
14       Q    In the first paragraph.
15       A    Okay. So ask your question again,
16   please.
17       Q    Do you agree with Mr. O'Connor's
18   statement that Republicans hold or held a
19   73-to-2 advantage in districts with less than
20   20 percent black in voter registration?
21       A    I don't know that.
22       Q    Do you think you would have had a
23   Democratic opponent in your district had less
24   than 20 percent of your district been comprised
25   of black voters?

| 81 |
| --- |

1        A    Say, say that again.
2        Q    Do you believe you would have had a
3    Democratic opponent in your, in any election in
4    which you've run had less than 20 percent of
5    your district been comprised of black voters?
6        A    Yes, I could have. I don't know.
7        Q    Do you believe you would have?
8        A    Yes.
9        Q    You believe you would have had --
10       A    I probably -- well, I don't know
11   that. I just don't know.
12       Q    Will you look at the last paragraph
13   of the first email on the first page.
14       A    Okay.
15       Q    Do you agree -- so this is the, the
16   second sentence. Do you believe what --
17           Do you agree with Mr. O'Connor's
18   statement that, quote, "Gwinnett and Henry have
19   been changing" in -- sorry, "changing quickly
20   in recent years. Virtually all the growth in
21   those two counties these days is minority," end
22   quote?
23       A    I, I do believe that, uh-huh
24   (affirmative).
25       Q    Do you believe that matters in terms

| 82 |
| --- |

1    of your chances for reelection?
2        A    I think it's more of a
3    Republican-Democrat thing than race.
4        Q    I'm not sure that answers my
5    question. Do you think it matters that most of
6    the growth in Gwinnett County is minority in
7    terms of your chances of reelection?
8        A    I don't know.
9        Q    Do you consider your seat
10   competitive?
11       A    Yes.
12       Q    Have you ever run an unopposed race
13   for the general election, not a primary?
14       A    No, not for a general.
15       Q    Have you ever won a general election
16   by more than a five-point margin?
17       A    No.
18       Q    What do you think about your
19   district makes it so competitive?
20       A    I think it's so close -- the parties
21   are so close in number.
22       Q    Republicans and Democrats?
23       A    That's right.
24       Q    Do you think the racial demographics
25   of your district make it competitive?

| 83 |
| --- |

1        A    I -- I don't know that. I just
2    don't know.
3        Q    What districts surround House
4    District 105?
5        A    104, 102, 101, and I guess 103, but
6    I can't think of where that is right now.
7        Q    Okay. We're going to take a look at
8    some maps.
9        A    Okay.
10           THE VIDEOGRAPHER: Do you want to go
11   off the record?
12           MS. GREEN: Yeah.
13           THE VIDEOGRAPHER: Going off the
14   video record.
15           (Whereupon off-the-record discussions
16           ensued.)
17           THE VIDEOGRAPHER: Back on the video
18   record at 3:04 p.m.
19           (Whereupon a document was identified as
20           Plaintiff's Exhibit 4.)
21       Q    Show you Exhibit 4. Is this a map
22   of Gwinnett County as passed in 2015?
23       A    Yes.
24       Q    So we've already found 104?
25       A    Uh-huh (affirmative).

Electronically signed by Joel Moyer (501-161-376-4513)                    1a99b400-30d4-4829-b27b-15c886887b7d

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

27 (Pages 84 to 87)

84

1    Q    102, 101?
2    A    Uh-huh (affirmative).
3    Q    106?
4    A    Uh-huh (affirmative).
5    Q    It borders 105? I don't think you
6    listed that one before?
7    A    A little bit.
8    Q    Yeah. And 114?
9    A    Uh-huh (affirmative).
10   Q    Also borders 105; right?
11   A    Uh-huh, that's correct.
12   Q    Okay. Does Representative
13   Efstration -- am I saying that correctly?
14   A    That's correct.
15   Q    Okay. Does he represent the people
16   of 104?
17   A    He does.
18   Q    Okay. And he's a Republican?
19   A    Yes.
20   Q    Okay. And does Representative Buzz
21   Brockway represent the people of District 102?
22   A    I think he's 102.
23   Q    Okay.
24   A    If you say he is.
25   Q    Okay. And is he a Republican as

85

1    well?
2    A    Yes.
3    Q    And does Representative Sam Park
4    represent the people of 101?
5    A    Yes.
6    Q    And he is a Democrat; right?
7    A    That's correct.
8    Q    And he won that election in 2016?
9    A    Yes.
10   Q    And defeating Valerie Clark?
11   A    That's correct.
12   Q    And 106 is represented by
13   Representative Brett Harrell?
14   A    Harrell.
15   Q    Harrell?
16   A    (Nods head affirmatively.)
17   Q    Thank you. And he's a Republican?
18   A    Yes.
19   Q    And Representative Tom Kirby
20   represents the people of District 114; is that
21   right?
22   A    Yes.
23   Q    Okay. And he's a Republican?
24   A    Yes.
25   Q    Okay. We can look at it, but I hope

86

1    we don't have to. Do the same -- did the same
2    districts border 105 in 2012, to your
3    knowledge?
4    A    Did the same ones border it?
5    Q    Uh-huh (affirmative).
6    A    Yeah, I think so.
7    Q    Okay. We will have to look at the
8    other map, but not necessarily right now.
9    Okay. Let's talk about the 2012 election. You
10   ran against Renita Hamilton in 2012; correct?
11   A    That's correct.
12   Q    What were the most important issues
13   in that campaign? Actually, before we go along
14   this line of questioning, we've hit another
15   hour. Can we go off the record for a second?
16        THE VIDEOGRAPHER: Going off the
17   video record.
18        (Whereupon off-the-record discussions
19        ensued.)
20        THE VIDEOGRAPHER: Stand by.
21   Q    I'm going to re-ask my question.
22   So we were talking about the 2012
23   run with Renita Hamilton. What were the most
24   important issues in that campaign? Do you
25   remember?

87

1    A    I don't remember.
2    Q    Do you remember the main differences
3    between you and Ms. Hamilton in that campaign
4    in terms of your platforms?
5    A    I don't.
6    Q    Do you remember how close the
7    outcome of that election was?
8    A    I don't exactly know. I saw it
9    somewhere in something you gave me to read.
10   Q    If I said you won 51 percent of the
11   vote, would you have any reason to doubt me?
12   A    That would sound right.
13        (Whereupon a document was identified as
14        Plaintiff's Exhibit 124.)
15   Q    Okay. Let's go ahead and look at --
16   mark as an exhibit election results from 2012,
17   marking as Exhibit 124.
18        To the best of your knowledge, does
19   this accurately reflect the election results of
20   2012 for House District --
21   A    Yes.
22   Q    -- 105?
23   A    Yes.
24   Q    And do you agree with me, the map
25   works out to where you won by about 554 votes?

Donovan Reporting, PC                                                      770.499.7499

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

28  (Pages 88 to 91)

88

1     A    Yes, as I recall.
2     Q    Excuse me. Does that say 124?
3     A    It does.
4     Q    After this election, did you
5  consider redrawing the lines of House
6  District 105?
7     A    I did not.
8     Q    Did you believe -- did anyone else
9  consider redrawing the lines of House
10  District 105 immediately after this election?
11     A    Not that I recall.
12     Q    Before the 2014 election, at any
13  point did you consider redrawing the lines of
14  your district?
15     A    I don't recall that.
16     Q    Do you recall talking with anyone
17  about making possible changes to your district
18  before the 2014 election?
19     A    I don't recall that, no.
20     Q    Were you aware that the Speaker's
21  office had determined any changes to the maps
22  would be made in 2015, not 2013 or 2014?
23     A    Was I aware of that? I don't recall
24  that.
25     Q    To your knowledge, this -- not this

89

1  map, a map I did not show you that we will have
2  to look at.
3     A    Okay.
4     Q    We'll have to deal with that. The
5  2012 map of your district was based on the 2010
6  census, to your knowledge; right?
7     A    Yes.
8     (Whereupon a document was identified as
9  Plaintiff's Exhibit 125.)
10     Q    All right. I'm going to show you a
11  document which has a Bates label of GAP 0003083
12  through GAP 0003084, although it's not shown in
13  the document because it was produced as a data
14  file.
15     Based on this, do you agree with me
16  that the 2012 changes to the Georgia House were
17  precleared by the Justice Department?
18     A    It says that they were precleared.
19     Q    Okay. Did you at any point have any
20  concern that the 2012 map of House District 105
21  violated any federal or state law?
22     A    No.
23     Q    Did you at any point have any
24  concern that the 2012 map of House District 105
25  contained any technical mistakes or errors in

90

1  terms of the description of your district?
2     A    No.
3     Q    Did you at any point have any
4  concern that the 2012 map of House District 105
5  was unfair to any racial or ethnic minority
6  group?
7     A    No.
8     Q    Did you at any point have any
9  concern that the 2012 map of House District 105
10  unduly split voting precincts or counties?
11     A    No.
12     Q    Did you at any point have any
13  concern that the 2012 map of House District 105
14  did not sufficiently keep together communities
15  of interest?
16     A    No.
17     Q    Did you meet with the
18  Reapportionment Office before the November 2014
19  election?
20     A    I don't recall meeting with them.
21     (Whereupon a document was identified as
22  Plaintiff's Exhibit 126.)
23     Q    I'm going to show you excerpts from
24  the deposition of Gina Wright, mark it as
25  Plaintiff's Exhibit 126. Are you ready?

91

1     A    I'm still looking at what is
2  highlighted.
3     MR. KHOURY:  Ariel, are these
4  redactions? What is that? I don't recognize
5  that.
6     MS. GREEN:  Those were just portions
7  of the transcript that I didn't think were
8  relevant to this discussion.
9     Q    Does this refresh your recollection
10  of meeting with Ms. Gina Wright from the
11  Reapportionment Office before the 2014
12  election?
13     A    No. I'm sorry, but it does not. I
14  do not remember anything in 2014 like this.
15     Q    You don't remember meeting with Gina
16  Wright before the 2014 election?
17     A    I do not recall that before 2014.
18     Q    Do you have any reason to doubt her
19  recollection?
20     A    Of course not.
21     Q    Do you recall meeting with her at
22  another time?
23     A    I recall one meeting in 2015.
24     Q    2015?
25     A    Uh-huh (affirmative).

Joyce H. Chandler        Georgia State Conference of the NAACP, et al vs Kemp        January 24, 2018

29 (Pages 92 to 95)

92

1    Q    So this would have been -- do you
2  remember when in 2015?
3    A    No.
4    Q    Winter? Spring?
5    A    I suspect winter.
6    Q    Winter?
7    A    Uh-huh (affirmative).
8    Q    Before the session began or after?
9    A    After.
10   Q    After the session began. What do
11 you recall about that meeting?
12   A    I only recall that there was a
13 meeting. I don't -- that's all I recall.
14   Q    Do you remember if Representative
15 Efstration, Efstration attended?
16   A    I do not.
17   Q    Do you remember discussing potential
18 changes to your district to maximize your
19 chances of retaining your seat?
20   A    I don't recall that specific
21 discussion.
22   Q    Do you have any reason to doubt that
23 that discussion occurred?
24   A    I do not.
25   Q    Do you remember discussing the

93

1  potential of giving House District 104 black
2  voters from your district in exchange for
3  white voters from that district?
4    A    No.
5    Q    You said before that you take notes
6  during meetings?
7    A    Uh-huh (affirmative), I do.
8    Q    Do you have notes from this
9  meeting?
10   A    I do not.
11   Q    Did you look for notes from this
12 meeting?
13   A    I did.
14   Q    Did you email or have any other
15 contact with the Reapportionment Office before
16 the November 2014 election?
17   A    Not that I recall.
18   (Whereupon a document was identified as
19   Plaintiff's Exhibit 127.)
20   Q    I'm going to show you a document
21 with the Bates label of GA2-001194 that I'm
22 marking as Plaintiff's Exhibit 127.
23      Ready to talk?
24   A    I do remember getting a large map.
25   Q    This is an email chain between you

94

1  and Dan O'Connor that ends on August 20th,
2  2014; correct?
3    A    Uh-huh, yes.
4    Q    And the subject of the email is Map
5  and Data, House District 105; right?
6    A    Uh-huh (affirmative).
7    Q    In July -- this email, in the email
8  dated July 31st, Mr. O'Connor says that you
9  requested a large map of your district along
10 with primary information for the Senate
11 election. Did you -- do you recall doing
12 that?
13   A    I recall asking for a large map.
14   Q    Okay. He mentions in his email
15 that Lawrenceville precincts D and M and
16 Baycreek H are split.
17   A    I see that, yes.
18   Q    Do you recall asking for this
19 information?
20   A    I do not, but I -- I don't.
21   Q    In your email, you wrote, I --
22 quote, "I can actually see each street in the
23 district!," quote. Why were you interested in
24 seeing each street in your district?
25      MR. KHOURY: Object to the form of

95

1  the question.
2    A    I just needed to see those streets
3  in my district.
4    Q    Do you recall -- did your -- was
5  this the kind of map that he sent you?
6    A    Yes.
7    Q    Was it color-coded this way?
8    A    I believe it was.
9  (Whereupon a document was identified
10 as Plaintiff's Exhibit 3.)
11   Q    I'm just going to stand up and show
12 it to you. Showing the witness Exhibit 3.
13      To the best of your knowledge, was
14 this the map that he sent you?
15   A    I don't remember the map. I just
16 know it was a big map.
17   Q    Okay.
18   A    Where I could see.
19   Q    We talked earlier about your
20 personal email; right?
21   A    Uh-huh (affirmative).
22   Q    And this was sent to your personal
23 email; right?
24   A    Yes.
25   Q    Will you search that email? We

Donovan Reporting, PC                                          770.499.7499

96

1   talked about you searching.
2      A    Yes.
3         MS. GREEN:  Am I making a ton of
4   noise?
5         THE VIDEOGRAPHER:  Yeah.  If you
6   could roll it up before asking any more
7   questions, that would work.
8         MS. GREEN:  Okay.
9      Q    Do you remember why you asked for a
10   map in July of 2014?
11      A    I do not remember specifically.
12   But logically, I would need to see the streets
13   and have a clear picture of the district.
14      Q    Why logically?
15      A    So that I could campaign.
16      Q    So you -- okay.  What did you plan
17   to do with the street-by-street information?
18      A    What did I plan to do --
19      Q    Uh-huh (affirmative).
20      A    -- with the street-by-street
21   information?
22      Q    You said logically you needed to
23   see the streets so you could campaign.
24      A    Go door to door.
25      Q    You were going to go door to door?

97

1      A    Uh-huh (affirmative).
2      Q    Do you recall if Mr. O'Connor gave
3   you racial demographic data?
4      A    I do not.
5      Q    Okay.  After looking at this, can
6   you think of any other meetings with the
7   Reapportionment Office in 2014 or contact with
8   the Reapportionment Office in 2014?
9      A    As I said, I do not recall meetings
10   with them.
11      Q    But you remember asking for a map
12   now?
13      A    I remember emailing or asking for a
14   map.  Yes, I do remember that.
15      Q    Do you remember any other contact
16   with the Reapportionment Office in 2014?
17      A    I don't remember any.
18         (Whereupon a document was identified as
19         Plaintiff's Exhibit 128.)
20      Q    Showing the witness a document with
21   the Bates label of GA2-001195, marking it as
22   Exhibit 128.
23      A    Okay.
24      Q    So the first page of the document
25   reflects an email chain between you and Dan

98

1   O'Connor that ends on August 20th -- sorry,
2   August 4th, 2014; right?
3      A    Yes.
4      Q    And the subject of this email is
5   Voter Registration Data, HD 105; right?
6      A    Correct.
7      Q    Do you remember -- so Mr. O'Connor
8   says, "attached are a few follow-up items from
9   last week."  Do you remember a discussion with
10   Mr. O'Connor the previous week?
11      A    I do not.
12      Q    Do you remember asking for voter
13   registration data in your district?
14      A    I do not.
15      Q    Do you agree -- did you ask for
16   voter registration data, based on this
17   document?
18      A    I don't recall doing it.  I see
19   what the document says.
20      Q    Now, before, we just looked at
21   Exhibit 127, and that's dated just a few weeks
22   later; right?  And you said you were
23   interested in using this information for
24   campaigning; right?
25      A    The map.

99

1      Q    The map.  Okay.  Does it stand to
2   reason that you were interested in using this
3   information for campaigning too?
4      A    I don't think so.
5      Q    Why not?
6      A    I would see no value in that.  I
7   just needed to know where the district
8   specifically was.
9      Q    Does Mr. O'Connor send you things
10   that you don't ask for?
11      A    I don't know.  I doubt it, but I
12   don't know that.
13      Q    Why did you thank him for sending
14   you voter registration data?
15      A    I don't know.  I would just
16   courteous -- I would just usually respond by
17   thank you to anybody.
18      Q    Let's look at the spreadsheet on
19   the second page.
20      A    Okay.
21      Q    Which starts with GA2-001197.  And
22   you can look on the spreadsheet on the second
23   page as well.
24      A    I may have to put my glasses on to
25   see that.

Electronically signed by Joel Moyer (501-161-376-4513)                    1a99b400-30d4-4829-b27b-15c886887b7d

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

31 (Pages 100 to 103)

---

100

1    Q    There's also the magnifying glass.
2    A    Oh, yeah. That's right. I'll just
3  use that.
4    Q    It has a use. Do you guys want
5  one? I have extras.
6         MR. KHOURY: I'm okay. Thank you.
7    A    Second page, you said?
8    Q    Both of them.
9    A    Okay.
10   Q    You can look at both.
11   A    Okay.
12   Q    Do either of these spreadsheets
13 tell you how many Republican or Democratic
14 voters are in each county's precinct within
15 House District 105?
16   A    How many or -- yes.
17   Q    Where do you see -- where does it
18 tell you how many Republicans or Democrats are
19 in each district -- in each precinct?
20   A    Oh, I don't -- I just see the total
21 voters --
22   Q    Okay. So --
23   A    -- in each precinct.
24   Q    -- do either spreadsheet tell you
25 how many Republican or Democratic voters are

---

101

1  in each county precinct within House
2  District 105?
3    A    I only see total voters.
4    Q    So is that a no?
5    A    That's a no, unless I'm just
6  missing it.
7    Q    Do these spreadsheets tell you how
8  many African-American voters are within each
9  county precinct within House District 105?
10   A    Yes.
11   Q    Does this -- do these spreadsheets
12 tell you how many white voters are within each
13 county precinct within House District 105?
14   A    Yes.
15   Q    So is it a fair summary to say this
16 spreadsheet provides racial information about
17 voters in your district?
18   A    Yes, it provides that.
19   Q    And is it a fair summary to say
20 this spreadsheet does not provide party
21 information about voters in your district?
22   A    Yes.
23   Q    Do you have any reason to believe
24 you did not request this information from
25 Mr. O'Connor?

---

102

1    A    I do not recall requesting anything
2  like this.
3    Q    But that's not my question. My
4  question is: Do you have any reason to
5  believe that you did not request this
6  information from Mr. O'Connor?
7         MR. KHOURY: Object to the form of
8  the question.
9    A    Say your -- state your question
10 again, please.
11        MS. GREEN: Would you read it back?
12   (Whereupon the court reporter read back
13    the referred-to portion as follows:)
14   Q    But that's not my question. My
15 question is: Do you have any reason to
16 believe that you did not request this
17 information from Mr. O'Connor?
18   (Whereupon the reading back was
19    concluded.)
20        MR. KHOURY: What was her answer
21 before that? Because I do think she answered
22 the question. What was it?
23   (Whereupon the court reporter read back
24    the referred-to portion as follows:)
25   A    I do not recall requesting anything

---

103

1  like this.
2    (Whereupon the reading back was
3     concluded.)
4         MS. GREEN: That's not an answer to
5  my question.
6         MR. KHOURY: That's a reason to
7  believe that she didn't.
8         MS. GREEN: That's a speaking
9  objection. And that's not an answer to my
10 question, so I want an answer to my question.
11   A    Well, ask your question again
12 because --
13        MS. GREEN: Will you read it back?
14   A    -- I thought I answered it. I'm
15 sorry.
16   (Whereupon the court reporter read back
17    the referred-to portion as follows:)
18   Q    Do you have any reason to believe
19 that you did not request this information from
20 Mr. O'Connor?
21   (Whereupon the reading back was
22    concluded.)
23   A    I have no reason to believe that.
24   Q    Last question about this document:
25 Do you see the totals row at the -- I believe

---

Electronically signed by Joel Moyer (501-161-376-4513)                    1a99b400-30d4-4829-b27b-15c886887b7d

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

32 (Pages 104 to 107)

104

1    it's Grand Totals at the end of the third page
2    of this exhibit? It has a Bates label of
3    GA2-001198?
4        A   Yes.
5        Q   If I told you that the number of
6    nonwhite or unknown voters listed in those
7    totals exceeded the number of
8    Caucasian-American voters, would you -- would
9    that surprise you?
10       A   I don't know. I don't -- would not
11   have an opinion on that.
12       Q   Okay. Oh, sorry. One more
13   question about that.
14           So on the second page of the
15   exhibit, you might have to pull out your
16   magnifying glass because it's pretty small, in
17   the top right-hand corner, do you see the
18   section that says Generated By: 067PCOMBS?
19       A   I do, uh-huh.
20           (Whereupon a document was identified as
21           Plaintiff's Exhibit 129.)
22       Q   Show you a second email with a
23   Bates range of GA2-001196 and marking it as
24   Exhibit 129. Ready?
25       A   Yes.

105

1        Q   This is an email chain that the
2    recipients include Peter Combs, Dan O'Connor,
3    and Lynn Ledford; correct?
4        A   Uh-huh (affirmative).
5        Q   And it's -- the top email is dated
6    August 4th, 2014. In fact, both are.
7        A   Yes.
8        Q   And the subject is More Precinct
9    Data?
10       A   Yes.
11       Q   Okay. And do you who know Peter
12   Combs is?
13       A   I do not.
14       Q   Okay. Do you agree with me that
15   Peter Combs is likely the PCOMBS that we just
16   identified in the previous exhibit?
17       A   At the top?
18       Q   Uh-huh (affirmative).
19       A   I would assume it could be. I
20   don't know.
21       Q   And -- sorry. Do you agree -- so
22   let's go back and look at Exhibit 12 --
23       A   12 --
24       Q   What's the exhibit number?
25       A   -- 8?

106

1        Q   -- 8. Yeah. Okay. And if you
2    look at the top of that on the second page,
3    does it say Active Voters by Race and Gender?
4        A   It does.
5        Q   Okay. And is the attachment in
6    Exhibit 129 also titled Active Voters by Race
7    and Gender House, District 105?
8        A   I don't see that on 129. Where? I
9    see More Precinct --
10       Q   The attachment at the top. Are we
11   looking at the same one?
12       A   At 129?
13       Q   Uh-huh (affirmative).
14       A   Oh, I see. Yes. I see what you're
15   saying. Attachment does say that, yes.
16       Q   Okay. And we already discussed
17   that Exhibit 128, the spreadsheets attached,
18   do provide information about active voters by
19   race and gender?
20       A   Yes.
21       Q   Okay. In the second email on 129,
22   Mr. O'Connor writes that you would like data
23   concerning voter registration by precinct for
24   your House district?
25       A   Uh-huh (affirmative).

107

1        Q   Does this refresh your recollection
2    about asking for that information?
3        A   It does not. It's been a long time
4    ago.
5        Q   Do you have any reason to doubt
6    this statement?
7        A   I don't.
8        Q   Okay. After looking at these
9    documents, do you recall asking for any more
10   information from the Reapportionment Office in
11   2014?
12       A   I do not.
13       Q   Do you recall discussing potential
14   changes to your district with Representative
15   Efstration in 2014?
16       A   I don't recall that.
17           (Whereupon a document was identified as
18           Plaintiff's Exhibit 130.)
19       Q   Okay. Show you a document Bates
20   labeled GA2-001705 marked as Exhibit 130.
21   Take a moment to read it.
22       A   (Witness complies with instruction
23   of counsel.)
24           MS. GREEN: We're going to have to
25   take a break in ten minutes?

Electronically signed by Joel Moyer (501-161-376-4513)                    1a99b400-30d4-4829-b27b-15c886887b7d

108

1    THE VIDEOGRAPHER: Yes.
2    MS. GREEN: Let's just take a break
3  now because this might take a little bit
4  longer.
5    MR. KHOURY: Okay.
6    THE VIDEOGRAPHER: Going off the
7  video record at 3:41.
8    (Proceedings in recess, 3:41 p.m. to
9    4:06 p.m.)
10    THE VIDEOGRAPHER: We're now back
11  on the video record at 4:06.
12    Q   Okay. We were looking at
13  Exhibit 130, and I'm just going to start
14  asking you some questions. Okay?
15    So this is an email chain between
16  Dan O'Connor and Chuck Efstration that ends on
17  August 25th, 2014; correct?
18    A   Yes.
19    Q   And is the subject of the email
20  Macon Follow-Up?
21    A   Yes.
22    Q   Do you know what Macon is?
23    A   Yes.
24    Q   What is it?
25    A   Macon is a city here in Georgia,

109

1  and I cannot recall. We have meetings around.
2  But we may have had a meeting in Macon before
3  this, but I don't specifically remember it.
4    Q   By --
5    A   A meeting of the entire caucus, the
6  Republican caucus, but I don't -- I don't
7  remember it specifically.
8    Q   By the Republican caucus, do you
9  mean the Republican caucus in Gwinnett County
10  or even broader than that?
11    A   In the state.
12    Q   In the whole state. So you think
13  there may have been a meeting in Macon
14  sometime before August 25th, 2014?
15    A   It could be. I don't remember
16  that, a specific meeting in Macon, but it says
17  Macon follow-up.
18    Q   Okay. So you think that's what
19  means? Okay.
20    Would that be something that your
21  calendar would reflect if you had your
22  calendar from 2014?
23    A   Yes, if that -- if I had -- if
24  there was a meeting there.
25    Q   And there may have been emails

110

1  about setting up that meeting from 2014, you
2  think?
3    A   Perhaps.
4    Q   Okay. So we already talked about
5  documents and going back and looking.
6    A   Yeah.
7    Q   Will you add this to our -- to the
8  to-do list to look for?
9    A   I will.
10    Q   Okay. Thank you. Okay. So
11  Mr. O'Connor writes -- and let me find it
12  here. Okay. So in the one -- the last
13  paragraph in the one -- the second sentence,
14  Mr. O'Connor writes, "I don't know at this
15  point whether there will be any such
16  'tweaking,'" tweaking is in quotes, "(of
17  course, that is the call of the Speaker's
18  office. But suffice it to say, HD 105 would
19  not be the only district where a Republican
20  incumbent would want changes!)" Did I read
21  that correctly?
22    A   Yes.
23    Q   Is it your understanding that the
24  decision to redraw districts in Georgia is
25  the, quote-unquote, "call" of the Speaker's

111

1  office?
2    A   Yes.
3    Q   How did you come to that
4  understanding?
5    A   I know the Speaker is the one who
6  ultimately makes the decisions on everything
7  in the House.
8    Q   Do you mean the decision as to what
9  gets brought to the floor or --
10    A   Everything.
11    Q   Everything. Okay.
12    I'm going to read the first
13  sentence of that same paragraph.
14    "In terms of 'tweaking' districts,
15  the next legislative session (i.e., making
16  Joyce's district more Republican), your
17  district would be an obvious target for extra
18  GOP voters, but you are right to express
19  caution about that -- don't want to make her
20  district stronger at the expense of making
21  yours a lot weaker."
22    Now, this was sent to
23  Representative Efstration; correct?
24    A   Yes.
25    Q   Did I read that correctly?

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

34   (Pages 112 to 115)

112

1     A    Yes.
2     Q    Do you agree with Mr. O'Connor's
3  statement that his -- that Representative
4  Efstration's district was an obvious target
5  for extra GOP voters?
6     A    I don't -- I don't think it matters
7  whether I agree or not.  That's what
8  Mr. O'Connor is saying.  I don't know that.
9     Q    I think it matters.  Do you agree?
10    A    Do I think it matters --
11    Q    No.
12    A    That what matters?
13    Q    Do you agree with Mr. O'Connor's
14 statement that Representative Efstration's
15 district was an obvious target for extra GOP
16 voters?
17    A    I know that Representative
18 Efstration's district is very Republican, so I
19 would assume that would be an obvious place to
20 look for Republican voters.
21    Q    What about Representative
22 Efstration's -- how do you know that his
23 district is very republican?
24    A    I can't tell you.  I just know that
25 it is.

113

1     Q    Do you know that Representative
2  Efstration's district is also majority white?
3     A    I do not.
4     Q    Do you agree with Mr. O'Connor's
5  statement that Representative Efstration was,
6  quote, "right to express caution," end quote,
7  about gaining extra GOP voters -- or taking
8  extra GOP voters from his district and placing
9  them in yours?
10    A    That he was right to do it?
11    Q    Do you agree with Mr. O'Connor's
12 statement that Representative Efstration was
13 right to express caution?
14    A    I think there would be reason to,
15 to express caution.
16    Q    Why?
17    A    Well, anytime you're doing
18 anything -- anytime anything's done to tweak a
19 district, you've got to look at all those
20 variables.
21    Q    What variables?
22    A    Whether it's making it more
23 Republican or Democrat and to what extent is
24 it going to dilute the Republican voters in
25 the district in the -- yeah, in the district.

114

1  Excuse me.
2     Q    Is race a variable?
3     A    I don't think so.
4     Q    What would make your district
5  stronger, quote, "stronger," while at the same
6  time making Representative Efstration's
7  district, quote, "weaker?"
8     A    To pull too many Republican voters
9  out of his district and into mine.
10    Q    Looking at the penultimate
11 paragraph and the penultimate sentence, I'm
12 going to go ahead and read it out loud.
13    A    Okay.  Say that again.  Looking at
14 the what paragraph?
15    Q    So the second to the last, second
16 to last -- second to last paragraph, second to
17 last sentence.
18    A    Uh-huh (affirmative).
19    Q    And it starts with, "In the middle,
20 you find."  Same page.  You're on the right
21 page.
22    A    Yeah, but you're talking about the
23 last paragraph?
24    Q    No, second to the last.
25    A    Second paragraph -- second to the

115

1  last.
2     Q    Yeah.
3     A    Okay.  And you're looking at what
4  sentence?
5     Q    The second to the last sentence.
6     A    And it starts --
7     Q    And it starts, "In the middle, you
8  find."
9     A    "In the middle, you find."
10    Q    It's kind of on the right side of
11 the page.
12    A    I see it.
13    Q    Okay.  "In the middle, you find
14 voter registration stats for Gwinnett -- white
15 registration in the county between" January --
16 sorry, "Jan 2000 and this month dropped by
17 about 3,000 while black registration in
18 Gwinnett has quadrupled from 22,443 in 20000,"
19 I believe that's a typo, "to 96,553 in the
20 latest count, a lot of that growth having
21 occurred in southern Gwinnett south of 78
22 (Rockbridge area)."  Did I read that
23 correctly?
24    A    You did.
25    Q    Do you agree with me that we're not

Electronically signed by Joel Moyer (501-161-376-4513)                    1a99b400-30d4-4829-b27b-15c886887b7d

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

35 (Pages 116 to 119)

116

1 in the year 20,000?
2    A    Yes.
3    Q    Do you believe information about
4 the number of white people that are registered
5 in a county is relevant to determining chances
6 for election?
7    A    State that again.
8    Q    Sure.  Do you believe that
9 information about the number of -- or about,
10 quote, "white registration" is relevant when
11 determining chances of election or tweaking a
12 district?
13   A    As far as I know, no.  I don't
14 think it's relevant.
15   Q    Do you believe that trends
16 concerning, quote, "black registration" is
17 relevant when tweaking a district?
18   A    Do I believe it's relevant when
19 tweaking a district?
20   Q    Uh-huh (affirmative).
21   A    I don't believe it has been in
22 anything that I've seen.
23   Q    Do you know Mr. O'Connor well?
24   A    I know him pretty well.
25   Q    What would you say his role within

117

1 the Reapportionment Office is?
2    A    I don't know what his role is.  I
3 just know that he knows what's going on in
4 Georgia.
5    Q    I believe during Representative
6 Nix's deposition he said Dan knows more about
7 the maps than anybody.
8    A    He does.
9    Q    Do you agree with that?
10   A    I do agree.
11   Q    Okay.  And do you agree that
12 Mr. O'Connor knows a lot about what is and
13 isn't relevant when it comes to tweaking
14 districts?
15   A    Yes, I do.
16   Q    Do you believe Mr. O'Connor reports
17 useless information to representatives?
18   A    I don't know that.
19   Q    Do you believe he does?
20   A    I would not think he would.
21   Q    So if you get an email from
22 Mr. O'Connor reporting certain statistics,
23 would you assume those statistics are relevant
24 to the discussion?
25   A    I would assume they're correct and

118

1 that he thinks they're relevant to the
2 discussion.
3    Q    Would you trust his judgment?
4    A    I do trust his judgment.
5    Q    So if Mr. O'Connor gave you
6 information about voter registration by race,
7 would you believe he did so because it was
8 relevant?
9    A    Relevant to what?
10   Q    To whatever the discussion was
11 about.  So if he -- so we looked at -- we can
12 go back and look at some of the exhibits that
13 he sent you, the instance where Mr. O'Connor
14 gave you racial information for your district.
15   A    I recall that.
16   Q    You recall that discussion?
17   A    Uh-huh (affirmative).
18   Q    And I believe during that
19 discussion you said you didn't think that was
20 relevant.
21   A    Uh-huh (affirmative).
22   Q    But you've also just told me that
23 you trust Mr. O'Connor's judgment.
24   A    I do.
25   Q    And you've also just told me that

119

1 you believe he knows more about the maps than
2 anybody else.
3    A    I do.
4    Q    And that Mr. O'Connor -- that you
5 believe that Mr. O'Connor knows a lot about
6 redistricting and what is and isn't relevant.
7    A    Yes.
8    Q    Okay.  So if that's the case, why
9 do you believe racial information is not
10 relevant when it comes to redistricting?
11   A    I have to answer that by saying
12 that I think the information that Dan O'Connor
13 sends out, such as we saw and such as I'm
14 looking at now, is probably just a graphic
15 that he uses regularly.
16        And whether he's sending it out
17 relevant to my district or not, I don't know
18 that.
19   Q    So let's go back to that exhibit.
20 Can you tell me what the number is on that
21 exhibit?
22   A    I can.  128.
23   Q    128.  Okay.  Sorry.  Just one
24 second.  So let's look at that in conjunction
25 with Exhibit 129.  Okay.

Donovan Reporting, PC                                                  770.499.7499

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

36  (Pages 120 to 123)

120

1    So in Exhibit 129, Mr. O'Connor
2  says that you asked for information about
3  voter registration, and that information that
4  he gave you in Exhibit 128 broke down voters
5  by race?
6    A    Uh-huh (affirmative).
7    Q    So am I understanding you correctly
8  that you just think he attached it for no
9  reason?
10    MR. KHOURY:  Object to the form of
11  the question.
12    A    I'm --
13    Q    What do you -- so do you think he
14  was -- do you -- sorry.  Let me rephrase my
15  question.
16    Do you trust that when Mr. O'Connor
17  provides you information about your district
18  that it's relevant to your request for
19  information?
20    A    Well, first of all, I don't
21  remember requesting this, as I've said.  And I
22  don't know how to answer that.  I don't know.
23    Q    Do you believe that he sends you
24  irrelevant information?
25    MR. KHOURY:  Object to the form of

121

1  the question.
2    A    I don't know that.  I think, if I
3  asked this, I would have asked for the number
4  of Democrat and Republican voters in my
5  district is what I would have asked for.
6    I would not have asked for this
7  other information.
8    Q    So in tab 25, he sends you this
9  information.
10    A    What is that on?
11    Q    I'm sorry.  I said tab 25.  That's
12  Exhibit 128.
13    A    I should have 128 because I've got
14  127.
15    Q    It's right there.
16    A    Oh, this is 128.  Okay.
17    Q    Flip it over so you can see the
18  first page.
19    A    Uh-huh, yes.
20    Q    Okay.  So he sends you information
21  about race, not Democrats and Republicans;
22  right?
23    A    Well, I have to look at it again.
24  I don't know.
25    Q    Go ahead.

122

1    A    Because I don't recall.  He does
2  not.  I do not have any Democrat or Republican
3  data on this sheet.
4    Q    Okay.  And you respond to that
5  email, go back to the first page, by saying
6  thank you.
7    A    Uh-huh (affirmative).
8    Q    You don't ask for Democrat or
9  Republican information, do you?
10    A    No, I don't.  I do not.
11    Q    Okay.
12    A    Did not specifically ask.
13    Q    Let's go back to Exhibit 130, and
14  let's look at the last sentence of the second
15  paragraph.
16    A    Okay.
17    Q    Increasingly, we see a west-east
18  divide in the county with the western part
19  (roughly west of Discover Mills and Scenic
20  Highway) trending Democratic while still
21  Republican at the eastern end like Dacula and
22  Mall of Georgia area."  Did I read that
23  correctly?
24    A    You did.
25    Q    Okay.  Are you aware of a west-east

123

1  divide in Gwinnett County?
2    A    I'm not -- I am not aware of it
3  being a specific east-west divide.  But,
4  again, that's the way Dan is describing it, so
5  I -- I would say Dan knows what he's talking
6  about.
7    Q    Do you know if the west part of
8  Gwinnett County tends to have more black
9  people whereas the eastern part of Gwinnett
10  County tends to have more white people?
11    A    I do not.  I think in the west part
12  there are different races.
13    Q    Do you know what those races are?
14    A    I know that there is a strong
15  contingent of Koreans, of Hispanics, and of
16  Indians in some of those western areas.
17    Q    Do you have -- can you give me more
18  specificity as to -- I think you said "strong
19  contingent."  What does that mean?
20    A    A number of them.  That's all I --
21  that's as specific as I can be.
22    Q    Do you believe race can be used as
23  a proxy for party for redistricting purposes?
24    A    As a proxy?
25    Q    Uh-huh (affirmative).

Donovan Reporting, PC                                              770.499.7499

124

1    A    You'll have to tell me how you're
2  using that word in that, in that question,
3  because --
4    Q    Do you believe that you can -- if
5  you know the race of a voter, you can make an
6  assumption about the party of the voter for
7  redistricting purposes?
8    A    What I personally believe is no.
9    Q    Why did you clarify what you
10  personally believe?
11    A    Because I think that's what you're
12  asking me. And as I said, I, in the case of
13  my situation, I have a number of black friends
14  who vote for me who are Democrat, so I --
15  that's the only way I know to answer it.
16    Q    Did you run against Ms. Renita
17  Hamilton again in the 2014 election?
18    A    I did.
19    Q    Do you remember the issues in that
20  election?
21    A    I don't.
22    Q    Do you remember anything at all
23  about your respective platforms --
24    A    I do not.
25    Q    -- in that election?

125

1    A    Huh-uh (negative).
2    Q    All right. Do you remember what
3  issues you focused on in your campaign in
4  2014?
5    A    I don't even remember that.
6    Q    Okay. You won that election as
7  well?
8    A    I did.
9      (Whereupon a document was identified as
10  Plaintiff's Exhibit 36.)
11    Q    I'm going to show you Plaintiff's
12  Exhibit 36. Can you take a look at the last
13  page?
14      Do you agree with me that these are
15  the official county results for the November
16  2014 election in your district?
17    A    I believe that they are.
18    Q    Do you have any reason to doubt?
19    A    No.
20    Q    And so you -- would you trust -- I
21  think you won that election by about 789
22  votes. Does that sound right?
23    A    I don't remember, but I know it was
24  a very small percentage.
25    Q    Okay. You agree generally with

126

1  these totals?
2    A    Generally, yes.
3    Q    Okay. Would you consider that a
4  close election? I think you said a small
5  percentage.
6    A    Yes.
7    Q    Sorry. I'll ask the question again
8  because I'm not sure -- I think I accidentally
9  asked you two questions. Do you agree that's
10  a close election?
11    A    Yes.
12    Q    Do you remember if you campaigned
13  any differently in 2014 than you did in 2012?
14    A    I do not remember doing anything
15  different.
16    Q    Gotcha. Do you know if the
17  demographics of your district changed between
18  2012 and 2014?
19    A    I -- as I recall, I think they did.
20  I think the district became more Democratic
21  than Republican.
22    Q    Do you know -- can you explain that
23  to me a little bit? What do you mean by "the
24  district became more Democratic than
25  Republican"?

127

1    A    Well, the percentage of Republican
2  voters were less, as I recall, than the
3  percentage of Democrat voters.
4    Q    But you won that election; right?
5    A    I won it, yes, because I have some
6  Democrat support.
7    Q    So when you say percentage of
8  Democratic and Republican, you're not talking
9  about actual votes. What are you talking
10  about?
11    A    I'm talking about the number of
12  people that register as -- at -- or that vote
13  as -- no. It would be register, that register
14  as Republican voter, votes, or as Democratic
15  voters.
16    Q    Do you believe that people register
17  by party in Georgia?
18    A    Well, I have to think about that.
19  No, we don't register by party. It's been so
20  long since I registered, I don't remember.
21  But I don't believe we do.
22    Q    Okay. So when you say there were
23  more Democrats than Republicans, if you don't
24  register by party, what do you mean?
25    A    I think the, the information we get

Joyce H. Chandler                Georgia State Conference of the NAACP, et al vs Kemp                January 24, 2018

38 (Pages 128 to 131)

128
1    is based on the previous year's -- I don't
2    know what it's based on. It's just
3    information that we're given as to the number
4    of how our -- how our district lines up as far
5    as Republican and Democrat voters.
6         And I, I don't know where I got
7    that.
8    Q.   You agree with me that more people
9    voted for you, the Republican candidate, than
10   voted for the Democratic candidate in 2014;
11   correct?
12   A.   Yes.
13   Q.   Okay. So I'm trying -- do you
14   understand my conundrum?
15   A.   I don't.
16   Q.   I'm trying to understand how can --
17   if more people voted for you, the Republican
18   candidate, than voted for the Democratic
19   candidate, how can there be more Democrats in
20   your district than are Republicans?
21   A.   Because I receive votes from some
22   Democrats.
23   Q.   So you -- your understanding is a
24   person can be a Democrat and vote for a
25   Republican?

129
1    A.   Yes.
2    Q.   Okay. And you believe that there's
3    some repository of information that says this
4    person is a Democrat but they voted for a
5    Republican nonetheless?
6    A.   Clarify your question for me.
7    Q.   How do you know that someone is a
8    Democrat in your district and yet decided to
9    vote for you, the Republican candidate?
10   A.   I know that there were people who
11   said, you know, I always vote Democrat, but
12   I'm going to vote for you, or later who said,
13   I voted for you.
14   Q.   So when I asked how have the
15   demographics of your districts changed, are
16   you basing that on private conversations with
17   individuals in which some people --
18   everybody -- or I guess people in your
19   district said, I'm a Democrat, but I voted for
20   you, a Republican?
21        Or was that -- was your answer
22   based on something else?
23   A.   The demographics?
24   Q.   Yes.
25   A.   The demographic information was

130
1    provided to me by somebody, as it is each
2    term, each two-year cycle. This is the number
3    of Republican typical voters in your district.
4    This is the number of Democrat.
5         But I don't know if that's based on
6    the previous election. I don't know where
7    that information comes from.
8    Q.   Do you know how this information is
9    provided to you?
10   A.   No, I don't remember.
11   Q.   Do you know if like someone emailed
12   to you?
13   A.   I don't recall that. I don't.
14   Q.   Okay. And when you go back and you
15   look for documents --
16   A.   We'll look for that.
17   Q.   Yes. Okay. Do you know if the
18   racial demographics of your district changed
19   between 2012 and 2014?
20   A.   I don't know because I -- even
21   though I may have seen those figures, that
22   didn't register with me. I would assume so.
23   Q.   In what way would you assume?
24   A.   Just because when I'm in -- out and
25   about in my district.

131
1    Q.   What do you mean?
2    A.   The people I see.
3    Q.   You see?
4    A.   I see -- I probably see as many
5    people of different racial backgrounds as I do
6    white people walking around.
7    Q.   And is that an increase of people
8    of different racial backgrounds than in
9    previous years?
10   A.   It is.
11   Q.   So you believe your district has
12   increased in its minority population racially?
13   A.   Racially, uh-huh (affirmative), I
14   do.
15   Q.   After the 2014 election, did you
16   want to redraw the lines of your district?
17   A.   I don't recall, but I would think I
18   would have wanted to --
19   Q.   Why would you --
20   A.   -- if I could have done it.
21   Because I would like for my district to have
22   been more Republican than it was in the
23   previous year.
24   Q.   Do you recall GOP leadership ever
25   saying the Georgia House kind of at-large

Donovan Reporting, PC                                                           770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                1a99b400-30d4-4829-b27b-15c886887b7d

132

1   needed to be redistricted, redistricted?
2       A    That the House at-large needed --
3       Q    More than one district needed to --
4   needed some tweaking?
5       A    I don't recall that coming from
6   leadership, no.
7       Q    Have you ever had any discussions
8   with any United States senators or
9   representatives about redistricting in
10  Georgia?
11      A    No.
12      Q    Are you aware of any United States
13  senators or representatives being involved in
14  redistricting in Georgia?
15      A    No.
16      Q    State level, at the state level?
17      A    At the -- oh, at the state level?
18      Q    Yeah, at the state level.
19      A    So am I -- have I -- say that
20  again?
21      Q    Are you aware of any United States
22  senators or representatives being involved in
23  redistricting in Georgia at the state level?
24      A    No.  You're talking about federal.
25  You're talking about Congress and senators

133

1   being involved in redistricting?
2       Q    Uh-huh (affirmative).
3       A    No.
4       Q    Do you recall Governor Deal ever
5   discussing redistricting in Georgia?
6       A    No.
7       Q    What about Speaker Ralston?
8       A    No.
9       Q    I think earlier you said the
10  Speaker decides everything?
11      A    Uh-huh (affirmative).
12      Q    Do you agree he must have been
13  involved at some point then?
14      A    I don't know, but I know that he
15  does make the decisions, but that's all I can
16  say there.
17      Q    Do you know if he was involved in
18  House Bill 566?
19      A    I do not know that.
20      Q    What about Speaker Pro Tem Jan
21  Jones?
22      A    I do not know that.  Do not know,
23  except I remember you showed me an email from
24  her or to her.  I can't remember.
25      Q    What about John Burns?

134

1       A    No.
2       Q    You're not aware of him being
3   involved in redistricting?
4       A    I am not, huh-uh (negative).
5       Q    Christian Kumer?
6       A    I'm not aware of his being
7   involved.
8       Q    Matt Hatchett?
9       A    I've not had any -- I did not have
10  any discussions with Matt Hatchett.
11      Q    Are you aware of him being involved
12  in redistricting?
13      A    No.
14      Q    Sam Teasley?
15      A    No.
16      Q    Bruce Williamson?
17      A    No.
18      Q    Do you know who Mike Seigle is?
19      A    I do.
20      Q    Who is he?
21      A    Well, I know him as the chairman of
22  the GOP in Gwinnett.
23      Q    And do you know if he was involved
24  in redistricting?
25      A    No, he was -- would not be

135

1   involved, would not have been.
2       Q    So you don't recall any discussions
3   with him about redistricting in your district?
4       A    You're talking about in 2016?
5       Q    2014.
6       A    2014.
7       Q    2014-2015?
8       A    That was not his responsibility
9   then.  He worked for one of the, one of the
10  consultants at that time.
11      Q    But regardless of whether it was
12  his responsibility or not, do you recall
13  discussing redistricting in your district with
14  him at that time?
15      A    I don't recall it, no.
16      Q    Do you recall anyone else that I
17  haven't named being involved in
18  redistricting --
19      A    No.
20      Q    -- at that time?
21      A    No.
22      Q    Do you remember an announcement
23  made by Representative Nix that the Georgia
24  House would consider redistricting during the
25  2015 session?

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

40  (Pages 136 to 139)

136

1     A    I don't remember that announcement,
2  no.
3     Q    Are you aware of it otherwise?
4     A    I know that there was some tweaking
5  of districts.  I don't know if Chairman Nix
6  made that announcement or not that there would
7  be.
8     Q    Did you speak with him at some
9  point about tweaking your district?
10    A    You know, I cannot remember doing
11  that.  But, of course, again, that's been
12  three years ago.
13        (Whereupon a document was identified as
14    Plaintiff's Exhibit 131.)
15    Q    I'm going to show you an excerpt
16  from Representative Nix's deposition, marking
17  it as Exhibit 131.  Go ahead and review it.
18    A    You want me to read all of this?
19    Q    Yeah.  It's only a couple of pages.
20    A    Okay.
21    Q    The last pages is just the
22  signature of the court reporter.
23        Does this refresh your recollection
24  about a meeting with Representative Nix?
25    A    I do not remember this

137

1  conversation.  Now, I talked to Representative
2  Nix about a lot of things.  I don't remember
3  this specifically.
4     Q    Do you have any reason to doubt his
5  testimony?
6     A    I do not.
7     Q    Do you recall a meeting with the
8  Reapportionment Office?
9     A    I do.
10    Q    With whom did you meet?
11    A    I don't remember who was in the
12  meeting, but I do remember one meeting.
13    Q    One meeting?
14    A    I remember one meeting.
15    Q    In the Reapportionment Office?
16    A    Well, with the Reapportionment
17  people.
18    Q    Do you remember where it took
19  place?
20    A    No, because we have a lot of rooms
21  where it could have taken place.
22    Q    Do you remember if you took any
23  notes from that meeting?
24    A    I doubt if I did, but I can
25  certainly look.  But I have looked for those,

138

1  but I will do it again.
2     Q    Thank you.  Do you remember what
3  was discussed during that meeting, the one
4  meeting that you recall?
5     A    The only thing I remember is that
6  there was some discussion about tweaking my
7  district.  And there were other people there,
8  and there were other districts involved to
9  make it a little more Republican.
10    Q    Do you remember who the other
11  people were?
12    A    I do not.
13        (Whereupon a document was identified as
14    Plaintiff's Exhibit 132.)
15    Q    Show you a document, marking
16  Exhibit 132.  It's a Bates range of
17  GA2-000861.  Is this an email between Dan
18  Connor -- Dan O'Connor and Spiro Amburn dated
19  December 19th, 2014?
20    A    Yes.
21    Q    And the subject of the email is
22  Redistricting?
23    A    Yes.
24    Q    In the second paragraph,
25  Mr. O'Connor writes that your district is,

139

1  quote, "likely close to 50-50 split in those
2  races," end quote.
3     A    Yes.
4     Q    Do you agree with that?
5     A    That was in '14?
6     Q    Uh-huh (affirmative).
7     A    Yes.
8     Q    He goes on to write, quote, "hers
9  is a bit easier to change as adjoining HD 104,
10  Chuck Efstration, voted 68 percent for Romney
11  in 2012, about 20 points more than Romney got
12  in Representative Chandler's HD 105," end
13  quote.  Do you agree with that?
14    A    Well, if Dan says it, I agree with
15  it.
16    Q    Do you remember if Representative
17  Efstration was one of the people in that
18  meeting?
19    A    I don't remember that.
20    Q    Okay.  Do you remember when that
21  meeting occurred?
22    A    I do not.  I would think it would
23  have been during session, but I do not know.
24    Q    And if you had your calendar, if
25  you kept it, it would probably be on there;

Electronically signed by Joel Moyer (501-161-376-4513)                    1a99b400-30d4-4829-b27b-15c886887b7d

140

1  right?
2      A    It might.
3      Q    It might have been on there?
4      A    But it's not a regular committee
5  meeting.  It might have been just in passing,
6  somebody said, let's go, we're going to meet
7  up here.
8      Q    Okay.
9      A    And so it would not have been
10  written down.
11      Q    So let's add this to one of the
12  things to --
13      A    Okay.
14      Q    -- look for.
15      A    Okay.  We're going to go through
16  all of that.
17      Q    Okay.  One more question about
18  this.  In December of 2014, did you believe
19  your district was 50-50 white-minority or
20  50-50 Democrat-Republican or both?
21      A    Democrat-Republican.
22      Q    Do you think it was about 50-50
23  white-minority?
24      A    I have no idea.  I don't remember
25  thinking that.

141

1      Q    Do you remember if you met with --
2  if Gina Wright was at that meeting?
3      A    I don't remember.
4      Q    Does the name prompt you?
5      A    I don't remember who was there.
6      Q    Okay.
7      A    I have no idea.
8      Q    Okay.  What was your understanding
9  of the Reapportionment Office's role when it
10  came to redistricting?
11      A    That is the -- you mean in tweaking
12  any of these districts or in the
13  reapportionment process?  And maybe it's the
14  same.  They're in charge of the redistricting.
15      Q    They're in charge of it?
16      A    Any, yeah.
17      Q    What do you --
18      A    They give us guidelines about any
19  kind of redistricting.
20      Q    Did they give you guidelines?
21      A    I don't remember any, but I don't
22  remember what occurred in the meeting.
23          (Whereupon a document was identified
24  as Plaintiff's Exhibit 13.)
25      Q    Show you Exhibit 13.  So this, the

142

1  first page of this document is dated February
2  15th, 2011; right?
3      A    Yes.
4      Q    That's before your time?
5      A    Yes.
6      Q    Okay.  And it's sent by the then
7  director of the Reapportionment Office, Jimmy
8  A. McDonald; right?
9      A    Yes.
10      Q    Okay.  And he says that this is
11  to -- the point of this is to establish a
12  uniform, quote, "uniform procedure for all
13  members requiring redistricting services," end
14  quote.  That's in the second half --
15  paragraph.
16      A    Yes.
17      Q    Okay.  Can you go ahead and look at
18  the remaining pages?
19      A    All right.
20      Q    Have you seen this document before?
21      A    I have not.
22      Q    Just in your quick review, does
23  this basically reflect the procedures that you
24  understand the way the office works when it
25  comes to redistricting and requests by members

143

1  to look at that?
2      A    Yes.
3      Q    Okay.  Did you schedule a two-hour
4  appointment with them?  Do you remember?
5      A    I don't, I don't believe I did.
6      Q    Okay.  And you've already said
7  other people were at the meeting but you don't
8  know who was there?
9      A    I do not know who was at the
10  meeting.
11      Q    Okay.  The third page of this
12  exhibit under section Roman numeral IV says,
13  in the points one and two, says legislators
14  have to sign maps.
15      A    When they're picked up.
16      Q    Uh-huh (affirmative).
17      A    Yes.
18      Q    Do you recall signing maps?
19      A    I do not.
20      Q    If you did sign a map, where would
21  it be?  Would you keep it in your office?
22      A    The map?
23      Q    Uh-huh (affirmative).
24      A    I would have used it during, during
25  my campaign.

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

42  (Pages 144 to 147)

144

1  Q   Do you know if you keep it
2  thereafter?
3  A   It would probably be in bits and
4  pieces, but I would probably have it.
5  Q   Would you look?
6  A   I will.
7  Q   Thank you.  So we're talking about
8  2014, the end of 2014.  And at that time, your
9  district is based on the 2012 map?
10  A   Yes.
11  Q   And you won under that map?
12  A   Yes.
13  Q   Twice?
14  A   Yes.
15  Q   Right?  Okay.  But you've said that
16  you were interested in changing your district
17  to become more Republican?
18  A   Yes, I wanted it to be more
19  Republican.
20  Q   Were you interested in changing the
21  district because you were concerned the
22  existing map no longer complied with federal
23  or state law?
24  A   No.
25  Q   Were you interested in changing

145

1  your district because you were concerned the
2  existing map had unequal population deviations
3  that needed to be corrected?
4  A   No.
5  Q   Were you interested in changing
6  your district because you were concerned the
7  existing maps suffered from legal shortcomings
8  of any kind?
9  A   (Shakes head negatively.)
10  Q   Were you interested in changing
11  your district because you'd moved?
12  A   No.
13  Q   Were you interested in changing
14  your district because you were concerned the
15  existing maps suffered from technical
16  shortcomings?
17  A   No.
18  Q   Were you interested in changing
19  your district because you were concerned the
20  existing map did not sufficiently keep
21  together communities of interest?
22  A   No.
23  Q   Were you interested in changing
24  your district because you were concerned the
25  existing map unduly split voting district --

146

1  voting precincts?  Do you want me to restate
2  that?
3  A   No.  I did have some concern there.
4  Q   You were concerned it unduly
5  split -- the 2012 map unduly split voting
6  precincts?
7  A   Two of my precincts.
8  Q   Which precincts?
9  A   I can't remember.  I might be able
10  to look back and remember.  As I recall, one
11  of those was corrected with the tweaking.  I
12  have not looked at those precincts in almost
13  two years.
14  Q   What made you concerned that the
15  existing map unduly split voting precincts?
16  A   I knew that they, that two
17  precincts were split.
18  Q   And why did you think those splits
19  were undue?
20  A   I'm not sure I know what undue
21  means.
22  Q   So my question -- I asked were you
23  interested in changing your district because
24  you were concerned the existing map unduly
25  split voting precincts, and you said yes.

147

1  A   So what did I think it meant?  I'll
2  have to go back to that.  And your question,
3  your last question was why.
4  Q   Why did you think --
5  A   Why did I think it would --
6  Q   -- that the precinct splits were
7  undue?
8  A   Undue.  Well, the way I would
9  interpret the use of undue is inappropriate.
10  Q   What made -- what made you think
11  that the splits were inappropriate?
12  A   That they were inappropriate?  I
13  think it makes it more much difficult for
14  voters to know where they're voting, where
15  their voting place is, because a neighbor
16  might vote one place and a neighbor -- another
17  neighbor another place.
18  I think it's very confusing to the
19  voters, and it would be much easier to
20  campaign if it --
21  Q   So you don't think you should split
22  precincts?
23  A   No, I'm not saying that.  I don't
24  make that decision.  I'm saying I had some
25  districts -- some precincts that I wanted, I

Donovan Reporting, PC                                                    770.499.7499

148

1     had hoped would be fixed, so to speak.
2         Q     So what made you think that the
3     precincts were inappropriate then?
4         A     Because it's confusing to voters,
5     as I said, because one neighbor might vote one
6     place and somebody across the street might
7     vote somewhere else, and that I have, I have
8     had voters to say how very confusing that was
9     in those precincts.
10            And, selfishly, it's easier to
11    campaign when you have an entire precinct.
12        Q     So your answer is not specific to
13    the precincts that were split in your
14    district.  Is that fair?
15        A     That -- those were my --
16        Q     Am I mishearing you?
17        A     Those were my concerns.
18        Q     Okay.  So I want to know if you had
19    concerns about those precincts that were split
20    specifically in your district and what about
21    those splits did you think were inappropriate.
22    When you give your answer, are you talking
23    specifically about the precincts that were
24    split in the 2012 map?
25        A     Yes.

149

1         Q     Okay.  And do you believe those
2     same concerns, voters not knowing where
3     they're supposed to go, would be the case if
4     an additional precinct was split in the
5     redistricting process?
6         A     I would assume so.
7         Q     Okay.
8         A     But I don't know that.
9         Q     But you would assume that those
10    same concerns would exist if you split another
11    precinct?
12        A     Uh-huh (affirmative).
13        Q     Okay.
14        A     I would assume so.
15            Do you want to take up the map, or
16    does it need to stay?
17        Q     We're going to come back to it.
18        A     Okay.
19        Q     So I don't want to have to go
20    through laying it down again.
21        A     Sure.
22        (Whereupon a document was identified as
23        Plaintiff's Exhibit 133.)
24        Q     I'm going to show you a document
25    that I created.  We'll call it Exhibit 133.

150

1     Let's find my pink pen.
2         A     Oh, I had it under here somewhere.
3         Q     Yeah.
4         A     Here it is.  I found it.
5         Q     You have it?
6         A     Oh, you want me to keep it?
7         Q     Yes.
8         A     Okay.
9         Q     So I asked you a series of
10    questions about who was and wasn't involved in
11    the redistricting process for District 105 --
12        A     Uh-huh (affirmative).
13        Q     -- to your knowledge.  So what I'd
14    like you to do is mark up this document with
15    any name that you think was not involved in
16    redistricting your district based on your
17    knowledge.
18        A     But I don't remember who was in the
19    meeting.
20        Q     So do you remember -- take a look
21    at the document.  And if you don't remember
22    anyone being involved, and I'm not just
23    talking about -- when I say this, I'm not just
24    talking about the specific meeting at the
25    Reapportionment Office.  I'm talking about

151

1     generally being involved with the tweaks that
2     were made to your district through House Bill
3     1 -- House Bill 566.
4             So I'm asking you to mark up this
5     document, to cross off anyone that was not
6     involved with the tweaking of your district to
7     the best of your knowledge.
8             MR. KHOURY:  Just a suggestion
9     since I -- some of these, you've already asked
10    about and I think are -- would it be easier
11    for her just to circle the ones that she
12    remembers --
13            MS. GREEN:  Yeah.  That's fine too.
14            MR. KHOURY:  -- being involved?
15            MS. GREEN:  Yeah.
16            MR. KHOURY:  Yeah.
17            MS. GREEN:  Yeah.  That's fine too,
18    so.
19        A     The ones in, involved in -- for
20    example, when it came to the House floor for a
21    vote and it passed unanimously, that bill,
22    then all of these representatives were there.
23        Q     That's a great clarification.
24    Thank you for bringing that up.  I am talking
25    about more the development of the plan to

152
1  tweak your district, so who was involved in
2  the process of deciding what changes would be
3  made to your district.
4      And my understanding is that not
5  everyone was involved in that process.
6      A   Uh-huh (affirmative).
7      Q   So what I want you to do is circle
8  any name that you believe, to your knowledge,
9  was involved in the process of developing the
10 plan as to what changes would be made to your
11 district in 2015.  Is that --
12     A   So are you asking me to assume who
13 was involved?
14     Q   I'm asking you to tell me what you
15 remember, what your knowledge is.
16     A   See, again, I don't recall who was
17 involved.
18     Q   I'm not just talking about the
19 meeting.  I'm talking about anyone who was
20 involved, to your knowledge, in the plan to
21 tweak your district.
22     A   Again, I do not recall.  I do not
23 know that.  I -- I could make some assumptions
24 but they're only assumptions.  I don't know.
25     Q   You don't remember if Gina Wright

153
1  was involved in developing the plan to tweak
2  your district?
3      A   I would assume she was, any -- she
4  and Dan O'Connor, because they're in the
5  Reapportionment Office.
6      Q   Okay.  Well --
7      A   But that's an assumption now.  I
8  would think they would have been -- both been
9  in the meeting, but that's an assumption.
10     Q   Okay.  Then mark it up according to
11 your assumptions, and we have on the record
12 that you say that this is based on your
13 assumption.
14     A   Okay.  I will do that.
15     Q   Okay.
16     A   So were involved that were in the
17 meeting and/or.
18     Q   Uh-huh (affirmative).
19     A   Involved in any way?  Okay.  See, I
20 don't know how involved the committee would
21 have been, but I have -- I would think,
22 knowing how other committees work, that
23 everybody on this committee would have had to
24 have voted for that bill to get on the floor,
25 but I don't know that.  This is my assumption.

154
1      I'm assuming this committee
2  operates like every other committee in the
3  House.
4      Q   Okay.
5      A   So it would have to pass out of
6  committee before it would get to the floor.
7  And some of these people may not have been
8  there at the committee meeting, so they may
9  not have voted.
10     And I am making the assumption that
11 leadership would have been kept informed.
12     Q   Is there anyone that I'm missing
13 that you would assume would have been
14 involved?
15     A   Let me think.  I don't recall
16 anyone.
17     Q   Okay.  He's going to scan it for
18 us.
19     A   Okay.
20     Q   What tools do you believe are
21 available to draw a district map?
22     A   You mean this kind of map?  Well, I
23 would assume that it's CADs materials, but I
24 don't know that.
25     Q   What do you think that kind of

155
1  software is capable of doing?
2      A   I would assume it's capable of
3  doing this kind of map, creating this kind of
4  map.
5      Q   Do you believe you can see party
6  information at the precinct level, party like
7  Republican or Democrat --
8      A   You mean --
9      Q   -- for voters?
10     A   -- on a map?
11     Q   Uh-huh (affirmative) or -- so when
12 I'm talking about the software, it could just
13 be the map.  Do you think you could see other
14 information, like statistical tables about
15 people in a district?
16     A   Well, I would assume that's where
17 some of these statistical, some of this
18 statistical information has come from.
19     Q   Okay.  So do you believe that you
20 can see party information at the precinct
21 level?  Or have you ever seen -- you don't?
22     A   I don't remember seeing it at the
23 precinct level.
24     Q   What about at the street level?
25     A   Party -- I've seen whether somebody

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

45 (Pages 156 to 159)

---

156

1    votes Republican all the time, sometime,
2    Democrat all the time, sometime. I've seen
3    that.
4        Q    What about racial information at
5    the precinct level?
6        A    I've never seen that that I recall.
7        Q    At the street level?
8        A    Certainly not, no.
9        Q    That you recall?
10       A    I don't believe I've seen that,
11   period, but it may be that I just don't recall
12   it.
13       Q    Do you believe there can ever be
14   reasons to justify splitting a precinct?
15       A    Well, since I don't serve on
16   Reapportionment, I can't answer that because
17   I'm not privy to that, the information that
18   that committee has.
19       Q    So before, a few minutes ago, you
20   discussed some downsides of splitting a
21   precinct. And I asked, does that mean you
22   think a precinct is never justified in any
23   circumstance? And you said no.
24           So I am asking -- tell -- interrupt
25   me if I'm wrong. Is that -- does that comport

---

157

1    with your recollection of our previous --
2        A    Yes.
3        Q    -- conversation?
4        A    As I said, no, because I can only
5    speak for my precincts.
6        Q    Okay. So for your precincts, do
7    you believe there are ever reasons that
8    justify splitting them?
9        A    There could be. I don't know. I
10   don't know that, but I don't -- I have not
11   seen the reasons to justify them. But, again,
12   I'm not involved in Reapportionment, so I
13   don't know the reasons behind all of this,
14   whether it's my, my district or in another
15   district. I don't know.
16       Q    Are you saying you were involved in
17   deciding what tweaks would be made to your
18   district?
19       A    No. I am saying I'm not -- I was
20   not involved in the, the district -- the
21   precincts being tweaked -- excuse me, the
22   precincts being split. That was in the 2012
23   redis -- wasn't that 20 -- I guess 20 -- no,
24   not 2012. 2010 redistricting plan.
25           I don't know if there were any

---

158

1    changes made after that. I came on board in
2    2012.
3        Q    Okay. So we'll get into what
4    changes were made in House Bill 566 to your
5    district, but I am asking for your precincts.
6    Are you aware of any reasons that justify
7    splitting your precincts, which is
8    something -- well, first of all, let's
9    clarify.
10           Would you have been involved in the
11   decision to split one of your precincts?
12       A    You're asking if I had been
13   involved in making the decision whether to
14   split a precinct or not?
15       Q    I am asking, would you be involved
16   in the decision to split a precinct during the
17   redistricting process in your district?
18       A    Are you referring to the tweaking
19   that took place in 2015? I'm sorry. I'm
20   really confused.
21       Q    That's totally fine. So we'll get
22   into what changes were made in 2015.
23       A    Okay.
24       Q    But a few minutes ago you said that
25   the Reapportionment Committee is the only one

---

159

1    that decides whether precincts are split. And
2    I want to clarify, is that true -- are you
3    saying that changes to your district, you
4    would not be involved in changes to your
5    district at the time you were representing --
6    district at the time you were representing --
7           I'm not talking about the 2012 map.
8    I understand you were not -- that your
9    district did not even exist before the 2012
10   map.
11       A    Would I --
12       Q    But --
13       A    I could state an opinion, yes, if
14   that's what you're asking me.
15       Q    Okay. So I am asking: Are you
16   aware of any reasons that would justify
17   splitting a precinct in your district?
18       A    Again, I'm -- I'm not privy to
19   knowing that much about reapportionment and
20   districts and precincts. I know that -- I
21   think, according to what some of my
22   constituents said, how confusing it was to
23   them for a precinct to be split.
24           And that's all I can say. I may
25   not be answering what you're asking me, but I

---

Electronically signed by Joel Moyer (501-161-376-4513)                        1a99b400-30d4-4829-b27b-15c886887b7d

160

1    don't, I don't know anything else.
2        Q    So you're only aware of the
3    downsides of splitting a precinct. Is that a
4    fair --
5        A    I'm aware of the downsides of
6    splitting my precincts.
7        Q    Are you aware of --
8        A    I have to speak to those.
9        Q    -- of any upsides of splitting your
10   precincts?
11       A    I'm not, but I'm not in
12   Reapportionment, so I don't know. They would
13   know that, the answer to that question.
14       Q    By Reapportionment, are you talking
15   about the Reapportionment Committee or the
16   Reapportionment Office?
17       A    Both.
18       Q    Okay. Do you believe splitting a
19   precinct to achieve a different partisan
20   percentage is an appropriate reason?
21       A    I know that's why -- that is
22   probably why it's done, but I don't know that.
23       Q    Do you believe splitting a precinct
24   to achieve a certain racial percentage is
25   appropriate?

161

1        A    I don't.
2        Q    You don't believe it's appropriate?
3        A    I don't believe that's done. Let
4    me put it that way. I have not seen anything
5    like that.
6        Q    Do you believe it's appropriate if
7    it was done?
8        A    Is it appropriate to split a
9    precinct to do something about racial
10   components of the precinct? I don't know how
11   to answer that. It doesn't seem appropriate
12   to me, but I have not thought about it much.
13       Q    Do you want to take a second to
14   think about it?
15       A    I'm not sure my answer will be any
16   different. I don't -- as far as I know,
17   that's not done, so I don't -- I don't know
18   how to answer it. I don't think I can answer
19   it any better than that.
20       Q    Under what circumstances would you
21   feel comfortable splitting a precinct?
22       A    The only thing I can think of would
23   be to do something regarding the
24   Republican-Democrat makeup of a precinct or
25   precincts. That's the only thing I

162

1    can think of.
2        Q    If I told you -- well, first of
3    all, let me ask. Do you think you can know
4    the Republican-Democrat makeup at a level
5    below the precinct level?
6        A    Below the pre -- what would be
7    below the precinct level?
8        Q    Like on a street or block-by-block
9    level?
10       A    Well, I know that you can know,
11   again, this person on this street at this
12   address usually votes Democrat. I know you
13   can get, and et cetera, et cetera, that
14   information.
15       Q    And you're going to look for
16   information saying that for -- we talked about
17   that before, where you got that belief, who
18   told you that. Your consultant Jeremy Brand,
19   I believe? That's his name?
20       A    Oh. I have not -- I can tell you
21   that I do not still have that. I do not --
22   have not kept that information.
23       Q    Why not?
24       A    I have no reason to. After I
25   campaign, when I'm elected, I'm everybody's

163

1    representative. It doesn't matter how,
2    what -- anything there. It's nonpartisan
3    after that.
4        Q    So I believe earlier in this
5    deposition you said you have about like
6    100,000 emails in your inbox?
7        A    Yeah, something like that. I'm
8    guessing.
9        Q    Yeah.
10       A    A lot, anyway.
11       Q    Yeah, a lot. And you have lots and
12   lots of files and that you don't have habits
13   of deleting things. I believe that's what you
14   said earlier in the deposition. Correct?
15       A    On my emails.
16       MR. KHOURY: Object to the form.
17       A    On emails. Right? Uh-huh
18   (affirmative).
19       Q    So if you don't have a habit of
20   deleting emails, why would you delete those?
21       MR. KHOURY: Object to the form.
22       Q    Did you delete them when you say
23   you don't have them?
24       MR. KHOURY: I mean, have we
25   established that they are emails?

Joyce H. Chandler      Georgia State Conference of the NAACP, et al vs Kemp      January 24, 2018

47 (Pages 164 to 167)

164

1    Q    If you --
2    A    Are you talking about my list?
3    Q    How -- do you know how this
4  information was sent to you?
5    A    Oh, okay. It probably was sent in
6  an email.
7    Q    Okay. So --
8    A    And that was -- those files were so
9  large that I would probably have eliminated
10  those. I mean, that's pretty extensive.
11    Q    You think you would have deleted
12  them because they were large files?
13    A    Yeah. And I -- once the election
14  was over, it was over. As I said, then I'm
15  everybody's representative. I don't care who
16  lives in what house and what they're --
17  whether they're Democrat, Republican,
18  whatever.
19    Q    Okay.
20    A    But I will look. I'll be glad to
21  look.
22    Q    Okay. Do you believe redistricting
23  is an inherently political activity?
24    A    By "political," you're talking
25  about Democrat-Republican? That's how I would

165

1  interpret political. And do I believe it is
2  inherent? Would be inherent? Would you
3  phrase that -- say that in a little different
4  format, that question to me?
5    Q    Do you believe an independent
6  commission could just as easily draw the
7  lines?
8    A    That's not what's done in Georgia,
9  so I -- I don't know how to answer that.
10    Q    Do you believe it could be done,
11  done in Georgia?
12    A    That it could be?
13    Q    Uh-huh (affirmative).
14    A    I don't know. I really don't know
15  that.
16    Q    Do you think it would be better or
17  worse or no difference at all if an
18  independent commission draw -- drew the lines
19  versus elected officials?
20    A    I think there -- in some ways, I
21  think that would be good. And in some ways,
22  I'm not sure.
23    Q    In what ways do you think it would
24  be good?
25    A    Well, it would be less partisan

166

1  perhaps because whatever party's in control
2  draws the lines and has that authority, of
3  course, so. But is that better? I don't know
4  if that's better or not.
5    Q    Can you think of any drawbacks?
6    A    Well, yes, I can. Who's the
7  committee? Who's doing it? It depends on the
8  people involved in that process. You could
9  very well have the same situation you have the
10  way it's done now depending on the people.
11    Q    By "the same situation," what do
12  you mean?
13    A    By the way it's being done now,
14  where whatever power -- whatever party is in
15  power is the one that's primarily involved in
16  drawing the lines.
17    Q    So if I said an independent
18  commission was comprised of members of both
19  parties equally, so would that be an issue?
20    A    It might not, but I don't know.
21  I've not given that a lot of thought because
22  we haven't had to deal with that yet.
23    Q    During the redistricting process in
24  2015, did you discuss the constitutional
25  requirements and statutory requirements

167

1  mandated by the Voting Rights Act with anyone?
2    A    Not that I recall.
3    Q    Do you believe there are limits on
4  how you can -- how you could redraw the lines?
5  Were you told of any limits on how you could
6  redraw the lines?
7    A    You mean in 2015? I do not recall
8  any.
9    Q    Do you think you could redraw the
10  lines so that there were no Democrats in your
11  district?
12    A    Do I think that I could --
13    Q    Yeah.
14    A    -- or that can be done? I don't
15  believe so.
16    Q    Why not?
17    A    Well, because I have Democrats in
18  my area very close to where I live. So I
19  don't think there would be -- I don't think
20  that, that would be something that would be
21  done.
22    Q    Do you think it's something that
23  could be done?
24    A    Not in my area.
25    Q    Because there are Democrats living

Electronically signed by Joel Moyer (501-161-376-4513)                    1a99b400-30d4-4829-b27b-15c886887b7d

168

1     too close to you? Is it a geography problem,
2     or --
3          A    It is a --
4          Q    -- is it a legal problem?
5          A    Well, I think because --
6          Q    Or both?
7          A    -- it's a 50-50 district, so you've
8     got both parties together.
9          Q    So did you think you had to keep
10    the district about 50-50?
11         A    No. I never thought about that.
12         Q    And by 50-50, I just want to make
13    sure we're talking about the same thing, are
14    we talking about Republicans and Democrats?
15         A    Yes.
16         Q    Do you think you could redraw the
17    lines so that there were no black people in
18    your district anymore?
19         A    No, I don't.
20         Q    Why not?
21         A    Because I -- I have blacks in my
22    neighborhood, and they're all in my district.
23    No, I don't think that could be done.
24         Q    But why do you think you can't
25    redraw the lines so that they're not in your

169

1     district anymore?
2          A    I don't understand. Why would I --
3     why would I want to do that? I'm not sure I
4     understand even why -- where you're going.
5     Because if -- in a district that is so -- I
6     would almost use the word homogeneous. It's,
7     it's -- you know, we go to church together.
8     We live next door to each other.
9          I don't know how you could possibly
10    draw lines to get different racial components
11    out of my district. Maybe some districts, I
12    don't know that, but not my district.
13         Q    So I guess what I'm getting at is,
14    what were the -- were you aware of any legal
15    limits on what you could or couldn't do when
16    redrawing the lines?
17         A    I did not hear this, but I know
18    that I'm not -- I have to respect that I'm not
19    supposed to do anything to eliminate different
20    racial groups from my district. I know that.
21    But I never -- I can't remember hearing that.
22         Q    Did legislative counsel provide
23    limits or guidelines for the redistricting
24    process in 2015?
25         A    I'm sure they did, but I don't

170

1     recall specifically what they were, but I do
2     not remember race ever being mentioned.
3          Q    Do you know what preclearance means
4     in the context of redistricting?
5          A    Preclearance? I'm not sure I do.
6          Q    Have you ever heard of a case
7     called Shelby County?
8          A    Huh-uh (negative).
9          Q    Do you know what Section 5 of the
10    Voting Rights Act is?
11         A    I do.
12         Q    Okay. Are you aware that Section 5
13    of the Voting Rights Act was essentially
14    struck by the Supreme Court in Shelby County?
15         A    I knew it was struck, but I didn't
16    know where.
17         Q    Were you aware that the Department
18    of Justice did not have to approve the plan in
19    2015?
20         A    I was.
21         Q    Had the Department of Justice been
22    mandated to approve the plan in 2015, do you
23    think they would have?
24              MR. KHOURY:  Objection to the form
25    of the question.

171

1          A    I see no reason why they wouldn't
2     have because it was not violating any,
3     anything.
4          Q    Okay. Do you remember if
5     Representative Nix gave you guidelines on what
6     changes could be made to your district?
7          A    I don't recall those.
8          Q    Do you remember anyone ever telling
9     you that any changes that you made couldn't
10    jeopardize the 2012 map that had gone
11    unchallenged?
12         A    I do not recall that.
13         Q    Do you recall anyone ever saying
14    you had to preserve the racial balance of your
15    district?
16         A    I do not recall that.
17         Q    Who do you believe is responsible
18    for making sure the changes to your district
19    are in compliance with the Constitution of the
20    United States and federal law?
21         A    I would assume that's
22    Reapportionment.
23         Q    Reapportionment? The
24    Reapportionment Office?
25         A    The office primarily and then

Electronically signed by Joel Moyer (501-161-376-4513)                    1a99b400-30d4-4829-b27b-15c886887b7d

172

1  followed by the committee.
2      Q    Did you vote for House Bill 566?
3      A    I did, as did everybody in the
4  House.
5      Q    And we've already covered that you
6  swore to support the Constitution; right?
7      A    Yes.
8      Q    And did the Reapportionment Office
9  vote, have a vote in terms of passing 566?
10     A    As I've said, I don't know how that
11  particular committee works, but all other
12  committees in the House have to approve a bill
13  before it can get to the floor of the House.
14     Q    Thank you for that clarification.
15     A    So I would assume so.
16     Q    When I say the Reapportionment
17  Office, I'm talking about Dan O'Connor, Gina
18  Wright, et cetera. So when I asked you before
19  who's responsible for making sure the changes
20  comply with the Constitution and federal law,
21  you said the -- you said Reapportionment.
22          Were you talking about
23  Reapportionment Office or the Reapportionment
24  Committee?
25     A    I don't know the answer. I would

173

1  assume that the Reapportionment Office would
2  be the first point of contact to be assured
3  we're complying. And once that approval is
4  given, then it would be passed onto the
5  Reapportionment Office.
6          And I would assume that Chairman
7  Nix would be very involved in that, being sure
8  that's being done. But those are all
9  assumptions.
10     Q    So do you think you had a
11  responsibility for making sure that your
12  changes complied with federal law and the
13  Constitution?
14     A    Yes. But by that time, they had
15  already gone through the channels, and nobody
16  in the House can know everything about
17  everything. We work in committees.
18     Q    Do you recall ever asking anyone to
19  assist your understanding as to whether or not
20  the proposed changes to your district complied
21  with the Constitution or federal law?
22     A    I don't. But I think I know enough
23  about federal law, even though I'm not an
24  attorney, to know we were not violating
25  anything. All we were doing is strengthening,

174

1  making my district more Republican.
2      Q    So at any point, did anyone ever
3  tell you that a proposed change would not be
4  in compliance with federal law or the
5  Constitution?
6      A    That -- that that proposed change?
7      Q    Any proposed change to your
8  district would not be in compliance with
9  federal law or the Constitution?
10     A    I don't recall that.
11     Q    Did anyone ever tell you that a
12  proposed change to your district wasn't
13  possible for any other reason?
14     A    I don't recall that.
15         THE VIDEOGRAPHER: You have about
16  five minutes left before I have to change the
17  tape.
18         MS. GREEN: Okay. Just a couple
19  more questions. Then we can take a break.
20     Q    Did Representative Efstration ever
21  express to you that a proposed change wouldn't
22  work for him?
23     A    You know, I talked to
24  Representative Efstration about so many things
25  that I don't recall that, that specific item.

175

1          MS. GREEN: Okay. We can go ahead.
2          THE VIDEOGRAPHER: Going off the
3  video record at 5:32.
4          (Proceedings in recess, 5:32 p.m. to
5          5:46 p.m.)
6          THE VIDEOGRAPHER: We're now back
7  on the video record at 5:46 p.m. This is the
8  start of video file number four.
9          MS. GREEN: Thank you.
10     Q    Let's go back to Exhibit 124 and --
11  well, let's look at that one first. In that
12  election, would you agree with me that most
13  black people in your district voted for your
14  opponent, Ms. Renita Hamilton?
15     A    I don't, I don't know that.
16     Q    Do you have any reason to believe
17  that most black people did not vote for
18  Ms. Hamilton?
19         MR. KHOURY: Object to the form of
20  the question.
21     A    I don't know.
22     Q    And let's look at Exhibit 36 again.
23     A    Which one? 36?
24     Q    36. I don't think it's going to be
25  a colored tag.

176

1    A    I have one that's not. Maybe I
2  have another one under here somewhere.
3         MR. KHOURY: It's this document.
4    Q    You might have to scroll to the
5  last page.
6    A    You know, I thought I just had that
7  while ago.
8    Q    Maybe it's --
9    A    Let me look a little bit further.
10  36 is what it's on there?  And it doesn't have
11  a -- here it is.  No.  That's 124.  I don't
12  know what I've done with it.
13   Q    There it is.
14   A    There it is.  Is that --
15   Q    Last page.  Yeah, that's it, I
16  think.
17   A    Oh, that does say 36 and not 35.
18  Huh?  Okay.
19   Q    It happens.  Same question:  In the
20  2014 election, do you know if most black
21  people in your district voted for your
22  opponent?
23   A    And you're talking about on the
24  back page of this one?
25   Q    No.  That's not Exhibit 36.

177

1    A    On which page?
2         MR. KHOURY: Just this one.
3    A    Oh.  It's that.  Okay.  I'm sorry.
4  I am sorry.  Okay.  I don't know that.  I
5  don't know.
6    Q    We talked before about a meeting
7  between you and people on the Reapportionment
8  Office.  You assumed Dan O'Connor and Gina
9  Wright were probably there, but you don't
10  remember.
11   A    Uh-huh (affirmative).
12   Q    About changing your district;
13  right?
14   A    We did.
15   Q    Good so far summary-wise?  I'll
16  need you to verbally --
17   A    Yes, yes.
18   Q    Thank you.  Do you remember if you
19  looked at maps during this meeting?
20   A    I don't remember anything about the
21  meeting.
22   Q    Nothing at all?
23   A    Huh-uh (negative).
24   Q    Do you remember what the goal of
25  the meeting was?

178

1    A    I don't.  I would assume it was to
2  talk about tweaking.  I don't remember that.
3  I don't remember the goal being stated as
4  such.
5    Q    Did you want to tweak your district
6  to improve your chances of reelection in 2016?
7    A    Yes.
8    Q    Did you have any other reason for
9  wanting to tweak your district?
10   A    No.
11   Q    Do you remember if you made any
12  proposals to change your district during this
13  meeting or outside of it?
14   A    No, because I didn't know enough
15  about redistricting, tweaking.
16   Q    Do you think that moving
17  African-Americans out of your district was
18  ever considered?
19   A    I never heard that mentioned.
20   Q    Did you -- do you know if moving
21  Democrats out of your district was mentioned
22  or considered during this meeting?
23   A    I would think it would have been
24  considered because I wanted my district to be
25  more Republican.

179

1    Q    Do you recall ever bringing
2  information given to you by an outside
3  consultant, such as Jeremy Brand or the other
4  person -- do you remember his name?
5    A    I still haven't remembered his
6  name, and it will come to me in the middle of
7  the night.
8    Q    Well, I hope it comes to you while
9  we're on the record.
10   A    Maybe it will.
11   Q    Do you remember bringing
12  information that they gave you to any meeting
13  with the Reapportionment Office?
14   A    No.
15   Q    Generally speaking, do you -- is
16  the information that you got from an outside
17  consultant more, less, or equally precise or
18  detailed as the information that the
19  Reapportionment Office has?  Let me rephrase.
20       Do you think your consultant has
21  better information than the Reapportionment
22  Office?
23   A    Has different information.
24   Q    You think the consultant has
25  different information than the Reapportionment

Joyce H. Chandler        Georgia State Conference of the NAACP, et al vs Kemp        January 24, 2018

51 (Pages 180 to 183)

180

1    Office?
2        A    I do.
3        Q    What, what are those differences?
4        A    I don't -- I may have received
5    something else, but all I remember getting
6    from my consultant is lists of addresses and
7    street names and house numbers and how that
8    person usually voted.
9        Q    And did you give that information
10   to the Reapportionment Office?
11       A    No. I don't recall doing that.
12       Q    Did you use that information
13   with -- when redrawing the lines or tweaking
14   House District 105 in 2015?
15       A    I don't recall that at all.
16       Q    So -- hold on.
17           So when you were tweaking or
18   developing a plan to tweak your district, did
19   you rely on any data other than what the
20   Reapportionment Office had available?
21       A    Ask your question again. There was
22   something I wasn't, wasn't sure on.
23       Q    When you were developing a plan to
24   tweak your district, whether in that meeting
25   or outside or at any time, did you rely on any

181

1    data other than what the Reapportionment
2    Office made available to you?
3        A    I did not develop a plan, but I --
4    in looking at tweaking the district, we looked
5    at what the Reapportionment Office had for us.
6        Q    Thank you for that clarification.
7    So to your knowledge, did you ever facilitate
8    any meeting of the minds, I suppose, or
9    exchange of data between your outside
10   consultant and the Reapportionment Office when
11   developing the changes that were eventually
12   proposed in House Bill 566?
13       A    I do not think that occurred at
14   all.
15       Q    Okay. So to your knowledge, the
16   changes that were made in House Bill 566 were
17   based on data maintained solely within the
18   Reapportionment Office?
19       A    As far as I know.
20       Q    The meeting that you remember
21   some --
22       A    Vaguely.
23       Q    -- yes, vaguely, we already
24   discussed we're not sure exactly where it took
25   place within the building?

182

1        A    (Shakes head negatively.)
2        Q    Can you give me -- you said before
3    that there are many rooms available. Can you
4    give me just like a general layout of it?
5    When you say there are many rooms available,
6    is it that your chambers or, sorry, your
7    office is close to the Reapportionment Office?
8           Or is it just, would you guys just
9    find a conference room? I'm trying to
10   understand kind of how this worked.
11       A    Yeah. I think we just would find a
12   conference room because there are conference
13   rooms and meeting rooms both in the capitol
14   and in the what we call the legislative office
15   building.
16       Q    And --
17       A    So we have a lot of them.
18       Q    Is your office in the capitol or in
19   the legislative office building?
20       A    Legislative office building, as is,
21   as is Reapportionment.
22       Q    So you guys are in the same
23   building, and you would have found a room, and
24   you don't know if that room was --
25       A    I don't remember where that room

183

1    was.
2        Q    Okay. Do you remember if there was
3    like a projector so you could see stuff
4    on a --
5        A    No, I don't remember that either.
6        Q    Do you remember looking at past
7    election information during that meeting?
8        A    No, I don't.
9        Q    Do you remember at any point,
10   whether at that meeting or not, looking at
11   party information of people within your
12   district, whether at the precinct level or at
13   the street or block level?
14       A    I looked at that as far as when I'm
15   talking about the street level, yeah.
16       Q    And that was based on the
17   consultant information --
18       A    Yeah.
19       Q    -- that they gave you? But when it
20   came to developing the changes for House Bill
21   566, do you remember the Reapportionment
22   Office ever giving you party information at
23   the street or block level to look at?
24       A    I don't recall that.
25       Q    Do you recall looking at racial

Donovan Reporting, PC                                          770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                    1a99b400-30d4-4829-b27b-15c886887b7d

184

1    information at the street --
2        A    I don't, do not recall that.
3        Q    Did you go through more than one
4    proposal before --
5            Oh, no.  Sorry, people on the
6    phone.  Sorry.  Okay.
7            MR. STRICKLAND:  Are there any
8    people on the phone?
9            MS. GREEN:  Are there people still
10   on the phone?
11           MR. STRICKLAND:  Do we know?
12           MR. KHOURY:  Usually they give up
13   by this point.
14           MS. GREEN:  Okay.  Good.  So I
15   don't have to go back.
16           MR. STRICKLAND:  They may have
17   signed off.
18           MS. KHANNA:  Sorry.  This is Abha
19   Khanna.  Is there some portion of the
20   deposition that has transpired in the last few
21   minutes?
22           MS. GREEN:  Yeah, sorry.  You were
23   on mute, and we didn't recognize it.  I'm
24   sorry about that.
25           MS. KHANNA:  No problem.

185

1        Q    Okay.  Sorry.  Okay.  So when you
2    were developing the plan that was eventually
3    passed in House Bill 566, do you remember
4    going through more than one option; i.e., was
5    there a version of this district that you
6    said, no, we can't do that one, but we can do
7    this one?
8        A    I don't remember that as we were
9    discussing it.  But I -- I saw something in --
10   something to Chuck Efstration where there was
11   talking about -- there was mention of
12   something about taking parts of his area or
13   something, so I don't know whether that was
14   done or not.
15       Q    Speaking of Representative
16   Efstration, do you remember ever discussing
17   with him -- did he ever come to you say, I'm
18   kind of worried about changes that you want to
19   make to my district?
20       A    I don't remember that, but I talked
21   to Representative Efstration about a lot of
22   issues and have over the last three years, so
23   I don't know.
24       Q    But he may have.  You just don't
25   remember?

186

1        A    May have.  I don't remember.
2        Q    Do you only remember one meeting
3    with the Reapportionment Office --
4        A    That's all --
5        Q    -- or more than one?
6        A    That's all I remember.
7        Q    I think you've already said one of
8    your goals or your only goal when picking a
9    new district was to better your chances of
10   reelection; is that right?
11       A    That's correct.
12       Q    Did you also want to make sure
13   neighboring Republican districts were not made
14   significantly more Democratic by any proposed
15   change?
16       A    I'm sure I did.
17       Q    Did you want to change the racial
18   demographics?
19       A    No.
20       Q    Did you want to remove
21   African-American voters from your district?
22       A    No.
23       Q    Did you want to dilute the voting
24   strength of minorities in your district?
25       A    No.

187

1        Q    Did you want to add white voters to
2    your district?
3        A    No.  That's not the purpose.
4            MS. GREEN:  Can we go off the video
5    and court reporter record for a second while
6    we get this?
7            THE VIDEOGRAPHER:  Going off the
8    video record.
9            (Whereupon off-the-record discussions
10   ensued.)
11           THE VIDEOGRAPHER:  We're now back
12   on the video record at 6:02 p.m.
13       Q    I have put down a new map.  Do you
14   agree with me this is the 2012 map of Gwinnett
15   County, Exhibit 3?
16       A    Yes.
17       Q    And the districts are identified by
18   colors; right?
19       A    Yes.
20       Q    And House District 105, well, it
21   looked gray on my computer, but it's kind of
22   lavenderish gray?
23       A    Yes.
24       Q    And House District 104 is blue?
25       A    Yes.

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

53  (Pages 188 to 191)

188

1     Q     And House District 114 is light
2   green?
3     A     Yes.
4     Q     Would you call it a different
5   color?
6     A     No.
7     Q     Yeah.  Okay.
8         And on this map, do you agree with
9   me that the precincts are separated by dash
10  lines?
11    A     Yes.
12    Q     And are labeled in all caps?
13    A     Yes.
14    Q     So let's look at this map, and tell
15  me if you agree that what -- I'm going to name
16  off some precincts, and I want you to tell me
17  if you agree they're in House District 105.
18    A     I hope I will remember.
19    Q     You don't have to remember.  You
20  can look.
21    A     Oh, I can look on there?
22    Q     Yes.
23    A     Yes, I can do that.
24    Q     Yes.  Okay.  So part of
25  Lawrenceville D?

189

1     A     Yes.
2     Q     Part of Lawrenceville M?
3     A     M should be up here.  Yes.
4     Q     All of Lawrenceville F?
5     A     Yes.
6     Q     All of Baycreek I?
7     A     Yes.
8     Q     All of Baycreek D?
9     A     D?
10    Q     Uh-huh (affirmative).
11    A     Yes.
12    Q     All of Baycreek K?
13    A     I think so, but I've got to find
14  it.  Yes.
15    Q     All of Baycreek C?
16    A     Yes.
17    Q     Part of Baycreek H?
18    A     Yes.
19    Q     Let's keep with the map.  Is this
20  too far?
21    A     Huh-uh (negative).  I don't think
22  so.  It may be for me to read.  No.  I can see
23  it.
24    Q     Okay.
25    A     I'm good.

190

1     Q     So I want you to look at the map,
2   and I'm going to name off some precincts, and
3   I want you to tell me if they appear in House
4   District 104.
5     A     Okay.  I'm not familiar with them,
6   and so I'll have to read them.
7     Q     Yes.  The portion of Lawrenceville
8   D that is not in House District 105.
9     A     If it's in 104?
10    Q     Uh-huh (affirmative).
11    A     I can't tell if that is or not.
12  Let's look.
13    Q     So are these the lines for
14  Lawrenceville D?
15    A     Yeah, so that, that would be, yes.
16  Thank you --
17    Q     Okay.
18    A     -- for reminding me of those lines.
19    Q     You are welcome.  The portion of
20  Lawrenceville M that is not in House District
21  105?
22    A     Yes.  There's some in 104.
23    Q     All of Harbins A?
24    A     Yes.
25    Q     All of Harbins B?

191

1     A     Yes.
2     Q     All of Harbins C?
3     A     Yes.
4     Q     Okay.  So now I'm going to name off
5   some precincts, and I want you to tell me if
6   they appear in House District 114 on this map,
7   which is right here.
8     A     Okay.
9     Q     The portion of Baycreek H that is
10  not in House District 105?
11    A     Baycreek H.  Yes.
12    Q     All of Baycreek G?
13    A     That just says Baycreek, so I don't
14  know what that is.
15    Q     You're right.
16    A     It doesn't have a G on it, but
17  I'm -- that probably is it.
18    Q     Yeah, and it's not all either.  I
19  couldn't see that.
20    A     Uh-huh (affirmative).
21    Q     Yeah.  Okay.  So part of Baycreek
22  G.  Okay.  All right.
23        Can we go off the record for a
24  second?
25        THE VIDEOGRAPHER:  Going off the

Donovan Reporting, PC                                      770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                    1a99b400-30d4-4829-b27b-15c886887b7d

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

54 (Pages 192 to 195)

192

1    video record at 6:07.
2         (Whereupon off-the-record discussions
3    ensued.)
4         THE VIDEOGRAPHER: We're now back
5    on the video record at 6:08.
6         (Whereupon a document was identified
7    as Plaintiff's Exhibit 134.)
8    Q    I am, I am marking as Exhibit 134 a
9    very large map that we blew up with the Bates
10   number GA2-003019. Would you read for me the
11   title of this document?
12   A    The title of what?
13   Q    This document.
14   A    This document?
15   Q    Uh-huh (affirmative).
16   A    Proposed House District 104 and
17   105.
18   Q    Have you seen this document before?
19   A    I don't recall seeing it, but I
20   probably have.
21   Q    Do you know if you produced it or
22   not?
23   A    Did I produce it? No.
24   Q    You don't know?
25   A    I didn't -- I didn't produce it.

193

1    Q    Okay. Well, the text actually
2    might not be so small now. If you look with
3    me at the top right-hand corner, does it say
4    Client: HD105, Plan: HD105amdp1-2014?
5    A    It does.
6    Q    Do you know when this document was
7    created?
8    A    I do not.
9    Q    Do you agree with me that, given
10   that the planning says 2014, it was probably
11   created in 2014?
12   A    I would think so.
13   Q    Is this the type of map that the
14   Reapportionment Office would create to your
15   knowledge?
16   A    I would think so.
17   Q    And --
18   A    It says it's right -- done by them.
19   Q    Have you ever asked Reapportionment
20   Office to create this type of map for you with
21   proposed changes?
22   A    Have I asked them specifically?
23   Q    Not necessarily for this one,
24   but --
25   A    I don't recall.

194

1    Q    You don't recall. Do you see in
2    sort of the center, bottom center of the map.
3    A    Uh-huh (affirmative), bottom
4    center.
5    Q    Sorry. Left, like the left
6    quadrant. Yeah. An address?
7    A    I see my address.
8    Q    It's your address?
9    A    Uh-huh (affirmative).
10   Q    Okay.
11   A    But it's not correct, if that
12   matters. The zip code is not right.
13   Q    Oh. It's wrong? What's the right
14   zip code?
15   A    45.
16   Q    Gotcha. Okay. And it says 35?
17   A    It does.
18   Q    Do you know if you have a less
19   grainy copy of this map in your documents
20   somewhere?
21   A    I would think, if I had seen this
22   before, I would have caught my address and had
23   that changed, so I do not think I have seen it
24   before.
25   Q    You don't think you've seen it

195

1    before?
2    A    No.
3    Q    Okay.
4    A    I don't recall seeing it.
5    Q    Okay. Does this map show the
6    outlines of like the various precincts within
7    Gwinnett County in the same way that Exhibit 3
8    does? And I know it's grainy, but it seems to
9    be that the precincts are also --
10   A    Yes, they are shown.
11   Q    -- shown.
12   A    Uh-huh (affirmative).
13   Q    And they're delineated by dashes?
14   A    Yes.
15   Q    And this map is in gray scale;
16   right?
17   A    Yes.
18   Q    Yes. But it does appear that some
19   sections are darker than others, and others
20   are -- okay.
21   A    Yes.
22   Q    Do you agree with me that House
23   District 105 is shown in a light gray color as
24   compared to House District 104 which is shown
25   in white?

Electronically signed by Joel Moyer (501-161-376-4513)                    1a99b400-30d4-4829-b27b-15c886887b7d

Joyce H. Chandler            Georgia State Conference of the NAACP, et al vs Kemp            January 24, 2018

196

1    A    Yes.
2    Q    Okay.  Does this map show the
3  Harbins A precinct as being within House
4  District 105?
5    A    Yes.
6    Q    Do you recall ever discussing the
7  possibility of placing Harbins A in House
8  District 105?
9    A    I do not recall any specifics about
10  any of this precinct.
11    Q    Do you recall anything?
12    A    As I have said, I don't recall what
13  took place in the meeting.  It's been three
14  years ago.
15    Q    Do you know if the demographics of
16  the Harbins A precinct changed from 2010 to
17  2014?
18    A    I do not.
19    Q    Do you believe that moving all of
20  Harbins A into Precinct 105 would have
21  bettered your chances of reelection?
22    A    Yes.
23    Q    Why do you believe that?
24    A    Because it was my -- it is my
25  understanding -- as I recall, it was my

197

1  understanding that this was a predominantly
2  Republican voting area.
3    Q    Do you know if this was a
4  predominantly white area?
5    A    I do not.
6    Q    Do you know if black people
7  comprise less than 20 percent of the total
8  population in Harbins A?
9    A    I do not.
10    Q    You might have to pull out your
11  magnifying glass for this one.
12    A    Okay.  Thank you.
13        (Whereupon a document was identified
14        as Plaintiff's Exhibit 46.)
15    Q    Showing the witness exhibit --
16  Plaintiff's Exhibit 46.
17    A    I may need more than the magnifying
18  glass to see this one.  I'm kidding.  I can
19  see this.
20    Q    I can find a microscope.
21    A    Yeah.
22        MR. STRICKLAND:  I do need a
23  magnifying glass on this.
24        MR. KHOURY:  I have one.
25        MR. STRICKLAND:  A smaller model.

198

1        MS. GREEN:  Yes.  It's not as nice
2  as hers, but.
3        MR. STRICKLAND:  That's okay.
4        MS. GREEN:  Do you need one too?
5        MR. KHOURY:  I'm good.
6    A    I appreciate your magnifying glass,
7  but I think I like my glasses better.
8    Q    Whatever works for you.  You're
9  also welcome to do a combo.
10        THE WITNESS:  I might do that.  Do
11  you want this one?
12        MR. KHOURY:  Try that.
13        MR. STRICKLAND:  Oh, yeah.  This
14  thing, big picture.
15    Q    Generally speaking, do you agree
16  this spreadsheet shows statistical information
17  for various districts in Gwinnett County?
18    A    Yes.
19    Q    And does it show racial information
20  for various districts in Gwinnett County?
21    A    It does.
22    Q    And do you have any reason to doubt
23  the accuracy of the demographic information
24  reported in this spreadsheet?
25    A    And this is from?

199

1    Q    This was actually --
2    A    The Reapportionment Office?
3    Q    -- compiled by one of our experts.
4  No.
5    A    I don't know that.
6    Q    Okay.  Let's go back to the map.
7    A    Okay.  The small one?
8    Q    Er.  The smaller one.
9    A    The smaller one?
10    Q    Yeah.  Does this map show the
11  Harbins C precinct as being within House
12  District 105?
13    A    Yes.
14    Q    And do you recall discussing the
15  possibility of placing Harbins C in House
16  District 105?
17    A    Not specifically, no.
18    Q    Do you know anything about the
19  demographics of Harbins C --
20    A    No.
21    Q    -- at this time?
22    A    Except that I was told that it --
23  that any of the districts that were changed
24  were more Republican.
25    Q    Who told you this?

Electronically signed by Joel Moyer (501-161-376-4513)                    1a99b400-30d4-4829-b27b-15c886887b7d

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

Page 200

1    A    Reapportionment.
2    Q    Who within the Reapportionment?
3    A    I can't -- I don't remember that.
4    Q    Did Dan O'Connor?
5    A    I don't remember.
6    Q    Does this map show the
7    Lawrenceville M precinct as being within House
8    District 104?
9    A    I see a K. I can't read that.
10   Q    Let's do a comparison. So
11   Lawrenceville M --
12   A    Is right there.
13   Q    -- is right there.
14   A    And it's right at the Dacula point,
15   so it must be -- there it is. That's it.
16        Does it show it where? Say that
17   again.
18   Q    In House District 104?
19   A    It does.
20   Q    Do you know anything about the
21   demographics of Lawrenceville M?
22        THE VIDEOGRAPHER: Can you put your
23   microphone back on?
24        MS. GREEN: Oh. Did it fall off?
25        THE VIDEOGRAPHER: Yeah, I think

Page 201

1    so.
2         MS. GREEN: In case --
3         THE VIDEOGRAPHER: And if you could
4    repeat your question.
5         MS. GREEN: Yes. Do you know when
6    it fell of?
7         THE VIDEOGRAPHER: Just when you
8    got up and sat back down, so just the last
9    question you asked.
10        MS. GREEN: Just the last question?
11   Okay. What was the last question?
12   Q    Do you know anything about the
13   demographics of Lawrenceville M?
14   A    I do not recall anything
15   specifically.
16   Q    Did anyone tell you anything about
17   the demographics of districts that were moved
18   out of House District 105?
19   A    I don't recall any conversation,
20   but I would make the assumption that these
21   were more Democratic areas and that's why they
22   were moved out.
23   Q    Okay. Let's -- does Exhibit -- oh,
24   this is already -- shoot. Why did I mark
25   that? Can I unmark?

Page 202

1         THE COURT REPORTER: It might
2    muddle up the record.
3         MS. GREEN: Okay. Let's not muddle
4    up the record.
5    Q    What did I call this?
6    A    134.
7    Q    Okay. Does Exhibit 134 show part
8    of Lawrenceville D as being in House District
9    104?
10   A    I don't see where the C is even.
11   Q    D.
12   A    D. Oh, you said D?
13   Q    So Lawrenceville M is there.
14   A    I know here D is. And ask your
15   question again? I'm sorry.
16   Q    Sure. Does Exhibit 134 show the
17   Lawrenceville D precinct as being split
18   between House Districts 104 and 105?
19   A    Yes.
20   Q    Let's -- can we arrange it so that
21   you can kind of compare and contrast the
22   coloring? I found this very difficult to do.
23   A    Of this one and this one?
24   Q    Uh-huh (affirmative), the
25   Lawrenceville D precincts.

Page 203

1    A    Uh-huh (affirmative). I can try.
2    Q    There we go. So far as you can
3    tell, does Exhibit 134 show more of
4    Lawrenceville D being in 104 as was the case
5    in the 2012 map?
6    A    More being in 104 than 105? Is
7    that what you're asking me? More --
8    Q    Than was the case in the 2012 map.
9    A    Okay. Lawrenceville D, more in 104
10   than in 105. It looks as if it is, I think.
11   It's hard to tell. But I believe it is, yes.
12   Q    Do you recall discussing moving
13   more of Lawrenceville D into 104 than was
14   previously in 105?
15   A    I don't recall that specific
16   discussion.
17   Q    Would the same assumptions
18   regarding that kind of change, as was the case
19   with Lawrenceville M, ring true for a
20   potential move of part of Lawrenceville D into
21   104, i.e., that the portions of Lawrenceville
22   D that would be moved would be more
23   Democratic?
24   A    I would think so.
25   Q    Is it your understanding that all

Donovan Reporting, PC                                      770.499.7499

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

57 (Pages 204 to 207)

204

1   proposed changes to your district would
2   improve your chances of reelection?
3       A    Yes.
4       Q    Do you recall if, and we can open
5   it back up again if you want, at any point
6   someone, anyone, or multiple people rejected
7   the changes that are reflected in this map?
8       A    Rejecting the changes? No, because
9   it passed unanimously out of the House.
10      Q    I'll clarify. This map was not
11  passed unanimously out of the House.
12      A    That's right. Oh, you're right.
13  This map was not?
14      Q    No.
15      A    I thought 566 passed unanimously.
16      Q    566 did, but the changes that are
17  in this map were not passed.
18      A    They were not passed?
19      Q    Yes.
20      A    Okay. I don't remember that.
21      Q    Do you know why these changes --
22      A    I do not.
23      Q    -- were not passed?
24      A    And I don't know what wasn't
25  passed. I don't remember. I don't see it.

205

1       (Whereupon a document was identified as
2   Plaintiff's Exhibit 108.)
3       Q    Okay. I am showing the witness
4   Plaintiff's Exhibit 108.
5       A    Yes.
6       Q    Let's open back up Exhibit 134 all
7   the way. Now, in the top right-hand corner,
8   the plan ID on that says -- we've already said
9   it says HD105amdp1-2014; right?
10      A    Yes.
11      Q    Let's look at Exhibit 108 and in
12  the center part, and let us know if we need to
13  take your magnifying glass back.
14      A    I can see it.
15      Q    Okay. Does that also say
16  HD105amdp1 -- it says _2014_data?
17      A    Yes.
18      Q    Do you agree with me that this
19  spreadsheet contains the data for the plan
20  that's reflected in Exhibit 134?
21      A    It has the same number on it, so I
22  would assume so.
23      Q    Okay. Please take a moment to look
24  at it. Do you see the column headers Percent
25  Total Black?

206

1       A    I do.
2       Q    And Percent Total Black VAP?
3       A    I do.
4       Q    Is it your understanding that VAP
5   normally means -- do you know what VAP
6   normally means?
7       A    I don't know what it means.
8           MR. KHOURY: Voting age population.
9           MS. GREEN: Yes. Why is my mind
10  blanking?
11      A    Okay.
12      Q    Do you agree that it normally means
13  voting age population?
14      A    If my attorney says so.
15      Q    Yes. Okay. And do you see rows
16  104 and 105?
17      A    I do.
18      Q    Do you have any reason to believe
19  that these rows don't represent House
20  Districts 104 and 105?
21      A    I don't have any reason to believe
22  that they don't.
23      Q    Okay. So does this table suggest
24  that under the plan we just discussed the
25  percent total black in House -- and I'm

207

1   quoting, the percent total black in House
2   District 104 would be 25.75 percent and the,
3   quote, "percent total black VAP," end quote in
4   House District 105 -- sorry, 104 would be
5   23.69 percent?
6       A    Yes.
7       Q    And does this table suggest that
8   under the plan we just discussed the percent
9   total black in House District 105 would be
10  33.11 percent and the percent total black VAP
11  in House District 105 would be 30.33 percent?
12      A    Yes.
13      Q    Do you know if this would represent
14  an increase or decrease of African-Americans
15  in House District 104?
16      A    I do not know that.
17      Q    Do you know if it would represent
18  an increase or decrease of African-Americans
19  in House District 105?
20      A    I don't know that because -- I just
21  don't know that.
22      Q    Were you interested in the
23  percentage of African-Americans that would
24  live in House District 104 and 105 after
25  making a proposed change?

Donovan Reporting, PC                                                        770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                                    1a99b400-30d4-4829-b27b-15c886887b7d

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

58  (Pages 208 to 211)

208

1   A   No.
2   Q   Do you believe a higher percentage
3   of black people in any district would decrease
4   that representative's chances for reelection?
5   A   In any district? I don't know
6   that.
7   Q   Do you believe that a lower
8   percentage of African-Americans in your
9   district would increase your chances of
10  reelection?
11  A   I don't -- I don't know that.
12  Q   Have you -- sorry. Have you ever
13  seen that spreadsheet before?
14  A   I don't recall that, seeing that.
15  (Whereupon a document was identified as
16  Plaintiff's Exhibit 135.)
17  Q   I'm going to go ahead and mark this
18  because some changes have been made to it.
19      Showing the witness a blown-up
20  marked-up copy of Exhibit 135 with a Bates
21  number of GA2-003027.
22      Why do I have so many copies of
23  this?
24      Oh. Actually, let me take that one
25  back because I have one that is not marked up.

209

1   I don't know why this one is marked up, but
2   we're still going to call this one Exhibit
3   135, so I'm going to put the sticker -- do you
4   mind putting this somewhere on there?
5   A   Uh-huh (affirmative).
6   Q   Thank you. Would you read the
7   title of this document?
8   A   Client: HD105. Is that what
9   you're talking about? Oh. Proposed --
10  Q   Yeah.
11  A   -- House District 104 and 105.
12  Q   Okay. And go ahead and read that
13  plan name that we talked about.
14  A   HD105, HD105amdp2-2014.
15  Q   Same as with the last one that we
16  just looked at, does the 2014 suggest this
17  proposal was also made in 2014?
18  A   Yes.
19  Q   Have you seen this one before?
20  A   I don't recall that I have.
21  Q   Let's look at your zip code. The
22  zip code is wrong on this one too?
23  A   It is.
24  Q   But you agree with me, this was
25  probably made by the Reapportionment Office

210

1   given that their stamp is on it?
2   A   Yes.
3   Q   And they did at least attempt to
4   pinpoint your address?
5   A   Yes.
6   Q   Yes. When you're looking for
7   documents, will you go through your emails to
8   see if maybe you have less grainy versions of
9   these?
10  A   I -- I will.
11  Q   Okay. I'm not saying you have
12  them. I'm just saying to look.
13      And as with the previous map, the
14  precincts are shown by dashed lines.
15  A   Yes.
16  Q   The districts are shown by various
17  shades of gray. House District 105 is shown
18  in gray, whereas House District 104 is shown
19  in white?
20  A   Yes.
21  Q   And does this map show all of
22  Harbins A as being within House District 105?
23  A   Yes.
24  Q   And we -- you already said you
25  don't remember discussing that possibility

211

1   specifically with anyone within --
2   A   I do not recall doing that.
3   Q   Okay. And does this map show all
4   of Harbins B as being entirely within House
5   District 105?
6   A   All of?
7   Q   Harbins B.
8   A   Harbins B.
9   Q   Your hand was there.
10  A   B, B. Being in 105. Yes.
11  Q   That's a new one. Do you recall
12  ever discussing the possibility of moving all
13  of Harbins B into 105?
14  A   Well, I don't believe all of
15  Harbins B is moved in.
16  Q   Oh. Sorry. Most?
17  A   There's a little bit in 104.
18  Q   Yeah. So thank you for catching
19  that.
20  A   And probably some in -- no. That's
21  probably all.
22  Q   Yeah.
23  A   I don't know.
24  Q   Thank you for catching that. So do
25  you remember ever discussing moving most of

Donovan Reporting, PC                                              770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                    1a99b400-30d4-4829-b27b-15c886887b7d

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

59 (Pages 212 to 215)

212

1  Harbins B into 105?
2      A   I don't recall that.
3      Q   . Do you know anything about the
4  demographics of Harbins B?
5      A   I don't.
6      Q   Do you have -- would the same --
7          AUTOMATED MESSAGING: Five minutes,
8  enter star one to keep going and continue the
9  conference.
10         MR. STRICKLAND: I about bumped
11 into that.
12         MR. KHOURY: No. It's just --
13         MS. GREEN: Can we go off the
14 record?
15         THE VIDEOGRAPHER: Sure. Going off
16 the video record.
17     (Whereupon off-the-record discussions
18     ensued.)
19         THE VIDEOGRAPHER: Going back on
20 the video record.
21     Q   So before, we talked about some
22 assumptions made about districts that would
23 move into House District 105 and that they
24 would be more Republican, more Republican than
25 Democratic.

213

1          Does that assumption apply to
2  Harbins B?
3      A   Yes.
4      Q   Does this map show all of Harbins C
5  as being within House District 105? It's
6  the --
7      A   Yes.
8      Q   -- handle kind of?
9      A   Yes.
10     Q   Does this map show all of
11 Lawrenceville M as being within House District
12 105?
13     A   Let me go back --
14     Q   Sorry. 104?
15     A   Let me go back to your last
16 question.
17     Q   Go ahead.
18     A   I -- Harbins C, I am unsure of the
19 way this is configured if some of that goes
20 into 114. Harbins C.
21     Q   Okay.
22     A   I didn't recall it being, but it
23 may, the way that map's configured.
24     Q   I understand.
25     A   I'm not sure.

214

1      Q   Because the color delineation isn't
2  there?
3      A   Uh-huh (affirmative).
4      Q   Do you agree with me that Harbins C
5  was previously in 104?
6      A   Yes.
7      Q   And this map shows it either being
8  within 105 or 114?
9      A   Yes.
10     Q   Okay. Going back to Lawrenceville
11 M, does this map show Lawrenceville M as being
12 within, entirely within District 104?
13     A   No. There's a little bit -- see it
14 back down in the left-hand corner? There's a
15 little bit of it.
16     Q   Do you know what these striated
17 lines mean?
18     A   It's showing -- no, I don't. No, I
19 do not know what that is.
20         MR. STRICKLAND: It's a city.
21         THE WITNESS: It's a city?
22         MR. STRICKLAND: City.
23         THE WITNESS: You think it is?
24         MR. STRICKLAND: Yeah. That's
25 Lawrenceville.

215

1      A   Is that the city?
2          MR. STRICKLAND: That's
3  Lawrenceville.
4      A   So that would be Lawrenceville.
5  Okay. Okay.
6      Q   So.
7      A   Yes, it is.
8      Q   So all of Lawrenceville M is in
9  within --
10     A   It is.
11     Q   -- within 104?
12     A   Uh-huh (affirmative).
13     Q   And does this map show all of
14 Lawrenceville D as being within 104?
15     A   Lawrenceville D, you said?
16     Q   And we can do the comparison.
17     A   Yeah.
18     Q   Compare and contrast.
19     A   I can't remember where D is, so
20 it's right up there by M.
21     Q   Hold on. Let's make sure you can
22 see all of it because it kind of curves
23 around.
24     A   Yeah. I see it. Uh-huh
25 (affirmative). So M, and then next to it is

Donovan Reporting, PC                                      770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                    1a99b400-30d4-4829-b27b-15c886887b7d

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

60   (Pages 216 to 219)

| 216 |
| --- |

1    Lawrenceville D. Yeah, I see it.
2            Ask your question again. I'm
3    sorry.
4       Q     Does this map show all of
5    Lawrenceville D as being within House District
6    104?
7       A     Yes, it does.
8       Q     To your knowledge, did anyone at
9    any point reject the changes shown in this
10   map?
11      A     I don't recall that.
12      Q     Do you recall discussing this map
13   at all?
14      A     I don't.
15           (Whereupon a document was identified as
16   Plaintiff's Exhibit 110.)
17      Q     I am showing the witness
18   Plaintiff's Exhibit 110.  The top center part,
19   does that say HD105amdp2_2014_data?
20      A     Yes.
21      Q     And does that match the plan name
22   of the map that we were just looking at,
23   Exhibit 135?
24      A     Yes, it does.
25      Q     So do you agree with me that this

| 217 |
| --- |

1    spreadsheet likely contains the data for the
2    plan we just spent time discussing?
3       A     Yes.
4       Q     And as was the case before, do you
5    see the columns Percent Total Black and
6    Percent Total Black VAP?
7       A     Yes.
8       Q     Does this table suggest that the
9    percent total black in House District 104
10   would be 28.18 percent and the percent total
11   black VAP in House District 104 would be 26.04
12   percent in this plan?
13      A     Yes.
14      Q     And does this spreadsheet suggest
15   that the percent total black in House District
16   105 would be 30.72 percent and the percent
17   total black VAP in House District 105 would be
18   28.03 percent?
19      A     Yes.
20      Q     Do you know if this would have
21   represented an increase or decrease of
22   African-Americans in House District 104?
23      A     If I look at the total black and
24   the total black VAP, there's a reduction.  But
25   other than that, I don't know how I would --

| 218 |
| --- |

1    and that -- I don't know how I would tell
2    that.
3       Q     We talked before about how
4    moving -- when you're moving a precinct
5    into -- out of -- sorry.  If you're moving a
6    precinct out of 105, it's probably more
7    Democratic; right?
8       A     If I'm moving it out, yes.
9       Q     And if you're moving a precinct
10   into 105, it's probably more Republican?
11      A     Yes.
12      Q     Do you agree that moving a precinct
13   out of 105, that precinct would probably have
14   a higher percentage of black people?
15      A     I would -- I could not make that
16   assumption.
17      Q     Do you believe that if you moved a
18   precinct into House District 105 it would
19   probably have a high percentage of white
20   people?
21      A     I couldn't make that assumption.
22      Q     Do you recall ever drawing a map
23   where the number of African-American voters in
24   House District 105 increased?
25      A     I don't recall a map, decreased or

| 219 |
| --- |

1    increased.  I don't recall any of that.
2       Q     Did you ever ask the
3    Reapportionment Office to draw a map where the
4    number of nonwhite voters in your district
5    increased?
6       A     Absolutely not.
7       Q     Why not?
8       A     Why would I?  I -- we weren't -- we
9    weren't looking at anything racial in this.  I
10   don't recall anything racial.
11      Q     Did -- let's look at Exhibit 110
12   again just for an example, the one we -- it's
13   right there.
14      A     Oh, right here.
15      Q     No.  You have it in your hand.
16      A     Oh, this in my hand?  Okay.
17      Q     Does this spreadsheet talk about
18   racial information?
19      A     Well, it looks as if it does, yes.
20      Q     So when considering plans, you did
21   consider racial information?
22          MR. KHOURY:  Object to form.
23      Q     Or racial information was
24   considered?
25      A     I do not recall that.

Electronically signed by Joel Moyer (501-161-376-4513)                    1a99b400-30d4-4829-b27b-15c886887b7d

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

61 (Pages 220 to 223)

220

1    Q    You don't recall?
2    A    I recall no mention of racial.
3    Q    Okay. Do you recall ever seeing
4    this spreadsheet?
5    A    No.
6    Q    Okay. Let's -- I think you're safe
7    to fold those up.
8    A    Okay.
9         MS. GREEN: Can we go off the
10   record just for a sec?
11        THE VIDEOGRAPHER: Going off the
12   video record.
13        (Whereupon off-the-record discussions
14        ensued.)
15        THE VIDEOGRAPHER: We're now back
16   on the video record.
17   Q    I am showing the witness Exhibit 2
18   again. Right? No.
19   A    4?
20   Q    Exhibit 4. Exhibit 4. I'm not
21   showing the witness Exhibit 2. We've already
22   established that this is a map of Gwinnett
23   County as reflected from the 2015 changes?
24   A    Yes.
25   Q    Okay. Can you tell me what changes

221

1    were made between this map and the 2012 map?
2    If you want me to put the 2012 map back, I can
3    do that.
4    A    I may be able to recall. I --
5    Harbins A and C were put in -- were moved from
6    104 to 105.
7    Q    But not Harbins B; right?
8    A    But not Harbins B.
9    Q    And we discussed a plan where
10   Harbins B would have been put -- or part of
11   Harbins B would have been put in 105; right?
12   A    Yes.
13   Q    Okay. So that change was rejected
14   for whatever reason?
15   A    Yes, for some reason. And then
16   there are changes to Lawrenceville D as I
17   recall.
18   Q    And were there changes to
19   Lawrenceville M?
20   A    And M also, yes.
21   Q    To your knowledge, did these
22   changes result in a decrease of
23   African-American voters in your district?
24   A    I don't know that.
25   Q    Did these changes result in an

222

1    increase in the number of white voters in your
2    district?
3    A    I don't know that.
4    Q    Did you split a precinct?
5    A    Did I split a precinct?
6    Q    Uh-huh (affirmative).
7    A    Looks as if I did, right here.
8    Looks like Lawrenceville D was somewhat split.
9    Q    I think Lawrenceville D was already
10   split.
11   A    I'm not sure. Yes, it was already
12   split. You're correct. It was. It was.
13   Q    Okay. We'll go through specifics.
14   Okay. Do you know -- or why -- so was
15   Lawrenceville M moved into House District 104?
16   A    Was it? Yes.
17   Q    And do you know what the racial
18   demographics of voters in Lawrenceville M is?
19   A    I do not.
20   Q    Were you involved in the decision
21   to move Lawrenceville M into House District
22   104?
23   A    I don't recall.
24   Q    You don't recall. Before, you
25   said, when we're moving districts --

223

1    precincts -- sorry. I keep saying districts.
2    I mean precincts.
3         When we're moving precincts out of
4    your district and putting them in another
5    district, we're taking Democratic voters and
6    putting them in another district; right?
7         MR. KHOURY: Object to the form of
8    the --
9    Q    More Democratic voters, that
10   precinct has more Democratic voters than
11   Republican if you're moving them out. Do you
12   want me to rephrase?
13   A    In -- yeah, I do.
14   Q    Okay. So we discussed earlier that
15   when you move -- under the plan when you move
16   a precinct out of 105, it's because that
17   precinct has more Democratic than Republican
18   voters?
19        MR. KHOURY: Object to the form of
20   the question.
21   A    That that is why it would be done.
22   Is that -- that's what you're asking me?
23   Q    Uh-huh (affirmative).
24   A    Yes.
25   Q    So did you believe that moving

Donovan Reporting, PC                                                    770.499.7499

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

62 (Pages 224 to 227)

224

1    Lawrenceville M out of 105 and into 104 would
2    make your district overall more safe for you?
3        A   Yes.
4        Q   And you -- does this -- so you
5    added Harbins C into 105?
6        A   Yes.
7        Q   Do you recall why you added Harbins
8    C into 105?
9        A   I do not.
10       Q   Do you recall the demographics of
11   Harbins C at the time --
12       A   I do not.
13       Q   -- it was moved into 105?
14       A   Huh-uh (negative).
15       Q   Do you agree that moving Harbins C
16   into 105 would have made the district safer
17   for you --
18       A   Yes.
19       Q   -- overall?
20       A   Yes.
21       Q   Now, in the 2012 map, and I can
22   bring it back if you want me to, the Harbins A
23   precinct was entirely within 104.  And I
24   can --
25       A   Yes.

225

1        Q   -- bring it back.
2        A   It was.
3        Q   Okay.  Did you split the Harbins A
4    precinct in the 2015 plan --
5        A   I did.
6        Q   -- that was passed as House Bill
7    566?
8        A   Well, looking at this map, yes, it
9    was.  I didn't realize it was, but it is.
10       Q   Do you recall why you split Harbins
11   A?
12       A   I do not.
13       Q   Do you know how the decision was
14   made to split Harbins A, i.e., where the line
15   between 104 and 105 begin?
16       A   I do not recall that.
17       Q   Do you recall looking at data as to
18   where Harbins A should be split?
19       A   I do not recall any such situation.
20       Q   Are you aware of the demographics
21   of Harbins A at the time you split the
22   precinct?
23       A   I think it was more Republican.
24       Q   Do you know if it was more white?
25       A   I do not.

226

1        Q   Do you believe that splitting
2    Harbins A made the -- made your district
3    overall more safe for you?
4        A   Yes.
5        Q   Moving onto Lawrenceville D.
6        A   Okay.
7        Q   Do you recall changing the split in
8    Lawrenceville D so that more voters were in
9    House District 105, so adding in voters into
10   105 from 104?
11       A   Say that again.
12       Q   Do you recall adding -- changing
13   the split for Lawrenceville D so that more
14   voters from 104 were moved into House District
15   105?
16       A   I don't recall that, but I assume
17   it was done.
18       Q   Do you recall looking at data as to
19   how that line was drawn?
20       A   No, I do not.
21       Q   Are you aware that the voters that
22   were added into House District 105 were mostly
23   white?
24       A   I'm not.
25       Q   To your knowledge, did the

227

1    Reapportionment Office create table, a table
2    similar to Exhibits 108 and 110, for this map?
3        A   I don't recall that.
4        (Whereupon a document was identified as
5        Plaintiff's Exhibit 136.)
6        Q   Showing the witness a document with
7    the Bates range GA2-000682 through GA2-000692
8    that I'm marking as Exhibit 136.
9        Please take a moment to acquaint
10   yourself.  You don't have to read everything
11   in detail.  I'll ask you questions, but let me
12   know when you're -- when you feel comfortable
13   talking about it.
14       A   Well, I'm just -- I'm glancing at
15   it.
16       Q   Yeah, yeah.
17       A   That's all.  Okay.
18       Q   So is this an email chain between
19   Dan O'Connor and a man named Chris,
20   K-E-L-L-E-H-E-R, Kelleher?
21       A   I don't know.  I don't know who
22   that is.
23       Q   That's dated June 5th, 2015?
24       A   Yes, it appears that it is.
25       Q   Okay.  And is the subject of the

228

1  email Re: House District 80?
2      A    Yes.
3      Q    And did Mr. O'Connor attach two
4  documents to the email, the first of which is
5  titled House 12 -- no. Look at the first
6  page.
7      A    First page of the --
8      Q    No, the first page.
9      A    -- of the attach --
10     Q    The very first page of the exhibit.
11     A    Oh, okay.
12     Q    And do you see the Attach: before
13  the horizontal line at the top to the left?
14     A    Okay. Yes, uh-huh.
15     Q    All right. So is the first
16  attachment titled House 12 Re--2014 Voting
17  Data HD 48.xlsx?
18     A    Yes.
19     Q    And the second attachment is called
20  House-amdsub-2015-PACKET.pdf?
21     A    Yes.
22     Q    I want you to count with me to the
23  tenth page of the exhibit.
24     A    And what is it headed?
25     Q    And the Bates stamp is GA2-000691.

229

1  It's going to be a spreadsheet, and it's going
2  to look like this.
3      A    Okay. I think I went too far.
4      Q    It's the second to the last page.
5      A    Oh. All right.
6      Q    Do you want the magnifying glass?
7      A    No.
8      Q    Okay.
9      A    I can see.
10     Q    All right. In the top left-hand
11  corner, does it say House-amdsub-2015?
12     A    Yes.
13     Q    Sorry. Lost my train of thought.
14         Do you see the column that says
15  District?
16     A    Yes.
17     Q    Do you see the row that says 105?
18     A    I do.
19     Q    And in kind of like a half column,
20  there's a VAP in that same row?
21     A    There is a what?
22     Q    So --
23     A    VAP? Yes.
24     Q    -- there's 105.
25     A    I see.

230

1      Q    And slightly down and to the
2  right --
3      A    Yes.
4      Q    -- there's something says VAP?
5      A    Yes.
6      Q    And then it's blank right above
7  that?
8      A    Yes.
9      Q    Okay. So stay with me in that row
10  and scroll all the way to the right, right
11  before the horizontal line. So for -- do you
12  agree with me that it says -- so in that
13  column, it's Percent Total Black. Do you see
14  that column?
15     A    I do.
16     Q    Okay. So for the row that's not in
17  the -- that doesn't correspond to the VAP,
18  does it say 34.69 for House District 105?
19     A    Yes.
20     Q    And for the VAP row, does it say
21  31.82 percent for House District 105?
22     A    Yes.
23     Q    And does this document suggest that
24  the percent total black people within House
25  District 105 in the 2015 amendment as adopted

231

1  in HB 566 were -- was 34.69 percent?
2         MR. KHOURY: Object to the form of
3  the question.
4      A    I -- I don't see that that's
5  labeled like that.
6      Q    What part?
7      A    That -- I see that this is up here,
8  House, et cetera, et cetera, 2015, but I don't
9  know --
10     Q    If this corresponds to the changes
11  in House Bill 566?
12     A    Yeah. I don't see that.
13     Q    Okay. Can we go back to the first
14  page?
15     A    We can, uh-huh (affirmative).
16     Q    All right. I want to read the
17  first sentence for you. "Chris, following up
18  from yesterday, attached at left is table
19  showing how House Dist 48 (Geisenger's old
20  seat) voted in the 2014 statewide contest, and
21  to the right of that, packet with the changes
22  made to the House this past session as part of
23  HB 566." Did I read that correctly?
24     A    Yes.
25     Q    Okay. And do you agree with me

232

1  that the title of the attachment that we just
2  read out matches the title of the spreadsheet
3  that we were just discussing?
4      A    Yes.
5      Q    Okay.  So based on that, do you
6  agree with me that this spreadsheet likely
7  reflects the changes that were made in House
8  Bill 566?
9      A    Likely, yes.
10     Q    Okay.  And does this spreadsheet
11 show that for House District 105 the percent
12 total black population as a result of House
13 Bill 566 was 34.69 percent?
14     A    Yes.
15     Q    And does this table show, likely
16 show, that the changes made in House Bill 566
17 resulted in a percent total black VAP
18 population -- percentage, sorry, of 31.82
19 percent?
20     A    Yes.
21     Q    To your knowledge, does this
22 represent a decrease in the number of
23 African-American voters in your district of
24 about two percent?
25     A    According to this chart, it would.

233

1      Q    Does this chart show that?
2      A    Does this chart show that?
3      Q    Uh-huh (affirmative).
4      A    Well, it shows going from -- I can
5  do the math.  I didn't do it.  I just -- yeah,
6  two-point-something percent, 34.69 to 31.82.
7  Isn't that what you're saying?
8      Q    I don't think this chart shows --
9  so I was asking more generally if you know.
10     A    Oh, if I know?
11     Q    Yeah.  So this chart shows --
12     A    No.
13     Q    -- the percentage total black in
14 the district --
15     A    Uh-huh (affirmative).
16     Q    -- because of the changes.  I just
17 want to make sure that we're clear on the
18 record, that I'm not trying to suggest --
19     A    According to --
20     Q    Yes.  So --
21     A    -- the changes.
22     Q    -- based on the changes, these are
23 the percentages of black people in the
24 district and the percentages of total black
25 people.  But I don't think this spreadsheet

234

1  shows --
2      A    Okay.
3      Q    -- the differences between the two
4  plans.  So I'm asking you, based on your
5  general knowledge of demographics in your
6  district, if you know if these changes would
7  result in a decrease of about two percent.
8      A    I don't know that.
9      Q    Okay.
10          THE VIDEOGRAPHER:  You've got about
11 five minutes left.
12          MS. GREEN:  Oh, okay.  So let's --
13          THE VIDEOGRAPHER:  Do you want to
14 change?
15          MS. GREEN:  Let's go off the
16 record.
17          THE VIDEOGRAPHER:  Okay.  Going off
18 the video record at 7:01.
19          (Proceedings in recess, 7:01 p.m. to
20 7:06 p.m.)
21          THE VIDEOGRAPHER:  We're now back
22 on the video record at 7:06 p.m.  This is the
23 start of video file number five.
24     Q    Before we move past it, let's just
25 look at Exhibit 136 that we were just looking

235

1  at, the same spreadsheet that you have open
2  here.
3          Now, Mr. O'Connor is the one that
4  put together this spreadsheet, right, or so
5  far as you can tell?  He attached it to the
6  email to Mr. --
7      A    Yes, as far as I can tell.
8      Q    Yes.  Do you -- earlier you said
9  you trust Mr. O'Connor's judgment.
10     A    Yes.
11     Q    If Mr. O'Connor was tracking this
12 information, do you believe it's important?
13 It's likely to be important?
14          MR. KHOURY:  Object to the form of
15 the question.
16     A    Not necessarily.  It's data.
17     Q    Do you believe understanding the
18 percent total black people as a result of a
19 change is an important piece of data to track?
20     A    I can only answer that by saying it
21 was -- I never heard that mentioned as a
22 consideration for any changes.
23     Q    By that, do you mean you never
24 heard it said that changing the percent total
25 black people in a district is a reason to

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

236

1  change the district?
2      A   I don't -- I don't know that I
3  could say I recall that or didn't recall that.
4  I just -- no, I don't -- I couldn't say.
5      Q   Do you recall a discussion in which
6  increasing or decreasing the number of black
7  people in a district was given as a reason to
8  change a district?
9      A   No, I do not.
10      Q   Do you recall a discussion where
11  achieving a certain -- sorry.  Let me go back.
12          Do you recall a discussion where
13  getting below a certain percentage of black
14  people was ever given as a reason to change a
15  district?
16      A   No, I do not.
17      Q   Let's go back to the first page of
18  this exhibit.  I'm going to read for you the
19  third sentence.  Or actually, I'll read for
20  you the second and third sentence, sentences.
21          "Fewer than 20 districts were
22  affected, and most of the changes were pretty
23  minor -- but two exceptions to that were Joyce
24  Chandler (105) and Brian Strickland (111).
25  Both of them get about a four-point GOP boost

237

1  in their currently marginal districts."
2          Do you agree with Mr. O'Connor's
3  characterization of the changes in House Bill
4  566 as I just read?
5      A   I don't recall specifically.  But
6  if Mr. O'Connor said that, I'm sure he knew
7  what he was talking about.
8      Q   Let's go back to the two
9  spreadsheets I just showed you.
10      A   Okay.
11      Q   The last two pages.
12      A   Okay.
13      Q   Do either of these spreadsheets
14  contain party information?
15      A   I have to look at the second page.
16  I haven't looked at it.  I don't see any party
17  information.
18      Q   So you can't tell what percentage
19  of Democrats would be in House District 105
20  from this spreadsheet?
21      A   Not from this spreadsheet.
22      Q   Have you seen a spreadsheet where
23  you could?
24      A   I don't recall seeing a
25  spreadsheet, but I -- I know that the only

238

1  thing considered was changing from putting
2  more Republicans and fewer Democrats in the
3  district.  That was the only thing considered.
4      Q   How do you know that?
5      A   I can remember that because I --
6  I'm very sensitive of those issues.  It's very
7  important to me for people to be treated
8  equally, and I would remember those state --
9  kinds of statements.
10      Q   What kind of statements?
11      A   Any kind of statements that
12  were any kind of racial stuff, anything like
13  that.  That's all I can recall, is that none
14  of that I ever heard mentioned.
15      Q   And you say that because you don't
16  remember that ever being said?
17      A   I don't --
18      Q   You don't remember racial
19  considerations ever being discussed?
20      A   I do not remember them ever being
21  discussed.
22      Q   Do you have any other basis, or
23  other than not remembering, for saying that
24  racial considerations were never discussed?
25      A   That's -- except -- the only thing

239

1  I would say is that's just not the way we
2  operate.  It was strictly to put more
3  Republicans in the district.
4      Q   But do you agree with me that this
5  spreadsheet looks at the percentage of black
6  people that were going to be in the district
7  because of the change?
8      A   Blacks, yes, it does.
9      Q   And it looks at the percentage of
10  Latinos --
11      A   Yes.
12      Q   -- that were going --
13      A   Yes, Latinos.
14      Q   -- to be in the district because of
15  the change?
16      A   It does.
17      Q   In fact, this spreadsheet doesn't
18  even look at the percentage of white people
19  that --
20      A   No.
21      Q   -- would be in the district as a
22  result of the change?
23      A   I do agree with that.
24      Q   Okay.  So when you say that's not
25  how we operated, was this attached by Mr. --

Donovan Reporting, PC                                    770.499.7499

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

66  (Pages 240 to 243)

240

1    who's "we"?
2        A    I didn't say -- I said that's how,
3    generally how we -- we do not operate that way
4    in the House, looking at any kind of racial
5    issues.  That's not what we ever con -- look
6    at.
7        Q    Who's "we"?
8        A    The House members.
9        Q    House members specifically.  Does
10   that include their staff?
11       A    I can't speak to that, but I would
12   assume so.
13       Q    Would that include the
14   Reapportionment Office?
15       A    I can't speak for them, but I would
16   assume so.
17       Q    Okay.  But this spreadsheet shows
18   that the Reapportionment Office did look at
19   race.
20       A    They printed out a sheet that
21   looked at race, yes.
22       Q    And they made this sheet that
23   looked at race?
24       A    I assume they did.
25       Q    So they did consider race when

241

1    looking at -- when making these maps; right?
2        MR. KHOURY:  Object to the form of
3    the question.
4        A    I can't say that they did.  They
5    made these -- they made this graph or this
6    sheet.  I'm assuming they prepared this sheet.
7        Q    Which tracks racial data in the
8    districts?
9        A    It looks like it does, yes.
10       Q    And does not track party data in
11   the district?
12       A    It does not.
13       Q    And you have no recollection of
14   ever seeing a spreadsheet that does track
15   parties in the district?
16       A    Of ever --
17       Q    You have no recollection -- do you
18   have any recollection of seeing a spreadsheet
19   by the Reapportionment Office that tracks
20   party changes as a result of House Bill 566?
21       A    I -- as I have said, I recall very
22   little.  I do not recall seeing a sheet like
23   that, no.
24       (Whereupon a document was identified as
25   Plaintiff's Exhibit 137.)

242

1        Q    I'd like to show the witness a
2    document with the Bates number GA2-001571 and
3    marking it as Exhibit 137.
4            Take a second to look at it and let
5    me know when you're ready to talk about it.
6        A    I've looked at it.  I have.
7        Q    Is this an email between Dan
8    O'Connor and someone with an email address
9    awl@sbllaw.net?
10       A    Yes.
11       Q    Do you know to whom that --
12       A    I do not recall right now.
13       Q    Okay.
14       A    I don't remember that.
15       Q    Okay.  Do you know who Anne Lewis
16   is?
17       A    I do.
18       Q    Okay.  If I said that this email
19   address belonged to her, would you have any
20   reason to doubt me?
21       A    I would not.
22       Q    Okay.  And does she belong to the
23   Republican National Lawyers Association?  Or
24   how do you know her?
25       A    I know that she's a Republican.

243

1        Q    Okay.
2        A    And that she is an attorney.
3        Q    Okay.  And is the subject of this
4    email Follow-Up, President's Day Dinner?
5        A    Yes.
6        Q    If you'll look with me at the last
7    paragraph of this email, I'm going to read the
8    first sentence.
9            "Also on the redistricting changes
10   in the House made last week, the minority
11   percentages changed very little even for the
12   two main beneficiaries -- Joyce Chandler in
13   Gwinnett HD 105 and Brian Strickland in Henry
14   HD 111."
15           Do you agree that you were one of
16   two main beneficiaries of the changes in House
17   Bill 566?
18       A    According to this, yes.
19       Q    Do you think of yourself as a
20   beneficiary of House Bill 566?
21       A    I -- I see myself as a beneficiary
22   in moving more Republicans into my district,
23   yes.
24       Q    I'm sorry.  Did you catch -- okay.
25           I'm going to read the next

Electronically signed by Joel Moyer (501-161-376-4513)                    1a99b400-30d4-4829-b27b-15c886887b7d

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

67 (Pages 244 to 247)

244

1    sentence.
2          "Under HB 566, Chandler's district
3    drops from 36.69 percent to 34.69 percent
4    black -- just a two percent drop -- and
5    Strickland's drops by 2.53 percent from 37.84
6    percent to 35.31 percent."
7          Do you agree with Mr. O'Connor's
8    statement that the changes in HB 566 resulted
9    in a two percent decrease in the percentage of
10   black voters in your district?
11      A    As I said, if that's what
12   Mr. O'Connor says, as he states here, I would
13   assume that's correct.
14      Q    Do you still have the previous
15   exhibit, Exhibit 136, handy?
16      A    This?
17      Q    Yeah, that one.
18      A    Uh-huh (affirmative), I do.
19      Q    And that, the page -- which you
20   have the right page open.
21      A    Okay.
22      Q    In HD 10 -- the 105 row in the
23   Percent Total Black column, do you see 34. --
24      A    I do.
25      Q    -- 69 percent black?

245

1      A    Yes.
2      Q    And does that match what
3    Mr. O'Connor says in his email in, sorry, the
4    email in Exhibit 137?
5      A    This, you're saying?
6      Q    Yes.
7      A    Does it match just a two percent
8    drop? Is that what you're saying?
9      Q    Does 34.69 percent in Exhibit 136
10   match the 34.69 percent referenced in
11   Exhibit 137?
12      A    Yes, it matches that.
13      Q    Do you believe that two percent
14   change increased the likelihood that you would
15   win the 2016 election?
16      A    Would you state that again, please?
17      Q    Do you believe that -- sorry. Did
18   you believe that two percent change increased
19   the likelihood that you would win the 2016
20   election?
21      A    I can answer that by saying that I
22   don't think this had anything to do with my
23   likelihood to win the election. It was
24   because more Republican voters were moved into
25   the district. I would not think this would

246

1    have had anything to do with it.
2      Q    Is it possible that race did have
3    something to do with it?
4          MR. KHOURY: Object to the form of
5    the question.
6      A    I would not think so.
7      Q    Earlier you agreed with me that
8    most black people vote for Democrats,
9    generally speaking?
10      A    I have heard that. I understand
11   that.
12      Q    Okay. Do you believe that the
13   number of black people in your district would
14   have been decreased by two percent if that did
15   not increase your chances of reelection in
16   2016?
17          MR. KHOURY: Object to the form of
18   the question.
19      A    It seems like two questions, but --
20   so break it down a little bit for me.
21      Q    Do you believe that the number of
22   black people in your district would have been
23   decreased by two percent had that change not
24   increased the likelihood that you would win
25   reelection in 2016?

247

1          MR. KHOURY: Object to the form of
2    the question.
3      A    Can you make that two questions
4    instead of one big one?
5      Q    Do you have any reason to doubt
6    that the number of black people in your
7    district was decreased by two percent?
8      A    No.
9      Q    Okay. So given that change, do you
10   have any reason to believe that the number of
11   black people would not have been decreased had
12   that decrease not increased?
13          MR. KHOURY: Object --
14      A    Sorry.
15          MR. KHOURY: -- to the form of that
16   question.
17      Q    Would it help if you read the
18   question?
19      A    Well, you can -- he can -- you can
20   read it back to me, and I can see.
21      Q    Would -- let's see if I can --
22          Would the -- any proposed change to
23   your district would have increased the
24   likelihood, based on your stats and stuff,
25   that you would win reelection; right? All

Electronically signed by Joel Moyer (501-161-376-4513)                    1a99b400-30d4-4829-b27b-15c886887b7d

248

1    changes were designed to help you win in 2016;
2    is that right?
3        A    The only change that I'm aware of
4    is moving more Republicans into my district.
5    That was designed to help me, that would win
6    election.
7        Q    So my question's a little bit
8    different.  My question is: The changes, all
9    of the changes that were made to your
10   district, were designed to help you win;
11   right?
12       MR. KHOURY:  Object to the form of
13   the question.
14       Q    To increase the likelihood that you
15   would win?
16       A    The changes with more Republicans,
17   yes, were designed to help me win the
18   election.
19       Q    If decreasing the number of black
20   people in your district by two percent would
21   have hurt your chances for reelection, do you
22   think that change would have been made?
23       A    I don't know that.  I don't know.
24       Q    Do you think a change to your
25   district would have been made that would hurt

249

1    your chances for reelection?
2        A    No.
3        Q    No.  So all changes that were made
4    would help increase your chances of
5    reelection; right?
6        MR. KHOURY:  Object to the form of
7    the question.
8        A    The only change that I knew was --
9    that was being made was more Republican
10   voters.  I'm sorry.  I'm, I'm not answering
11   what you're asking, but that's the best I can
12   do.
13       Q    So my question is: Would a change
14   have been made that would hurt your chances of
15   reelection?
16       A    No.
17       Q    Would you change the map to keep
18   your chances of reelection the same?
19       A    I wouldn't think so.
20       Q    So that means that if you're going
21   to make a change, it's going to increases your
22   chances of reelection; right?
23       MR. KHOURY:  Object to the form of
24   the question.
25       A    If you're going to make a change, I

250

1    would think it would have been to improve my
2    chances for reelection.
3        Q    Okay.  So we've already established
4    that the number of black people in your
5    district was decreased by two percent.
6        A    Yes.
7        Q    Yes.
8        A    Uh-huh (affirmative).
9        Q    So that was a change that improved
10   your chances for reelection?
11       MR. KHOURY:  Object to the form of
12   the question.  Is that testimony or a
13   question?
14       MS. GREEN:  I'm going to object to
15   speaking objections.
16       MR. KHOURY:  And I am going to
17   object to you testifying on the record.
18       MS. GREEN:  I am not testifying.
19       Q    I'm asking you if you agree.  Do
20   you agree that the two percent decrease in
21   black people in your district improved your
22   chances of reelection?
23       A    I don't know that because that --
24   did that two percent change occur because of
25   more Republicans coming in my district?  I

251

1    don't know that.  So I can't -- I don't know
2    how to answer your question.
3        Q    Do you know that no changes were
4    made to decrease your chances of reelection?
5        MR. KHOURY:  Object to the form of
6    the question.
7        A    To decrease my chance?  Yes.
8        Q    You know that no changes were made
9    to decrease --
10       A    I would assume.  I should say that.
11   I would assume that no changes were made to
12   decrease my chances for reelection.
13       Q    And you -- do you -- would you
14   assume that no changes would be made that
15   would keep your chances of reelection the
16   same?
17       MR. KHOURY:  Object to the form of
18   the question.
19       A    Yes.
20       Q    Okay.  And so would you assume that
21   all changes that were made increased your
22   chances of reelection?
23       MR. KHOURY:  Object to the form of
24   the question.
25       A    I can't go with that "all changes"

Electronically signed by Joel Moyer (501-161-376-4513)                    1a99b400-30d4-4829-b27b-15c886887b7d

252

1  again because the changes that were made were
2  to put more Republicans into my district.
3          Now, did it -- if it lowered the
4  percent of African-Americans or other
5  minorities, it lowered them.  But that was not
6  the purpose of what was being done.  It was to
7  put more Republicans into the district.  Sure,
8  it could have changed some of those other
9  variables, but that was not the design of what
10  was done.
11      Q    But do you agree that the effect of
12  what was done increased your chances for
13  reelection?
14      A    I don't know that.  I don't, I
15  don't have any way of knowing that.
16      Q    You said before, you consider
17  yourself a beneficiary of the changes;
18  correct?
19          MR. KHOURY:  Object to the form of
20  the question.
21      A    Of -- but the change that I'm
22  always talking about is more Republican voters
23  in my district.  That's the change.  I have
24  not used the word changes at all, change.
25      Q    But were you a beneficiary of the

253

1  changes made to House District 105?
2      A    I was a beneficiary of the change
3  of more Republican voters, yes.
4      Q    Okay.  And are you aware that more
5  Republican voters, as you say, were moved into
6  your district by decreasing the number of
7  black voters in your district by two percent?
8          MR. KHOURY:  Object to the form of
9  the question.
10      A    Would you state that again?
11          MS. GREEN:  Would you read my
12  question?
13          (Whereupon the court reporter read back
14          the referred-to portion as follows:)
15      Q    Okay.  And are you aware that more
16  Republican voters, as you say, were moved into
17  your district by decreasing the number of
18  black voters in your district by two percent?
19          (Whereupon the reading back was
20          concluded.)
21      A    I was not aware of that.
22      Q    Do you have any reason to believe
23  that was not the case based on the documents
24  that you've reviewed today?
25      A    That that, that that improved my

254

1  district with the two percent fewer
2  minorities?  Is that what you're saying?
3      Q    Do you have any reason to believe
4  that Republicans were added to your district
5  by removing black voters from your district by
6  two percent?
7          MR. KHOURY:  Wait.  Object to the
8  form of the question.  Republican voters were
9  added by removing people?
10      A    Yeah, I don't understand.  Sorry.
11      Q    If you add in voters into your
12  district, can you just add in voters into a
13  district?  Do you have to maintain a certain
14  number of people in a district?
15      A    Approximately.
16      Q    Under the Voting Rights Act?
17      A    Approximately.
18      Q    So if you add in people, you have
19  to get rid of some people; right?
20          MR. KHOURY:  Object to the form of
21  the question.
22      A    And we --
23      Q    We're speaking generally.  So if
24  you add in some people --
25      A    Yes.

255

1      Q    -- to keep the numbers balanced,
2  you must remove others?
3      A    And that was when Democrats were
4  removed.
5      Q    Okay.  So I'm asking, you said that
6  you benefited from these changes because
7  Republicans were moved into your district.
8      A    Uh-huh, yes.
9      Q    And I'm asking -- and you said that
10  you benefited from Republicans being moved
11  into your district.
12      A    Yes.
13      Q    Okay.  So I'm asking, do you have
14  any reason to believe that in order to move in
15  those Republicans into your district, two
16  percent of the black people in your district
17  had to be removed?
18      A    I only know that Democrats were
19  removed.  If they -- I don't know if they were
20  black, white.  I don't know.  But Democrats
21  were removed.
22      Q    Okay.  Let's look at Exhibit 137
23  again.
24      A    Okay.
25      Q    Are you saying that -- based on

Electronically signed by Joel Moyer (501-161-376-4513)                1a99b400-30d4-4829-b27b-15c886887b7d

Joyce H. Chandler        Georgia State Conference of the NAACP, et al vs Kemp        January 24, 2018

256

1 this document, do you have any reason to
2 disbelieve that two percent of black people in
3 your district were not removed?
4     A    No. I see that.
5     Q    Okay.
6     A    That's what it says here.
7     Q    Okay.
8     A    But it was Democrats that were
9 moved. It was -- there was no -- there was
10 nothing about --
11     Q    Whether there was an intent to
12 remove them or not --
13     A    It was nothing about that. It was
14 Democrats. It was a Democrat-Republican
15 situation.
16     Q    But I am asking you, did you remove
17 two percent black people from your district?
18     A    The bill did, according to this,
19 yes.
20     Q    Okay. And you benefited from that
21 change?
22     A    I benefited from the change of more
23 Republican voters and fewer Democrat voters in
24 my district. And I'm not trying to be
25 difficult.

257

1         MR. KHOURY: I mean, I think that's
2 about as clear as it can be made, and we're
3 torturing this subject at this point.
4     Q    Did you ever solicit public comment
5 for the proposed changes to your district?
6     A    I did not.
7     Q    Why not?
8     A    It was never even a consideration
9 of mine.
10     Q    Did you think people that were
11 being moved into your district or moved out of
12 your district would want to know?
13     A    I, I never thought about that.
14     Q    Do you believe representatives have
15 the right to choose their voters?
16     A    No.
17     Q    Did you choose your voters?
18     A    Well, wait. Let me go back. I
19 chose my voters in that I wanted more
20 Republican voters. Yes, I did choose my
21 voters from that standpoint. But I did not
22 choose any other qualifications of those
23 voters. Only Republicans is what I asked for
24 or what the bill asks for, calls for.
25     Q    Do you believe that constituents

258

1 affected by House Bill 566 were adequately
2 informed about the changes to your district,
3 to their district?
4     A    After the fact, they were, yes.
5     Q    Do you think they were informed
6 before the fact?
7     A    I doubt it.
8     Q    Were you responsible for informing
9 your constituents --
10     A    No.
11     Q    -- before the fact?
12     A    I'm not.
13     Q    Why don't you think you're
14 responsible?
15     A    I, I don't -- because the bottom
16 line is that most of my constituents wouldn't
17 care. That may not be an adequate reason, but
18 I've never even thought about.
19     Q    When you say "most"?
20     A    Uh-huh (affirmative), the majority.
21     Q    Slight majority?
22     A    I don't, I don't distinguish
23 between black and white. It's people. And
24 they're either Republicans or Democrats is all
25 we're looking at here.

259

1     Q    I don't think I asked about black
2 and white. I asked a slight majority or a
3 large majority or not.
4     A    Oh, I thought you said something
5 about black.
6     Q    I did not.
7     A    I misunderstood you. I'm sorry.
8     Q    So was it a slight majority or a
9 large majority?
10     A    Of people that don't care about
11 this?
12     Q    Uh-huh (affirmative).
13     A    My guess would be a majority, but I
14 don't know that.
15     Q    Before you made the changes, did
16 you think your district was more or less
17 Democratic? Did you think it was more
18 Democratic than Republican or less Democratic
19 than Republican before you made the changes?
20     A    It seems as if I saw something
21 somewhere along the way that said that the
22 demographics had changed from 2014 so that the
23 district was more Democrat than Republican.
24     Q    Do you think Democrats would want
25 to know that you were planning to change their

Donovan Reporting, PC                                    770.499.7499

260

1   district to more Republican than Democrat?
2       A   I don't know that. I don't know
3   that.
4       Q   So when you said --
5       A   That was never a consideration.
6       Q   When you said --
7       A   I don't know that.
8       Q   -- the majority of your
9   constituents wouldn't care, who were you
10  talking about?
11      A   I'm just talking about the
12  attitudes that most people who vote have.
13  They just want to vote. So I don't know if
14  that -- I don't know the answer to that. It
15  was never even a consideration of mine, that
16  it was my responsibility to let my voters
17  know.
18      (Whereupon a document was identified as
19  Plaintiff's Exhibit 138.)
20      Q   I'm going to show you a document
21  with Bates label of GA2-000118, marking it as
22  Exhibit 118. Sorry, not Exhibit 118.
23  Exhibit 138.
24      A   Yes.
25      Q   Take a second to acquaint yourself

261

1   with it, and I'll ask you some questions.
2       A   Okay.
3       Q   This is an email chain between Greg
4   Bluestein and Dan O'Connor that ends on
5   November 1st, 2016?
6       A   Yes.
7       Q   Do you know who Greg Bluestein is?
8       A   I do.
9       Q   Who is he?
10      A   He's a writer with the Atlanta
11  Journal.
12      Q   Okay. Let's look at the second
13  page.
14      A   Okay.
15      Q   And at the email dated October
16  31st, 2016.
17      A   Okay.
18      Q   Do you see point (2)? It's the
19  second to the last paragraph of that email.
20      A   Yes.
21      Q   Okay. I'm going to read it out for
22  you.
23      A   Okay.
24      Q   And tell me if I get something
25  wrong.

262

1           "With regard to Joyce Chandler's
2   district, it is true, quote, 'old
3   version,' of the district favored Obama over
4   Romney in 2012. But the, quote, 'new version'
5   (recall there were alterations to some State
6   House districts during the 2015 legislative
7   session) favored Romney over Obama by a 53 to
8   46 percent margin." Did I read that
9   correctly?
10      A   Yes.
11      Q   Do you agree that the -- your --
12  the district HD 105 as drawn in the 2012 map
13  favored President Obama over Mitt Romney?
14      A   That it -- as it was drawn, it
15  favored?
16      Q   In 2012?
17      A   I think it was just the way people
18  voted. That's how they voted in 2012.
19      Q   Do you agree that as redrawn in
20  2015 those same people, looking at the same
21  votes, would have favored Mitt Romney over
22  President Obama by a 53-to-46 margin?
23      A   I don't know that. I don't --
24      Q   Do you have any reason to doubt
25  Mr. O'Connor's statement to that effect in

263

1   this email?
2       A   I believe that was Mr. Bluestein's,
3   wasn't it? Wasn't it his comment?
4       Q   So look up three lines.
5       A   I'm sorry?
6       Q   So up three lines from the point
7   that starts with (2)?
8       A   Uh-huh (affirmative).
9       Q   It says, "On October 31st, 2016 --
10      A   Oh, he responded. Oh, I'm sorry.
11  You're right. It was -- it was Mr. O'Connor.
12      No, I don't -- I don't know have
13  any reason to doubt anything that Dan O'Connor
14  says because he knows what he's doing.
15      (Whereupon a document was identified
16  as Plaintiff's Exhibit 50.)
17      Q   Show the witness Plaintiff's
18  Exhibit 50, which has a Bates stamp of
19  GA000077.
20      A   Okay.
21      Q   Just take a moment to --
22      A   Okay. I read the section related
23  to 105.
24      Q   Pretty good call. Do you have any
25  reason to doubt Mr. O'Connor's reporting about

Electronically signed by Joel Moyer (501-161-376-4513)            1a99b400-30d4-4829-b27b-15c886887b7d

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

264

1    the 2012, 2014, and 2016 elections?
2        A    I do not.
3        Q    Okay.  Do you agree you won the
4    2016 election by 50.5 percent, something like
5    that?
6        A    By a --
7        Q    Sorry.  You won 50.5 percent of the
8    vote in the 2016 election?
9        A    Yes.
10       Q    In the precincts of District 105
11   that weren't changed by the House Bill plan,
12   do you know if you did better or worse in 2016
13   than you did in 2014?
14       A    I think I did better in some, but
15   not all.
16       Q    Did you do better in some and the
17   same in everything else, or did you do better
18   in some and worse than others or the same in
19   others?
20       A    I don't have those figures in front
21   of me.
22       Q    Did you at any point have any
23   concern that the proposed changes to House
24   District 105 violated any federal or state
25   law?

265

1        A    No.
2        Q    The enacted changes?
3        A    No.
4        Q    Did you at any point have any
5    concern that the changes made to House
6    District 105 contained technical mistakes or
7    errors in terms of the description of your
8    district?
9        A    No.
10       Q    Did you at any point have any
11   concern that the proposed changes to the map
12   of House District 105 was unfair to any racial
13   or ethnic minority group?
14       A    No.
15       Q    Did you at any point have any
16   concern that the changes to House District 105
17   unduly split voting precincts or counties?
18       A    Not that I recall.
19       Q    Did you at any point have any
20   concern that the changes to House District 105
21   did not sufficiently keep together communities
22   of interest?
23       A    No.
24       Q    Did you at any point have any
25   concern that the proposed changes to House

266

1    District 105 constituted unconstitutional
2    gerrymandering?
3        A    Not unconstitutional
4    gerrymandering, no.
5        Q    In your stack, can you find
6    Plaintiff's Exhibit 39?
7        A    I can try.  I think it's back over
8    here.  Do you remember how far back that was?
9        Q    It would have been one of the first
10   documents we looked at.
11       A    Okay.
12       Q    And I said we were going to come
13   back to it at some point.
14       A    Oh.  I'm sorry.
15       Q    No worries.
16       A    I didn't remember that.
17       Q    Maybe I -- let me make sure that's
18   right.  It is not right.  I was thinking about
19   a different doc.  I did not hand it to you.
20   No, no.  That's right.  Yeah.  I did give it
21   to you.
22       A    It is 49?
23       Q    I only have one copy.
24       A    Okay.
25       Q    But I can show you this.

267

1        A    Okay.  And I'll give it back to
2    you.
3        Q    I have it here.
4        A    And I'll give it back to you.
5    Okay.  I remember seeing this before.
6        Q    Yeah.
7        A    Here it is.
8        Q    Okay.  So you forwarded a call to
9    action survey press conference to
10   Representative Nix?
11       A    According to this, I did.
12       Q    Do you remember why?
13       A    I don't recall doing this.
14       Q    You don't recall doing this?
15       A    No.
16       Q    Do you know why you would have
17   asked if Gina Wright should have been
18   informed?
19       A    I do not.  I did not know who the
20   student was.  I don't remember any of that.
21       Q    Were you concerned that the call
22   to -- the allegations in the call to action
23   survey were true?
24       A    I don't recall anything about this.
25   You need that back?

Donovan Reporting, PC                                                    770.499.7499

---

268

1    (Whereupon a document was identified as
2    Plaintiff's Exhibit 47.)
3        Q    Yes, if you don't mind.
4        Showing the witness Plaintiff's
5    Exhibit 47. Do you recognize this document?
6        A    I don't.
7        Q    Do you recall if you've ever seen
8    it before?
9        A    I don't recall seeing it.
10       Q    Do you know if it was distributed
11   to the public?
12       A    I don't know.
13       Q    Do you think it's likely it was?
14       A    I don't know that.
15       Q    Are information bills, things like
16   this, normally written up about pieces of
17   legislation?
18       A    I've not seen -- I don't recall
19   seeing anything like this before.
20       Q    With respect to any other bill
21   that's passed in the House, do you know if
22   this is the type of thing that's written up
23   about bills?
24       A    We get information about bills,
25   talking points, but not in this format

---

270

1        A    I didn't read that.
2        Q    Were you happy with the changes
3    that were made to your district?
4        A    Yes.
5        Q    Why were you happy with them?
6        A    Because I got more Republican
7    voters than I had before.
8        Q    Do you believe those changes helped
9    you win in 2016?
10       A    I do.
11       Q    Do you believe you would have won
12   without them?
13       A    I can't say that.
14       Q    Do you believe you would have won
15   without them?
16       A    I -- I know the changes helped me,
17   so I would assume that I would not have won,
18   but I don't know that. There's no way to know
19   that.
20       Q    Do you believe House Bill 566 was a
21   success? Would you call it a success?
22       A    I don't know because it impacted so
23   many representatives. I can't say that.
24       Q    Was it a success for you?
25       A    Well, as far as I know, it was, but

---

269

1    particularly.
2        Q    Okay. Let's look at the bullet,
3    the biggest bullet, on the second page. Go
4    ahead and take a second to read it.
5        A    Okay.
6        Q    And tell me when you're done.
7        A    Okay. I think I've read it.
8        Q    Okay. Does this bullet accurately
9    reflect the reasons for changing the district
10   lines in House Bill 566?
11       A    As far as I know.
12       Q    Does this bullet inform the reader
13   that changes were made to better your election
14   chances?
15       A    Does it state that in here?
16       Q    Uh-huh (affirmative).
17       A    No, but it doesn't state -- I
18   don't -- as I remember reading it, it doesn't
19   state why this was done, any of this was done.
20   Does it? Did I just miss that?
21       Q    Does this bullet inform the reader
22   that changes, that -- sorry. Let me go back.
23       Does this bullet inform the reader
24   that two percent of African-Americans were
25   removed from HD 105?

---

271

1    I don't know how -- I don't know how one could
2    ever say positively.
3        Oh, I'm sorry.
4        Q    That's okay.
5        A    I was waiting on you.
6        (Whereupon a document was identified as
7    Plaintiff's Exhibit 139.)
8        Q    Show the witness a document I'm
9    marking as Exhibit 139.
10       A    Okay.
11       Q    It has a Bates number of GA2-001176
12   through GA2-11 -- no, sorry, GA2-001178.
13       A    The other consultant I had was Mark
14   Roundtree.
15       Q    Mark?
16       A    For whom Mike Seigle works.
17       Q    Mark Roundtree?
18       A    Roundtree.
19       Q    And Mike Seigle works for Mark
20   Roundtree?
21       A    He does.
22       Q    And Mike Seigle is the GOP chairman
23   for Gwinnett County?
24       A    At -- for this year.
25       Q    For 2018?

---

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

74 (Pages 272 to 275)

272

1     A    I think it was 20 -- I think his
2  term was 2017-2018.
3     Q    Do you know who was the GOP
4  chairman 2015-2016?
5     A    No. I could -- I don't recall.
6     Q    Okay.
7     A    I don't remember.
8     Q    Okay. Mark Roundtree. Thank you.
9  I'm glad that it occurred to you.
10        Go ahead and take a second to look
11 at it.
12    A    Okay.
13    Q    And tell me when you're ready to
14 talk.
15    A    I have read the parts specific
16 to -- well, there's nothing specific, the
17 general parts, but not the parts specific to
18 certain districts.
19    Q    Okay. Turn with me to page -- the
20 second page.
21    A    I see that part with my name on it.
22    Q    And I'm going to read from the
23 second paragraph on the second page, which is
24 Bates labeled GA2-001177.
25    A    Okay.

273

1     Q    And this is Mr. O'Connor writing in
2  October 2014; correct?
3     A    Yes.
4     Q    "I suspect Democrats going all out
5  to win the three GOP-held districts that
6  backed Obama last time -- HD 105 (Joyce
7  Chandler), HD 138 (Mike --
8     A    Cheokas.
9     Q    -- Cheokas), and HD 151 (Gerald
10 Greene). Chandler's district is 40 percent or
11 so minority when you combined blacks, Asians,
12 and Hispanics registered voters -- and does
13 not even include, quote, 'others.'"
14        Did I read that correctly?
15    A    You did.
16    Q    Based on the map of your district
17 as drawn in 2012, do you agree with
18 Mr. O'Connor's statement that Democrats would
19 have won in your district at that time?
20    A    I don't know that. I know that
21 every year I have, I have run, I was supposed
22 to lose. So that's all I can tell you.
23    Q    You said before that, just a few
24 minutes ago, that Mike Seigle works for Mark
25 Roundhouse, who is your consultant?

274

1     A    No, I didn't. No.
2     Q    No?
3     A    Mark Roundtree was my consultant --
4     Q    Sorry.
5     A    -- in 2012.
6     Q    Ah, okay.
7     A    That's what I said previously.
8     Q    So Mark -- Gotcha. So Jerry --
9  Jeremy Brand was your consultant at this time,
10 in 2014?
11    A    Last -- that's right.
12    Q    And Mark Roundtree was no longer
13 your consultant?
14    A    That's correct.
15        MS. GREEN: Okay. Gotcha. Thank
16 you for that clarification. Okay. Okay.
17 That clears that up.
18        Can we go off the record for a
19 second while I try to find my exhibit?
20        THE VIDEOGRAPHER: Going off the
21 video record at 7:59.
22        (Whereupon off-the-record discussions
23 ensued.)
24        THE VIDEOGRAPHER: Back on the
25 video record at 7:59.

275

1        (Whereupon a document was identified as
2  Plaintiff's Exhibit 140.)
3     Q    Show the witness what I'm marking
4  Exhibit 140. It has a Bates number of
5  GA2-001338.
6        Please take a moment to acquaint
7  yourself with it and let me know when you're
8  ready to chat.
9     A    Okay.
10    Q    Ready? This is an email between
11 Dan O'Connor and Ben Jordan dated December
12 3rd, 2015?
13    A    Yes.
14    Q    And this would have been after the
15 passage of House Bill 566; correct?
16    A    That's correct.
17    Q    And does Ben Jordan work within the
18 legislative counsel's office to your
19 knowledge?
20    A    He did at that time.
21    Q    At that time?
22    A    I'm not sure now.
23    Q    Gotcha. Okay. Do you agree with
24 Mr. O'Connor's statement in the third
25 paragraph that you picked up a four to

Electronically signed by Joel Moyer (501-161-376-4513)                    1a99b400-30d4-4829-b27b-15c886887b7d

Joyce H. Chandler        Georgia State Conference of the NAACP, et al vs Kemp        January 24, 2018

75 (Pages 276 to 279)

276

1   five-point GOP margin?
2       A   It's -- I don't know that. But if
3   he says that.
4       Q   Do you agree that the demographic
5   changes in your district at this time were
6   rapid, quote, "rapid"?
7       A   I know it -- I know the
8   demographics have changed, but I don't know
9   whether I would use the term rapid or not.
10  That's a relative term.
11      Q   Do you agree with me that the
12  changes to Gwinnett County at this time were
13  because nonwhite voters were moving there at a
14  faster rate than white voters?
15      A   Moving into --
16      Q   Gwinnett.
17      A   -- Gwinnett County?
18      Q   Uh-huh (affirmative).
19      A   That would be an assumption, but I
20  don't know that.
21      Q   Would that be an assumption that
22  you would make?
23      A   I have heard that. I have heard
24  other people make that assumption, but I don't
25  know enough to know that.

277

1       (Whereupon a document was identified as
2       Plaintiff's Exhibit 141.)
3       Q   Showing the witness a document with
4   a Bates label of GA2-000128. I'm marking it
5   Exhibit 141. Take a moment to acquaint
6   yourself with it and let me know when you're
7   ready to chat.
8       A   Okay.
9       Q   So this is an email chain that
10  involves at some times Ben Jordan, Dan
11  O'Connor, and someone with an email address
12  caulderchilds1@gmail.com.
13      A   Okay.
14      Q   And -- sorry. I need you to say
15  that verbally, out loud.
16      A   Yes.
17      Q   Yes. Okay. And is it your
18  understanding that Caulder Childs --- this
19  email address likely belongs to Caulder Childs
20  who works within the Speaker's office?
21      A   He did at that time, yes.
22      Q   And the email chain between Ben
23  Jordan and Dan O'Connor ended on October 21st,
24  2016, on the first page?
25      A   Yes.

278

1       Q   Okay. Let's look at the second
2   page.
3       A   Okay.
4       Q   With the Bates label GA2-000129.
5       A   Okay.
6       Q   And I'm most interested in the spot
7   in the middle of the page that begins with,
8   "House District 105 (Joyce Chandler)." I'm
9   going to read out the first sentence there,
10  and tell me if I get anything wrong.
11      "House District 105 (Joyce
12  Chandler) has seen increase (last seven
13  months) of about 1,600 blacks, 1,000 whites,
14  150 Asians, and 300 Hispanics as follows."
15  Did I read that correctly?
16      A   You did.
17      Q   He then proceeds to compare the
18  number of votes in your district by race --
19  sorry, the percentage of voters in your
20  district by race in March 2016 and October
21  2016; is that right?
22      A   Yes.
23      Q   Did you ask Mr. O'Connor to keep
24  track of how many new African-American people
25  voted in your district?

279

1       A   No.
2       Q   Were you aware that the number of
3   African-American voter registrations in your
4   district increased between March 2016 and
5   October 2016?
6       A   I have not seen these figures and
7   was not aware of it.
8       Q   Had you been aware, would that have
9   concerned you regarding your chances for
10  reelection in 2016?
11      A   No.
12      Q   Why not?
13      A   Because I gained more Republican
14  voters in the tweaking of the district.
15      Q   So would your assumption have been
16  that these new black people moving into your
17  district were not Republican voters?
18      MR. KHOURY: Object to the form of
19  the question.
20      A   No, because some of them I think
21  were Republican voters.
22      Q   Would you assume that most of them
23  were Democratic voters?
24      MR. KHOURY: Object to the form of
25  the question.

Donovan Reporting, PC                                        770.499.7499

280

1    A   I can't answer that.  I don't know
2  that.  I have no idea.
3    Q   Do you believe that changes to
4  House District 105 targeted African-American
5  voters?
6    A   No.
7    Q   Do you believe that changes to
8  House District 105 targeted Latino voters?
9    A   No.
10    Q   Do you believe the changes to House
11  District 105 targeted Asian voters?
12    A   No.
13        MS. GREEN:  Sorry.  I was so
14  organized.  Can we go off the record for a
15  second?
16        THE VIDEOGRAPHER:  Going off the
17  video record at 8:09 p.m.
18     (Whereupon off-the-record discussions
19     ensued.)
20        THE VIDEOGRAPHER:  We're now back
21  on the video record at 8:10.
22     (Whereupon a document was identified
23     as Plaintiff's Exhibit 142.)
24    Q   Handing the witness an article that
25  I'm marking as Exhibit 142.  Please take a

281

1  moment to review it and let me know if you
2  have any questions.
3        Excuse you.
4    A   Bless me.
5        Okay.
6    Q   Ready?  Is this an article
7  published by the Atlanta Journal-Constitution?
8    A   Yes.
9    Q   Dated September 24th, 2016?
10    A   Yes.
11    Q   And is the byline credited to David
12  Wickert?
13    A   Yes.
14    Q   Do you know Mr. Wickert?
15    A   I have talked to him.
16    Q   Do you recall giving a statement to
17  Mr. Wickert for this article?
18    A   I don't recall it, but I've read
19  it.
20    Q   Do you have any reason to believe
21  that the statements that you've read, you did
22  not in fact make them?
23    A   I can't say that because I -- I
24  don't know that because I know things get
25  twisted in print, so I don't know.

282

1    Q   Let's look at the seventh and
2  eighth paragraphs, or it's probably easier to
3  think of it as the second paragraph from the
4  last one and the third paragraph from the last
5  one.
6    A   On the last page?
7    Q   On the first page.
8    A   On the first page.  Okay.
9    Q   And it says, "Chandler said the
10  bill benefited incumbent Democrats as well as
11  Republicans."  Do you agree -- do you recall
12  making that statement to Mr. Wickert?
13    A   I don't even recall specifically
14  talking to Mr. Wickert about this.
15    Q   Do you believe that House Bill 566
16  benefited Democrats as well as Republicans?
17    A   I was told that it did and that's
18  why it passed unanimously.
19    Q   Do you believe that changes to your
20  district benefited Democrats?
21    A   No.  It Democrat -- it benefited
22  me.
23    Q   And you're a Republican?
24    A   I'm a Republican.
25    Q   Read the next sentence, same

283

1  paragraph:  "She said the demographics of her
2  district are changing and can't necessarily be
3  considered Republican even after the
4  redistricting."
5    A   Okay.  Now I've lost -- where is
6  that?
7    Q   Same paragraph from the one I just
8  read.
9    A   Oh, I see it.  I see it.  The end
10  of the second sentence.
11    Q   Do you want me to read it again?
12    A   No.  I can see it.
13    Q   Did I read that correctly?
14    A   You did.
15    Q   If we assume for a moment that you
16  made this statement, what would you have meant
17  by demographics?
18    A   I -- I assume what I would have
19  meant by demographics is Republicans and
20  Democrats.
21    Q   Not race?
22    A   No.
23    Q   Do you recall -- or do you recall
24  telling Mr. Wickert that you had not requested
25  a change to your district?

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

284

1      A   I don't recall that.
2      Q   Do you recall telling him that you
3   weren't, I'm quoting from the second page of
4   the article about midway through, privy to the
5   reason behind that?
6      A   I mean, it says, "I was not privy
7   to the reason behind that." I'm not sure I
8   even know what "that" is. Is "that" talking
9   about the redistricting as a whole? I don't
10  recall saying any of this.
11     Q   You were privy to the reasons
12  behind redistricting --
13     A   My district.
14     Q   -- your district?
15     A   Yes.
16     Q   Yes. Okay. And your testimony
17  today is that you were not aware that the
18  changes to your district decreased the number
19  of black people by two percent?
20     A   I was not even aware of that.
21     Q   But you were aware that the changes
22  that were made were likely to improve your
23  election chances, your chances for reelection?
24     A   Because more Republican voters were
25  moved in.

285

1      Q   Is that a yes?
2      A   Yes.
3      Q   Letting you know the end is nigh.
4      A   Okay.
5      Q   So you ran against Democratic
6   candidate Donna McLeod -- McLeod?
7      A   McLeod.
8      Q   McLeod. Oh, definitely messed --
9   McLeod in 2016; right?
10     A   Yeah.
11     Q   Do you remember the campaign issues
12  in that election?
13     A   I don't.
14     Q   Do you remember the differences
15  between your plat -- do you remember what your
16  platform was in that election?
17     A   I don't remember specifically.
18  Typically, my platform is that I'm a
19  representative of everybody once elected, and
20  that's what I want to be. I don't remember
21  specifically though.
22     (Whereupon a document was identified as
23     Plaintiff's Exhibit 143.)
24     Q   Showing the Plaintiff -- the
25  Plaintiff -- the witness, sorry, I'm tired, an

286

1   exhibit marked 143.
2      A   Yes.
3      Q   Do you believe this exhibit
4   accurately reflects the results of the 2016
5   election?
6      A   I think it does, yes.
7      Q   And without doing the math, but if
8   I said you won that election by about 222
9   votes?
10     A   I think so. I think that was it.
11     Q   With that, would you call that
12  margin of victory narrow?
13     A   I would think so.
14     Q   Yes. Is that an understatement?
15  Given that -- given the narrow margin of
16  victory, do you believe you would have won had
17  House Bill 566 had not passed?
18     A   I can't answer that. I do not
19  know.
20     Q   But there were more Republicans in
21  your district because of it?
22     A   That was the change in 2015.
23     Q   Have I already given you
24  Exhibit 50?
25     A   That would have a yellow sticker on

287

1   it?
2      MR. KHOURY:  No.  Should be --
3      Q   It could have a gray sticker.
4      A   No.  You have, yes.  Here's 50.
5      Q   I have?  I did give you Exhibit 50?
6      A   You did.
7      (Whereupon a document was identified as
8      Plaintiff's Exhibit 144.)
9      Q   Okay.  In that email chain,
10  Mr. O'Connor -- oh, I'm sorry.  That's not the
11  one I wanted.  Just nix that.
12     Handing the witness a document I'm
13  marking as Exhibit 144 with the Bates number
14  of GA2-001201 through -- the spreadsheets
15  aren't marked, but it is through GA2-00125.
16     A   Okay.
17     Q   Take a second and let me know when
18  you're ready to talk about it.
19     A   Okay.
20     Q   This is an email chain between Dan
21  O'Connor and Jeremy Brand.  Ends on November
22  8, 2016; right?
23     A   Yes.
24     Q   And I believe you testified earlier
25  that Jeremy Brand is your political

Donovan Reporting, PC                                    770.499.7499

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

78  (Pages 288 to 291)

288

1  consultant?
2      A    Yes.
3      Q    Was he your political consultant at
4  this time?
5      A    Yes.
6      Q    So before we go into the details
7  about this document, do you --- does this
8  refresh your recollection about any knowledge
9  of information sharing between your political
10  consultants and the Reapportionment Office?
11      A    No.
12      Q    Does Mr. O'Connor give Mr. Brand
13  data about your district in this email?
14      A    Yes, he does.
15      Q    Are you aware of Mr. Brand giving
16  Mr. O'Connor data about your district in any
17  instance?
18      A    I'm not aware of that.
19      Q    Do you agree that Mr. Brand likely
20  requested this information from Mr. O'Connor
21  on your behalf?
22      MR. KHOURY:  Object to the form of
23  the question.
24      A    He -- as far as I know, he didn't
25  do it on my behalf.  He did it because he

289

1  wanted it for some reason.
2      Q    For what do you hire Mr. Brand?
3      A    I hire him to mail out my campaign,
4  do my campaign mailers, to assist me in -- as
5  I ask questions about what should I do, this
6  kind of thing.  I -- he handles my -- oh,
7  that's from session.
8      Now, what else he did for me?  He
9  did a lot of campaign mailers for me.  I don't
10  remember what else.  I don't know what else --
11      Q    Does Mr. Brand provide information
12  to you about the likelihood that you'll win an
13  election?
14      A    He encourages me, but I won't say
15  that he provides likelihood information
16  because we know how the district is.
17      Q    What do you mean by "we know how
18  the district is"?
19      A    I thought you were going to ask me
20  that.  Simply, the Republicans and Democrats
21  and the percent in the district.
22      Q    What do you mean, "the percent in
23  the district"?
24      A    Whether it's a 50-50 district, 50
25  percent Republicans, 50 percent Democrats, or

290

1  however it is.
2      Q    What did you mean -- I believe you
3  said he encourages you.  What did you mean by
4  that?
5      A    If I call him and I'm down because
6  I hadn't had good experiences campaigning,
7  which did not happen very often, he would lift
8  my spirits.
9      Q    Did Mr. Brand provide information
10  to you about your chances of winning in a
11  particular -- in a particular precinct within
12  your district?
13      A    I don't remember that specifically,
14  huh-uh (negative).
15      Q    Did Mr. Brand provide information
16  to you about demographic changes in your
17  district on a racial basis?
18      A    I don't recall his ever doing that.
19      Q    Do you recall him providing you
20  party information?
21      A    Yes.
22      Q    I know you talked about that.
23      A    Yes.
24      Q    Okay.  When -- is it likely that
25  you have all of your emails -- do you have --

291

1  did you and Mr. Brand email each other?
2      A    Oh, we did some, but we talked on
3  the phone -- and we talked on the phone some.
4      Q    Is it likely that you have your
5  emails, you still have the emails exchanged
6  with him?
7      A    I will, I will certainly look.  I
8  have started going through and eliminating
9  emails, but I've got a long way to go, so I
10  don't know where I am.  I know there's still
11  lots of them.
12      Q    You're aware that you shouldn't
13  delete emails relevant to this litigation;
14  right?
15      A    You mean now?
16      Q    Uh-huh (affirmative).
17      A    I am.
18      Q    Okay.  I just want to make sure.
19      A    Yes.
20      Q    Okay.
21      A    We're going to check all those.
22      Q    Okay.  All right.
23      A    And my -- and the -- and Alex told
24  me to do that, to check them for them, and I
25  just forgot to do so.

Donovan Reporting, PC                                        770.499.7499

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

292

1  Q  Okay. Let's look at the first
2  spreadsheet. Is the title of the spreadsheet
3  House District 105 Voter Registration (Active
4  Voters) by Precinct -- November 1, 2016?
5  A  Yes.
6  Q  And let's go back to the first
7  page, the Attach at the very stop.
8  A  Yes.
9  Q  Does the name of that attachment
10  match the name of the spreadsheet?
11  A  Yes.
12  Q  And this spreadsheet was sent to
13  your political consultant in November 2016?
14  A  I assume that that's true.
15  Q  And does this spreadsheet list all
16  of the precincts in your district?
17  A  Yes.
18  Q  And does it list the number of
19  black voters in your district by precinct?
20  A  It does.
21  Q  Does it list the number of white
22  voters in your district by precinct?
23  A  Yes.
24  Q  And in the Percent Total Black
25  column, does it say 33.4 percent for the

293

1  District 105 Totals row?
2  A  It does.
3  Q  If you can go back with me to
4  Exhibit 136, it's the one --
5  A  Let me find it.
6  Q  I think actually --
7  A  Is it one of these?
8  Q  I think it's this one.
9  A  This one.
10  Q  We can double-check, but I think
11  it's that one. All right.
12  A  Yes.
13  Q  All right. Okay. So in the VAP
14  Total Black Percentage column for row 105,
15  does that say 31.82 percent?
16  A  31.82, yes.
17  Q  So if you compare that number with
18  this spreadsheet number, do you agree with me
19  that the number of black voters in your
20  district increased by approximately 1.6
21  percent between the time House Bill 566 was
22  passed, which is shown in Exhibit 136, and
23  November 2016, which is shown in Exhibit 144?
24  A  Yes.
25  Q  And do you think that with that

294

1  growth you would have won the 2016 election
2  had the lines not been with -- redrawn?
3  A  I have no idea because it was a
4  Republican-Democrat situation.
5  Q  Okay. We discussed before that
6  Harbins A -- part of Harbins A was added into
7  your district in 2015. If we go to
8  Exhibit 144, and let's look at the Harbins A
9  precinct, and this is -- these are the totals
10  as of November 2016.
11  A  Okay.
12  Q  Do you agree with me that in
13  November 2016, 17.1 percent of the portion of
14  Harbins A in your district was black?
15  A  Yes.
16  Q  Do you have any reason to believe
17  that there were more black people in the
18  Harbins A precinct at the time House Bill 566
19  was passed?
20  A  That there were more than this
21  17.1? I don't have any reason to believe
22  that. I don't know.
23  Q  Do you know if Harbins A was added
24  into your district because only 17 -- around
25  17 percent, more or less, of active voters in

295

1  Harbins A precinct were black?
2  A  It had nothing -- that was never
3  mentioned. It was more Republicans moving
4  into my district. Some of those 17.1 percent
5  could be Republican, and some of them were. I
6  know that. And I campaigned in those areas.
7  Q  Do you have any reason to believe
8  that a majority of those 17.1 percent were
9  Republican?
10  A  I don't have any data for that at
11  all.
12  Q  I think before you said you agreed
13  with me that most black people vote for
14  Democrats.
15  MR. KHOURY: Objection to the form
16  of the question.
17  A  I don't think I said it that way.
18  I think the statement was most blacks are
19  Democrat. Now, that -- you know, whether they
20  vote Democrat, they vote for an individual
21  sometimes, often.
22  Q  Okay. The Harbins C precinct was
23  also added into your district; correct?
24  A  Yes.
25  Q  And if you look on Exhibit 144,

Electronically signed by Joel Moyer (501-161-376-4513)                    1a99b400-30d4-4829-b27b-15c886887b7d

296

1    that row, we're looking --
2    A    Oh.
3    Q    Same spreadsheet, yes.
4    A    Same row.
5    Q    Same spreadsheet.
6    A    Okay.
7    Q    In 2016, the percentage of black
8    people in that district was 16.2 percent; is
9    that right?
10   A    That's correct.
11   Q    And do you have any reason to
12   believe that there were more black people in
13   Harbins C at the time House Bill 566 was
14   passed in 2015?
15   A    I have no reason to believe that.
16   Q    And so does this spreadsheet break
17   down votes within House District 105 by party?
18   A    It does not, not this particular
19   sheet.
20   Q    Does it only break down votes by
21   race?
22   A    Yes.
23   Q    Do you know if it's possible to
24   know whether or not the votes within Harbins A
25   could have been separated by party?  So could

297

1    we have a spreadsheet that says percent
2    Democrats, percent Republicans for the
3    portions of Harbins A in your district?
4    A    I don't know, if it's split,
5    whether it can be done or not.  I don't know
6    that.
7    Q    Did you ask Mr. Brand to compile
8    this information for you?
9    A    I did not.
10   Q    Do you believe he would have
11   compiled this information for you if it wasn't
12   relevant to your reelection chances?
13   A    I don't know.
14        MR. KHOURY:  Object to the form of
15   the question.
16   A    I have no idea.
17   Q    Do you trust Mr. Brand's judgment
18   about -- for political consulting purposes?
19   A    I do, but I question things that he
20   does.
21   Q    Such as?
22   A    I can't remember specifically, but
23   I do question things.
24   Q    Do you remember the type of things
25   that you question?

298

1    A    I can't.  I don't remember anything
2    specifically.
3        THE VIDEOGRAPHER:  I need to go
4    ahead and change the tape.
5        MS. GREEN:  Oh, okay.  You can go
6    off.
7        THE VIDEOGRAPHER:  Going off the
8    video record at 8:37.
9        (Proceedings in recess, 8:37 p.m. to
10        8:43 p.m.)
11        THE VIDEOGRAPHER:  We're now back
12   on the video record at 8:43 p.m.  This is the
13   start of video file number six.
14   Q    Do you agree with me that if you
15   have a district comprised of more Democrats
16   than Republicans, your chances of reelection
17   are lower than they would be if you had a
18   district comprised of more Republicans than
19   Democrats?
20   A    Yes.
21   Q    So generally speaking, if you're
22   designing a district, you want more
23   Republicans than Democrats?
24   A    Yes.
25   Q    Even if you can have crossover

299

1    voters, you want more Republicans --
2    A    Yes.
3    Q    -- than Democrats?
4    A    Yes.
5        (Whereupon a document was identified
6    as Plaintiff's Exhibit 145.)
7    Q    I'll show the witness an exhibit,
8    marking it Exhibit 145, Bates number GA2-00,
9    I'm sorry, 2106.
10        Take a second to acquaint yourself
11   with it and let me know when you're ready to
12   chat.
13   A    Okay.
14   Q    This is an email between Dan
15   O'Connor, Spiro Amburn, Caulder Childs, and
16   Ben Jordan dated January 20th, 2017?
17   A    Yes.
18   Q    And does Mr. O'Connor attach a
19   document entitled GOP Districts Backing
20   Clinton -- Comment.docx?
21   A    What --
22   Q    First page?
23   A    First, yes, that.  Uh-huh
24   (affirmative).
25   Q    If you look in the body of the

Electronically signed by Joel Moyer (501-161-376-4513)                    1a99b400-30d4-4829-b27b-15c886887b7d

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

81  (Pages 300 to 303)

---

300

1  email on the first page, is your district one
2  of the 13 GOP-held districts to which
3  Mr. O'Connor references?
4      A    Yes.
5      Q    And these are the 13 districts where
6  Hillary Clinton won more of the vote than did
7  Donald Trump?
8      A    Yes.
9      Q    Will you please look at the page
10  labeled -- the third page?  And it has a Bates
11  label of GA2-002108.
12      A    Okay.
13      Q    And will you take a moment to read
14  the -- or have you already read it?
15      A    I did.
16      Q    You read it.  Okay.  Do you agree
17  that, quote, "demographic changes" in your
18  district had an impact on whether voters in
19  your district voted in higher numbers for
20  Hillary Clinton as opposed to Donald Trump?
21      A    Demographic changes or just changes?
22  What did you say?
23      Q    Demographic changes, as is quoted in
24  this document.  Do you agree with the
25  assessment that demographic changes had an

---

301

1  impact on why Donald Trump did not receive a
2  majority of the vote in your district?
3      A    I -- I don't, I don't know that.  I
4  know that's what it says.  I don't know.
5      Q    And in the very -- in the same
6  sentence, although separated by some dashes, it
7  says the district is, quote, or was, quote, "no
8  longer majority-white in voter registration by
9  last fall (blacks accounted for a third of the
10  district's registered voters in the last
11  presidential election, and Asian/Hispanics
12  combined were another 7 percent)."
13      A    Yes.
14      Q    Did I read that correctly?
15      A    Yes.
16      Q    Were you aware of those changes?
17      A    I really wasn't.
18      Q    Do you agree that your margin of
19  victory was, quote, "the closest margin of
20  victory of any State House incumbent last
21  November"?
22      A    Yes.
23      Q    Do you believe that margin of
24  victory was so close because of the demographic
25  changes referenced in this document?

---

302

1      A    I don't know that they were.  Could
2  have, could have been other variables there.
3      Q    Do you believe the demographic
4  changes referenced in this document was a
5  variable?
6      A    I don't know that either.  It could
7  have been.
8      Q    Did you push changes to your
9  district in 2017?
10      A    I did not, no.
11      Q    Do you know if your district was one
12  of the districts that was -- that the House
13  considered redistricting in 2017?
14      A    I recall being asked about something
15  about tweaking the district in 2017.
16      Q    Do you recall meeting with anyone?
17      A    I do not, and I don't know who asked
18  me about it either.
19      Q    Do you remember when about?
20      A    I do not.
21      Q    Was it after the election or before?
22      A    It would have been during last
23  session, so it would have been after the
24  election.
25          (Whereupon a document was identified as

---

303

1          Plaintiff's Exhibit 51.)
2      Q    I'm going to show the witness
3  Plaintiff's Exhibit 51.  And in the interest of
4  time, I'm just going to dive into it, if that's
5  all right with you
6      A    Fine.  Yeah.
7      Q    Check it as we go?
8      A    I will.
9      Q    This is an email from Dan O'Connor
10  to Representative Efstration dated February
11  14th, 2017?
12      A    Yes.
13      Q    And can you look with me at the
14  second paragraph, the third sentence.
15          "I understand Gwinnett delegation is
16  meeting Thursday afternoon and haven't
17  discussed with Brett Harrell some possible
18  changes -- taking a look at Gwinnett, I don't
19  think there's much that can be done for Clay
20  Cox's district given its location at western
21  edge of the county, and making Brett's district
22  stronger might mean weakening David Casas's
23  already D-trending district."
24          Did I read that correctly?
25      A    Yes.

---

Electronically signed by Joel Moyer (501-161-376-4513)          1a99b400-30d4-4829-b27b-15c886887b7d

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

304

1    Q    Do you recall -- are you part of the
2  Gwinnett delegation?
3    A   I am.
4    Q    Do you recall meeting that -- so it
5  would have been on this -- do you agree with me
6  this email was sent on Tuesday?
7    A   Yes, it -- I see that.
8    Q    So do you recall a meeting on
9  February 16th, 2017, to discuss redistricting?
10    A   I don't recall when a meeting
11  occurred. I remember a meeting of the Gwinnett
12  delegation to discuss this kind of information.
13    Q    What was discussed during that
14  meeting?
15    A   I don't remember the specifics, but
16  it was just looking at Republican and Democrat
17  districts.
18    Q    Was your district one of the ones
19  that was discussed during that meeting?
20    A   There was a mention of it.
21    Q    Was the purpose of the -- first of
22  all, Mr. Park would be part of the Gwinnett
23  delegation too, or does the --
24    A   Yes.
25    Q    -- Gwinnett delegation only refer to

305

1  Republicans?
2    A   It would have been Mr. Park,
3  including --
4    Q    Mr. Park would have been included --
5    A   -- Mr. Pedro, others. Yes.
6    Q    Okay. So during that meeting, do
7  you recall any discussion about changing the
8  districts to increase Republican chances of
9  winning?
10    A   Not specifically Republican, because
11  there were -- we have several, more than
12  several, a number of Democrat representatives
13  in the -- of Gwinnett delegation. It was just
14  looking at what kind of changes do we want to
15  make in some of our districts, or ask for.
16    Q    Do you recall discussing changes to
17  increase incumbents' chances of reelection in
18  that meeting?
19    A   I don't recall the term incumbent
20  being used, but.
21    Q    Not the term, but to the effect
22  people that are currently holding those seats,
23  was that the point of the discussion?
24    A   I don't recall that as part of the
25  discussion really.

306

1    Q    Okay. Did you take notes during
2  that meeting?
3    A   I probably didn't. It was a quickly
4  called meeting.
5    Q    Did everyone come to that meeting?
6    A   I don't remember that.
7    Q    Do you think you could change your
8  district without jeopardizing neighboring
9  districts for Republicans?
10    A   I think Dan O'Connor's the only one
11  that could answer that. I can't.
12    MS. GREEN: I think I would like to
13  reserve the remainder of the time to address
14  any new documents that you might find on your
15  search.
16    THE WITNESS: Okay.
17    MR. STRICKLAND: What was your
18  statement? I didn't quite understand it.
19    MS. GREEN: I would like to reserve
20  the reminder of the time to address any new
21  documents Representative Chandler --
22    MR. STRICKLAND: Okay. Sorry.
23    MS. GREEN: -- might find on her
24  search.
25    MR. STRICKLAND: I just didn't hear

307

1  it all.
2    MS. GREEN: No worries.
3    THE VIDEOGRAPHER: Okay. Going off
4  the video record at 8:55 p.m.
5    (Whereupon off-the-record discussions
6  ensued.)
7    THE COURT REPORTER: And you're
8  going to reserve signature?
9    MR. KHOURY: Yes, please.
10    (Proceedings adjourned, 8:55 p.m.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Donovan Reporting, PC                                770.499.7499

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

308

1    I, JOYCE H. CHANDLER, Deponent,
2    do hereby certify that I have read the
3    foregoing deposition, and the same is a true
4    and accurate transcript of my testimony, except
5    for the changes listed below, if any.
6    PAGE/LINE/CHANGE          REASON
7    _____
8    _____
9    _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   _____
     If additional space is needed, please attach
20   separate sheet(s) and indicate number of
     additional page(s) here:_____
21
22
     JOYCE H. CHANDLER, Deponent
23   This _____ day of _____, 20_____.
24   Donovan Reporting, PC FAX: 770-428-5801
     237 Roswell Street Marietta, GA 30060
25   Date of Deposition: 1-24-2018 CR: JM

309

1         CERTIFICATE OF COURT REPORTER
2    STATE OF GEORGIA
3    COUNTY OF COBB
4         I hereby certify that the foregoing
5    deposition was reported as stated in the
6    caption, and the questions and answers thereto
7    were reduced to writing by me;
8         That the witness's right to read and
9    sign the deposition was reserved;
10        That the foregoing pages 1 through 310
11   represent a true, correct, and complete
12   transcript of the evidence given in the
13   above-referenced date by the witness, JOYCE H.
14   CHANDLER, who was first duly sworn by me;
15        That I am not of kin or counsel to any
16   of the attorneys or parties in this case.
17        I do hereby disclose pursuant to
18   Article 10.B. of the Rules and Regulations of
19   the Board of Court Reporting of the Judicial
20   Council of Georgia that I am a Georgia
21   Certified Court Reporter; that I am an employee
22   of Donovan Reporting PC; that Donovan
23   Reporting PC was contacted by the attorney
24   taking the deposition to provide court
25   reporting services for this deposition; that I

310

1    am not taking this deposition under any
2    contract that is prohibited by OCGA 15-14-37(a)
3    and (b) or Article 7.C. of the Rules and
4    Regulations of the Board; and I am not
5    disqualified for a relationship of interest
6    under OCGA 9-11-28(c).
7         There is no contract to provide
8    reporting services between myself or any person
9    with whom I have a principal and agency
10   relationship nor any attorney at law in this
11   action, party to this action, party having a
12   financial interest in this action, or agent for
13   an attorney at law in this action, party to
14   this action, or party having a financial
15   interest in this action. Any and all financial
16   arrangements beyond my usual and customary
17   rates have been disclosed and offered to all
18   parties.
19        This 31st day of January 2018.
20
21   _____
22   JOEL P. MOYER, CCR 2745
     Certified Court Reporter
23
24
25

Donovan Reporting, PC                                    770.499.7499

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

Page 311

**A**

**Abha** 2:8 14:17 184:18
**ability** 10:24
**able** 11:4 146:9 221:4
**above-referenced** 309:13
**absolutely** 13:5,6 219:6
**abuse** 11:15
**access** 39:16,18 43:25 44:24 45:1,4,21
**accidentally** 126:8
**account** 39:8,13,16 41:24 42:4,20 44:17,24 45:2,5,8,9
**accounted** 301:9
**accounts** 40:6,10,12 41:3,7 43:8,10
**accuracy** 77:25 198:23
**accurate** 12:20 13:13 47:25 308:4
**accurately** 11:5 87:19 269:8 286:4
**achieve** 160:19,24
**achieving** 236:11
**acquaint** 227:9 260:25 275:6 277:5 299:10
**acreage** 10:10
**Act** 167:1 170:10,13 254:16
**action** 56:18 267:9,22 310:11,11,12,13,14 310:15
**active** 5:14 57:17 106:3,6,18 292:3 294:25
**activity** 164:23
**actual** 127:9
**add** 110:7 140:11 187:1 254:11,12,18 254:24
**added** 224:5,7 226:22 254:4,9 294:6,23 295:23
**adding** 226:9,12
**additional** 149:4 308:19,20
**address** 9:3,16 10:2,9

10:17 39:4,20,25
42:13 65:16 66:5
66:13,15 67:14
162:12 194:6,7,8,22
210:4 242:8,19
277:11,19 306:13
306:20
**addresses** 180:6
**adequate** 258:17
**adequately** 258:1
**adjoining** 139:9
**adjourned** 307:10
**adopted** 230:25
**advantage** 80:8,19
**advises** 33:20
**affiliation** 68:12,13
**affirmative** 25:24
28:12 30:17 31:14
42:2 43:5 47:2
54:19 59:21 61:3
63:11 64:11 69:18
70:1 71:19 81:24
83:25 84:2,4,9 86:5
91:25 92:7 93:7
94:6 95:21 96:19
97:1 105:4,18
106:13,25 114:18
116:20 118:17,21
120:6 122:7 123:25
131:13 133:2,11
139:6 143:16,23
149:12 150:12
152:6 153:18
155:11 163:18
165:13 177:11
189:10 190:10
191:20 192:15
194:3,9 195:12
202:24 203:1 209:5
214:3 215:12,25
222:6 223:23
231:15 233:3,15
244:18 250:8
258:20 259:12
263:8 269:16
276:18 291:16
299:24
**affirmatively** 17:4
47:11 62:12 85:16
**African-American**
55:18 70:25 71:8
71:13 101:8 186:21

218:23 221:23
232:23 278:24
279:3 280:4
**African-Americans**
178:17 207:14,18
207:23 208:8
217:22 252:4
269:24
**afternoon** 303:16
**age** 68:16 69:9 206:8
206:13
**agency** 14:13 17:25
310:9
**agent** 310:12
**ago** 11:11 18:12 19:4
19:5 20:21 107:4
136:12 156:19
158:24 176:7
196:14 273:24
**agree** 17:22,24 18:2
55:5 71:20,24
72:15 74:5 79:25
80:7,17 81:15,17
87:24 89:15 98:15
105:14,21 112:2,7,9
112:13 113:4,11
115:25 117:9,10,11
125:14,25 126:9
128:8 133:12 139:4
139:13,14 175:12
187:14 188:8,15,17
193:9 195:22
198:15 205:18
206:12 209:24
214:4 216:25
218:12 224:15
230:12 231:25
232:6 237:2 239:4
239:23 243:15
244:7 250:19,20
252:11 262:11,19
264:3 273:17
275:23 276:4,11
282:11 288:19
293:18 294:12
298:14 300:16,24
301:18 304:5
**agreed** 16:25 246:7
295:12
**Ah** 274:6
**ahead** 87:15 114:12
121:25 136:17

142:17 175:1
208:17 209:12
213:17 269:4
272:10 298:4
**AJC** 4:16 6:17
**Alex** 2:18 291:23
**allegations** 267:22
**Allen** 2:19
**allowed** 35:15
**alterations** 262:5
**Amburn** 5:22 7:1
138:18 299:15
**amendment** 230:25
**ANDERSON** 1:7
**ANDREA** 1:7
**and/or** 153:17
**Angeles** 2:5
**Anne** 5:6 242:15
**announcement**
135:22 136:1,6
**answer** 11:4 12:6,18
12:23 13:5,22
16:14 30:24 34:7
35:4 36:7 69:7
70:10 76:3,6
102:20 103:4,9,10
119:11 120:22
124:15 129:21
148:12,22 156:16
160:13 161:11,15
161:18,18 165:9
172:25 235:20
245:21 251:2
260:14 280:1
286:18 306:11
**answered** 30:23
77:11 102:21
103:14
**answering** 159:25
249:10
**answers** 12:3,20 82:4
309:6
**anybody** 99:17 117:7
119:2
**anymore** 10:11
168:18 169:1
**anything's** 113:18
**anytime** 53:3,8
113:17,18
**anyway** 163:10
**Apparently** 27:14
**appear** 190:3 191:6

195:18
**APPEARANCES** 2:1
**appears** 227:24
**apply** 56:17 213:1
**appointment** 143:4
**appreciate** 198:6
**appropriate** 160:20
160:25 161:2,6,8,11
**approval** 173:3
**approve** 170:18,22
172:12
**approximately**
254:15,17 293:20
**April** 26:17 27:13
58:25
**arbitration** 11:17
**area** 62:7,14 67:25
115:22 122:22
167:18,24 185:12
197:2,4
**areas** 123:16 201:21
295:6
**Ariel** 1:14 2:3 8:19
10:5 91:3
**arrange** 202:20
**arrangements** 310:16
**arrested** 14:8
**ARREYMBI** 1:7
**Art** 5:1
**article** 4:16 6:17 8:5
16:5 17:20 56:11
280:24 281:6,17
284:4 309:18 310:3
**Asian** 280:11
**Asians** 273:11 278:14
**Asian/Hispanics**
301:11
**asked** 20:19 21:4
26:1 31:22,24
37:20,21,22 57:22
61:8,11 64:14
73:18,22 96:9
120:2 121:3,3,5,6
126:9 129:14
146:22 150:9 151:9
156:21 172:18
193:19,22 201:9
257:23 259:1,2
267:17 302:14,17
**asking** 37:18 44:21
48:3 62:8 94:13,18
96:6 97:11,13

Joyce H. Chandler     Georgia State Conference of the NAACP, et al vs Kemp     January 24, 2018

Page 312

98:12 107:2,9
108:14 124:12
151:4 152:12,14
156:24 158:5,12,15
159:14,15,25
173:18 203:7
223:22 233:9 234:4
249:11 250:19
255:5,9,13 256:16
asks 257:24
Assembly 80:4
assessment 300:25
assign 39:3
assist 58:5 173:19
289:4
Assistance 50:8
assistant 45:14
Association 50:8
242:23
assume 12:15 28:23
32:8 34:21 52:6
74:25 105:19
112:19 117:23,25
130:22,23 149:6,9
149:14 152:12
153:3 154:13,23
155:2,16 171:21
172:15 173:1,6
178:1 205:22
226:16 240:12,16
240:24 244:13
251:10,11,14,20
270:17 279:22
283:15,18 292:14
assumed 177:8
assuming 154:1
241:6
assumption 52:7 71:5
124:6 153:7,9,13,25
154:10 201:20
213:1 218:16,21
276:19,21,24
279:15
assumptions 152:23
152:24 153:11
173:9 203:17
212:22
assured 173:2
Atlanta 1:2,18 2:15
2:20 261:10 281:7
attach 228:3,9,12
292:7 299:18

308:19
attached 3:21 98:8
106:17 120:8
231:18 235:5
239:25
attachment 106:5,15
106:15 228:16,19
232:1 292:9
attachments 4:10,12
6:22
attempt 210:3
attended 92:15
attitudes 260:12
attorney 13:20 20:16
21:8,8,10 37:7,8
39:16 173:24
206:14 243:2
309:23 310:10,13
attorneys 309:16
attributed 17:19
at-large 131:25 132:2
AUDRA 1:6
August 59:10,11 94:1
98:1,2 105:6
108:17 109:14
AUSTIN 1:6
authority 166:2
AUTOMATED
212:7
available 38:21,22,25
154:21 180:20
181:2 182:3,5
Avenue 2:5
aware 18:4,10 19:3,6
19:9 27:12,21
29:10,13 31:22
35:5 37:5 44:11,13
71:7,11,14 88:20,23
122:25 123:2
132:12,21 134:2,6
134:11 136:3 158:6
159:16 160:2,5,7
169:14 170:12,17
225:20 226:21
248:3 253:4,15,21
279:2,7,8 284:17,20
284:21 288:15,18
291:12 301:16
awl@sbllaw.net 6:8
242:9

—————
**B**
—————

b 2:13 69:1 190:25
211:4,7,8,10,10,13
211:15 212:1,4
213:2 221:7,8,10,11
310:3
bachelor's 49:23,24
back 4:17 23:1,3,10
34:17 40:25 41:15
54:9 60:23 78:13
83:17 102:11,12,18
102:23 103:2,13,16
103:21 105:22
108:10 110:5
118:12 119:19
122:5,13 130:14
146:10 147:2
149:17 175:6,10
176:24 184:15
187:11 192:4 199:6
200:23 201:8 204:5
205:6,13 208:25
212:19 213:13,15
214:10,14 220:15
221:2 224:22 225:1
231:13 234:21
236:11,17 237:8
247:20 253:13,19
257:18 266:7,8,13
267:1,4,25 269:22
274:24 280:20
292:6 293:3 298:11
backed 273:6
background 53:17
backgrounds 131:5,8
Backing 299:19
balance 171:14
balanced 255:1
Balch 1:17 2:18
Ballotpedia 4:23 48:7
ballotpedia.org
47:23
ballpark 18:12,13
Barker 59:19,20
based 34:18 71:5
75:1 89:5,15 98:16
128:1,2 129:22
130:5 144:9 150:16
153:12 181:17
183:16 232:5
233:22 234:4
247:24 253:23
255:25 273:16

basically 17:12,13
142:23
basing 129:16
basis 238:22 290:17
Bates 26:16 41:16
73:1 89:11 93:21
97:21 104:2,23
107:19 138:16
192:9 208:20 227:7
228:25 242:2
260:21 263:18
271:11 272:24
275:4 277:4 278:4
287:13 299:8
300:10
Baycreek 94:16
189:6,8,12,15,17
191:9,11,12,13,21
becoming 19:9
began 92:8,10
Beginning 1:19
begins 278:7
behalf 26:2 44:17
45:8,17,22 288:21
288:25
belief 162:17
believe 27:10,10 29:6
30:23 31:18 43:20
47:25 48:6 49:25
55:8,21 65:5 69:9
69:12,17 71:1,16,18
75:20 76:17,23
77:1,6,14 78:3,6
81:2,7,9,16,23,25
88:8 95:8 101:23
102:5,16 103:7,18
103:23,25 115:19
116:3,8,15,18,21
117:5,16,19 118:7
118:18 119:1,5,9
120:23 123:22
124:4,8,10 125:17
127:16,21 129:2
131:11 140:18
143:5 149:1 152:8
154:20 155:5,19
156:10,13 157:7
160:18,23 161:2,3,6
162:19 163:4,13
164:22 165:1,5,10
167:3,15 171:17
175:16 196:19,23

203:11 206:18,21
208:2,7 211:14
218:17 223:25
226:1 235:12,17
245:13,17,18
246:12,21 247:10
253:22 254:3
255:14 257:14,25
263:2 270:8,11,14
270:20 280:3,7,10
281:20 282:15,19
286:3,16 287:24
290:2 294:16,21
295:7 296:12,15
297:10 301:23
302:3
bell 25:20
bellsouth.net 41:22
belong 242:22
belonged 242:19
belongs 277:19
Ben 6:14,16 7:2
275:11,17 277:10
277:22 299:16
beneficiaries 243:12
243:16
beneficiary 243:20
243:21 252:17,25
253:2
benefited 255:6,10
256:20,22 282:10
282:16,20,21
best 10:20 19:11,14
31:10 87:18 95:13
151:7 249:11
bet 69:2
better 15:10,11 69:9
161:19 165:16
166:3,4 179:21
186:9 198:7 264:12
264:14,16,17
269:13
bettered 196:21
beyond 310:16
big 64:15 95:16
198:14 247:4
biggest 269:3
bill 73:14,14,18 74:23
77:15 78:4 133:18
151:2,3,21 153:24
158:4 172:2,12
181:12,16 183:20

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

Page 313

185:3 225:6 231:11
232:8,13,16 237:3
241:20 243:17,20
256:18 257:24
258:1 264:11
268:20 269:10
270:20 275:15
282:10,15 286:17
293:21 294:18
296:13
**bills** 268:15,23,24
**Bill-2015** 4:6
**Bingham** 1:17 2:18
**biographies** 47:21
**biography** 4:19 48:6
55:21
**bit** 59:6,7 84:7 108:3
126:23 139:9 176:9
211:17 214:13,15
246:20 248:7
**bits** 144:3
**black** 68:2,4,6 69:2
69:24 70:2,4,8,9
71:17 72:1 73:23
74:3,19,20 77:16
80:2,4,9,20,25 81:5
93:1 115:17 116:16
123:8 124:13
168:17 175:13,17
176:20 197:6
205:25 206:2,25
207:1,3,9,10 208:3
217:5,6,9,11,15,17
217:23,24 218:14
230:13,24 232:12
232:17 233:13,23
233:24 235:18,25
236:6,13 239:5
244:4,10,23,25
246:8,13,22 247:6
247:11 248:19
250:4,21 253:7,18
254:5 255:16,20
256:2,17 258:23
259:1,5 279:16
284:19 292:19,24
293:14,19 294:14
294:17 295:1,13
296:7,12
**blacks** 168:21 239:8
273:11 278:13
295:18 301:9

**blank** 230:6
**blanking** 206:10
**Bless** 281:4
**blew** 192:9
**block** 65:22 183:13
183:23
**block-by-block** 162:8
**blown-up** 208:19
**blue** 187:24
**Bluestein** 6:10 261:4
261:7
**Bluestein's** 263:2
**board** 8:6 158:1
309:19 310:4
**body** 299:25
**boost** 236:25
**border** 86:2,4
**borders** 84:5,10
**bottom** 17:18 49:4
194:2,3 258:15
**bottom's** 49:5
**Boulevard** 2:19
**boundaries** 20:4,5
**Brand** 6:21 64:8,18
66:3 67:12 162:18
179:3 274:9 287:21
287:25 288:12,15
288:19 289:2,11
290:9,15 291:1
297:7
**Brand's** 297:17
**break** 13:14,17 21:20
46:10 53:21,24
54:1 107:25 108:2
174:19 246:20
296:16,20
**Brett** 85:13 303:17
**Brett's** 303:21
**Brian** 1:10 236:24
243:13
**bring** 13:25 224:22
225:1
**bringing** 151:24
179:1,11
**broader** 109:10
**Brockington** 2:13
**Brockway** 84:21
**broke** 120:4
**brought** 111:9
**Bruce** 134:16
**building** 181:25
182:15,19,20,23

**bullet** 269:2,3,8,12
269:21,23
**bumped** 212:10
**Burns** 133:25
**business** 50:4,7,17
**busy** 57:8
**Buzz** 84:20
**byline** 281:11

**C**

**C** 1:14 2:3 189:15
191:2 199:11,15,19
202:10 213:4,18,20
214:4 221:5 224:5
224:8,11,15 295:22
296:13
**CA** 2:5
**cabinet** 38:11
**CADs** 154:23
**calendar** 29:21,24
30:2,10,11,12,14,20
31:1,4,7 32:18
36:21 109:21,22
139:24
**calendars** 30:13 31:1
31:21,25 32:6
**call** 110:17,25 149:25
182:14 188:4 202:5
209:2 263:24 267:8
267:21,22 270:21
286:11 290:5
**called** 170:7 228:19
306:4
**calls** 257:24
**campaign** 58:23
59:12,14 60:4 61:6
61:10 62:2 86:13
86:24 87:3 96:15
96:23 125:3 143:25
147:20 148:11
162:25 285:11
289:3,4,9
**campaigned** 126:12
295:6
**campaigning** 58:13
59:23 98:24 99:3
290:6
**candidate** 128:9,10
128:18,19 129:9
285:6
**canvas** 66:18,20
**capable** 155:1,2

**capacity** 1:10
**capitol** 24:22 182:13
182:18
**caps** 188:12
**caption** 309:6
**care** 164:15 258:17
259:10 260:9
**Casas's** 303:22
**case** 1:9 8:21 11:14
11:19 18:20 19:3
26:4 27:19,21,22,25
28:2,4,6,7,14,17,17
28:20,24 29:7,16
34:5,19 35:2 36:13
36:14,25 43:22
44:9 119:8 124:12
149:3 170:6 201:2
203:4,8,18 217:4
253:23 309:16
**catch** 243:24
**catching** 211:18,24
**categories** 4:3 63:19
**category** 63:7
**Caucasian-Americ...**
104:8
**caucus** 109:5,6,8,9
**caught** 194:22
**Caulder** 7:1 277:18
277:19 299:15
**caulderchilds1@g...**
277:12
**caution** 111:19 113:6
113:13,15
**CCR** 310:21
**cc'd** 5:6 7:1 45:8
**CELESTE** 1:4
**cell** 33:3,5,8 43:13,17
43:25
**census** 89:6
**center** 194:2,2,4
205:12 216:18
**certain** 52:14 117:22
160:24 236:11,13
254:13 272:18
**certainly** 137:25
156:8 291:7
**Certificate** 3:14
309:1
**Certified** 1:16 309:21
310:22
**certify** 308:2 309:4
**cetera** 162:13,13

172:18 231:8,8
**chain** 42:8 79:7 93:25
97:25 105:1 108:15
227:18 261:3 277:9
277:22 287:9,20
**chairman** 134:21
136:5 173:6 271:22
272:4
**chambers** 182:6
**chance** 47:25 251:7
**chances** 71:1,20,24
77:17 78:4 82:1,7
92:19 116:5,11
178:6 186:9 196:21
204:2 208:4,9
246:15 248:21
249:1,4,14,18,22
250:2,10,22 251:4
251:12,15,22
252:12 269:14
279:9 284:23,23
290:10 297:12
298:16 305:8,17
**Chandler** 1:13 3:11
4:18,22,23 5:11,13
8:13,25 9:1,22
37:13 50:23 54:11
236:24 243:12
273:7 278:8,12
282:9 306:21 308:1
308:22 309:14
**chandlerforhouse...**
40:4
**Chandler's** 4:19
45:17 74:15 139:12
244:2 262:1 273:10
**change** 19:23 48:20
48:22 55:2 70:22
76:2,8 139:9 174:3
174:6,7,12,16,21
178:12 186:15,17
203:18 207:25
221:13 234:14
235:19 236:1,8,14
239:7,15,22 245:14
245:18 246:23
247:9,22 248:3,22
248:24 249:8,13,17
249:21,25 250:9,24
252:21,23,24 253:2
256:21,22 259:25
283:25 286:22

Donovan Reporting, PC

770.499.7499

298:4 306:7
changed 20:4 70:20
  77:18 126:17
  129:15 130:18
  194:23 196:16
  199:23 243:11
  252:8 259:22
  264:11 276:8
changes 77:14 78:3
  88:17,21 89:16
  92:18 107:14
  110:20 152:2,10
  158:1,4,22 159:3,4
  171:6,9,18 172:19
  173:12,20 181:11
  181:16 183:20
  185:18 193:21
  204:1,7,8,16,21
  208:18 216:9
  220:23,25 221:16
  221:18,22,25
  231:10,21 232:7,16
  233:16,21,22 234:6
  235:22 236:22
  237:3 241:20 243:9
  243:16 244:8 248:1
  248:8,9,16 249:3
  251:3,8,11,14,21,25
  252:1,17,24 253:1
  255:6 257:5 258:2
  259:15,19 264:23
  265:2,5,11,16,20,25
  269:13,22 270:2,8
  270:16 276:5,12
  280:3,7,10 282:19
  284:18,21 290:16
  300:17,21,21,23,25
  301:16,25 302:4,8
  303:18 305:14,16
  308:5
changing 19:19,20
  81:19,19 144:16,20
  144:25 145:5,10,13
  145:18,23 146:23
  177:12 226:7,12
  235:24 238:1 269:9
  283:2 305:7
channels 173:15
characteristics 62:24
  63:4
characterization
  237:3

charge 141:14,15
chart 232:25 233:1,2
  233:8,11
chat 78:23 275:8
  277:7 299:12
check 291:21,24
  303:7
Cheokas 273:8,9
Cherokee 9:18 10:14
  10:16
children 28:25 29:2
Childs 7:1 277:18,19
  299:15
choose 257:15,17,20
  257:22
chose 257:19
Chris 6:6 227:19
  231:17
Christian 134:5
Chuck 4:9 5:18
  108:16 139:10
  185:10
church 169:7
circle 151:11 152:7
circumstance 156:23
circumstances
  161:20
cities 54:18
city 108:25 214:20,21
  214:22 215:1
cl 5:1
claims 42:9
clarification 12:11
  151:23 172:14
  181:6 274:16
clarify 12:15 17:11
  124:9 129:6 158:9
  159:2 204:10
Clark 85:10
Clause 5:1 56:11
Clay 303:19
clear 49:22 96:13
  233:17 257:2
clears 274:17
Client 193:4 209:8
Clinton 299:20 300:6
  300:20
close 76:20 82:20,21
  87:6 126:4,10
  139:1 167:18 168:1
  182:7 301:24
closest 301:19

COBB 309:3
code 194:12,14
  209:21,22
Coie 2:9 14:17
COLEY 1:4
collect 59:15
color 188:5 195:23
  214:1
colored 175:25
coloring 202:22
colors 187:18
color-coded 95:7
column 205:24
  229:14,19 230:13
  230:14 244:23
  292:25 293:14
columns 217:5
combined 273:11
  301:12
combo 198:9
Combs 5:17 105:2,12
  105:15
come 41:15 48:10
  60:16 64:21 75:25
  111:3 149:17
  155:18 179:6
  185:17 266:12
  306:5
comes 13:2 117:13
  119:10 130:7
  142:25 179:8
comfortable 161:21
  227:12
coming 8:21 28:15
  132:5 250:25
comment 257:4
  263:3
Comment.docx
  299:20
commercial 10:10
commission 165:6,18
  166:18
committee 140:4
  153:20,23 154:1,2,6
  154:8 156:18
  158:25 160:15
  166:7 172:1,11,24
committees 153:22
  172:12 173:17
communicate 42:18
communities 90:14
  145:21 265:21

community 57:21
company 57:10
compare 202:21
  215:18 278:17
  293:17
compared 195:24
comparison 200:10
  215:16
competitive 75:5,7
  76:5 77:7 82:10,19
  82:25
compile 297:7
compiled 47:21 199:3
  297:11
Complaint 34:4
complete 309:11
compliance 171:19
  174:4,8
complied 144:22
  173:12,20
complies 107:22
comply 172:20
complying 173:3
components 161:10
  169:10
comport 156:25
comprise 197:7
comprised 71:12
  75:3 77:8 80:24
  81:5 166:18 298:15
  298:18
computer 37:9 38:14
  38:15,17,20 46:18
  187:21
con 240:5
concern 89:20,24
  90:4,9,13 146:3
  264:23 265:5,11,16
  265:20,25
concerned 144:21
  145:1,6,14,19,24
  146:4,14,24 267:21
  279:9
concerning 106:23
  116:16
concerns 148:17,19
  149:2,10
concluded 23:11
  102:19 103:3,22
  253:20
conference 1:3 2:2
  42:13 182:9,12,12

212:9 267:9
configured 213:19,23
confused 158:20
confusing 147:18
  148:4,8 159:22
Congress 132:25
Congressional 61:4
conjunction 33:18
  119:24
Connor 138:18
Connors 61:8
conservative 70:16
consider 34:19,24
  36:1,17,21 37:2
  57:16 82:9 88:5,9
  88:13 126:3 135:24
  219:21 240:25
  252:16
consideration 235:22
  257:8 260:5,15
considerations
  238:19,24
considered 178:18,22
  178:24 219:24
  238:1,3 283:3
  302:13
considering 219:20
CONST 5:1
constituents 54:25
  159:22 257:25
  258:9,16 260:9
constituted 266:1
Constitution 56:12
  56:15 171:19 172:6
  172:20 173:13,21
  174:5,9
constitutional 166:24
consult 22:10
consultant 50:23
  64:5,6,7,12 162:18
  179:3,17,20,24
  180:6 181:10
  183:17 271:13
  273:25 274:3,9,13
  288:1,3 292:13
consultants 135:10
  288:10
consulting 50:4,6,17
  297:18
contact 19:8 93:15
  97:7,15 173:2
contacted 21:16 27:3

309:23
contacting 26:21
contain 237:14
contained 1:22 89:25
265:6
contains 205:19
217:1
contest 231:20
context 60:13 72:10
170:4
contingent 123:15,19
continue 212:8
Continued 3:25 4:25
5:25 6:25
contract 310:2,7
contrast 202:21
215:18
control 45:19 166:1
conundrum 128:14
conversation 11:25
137:1 157:3 201:19
conversations 25:10
129:16
convicted 14:10
copies 208:22
copy 78:19,20 194:19
208:20 266:23
CORETTA 1:7
corner 104:17 193:3
205:7 214:14
229:11
correct 9:11 14:5,7
20:7,10 39:7 51:7,8
52:9 84:11,14 85:7
85:11 86:10,11
94:2 98:6 105:3
108:17 111:23
117:25 128:11
163:14 186:11
194:11 222:12
244:13 252:18
273:2 274:14
275:15,16 295:23
296:10 309:11
corrected 145:3
146:11
correctly 23:24 24:1
24:2 84:13 110:21
111:25 115:23
120:7 122:23
231:23 262:9
273:14 278:15

283:13 301:14
303:24
correlation 77:2
correspond 230:17
corresponds 231:10
corrupt 17:22
Council 309:20
counsel 2:1 8:4 16:5
22:11 24:15,18,19
24:24 25:1 26:2
33:18,20 38:21
39:1 40:13 43:6,24
44:3 45:25 46:2
47:7 107:23 169:22
309:15
counseling 48:9 50:2
50:3
counselor 51:19
counsel's 275:18
count 115:20 228:22
counties 81:21 90:10
265:17
county 3:17,19,23 9:8
9:18 10:9,13,14
42:14 54:20 79:18
79:20 82:6 83:22
101:1,9,13 109:9
115:15 116:5
122:18 123:1,8,10
125:15 170:7,14
187:15 195:7
198:17,20 220:23
271:23 276:12,17
303:21 309:3
county's 100:14
couple 20:21 25:11
72:8 136:19 174:18
course 21:7 55:13,19
58:23 91:20 110:17
136:11 166:3
court 1:1,16 8:6,11
11:24 12:20 23:3
35:15 102:12,23
103:16 136:22
170:14 187:5 202:1
253:13 307:7 309:1
309:19,21,24
310:22
courteous 99:16
covered 172:5
Covering 4:3,4
Cox's 303:20

CPAs 16:25
CR 308:25
create 193:14,20
227:1
created 149:25 193:7
193:11
creating 155:3
credited 281:11
cross 49:12 151:5
crossover 298:25
CUNNINGHAM 1:6
current 51:7
currently 237:1
305:22
curves 215:22
customary 310:16
cycle 130:2
C-H-A-N-D-L-E-R
9:1

**D**

D 94:15 188:25 189:8
189:9 190:8,14
202:8,11,12,12,14
202:17,25 203:4,9
203:13,20,22
215:14,15,19 216:1
216:5 221:16 222:8
222:9 226:5,8,13
Dacula 54:17 122:21
200:14
Dan 4:7,9,11 5:3,11
5:13,17,18,22 6:6,8
6:10,12,14,16,21
7:1 61:8,9 73:6
79:7 94:1 97:25
105:2 108:16 117:6
119:12 123:4,5
138:17,18 139:14
153:4 172:17 177:8
200:4 227:19 242:7
261:4 263:13
275:11 277:10,23
287:20 299:14
303:9 306:10
darker 195:19
DARRYL 1:6
dash 188:9
dashed 210:14
dashes 195:13 301:6
data 62:2,5,10,18
66:3,4 89:13 94:5

97:3 98:5,13,16
99:14 105:9 106:22
122:3 180:19 181:1
181:9,17 205:19
217:1 225:17
226:18 228:17
235:16,19 241:7,10
288:13,16 295:10
date 8:8 25:10 74:24
308:25 309:13
dated 26:17 73:7
94:8 98:21 105:5
138:18 142:1
227:23 261:15
275:11 281:9
299:16 303:10
daughter 29:12
David 281:11 303:22
day 56:2 243:4
308:23 310:19
days 55:2 81:21
DC 2:10
deadline 44:12,14
deal 89:4 133:4
166:22
deals 17:6
dealt 16:15
debt 15:19
December 138:19
140:18 275:11
decided 42:15 129:8
decides 133:10 159:1
deciding 152:2
157:17
decision 110:24
111:8 147:24
158:11,13,16
222:20 225:13
decisions 111:6
133:15
decrease 71:25
207:14,18 208:3
217:21 221:22
232:22 234:7 244:9
247:12 250:20
251:4,7,9,12
decreased 71:2 77:15
218:25 246:14,23
247:7,11 250:5
284:18
decreasing 236:6
248:19 253:6,17

defeating 85:10
Defendant 1:11 2:12
Defense 4:20
definitely 285:8
degrees 53:2
delegation 303:15
304:2,12,23,25
305:13
delete 46:7,12 163:20
163:22 291:13
deleted 164:11
deleting 163:13,20
delineated 195:13
delineation 214:1
Democrat 19:22
52:25 62:22,23
65:19 66:7,7 68:13
77:3 85:6 113:23
121:4 122:2,8
124:14 127:3,6
128:5,24 129:4,8,11
129:19 130:4 155:7
156:2 162:12
164:17 256:23
259:23 260:1
282:21 295:19,20
304:16 305:12
Democratic 19:24
20:14 53:4,9,12
70:12,14 80:23
81:3 100:13,25
122:20 126:20,24
127:8,14 128:10,18
186:14 201:21
203:23 212:25
218:7 223:5,9,10,17
259:17,18,18
279:23 285:5
Democrats 55:12
59:25 68:2,4,7
69:25 70:2,8 74:4
80:1 82:2 100:18
121:21 127:23
128:19,22 167:10
167:17,25 168:14
178:21 237:19
238:2 246:8 255:3
255:18,20 256:8,14
258:24 259:24
273:4,18 282:10,16
282:20 283:20
289:20,25 295:14

Joyce H. Chandler                 Georgia State Conference of the NAACP, et al vs Kemp                 January 24, 2018

| | | | |
|---|---|---|---|
| 297:2 298:15,19,23 299:3 | details 28:1,8,9,10,11 28:13,19,21,22 288:6 | discusses 42:8 discussing 92:17,25 107:13 133:5 | 111:20 112:4,15,18 112:23 113:2,8,19 113:25,25 114:4,7,9 | 239:6,14,21 241:11 241:15 243:22 244:2,10 245:25 |
| Democrat-Republi- 76:25 140:20,21 164:25 256:14 | determine 62:6,7 determined 68:14 88:21 | 135:13 185:9,16 196:6 199:14 203:12 210:25 | 116:12,17,19 118:14 119:17 120:17 121:5 | 246:13,22 247:7,23 248:4,10,20,25 250:5,21,25 252:2,7 |
| demographic 59:22 62:17 97:3 129:25 198:23 276:4 290:16 300:17,21 | determining 116:5 116:11 develop 181:3 developing 61:5,10 | 211:12,25 216:12 217:2 232:3 305:16 discussion 91:8 92:21 92:23 98:9 117:24 | 125:16 126:17,20 126:24 128:4,20 129:8,19 130:3,18 130:25 131:11,16 | 252:23 253:1,6,7,17 253:18 254:1,4,5,12 254:13,14 255:7,11 255:15,16 256:3,17 |
| 300:23,25 301:24 302:3 | 62:1 152:9 153:1 180:18,23 181:11 | 118:2,10,16,19 138:6 203:16 236:5 | 131:21 132:3 135:3 135:13 136:9 138:7 | 256:24 257:5,11,12 258:2,3 259:16,23 |
| demographics 34:25 35:6 36:2,9,10 59:16 72:3,11 | 183:20 185:2 development 151:25 deviations 145:2 | 236:10,12 305:7,23 305:25 discussions 34:15 | 138:25 140:19 144:9,16,21-145:1,6 145:11,14,19,24,25 | 260:1 262:2,3,12 264:10,24 265:6,8 265:12,16,20 266:1 |
| 82:24 126:17 129:15,23 130:18 186:18 196:15 | difference 76:7,18 165:17 differences 87:2 | 37:19 40:23 78:11 83:15 86:18 132:7 134:10 135:2 187:9 | 146:23 148:14,20 150:11,16 151:2,6 152:1,3,11,21 153:2 | 269:9 270:3 273:10 273:16,19 276:5 278:8,11,18,20,25 |
| 199:19 200:21 201:13,17 212:4 222:18 224:10 | 180:3 234:3 285:14 different 70:19 123:12 126:15 | 192:2 212:17 220:13 274:22 280:18 307:5 | 154:21 155:15 157:14,15,18,20 158:5,17 159:3,5,6 | 279:4,14,17 280:4,8 280:11 282:20 283:2,25 284:13,14 |
| 225:20 234:5 259:22 276:8 283:1 283:17,19 | 131:5,8 160:19 161:16,25 165:3 169:10,19 179:23 | disqualified 310:5 Dist 231:19 distinguish 258:22 | 159:9,17 167:11 168:7,10,18,22 169:1,5,11,12,20 | 284:18 286:21 288:13,16 289:16 289:18,21,23,24 |
| Denied 5:1 Department 89:17 170:17,21 | 179:25 188:4 248:8 266:19 differently 75:23 | distributed 268:10 district 1:1,1 4:3,4 6:2,3,4,18 9:11 | 171:6,15,18 173:20 174:1,8,12 175:13 176:21 177:12 | 290:12,17 292:3,16 292:19,22 293:1,20 294:7,14,24 295:4 |
| depend 69:6 depending 166:10 depends 12:18 166:7 | 126:13 difficult 147:13 202:22 256:25 | 19:23 20:5,9,12,12 20:12 34:25 36:2 36:11 49:11 52:24 | 178:5,9,12,17,21,24 180:14,18,24 181:4 183:12 185:5,19 | 295:23 296:8,17 297:3 298:15,18,22 300:1,18,19 301:2,7 |
| deponent 14:19 308:1,22 deposed 11:7 20:21 | dilute 113:24 186:23 dilution 53:15 Dinner 243:4 | 53:3,8,11 54:12,14 55:6 56:20 57:9 60:1,12,20,21,21 | 186:9,21,24 187:2 187:20,24 188:1,17 190:4,8,20 191:6,10 | 302:9,11,15 303:20 303:21,23 304:18 306:8 |
| 21:13 28:7,15 deposition 1:13 5:9 5:21 21:4 23:17 | director 51:1 142:7 disbelieve 256:2 disclose 309:17 | 61:12 62:15,16 65:6,9,11,12 66:5 66:14,16,21 68:4,7 | 192:16 195:23,24 196:4,8 199:12,16 200:8,18 201:18 | districts 3:18,19 19:15,21 20:1 52:8 |
| 25:3,13 29:22,23 30:8 32:21 33:12 49:16 90:24 117:6 | disclosed 310:17 disclosure 8:4 Discover 122:19 | 70:11 71:1,12,15,22 72:1,4,12,15,19 73:20,23 74:2,15,20 | 202:8 204:1 207:2 207:4,9,11,15,19,24 208:3,5,9 209:11 | 73:11 74:18 80:2,9 80:19 83:3 86:2 110:24 111:14 |
| 136:16 163:5,14 184:20 308:3,25 309:5,9,24,25 310:1 | discovery 44:12 discuss 25:12 166:24 304:9,12 | 75:2 76:3,11,13,21 77:8,19 80:4,23,24 81:5 82:19,25 83:4 | 210:17,18,22 211:5 212:23 213:5,11 214:12 216:5 217:9 | 117:14 129:15 136:5 138:8 141:12 147:25 159:20 |
| depositions 33:24 34:1 44:8 | discussed 23:15 26:4 26:10 27:15,18,19 | 84:21 85:20 87:20 88:6,10,14,17 89:5 | 217:11,15,17,22 218:18,24 219:4 | 169:11 186:13 187:17 198:17,20 |
| describing 123:4 description 34:21 90:1 265:7 | 27:22,24 28:2 29:7 29:16 36:18 37:14 38:7 52:6 106:16 | 89:20,24 90:1,4,9 90:13 92:18 93:1,2 93:3 94:5,9,23,24 | 221:23 222:2,15,21 223:4,5,6 224:2,16 226:2,9,14,22 228:1 | 199:23 201:17 202:18 206:20 210:16 212:22 |
| design 252:9 designed 248:1,5,10 248:17 | 138:3 156:20 181:24 206:24 207:8 221:9 223:14 | 95:3 96:13 98:13 99:7 100:15,19 101:2,9,13,17,21 | 229:15 230:18,21 230:25 232:11,23 233:14,24 234:6 | 222:25 223:1 236:21 237:1 241:8 262:6 272:18 273:5 |
| designing 298:22 detail 227:11 detailed 179:18 | 238:19,21,24 294:5 303:17 304:13,19 | 106:7,24 107:14 110:19 111:16,17 | 235:25 236:1,7,8,15 237:19 238:3 239:3 | 299:19 300:2,5 302:12 304:17 305:8,15 306:9 |

Donovan Reporting, PC                                                      770.499.7499

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

Page 317

district's 301:10
dive 303:4
divide 122:18 123:1,3
DIVISION 1:2
doc 266:19
doctorate 48:11
document 4:5,13,14
  5:4 6:1 9:24 10:1
  16:1 26:13,15
  34:20 41:11 56:8
  72:23,25 78:15
  83:19 87:13 89:8
  89:11,13 90:21
  93:18,20 95:9
  97:18,20,24 98:17
  98:19 103:24
  104:20 107:17,19
  125:9 136:13
  138:13,15 141:23
  142:1,20 149:22,24
  150:14,21 151:5
  176:3 192:6,11,13
  192:14,18 193:6
  197:13 205:1
  208:15 209:7
  216:15 227:4,6
  230:23 241:24
  242:2 256:1 260:18
  260:20 263:15
  268:1,5 271:6,8
  275:1 277:1,3
  280:22 285:22
  287:7,12 288:7
  299:5,19 300:24
  301:25 302:4,25
documents 13:25
  25:14,16,18,22 37:1
  37:8,10,24 39:13,17
  40:7,10,13 41:3,6
  43:7 44:1 46:7,8,18
  47:12,16 107:9
  110:5 130:15
  194:19 210:7 228:4
  253:23 266:10
  306:14,21
doing 45:19 52:7
  94:11 98:18 113:17
  126:14 136:10
  155:1,3 166:7
  173:25 180:11
  211:2 263:14
  267:13,14 286:7

290:18
dominant 52:9,13,15
Donald 300:7,20
  301:1
Donna 49:8,10 285:6
Donovan 308:24
  309:22,22
door 75:24,24 96:24
  96:24,25,25 169:8
doors 66:23
double-check 33:23
  293:10
doubt 77:24 87:11
  91:18 92:22 99:11
  107:5 125:18 137:4
  137:24 198:22
  242:20 247:5 258:7
  262:24 263:13,25
downsides 156:20
  160:3,5
draw 154:21 165:6
  165:18 169:10
  219:3
drawbacks 166:5
drawing 166:16
  218:22
drawn 226:19 262:12
  262:14 273:17
draws 6:18 166:2
drew 165:18
Drive 9:5
drop 244:4 245:8
dropped 115:16
drops 244:3,5
Drpic 4:18
duly 8:14 309:14
duty 55:5,8,11,17
D-R-P-I-C 26:18
D-trending 303:23
D.Ed 48:9,12

              E
E 5:7
earlier 95:19 133:9
  163:4,14 223:14
  235:8 246:7 287:24
easier 139:9 147:19
  148:10 151:10
  282:2
easily 165:6
eastern 122:21 123:9
east-west 123:3

edge 303:21
education 48:11
Educational 50:23
Ed.D 48:9,12
effect 252:11 262:25
  305:21
Efstration 4:9 5:19
  23:23 84:13 92:15
  92:15 107:15
  108:16 111:23
  113:5,12 139:10,17
  174:20,24 185:10
  185:16,21 303:10
Efstration's 112:4,14
  112:18,22 113:2
  114:6
eighth 282:2
either 40:5 72:2
  100:12,24 183:5
  191:18 214:7
  237:13 258:24
  302:6,18
elected 51:6,10,13
  55:16 80:1 162:25
  165:19 285:19
election 3:23 5:4,5
  6:19,20 61:25
  64:13 71:17,21,25
  75:4 76:5,9,20 77:7
  81:3 82:13,15 85:8
  86:9 87:7,16,19
  88:4,10,12,18 90:19
  91:12,16 93:16
  94:11 116:6,11
  124:17,20,25 125:6
  125:16,21 126:4,10
  127:4 130:6 131:15
  164:13 175:12
  176:20 183:7
  245:15,20,23 248:6
  248:18 264:4,8
  269:13 284:23
  285:12,16 286:5,8
  289:13 294:1
  301:11 302:21,24
elections 64:9 264:1
Electronic 46:23
eliminate 169:19
eliminated 164:9
eliminating 291:8
email 4:1,1,7,9,11,11
  4:18 5:3,6,10,10,12

5:12,16,16,18,22
  6:6,6,8,8,10,10,12,12
  6:14,15,15,21,21
  7:1 26:17,24 27:8,8
  34:24 36:1,8 39:4
  39:13,19,24 41:3,7
  41:20 42:8,16,20,24
  45:7 73:6,10 76:10
  79:7,11,25 81:13
  93:14,25 94:4,7,7
  94:14,21 95:20,23
  95:25 97:25 98:4
  104:22 105:1,5
  106:21 108:15,19
  117:21 122:5
  133:23 138:17,21
  164:6 227:18 228:1
  228:4 235:6 242:7
  242:8,18 243:4,7
  245:3,4 261:3,15,19
  263:1 275:10 277:9
  277:11,19,22 287:9
  287:20 288:13
  291:1 299:14 300:1
  303:9 304:6
emailed 21:22 130:11
emailing 97:13
emails 35:6 38:12,25
  42:3,23 43:10
  44:16,23 45:15,21
  46:11,13,15 109:25
  163:6,15,17,20,25
  210:7 290:25 291:5
  291:5,9,13
embedded 14:23
employee 309:21
enacted 265:2
encourages 289:14
  290:3
ended 277:23
ends 79:9 94:1 98:1
  108:16 261:4
  287:21
ensued 34:16 40:24
  78:12 83:16 86:19
  187:10 192:3
  212:18 220:14
  274:23 280:19
  307:6
enter 212:8
entire 109:5 148:11
entirely 211:4 214:12

224:23
entities 51:16
entitled 299:19
entry 36:21
equally 166:19
  179:17 238:8
Er 199:8
Errata 3:13
errors 89:25 265:7
essentially 170:13
establish 142:11
established 163:25
  220:22 250:3
et 162:13,13 172:18
  231:8,8
ethnic 90:5 265:13
evenly 70:12,13
events 10:25
eventually 181:11
  185:2
everybody 55:16
  129:18 153:23
  172:3 285:19
everybody's 162:25
  164:15
evidence 309:12
exactly 21:12 61:22
  87:8 181:24
Examination 3:10,12
  8:16
examined 8:14
example 151:20
  219:12
exceeded 104:7
exceptions 236:23
excerpt 5:9,20 136:15
excerpts 90:23
exchange 16:16,24
  93:2 181:9
exchanged 291:5
excuse 10:13 60:2
  61:9 88:2 114:1
  157:21 281:3
exhibit 3:15 9:25
  10:2 16:2,4,4 17:16
  26:14 41:12,14,16
  47:13,14,14 55:21
  56:9,10,13 72:24
  73:1 77:21 78:16
  78:17,18 83:20,21
  87:14,16,17 89:9
  90:22,25 93:19,22

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

95:10,12 97:19,22
98:21 104:2,15,21
104:24 105:16,22
105:24 106:6,17
107:18,20 108:13
119:19,21,25 120:1
120:4 121:12
122:13 125:10,12
136:14,17 138:14
138:16 141:24,25
143:12 149:23,25
175:10,22 176:25
187:15 192:7,8
195:7 197:14,15,16
201:23 202:7,16
203:3 205:2,4,6,11
205:20 208:16,20
209:2 216:16,18,23
219:11 220:17,20
220:20,21 227:5,8
228:10,23 234:25
236:18 241:25
242:3 244:15,15
245:4,9,11 255:22
260:19,22,22,23
263:16,18 266:6
268:2,5 271:7,9
274:19 275:2,4
277:2,5 280:23,25
285:23 286:1,3,24
287:5,8,13 293:4,22
293:23 294:8
295:25 299:6,7,8
303:1,3
**exhibits** 1:22 3:16
47:16 118:12 227:2
**exist** 149:10 159:9
**existing** 144:22 145:2
145:7,15,20,25
146:15,24
**expected** 76:19
**expense** 111:20
**experiences** 290:6
**expert** 34:10
**experts** 199:3
**explain** 126:22
**express** 111:18 113:6
113:13,15 174:21
**extensive** 164:10
**extent** 113:23
**extra** 111:17 112:5
112:15 113:7,8

**extras** 100:5
**extreme** 53:6

#### F

**F** 189:4
**Facebook** 67:6,7
**facilitate** 181:7
**fact** 48:19 105:6
239:17 258:4,6,11
281:22
**fair** 101:15,19 148:14
160:4
**fall** 200:24 301:9
**familiar** 11:21 73:14
190:5
**family** 29:19
**far** 28:1 62:14 116:13
128:4 161:16
177:15 181:19
183:14 189:20
203:2 229:3 235:5
235:7 266:8 269:11
270:25 288:24
**faster** 276:14
**favored** 262:3,7,13
262:15,21
**FAX** 308:24
**February** 73:7 142:1
303:10 304:9
**federal** 89:21 132:24
144:22 171:20
172:20 173:12,21
173:23 174:4,9
264:24
**feel** 16:17 161:21
227:12
**fell** 201:6
**felt** 48:24 49:1,3
**fewer** 236:21 238:2
254:1 256:23
**figures** 130:21
264:20 279:6
**file** 3:2,3,4,5,6,7,8
8:10 38:11,15
89:14 175:8 234:23
298:13
**files** 37:9 38:17,20
46:17 163:12 164:8
164:12
**financial** 310:12,14
310:15
**find** 32:17 33:17

110:11 114:20
115:8,9,13 150:1
182:9,11 189:13
197:20 266:5
274:19 293:5
306:14,23
**fine** 12:16 22:8 36:6
54:4 151:13,17
158:21 303:6
**finish** 12:2,3 13:15
**first** 8:14 11:24 18:3
51:6,9,12 58:25
60:10,22 69:15
73:15 80:13,14
81:13,13 97:24
111:12 120:20
121:18 122:5 142:1
158:8 162:2 173:2
175:11 228:4,5,7,8
228:10,15 231:3
231:17 236:17
243:8 266:9 277:24
278:9 282:7,8
292:1,6 299:22,23
300:1 304:21
309:14
**five** 3:7 18:11 54:3
174:16 212:7
**five-point** 82:16
276:1
**fixed** 148:1
**Flip** 121:17
**floor** 2:4 111:9
151:20 153:24
154:6 172:13
**focused** 125:3
**fold** 220:7
**folder** 38:10
**folks** 58:10
**followed** 172:1
**following** 231:17
**follows** 8:15 23:4
102:13,24 103:17
253:14 278:14
**follow-up** 32:14
73:11 79:12 98:8
108:20 109:17
243:4
**foregoing** 308:3
309:4,10
**forgot** 291:25

**form** 30:22 35:11,16
35:22 36:4 37:3,11
38:8 41:4,8 42:5
60:7 63:1 67:17
68:20 69:4 70:6
71:3 72:20 75:14
77:10 94:25 102:7
120:10,25 163:16
163:21 170:24
175:19 219:22
223:7,19 231:2
235:14 241:2 246:4
246:17 247:1,15
248:12 249:6,23
250:11 251:5,17,23
252:19 253:8 254:8
254:20 279:18,24
288:22 295:15
297:14
**format** 165:4 268:25
**forwarded** 267:8
**found** 83:24 150:4
182:23 202:22
**four** 3:6 18:11 74:17
175:8 275:25
**fourth** 80:12
**four-point** 236:25
**frame** 12:19,22 13:10
**FRANK** 2:13
**friend** 29:17
**friends** 70:10 124:13
**front** 264:20
**full** 8:23,24
**fully** 11:4
**Fulton** 9:10,13,14
79:17,22
**fund** 79:17
**further** 176:9

#### G

**G** 191:12,16,22
**GA** 2:15,20 308:24
**gain** 75:11,19,21
**gained** 279:13
**gaining** 113:7
**GAP** 89:11,12
**GA-002783** 4:18
**GA000001** 4:6
**GA000014** 4:10
**GA000026** 4:2
**GA000077** 4:8
263:19

**GA000079** 41:16
**GA2-00** 299:8
**GA2-000118** 6:11
260:21
**GA2-000128** 6:16
277:4
**GA2-000129** 278:4
**GA2-000682** 6:7
227:7
**GA2-000691** 228:25
**GA2-000692** 227:7
**GA2-000861** 5:22
138:17
**GA2-001168** 4:12
**GA2-001176** 6:13
271:11
**GA2-001177** 272:24
**GA2-001178** 271:12
**GA2-001194** 93:21
**GA2-001195** 5:13
97:21
**GA2-001196** 5:17
104:23
**GA2-001197** 5:15
99:21
**GA2-001198** 104:3
**GA2-001201** 6:22
287:14
**GA2-00125** 287:15
**GA2-001338** 275:5
**GA2-001388** 6:14
**GA2-001571** 6:9
242:2
**GA2-001601** 5:3 73:2
**GA2-001604** 73:2
**GA2-001705** 5:19
107:20
**GA2-00194** 5:11
**GA2-002106** 7:2
**GA2-002108** 300:11
**GA2-002783** 26:16
**GA2-003019** 6:3
192:10
**GA2-003027** 6:5
208:21
**GA2-11** 271:12
**Geisenger's** 231:19
**gender** 5:15 106:3,7
106:19
**general** 3:23 5:5 6:19
58:15,17,18 80:3
82:13,14,15 182:4

Donovan Reporting, PC

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

Page 319

234:5 272:17
generally 13:22 26:5
  30:1 58:12,16 68:1
  74:2 125:25 126:2
  151:1 179:15
  198:15 233:9 240:3
  246:9 254:23
  298:21
generals 58:22
Generated 104:18
geography 168:1
Georgia 1:1,3,11,18
  2:2 4:21 5:4,13
  6:19 9:14 10:4,17
  10:18 39:3 47:22
  50:8 54:15,23
  64:16 71:9 89:16
  108:25 110:24
  117:4 122:22
  127:17 131:25
  132:10,14,23 133:5
  135:23 165:8,11
  309:2,20,20
Georgians 55:4
Gerald 80:2 273:9
gerrymandering
  42:9,13 52:4,22
  53:5,10 266:2,4
getting 67:14 93:24
  169:13 180:5
  236:13
Gina 4:1,7 5:9 90:24
  91:10,15 141:2
  152:25 172:17
  177:8 267:17
Giovanna 4:18 26:17
GIS 53:17
give 10:20 18:6,7,8
  28:19,21 39:15,18
  123:17 141:18,20
  148:22 180:9 182:2
  182:4 184:12
  266:20 267:1,4
  287:5 288:12
given 11:16 128:3
  166:21 173:4 179:2
  193:9 210:1 236:7
  236:14 247:9
  286:15,15,23
  303:20 309:12
gives 64:24 66:3
giving 66:12 93:1

183:22 281:16
  288:15
glad 31:15 164:20
  272:9
glancing 227:14
glass 100:1 104:16
  197:11,18,23 198:6
  205:13 229:6
glasses 99:24 198:7
go 11:22 12:3 34:13
  34:17 40:20 58:18
  58:19 65:3,25 78:7
  83:10 86:13,15
  87:15 96:24,25
  105:22 114:12
  118:12 119:19
  121:25 122:5,13
  130:14 136:17
  140:6,15 142:17
  147:2 149:3,19
  169:7 175:1,10
  184:3,15 187:4
  191:23 199:6 203:2
  208:17 209:12
  210:7 212:13
  213:13,15,17 220:9
  222:13 231:13
  234:15 236:11,17
  237:8 251:25
  257:18 269:3,22
  272:10 274:18
goal 177:24 178:3
  186:8
goals 186:8
goes 60:22 139:8
  213:19
going 10:1 15:5 16:3
  26:15,18 35:10,13
  40:21 41:13,15
  46:4 47:15 53:20
  54:5 56:10 65:24
  72:25 75:16,24
  77:5 78:9,17 83:1
  83:7,13 86:16,21
  89:10 90:23 93:20
  95:11 96:25 107:24
  108:6,13 110:5
  111:12 113:24
  114:12 117:3

125:11 129:12
  136:15 140:6,15
  149:17,24 154:17
  162:15 169:4 175:2
  175:24 185:4 187:7
  188:15 190:2 191:4
  191:25 208:17
  209:2,3 212:8,15,19
  214:10 220:11
  229:1,1 233:4
  234:17 236:18
  239:6,12 243:7,25
  249:20,21,25
  250:14,16 260:20
  261:21 266:12
  272:22 273:4
  274:20 278:9
  280:16 289:19
  291:8,21 298:7
  303:2,4 307:3,8
good 53:21 67:5
  165:21,24 177:15
  184:14 189:25
  198:5 263:24 290:6
GOP 111:18 112:5
  112:15 113:7,8
  131:24 134:22
  236:25 271:22
  272:3 276:1 299:19
GOP-held 273:5
  300:2
Gotcha 57:14 126:16
  194:16 274:8,15
  275:23
government 14:13
  18:1 51:10,13,16
Governor 133:4
grainy 194:19 195:8
  210:8
Grand 2:5 104:1
graph 241:5
graphic 119:14
gray 187:21,22
  195:15,23 210:17
  210:18 287:3
Grayson 54:16
great 151:23
green 1:14 2:3 3:12
  8:17,19 10:6 14:20
  15:3,7,10 22:6 23:1
  34:13,17 35:13,19
  35:23 40:19 43:6

43:12 44:3,11,15
  45:15 46:2,6 54:3
  78:7 79:1,5 83:12
  91:6 96:3,8 102:11
  103:4,8,13 107:24
  108:2 151:13,15,17
  174:18 175:1,9
  184:9,14,22 187:4
  188:2 198:1,4
  200:24 201:2,5,10
  202:3 206:9 212:13
  220:9 234:12,15
  250:14,18 253:11
  274:15 280:13
  298:5 306:12,19,23
  307:2
Greene 80:3 273:10
Green's 74:17,19
Greg 6:10 261:3,7
ground 11:22
group 52:14 90:6
  265:13
groups 52:9 169:20
growth 81:20 82:6
  115:20 294:1
guess 18:6,7,8,9 40:6
  50:22 83:5 129:18
  157:23 169:13
  259:13
guessing 11:10 163:8
guidelines 141:18,20
  169:23 171:5
guy 64:20
guys 100:4 182:8,22
Gwinnett 3:17,19
  4:16 6:17 9:7 42:9
  42:14 54:20 81:18
  82:6 83:22 109:9
  115:14,18,21 123:1
  123:8,9 134:22
  187:14 195:7
  198:17,20 220:22
  243:13 271:23
  276:12,16,17
  303:15,18 304:2,11
  304:22,25 305:13

**H**

H 1:13 3:11 5:9 8:13
  94:16 189:17 191:9
  191:11 308:1,22
  309:13

habit 163:19
habits 163:12
half 142:14 229:19
Hamilton 86:10,23
  87:3 124:17 175:14
  175:18
Hammett 8:24
hand 14:4 16:3 211:9
  219:15,16 266:19
handed 17:16
Handing 280:24
  287:12
handle 213:8
handled 17:1
handles 289:6
hands 22:5
handy 244:15
happen 290:7
happened 30:5
happens 176:19
happy 270:2,5
Harbins 190:23,25
  191:2 196:3,7,16,20
  197:8 199:11,15,19
  210:22 211:4,7,8,13
  211:15 212:1,4
  213:2,4,18,20 214:4
  221:5,7,8,10,11
  224:5,7,11,15,22
  225:3,10,14,18,21
  226:2 294:6,6,8,14
  294:18,23 295:1,22
  296:13,24 297:3
hard 75:25 76:12,15
  203:11
harder 75:10,19,20
Harrell 85:13,14,15
  303:17
Hatchett 134:8,10
HB 4:5 231:1,23
  244:2,8
HD 98:5 110:18
  139:9,12 228:17
  243:13,14 244:2
  262:12 269:25
  273:6,7,9
HD105 193:4 209:8
  209:14
HD105amdp1
  205:16
HD105amdp1-2014
  193:4 205:9

Joyce H. Chandler                Georgia State Conference of the NAACP, et al vs Kemp                January 24, 2018

Page 320

**HD105amdp1_201...**
4:13
**HD105amdp2-2014**
209:14
**HD105amdp2_201...**
4:14 216:19
**head** 12:7 13:2,5 17:4
47:11 62:12 85:16
145:9 182:1
**headed** 228:24
**headers** 205:24
**hear** 14:18 169:17
306:25
**heard** 52:5 53:16
170:6 178:19
235:21,24 238:14
246:10 276:23,23
**hearing** 169:21
**held** 34:22 80:8,18
**Helens** 9:4
**help** 23:16 54:24 62:8
247:17 248:1,5,10
248:17 249:4
**helped** 270:8,16
**helps** 15:5,6
**Henry** 81:18 243:13
**hey** 64:20
**high** 218:19
**higher** 71:21,25
208:2 218:14
300:19
**highlighted** 91:2
**Highway** 122:20
**Hillary** 300:6,20
**hire** 289:2,3
**Hispanics** 123:15
273:12 278:14
**history** 49:24 50:1
60:19,24
**hit** 86:14
**hold** 80:18 180:16
215:21
**holding** 305:22
**homogeneous** 169:6
**Honorable** 3:20 5:7
**hope** 29:5 68:18
85:25 179:8 188:18
**hoped** 148:1
**horizontal** 228:13
230:11
**hour** 53:20 86:15
**house** 3:17,19 4:6,21

6:1,3,4,17 32:25
38:15 39:3,9 47:22
54:23 55:20 56:19
56:19 57:5,7,17
71:9 72:4 73:11,13
73:17 74:23 77:15
78:4 83:3 87:20
88:5,9 89:16,20,24
90:4,9,13 93:1 94:5
100:15 101:1,9,13
106:7,24 111:7
131:25 132:2
133:18 135:24
151:2,3,20 154:3
158:4 164:16 172:2
172:4,12,13 173:16
180:7,14 181:12,16
183:20 185:3
187:20,24 188:1,17
190:3,8,20 191:6,10
192:16 195:22,24
196:3,7 199:11,15
200:7,18 201:18
202:8,18 204:9,11
206:19,25 207:1,4,9
207:11,15,19,24
209:11 210:17,18
210:22 211:4
212:23 213:5,11
216:5 217:9,11,15
217:17,22 218:18
218:24 222:15,21
225:6 226:9,14,22
228:1,5,16 230:18
230:21,24 231:8,11
231:19,22 232:7,11
232:12,16 237:3,19
240:4,8,9 241:20
243:10,16,20 253:1
258:1 262:6 264:11
264:23 265:5,12,16
265:20,25 268:21
269:10 270:20
275:15 278:8,11
280:4,8,10 282:15
286:17 292:3
293:21 294:18
296:13,17 301:20
302:12
**House-amdsub-2015**
229:11
**House-amdsub-20...**

228:20
**huh** 67:15 176:18
**huh-uh** 60:4 65:2
68:8 125:1 134:4
170:8 177:23
189:21 224:14
290:14
**hurt** 248:21,25
249:14
**husband** 16:10,14,23
17:13,19
**husband's** 9:21
**Hutcherson** 22:18
23:2,5,13,16 44:16
45:16 57:23
**Hutcherson's** 45:21
58:2
**H-A-M-M-E-T-T**
8:25

---

**I**

**ID** 205:8
**idea** 24:22 42:17
48:10 140:24 141:7
280:2 294:3 297:16
**identified** 9:24 16:1
26:13 41:11 47:12
56:8 72:23 78:15
83:19 87:13 89:8
90:21 93:18 95:9
97:18 104:20
105:16 107:17
125:9 136:13
138:13 141:23
149:22 187:17
192:6 197:13 205:1
208:15 216:15
227:4 241:24
260:18 263:15
268:1 271:6 275:1
277:1 280:22
285:22 287:7 299:5
302:25
**immediately** 59:2
88:10
**impact** 300:18 301:1
**impacted** 270:22
**impair** 10:24
**important** 12:1,5
75:10 86:12,24
235:12,13,19 238:7
**impose** 79:16

**improve** 55:3,3 178:6
204:2 250:1 284:22
**improved** 250:9,21
253:25
**inappropriate** 147:9
147:11,12 148:3,21
**inbox** 163:6
**include** 105:2 240:10
240:13 273:13
**included** 305:4
**including** 305:3
**Incorporated** 50:9
**incorrect** 48:5
**increase** 71:21 131:7
207:14,18 208:9
217:21 222:1
246:15 248:14
249:4 278:12 305:8
305:17
**increased** 71:2 77:17
78:4 131:12 218:24
219:1,5 245:14,18
246:24 247:12,23
251:21 252:12
279:4 293:20
**increases** 249:21
**increasing** 236:6
**Increasingly** 122:17
**incumbent** 110:20
282:10 301:20
305:19
**incumbents** 305:17
**independent** 165:5
165:18 166:17
**Index** 3:1,2,10,15 7:4
**Indians** 123:16
**indicate** 308:20
**indication** 69:13
**indicator** 69:21
**individual** 295:20
**individuals** 129:17
**influence** 10:22
**inform** 269:12,21,23
**information** 4:5
59:22 60:3,6,10,11
60:14,19 61:9
62:20 63:6,25 64:3
64:4,25 65:23
66:10,12 67:12,15
72:14 73:19 94:10
94:19 96:17,21
98:23 99:3 101:16

101:21,24 102:6,17
103:19 106:18
107:2,10 116:3,9
117:17 118:6,14
119:9,12 120:2,3,17
120:19,24 121:7,9
121:20 122:9
127:25 128:3 129:3
129:25 130:7,8
155:6,14,18,20
156:4,17 162:14,16
162:22 164:4 179:2
179:12,16,18,21,23
179:25 180:9,12
183:7,11,17,22
184:1 198:16,19,23
219:18,21,23
235:12 237:14,17
268:15,24 288:9,20
289:11,15 290:9,15
290:20 297:8,11
304:12
**informed** 70:24
154:11 258:2,5
267:18
**informing** 258:8
**inherent** 165:2,2
**inherently** 164:23
**instance** 118:13
288:17
**instructed** 13:23
**instruction** 107:22
**intent** 256:11
**interest** 90:15 145:21
265:22 303:3 310:5
310:12,15
**interested** 52:10
94:23 98:23 99:2
144:16,20,25 145:5
145:10,13,18,23
146:23 207:22
278:6
**interpret** 147:9 165:1
**interrupt** 65:25
156:24
**interrupting** 15:12
**Investigation** 4:16
**involved** 17:5,8 28:19
57:20 132:13,22
133:1,13,17 134:3,7
134:11,23 135:1,17
138:8 150:10,15,22

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

151:1,6,14,19 152:1
152:5,9,13,17,20
153:1,16,19,20
154:14 157:12,16
157:20 158:10,13
158:15 159:4 166:8
166:15 173:7
222:20
**involves** 277:10
**irrelevant** 120:24
**IRS** 15:14 16:7,12,21
17:1,6,21,24 18:24
**issue** 51:20,21 76:23
76:25 166:19
**issues** 54:25 57:9
86:12,24 124:19
125:3 185:22 238:6
240:5 285:11
**item** 174:25
**items** 98:8
**IV** 143:12
**Ivan** 2:19
**i.e** 72:18 111:15
185:4 203:21
225:14

— J —

**JACKSON** 1:7
**JAMIDA** 1:6
**Jan** 4:11 5:3 73:7
79:8 115:16 133:20
**January** 1:19 8:1,9
55:24 56:3,4 61:18
115:15 299:16
310:19
**jeopardize** 171:10
**jeopardizing** 306:8
**Jeremy** 6:21 64:8,8
64:18 66:3 67:12
162:18 179:3 274:9
287:21,25
**Jerry** 274:8
**jhchandler.g@gm...**
40:3
**jhchandler@bellso...**
39:22
**Jimmy** 3:21 142:7
**JM** 308:25
**job** 67:5
**Joel** 1:15 310:21
**John** 133:25
**Jones** 4:11 5:3 24:10

73:7 79:8 133:21
**Jordan** 6:14,16 7:2
275:11,17 277:10
277:23 299:16
**Journal** 261:11
**Journal-Constituti...**
281:7
**Joyce** 1:13 3:11 4:18
4:19,22,23 5:11,13
8:13,24 50:23
236:23 243:12
262:1 273:6 278:8
278:11 308:1,22
309:13
**Joyce's** 111:16
**joyce.chandler@h...**
39:6
**Jr** 2:19
**judgment** 118:3,4,23
235:9 297:17
**Judicial** 309:19
**July** 94:7,8 96:10
**June** 227:23
**Justice** 89:17 170:18
170:21
**justified** 156:22
**justify** 156:14 157:8
157:11 158:6
159:16
**J-O-Y-C-E** 8:25

— K —

**K** 2:18 189:12 200:9
**Kathy** 22:18 23:2,5
23:13 57:23 58:2
**keep** 30:11,12,14,25
32:23 38:11 49:13
49:16 80:6 90:14
143:21 144:1
145:20 150:6 168:9
189:19 212:8 223:1
249:17 251:15
255:1 265:21
278:23
**keeps** 33:1
**Kelleher** 6:6 227:20
**KEMP** 1:10
**kept** 139:25 154:11
162:22
**Khanna** 2:8 14:16,17
15:11 184:18,19,25
**KHOURY** 2:18 10:5

10:7 14:22,25 15:4
18:16,18,23 30:22
31:18 32:5 35:10
35:16,21,24 36:4
37:3,11,16,20 38:8
41:4,8 42:5 43:9
44:6,13 45:13 46:4
47:9,20 53:25 54:4
60:7 63:1 67:17
68:20 69:4 70:6
71:3 72:20 75:14
77:10 78:21 91:3
94:25 100:6 102:7
102:20 103:6 108:5
120:10,25 151:8,16
151:16 163:16,21
163:24 170:24
175:19 176:3 177:2
184:12 197:24
198:5,12 206:8
212:12 219:22
223:7,19 231:2
235:14 241:2 246:4
246:17 247:1,13,15
248:12 249:6,23
250:11,16 251:5,17
251:23 252:19
253:8 254:7,20
257:1 279:18,24
287:2 288:22
295:15 297:14
307:9
**kidding** 197:18
**kin** 309:15
**kind** 36:8 95:5
115:10 131:25
141:19 145:8
154:22,25 155:3,3
182:10 185:18
187:21 202:21
203:18 213:8
215:22 229:19
238:10,11,12 240:4
289:6 304:12
305:14
**kinds** 53:18 238:9
**Kirby** 85:19
**knew** 146:16 170:15
237:6 249:8
**Knock** 66:23
**know** 12:19,22 15:4
16:17,21,23 17:2,3

18:17 19:7 21:2
25:21 26:1 28:6,9
28:10,11,22,22
29:13 31:6,23 32:6
32:25 34:23 35:4,7
35:21 37:5 41:10
41:17 42:7,24 45:6
45:10 46:15 49:15
53:13 57:24 58:9
60:15 63:3 66:9
69:7,11 70:10,23
71:14,23 72:2,22
73:3 74:6,7,10
75:22 77:18 78:22
79:14,23 80:5,6,21
81:6,10,11 82:8
83:1,2 87:8 95:16
99:7,11,12,15
104:10 105:11,20
108:22 110:14
111:5 112:8,17,22
112:24 113:1
116:13,23,24 117:2
117:3,18 119:17
120:22,22 121:2,24
123:7,13,14 124:5
124:15 125:23
126:16,22 128:2,6
129:7,10,11 130:5,6
130:8,11,17,20
133:14,14,17,19,22
133:22 134:18,21
134:23 136:4,5,10
139:23 143:8,9
144:1 146:20
147:14 148:18
149:8 152:23,24
153:20,25 154:24
157:9,10,13,15,25
159:20 160:1,12,13
160:21,22 161:10
161:16,17 162:3,10
162:10,12 164:3
165:9,14,14 166:3
166:20 169:7,9,12
169:17,20 170:3,9
170:16 172:10,25
173:16,22,24
174:23 175:15,21
176:6,12,20 177:4,5
178:14,16,20
181:19 182:24

184:11 185:13,23
191:14 192:21,24
193:6 194:18 195:8
196:15 197:3,6
199:5,18 200:20
201:5,12 202:14
204:21,24 205:12
206:5,7 207:13,16
207:17,20,21 208:5
208:11 209:1
211:23 212:3
214:16,19 217:20
217:25 218:1
221:24 222:3,14,17
225:13,24 227:12
227:21,21 231:9
233:9,10 234:6,8
236:2 237:25 238:4
242:5,11,15,24,25
248:23,23 250:23
251:1,1,3,8 252:14
255:18,19,20
257:12 259:14,25
260:2,2,7,13,14,17
261:7 262:23
263:12 264:12
267:16,19 268:10
268:12,14,21
269:11 270:16,18
270:18,22,25 271:1
271:1 272:3 273:20
273:20 275:7 276:2
276:7,7,8,20,25,25
277:6 280:1 281:1
281:14,24,24,25
284:8 285:3 286:19
287:17 288:24
289:10,16,17
290:22 291:10,10
294:22,23 295:6,19
296:23,24 297:4,5
297:13 299:11
301:3,4,4 302:1,6
302:11,17
**knowing** 149:2
153:22 159:19
252:15
**knowledge** 19:12,14
29:11 31:10 39:15
86:3 87:18 88:25
89:6 95:13 150:13
150:17 151:7 152:8

Donovan Reporting, PC                                                    770.499.7499

152:15,20 181:7,15
193:15 216:8
221:21 226:25
232:21 234:5
275:19 288:8
**knows** 23:14 27:17
27:25,25 117:3,6,12
119:1,5 123:5
263:14
**Koreans** 123:15
**Kumer** 134:5
**K-E-L-L-E-H-E-R**
227:20

**L**

**label** 89:11 93:21
97:21 104:2 260:21
277:4 278:4 300:11
**labeled** 3:17,19 4:3
6:3 107:20 188:12
231:5 272:24
300:10
**lady** 22:22 23:9
**land** 9:17
**Lane** 3:20 5:6
**large** 93:24 94:9,13
164:9,12 192:9
259:3,9
**larger** 48:7
**latest** 115:20
**Latino** 280:8
**Latinos** 239:10,13
**LAURETHA** 1:4
**LAVELLE** 1:3
**lavenderish** 187:22
**law** 89:21 144:23
171:20 172:20
173:12,21,23 174:4
174:9 264:25
310:10,13
**Lawrenceville** 9:3,5
10:17 54:17 94:15
188:25 189:2,4
190:7,14,20 200:7
200:11,21 201:13
202:8,13,17,25
203:4,9,13,19,20,21
213:11 214:10,11
214:25 215:3,4,8,14
215:15 216:1,5
221:16,19 222:8,9
222:15,18,21 224:1

226:5,8,13
**laws** 55:2,2,3
**lawsuit** 27:9,13 28:18
**lawsuit's** 19:13
**Lawyers** 242:23
**laying** 149:20
**layout** 182:4
**leadership** 131:24
132:6 154:11
**leans** 70:15
**led** 17:6
**Ledford** 105:3
**left** 174:16 194:5,5
228:13 231:18
234:11
**left-hand** 214:14
229:10
**legal** 51:3 145:7
168:4 169:14
**legislation** 268:17
**legislative** 21:14
22:10 24:24 111:15
169:22 182:14,19
182:20 262:6
275:18
**legislator** 4:16 23:20
**legislators** 42:19
143:13
**LEMON** 1:3
**letter** 3:20 5:7
**Letting** 285:3
**let's** 8:22 17:15 53:25
54:1 60:10 86:9
87:15 99:18 105:22
108:2 119:19,24
122:13,14 140:6,11
150:1 158:8 175:10
175:11,22 188:14
189:19 190:12
199:6 200:10
201:23 202:3,20
205:6,11 209:21
215:21 219:11
220:6 234:12,15,24
236:17 237:8
247:21 255:22
261:12 269:2 278:1
282:1 292:1,6
294:8
**level** 62:3,4,11,18
63:20,24 65:6,7,12
65:20,22 132:16,16

132:17,18,23 155:6
155:21,23,24 156:5
156:7 162:4,5,7,9
183:12,13,15,23
**Lewis** 2:13 5:6
242:15
**liberal** 70:16,17
**lien** 15:16 16:9,13,22
17:6
**life** 55:3
**lift** 290:7
**light** 188:1 195:23
**likelihood** 68:14
245:14,19,23
246:24 247:24
248:14 289:12,15
**limits** 167:3,5 169:15
169:23
**line** 14:18 48:8 49:19
79:24 80:12 86:14
225:14 226:19
228:13 230:11
258:16
**lines** 20:6 62:15 88:5
88:9,13 128:4
131:16 165:7,18
166:2,16 167:4,6,10
168:17,25 169:10
169:16 180:13
188:10 190:13,18
210:14 214:17
263:4,6 269:10
294:2
**list** 110:8 164:2
292:15,18,21
**listed** 84:6 104:6
308:5
**lists** 180:6
**litigation** 18:4,14,19
19:3 26:10 51:21
291:13
**little** 14:20 22:4 59:6
59:7 70:14 75:13
84:7 108:3 126:23
138:9 165:3 176:9
211:17 214:13,15
241:22 243:11
246:20 248:7
**live** 9:2,4 167:18
169:8 207:24
**lives** 164:16
**living** 167:25

**LLP** 1:17 2:4,9,13,18
**location** 303:20
**logically** 96:12,14,22
**long** 20:19 21:2 59:7
107:3 127:20 291:9
**longer** 108:4 144:22
274:12 301:8
**look** 17:15 25:14
29:21,24 30:1,9
31:12,13 32:15,20
33:11,14 34:10
35:19 38:12,14,17
45:11,20 55:3,20
56:12 60:19,24
62:2,10,14,17 81:12
83:7 85:25 86:7
87:15 89:2 93:11
99:18,22 100:10
105:22 106:2 110:8
112:20 113:19
118:12 119:24
121:23 122:14
125:12 130:15,16
137:25 140:14
142:17 143:1 144:5
146:10 150:20
162:15 164:20,21
175:11,22 176:9
183:23 188:14,20
188:21 190:1,12
193:2 205:11,23
209:21 210:12
217:23 219:11
228:5 229:2 234:25
237:15 239:18
240:5,18 242:4
243:6 255:22
261:12 263:4 269:2
272:10 278:1 282:1
291:7 292:1 294:8
295:25 299:25
300:9 303:13,18
**looked** 31:9 32:10,11
38:3,5,10,24 60:2,5
60:9,18 72:11
98:20 118:11
137:25 146:12
177:19 181:4
183:14 187:21
209:16 237:16
240:21,23 242:6
266:10

**looking** 63:24 91:1
97:5 106:11 107:8
108:12 110:5
114:10,13 115:3
119:14 181:4 183:6
183:10,25 210:6
216:22 219:9 225:8
225:17 226:18
234:25 240:4 241:1
258:25 262:20
296:1 304:16
305:14
**looks** 10:10 17:18
41:21 203:10
219:19 222:7,8
239:5,9 241:9
**Los** 2:5
**lose** 273:22
**lost** 229:13 283:5
**lot** 70:8,9 111:21
115:20 117:12
119:5 137:2,20
163:10,11 166:21
182:17 185:21
289:9
**lots** 163:11,12 291:11
**loud** 114:12 277:15
**loudly** 14:24
**lower** 65:21 208:7
298:17
**lowered** 252:3,5
**Lynn** 105:3
**LYNNE** 1:7

**M**

**M** 94:15 189:2,3
190:20 200:7,11,21
201:13 202:13
203:19 213:11
214:11,11 215:8,20
215:25 221:19,20
222:15,18,21 224:1
**Macon** 108:20,22,25
109:2,13,16,17
**magnifying** 100:1
104:16 197:11,17
197:23 198:6
205:13 229:6
**mail** 66:25 289:3
**mailers** 289:4,9
**main** 54:24 87:2
243:12,16

Joyce H. Chandler                Georgia State Conference of the NAACP, et al vs Kemp                January 24, 2018

**maintain** 254:13
**maintained** 181:17
**majority** 71:17 72:18
  74:20 80:2,4 113:2
  258:20,21 259:2,3,8
  259:9,13 260:8
  295:8 301:2
**majority-minority**
  72:16,17
**majority-white** 301:8
**makeup** 60:12 71:15
  161:24 162:4
**making** 15:21 52:23
  88:17 96:3 111:15
  111:20 113:22
  114:6 154:10
  158:13 171:18
  172:19 173:11
  174:1 207:25 241:1
  282:12 303:21
**Mall** 122:22
**man** 227:19
**manage** 59:13
**manager** 59:12,14
**mandated** 167:1
  170:22
**Manor** 9:5
**map** 3:17,19 6:3,4
  61:11 63:23 64:1
  75:2 83:21 86:8
  87:24 89:1,1,5,20
  89:24 90:4,9,13
  93:24 94:4,9,13
  95:5,14,15,16 96:10
  97:11,14 98:25
  99:1 143:20,22
  144:9,11,22 145:2
  145:20,25 146:5,15
  146:24 148:24
  149:15 154:21,22
  155:3,4,10,13 159:7
  159:10 171:10
  187:13,14 188:8,14
  189:19 190:1 191:6
  192:9 193:13,20
  194:2,19 195:5,15
  196:2 199:6,10
  200:6 203:5,8
  204:7,10,13,17
  210:13,21 211:3
  213:4,10 214:7,11
  215:13 216:4,10,12

216:22 218:22,25
  219:3 220:22 221:1
  221:1,2 224:21
  225:8 227:2 249:17
  262:12 265:11
  273:16
**mapping** 53:18
**maps** 61:11 83:8
  88:21 117:7 119:1
  143:14,18 145:7,15
  177:19 241:1
**Maptitude** 53:18
**map's** 213:23
**March** 58:25 278:20
  279:4
**margin** 82:16 262:8
  262:22 276:1
  286:12,15 301:18
  301:19,23
**marginal** 237:1
**Marietta** 308:24
**mark** 10:2 48:21
  49:17 56:10 87:16
  90:24 150:14 151:4
  153:10 201:24
  208:17 271:13,15
  271:17,19 272:8
  273:24 274:3,8,12
**marked** 41:14 47:17
  47:17 55:22 73:1
  78:18 107:20
  208:25 209:1 286:1
  287:15
**marked-up** 208:20
**marking** 16:4 87:17
  93:22 97:21 104:23
  136:16 138:15
  192:8 227:8 242:3
  260:21 271:9 275:3
  277:4 280:25
  287:13 299:8
**MARLON** 1:3
**married** 9:19
**Martin** 9:21
**master's** 50:1
**match** 216:21 245:2
  245:7,10 292:10
**matches** 232:2
  245:12
**materials** 154:23
**math** 233:5 286:7
**Matt** 134:8,10

**matter** 163:1
**matters** 45:18 81:25
  82:5 112:6,9,10,12
  194:12
**maximize** 92:18
**McDonald** 3:21
  142:8
**MCKENZIE** 1:6
**McLeod** 285:6,6,7,8
  285:9
**mean** 10:13 17:9
  19:17 25:6,8 29:24
  30:1 43:1 52:4,7,13
  52:16,22,23 53:10
  53:15 57:11 68:13
  79:19 80:5 109:9
  111:8 123:19
  126:23 127:24
  131:1 141:11
  154:22 155:8
  156:21 163:24
  164:10 166:12
  167:7 214:17 223:2
  235:23 257:1 284:6
  289:17,22 290:2,3
  291:15 303:22
**means** 49:9 109:19
  146:21 170:3 206:5
  206:6,7,12 249:20
**meant** 147:1 283:16
  283:19
**media** 67:2,4,6
**medication** 10:23
**meet** 25:12 90:17
  137:10 140:6
**meeting** 34:22 36:18
  36:22 90:20 91:10
  91:15,21,23 92:11
  92:13 93:9,12
  109:2,5,13,16,24
  110:1 136:24 137:7
  137:12,12,13,14,23
  138:3,4 139:18,21
  140:5 141:2,22
  143:7,10 150:19,24
  152:19 153:9,17
  154:8 177:6,19,21
  177:25 178:13,22
  179:12 180:24
  181:8,20 182:13
  183:7,10 186:2
  196:13 302:16

303:16 304:4,8,10
  304:11,14,19 305:6
  305:18 306:2,4,5
**meetings** 30:3,4,
  32:18 46:21 93:6
  97:6,9 109:1
**member** 22:21 23:8
  26:11 29:19 54:23
  57:17,24
**members** 74:17
  142:13,25 166:18
  240:8,9
**mention** 185:11
  220:2 304:20
**mentioned** 170:2
  178:19,21 235:21
  238:14 295:3
**mentions** 94:14
**messages** 33:12,15,19
  43:17,21
**MESSAGING** 212:7
**messed** 285:8
**met** 24:14 141:1
**metric** 68:11,15
**mic** 22:4,6
**microphone** 78:25
  200:23
**microscope** 197:20
**middle** 13:15 114:19
  115:7,9,13 179:6
  278:7
**Midterm** 4:5
**Midtown** 2:14
**midway** 284:4
**Mike** 6:12 59:19,20
  134:18 271:16,19
  271:22 273:7,24
**Mills** 122:19
**mind** 48:16,16,18
  206:9 209:4 268:3
**minds** 181:8
**mine** 22:7 114:9
  257:9 260:15
**minor** 236:23
**minorities** 75:19
  186:24 252:5 254:2
**minority** 75:11,12,21
  81:21 82:6 90:5
  131:12 243:10
  265:13 273:11
**minutes** 54:3 107:25
  156:19 158:24

174:16 184:21
  212:7 234:11
  273:24
**mishearing** 148:16
**missing** 101:6 154:12
**mistakes** 89:25 265:6
**misunderstanding**
  31:19
**misunderstood** 259:7
**Mitt** 262:13,21
**model** 197:25
**moment** 73:2 75:1
  107:21 205:23
  227:9 263:21 275:6
  277:5 281:1 283:15
  300:13
**month** 115:16
**months** 55:1 278:13
**move** 13:16 14:23
  15:1,3 22:4 203:20
  212:23 222:21
  223:15,15 234:24
  255:14
**moved** 20:8,9,11
  70:25 145:11
  201:17,22 203:22
  211:15 218:17
  221:5 222:15
  224:13 226:14
  245:24 253:5,16
  255:7,10 256:9
  257:11,11 284:25
**moving** 61:2 178:16
  178:20 196:19
  203:12 211:12,25
  218:4,4,5,8,9,12
  222:25 223:3,11,25
  224:15 226:5
  243:22 248:4
  276:13,15 279:16
  295:3
**Moyer** 1:15 310:21
**muddle** 202:2,3
**multiple** 204:6
**Munger** 2:4 8:19
**mute** 184:23

─────────── N ───────────

**NAACP** 1:3,5 2:2
**name** 8:19,23,24 9:21
  22:23,25 50:13,16
  50:19,20 57:24

Donovan Reporting, PC

59:18,19 64:16,17
141:4 150:15 152:8
162:19 179:4,6
188:15 190:2 191:4
209:13 216:21
272:21 292:9,10
named 135:17 227:19
names 58:11 180:7
narrow 286:12,15
Natalie 22:24 57:23
National 242:23
NE 2:15
nearly 68:6
necessarily 86:8
193:23 235:16
283:2
need 12:13 13:13
14:24 31:16 35:12
42:10 45:18 49:16
96:12 149:16
177:16 197:17,22
198:4 205:12
267:25 277:14
298:3
needed 58:6 95:2
96:22 99:7 132:1,2
132:3,4 145:3
308:19
negative 65:2 125:1
134:4 170:8 177:23
189:21 224:14
290:14
negatively 145:9
182:1
neighbor 147:15,16
147:17 148:5
neighborhood
168:22
neighboring 186:13
306:8
never 52:5 53:16
65:17 156:6,22
168:11 169:21
178:19 235:21,23
238:24 257:8,13
258:18 260:5,15
295:2
new 49:11 58:10
60:21 186:9 187:13
211:11 262:4
278:24 279:16
306:14,20

news 16:5
nice 198:1
nigh 285:3
night 179:7
nix 4:1 5:21 20:19
21:11 23:20 42:1
135:23 136:5,24
137:2 171:5 173:7
267:10 287:11
Nix's 117:6 136:16
nod 12:8
Nods 17:4 47:11
62:12 85:16
noise 96:4
nonpartisan 163:2
nonprofit 50:14,15
nonwhite 104:6
219:4 276:13
normally 206:5,6,12
268:16
NORTHERN 1:1
notebook 30:18,21
notes 36:17 46:17,21
46:23,24 47:6 93:5
93:8,11 137:23
306:1
noticed 67:20 68:3
November 90:18
93:16 125:15 261:5
287:21 292:4,13
293:23 294:10,13
301:21
number 8:10 43:15
59:25 73:19,22
82:21 104:5,7
105:24 116:4,9
119:20 121:3
123:20 124:13
127:11 128:3 130:2
130:4 175:8 192:10
205:21 208:21
218:23 219:4 222:1
232:22 234:23
236:6 242:2 246:13
246:21 247:6,10
248:19 250:4 253:6
253:17 254:14
271:11 275:4
278:18 279:2
284:18 287:13
292:18,21 293:17
293:18,19 298:13

299:8 305:12
308:20
numbers 77:25 180:7
255:1 300:19
numeral 143:12
NW 2:10,19

O

O 5:21
oath 5:1 11:17 56:17
56:23
Obama 262:3,7,13
262:22 273:6
object 13:20 18:18
30:22 35:11,14
36:4 37:3,11 38:8
41:4,8 42:5 60:7
63:1 67:17 68:20
69:4 70:6 71:3
72:20 75:14 77:10
94:25 102:7 120:10
120:25 163:16,21
175:19 219:22
223:7,19 231:2
235:14 241:2 246:4
246:17 247:1,13
248:12 249:6,23
250:11,14,17 251:5
251:17,23 252:19
253:8 254:7,20
279:18,24 288:22
297:14
Objecting 35:16
objection 35:17,22,25
45:13,13 47:9
103:9 170:24
295:15
objections 35:14
250:15
observed 67:24
obvious 111:17 112:4
112:15,19
occasions 61:12,13
occur 250:24
occurred 92:23
115:21 139:21
141:22 181:13
272:9 304:11
OCGA 310:2,6
October 261:15
263:9 273:2 277:23
278:20 279:5

offered 310:17
office 5:1 26:5,8
36:22 51:10 58:4,5
58:11 61:5 70:21
88:21 90:18 91:11
93:15 97:7,8,16
107:10 110:18
111:1 117:1 137:8
137:15 142:7,24
143:21 150:25
153:5 160:16
171:24,25 172:8,17
172:23 173:1,5
177:8 179:13,19,22
180:1,10,20 181:2,5
181:10,18 182:7,7
182:14,18,19,20
183:22 186:3
193:14,20 199:2
209:25 219:3 227:1
240:14,18 241:19
275:18 277:20
288:10
Offices 1:17
Office's 141:9
official 1:10 3:23
125:15
officials 165:19
off-the-record 34:15
40:23 78:11 83:15
86:18 187:9 192:2
212:17 220:13
274:22 280:18
307:5
oh 18:21,24 24:2,17
24:24 30:4 47:17
47:18 48:22,24
49:13 50:21 52:12
64:14 79:1 100:2
100:20 104:12
106:14 121:16
132:17 150:2,6
162:20 164:5
176:17 177:3 184:5
188:21 194:13
198:13 200:24
201:23 202:12
204:12 208:24
209:9 211:16
219:14,16 228:11
229:5 233:10
234:12 259:4

263:10,10 266:14
271:3 283:9 285:8
287:10 289:6 291:2
296:2 298:5
okay 9:2,4,7,10 10:15
10:19 11:12,16,21
12:4,12,18 13:7,9
13:13,18,20,23 14:3
14:8,10,15 15:13,23
16:3,12 17:5,15,24
18:24 19:1,5,8,11
20:16 22:2,6 23:12
23:16,19 24:4,12,14
27:1,6 28:25 29:16
31:6,12 32:1,12,20
32:23 33:3,11,14,22
35:13,23 36:17
37:15 38:14 39:3,8
39:11,19 40:15,17
40:19 41:13,20
42:8,15,18,22 43:6
43:12,20,24 44:3,11
44:15 45:4,7,11,24
46:2,6,16,20 47:5
47:15,15 49:3,4,6
49:13,18,21 50:15
50:19,21,25 51:3
53:22 54:2 55:23
57:2 58:20 60:18
61:23 62:1,17
63:16,18,19,22
64:18,21 65:3,24
66:2 69:20 70:11
73:5,6,13,17 74:12
77:5,14 78:3 79:5,6
79:21,24 80:15
81:14 83:7,9 84:12
84:15,18,20,23,25
85:23,25 86:7,9
87:15 89:3,19
94:14 95:17 96:8
96:16 97:5,23 99:1
99:20 100:6,9,11,22
104:12 105:11,14
106:1,5,16,21 107:8
107:19 108:5,12,14
109:18,19 110:4,10
110:10,12 111:11
114:13 115:3,13
117:11 119:8,23,25
121:16,20 122:4,11
122:16,25 125:6,25

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

126:3 127:22
128:13 129:2
130:14,17 136:20
139:20 140:8,13,15
140:17 141:6,8
142:6,10,17 143:3,6
143:11 144:15
148:18 149:1,7,13
149:18 150:8 153:6
153:10,14,15,19
154:4,17,19 155:19
157:6 158:3,23
159:15 160:18
164:5,7,19,22
170:12 171:4
174:18 175:1
176:18 177:3,4
181:15 183:2 184:6
184:14 185:1,1
188:7,24 189:24
190:5,17 191:4,8,21
191:22 193:1
194:10,16 195:3,5
195:20 196:2
197:12 198:3 199:6
199:7 201:11,23
202:3,7 203:9
204:20 205:3,15,23
206:11,15,23
209:12 210:11
211:3 213:21
214:10 215:5,5
219:16 220:3,6,8,25
221:13 222:13,14
223:14 225:3 226:6
227:17,25 228:11
228:14 229:3,8
230:9,16 231:13,25
232:5,10 234:2,9,12
234:17 237:10,12
239:24 240:17
242:13,15,18,22
243:1,3,24 244:21
246:12 247:9 250:3
251:20 253:4,15
255:5,13,22,24
256:5,7,20 261:2,12
261:14,17,21,23
263:20,22 264:3
266:11,24 267:1,5,8
269:2,5,7,8 271:4
271:10 272:6,8,12

272:19,25 274:6,15
274:16,16 275:9,23
277:8,13,17 278:1,3
278:5 281:5 282:8
283:5 284:16 285:4
287:9,16,19 290:24
291:18,20,22 292:1
293:13 294:5,11
295:22 296:6 298:5
299:13 300:12,16
305:6 306:1,16,22
307:3
old 29:4 68:25 69:1
231:19 262:2
Olens 5:6,8
Olson 2:4 8:20
once 11:12,13 24:18
25:1,2,6,12 47:24
55:15 74:2 164:13
173:3 285:19
ones 86:4 151:11,19
304:18
one's 47:20
open 48:23 204:4
205:6 235:1 244:20
operate 239:2 240:3
operated 239:25
operates 154:2
opinion 47:10 68:22
68:23 104:11
159:13
opponent 80:23 81:3
175:14 176:22
opposed 77:9 300:20
opposition 59:3,5
option 185:4
orally 12:6
ORANGE 1:7
order 29:24 255:14
organization 1:3
organized 280:14
outcome 87:7
outlined 77:15
outlines 195:6
outside 178:13 179:2
179:16 180:25
181:9
overall 224:2,19
226:3
owes 4:17
owned 50:7
O'Connor 4:8,9,11

5:3,11,13,17,18,22
6:6,8,10,12,14,16
6:21 7:1 61:9 73:7
73:18 79:8 94:1,8
97:2 98:1,7,10 99:9
101:25 102:6,17
103:20 105:2
106:22 108:16
110:11,14 112:8
116:23 117:12,16
117:22 118:5,13
119:4,5,12 120:1,16
138:18,25 153:4
172:17 177:8 200:4
227:19 228:3 235:3
235:11 237:6 242:8
244:12 245:3 261:4
263:11,13 273:1
275:11 277:11,23
278:23 287:10,21
288:12,16,20
299:15,18 300:3
303:9
O'Connor's 79:25
80:17 81:17 112:2
112:13 113:4,11
118:23 235:9 237:2
244:7 262:25
263:25 273:18
275:24 306:10

---

**P**

P 1:15 310:21
packet 231:21
page 3:14,25 4:22,25
5:25 6:25 17:15,16
19:2 49:7 77:20
81:13 97:24 99:19
99:23 100:7 104:1
104:14 106:2
114:20,21 115:11
121:18 122:5
125:13 142:1
143:11 176:5,15,24
177:1 228:6,7,8,10
228:23 229:4
231:14 236:17
237:15 244:19,20
261:13 269:3
272:19,20,23
277:24 278:2,7
282:6,7,8 284:3

292:7 299:22 300:1
300:9,10
pages 136:19,21
142:18 237:11
309:10
page(s) 308:20
PAGE/LINE/CHA...
308:6
pamphlets 66:25
paper 30:15,16 46:23
paragraph 74:1
80:13,14 81:12
110:13 111:13
114:11,14,16,23,25
122:15 138:24
142:15 243:7
261:19 272:23
275:25 282:3,4
283:1,7 303:14
paragraphs 282:2
Park 85:3 304:22
305:2,4
part 17:18 22:20 23:7
52:17,19 69:15
122:18 123:7,9,11
188:24 189:2,17
191:21 202:7
203:20 205:12
216:18 221:10
231:6,22 272:21
294:6 304:1,22
305:24
Participants 6:1
participated 51:22
particular 12:22 66:4
66:13,15 67:13,13
172:11 290:11,11
296:18
particularly 269:1
parties 82:20 166:19
168:8 241:15
309:16 310:18
partisan 160:19
165:25
parts 66:20 185:12
272:15,17,17
party 52:24,24 68:12
68:12 101:20
123:23 124:6
127:17,19,24 155:5
155:6,20,25 166:14
183:11,22 237:14

237:16 241:10,20
290:20 296:17,25
310:11,11,13,14
party's 166:1
pass 55:2 154:5
passage 73:13,17
74:22 275:15
passed 3:18,19 74:24
83:22 151:21 173:4
185:3 204:9,11,15
204:17,18,23,25
225:6 268:21
282:18 286:17
293:22 294:19
296:14
passing 140:5 172:9
PATRICIA 1:4
pause 56:25
payments 15:21
PAYTON 1:6
PC 308:24 309:22,23
PCOMBS 105:15
Peachtree 2:15
Pedro 305:5
pen 48:17,19 49:14
150:1
pencil 30:15,16
penultimate 114:10
114:11
people 20:11 33:5
55:9,18 56:19
62:20,25 63:4,6
65:16 66:4,13,15
67:13,15,21 68:4,7
69:25 70:2,25
71:22 72:1 76:22
77:9,9 84:15,21
85:4,20 116:4
123:9,10 127:12,16
128:8,17 129:10,17
129:18 131:2,5,6,7
137:17 138:7,11
139:17 143:7 154:7
155:15 166:8,10
168:17 175:13,17
176:21 177:7
183:11 184:5,8,9
197:6 204:6 208:3
218:14,20 230:24
233:23,25 235:18
235:25 236:7,14
238:7 239:6,18

Joyce H. Chandler                Georgia State Conference of the NAACP, et al vs Kemp                January 24, 2018

246:8,13,22 247:6
247:11 248:20
250:4,21 254:9,14
254:18,19,24
255:16 256:2,17
257:10 258:23
259:10 260:12
262:17,20 276:24
278:24 279:16
284:19 294:17
295:13 296:8,12
305:22
**percent** 71:13 74:3
74:16,16,17,19,20
75:3,11 76:4,11,14
76:21 77:8,9,16,19
80:9,20,24 81:4
87:10 139:10 197:7
205:24 206:2,25
207:1,2,3,5,8,10,10
207:11 217:5,6,9,10
217:10,12,15,16,16
217:18 230:13,21
230:24 231:1
232:11,13,17,19,24
233:6 234:7 235:18
235:24 244:3,3,4,5
244:6,6,9,23,25
245:7,9,10,13,18
246:14,23 247:7
248:20 250:5,20,24
252:4 253:7,18
254:1,6 255:16
256:2,17 262:8
264:4,7 269:24
273:10 284:19
289:21,22,25,25
292:24,25 293:15
293:21 294:13,25
295:4,8 296:8
297:1,2 301:12
**percentage** 68:9,10
71:21,25 77:16
125:24 126:5 127:1
127:3,7 160:20,24
207:23 208:2,8
218:14,19 232:18
233:13 236:13
237:18 239:5,9,18
244:9 278:19
293:14 296:7
**percentages** 233:23

233:24 243:11
**Perez** 5:7
**Perfect** 22:9
**period** 76:1 156:11
**Perkins** 2:9 14:17
**person** 21:25 22:1,2
25:6,12 59:8,9,15
64:19 70:4,4 75:18
128:24 129:4
162:11 179:4 180:8
310:8
**personal** 39:19,24
41:3,7 42:16,19
95:20,22
**personally** 21:24
124:8,10
**Peter** 5:17 105:2,11
105:15
**phone** 21:25 25:7,9
32:20,23 33:1,3,6,9
37:9 43:2,4,17,25
46:15 184:6,8,10
291:3,3
**phones** 43:13
**phrase** 165:3
**pick** 68:11
**picked** 143:15 275:25
**picking** 186:8
**picture** 96:13 198:14
**piece** 235:19
**pieces** 144:4 268:16
**pink** 48:17,18 49:14
150:1
**pinpoint** 210:4
**place** 15:16 16:7,13
112:19 137:19,21
147:15,16,17 148:6
158:19 181:25
196:13
**placed** 16:21
**placing** 17:6 113:8
196:7 199:15
**Plaintiff** 285:24,25
**Plaintiffs** 1:5,8 2:2,7
8:20
**Plaintiff's** 3:16 9:25
16:2 26:14 41:12
47:13,13,14 56:9
72:24 78:16 83:20
87:14 89:9 90:22
90:25 93:19,22
95:10 97:19 104:21

107:18 125:10,11
136:14 138:14
141:24 149:23
192:7 197:14,16
205:2,4 208:16
216:16,18 227:5
241:25 260:19
263:16,17 266:6
268:2,4 271:7
275:2 277:2 280:23
285:23 287:8 299:6
303:1,3
**plan** 14:3 96:16,18
151:25 152:10,20
153:1 157:24
170:18,22 180:18
180:23 181:3 185:2
193:4 205:8,19
206:24 207:8
209:13 216:21
217:2,12 221:9
223:15 225:4
264:11
**planning** 193:10
259:25
**plans** 219:20 234:4
**plastic** 49:5
**plat** 285:15
**platform** 285:16,18
**platforms** 87:4
124:23
**pleading** 34:8
**please** 8:11,22 12:10
12:13,19 47:24
73:25 80:16 102:10
205:23 227:9
245:16 275:6
280:25 300:9 307:9
308:19
**point** 13:21 52:1 64:7
64:20 70:17,18
88:13 89:19,23
90:3,8,12 110:15
133:13 136:9
142:11 173:2 174:2
183:9 184:13
200:14 204:5 216:9
257:3 261:18 263:6
264:22 265:4,10,15
265:19,24 266:13
305:23
**points** 139:11 143:13

268:25
**political** 52:22 53:4
53:10 164:23,24
165:1 287:25 288:3
288:9 292:13
297:18
**population** 131:12
145:2 197:8 206:8
206:13 232:12,18
**portion** 23:4 102:13
102:24 103:17
184:19 190:7,19
191:9 253:14
294:13
**portions** 91:6 203:21
297:3
**position** 51:7,14
**positively** 271:2
**possibility** 196:7
199:15 210:25
211:12
**possible** 71:18 88:17
174:13 246:2
296:23 303:17
**possibly** 169:9
**potential** 92:17 93:1
107:13 203:20
**power** 52:16 166:14
166:15
**pre** 162:6
**precede** 49:11
**preceded** 49:7
**precedes** 74:13
**precinct** 62:3,4,11,14
62:18 63:19,24
64:24,25 65:6,21
100:14,19,23 101:1
101:9,13 105:8
106:9,23 147:6
148:11 149:4,11
155:6,20,23 156:5
156:14,21,22
158:14,16 159:17
159:23 160:3,19,23
161:9,10,21,24
162:5,7 183:12
196:3,10,16,20
199:11 200:7
202:17 218:4,6,9,12
218:13,18 222:4,5
223:10,16,17
224:23 225:4,22

290:11 292:4,19,22
294:9,18 295:1,22
**precincts** 4:3,4 65:4
90:10 94:15 146:1
146:6,7,8,12,15,17
146:25 147:22,25
148:3,9,13,19,23
157:5,6,21,22 158:5
158:7,11 159:1,5,20
160:6,10 161:25
188:9,16 190:2
191:5 195:6,9
202:25 210:14
223:1,2,3 264:10
265:17 292:16
**precise** 179:17
**preclearance** 170:3,5
**precleared** 89:17,18
**predictor** 69:10
**predominantly** 197:1
197:4
**preparation** 29:22
30:7 32:21 33:12
34:11
**prepare** 23:17 33:24
**prepared** 241:6
**preparing** 11:25
**present** 2:21 49:8
**presented** 64:3
**preserve** 171:14
**President** 262:13,22
**presidential** 301:11
**President's** 243:4
**press** 26:11 42:12
267:9
**pretty** 49:14 104:16
116:24 164:10
236:22 263:24
**prevent** 52:8
**previous** 30:2,4,13
31:7 32:7 98:10
105:16 128:1 130:6
131:9,23 157:1
210:13 244:14
**previously** 50:7
203:14 214:5 274:7
**primaries** 58:21
**primarily** 166:15
171:25
**primary** 58:14,19
59:3,4 82:13 94:10
**principal** 310:9

Joyce H. Chandler                Georgia State Conference of the NAACP, et al vs Kemp                January 24, 2018

print 281:25
printed 240:20
private 43:8,10
  129:16
privy 156:17 159:18
  284:4,6,11
Pro 79:8 133:20
probably 11:10 59:9
  61:21 70:17 72:7
  72:16 81:10 119:14
  131:4 139:25 144:3
  144:4 160:22 164:5
  164:9 177:9 191:17
  192:20 193:10
  209:25 211:20,21
  218:6,10,13,19
  282:2 306:3
problem 168:1,4
  184:25
procedure 142:12
procedures 3:21
  142:23
Proceedings 3:1 54:7
  108:8 175:4 234:19
  298:9 307:10
proceeds 278:17
process 6:1 15:20
  51:22 141:13 149:5
  150:11 152:2,5,9
  158:17 166:8,23
  169:24
produce 25:23 26:2
  32:18 33:19 43:7
  192:23,25
produced 25:21
  43:11 89:13 192:21
products 79:17
Professionals 50:8
prohibited 310:2
projector 183:3
prompt 141:4
pronounce 26:18
property 4:15 9:13
  9:16 10:3,3,12,16
  10:16 15:17,23
  16:13,15,16,22 17:7
proposal 79:16 184:4
  209:17
proposals 178:12
proposed 6:3,4
  173:20 174:3,6,7,12
  174:21 181:12

186:14 192:16
193:21 204:1
207:25 209:9
247:22 257:5
264:23 265:11,25
Proscenium 2:14
provide 43:24 45:24
  47:6 101:20 106:18
  169:22 289:11
  290:9,15 309:24
  310:7
provided 8:3 130:1,9
provides 69:13,21
  101:16,18 120:17
  289:15
providing 290:19
proxy 123:23,24
public 51:15 257:4
  268:11
published 281:7
pull 104:15 114:8
  197:10
purpose 187:3 252:6
  304:21
purposes 123:23
  124:7 297:18
pursuant 8:4 309:17
push 302:8
put 68:9,10 99:24
  161:4 187:13
  200:22 209:3 221:2
  221:5,10,11 235:4
  239:2 252:2,7
putting 209:4 223:4,6
  238:1
p.m 1:19,19 8:2,8
  54:6,7,8,10 83:18
  108:8,9 175:4,5,7
  187:12 234:19,20
  234:22 280:17
  298:9,10,12 307:4
  307:10

Q
quadrant 194:6
quadrupled 115:18
qualifications 257:22
quarter 17:17
question 12:9,16,21
  13:1,3,11,15,16
  18:18 26:23 30:23
  32:14 35:5,11,12,17

35:22 36:5 37:4,12
38:9 41:5,9 42:6
48:2 49:6 53:7 60:8
63:2 67:18 68:21
69:5 70:7 71:4
72:21 75:15,17
77:11,11,12 80:15
82:5 86:21 95:1
102:3,4,8,9,14,15
102:22 103:5,10,10
103:11,24 104:13
120:11,15 121:1
124:2 126:7 129:6
140:17 146:22
147:2,3 160:13
165:4 170:25
175:20 176:19
180:21 201:4,9,10
201:11 202:15
213:16 216:2
223:20 231:3
235:15 241:3 246:5
246:18 247:2,16,18
248:8,13 249:7,13
249:24 250:12,13
251:2,6,18,24
252:20 253:9,12
254:8,21 279:19,25
288:23 295:16
297:15,19,23,25
questioning 86:14
questions 11:4 12:2
  13:21 21:4 31:19
  96:7 108:14 126:9
  150:10 174:19
  227:11 246:19
  247:3 261:1 281:2
  289:5 309:6
question's 248:7
quick 142:22
quickly 48:1 81:19
  306:3
quite 306:18
quote 18:1 81:18,22
  94:22,23 113:6,6
  114:5,7 116:10,16
  139:1,2,8,13 142:12
  142:14 207:3,3
  262:2,4 273:13
  276:6 300:17 301:7
  301:7,19
quoted 300:23

quotes 110:16
quote-unquote
  110:25
quoting 17:25 207:1
  284:3

R
race 5:15 66:14 68:17
  69:10,12,17,19
  72:18 77:2 82:3,12
  106:3,6,19 114:2
  118:6 120:5 121:21
  123:22 124:5 170:2
  240:19,21,23,25
  246:2 278:18,20
  283:21 296:21
races 123:12,13
  139:2
racial 34:25 35:6
  36:2,10 52:4,4,9,14
  53:15 60:3,5,9,12
  71:15 72:3,11
  82:24 90:5 97:3
  101:16 118:14
  119:9 130:18 131:5
  131:8 156:4 160:24
  161:9 169:10,20
  171:14 183:25
  186:17 198:19
  219:9,10,18,21,23
  220:2 222:17
  238:12,18,24 240:4
  241:7 265:12
  290:17
racially 131:12,13
Ralston 133:7
ran 86:10 285:5
Randall 5:21
Randy 4:1
rang 25:20
range 73:1 74:3
  104:23 138:16
  227:7
rapid 276:6,6,9
Rarely 44:18
rate 276:14
rates 310:17
read 23:1,3 34:4,7
  73:25 74:12,14
  78:22 87:9 102:11
  102:12,23 103:13
  103:16 107:21

110:20 111:12,25
114:12 115:22
122:22 136:18
189:22 190:6
192:10 200:9 209:6
209:12 227:10
231:16,23 232:2
236:18,19 237:4
243:7,25 247:17,20
253:11,13 261:21
262:8 263:22 269:4
269:7 270:1 272:15
272:22 273:14
278:9,15 281:18,21
282:25 283:8,11,13
300:13,14,16
301:14 303:24
308:2 309:8
reader 269:12,21,23
reading 23:10 48:1
  102:18 103:2,21
  253:19 269:18
ready 41:18 73:4
  78:23 90:25 93:23
  104:24 242:5
  272:13 275:8,10
  277:7 281:6 287:18
  299:11
Real 4:15
realize 60:21 225:9
really 74:10 158:20
  165:14 301:17
  305:25
reapportionment
  26:5,7 36:22 61:5
  90:18 91:11 93:15
  97:7,8,16 107:10
  117:1 137:8,15,16
  141:9,13 142:7
  150:25 153:5
  156:16 157:12
  158:25 159:19
  160:12,14,15,16
  171:22,23,24 172:8
  172:16,21,23,23
  173:1,5 177:7
  179:13,19,21,25
  180:10,20 181:1,5
  181:10,18 182:7,21
  183:21 186:3
  193:14,19 199:2
  200:1,2 209:25

Donovan Reporting, PC                                                                    770.499.7499

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

Page 328

219:3 227:1 240:14
240:18 241:19
288:10
**reason** 10:19 11:2
13:14 56:5,25
77:24 87:11 91:18
92:22 99:2 101:23
102:4,15 103:6,18
103:23 107:5
113:14 120:9
125:18 137:4
160:20 162:24
171:1 174:13
175:16 178:8
198:22 206:18,21
221:14,15 235:25
236:7,14 242:20
247:5,10 253:22
254:3 255:14 256:1
258:17 262:24
263:13,25 281:20
284:5,7 289:1
294:16,21 295:7
296:11,15 308:6
**reasons** 156:14 157:7
157:11,13 158:6
159:16 269:9
284:11
**recall** 19:7 21:21
25:11,17 26:25
27:3,4,5 28:24
42:15 50:24 72:5
73:21,24 77:23
88:1,11,15,16,19,23
90:20 91:17,21,23
92:11,12,13,20
93:17 94:11,13,18
95:4 97:2,9 98:18
102:1,25 107:9,13
107:16 109:1
118:15,16 122:1
126:19 127:2
130:13 131:17,24
132:5 133:4 135:2
135:12,15,16 137:7
138:4 143:18
146:10 152:16,22
154:15 156:6,9,11
·167:2,7 170:1
171:7,12,13,16
173:18 174:10,14
174:25 179:1

180:11,15 183:24
183:25 184:2
192:19 193:25
194:1 195:4 196:6
196:9,11,12,25
199:14 201:14,19
203:12,15 204:4
208:14 209:20
211:2,11 212:2
213:22 216:11,12
218:22,25 219:1,10
219:25 220:1,2,3
221:4,17 222:23,24
224:7,10 225:10,16
225:17,19 226:7,12
226:16,18 227:3
236:3,3,5,10,12
237:5,24 238:13
241:21,22 242:12
262:5 265:18
267:13,14,24 268:7
268:9,18 272:5
281:16,18 282:11
282:13 283:23,23
284:1,2,10 290:18
290:19 302:14,16
304:1,4,8,10 305:7
305:16,19,24
**receive** 128:21 301:1
**received** 35:6 60:11
60:14 62:19 64:4
72:14 180:4
**recess** 54:7 108:8
175:4 234:19 298:9
**recipients** 105:2
**recognize** 91:4
184:23 268:5
**recollect** 10:25
**recollection** 91:9,19
107:1 136:23 157:1
241:13,17,18 288:8
**record** 4:15 8:8,23
12:7 34:14 40:20
40:22 41:1 54:6,10
78:7,10,14 83:11,14
83:18 86:15,17
108:7,11 153:11
175:3,7 179:9
187:5,8,12 191:23
192:1,5 202:2,4
212:14,16,20
220:10,12,16

233:18 234:16,18
234:22 250:17
274:18,21,25
280:14,17,21 298:8
298:12 307:4
**records** 32:21,23
33:1 37:9
**redactions** 91:4
**redis** 157:23
**redistricted** 132:1,1
**redistricting** 3:22 4:5
4:6 6:18 36:18
51:20,22 52:1
119:6,10 123:23
124:7 132:9,14,23
133:1,5 134:3,12,24
135:3,13,18,24
138:22 141:10,14
141:19 142:13,25
149:5 150:11,16
157:24 158:17
164:22 166:23
169:23 170:4
178:15 243:9 283:4
284:9,12 302:13
304:9
**redraw** 110:24
131:16 167:4,6,9
168:16,25
**redrawing** 6:1 88:5,9
88:13 169:16
180:13
**redrawn** 262:19
294:2
**reduced** 309:7
**reduction** 217:24
**reelection** 71:2 77:17
78:5 82:1,7 178:6
186:10 196:21
204:2 208:4,10
246:15,25 247:25
248:21 249:1,5,15
249:18,22 250:2,10
250:22 251:4,12,15
251:22 252:13
279:10 284:23
297:12 298:16
305:17
**refer** 304:25
**referenced** 245:10
301:25 302:4
**references** 300:3

**referred** 48:12
**referred-to** 23:4
102:13,24 103:17
253:14
**referring** 24:20,23
46:9 158:18
**reflect** 87:19 109:21
142:23 269:9
**reflected** 204:7
205:20 220:23
**reflects** 97:25 232:7
286:4
**refresh** 91:9 107:1
136:23 288:8
**regard** 262:1
**regarding** 11:15 28:7
54:25 62:20 161:23
203:18 279:9
**regardless** 135:11
**register** 127:12,13,13
127:16,19,24
130:22
**registered** 116:4
127:20 273:12
301:10
**registration** 5:14
74:19,21 77:25
80:10,20 98:5,13,16
99:14 106:23
115:14,15,17·
116:10,16 118:6
120:3 292:3 301:8
**registrations** 279:3
**regular** 4:22 140:4
**regularly** 119:15
**Regulations** 8:5
309:18 310:4
**REID** 1:4
**reject** 216:9
**rejected** 204:6 221:13
**Rejecting** 204:8
**related** 45:17 263:22
**relationship** 310:5,10
**relative** 276:10
**relatively** 57:17
**relevance** 38:7
**relevancy** 35:7
**relevant** 32:18 33:17
33:18 34:19 35:1
36:3,12,19,23 37:2
37:10,25 39:13
40:7,10 41:2,6 47:6

91:8 116:5,10,14,17
116:18 117:13,23
118:1,8,9,20 119:6
119:10,17 120:18
291:13 297:12
**Religious** 5:1
**rely** 61:4 180:19,25
**relying** 14:3
**remainder** 306:13
**remaining** 142:18
**remember** 9:17
17:14 18:5,15
19:10 21:12,15,16
21:22 22:25 25:17
25:19 29:5 44:21
50:22 56:1 60:15
60:17 61:13,15,22
64:17,19,20 72:9,10
72:13 74:24 86:25
87:1,2,6 91:14,15
92:2,14,17,25 93:24
95:15 96:9,11
97:11,13,14,15,17
98:7,9,12 109:3,7
109:15 120:21
124:19,22 125:2,5
125:23 126:12,14
127:20 130:10
133:23,24 135:22
136:1,10,25 137:2
137:11,12,14,18,22
138:2,5,10 139:16
139:19,20 140:24
141:1,3,5,21,22
143:4 146:9,10
150:18,20,21
152:15,25 155:22
169:21 170:2 171:4
171:8 177:10,18,20
177:24 178:2,3,11
179:4,11 180:5
181:20 182:25
183:2,5,6,9,21
185:3,8,16,20,25
186:1,2,6 188:18,19
200:3,5 204:20,25
210:25 211:25
215:19 238:5,8,16
238:18,20 242:14
266:8,16 267:5,12
267:20 269:18
272:7 285:11,14,15

Joyce H. Chandler                     Georgia State Conference of the NAACP, et al vs Kemp                     January 24, 2018

Page 329

285:17,20 289:10
290:13 297:22,24
298:1 302:19
304:11,15 306:6
**remembered** 179:5
**remembering** 238:23
**remembers** 151:12
**reminder** 306:20
**reminding** 190:18
**remove** 186:20 255:2
256:12,16
**removed** 255:4,17,19
255:21 256:3
269:25
**removing** 254:5,9
**Renita** 86:10,23
124:16 175:14
**repeat** 79:2 201:4
**rephrase** 12:13,15
120:14 179:19
223:12
**report** 34:10
**reported** 78:1 198:24
309:5
**reporter** 1:16 8:3,11
11:24 12:20 23:3
102:12,23 103:16
136:22 187:5 202:1
253:13 307:7 309:1
309:21 310:22
**reporting** 8:6 117:22
263:25 308:24
309:19,22,23,25
310:8
**reports** 117:16
**repository** 129:3
**represent** 8:20 54:12
55:6,9,11,16,17
74:18 84:15,21
85:4 206:19 207:13
207:17 232:22
309:11
**representative** 20:19
20:20 21:11 23:19
23:23 24:4,6,8,10
37:13 42:1 45:17
54:11 56:18 57:11
57:12 74:15 84:12
84:20 85:3,13,19
92:14 107:14
111:23 112:3,14,17
112:21 113:1,5,12

114:6 117:5 135:23
136:16,24 137:1
139:12,16 163:1
164:15 171:5
174:20,24 185:15
185:21 267:10
285:19 303:10
306:21
**representatives** 4:21
54:23 71:8 117:17
132:9,13,22 151:22
257:14 270:23
305:12
**representative's**
208:4
**represented** 85:12
217:21
**representing** 159:6
**represents** 85:20
**republican** 19:22,24
20:13 52:25 53:4,9
53:11 55:14,15
62:21,22 65:13,17
65:18 66:6,6 67:21
67:22 68:13 70:12
71:8 77:3 80:3
84:18,25 85:17,23
100:13,25 109:6,8,9
110:19 111:16
112:18,20,23
113:23,24 114:8
121:4 122:2,9,21
126:21,25 127:1,8
127:14 128:5,9,17
128:25 129:5,9,20
130:3 131:22 138:9
144:17,19 155:7
156:1 164:17 174:1
178:25 186:13
197:2 199:24
212:24,24 218:10
223:11,17 225:23
242:23,25 245:24
249:9 252:22 253:3
253:5,16 254:8
256:23 257:20
259:18,19,23 260:1
270:6 279:13,17,21
282:23,24 283:3
284:24 295:5,9
304:16 305:8,10
**Republicans** 59:25

67:25 71:11 80:8
80:18 82:22 100:18
121:21 127:23
128:20 168:14
238:2 239:3 243:22
248:4,16 250:25
252:2,7 254:4
255:7,10,15 257:23
258:24 282:11,16
283:19 286:20
289:20,25 295:3
297:2 298:16,18,23
299:1 305:1 306:9
**Republican-Democ...**
82:3 161:24 162:4
294:4
**request** 101:24 102:5
102:16 103:19
120:18
**requested** 94:9
283:24 288:20
**requesting** 3:21
102:1,25 120:21
**requests** 142:25
**requirements** 166:25
166:25
**requiring** 142:13
**researched** 51:25
**reserve** 306:13,19
307:8
**reserved** 309:9
**respect** 169:18
268:20
**respective** 124:23
**respond** 99:16 122:4
263:10
**responded** 26:22
263:10
**responding** 27:4,5
**responsibilities** 54:22
**responsibility** 54:24
135:8,12 173:11
260:16
**responsible** 16:18
171:17 172:19
258:8,14
**responsive** 43:7,10
**rest** 44:8
**restate** 146:1
**restricted** 12:21
**result** 221:22,25
232:12 234:7
235:18 239:22

241:20
**resulted** 232:17
244:8
**results** 3:23 5:5 6:19
87:16,19 125:15
286:4
**retaining** 92:19
**retired** 57:13
**returns** 17:1
**review** 16:6 30:2
33:23 41:17 42:10
47:23 73:3 136:17
142:22 281:1
**reviewed** 21:6 253:24
**re-ask** 86:21
**rid** 254:19
**right** 13:4 18:3,23
23:13 25:4 27:9,13
32:5 42:9 43:18,22
55:14,23,25 58:3
62:11 64:17 69:25
74:23,25 80:13
82:23 83:6 84:10
85:6,21 86:8 87:12
89:6,10 94:5 95:20
95:23 98:2,5,22,24
100:2 111:18 113:6
113:10,13 114:20
115:10 121:15,22
125:2,22 127:4
140:1 142:2,8,19
144:15 163:17
172:6 177:13
186:10 187:18
191:7,15,22 193:18
194:12,13 195:16
200:12,13,14
204:12,12 205:9
215:20 218:7
219:13,14 220:18
221:7,11 222:7
223:6 228:15 229:5
229:10 230:2,6,10
230:10 231:16,21
235:4 241:1 242:12
244:20 247:25
248:2,11 249:5,22
254:19 257:15
263:11 266:18,18
266:20 274:11
278:21 285:9
287:22 291:14,22

293:11,13 296:9
303:5 309:8
**rights** 6:18 167:1
170:10,13 254:16
**right-hand** 104:17
193:3 205:7
**ring** 203:19
**Rockbridge** 115:22
**Roger** 3:20 5:6
**role** 17:11 116:25
117:2 141:9
**roles** 58:2
**roll** 96:6
**Roman** 143:12
**Romney** 139:10,11
262:4,7,13,21
**room** 182:9,12,23,24
182:25
**rooms** 137:20 182:3
182:5,13,13
**Roswell** 308:24
**roughly** 79:18 122:19
**Roundhouse** 273:25
**Roundtree** 271:14,17
271:18,20 272:8
274:3,12
**row** 103:25 229:17
229:20 230:9,16,20
244:22 293:1,14
296:1,4
**rows** 206:15,19
**rule** 35:20
**rules** 8:5 11:22
309:18 310:3
**run** 81:4 82:12 86:23
124:16 273:21
**running** 69:7
**Rutledge** 24:6

**S**

**S** 5:8
**SABRINA** 1:6
**safe** 220:6 224:2
226:3
**safer** 224:16
**sales** 79:16
**Sam** 5:6 85:3 134:14
**SAMMY** 1:7
**Samuel** 5:8
**sat** 201:8
**saw** 87:8 119:13
185:9 259:20

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

Page 330

**saying** 12:25 23:24
  24:1,2 63:6 84:13
  106:15 112:8
  119:11 122:5
  131:25 147:23,24
  157:16,19 159:3
  162:16 171:13
  210:11,12 223:1
  233:7 235:20
  238:23 245:5,8,21
  254:2 255:25
  284:10
**says** 10:9 17:20 49:7
  55:24 64:25 66:4
  89:18 94:8 98:8,19
  104:18 109:16
  120:2 129:3 139:14
  142:10 143:12,13
  191:13 193:10,18
  194:16 205:8,9,16
  206:14 229:14,17
  230:4,12 244:12
  245:3 256:6 263:9
  263:14 276:3 282:9
  284:6 297:1 301:4
  301:7
**scale** 195:15
**scan** 154:17
**Scenic** 122:19
**schedule** 29:23,25
  143:3
**school** 50:2 51:19
**schools** 51:16
**scroll** 176:4 230:10
**scrutiny** 6:18
**search** 37:7,9,24 38:1
  39:12,17 40:5,9,13
  43:7,9,21,25 44:4,6
  44:8,10,23 45:25
  47:3 95:25 306:15
  306:24
**searched** 47:5
**searching** 96:1
**seat** 82:9 92:19
  231:20
**seats** 305:22
**sec** 34:14 78:22
  220:10
**second** 16:6 17:16
  41:17,20 42:10
  47:23 56:12 74:1
  74:12 77:20 78:8

81:16 86:15 99:19
  99:22 100:7 104:14
  104:22 106:2,21
  110:13 114:15,15
  114:16,16,24,25,25
  115:5 119:24
  122:14 138:24
  142:14 161:13
  187:5 191:24
  228:19 229:4
  236:20 237:15
  242:4 260:25
  261:12,19 269:3,4
  272:10,20,23,23
  274:19 278:1
  280:15 282:3
  283:10 284:3
  287:17 299:10
  303:14
**Secretary** 1:10 5:14
**section** 104:18
  143:12 170:9,12
  263:22
**sections** 195:19
**see** 10:9 13:17 17:18
  26:20,20,21 36:25
  38:3,5 41:20,25
  42:2,12 48:2,13
  68:2 94:17,22 95:2
  95:18 96:12,23
  98:18 99:6,25
  100:17,20 101:3
  103:25 104:17
  106:8,9,14,14
  115:12 121:17
  122:17 131:2,3,4,4
  152:16 153:19
  155:5,13,20 171:1
  183:3 189:22
  191:19 194:1,7
  197:18,19 200:9
  202:10 204:25
  205:14,24 206:15
  210:8 214:13
  215:22,24 216:1
  217:5 228:12 229:9
  229:14,17,25
  230:13 231:4,7,12
  237:16 243:21
  244:23 247:20,21
  256:4 261:18
  272:21 283:9,9,12

304:7
**seeing** 94:24 155:22
  192:19 195:4
  208:14 220:3
  237:24 241:14,18
  241:22 267:5 268:9
  268:19
**seen** 60:16 63:5 72:6
  72:7,8 77:21
  116:22 130:21
  142:20 155:21,25
  156:2,6,10 157:11
  161:4 192:18
  194:21,23,25
  208:13 209:19
  237:22 268:7,18
  278:12 279:6
**Seigle** 6:12 134:18
  271:16,19,22
  273:24
**Self** 4:20
**selfishly** 148:10
**Senate** 94:10
**senators** 132:8,13,22
  132:25
**send** 42:16 43:17
  44:16 99:9
**sending** 42:24 43:2
  45:15 99:13 119:16
**sends** 119:13 120:23
  121:8,20
**sensitive** 238:6
**sent** 45:7,22 95:5,14
  95:22 111:22
  118:13 142:6 164:4
  164:5 292:12 304:6
**sentence** 74:1,13
  81:16 110:13
  111:13 114:11,17
  115:4,5 122:14
  231:17 236:19,20
  243:8 244:1 278:9
  282:25 283:10
  301:6 303:14
**sentences** 236:20
**separate** 1:22 308:20
**separated** 188:9
  296:25 301:6
**September** 79:9
  281:9
**series** 150:9
**serve** 156:15

**service** 56:22
**services** 3:22 142:13
  309:25 310:8
**session** 4:22 21:14,18
  21:20 22:24 55:1
  57:6,8 58:24,24
  61:17,19,20 92:8,10
  111:15 135:25
  139:23 231:22
  262:7 289:7 302:23
**set** 25:10
**setting** 110:1
**settled** 15:19
**seven** 278:12
**seventh** 282:1
**sexual** 11:15
**shades** 210:17
**shake** 12:7
**Shakes** 145:9 182:1
**share** 59:16 78:21
**sharing** 288:9
**sheet** 3:13 122:3
  240:20,22 241:6,6
  241:22 296:19
**sheet(s)** 308:20
**Shelby** 170:7,14
**Sheldon** 49:8,10
**shoot** 47:17 201:24
**shortcomings** 145:7
  145:16
**show** 10:1 26:15
  41:13 47:15,16
  72:25 78:17 83:21
  89:1,10 90:23
  93:20 95:11 104:22
  107:19 125:11
  136:15 138:15
  141:25 149:24
  195:5 196:2 198:19
  199:10 200:6,16
  202:7,16 203:3
  210:21 211:3 213:4
  213:10 214:11
  215:13 216:4
  232:11,15,16 233:1
  233:2 242:1 260:20
  263:17 266:25
  271:8 275:3 299:7
  303:2
**showed** 133:23 237:9
**showing** 60:11 95:12
  97:20 197:15 205:3

208:19 214:18
  216:17 220:17,21
  227:6 231:19 268:4
  277:3 285:24
**shown** 25:18 89:12
  195:10,11,23,24
  210:14,16,17,18
  216:9 293:22,23
**shows** 198:16 214:7
  233:4,8,11 234:1
  240:17
**side** 115:10
**sign** 17:14 143:14,20
  309:9
**signature** 136:22
  307:8
**signed** 184:17
**significantly** 186:14
**signing** 17:13 143:18
**similar** 227:2
**Simply** 289:20
**SIMS** 1:4
**situation** 124:13
  166:9,11 225:19
  256:15 294:4
**six** 3:8 298:13
**slight** 258:21 259:2,8
**slightly** 230:1
**small** 104:16 125:24
  126:4 193:2 199:7
**smaller** 197:25 199:8
  199:9
**Smart** 4:20 47:22
**SMITH** 1:4
**SNOW** 1:7
**social** 67:2,4,5
**software** 53:18 155:1
  155:12
**solely** 181:17
**solicit** 257:4
**somebody** 24:22
  130:1 140:6 148:6
  155:25
**somewhat** 11:21
  222:8
**sorry** 10:6 14:16
  15:12 16:8 19:1
  45:16 48:23 56:13
  79:1 81:19 91:13
  98:1 103:15 104:12
  105:21 115:16
  119:23 120:14

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

Page 331

121:11 126:7
158:19 177:3,4
182:6 184:5,6,18,22
184:24 185:1 194:5
202:15 207:4
208:12 211:16
213:14 216:3 218:5
223:1 229:13
232:18 236:11
243:24 245:3,17
247:14 249:10
254:10 259:7
260:22 263:5,10
264:7 266:14
269:22 271:3,12
274:4 277:14
278:19 280:13
285:25 287:10
299:9 306:22
**sort** 194:2
**sound** 87:12 125:22
**south** 2:5 115:21
**southern** 115:21
**space** 308:19
**speak** 12:5 14:24
21:11 136:8 148:1
157:5 160:8 240:11
240:15
**Speaker** 24:12 79:8
111:5 133:7,10,20
**speakers** 14:21,22
**Speaker's** 88:20
110:17,25 277:20
**speaking** 35:14,17,25
58:12 103:8 179:15
185:15 198:15
246:9 250:15
254:23 298:21
**Special** 4:16
**specific** 92:20 109:16
123:3,21 148:12
150:24 174:25
203:15 272:15,16
272:17
**specifically** 58:21
61:16 96:11 99:8
109:3,7 122:12
137:3 148:20,23
170:1 193:22
199:17 201:15
211:1 237:5 240:9
282:13 285:17,21

290:13 297:22
298:2 305:10
**specificity** 123:18
**specifics** 196:9
222:13 304:15
**spell** 8:23
**spent** 217:2
**spirits** 290:8
**Spiro** 5:22 7:1 138:18
299:15
**split** 70:12,13 90:10
94:16 139:1 145:25
146:5,5,15,17,25
147:21 148:13,19
148:24 149:4,10
157:22 158:11,14
158:16 159:1,5,23
161:8 202:17 222:4
222:5,8,10,12 225:3
225:10,14,18,21
226:7,13 265:17
297:4
**splits** 146:18 147:6
147:11 148:21
**splitting** 156:14,20
157:8 158:7 159:17
160:3,6,9,18,23
161:21 226:1
**spoke** 25:1
**spoken** 20:17 22:13
23:20 24:3 28:3,5
28:13
**spot** 278:6
**spouse** 27:16,20,23
28:3,16
**spreadsheet** 4:3
77:21 78:1 99:18
99:22 100:24
101:16,20 198:16
198:24 205:19
208:13 217:1,14
219:17 220:4 229:1
232:2,6,10 233:25
235:1,4 237:20,21
237:22,25 239:5,17
240:17 241:14,18
292:2,2,10,12,15
293:18 296:3,5,16
297:1
**spreadsheets** 100:12
101:7,11 106:17
237:9,13 287:14

**Spring** 92:4
**stack** 266:5
**staff** 22:13,16,20,21
23:7,8 57:25 58:3
240:10
**stamp** 41:16 210:1
228:25 263:18
**stamped** 26:16
**stand** 86:20 95:11
99:1
**standards** 38:6
**standing** 35:20
**standpoint** 257:21
**star** 212:8
**start** 8:9 58:13 59:2
108:13 175:8
234:23 298:13
**started** 8:22 59:9
291:8
**starting** 60:25
**starts** 99:21 114:19
115:6,7 263:7
**state** 1:3,10,10 2:2
4:5 5:14 8:23 54:15
54:25 73:11 89:21
102:9 109:11,12
116:7 132:16,16,17
132:18,23 144:23
159:13 238:8
245:16 253:10
262:5 264:24
269:15,17,19
301:20 309:2
**stated** 178:3 309:5
**statement** 17:19,22
18:2 74:5,9 80:1,7
80:18 81:18 107:6
112:3,14 113:5,12
244:8 262:25
273:18 275:24
281:16 282:12
283:16 295:18
306:18
**statements** 238:9,10
238:11 281:21
**states** 1:1 18:1 56:11
56:15 132:8,12,21
171:20 244:12
**statewide** 231:20
**State's** 21:10
**statistical** 155:14,17
155:18 198:16

**statistics** 80:6 117:22
117:23
**stats** 59:15 115:14
247:24
**statutory** 166:25
**stay** 149:16 230:9
**stem** 15:23
**sticker** 209:3 286:25
287:3
**stop** 292:7
**strategy** 61:6,10 62:2
**street** 2:10,15 65:22
94:22,24 148:6
155:24 156:7 162:8
162:11 180:7
183:13,15,23 184:1
308:24
**streets** 95:2 96:12,23
**street-by-street** 96:17
96:20
**strength** 186:24
**strengthening** 173:25
**striated** 214:16
**Strickland** 2:13,13
24:4 184:7,11,16
197:22,25 198:3,13
212:10 214:20,22
214:24 215:2
236:24 243:13
306:17,22,25
**Strickland's** 74:16
244:5
**strictly** 239:2
**strong** 123:14,18
**stronger** 111:20
114:5,5 303:22
**struck** 170:14,15
**student** 50:7 51:1
267:20
**studied** 51:25
**stuff** 183:3 238:12
247:24
**subject** 42:12 73:10
79:11 94:4 98:4
105:8 108:19
138:21 227:25
243:3 257:3
**subpoenaed** 45:14
**substance** 10:23
**success** 270:21,21,24
**suffered** 145:7,15
**suffice** 110:18

**sufficiently** 90:14
145:20 265:21
**suggest** 206:23 207:7
209:16 217:8,14
230:23 233:18
**suggestion** 151:8
**Suite** 2:9,14,19
**summarizing** 65:25
**summary** 101:15,19
**summary-wise**
177:15
**support** 56:14 127:6
172:6
**suppose** 181:8
**supposed** 149:3
169:19 273:21
**Supreme** 170:14
**sure** 10:12 12:24
13:12,21 28:10
31:5,15 39:11
46:12 49:9 63:22
75:24 78:9 82:4
116:8 126:8 146:20
149:21 161:15
165:22 168:13
169:3,25 170:5
171:18 172:19
173:7,11 180:22
181:24 186:12,16
202:16 212:15
213:25 215:21
222:11 233:17
237:6 252:7 266:17
275:22 284:7
291:18
**surprise** 104:9
**surround** 83:3
**survey** 267:9,23
**suspect** 92:5 273:4
**SWANSON** 1:6
**swap** 15:24
**swear** 8:11 56:14
**swore** 172:6
**sworn** 8:14 55:24
309:14
**synced** 42:23 43:1
**System** 4:20 5:14

**T**

**tab** 121:8,11
**table** 206:23 207:7
217:8 227:1,1

Donovan Reporting, PC                                                        770.499.7499

Joyce H. Chandler                Georgia State Conference of the NAACP, et al vs Kemp                January 24, 2018

231:18 232:15
tables 155:14
tag 175:25
take 16:6 37:8 41:17
   42:10 46:21 47:23
   53:21,23,25 54:1
   56:12,18 60:10
   73:2 78:22 83:7
   93:5 107:21,25
   108:2,3 125:12
   149:15 150:20
   161:13 174:19
   205:13,23 208:24
   227:9 242:4 260:25
   263:21 269:4
   272:10 275:6 277:5
   280:25 287:17
   299:10 300:13
   306:1
taken 1:14 137:21
talk 12:1 23:12 24:15
   41:18 49:19 73:4
   86:9 93:23 178:2
   219:17 242:5
   272:14 287:18
talked 21:7,23 67:11
   95:19 96:1 110:4
   137:1 162:16
   174:23 177:6
   185:20 209:13
   212:21 218:3
   281:15 290:22
   291:2,3
talking 18:19,21
   24:18,21 46:11
   58:14 65:20 86:22
   88:16 114:22 123:5
   127:8,9,11 132:24
   132:25 135:4 144:7
   148:22 150:23,24
   150:25 151:24
   152:18,19 155:12
   159:7 160:14 164:2
   164:24 168:13,14
   172:17,22 176:23
   183:15 185:11
   209:9 227:13 237:7
   252:22 260:10,11
   268:25 282:14
   284:8
tape 174:17 298:4
target 74:4 111:17

112:4,15
targeted 280:4,8,11
taught 51:18
tax 79:17
taxes 4:17
Taylor 2:22
teacher 51:17
Teasley 134:14
technical 89:25
   145:15 265:6
Telephone 2:8
tell 9:18 13:8 17:10
   19:12 21:1,3 44:7
   47:24 66:14 70:3
   80:11 100:13,18,24
   101:7,12 112:24
   119:20 124:1
   152:14 156:24
   162:20 174:3,11
   188:14,16 190:3,11
   191:5 201:16 203:3
   203:11 218:1
   220:25 235:5,7
   237:18 261:24
   269:6 272:13
   273:22 278:10
telling 171:8 283:24
   284:2
Tem 79:8 133:20
temporary 22:22
   23:9
ten 107:25
tend 67:16
tends 123:8,10
tenth 228:23
term 48:7,13 52:3,5
   52:21 53:14 130:2
   272:2 276:9,10
   305:19,21
terms 81:25 82:7
   87:4 90:1 111:14
   172:9 265:7
Test 5:1
testified 8:15 287:24
testify 10:24 37:14,16
   37:18
testifying 250:17,18
testimony 1:21 10:20
   11:17 20:17 22:11
   22:14 23:21 24:15
   27:15 33:24 34:11
   137:5 250:12

284:16 308:4
testing 15:8,8,9,9
text 33:5,8,11,14,18
   43:17,21 193:1
thank 8:18 10:7
   15:12 22:9 85:17
   99:13,17 100:6
   110:10 122:6 138:2
   144:7 151:24
   172:14 175:9
   177:18 181:6
   190:16 197:12
   209:6 211:18,24
   272:8 274:15
Thanks 8:21
That'd 54:4
thereto 309:6
thing 49:22 59:24
   82:3 138:5 161:22
   161:25 168:13
   198:14 238:1,3,25
   268:22 289:6
things 30:6 38:11
   48:2 63:24 99:9
   137:2 140:12
   163:13 174:24
   268:15 281:24
   297:19,23,24
think 10:11,12 11:3,3
   13:1 18:15 19:12
   24:20 29:12 35:20
   36:24 41:2 45:18
   46:5 52:17,20 53:3
   56:5 57:3,18,18,22
   59:24 63:8,13
   64:16,17 67:23
   68:24 69:6 70:13
   70:20 74:25 75:2
   75:22,25 76:3,6,7,8
   76:12 77:19 80:22
   82:2,5,18,20,24
   83:6 84:5,22 86:6
   91:7 97:6 99:4
   102:21 109:12,18
   110:2 112:6,9,10
   113:14 114:3
   116:14 117:20
   118:19 119:12
   120:8,13 121:2
   123:11,18 124:11
   125:21 126:4,8,19
   126:20 127:18,25

131:17 133:9
139:22 140:22
   146:18 147:1,4,5,10
   147:13,18,21 148:2
   148:21 150:15
   151:10 153:8,21
   154:15,25 155:13
   156:22 159:21
   161:14,18,22 162:1
   162:3 164:11
   165:16,20,21,23
   166:5 167:9,12,19
   167:19,22 168:5,9
   168:16,23,24
   170:23 173:10,22
   175:24 176:16
   178:23 179:20,24
   181:13 182:11
   186:7 189:13,21
   193:12,16 194:21
   194:23,25 198:7
   200:25 203:10,24
   214:23 220:6 222:9
   225:23 229:3 233:8
   233:25 243:19
   245:22,25 246:6
   248:22,24 249:19
   250:1 257:1,10
   258:5,13 259:1,16
   259:17,24 262:17
   264:14 266:7
   268:13 269:7 272:1
   272:1 279:20 282:3
   286:6,10,10,13
   293:6,8,10,25
   295:12,17,18
   303:19 306:7,10,12
thinking 140:25
   266:18
thinks 118:1
third 48:8 79:24
   104:1 143:11
   236:19,20 275:24
   282:4 300:10 301:9
   303:14
Thomas 5:7
Thompson 1:6,8 2:7
   2:22
thought 18:21 24:21
   48:24 103:14
   161:12 166:21
   168:11 176:6

204:15 229:13
257:13 258:18
259:4 289:19
thousand 70:25
thread 4:1,1 5:10,12
   5:16 6:6,10,12,15
   6:21
three 3:5 40:6 47:16
   47:16 55:1 63:12
   136:12 185:22
   196:13 263:4,6
   273:5
threw 32:4
throw 31:3
thrown 32:9
Thursday 303:16
till 61:22
time 8:8 12:19,22
   13:8,10 25:10
   42:21,21 44:21
   51:9,12 57:3 58:12
   71:10 78:20,91:22
   107:3 114:6 135:10
   135:14,20 142:4
   144:8 156:1,2
   159:6 173:14
   180:25 199:21
   217:2 224:11
   225:21 273:6,19
   274:9 275:20,21
   276:5,12 277:21
   288:4 293:21
   294:18 296:13
   303:4 306:13,20
times 24:14 277:10
tip 48:24 49:1,3
tired 285:25
title 192:11,12 209:7
   232:1,2 292:2
titled 4:5,13,14,16
   5:4 6:1,4,17 106:6
   228:5,16
today 8:18 10:20
   14:1 20:18 22:11
   22:14 23:14,21
   24:16 25:5 27:17
   28:1,7,15 33:25
   34:11 253:24
   284:17
told 28:16,23 32:2
   37:21 64:15 104:5
   118:22,25 162:2,18

Donovan Reporting, PC                                                                770.499.7499

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

167:5 199:22,25
282:17 291:23
**Tolles** 2:4 8:19
**Tom** 85:19
**ton** 96:3
**tonight** 64:23
**tools** 154:20
**top** 13:2 41:21 79:11
79:24 104:17 105:5
105:17 106:2,10
193:3 205:7 216:18
228:13 229:10
**torturing** 257:3
**total** 100:20 101:3
197:7 205:25 206:2
206:25 207:1,3,9,10
217:5,6,9,10,15,17
217:23,24 230:13
230:24 232:12,17
233:13,24 235:18
235:24 244:23
292:24 293:14
**totally** 17:21 158:21
**totals** 103:25 104:1,7
126:1 293:1 294:9
**to-do** 110:8
**track** 235:19 241:10
241:14 278:24
**tracking** 235:11
**tracks** 241:7,19
**train** 229:13
**training** 51:4
**Transaction** 4:15
**transcript** 11:25 21:6
91:7 308:4 309:12
**transcripts** 33:23
34:1
**transpired** 184:20
**transportation** 79:17
**treat** 75:23
**treated** 238:7
**trend** 68:3
**trending** 122:20
**trends** 67:20,23,24
116:15
**trial** 11:17
**tried** 67:10
**trouble** 14:12 15:6,14
**true** 13:4,4 159:2
203:19 262:2
267:23 292:14
308:3 309:11

**Trump** 300:7,20
301:1
**trust** 118:3,4,23
120:16 125:20
235:9 297:17
**truthfully** 10:24
**try** 12:11 15:5 26:18
65:24 198:12 203:1
266:7 274:19
**trying** 25:10 128:13
128:16 182:9
233:18 256:24
**TSPLOST** 79:12,14
**Tuesday** 304:6
**turn** 40:12,14 77:20
272:19
**tweak** 113:18 152:1
152:21 153:1 178:5
178:9 180:18,24
**tweaked** 157:21
**tweaking** 19:15,18
110:16,16 111:14
116:11,17,19
117:13 132:4 136:4
136:9 138:6 141:11
146:11 151:6
158:18 178:2,15
180:13,17 181:4
279:14 302:15
**tweaks** 151:1 157:17
**twice** 77:12,12
144:13
**twisted** 281:25
**Twitter** 67:9
**two** 3:4 16:25 29:3
48:2 63:17,18 64:8
77:16,19 81:21
126:9 143:13 146:7
146:13,16 228:3
232:24 234:3,7
236:23 237:8,11
243:12,16 244:4,9
245:7,13,18 246:14
246:19,23 247:3,7
248:20 250:5,20,24
253:7,18 254:1,6
255:15 256:2,17
269:24 284:19
**two-hour** 143:3
**two-point-something**
233:6
**two-year** 130:2

**type** 59:22 67:21
193:13,20 268:22
297:24
**types** 25:16 37:1
**typical** 130:3
**typically** 30:25 59:9
62:20,21 63:6,9,15
285:18
**typo** 115:19
**TYSON** 1:4

_____

**U**

**uh-huh** 12:7 25:24
28:12 30:17 31:14
42:2 43:5 47:2
54:19 59:21 61:3
63:11 64:11 69:18
70:1,1 71:18 81:23
83:25 84:2,4,9,11
86:5 91:25 92:7
93:7 94:3,6 95:21
96:19 97:1 104:19
105:4,18 106:13,25
114:18 116:20
118:17,21 120:6
121:19 122:7
123:25 131:13
133:2,11 139:6
143:16,23 149:12
150:12 152:6
153:18 155:11
163:17 165:13
177:11 189:10
190:10 191:20
192:15 194:3,9
195:12 202:24
203:1 209:5 214:3
215:12,24 222:6
223:23 228:14
231:15 233:3,15
244:18 250:8 255:8
258:20 259:12
263:8 269:16
276:18 291:16
299:23
**ultimately** 111:6
**unanimously** 151:21
204:9,11,15 282:18
**unchallenged** 171:11
**unconstitutional**
266:1,3
**understand** 12:10,16

12:24 17:21 52:3
52:21,23 53:7,14
62:8 77:4 128:14
128:16 142:24
159:8 169:2,4
182:10 213:24
246:10 254:10
303:15 306:18
**understanding** 34:18
39:12 51:11 63:23
110:23 111:4 120:7
128:23 141:8 152:4
173:19 196:25
197:1 203:25 206:4
235:17 277:18
**understatement**
286:14
**undue** 146:19,20
147:7,8,9
**unduly** 90:10 145:25
146:4,5,15,24
265:17
**unequal** 145:2
**unfair** 90:5 265:12
**uniform** 142:12,12
**United** 1:1 17:25
56:11,15 132:8,12
132:21 171:20
**unknown** 104:6
**unmark** 201:25
**unopposed** 82:12
**unpack** 75:13
**unsure** 213:18
**upheld** 56:23
**upsides** 160:9
**USCA** 5:1
**use** 38:6 42:16 49:2
62:5 67:8,10 100:3
100:4 147:9 169:6
180:12 276:9
**useless** 117:17
**uses** 119:15
**usual** 310:16
**usually** 32:9 63:8,10
63:13,14,15 66:6,7
67:22 99:16 162:12
180:8 184:12

_____

**V**

**vaguely** 181:22,23
**Valerie** 85:10
**valuable** 69:13,21

**value** 99:6
**VAP** 206:2,4,5 207:3
207:10 217:6,11,17
217:24 229:20,23
230:4,17,20 232:17
293:13
**variable** 114:2 302:5
**variables** 113:20,21
252:9 302:2
**various** 52:8 195:6
198:17,20 210:16
**vary** 59:8
**verbally** 177:16
277:15
**versa** 70:16
**version** 185:5 262:3,4
**versions** 210:8
**versus** 165:19
**VI** 5:1
**vice** 70:16
**victory** 286:12,16
301:19,20,24
**video** 3:2,3,4,5,6,7,8
8:8,10 40:22 41:1
54:6,10 78:10,14
83:14,17 86:17
108:7,11 175:3,7,8
187:4,8,12 192:1,5
212:16,20 220:12
220:16 234:18,22
234:23 274:21,25
280:17,21 298:8,12
298:13 307:4
**Videographer** 2:22
8:7 22:3,8 40:21,25
54:5,9 78:9,13,24
79:3 83:10,13,17
86:16,20 96:5
108:1,6,10 174:15
175:2,6 187:7,11
191:25 192:4
200:22,25 201:3,7
212:15,19 220:11
220:15 234:10,13
234:17,21 274:20
274:24 280:16,20
298:3,7,11 307:3
**Videotaped** 1:13
**violated** 89:21 264:24
**violating** 171:2
173:24
**Virtually** 81:20

Donovan Reporting, PC                                          770.499.7499

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

Page 334

| | | | | |
|---|---|---|---|---|
| **Volume** 1:21,22 | 249:10 252:22 | 229:6 231:16 | 158:3,21 222:13 | 53:23 54:2 95:12 |
| **vote** 4:20 47:22 55:9 | 253:3,5,7,16,18 | 233:17 234:13 | **we're** 8:7 13:14 18:20 | 97:20 107:22 |
| 62:21,22,22,23 | 254:5,8,11,12 | 257:12 259:24 | 19:2 41:14 54:9 | 197:15 198:10 |
| 65:16,17,17,18 66:5 | 256:23,23 257:15 | 260:13 283:11 | 65:20 83:7 107:24 | 205:3 208:19 |
| 66:6,7,7 67:16,21 | 257:17,19,20,21,23 | 285:20 291:18 | 108:10 115:25 | 214:21,23 216:17 |
| 67:22 68:15 69:2 | 260:16 270:7 | 298:22 299:1 | 128:3 140:6,15 | 220:17,21 227:6 |
| 69:10,14,22 70:5 | 273:12 276:13,14 | 305:14 | 144:7 149:17 | 242:1 263:17 268:4 |
| 79:12 87:11 124:14 | 278:19 279:14,17 | **wanted** 20:25 21:2 | 168:13 173:3 175:6 | 271:8 275:3 277:3 |
| 127:12 128:24 | 279:21,23 280:5,8 | 45:5 131:18 144:18 | 179:9 181:24 | 280:24 285:25 |
| 129:9,11,12 147:16 | 280:11 284:24 | 147:25 178:24 | 187:11 192:4 209:2 | 287:12 299:7 303:2 |
| 148:5,7 151:21 | 292:4,19,22 293:19 | 257:19 287:11 | 220:15 222:25 | 306:16 309:13 |
| 172:2,9,9 175:17 | 294:25 299:1 | 289:1 | 223:3,5 233:17 | **witness's** 309:8 |
| 246:8 260:12,13 | 300:18 301:10 | **wanting** 178:9 | 234:21 254:23 | **won** 82:15 85:8 87:10 |
| 264:8 295:13,20,20 | **Voter's** 4:20 | **Washington** 2:10 | 257:2 258:25 | 87:25 125:6,21 |
| 300:6 301:2 | **votes** 65:1,12 75:19 | **wasn't** 49:22 150:10 | 280:20 291:21 | 127:4,5 144:11 |
| **voted** 70:9 128:9,10 | 75:21 87:25 125:22 | 157:23 174:12 | 296:1 298:11 | 264:3,7 270:11,14 |
| 128:17,18 129:4,13 | 127:9,14 128:21 | 180:22,22 204:24 | **we've** 25:11 37:14 | 270:17 273:19 |
| 129:19 139:10 | 156:1 162:12 | 263:3,3 297:11 | 53:20 83:24 86:14 | 286:8,16 294:1 |
| 153:24 154:9 | 262:21 278:18 | 301:17 | 172:5 205:8 220:21 | 300:6 |
| 175:13 176:21 | 286:9 296:17,20,24 | **way** 16:25 17:17 | 250:3 | **word** 19:17 46:18 |
| 180:8 231:20 | **voting** 52:16 60:19 | 23:17 25:8 95:7 | **white** 68:1,2 71:22 | 58:3 124:2 169:6 |
| 262:18,18 278:25 | 60:24 90:10 145:25 | 123:4 124:15 | 73:19 74:16 75:3,9 | 252:24 |
| 300:19 | 146:1,5,15,25 | 130:23 142:24 | 75:18 76:4,11,14,21 | **work** 8:19 33:8 43:18 |
| **voter** 5:14 6:18 67:13 | 147:14,15 167:1 | 147:8 153:19 161:4 | 76:23 77:8,9 93:3 | 57:8,10,11,12 58:7 |
| 68:25 69:1,1,12,14 | 170:10,13 186:23 | 166:10,13 195:7 | 101:12 113:2 | 75:10,19,20,25 |
| 69:19,20 74:19,21 | 197:2 206:8,13 | 205:7 213:19,23 | 115:14 116:4,10 | 76:12,13,15 96:7 |
| 77:25 80:10,20 | 228:16 254:16 | 230:10 239:1 240:3 | 123:10 131:6 187:1 | 153:22 173:17 |
| 98:5,12,16 99:14 | 265:17 | 252:15 259:21 | 195:25 197:4 | 174:22 275:17 |
| 106:23 115:14 | **vs** 1:9 | 262:17 270:18 | 210:19 218:19 | **worked** 51:13 64:5 |
| 118:6 120:3 124:5 | | 291:9 295:17 | 222:1 225:24 | 135:9 182:10 |
| 124:6 127:14 279:3 | | **WAYNE** 1:6 | 226:23 239:18 | **working** 17:12 |
| 292:3 301:8 | **W** | **ways** 165:20,21,23 | 255:20 258:23 | **works** 58:9 87:25 |
| **voters** 5:14 20:8 | **wait** 59:6 254:7 | **weakening** 303:22 | 259:2 276:14 | 142:24 172:11 |
| 66:18 71:13 73:20 | 257:18 | **weaker** 111:21 114:7 | 292:21 | 198:8 271:16,19 |
| 73:23 75:3,11,21 | **waiting** 271:5 | **web** 4:22 | **whites** 278:13 | 273:24 277:20 |
| 76:4,11,14 77:16 | **walking** 131:6 | **Wednesday** 1:19 | **white-minority** | **worried** 185:18 |
| 80:25 81:5 93:2,3 | **want** 33:22 39:11 | **week** 43:8 44:4,4,5,9 | 140:19,23 | **worries** 15:13 266:15 |
| 100:14,21,25 101:3 | 48:19 49:2,12 | 44:9 46:3 98:9,10 | **Wickert** 281:12,14 | 307:2 |
| 101:8,12,17,21 | 53:21,23 63:22 | 243:10 | 281:17 282:12,14 | **worse** 165:17 264:12 |
| 104:6,8 106:3,6,18 | 76:2 79:2 83:10 | **weeks** 20:21 98:21 | 283:24 | 264:18 |
| 111:18 112:5,16,20 | 100:4 103:10 | **Welch** 24:8 | **Williamson** 134:16 | **wouldn't** 57:4 171:1 |
| 113:7,8,24 114:8 | 110:20 111:19 | **welcome** 190:19 | **willing** 40:18 | 174:21 249:19 |
| 120:4 121:4 127:2 | 131:16 136:18 | 198:9 | **win** 71:16 245:15,19 | 258:16 260:9 |
| 127:3,15 128:5 | 146:1 148:18 | **went** 229:3 | 245:23 246:24 | **Wright** 4:1,7 5:9 |
| 130:3 147:14,19 | 149:15,19 150:6 | **weren't** 219:8,9 | 247:25 248:1,5,10 | 90:24 91:10,16 |
| 148:4,8 149:2 | 152:7 159:2 161:13 | 264:11 284:3 | 248:15,17 270:9 | 141:2 152:25 |
| 155:9 186:21 187:1 | 168:12 169:3 178:5 | **west** 122:19 123:7,11 | 273:5 289:12 | 172:18 177:9 |
| 218:23 219:4 | 185:18 186:12,17 | **western** 122:18 | **winning** 71:12 | 267:17 |
| 221:23 222:1,18 | 186:20,23 187:1 | 123:16 303:20 | 290:10 305:9 | **write** 139:8 |
| 223:5,9,10,18 226:8 | 188:16 190:1,3 | **west-east** 122:17,25 | **winter** 92:4,5,6 | **writer** 261:10 |
| 226:9,14,21 232:23 | 191:5 198:11 204:5 | **we'll** 12:3 13:15,17 | **witness** 2:17 8:12 | **writes** 106:22 110:11 |
| 244:10 245:24 | 221:2 223:12 | 89:4 130:16 149:25 | 15:9 22:7 37:15 | 110:14 138:25 |
| | 224:22 228:22 | | | |

Joyce H. Chandler            Georgia State Conference of the NAACP, et al vs Kemp            January 24, 2018

Page 335

**writing** 273:1 309:7
**written** 8:3 140:10
  268:16,22
**wrong** 31:23 56:6
  65:3 66:1 156:25
  194:13 209:22
  261:25 278:10
**wrote** 94:21

**Y**

**yeah** 13:3 18:15,25
  30:19 53:25 58:5
  61:21 64:2,22,24
  65:11,23 83:12
  84:8 86:6 96:5
  100:2 106:1 110:6
  113:25 114:22
  115:2 132:18
  136:19 141:16
  150:3 151:13,15,16
  151:17 163:7,9,11
  164:13 167:13
  176:15 182:11
  183:15,18 184:22
  188:7 190:15
  191:18,21 194:6
  197:21 198:13
  199:10 200:25
  209:10 211:18,22
  214:24 215:17,24
  216:1 223:13
  227:16,16 231:12
  233:5,11 244:17
  254:10 266:20
  267:6 285:10 303:6
**year** 18:10 19:4,5
  30:12,12 31:1 55:2
  58:13 59:1 60:22
  60:23 72:9 116:1
  131:23 271:24
  273:21
**years** 11:11 18:12
  30:13 31:7 32:7
  51:18 68:25 69:1
  70:21 72:8 81:20
  131:9 136:12
  146:13 185:22
  196:14
**year's** 128:1
**yellow** 286:25
**yesterday** 44:20
  231:18

**Z**

**zip** 194:12,14 209:21
  209:22

**$**

**$500,000** 15:17

**0**

**0003083** 89:11
**0003084** 89:12
**067PCOMBS** 104:18

**1**

**1** 151:3 292:4 309:10
**1st** 261:5
**1,000** 278:13
**1,600** 278:13
**1-10-2018** 5:20
**1-20-2017** 7:2
**1-24-2018** 308:25
**1.6** 293:20
**1:08** 1:19 8:2,8
**1:17-cv-01427-TC...**
  1:9
**1:41** 41:1
**10** 244:22
**10-21-2016** 6:16
**10-30-2016** 4:17
**10-8-2014** 6:13
**10.B** 309:18
**100,000** 46:15 163:6
**101** 83:5 84:1 85:4
**102** 83:5 84:1,21,22
**103** 83:5
**104** 5:16 6:3,5 83:5
  83:24 84:16 93:1
  139:9 187:24 190:4
  190:9,22 192:16
  195:24 200:8,18
  202:9,18 203:4,6,9
  203:13,21 206:16
  206:20 207:2,4,15
  207:24 209:11
  210:18 211:17
  213:14 214:5,12
  215:11,14 216:6
  217:9,11,22 221:6
  222:15,22 224:1,23
  225:15 226:10,14
**105** 4:3,11 6:2,3,5
  49:11 54:13 56:20
  72:4 78:16,18 83:4

84:5,10 86:2 87:22
88:6,10 89:20,24
90:4,9,13 94:5 98:5
100:15 101:2,9,13
106:7 110:18
139:12 150:11
180:14 187:20
188:17 190:8,21
191:10 192:17
195:23 196:4,8,20
199:12,16 201:18
202:18 203:6,10,14
206:16,20 207:4,9
207:11,19,24
209:11 210:17,22
211:5,10,13 212:1
212:23 213:5,12
214:8 217:16,17
218:6,10,13,18,24
221:6,11 223:16
224:1,5,8,13,16
225:15 226:9,10,15
226:22 229:17,24
230:18,21,25
232:11 236:24
237:19 243:13
244:22 253:1
262:12 263:23
264:10,24 265:6,12
265:16,20 266:1
269:25 273:6 278:8
278:11 280:4,8,11
292:3 293:1,14
296:17
**106** 84:3 85:12
**107** 5:18
**108** 3:5 4:13 205:2,4
  205:11 227:2
**11-1-2016** 6:11
**11-20-2017** 5:9
**11-4-2014** 3:23
**11-6-2012** 5:5
**11-8-2016** 6:20,22
**110** 4:14 216:16,18
  219:11 227:2
**111** 4:4 236:24
  243:14
**114** 84:8 85:20 188:1
  191:6 213:20 214:8
**116** 4:15 9:25 10:2
**1169** 4:12
**117** 4:16 16:2,4

**1170** 2:15
**1178** 6:13
**118** 4:18 26:14
  260:22,22
**119** 4:19 6:11 47:13
  47:19
**1198** 5:15
**12** 105:22,23 228:5
  228:16
**12-19-2014** 5:22
**12-3-2015** 6:14
**120** 4:21 47:14 55:21
**1203** 6:22
**121** 4:23 47:14,19
**122** 5:1 56:9,13
**123** 5:3 72:24 73:1
**124** 5:4 87:14,17 88:2
  175:10 176:11
**125** 3:23 5:6 89:9
**126** 5:9 90:22,25
**127** 5:10 93:19,22
  98:21 121:14
**128** 5:12 97:19,22
  106:17 119:22,23
  120:4 121:12,13,16
**129** 5:16 6:16 104:21
  104:24 106:6,8,12
  106:21 119:25
  120:1
**13** 3:20 141:24,25
  300:2,5
**13th** 2:10
**130** 5:18 107:18,20
  108:13 122:13
**131** 5:20 136:14,17
**132** 5:22 138:14,16
**133** 6:1 149:23,25
**134** 6:3 192:7,8 202:6
  202:7,16 203:3
  205:6,20
**135** 6:4 208:16,20
  209:3 216:23
**136** 5:20 6:6 227:5,8
  234:25 244:15
  245:9 293:4,22
**137** 6:8 241:25 242:3
  245:4,11 255:22
**138** 5:22 6:10 260:19
  260:23 273:7
**139** 6:12 271:7,9
**14** 139:5
**14th** 55:25 303:11

**140** 6:14 275:2,4
**141** 3:20 6:15 277:2,5
**142** 6:17 280:23,25
**143** 6:19 285:23
  286:1
**144** 6:21 287:8,13
  293:23 294:8
  295:25
**145** 7:1 299:6,8
**149** 6:1
**15th** 142:2
**15-14-37(a)** 310:2
**150** 278:14
**151** 273:9
**16** 4:16
**16th** 304:9
**16.2** 296:8
**1604** 5:3
**17** 294:24,25
**17.1** 294:13,21 295:4
  295:8
**1706** 5:19
**175** 3:6
**19th** 138:19
**192** 6:3
**197** 4:3

**2**

**2** 4:6 11:11 220:17,21
  261:18 263:7
**2-1-2017** 4:8
**2-14-2017** 4:9
**2-15-2011** 3:21
**2-27-2015** 5:3
**2.53** 244:5
**2:01** 54:6,7
**2:21** 54:8,10
**20** 68:25 69:1 80:9,20
  80:24 81:4 139:11
  157:23,23 197:7
  236:21 272:1
  308:23
**20th** 94:1 98:1
  299:16
**20,000** 116:1
**2000** 115:16
**20000** 115:18
**20005-3960** 2:10
**2010** 89:5 157:24
  196:16
**2011** 142:2
**2012** 3:18 51:7 60:22

Donovan Reporting, PC                                        770.499.7499

Joyce H. Chandler          Georgia State Conference of the NAACP, et al vs Kemp          January 24, 2018

60:25 64:12 75:2
86:2,9,10,22 87:16
87:20 89:5,16,20,24
90:4,9,13 126:13,18
130:19 139:11
144:9 146:5 148:24
157:22,24 158:2
159:7,9 171:10
187:14 203:5,8
221:1,2 224:21
262:4,12,16,18
264:1 273:17 274:5
**2013** 49:8 55:25 56:1
56:3 60:22 88:22
**2014** 64:10 76:8
88:12,18,22 90:18
91:11,14,16,17
93:16 94:2 96:10
97:7,8,16 98:2
105:6 107:11,15
108:17 109:14,22
110:1 124:17 125:4
125:16 126:13,18
128:10 130:19
131:15 135:5,6
138:19 140:18
144:8,8 176:20
193:10,11 196:17
209:16,17 228:16
231:20 259:22
264:1,13 273:2
274:10
**2014-2015** 135:7
**2014_data** 205:16
**2015** 3:19 6:1 19:16
31:7 61:16,18,24
73:8 79:9 83:22
88:22 91:23,24
92:2 135:25 152:11
158:19,22 166:24
167:7 169:24
170:19,22 180:14
220:23 225:4
227:23 230:25
231:8 262:6,20
275:12 286:22
294:7 296:14
**2015-2016** 272:4
**2016** 31:7 61:22,25
64:10 75:4 76:5,19
77:7 85:8 135:4
178:6 245:15,19

246:16,25 248:1
261:5,16 263:9
264:1,4,8,12 270:9
277:24 278:20,21
279:4,5,10 281:9
285:9 286:4 287:22
292:4,13 293:23
294:1,10,13 296:7
**2017** 26:17 27:13
30:21 31:4 299:16
302:9,13,15 303:11
304:9
**2017-2018** 4:22 272:2
**2018** 1:19 8:1,9
271:25 310:19
**202.654.6200** 2:11
**205** 4:13
**208** 6:4
**21** 11:10
**21st** 277:23
**2106** 299:9
**2109** 7:2
**213.683.9100** 2:6
**216** 4:14
**22,443** 115:18
**2200** 2:14
**222** 286:8
**227** 6:6
**23.69** 207:5
**234** 3:7
**237** 308:24
**24** 1:19 8:1
**24th** 8:9 281:9
**241** 6:8
**25** 4:10 121:8,11
**25th** 26:17 108:17
109:14
**25.75** 207:2
**26** 4:18
**26.04** 217:11
**260** 6:10
**263** 4:7
**268** 4:5
**27** 4:2
**27th** 73:7
**271** 6:12
**2745** 310:21
**275** 6:14 9:4
**277** 6:15
**28.03** 217:18
**28.18** 217:10
**280** 6:17

**285** 6:19
**287** 6:21
**298** 3:8
**299** 7:1

_____
**3**
_____

**3** 3:17 5:1,2 56:11
95:10,12 187:15
195:7
**3rd** 275:12
**3,000** 115:17
**3-20-2015** 6:8
**3:04** 83:18
**3:41** 108:7,8
**30** 2:19 74:3
**30.33** 207:11
**30.72** 217:16
**300** 278:14
**30060** 308:24
**303** 4:9
**30308** 2:20
**30309-7200** 2:15
**308** 3:13
**31st** 94:8 261:16
263:9 310:19
**31.82** 230:21 232:18
233:6 293:15,16
**310** 3:14 309:10
**33.11** 207:10
**33.4** 292:25
**34** 244:23
**34.69** 230:18 231:1
232:13 233:6 244:3
245:9,10
**35** 74:3,18 176:17
194:16
**35.31** 244:6
**350** 2:5
**36** 3:23 125:10,12
175:22,23,24
176:10,17,25
**36.69** 244:3
**37.84** 244:5
**39** 4:1 41:12,16 266:6

_____
**4**
_____

**4** 3:19 83:20,21
220:19,20,20
**4th** 79:9 98:2 105:6
**4-25-2017** 4:18
**4-29-2015** 4:2
**4:06** 108:9,11

**40** 55:2 273:10
**404.261.6020** 2:20
**41** 4:1
**44** 74:17
**45** 194:15
**46** 4:3 197:14,16
262:8
**47** 4:5,19,21,23 74:16
75:3 76:4,13 77:9
268:2,5
**48** 74:16 80:1 231:19
**48.xlsx** 228:17
**49** 266:22

_____
**5**
_____

**5** 170:9,12
**5th** 227:23
**5-11-2012** 5:7,8
**5:32** 175:3,4
**5:46** 175:5,7
**50** 4:7 29:5 71:12
263:16,18 286:24
287:4,5 289:24,25
**50th** 2:4
**50-50** 139:1 140:19
140:20,22 168:7,10
168:12 289:24
**50.5** 264:4,7
**51** 4:9 87:10 303:1,3
**52** 29:5
**53** 74:20 75:11 262:7
**53-to-46** 262:22
**54** 3:4
**55** 76:11,21 77:8
**554** 87:25
**56** 5:1
**566** 4:5 73:14,18
74:23 77:15 78:4
133:18 151:3 158:4
172:2,9 181:12,16
183:21 185:3
204:15,16 225:7
231:1,11,23 232:8
232:13,16 237:4
241:20 243:17,20
244:2,8 258:1
269:10 270:20
275:15 282:15
286:17 293:21
294:18 296:13

_____
**6**
_____

**6** 56:11
**6-4-2015** 6:7
**6:02** 187:12
**6:07** 192:1
**6:08** 192:5
**60** 80:1
**600** 2:9
**678.347.2211** 2:16
**68** 139:10
**69** 244:25
**692** 6:7

_____
**7**
_____

**7** 301:12
**7.C** 310:3
**7:01** 234:18,19
**7:06** 234:20,22
**7:59** 274:21,25
**700** 2:10,19
**72** 5:3
**73-to-2** 80:8,19
**770-428-5801** 308:24
**78** 4:8,11 115:21
**789** 125:21

_____
**8**
_____

**8** 3:3,12 105:25 106:1
287:22
**8-20-2014** 5:11
**8-25-2014** 5:19
**8-4-2014** 5:13,15,17
**8.B** 8:5
**8:09** 280:17
**8:10** 280:21
**8:37** 298:8,9
**8:43** 298:10,12
**8:55** 1:19 307:4,10
**80** 228:1
**83** 3:19
**87** 5:4
**89** 5:6

_____
**9**
_____

**9** 4:15
**9-11-28(c)** 310:6
**9-24-2016** 6:18
**9-4-2015** 4:11
**90** 5:9
**90071** 2:5
**93** 5:10
**95** 3:17
**96,553** 115:19

**97** 5:12