IN THE MATTER OF

# Georgia State Conference of the NAACP, et al
# vs
# Kemp

Transcript of Deposition of

# R. Brian Strickland

On January 26, 2018

*Reported by* Joel P. Moyer
*Certified Court Reporter*



## DONOVAN REPORTING
## & VIDEO CONFERENCING
237 Roswell Street   Marietta, GA 30060
770.499.7499   800.547.1512   FAX: 770.428.5801
<<<<www.donovanreporting.com>>>>

```
             THE UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF GEORGIA
                    ATLANTA DIVISION

GEORGIA STATE CONFERENCE OF THE NAACP,
as an organization; LAVELLE LEMON, MARLON
REID, LAURETHA CELESTE SIMS, PATRICIA
SMITH, COLEY TYSON,
        NAACP Plaintiffs,

AUSTIN THOMPSON, WAYNE SWANSON, DARRYL PAYTON,
AUDRA CUNNINGHAM, SABRINA MCKENZIE, JAMIDA
ORANGE, ANDREA SNOW, SAMMY ARREYMBI, LYNNE
ANDERSON, CORETTA JACKSON,
        Thompson Plaintiffs,

     vs.    CASE NO. 1:17-cv-01427-TCB-WSD-BBM

BRIAN KEMP, in his official capacity as
Secretary of the State for the State of
Georgia,
        Defendant.
                      -  -  -

            Videotaped Deposition of
             R. BRIAN STRICKLAND,

       Taken by Gregory D. Phillips,

          Before Joel P. Moyer,
         Certified Court Reporter,

            At the Offices of
          Balch & Bingham LLP,
            Atlanta, Georgia,

       On Friday, January 26, 2018,
 Beginning at 9:24 a.m. & ending at 4:27 p.m.


                      -  -  -


            Volume of Testimony
   (Exhibits Contained in Separate Volume)
```

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

2

```
 1   APPEARANCES OF COUNSEL

 2   For the Georgia State Conference
        of the NAACP Plaintiffs:

 3

 4           GREGORY D. PHILLIPS
             Munger, Tolles & Olson LLP
             50th Floor
 5           350 South Grand Avenue
             Los Angeles, CA 90071
 6           213.683.9100

 7   For the Thompson Plaintiffs:

 8           ARIA C. BRANCH
                (Via Telephone)
 9           Perkins Coie LLP
             Suite 600
10           700 13th Street, NW
             Washington, DC 20005-3960
11           202.654.6200

12   For the Defendant:

13           FRANK B. STRICKLAND
             Strickland Brockington Lewis LLP
14           Midtown Proscenium
             Suite 2200
15           1170 Peachtree Street, NE
             Atlanta, GA 30309-7200
16           678.347.2211

17   For the Witness:

18           K. ALEX KHOURY
             Balch & Bingham LLP
19           Suite 700
             30 Ivan Allen Jr. Boulevard, NW
20           Atlanta, GA 30308
             404.261.6020

21

22   ALSO PRESENT:

23           Elizabeth Kemp, Videographer

24

25
```

Electronically signed by Joel Moyer (501-161-376-4513)          afd8f269-a39f-4cfb-8a4a-31f654b778bf

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

3

INDEX TO PROCEEDINGS

VIDEO FILE INDEX

Video File One                                  7

Video File Two                                  90

Video File Three                                161

Video File Four                                 244

EXAMINATION INDEX

R. BRIAN STRICKLAND

     Examination by Mr. Phillips                7

Errata Sheet                                    321

Certificate Page                                323

EXHIBIT INDEX

Plaintiff's Exhibits

     5   Map labeled Henry County Districts - 117
         as of 2012

     6   Map labeled Henry County Districts - 116
         as passed 2015

    13   Letter to Honorable Roger Lane from   156
         Jimmy McDonald, 2-15-2011, with
         attached procedures for requesting
         redistricting services

    36   Official County Results of General    224
         Election on 11-4-2014

    44   Email to David Knight from Dan         51
         O'Connor, 10-8-2015, with
         attachments (GA000034 - 39)

(Continued on next page)

Donovan Reporting, PC                                    770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)          afd8f269-a39f-4cfb-8a4a-31f654b778bf

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

4

| 47 | Document titled Information Midterm Redistricting and HB 566 (State House Redistricting Bill-2015) (GA000001 - 2) | 275 |
|---|---|---|
| 50 | Email to Gina Wright from Dan O'Connor, 2-1-2017 (GA000077 - 78) | 262 |
| 94 | LC 28 7570, House Bill 566 | 268 |
| 272 | Rep. Brian Strickland, R-111 biography | 29 |
| 273 | Brian Strickland's Biography - The Voter's Self Defense System | 29 |
| 274 | Why Brian Strickland biography | 29 |
| 275 | Smith Welch Webb & White LLC biography for R. Brian Strickland Manager | 29 |
| 276 | Ballotpedia biography for Brian Strickland | 29 |
| 277 | Article titled Nelva Lee, Brian Strickland speak on issues at forum 1-2-2018 | 36 |
| 278 | Email thread ending with email from Dan O'Connor to Ben Jordan 11-18-2015 (GA2-001400) | 54 |
| 279 | Email thread ending with email from Dan O'Connor to David Knight 10-8-2015 (GA000030 - 33) | 74 |
| 280 | Email from Dan O'Connor to Jan Jones, 2-27-2015 (GA2-001601) attachments | 82 |
| 281 | Email thread ending with email from Dan O'Connor to Jan Jones, 9-4-2015 (GA2-001168 - 1170) | 102 |

(Continued on next page)

Donovan Reporting, PC                                                        770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)          afd8f269-a39f-4cfb-8a4a-31f654b778bf

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

5

| | | | |
|---|---|---|---|
| 1 | 282 | Email thread ending with email from Dan O'Connor to Tom Crawford 11-3-2016 (GA2-001214 - 1216) attachments | 106 |
| 3 | 283 | Document titled Participants in the 2015 Redrawing Process for House District 111 | 167 |
| 5 | 284 | Email thread ending with email from Dan O'Connor to Chris Kelleher 6-4-2015 (GA2-000682 - 692) | 244 |
| 7 | 285 | Email from Dan O'Connor to awl@sbllaw.net, 3-20-2015 (GA2-001571) | 250 |
| 9 | 286 | Email from Dan O'Connor to Ben Jordan, 12-3-2015 (GA2-001388) | 277 |
| 11 | 287 | Email thread ending with email from Ben Jordan to Dan O'Connor 10-21-2016 (GA2-000128 - 129) | 281 |
| 13 | 288 | Email thread ending with email from Dan O'Connor to Mike Seigle 10-29-2016 (GA2-001237); attachments | 288 |
| 15 | 289 | Email thread ending with email from Dan O'Connor to Ronny D. Just 6-12-2015 (GA2-000666) | 293 |
| 17 | 290 | Email thread ending with email from Dan O'Connor to Mike Seigle 6-3-2015 (GA2-000701 - 703) attachments | 298 |
| 19 | 291 | Email thread ending with email from Dan O'Connor to Jeremy Brand 11-8-2016 (GA2-001201 - GA2-001203) attachments | 306 |
| 22 | 292 | Email from Dan O'Connor to Spiro Amburn, 1-20-2017 with attachment (GA2-002106 - 109) | 310 |

(Continued on next page)

Donovan Reporting, PC                                                    770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                    afd8f269-a39f-4cfb-8a4a-31f654b778bf

R. Brian Strickland      Georgia State Conference of the NAACP, et al vs Kemp      January 26, 2018

```
 1    293  Email thread ending with email from  316
           Caulder Harvill-Childs to Dan
 2         O'Connor, 1-5-2017 (GA2-000052 - 55)

 3

 4    (End of Index)

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Donovan Reporting, PC      770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)      afd8f269-a39f-4cfb-8a4a-31f654b778bf

R. Brian Strickland        Georgia State Conference of the NAACP, et al vs Kemp        January 26, 2018

7 (Pages 7 to 10)

**Page 7**

1        January 26, 2018
2        9:24 a.m.
3        (Whereupon the reporter provided a written
4    disclosure to all counsel pursuant to
5    Article 8.B. of the Rules and Regulations
6    of the Board of Court Reporting.)
7        THE VIDEOGRAPHER:  We're now on the
8    video record.  This is the beginning of video
9    file number one.  The time is 9:24 a.m., and
10   the date is January 26th, 2018.
11       Will the court reporter please swear
12   in the witness.
13   R. BRIAN STRICKLAND,
14       being first duly sworn, was examined and
15       testified as follows:
16   EXAMINATION
17   BY MR. PHILLIPS:
18       Q    Good morning, Senator Strickland.
19       A    Morning.
20       Q    We met off the record, but my name
21   is Greg Phillips, and we represent the
22   Plaintiffs in this action.
23       I'm going to be taking your
24   deposition today.  Please -- I know that we had
25   a little mix-up about the start time, and I

**Page 8**

1    apologize for that, but we'll try to be as
2    efficient as possible.
3        Could you please state and spell
4    your full name for the record?
5        A    It's Robert Brian Strickland,
6    R-O-B-E-R-T, B-R-I-A-N, S-T-R-I-C-K-L-A-N-D.
7        Q    And what is the address of your
8    current residence?
9        A                    McDonough,
10   Georgia
11       Q    And is that -- what county is that
12   in?
13       A    Henry County.
14       Q    And so that -- is it correct that
15   your residence is in your district?
16       A    That's correct.  Hope so.
17       Q    You are now a senator; is that
18   correct?
19       A    That's correct.
20       Q    But until recently, you were a
21   member of the Georgia House of Representatives?
22       A    Yes.
23       Q    When did that change?
24       A    I believe it was December 2nd of
25   2017 that I resigned from the House of

**Page 9**

1    Representatives, and I was elected on January
2    9th of this year to the State Senate.  And I
3    was sworn in a week ago this past Tuesday, I
4    believe.
5        Q    I know this may be confusing, but
6    I -- when I say "your district" during the
7    deposition today, I'm going to be referring to
8    your district as a member of the House of
9    Representatives.
10       A    Okay.
11       Q    Not to your current senatorial
12   district.
13       A    Okay.
14       Q    Of course, if I ask a question which
15   requires you to talk about your senatorial
16   district, please, just tell me.
17       A    I'll try to clarify.
18       Q    Yeah.  Do you own any other property
19   in Georgia?
20       A    No.
21       Q    Is there any reason you can't give
22   your best testimony today?
23       A    No.
24       Q    Have you ever been deposed before?
25       A    I have not.

**Page 10**

1        Q    Have you ever given testimony under
2    oath at a trial or an arbitration or in any
3    other setting?
4        A    Yes.
5        Q    And what, what has that -- have you
6    done it more than once?
7        A    Yes, and it's always been as counsel
8    for someone testifying on the issue of
9    attorney's fees or any other issue as a lawyer
10   in a state action testifying on issues that are
11   required as attorneys to testify to.
12       Q    But you have not testified -- is it
13   correct that you have not previously testified
14   on political issues with regard to the state of
15   Georgia?
16       A    That's correct.
17       Q    Since you haven't been deposed
18   before, I'll go quickly, I hope, through the
19   general ground rules of a deposition.  I'm sure
20   your counsel has given you some information
21   about this, but I just think for the purpose of
22   the record I should do this.
23       A    Okay.
24       Q    So I'll try to be efficient.
25       First, as you can see, there's a

Donovan Reporting, PC                                          770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                    afd8f269-a39f-4cfb-8a4a-31f654b778bf

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

8 (Pages 11 to 14)

---

11

1  court reporter preparing a transcript of our
2  conversation. Two things about that: It's
3  important we not talk over each other so that
4  the court reporter can get a clear record. So
5  if you'll let me finish my questions before you
6  respond, and I'll let you respond before I ask
7  you another question. At least both of us will
8  try to do that. Do you understand?
9      A   Yes.
10     Q   It's important that you answer each
11  question orally. The reporter can't record a
12  nod or an uh-huh or at least cannot do so to
13  make a clear record. Do you understand that?
14     A   Yes.
15     Q   And I can tell you that every
16  witness does occasionally nod or say huh-uh.
17  It's not a big deal. But if do you that, I
18  will simply ask you to restate your answer
19  orally.
20     A   Okay.
21     Q   If I ask a question that you don't
22  understand, you should say so, and I'll try to
23  clarify my question. But if you don't ask me
24  to rephrase or say you don't -- or say you
25  don't understand, I'll assume you do understand

---

12

1  the question. Is that fair?
2      A   Okay.
3      Q   If your answer depends on a time
4  frame, would you please let me know that time
5  frame so that we can get an accurate and
6  complete record?
7      A   Okay.
8      Q   Is that -- if you need a break at
9  any time, just say so for any reason. We --
10  the rules of the deposition generally are,
11  unless it's a question of attorney-client
12  privilege, we will have you finish your answer
13  to the question, and then we'll discuss when we
14  can take a break.
15         It will usually be very soon after
16  you request it. Is that fair?
17     A   Okay.
18     Q   Your attorney may object to my
19  questions or some of them. Generally, you have
20  to answer the question, if you understand it,
21  unless you're instructed not to do so. Do you
22  understand that?
23     A   Yes.
24     Q   Did you bring any documents with you
25  today?

---

13

1      A   No.
2      Q   So there's nothing you plan to refer
3  to during the deposition other than what I hand
4  you?
5      A   Correct.
6      Q   Pro forma, have you ever been
7  arrested?
8      A   No.
9      Q   When did you first become aware of
10  the litigation, this litigation, approximately?
11     A   I really don't remember. When was
12  it filed?
13     Q   I'm trying to remember.
14         MR. KHOURY: I actually don't know.
15     Q   Last year, early last year.
16     A   Okay. Sometime after it was filed,
17  there was a reporter that reached out to me, I
18  want to say it was a local newspaper, I think
19  it was a local newspaper, and asked me my
20  thoughts on it. And that was probably the
21  first time I think I came aware of the suit.
22     Q   Do you recall, do you recall which
23  reporter it was?
24     A   I do not.
25     Q   And you don't recall the

---

14

1  organization for which he was calling?
2      A   It was a local paper. I want to say
3  it was the Henry Herald, and I think they ran
4  an article that had a quote from me in it, so
5  we could probably find that if it's out there.
6  But it was a local -- I know it was a local
7  reporter, and that was the only person that
8  asked me about the case.
9      Q   Do you recall what you told him
10  about the case?
11     A   My memory of it was, they -- they
12  asked my general thoughts on redistricting
13  legislation, and I said I've never given it too
14  much thought. It was a noncontroversial thing
15  that passed with bipartisan support in both
16  chambers. I know at least in the House it was
17  unanimous.
18         And so I didn't have a lot of memory
19  of it, and my thoughts were this -- any lawsuit
20  over this was just politically driven to try to
21  create divisions in our state since there
22  wasn't a division at the time.
23     Q   And when you say there was a
24  division in the state, what do you mean by
25  that?

---

Electronically signed by Joel Moyer (501-161-376-4513)                    afd8f269-a39f-4cfb-8a4a-31f654b778bf

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

9 (Pages 15 to 18)

15

1    A   There was no division in the state.
2    Q   Oh, I'm sorry. I misheard you.
3    A   Yeah. There was no division over
4  the issue when it -- back in whatever year the
5  bill passed. There was no controversy over it
6  at the time.
7    Q   Well, there was in the Senate;
8  correct?
9    A   I don't know about the Senate.
10   Q   Okay.
11   A   I know in the House everyone voted
12 yes on it.
13   Q   But you know that the Senate was not
14 unanimous; is that correct?
15   A   I don't know the answer to that.
16   Q   Other than with your attorney, your
17 counsel, have you spoken to anyone about your
18 testimony today, anybody else?
19   A   No.
20   Q   Have you spoken with Mr. -- sorry,
21 Ms. Wright or Mr. O'Connor about the
22 deposition?
23   A   I have not spoken with Mr. O'Connor,
24 but I did see Ms. Wright sometime at the
25 legislative office building in the cafeteria.

16

1  I want to say it was last week. I'm not sure
2  when y'all deposed her, but she -- whenever she
3  had just been deposed.
4        And she asked me if I had been
5  deposed yet. And I said, no, I don't know when
6  they're going to depose me.
7        And I asked her how it went, and she
8  said it was the full seven hours, and that was
9  the extent of our conversation.
10   Q   Okay. Have you spoken -- I'm just
11 going to run through some of the individuals
12 who have been deposed so far in this matter.
13 And if you can just bear their names in mind,
14 and then I'm going to ask you if you've had any
15 conversations with any of them about the
16 depositions --
17   A   Okay.
18   Q   -- that they had. These are
19 Representatives Nix, Efstration, Chandler,
20 Rutledge, Welch. Those are the people I'm
21 thinking of.
22   A   I did.
23   Q   Or Welch has not been deposed yet,
24 nor has Mr. Chandler -- Rutledge, but --
25   A   That same day I believe I did see

17

1  Representative Nix, and he said the exact same
2  thing Ms. Wright said, that it was an all-day
3  affair.
4    Q   Right. But --
5    A   And so I know I did discuss it with
6  him. I think actually I asked him if he had
7  been deposed when I -- after I spoke with
8  Ms. Wright. He didn't say anything to me.
9        And he said, yes, it was an all-day
10 affair.
11   Q   Did you have any substantive
12 conversations at all with any of the people --
13   A   No.
14   Q   -- I've mentioned about your
15 testimony today?
16   A   No.
17   Q   Or with either the Speaker or the
18 Speaker's staff, Speaker of the House or the
19 Speaker's staff?
20   A   No.
21   Q   You said that you had a brief
22 conversation, nonsubstantive, with Ms. Wright;
23 is that correct?
24   A   Yes.
25   Q   Have you had any such conversations

18

1  or any substantive conversations with anyone,
2  other than Ms. Wright, who is in the
3  Reapportionment Office?
4    A   About?
5    Q   About the, I'm sorry, about the
6  deposition?
7    A   No.
8    Q   Other than the discussion with the
9  local reporter that you mentioned earlier, have
10 you had -- have you discussed this litigation
11 with any member of the press?
12   A   No, not that I'm aware of. I
13 don't -- no.
14   Q   And have you discussed your
15 testimony or the deposition generally with
16 anyone else? A family member, a friend, for
17 example?
18   A   No, other than my wife who knows
19 that I had to come up here today, but that's
20 all she knows.
21   Q   Did you review documents in
22 preparation for your deposition?
23   A   No, but I did search a second time
24 to see if I had any documents. But there was
25 nothing I had to review, so no.

Electronically signed by Joel Moyer (501-161-376-4513)                    afd8f269-a39f-4cfb-8a4a-31f654b778bf

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

10 (Pages 19 to 22)

19

1   Q   Okay. How many times did you search
2   your documents to determine if you had any
3   documents that you understand were relevant to
4   this matter?
5   A   Well, I know that we had the -- my
6   House email account was searched. I'm not sure
7   when that actually occurred, but it was
8   searched. I personally had my law office email
9   account searched, and I -- I had it searched by
10  someone from our IT department.
11      And then I did a personal search
12  myself just to make sure there wasn't anything
13  else. I did that last week when this was -- or
14  this week when this was scheduled.
15      And then I personally twice have
16  searched through my office documents. The
17  reason I did it twice, I just moved offices
18  last week and they gave me a second chance. My
19  wife found another stack of documents she told
20  me to go through because we're trying to clean
21  things out.
22      And I went through another stack of
23  documents and -- to make sure I didn't have
24  anything on any of these issues that might be
25  relevant to the subpoena that you sent.

20

1   Q   Is it your general understanding
2   that the documents that you provided to counsel
3   were produced?
4   A   I haven't provided any documents to
5   counsel.
6   Q   Oh, you have not?
7   A   No.
8   Q   So you didn't find any relevant --
9   any documents that you consider to be relevant
10  in your search?
11  A   Correct. There -- I believe there
12  was something possibly from my -- I don't know
13  if there was anything from my House email
14  account, but I -- not that I'm aware of.
15  Q   Did you -- when you were searching,
16  did you search both hard copy and electronic
17  materials?
18  A   Yes.
19  Q   In preparation for your deposition
20  today, have you read the transcripts of any
21  deposition that you understood were taken --
22  was taken in this case?
23  A   No.
24  Q   So you haven't read the deposition
25  transcript of Ms. Wright?

21

1   A   No.
2   Q   Mr. O'Connor?
3   A   No.
4   Q   Mr., and I apologize if I'm
5   butchering the name, Strangia?
6   A   I don't know who that is. I haven't
7   read any deposition transcripts.
8   Q   Representative Nix?
9   A   No.
10  Q   Representative Chandler?
11  A   No.
12  Q   Have you read the Complaint in this
13  case?
14  A   No.
15  Q   Have you read any pleading in this
16  case?
17  A   No.
18  Q   Did you look at any expert report in
19  preparation for your deposition?
20  A   No.
21  Q   And just to make sure we're both on
22  the same page, we provided -- in this matter we
23  provided expert reports by a Dr. Chen, a
24  Dr. Webster, and a Dr. McQueary. Did you read
25  any of those?

22

1   A   No.
2   Q   Did your attorney or anyone else ask
3   you to preserve relevant documents? I don't --
4   and when I'm asking that question, I'm just
5   looking for a yes or a no. I don't want you to
6   reveal attorney-client communications.
7   A   Well, yes, I was -- I mean, there
8   was -- I think at some point you tried to serve
9   a subpoena to me which I was able to get a copy
10  of and -- but before that, there was something
11  sent, yes. I'm -- I was thinking about the
12  subpoena.
13      When the lawsuit was first filed, I
14  guess it was someone from the Attorney
15  General's office in a letter to me asking me to
16  preserve documents, so yes.
17  Q   And did you do so?
18  A   Yes. Well, there were no documents
19  to preserve, but I -- that was the point where
20  I initiated -- well, I think at some point
21  after that is when I initiated the first search
22  for documents. But, yes, there were no
23  documents that were not preserved, if I said
24  that right.
25  Q   Did the Georgia House assign you an

Donovan Reporting, PC                                    770.499.7499

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

11  (Pages 23 to 26)

23

1   email address?
2       A   Yes.
3       Q   And is -- what is that?  What was
4   that email?  Well, let me ask the --
5       A   Lead me on it, please.
6       Q   Exactly.  Is your
7   government-assigned email address
8   brian.strickland@house.ga.gov?
9       A   Yes, it was until I was sworn into
10  the Senate.
11      Q   Did you have any -- excuse me.  Did
12  you have any other email account when you were
13  in the House?
14      A   For the House or personal or --
15      Q   Either.
16      A   Yes.
17      Q   What, what email addresses did you
18  have?
19      A   I have a work email address that is
20  bstrickland@smithwelchlaw.com, and I have a
21  personal email address which is
22  rbrianstrickland@gmail.com.
23      Q   Now, is it correct that you are a
24  lawyer?
25      A   Yes.

24

1       Q   And are you -- do you currently have
2   a private practice?
3       A   Yes.  I practice with a firm.
4       Q   And what type of law do you
5   practice?
6       A   Mainly civil litigation, general
7   litigation, pretty general practice.
8       Q   Do you -- are you in any case
9   represent the State of Georgia?
10      A   No.
11      Q   Or any agency of the State?
12      A   I have represented the Henry County
13  Water Authority, which I guess you could argue
14  is instrumentality of the State.  I don't
15  recall ever representing any other governmental
16  body.
17      Q   Have you ever represented any entity
18  in the state of Georgia, any governmental
19  entity in the state of Georgia, with regard to
20  issues relating to redistricting?
21      A   No.
22      Q   Have you ever represented any,
23  anyone else in connection with matters related
24  to redistricting?
25      A   No.

25

1       Q   Do you have a practice in terms of
2   deletion of emails from your various accounts?
3       A   Yes.  I have a practice, not
4   necessarily to my House account because it's,
5   it's overwhelming at times, but I try with my
6   personal work account -- I actually don't check
7   my Gmail account.  It's just there.  I use
8   for -- when I have to give an account for
9   something advertisement-wise or signed up for
10  something, so I don't even look at it.
11          But I try to at least once a month
12  go through and delete emails, stuff I've
13  already taken care of.  But I have a -- also I
14  don't actually ever permanently delete anything
15  because it all goes to a deleted folder in case
16  I have to look it up again.  It's my fallback.
17          So I don't think I've ever
18  permanently deleted any emails.
19      Q   From any of your accounts?
20      A   Not that I'm aware of.
21      Q   Do you keep a calendar?
22      A   Yes.
23      Q   And is that electronic or --
24      A   It is electronic.  It is kept for
25  me.  I'm not sure how it all works, but I've, I

26

1   have a -- I think I have a Gmail calendar that
2   is used -- my wife uses it and now my assistant
3   at the Capitol just started using it.  And then
4   I have a work calendar that corresponds with
5   that somehow through my work program.  I don't
6   know how that works.
7       Q   Did you search -- did you search
8   through any of your calendars to determine
9   whether there was anything on those calendars
10  that might be relevant to this matter?
11      A   Yes.
12      Q   And did you find anything?
13      A   No.
14      Q   Do you know how long those calendars
15  are preserved?
16      A   I don't know, but I know that it
17  goes back since I first started practicing law,
18  so at least -- because I've looked back for
19  things to point -- a point of reference in
20  cases, and it goes at least back to 2009.
21      Q   And I'm sorry.  I may have missed
22  this, and I apologize if I did.  You have a,
23  you have a House calendar that you use purely
24  for the House of Representatives?
25      A   No, I do not for the House.

Electronically signed by Joel Moyer (501-161-376-4513)                    afd8f269-a39f-4cfb-8a4a-31f654b778bf

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

12 (Pages 27 to 30)

27

1    Q    And -- okay.  Do you have a cell
2    phone?
3    A    Yes.
4    Q    Do you use it to text?
5    A    Yes.
6    Q    Do either of the following numbers
7    belong to you:  404-427-28 -- excuse me, 2880?
8    A    That's my cell phone number.
9    Q    And does this number belong to you:
10   It is 706-656-7954?
11   A    No.
12   Q    Does anyone besides you have access
13   to your phone?
14   A    No, other than my wife if she wants
15   it.
16   Q    Did you search your phone for text
17   messages that might be responsive to this
18   matter?
19   A    Yes, but there -- there would not be
20   any way because my phone has been reset.  I
21   have issues with storage on my phone, and so I
22   had my phone set with text messages in
23   particular to delete every 30 days because my
24   phone fills up.
25   Q    Excuse me.  Is it your practice when

28

1    attending meetings or, for that matter,
2    immediately after meetings to take notes of the
3    meetings?
4    A    It depends on what the meeting is.
5    Q    It varies?
6    A    Uh-huh (affirmative).
7    Q    Sorry.  You have to answer verbally.
8    A    Yes.
9    Q    When you do take notes, do you take
10   paper notes or electronic notes?
11   A    Paper notes.
12   Q    And do you -- when you take paper
13   notes, do you preserve those notes anywhere?
14   A    If I need them for something in the
15   future.
16   Q    And so would those be -- would those
17   that are -- you save be stored or have been
18   stored in your -- at your office,
19   Representative's office?
20   A    Yes, yeah, there would have been.
21   If it was anything dealing with State House
22   functions, it would have been kept in my State
23   House office.
24   Q    And did you search whatever
25   hard-copy notes you had with regard to this

29

1    matter?
2    A    Yes.
3    Q    And did you find anything?
4    A    No.
5    Q    I'm going to try to do the
6    biographical part of this deposition as
7    efficiently as possible, so I'm going to hand
8    you certain biographies that we were able to
9    locate on the Internet.
10   A    Okay.
11   Q    And basically my question, my
12   overall question, will be are they accurate.
13   A    Okay.
14   (Whereupon documents were identified as
15   Plaintiff's Exhibit 272, Plaintiff's
16   Exhibit 273, Plaintiff's Exhibit 274,
17   Plaintiff's Exhibit 275, and Plaintiff's
18   Exhibit 276.)
19   Q    So I'm going to show you a document
20   that's been previously marked as Exhibit 272.
21   I'm going to give you all of these in turn --
22   now so that we -- would you like a copy?
23   MR. STRICKLAND:  If you have it,
24   yes.
25   MR. PHILLIPS:  Do you need get a

30

1    copy?
2    THE COURT REPORTER:  I'll just
3    collect the stickered.
4    MR. PHILLIPS:  You'll use the --
5    okay.
6    THE COURT REPORTER:  Yep.
7    Q    So this was previously marked as
8    272.
9    I'm going to give you a document
10   that was previously marked as Plaintiff's
11   Exhibit 273, which is Brian Strickland's
12   Biography, The Voter's Self-Defense System.
13   A document previously marked as
14   Exhibit 274.  I'm sorry.  These are not
15   previously marked.  I apologize.  I've marked
16   these for identification only.  So 272, 273,
17   and 270 -- and this now, 274, are not
18   previously marked but are being marked for
19   identification in this deposition.  I apologize
20   for the confusion.
21   And then I'm going provide you a
22   document that's been marked for identification
23   labeled Plaintiff's Exhibit 275.  This appears
24   to be a document generated from your website or
25   your firm's website.

Donovan Reporting, PC                                    770.499.7499

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

31

1      The document labeled -- that I've
2  labeled for identification as Exhibit 276
3  appears to be a biography, Brian Strickland,
4  from Ballotpedia.
5      So, Senator Strickland, rather than
6  go tediously through every matter that -- or
7  every position you've ever held, I just wanted
8  you to look through these documents and first
9  let us -- let me know if you recognize them and
10  then if you believe they are to be -- are
11  accurate.
12      A    I recognize Exhibit 272. I don't
13  know when it was done, but it appears to be the
14  bio I had when I was a state representative.
15  It was accurate at the time other than I don't
16  know if I was currently serving as president of
17  Henry County Kiwanis Club at that time, but I
18  was former president.
19      And I don't know if was still a
20  member of the First Baptist Church of Hampton,
21  but I was formerly a member of that church.
22      Q    And is what -- I'm sorry. You said
23  that it appears to be accurate otherwise?
24      A    Other than those two things. And I
25  say accurate at the time. At least everything

32

1  else seems to be my bio.
2      Q    Right.
3      A    275 appears to be a bio from my firm
4  page. And if it's something that my firm
5  published, I'm sure it's correct, but there
6  may be the same two exceptions with when I
7  served as president of Kiwanis and which church
8  I belong to.
9      And my age is not correct on this.
10  Maybe I was 33 at the time he printed it, or
11  maybe it hasn't been updated. I'm 34.
12      And Exhibit 274, I don't recognize
13  it, but it appears to be from a campaign
14  website that I had, and it appears to be the
15  same bio that's on 275.
16      Q    And similarly accurate with the
17  exceptions you mentioned?
18      A    Yes. And I do not recognize 276 or
19  273.
20      Q    Can you just look at this 273
21  exhibit briefly.
22      A    Uh-huh (affirmative).
23      Q    And especially to the third and
24  fourth pages of the exhibit. And if you could
25  let me know, scanning those entries, if they

33

1  are generally -- if they are accurate.
2      A    I do not know the social media sites
3  or campaign address, if that's correct. But
4  the post office box they have is actually my
5  personal post office box. The phone number,
6  957 number, is my office number. You already
7  know my cell phone number is correct there.
8      My name, gender, wife, birthday,
9  birthplace, home city, religion, education
10  appear to be correct.
11      Q    And then the political experience
12  page? Again, you don't have to go down each
13  one individually if you can just tell me if
14  it's accurate. Or pick out anything that's
15  inaccurate, I should say.
16      A    It appears to have the committees
17  I've served on. I was in the House. I've
18  always practiced at the same law firm. And I
19  was previously -- I was never a spokesperson
20  for Piedmont Henry Hospital.
21      But other than that, the rest of the
22  religious, civic, and other memberships are
23  correct, at least previously they were correct,
24  and the award is correct.
25      Q    Okay. Thank you.

34

1      A    Uh-huh (affirmative).
2      Q    By the way, with your law firm are
3  you a partner? An associate?
4      A    Yes, I'm a partner. I guess
5  formally I'm a member. We're an LLC, so I'm a
6  member, same as being a partner in our world.
7      Q    You were first elected to your House
8  District 111 in 2012?
9      A    Correct.
10      Q    Was that the first time you were
11  elected to any government office?
12      A    Yes.
13      Q    Were you ever previously appointed
14  to any government office?
15      A    No.
16      Q    Had you previously worked for the
17  government in any capacity?
18      A    Yes.
19      Q    And in what capacity?
20      A    When I was in high school and
21  college, I was a State employee, and at one
22  point a federal employee, when I worked my
23  summers at an agricultural research
24  institution, or the arm of the University of
25  Georgia. It was a summer job dealing with

Electronically signed by Joel Moyer (501-161-376-4513)                    afd8f269-a39f-4cfb-8a4a-311654b778bf

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

14  (Pages 35 to 38)

35

1   peanuts.
2       Q    So I assume it had nothing to do
3   with redistricting?
4       A    Not whatsoever, unless you -- I
5   guess peanuts.  Other than nuts, that's the
6   only thing that's relevant.
7       Q    Other than the redistricting process
8   from 2015, have you ever participated in the
9   redistricting process for any House -- for the
10  House or the Senate --
11      A    No.
12      Q    -- in Georgia?  Have you ever done
13  any research of any sort in -- with regard to
14  redistricting?
15      A    No.
16      Q    Have you ever spoken publicly or
17  published anything about the issue of
18  redistricting in general?
19      A    Yes.
20      Q    And what was -- can you describe
21  what that was?
22      A    I've never published anything.  The
23  only time I recall speaking publicly about it
24  is I was asked a question while campaigning for
25  State Senate.  And the question that I

36

1   remember, it was a political forum, was do you
2   believe that redistricting should be done by an
3   unelected group that's not partisan, or should
4   it be done by elected officials.
5           And my response was it should be
6   done by elected officials because politics
7   exists everywhere.  But the one thing that's
8   different about elected officials, you can vote
9   us out if you disagree with us.
10          And I got a good response from the
11  crowd.
12      Q    I'm just going to mark as exhibit --
13  can I just do it?
14      A    There.  That's the forum.  I see
15  your picture.
16      (Whereupon a document was identified as
17      Plaintiff's Exhibit 277.)
18      Q    I'm handing you a documents that's
19  been -- that I've marked for identification as
20  Exhibit 278.
21      (Whereupon off-the-record discussions
22      ensued.)
23          THE VIDEOGRAPHER:  Going off the
24  video record at 9:55 a.m.
25      (Whereupon off-the-record discussions

37

1   ensued.)
2           THE VIDEOGRAPHER:  We're back on the
3   video record at 9:56 a.m.
4       Q    While we were off the record, I --
5   we realized that I had inadvertently previously
6   marked the exhibit which I just referred to as
7   Exhibit 278 as Exhibit 277.  So the exhibit
8   that Representative -- excuse me, Senator
9   Strickland is looking at now is Exhibit 277.
10          It appears to be a report from the
11  henryherald.com of a meeting where Nelva Lee
12  and Brian Strickland spoke; is that correct?
13      A    Yes.
14      Q    And it's dated January 23rd, 2018?
15  Is that on or near the date that you did speak?
16      A    No.
17      Q    When?
18      A    It's actually dated January 2nd,
19  2018.
20      Q    Ah, I see that.  Yes.  And is that
21  on or near the date that you spoke?
22      A    It should be.  It was sometime -- I
23  believe it was actually between Christmas and
24  New Year's, if I remember correctly.
25      Q    And do you believe -- I realize it's

38

1   not a full record of the meeting.  But is
2   what's stated in there an accurate
3   representation of what you said?
4           And just for the record, I didn't
5   mean to suggest it's everything you said.  But
6   what is included in here that indicates that
7   you said it, is that accurate?
8       A    Well, there are two quotes I see.
9   The first one starts with "the current system"
10  and ends with "an election."  The second one
11  starts with "we can do it the right way" and
12  ends with "accountable to do that."  Let me
13  read it.
14          Yeah, exactly what I -- almost
15  exactly what I said from memory, so, yes, that
16  is what I said at the forum.
17      Q    Okay.  Now, I did have one question
18  about what you said.  You said that there will
19  be -- if we take away the elected person making
20  those decisions, there will be someone else we
21  can't hold accountable.  How -- can't hold
22  accountable every two years in an election.
23      A    Yes.
24      Q    Can you hold a representative
25  accountable if you are removed from the

Electronically signed by Joel Moyer (501-161-376-4513)                    afd8f269-a39f-4cfb-8a4a-31f654b778bf

R. Brian Strickland            Georgia State Conference of the NAACP, et al vs Kemp            January 26, 2018

15 (Pages 39 to 42)

**39**

1   representative's district prior to the next
2   election, prior to an election?
3        A    Yes.
4        Q    How?
5        A    Well, if you -- you can still speak
6   out against the process, and you still get to
7   vote for a representative. So, yes, you still
8   can hold them accountable.
9        Q    But in such a hypothetical
10  situation, the person who is removed from your
11  district could not vote in the next election
12  with regard to you; is that correct?
13       A    If they're not in my district, they
14  couldn't. That's correct.
15       Q    So in that respect, they could not
16  hold you accountable?
17       A    Yes, they still could.
18       Q    I don't know. How is that?
19       A    Well, they would still be able to
20  vote for someone in the House. And if they
21  thought that they were unfairly removed, then
22  they could obviously petition and let other
23  people know that they were unfairly removed.
24  So, yeah, they could still hold me accountable.
25       Q    So in that sense, that is the sense

**40**

1   you're saying that they could hold you
2   accountable if they were removed from your
3   district --
4        A    Yeah.
5        Q    -- prior to the election?
6        A    Yes. And the biggest thing I'm
7   saying is they get -- if you have elected
8   people doing this, in the sense of when I say
9   "doing this," drawing districts, we all have to
10  be voted on by the people.
11       Q    But they couldn't hold you
12  accountable by voting one way or another about
13  you; is that correct? That is one method they
14  could not use to hold you accountable?
15       A    Well, they couldn't vote for or
16  against me.
17       Q    Do you have a general understanding
18  of the term racial gerrymandering?
19       A    No.
20       Q    Do you have a general understanding
21  of the term political gerrymandering?
22       A    No.
23       Q    Or partisan gerrymandering?
24       A    No.
25       Q    Do you have an understanding about

**41**

1   what the term racial dilution means?
2        A    No.
3        Q    Do you have any background with
4   using any kind of mapping software?
5        A    No.
6        MR. STRICKLAND: Got that one, yeah.
7        MR. PHILLIPS: This one, you did
8   get?
9        MR. STRICKLAND: Yeah, I did get a
10  copy of that one. That was 277, I believe.
11       MR. PHILLIPS: Yes.
12       Counsel, Mr. Khoury, did you -- did
13  I give you a copy of this?
14       MR. KHOURY: Yes. I have that one.
15  Thank you.
16       Q    Where is House District 111?
17       A    In Henry County, Georgia.
18       Q    What were your responsibilities when
19  you represented House District 111 as a member
20  of the House?
21       A    They were numerous. I mean, I
22  served as state representative for the
23  district.
24       Q    And what -- when you say served as
25  state representative for the district, what

**42**

1   generally do you mean by that?
2        A    I was elected to serve as state
3   representative.
4        Q    And what -- when you took office as
5   state representative, would you agree that you
6   had the duty to represent all the people in
7   House District 111?
8        A    Yes, all the people actually in the
9   state of Georgia.
10       Q    I'm sorry. Say that again.
11       A    All the people in the state of
12  Georgia.
13       Q    But in addition or -- not in
14  addition, but part of that representation was
15  for the district, House District 111?
16       A    If they lived in the state of
17  Georgia, yes.
18       Q    Do you believe you had a duty to
19  represent all the people, including those
20  people who do not vote for you?
21       A    Yes.
22       Q    Those who did not -- who voted
23  against you?
24       A    Yes.
25       Q    Did you, did you believe you had a

Donovan Reporting, PC                                                    770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                        afd8f269-a39f-4cfb-8a4a-31f654b778bf

R. Brian Strickland        Georgia State Conference of the NAACP, et al vs Kemp        January 26, 2018

43

1    duty to represent the Democratic residents of
2    your district?
3        A    Yes.  They voted for me too.
4        Q    And what if they didn't vote for
5    you?
6        A    Then I'd still represent them.
7        Q    Did you believe you had a duty to
8    represent African-Americans --
9        A    Yes.
10       Q    -- who reside in your district?
11       A    I represent all people, no matter
12   who they are.
13       Q    Is it correct that the Georgia House
14   is in session for 40 days each year?
15       A    Yes.
16       Q    And is the rest of your professional
17   time taken up with your law office work?
18       A    No.
19       Q    What is -- what do you do
20   professionally outside the House?
21       A    I still -- it's a full-time job
22   honestly the rest of the year, but I have
23   another full-time job practicing law, so I
24   balance the two the rest of the year.
25            During the three months on average

44

1    we're in session, I'm somewhat full-time.  And
2    in session, I'm still practicing some law.
3        Q    Can you -- during the time that you
4    were a member -- well, how long were you a
5    member of the House?
6        A    I was elected in 2012, sworn in in
7    2013, and I was there until December of 2017.
8        Q    And how many elections did you fight
9    or participate in during that time?
10       A    Three, I believe.
11       Q    During the time that you were a
12   member of the House, what were the names and
13   positions of your, excuse me, legislative
14   staff?  And I -- let me exclude from that
15   question administrative assistants.
16       A    Okay.
17       Q    So people who were not -- who were
18   administrative assistants as opposed to staff
19   members.
20       A    I didn't have any staff members that
21   I'm aware of.  When I was a chairman of a
22   committee, there were probably committee staff
23   members.  I do not remember their names.  But
24   they were not working for me.  They were
25   general staff members of the House of

45

1    Representatives.
2        Q    And were you -- what -- were you the
3    chairman of just one committee during that
4    time?
5        A    Yes.
6        Q    And which committee was that?
7        A    Industry and Labor.
8        Q    And, again, I think I know the
9    answer to the question, but did the Industry
10   and Labor committee have anything to do with
11   redistricting?
12       A    No.
13       Q    When you were elected -- strike
14   that.
15            When you participated or planned for
16   a campaign for a seat in the House of
17   Representatives, what type -- did you rely on
18   demographic information of any sort to estimate
19   your likelihood of success in the campaign?
20       A    No.
21       Q    Did you consider past voting
22   information, for example, as to how people
23   voted in your district?
24       A    No, because my district was a new
25   district too.  It was newly created in the

46

1    2010, I guess it's 2010 redistricting, so there
2    was no past data to look at.
3        Q    What about the second or third time
4    you ran, did you consider past voting
5    information from the first election?
6        A    No.  I mean, other than the number
7    of votes I received, whatever it was.
8        Q    And did you consider racial
9    information in determining whether you thought
10   you would win or lose?
11       A    No.
12       Q    So you did not -- you never
13   considered the proportion of African-American
14   electors -- or excuse me, voters in your
15   district as to whether or not -- in the context
16   of whether or not you could be successful in
17   your election?
18       A    No, other than the fact that I knew
19   my district being in metro Atlanta was a
20   diverse district, especially compared to some
21   other people's districts.  And with that, I
22   would make sure to focus on everyone, and so I
23   campaigned in all communities.  So other than
24   that, no.
25       Q    Did you rely on the Congressional

Donovan Reporting, PC                                770.499.7499

47

1    Reapportionment Office when you were developing
2    a campaign strategy?
3       A    No.
4       Q    Did you ever look at data from your
5    district with regard to voting or racial
6    characteristics on the precinct level?
7       A    No.
8       Q    Did you look at data, similar data,
9    racial or any other demographic including
10   voting, past voting records on the street or
11   block level?
12      A    No.
13      Q    Do you canvas your voters?
14      A    What do you mean by "canvas"?
15      Q    Well, did you knock on any doors?
16      A    Yes.
17      Q    Okay.  And did you do that for all
18   areas of the district?
19      A    Yes.
20      Q    Including the racially diverse areas
21   of your district?
22      A    There's really not, honestly,
23   racially diverse areas, or wasn't.
24      Q    Oh, I'm sorry.
25      A    I was --

48

1       Q    Go ahead, please.
2       A    You wouldn't be able to take, in my
3    opinion, District 111 and say one area's
4    diverse, one area's not.  But we worked the
5    entire district regardless.
6       Q    So are you saying that -- and I'm
7    focusing obviously for obvious reasons on the
8    black voters in your district.
9       A    Okay.
10      Q    But would you say they do not live
11   in any particular prescribed areas of your
12   district as opposed to the white voters in your
13   district?
14      A    That's correct.
15      Q    So the entire district is racially
16   integrated?
17      A    Yes.
18      Q    Block by block?
19      A    As far as I know, yes.
20      Q    Do you mail pamphlets during
21   election campaigns?
22      A    No, not pamphlet -- what do you mean
23   by "pamphlets"?
24      Q    Fliers.
25      A    We do mailers.

49

1       Q    Social media?  Do you use social
2    media?
3       A    Yes.
4       Q    What type of social media do you
5    use?
6       A    I do Facebook, Instagram, Twitter,
7    maybe others.  Those are the three that I'm
8    aware of.
9       Q    What type of person in your
10   district, in your understanding, and again I'm
11   referring to the House of Representatives
12   district, is more likely than not to vote for
13   you?
14      A    Someone that has met me is more
15   likely to vote for me.  In my experience, if
16   I'm able to reach a voter, then I have a good
17   chance that they'll vote for me.  So when I
18   campaigned for the House district in
19   particular, I was personally out there all the
20   time knocking on doors, seeing everybody I
21   could see.
22      Q    So you don't have any kind -- you
23   don't have any, any type of person in mind as
24   someone who is likely not to vote for you?
25      A    That's likely not to vote for me?

50

1       Q    Yes.
2       A    No.
3       Q    Isn't it correct that black,
4    black -- African-American voters in Georgia
5    tend to favor, substantially favor, Democratic
6    representatives?
7       A    I don't know the answer to that.  I
8    haven't looked at the data.  Not in my
9    experience.  In my experience, when I knock on
10   a door, whether they're white, black, purple,
11   green, orange, I get a very similar response.
12      Q    But do you know if that similar
13   response when you knock on the door translates
14   into a favorable vote or not?
15      A    I don't know how they vote.  I'm not
16   there when they vote.
17      Q    If you had to pick one metric other
18   than party affiliation, either whether the
19   person -- in other words, whether the person is
20   Republican or Democrat, that determine the
21   likelihood of someone who would vote for you,
22   what would you think that metric would be?
23      A    Whether or not they had met me or
24   been reached by my campaign.
25      Q    Do you believe that the race of a

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

51

1    voter provides an indication as to whether he
2    or she would vote for you?
3        A    No.
4        (Whereupon a document was identified as
5        Plaintiff's Exhibit 44.)
6        Q    Let me ask you to look at a document
7    which I will mark as Exhibit 278 for
8    identification. And that's not the document.
9        Oh, I apologize. This is actually
10   Plaintiff's Exhibit 44. Again, I have made a
11   mistake. It's been previously marked as
12   Exhibit 44.
13       A    Okay.
14       Q    And if you could take a look at
15   this, these, Senator Strickland.
16       I should note that you are not on
17   this string of emails, but I wanted to ask you
18   about a few things --
19       A    Okay.
20       Q    -- contained in the emails. Do you
21   know who Dan O'Connor is?
22       A    Yes.
23       Q    Who is he?
24       A    I don't know his title, but he works
25   in the Reapportionment Office.

52

1        Q    Have you ever worked with him?
2        A    No.
3        Q    Have you ever spoken with him in any
4    way?
5        A    Yeah. His office was on the same
6    floor as I believe my first office I had when I
7    was elected, and I would see him going to the
8    restroom. We had a similar schedule,
9    apparently. Other than that, no.
10       Q    Okay. Do you know who -- do you
11   remember using -- I think you may have
12   mentioned this. He's part of the
13   Reapportionment Office?
14       A    Yes. I know he works there. I
15   don't know what his title is.
16       Q    And do you consider him an expert on
17   issues relating to reapportionment,
18   redistricting?
19       A    No.
20       Q    Do you consider him an expert on
21   voting patterns in Georgia?
22       A    No. I don't know his expertise.
23       Q    You don't know?
24       A    Huh-uh (negative).
25       Q    You're not saying he's not an

53

1    expert. You're --
2        A    I just don't know. I don't consider
3    him an expert.
4        Q    Have you heard anybody say that he
5    is an expert?
6        A    No.
7        Q    Do you know who Ben Jordan is?
8        A    No.
9        Q    In the title of this email is -- the
10   email chain is between Mr. O'Connor and
11   Mr. Jordan, is that correct, as you see this?
12       A    No. I don't see a Jordan anywhere.
13       Q    Well, at the top, for example it's
14   from Mr. O'Connor. Do you see that?
15       A    Yes.
16       Q    And then there's a Sent line, and
17   there's a To line, and it says Ben Jordan; is
18   that correct?
19       A    We must have different emails. This
20   says David Knight.
21       Q    Oh, geez. I apologize. We're on
22   the same -- different page. Let me see.
23       I made yet another mistake in
24   marking documents, and I apologize again.
25       A    That's okay.

54

1        (Whereupon a document was identified as
2        Plaintiff's Exhibit 278.)
3        Q    I'll try to eliminate that problem
4    in the future. So I am marking an exhibit --
5    we will be looking at that exhibit in a little
6    while, but I meant to use this one first.
7        Showing you Exhibit 278 which I'm
8    marking for identification.
9        A    Ben may have been someone that
10   worked in the majority leader's office. I'm
11   not sure. You may already know that answer,
12   but that's who that is. I do recognize the
13   name.
14       Q    Okay. And this is an email dated
15   November 18th. Well, it's an email string
16   which begins at the bottom of November 16th,
17   2015, and then the last email is at the top,
18   November 18th, 2015; is that correct?
19       A    It appears to be. I've never seen
20   these emails before though.
21       Q    Okay. If you look -- do you believe
22   that it says break -- the subject is Breakdown
23   of Legislators by Parties/Black Percentage. Do
24   you see that?
25       A    Yes.

Electronically signed by Joel Moyer (501-161-376-4513)                    afd8f269-a39f-4cfb-8a4a-31f654b778bf

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

19  (Pages 55 to 58)

| 55 |
| --- |

1    Q    Would you agree that the percentage
2 of blacks in a district is an important metric
3 of party affiliation?
4    A    No.
5    Q    If you look further down the -- in
6 the second paragraph of this email at the top,
7 the November 18th detail, paragraph, it says in
8 the second sentence, "Basically R percentages
9 improve for Brian Strickland and Joyce
10 Chandler." Do you see that?
11    A    Yes.
12    Q    Is it correct that that is racial
13 percentages improved for Brian Strickland and
14 Joyce Chandler?
15    A    I have no idea what R stands for.  I
16 would guess people use R for political reasons
17 sometimes, but I have no idea.
18    Q    So you think it might be Republican
19 percentages?
20    A    I don't know what it is.
21    Q    At the bottom of the page, it shows,
22 says that there are tables attached showing the
23 House members elected in the regular 2014
24 election cycle.
25    A    Where are you reading from?

| 56 |
| --- |

1    Q    At the bottom of the page, the first
2 email on the page, the November 16th email.
3    A    Okay.
4    Q    And it says in the first sentence,
5 "following up from meeting last month, attached
6 are tables showing the House members elected in
7 the regular 2014 election cycle, November 2014,
8 and black percentage of each district based on
9 voter registration data."
10        Do you see that?
11    A    Yes.
12    Q    Do you know why anyone would break
13 up voters in districts, House districts, by
14 black percentage?
15    A    By what percentage?
16    Q    By black percentage, the percentage
17 of black voters?
18    A    No.
19    Q    Mr. Strickland, are you really
20 saying that you don't know that black voters in
21 Georgia tend very heavily to vote for
22 Democratic candidates?
23    A    In my experience, no matter who the
24 person is, if I get a chance to reach them, I'm
25 able to get votes whether white or black.  So I

| 57 |
| --- |

1 disagree with the generalities that you're,
2 that you're making.
3    Q    Okay.  So if you can reach a person
4 personally, you believe you have a chance of
5 winning their vote.
6    A    Yes.
7    Q    Is that correct?  But in general, is
8 it not the case that black voters in Georgia
9 vote for Democratic candidates, generally
10 speaking?
11    A    No, I don't know that data.
12    Q    Do you know the data about black
13 voters voting for presidential candidates
14 over -- in the country?
15    A    No.
16    Q    You don't believe that black voters
17 in the United States vote very heavily for
18 Democratic candidates as opposed to Republican
19 candidates?
20    A    I have not reviewed that data.
21    Q    Mr. Strickland, I'll remind you just
22 for the record, you realize you are under oath;
23 is that correct?
24    A    Yes.
25    Q    As to House District 111 in

| 58 |
| --- |

1 particular, would you say that your district
2 was -- would you characterize your district as
3 Republican, Democratic, evenly split?  Which of
4 those would you, would you characterize your
5 district as?
6    A    I would say evenly split because one
7 thing I would look at is a precinct by
8 precinct.  After an election, I will look at
9 how many votes I got versus my opponent, and
10 then I would look at how many votes another
11 race, I would say a benchmark race, if you
12 will, such as a US Senate race or governor's
13 race, presidential race, and compare the
14 numbers.
15        And based on that, it was -- depends
16 on I guess which precinct you're in.  It was
17 Republicans, Democrats switching around.  I'd
18 win places where a Democrat would win statewide
19 or the Democrat would win a presidential
20 election too, so it was a good mix.
21    Q    So generally speaking, evenly split
22 as opposed to leaning heavily one way or the
23 other?
24    A    Yeah, I would say.  If I had to
25 guess, I would say evenly split.  But that

Donovan Reporting, PC                                           770.499.7499

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

20   (Pages 59 to 62)

59

1    said, I won every race I ran there by several
2    points, so I guess you might -- but I think
3    also other Republicans have lost by several
4    points, so take it for what it's worth.
5        Q    Apart from party affiliation,
6    leaving aside formal party affiliation, would
7    you say your district leans more conservative
8    than liberal or vice versa?
9        A    I don't know.  It's hard to define
10   what conservative and liberal means, so I don't
11   know the answer to that.
12       Q    Well, let's take your definition,
13   whatever that may be.  Using your definition of
14   conservative or liberal, would you say your
15   district leans more conservative or liberal or
16   somewhere in between?
17       A    I would say somewhere in between.
18       Q    Would you agree that
19   African-American people in your district tend
20   to vote for Democrats more often than not?
21       A    I don't know.
22       Q    So you've never looked at that data?
23       A    Huh-uh (negative).  There's no way I
24   can know.
25       Q    Well, there is data regarding racial

60

1    proportions of people in your district; is that
2    correct?
3        A    I don't know.  I can't tell -- I
4    don't get the chance to see how someone votes.
5        Q    Well, you don't, but there is --
6    there are records about that; correct?
7        A    How they voted?
8        Q    Not about individuals, but about
9    general voting patterns?
10       A    No, not that I'm aware of.
11       Q    In Georgia as a whole -- well,
12   strike that.
13           In Atlanta, in the Atlanta
14   metropolitan area, would you agree that
15   African-Americans tend to vote more heavily for
16   Democrats --
17       A    I don't know.
18       Q    -- than for Republicans?
19       A    I don't know.
20       Q    If you were informed that several
21   thousand African-Americans moved into your
22   district, would you believe that would have any
23   effect on your chances of reelection?
24       A    Yes, but I'd say not because they're
25   African-American, but because someone moved

61

1    into my district which means I need to reach
2    new voters, so yes.
3        Q    And would you believe that the fact
4    that there were more African-Americans moving
5    into your district would mean that there was
6    more of a chance that those people would vote
7    Democratic as opposed to Republican?
8        A    I wouldn't know unless I go see
9    them.
10       Q    Are you aware of any
11   African-American Republican representatives in
12   the Georgia House currently?
13       A    Yes.  Not current -- I don't know.
14   I know there was a African-American
15   representative.  I cannot remember his name.
16   There was one.
17       Q    Do you know what district he
18   represented?
19       A    No.  It was Warner Robins, I think.
20       Q    I'm sorry?
21       A    I think it was Warner Robins area.
22   Representative Heath Clark defeated him in a
23   primary election several years back.
24       Q    Was he -- do you know approximately
25   when this black Republican was a member of the

62

1    House?
2        A    When I was there, but I don't know.
3        Q    When you were?
4        A    Uh-huh (affirmative).
5        Q    Do you believe you can -- you could
6    win an election as a Republican in a district
7    comprised of more than 50 percent
8    African-American people?
9        A    Yes.
10       Q    Why?
11       A    Because I think I can get voted.  I
12   think people are going to vote for me based on
13   who I am.  So if I work hard, then I can win
14   any election.
15       Q    Let me ask you about your campaigns
16   generally.  Did you have particular issues that
17   you focused on in your campaigns?  And if they
18   varied, please tell me.  I mean election by
19   election.
20       A    They didn't really vary.  I pretty
21   much had the same message all the way through,
22   including my Senate campaign.  But it would be
23   bills I voted on after I had been there, I
24   guess you could say.
25           But I think the number one issue

Donovan Reporting, PC                                    770.499.7499

R. Brian Strickland     Georgia State Conference of the NAACP, et al vs Kemp     January 26, 2018

21 (Pages 63 to 66)

63

1    would be -- well, the top two issues would be
2    education and transportation, two big issues in
3    my region of the state.
4        Q    When you ran campaigns, did you
5    focus at all on national politics?
6        A    No.
7        Q    How your election or not would
8    affect national politics?
9        A    No, because it doesn't in my
10   opinion.
11       Q    Of course -- I'm sorry. Go ahead,
12   please.
13       A    It doesn't, no.
14       Q    How about Georgia politics? Did you
15   discuss with your constituents whether, for
16   example, your election to the House of
17   Representatives would lead to an increased
18   number of Republicans and therefore more
19   control by Republicans in the state of Georgia,
20   as an example?
21       A    I don't recall doing that, huh-uh
22   (negative).
23       Q    So you never appealed to people as I
24   believe sometimes people do in national races
25   on the basis of your election being favorable

64

1    to a control by one party or the other at a
2    higher level of government?
3        A    No, not that I recall.
4        Q    Do you believe you can win an
5    election in a district composed of less than 45
6    percent whites?
7        A    Yes.
8        Q    Why is that?
9        A    I don't think race matters. Once
10   again, I think, in my experience, if I talk to
11   a voter, know who they are, I can win their
12   vote.
13       Q    Now, I'm going to give you what has
14   been previously marked as Exhibit 44.
15       A    Okay.
16            MR. PHILLIPS: I think we have the
17   right one this time. I think I've already
18   given you copies of that.
19            MR. KHOURY: Yeah. We have that.
20            MR. PHILLIPS: Is that correct?
21            MR. KHOURY: That's correct.
22            MR. STRICKLAND: Yeah.
23            MR. PHILLIPS: Again, I'm sorry for
24   the confusion.
25            MR. STRICKLAND: Is this another 44

65

1    right here?
2            MR. PHILLIPS: Yeah. That is yours,
3    yes, sir.
4            MR. STRICKLAND: Okay. Thank you.
5        Q    Again, Senator, I don't -- you are
6    not on this email. This is an email -- appears
7    to be an email from Mr. O'Connor, Dan O'Connor,
8    to David Knight. David Knight. The subject is
9    Info on new 130, PDF of House District 109. Do
10   you see that --
11       A    Yes.
12       Q    -- at the top? Who is
13   Representative Knight? He's referred to as
14   Representative Knight in the first line of
15   the --
16       A    He's a state representative.
17       Q    Is he Republican or Democrat?
18       A    Republican.
19       Q    And this is discussing, at the top
20   at least, references a pdf of the new House
21   District 109, Dale Rutledge. Do you see that?
22       A    Yes.
23       Q    And you see that on the left-hand
24   side in the, I suppose you would call it the
25   third paragraph, there's a column which says

66

1    House 109 (Rutledge) at the top of the little
2    chart. Do you see that?
3        A    Yes.
4        Q    And then a couple of lines down for
5    that, it has a line House 111 (Strickland). Do
6    you see that?
7        A    Yes.
8        Q    And then the two following
9    comments -- or, excuse me, columns that are
10   Percentage Black Old Map, Percentage Black New
11   Map. Do you see that?
12       A    That's what it says.
13            AUTOMATED MESSAGE: Enter star one
14   to cancel and continue the conference.
15            MR. PHILLIPS: Let's go off the
16   record for one minute.
17            THE VIDEOGRAPHER: Going off the
18   video record at 10:27 a.m.
19            (Whereupon off-the-record discussions
20   ensued.)
21            THE VIDEOGRAPHER: We're back on the
22   video record at 10:28 a.m.
23       Q    And this says, if you could look
24   at -- I was just starting to refer to the two
25   columns after the House 111 (Strickland). The

Electronically signed by Joel Moyer (501-161-376-4513)     afd8f269-a39f-4cfb-8a4a-31f654b778bf

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

22 (Pages 67 to 70)

67

1    first column is Percent Black Old Map, and the
2    second is Percent Black New Map. And this, as
3    I said before, this is dated October 8th, 2015.
4        Is it correct that this refers, the
5    Percent Black Old Map / Percent Black New Map,
6    are the maps that are being referred to, do you
7    believe, are the maps for the 2012 map of
8    districts as opposed to the new map which was
9    the map of the 2015 districts?
10       A    I don't know.
11       Q    You'll see under House 111 -- beside
12   House 111, it indicates that in the old map
13   there's 37.84 percent. See that?
14       A    I see it says that, yeah.
15       Q    Yes. And so that would mean that
16   there were 37.84 percent black
17   African-Americans; is that correct?
18       A    I don't know.
19       Q    Well, what else would it be, sir?
20       A    I don't know. I don't know what
21   data he's looking at or what he's referring to
22   here.
23       Q    So you think Mr. O'Connor is just
24   making something up here?
25       A    Perhaps. I don't know. I don't

68

1    know what he's looking at. I was not part of
2    this email, so I don't know.
3        Q    Is that what people in the
4    Reapportionment Office generally do?
5        A    I don't know. They might.
6        Q    Make things up?
7        A    They might. I don't have a lot of
8    experience with them.
9        Q    Have you ever known them to make
10   things up?
11       A    I have never known them to make
12   things correct either, so I don't know.
13       Q    So you're not aware that as a result
14   of redistricting in 2015 that the proportion of
15   blacks -- percentage of blacks in your district
16   declined?
17       A    I don't know if that's true or not.
18   I honestly have not looked at that data. And I
19   guess the -- this is in '15, so there was an
20   election in '14. You have to look at the data
21   in '16 to see if there was a difference.
22       Q    Well, no, sir. That's not correct,
23   is it? As of 2015, you can look at the data
24   and determine what the decline was --
25       A    Oh, I don't know.

69

1        Q    -- compared to 2012?
2        A    I'm saying, what I would have
3    looked -- what I would have looked at would
4    have been my election numbers in the next year.
5        Q    Okay. Let me --
6        A    So I don't know about '15.
7        Q    Let me look at the bottom of the
8    page, please, the last paragraph on the page.
9    It says, "There are few Democrats today serving
10   in the Georgia House from districts that are
11   less than 40 percent." Do you see that?
12       A    Yes.
13       Q    "In fact, only three Democrats
14   represent House districts that are less than 20
15   percent black (all three of them from DeKalb,
16   where lots of white liberals inside interstate
17   285)." Do you see that?
18       A    Yes.
19       Q    Do you have any reason to doubt the
20   statement made by Mr. O'Connor there?
21       A    Yes, because I don't know the data.
22   I honestly haven't looked at it.
23       Q    So that's the reason to doubt?
24       A    Yes.
25       Q    But you don't know data that

70

1    disproves this statement; correct?
2        A    I don't know data that proves it
3    either, so I do doubt it.
4        Q    And then it says to the -- the
5    paragraph in the middle of the page which
6    starts with a parenthetical, "(keep in mind
7    those figures)," do you see that?
8        A    Yes.
9        Q    In the second percentage -- excuse
10   me, second sentence it says, "Between April
11   1st, 2010, census and this past July, Henry
12   added more than 7,000 blacks to the voter rolls
13   while white registration declined by more than
14   3,000." Do you see that?
15       A    Yes.
16       Q    Were you aware of that fact?
17       A    No.
18       Q    So you were not aware that the
19   percentage of blacks in your district declined
20   between April 2010, or approximately April
21   2010, and in the middle of 2015?
22       A    No.
23       Q    Were you aware of changing
24   demographics in your district at all? I
25   mean -- strike that.

Donovan Reporting, PC                                                        770.499.7499

R. Brian Strickland         Georgia State Conference of the NAACP, et al vs Kemp         January 26, 2018

23  (Pages 71 to 74)

**71**

1     Did demographics, racial
2 demographics, change during the time that you
3 were a member of the House?
4     A   In --
5     Q   In your district.
6     A   In my district?  Not that I'm aware
7 of.  It seemed to me, in my experience, that
8 things -- it was consistent.  The first
9 election versus my last election of the House
10 seemed very consistent with the voters that I
11 saw and seemed consistent with the numbers I
12 was -- I saw on election night too.
13     Q   So you didn't keep track of your
14 district as to whether or not there were
15 changing demographics in it?
16     A   No.
17     Q   That was uninteresting to you?
18     A   Yeah.  I was too busy trying to
19 focus on doing my job and getting reelected
20 again when I ran again.
21     Q   Are you familiar with the term
22 majority-minority district or
23 majority-minority, any political district?
24     A   Am I familiar with the term?  No.
25 I've heard that before, but no.

**72**

1     Q   Well, let me represent to you, and
2 your counsel's free to disagree, but my
3 understanding of majority-minority is that
4 minority members of the district make up the
5 majority members -- make up the majority of the
6 voters in the district.
7     A   They become the majority, so they're
8 not the minority, I guess.
9     Q   Right.  But you're familiar with the
10 term minorities; correct?
11     A   Yes.
12     MR. KHOURY:  Are we -- are we --
13 racial minorities?
14     MR. PHILLIPS:  Yes.
15     MR. KHOURY:  Or are you talking
16 ethnicities?
17     A   Oh, racial minorities?
18     Q   Racial or ethnic.
19     MR. KHOURY:  Or.  So both.  I just
20 want to make sure we're using the same thing.
21     MR. PHILLIPS:  Let's use racial.
22 Let's use racial.
23     MR. KHOURY:  Okay.
24     A   Am I familiar with the term?
25     Q   Yes, minorities.

**73**

1     A   Yes.  People use that who like to
2 talk about race.
3     Q   Yes.  Okay.  So, again,
4 majority-minority meaning majority -- the
5 majority of the people in your district are
6 members of minority groups, such as blacks,
7 Asians, native Americans.  Is that your
8 understanding?
9     A   No.
10     Q   What is your understanding?
11     A   Of what?  Of what -- the people in
12 my district?
13     Q   No.  I'm sorry.  I'm just trying to
14 define what majority-minority means.
15     A   Okay.
16     Q   And let's use my definition.
17     A   What's your definition?
18     Q   A majority of the voters in a
19 district are made up of members of minority
20 groups.
21     A   Racial groups?
22     Q   Yes.
23     A   Okay.
24     Q   Okay.  Would you say your district
25 is majority-minority using that definition?

**74**

1     A   I don't know.  I'm not looking at
2 race every day.  I don't know.
3     Q   If you look at the maps -- hang on
4 just one second.
5     Let's don't bother with what I just
6 said.  I'll strike that.
7     If you can look at the second
8 paragraph -- well, strike that.
9     If you look at the first paragraph
10 of -- one second.  You can set that exhibit
11 aside.
12     A   Okay.
13     (Whereupon a document was identified as
14 Plaintiff's Exhibit 279.)
15     Q   Show you a document that I'm going
16 to mark for identification as Exhibit 279, if
17 you could take a look at that.  I'm not going
18 to ask you about the whole document, but you
19 can skim it or read it as much as you like.
20     Have you had a chance to take a look
21 at that, Senator?
22     A   No.  You said you want me to read
23 the whole thing?  You said just to scan it.
24     Q   That's what I mean.
25     A   Okay.

Donovan Reporting, PC                                          770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                    afd8f269-a39f-4cfb-8a4a-31f654b778bf

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

24 (Pages 75 to 78)

75

1    Q.  When I said look at it --
2    A   Yeah, I've scanned it.
3    Q.  -- it was scan through it, yes.
4    A   Uh-huh (affirmative).
5    Q.  Whenever I say that, Mr. Strickland,
6  you should feel free to read the whole document
7  if you so -- if you prefer, but I am going to
8  point you to sections of the document.
9    A   That's fine.
10    Q.  And this appears to be an email
11  chain beginning on page two, which is Bates
12  number 031 at the end, with an email from
13  Mr. O'Connor to Mr. Knight.  And then it
14  ends -- the email chain ends on the first page
15  with an email from, also from Mr. O'Connor to
16  Mr. Knight dated October 8th, 2015; is that --
17  does that -- have I said that correctly?
18    A   That's what it appears to be.
19    Q.  And the subject of the email is
20  Overall View of New House District 130.  Do you
21  see that?
22    A   Yes.
23    Q.  And that refers to an attachment, a
24  House District 111.pdf.  Do you see that as
25  well?

76

1    A   Yes.
2    Q.  Okay.  Have you seen this email
3  chain before?
4    A   No.
5    Q.  Let me ask you, looking at the first
6  paragraph, Mr. -- about the middle of the
7  paragraph toward the right-hand side,
8  Mr. O'Connor states, "As I distantly recall,
9  Representative Strickland's district (pdf
10  attached above), got a few points more
11  Republican.
12          "He only narrowly won election in
13  2012 and 2014, while the other Henry GOP
14  representative, Andy Welch -- representatives,
15  Andy Welch and Dale Rutledge, saw a slight
16  reduction in their GOP percentages."
17          Do you recall, is that correct as to
18  you, that you got a few more points more
19  Republican?
20    A   No.
21    Q.  You don't recall that?
22    A   I did not get a few more points more
23  Republican.  I know I didn't because my
24  election in 2016 --
25    Q.  Excuse me.

77

1    A   -- I did slightly, I think -- I got
2  slightly fewer votes than I had in 2014 and
3  2012.  I believe that's correct.  So I would
4  not say it got more -- never got more
5  Republican.
6    Q.  Then it goes on to say that they saw
7  a slight reduction on their GOP percentages,
8  period.
9          And then the following sentence
10  says, "Representative Strickland's old
11  district," I believe he means before the
12  redistricting in 2015, "was almost a 50-50
13  split between Romney and Obama in 2012, his old
14  district pretty much a microcosm of Henry as a
15  whole.  That is, his old district overall
16  pretty representative of the demographics of
17  all of Henry County."
18          First of all, do you agree that your
19  old district, that is, before the
20  redistricting, was pretty all -- overall pretty
21  representatives of the Democrats of Henry
22  County as a whole -- excuse me, of the
23  demographics of Henry County as a whole?
24    A   I'll be honest.  I use that
25  statement too because the district is a good

78

1  middle heart of Henry County where it's
2  located.  And it has --
3          In the northern part, people, I
4  would say, are very much, almost -- not
5  suburban, almost more -- consider themselves
6  Atlanta voters, if you will, more city people,
7  a good way of putting it.  And the southern
8  part of the district is a little more rural.
9          And so I've used that same line
10  before.  I'm not sure if it's true, but I've
11  used the same lines.  It's a great mix of
12  people.
13    Q.  Okay.  And do you know whether it's
14  correct that your district prior to
15  redistricting in 2015 was almost a 50-50 split
16  between Romney and Obama in 2012?
17    A   I don't remember, but I did look at
18  those numbers.  I'd always compare my
19  performance to other races, as I said earlier.
20  And I know I got more votes than Romney got.  I
21  think I got more votes -- yeah, I got more
22  votes than Romney and Obama got in the
23  election.
24          I outperformed, if you will, the
25  Republican national candidates is what I'm

Electronically signed by Joel Moyer (501-161-376-4513)                    afd8l269-a39f-4cfb-8a4a-31f654b778bf

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

25  (Pages 79 to 82)

79

1   trying to say.  So I got 53 percent of the
2   vote, I believe, in 2012 when I first ran.  And
3   so to say it was probably 50-50, that's
4   probably about right.  I don't remember who
5   won, honestly, if it was Romney or Obama,
6   though.
7       Q    Do you believe that the 50-50 split
8   between Romney and Obama, setting aside your
9   voters in terms of how you fared in the
10  election, do you believe that 50-50 split was
11  in part due to the fact that -- due to the
12  number of African-American voters in your
13  district?
14      A    I don't know.
15      Q    So you did not keep track of whether
16  Mr. Obama won more black votes than Mr. Romney
17  did?
18      A    No.  I have no idea.
19      Q    He goes on to say at the bottom,
20  toward the bottom of the second paragraph,
21  there's a sentence which begins, "I suspect a
22  lot of Clayton residents."  Do you see that?
23      A    Yes.
24      Q    First of all, is that -- is Clayton
25  another district?

80

1       A    It's another county.
2       Q    Another county.  And is it correct
3   that he goes on to say, "Clayton, of course,
4   already heavily Democratic, indeed the most
5   heavily Democratic county in the state"?  Is
6   that correct?
7       A    I don't know the answer to that, but
8   I do know that every representative from
9   Clayton County is a Democrat, so it probably is
10  heavily Democrat.
11      Q    And then he says between -- looking
12  further up the paragraph, there's a sentence
13  which starts on the right-hand side, "Between
14  2004 and 2014."  It's the fourth line down.
15      A    Yes.
16      Q    On the right.  But he states,
17  "Between 2004 and '14, white registration
18  totals in the county," and he's referring to
19  Henry County, "stayed about the same while
20  black voter registration increased by 26,000.
21      "(Last year the roughly 120,000
22  registered voters in Henry, about 37 percent
23  were black, 49 percent white, 1 percent Asian,
24  2 percent Hispanic, and 11 percent others)," et
25  cetera.

81

1       Do you have any reason to doubt
2   those figures?
3       A    I've never looked at those figures,
4   so I don't know.
5       Q    Well, do you have any information as
6   you sit here today indicating that those
7   figures are incorrect?
8       A    I don't have any information on it
9   either way.
10      Q    Before the passage of -- strike
11  that.
12      Do you agree with the suspicion
13  reflected on the last sentence of
14  Mr. O'Connor's suspicion that -- strike that.
15      Do you think you can win an election
16  in Clayton County?
17      A    Yes.
18      Q    On what basis?
19      A    Because I believe that if you give
20  me a chance, I can win any election.
21      Q    You can set that one aside.
22      A    Okay.
23      MR. PHILLIPS:  In fact, would this
24  be -- how much time do we have?
25      THE VIDEOGRAPHER:  Nine minutes

82

1   left.
2       MR. PHILLIPS:  Is it okay if we take
3   a break now?  Or strike that.  Let's continue
4   on until the end of the tape.
5       THE WITNESS:  Sounds good with me.
6       MR. PHILLIPS:  If that's okay with
7   the witness.
8       THE WITNESS:  That's fine.
9       (Whereupon a document was identified as
10  Plaintiff's Exhibit 280.)
11      Q    Senator, I am giving you a document
12  I've marked for identification as Exhibit 280,
13  which is -- on the first page of the document,
14  it's labeled GA2-001601.  It's a multipage
15  document.  And it is an email or appears to be
16  an email from Mr. O'Connor addressed to a Jan
17  Jones.
18      And the subject matter is Follow-Up
19  State House Districts, and it is dated February
20  27th, 2015.  See this?
21      A    Yes.
22      Q    Have you ever seen this email
23  before?
24      A    No.
25      Q    If you look at the following pages,

Donovan Reporting, PC                                                      770.499.7499

83

1   the chart, the charts that occur on the
2   following pages, do you know in one of the --
3   among other things, there is information for
4   House District 111.  For example, on the first
5   chart on the second page of the exhibit,
6   there's a couple of -- there's information
7   about House District 111.  Do you see that?
8       A    Yes, there appears to be.
9       Q    And then similarly, on the fourth
10  page of the exhibit, there's information broken
11  out for House District 111.
12      A    Okay.
13      Q    See that?  I'm sorry.  I didn't hear
14  your answer.
15      A    Okay.  I see where you're --
16      Q    You see?
17      A    Uh-huh (affirmative).
18      Q    Okay.  And I apologize.  I know you
19  said you did not see the email itself, but have
20  you seen this, the tables that are attached to
21  the document?
22      A    No.
23      Q    Before the passage of House Bill
24  566 -- let me back up.
25          Is it your understanding that House

84

1   Bill 566 was the bill with regard to the
2   redistricting that took place in 2015?
3       A    If you say that's the number, then
4   I'll agree with you.  I don't remember the
5   number.
6       Q    Let me represent to you that it is.
7       A    Okay.
8           MR. PHILLIPS:  Is that your
9   understanding as well, Counsel?
10      A    Okay.
11          MR. KHOURY:  Yes.
12      Q    So before the passage of House Bill
13  566, had you asked Mr. O'Connor or anyone else
14  for information about the number of white
15  voters in your district?
16      A    No.
17      Q    Before the passage of House Bill
18  566, had you asked Mr. O'Connor or anyone else
19  for information about the number of black
20  voters in your district?
21      A    No.
22      Q    Let me point you now to the email
23  that's the first page of the document.  And
24  then you see from the first paragraph, it
25  says -- well, first of all, who is Jan Jones?

85

1       A    She is the -- I don't recognize her
2   email address here, but Jan Jones is the
3   Speaker Pro Tem of the House of
4   Representatives.
5       Q    And he says at the beginning, "Hi,
6   Madame Pro Tem.  Following up from yesterday, I
7   have attached data concerning the House
8   districts of Representatives Chandler (105),
9   Strickland (111)," et cetera.  You see that?
10      A    Yes.
11      Q    And he says, "voter registration by
12  counties for their respective districts and
13  voting in various statewide contests for those
14  districts from last fall."  See that?
15      A    Yes.
16      Q    And do you know what the reference
17  is to "following up from yesterday"?
18      A    No.
19      Q    Were you in a meeting by any chance
20  or a conference call regarding data concerning
21  the House districts of yourself as well as
22  others?
23      A    I did have some meetings that did
24  look at data when that bill was being
25  considered, yes, but I do not recall any

86

1   meetings with Mr. O'Connor or Speaker Pro Tem.
2       Q    We'll get to the meetings that you
3   just referenced in a couple of minutes.
4           The second paragraph begins, "Of the
5   4 districts, only one," parenthetical, "has a
6   white majority as pertains to voter
7   registration.  Representative Chandler's
8   district is 47 percent white."
9           Representatives -- well,
10  Strickland's -- strike that.
11          "Strickland's 48 percent and
12  Greene's 44 percent.  All four members
13  represent districts that are at least 35
14  percent black in voter registration."  Do you
15  see that?
16      A    Yes.
17      Q    Were you aware of this data or
18  similar data with regard to your district?
19      A    No, I guess I wasn't.  I guess I was
20  majority-minority then; right?  Majority
21  nothing, if you look at that number, so no.
22      Q    So you don't, you don't recall
23  asking for this information?
24      A    No.
25      Q    Do you know, do you know based on

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

27 (Pages 87 to 90)

87

1  any conversations or emails or any other
2  communications why Mr. O'Connor was compiling
3  this data regarding the racial makeup of voter
4  registration?
5      A   No.
6      Q   Did you ever discuss the racial
7  makeup of voter registration in your county
8  with anyone?
9      A   Not that I recall, no.
10     Q   It says, the bottom last sentence of
11  paragraph says, "Generally, once a district
12  gets in a 30 to 35 percent black range, it
13  becomes more of a target for Democrats."  Do
14  you see that?
15     A   Yes.
16     Q   Is that your understanding?
17     A   No.
18     Q   Do you disagree with the statement?
19     A   Yes.
20     Q   What are the bases for your
21  disagreement?
22     A   I've never heard that before.  I
23  don't know -- I don't know who would target
24  who, so I don't know.
25     Q   So you don't know one way or the

88

1  other if that's correct.  Is that --
2      A   Correct.
3      Q   And then he says toward the -- the
4  fourth paragraph, he says, "Three of the four
5  districts backed Obama in 2012."  And among
6  those three districts that he referenced, he
7  says HD 111.  That's your district; correct?
8      A   Correct.  Maybe that's the number.
9  I haven't seen that, but --
10     Q   Haven't seen --
11     A   Well, I did see it at some point,
12  but I don't remember if that's the number Obama
13  got or not.
14     Q   It says 49.6 percent.
15     A   Okay.
16     Q   You anticipated my question.  Do you
17  know if that's correct or not?
18     A   I don't remember.  I do remember
19  though, as I said previously, I would look at
20  other races and see how their candidates fared.
21  And I remember in particular looking at the
22  Obama-Romney race because it was my first
23  election, and I wanted to see if I could
24  outperform a national race.
25         And so I don't remember what that

89

1  number was, but I haven't -- I don't know what
2  it is.
3          THE VIDEOGRAPHER:  One minute left.
4      Q   Now, this is -- okay.  This is dated
5  February 27th, 2015.  At that point, the
6  information that he would have gathered would
7  have been for your House district as it stood
8  prior to the passage of HB 566; correct?
9      A   I don't know.
10     Q   Well, let me represent to you that
11  it -- that is what he's talking about here.
12     A   Okay.
13     Q   Let's just accept that for the
14  moment --
15     A   Okay.
16     Q   -- for the sake of argument.  Do you
17  think having a district of 48 percent white,
18  white voters, would have made the 2016 election
19  more or less competitive?
20     A   Than?
21     Q   Than it was within -- with the
22  redistricted map of 2015?
23     A   I don't know.
24         MR. PHILLIPS:  Let's go off the
25  record.

90

1          THE VIDEOGRAPHER:  Going off the
2  video record at 10:55 a.m.
3         (Proceedings in recess, 10:55 a.m. to
4      11:06 a.m.)
5          THE VIDEOGRAPHER:  We're back on the
6  video record.  This is the beginning of media
7  file number two.  The time is 11:06 a.m.
8      Q   Senator, we were looking at this
9  document, which is an email from Mr. O'Connor
10  to Ms. Jones, and we had looked at the cover
11  email.  And then I wanted you to turn to the
12  charts that we previously looked at very, very
13  briefly.
14         And on the first chart, which begins
15  on the second page of the exhibit, there is a
16  line or a -- two or three rows with regard to
17  House District 111.  Do you see that?
18     A   Yes.
19     Q   And there is, and then "Henry
20  (part)."  Do you see that?
21     A   Yes.
22     Q   Is House District 111 only part of
23  Henry County?
24     A   Yes.
25     Q   And then there's a line for Henry

Donovan Reporting, PC                                    770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                    afd8f269-a39f-4cfb-8a4a-311654b778bf

R. Brian Strickland    Georgia State Conference of the NAACP, et al vs Kemp    January 26, 2018

28 (Pages 91 to 94)

91

1  (part) and then District 11 totals. Do you see
2  that, the two rows?
3      A   No, I don't. That's --
4      Q   If you look --
5      A   So the Henry (part), they're the
6  same numbers, though; right? Is that what
7  you're saying?
8      Q   Yes.
9      A   Okay. Yeah.
10     Q   All right. And on the columns that
11  are to the right of the, of the Henry [sic]
12  District 111 County, Henry, and District 111
13  Totals, there are columns for Black Voters,
14  White Voters, Asian Voters, Hispanic Voters,
15  Native American, Other Voters, and then Total
16  Voters. Do you see that?
17     A   Yes.
18     Q   And then after the black dividing
19  line, those same rows consider with
20  percentage -- continue with Percentage Black,
21  Percentage White, Percentage Asian, Percentage
22  Hispanics, Percentage Native American, and
23  Percentage -- I'm not sure what is supposed to
24  represent. Other, I would assume. Do you see
25  that?

92

1      A   Yes.
2      Q   Did you request this information?
3      A   No.
4      Q   Do you know why Ms. -- Mr. O'Connor
5  provided this information to Ms. Jones?
6      A   No.
7      Q   Were you interested or -- so strike
8  that.
9          I think you told me that you haven't
10  seen these before. Is that correct?
11     A   Not that I recall.
12     Q   Okay. Do you know why Mr. O'Connor
13  was preparing a chart breaking down your county
14  or your district by racial categories?
15     A   No.
16     Q   And then also, not just numbers, but
17  also -- and percentages. Do you see that?
18     A   Yes, but I don't know why.
19     Q   So did you ever look at similar data
20  to this?
21     A   Not that I recall.
22     Q   Were you aware that as of February
23  27th, 2015, the percentage of black voters in
24  your district was 36.7 percent?
25     A   No.

93

1      Q   And were you aware that the
2  percentage -- or roughly 36.7 percent?
3      A   I didn't know what the percentage
4  was.
5      Q   You weren't aware that the
6  percentage of black voters was less than 40
7  percent?
8      A   No.
9      Q   Were you aware that the percentage
10  of white voters was 48 percent or --
11     A   No.
12     Q   -- something like that?
13     A   No.
14     Q   So this -- you said you didn't see
15  this information. This information would have
16  been of no interest to you?
17     A   No. I do find it interesting,
18  looking at it now, honestly, but I -- no, it
19  didn't have any interest to me at the time. It
20  doesn't match up with -- if you take your idea
21  that white and black vote a certain way, it
22  doesn't match up to my votes.
23         So maybe I shouldn't be interested
24  in it.
25     Q   Well, first of all, Mr. Strickland,

94

1  it's not my idea.
2      A   That's what I've gathered so far,
3  but.
4      Q   It's not my idea.
5      A   Okay.
6      Q   It's reflected in all the records
7  and all the public announcements that I've
8  seen.
9      A   They probably ought to look at my
10  data then because it doesn't work in my
11  district.
12     Q   Okay. Okay. Are you aware of what
13  percentage of voters voted -- black voters
14  voted for Hillary Clinton in the most recent
15  presidential election?
16     A   No.
17     Q   As compared to who voted for
18  Mr. Trump?
19     A   No.
20     Q   No idea?
21     A   No idea.
22     Q   You don't think that -- do you know
23  if more than 50 percent of black voters voted
24  for Mr. Obama --- or excuse me, Ms. Clinton?
25     A   I don't know. I haven't seen the

Electronically signed by Joel Moyer (501-161-376-4513)                    afd8f269-a39f-4cfb-8a4a-31f654b778bf

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

29 (Pages 95 to 98)

95

1    numbers.
2        Q    You don't know that from any source,
3    whether you've seen the actual numbers or not?
4        A    No.
5        Q    Do you know whether racial
6    demographics, racial information, is available
7    for parts of your district, block -- at the
8    block level?
9        A    I don't know what you mean by "block
10   level."
11       Q    Well, block of a street.
12       A    Oh, I don't know of that.  I haven't
13   seen that data.
14       Q    Do you know if party data is
15   available for that level?
16       A    No, not that I'm aware of.  They may
17   be, but I honestly don't know.
18       Q    Do you know whether it's -- whether
19   racial data is available for the precinct
20   level?
21       A    I don't know.
22       Q    And do you know whether party
23   registration data is available at the precinct
24   level?
25       A    I don't know.

96

1        Q    Have you ever heard that racial data
2    was used as a proxy for party data?
3        A    No.
4        Q    Would you deny that racial data was
5    used as a proxy for party data at the precinct
6    and block level?
7        A    I don't know what you're talking --
8            MR. KHOURY:  I'm going to object
9    to -- I'm going to object to the form.  Used by
10   whom?
11       A    I don't know what you're talking
12   about, so I don't --
13       Q    Used by the Republican party in
14   Georgia?
15       A    I didn't -- I don't know.  I don't
16   speak for the Republican party of Georgia, so I
17   can't answer your question.
18       Q    Mr. Strickland, I recognize that
19   you're not speaking for the Republican party of
20   Georgia.  I'm asking you whether you as an
21   individual representative or, for that matter,
22   citizen of Georgia know whether the Republican
23   party in Georgia used racial data as a proxy
24   for party data.
25       A    I don't know.  I don't know what

97

1    they did.
2        Q    Do you know whether of the 60
3    Democrats elected in the 2014 House of
4    Representatives of Georgia election, of the 60
5    Democrats elected, 48 were from majority black
6    districts?
7        A    I don't know how many were elected,
8    so I don't know.
9        Q    Do you have any understanding as to
10   whether a majority of those Democrats elected
11   in the 2014 House cycle were elected from black
12   majority districts?
13       A    I don't know.
14       Q    Do you know whether it's correct
15   that Republicans hold a very large advantage or
16   majority of the seats held where the districts
17   are less than 20 percent black in voter
18   registration?
19       A    I don't know.
20       Q    I may have asked you this question
21   before, and I apologize if I did.  But do you
22   have an understanding as to whether -- let me
23   back up.
24            I realize that you are not any
25   longer a House member, but let's assume, if you

98

1    don't mind, that you are still a representative
2    from the District 111.
3        A    Okay.
4        Q    If you understood as you were
5    preparing for the next House election that the
6    percentage of black registered voters in your
7    district was greater than 50 percent, would you
8    have believed that your chances of reelection
9    in that circumstance would have increased or
10   decreased depending on the -- as opposed to
11   your election of 2015 -- 2014?
12       A    I wouldn't know because I don't know
13   what it was in 2014 or '16.
14       Q    '16 is what --
15       A    I don't know what it was in '16, so
16   it would be irrelevant to me.
17       Q    Do you know about the -- any
18   changing demographics in your district between
19   2012 and the present?
20       A    I'm not aware of that, no.  Now, I
21   know you've represented it a couple of times,
22   and I've seen that reference, but that was not
23   my experience.
24       Q    When you say it wasn't your
25   experience, what do you mean by that?

Donovan Reporting, PC                                    770.499.7499

R. Brian Strickland        Georgia State Conference of the NAACP, et al vs Kemp        January 26, 2018

30 (Pages 99 to 102)

99

1    A    When I ran for reelection, every
2    time I had, you know, pretty close to similar
3    vote totals. I guess you could say my last
4    time I ran in '16, I think it was under 53
5    percent for the first time. I think it was
6    52.9, I rounded it up, I believe, if I remember
7    correctly.
8        And I can't remember if it had
9    fallen below 53 percent, the votes I got
10   before. So, of course, that could say
11   something about the polling I had this last
12   time, or me.
13       But, otherwise, my experience has
14   been the same every election. I've -- and I've
15   knocked on the same doors a lot of times. I
16   got to know the people, and then I got to know
17   the neighborhoods. And I didn't notice any
18   change in the neighborhoods I would go in. It
19   was consistent with what I remember it being in
20   2012.
21   Q    So you don't -- leaving aside who
22   voted for you, do you have any understanding as
23   to whether or not the percentage of people in
24   your county -- percentage of black people in
25   your county rose during the time between 2012

100

1    and 2016?
2    A    I don't know. I've actually heard
3    conflicting reports in what people say. I've
4    heard some people say that we've become more
5    diverse. I've heard some people say that we're
6    less diverse. It depends on who you're talking
7    to.
8        But if I was asked my opinion, I'd
9    say we're the same county we was -- we were in
10   2012. We're obviously growing in some ways,
11   and there's some new neighborhoods being built,
12   but I don't see a difference in the people.
13   Q    Have you ever looked at -- strike
14   that.
15       Have you ever looked at any
16   statistics with regard to changing demographics
17   or not changing demographics in your district?
18   A    No, with one exception. I remember
19   there was an article, I don't know who
20   published it, but there was something published
21   by the AJC during the Ossoff-Handel race that
22   gave future predictions on demographics of
23   counties.
24       And I found it interesting and
25   because I just -- I thought it was interesting

101

1    to look at the metro Atlanta counties. It was
2    a prediction that, that Cobb County was going
3    to become a majority-minority county at some
4    point.
5        And but when I looked at that data,
6    it showed Henry County actually had more white
7    voters and was growing in white population, the
8    opposite of what this says. So that's the only
9    time I've ever looked at data. There was
10   actually -- I didn't even look at data. I
11   looked at a map.
12       It was a virtual map you could click
13   on, it was kind of neat to look at, to show
14   what your county would look like
15   demographically in 20 years, their predictions.
16   Q    When you referenced AJC, what were
17   you referring to?
18   A    The Atlanta Journal-Constitution.
19   Q    Which is the newspaper here?
20   A    Yes.
21   Q    A newspaper?
22   A    Uh-huh, yes, the one for the, the
23   big one locally, the big one in my district
24   too.
25   Q    Do you have any understanding or

102

1    view as to whether or not data in the AJC is
2    more or less reliable than data produced by the
3    Reapportionment Office or the -- of the state
4    of Georgia?
5    A    Oh, I don't know. I don't know
6    where they got their data from. Typically, the
7    AJC is not very believable, but I'm not sure
8    where they got this data from.
9    Q    Can I just ask why you say that
10   about the AJC?
11   A    They're very political. Like a lot
12   of groups, they have an agenda, so.
13   Q    Do they lean liberal or
14   conservative, if you have a view on that?
15   A    I just think they lean towards
16   helping the Democrat party.
17       (Whereupon a document was identified as
18       Plaintiff's Exhibit 281.)
19   Q    I'd like to show you a document that
20   has been -- that I'd like, I'd like to mark as
21   Exhibit 281.
22   A    Thank you.
23   Q    Exhibit 281 is a multipage document
24   which -- I'm sorry, which begins with Bates
25   number GA2-001214. It -- on the first page of

Electronically signed by Joel Moyer (501-161-376-4513)                    afd8f269-a39f-4cfb-8a4a-31f654b778bf

R. Brian Strickland        Georgia State Conference of the NAACP, et al vs Kemp        January 26, 2018

103

1  the document, there's an email --
2      A    We're looking at two different
3  things again.
4          MR. STRICKLAND:  One moment.  The
5  reference on 281 that we have here is
6  GA2-001168.
7          THE WITNESS:  That's right.
8          MR. STRICKLAND:  Just want to be
9  sure we're working off the same document.
10         MR. PHILLIPS:  Yes, we are.  And I
11 apologize.  May I borrow yours?
12         MR. STRICKLAND:  Sure.
13     Q    There seems to have been an issue
14 with, I apologize, with the ordering of my
15 exhibits by unnamed individuals, so I
16 apologize.
17     A    You're not taking the blame
18 yourself?
19     Q    Well, not in this instance.
20     A    Okay.
21     Q    Many times it is my fault, but this
22 time I don't think it is.
23         So this document is -- again, strike
24 what I said previously about Exhibit 281.
25         Exhibit 281 is in fact a document

104

1  which begins GA2-001168.  It is also an email
2  from Mr. O'Connor to Jan Jones dated September
3  4th, 2015.  And, Senator, is this a document
4  you've seen before?
5      A    No.
6      Q    I will note that you're not on the
7  sending or receiving, so.
8      A    I don't recall ever seeing this.
9      Q    Okay.  Do you know -- in this,
10 there's a subject line that says, "Re:
11 Follow-Up, TSPLOST Vote.
12     A    Uh-huh (affirmative).
13     Q    Do you see that?
14     A    Yes.
15     Q    Do you know what the TSPLOST refers
16 to?
17     A    I'm assuming it is the
18 transportation SPLOST vote.  Before I got in
19 office, there was a big debate over TSPLOST.  I
20 want to say it was the year I ran.  There were
21 local counties had the authority to opt in, do
22 a sales tax for transportation projects.  It
23 was a very controversial thing.
24     Q    So this was a tax for -- to support,
25 as you say, transportation projects?

105

1      A    In general, uh-huh (affirmative).
2      Q    If you can look at the last
3  paragraph on the -- of the first email on the
4  first page.  Do you see that?  It says, "I'll
5  also check."
6      A    Yes.
7      Q    It says, Mr. O'Connor states,
8  "Gwinnett," this is the second sentence of the
9  paragraph, "Gwinnett and Henry have been
10 changing quickly in recent years.  Virtually
11 all of the growth in these two counties these
12 days is minority."  Do you agree with that
13 statement?
14     A    I don't know what he means by it.
15 But assuming he means that the people that are
16 moving to the two counties are nonwhite, I do
17 not agree with that.  I don't have an opinion
18 necessarily.  But my experience, it's
19 multicultural people move into my county.
20         I don't -- they may be white.  They
21 may be black.  But I wouldn't say I see one
22 more than the other.
23     Q    But do you have any data as -- which
24 would show to you that, as opposed to your
25 views generally speaking --

106

1      A    No.
2      Q    -- that he is incorrect --
3      A    I have no data that would verify
4  what I said or what he said here, just my
5  experience.
6      Q    And I think we've said before, but
7  just to restate it, I take it you do not
8  believe that, assuming Mr. O'Connor's correct
9  that there was a growth in minorities in your
10 district, that that would have threatened your
11 chances for reelection in 2016?
12     A    No.
13     Q    Did you have any concerns in that
14 regard?
15     A    No.
16     Q    Okay.  You can set that aside.
17         MR. STRICKLAND:  May I end up with a
18 copy of that?
19         MR. PHILLIPS:  Oh.  I'm sorry.
20         MR. STRICKLAND:  Thank you, sir.
21         (Whereupon document was identified as
22 Plaintiff's Exhibit 282.)
23     Q    And now we will turn to the document
24 I was referring to earlier.  I'm marking for
25 identification as Plaintiff's Exhibit 282 a

Electronically signed by Joel Moyer (501-161-376-4513)                    afd8f269-a39f-4cfb-8a4a-31f654b778bf

R. Brian Strickland    Georgia State Conference of the NAACP, et al vs Kemp    January 26, 2018

32 (Pages 107 to 110)

107

1  document which appears to be an email chain,
2  plus some charts toward the end, from
3  Mr. O'Connor to Tom, excuse me, Tom Crawford
4  dated November 3rd, 2016.
5        And the subject line is RE: Voting
6  Data, State House Districts. Do you see that?
7     A   Yes.
8     Q   And it has attachments: Georgia
9  2008 President County and -- 2008, that is, and
10  Georgia 2012 President County. Do you see
11  that?
12     A   That's what it says.
13     Q   Subject line?
14     A   Uh-huh (affirmative).
15     Q   And you'll see that this email
16  string begins on the second page of the
17  exhibit, Bates number 1215, in an email from
18  Mr. O'Connor to Mr. Crawford. And then the
19  second email -- or excuse me, it continues with
20  a short email from Crawford to O'Connor.
21        And then finally on the first page,
22  there's the November 3rd email from
23  Mr. O'Connor to Crawford. Do you see that?
24     A   I'm sorry. I was reading some of
25  it.

108

1     Q   I was just going through the
2  sequence of emails.
3     A   Okay. If it's, if it's what it
4  says, I agree with you. I've never seen this
5  email before. I was reading it --
6     Q   Okay.
7     A   -- as you were talking.
8     Q   Okay. Could you look at the last
9  two paragraphs of the -- of Mr. O'Connor's
10  email on the first page? Again, when I direct
11  you to a particular part of the email, feel
12  free to read as --
13     A   Okay.
14     Q   -- whatever you would like to do so.
15  But those are the two paragraphs I'm going to
16  be focusing on.
17        The second to the last paragraph on
18  the page, the penultimate paragraph, states,
19  "Brian Strickland's new district involves swaps
20  with Districts 73 (John Yates), 109 (Dale
21  Rutledge), and 110 (Andy Welch)."
22        Was it your understanding that those
23  were -- that the statement there is correct,
24  that you exchanged sections of your districts
25  for sections of -- your district for sections

109

1  of those districts that he enumerates?
2     A   No. I don't refer to it as -- I
3  don't know what he means by "swaps." I look at
4  a map and tell you which district was, was
5  affected by the 2015 legislation. But I, I
6  disagree with the idea of swapping districts.
7     Q   Leaving aside the term swaps and
8  substituting perhaps change -- how -- what term
9  would you use for that rather than swaps?
10     A   Well, I just think if you're going
11  to talk about other districts, then I think you
12  need to say the 15 district, I mean, the '15
13  legislation made former House District 111 have
14  former parts of District 73, if you will, or
15  109, but there's no swapping that's done with
16  this.
17     Q   So some -- could we say that some
18  areas of Mr. -- your district were placed into
19  the districts, these three districts, 73, 109,
20  and 110, and that some land or areas of those
21  districts were placed into your new district?
22     A   Perhaps it was. Those -- those
23  three districts surround 111, so that would
24  make sense.
25     Q   And then the -- he goes on to say in

110

1  the second sentence of that paragraph that
2  these three districts, 73, 109, and 110, remain
3  heavily Republican, though a little less so
4  than before. Would you agree with that
5  statement?
6     A   I don't know.
7     Q   And then, then in the last
8  paragraph, he says, this is Mr. O'Connor
9  speaking, "With regard to 111, doubtless you
10  saw the story Jim Galloway had this morning on
11  changing demographics in Henry. Not out of the
12  question, the county could be majority black in
13  voter registration by the time we would take up
14  redistricting in 2021 following the 2020
15  census."
16        First of all, in that -- first of
17  all, do you agree with that statement, or do
18  you -- strike that.
19        Do you have any reason to doubt that
20  statement that it is not out of question that
21  the -- Henry County could go majority black --
22     A   Yes.
23     Q   -- in voter registration? And what
24  do you base that on?
25     A   Because I haven't looked at that

Electronically signed by Joel Moyer (501-161-376-4513)                    afd8f269-a39f-4cfb-8a4a-311654b778bf

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

33 (Pages 111 to 114)

111

1    data, and so I don't know what the data would
2    show. And this is obviously a projection, but
3    I have no idea.
4        Q    Okay. And do you know who Jim
5    Galloway is?
6        A    I know he's a reporter with the
7    Atlanta Journal-Constitution.
8        Q    Do you have any recollection as to
9    whether this statement is true that the Great
10   Recession crash after 2007 probably slowed down
11   migration into the county, Henry County,
12   between 2008 and 2012?
13       A    I don't know.
14       Q    Would you consider your seat
15   competitive?
16       A    In what way?
17       Q    Between a Republican and Democratic
18   representatives -- or candidates for election
19   to the House of Representatives?
20       A    Well, based on the data, if this
21   data is correct, which as far as -- what I mean
22   by that is, if you look at the national race,
23   races, or the statewide races versus how I
24   performed, then apparently people are voting
25   for a Democrat nationally but a Republican

112

1    locally.
2        So I guess you could call that
3    competitive, but I think they're all
4    competitive in some ways.
5        Q    Have you ever run an unopposed race
6    for a representative?
7        A    No. I take that back. I never was
8    opposed in a primary, but I was always opposed
9    in the general.
10       Q    But there -- it is -- is it correct
11   that -- well, strike that.
12       What was the percentage of -- by
13   what percentages, if you recall, did you win
14   election in the three elections you --
15       A    The best I can recall, I've always
16   gotten around 53 percent to 54 percent of the
17   vote.
18       Q    Do you have an understanding as to
19   what makes your district -- as to why you have
20   prevailed -- or why your opponent in each
21   election has gathered, I take it, between 46,
22   47 percent of the vote?
23       A    Uh-huh (affirmative). Do I know
24   why?
25       Q    Yes. In other words, why -- do you

113

1    have any understanding as to why you don't win
2    70 percent of the vote as opposed to --
3        A    70 percent of the people didn't vote
4    for me.
5        Q    But do you have any understanding
6    why that is?
7        A    No.
8        Q    Why that was?
9        A    (Shakes head negatively.)
10       Q    You don't know why people didn't --
11   do you have any understanding as to why people
12   didn't vote for you in your election races?
13       A    No. I mean, I think that the
14   challenge that I have had is, because the
15   Democrat party has done well in other races, I
16   think there was an assumption they would do
17   well in the House race there too or in other
18   races there.
19       And when I have ran, I've
20   consistently had outside influence, in
21   particular from Washington DC and from the
22   state of Georgia, outside of Henry County come
23   in and work against me and try to talk about
24   things such as this, such as race.
25       And I've always risen above that and

114

1    haven't gotten into that and taken the bait.
2    And I've stayed very positive, and I've been
3    able to get people, no matter who they are, to
4    vote for me and not care about these racial
5    issues.
6        Q    Have you had, you mentioned -- are
7    you referring, when you say people from out of
8    your district coming in, are you referring in
9    that last sentence to Democratic people,
10   representatives or senators?
11       A    No. Actually, the local Democrats,
12   a lot of them have supported me. It's liberal
13   groups. And I know liberal is a tough word to
14   define, but it's groups that want to make
15   issues about race, such as this lawsuit. I
16   think this is the purpose of this suit in my
17   opinion too, to try to create issues that
18   aren't there, scare people into voting a
19   certain way.
20       Q    You don't believe Republicans try to
21   scare people into voting a certain way?
22       A    Certainly. Both parties do it.
23       Q    Are you familiar with which
24   districts surround House District 111?
25       A    I get the numbers mixed up, but I

Electronically signed by Joel Moyer (501-161-376-4513)                    afd8f269-a39f-4cfb-8a4a-31f654b778bf

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

34 (Pages 115 to 118)

115

1    know there was a reference I just -- you just
2    mentioned to me. Here, District 73, John
3    Yates, is now held by Karen Mathiak. In
4    District 109 is -- sits to my, well, it sits
5    I'll say to the 111 to the north and the east
6    of 111.
7            110 sits to the east and south of
8    111. 73 sits kind of to the west of 111. And
9    there's one more district that sits to the
10   south of 111. I don't remember the number,
11   though.
12       Q    Let me just run some numbers by you.
13       A    Okay.
14       Q    And then I will show you a map --
15       A    Okay. That would help, yeah.
16       Q    -- just to make sure we're on the
17   same page. But is it your understanding that
18   House Districts 73, 78, 109, 110, and 130
19   border District 111?
20       A    That sounds right. There's more,
21   though, than just those.
22       Q    Let's look. I believe --
23       A    I think 73 is Demetrius Douglas; 78
24   is Pam Stephenson, if my numbers are right.
25           That's Gwinnett.

116

1        Q    Sorry. These are somewhat awkward
2    to work with.
3        A    There you go.
4            (Whereupon a document was identified
5            as Plaintiff's Exhibit 6.)
6        Q    My understanding though, it does
7    appear on this -- oh, yes, it does. I'm
8    showing you a very large blowup of Exhibit 6,
9    previously marked as Exhibit 6, which I
10   believe -- which is headed Henry County House
11   districts as passed 2015. Do you see that?
12       A    Yes.
13       Q    And is this a map of the House
14   Districts for Henry County as passed in 2015?
15       A    I believe it is. I don't see that
16   it looks incorrect, so I'm assuming it is.
17       Q    And so your House District is?
18       A    In the purple.
19       Q    In the purple. I know that we ran
20   through a list of numbers, but can you just
21   confirm that what we just discussed was correct
22   as to the House Districts that border 111?
23       A    78 borders, 109 borders, 110
24   borders, 130 borders, and 73 borders.
25       Q    Okay. And you'd mentioned 78; is

117

1    that correct?
2        A    I did. That's Demetrius Douglas.
3        Q    Okay. We blew that up because an
4    8-and-a-half-by-11 version, at least for me, is
5    totally unreadable, so.
6        A    Uh-huh (affirmative).
7        Q    Okay. We'll be looking at this a
8    little more later.
9        A    Okay.
10       Q    But I just wanted to make sure that
11   we were on board with each other in terms of
12   our understanding.
13           And then --
14       A    There's Gwinnett.
15           (Whereupon a document was identified as
16   Plaintiff's Exhibit 5.)
17       Q    Okay. I'm going to show you another
18   map which has been previously marked as
19   Exhibit 5.
20       A    Okay.
21       Q    This is, again, a blowup of a map of
22   Henry house county -- excuse me, Henry County
23   House districts. This is, however, of 2012, as
24   of 2012.
25       A    Okay.

118

1        Q    Is this -- does this -- is it
2    correct that this is a map of the districts as
3    they existed as of 2012?
4        A    I don't know, but what I see for
5    111, based on memory, appears to be correct.
6    So if that's what this has been previously
7    established as, I wouldn't doubt it.
8        Q    You recall that we discussed which
9    districts bordered House District 111 as of
10   2015, correct, just a minute ago?
11       A    Yes.
12       Q    And we agreed, I believe, that House
13   Districts 73, 78, 109, 110, and 130 bordered
14   House District 111 as of 2015; is that correct?
15       A    And 110 as well.
16       Q    And 110. Did I miss that? Sorry.
17       A    Uh-huh (affirmative).
18       Q    And then on this map, does it show
19   that an additional district borders House
20   District 111 as of 2012? District 90, 090?
21       A    And 76.
22       Q    76 also borders it?
23       A    Yes.
24       Q    That is different from what happened
25   in -- or what appeared in 2015 after the

Electronically signed by Joel Moyer (501-161-376-4513)                    afd8f269-a39f-4cfb-8a4a-31f654b778bf

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

35 (Pages 119 to 122)

---

119

1  redistricting went into effect; is that
2  correct?
3      A    Correct.
4      Q    Okay.  All right.  We will be
5  looking at this later to some extent, but I
6  just wanted to make sure the geography was
7  agreed upon.
8          Okay.  It's correct -- is it correct
9  that you ran against a Democratic candidate
10  named Bill Blackman in 2012?
11      A    Yes.
12      Q    What were the most important issues
13  in that, in that campaign?  Or put another way,
14  what were the main differences between you and
15  Mr. Blackman in that campaign?
16      A    I think I outworked him.  I don't
17  think he worked hard enough.  I don't think --
18  what I mean by that is I knocked on doors.  I
19  was an unknown candidate at that time.  I had
20  no record to run on.  I was a young guy too.
21          And I knocked on every door I could,
22  and I don't think he did that.
23      Q    Were there political or
24  philosophical differences between you and
25  Mr. Blackman?

---

120

1      A    We never had any debate.  I never --
2  I met him one time.  And actually, I introduced
3  him.  He came -- I was president of my Kiwanis
4  club, and he came to speak, and they had
5  invited both of us.  And instead of me
6  speaking, I just gave an introduction to him
7  and gave him the floor.
8          I don't recall there being a big
9  difference between what we were running on,
10  though, honestly.
11      Q    Were there -- what issues did you
12  emphasize in your campaign as to why people
13  should vote for you?
14      A    That I would go to Atlanta and I
15  would work hard to be a voice for the south
16  metro, the metro region that's been overlooked
17  for years in so many different ways at the
18  state level.
19          And that was the overall premise of
20  my campaign is, who do you want to send to
21  Atlanta, me or the other guy?
22      Q    And what points did you make as to
23  why you should be sent as opposed to
24  Mr. Blackman?
25      A    I didn't talk about him.  I talked

---

121

1  about myself.  I had nothing against
2  Mr. Blackman.  Still don't.  He ran again for
3  something couple of years ago, and I spent some
4  time with him waving signs on the side of the
5  road.  Nice guy.
6          I'm not saying -- I never talked
7  about him at all.  I'm not saying he wouldn't
8  do a good job too.
9      Q    Did you have an understanding --
10  strike that,
11          I believe you said, but correct me
12  if I'm wrong, that -- well, is it correct that
13  you won around 53 percent of the vote --
14      A    That sounds right.
15      Q    -- in 2012?
16      A    That sounds right.
17      Q    Did you expect to win -- was that
18  margin of -- for your election bigger than you
19  expected, smaller than you expected, about what
20  you expected?
21      A    I don't know.  I do remember,
22  though, the only thing we had to look at in
23  2012 would be how Governor Deal performed
24  against Roy Barnes, the governor's race in
25  2010.

---

122

1          And I know that I -- I recall
2  looking at different precincts.  And I had
3  split precincts with, with district at all
4  times with both maps we had.  So it wasn't a
5  perfect model to look at because you would look
6  at a precinct as a whole versus a split.
7          But if you just looked at precincts
8  as a whole, I remember Governor Deal getting
9  around 55 percent in Henry County, I believe,
10  with those -- maybe, well, not Henry County,
11  but in those districts -- in those precincts.
12          And so I expected that if you look
13  at the Republican-Democrat breakdown, because I
14  remember that being a very partisan race, that
15  if you just took any Republican and any
16  Democrat, you might could argue the Republican
17  would get around 55 percent if everybody that
18  voted Republican then voted again Republican.
19          So I thought that that told me that
20  if I had got the same votes that Deal got, I
21  would get around that amount.  But I had no
22  idea what to expect because people tend to vote
23  for the candidate over the party a lot times,
24  especially in races like this.
25      Q    When you say, "races like this,"

---

Donovan Reporting, PC                                    770.499.7499

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

36 (Pages 123 to 126)

123

1    what do you mean?
2        A    A race that's not a macro race where
3    all they see is the ads on TV, where they know
4    the people and the people are going to their
5    doorsteps.
6        Q    Is it also correct that local races
7    may focus more on local issues than statewide
8    or countrywide races in your view?
9        A    Yes and no.  You're still -- you
10   have to address national issues because people
11   ask those questions.
12       Q    After the 2012 election, did you
13   believe that redrawing your -- the lines, your
14   district lines, would improve your chances of
15   winning the next election?
16       A    No.
17       Q    Did you speak to anyone between 2012
18   and 2014 about the possibility of changing --
19   of redrawing House District 111?
20       A    Yes.
21       Q    Who did you speak to in that regard?
22       A    I don't remember.  This is what I
23   recall, though.  At some point, I'm assuming in
24   2014 if the legislation was in '15, the issue
25   was brought up in the House.  What I mean by

124

1    that is someone in the House of Representatives
2    said that we're going to have a bill that's
3    going to be dealing with midterm, if you will,
4    changes to the maps.
5        What I mean by "midterm" is my
6    understanding I had is, is the maps maybe
7    visited after a census is put out, but that
8    there -- it was traditional to also -- this is
9    what I remember hearing.  Again, I'm not sure
10   who told me.
11       But it was also traditional to have
12   another look at revisiting or revising maps in
13   small ways in a midterm, if you will, in a '15
14   year.
15       And I remember that being something
16   that both parties expressed interest in, which
17   is what we saw in '15 where both parties,
18   Republicans, Democrats, got together and did
19   tweaks to a map.  Tweaks is the word I'm using
20   because it was small changes.
21       So I remember that coming up in '14,
22   and so I knew I'd have an opportunity to look
23   at changes in 111 at that point.
24       Q    Was the person who spoke about
25   redistricting, I believe you -- I believe you

125

1    said in 2014?
2        A    I'm assuming it was then.
3        Q    Was that Representative Nix?
4        A    No.  I don't recall -- I don't -- I
5    don't know if he was chairman of that
6    committee.  I guess he probably was chairman of
7    that committee in '14, but I don't recall.  I
8    really don't remember if it was him or not.
9        Q    Did you speak with Representative
10   Nix about the possibility of changing your
11   district between 2012 and 2015?
12       A    I don't remember a direct
13   conversation with him, but it was an open
14   conversation amongst all of the legislators and
15   from both parties, so I may have discussed it
16   with him along the way.
17       I'm assuming I had to at least say
18   something to him if he carrying the bill.  If
19   he carried the bill, which I think he may have,
20   he was chair of that committee, then I probably
21   would have had to have spoken with him at some
22   point, but maybe not.  Maybe, maybe he took a
23   map that was already drawn.  I don't know.
24       Q    But you don't recall any specific
25   conversations with him?

126

1        A    I don't remember any direct
2    conversations with him, no.
3        Q    Do you recall any conversations with
4    anyone else between 2012 -- or from after the
5    2012 election about redrawing the lines of your
6    district?
7        A    I recall meeting with Ms. Gina
8    Wright in the Reapportionment Office and
9    looking at maps such as that and also looking
10   at how other Republicans performed in my
11   district.
12       I don't remember ever seeing some of
13   that numbers -- those numbers before, but I
14   remember also seeing how, not just the governor
15   or the president, presidential candidates,
16   would fair, but also looking at how Senate,
17   Senate candidates, say at the state level as
18   well, the national level, statewide race,
19   fared in the district as well.
20       Q    So meeting with Ms. Wright, she's in
21   the Reapportionment Office; is that correct?
22       A    That's correct.
23       Q    Did you reach out to her or to the
24   Reapportionment Office to discuss the issue of
25   redistricting?

Donovan Reporting, PC                                                        770.499.7499

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

37 (Pages 127 to 130)

127

1      A    I don't remember who talked first.
2   I'm telling you, it was a general, known, open
3   discussion in the House.  There was nothing
4   private about any of it.  It was both parties
5   were looking at maps in general.
6          So my understanding was, if you
7   wanted to look at any changes in your district,
8   then you would go visit with her, no matter who
9   you are.
10     Q    And you did that; is that correct?
11     A    I did.
12     Q    And when you visited with her, and
13  we'll go into that meeting in a little more
14  detail later, but do you recall, were you the
15  only one present at that meeting?  Or strike
16  that.
17         Was District 111 the only subject of
18  that particular meeting?
19     A    No.  Well --
20     Q    Well, let me strike that.
21     A    Yeah.
22     Q    Were you the only person who met
23  with Ms. Wright during that meeting?
24     A    If I had any one-on-one meetings
25  with her, I don't remember that.  But I do

128

1   remember, and I'll tell you why in a minute, I
2   guess I could say this now, John Yates was -- I
3   remember him being present for one of the
4   meetings because he fell asleep during the
5   meeting.
6          And he's an older gentleman who just
7   passed away a month ago, served in District 73,
8   I think it was.  And so I remember there were
9   other representatives present because I
10  remember laughing at him falling asleep.
11     Q    There were other representatives in
12  your meeting with Ms. Wright?
13     A    I remember him, so I'm assuming,
14  yes.
15     Q    And did you just have one meeting
16  with Ms. Wright in terms of the -- when you
17  were talking about redistricting?
18     A    I don't remember.  I would assume
19  it's more than one because I would -- I
20  remember in particular Representative Rutledge
21  wanting to have a particular part of McDonough
22  for personal reasons.  And I remember us
23  discussing that more than once with her and
24  looking at some of the streets in downtown
25  McDonough.

129

1      Q    Do you remember the reason why, what
2   personal reason she had?
3      A    It wasn't her.  It was
4   Representative Rutledge.
5      Q    I'm sorry.  Excuse me.
6      A    He was looking at moving into
7   downtown McDonough, and I was also looking at
8   moving into downtown McDonough.  And he had
9   already picked out a street he wanted to live
10  on.
11         And my -- my view of, of any
12  revisions to 111, then -- they need to make
13  more sense than having a line that goes all the
14  way north into a little bit of Stockbridge, a
15  line that goes into Hampton for a touch, a line
16  that goes into McDonough, and a line that goes
17  into Locust Grove.
18         Our county has four cities in Henry
19  County, and every city is unique in different
20  ways.  But it didn't seem right that every city
21  had to go to different representatives.  And no
22  one really seemed to have particular regions as
23  a whole, and 111 was all over the place.
24         And so I remember discussing with
25  him and with Ms. Wright the idea of having all

130

1   of McDonough in 111 and not having these other
2   two districts come into it.  And that sparked a
3   conversation with him about wanting to move
4   into downtown McDonough at some point.
5          And I had similar interests and --
6   but I had not had any idea where I wanted to
7   move or if I was going to move.  I had just
8   gotten married.  That's why I was thinking
9   about it.  And -- but he already had a street
10  picked out, and it turns out he just recently
11  moved there.
12     Q    Do you recall what district was
13  redistricted in part, not your district, but
14  another district that was redistricted, in
15  order to accommodate a farm that the district
16  representative had purchased --
17     A    There was an email --
18     Q    -- as a residence?
19     A    -- that referenced a district, and
20  it talked about switching small swap of land in
21  Hall County.  That may be what you're talking
22  about.  I don't remember what that was, but
23  I -- the fact it's a small part of land.  I
24  remember some discussion about a farm, so
25  that -- maybe that's the one you're talking

Electronically signed by Joel Moyer (501-161-376-4513)                              afd8f269-a39f-4cfb-8a4a-31f654b778bf

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

38 (Pages 131 to 134)

131

1    about.
2        Q    When you discussed redistricting
3    issues with Ms. Wright and, as I think you
4    said, you were not certain whether you met with
5    her more than once, you thought you did --
6        A    I thought probably did. I probably
7    did.
8        Q    -- did you take notes of those
9    discussions?
10       A    No, not that I recall.
11       Q    Do you recall if there was any other
12   documentation of the discussions other than
13   notes?
14       A    No, not that I recall.
15       Q    Were there maps handed out at those
16   meetings?
17       A    I don't believe so.
18       Q    And was there any PowerPoint used
19   during those meetings?
20       A    No, but I do remember looking at
21   numbers on a computer. So you say PowerPoint.
22   I don't know if, if that was a Power -- I don't
23   think it was a PowerPoint. It wasn't anything
24   prepared.
25       Q    But nothing was handed out --

132

1        A    No.
2        Q    -- in that regard?
3        A    Not that I recall.
4        Q    If you, to use a Dr. Seuss
5    comparison, ran the zoo, that is, had the
6    control of the redistricting that was being
7    done, how would you have drawn -- redrawn your
8    district's boundaries in the 2014 period?
9        A    111?
10       Q    Yes. I'm sorry. What change -- in
11   other words, what changes would you have wanted
12   to make?
13       A    I probably would have given 111 all
14   of the city of McDonough. One thing I didn't
15   like about the '15 legislation was that in
16   doing that, though, 111 came out of the city of
17   Hampton.
18           While my argument made sense still
19   that it shouldn't be touching little parts of
20   every city, I had personal -- just I grew up in
21   the Hampton area, and so I had personal
22   relationships with all those councilmembers.
23   And to this day, they still give me grief about
24   the fact that I was no longer their
25   representative.

133

1            And that's, locally, you get that
2    from the cities, and they -- they care who
3    their representative is which, again, creates
4    the issue when you have three people -- folks
5    to deal with.
6            And I remember, I wished there was
7    in a scenario where 111 could have all of
8    McDonough and all of Hampton from a personal
9    level. But it -- that would not be what I
10   would have done if I was just in charge because
11   that would be just for me because you have
12   District -- is it 73 that's below in Spalding
13   County?
14       Q    I believe so.
15       A    Whatever that district is that goes
16   north that John Yates had, it made more sense,
17   as we did in the redistricting, to give more
18   interest in Henry County to that seat because
19   that seat has had a little bit of Hampton.
20           And even as of last year, I would
21   still be considered the representative for
22   Hampton because they had someone from a
23   different county representing them. And so it
24   made more sense to give more of that district
25   to Spalding, the Spalding County person have

134

1    all of Hampton, if you will.
2        Q    Other than wanting to have all of
3    McDonough in 111 -- is that correct?
4        A    Yes. That's my personal -- that was
5    my personal preference.
6        Q    Right.
7        A    If I get to choose.
8        Q    Were there -- sorry. Were there any
9    other change that you would have liked to have
10   seen made?
11       A    No, not that I can think of.
12       Q    And I recall, I believe you stated
13   that you had not met with Representative Nix.
14   At least, you don't recall --
15       A    I don't recall ever meeting with
16   him. If he says we did, maybe we did. I don't
17   remember that at all though.
18       Q    Did you -- do you recall that --
19   hearing that Mr. Nix, or Representative Nix,
20   had decided that any changes that would be made
21   or the people wanted to make between 2012 --
22   after 2012 would be made in 2015 but not in
23   2013 or 2014?
24       A    No, I don't recall that.
25       Q    Do you recall wanting to change your

Electronically signed by Joel Moyer (501-161-376-4513)                          afd8f269-a39f-4cfb-8a4a-311654b778bf

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

39 (Pages 135 to 138)

135

1 district or redraw the lines of your district
2 prior to 2015?
3     A   No.  And I'll be honest with you.  I
4 never -- I never wanted to redraw any lines,
5 but I was told that the issue would be visited
6 in the midterm and everybody would have a
7 chance to look at maps.
8         The only rule I was given is you
9 need to have the consent of other districts if
10 you have proposed changes to yours.  And so
11 everyone need to agree on it, and that would be
12 why Mr. Yates, for example, was in a meeting
13 with me.  I don't know if he ever had any
14 interest, but it affected him.
15        And the other thing that was
16 important, I don't know if it was ever stated,
17 but it was obviously how it worked too, is this
18 was -- because it's a midterm, both parties
19 consented to it.  It was completely
20 bipartisan, and both parties got to make
21 tweaks.
22        And you mentioned a vote in the
23 Senate.  My recollection of that is there was
24 some dispute about whether two representatives
25 actually agreed to what was done after they'd

136

1 already voted on it.  And they had a fight in
2 the Senate of whether or not they had agreed to
3 a swap, use that word swap, I want to say in
4 Fulton County, and that was the fight in the
5 Senate.
6         There was never any dispute -- or it
7 was completely bipartisan.  Every other person
8 on that map you see supported what we did.
9     Q   Turn for one minute to the Speaker's
10 office, Speaker of the House of
11 Representatives.  Do you recall any involvement
12 of the Speaker's office in terms of what
13 changes should be made to the counties or the
14 districts?
15    A   I think that was actually where that
16 instruction may have came -- come from.  And if
17 there's going to be any changes, you need to
18 make sure everyone agrees.  I -- and I may be
19 wrong, but I believe that's where that would
20 have come from.  I don't remember any other
21 instructions in the Speaker's office.
22    Q   Did you ever speak with Spiro --
23 well, strike that.
24        Do you know who Spiro Amburn is?
25    A   Yes.

137

1     Q   Who is he?
2     A   He's the chief of staff for the
3 Speaker of the House.
4     Q   Did you ever speak to Mr. Amburn
5 about redistricting?
6     A   I don't remember, but he is the
7 spokesperson for the Speaker dealing with us as
8 representatives, so I probably at some point
9 discussed the issue with him.  That may be
10 where that instruction came of getting consent
11 if there was any changes.  But that may have
12 also been him speaking to all of us as a whole.
13 I don't know.
14    Q   Did you ever speak to the Speaker
15 himself about this?
16    A   I don't recall doing that.
17    Q   Okay.  Did you ever inquire as to
18 the reasoning behind the decision to make any
19 changes to the district maps in 2015 rather
20 than in 2013 or '14?
21    A   The reason I understood is that's
22 how it works, is that you -- every ten years
23 there's an overhaul, if you will, and the maps
24 are completely redrawn base on census.  And
25 every five years there are these tweaks where

138

1 you can make small changes to correct basically
2 issues from the last census.
3     Q   And where did that -- where did that
4 understanding with regard to the redrawing
5 every five years after the --
6     A   Yeah.
7     Q   -- redrawing as a result of the
8 census occur?
9     A   It was general knowledge of being in
10 the House.  Who said it, I don't know.  But it
11 was something everyone understood.
12    Q   Did you have any meetings about that
13 in particular, that decision in particular?
14    A   Not that I recall.
15    Q   So the 2012 election map, was it
16 your understanding that that 2012 election map
17 was drawn as a result of the 2010 census?
18    A   That's my understanding.  I was not
19 there, but that's my understanding.
20    Q   Is it your understanding that the
21 2012 redrawing of districts was precleared by
22 the Justice Department?
23    A   I don't know.
24    Q   You weren't in the House at that
25 time; correct?

Donovan Reporting, PC                                         770.499.7499

R. Brian Strickland        Georgia State Conference of the NAACP, et al vs Kemp        January 26, 2018

139

1    A    Yeah. I'm not sure how that works.
2    Q    Was it your understanding, generally
3  speaking, that prior to 2012 or as of 2012 any
4  changes in the voting maps for the state of
5  Georgia had to be precleared by the Department
6  of Justice of the United States?
7    A    I don't know. I'm not -- I mean,
8  I'm a lawyer, but I don't know that much about
9  federal law.
10    Q    Are you aware that at some point
11  after 2012 that no longer seemed to be the --
12  that no longer was the case, that is, that
13  redistricting maps or voting maps could be done
14  or prepared without the consent or -- excuse
15  me, the clearance of the Justice Department?
16    A    I don't know.
17    Q    Have you ever had any conversations
18  about the issue of preclearance by the Justice
19  Department?
20    A    Not that I recall, huh-uh.
21    Q    I'm sorry, Senator. When did you
22  first become a member of the House of
23  Representatives, if you could you refresh my
24  recollection?
25    A    I started in January of 2013.

140

1    Q    You're aware -- well, strike that.
2        Looking at the -- taking the 2012
3  map, that map of the districts, and in
4  particular 2000 -- your district, 2011 --
5  strike that. 1, 1 --
6    A    111.
7    Q    111. Sorry. Did you have any
8  point -- at any point, did you have any concern
9  that the 2012 map of House District 111
10  violated any federal or state law?
11    A    No.
12    Q    Did you have any concern at any
13  point that the 2012 map of House District 111
14  contained any technical mistakes or errors in
15  terms of the description of your district?
16    A    The only concern I had about 111 was
17  it honestly didn't make a lot of sense how the
18  district was shaped. And what I -- not the
19  shape in itself, but the communities it was
20  picking up.
21        And so I don't think that's a
22  technical, legal -- I'm not sure of the law on
23  it, but it -- it didn't make a lot of sense in
24  my opinion to have a representative have one
25  little portion of each city.

141

1    Q    And is that what you understood the
2  map of 2012 did?
3    A    Yes, and that's just my personal
4  opinion.
5    Q    At any point, did you have any
6  concern that the 2012 map of District 111 was
7  unfair to any racial or ethnic minority group?
8    A    No, I didn't think it was unfair.
9    Q    Did you have any concern that the
10  2012 map of House District 111 unduly split
11  voting precincts or counties?
12    A    Not precincts or counties, but
13  potentially you could argue that the
14  communities, as I've said, were kind of unduly
15  split.
16    Q    When you say "communities," are
17  those communities -- were those split
18  communities that you were referencing?
19    A    Uh-huh (affirmative).
20    Q    Did they also, the fact that they
21  were split communities, did they also split at
22  least in some cases precincts?
23    A    Yes.
24    Q    Did you have any view as to whether
25  or not it was better or worse to split

142

1  precincts?
2    A    I don't think it matters on -- I
3  think what's more important is the community
4  itself. So sometimes that means a precinct may
5  be split with a district. I think, I think my
6  Senate district may have some split -- I don't
7  know if it does or not.
8        But I don't -- I think it's more
9  about the communities. When I say
10  "communities," I'm really referring to the four
11  cities of Henry County too.
12    Q    And perhaps your comments may bear
13  on this question, but did you at any point have
14  any concern that the 2012 map of your
15  District 111 didn't sufficiently keep together
16  communities of interest?
17    A    Yes.
18    Q    And could you expand on that a bit?
19    A    Yeah. This, again, goes back to the
20  cities. If you look at that map, you'll see in
21  particular the northern part that cuts up. And
22  you only can know this if you're from the area
23  or if you knock on doors. The interests are
24  different city by city. A lot of what we do at
25  the state level is dealing with local charters.

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

41 (Pages 143 to 146)

143

1      And one area in particular that you
2  look at that map, the Eagle's Landing community
3  was split. And while they have -- a lot of
4  them have Stockbridge addresses, they were into
5  District 109 instead of 111. You know, 111
6  went up into Stockbridge, and so there was a
7  big split especially in that area.
8      And you could also argue Hampton, as
9  I said earlier, was split because you had a
10  representative from another county that had a
11  little part of Hampton and then 111 had a big
12  part of Hampton as well.
13      And then McDonough, the square area
14  had three different representatives
15  representing the heart of the city.
16      MR. PHILLIPS: Can we go off the
17  record for a moment?
18      MR. KHOURY: Yes.
19      THE VIDEOGRAPHER: Going off the
20  video record at 12:08 p.m.
21      (Proceedings in recess, 12:08 p.m. to
22      12:44 p.m.)
23      THE VIDEOGRAPHER: We're back on the
24  video record at 12:44 p.m.
25      Q  Good afternoon, Senator Strickland.

144

1      A  Good afternoon.
2      THE VIDEOGRAPHER: Sir, can you put
3  your microphone on? Thank you.
4      Q  Senator Strickland, between 2000 --
5  from 2012 until people started talking about
6  redistricting, at least when people started
7  talking about redistricting in 2014 -- well,
8  strike that.
9      Do you ever recall the Republican
10  leadership in Georgia ever saying that the
11  Georgia House needed to be redistricted after
12  2012?
13      A  No.
14      Q  Do you ever recall United States
15  Senator David Perdue ever saying that?
16      A  No.
17      Q  How about United States Senator
18  Johnny Isakson?
19      A  No.
20      Q  Do you recall any United States
21  representative for Georgia ever saying the
22  Georgia State House needed to be redistricted?
23      A  No.
24      Q  And just I'll read the list of
25  the -- well, and are you aware of who the

145

1  Republican House members are for the -- United
2  States House of Representatives are?
3      A  If you said their names, I'll
4  recognize them.
5      Q  I'll do that. And if -- I'll go
6  fairly slowly, so if you can remember or if you
7  can say whether or not you ever heard that
8  they --
9      A  I also can make it easier and say I
10  never heard anyone, including any of the
11  congressman, ever say that Georgia needed to be
12  redistricted.
13      Q  Okay. That does cut it down. But
14  you don't need to have a list of names read --
15      A  I've never heard any --
16      Q  -- to reach that conclusion?
17      A  I never heard anyone say that.
18      Q  Do you recall ever meeting with any
19  United States House representative about
20  redistricting either your district or the State
21  House in general?
22      A  No.
23      Q  How about Governor Deal, do you
24  recall anything he said about the need for
25  redistricting?

146

1      A  No. I don't recall him ever being
2  involved at all in the bill, not that I recall.
3      Q  How about Speaker David Ralston, did
4  you -- did he ever say, to your recollection,
5  that the House needed to be redistricted?
6      A  I never heard anyone say the House
7  needed to be redistricted.
8      Q  Or should be redistricted?
9      A  Or should be.
10      Q  So just to finish the list, Speaker
11  Pro Tem Jan Jones?
12      A  No one ever said it.
13      Q  Do you recall any Democrat, either
14  federal, senator or --
15      A  I recall no Democrat, Republican,
16  Independent, Green Party, anyone ever saying
17  it, period.
18      Q  Okay. That's great because we can
19  eliminate a lot.
20      A  There you go. I figured you're
21  going to go through. I don't remember anyone
22  ever saying that, at any point in my time
23  listening, that Georgia should be redistricted,
24  redistricted.
25      Q  Or that revisions should be made to

Electronically signed by Joel Moyer (501-161-376-4513)                    afd8f269-a39f-4cfb-8a4a-31f654b778bf

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

42 (Pages 147 to 150)

147

1   the redistrict -- the districts?
2        A    That should be made?
3        Q    Yes, or need to be made.
4        A    No. What I recall, as I said
5   earlier, is that there were statements made,
6   and who said it, I don't know, but amongst
7   Democrats and Republicans that we had the
8   ability to make revisions.
9            And so whether or not that was said
10  as a need, I don't know. But it was
11  basically -- my understanding was in House
12  District 111 at the time that there was an
13  opportunity and it was going to be done, and so
14  that was why I engaged.
15       Q    Do you recall what was said, if
16  anything, about why the redistricting was going
17  to be done in 2015?
18       A    No, but -- well, that's not true. I
19  do remember some reasons, one being, as you
20  alluded to, there was some issue about land and
21  whether or not someone lived in a particular
22  spot.
23           I remember there being a debate
24  amongst some Democrats about some land in
25  Fulton County, I think it was. I was looking

148

1   to see if I saw any notes on that. But there
2   was dispute amongst two Democrats about a
3   certain area.
4            There was also a willingness, I
5   think, on both sides to get more Republicans
6   or Democrats in certain districts. And there
7   obviously was a political side of this too.
8   And whether or not that was actually achieved,
9   I don't know, but there was also that desire
10  as well.
11       Q    Anything else that you can recall?
12       A    Not that I recall.
13       Q    Do you recall representative -- I
14  think you mentioned, or let me just -- strike
15  that.
16           Do you recall an announcement made
17  by Representative Nix that the Georgia House
18  would consider redistricting during the 2015
19  session?
20       A    I don't recall that. But, again,
21  it was communicated to me sometime maybe
22  during that session or before -- I think I
23  said earlier it could have been '14. It may
24  not have been until '15.
25           But at some point before the bill

149

1   came, it was communicated to me, and I believe
2   it was at the House as a whole, I'm not sure
3   who all it was, but it was communicated to
4   everyone at some point that there would be
5   these -- and I'm using the word midterm. I
6   know that's not the correct terminology -- but
7   the midterm in '15 between the '10 and '20
8   census revisions made to the maps.
9        Q    And when you were told that by
10  whoever you were told by for the first time,
11  did that person or persons tell you why that
12  decision had been made by the House or the
13  House leadership?
14       A    No. My recollection is -- was it's
15  just how it works, for what it's worth. Part
16  of the process.
17       Q    Do you recall being told that
18  during the process before HB 566 or during the
19  planning for HB 566 that no changes in
20  districts would be made unless all of the
21  affected members were in agreement?
22       A    Yeah. I don't know who said that,
23  but someone did say that, which is why I met
24  with other representatives that were affected
25  by any changes.

150

1        Q    What did you understand what that
2   requirement meant?
3        A    I think, and this is my
4   interpretation, you're not going to make any
5   changes that are drastic or that are going to
6   really change the intent from 2010. And the
7   one way of keeping things minor that wouldn't
8   drastically change anything is to make sure
9   everybody consents to it.
10           And it was also a way of saying
11  that if we're going to make any changes -- I
12  wasn't there in 2010, but I understand every
13  ten years is a big battle amongst the two
14  parties when it comes to drawing maps,
15  obviously.
16           For years, Democrats controlled it.
17  Republicans got control of it for the first
18  time I think in '10.
19           But I remember it also -- the
20  interpretation I had was we're not having a
21  political fight. Anything we do is going to
22  be nonpartisan. It's going to be consented to
23  by everyone. And the way to get there was to
24  make sure anyone that --
25           AUTOMATED MESSAGE: Enter star

Donovan Reporting, PC                                          770.499.7499

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

43  (Pages 151 to 154)

151

1    one --
2       A    -- anyone that had any changes that
3    were coming would have to consent to that, and
4    both parties had to consent to it.
5          Because I remember there were
6    other, other representatives you have not --
7    not mentioned in this, but to Demetrius
8    Douglas, Pam Stephenson, Sandra Scott all have
9    portions of Henry that are Democrats.  And I
10   believe they were also in some of these
11   communications too and conversations about
12   changes in the county as a whole.
13         And so it was one of those deals
14   where it's not just your neighbors' districts
15   that touched you that had to consent that were
16   being changed, but it was almost like a county
17   consent thing too.
18      Q    Were any of the counties that
19   bordered -- excuse me.  Were any of the
20   districts that border House District 111
21   represented by Democrats?
22      A    Yes.
23      Q    Which one was that?  Which one or
24   ones was that?
25      A    I don't remember all the numbers,

152

1    but Demetrius Douglas has a big chunk of
2    Clayton County and northwest Henry County that
3    borders and still borders 111, I believe.  It
4    does still border 111.
5          And Pam Stephenson had, I think, I
6    don't think does anymore, had the northern
7    precinct of Stagecoach in 111, the precinct
8    that made no sense, as I've said earlier, the
9    one at the very top of the district.  That was
10   bordered by Pam Stephenson and Sandra Scott,
11   another Democrat.
12         I believe with the '15 changes, I
13   think that 111 only -- only Democrat that
14   bordered 111 would be Demetrius Douglas.
15   Those two were taken away as we saw on those
16   maps.
17      Q    And we've already -- other --
18   strike that.
19         You may already have answered this
20   question, but do you recall any discussions
21   with Representative Nix, either in a group
22   setting or one to one, where there was a
23   discussion about the redistricting of 111?
24      A    I just don't remember ever having a
25   conversation with Representative Nix about

153

1    this.  But I'm assuming I would have had to
2    have at some point.  Maybe it wasn't one on
3    one.  Maybe it was in a group setting about
4    the overall process, since he was the author.
5    But I don't remember any of that.
6          My -- any communication I had would
7    have been with the, with the other people in
8    the surrounding area, the representatives, and
9    Ms. Wright.
10      Q    Were there any meetings with the --
11   when you say any discussions you might have
12   had would be within -- would be with the
13   representative of the areas surrounding 111;
14   is that correct?
15      A    Yes, I believe so.  I don't think I
16   would have -- because of the fact we try to
17   make it non -- again, noncontroversial, if you
18   will, everyone had to agree.
19      Q    Were -- did you have a group
20   meeting with all of the representatives or
21   multiple representatives of those districts?
22      A    I don't remember, but I'll go back
23   to what helps my memory is John Yates falling
24   asleep, so the fact that I was in a meeting
25   with John Yates.  And I remember where he was

154

1    because it is so funny.  It was with Gina.
2    John Yates was present.
3          Whether or not any other
4    representatives were present, I do not
5    remember.  But that tells me I probably did
6    have a group meeting with those that were
7    affected.  Whether that was done individually
8    or as one group, I don't remember.
9       Q    And other than the meeting that you
10   recall where Mr. Yates fell asleep, do you
11   recall specifically any other meetings where
12   there was a group of representatives gathered?
13      A    No, but I -- again, as I said
14   earlier too, I think there probably had to
15   have been multiple meetings.  And I go back to
16   the -- it wasn't a battle, but the battle, if
17   you will, over how McDonough was going to be
18   divided amongst Mr. Rutledge and Mr. Welch and
19   myself.  And I believe that would have been
20   multiple meetings.
21      Q    And all of those representatives
22   you just mentioned are Republican; is that
23   correct?
24      A    Yes.
25      Q    What was your understanding of the

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

155

1   reapportionment roles -- Reapportionment
2   Office's role when it came to the
3   redistricting process?
4       A    So my understanding would be they
5   provided maps and they could provide data.
6       Q    And when you say they could provide
7   maps and they could provide data, did they
8   provide maps to you and data to you?
9       A    I don't remember ever actually
10  getting anything from them, but I do remember
11  looking at maps such as you have here.  And I
12  think it was all, maybe all computer based, or
13  it could have been maps on the wall.  I can't
14  remember.
15      But we did look at data, and it was
16  computer based.  I do remember that.  And I
17  remember in particular looking at a benchmark
18  political race.  And what I mean by that is
19  how did Governor Deal perform in 2010 versus
20  Roy Barnes, how did Obama and Romney perform
21  against each other, and -- this was 2015, so
22  how did, I mean, yeah, 2015, how did Deal and
23  Jason Carter perform against each other in
24  that '14 race.
25      And I think, if that's also

156

1   correct, whatever year -- maybe that will get
2   to '17, but whatever year Johnny Isakson was
3   up for reelection, I remember looking at that,
4   those numbers too.
5       (Whereupon a document was identified
6   as Plaintiff's Exhibit 13.)
7       Q    Thank you.  I wanted to show you a
8   document that has been previously marked as
9   Exhibit 13, if you could just take a look at
10  that, Senator, and let me know if you have
11  seen this before.
12      A    No, not that I recall.  This was, I
13  guess, before I was in office if it was sent
14  in 2011.
15      Q    Do you recall receiving a copy of
16  this when you did take office?
17      A    No, I don't recall.
18      Q    The first page is from Jimmy
19  McDonald, Executive Director of the
20  Legislative & Congressional Reapportionment
21  Office.  It's to a representative of House
22  District 167, Roger Lane; is that correct?
23      A    It appears to be.  I've never seen
24  it.
25      Q    And it talks about certain -- about

157

1   the redistricting season, as Mr. McDonald
2   says.  And he says in the next -- this is the
3   second paragraph.  He says that, "our office
4   has established a uniform procedure for all
5   members requiring redistricting services."
6       A    Uh-huh (affirmative).
7       Q    Do you recall having a uniform
8   procedure that you and all -- and others in
9   the House were following regarding
10  redistricting?
11      A    Yes.  Our -- what I recall is we
12  all had the ability to go in and have those
13  meetings to discuss any redistricting that
14  would be done in 2015, so that's the only
15  thing I recall.  I don't know of any other
16  service they ever provided for me other than
17  my meetings over there with them.
18      Q    And if you turn to the second page
19  of the exhibit at the top, you'll see at the
20  top it says, this is Individual Projects, it
21  says, "Each legislator may schedule an initial
22  two-hour appointment to discuss and design a
23  district or district plan with a member of the
24  reapportionment staff."
25      Did you schedule a meeting of this

158

1   type, that is, an initial two-hour or
2   any-period-of-time meeting to discuss these
3   issues?
4       A    I know that I met with them, as
5   I've said several times.
6       Q    Right.
7       A    But I don't recall how that was
8   scheduled.  I'm sure it had to be scheduled
9   because I wouldn't just show up there, but I
10  may have just shown up and asked when I could
11  come back.  It may have been that informal,
12  because the office was around the corner from
13  my office at the time.
14      Q    I think --
15      THE VIDEOGRAPHER:  Five, five
16  minutes left.
17      MR. PHILLIPS:  Okay.
18      Q    So the meeting that you have
19  testified that you attended where, I hate to
20  say this each time, but where Mr. Yates fell
21  asleep, what do you recall that occurred at
22  that meeting?  If you could describe in as
23  much detail as you recall what occurred.
24      A    I recall looking at maps such as
25  the maps you showed me here of the current

Donovan Reporting, PC                                      770.499.7499

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

45 (Pages 159 to 162)

159

1    district and discussing any changes that we
2    would make. I also recall looking at data,
3    and the data I recall looking at was the
4    population total for a district.
5            I don't remember what that was, but
6    I remember looking at population totals to see
7    if you had any major population shifts, I
8    guess.
9            And I recall looking at the
10   other -- and I'm going to use the word
11   benchmark races again. And I'm not talking
12   about race as a human race. I'm talking about
13   political races -- looking at other races and
14   how people performed in precincts and the
15   district as a whole because, obviously, there
16   would be an advantage if I had the opportunity
17   as a Republican if, if I could, if I were to
18   be able to pick up an area in redistricting
19   where more Republicans --
20           Republicans had performed better in
21   the past. That would be an obvious advantage
22   for me, even though I always outperformed
23   those other Republicans. That would in theory
24   bring my overall numbers up, so I did look at
25   that too.

160

1    Q   Do you recall what kind of data
2    other than -- I mean, you may -- do you have
3    any more specific recollection about the kind
4    of data that you were represented with?
5    A   No, other than what I said.
6    Q   If you look at the -- now the third
7    page of Exhibit 13, you'll see that there is a
8    heading on that page number Roman numeral IV,
9    Release of Maps from Reapportionment Office.
10   Do you see that?
11   A   Uh-huh, yes.
12   Q   Do you recall -- it says, it says,
13   "To pick up a hard copy of a map," this is the
14   second paragraph under that IV, "To pick up a
15   hard copy of a map that has been finalized
16   as" -- strike that.
17           Let me -- in general, could you
18   take a quick look at this paragraph, please,
19   and I'll ask you a general question.
20   A   Okay.
21   Q   There's a reference here, a couple
22   different references, to maps being signed by
23   the legislator involved, that is, for whom the
24   project was completed, or the signature of the
25   legislator that has sponsored the local

161

1    redistricting project, et cetera.
2            Do you recall signing any maps
3    relating to the redistricting in 2015?
4    A   No, but I also don't recall picking
5    up any hard copies of maps either.
6            THE VIDEOGRAPHER: Two minutes.
7            MR. PHILLIPS: Why don't we go off
8    the record.
9            THE VIDEOGRAPHER: Going off the
10   video record at 1:03 p.m.
11           (Proceedings in recess, 1:03 p.m to
12   1:06 p.m.)
13           THE VIDEOGRAPHER: We're back on
14   the video record. This is the beginning of
15   video file number three. The time is
16   1:06 p.m.
17   Q   Senator, I think we've discussed
18   this before. I just wanted to make one
19   question about it and see if I'm correct.
20           Did you discuss any of the
21   estimated demographic changes to your district
22   during the period in which changes to the --
23   in which you were aware that HB 566 or its
24   equivalent was being considered in 2014, 2015?
25   A   Are you saying did I discuss any

162

1    changes I saw occurring on the ground, if you
2    will, in my district? Is that what you're
3    saying, or occurring with the legislation?
4    Q   On the ground in your district,
5    either that you saw or that you were informed
6    of.
7    A   Oh, no. And I was not a -- I was
8    not aware of any changes. The only -- again,
9    the only data I looked at and that I'd know I
10   have would be the how I performed in each
11   election, how other people performed in the
12   election.
13           And there hadn't been another -- it
14   was 2012 the first time I ran, so the only
15   time I really could tell you much would be
16   looking at the '16 numbers versus '12. And so
17   in '15, I wouldn't have known.
18   Q   In 2015, were you interested in
19   changing House District 111 because you were
20   concerned that the existing map no longer
21   complied with federal or state law?
22   A   I wasn't interested in changing the
23   lines at all.
24   Q   So you had no particular desire to
25   change the district at all?

Electronically signed by Joel Moyer (501-161-376-4513)                          afd81269-a39f-4cfb-8a4a-31f654b778bf

R. Brian Strickland        Georgia State Conference of the NAACP, et al vs Kemp        January 26, 2018

46 (Pages 163 to 166)

163

1    A    No.
2    Q    You didn't seek any, any changes
3    whatsoever?
4    A    I did when I, when I was told that
5    changes were going to happen and that we were
6    making changes to maps.  Then I did.
7    Q    Okay.  But so -- sorry.
8    A    But I didn't particularly care to
9    make any changes personally.
10   Q    Let me just ask you a series of
11   questions just to be sure we have it on the
12   record.
13        You said once you were told that
14   changes would be considered that you -- there
15   was some changes that you thought would be a
16   good idea, is that correct, generally
17   speaking?
18   A    Yes, yes.  That's true.
19   Q    Did you think that such changes
20   would be a good idea because you were
21   concerned that the existing map only -- did
22   not comply with federal or state law?
23   A    I don't know because I didn't know
24   what the federal and state law was dealing
25   with the maps.

164

1    Q    Were you --
2    A    I told you earlier my concerns I
3    had with the district as a whole, but I
4    don't --
5        I'm not sure what -- how that
6    complies to -- I'll refer to my lawyer as to
7    whether or not those are legals issues.  I
8    also wanted to say that -- whether or not
9    those were legal issues the district had or
10   just issues I saw personally.
11   Q    Okay.  But I don't want you to
12   reveal any attorney-client communications, of
13   course.  But do you recall in any general
14   sense either being informed that there were
15   problems with federal or state law with regard
16   to your --
17   A    No.
18   Q    -- district boundaries?
19   A    No, never.
20   Q    How about were you concerned about
21   whether or not the existing map had unequal
22   population deviations that you -- that needed
23   to be corrected?
24   A    I don't know what you mean by
25   "unequal population deviations."  The only

165

1    concerns I had are the ones I testified to
2    earlier about the communities being divided
3    up.
4    Q    And I think I asked this before,
5    and maybe this goes to the same issue that you
6    just mentioned.  Were you concerned that the
7    existing map of your district didn't
8    sufficiently keep together communities of
9    interest?
10   A    Yes.
11   Q    And that's with regard to the
12   cities that you previously mentioned?
13   A    Yes, and the Eagle's Landing
14   community, how it plays into that.
15   Q    What is --
16   A    Which is not actually a city.
17   Q    What is the Eagle's Landing
18   community?
19   A    It's a large country club that is
20   located in the southern part of Stockbridge,
21   northern part of McDonough, in between the two
22   cities.  It's been a point of contention for
23   some years in the county as to who's going to
24   get that property.  It's the most valuable
25   part of our county landwise.

166

1        And Stockbridge, the city has taken
2    property, annexed it around the club.  But the
3    club still uses a McDonough address, and so
4    it's an ongoing battle.
5        And the district, when it was done
6    in 2010, went all around the club, did not
7    have the club.  Maybe whoever had 110 at the
8    time had more power and wanted to keep the
9    club for donors.  I don't know, but it made no
10   sense.
11   Q    And what happened in 2015 in --
12   with --
13   A    Yeah.
14   Q    -- if anything, regarding that
15   property?
16   A    We -- I was able to get the entire
17   club into 111.  It's now -- it's no longer --
18   it was no longer divided.  The club itself was
19   no longer divided as it previously was.
20   Q    Were you concerned during the time
21   period that you were thinking about changes to
22   your district, 2015, 2014, that the existing
23   map unduly split voting precincts?
24   A    I don't -- not sure I was, I was
25   actually considering whether or not changes

Donovan Reporting, PC                                          770.499.7499

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

167

1  needed to happen in 2014, so.
2      Q    Okay.
3      A    But to the extent I ever --
4      Q    Point taken.
5      A    -- considered any changes, I don't
6  remember any issues of actually splitting
7  precincts individually, whether or not that
8  was an issue. But it would be an issue if
9  it -- if a split precinct was splitting a
10  city, which we had happen in one precinct in
11  Stockbridge in particular where, just to make
12  the line continue, there was a police -- a
13  precinct that was split just so you could get
14  to a bigger precinct on top of that, north of
15  that.
16          There's probably some history to
17  that. I wasn't there in 2010 when that was
18  done, but.
19          (Whereupon a document was identified
20          as Plaintiff's Exhibit 283.)
21          MR. PHILLIPS: I wanted to turn to
22  a document that was actually created by our
23  office. I'd like to mark this as Exhibit 283.
24  And I believe Ms. Green used the same document
25  in a deposition earlier, Mr. Khoury.

168

1          MR. KHOURY: Yeah, I remember it.
2          MR. PHILLIPS: You do or do not?
3          MR. KHOURY: I do remember it.
4      Q    And again I emphasize that this is
5  a document that was created by our office.
6  And the purposes of the office as a general
7  question, whether -- which of these people
8  listed on this chart that you are aware was at
9  any point involved in the redistricting
10  process for House District 111 that resulted
11  in HB 566?
12          MR. KHOURY: And I just want to say
13  here that there was some issue with
14  Representative Chandler on what -- we need to
15  define what it means to be involved because,
16  otherwise, we're going to get --
17          MR. PHILLIPS: Right.
18          MR. KHOURY: -- the same document
19  but a different understanding --
20          MR. PHILLIPS: Right.
21          MR. KHOURY: -- of what's being
22  indicated on it.
23          MR. PHILLIPS: Unfortunately, I was
24  not at the deposition.
25          MR. KHOURY: Right.

169

1          MR. PHILLIPS: I haven't had a
2  chance to read it.
3      Q    But for the purposes of this
4  deposition, I'd like to know with whom --
5  whether you know -- first of all, whether
6  you've discussed the redistricting process
7  with any of these people and, second, whether
8  you were told if you did not discuss it, had
9  any communications with any of these
10  individuals about the redistricting process,
11  written or by email or whatever, and, finally,
12  that you were told or understood were involved
13  in the process.
14          And if you could just check those
15  people that you understood were to be involved
16  in the process so that then I can -- in the
17  sense that I have defined it.
18      A    Uh-huh (affirmative).
19      Q    And then if you check those, I
20  can -- I may ask you some questions about
21  them. I don't want to ask you to go down the
22  whole thing in order.
23      A    Well, the only person I know that I
24  met with other than, I can recall exactly,
25  other than John Yates and the other

170

1  representatives of Henry County that have
2  Henry County, would be Gina Wright. And so I
3  know Gina Wright, I would check. And I would
4  check everybody on the Reapportionment
5  Committee because they were all part of the
6  general discussion about the bill, all voted
7  for the bill twice, out of committee and on
8  the floor.
9          And the GOP leadership, I do
10  recall, again, the communication from the
11  Speaker's office to everyone about -- and it
12  may have come from the majority leader's
13  office.
14          I saw there was an email from
15  someone from his office, someone in
16  leadership, communicating to us about the
17  process, about it being, again, the midterm, I
18  keep calling it that process, and about
19  getting the consent of everyone before you do
20  anything. So who that was in there, I do not
21  know.
22          And I don't recall anything from
23  legislative counsel at all, anyone being
24  involved in any way.
25      Q    So just to summarize, and we don't

Donovan Reporting, PC                                770.499.7499

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

48  (Pages 171 to 174)

171

1  have to do this in writing necessarily, you
2  remember Ms. Wright?
3      A    Yes.
4      Q    Any other members of the
5  Reapportionment Office?
6      A    No.
7      Q    Those listed here?
8      A    No.
9      Q    And the Reapportionment Committee,
10  you feel that you discussed the redistricting
11  of House 111 with each one of them?
12      A    Yes, because they all had to review
13  it and voted on it.
14      MR. KHOURY:  Let's -- I think he
15  did not hear the question correctly.  Can you
16  read that question back?  Because that wasn't
17  the testimony.
18      (Whereupon the court reporter read back
19      the referred-to portion as follows:)
20      Q    And the Reapportionment Committee,
21  you feel that you discussed the redistricting
22  of House 111 with each one of them?
23      (Whereupon the reading back was
24      concluded.)
25      A    I did not personally discuss the

172

1  issue.  What I meant by that is they were all
2  involved in the process.  They all, they all
3  reviewed the legislation and voted it out of
4  committee, and then they all voted for it on
5  the floor of the House.
6      But I did not discuss it with any
7  of them that I remember, other than any of
8  them that have districts that border me or in
9  Henry County, which may include Sandra Scott,
10  does include John Yates.  But I don't remember
11  Sandra Scott being at a meeting.
12      But I'm sure at some point it was
13  discussed because it affected Henry County.
14      Q    During the time that you were
15  discussing redistricting in general, not with
16  anyone in particular, but during that process,
17  did you meet with the Reapportionment
18  Committee as a whole?
19      A    No.
20      Q    Did you testify before any members
21  of the Reapportionment --
22      A    No.
23      Q    -- Reapportionment Committee?
24      A    I didn't testify at all about the
25  bill.

173

1      Q    Okay.  And I don't want to, I don't
2  want to misrepresent your testimony.  But I
3  believe, and correct me if I'm wrong, you
4  testified that you spoke to someone, to
5  someone in the Speaker's office but couldn't
6  recall who it was, or at least you
7  communicated with them?
8      A    I don't know.  I know that it was
9  just general discussions with leadership about
10  the rules of it, if you will, that everyone
11  had to consent, it's nonpartisan, and all the
12  stuff we discussed.
13      Q    Did you receive any direction from
14  anyone as to what changes should be made in
15  your county?
16      A    No.
17      Q    Did any of the representatives of
18  districts in your -- that bordered your
19  district ask you to make changes, certain
20  changes to your district?
21      A    Yes.
22      Q    And who was that?  Who were those
23  people?
24      A    Dale Rutledge.  And I say they
25  asked me.  They -- they're part of the

174

1  conversation, had thoughts.  And as I've
2  testified to earlier, he was looking at moving
3  into downtown McDonough.
4      Andy Welch also had an interest,
5  just more personally, in having more
6  McDonough.  He didn't win that battle.  He
7  grew up -- his dad still lives in near
8  downtown.  And I think he probably thought --
9  I'm putting words in his mouth.  He'll
10  testify, I guess.
11      But he may have been thinking in
12  the long-term one day he may want to move to
13  his family's property that's in the area, and
14  so he had an interest there too.
15      And so I remember particular
16  discussions about McDonough and the square
17  area around that with Dale Rutledge and Andy
18  Welch.
19      Q    Anyone else who you recall asking
20  you or seeking particular revisions to your
21  district?
22      A    No, I don't believe so.  It was
23  just those two.
24      Q    Do you recall anyone saying that
25  they wanted to make changes to your district

Electronically signed by Joel Moyer (501-161-376-4513)                                    afd8f269-a39f-4cfb-8a4a-31f654b778bf

R. Brian Strickland       Georgia State Conference of the NAACP, et al vs Kemp       January 26, 2018

175

1  to benefit their district because they thought
2  their district would be a stronger base for
3  their future elections, that is, that they
4  would favor Republicans, their district would
5  favor Republicans as a result of changes to
6  District 111?
7      A    I don't believe so. The only
8  reason I'm thinking about it is I'm -- the
9  area that Dale Rutledge wanted in 111 was
10 historically a very Republican area. And so
11 you can argue indirectly he was trying to get
12 more Republican voters, but that's not why he
13 was saying that. It was a personal reason.
14     Q    And what was the area in -- is that
15 McDonough, did you say?
16     A    It's in McDonough.
17     Q    What particular region of McDonough
18 is that?
19     A    It's the precinct, I think, is the
20 McDonough Central precinct. And you'll see
21 today still, 111 has just a portion of that
22 precinct, not the whole precinct.
23     Q    And 111 at the time before the 2015
24 redistrict also just had a portion of that
25 precinct?

176

1      A    Yeah. I was able to get a little
2  bit more of it. If I -- I think I picked up
3  more of the downtown area in discussing it
4  with Representatives Rutledge and Welch.
5          My office is also located there,
6  and so that's another personal interest. But
7  it goes from the taking the personal part
8  out -- I had not -- I did not have intentions
9  to move there at the time, though I have
10 recently since then moved to that area too.
11         But it -- I thought it was
12 important to have one representative to have
13 the whole McDonough area and not have it
14 divided up.
15     Q    I'm not sure I've asked you this
16 question. Why did you think that was
17 important?
18     A    It's just a community interest.
19 Again, what most people don't realize, the
20 biggest part of our job is we get calls from
21 city managers, councilmen. And anything they
22 want to do with annexation or with their
23 districting process or with anything with
24 their charter, they have to go through us.
25         We have local rules that delegate

177

1  how that works at the House. And so they rely
2  so much on us, it's very important to them who
3  they have. And there's also -- I believe it's
4  actually in our local rules that if you're the
5  representative who actually has part of that
6  city, you're the one that gets a say in that.
7          And so when you have a city divided
8  by three of us, it takes three of us to get to
9  consent versus one.
10     Q    This document that we've been
11 looking at has a section on the right-hand
12 side that's headed Others. Do you see that?
13     A    Uh-huh (affirmative).
14     Q    Other than the people you've
15 already discussed that appear on this, the
16 ones you've already mentioned of those who are
17 named on this chart, are there any others with
18 whom you were involved in the redistricting
19 process as I defined that, that is,
20 communications, discussions, or you were told
21 that they were involved, with regard to
22 District 111?
23     A    The only person I might add there
24 would be Stacey Abrams, minority leader in the
25 House. It was communicated to me that she was

178

1  in consent with the changes that were being
2  proposed by the Republicans, which is part of
3  the reason it was bipartisan.
4          And so that was, that was another
5  thing that was important in getting everyone's
6  consent was to not have, as we're seeing with
7  this lawsuit now, a partisan battle over this
8  issue.
9          And so I don't remember if I had
10 discussed that directly with her. I also had
11 an office near her. But it was my
12 understanding that she was also involved and
13 consented to the changes to 111.
14     Q    And she was not a representative of
15 any of the, of any of the districts bordering
16 111; is that correct?
17     A    No, but she was directly involved
18 because her party had targeted 111 trying to
19 pick it up, and so I think it was important
20 that she consented to any changes. That way,
21 there wouldn't be any arguments, as we now
22 have, in a lawsuit that we did this for any
23 political reasons.
24     Q    Well, okay. Is it your
25 understanding that the lawsuit is about

Donovan Reporting, PC                                    770.499.7499

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

179

1   political --
2       A   Yes, 100 percent.
3       Q   -- issues?  Not racial issues?
4       A   No.  It's all political.
5       Q   I see.  So do you know if
6   Ms. Abrams had any particular involvement, and
7   I may have misinterpreted your response, in
8   the particular lines drawn with regard to
9   District 111, the redistricting?
10      A   I believe she did because I believe
11  she consented to it.  When you have
12  legislation going to the floor such as this,
13  it was important that both sides of the aisle,
14  Republicans, Democrats, consented to it.  If
15  they weren't going to, maybe -- it may still
16  would have moved and been a floor debate.
17      But I know that it was communicated
18  to me that she had signed off on the changes
19  that were being proposed.
20      Q   But you didn't actually discuss
21  individually with her?
22      A   I don't remember.  I don't think I
23  did, but I did have some conversations with
24  her in general.  Despite the fact she worked
25  against me, I was always friendly with her.  I

180

1   was on panels with her.  I think she's a very
2   smart person and a really good politician, so
3   I've always respected her.
4       Q   Okay.  Do you have an understanding
5   as to what tools are available to draw a
6   district map or redraw a district map,
7   technical tools?
8       A   No.
9       Q   Do you know whether software is
10  available to assist in that process?
11      A   No.
12      Q   With regard to data, do you believe
13  you can see party information at the precinct
14  level?
15      A   Help me again, what you mean by
16  "the precinct."  By looking at individual
17  precincts?
18      Q   Yes.  Can you see party
19  information, that is, who is Republican, who
20  is Democratic, how -- what the proportion of
21  Democratic versus Republican --
22      A   All you can --
23      Q   -- at the precinct level?
24      A   Yes, but I've got to qualify that.
25  Only if you can have a benchmark race.  And

181

1   again, I'll go back and say a race that you
2   think was most Republicans voted for this
3   Republican, most Democrats voted for this
4   Democrat.
5       If you have a political race you
6   can look at like that, you can look at
7   individual precincts.  And that's what I did.
8   I made assumptions.  My assumptions are never
9   correct because I always did better, unless I
10  just got Democrats to vote for me, than the
11  other people I looked at.
12      But if you could take a race, you
13  say, well, they seem to have the party behind
14  both candidates, and you could look at parties
15  based on precincts.
16      Q   What about at the street level, at
17  individual streets?  Do you have availability
18  of party information, Republicans versus
19  Democrats --
20      A   I don't know how you would do --
21      Q   -- at the street level?
22      A   I don't know how you would do that,
23  no, not in my opinion.  I've never seen that.
24  Everything I've ever looked at would be
25  precincts.

182

1       Q   Can you -- do you know if you can
2   see information relating to the racial makeup
3   of a precinct?
4       A   I don't know.
5       Q   Did you ever look at that in the
6   context --
7       A   No.
8       Q   -- of redistricting?
9       A   No.  What I looked at would be,
10  again, the political -- I use race a lot.  I
11  mean political race, another race I would look
12  at.  But I don't remember seeing the national
13  origin or ethnicity of any people in a certain
14  precinct.  I'm not sure you can even tell that
15  anyway.
16      Q   When you -- you said, I believe,
17  that there were maps projected or on the
18  computer when you had the meeting with the
19  Reapportionment Office.  Is that correct?
20      A   Yes, I remember looking at existing
21  maps and then looking at -- I believe the way
22  it would work in the software is you could
23  then click on a certain other area and change
24  the map and then look at the data that goes
25  with that.

Donovan Reporting, PC                                              770.499.7499

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

51 (Pages 183 to 186)

183

1    Q    When you were viewing this map,
2  could you see information with regard to the
3  party affiliation of residents?
4    A    Yes. But again, it's with the
5  assumption that the other race I'm looking at,
6  political race I'm looking at, if it went by
7  party line, then that was how I would look at
8  it.
9    Q    Did you see or could you see race
10 information, racial information, with regard
11 to the -- on the map or with -- in connection
12 with --
13   A    Yeah.
14   Q    -- the drawing of the maps?
15   A    I don't know. That would be a good
16 question for Reapportionment, but I don't
17 remember seeing racial information.
18   Q    Did you see information at the
19 level of individual precincts?
20   A    Do you mean with race or --
21   Q    Either.
22   A    I don't --
23   Q    Or any information at the precinct
24 level.
25   A    Yeah. So I know, and I think this

184

1  may just be me, I know that I always look
2  precinct by precinct, even my Senate race
3  recently. I go online to the Secretary of
4  State and the County site and look at how
5  people vote precinct by precinct.
6       So I may be getting the two mixed
7  up. Whether or not I did that in
8  Reapportionment, I don't remember.
9    Q    How about in the map or maps that
10 you saw in this meeting, could you tell where
11 precincts were split by district lines?
12   A    Yes. It looks similar -- I believe
13 it's similar to the maps you have here. You
14 can see precincts on those maps, if you know
15 what you're looking at. I know -- I've
16 learned the precincts in running campaigns,
17 so.
18   Q    Could you see where district
19 line -- or could you see individual streets on
20 the maps that you were reviewing?
21   A    Yes, I believe so, at least major
22 roads, but I would know the streets. I would
23 be able to tell which streets were where.
24   Q    Do you reason -- do you believe
25 that there are some reasons that justify

185

1  splitting a precinct?
2    A    Yes.
3    Q    Do you believe splitting a precinct
4  to remove African-American voters from a
5  district is an appropriate reason to split a
6  precinct?
7    A    No.
8    Q    Do you believe splitting a precinct
9  to gain white voters is an appropriate reason?
10   A    No. I don't think race should be a
11 factor whatsoever.
12   Q    Do you believe splitting a precinct
13 to remove Democratic voters is an appropriate
14 reason?
15   A    I guess I don't know what the legal
16 side of it is, but I think from a political
17 standpoint my understanding is, if the party
18 is control then, yes, that could be a reason
19 they could do it.
20       In the 111, speaking for that in
21 particular, I don't recall any political
22 advantage. Despite what you may be contending
23 in the case, your side may be contending, I
24 don't remember any advantage that I was able
25 to get politically from any redistricting.

186

1       It came down to more of the, of the
2  city issue, the personal issues, than it did
3  any political issues with 111. I'm not sure
4  if that was the case in every, every county.
5       But one of the unique things about
6  Henry County, one of the great things about
7  Henry County, is, when it comes to race or
8  when it comes to politics, you can't look at
9  particular parts of the county and guess the
10 kind of person that's there or how they vote
11 in that area.
12      It's a very diverse county across
13 the county. And that's why you'll see Obama
14 win a precinct in the southern part and in the
15 northern part but in between there you'd see
16 Romney win precincts. And the same thing
17 happened this last time with Trump and
18 Hillary.
19      So it's -- Henry County is a unique
20 place where you couldn't just take a line and
21 move it and get any political advantage
22 anywhere.
23   Q    But is it correct, though, in your
24 view at least, splitting a precinct to remove
25 Democratic voters is an appropriate reason to

Electronically signed by Joel Moyer (501-161-376-4513)                    afd8f269-a39f-4cfb-8a4a-31f654b778bf

R. Brian Strickland        Georgia State Conference of the NAACP, et al vs Kemp        January 26, 2018

52  (Pages 187 to 190)

187

1    do that split?
2        A    I don't know the legal appropriate
3    reasons.
4        Q    I'm not asking about a legal
5    opinion.
6        A    Just my personal opinion?
7        Q    Yeah.
8        A    Just to remove Democrats?
9        Q    Or to gain Republicans.
10       A    Yeah, I think that's fine.
11       Q    Now, in the redistricting in 2015,
12   the redistricting was done by the legislature;
13   is that correct?
14       A    That's my understanding.  It was a
15   bill that was passed.
16       Q    Have you ever discussed whether an
17   independent commission should be drawing or
18   redrawing district lines as opposed to the
19   legislator -- legislature?
20       A    Yes.  At that forum that you had
21   the article for in December of last year, I
22   think it's the only time I've ever discussed
23   that, but we discussed that at a forum.
24       Q    Did you, did you have a view on
25   that?

188

1        A    Yes.  It was expressed earlier in
2    my testimony.
3        Q    During the redistricting process,
4    did you discuss whether or not the
5    Constitution of the United States had anything
6    to say about redistricting?
7        A    No.
8        Q    Did you ever refer to the
9    Constitution of the United States?
10       A    No.
11       Q    You took an oath to uphold the
12   Constitution of the United States; correct?
13       A    Correct.
14       Q    Do you believe you uphold the
15   Constitution of the United States in the
16   process of redistricting?
17       A    Yes.
18       Q    Did you discuss the Voting Right --
19   Voting Rights Act in the process of
20   redistricting?
21       A    No.
22       Q    Are you familiar with the
23   provisions of the Voting Rights Act?
24       A    I am not.
25       Q    Do you think it would be important

189

1    as a representative of the state of Georgia
2    that you are -- would be familiar?
3        A    No.
4        Q    So you don't believe the Voting
5    Rights Act has anything to say about how
6    voters -- how voting should took place in
7    Georgia?
8            MR. KHOURY:  Objection to the form
9    of the question.
10       A    Yeah.  I don't know what it says.
11   I haven't read it.
12       Q    That's my point.  You haven't read
13   it.  Do you feel you should have read it?
14       A    No.  I haven't had to deal with
15   that issue.
16       Q    Did you feel when you were --
17   during the redistricting process, or now, were
18   there limits on how you could redraw the
19   lines, what changes you could make?
20       A    Yes.
21       Q    What effect did those limits --
22   what type of limits are you thinking of?
23       A    That it had to be, had to be
24   consented to by everyone, which puts limits in
25   itself.  There's very little you can do when

190

1    you have to have everybody on the same page.
2    It's -- what's rare and what's unique about
3    this process and this bill was it was one of
4    the few times that every person on the floor
5    voted the same way and everybody came to the
6    same agreement.
7            That's what's funny to me about
8    this whole lawsuit is the -- it's a political
9    fight now.  But in 2015, every Republican and
10   Democrat agreed to what was being done.  No
11   one thought it was a political fight until the
12   '16 elections didn't go as people thought.
13       Q    Senator Strickland, just -- I just
14   want to remind you that I'm asking the
15   questions and you are answering the questions.
16       A    And that's exactly what I'm doing.
17       Q    I recognize and everybody
18   recognizes what the vote in the House of
19   Representatives of Georgia was on this bill.
20       A    Well, it's important that I --
21       Q    So --
22       A    -- state that.
23       Q    -- I didn't say it was not
24   important.
25       A    I'm going to keep saying it.

Donovan Reporting, PC                                    770.499.7499

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

53 (Pages 191 to 194)

191

1    Q    You've stated that many times.
2    A    You're not going to tell me what to
3  say or not to say. I'm going to answer your
4  questions. Apparently, you don't know how the
5  vote was.
6    Q    I do.
7    A    Okay. What was the vote?
8    Q    It was, it was unanimous.
9    A    180 to what? Nothing?
10   Q    That's what the meaning of
11 unanimous is, right, Mr. Strickland?
12   A    At least you know that.
13   Q    Yes, I do.
14        MR. KHOURY: All right. Let's --
15   A    You should reference that in your
16 lawsuit.
17        MR. KHOURY: Let's, let's get back
18 to asking questions.
19        MR. PHILLIPS: I don't -- Counsel,
20 I do not want your client -- I know he's a
21 politician, but I do not need
22 political speeches --
23        THE WITNESS: You're a politician
24 here.
25        MR. PHILLIPS: No, I'm not.

192

1        THE WITNESS: Yes, you are. You're
2  acting as a politician.
3        MR. KHOURY: Hold on. Hold on.
4  Let's take --
5        The senator has the -- a right to
6  give whatever answer he feels is appropriate.
7  If you don't like his answer, you can ask him
8  a follow-up question.
9        If you feel that he's stalling you
10 with your answer, we can discuss that, but I
11 haven't seen that.
12        MR. PHILLIPS: I have.
13        MR. KHOURY: And, you know, your --
14 some of your remarks back to him have been
15 very cagy, very catty.
16        THE WITNESS: And you're smirking
17 at me, you can't see on the camera, as you do
18 right now.
19        MR. KHOURY: Senator, let's just --
20        MR. PHILLIPS: I am not smirking --
21        THE WITNESS: Yes, you are.
22        MR. PHILLIPS: -- Senator
23 Strickland.
24        THE WITNESS: You're consistently
25 smirking at me.

193

1        MR. PHILLIPS: No, I'm not.
2        MR. KHOURY: Let's take -- let's go
3  off the record for just a few minutes.
4        THE VIDEOGRAPHER: Going off the
5  video record at 1:35 p.m.
6        (Proceedings in recess, 1:35 p.m. to
7    1:38 p.m.)
8        THE VIDEOGRAPHER: We're back on
9  the video record at 1:38 p.m.
10   Q    Senator Strickland, did
11 Representative Nix or anyone representing --
12 representing Mr. Nix give you or present to
13 you guidelines on what proposed changes could
14 be made to your district?
15        And I'm not speaking in detailed
16 precinct by precinct, for example, but rather
17 general guidelines that should be used to
18 determine what changes you could request in
19 your district.
20   A    The only thing I remember is the
21 rule I testified to earlier about everyone
22 consenting, but I don't know if that came from
23 his office. I don't know -- you don't have
24 his office staff listed here. I don't recall,
25 when you say his office, his office doing

194

1  anything.
2        I'm sure they carried the bill and
3  was involved. I don't recall any
4  communication from his office or him directly
5  on this.
6    Q    Any written or oral communication?
7    A    Not that I recall.
8    Q    On that subject. Sorry.
9    A    On any subject with this.
10   Q    Okay.
11   A    Yeah.
12   Q    Did you recall anyone ever telling
13 you that the new lines couldn't jeopardize the
14 2012 map?
15   A    No. I don't know what that means,
16 though. Again, the only, the only rules that
17 I remember, if there were rules, would be that
18 everyone consented to it. But I don't know if
19 there was any other guidelines that we had or
20 didn't have in this process. That's all I
21 remember.
22   Q    I just want to ask one question to
23 sort of set up the next two -- next couple of
24 questions.
25        Do you recall ever anybody telling

Donovan Reporting, PC                                           770.499.7499

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

195

1  you that the new lines couldn't jeopardize the
2  2012 map in the sense that it could not
3  jeopardize the map in a way that would have
4  changed the fact that the 2012 map was
5  precleared by the Justice Department of the
6  United States?
7      A   Oh, I don't know.  I don't know.
8      Q   Who do you believe is responsible
9  for making sure changes to your district, the
10  changes that were made to your district, were
11  in compliance with the Constitution of the
12  United States or federal law in general?
13      A   I'd say the same with any bill that
14  we have because most of us are not lawyers,
15  and even -- all of us that are lawyers only
16  know certain parts of the law.  We're not
17  experts in everything.
18      But we rely on legislative counsel,
19  the office, to tell us if something is
20  unconstitutional.  I'd also personally would
21  probably rely on the Reapportionment Office to
22  also tell me what guidelines they have to
23  follow.
24      But the general rule we have is,
25  when no one tells you it's not un -- no one

196

1  tells you it's unconstitutional, then you
2  typically don't worry about it.  That's
3  because you'll find out quickly because
4  legislative counsel reviews every bill, they
5  write every bill, if there's constitutional
6  issues with it.
7      They'll do a letter they put on top
8  of the bill to us, and your bill's not going
9  far, even though it doesn't kill the bill, it
10  always kills the bill when the first thing
11  people see is this is unconstitutional.
12      Q   Did anyone ever tell you that any
13  proposed change to your district would not be
14  in compliance with federal law?
15      A   No.
16      Q   Did anyone ever tell you -- strike
17  that.
18      I recognize that you said that
19  everyone had to be in agreement with regard --
20  everyone at least of those who were affected
21  by any changes had to be in agreement with
22  those changes; is that correct?
23      A   Yes.
24      Q   Did anyone ever tell you that a
25  proposed change to your district was not

197

1  acceptable to them, that is, any of the
2  districts bordering your district?
3      A   Yes.
4      Q   And who, what -- who told you that?
5      A   And that goes back to my
6  conversations with Representative Rutledge and
7  Welch.  That's all I recall.  And I'm not
8  saying they said this is not unacceptable.
9      But I know when looking, if my
10  memory serves correct, when I first was
11  looking at McDonough, and that's why I'm
12  thinking there was more than one meeting, is I
13  remember wanting to put all of the city, if
14  you're taking out Stockbridge is what --
15      We were taking out Stockbridge and
16  Hampton and making it McDonough, Locust Grove,
17  and, again, getting the communities back
18  together.  I remember Dale Rutledge and maybe
19  Andy Welch, I don't recall, not liking my idea
20  of doing that with McDonough.
21      And it was, again, personal reasons
22  for Representative Rutledge.
23      Q   And I'm sorry.  You mentioned a
24  community or an area, Locust --
25      A   Locust Grove.

198

1      Q   What is Locust Grove?
2      A   It's a city in southeast Henry
3  County that is -- 111 has always had the
4  majority of Locust Grove.  It's left out of
5  the conversation a lot because most of that
6  community always has been kept together, at
7  least with the House districts.
8      Q   I see.  And I'm sorry.  What was
9  the result, if any?  Was there any change in
10  the treatment of Locust Grove as a result of
11  the 2015 redistricting?
12      A   There was an additional precinct in
13  east Locust Grove that was picked up when you
14  take 111.  111 was a long, narrow -- it was
15  kind of a narrow line.  I don't know how --
16  what letter of the alphabet you describe what
17  it looked like, looks like -- looks like.
18      But when it was redone, it was
19  flattened back out in doing that, and that
20  was, again, to consolidate more McDonough and
21  Eagle's Landing.  But in doing all of that, in
22  order to keep the population consistent, the
23  numbers consistent with population, there was
24  an extra precinct at Locust Grove that was
25  also picked up.

Electronically signed by Joel Moyer (501-161-376-4513)                    afd8f269-a39f-4cfb-8a4a-311654b778bf

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

55 (Pages 199 to 202)

---

199

1     Q    By 111?
2     A    By -- by 111. It's the Grove --
3  well, I can't remember what it's called. It's
4  Grove Park or something like that, but it's on
5  the map.
6     Q    But is it correct that Locust Grove
7  is still divided in some way?
8     A    In some ay, but it never has been
9  divided very much. There's another
10 representative that has, David Knight, that
11 has --
12    Q    Excuse me.
13    A    -- the Heron Bay side of Locust
14 Grove, which locally is not really considered
15 Locust Grove. It's kind of like Eagle's
16 Landing. It's its own little world. The city
17 of Locust Grove has always been in 111.
18    Q    Did any -- other than people who on
19 the issue of redistricting of those
20 neighboring representatives and for the --
21 what I think you described as mainly personal
22 reasons, at least with regard to some
23 changes -- is that correct?
24    A    Uh-huh (affirmative).
25    Q    -- did anyone ever tell you during

---

200

1  the redistricting process before HB 566 was
2  passed that any change was unacceptable to
3  them personally or, or for any other reason?
4     A    Other than Ms. Wright who, again,
5  was looking at the numbers that she would see
6  in Reapportionment, she would be able to tell
7  you what your options were in the sense of, I
8  couldn't just say, well, put all McDonough
9  together and put these precincts because the
10 numbers wouldn't add up to be --
11       I've always been told that our
12 districts are about 75,000 people each. I'm
13 not sure if that's even correct. But you try
14 to keep around a certain figure. That's
15 something I do rely on Reapportionment to tell
16 me. And so she would give me what -- if I say
17 generally I want to keep McDonough together,
18 she would be the one that I would rely on to
19 say this is how it could be done.
20       And so when I say it was my idea,
21 it was never -- I was never able to go in and
22 say, these are the precincts I should get.
23 She would say these are your options, and then
24 we could go from there.
25       So she had some idea of what was

---

201

1  allowed and not allowed, and I don't know what
2  her guidelines are. She would be the expert
3  on that.
4     Q    If you were to summarize your goals
5  with regard to the changes you would like,
6  would have liked to see in your district, what
7  would you say your key goals were?
8     A    Well, I didn't have any goals
9  originally. I would have just kept it like it
10 was. It would, would have saved us this whole
11 discussion now. But if you -- if it was going
12 to be revised, my goal would be to have a
13 district that when people look at a map, they
14 say it makes more sense.
15       It has the communities together
16 that needed to be together. It, it doesn't
17 have districts that are all overlapping on top
18 of themselves.
19       People look at these maps. I get
20 asked that a lot when I go in schools.
21 They'll look at the maps and, how is this --
22 why does this line go here? This makes no
23 sense.
24       And so I think we accomplished that
25 when -- at least from the -- when you look at

---

202

1  the 2015 redistricting process, I think we
2  have a better-looking map and more
3  consolidated map of Henry County now.
4     Q    Would you say that one of the key
5  goals -- well, strike that.
6       Did -- was -- I recognize that you
7  just said that you didn't have any goals. But
8  could -- would you say that in fact one of
9  your goals was to improve your chances of
10 reelection in 2016?
11    A    Yes, if it could have been done.
12 And that would be if there was a way to pick
13 up more historically Republican precincts in
14 the county. But, again, when you look at what
15 we actually were able to do, that would have
16 been an option I could have looked at, but we
17 were not able to accomplish that, in my
18 opinion.
19       And I don't -- I think
20 statistically we were not able to accomplish
21 that. Though I think and what I've read on
22 it, I think in Gwinnett they may have actually
23 been able to pick up more Republican areas
24 that may have assisted Representative Chandler
25 with getting reelected, and I don't know about

---

203

1    the other areas that were affected.
2          But that was not really much of an
3    option when it comes to Henry County. But
4    what I was -- my understanding was --
5        Q    Excuse me.
6        A    -- how this would have gotten past
7    the Democrat leadership, I don't know, but my
8    understanding was we have the ability as the
9    majority party to draw lines that could
10   actually politically assist the majority
11   party, obviously.
12         That's one of the things that
13   people look at this stuff with sometimes that
14   intention. But that was not anything that we
15   were able to -- was even a possibility with on
16   111.
17       Q    Would it surprise you that
18   Representative Nix testified in this matter
19   that the -- your only goal in redistricting
20   was to improve your chances of reelection?
21       A    Yes.
22       Q    Sorry. I'm just eliminating some
23   questions.
24       A    Okay.
25       Q    I think we've already covered them.

204

1          Going back to the meeting that you
2    testified about in which Ms. Wright was
3    present and maps were shown to you.
4        A    Yes.
5        Q    And also I believe you said
6    statistical information was shown to you. Is
7    that correct? That is -- go ahead.
8        A    With the other races we'd look at?
9        Q    Right.
10       A    The other political races we'd look
11   at? Yes.
12       Q    Yes.
13       A    Uh-huh (affirmative).
14       Q    Do you recall seeing any tables of
15   information that were associated with that map
16   drawing, the maps?
17       A    What do you mean by "tables"?
18       Q    Tables of, for example, party
19   affiliations and various areas, racial makeup
20   of various areas, that sort of information.
21       A    No. I don't recall seeing that at
22   all.
23       Q    Okay. Do you recall any discussion
24   during the meeting as to how the changes that
25   were proposed for your district or might be

205

1    proposed for your district could change the
2    number of Democrats, Republicans, and/or
3    Independents in your district?
4        A    Yes.
5        Q    And do you recall any tables that
6    would --
7        A    I'm sorry. For that last question,
8    were you asking me if there were tables that
9    showed that?
10       Q    Tables or other information.
11       A    Oh, no. I don't -- I don't
12   remember any tables. But I remember, again,
13   the discussion of Republican versus Democrat
14   based on other political races.
15       Q    Okay.
16       A    But I don't remember there being a
17   table that showed that, but I remember
18   discussing that and looking at numbers, but I
19   don't remember -- and my, my memory of it is
20   it was as simple as a virtual map, similar to
21   that map, where you could look by clicking on
22   I guess a precinct and see how people voted in
23   that precinct.
24         That's my memory. But I, again,
25   could be mixing that up with when I look at

206

1    my, my results online with the Secretary of
2    State. I know -- well, there's no map there,
3    but I know I look precinct by precinct there.
4        Q    I see.
5        A    I don't remember any tables at all.
6        Q    So the Secretary of State's office
7    publishes information regarding the voting
8    results in each precinct in the county?
9        A    Yes.
10       Q    In the -- excuse me.
11       A    And that's all what's online. And
12   Henry County in particular has a county
13   website with that where their Board of
14   Elections reports it there. And I think it's
15   done through the Secretary of State, or you
16   could go to it separately there.
17         But I've always relied on that
18   county site to look at precinct by precinct.
19       Q    Does -- where a precinct is split
20   between two districts, does the Secretary of
21   State's data show the voting for each part of
22   the precinct? For example, in District 11 --
23   111, the precinct is split.
24       A    Uh-huh (affirmative).
25       Q    When you see data with regard to

Electronically signed by Joel Moyer (501-161-376-4513)                    afd8f269-a39f-4cfb-8a4a-31f654b778bf

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

57 (Pages 207 to 210)

207

1    how the precinct voted, can you see the data
2    with regard to how your section, 111's
3    section, voted, or is it -- is it the entire
4    precinct?
5       A    So, yes and no.  So it is not
6    divided.  But, for example, if I had a
7    precinct that was divided, I'll see the
8    overall total for a statewide race or a
9    countywide race, and then I'll see my total
10   which will be less voters.  And then I'll see
11   the other person who had the other part of the
12   precinct, so.
13      Q    I see.
14      A    But it would take me going in and
15   dividing, do the math myself, I guess.  It
16   doesn't individually break down the portions.
17      Q    Are there any sources of data that
18   you have with regard to the portion of the
19   precinct that is --
20      A    Not that I'm aware of.  And I've
21   testified earlier that's one of the challenges
22   I have in really looking precinct by precinct
23   at how a precinct performs, because I won't
24   always know, while I may win a precinct big
25   and then a Democrat wins it big, I don't know

208

1    how the precinct's actually divided if it's as
2    a whole.
3       Q    And on -- going back to this
4    meeting, you said you saw information about
5    Democrats and Republicans and Independents; is
6    that correct?
7       A    Yes.
8       Q    And did you see information as to
9    how redistricting, any one or all of the
10   components of the redistricting, would change
11   the number of black people or the number of
12   white people, for example, in a district?
13      A    Not that I recall.  Again, what
14   I -- when I say Republicans, Democrats, I'm
15   making an assumption that a benchmark
16   political race I'm looking at was a partisan
17   race.
18      Q    Right.
19      A    So that's what I remember looking
20   at.  And if we're in 2015, I believe that the
21   main race I was looking at would be the
22   Deal-Carter race.  That was the big race.  And
23   that's -- that was the big governor's race
24   2014 in Georgia.
25      Q    Right.  Right.  But you don't

209

1    recall -- oh, sorry.  I didn't mean to
2    interrupt you.
3       A    Well, I was thinking there was also
4    a Senate race that year.  I believe it was the
5    year David Perdue ran too, I can't remember,
6    maybe one other race we were looking at.  But
7    that's -- when I say Republican, Democrat,
8    what I recall looking at were the other
9    political races I've used as a benchmark to
10   see how Republicans, Democrats voted in my
11   district.
12      Q    But you recall -- I shouldn't say
13   but.
14           Do you recall at the meeting that
15   you testified to where the maps were
16   discussed, do you recall being shown data with
17   regard to how changes in your district would
18   affect the proportion of black or white voters
19   in your district?
20      A    I don't think so.  I just don't
21   remember that.
22      Q    At the meeting, were you shown
23   tables or given other information about
24   past -- how different parties voted?  Strike
25   that.

210

1            How -- let me strike that and start
2    over.
3            At the meeting in which you've
4    testified to and which we're discussing, were
5    you shown information about past elections
6    with regard to breakdowns between parties with
7    regard to districts or areas in your, in your
8    district?
9       A    Yes.  I remember looking at past
10   elections, yes.  That's what I was alluding to
11   when I said we looked at other races.  That's
12   what I mean.
13      Q    Right, right.  And the past
14   election information you recall seeing, is
15   that how different areas voted with regard to
16   either being Democratic or Republican or
17   Independent?
18      A    Yes.
19      Q    And I think from your testimony
20   it's fair to say that you do not recall, but
21   tell me if I'm wrong, past election
22   information broken down by how different
23   ethnicities or races voted?
24      A    No.  I don't think there's a way to
25   see that, if there is a way to see that.  Not

Donovan Reporting, PC                                              770.499.7499

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

58 (Pages 211 to 214)

211

1    that I know of.
2        Q    Do you recall someone sitting down
3    at a computer and clicking through various
4    options that might be used for the
5    redistricting?
6        A    Yes, but what I recall is clicking
7    on the map itself. My recollection of the, of
8    the program, which I know these other folks
9    will know a lot more about, is you're able to
10   click on a -- I don't know if it was a
11   precinct or how it went, but you were able to
12   click on certain areas.
13       And you could look and see, I guess
14   it was by precinct is all I know, look and see
15   how other political races, past elections,
16   went in that area. And in doing so, you could
17   actually click on that, so yes.
18       Q    Did you consider moving specific
19   streets in or out of your district as opposed
20   to the precinct level?
21       A    The only reason I'm pausing,
22   because, if I was dividing any precincts -- I
23   can't remember if we had precincts divided. I
24   know there were precincts divided to start
25   with. But if the population change was going

212

1    to be too much to where a precinct still had
2    to be divided -- I don't remember ever looking
3    at a particular street, though.
4        No. It was precinct based because
5    I remember the discussion in particular about
6    McDonough Central, but it was street based,
7    based on Representative Rutledge and where he
8    wanted to live. It was a particular side of
9    the road, so yes in that sense.
10       Q    Sorry. I didn't mean to laugh.
11       A    Have you deposed him yet?
12       Q    No, we have not.
13       A    Okay. You'll have to ask him about
14   that.
15       Q    We have not.
16       A    He did buy a house there recently.
17   He was right. I didn't believe him at the
18   time.
19       Q    We may ask him questions such as do
20   you -- would it surprise you to say that
21   Representative or Senator Strickland
22   testified -- I'm teasing.
23       A    Tell him I was angry about it. I'm
24   just kidding.
25       Q    Now, you -- do you recall that

213

1    prior to the redistricting in 2015, HB 566,
2    that you had -- in your district there were
3    two split precincts?
4        A    I remember two. One of them was in
5    Hampton, which is the weird way downtown
6    Hampton was divided. The other one was, I
7    think, the precinct leading into Stockbridge
8    where they had that one narrow strip that led
9    into Stockbridge.
10       So prior to '15, I at least
11   remember those two. If there were more, I
12   don't remember off the top of my head.
13       Q    Do you recall that as a result of
14   HB 566, you had more precincts that were split
15   as a result of the map that was drawn as in
16   2015?
17       A    I don't know, but I do know that
18   we -- those two that were split were
19   completely removed. So I don't know if we
20   split it -- let me think back at my last
21   election.
22       Mt. Carmel precinct wasn't
23   previously split and was then split, so there
24   was one. And there's a precinct somewhere in
25   McDonough. Oh, I'm wrong. McDonough Central

214

1    was always split, remained split, the one over
2    the square. I didn't count that as -- there
3    was three originally I remember being split.
4    It stayed split, though it was less split.
5        There was a new precinct
6    northern -- further north in Hampton that made
7    John Yates, that district, go further and have
8    that whole panhandle area. To do that
9    required another split of a precinct in
10   Hampton, so we lost a split but gained a
11   split, so now we're even on splits.
12       And there was one east of
13   McDonough somewhere, I think, that was split
14   still.
15       Q    Do you recall --
16       A    Or east Locust Grove. I can't
17   remember.
18       Q    I'm sorry. Did I interrupt? I
19   didn't mean to.
20       A    No. That's all I remember. I'm
21   just trying to think through. And I'm
22   thinking out loud, which is dangerous on the
23   record, I guess.
24       Q    Do you recall, does it ring a bell
25   if I were to tell you that five precincts were

R. Brian Strickland        Georgia State Conference of the NAACP, et al vs Kemp        January 26, 2018

59 (Pages 215 to 218)

---

215

1  split after the redistricting --
2      A    You may have looked at it --
3      Q    -- in 2005 --
4      A    -- and told me that. I don't
5  remember the --
6      Q    -- 2015?
7      A    Five. I remember the two -- the
8  three. I remember three off the top of my
9  head, and there were previously three. So
10  there may have been two additional splits
11  after the '15, if that's what you're saying,
12  but I don't remember.
13     Q    And I think you said that you did
14  not take notes at the meeting that we've been
15  discussing?
16     A    There were no notes.
17     Q    Do you recall anyone sending a
18  follow-up email regarding the meeting?
19     A    No, but I know we didn't because I
20  check my emails. One of the things I checked
21  in particular is to see if I had any
22  correspondence with Ms. Wright to see if we
23  ever discussed it, and I checked that on my
24  personal. I know my House email was already
25  checked.

---

216

1      But I made an additional search
2  myself for this deposition beyond what my IT
3  people did to make sure there wasn't anything
4  because I just didn't remember it, and there
5  was nothing there.
6      Q    Whether or not your emails preserve
7  it or your documents preserve it --
8      A    Yeah.
9      Q    -- do you recall any memorandum or
10  summary of the meeting being distributed?
11     A    I don't recall it. I remember
12  going to the office, and I remember going -- I
13  believe there was more than one meeting.
14  Again, it goes back to the Mr. Rutledge thing.
15  But I -- the difference in being in the
16  legislature versus practicing law, practicing
17  law, everything is very structured. You have
18  your calendar. People schedule meetings.
19     One thing I've learned being at the
20  State Capitol is everything happens on the
21  fly. Suddenly, there's a meeting you didn't
22  plan for. And so it's less structured, and so
23  I'm not surprised there's no emails or no
24  calendar entries dealing with it.
25     Q    Now, I just want to wrap up the

---

217

1  Reapportionment Office meeting issue --
2      A    Yeah.
3      Q    -- or question. And I know -- I
4  think I've said this before, but I just wanted
5  to make sure that I'm understanding.
6      You don't have any -- you think you
7  may have met with the Reapportionment Office
8  more than once. Is that --
9      A    Yes.
10     Q    -- fair?
11     A    Yes.
12     Q    Do you have any specific
13  recollection of any other -- or any
14  recollection of any other specific meeting?
15     A    About redistricting or --
16     Q    About redistricting.
17     A    -- any of this?
18     Q    About redistricting.
19     A    No, no.
20     Q    During the redistricting process
21  for 111 in 2015, were there -- was one of your
22  considerations that you wanted to make sure
23  that neighboring Republican districts were not
24  made significantly more Democratic by any
25  proposed changes --

---

218

1      A    Yes.
2      Q    -- to your district? And was any
3  purpose -- and I think I know the answer to
4  this, but I have to ask the question. Was
5  there any purpose in regard to changing the
6  racial demographics of your district?
7      A    No.
8      Q    Were you concerned about the racial
9  demographics of any other district?
10     A    No.
11     Q    So, for example, did you want to
12  avoid changing the racial demographics of
13  Representative Efstration's district, which I
14  understand were heavily white?
15     A    You've got to -- that's the
16  Gwinnett county seat.
17     Q    Yeah.
18     A    I wasn't --
19     Q    I'm sorry.
20     A    You're talking about the Gwinnett
21  County. That's Representative Chandler's
22  neighbor.
23     Q    Okay. That's right. That's right.
24     A    But as far as my neighbors --
25     Q    With any --

---

Donovan Reporting, PC                                        770.499.7499

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

60  (Pages 219 to 222)

219

1      A   --- there was never any discussions
2   about race or changes.
3      Q   Okay.
4      A   There was discussion -- again,
5   initially with this process, you have the
6   opportunity as the majority party to
7   strengthen numbers, and your political
8   numbers.  So we did look at other political
9   contests in the past and look at changes you
10  can make that would actually strengthen
11  Republican seats around me, including my seat.
12      But, again, numbers will be what
13  they are, but there was not really a way to do
14  that in Henry County.  And so I don't recall
15  any discussions about race involved in any of
16  that though.
17      Q   Do you believe that any changes to
18  your district resulted in more favorable -- a
19  more favorable political situation for any of
20  the districts surrounding it, more favorable
21  to Republicans, that is?
22      A   Yes.  I think in hindsight after
23  the 2016 election, my election was slightly
24  closer in 2016 than it was in '14.  And part
25  of it was the new McDonough area that I wanted

220

1   to be all in one district that came from
2   Representative Welch's district actually was
3   pretty heavily Democrat when you look at the
4   Trump-Hillary numbers.
5      Now, I still did pretty well there,
6   but the national politics affects me,
7   obviously.  And so that's why I look at other
8   races, because if I don't go knock on a door,
9   they may just think I'm just like all the
10  other Republicans or all the other Democrats.
11  You know, it depends on who you are.
12      And so in hindsight, I think that
13  the changes in '15 actually probably -- I'm
14  not sure if there's something that offset this
15  for Representative Welch's district, but I
16  think it could have actually benefited his and
17  hurt the 111 politically.
18      Q   Looking at the -- I recognize you
19  just said that you -- well, let me back -- ask
20  the question.
21      Did -- was your margin of victory
22  in 2016 less than it had been in previous
23  elections?
24      A   I believe it was, but I can't
25  remember how -- I know it was different from

221

1   the 2014, but I can't remember the '12,
2   honestly.  I think it was very similar to '12,
3   but I feel like it was a little bit closer
4   than '12.
5      Q   So in 2014, you won reelection?
6      A   With a larger number.
7      Q   Do you recall the margin at that
8   point?
9      A   It was -- I know it was over -- I
10  was over 53 percent.  It wasn't 52-point
11  something.  It was a larger margin.
12      Q   And then in 2016, your margin was
13  slightly less?
14      A   That's correct.
15      Q   Was it your view that if the
16  changes had not been made, the 2015 changes
17  had not been made, that you would have fared
18  worse in terms of percentage of margin of
19  victory in 2016 than you had fared in 2014?
20      A   I think -- no one will ever the
21  answer, but I think I actually could have done
22  a little bit better in hindsight.  And nobody
23  else may agree with this, but I think the
24  changes in '15 actually made my race a little
25  bit tighter in '16.

222

1      Q   Why -- how did you come to that
2   conclusion, or how do you come to that
3   conclusion?
4      A   It's -- it's based on the -- a big
5   new precinct I picked up in McDonough that was
6   a Democrat precinct.  And I say Democrat
7   precinct.  I'm putting it in a box, but I'm
8   comparing that to the presidential race.  It
9   was a heavy Hillary Clinton turnout precinct,
10  but it was new in the 111.
11      Q   I see.
12      A   And while I did decent with Hillary
13  voters, well enough to get reelected, I think
14  that probably hurt me a little bit.
15      Q   And did you -- did your opponent
16  win that precinct?
17      A   Yes, not as much as Hillary won it,
18  but yes.  I believe he -- I believe he did.
19  If I'm wrong, the numbers will show, but I'm
20  almost positive he did.  Because I -- if my
21  memory's correct, Trump lost by ten points.
22  And I want to say I lost my four or five, if
23  my memory's correct, but I may be wrong.
24      That was a sore point for me.  This
25  was a new area I picked up, and I thought that

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

61 (Pages 223 to 226)

223

1   the changes actually probably hurt me because
2   the people there had -- I was new to them.
3      Q    Were there any changes that you
4   made where you picked up areas or, or changed
5   the areas so that you did not have the areas
6   that you previously had? Were there any
7   particular changes that you felt benefited
8   you?
9      A    Maybe you could argue the rest of
10  McDonough that I did -- the McDonough Central
11  precinct I picked up more of just because I
12  know more people there because I work right
13  there in the square area and now I live in the
14  square area.
15      And in the meantime, I moved to
16  that area in between the two elections, and so
17  I think that that did probably help me
18  politically.
19      Q    Any other changes that you felt
20  helped you politically in the 2016 race?
21      A    Maybe you could argue the Eagle's
22  Landing pickup. Eagle's Landing is actually a
23  very Democrat area. But, also, I'm a member,
24  well, became a member in the meantime.
25  Because of the changes, I got more involved

224

1   there, became a member of that country club.
2      And I think that I was able to
3   probably pick up some more votes there, and
4   that would be more crossover votes, if you
5   will, people that vote Democrat that voted for
6   me because they knew me.
7      I'm speculating on all this, but
8   those are two, two places I think I probably
9   benefited.
10      Q    Okay. I'd like to show you --
11      MR. KHOURY: I was just looking to
12  see if we had coffee so I don't pull a
13  Representative Yates on us in here.
14      THE WITNESS: I feel so bad talking
15  about him. He was a great guy. It was just a
16  boring meeting.
17      MR. PHILLIPS: Remind me to tell
18  you an anecdote when we go off the record.
19      (Whereupon a document was identified as
20  Plaintiff's Exhibit 36.)
21      Q    I'm going to show you a document
22  that's been previously marked as Exhibit 36.
23      A    Here are those results that I was
24  talking about.
25      Q    When you say those results you were

225

1   talking about, what do you mean?
2      A    Well, I mean simply, it looks like
3   it comes from the Henry County website that I
4   look at after each election.
5      Q    And was this -- so you recognize
6   this document or at least the format?
7      A    At least -- I believe this is how,
8   if you click on each precinct, and if you did
9   this -- well, let's look at the bottom.
10      Well, I did not go -- this looks
11  familiar in the sense of you can go precinct
12  by precinct on the Henry County website and
13  look at precincts and how they vote, so that's
14  why I say I recognize it. I'm not sure if
15  that's where this came from or not, but.
16      Q    So, for example, if you look at the
17  fourth page of Exhibit 36, which is -- I'm
18  sorry.
19      Is it correct that the first five
20  pages refer to precincts that were in Henry
21  County as of November of 2014, or at least
22  part of them were in Henry County?
23      A    Yes. That appears to be the case.
24  And the last two pages look to be Gwinnett
25  County.

226

1      Q    Which does not border on your --
2      A    Right.
3      Q    -- precinct, correct, or -- yeah.
4      A    Correct.
5      Q    Now, if you look at page -- this is
6   the fourth page. If you look at the fourth
7   page of the document, would it be fair to say
8   that, based on reviewing this document or your
9   knowledge generally, that of the precincts in
10  Henry County you did most poorly, or you did
11  less well, in Stockbridge West than you did in
12  other precincts? That is, you received fewer
13  votes.
14      A    Looks like I received the fewest
15  votes in Stockbridge West.
16      Q    Is the Stockbridge West in the
17  northern portion of your district?
18      A    We need to look at the map, but my
19  recollection is that is the arm, if you will,
20  I keep referring to, I think that was a split
21  precinct that got you to the Stagecoach
22  precinct, which is that one of the top that I
23  said made no sense.
24      This is the area that cuts around
25  the Eagle's Landing Country Club and cuts

Donovan Reporting, PC                                        770.499.7499

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

62 (Pages 227 to 230)

227

1    around the 75 corridor there to get to the
2    Stagecoach precinct. When you look at a map,
3    it looks like it's just the vehicle to get to
4    another precinct.
5         Q    And was Stagecoach West removed
6    from District 111 as a result of the 2015
7    redistricting?
8         A    Stagecoach was. And I believe --
9         Q    I'm sorry. Excuse me. I misspoke.
10        A    Yeah, but I want to answer your
11   question too.
12        Q    Okay.
13        A    I believe Stockbridge West was as
14   well, but they both -- it was that entire --
15   my recollection is that is an arm in itself.
16   The weird little top part of the 111 before
17   '15, both of those were taken off when it was
18   flattened out.
19        Q    Do you know what the racial
20   demographics of Stockbridge West are?
21        A    No.
22        Q    And do you know what the racial
23   demographics of the precinct you also
24   mentioned in your last response, Stagecoach,
25   were?

228

1         A    No. But I can tell you, knocking
2    on doors, Stockbridge West was a lot of newer
3    homes, people that commute in and out to
4    Atlanta every day. It was honestly a
5    different type of voter than Stagecoach, which
6    is right above of it, which was an old -- more
7    older population.
8              Very young population, very well
9    educated in Stockbridge West versus
10   Stagecoach. Not saying they're uneducated,
11   but it's just an older population that's been
12   there forever versus new people that moved in,
13   young people that had moved in.
14        Q    But you wouldn't characterize each
15   as predominantly a black community or
16   predominantly white community?
17        A    I don't know. It's very diverse.
18   When I knocked on doors, I saw white and black
19   and other races too.
20        Q    If you could look at the second
21   page of Exhibit 36.
22        A    Yes.
23        Q    Do you recall -- well, where the
24   Flippen and Hickory Flat precincts in
25   District 109 at the time of the 2014 election?

229

1         A    It must have been if these are Dale
2    Rutledge's results.
3         Q    And do you know, having -- do you
4    know what the racial demographics of those
5    districts are?
6         A    I don't, but I do know that Flippen
7    is the Eagle's Landing precinct that has
8    that -- the whole country club in it. As a
9    member of the country club, my wife's actually
10   the chair of the membership board, we're a
11   very diverse club.
12             I don't know our breakdown, but we
13   are a good melting pot of young professionals,
14   so I don't -- it's diverse. I know that.
15        Q    And then on the third page of the
16   exhibit you see the name, and I'm probably
17   going to murder this, Tussahaw. Is that at
18   the top of that table?
19        A    Yes.
20        Q    And was that precinct within
21   District 110 at the time of the 2014 election?
22        A    It appears it is if -- because this
23   is Andy Welch versus Kaye Shipley, and that
24   was the race for 110 in 2014.
25        Q    Do you ever -- do you recall ever

230

1    knowing or discussing the racial demographics
2    of that precinct?
3         A    I don't. To be on honest with you,
4    I don't know where that is now. I believe
5    that that was one of those split precincts,
6    and so I don't remember spending much time
7    campaigning there because there are very few
8    voters there that I recall.
9         Q    Very few Republicans or just
10   generally very few voters?
11        A    Just general voters that I recall
12   in my last election, because I remember that
13   being a precinct that to this day I still
14   can't tell you where it is. I think it's in
15   my Senate district. I should know that.
16        Q    Were there changes that were
17   proposed to the 2012 map in preparation for
18   HB 566 that you rejected as the representative
19   of District 111?
20        A    Not that I recall. I mean, again,
21   the conversation I remember having was pretty
22   to the point of, I don't know who had the
23   original proposal, but the idea that I
24   discussed previously about the communities.
25   And I remember the discussion about McDonough

Electronically signed by Joel Moyer (501-161-376-4513)                    afd8f269-a39f-4cfb-8a4a-31f654b778bf

231
1   in particular, the square, as we've gone over
2   before.
3       But I don't remember there being
4   something I proposed that will -- that someone
5   else proposed that I rejected. That was your
6   question. I don't remember that ever coming
7   up.
8       Q    Did you ever request that a map be
9   drawn which -- where the number of Republicans
10  in your district increased?
11      A    Yes, but I -- what I remember is
12  the initial conversation. The first thing we
13  discussed was politics and looking at whether
14  or not we could keep strong Republican base
15  seats in Henry County, looking at all these
16  seats put together, so I do remember that
17  conversation.
18      Now, whether that -- whether there
19  was ever actually a map that I could come up
20  with that would do that, no, I don't even
21  remember seeing anything that would actually
22  do that.
23      Q    Did you ever -- let's set aside
24  your district for a moment.
25      A    Okay.

232
1       Q    And ask you whether you ever heard
2   other members of the legislature requesting
3   information regarding the racial demographics
4   of their district or of any district.
5       A    No. I don't remember that coming
6   up.
7       Q    And did you ever see any maps with
8   regard to -- which broke down precincts or
9   districts by race?
10      A    Not that I recall, huh-uh.
11      Q    And I take it you did not ask for
12  any such map for your district?
13      A    No.
14      Q    Excuse me. Do you recall that the
15  changes, the sum total of the changes that
16  were made to District 111 as a result of HB
17  566, decreased the number of African-Americans
18  in your district, voters that is, by
19  approximately 2.5 percent?
20      A    I don't recall that.
21      Q    Do you have any -- do you think
22  that's wrong?
23      A    I don't know. I actually do -- I
24  disagree with that number, but I'm not sure
25  how good my basis is for disagreeing. My

233
1   basis for disagreeing is the fact that the new
2   area that I picked up was very diverse. And
3   so I don't have any statistics to say one way
4   or another, but I -- that's the only reason I
5   can say I disagree with that, but I don't
6   know.
7       Q    Do you know whether the number of
8   white voters was increased by any changes that
9   were made to --
10      A    I don't.
11      Q    -- District 111?
12      A    And it's the same answer. I would
13  think no, but I don't know what the actual
14  numbers were. I didn't see that on the
15  ground.
16      Q    And I'm not sure that we
17  discussed -- I think you told me that
18  Stockbridge West was moved into House District
19  109 --
20      A    I believe that's --
21      Q    -- in 2015?
22      A    I believe that's right because
23  that's, again, that's the arm that gets to
24  Stagecoach.
25      Q    Do you recall why it was decided to

234
1   move that portion of Stockbridge West into
2   District 109?
3       A    Yes, I remember that specifically.
4   Because that takes, when you look at the maps,
5   it makes 109 cover that whole Stockbridge
6   region, Stockbridge all the way to the east,
7   and gets it out of going around the country
8   club and put 111 into the club south.
9       Q    Do you know what the -- in terms of
10  votes for Republicans versus Democrats, do you
11  know what the effect of moving Stockbridge
12  West out of your district and into another
13  district was on your district?
14      A    I don't know. I would say it
15  probably broke even because Stagecoach was a
16  historically Republican precinct that also
17  went away with that, and Stockbridge West was
18  historically a Democrat precinct. And when I
19  say Republican and Democrat, I'm basing that
20  on other benchmark political races, making
21  assumptions.
22      I don't believe I previously ever
23  won Stockbridge West, so I always won
24  Stagecoach. And so I gave up a reliable
25  precinct there when I gave up Stagecoach.

235

1    Q    Between, as opposed -- if you
2  compare Stockbridge West and Stagecoach, do
3  you have an understanding as to the racial
4  demographics of each of those precincts?
5    A    I don't. Again, Stockbridge West
6  is more of a younger professional crowd.
7  That's just my opinion, what I've seen. And
8  Stagecoach is your older, more senior folks
9  that have lived in that area forever.
10        And when you drive around and you
11  knock on doors there, you have to walk up long
12  driveways with dogs versus Stockbridge West
13  where I can go into neighborhoods that are
14  more like townhomes. It's just more --
15  honestly, some voters that I associate more
16  with as a young professional.
17    Q    So the combination of moving
18  Stockbridge West and Stagecoach into 109, you
19  believe that's sort of a wash, that it didn't
20  really have any impact on your electoral
21  success?
22    A    Yes. I mean, we could do numbers
23  and look and compare the -- my 2014 numbers
24  there in those precincts, but that's just my
25  opinion of it.

236

1    Q    I mean, if you'd like to, you said
2  we can look at numbers, I'm happy to have you
3  do that if you, if you think that would be
4  helpful.
5    A    Well, if you look at the numbers,
6  then it would be Jim Nichols did really well
7  in Stockbridge West versus Stagecoach, where I
8  did well compared to him and not very well
9  compared to him. So I guess you could argue
10  there's more Democrats, more Democrats total
11  in those two put together than are
12  Republicans.
13    Q    So --
14    A    If you assumed Democrats voted for
15  him, Republicans vote for me. Our voters, he
16  did better overall in that entire area than I
17  did if you put the two together.
18    Q    So is it correct that moving those
19  two precincts out of your district would have
20  benefited you; correct?
21    A    Depends on what I picked up in
22  exchange for it.
23    Q    But I mean -- no, I understand.
24    A    Yeah.
25    Q    But in terms of the effect of those

237

1  two precincts moving out, all other things
2  being equal, that movement out would benefit
3  you; is that correct?
4    A    It's just hard to say that because
5  I still lost -- if you look at it that way, I
6  lost 681 plus 265 voters total right there. I
7  lost that many votes. So I don't know, and I
8  don't know how Jim Nichols -- Jim's a friend
9  of mine. He actually endorsed me this last
10  year when I ran.
11        But I don't know how he compares to
12  other candidates either, whether or not that's
13  fair to say that my '16 opponent would have
14  done the same thing there. Jim I think
15  lives -- he does not live in Stockbridge West
16  because he's still in 111, but he lives in
17  that area too which probably gave him some
18  advantage.
19        He actually worked really hard,
20  knocked on doors. We came friends again after
21  the election, so that may have been part of
22  the reason he performed so well there. I
23  don't know how it looked in '12. We could
24  look back and see and compare.
25    Q    And I don't think we've talked much

238

1  about the Flippen precinct before.
2    A    Yeah.
3    Q    Did, did -- was the result of
4  the -- of HB 566 that the Flippen precinct was
5  split, that is, that it had previously been
6  part of District 109 and after the HB 566 was
7  passed a portion of the Flippen precinct went
8  into House District 111?
9    A    I don't know how much of it did,
10  but that was the Eagle's Landing community.
11    Q    I see.
12    A    That's what that pickup is.
13    Q    Okay.
14    A    So that's why it looks like a
15  split. It's not on the ground. It's -- you
16  have a particular community right there. I've
17  actually thought all of Flippen went to 111.
18  I may be wrong. Maybe that is a split
19  precinct. But the part -- Highway 42 divides
20  it.
21        Everything west of 42 was put into
22  111. That's all a particular community there,
23  Eagle's Landing. It has several neighborhoods
24  in it, which is very diverse when you look at
25  race. That's one of the most diverse areas

R. Brian Strickland                Georgia State Conference of the NAACP, et al vs Kemp                January 26, 2018

65 (Pages 239 to 242)

239

1   you'll see in our county in my opinion.
2       Q    Would you characterize that county
3   in any way economically?  Upper middle class,
4   middle class, et cetera?
5       A    It's a great mix because you have
6   starter home communities that are called
7   Eagle's Landing communities and you have
8   million-dollar homes mixed in.  It's a true
9   mix, which is kind of rare to see houses like
10  that next to each other.
11      Q    Did you think the change in the
12  Flippen precinct benefited you ultimately in
13  terms of political results?
14      A    But it wouldn't have benefit --
15  yes, but not anybody else.  It benefited me
16  because of the fact that after that happened I
17  got more engaged in that country club.  The
18  club country has struggled a little bit.  It's
19  had some issues in the past, and they
20  needed -- and the issues have been young
21  people aren't joining country clubs like they
22  used to.
23          And a lot of the growth in Henry
24  County went further south, and so my wife and
25  I decided when we got married to get involved

240

1   there socially and met a lot of folks.  And so
2   it did politically benefit me, in my opinion,
3   because we made a lot of friends in there.
4       Q    Is Flippen -- I'm sorry.  Is the
5   country club you referenced, is that a private
6   club?
7       A    Yes.  It's part of Club Corp.  It's
8   a private club.  But when I say Eagle's
9   Landing, I'm not just referring to the club.
10  Again, Eagle's Landing is the entire group of
11  neighborhoods, and I have a law office there
12  too.
13      Q    Do you recall that the Hickory Flat
14  district, which is on the same page --
15      A    Yeah.
16      Q    -- was split as a result of the
17  changes in -- that were the result of HB 566?
18      A    I don't remember where Hickory Flat
19  is.  I honestly need to look at the map to
20  tell you.  I don't remember.  I feel like
21  that's right in that same area, but I can't
22  remember if that's part of -- or if that was
23  picking up one more Eagle's Landing
24  neighborhood or what that was doing, if it was
25  split.

241

1       Q    Just for the sake of clarity, why
2   don't we look at that map.
3           I'm showing you first Exhibit 5.
4       A    Uh-huh (affirmative).
5       Q    Which is Henry County House
6   Districts  - as of 2012.
7       A    Okay.
8       Q    And then Exhibit --
9       A    I can answer it based on this.
10      Q    Can you?
11      A    Yeah.
12      Q    Okay.
13      A    That answers my question.  So
14  Flippen, the Eagle's Landing community is all
15  off Eagle's Landing Parkway through here.
16  This is the -- this is the actual club itself.
17  And all these neighborhoods surrounding,
18  they're all part of that community.
19          Highway 42 is a major divide here.
20  There are Eagle's Landing neighborhoods that
21  go off on the east side of 42 into Hickory
22  Flat.  And so if, if this -- and this is
23  divided, not -- it does not go all the way
24  over here.  This is a whole different area
25  compared to this area as far as the community.

242

1           So what was, what was picked up, if
2   you will, with the change would have been
3   drawing this whole Eagle's Landing area in.
4   And then another note is Stockbridge has
5   incorporated some of these neighborhoods in,
6   as you see.  That's what this area is here.
7           And so that also kept 111 having
8   another vote when it comes to Stockbridge,
9   which from a political standpoint is important
10  because you have 109 that's one person that
11  has city of Stockbridge, 111 has a little bit
12  of Stockbridge, and then you have Democrats
13  with the rest.
14          And so it kept it politically
15  diverse and Republicans having a say in what
16  happens in Stockbridge while still a minority
17  say, but of having a say there too.
18      Q    So this map of 2012, looking at
19  this, you're -- you can recollect what
20  happened in 2015?
21      A    Yes.  I know based on, based on
22  just the communities alone.
23      Q    Based on -- okay.
24      A    Yeah.
25      Q    Okay.  And I'm sorry.  Did we

Donovan Reporting, PC                                                           770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                                     afd8f269-a39f-4cfb-8a4a-31f654b778bf

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

66 (Pages 243 to 246)

243

1   also -- I think you wanted to look at the --
2   one of the reasons you wanted to ask to look
3   at that or suggested we look at that was --
4   strike that.
5          I think I suggested we look at it
6   when you mentioned it.
7      A   Doesn't look like Stockbridge West
8   was ever split, by the way. I guess I had the
9   whole thing. I was wrong on that.
10     Q   What about the Hickory Flat
11  precinct?
12     A   That's what we just discussed. It
13  was split --
14     Q   Okay. That's right. I'm sorry.
15     A   -- to get all of Eagle's Landing.
16     Q   Right, right. Okay. Okay.
17     A   Want me to leave this out?
18     Q   I think we may be able to --
19     A   Okay.
20     Q   I'm not absolutely sure, frankly.
21         THE VIDEOGRAPHER: Mr. Phillips,
22  can you put on your my microphone back on?
23         MR. PHILLIPS: Oh. Thank you.
24  Were you able to get my --
25         THE VIDEOGRAPHER: Yes. I turned

244

1   you up. And there's six minutes left.
2          MR. PHILLIPS: I'm skipping
3   questions. I apologize for the delay, but --
4          THE WITNESS: Okay. That's fine.
5          MR. PHILLIPS: -- I think it will
6   ultimately benefit where we've already
7   discussed them.
8          Okay. So, actually, since I'm
9   about to move onto another document, why don't
10  we just pause here for a few minutes.
11         MR. KHOURY: Okay.
12         THE WITNESS: Okay.
13         THE VIDEOGRAPHER: Going off the
14  video record at 2:33 p.m.
15         (Proceedings in recess, 2:33 p.m. to
16  2:45 p.m.)
17         THE VIDEOGRAPHER: We're back on
18  the video record. This is the beginning of
19  video file number four. The time is 2:45 p.m.
20         (Whereupon a document was identified as
21  Plaintiff's Exhibit 284.)
22     Q   Senator Strickland, I'm going to
23  give you a document that I've marked for
24  identification as Exhibit 284.
25         And this document, the first page

245

1   of which bears Bates number GA-000682, it's a
2   multipage document, it appears to be an email
3   from -- an email string, the top email of
4   which is from Mr. O'Connor, Dan O'Connor, to
5   Chris Kelleher.
6          And it's regarding House District
7   80 with two attachments, one regarding House
8   12 Re-2014 Voting Data HD 48 and then another
9   attachment, House-amdsub-2015-PACKET-pdf.
10         Do you see this, sir?
11     A   Yes. I've never seen it before,
12  but I've not --
13     Q   You have not -- I'm sorry.
14     A   Not that I recall.
15     Q   Okay. If you could look at the
16  first attachment, which is at page -- the
17  fourth page of the email. And this is a chart
18  of House District 48; is that correct?
19     A   It appears to be.
20     Q   And then there is a map which has
21  Proposed Georgia House Districts. Do you see
22  that on the fifth page?
23     A   Yes, appears to be.
24     Q   If you could flip with me to the
25  tenth page of the document?

246

1      A   Was this the fifth page with the
2   map? Is that what you said? I'm just trying
3   to get my bearings.
4      Q   That's my understanding, yes.
5      A   Okay. Six.
6      Q   So the page I wanted to look at
7   is the page with the 000691.
8      A   Okay.
9      Q   You see that?
10     A   I'm there.
11     Q   And then have you ever seen this
12  table before?
13     A   I don't believe so.
14     Q   Have you ever seen any similar
15  table?
16     A   Not that I recall. I don't quite
17  know how to read this either. But, no, not
18  that I recall.
19     Q   Okay. If you move down -- you see
20  on the left-hand side, there's the word at the
21  top, there's the column heading District?
22     A   Yes, and I see 111 on here.
23     Q   Right. And 111 has -- appears to
24  have two rows, one which is not -- there is
25  nothing appearing in this second column. And

Donovan Reporting, PC                                                    770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                    afd8f269-a39f-4cfb-8a4a-31f654b778bf

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

247

1    then below that is VAP.  Do you have an
2    understanding of what VAP means?
3        A    I've heard the term, but I do not
4    know what it means, honestly.
5        Q    Is that voting age population?
6        A    Okay.  Yes.
7        Q    Does that ring a bell?
8        A    That -- yes.
9        Q    And then if you look to your right
10    and you see the Percent Total Black column?
11       A    Uh-huh (affirmative).
12       Q    Percent Total Black is at the top.
13    And you'll see that the numbers under that
14    column for 211 -- excuse me, District 111 show
15    that the -- the first number is 35.37 percent.
16    And then the second number is 32.31 percent.
17            Is it correct or is it your
18    understanding that those percentages, or the
19    percentages for the District 111 of voting age
20    black population, before HB 566 was 35.31
21    percent and after HSB 566 the number declined
22    to 32.31 percent?
23       A    I don't know.  Honestly, I don't
24    know how to read this.
25       Q    Setting aside the table, do you

248

1    recall that the number or the percentage of
2    African-American voters in your district after
3    566 was passed declined by a little more
4    than -- or about 3 percentage points?
5        A    I don't know.
6        MR. KHOURY:  How -- Greg, help me
7    out.  Where is the before number?  Which one
8    is that?
9        MR. PHILLIPS:  I believe -- I
10    confess that the before -- I believe, as I'm
11    reading the chart, the before number is the
12    first row that appears next to 111, and the
13    second number is the post HB 566.
14       MR. KHOURY:  I think the second
15    number is the VAP.
16       MR. STRICKLAND:  Yeah.
17       MR. KHOURY:  The percentage VAP,
18    and the first number is the percentage total
19    population.  But that's how we've looked at it
20    in previous depositions.
21       MR. PHILLIPS:  I'm sorry.  Am I --
22       MR. STRICKLAND:  Isn't the first
23    number T pop, total population, because --
24       MR. KHOURY:  Correct, and the
25    second number is the VAP.

249

1        MR. STRICKLAND:  VAP, right.
2        MR. PHILLIPS:  I'm sorry.  Where
3    are you on the chart?  I may be misreading
4    this.
5        MR. KHOURY:  So the 35.31 and the
6    32.31, the first one is total population and
7    the 32 is the VAP.
8        MR. PHILLIPS:  Oh, I apologize.  I
9    think you're right.
10       MR. KHOURY:  So there should be --
11    yeah, there should be a line.
12       MR. PHILLIPS:  Yeah.
13       MR. KHOURY:  There could be like a
14    line dividing that.
15       MR. PHILLIPS:  Yeah, so why don't
16    we strike that.
17       A    So saying 32 percent of the voting
18    age population or of voting age?  I don't even
19    know how to --
20       MR. KHOURY:  I think that's 32
21    percent of the voting age population is --
22       THE WITNESS:  Is --
23       MR. KHOURY:  Falls under the total
24    black category, which in and of itself is --
25       MR. PHILLIPS:  Right.

250

1        MR. KHOURY:  -- is not -- I mean,
2    there's a lot packed into that too, so.
3        THE WITNESS:  Okay.
4        Q    Okay.  Well, why don't we set this
5    document aside.  I clearly apparently have
6    misread this.
7            But in any case, you're not aware
8    of whether or not the voting age population of
9    black people in your district declined or not?
10       A    I'll be completely honest.  I
11    probably should know what VAP is.  I've heard
12    that terminology, but I don't know anything
13    about it to be completely honest.  I don't
14    know.  That's -- I let the political
15    consultants figure that stuff out, and so I
16    don't know.
17           (Whereupon a document was identified
18           as Plaintiff's Exhibit 285.)
19       Q    Okay.  Let me show you another
20    document which, which is a one-page document
21    that I'm going to mark as Exhibit 285.  And
22    this is a one-page document consisting of an
23    email apparently between Dan O'Connor, and
24    it's to awl@sbllaw, Bates number GA2-001571.
25           Do you recall seeing this document

R. Brian Strickland     Georgia State Conference of the NAACP, et al vs Kemp     January 26, 2018

68  (Pages 251 to 254)

---

251

1  before?
2      A   No.
3      Q   Do you know to whom the email
4  address awl, et cetera, belongs?
5      A   No. I don't recognize it.
6      Q   Do you know of an Anne W. Lewis of
7  the Republican National Lawyers Association?
8      A   No.
9      Q   Would you have any reason to doubt
10  me if I represented to you that that who is --
11  that is who --
12      A   I don't know who she is. I've
13  never heard of her, so I don't -- I've never
14  dealt with anybody with -- is the national
15  party, I guess, is you're saying? I've never
16  dealt with anybody in the national party.
17      Q   If you could look at this email, it
18  says follow-up -- the subject is Follow-Up,
19  President's Day Dinner?
20      A   Uh-huh (affirmative).
21      Q   And if you look at the last
22  paragraph on the page, it says that these --
23  the D -- excuse me, "the redistricting changes
24  in the House made last week, the minority
25  percentages changed little, even for the two

---

252

1  main beneficiaries, Joyce Chandler in
2  Gwinnett's HD 105 and Brian Strickland in
3  Henry's HD 111."
4      Would you agree with Mr. O'Connor's
5  statement that you were one of the "two main
6  beneficiaries," quote-unquote, of the
7  redistricting changes of 2015?
8      A   No.
9      Q   Are there other people that you
10  believe benefited more from the redistricting
11  changes?
12      A   I don't know. I told you earlier
13  I'm not sure I personally benefited at all
14  from it. One thing, I laughed when you first
15  put this in front of me, is that Mr. O'Connor
16  seems to have a lot of opinions about
17  politics, but he was wrong on one thing in the
18  first paragraph here.
19      He said that the presidential race
20  would come down to Florida and Ohio. That
21  wasn't the case. So he likes to make a lot of
22  predictions about politics. I'm not sure how
23  much credibility I give him. But I don't
24  know. I don't have any opinion.
25      I don't know what happened with

---

253

1  Representative Chandler's seat. I just didn't
2  follow it. I was focused on my own race.
3      Q   Okay.
4      A   I don't remember who else was
5  affected by this, but I don't -- I'm of the
6  opinion, I didn't get any sort of advantage,
7  and I don't think the party got any sort of
8  advantage from any changes to 111. I may be
9  wrong.
10      Maybe the party did somehow down
11  the road. Someone else will now be running
12  for that seat this year. But I disagree with
13  this.
14      Q   And then he goes on to say, "Under
15  HB 566, Chandler's district drops from 36.69
16  percent to 34.69 percent black -- just a two
17  percent drop -- and Strickland's drops by 2.53
18  percent from 37.84 percent to 35.31 percent."
19  Do you see that?
20      A   Yes.
21      Q   Were you aware of the drop in the
22  percentage of blacks in your district as a
23  result of HB 566?
24      A   No, and I'm not sure this is
25  correct.

---

254

1      Q   What -- I'm sorry.
2      A   Well, earlier I saw numbers that
3  showed there's a miscellaneous other race
4  of -- I don't know if it was over 10 percent
5  that said that was in 111, so I don't -- I'm
6  not sure how we can ever say whether or not
7  the people in 111 -- whether or not the black
8  population in 111 increased or decreased as a
9  result of House Bill 566.
10      Q   So -- okay.
11      A   I think there's statistical issues
12  and assumptions made. And the problem is
13  nobody actually knows how many people -- what
14  people look like overall in a district.
15      Q   So can you just tell me what are
16  the -- the bases, if you have any, other bases
17  for disagreeing or suspecting Mr. O'Connor's
18  conclusion that the percentage of black people
19  in your district dropped as a result of HB 566
20  by 2.53 percent?
21      A   Do I have any other than what I've
22  said?
23      Q   Yes.
24      A   Also the other thing I would say is
25  this doesn't have anything for 2016. I think

---

Electronically signed by Joel Moyer (501-161-376-4513)         afd8f269-a39f-4cfb-8a4a-31f654b778bf

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

69  (Pages 255 to 258)

---

255

1   the right thing to do would be to look, in my
2   opinion, at political races from '14 to '16,
3   Republican-Democrat, and see if there really
4   was a change in the voting.
5           When I do that, I see my numbers
6   went slightly down. So I would argue that
7   Democrats actually got an advantage with House
8   Bill 566 with 111.
9       Q    Well, isn't it correct, Senator,
10  that if -- let's assume for a moment that the
11  demographics of your district were changing
12  between 2012 and 2015. You won election in
13  2014; is that correct?
14      A    Correct.
15      Q    Certain changes were made to your
16  district in 2015; is that correct?
17      A    Correct.
18      Q    Is it your view that if those
19  changes in 2015 had not occurred that you
20  would have won your district by a larger
21  percentage than you in fact did win it in
22  2016?
23      A    I think possible --
24          MR. KHOURY: I'm going to object to
25  the form of the question, but you can answer.

---

256

1       A    I think it's -- I'm speculating,
2   but I think yes because I did better in '14
3   than I did in '12. And my numbers in '16 were
4   slightly down from '14 as far as the votes I
5   got. And so I think in hindsight I probably
6   would have been better served personally if
7   I'd kept the same district I had, people that
8   knew me and voted for me previously.
9       Q    But if the demographics of your
10  district were changing, and let me just ask
11  you to assume that for a second, for a minute,
12  isn't it possible that the changes in your
13  district resulted in the -- in a greater
14  percentage of votes for you than would have
15  been the case had the district remained as it
16  was in 2014?
17      A    Oh, that would assume that the
18  change in demographics -- that because of who
19  somebody is, they wouldn't vote for me, and
20  that's not my experience. So that -- the
21  assumption you'd have to make there, if you're
22  saying that African-American numbers are
23  getting higher in my district, therefore, I
24  would have gotten less votes, I think that's a
25  flawed assumption because that means that

---

257

1   someone only votes based on what they look
2   like, which I think is the definition of
3   racism to say that.
4       Q    And you say that even though the
5   overwhelming majority of African-Americans
6   vote for Democrats?
7           MR. KHOURY: Object to the form of
8   the question.
9       A    I don't think that's a fair
10  statement. Go to my district, Henry County.
11  My GOP chair is African-American. The
12  chairperson of our County Board of
13  Commissioners is African-American. Both are
14  Republicans.
15          When I knock on doors, when I go to
16  African-American churches, I get great
17  response despite the fact I'm a Republican. I
18  think the party has national issues, but I
19  don't believe that applies at the state level.
20      Q    Did you ever solicit public comment
21  on changes that you proposed for your district
22  in 2015, comments from either your
23  constituents or a broader range of people?
24      A    Personally, no, but we did have
25  hearings on it. And so I don't -- if I have a

---

258

1   bill, I don't in particular go and necessarily
2   gather comments. It takes care of itself,
3   honestly.
4           My constituents seem to usually
5   follow what we're doing pretty well, even
6   better than some of the districts because I'm
7   so close to Atlanta. I think they follow
8   what's on the news more, and they come up and
9   visit me more.
10          So I don't recall. And I guess if
11  there were no emails about it, I don't recall
12  any emails from any constituents addressing
13  this process one way or another. I don't
14  recall it. I don't recall any sort of
15  communication from back home about it, and I
16  don't recall anybody coming to any of the
17  hearings about it.
18      Q    When you say "hearings," was
19  hearings held by?
20      A    The committee process.
21      Q    The Reapportionment Committee?
22      A    Correct, the committee process
23  every bill goes through.
24      Q    Did you by any chance hold any town
25  meetings?

---

Donovan Reporting, PC                                           770.499.7499

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

70 (Pages 259 to 262)

259

1     A    No.
2     Q    Or similar gatherings about this?
3     A    No, but that's not -- again, I
4  don't do that with bills. I -- but that said,
5  I may -- I do routinely have town halls during
6  session, so I don't know if this came up at a
7  town hall or not.
8         So I do normally hold town halls
9  during my legislative session just to get
10  feedback on issues, but I don't recall whether
11  or not this one was addressed.
12     Q    Do you believe generally that
13  members of the House of Representatives have
14  the right to choose who is in their district?
15     A    Yes. That's how it works.
16     Q    And do you believe that the
17  constituents in your district were adequately
18  informed about the proposed changes to your
19  district?
20     A    Yes.
21     Q    How, how do you understand they
22  were informed of the changes --
23     A    Because it went through --
24     Q    -- the proposed changes? Excuse
25  me.

260

1     A    It went through the same process
2  that we always go through with redistricting.
3  It sat in committee, and it was all available
4  online. We even had the, the maps. If I
5  recall, I remember -- I think one of these
6  sheets had a map that showed the state as a
7  whole and the districts being affected, so all
8  that was out for everyone to see.
9         I don't remember if there was a lot
10  of local press on it. I don't -- just don't
11  recall. But it's part of our function as a
12  representative. Part of our job is to deal
13  with issues like this.
14     Q    And I believe -- or strike that.
15         Other than the -- I think you had
16  an -- you mentioned an article in a local
17  newspaper that you had -- where you had
18  addressed some issues relating to
19  redistricting; is that correct? We talked
20  about this early in the session.
21     A    No. That was actually about the
22  lawsuit.
23     Q    Oh, that's right. I apologize.
24     A    Yeah.
25     Q    My mistake.

261

1     A    That was the first time --
2     Q    Were there any -- strike that.
3     A    That was the first time anybody
4  ever had any issue with, with the
5  redistricting --
6     Q    Right.
7     A    -- was when the lawsuit was filed.
8     Q    Did you have any interviews with
9  any members of the press, either television or
10  other, other media, about the redistricting
11  process before HB 566 was passed?
12     A    I don't recall. I really don't
13  remember. I do a lot of interviews, but I
14  don't recall.
15     Q    Did you publish any articles, op ed
16  pieces, or anything else regarding HB 566
17  before it was passed?
18     A    I don't know. I do a weekly
19  newsletter to constituents, let them know the
20  bills we have each week. So I'm assuming it
21  would have been out in that newsletter, but I
22  don't know.
23     Q    Is -- where is -- is your
24  newspaper -- strike that.
25         Is your weekly newsletter published

262

1  online?
2     A    Yes.
3     Q    And do you know if it still exists
4  online?
5     A    I would have said yes until I got
6  elected to the Senate. I know my, my website
7  had every one on there. And my Facebook page,
8  you could still go through my Facebook page,
9  I'm sure, and pull it up because I had
10  transferred my House page to a Senate page by
11  changing the name of it.
12         And so all of that information
13  would still be online if it's there.
14         (Whereupon a document was identified as
15         Plaintiff's Exhibit 50.)
16     Q    Okay. I'd like to have you look at
17  a document which has been marked previously as
18  Exhibit 50. This is a two-page document. The
19  first page is Bates marked GA000077, and it
20  appears to be an email from Mr. O'Connor to
21  Ms. Wright dated February 1st, 2017.
22         And the subject is Comparison of HD
23  105 (Chandler) and 111 (Strickland). If you
24  could take a look at this, please.
25     A    Oh, there are my numbers. I've

Electronically signed by Joel Moyer (501-161-376-4513)                    afd8f269-a39f-4cfb-8a4a-31f654b778bf

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

71 (Pages 263 to 266)

263

1  been trying to guess.
2      Q    I'm sorry. I didn't mean to
3  interrupt your reading.
4      A    Well, it shows, if this is correct,
5  it shows I got 53 percent of the vote in 2012.
6  I went up 53.1 in 2014, and then I went down
7  to 51.7 in 2016. So that's consistent with
8  what my memory was, that my numbers actually
9  went up until we did this change.
10     Q    So do you -- do you agree that --
11  or do you have any reason to doubt that these
12  numbers, election result numbers reported here
13  by Mr. O'Connor, were accurate?
14     A    I don't know about the rest of the
15  numbers, but I -- it seems consistent with my
16  memory that my election results went up from
17  '12 to '14 but down to '16.
18         I do remember 51.7 now that I see
19  that as -- well, I think I testified I thought
20  it was 52-point something, so maybe I don't
21  remember. So I don't know. I'd have to look
22  at the actual numbers, but it's consistent
23  with my memory that I went up and then down.
24     Q    Okay. And do you have any basis
25  for saying that the number for 2016 might be

264

1  wrong?
2      A    I just don't remember. I just -- I
3  was thinking it was -- maybe it was rounding
4  up to 52 percent, but I was thinking I was
5  over 52 percent. I don't -- I know that on
6  election night there was some late -- a late
7  precinct that came in or some absentees that
8  came in later that changed the ultimate number
9  and it went up slightly.
10         So it may have been 51.9 instead of
11  7. I don't know. But that's out there. We
12  can pull it up in a second.
13     Q    And then it says here on --
14  Mr. O'Connor states in the paragraph following
15  the number for the 2016 election, he states,
16  "the 'old' HD 111 would have had a 50.2
17  percent total Republican average (2014 cycle);
18  the 'new' HD 105" -- strike that. Okay.
19         So let's end it after the "(2014
20  cycle)" part of that sentence. So it says,
21  again, to repeat, "the 'old' HD 111 would have
22  had a 50.2 percent total Republican average
23  (2014 cycle)."
24         Do you have any reason to doubt
25  that information?

265

1      A    I'm sorry. Are you asking about
2  the 47.8 to 50.3 number?
3      Q    No. I'm sorry. I'm looking at the
4  paragraph which begins just after the
5  statement -- after the note that in the 2016
6  election you had 51.7 percent of the vote.
7      A    Okay.
8      Q    And it begins, "the 'old' HD 111
9  would have had a 50.2 percent total Republican
10  average." See that?
11     A    Yes.
12     Q    Do you have any reason to doubt
13  that information?
14     A    I don't have any -- I have no
15  reason to believe it or doubt it. I don't --
16  I do not know what is considered total
17  Republican average. I don't know what he
18  means by it.
19     Q    Okay. Do you know with regard to
20  the precincts of District 111 that were not
21  changed by the 2015 plan, did you do better or
22  worse in 2016 than in 2014, if you recall?
23     A    I don't recall. I don't -- I think
24  it varied precinct by precinct. I don't
25  recall. So there was some different local

266

1  issues in '16. Are you talking about '16
2  versus '14?
3      Q    Yes.
4      A    Okay. The big difference in the
5  two races is that '16, there was a -- it's in
6  the weeds, but it's important. I'll say it
7  for the record.
8         District 2, the Henry County Board
9  of Commissioners had a very contested race.
10  The local Democrat party focused on trying to
11  flip it to become a Democrat seat. It had
12  been previously held by a Republican. A very
13  strong, conservative African-American female
14  ran as a Democrat and beat a -- what people
15  thought was a strong Republican male in the
16  race.
17         And she outperformed everywhere
18  that this -- statistically she should have
19  done. She did really well with a lot of
20  traditional Republican voters. But it also
21  drove up turnout in certain precincts I had.
22  I think it helped me in some places because
23  people voting for her voted for me too.
24         But it may have also hurt me in
25  some places if she was able to get some

Donovan Reporting, PC                                              770.499.7499

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

72  (Pages 267 to 270)

---

267

1   additional resources from the state Democrat
2   party behind her.
3          It's in the weeds, but it's
4   important because that affects precincts such
5   as the Lowes precinct, anything west of 75,
6   and -- everything west of 75, actually, all
7   the way up I believe to Flippen.  That
8   precinct as well would have had different
9   numbers from '16 to '14 based on that
10  District 2 race.
11         If you look on the ground, the
12  Henry County Democrat party with the aid of
13  the state party focused on that main race and
14  let other races go by, such as mine, where
15  they did not help my opponent.
16     Q    I'm sorry.  And what was the issue
17  regarding -- you said a race for the -- what
18  was the issue that you were focused on?
19     A    Oh, it just was a -- it was a
20  vacant District 2 commission seat that had
21  historically been Republican.  And a very
22  strong Democrat -- and when I say "very
23  strong," what I mean is someone that gets the
24  Republicans to vote for them too -- ran and
25  worked very hard against the Republican

---

268

1   candidate who did not work as hard and was not
2   as strong of a candidate.
3          And what's important to note is the
4   local Democrat party, while half of them were
5   endorsing me and not getting involved in my
6   race, they all engaged and focused on that
7   race, and it actually drove up more Democrat
8   turnout in that area.
9          So I don't -- that's a long answer
10  to say I don't know, but it's not based solely
11  on any changes that were made or any change in
12  demographics.
13         (Whereupon a document was identified as
14         Plaintiff's Exhibit 94.)
15     Q    I see.  Let me have you look at
16  exhibit -- I'd like to show you a document
17  that's been previously marked as Exhibit 94.
18         And, Senator, do you recognize this
19  document?
20     A    I do not, but it appears to be a
21  copy of House Bill 566.
22     Q    And just for the record, you voted
23  for House Bill 566?
24     A    Yes.  Every representative did.
25     Q    Did you speak in the House of

---

269

1   Representatives about HB 566 at any time?
2      A    Not that I recall.  My recollection
3   of it was one of those few easy bills that had
4   no opposition.  I don't remember anybody
5   speaking on it other than the author, but I
6   may be wrong.  There's a video of that that
7   can be pulled up and you could see, but I
8   don't recall speaking on it.
9      Q    Either in committee or in the House
10  floor?
11     A    Correct.  I don't, I don't remember
12  going to the committee.  I'm not on that
13  committee.  I don't remember being at the
14  committee.
15     Q    To the best of your knowledge, does
16  this document reflect -- accurately reflect
17  the final version of House Bill 566 --
18     A    Oh, I don't know.
19     Q    -- that was signed into law?
20     A    I couldn't testify to that
21  honestly.  I don't know.  It's these things --
22  when you have -- apparently, you have
23  districting, as I've seen in annexation bills.
24  You have all these things I don't understand,
25  these numbers.

---

270

1          And so there's no -- the only thing
2   I could do is say, if you tell me it says on
3   our website this is the final version as
4   passed by both chambers and signed by the
5   governor, I'd believe you.  Otherwise, I don't
6   know.
7      Q    If you look at pages 13 and 14 of
8   the -- of Exhibit 94, you'll see about the
9   middle of the page at number 446, it says
10  District 111?
11     A    Yes.
12     Q    And if you could look down the
13  information that's included down at the bottom
14  of H -- excuse me, page 13 and then turn the
15  page and go down to the line 489, which is
16  just above the District 121?
17     A    Uh-huh (affirmative).
18     Q    Did these -- does this information
19  accurately reflect the changes to your
20  district?
21     A    I don't know.  I don't know what
22  this information means.  I do know that line
23  479, there is no McDonough Center precinct.
24  I'm not sure if anybody ever noticed that.
25  This is the final version of the bill, and

---

Electronically signed by Joel Moyer (501-161-376-4513)                           afd8f269-a39f-4cfb-8a4a-311654b778bf

271

1    there's definitely an issue with the way it's
2    written.
3        Q    What is McDonough Center if it's
4    not at precinct?
5        A    I don't know.  I think they meant
6    to say McDonough Central if it's a precinct,
7    but I don't know how the -- I don't know what
8    these numbers mean.  I have no idea.
9        Q    I'm sorry.  I think you've
10   occasionally mentioned in the course of the
11   deposition an area named McDonough square?
12       A    Yes.
13       Q    Is that -- just for my information,
14   what is that?
15       A    That is McDonough Central precinct.
16   That is -- and it was split before, and it was
17   split afterwards.  It's the battleground
18   everybody wants, and it's -- has nothing to do
19   with politics.
20       Q    What does it have to do with?
21       A    It's just whether or not you want
22   to live there I guess or you do business
23   there.
24       Q    Oh.  That's --
25       A    It's just the center of town, and

272

1    it's very diverse politically and racially,
2    all the way around.  So I don't know who wins
3    it.  I think -- I've always won it, but I
4    don't give credit to anything other than me
5    living there, knowing people on the ground
6    there.
7        Q    Let me just ask you a few
8    questions.  These will be familiar, I think,
9    with regard to other things that we've been
10   talking about.
11           Did you at any point have any
12   concern that the proposed changes to the map
13   of House District 111 violated any federal or
14   state law?
15       A    No.
16       Q    Did you have any concern that the
17   changes, proposed changes, contained errors in
18   terms of the descriptions --
19       A    No.
20       Q    -- of the district?
21       A    No.
22       Q    Any concern that the proposed
23   changes were unfair to any racial or ethnic
24   minority?
25       A    No.

273

1        Q    Any concern that the proposed
2    changes unduly split voting precincts?
3        A    No.
4        Q    Or counties?
5        A    No.
6        Q    Any concern that the proposed
7    changes didn't sufficiently keep together
8    members of a community of interest?
9        A    One concern.  You're talking about
10   the '15 legislation?
11       Q    Yes.
12       A    I haven't discussed this yet, I
13   alluded to it earlier, but the city of Hampton
14   was taken out of 111.  I personally would like
15   to see Hampton not just have someone from
16   Spalding County representing it, which is why
17   in 2017, when the maps were revisited again, I
18   argued that Hampton should be put back in
19   2011.
20           And I think once the versions of the
21   maps at that point did that.
22       Q    So Hampton is in which county?
23       A    It's Henry County, but it's one of
24   the four cities.  But it's -- when 111 became
25   a McDonough-Locust Grove-Eagle's Landing

274

1    district, if you will, which, again, made some
2    sense in '15 to do that, it took out Hampton.
3           From a personal standpoint, again,
4    I grew up in that area, but the people in
5    Hampton -- no offense to Representative
6    Mathiak who has it now.  She does a great job,
7    and I was actually happy the way she's engaged
8    there.
9           But she could disregard Hampton and
10   focus solely on Spalding County south of there
11   and Griffin and get reelected because
12   Hampton's not as many votes.  So they, in my
13   opinion, are not -- unless you have someone
14   like Representative Mathiak there, who does
15   care, they could easily be disregarded the way
16   it currently is set up.
17           So I think in '15 that you could
18   argue that it divided communities in a way we
19   could have done a better job with.
20       Q    And was Hampton previously entirely
21   within 111?
22       A    No.  It was split.
23       Q    Split?
24       A    But again, that was one of those
25   places that was split.  But in hindsight, it

Electronically signed by Joel Moyer (501-161-376-4513)                    afd8f269-a39f-4cfb-8a4a-31f654b778bf

R. Brian Strickland        Georgia State Conference of the NAACP, et al vs Kemp        January 26, 2018

74 (Pages 275 to 278)

275

1  may have been better to be split than to not
2  just have one person that's not from Henry
3  County have it.
4      Q    Did you at any point have any
5  concern that the proposed changes to 111
6  were -- constituted unconstitutional
7  gerrymandering --
8      A    No.
9          (Whereupon a document was identified
10         as Plaintiff's Exhibit 47.)
11     Q    -- of any type?  So I'd like to
12  show you a document that's previously been
13  marked as Exhibit 47.
14         So this document bears Bates number
15  GA000001 to Bates number GA, multiple zeros,
16  2, and its entitled Information Midterm
17  Redistricting and HB 566 (State House -- hey,
18  State House -- Redistricting Bill - 2015).
19         Do you recognize this document?
20     A    No.  I just -- the one thing I
21  noticed with your Exhibit 94, that to further
22  prove -- I know you don't want to hear this.
23  I'm going to say it one more time for the
24  record -- that this was a nonpartisan bill
25  that had support of not only Democrats but all

276

1  the African-Americans in the chamber, the --
2  one of the primary sponsors of the bill was
3  Stephens of the 165th.
4          And according to this, that jogs my
5  memory, that was Mickey Stephens, who is a
6  black Democrat, who primarily sponsored this
7  bill.  And so that gives me more reason to
8  know there was nothing -- I trust
9  Representative Stephens, and I trusted at the
10  time Minority Leader Abrams to know that if I
11  was indirectly discriminating against
12  somebody, they would -- they wouldn't sponsor
13  it.
14     Q    Do you know who prepared this?  I
15  think you said you hadn't seen this before.
16     A    I haven't seen this before.  I
17  don't know.
18     Q    Okay.  You can set that aside.
19     A    Okay.
20     Q    Were you pleased with the changes
21  that were ultimately made to your district
22  for -- by HB 566?
23     A    Given the fact that changes were
24  made, yes.  It was considered in the
25  negotiation that we had over it.  Again,

277

1  hindsight, I would just as soon it stay as it
2  was, but I was pleased overall with what
3  happened.
4          (Whereupon a document was identified
5          as Plaintiff's Exhibit 286.)
6      Q    Let me ask you to look at a
7  document which is a single-page document Bates
8  numbered GA2-001388.  And this is going to be
9  marked as Exhibit 286 for identification.
10         And this appears to be an email
11  from Mr. O'Connor to Mr. Jordan.  Data, 2012
12  President by State House District, et cetera.
13  Do you recognize this document?
14     A    No.
15     Q    In the second -- well, in the first
16  paragraph, Mr. O'Connor says, among other
17  things, that, excuse me, he's attached a table
18  "showing how the State House districts (under
19  HB 566 passed last session, which made changes
20  to about a dozen and a half districts) voted
21  in the 2012 presidential election.
22         "The main Republican beneficiaries
23  (of these changes) were Joyce Chandler of HD
24  105 in Gwinnett and Brian Strickland of HD 111
25  (as listed below)."

278

1          And I think is actually the same --
2  practically the same thing he said in a
3  previous email we looked at.
4      A    Uh-huh (affirmative).
5      Q    Does this in any way refresh your
6  recollection that you were in fact one of the
7  main beneficiaries of 566?
8      A    No.
9          MR. KHOURY:  Object to the form.
10     A    Because --
11         MR. KHOURY:  Go ahead.
12     A    This would just assume that -- I'm
13  not sure how you can run these numbers.  But
14  assuming they ran numbers that showed that
15  Romney would have gotten four more points and
16  Obama would have gotten four less points, the
17  assumption would have to be made that those
18  same people would have -- that voted for
19  Romney would have voted for me.
20         And we had different numbers
21  precinct by precinct that I looked at, so.
22  But on the surface, you could argue that the
23  party as a whole -- I mean, you could make an
24  argument it would have benefited in a new map
25  then based on this, if you do have stronger

Donovan Reporting, PC                                                    770.499.7499

**279**

1  Republican numbers, if you consider this a
2  benchmark political race to look at.
3        But did it personally benefit me?
4  I don't know. But you could definitely argue
5  that it was a good political move then for the
6  state GOP, if you will. I think Mr. O'Connor
7  was more concerned about the brunch bill,
8  apparently, in that last paragraph.
9     Q    I'm sorry. One second.
10  Mr. O'Connor in the second paragraph -- well,
11  strike that.
12        The information included in the
13  sort of chart that Mr. O'Connor includes in
14  the email after the first paragraph indicates,
15  does it not, that under the old map the 2012
16  president race in your, in your precinct
17  resulted in a vote of Romney 50 percent and
18  Obama 49 percent. Do you see that?
19     A    That's what it says.
20     Q    And then he indicates that under
21  the new map, that is, the 2015 map, if you had
22  run the 2012 presidential race under that new
23  map, that Romney would have received 54
24  percent of the vote while Obama would have
25  received 45 percent of the vote, which he

**280**

1  says -- and then he follows that with, "each
2  candidate picked up a four to five-point GOP
3  margin."
4        Is that your understanding of what
5  Mr. O'Connor is saying here? I'm not asking
6  if you agree with it, but --
7     A    Okay.
8     Q    -- is that consistent with --
9     A    It appears to be what he's saying.
10     Q    Okay. Do you have any reason to
11  doubt Mr. O'Connor's conclusions in that
12  regard?
13     A    Yes. Other than what I said
14  earlier, you're also assuming that in 2015,
15  three years later, that same area would have
16  voted for a Republican presidential candidate
17  in the same margin.
18        But if Henry County has shifting
19  demographics, changing demographics, as you've
20  alluded to earlier, then there's no way to
21  know unless we looked at '14 numbers.
22        I think a better thing to look at,
23  and I feel like I looked at this, my
24  recollection is I looked more at the
25  governor's race of 2014 to see if the new area

**281**

1  that 111 was going to have would have any
2  benefit for Republicans or how the other areas
3  would be affected around it.
4        And I don't recall there being
5  hardly any benefit for Republicans when it
6  came to 111 based on the '14 information we
7  saw.
8     Q    Just make sure, I mean, you said
9  "you" assuming. I'm not assuming anything.
10  You're saying that Mr. O'Connor is assuming in
11  these statements.
12     A    Yes.
13     Q    Correct?
14     A    Mr. -- yes.
15     (Whereupon a document was identified as
16     Plaintiff's Exhibit 287.)
17     Q    Let me, sorry, show you a document
18  that I'm going to mark as Exhibit 287 for
19  identification.
20        MR. KHOURY: He's gone.
21  Mr. Strickland had to leave.
22        THE WITNESS: My cousin left.
23        MR. KHOURY: You can just keep it.
24        THE WITNESS: For the record, he's
25  not really my cousin, we don't think. We may

**282**

1  be related back from the 1700s, but.
2        MR. PHILLIPS: So he doesn't need
3  any more -- you don't want to have copies for
4  him?
5        MR. KHOURY: No. I --
6        MR. PHILLIPS: Okay.
7        MR. KHOURY: No. I thank you.
8     Q    So, Senator, this is an email. It
9  appears to be from -- it's an email string,
10  but the last email on the top of the page one
11  is from Mr. Jordan to Mr. O'Connor. It's
12  dated October 21st, 2016. And the subject is
13  Voter Registration Data, Selected House
14  Districts October 2016.
15        And the first page is Bates labeled
16  GA2-000128, and the second page is 129. And
17  could you please review the page -- the second
18  page of the document, in particular with the
19  part of the information which begins with --
20  in the middle of the page which begins with,
21  "House District 111"?
22     A    Yes, and I just read it.
23     Q    Do you see that? Okay. And there
24  it says, paren -- "House District 111 (Brian
25  Strickland) has seen increase of about 2,000

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

283

1  blacks, 1,000 whites, 100 Asians, and 100
2  Hispanic -- 150 Hispanics, totals as follows."
3       And then he compares, my
4  understanding is, March 2016 to October 2016.
5     A   Uh-huh (affirmative).
6     Q   Do you see that?
7     A   Yes.
8     Q   Do you have any reason to doubt the
9  accuracy of Mr. O'Connor's statements?
10    A   No, but there's a reason there's a
11 two percent, I guess some, yeah, two percent
12 increase in the black voter registration.
13    Q   What is, what is that reason?
14    A   In 2016, I was running for
15 reelection. And Stacey Abrams and another
16 group, that political group she had and also a
17 subdivision of a George Soros group, did a big
18 voter registration drive in Henry County, but
19 they focused solely on black voters, and they
20 had two targets.
21       One was to pick up 111 for
22 Democrats. The second was to pick up a
23 district attorney's race for Democrats in
24 Henry County. They were so successful between
25 March and October that the Republican

284

1  candidate for district attorney dropped out of
2  the race because he got scared and said, I
3  can't win.
4        And so I remember this very well.
5  And I, I don't remember these exact numbers,
6  but the 2,000 -- he says increase of about
7  2,000 blacks, a thousand whites, a hundred
8  Asians. I see that number.
9        I do recall a large number, though,
10 of new voter registrations that were done by
11 this group. And this group was a racially
12 motivated group, and they were focusing solely
13 on race and solely on registering black
14 voters. And it was part of the Stacey Abrams
15 plan to win certain seats in 2016.
16    Q   Do you know why Mr. O'Connor
17 prepared this information as of -- in October
18 of 2016, the information which I -- we just
19 discussed?
20    A   No, I have no idea. I'm assuming
21 someone wanted to know what -- it was a big
22 story in the AJC, Jim Galloway, you mentioned
23 earlier. There was a big write-up on this
24 issue in Henry County, but I don't know about
25 the other seats.

285

1        I don't know why Ben Jordan and
2  Caulder Childs, why they wanted that, but they
3  probably were looking to see the numbers they
4  saw in our -- in the Republican House
5  districts.
6     Q   Can you remind who Ben Jordan is?
7     A   Ben is -- the email you had earlier
8  has him at the majority leader's office, at
9  his counsel majority leader office. So he
10 worked for Jon Burns who was majority leader
11 at the time. Now he's I think a lobbyist, I
12 believe.
13    Q   And do you know who Caulder Childs
14 is?
15    A   Yes. Caulder worked -- I don't
16 know his title, but he worked for -- his job
17 changed. But at some point, I think he worked
18 for the majority party in the House with
19 politics. I don't know what his actual title
20 was or what, what his role actually was.
21       But he was involved in the
22 political side of things for the majority
23 party with their reelection efforts.
24    Q   And do you know why Mr. O'Connor
25 would have sent this to, this information

286

1  to --
2     A   Oh, I don't know. You'd have to
3  ask him. They probably requested it, but I
4  don't know.
5        I never saw it. I was in the
6  middle of an election, and nobody ever sent it
7  to me. I didn't know the exact numbers.
8     Q   Did you have any view as to whether
9  or not the increase in the number of
10 African-American voter registrations increased
11 or decreased your chances for reelection?
12    A   I think there was a perception it
13 decreased it. I don't think it decreased it
14 because they were black. It decreased it
15 solely because they were new voters. And I
16 was having trouble that year. When I say
17 "having trouble," my challenge in 2016 was
18 dealing with a new batch of voters that I
19 hadn't met yet that were being registered.
20       And so it was an effort by this
21 liberal group, and I'm using the term liberal,
22 their goal was just to elect Democrats in
23 general. It was an effort to do a big voter
24 registration drive for new voters.
25       These weren't, you know, as some

R. Brian Strickland        Georgia State Conference of the NAACP, et al vs Kemp        January 26, 2018

77 (Pages 287 to 290)

287

1  people said, new people moving in as much as
2  they were people who hadn't voted before.
3  That was a big part of their plan. And so the
4  challenge I had was keeping up with that to
5  make sure that the data I use, and that's just
6  the people I would go knock on doors for, when
7  I would pull voter registration lists to try
8  to go knock on doors, was keeping up with this
9  data.
10      It turns out it didn't make a huge
11  difference in the race. My key to my victory,
12  again, was local African-Americans were
13  endorsing me and supporting me. And the local
14  Democrat party was still helping me in some
15  ways, so.
16      Q    Did you have -- do you have any
17  information as to how these newly registered
18  voters voted?
19      A    I don't know. There's no way of
20  knowing. Apparently, a lot of them voted for
21  me because it -- looking at -- maybe that
22  explains why I went down to the 51.7 after all
23  this, is the new voters.
24      So no matter what was done in 2015,
25  the one thing you might could give some credit

288

1  to would be the efforts of registering new
2  voters in certain districts they were
3  targeting. It's a good strategy politically.
4      (Whereupon a document was identified as
5      Plaintiff's Exhibit 288.)
6      Q    I'd like to ask you to look at
7  another document. This one, I marked as
8  Exhibit 288. And this document is a multipage
9  document with the beginning -- the first page
10  bearing Bates number GA2-001237.
11      And the first page, it appears to
12  consist of an email chain. The latest of the
13  emails is dated October 28th, 2016. It's from
14  Mr. O'Connor to a Mike Seigle, and the subject
15  is, Need old racial breakdown for old HS 111
16  in 2012 and 2014. Have you seen this document
17  before?
18      A    No.
19      Q    Do you know who Mike Seigle is?
20      A    No, but the -- it says at @Landmark
21  Communications. Landmark Communication
22  does -- they do polling. And so I, I think
23  they were doing polling for my race in 2016,
24  and so part of the polling may have been going
25  through and -- I don't know.

289

1      They, they try to in polling
2  predict a certain turnout of different racial
3  groups and try to -- when they do a sample.
4  And then they see how you do with that sample.
5  So, for example, if my district, whatever the
6  number you said, if it was 35 percent
7  African-American vote last time I ran, they
8  would do a similar poll with that similar
9  sample in there to see how I poll.
10      I don't know if that's what this is
11  about, but I believe Landmark Communications
12  was doing polling for me in '16.
13      Q    And are they generally a
14  Republican-oriented polling --
15      A    I don't know.
16      Q    -- company?
17      A    I really don't know.
18      Q    But you think this is the result of
19  polling that they -- "this" being this email?
20      A    Well, I --
21      Q    -- result of polling done for you?
22      A    I'm truly -- I'm speculating. I
23  just know they were a polling group that I
24  think, I think was doing polling in 2016 for
25  me. But I'm completely speculating. I've

290

1  never seen the email. I don't -- I recognize
2  the name Mike Siegel, but I don't know who he
3  is.
4      Q    And then for -- if you look at the
5  email beginning with the "2012 and 2014 data
6  immediately below" --
7      A    Yes.
8      Q    -- the first paragraph, it says the
9  data immediately below will be for the old
10  District 111, boundaries for the 2012 and 2014
11  election cycles before the 2015 tweaking.
12      And then it appears that
13  Mr. O'Connor has provide -- provides them the
14  proportion or the percentages of voters by
15  race or ethnicity for a period from
16  November -- for different periods for the
17  period November 12th -- november 2012 up until
18  October 2016; is that correct?
19      A    It, it appears. I don't know where
20  this number comes from. This is in October
21  2016. Early voting was underway. My guess is
22  they were trying to project who was voting
23  early because, again, this is the year that
24  there was the big Stacey Abrams effort to get
25  as many Democrats to vote in Henry County as

Electronically signed by Joel Moyer (501-161-376-4513)                    afd8f269-a39f-4cfb-8a4a-31f654b778bf

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

78 (Pages 291 to 294)

291

1  possible.
2          And they did that by focusing
3  solely on black voters, and so I'm assuming
4  that's what this is. Though it -- if that's
5  the case, I did very, very well with
6  African-American voters that year, better than
7  in the past, if this -- these are the correct
8  numbers.
9      Q    Do you agree or do you have any
10  reason to disagree with the numbers that are
11  reported in this email with regard to the
12  active registered voters and the breakdown of
13  those voters?
14      A    I have to say yes because I don't
15  know, and so I have to disagree without being
16  able to confirm it.
17      Q    But you don't have any information
18  specific to these issues that leads you to
19  believe that?
20      A    I don't -- I don't know anything
21  about it. I mean, I -- I don't remember any
22  of the -- I'm not -- I don't remember if I
23  ever heard these numbers as votes were coming
24  in. I don't recall. I just don't recall them
25  giving me this kind of data.

292

1          When you're a candidate in a race,
2  you're told to stay on the ground, knock on
3  doors, and keep working. So I wasn't even
4  given all the polling data.
5      Q    So I take it you didn't ask
6  Mr. O'Connor for this data?
7      A    No. I've never had any -- my
8  relationship with Mr. O'Connor is limited to
9  seeing him in the hall going to the restroom,
10  and that's just -- I just don't -- I don't
11  have any relationship with him outside of
12  that.
13          I would -- personally wouldn't also
14  consider the Reapportionment Office a resource
15  during a campaign, honestly. I think it's
16  just not what I would personally do.
17      MR. PHILLIPS: Okay. Let me ask
18  you -- actually, may I suggest we take a
19  five-minute break here. I would like to go
20  through the outline.
21      MR. KHOURY: Sure.
22      MR. PHILLIPS: But let me go off
23  the record first.
24      THE VIDEOGRAPHER: Going off the
25  video record at 3:42 p.m.

293

1      (Proceedings in recess, 3:42 p.m. to
2      3:53 p.m.)
3          THE VIDEOGRAPHER: We're back on
4  the video record at 3:53 p.m.
5      (Whereupon a document was identified
6      as Plaintiff's Exhibit 289.)
7      Q    Senator, I'm going to mark and show
8  you an exhibit marked for identification as
9  289 that bears Bates number GA2-000666. And
10  this document is a one-page document. It
11  is -- appears to be from Mr. O'Connor to Ronny
12  D. Just dated June 12, 2015, regarding changes
13  coming to State House districts in Hall
14  County.
15      A    Okay.
16      Q    Have you seen this document before?
17      A    No.
18      Q    Do you know who Mr. Ronny Just is?
19      A    Never heard of him.
20      Q    Do you know anything about -- his
21  email indicates @southernco. Do you have --
22  does that ring any bells?
23      A    No. I'm assuming it's Southern
24  Company, but I don't -- they're a large -- you
25  probably know who they are, large company here

294

1  based in Atlanta. But I don't know -- I don't
2  know who he is or why he would be asking about
3  the districts.
4      Q    Okay. And then Mr. O'Connor in the
5  second paragraph, he starts off the second
6  paragraph by saying, "There were a few
7  Republicans that got 'helped' by the
8  redistricting (in terms of Democratic
9  competition)."
10          And he mentions a couple of
11  districts. And then he says, "And in Henry
12  County" -- that's the third sentence. "And in
13  Henry County, HD 111 (Brian Strickland) got
14  more Republican by exchanging precincts with
15  some other GOPers in the area." Do you agree
16  with that statement?
17      A    No.
18      Q    And then the next sentence is,
19  "Both HD 105 and 111 are about 50-50 splits
20  right now (redistricting) with the large
21  minority increase in both Gwinnett and Henry,"
22  et cetera. Do you see that?
23      A    Yes.
24      Q    Was it -- is it correct that as of
25  June of 2015 your precinct was split between

Donovan Reporting, PC                                                    770.499.7499

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

295

1    Republican and Democrats about 50-50?
2        A    No.
3        Q    How, how -- what do you believe it
4    was split, or what do you believe the split
5    was?
6        A    I don't know.  The only way I can
7    judge is by the votes I got.
8        Q    Okay.
9        A    So mine was not a 50-50 tie, so I
10   know it can't be 50-50.  And that's assuming
11   Republicans all voted for me and Democrats all
12   voted for my opponent, which is obviously not
13   the case either.
14           So I don't know if there's any way
15   to know what the GOPers, that's another he --
16   what the GOP or Republican-Democrat breakdown
17   would be.  You would have to make way too many
18   assumptions.
19       Q    Do you have any -- do you know what
20   Mr. -- well, strike that.
21           And then he says it's about 50-50
22   splits right now.  And then he says, "with the
23   large minority increase in both Gwinnett and
24   Henry County."
25           Do you have an understanding as to

296

1    why he makes that statement in connection with
2    the 50-50 splits that he references?
3        A    No.  All I can assume is that he's
4    talking about voter registration, which you'd
5    have to know a year in advance it's going to
6    happen because you showed me a document that
7    showed in '16 there was a high number of new
8    voters registered that were African-American
9    according to this.  But I don't know what he's
10   talking about.
11       Q    Would you agree that the large
12   minority increase in -- do you agree that
13   there was a large minority increase in Henry
14   County?
15       A    Depends on what you mean by that.
16   New voters or new people moving in?
17       Q    Either one.
18       A    I don't know.  But apparently in
19   '16, if this is correct, Exhibit 288, there
20   were 2,000 new black voters registered and a
21   thousand -- I think this is the document I saw
22   this on.  There was a document I saw 2,000 and
23   a thousand figure new registered voters.
24       Q    I do recall what you were referring
25   to.

297

1        A    Yeah.  I'm trying to find the
2    number.  We talked about it earlier.  But
3    based on the other emails, I would say there
4    was a larger number of registered new black
5    voters compared to white, a 2-to-1, I guess
6    you would say, 2,000 to 1,000.
7            But I don't know what -- I would
8    attribute that to the success of the new voter
9    project.  I forget what it was called.  But
10   there was initiative that was led by Abrams,
11   Stacey Abrams, to register new black voters in
12   Henry County and other counties as well, and
13   so I would give her some credit for that.
14       Q    Would you agree that the -- at
15   least the majority, whatever percentage, but a
16   majority, of the new black registered voters
17   would tend to be Democratic voters?
18       A    No.
19       Q    Even though they were registered by
20   a Democratic organization?
21       A    Yeah.  I think the organization has
22   a big flaw in their model, and that's why
23   they've lost every race they tried to engage
24   in.
25       Q    Do you believe that the changes to

298

1    House District 105 -- excuse me, 111 diluted
2    the strength of the African-American vote in
3    that district, in your district?
4        A    No.  And apparently, it did the
5    opposite.
6        Q    Let me -- strike that.
7            Do you believe that your district
8    has trended between the period 2012 to the
9    present more Democratic in recent years than
10   Districts HD 109 and HD 110?
11       A    No.
12       Q    Do you believe that Henry has
13   been -- Henry County has been trend -- not
14   just your precinct, but Henry County as a
15   whole, has been trending Democratic during the
16   last ten years?
17       A    No.  The only, the only thing
18   countywide that I recall went Democrat was the
19   presidential race of 2016.  But Republicans
20   had a very interesting candidate, as we know,
21   in that race.  And I don't think you can
22   attribute that to anything except the
23   personalities of the two candidates.
24           (Whereupon a document was identified as
25   Plaintiff's Exhibit 290.)

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

299

1    Q    I just want to show you very
2  briefly a document which I'd like to mark as
3  Exhibit 290, and this is a document with a --
4  multipage document with the first page bearing
5  Bates number GA2-000701.  And it appears to be
6  an email from Mr. O'Connor to Mr. Seigle.
7  Subject matter:  Is there a good map that
8  shows the changes in district lines this year?
9        Do you recall seeing this document
10  before?
11    A    No.  It looks similar to the other
12  one you showed me, but I don't recall this.
13    Q    Yeah.  And then if you look to the
14  three pages which begin with page GA2-000703,
15  do you recall seeing these documents or
16  documents similar to this before?
17    A    No.  I mean, the first page is a
18  map.  I don't know where it came from, but
19  I've seen maps in my district, obviously.  But
20  I have not seen these documents before, unless
21  there was something you handed me earlier.
22        They look very familiar.  It may
23  have been some of the same documents in earlier
24  exhibits, so I'll make it easy.  Other than
25  sitting here today, I have not seen these

300

1  before.
2    Q    And I am not representing that you
3  have.
4    A    Okay.
5    Q    I'm just --
6    A    Yeah.
7    Q    So if you look at the information on
8  the bottom of the page, the first page of the
9  document.
10    A    Okay.
11    Q    Under the heading Black Voter
12  Registration (2014 Cycle)?
13    A    Yes.
14    Q    And there are two columns, Old
15  Map -- the headings of which are Old Map and
16  New Map.  Do you see that?
17    A    Yes.
18    Q    And it says under the -- your House
19  District, 111, that the old map, and it's very
20  poorly represented here, I believe, but the old
21  map is 37 percent black voter registration.
22  And under the new map, the 2015 map, it's 34
23  percent.  Do you see that?
24    A    Yes.
25    Q    And --

301

1    A    That's what it appears to say.
2    Q    I'm sorry.
3    A    That's what it appears to say, yes.
4    Q    Do you have any reason to doubt this
5  information?
6    A    I do now.
7    Q    And what is that basis?
8    A    It conflicts with the other numbers
9  Mr. O'Connor provided that showed the voter
10  registration for African-American is much
11  higher in 2016.
12    Q    So you believe that there was not a
13  reduction, as Mr. O'Connor states, of three
14  percent --
15    A    Well --
16    Q    -- in black percentages?
17    A    -- all I know is Mr. O'Connor
18  reports two different things that conflict with
19  each other, so I don't know which one is true.
20    Q    Oh.  Mr. O'Connor says in the
21  sentence I read previously in the first
22  paragraph, he says, "Of course with 111 running
23  along I-75, it has trended more Democratic in
24  recent years."
25        Do you know what is it -- is there

302

1  something about -- I-75, I assume, is
2  Interstate 75; is that correct?
3    A    Correct.
4    Q    Is there some -- what is the reason,
5  if any, that he references or that you believe
6  he made reference to I-75 as seemingly causing
7  a trend toward more Democratic voters?
8    A    I have no idea.  The only thing I
9  can speculate is that there's this general
10  argument that Democrat party is making gains in
11  metro Atlanta following along the interstates,
12  but that has been proven not to be the case.
13        So I'm assuming he's referring to
14  that, but he's making assumptions that in 2016
15  were proven to be incorrect.
16    Q    Do you think they were more true,
17  the assumptions would have been more accurate
18  prior to 2016 with regard to this comment about
19  by I-75?
20    A    Oh, I think it was an argument you
21  heard then.  But in 2016, Henry County, other
22  than the Trump-Hillary race, and maybe it was
23  just people not voting based on how they
24  historically voted, but we saw countywide every
25  other -- every Republican won everything.

Donovan Reporting, PC                                          770.499.7499

R. Brian Strickland        Georgia State Conference of the NAACP, et al vs Kemp        January 26, 2018

303

1    And we saw -- and you can argue a
2  Republican increase in 2016 in the county when
3  you had a chairmanship where a Republican did
4  very well.  She won 67 percent in a runoff.
5  And every countywide race that people like
6  Mr. O'Connor, who make these predictions, were
7  all wrong because everything went Republican.
8    Q    Mr. O'Connor refers to the black
9  voter regis -- black voter registration.
10  Nowhere on this email in talking about voter
11  registration does he refer to changes in
12  registration by party.  Would you agree with
13  that?
14    A    No.
15    Q    Where would --
16    A    You pointed to at the bottom of this
17  email an old map versus new map number.
18    Q    Yes.
19    A    And you said that -- oh, I'm not
20  putting words in your mouth, but he seemed to
21  imply that the changes made the number of
22  African-Americans I'm assuming register in the
23  district, I'm not making assumptions here, I
24  don't know what these numbers are, go down
25  three points.

304

1    But that's -- he also reports later
2  that that number went up three points or more.
3  I think it may have been more, four points or
4  five point, to 30 -- was it 39 percent he
5  reported in -- at one point in '16 was the, was
6  the number?
7    But regardless, there's numbers all
8  over the place.
9    Q    But in each case, he's referring to
10  not Democratic versus Republican.  He's
11  referring to black voters or minority voters.
12    A    Yes.
13    Q    Correct?
14    A    As he did earlier too.
15    Q    Right.  And is there a reason that
16  you're aware of why he would focus or anybody
17  would focus on minority group registration as
18  opposed to registration by particular party?
19    A    Sure.  Because it is the prevailing
20  view by a lot of groups that elections are
21  driven by race, which is why Stacey Abrams
22  focused solely on race in 2016 in House
23  District 111 in Henry County.
24    And no offense to you, but groups
25  like the ones bringing this suit focus solely

305

1  on race.  And so that's the conversation people
2  have, so it forces the other side, assume
3  Mr. O'Connor wants Republicans to win, I don't
4  know what he wants, but it forces him to dive
5  into racial numbers.
6    It would be interesting to see if he
7  gave similar numbers to Ms. Abrams as well.
8    Q    But would you agree that, whatever
9  your views, and I recognize your views are
10  different, but would you agree that there is a
11  large proportion -- large numbers of people do
12  believe that ethnicity and race do -- are an
13  indication of party affiliation?
14    MR. KHOURY:  I'm going to object to
15  the form of the question.
16    A    Yeah.  I don't know what people
17  believe, but they're wrong if they think that.
18    Q    But you haven't heard that?
19    A    I haven't heard what?
20    Q    That people, that many people
21  believe that.
22    A    Have I heard that?
23    Q    Yes.
24    A    I don't --
25    Q    Okay.

306

1    A    -- know.  I mean, I don't, I don't
2  generally discuss race.  One of the benefits of
3  my district is I have a very diverse district.
4  It doesn't matter which number you believe.
5  It's a diverse district, which is great, and we
6  get along pretty well.
7    Q    Sorry.  I'm skipping through.
8    A    That's okay.  I like you skipping.
9  I don't think anybody's going to argue.
10    (Whereupon a document was identified
11  as Plaintiff's Exhibit 291.)
12    Q    I have eliminated quite a bit of the
13  outline, so.
14    Let me ask you to look at a document
15  with -- which I'm going to mark at Exhibit 291.
16  And then this is a document with beginning
17  Bates number GA2-001201.  And it is -- and it
18  appears to be an email from Mr. O'Connor to
19  Jeremy Brand regarding HD 106, and there's a --
20  it's part of a string of emails.  Do you see
21  this --
22    A    Yes.
23    Q    -- document?  And is it correct --
24  well, have you seen this before?
25    A    No.

Electronically signed by Joel Moyer (501-161-376-4513)                    afd8f269-a39f-4cfb-8a4a-31f654b778bf

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

82 (Pages 307 to 310)

307

1  Q   Do you know who Jeremy Brand is?
2  A   Yes.
3  Q   Who is he?
4  A   He's a political consultant that
5  people hire for campaigns.
6  Q   Is he focused on Republican party
7  races, or do you know?
8  A   I don't know.  As far as I know, I
9  know people that have used him.  I used him my
10 very first race when I ran in 2012, but I have
11 not used him since.
12 Q   Is there a particular reason why you
13 haven't used him?
14 A   I just wanted to go with someone
15 local, honestly.  It was a preference, a
16 personality preference.
17 Q   And if you could look at the subject
18 page, Bates labeled GA2-001202?
19 A   Uh-huh (affirmative).
20 Q   And this, I'm not sure I said this
21 before, but it's a document dated November 8th,
22 2016.  And that's, of course, after the passage
23 of HB 566; correct?
24 A   Yes.
25 Q   In the penultimate paragraph, it

308

1  says, "Henry County is seeing a similar trend,
2  like in Brian Strickland's HD 111 along I-75.
3  White registration in Henry has -- Henry has
4  changed little in the last dozen years, but
5  black registration is way up, to the point that
6  there's no majority race in Henry anymore --
7  latest count," et cetera.
8       Do you agree with the statement that
9  black registration in Henry County has -- is
10 way up as opposed to previous years as of 2016,
11 November 2016?
12 A   As of November 2016?
13 Q   Yes.
14 A   No, but I will say this.  If the
15 numbers he reported previously about the
16 registration that happened between March and
17 October of 2016 are correct, then it would have
18 been 2,000 new black registered voters versus
19 1,000 white new registered voters.
20      And that would obviously be a good
21 jump, but I know, again, why that happened.
22 Q   Do you have any understanding as to
23 whether the increase in black registration --
24 there was a increase in black registration
25 trending up at least prior to the race that you

309

1  mentioned?
2  A   No.
3  Q   I'm sorry?
4  A   No.
5  Q   You don't have -- you don't have
6  that understanding, or you disagree?
7  A   I don't have that understanding as
8  I've never seen -- I've never seen those
9  numbers, honestly.  I've never -- the only
10 numbers I've seen on registration is what you
11 showed me.  And I'm assuming that Mr. O'Connor
12 is correct, but I don't know if he is because
13 he's all over the place.
14      But assuming he is correct and there
15 was 2,000 new registered voters in 2016, and I
16 do believe that just because there was that big
17 voter drive that focused solely on black
18 voters, then the argument that suddenly it's
19 way up in November of '16 would be correct
20 compared to March of '16.
21      But there was an election in
22 November of '16, and those same new voters
23 voted for Republicans countywide.
24 Q   Just a couple more pages of the
25 outline.

310

1  A   Okay.
2      (Whereupon a document was identified as
3  Plaintiff's Exhibit 292.)
4  Q   I'm trying to, trying to be
5  efficient.
6      I'm going to show you Plaintiff's --
7  or strike that.
8      I'm going to show you an document
9  which I'm marking for identification as Exhibit
10 2 -- excuse me, 292.
11 A   Okay.
12 Q   It bears Bates number on the first
13 page GA2-002106.
14      This document is a one-page --
15 excuse me, a multipage document which on the
16 first page appears to be an email from
17 Mr. O'Connor dated January 20th, 2017.  It is
18 to Spiro Amburn with copies to Mr. Childs and
19 Mr. Jordan, and it says, Follow-Up, Explanation
20 of Clinton Wins in GOP State House Districts.
21 See that?
22 A   Yes.
23 Q   And in the -- he attaches to this
24 document a -- to the email, that is, a document
25 entitled 2017 -- Republican-Held (or

Donovan Reporting, PC                                                770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                    afd8f269-a39f-4cfb-8a4a-31f654b778bf

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

83 (Pages 311 to 314)

311

1  Previously-Held) State House Districts that
2  Backed Clinton over Trump -- Analysis; is that
3  correct?
4      A   That's what it appears to be.
5      Q   Do you know, if you look in the body
6  of the email, do you agree that -- well, strike
7  that.
8          Was HD 111, your district, in fact
9  one of the 13 GOP-held districts that went for
10  Ms. Clinton?
11      A   I believe that's correct because I
12  saw that she did really well in the precincts I
13  looked at.  Never saw the overall numbers
14  locally, but I believe that is correct.
15      Q   Then if you can turn to the last
16  page of the exhibit bearing Bates number 2109,
17  and if you could look at the paragraph which is
18  headed District 111, if you could just read
19  that to yourself for a moment.
20      A   Yes.
21      Q   And it's again about your
22  District 111, of course.  He again states
23  that -- well, in this case, he says, "Brian
24  Strickland (I-75 corridor in Henry).  Henry
25  County overall has moved toward the Democrats

312

1  over the last ten years."
2          And then there's some information
3  about presidential races.  And then after a
4  comment about Clinton carrying 111 by 54 --
5  50-to-47 margin, percent margin, over Trump, he
6  states, "Strickland won with just 52 percent
7  last fall, but that was still an accomplishment
8  in a district now 38 percent black in voter
9  registration."  See that?
10      A   Uh-huh (affirmative).
11      Q   Would you agree that your winning in
12  2016 was an accomplishment because House
13  District 111 has a 38 percent black in voter
14  registration?
15      A   No, not for that reason alone.
16  Well, you know what?  If we take the premise
17  that black people only vote for Democrats, then
18  that would be a major accomplishment.
19      Q   But you disagree with that?
20      A   I completely disagree with that, and
21  the numbers show it.  And he's also wrong that
22  we moved towards Democrats as a county.
23  There's only one Democrat that I'm aware that's
24  ever won in Henry County, and that was Hillary
25  Clinton.

313

1          And Donald Trump was never going to
2  win in Henry County for a lot of reasons.
3      Q   Okay.  Do you think you could have
4  won in 2016 in District 111 without the changes
5  that were made in 2015?
6      A   Yes, and I think I actually would
7  have done better.  And we'll never know.  We
8  can disagree and debate that, but I'm basing
9  that on the new voter registration that was
10  done by the Stacey Abrams-George Soros group
11  that focused on the new district.
12          And the numbers, if Mr. O'Connor's
13  correct, that would show that they were able to
14  get a lot more black voters.  Of course, that
15  backfired because they still voted for me.  But
16  I think that I probably could have done better,
17  and I'm basing that simply on the fact that I
18  would have had the same voters I had before
19  versus dealing with new areas where they were
20  able to go in and register new people.
21      Q   I just wanted to ask you a very few
22  more questions.
23      A   Okay.
24      Q   We're almost finished.  This is
25  regarding the decision -- your decision to run

314

1  for the Senate.
2      A   Yes.
3      Q   Perhaps you could just tell me why
4  you made that decision.
5      A   Because there was an open seat and I
6  wanted to go to the Senate.  I get tired of
7  being in one place too long.  There are people
8  that have been in the House of Representatives
9  for 20, 30 years or even 10 years, and I
10  couldn't imagine sitting anywhere that long.
11      Q   Do you -- was any part of your
12  decision to run for the Senate as opposed to
13  run again for Georgia Senate -- excuse me, your
14  House District 2 -- 111 due to the number of
15  African-American people --
16      A   No.
17      Q   -- in the district?  And did you,
18  did you run for the Senate seat which had been
19  vacated by a former senator?  And I
20  apologize for mispronouncing --
21      A   You won't say it right.  Even if
22  you're from here, you wouldn't say it right.
23      Q   It's Jeffares?
24      A   You're close.  Jeffares.  I'm not
25  sure why it's pronounced that way, but it is.

Donovan Reporting, PC                                          770.499.7499

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

84 (Pages 315 to 318)

315

1  Q   Senator Jeffares.
2  A   They call him Jeffares in Locust
3  Grove too, so it's okay.
4  Q   Did you run for this Senator
5  Jeffares' seat in part because that Senate
6  district chose Donald Trump instead of Hillary
7  Clinton, whereas District 111 did not?
8  A   No, but it's -- if you have the
9  number of people that asked me how Donald Trump
10  did in the Senate district, I have no idea.  I
11  didn't know whether or not he had won it.  I
12  know that when I ran for the seat last month, I
13  was targeted again by some of the same people
14  that targeted me in 111.
15          And it's just people trying to make
16  it political and trying to say you can't elect
17  a Republican.  And we had the same issues going
18  on there that happened in 111, so it's the
19  same, same fight I'll have there too.
20  Q   And I'd just like to walk -- and
21  this will be the final exhibit that I mark,
22  which I'm sure you'll be disappointed to hear.
23          THE VIDEOGRAPHER:  Five minutes
24  left.
25          MR. PHILLIPS:  I'm sorry.  I'm

316

1  having -- could we go off the record for a
2  second?
3          THE VIDEOGRAPHER:  Going off the
4  video record at 4:21 p.m.
5          (Proceedings in recess, 4:21 p.m. to
6  4:22 p.m.)
7          THE VIDEOGRAPHER:  We're back on the
8  video record at 4:22 p.m.
9          (Whereupon a document was identified as
10  Plaintiff's Exhibit 293.)
11  Q   Thanks for your patience, Senator.
12  I want to show you a document that
13  I've marked for identification as Exhibit 293.
14  The beginning Bates number of this document is
15  GA2-000052.
16          And, once again, as in so many of
17  the emails we've seen, you are not copied or
18  the recipient or author of any of the emails in
19  this string.  It appears to be an email string
20  between Caulder Harvill-Childs and Dan O'Connor
21  dated January 5th in the, the last email, the
22  first on the page 052 of the string.
23          It is dated January 5th, 2017, and
24  it's regarding the 2017 session meeting.  And
25  it's correct, is it not, that you were still a

317

1  member of the House of Representatives in 2017?
2  A   Until December of 2017, yes.
3  Q   And there is a string of emails.
4  And if you look at the top of page 53, of Bates
5  numbered 53, you'll see an email dated December
6  14th, 2016, O'Connor to -- O'Connor email, I
7  believe, to Mr. Harvill-Childs.
8          He says, "With regard to Brian," who
9  I presume though cannot really represent to
10  you, but I believe it is a reference to you,
11  "someone mentioned to me what he might do some
12  day is run for Jeffares' seat when he
13  retires -- his Senate district backed Trump
14  last month (though even there his district is
15  not as Republican as it used to be, mainly
16  because of the Henry portion became more
17  heavily black)."
18          Do you agree with the statement that
19  it was mainly because of the Henry portion
20  becoming more heavily black that Mr. -- or
21  Senator Jeffares' seat was not as Republican as
22  it used to be?
23  A   No.  You know, the back story there
24  is Senator Jeffares decided in 2016 when he ran
25  that he would just put a few signs up and

318

1  didn't even care.  And he had someone working
2  for him who went precinct by precinct after the
3  election and compared his numbers to my numbers
4  where we overlapped.
5          And I consistently got 50 to a
6  hundred votes more than he did by the precinct.
7  And I told him later he should have worked for
8  it if he wanted to get more votes.
9  Q   The next sentence is, after the one
10  I just read, it says, "Brian has been
11  consistent in performance -- 53 percent in 2012
12  and 2014 and 52 percent last month."
13          And then he goes on to say, "If we
14  had not tweaked his district last year, he
15  probably would have lost this time."
16          Do you agree with Mr. O'Connor's
17  statement?
18  A   No.  I think he's wrong.
19  Q   And I think we've already
20  discussed --
21  A   That's right.
22  Q   -- your views on that, is that
23  correct, as to why he was --
24  A   Yeah.  Mr. O'Connor bases everything
25  on numbers, but it's just a complete flawed

Donovan Reporting, PC                                              770.499.7499

R. Brian Strickland        Georgia State Conference of the NAACP, et al vs Kemp        January 26, 2018

85 (Pages 319 to 322)

---

319

1   model the way he looks at this, so I completely
2   disagree with him.
3       Q    The last comment on the page is that
4   Henry has a lot of large precincts.  Is that
5   correct?
6       A    I don't know what to compare it to.
7   I've never looked at precincts beyond Henry
8   until this time around, and I thought they were
9   pretty consistent in Newton and Rockdale too,
10  so -- in my Senate race.  So, no, I don't -- I
11  don't know that to be the case.  I don't know.
12          THE VIDEOGRAPHER:  Two minutes.
13          MR. PHILLIPS:  I have no more
14  questions.
15          THE WITNESS:  Okay.
16          MR. PHILLIPS:  Thank you.
17          MR. KHOURY:  All right.
18          MR. PHILLIPS:  I appreciate the time
19  we've spent.
20          THE WITNESS:  Thank you.
21          MR. KHOURY:  Thank you.  And we
22  appreciate you trying to expedite things to
23  help us out.
24          MR. PHILLIPS:  Did my best.
25          MR. KHOURY:  Thank you.

---

320

1           THE VIDEOGRAPHER:  Going off the
2   video record at 4:27 p.m.
3           MR. KHOURY:  All right.
4           THE COURT REPORTER:  And you're
5   going to reserve signature?
6           MR. KHOURY:  Yes.
7   (Proceedings adjourned, 4:27 p.m.)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

321

1   I, R. BRIAN STRICKLAND, Deponent,
2   do hereby certify that I have read the
3   foregoing deposition, and the same is a true
4   and accurate transcript of my testimony, except
5   for the changes listed below, if any.
6   PAGE/LINE/CHANGE                    REASON
7   _____
8   _____
9   _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____

    If additional space is needed, please attach
20  separate sheet(s) and indicate number of
    additional page(s) here:_____
21
22  _____
    R. BRIAN STRICKLAND, Deponent
23  This _____ day of _____, 20____.
24  Donovan Reporting, PC FAX: 770-428-5801
    237 Roswell Street Marietta, GA  30060
25  Date of Deposition: 1-26-2018 CR: JM

---

322

1           CERTIFICATE OF COURT REPORTER
2   STATE OF GEORGIA
3   COUNTY OF COBB
4       I hereby certify that the foregoing
5   deposition was reported as stated in the
6   caption, and the questions and answers thereto
7   were reduced to writing by me;
8       That the witness's right to read and
9   sign the deposition was reserved;
10      That the foregoing pages 1 through 323
11  represent a true, correct, and complete
12  transcript of the evidence given on the
13  above-referenced date by the witness, R. BRIAN
14  STRICKLAND, who was first duly sworn by me;
15      That I am not of kin or counsel to any
16  of the attorneys or parties in this case.
17      I do hereby disclose pursuant to
18  Article 10.B. of the Rules and Regulations of
19  the Board of Court Reporting of the Judicial
20  Council of Georgia that I am a Georgia
21  Certified Court Reporter; that I am an employee
22  of Donovan Reporting PC; that Donovan
23  Reporting PC was contacted by the attorney
24  taking the deposition to provide court
25  reporting services for this deposition; that I

---

Electronically signed by Joel Moyer (501-161-376-4513)                    afd8f269-a39f-4cfb-8a4a-31f654b778bf

R. Brian Strickland        Georgia State Conference of the NAACP, et al vs Kemp        January 26, 2018

```
                                            323
 1    am not taking this deposition under any
 2    contract that is prohibited by OCGA 15-14-37(a)
 3    and (b) or Article 7.C. of the Rules and
 4    Regulations of the Board; and I am not
 5    disqualified for a relationship of interest
 6    under OCGA 9-11-28(c).
 7          There is no contract to provide
 8    reporting services between myself or any person
 9    with whom I have a principal and agency
10    relationship nor any attorney at law in this
11    action, party to this action, party having a
12    financial interest in this action, or agent for
13    an attorney at law in this action, party to
14    this action, or party having a financial
15    interest in this action.  Any and all financial
16    arrangements beyond my usual and customary
17    rates have been disclosed and offered to all
18    parties.
19          This 2nd day of February 2018.
20
21
           _____
           JOEL P. MOYER, CCR 2745
22         Certified Court Reporter
23
24
25
```

Donovan Reporting, PC                                     770.499.7499

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

**A**

ability 147:8 157:12
  203:8
able 22:9 29:8 39:19
  48:2 49:16 56:25
  114:3 159:18
  166:16 176:1
  184:23 185:24
  200:6,21 202:15,17
  202:20,23 203:15
  211:9,11 224:2
  243:18,24 266:25
  291:16 313:13,20
above-referenced
  322:13
Abrams 177:24
  179:6 276:10
  283:15 284:14
  290:24 297:10,11
  304:21 305:7
Abrams-George
  313:10
absentees 264:7
absolutely 243:20
accept 89:13
acceptable 197:1
access 27:12
accommodate 130:15
accomplish 202:17
  202:20
accomplished 201:24
accomplishment
  312:7,12,18
account 19:6,9 20:14
  23:12 25:4,6,7,8
accountable 38:12,21
  38:22,25 39:8,16,24
  40:2,12,14
accounts 25:2,19
accuracy 283:9
accurate 12:5 29:12
  31:11,15,23,25
  32:16 33:1,14 38:2
  38:7 263:13 302:17
  321:4
accurately 269:16
  270:19
achieved 148:8
Act 188:19,23 189:5
acting 192:2
action 7:22 10:10

323:11,11,12,13,14
  323:15
active 291:12
actual 95:3 233:13
  241:16 263:22
  285:19
add 177:23 200:10
added 70:12
addition 42:13,14
additional 118:19
  198:12 215:10
  216:1 267:1 321:19
  321:20
address 8:7 23:1,7,19
  23:21 33:3 85:2
  123:10 166:3 251:4
addressed 82:16
  259:11 260:18
addresses 23:17
  143:4
addressing 258:12
adequately 259:17
adjourned 320:7
administrative 44:15
  44:18
ads 123:3
advance 296:5
advantage 97:15
  159:16,21 185:22
  185:24 186:21
  237:18 253:6,8
  255:7
advertisement-wise
  25:9
affair 17:3,10
affect 63:8 209:18
affiliation 50:18 55:3
  59:5,6 183:3
  305:13
affiliations 204:19
affirmative 28:6
  32:22 34:1 62:4
  75:4 83:17 104:12
  105:1 107:14
  112:23 117:6
  118:17 141:19
  157:6 169:18
  177:13 199:24
  204:13 206:24
  241:4 247:11
  251:20 270:17
  278:4 283:5 307:19

312:10
African-American
  46:13 50:4 59:19
  60:25 61:11,14
  62:8 79:12 185:4
  248:2 256:22
  257:11,13,16
  266:13 286:10
  289:7 291:6 296:8
  298:2 301:10
  314:15
African-Americans
  43:8 60:15,21 61:4
  67:17 232:17 257:5
  276:1 287:12
  303:22
afternoon 143:25
  144:1
age 32:9 247:5,19
  249:18,18,21 250:8
agency 24:11 323:9
agenda 102:12
agent 323:12
ago 9:3 118:10 121:3
  128:7
agree 42:5 55:1 59:18
  60:14 77:18 81:12
  84:4 105:12,17
  108:4 110:4,17
  135:11 153:18
  221:23 252:4
  263:10 280:6 291:9
  294:15 296:11,12
  297:14 303:12
  305:8,10 308:8
  311:6 312:11
  317:18 318:16
agreed 118:12 119:7
  135:25 136:2
  190:10
agreement 149:21
  190:6 196:19,21
agrees 136:18
agricultural 34:23
Ah 37:20
ahead 48:1 63:11
  204:7 278:11
aid 267:12
aisle 179:13
AJC 100:21 101:16
  102:1,7,10 284:22
ALEX 2:18

Allen 2:19
allowed 201:1,1
alluded 147:20
  273:13 280:20
alluding 210:10
all-day 17:2,9
alphabet 198:16
Amburn 5:22 136:24
  137:4 310:18
American 91:15,22
Americans 73:7
amount 122:21
Analysis 311:2
ANDERSON 1:7
ANDREA 1:7
Andy 76:14,15
  108:21 174:4,17
  197:19 229:23
and/or 205:2
anecdote 224:18
Angeles 2:5
angry 212:23
Anne 251:6
annexation 176:22
  269:23
annexed 166:2
announcement
  148:16
announcements 94:7
answer 11:10,18 12:3
  12:12,20 15:15
  28:7 45:9 50:7
  54:11 59:11 80:7
  83:14 96:17 191:3
  192:6,7,10 218:3
  221:21 227:10
  233:12 241:9
  255:25 268:9
answered 152:19
answering 190:15
answers 241:13
  322:6
anticipated 88:16
anybody 15:18 53:4
  194:25 239:15
  251:14,16 258:16
  261:3 269:4 270:24
  304:16
anybody's 306:9
anymore 152:6 308:6
anyway 182:15
any-period-of-time

158:2
Apart 59:5
apologize 8:1 21:4
  26:22 30:15,19
  51:9 53:21,24
  83:18 97:21 103:11
  103:14,16 244:3
  249:8 260:23
  314:20
apparently 52:9
  111:24 191:4 250:5
  250:23 269:22
  279:8 287:20
  296:18 298:4
appealed 63:23
appear 33:10 116:7
  177:15
APPEARANCES 2:1
appeared 118:25
appearing 246:25
appears 30:23 31:3
  31:13,23 32:3,13,14
  33:16 37:10 54:19
  65:6 75:10,18
  82:15 83:8 107:1
  118:5 156:23
  225:23 229:22
  245:2,19,23 246:23
  248:12 262:20
  268:20 277:10
  280:9 282:9 288:11
  290:12,19 293:11
  299:5 301:1,3
  306:18 310:16
  311:4 316:19
applies 257:19
appointed 34:13
appointment 157:22
appreciate 319:18,22
appropriate 185:5,9
  185:13 186:25
  187:2 192:6
approximately 13:10
  61:24 70:20 232:19
April 70:10,20,20
arbitration 10:2
area 60:14 61:21
  132:21 142:22
  143:1,7,13 148:3
  153:8 159:18
  174:13,17 175:9,10
  175:14 176:3,10,13

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

182:23 186:11
197:24 211:16
214:8 219:25
222:25 223:13,14
223:16,23 226:24
233:2 235:9 236:16
237:17 240:21
241:24,25 242:3,6
268:8 271:11 274:4
280:15,25 294:15
**areas** 47:18,20,23
48:11 109:18,20
153:13 202:23
203:1 204:19,20
210:7,15 211:12
223:4,5,5 238:25
281:2 313:19
**area's** 48:3,4
**argue** 24:13 122:16
141:13 143:8
175:11 223:9,21
236:9 255:6 274:18
278:22 279:4 303:1
306:9
**argued** 273:18
**argument** 89:16
132:18 278:24
302:10,20 309:18
**arguments** 178:21
**ARIA** 2:8
**arm** 34:24 226:19
227:15 233:23
**arrangements** 323:16
**arrested** 13:7
**ARREYMBI** 1:7
**article** 4:13 7:5 14:4
100:19 187:21
260:16 322:18
323:3
**articles** 261:15
**Asian** 80:23 91:14,21
284:8
**Asians** 73:7 283:1
284:8
**aside** 59:6 74:11 79:8
81:21 99:21 106:16
109:7 231:23
247:25 250:5
276:18
**asked** 13:19 14:8,12
16:4,7 17:6 35:24
84:13,18 97:20
100:8 158:10 165:4

173:25 176:15
201:20 315:9
**asking** 22:4,15 86:23
96:20 174:19 187:4
190:14 191:18
205:8 265:1 280:5
294:2
**asleep** 128:4,10
153:24 154:10
158:21
**assign** 22:25
**assist** 180:10 203:10
**assistant** 26:2
**assistants** 44:15,18
**assisted** 202:24
**associate** 34:3 235:15
**associated** 204:15
**Association** 251:7
**assume** 11:25 35:2
91:24 97:25 128:18
255:10 256:11,17
278:12 296:3 302:1
305:2
**assumed** 236:14
**assuming** 104:17
105:15 106:8
116:16 123:23
125:2,17 128:13
153:1 261:20
278:14 280:14
281:9,9,10 284:20
291:3 293:23
295:10 302:13
303:22 309:11,14
**assumption** 113:16
183:5 208:15
256:21,25 278:17
**assumptions** 181:8,8
234:21 254:12
295:18 302:14,17
303:23
**Atlanta** 1:2,18 2:15
2:20 46:19 60:13
60:13 78:6 101:1
101:18 111:7
120:14,21 228:4
258:7 294:1 302:11
**attach** 321:19
**attached** 3:19 55:22
56:5 76:10 83:20
85:7 277:17
**attaches** 310:23

**attachment** 5:22
75:23 245:9,16
**attachments** 3:23
4:20 5:2,14,18,21
107:8 245:7
**attended** 158:19
**attending** 28:1
**attorney** 12:18 15:16
22:2,14 284:1
322:23 323:10,13
**attorneys** 10:11
322:16
**attorney's** 10:9
283:23
**attorney-client** 12:11
22:6 164:12
**attribute** 297:8
298:22
**AUDRA** 1:6
**AUSTIN** 1:6
**author** 153:4 269:5
316:18
**authority** 24:13
104:21
**AUTOMATED**
66:13 150:25
**availability** 181:17
**available** 95:6,15,19
95:23 180:5,10
260:3
**Avenue** 2:5
**average** 43:25 264:17
264:22 265:10,17
**avoid** 218:12
**award** 33:24
**aware** 13:9,21 18:12
20:14 25:20 44:21
49:8 60:10 61:10
68:13 70:16,18,23
71:6 86:17 92:22
93:1,5,9 94:12
95:16 98:20 139:10
140:1 144:25
161:23 162:8 168:8
207:20 250:7
253:21 304:16
312:23
**awkward** 116:1
**awl** 251:4
**awl@sbllaw** 250:24
**awl@sbllaw.net** 5:8
**ay** 199:8

**a.m** 1:19 7:2,9 36:24
37:3 66:18,22 90:2
90:3,4,7

———————

**B**

**b** 2:13 323:3
**back** 15:4 26:17,18
26:20 37:2 61:23
66:21 83:24 90:5
97:23 112:7 142:19
143:23 153:22
154:15 158:11
161:13 171:16,18
171:23 181:1
191:17 192:14
193:8 197:5,17
198:19 204:1 208:3
213:20 216:14
220:19 237:24
243:22 244:17
258:15 273:18
282:1 293:3 316:7
317:23
**backed** 88:5 311:2
317:13
**backfired** 313:15
**background** 41:3
**bad** 224:14
**bait** 114:1
**balance** 43:24
**Balch** 1:17 2:18
**Ballotpedia** 4:12 31:4
**Baptist** 31:20
**Barnes** 121:24
155:20
**base** 110:24 137:24
175:2 231:14
**based** 56:8 58:15
62:12 86:25 111:20
118:5 155:12,16
181:15 205:14
212:4,6,7 222:4
226:8 241:9 242:21
242:21,23 257:1
267:9 268:10
278:25 281:6 294:1
297:3 302:23
**bases** 87:20 254:16
254:16 318:24
**basically** 29:11 55:8
138:1 147:11
**basing** 234:19 313:8

313:17
**basis** 63:25 81:18
232:25 233:1
263:24 301:7
**batch** 286:18
**Bates** 75:11 102:24
107:17 245:1
250:24 262:19
275:14,15 277:7
282:15 288:10
293:9 299:5 306:17
307:18 310:12
311:16 316:14
317:4
**battle** 150:13 154:16
154:16 166:4 174:6
178:7
**battleground** 271:17
**Bay** 199:13
**bear** 16:13 142:12
**bearing** 288:10 299:4
311:16
**bearings** 246:3
**bears** 245:1 275:14
293:9 310:12
**beat** 266:14
**becoming** 317:20
**beginning** 1:19 7:8
75:11 85:5 90:6
161:14 244:18
288:9 290:5 306:16
316:14
**begins** 54:16 79:21
86:4 90:14 102:24
104:1 107:16 265:4
265:8 282:19,20
**believable** 102:7
**believe** 8:24 9:4
16:25 20:11 31:10
36:2 37:23,25
41:10 42:18,25
43:7 44:10 50:25
52:6 54:21 57:4,16
60:22 61:3 62:5
63:24 64:4 67:7
77:3,11 79:2,7,10
81:19 99:6 106:8
114:20 115:22
116:10,15 118:12
121:11 122:9
123:13 124:25,25
131:17 133:14

Donovan Reporting, PC

770.499.7499

R. Brian Strickland            Georgia State Conference of the NAACP, et al vs Kemp            January 26, 2018

134:12 136:19
149:1 151:10 152:3
152:12 153:15
154:19 167:24
173:3 174:22 175:7
177:3 179:10,10
180:12 182:16,21
184:12,21,24 185:3
185:8,12 188:14
189:4 195:8 204:5
208:20 209:4
212:17 216:13
219:17 220:24
222:18,18 225:7
227:8,13 230:4
233:20,22 234:22
235:19 246:13
248:9,10 252:10
257:19 259:12,16
260:14 265:15
267:7 270:5 285:12
289:11 291:19
295:3,4 297:25
298:7,12 300:20
301:12 302:5
305:12,17,21 306:4
309:16 311:11,14
317:7,10
**believed** 98:8
**bell** 214:24 247:7
**bells** 293:22
**belong** 27:7,9 32:8
**belongs** 251:4
**Ben** 4:16 5:9,11 53:7
53:17 54:9 285:1,6
285:7
**benchmark** 58:11
155:17 159:11
180:25 208:15
209:9 234:20 279:2
**beneficiaries** 252:1,6
277:22 278:7
**benefit** 175:1 237:2
239:14 240:2 244:6
279:3 281:2,5
**benefited** 220:16
223:7 224:9 236:20
239:12,15 252:10
252:13 278:24
**benefits** 306:2
**best** 9:22 112:15
269:15 319:24

**better** 141:25 159:20
181:9 221:22
236:16 256:2,6
258:6 265:21
274:19 275:1
280:22 291:6 313:7
313:16
**better-looking** 202:2
**beyond** 216:2 319:7
323:16
**big** 11:17 63:2 101:23
101:23 104:19
120:8 143:7,11
150:13 152:1
207:24,25 208:22
208:23 222:4 266:4
283:17 284:21,23
286:23 287:3
290:24 297:22
309:16
**bigger** 121:18 167:14
**biggest** 40:6 176:20
**bill** 4:5 15:5 83:23
84:1,1,12,17 85:24
119:10 124:2
125:18,19 146:2
148:25 170:6,7
172:25 187:15
190:3,19 194:2
195:13 196:4,5,8,9
196:10 254:9 255:8
258:1,23 268:21,23
269:17 270:25
275:18,24 276:2,7
279:7
**bills** 62:23 259:4
261:20 269:3,23
**bill's** 196:8
**Bill-2015** 4:2
**Bingham** 1:17 2:18
**bio** 31:14 32:1,3,15
**biographical** 29:6
**biographies** 29:8
**biography** 4:6,7,9,10
4:12 30:12 31:3
**bipartisan** 14:15
135:20 136:7 178:3
**birthday** 33:8
**birthplace** 33:9
**bit** 129:14 133:19
142:18 176:2 221:3
221:22,25 222:14

239:18 242:11
306:12
**black** 48:8 50:3,4,10
56:8,14,16,17,20,25
57:8,12,16 61:25
66:10,10 67:1,2,5,5
67:16 69:15 79:16
80:20,23 84:19
86:14 87:12 91:13
91:18,20 92:23
93:6,21 94:13,23
97:5,11,17 98:6
99:24 105:21
110:12,21 208:11
209:18 228:15,18
247:10,12,20
249:24 250:9
253:16 254:7,18
276:6 283:12,19
284:13 286:14
291:3 296:20 297:4
297:11,16 300:11
300:21 301:16
303:8,9 304:11
308:5,9,18,23,24
309:17 312:8,13,17
313:14 317:17,20
**Blackman** 119:10,15
119:25 120:24
121:2
**blacks** 55:2 68:15,15
70:12,19 73:6
253:22 283:1 284:7
**blame** 103:17
**blew** 117:3
**block** 47:11 48:18,18
95:7,8,9,11 96:6
**blowup** 116:8 117:21
**board** 7:6 117:11
206:13 229:10
257:12 266:8
322:19 323:4
**body** 24:16 311:5
**border** 115:19
116:22 151:20
152:4 172:8 226:1
**bordered** 118:9,13
151:19 152:10,14
173:18
**bordering** 178:15
197:2
**borders** 116:23,23,24

116:24,24 118:19
118:22 152:3,3
**boring** 224:16
**borrow** 103:11
**bother** 74:5
**bottom** 54:16 55:21
56:1 69:7 79:19,20
87:10 225:9 270:13
300:8 303:16
**Boulevard** 2:19
**boundaries** 132:8
164:18 290:10
**box** 33:4,5 222:7
**BRANCH** 2:8
**Brand** 5:20 306:19
307:1
**break** 12:8,14 54:22
56:12 82:3 207:16
292:19
**breakdown** 54:22
122:13 229:12
288:15 291:12
295:16
**breakdowns** 210:6
**breaking** 92:13
**Brian** 1:10,13 3:9 4:6
4:7,9,10,12,13 7:13
8:5 30:11 31:3
37:12 55:9,13
108:19 252:2
277:24 282:24
294:13 308:2
311:23 317:8
318:10 321:1,22
322:13
**brian.strickland@...**
23:8
**brief** 17:21
**briefly** 32:21 90:13
299:2
**bring** 12:24 159:24
**bringing** 304:25
**broader** 257:23
**Brockington** 2:13
**broke** 232:8 234:15
**broken** 83:10 210:22
**brought** 123:25
**brunch** 279:7
**bstrickland@smith...**
23:20
**building** 15:25
**built** 100:11

116:24,24 118:19
118:22 152:3,3
**Burns** 285:10
**business** 271:22
**busy** 71:18
**butchering** 21:5
**buy** 212:16
**B-R-I-A-N** 8:6

---

**C**

**C** 2:8
**CA** 2:5
**cafeteria** 15:25
**cagy** 192:15
**calendar** 25:21 26:1
26:4,23 216:18,24
**calendars** 26:8,9,14
**call** 65:24 85:20
112:2 315:2
**called** 199:3 239:6
297:9
**calling** 14:1 170:18
**calls** 176:20
**camera** 192:17
**campaign** 32:13 33:3
45:16,19 47:2
50:24 62:22 119:13
119:15 120:12,20
292:15
**campaigned** 46:23
49:18
**campaigning** 35:24
230:7
**campaigns** 48:21
62:15,17 63:4
184:16 307:5
**cancel** 66:14
**candidate** 119:9,19
122:23 268:1,2
280:2,16 284:1
292:1 298:20
**candidates** 56:22
57:9,13,18,19 78:25
88:20 111:18
126:15,17 181:14
237:12 298:23
**canvas** 47:13,14
**capacity** 1:10 34:17
34:19
**Capitol** 26:3 216:20
**caption** 322:6
**care** 25:13 114:4
133:2 163:8 258:2
274:15 318:1

Donovan Reporting, PC                                              770.499.7499

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

Page 327

Carmel 213:22
carried 125:19 194:2
carrying 125:18
  312:4
Carter 155:23
case 1:9 14:8,10
  20:22 21:13,16
  24:8 25:15 57:8
  139:12 185:23
  186:4 225:23 250:7
  252:21 256:15
  291:5 295:13
  302:12 304:9
  311:23 319:11
  322:16
cases 26:20 141:22
categories 92:14
category 249:24
catty 192:15
Caulder 6:1 285:2,13
  285:15 316:20
causing 302:6
CCR 323:21
CELESTE 1:4
cell 27:1,8 33:7
census 70:11 110:15
  124:7 137:24 138:2
  138:8,17 149:8
center 270:23 271:3
  271:25
Central 175:20 212:6
  213:25 223:10
  271:6,15
certain 29:8 93:21
  114:19,21 131:4
  148:3,6 156:25
  173:19 182:13,23
  195:16 200:14
  211:12 255:15
  266:21 284:15
  288:2 289:2
Certainly 114:22
Certificate 3:12
  322:1
Certified 1:16 322:21
  323:22
certify 321:2 322:4
cetera 80:25 85:9
  161:1 239:4 251:4
  277:12 294:22
  308:7
chain 53:10 75:11,14

76:3 107:1 288:12
chair 125:20 229:10
  257:11
chairman 44:21 45:3
  125:5,6
chairmanship 303:3
chairperson 257:12
challenge 113:14
  286:17 287:4
challenges 207:21
chamber 276:1
chambers 14:16
  270:4
chance 19:18 49:17
  56:24 57:4 60:4
  61:6 74:20 81:20
  85:19 135:7 169:2
  258:24
chances 60:23 98:8
  106:11 123:14
  202:9 203:20
  286:11
Chandler 16:19,24
  21:10 55:10,14
  85:8 168:14 202:24
  252:1 262:23
  277:23
Chandler's 86:7
  218:21 253:1,15
change 8:23 71:2
  99:18 109:8 132:10
  134:9,25 150:6,8
  162:25 182:23
  196:13,25 198:9
  200:2 205:1 208:10
  211:25 239:11
  242:2 255:4 256:18
  263:9 268:11
changed 151:16
  195:4 223:4 251:25
  264:8 265:21
  285:17 308:4
changes 124:4,20,23
  127:7 132:11
  134:20 135:10
  136:13,17 137:11
  137:19 138:1 139:4
  149:19,25 150:5,11
  151:2,12 152:12
  159:1 161:21,22
  162:1,8 163:2,5,6,9
  163:14,15,19

166:21,25 167:5
173:14,19,20
174:25 175:5 178:1
178:13,20 179:18
189:19 193:13,18
195:9,10 196:21,22
199:23 201:5
204:24 209:17
217:25 219:2,9,17
220:13 221:16,16
221:24 223:1,3,7,19
223:25 230:16
232:15,15 233:8
240:17 251:23
252:7,11 253:8
255:15,19 256:12
257:21 259:18,22
259:24 268:11
270:19 272:12,17
272:17,23 273:2,7
275:5 276:20,23
277:19,23 293:12
297:25 299:8
303:11,21 313:4
321:5
changing 70:23 71:15
  98:18 100:16,17
  105:10 110:11
  123:18 125:10
  162:19,22 218:5,12
  255:11 256:10
  262:11 280:19
characteristics 47:6
characterize 58:2,4
  228:14 239:2
charge 133:10
chart 66:2 83:1,5
  90:14 92:13 168:8
  177:17 245:17
  248:11 249:3
  279:13
charter 176:24
charters 142:25
charts 83:1 90:12
  107:2
check 25:6 105:5
  169:14,19 170:3,4
  215:20
checked 215:20,23,25
Chen 21:23
chief 137:2
Childs 285:2,13

310:18
choose 134:7 259:14
chose 315:6
Chris 5:6 245:5
Christmas 37:23
chunk 152:1
church 31:20,21 32:7
churches 257:16
circumstance 98:9
cities 129:18 133:2
  142:11,20 165:12
  165:22 273:24
citizen 96:22
city 33:9 78:6 129:19
  129:20 132:14,16
  132:20 140:25
  142:24,24 143:15
  165:16 166:1
  167:10 176:21
  177:6,7 186:2
  197:13 198:2
  199:16 242:11
  273:13
civic 33:22
civil 24:6
clarify 9:17 11:23
clarity 241:1
Clark 61:22
class 239:3,4
Clayton 79:22,24
  80:3,9 81:16 152:2
clean 19:20
clear 11:4,13
clearance 139:15
clearly 250:5
click 101:12 182:23
  211:10,12,17 225:8
clicking 205:21 211:3
  211:6
client 191:20
Clinton 94:14,24
  222:9 310:20 311:2
  311:10 312:4,25
  315:7
close 99:2 258:7
  314:24
closer 219:24 221:3
club 31:17 120:4
  165:19 166:2,3,6,7
  166:9,17,18 224:1
  226:25 229:8,9,11
  234:8,8 239:17,18

240:5,6,7,8,9
241:16
clubs 239:21
Cobb 101:2 322:3
coffee 224:12
Coie 2:9
COLEY 1:4
collect 30:3
college 34:21
column 65:25 67:1
  246:21,25 247:10
  247:14
columns 66:9,25
  91:10,13 300:14
combination 235:17
come 18:19 113:22
  130:2 136:16,20
  158:11 170:12
  222:1,2 231:19
  252:20 258:8
comes 150:14 186:7,8
  203:3 225:3 242:8
  290:20
coming 114:8 124:21
  151:3 231:6 232:5
  258:16 291:23
  293:13
comment 257:20
  302:18 312:4 319:3
comments 66:9
  142:12 257:22
  258:2
commission 187:17
  267:20
Commissioners
  257:13 266:9
committee 44:22,22
  45:3,6,10 125:6,7
  125:20 170:5,7
  171:9,20 172:4,18
  172:23 258:20,21
  258:22 260:3 269:9
  269:12,13,14
committees 33:16
communicated
  148:21 149:1,3
  173:7 177:25
  179:17
communicating
  170:16
communication
  153:6 170:10 194:4

R. Brian Strickland      Georgia State Conference of the NAACP, et al vs Kemp      January 26, 2018

194:6 258:15
288:21
**communications**
22:6 87:2 151:11
164:12 169:9
177:20 288:21
289:11
**communities** 46:23
140:19 141:14,16
141:17,18,21 142:9
142:10,16 165:2,8
197:17 201:15
230:24 239:6,7
242:22 274:18
**community** 142:3
143:2 165:14,18
176:18 197:24
198:6 228:15,16
238:10,16,22
241:14,18,25 273:8
**commute** 228:3
**company** 289:16
293:24,25
**compare** 58:13 78:18
235:2,23 237:24
319:6
**compared** 46:20 69:1
94:17 236:8,9
241:25 297:5
309:20 318:3
**compares** 237:11
283:3
**comparing** 222:8
**comparison** 132:5
262:22
**competition** 294:9
**competitive** 89:19
111:15 112:3,4
**compiling** 87:2
**Complaint** 21:12
**complete** 12:6 318:25
322:11
**completed** 160:24
**completely** 135:19
136:7 137:24
213:19 250:10,13
289:25 312:20
319:1
**compliance** 195:11
196:14
**complied** 162:21
**complies** 164:6

**comply** 163:22
**components** 208:10
**composed** 64:5
**comprised** 62:7
**computer** 131:21
155:12,16 182:18
211:3
**concern** 140:8,12,16
141:6,9 142:14
272:12,16,22 273:1
273:6,9 275:5
**concerned** 162:20
163:21 164:20
165:6 166:20 218:8
279:7
**concerning** 85:7,20
**concerns** 106:13
164:2 165:1
**concluded** 171:24
**conclusion** 145:16
222:2,3 254:18
**conclusions** 280:11
**conference** 1:3 2:2
66:14 85:20
**confess** 248:10
**confirm** 116:21
291:16
**conflict** 301:18
**conflicting** 100:3
**conflicts** 301:8
**confusing** 9:5
**confusion** 30:20
64:24
**Congressional** 46:25
156:20
**congressman** 145:11
**connection** 24:23
183:11 296:1
**consent** 135:9 137:10
139:14 151:3,4,15
151:17 170:19
173:11 177:9 178:1
178:6
**consented** 135:19
150:22 178:13,20
179:11,14 189:24
194:18
**consenting** 193:22
**consents** 150:9
**conservative** 59:7,10
59:14,15 102:14
266:13

**consider** 20:9 45:21
46:4,8 52:16,20
53:2 78:5 91:19
111:14 148:18
211:18 279:1
292:14
**considerations**
217:22
**considered** 46:13
85:25 133:21
161:24 163:14
167:5 199:14
265:16 276:24
**considering** 166:25
**consist** 288:12
**consistent** 71:8,10,11
99:19 198:22,23
263:7,15,22 280:8
318:11 319:9
**consistently** 113:20
192:24 318:5
**consisting** 250:22
**consolidate** 198:20
**consolidated** 202:3
**constituents** 63:15
257:23 258:4,12
259:17 261:19
**constituted** 275:6
**Constitution** 188:5,9
188:12,15 195:11
**constitutional** 196:5
**consultant** 307:4
**consultants** 250:15
**contacted** 322:23
**contained** 1:22 51:20
140:14 272:17
**contending** 185:22
185:23
**contention** 165:22
**contested** 266:9
**contests** 85:13 219:9
**context** 46:15 182:6
**continue** 66:14 82:3
91:20 167:12
**Continued** 3:25 4:25
5:25
**continues** 107:19
**contract** 323:2,7
**control** 63:19 64:1
132:6 150:17
185:18
**controlled** 150:16

**controversial** 104:23
**controversy** 15:5
**conversation** 11:2
16:9 17:22 125:13
125:14 130:3
152:25 174:1 198:5
230:21 231:12,17
305:1
**conversations** 16:15
17:12,25 18:1 87:1
125:25 126:2,3
139:17 151:11
179:23 197:6
**copied** 316:17
**copies** 64:18 161:5
282:3 310:18
**copy** 20:16 22:9
29:22 30:1 41:10
41:13 106:18
156:15 160:13,15
268:21
**CORETTA** 1:7
**corner** 158:12
**Corp** 240:7
**correct** 8:14,16,18,19
10:13,16 13:5 15:8
15:14 17:23 20:11
23:23 32:5,9 33:3,7
33:10,23,23,24 34:9
37:12 39:12,14
40:13 43:13 48:14
50:3 53:11,18
54:18 55:12 57:7
57:23 60:2,6 64:20
64:21 67:4,17
68:12,22 70:1
72:10 76:17 77:3
78:14 80:2,6 88:1,2
88:7,8,17 89:8
92:10 97:14 106:8
108:23 111:21
112:10 116:21
117:1 118:2,5,10,14
120:2,3,8,8 121:11
121:12 123:6
126:21,22 127:10
134:3 138:1,25
149:6 153:14
154:23 156:1,22
161:19 163:16
173:3 178:16 181:9
182:19 186:23

187:13 188:12,13
196:22 197:10
199:6,23 200:13
204:7 208:6 221:14
222:21,23 225:19
226:3,4 236:18,20
237:3 245:18
247:17 248:24
253:25 255:9,13,14
255:16,17 258:22
260:19 263:4
269:11 281:13
290:18 291:7
294:24 296:19
302:2,3 304:13
306:23 307:23
308:17 309:12,14
309:19 311:3,11,14
313:13 316:25
318:23 319:5
322:11
**corrected** 164:23
**correctly** 37:24 75:17
99:7 171:15
**correspondence**
215:22
**corresponds** 26:4
**corridor** 227:1
311:24
**Council** 322:20
**councilmembers**
132:22
**councilmen** 176:21
**counsel** 2:1 7:4 10:7
10:20 15:17 20:2,5
41:12 84:9 170:23
191:19 195:18
196:4 285:9 322:15
**counsel's** 72:2
**count** 214:2 308:7
**counties** 85:12
100:23 101:1
104:21 105:11,16
136:13 141:11,12
151:18 273:4
297:12
**country** 57:14 165:19
224:1 226:25 229:8
229:9 234:7 239:17
239:18,21 240:5
**countrywide** 123:8
**county** 3:15,17,21

Donovan Reporting, PC      770.499.7499

R. Brian Strickland     Georgia State Conference of the NAACP, et al vs Kemp     January 26, 2018

8:11,13 24:12
31:17 41:17 77:17
77:22,23 78:1 80:1
80:2,5,9,18,19
81:16 87:7 90:23
91:12 92:13 99:24
99:25 100:9 101:2
101:3,6,14 105:19
107:9,10 110:12,21
111:11,11 113:22
116:10,14 117:22
117:22 122:9,10
129:18,19 130:21
133:13,18,23,25
136:4 142:11
143:10 147:25
151:12,16 152:2,2
165:23,25 170:1,2
172:9,13 173:15
184:4 186:4,6,7,9
186:12,13,19 198:3
202:3,14 203:3
206:8,12,18
218:16,21 219:14
225:3,12,21,22,25
226:10 231:15
239:1,2,24 241:5
257:10,12 266:8
267:12 273:16,22
273:23 274:10
275:3 280:18
283:18,24 284:24
290:25 293:14
294:12,13 295:24
296:14 297:12
298:13,14 302:21
303:2 304:23 308:1
308:9 311:25
312:22,24 313:2
322:3
countywide 207:9
298:18 302:24
303:5 309:23
couple 66:4 83:6 86:3
98:21 121:3 160:21
194:23 294:10
309:24
course 9:14 63:11
80:3 99:10 164:13
271:10 301:22
307:22 311:22
313:14

court 1:1,16 7:6,11
11:1,4 30:2,6
171:18 320:4 322:1
322:19,21,24
323:22
cousin 281:22,25
cover 90:10 234:5
covered 203:25
CR 321:25
crash 111:10
Crawford 5:1 107:3
107:18,20,23
create 14:21 114:17
created 45:25 167:22
168:5
creates 133:3
credibility 252:23
credit 272:4 287:25
297:13
crossover 224:4
crowd 36:11 235:6
CUNNINGHAM 1:6
current 8:8 9:11 38:9
61:13 158:25
currently 24:1 31:16
61:12 274:16
customary 323:16
cut 145:13
cuts 142:21 226:24
226:25
cycle 55:24 56:7
97:11 264:17,20,23
300:12
cycles 290:11

**D**

D 1:14 2:3 5:15
251:23 293:12
dad 174:7
Dale 65:21 76:15
108:20 173:24
174:17 175:9
197:18 229:1
Dan 3:22 4:3,16,18
4:19,22 5:1,6,7,9,11
5:13,15,17,20,22
6:1 51:21 65:7
245:4 250:23
316:20
dangerous 214:22
DARRYL 1:6
data 46:2 47:4,8,8

50:8 56:9 57:11,12
57:20 59:22,25
67:21 68:18,20,23
69:21,25 70:2 85:7
85:20,24 86:17,18
87:3 92:19 94:10
95:13,14,19,23 96:1
96:2,4,5,23,24
101:5,9,10 102:1,2
102:6,8 105:23
106:3 107:6 111:1
111:1,20,21 155:5,7
155:8,15 159:2,3
160:1,4 162:9
180:12 182:24
206:21,25 207:1,17
209:16 245:8
277:11 282:13
287:5,9 290:5,9
291:25 292:4,6
date 7:10 37:15,21
321:25 322:13
dated 37:14,18 54:14
67:3 75:16 82:19
89:4 104:2 107:4
262:21 282:12
288:13 293:12
307:21 310:17
316:21,23 317:5
David 3:22 4:18
53:20 65:8,8
144:15 146:3
199:10 209:5
day 16:25 74:2
132:23 174:12
228:4 230:13
251:19 317:12
321:23 323:19
days 27:23 43:14
105:12
DC 2:10 113:21
deal 11:17 121:23
122:8,20 133:5
145:23 155:19,22
189:14 260:12
dealing 28:21 34:25
124:3 137:7 142:25
163:24 216:24
286:18 313:19
deals 151:13
dealt 251:14,16
Deal-Carter 208:22

debate 104:19 120:1
147:23 179:16
313:8
December 8:24 44:7
187:21 317:2,5
decent 222:12
decided 134:20
233:25 239:25
317:24
decision 137:18
138:13 149:12
313:25,25 314:4,12
decisions 38:20
decline 68:24
declined 68:16 70:13
70:19 247:21 248:3
250:9
decreased 98:10
232:17 254:8
286:11,13,13,14
defeated 61:22
Defendant 1:11 2:12
Defense 4:8
define 59:9 73:14
114:14 168:15
defined 169:17
177:19
definitely 271:1
279:4
definition 59:12,13
73:16,17,25 257:2
DeKalb 69:15
delay 244:3
delegate 176:25
delete 25:12,14 27:23
deleted 25:15,18
deletion 25:2
Demetrius 115:23
117:2 151:7 152:1
152:14
Democrat 50:20
58:18,19 65:17
80:9,10 102:16
111:25 113:15
122:16 146:13,15
152:11,13 181:4
190:10 203:7
205:13 207:25
209:7 220:3 222:6
222:6 223:23 224:5
234:18,19 266:10
266:11,14 267:1,12

267:22 268:4,7
276:6 287:14
298:18 302:10
312:23
Democratic 43:1
50:5 56:22 57:9,18
58:3 61:7 80:4,5
111:17 114:9 119:9
180:20,21 185:13
186:25 210:16
217:24 294:8
297:17,20 298:9,15
301:23 302:7
304:10
Democrats 58:17
59:20 60:16 69:9
69:13 77:21 87:13
97:3,5,10 114:11
124:18 147:7,24
148:2,6 150:16
151:9,21 179:14
181:3,10,19 187:8
205:2 208:5,14
209:10 220:10
234:10 236:10,10
236:14 242:12
255:7 257:6 275:25
283:22,23 286:22
290:25 295:1,11
311:25 312:17,22
demographic 45:18
47:9 161:21
demographically
101:15
demographics 70:24
71:1,2,15 77:16,23
95:6 98:18 100:16
100:17,22 110:11
218:6,9,12 227:20
227:23 229:4 230:1
232:3 235:4 255:11
256:9,18 268:12
280:19,19
deny 96:4
department 19:10
138:22 139:5,15,19
195:5
depending 98:10
depends 12:3 28:4
58:15 100:6 220:11
236:21 296:15
Deponent 321:1,22

Donovan Reporting, PC     770.499.7499

R. Brian Strickland        Georgia State Conference of the NAACP, et al vs Kemp        January 26, 2018

Page 330

depose 16:6
deposed 9:24 10:17
  16:2,3,5,12,23 17:7
  212:11
deposition 1:13 7:24
  9:7 10:19 12:10
  13:3 15:22 18:6,15
  18:22 20:19,21,24
  21:7,19 29:6 30:19
  167:25 168:24
  169:4 216:2 271:11
  321:3,25 322:5,9,24
  322:25 323:1
depositions 16:16
  248:20
describe 35:20
  158:22 198:16
described 199:21
description 140:15
descriptions 272:18
design 157:22
desire 148:9 162:24
despite 179:24
  185:22 257:17
detail 55:7 127:14
  158:23
detailed 193:15
determine 19:2 26:8
  50:20 68:24 193:18
determining 46:9
developing 47:1
deviations 164:22,25
difference 68:21
  100:12 120:9
  216:15 266:4
  287:11
differences 119:14,24
different 36:8 53:19
  53:22 103:2 118:24
  120:17 122:2
  129:19,21 133:23
  142:24 143:14
  160:22 168:19
  209:24 210:15,22
  220:25 228:5
  241:24 265:25
  267:8 278:20 289:2
  290:16 301:18
  305:10
diluted 298:1
dilution 41:1
Dinner 251:19

direct 108:10 125:12
  126:1
direction 173:13
directly 178:10,17
  194:4
Director 156:19
disagree 36:9 57:1
  72:2 87:18 109:6
  232:24 233:5
  253:12 291:10,15
  309:6 312:19,20
  313:8 319:2
disagreeing 232:25
  233:1 254:17
disagreement 87:21
disappointed 315:22
disclose 322:17
disclosed 323:17
disclosure 7:4
discriminating
  276:11
discuss 12:13 17:5
  63:15 87:6 126:24
  157:13,22 158:2
  161:20,25 169:8
  171:25 172:6
  179:20 188:4,18
  192:10 306:2
discussed 18:10,14
  116:21 118:8
  125:15 131:2 137:9
  161:17 169:6
  171:10,21 172:13
  173:12 177:15
  178:10 187:16,22
  187:23 209:16
  215:23 230:24
  231:13 233:17
  243:12 244:7
  273:12 284:19
  318:20
discussing 65:19
  128:23 129:24
  159:1 172:15 176:3
  205:18 210:4
  215:15 230:1
discussion 18:8 127:3
  130:24 152:23
  170:6 201:11
  204:23 205:13
  212:5 219:4 230:25
discussions 36:21,25

66:19 131:9,12
  152:20 153:11
  173:9 174:16
  177:20 219:1,15
disproves 70:1
dispute 135:24 136:6
  148:2
disqualified 323:5
disregard 274:9
disregarded 274:15
distantly 76:8
distributed 216:10
district 1:1,1 5:4 8:15
  9:6,8,12,16 34:8
  39:1,11,13 40:3
  41:16,19,23,25 42:7
  42:15,15 43:2,10
  45:23,24,25 46:15
  46:19,20 47:5,18,21
  48:3,5,8,12,13,15
  49:10,12,18 55:2
  56:8 57:25 58:1,2,5
  59:7,15,19 60:1,22
  61:1,5,17 62:6 64:5
  65:9,21 68:15
  70:19,24 71:5,6,14
  71:22,23 72:4,6
  73:5,12,19,24 75:20
  75:24 76:9 77:11
  77:14,15,19,25 78:8
  78:14 79:13,25
  83:4,7,11 84:15,20
  86:8,18 87:11 88:7
  89:7,17 90:17,22
  91:1,12,12 92:14,24
  94:11 95:7 98:2,7
  98:18 100:17
  101:23 106:10
  108:19,25 109:4,12
  109:13,14,18,21
  112:19 114:8,24
  115:2,4,9,19 116:17
  118:9,14,19,20,20
  122:3 123:14,19
  125:11 126:6,11,19
  127:7,17 128:7
  130:12,13,14,15,19
  133:12,15,24 135:1
  135:1 137:19 140:4
  140:9,13,15,18
  141:6,10 142:5,6,15
  143:5 145:20

147:12 151:20
  152:9 156:22
  157:23,23 159:1,4
  159:15 161:21
  162:2,4,19,25 164:3
  164:9,18 165:7
  166:5,22 168:10
  173:19,20 174:21
  174:25 175:1,2,4,6
  177:22 179:9 180:6
  180:6 184:11,18
  185:5 187:18
  193:14,19 195:9,10
  196:13,25 197:2
  201:6,13 204:25
  205:1,3 206:22
  208:12 209:11,17
  209:19 210:8
  211:19 213:2 214:7
  218:2,6,9,13 219:18
  220:1,2,15 226:17
  227:6 228:25
  229:21 230:15,19
  231:10,24 232:4,4
  232:12,16,18
  233:11,18 234:2,12
  234:13,13 236:19
  238:6,8 240:14
  245:6,18 246:21
  247:14,19 248:2
  250:9 253:15,22
  254:14,19 255:11
  255:16,20 256:7,10
  256:13,15,23
  257:10,21 259:14
  259:17,19 265:20
  266:8 267:10,20
  270:10,16,20
  272:13,20 274:1
  276:21 277:12
  282:21,24 283:23
  284:1 289:5 290:10
  298:1,3,3,7 299:8
  299:19 300:19
  303:23 304:23
  306:3,3,5 311:8,18
  311:22 312:8,13
  313:4,11 314:14,17
  315:6,7,10 317:13
  317:14 318:14
districting 176:23
  269:23

districts 3:15,17 40:9
  46:21 56:13,13
  67:8,9 69:10,14
  82:19 85:8,12,14,21
  86:5,13 88:5,6 97:6
  97:12,16 107:6
  108:20,24 109:1,6
  109:11,19,19,21,23
  110:2 114:24
  115:18 116:11,14
  116:22 117:23
  118:2,9,13 122:11
  130:2 135:9 136:14
  138:21 140:3 147:1
  148:6 149:20
  151:14,20 153:21
  172:8 173:18
  178:15 197:2 198:7
  200:12 201:17
  206:20 210:7
  217:23 219:20
  229:5 232:9 241:6
  245:21 258:6 260:7
  277:18,20 282:14
  285:5 288:2 293:13
  294:3,11 298:10
  310:20 311:1,9
district's 132:8
dive 305:4
diverse 46:20 47:20
  47:23 48:4 100:5,6
  186:12 228:17
  229:11,14 233:2
  238:24,25 242:15
  272:1 306:3,5
divide 241:19
divided 154:18 165:2
  166:18,19 176:14
  177:7 199:7,9
  207:6,7 208:1
  211:23,24 212:2
  213:6 241:23
  274:18
divides 238:19
dividing 91:18
  207:15 211:22
  249:14
division 1:2 14:22,24
  15:1,3
divisions 14:21
document 4:1 5:3
  29:19 30:9,13,22,24

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

Page 331

31:1 36:16 51:4,6,8
54:1 74:13,15,18
75:6,8 82:9,11,13
82:15 83:21 84:23
90:9 102:17,19,23
103:1,9,23,25 104:3
106:21,23 107:1
116:4 117:15 156:5
156:8 167:19,22,24
168:5,18 177:10
224:19,21 225:6
226:7,8 244:9,20,23
244:25 245:2,25
250:5,17,20,22,22
250:25 262:14,17
262:18 268:13,16
268:19 269:16
275:9,12,14,19
277:4,7,7,13 281:15
281:17 282:18
288:4,7,8,9,16
293:5,10,10,16
296:6,21,22 298:24
299:2,3,4,9 300:9
306:10,14,16,23
307:21 310:2,8,14
310:15,24,24 316:9
316:12,14
documentation
131:12
documents 12:24
18:21,24 19:2,3,16
19:19,23 20:2,4,9
22:3,16,18,22,23
29:14 31:8 36:18
53:24 216:7 299:15
299:16,20,23
dogs 235:12
doing 40:8,9 63:21
71:19 132:16
137:16 190:16
193:25 197:20
198:19,21 211:16
240:24 258:5
288:23 289:12,24
Donald 31:3 315:6,9
donors 166:9
Donovan 321:24
322:22,22
door 50:10,13 119:21
220:8
doors 47:15 49:20

99:15 119:18
142:23 228:2,18
235:11 237:20
257:15 287:6,8
292:3
doorsteps 123:5
doubt 69:19,23 70:3
81:1 110:19 118:7
251:9 263:11
264:24 265:12,15
280:11 283:8 301:4
doubtless 110:9
Douglas 115:23
117:2 151:8 152:1
152:14
downtown 128:24
129:7,8 130:4
174:3,8 176:3
213:5
dozen 277:20 308:4
Dr 21:23,24,24 132:4
drastic 150:5
drastically 150:8
draw 180:5 203:9
drawing 40:9 150:14
183:14 187:17
204:16 242:3
drawn 125:23 132:7
138:17 179:8
213:15 231:9
drive 235:10 283:18
286:24 309:17
driven 14:20 304:21
driveways 235:12
drop 253:17,21
dropped 254:19
284:1
drops 253:15,17
drove 266:21 268:7
due 79:11,11 314:14
duly 7:14 322:14
duty 42:6,18 43:1,7

— E —
Eagle's 143:2 165:13
165:17 198:21
199:15 223:21,22
226:25 229:7
238:10,23 239:7
240:8,10,23 241:14
241:15,20 242:3
243:15

earlier 18:9 78:19
106:24 143:9 147:5
148:23 152:8
154:14 164:2 165:2
167:25 174:2 188:1
193:21 207:21
252:12 254:2
273:13 280:14,20
284:23 285:7 297:2
299:21,23 304:14
early 13:15 260:20
290:21,23
easier 145:9
easily 274:15
east 115:5,7 198:13
214:12,16 234:6
241:21
easy 269:3 299:24
economically 239:3
ed 261:15
educated 228:9
education 33:9 63:2
effect 60:23 119:1
189:21 234:11
236:25
efficient 8:2 10:24
310:5
efficiently 29:7
effort 286:20,23
290:24
efforts 285:23 288:1
Efstration 16:19
Efstration's 218:13
either 17:17 23:15
27:6 50:18 68:12
70:3 81:9 145:20
146:13 152:21
161:5 162:5 164:14
183:21 210:16
237:12 246:17
257:22 261:9 269:9
295:13 296:17
elect 286:22 315:16
elected 9:1 34:7,11
36:4,6,8 38:19 40:7
42:2 44:6 45:13
52:7 55:23 56:6
97:3,5,7,10,11
262:6
election 3:21 38:10
38:22 39:2,2,11
40:5 46:5,17 48:21

55:24 56:7 58:8,20
61:23 62:6,14,18,19
63:7,16,25 64:5
68:20 69:4 71:9,9
71:12 76:12,24
78:23 79:10 81:15
81:20 88:23 89:18
94:15 97:4 98:5,11
99:14 111:18
112:14,21 113:12
121:18 123:12,15
126:5 138:15,16
162:11,12 210:14
210:21 213:21
219:23,23 225:4
228:25 229:21
230:12 237:21
255:12 263:12,16
264:6,15 265:6
277:21 286:6
290:11 309:21
318:3
elections 44:8 112:14
175:3 190:12
206:14 210:5,10
211:15 220:23
223:16 304:20
electoral 235:20
electors 46:14
electronic 20:16
25:23,24 28:10
eliminate 54:3
146:19
eliminated 306:12
eliminating 203:22
Elizabeth 2:22
email 3:22 4:3,15,15
4:17,17,19,21,21
5:1,1,5,5,7,9,11,11
5:13,13,15,15,17,17
5:19,19,22 6:1,1
19:6,8 20:13 23:1,4
23:7,12,17,19,21
53:9,10 54:14,15,17
55:6 56:2,2 65:6,6
65:7 68:2 75:10,22
75:14,15,19 76:2
82:15,16,22 83:19
84:22 85:2 90:9,11
103:1 104:1 105:3
107:1,15,17,19,20
107:22 108:5,10,11

130:17 169:11
170:14 215:18,24
245:2,3,3,17 250:23
251:3,17 262:20
277:10 278:3
279:14 282:8,9,10
285:7 288:12
289:19 290:1,5
291:11 293:21
299:6 303:10,17
306:18 310:16,24
311:6 316:19,21
317:5,6
emails 25:2,12,18
51:17,20 53:19
54:20 87:1 108:2
215:20 216:6,23
258:11,12 288:13
297:3 306:20
316:17,18 317:3
emphasize 120:12
168:4
employee 34:21,22
322:21
endorsed 237:9
endorsing 268:5
287:13
ends 38:10,12 75:14
75:14
engage 297:23
engaged 147:14
239:17 268:6 274:7
ensued 36:22 37:1
66:20
Enter 66:13 150:25
entire 48:5,15 166:16
207:3 227:14
236:16 240:10
entirely 274:20
entitled 275:16
310:25
entity 24:17,19
entries 32:25 216:24
enumerates 109:1
equal 237:2
equivalent 161:24
Errata 3:11
errors 140:14 272:17
especially 32:23
46:20 122:24 143:7
established 118:7
157:4

R. Brian Strickland         Georgia State Conference of the NAACP, et al vs Kemp         January 26, 2018

estimate 45:18
estimated 161:21
et 80:24 85:9 161:1
   239:4 251:4 277:12
   294:22 308:7
ethnic 72:18 141:7
   272:23
ethnicities 72:16
   210:23
ethnicity 182:13
   290:15 305:12
evenly 58:3,6,21,25
everybody 49:20
   122:17 135:6 150:9
   170:4 190:1,5,17
   271:18
everyone's 178:5
evidence 322:12
exact 17:1 284:5
   286:7
exactly 23:6 38:14,15
   169:24 190:16
Examination 3:8,10
   7:16
examined 7:14
example 187:17 45:22
   53:13 63:16,20
   83:4 135:12 193:16
   204:18 206:22
   207:6 208:12
   218:11 225:16
   289:5
exception 100:18
exceptions 32:6,17
exchange 236:22
exchanged 108:24
exchanging 294:14
exclude 44:14
excuse 23:11 27:7,25
   37:8 44:13 46:14
   66:9 70:9 76:25
   77:22 94:24 107:3
   107:19 117:22
   129:5 139:14
   151:19 199:12
   203:5 206:10 227:9
   232:14 247:14
   251:23 259:24
   270:14 277:17
   298:1 310:10,15
   314:13
Executive 156:19

exhibit 3:13 29:15,16
   29:16,17,18,20
   30:11,14,23 31:2,12
   32:12,21,24 36:12
   36:17,20 37:6,7,7,7
   37:9 51:5,7,10,12
   54:2,4,5,7 64:14
   74:10,14,16 82:10
   82:12 83:5,10
   90:15 102:18,21,23
   103:24,25 106:22
   106:25 107:17
   116:5,8,9 117:16,19
   156:6,9 157:19
   160:7 167:20,23
   224:20,22 225:17
   228:21 229:16
   241:3,8 244:21,24
   250:18,21 262:15
   262:18 268:14,16
   268:17 270:8
   275:10,13,21 277:5
   277:9 281:16,18
   288:5,8 293:6,8
   296:19 298:25
   299:3 306:11,15
   310:3,9 311:16
   315:21 316:10,13
exhibits 1:22 3:14
   103:15 299:24
existed 118:3
existing 162:20
   163:21 164:21
   165:7 166:22
   182:20
exists 36:7 262:3
expand 142:18
expect 121:17 122:22
expected 121:19,19
   121:20 122:12
expedite 319:22
experience 33:11
   49:15 50:9,9 56:23
   64:10 68:8 71:7
   98:23,25 99:13
   105:18 106:5
   256:20
expert 21:18,23
   52:16,20 53:1,3,5
   201:2
expertise 52:22
experts 195:17

explains 287:22
Explanation 310:19
expressed 124:16
   188:1
extent 16:9 119:5
   167:3
extra 198:24


                F
Facebook 49:6 262:7
   262:8
fact 46:18 61:3 69:13
   70:16 79:11 81:23
   103:25 130:23
   132:24 141:20
   153:16,24 179:24
   195:4 202:8 233:1
   239:16 255:21
   257:17 276:23
   278:6 311:8 313:17
factor 185:11
fair 12:1,16 126:16
   210:20 217:10
   226:7 237:13 257:9
fairly 145:6
fall 85:14 312:7
fallback 25:16
fallen 99:9
falling 128:10 153:23
Falls 249:23
familiar 71:21,24
   72:9,24 114:23
   188:22 189:2
   225:11 272:8
   299:22
family 18:16
family's 174:13
far 16:12 48:19 94:2
   111:21 196:9
   218:24 241:25
   256:4 307:8
fared 79:9 88:20
   126:19 221:17,19
farm 130:15,24
fault 103:21
favor 50:5,5 175:4,5
favorable 50:14
   63:25 219:18,19,20
FAX 321:24
February 82:19 89:5
   92:22 262:21
   323:19

federal 34:22 139:9
   140:10 146:14
   162:21 163:22,24
   164:15 195:12
   196:14 272:13
feedback 259:10
feel 75:6 108:11
   171:10,21 189:13
   189:16 192:9 221:3
   224:14 240:20
   280:23
feels 192:6
fees 10:9
fell 128:4 154:10
   158:20
felt 223:7,19
female 266:13
fewer 77:2 226:12
fewest 226:14
fifth 245:22 246:1
fight 44:8 136:1,4
   150:21 190:9,11
   315:19
figure 200:14 250:15
   296:23
figured 146:20
figures 70:7 81:2,3,7
file 3:2,3,4,5,6 7:9
   90:7 161:15 244:19
filed 13:12,16 22:13
   261:7
fills 27:24
final 269:17 270:3,25
   315:21
finalized 160:15
finally 107:21 169:11
financial 323:12,14
   323:15
find 14:5 20:8 26:12
   29:3 93:17 196:3
   297:1
fine 75:9 82:8 187:10
   244:4
finish 11:5 12:12
   146:10
finished 313:24
firm 24:3 32:3,4
   33:18 34:2
firm's 30:25
first 7:14 10:25 13:9
   13:21 22:13,21
   26:17 31:8,20 34:7

34:10 38:9 46:5
   52:6 54:6 56:1,4
   65:14 67:1 71:8
   74:9 75:14 76:5
   77:18 79:2,24
   82:13 83:4 84:23
   84:24,25 88:22
   90:14 93:25 99:5
   102:25 105:3,4
   107:21 108:10
   110:16,16 127:1
   139:22 149:10
   150:17 156:18
   162:14 169:5
   196:10 197:10
   225:19 231:12
   241:3 244:25
   245:16 247:15
   248:12,18,22 249:6
   252:14,18 261:1,3
   262:19 277:15
   279:14 282:15
   288:9,11 290:8
   292:23 299:4,17
   300:8 301:21
   307:10 310:12,16
   316:22 322:14
five 137:25 138:5
   158:15,15 214:25
   215:7 222:22
   225:19 304:4
   315:23
five-minute 292:19
five-point 280:2
Flat 228:24 240:13
   240:18 241:22
   243:10
flattened 198:19
   227:18
flaw 297:22
flawed 256:25 318:25
Fliers 48:24
flip 245:24 266:11
Flippen 228:24 229:6
   238:1,4,7,17 239:12
   240:4 241:14 267:7
floor 2:4 52:6 120:7
   170:8 172:5 179:12
   179:16 190:4
   269:10
Florida 252:20
fly 216:21

R. Brian Strickland                Georgia State Conference of the NAACP, et al vs Kemp                January 26, 2018

focus 46:22 63:5
    71:19 123:7 274:10
    304:16,17,25
focused 62:17 253:2
    266:10 267:13,18
    268:6 283:19
    304:22 307:6
    309:17 313:11
focusing 48:7 108:16
    284:12 291:2
folder 25:15
folks 133:4 211:8
    235:8 240:1
follow 195:23 253:2
    258:5,7
following 27:6 56:5
    66:8 77:9 82:25
    83:2 85:6,17
    110:14 157:9
    264:14 302:11
follows 7:15 171:19
    280:1 283:2
follow-up 82:18
    104:11 192:8
    215:18 251:18,18
    310:19
forces 305:2,4
foregoing 321:3
    322:4,10
forever 228:12 235:9
forget 297:9
form 96:9 189:8
    255:25 257:7 278:9
    305:15
forma 13:6
formal 59:6
formally 34:5
format 225:6
former 31:18 109:13
    109:14 314:19
formerly 31:21
forum 4:14 36:1,14
    38:16 187:20,23
found 19:19 100:24
four 3:6 86:12 88:4
    129:18 142:10
    222:22 244:19
    273:24 278:15,16
    280:2 304:3
fourth 32:24 80:14
    83:9 88:4 225:17
    226:6,6 245:17

frame 12:4,5
FRANK 2:13
frankly 243:20
free 72:2 75:6 108:12
Friday 1:19
friend 18:16 237:8
friendly 179:25
friends 237:20 240:3
front 252:15
full 8:4 16:8 38:1
full-time 43:21,23
    44:1
Fulton 136:4 147:25
function 260:11
functions 28:22
funny 154:1 190:7
further 55:5 80:12
    214:6,7 239:24
    275:21
future 28:15 54:4
    100:22 175:3

_____
        G
GA 2:15,20 275:15
    321:24
gain 185:9 187:9
gained 214:10
gains 302:10
Galloway 110:10
    111:5 284:22
gather 258:2
gathered 89:6 94:2
    112:21 154:12
gatherings 259:2
GA000001 4:2
    275:15
GA000030 4:18
GA000034 3:23
GA000077 4:4
    262:19
GA2-000052 6:2
    316:15
GA2-000128 5:12
    282:16
GA2-000666 5:16
    293:9
GA2-000682 5:6
    245:1
GA2-000701 5:18
    299:5
GA2-000703 299:14
GA2-001168 4:22

    103:6 104:1
GA2-001201 5:20
    306:17
GA2-001202 307:18
GA2-001203 5:20
GA2-001214 5:2
    102:25
GA2-001237 5:14
    288:10
GA2-001388 5:10
    277:8
GA2-001400 4:16
GA2-001571 5:8
    250:24
GA2-001601 4:20
    82:14
GA2-002106 5:23
    310:13
geez 53:21
gender 33:8
general 3:21 10:19
    14:12 20:1 24:6,7
    35:18 40:17,20
    44:25 57:7 60:9
    105:1 112:9 127:2
    127:5 138:9 145:21
    160:17,19 164:13
    168:6 170:6 172:15
    173:9 179:24
    193:17 195:12,24
    230:11 286:23
    302:9
generalities 57:1
generally 12:10,19
    18:15 33:1 42:1
    57:9 58:21 62:16
    68:4 87:11 105:25
    139:2 163:16
    200:17 226:9
    230:10 259:12
    289:13 306:2
General's 22:15
generated 30:24
gentleman 128:6
geography 119:6
George 283:17
Georgia 1:1,3,11,18
    2:2 8:10,21 9:19
    10:15 22:25 24:9
    24:18,19 34:25
    35:12 41:17 42:9
    42:12,17 43:13

    50:4 52:21 56:21
    57:8 60:11 61:12
    63:14,19 69:10
    96:14,16,20,22,23
    97:4 102:4 107:8
    107:10 113:22
    139:5 144:10,11,21
    144:22 145:11
    146:23 148:17
    189:1,7 190:19
    208:24 245:21
    314:13 322:2,20,20
gerrymandering
    40:18,21,23 275:7
getting 71:19 122:8
    137:10 155:10
    170:19 178:5 184:6
    197:17 202:25
    256:23 268:5
Gina 4:3 126:7 154:1
    170:2,3
give 9:21 25:8 29:21
    30:9 41:13 64:13
    81:19 132:23
    133:17,24 192:6
    193:12 200:16
    244:23 252:23
    272:4 287:25
    297:13
given 10:1,20 14:13
    64:18 132:13 135:8
    209:23 276:23
    292:4 322:12
gives 276:7
giving 82:11 291:25
Gmail 25:7 26:1
go 10:18 19:20 25:12
    31:6 33:12 48:1
    61:8 63:11 66:15
    89:24 99:18 110:21
    116:3 120:14 127:8
    127:13 129:21
    143:16 145:5
    146:20,21 153:22
    154:15 157:12
    161:7 169:21
    176:24 181:1 184:3
    190:12 193:2
    200:21,24 201:20
    201:22 204:7
    206:16 214:7 220:8
    224:18 225:10,11

    235:13 241:21,23
    257:10,15 258:1
    260:2 262:8 267:14
    270:15 278:11
    287:6,8 292:19,22
    303:24 307:14
    313:20 314:6 316:1
goal 201:12 203:19
    286:22
goals 201:4,7,8 202:5
    202:7,9
goes 25:15 26:17,20
    77:6 79:19 80:3
    109:25 129:13,15
    129:16,16 133:15
    142:19 165:5 176:7
    182:24 197:5
    216:14 253:14
    258:23 318:13
going 7:23 9:7 16:6
    16:11,14 29:5,7,19
    29:21 30:9,21
    36:12,23 52:7
    62:12 64:13 66:17
    74:15,17 75:7 90:1
    96:8,9 101:2 108:1
    108:15 109:10
    117:17 123:4 124:2
    124:3 130:7 136:17
    143:19 146:21
    147:13,16 150:4,5
    150:11,21,22
    154:17 159:10
    161:9 163:5 165:23
    168:16 179:12,15
    190:25 191:2,3
    193:4 196:8 201:11
    204:1 207:14 208:3
    211:25 216:12,12
    224:21 229:17
    234:7 244:13,22
    250:21 255:24
    269:12 275:23
    277:8 281:1,18
    288:24 292:9,24
    293:7 296:5 305:14
    306:9,15 310:6,8
    313:1 315:17 316:3
    320:1,5
good 7:18 36:10
    49:16 58:20 77:25
    78:7 82:5 121:8

143:25 144:1
163:16,20 180:2
183:15 229:13
232:25 279:5 288:3
299:7 308:20
**GOP** 76:13,16 77:7
170:9 257:11 279:6
280:2 295:16
310:20
**GOPers** 294:15
295:15
**GOP-held** 311:9
**gotten** 112:16 114:1
130:8 203:6 256:24
278:15,16
**government** 34:11,14
34:17 64:2
**governmental** 24:15
24:18
**government-assign...**
23:7
**governor** 121:23
122:8 126:14
145:23 155:19
270:5
**governor's** 58:12
121:24 208:23
280:25
**Grand** 2:5
**great** 78:11 111:9
146:18 186:6
224:15 239:5
257:16 274:6 306:5
**greater** 98:7 256:13
**green** 50:11 146:16
167:24
**Greene's** 86:12
**Greg** 7:21 248:6
**Gregory** 1:14 2:3
**grew** 132:20 174:7
274:4
**grief** 132:23
**Griffin** 274:11
**ground** 10:19 162:1,4
233:15 238:15
267:11 272:5 292:2
**group** 36:3 141:7
152:21 153:3,19
154:6,8,12 240:10
283:16,16,17
284:11,11,12
286:21 289:23

304:17 313:10
**groups** 73:6,20,21
102:12 114:13,14
289:3 304:20,24
**Grove** 129:17 197:16
197:25 198:1,4,10
198:13,24 199:2,4,6
199:14,15,17
214:16 315:3
**Grove-Eagle's**
273:25
**growing** 100:10
101:7
**growth** 105:11 106:9
239:23
**guess** 22:14 24:13
34:4 35:5 46:1
55:16 58:16,25
59:2 62:24 68:19
72:8 86:19,19 99:3
112:2 125:6 128:2
156:13 159:8
174:10 185:15
186:9 205:22
207:15 211:13
214:23 236:9 243:8
251:15 258:10
263:1 271:22
283:11 290:21
297:5
**guidelines** 193:13,17
194:19 195:22
201:2
**guy** 119:20 120:21
121:5 224:15
**Gwinnett** 105:8,9
115:25 117:14
202:22 218:16,20
225:24 277:24
294:21 295:23
**Gwinnett's** 252:2

**H**
**H** 270:14
**half** 268:4 277:20
**hall** 130:21 259:7
292:9 293:13
**halls** 259:5,8
**Hampton** 31:20
129:15 132:17,21
133:8,19,22 134:1
143:8,11,12 197:16

213:5,6 214:6,10
273:13,15,18,22
274:2,5,9,20
**Hampton's** 274:12
**hand** 13:3 29:7
**handed** 131:15,25
299:21
**handing** 36:18
**hang** 74:3
**happen** 163:5 167:1
167:10 296:6
**happened** 118:24
166:11 186:17
239:16 242:20
252:25 277:3
308:16,21 315:18
**happens** 216:20
242:16
**happy** 236:2 274:7
**hard** 20:16 59:9
62:13 119:17
120:15 160:13,15
161:5 237:4,19
267:25 268:1
**hard-copy** 28:25
**Harvill-Childs** 6:1
316:20 317:7
**hate** 158:19
**HB** 4:1 89:8 149:18
149:19 161:23
168:11 200:1 213:1
213:14 230:18
232:16 238:4,6
240:17 247:20
248:13 253:15,23
254:19 261:11,16
269:1 275:17
276:22 277:19
307:23
**HD** 88:7 245:8 252:2
252:3 262:22
264:16,18,21 265:8
277:23,24 294:13
294:19 298:10,10
306:19 308:2 311:8
**head** 113:9 213:12
215:9
**headed** 116:10
177:12 311:18
**heading** 160:8 246:21
300:11
**headings** 300:15

**hear** 83:13 171:15
275:22 315:22
**heard** 53:4 71:25
87:22 96:1 100:2,4
100:5 145:7,10,15
145:17 146:6 232:1
247:3 250:11
251:13 291:23
293:19 302:21
305:18,19,22
**hearing** 124:9 134:19
**hearings** 257:25
258:17,18,19
**heart** 78:1 143:15
**Heath** 61:22
**heavily** 56:21 57:17
58:22 60:15 80:4,5
80:10 110:3 218:14
220:3 317:17,20
**heavy** 222:9
**held** 31:7 97:16 115:3
258:19 266:12
**help** 115:15 180:15
223:17 248:6
267:15 319:23
**helped** 223:20 266:22
294:7
**helpful** 236:4
**helping** 102:16
287:14
**helps** 153:23
**Henry** 3:15,17 8:13
14:3 24:12 31:17
33:20 41:17 70:11
76:13 77:14,17,21
77:23 78:1 80:19
80:22 90:19,23,25
91:5,11,12 101:6
105:9 110:11,21
111:11 113:22
116:10,14 117:22
117:22 122:9,10
129:18 133:18
142:11 151:9 152:2
170:1,2 172:9,13
186:6,7,19 198:2
202:3 203:3 206:12
219:14 225:3,12,20
225:22 226:10
231:15 239:23
241:5 257:10 266:8
267:12 273:23

275:2 280:18
283:18,24 284:24
290:25 294:11,13
294:21 295:24
296:13 297:12
298:12,13,14
302:21 304:23
308:1,3,3,6,9
311:24,24 312:24
313:2 317:16,19
319:4,7
**henryherald.com**
37:11
**Henry's** 252:3
**Herald** 14:3
**Heron** 199:13
**hey** 275:17
**He'll** 174:9
**Hi** 85:5
**Hickory** 228:24
240:13,18 241:21
243:10
**high** 34:20 296:7
**higher** 64:2 256:23
301:11
**Highway** 238:19
241:19
**Hillary** 94:14 186:18
222:9,12,17 312:24
315:6
**hindsight** 219:22
220:12 221:22
256:5 274:25 277:1
**hire** 307:5
**Hispanic** 80:24 91:14
283:2
**Hispanics** 91:22
283:2
**historically** 175:10
202:13 234:16,18
267:21 302:24
**history** 167:16
**hold** 38:21,21,24 39:8
39:16,24 40:1,11,14
97:15 192:3,3
258:24 259:8
**home** 33:9 239:6
258:15
**homes** 228:3 239:8
**honest** 77:24 135:3
230:3 250:10,13
**honestly** 43:22 47:22

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

Page 335

68:18 69:22 79:5
93:18 95:17 120:10
140:17 221:2 228:4
235:15 240:19
247:4,23 258:3
269:21 292:15
307:15 309:9
**Honorable** 3:18
**hope** 8:16 10:18
**Hospital** 33:20
**hours** 16:8
**house** 4:2,5 5:4 8:21
8:25 9:8 14:16
15:11 17:18 19:6
20:13 22:25 23:13
23:14 25:4 26:23
26:24,25 28:21,23
33:17 34:7 35:9,10
39:20 41:16,19,20
42:7,15 43:13,20
44:5,12,25 45:16
49:11,18 55:23
56:6,13 57:25
61:12 62:1 63:16
65:9,20 66:1,5,25
67:11,12 69:10,14
71:3,9 75:20,24
82:19 83:4,7,11,23
83:25 84:12,17
85:3,7,21 89:7
90:17,22 97:3,11,25
98:5 107:6 109:13
111:19 113:17
114:24 115:18
116:10,13,17,22
117:22,23 118:9,12
118:14,19 123:19
123:25 124:1 127:3
136:10 137:3
138:10,24 139:22
140:9,13 141:10
144:11,22 145:1,2
145:19,21 146:5,6
147:11 148:17
149:2,12,13 151:20
156:21 157:9
162:19 168:10
171:11,22 172:5
177:1,25 190:18
198:7 212:16
215:24 233:18
238:8 241:5 245:6

245:7,18,21 251:24
254:9 255:7 259:13
262:10 268:21,23
268:25 269:9,17
272:13 275:17,18
277:12,18 282:13
282:21,24 285:4,18
293:13 298:1
300:18 304:22
310:20 311:1
312:12 314:8,14
317:1
**houses** 239:9
**House-amdsub-20....**
245:9
**HS** 288:15
**HSB** 247:21
**huge** 287:10
**huh-uh** 11:16 52:24
59:23 63:21 139:20
232:10
**human** 159:12
**hundred** 284:7 318:6
**hurt** 220:17 222:14
223:1 266:24
**hypothetical** 39:9

**I**
**idea** 55:15,17 79:18
93:20 94:1,4,20,21
109:6 111:3 122:22
129:25 130:6
163:16,20 197:19
200:20,25 230:23
271:8 284:20 302:8
315:10
**identification** 30:16
30:19,22 31:2
36:19 51:8 54:8
74:16 82:12 106:25
244:24 277:9
281:19 293:8 310:9
316:13
**identified** 29:14
36:16 51:4 54:1
74:13 82:9 102:17
106:21 116:4
117:15 156:5
167:19 224:19
244:20 250:17
262:14 268:13
275:9 277:4 281:15

288:4 293:5 298:24
306:10 310:2 316:9
**imagine** 314:10
**immediately** 28:2
290:6,9
**impact** 235:20
**imply** 303:21
**important** 11:3,10
55:2 119:12 135:16
142:3 176:12,17
177:2 178:5,19
179:13 188:25
190:20,24 242:9
266:6 267:4 268:3
**improve** 55:9 123:14
202:9 203:20
**improved** 55:13
**inaccurate** 33:15
**inadvertently** 37:5
**include** 172:9,10
**included** 38:6 270:13
279:12
**includes** 279:13
**including** 42:19 47:9
47:20 62:22 145:10
219:11
**incorporated** 242:5
**incorrect** 81:7 106:2
116:16 302:15
**increase** 282:25
283:12 284:6 286:9
294:21 295:23
296:12,13 303:2
308:23,24
**increased** 63:17
80:20 98:9 231:10
233:8 254:8 286:10
**independent** 146:16
187:17 210:17
**Independents** 205:3
208:5
**Index** 3:1,2,8,13 6:4
**indicate** 321:20
**indicated** 168:22
**indicates** 38:6 67:12
279:14,20 293:21
**indicating** 81:6
**indication** 51:1
305:13
**indirectly** 175:11
276:11
**individual** 96:21

157:20 180:16
181:7,17 183:19
184:19
**individually** 33:13
154:7 167:7 179:21
207:16
**individuals** 16:11
60:8 103:15 169:10
**Industry** 45:7,9
**influence** 113:20
**Info** 65:9
**informal** 158:11
**information** 4:1
10:20 45:18,22
46:5,9 81:5,8 83:3
83:6,10 84:14,19
86:23 89:6 92:2,5
93:15,15 95:6
180:13,19 181:18
182:2 183:2,10,10
183:17,18,23 204:6
204:15,20 205:10
206:7 208:4,8
209:23 210:5,14,22
232:3 262:12
264:25 265:13
270:13,18,22
271:13 275:16
279:12 281:6
282:19 284:17,18
285:25 287:17
291:17 300:7 301:5
312:2
**informed** 60:20
162:5 164:14
259:18,22
**initial** 157:21 158:1
231:12
**initially** 219:5
**initiated** 22:20,21
**initiative** 297:10
**inquire** 137:17
**inside** 69:16
**Instagram** 49:6
**instance** 103:19
**institution** 34:24
**instructed** 12:21
**instruction** 136:16
137:10
**instructions** 136:21
**instrumentality**
24:14

**integrated** 48:16
**intent** 150:6
**intention** 203:14
**intentions** 176:8
**interest** 150:8,19
124:16 133:18
135:14 142:16
165:9 174:4,14
176:6,18 273:8
323:5,12,15
**interested** 92:7 93:23
162:18,22
**interesting** 93:17
100:24,25 298:20
305:6
**interests** 130:5
142:23
**Internet** 29:9
**interpretation** 150:4
150:20
**interrupt** 209:2
214:18 263:3
**interstate** 69:16
302:2
**interstates** 302:11
**interviews** 261:8,13
**introduced** 120:2
**introduction** 120:6
**invited** 120:5
**involved** 146:2
160:23 168:9,15
169:12,15 170:24
172:2 177:18,21
178:12,17 194:3
219:15 223:25
239:25 268:5
285:21
**involvement** 136:11
179:6
**involves** 108:19
**irrelevant** 98:16
**Isakson** 144:18 156:2
**issue** 10:8,9 15:4
35:17 62:25 103:13
123:24 126:24
133:4 135:5 137:9
139:18 147:20
165:5 167:8,8
168:13 172:1 178:8
186:2 189:15
199:19 217:1 261:4
267:16,18 271:1

284:24
**issues** 4:14 10:10,14 19:24 24:20 27:21 52:17 62:16 63:1,2 114:5,15,17 119:12 120:11 123:7,10 131:3 138:2 158:3 164:7,9,10 167:6 179:3,3 186:2,3 196:6 239:19,20 254:11 257:18 259:10 260:13,18 266:1 291:18 315:17
**IV** 160:8,14
**Ivan** 2:19
**I-75** 301:23 302:1,6 302:19 308:2 311:24

**J**

**JACKSON** 1:7
**JAMIDA** 1:6
**Jan** 4:19,22 82:16 84:25 85:2 104:2 146:11
**January** 1:19 7:1,10 9:1 37:14,18 139:25 310:17 316:21,23
**Jason** 155:23
**Jeffares** 314:23,24 315:1,2,5 317:12,21 317:24
**jeopardize** 194:13 195:1,3
**Jeremy** 5:20 306:19 307:1
**Jim** 110:10 111:4 236:6 237:8,14 284:22
**Jimmy** 3:19 156:18
**Jim's** 237:8
**JM** 321:25
**job** 34:25 43:21,23 71:19 121:8 176:20 260:12 274:6,19 285:16
**Joel** 1:15 323:21
**jogs** 276:4
**John** 108:20 115:2 128:2 133:16 153:23,25 154:2 169:25 172:10 214:7
**Johnny** 144:18 156:2
**joining** 239:21
**Jon** 285:10
**Jones** 4:20,22 82:17 84:25 85:2 90:10 92:5 104:2 146:11
**Jonesboro** 8:9
**Jordan** 4:16 5:10,11 53:7,11,12,17 277:11 282:11 285:1,6 310:19
**Journal-Constituti...** 101:18 111:7
**Joyce** 55:9,14 252:1 277:23
**Jr** 2:19
**judge** 295:7
**Judicial** 322:19
**July** 70:11
**jump** 308:21
**June** 293:12 294:25
**Justice** 138:22 139:6 139:15,18 195:5
**justify** 184:25

**K**

**K** 2:18
**Karen** 115:3
**Kaye** 229:23
**keep** 25:21 70:6 71:13 79:15 142:15 165:8 166:8 170:18 190:25 198:22 200:14,17 226:20 231:14 273:7 281:23 292:3
**keeping** 150:7 287:4 287:8
**Kelleher** 5:6 245:5
**Kemp** 1:10 2:22
**kept** 25:24 28:22 198:6 201:9 242:7 242:14 256:7
**key** 201:7 202:4 287:11
**Khoury** 2:18 13:14 41:12,14 64:19,21 72:12,15,19,23 84:11 96:8 143:18 167:25 168:1,3,12 168:18,21,25 171:14 189:8 191:14,17 192:3,13 192:19 193:2 224:11 244:11 248:6,14,17,24 249:5,10,13,20,23 250:1 255:24 257:7 278:9,11 281:20,23 282:5,7 292:21 305:14 319:17,21 319:25 320:3,6
**kidding** 212:24
**kill** 196:9
**kills** 196:10
**kin** 322:15
**kind** 41:4 49:22 101:13 115:8 141:14 160:1,3 186:10 198:15 199:15 239:9 291:25
**Kiwanis** 31:17 32:7 120:3
**knew** 46:18 124:22 224:6 256:8
**Knight** 3:22 4:18 53:20 65:8,8,13,14 75:13,16 199:10
**knock** 47:15 50:9,13 142:23 220:8 235:11 257:15 287:6,8 292:2
**knocked** 99:15 119:18,21 228:18 237:20
**knocking** 49:20 228:1
**know** 7:24 9:5 12:4 13:14 14:6,16 15:9 15:11,13,15 16:5 17:5 19:5 20:12 21:6 26:6,14,16,16 31:9,13,16,19 32:25 33:2,7 39:18,23 45:8 48:19 50:7,12 50:15 51:21,24 52:10,14,15,22,23 53:2,7 54:11 55:20 56:12,20 57:11,12 59:9,11,21,24 60:3 60:17,19 61:8,13,14 61:17,24 62:2 64:11 67:10,18,20 67:20,25 68:1,2,5 68:12,17,25 69:6,21 69:25 70:2 74:1,2 76:23 78:13,20 79:14 80:7,8 81:4 83:2,18 85:16 86:25,25 87:23,23 87:24,25 88:17 89:1,9,23 92:4,12 92:18 93:3 94:22 94:25 95:2,5,9,12 95:14,17,18,21,22 95:25 96:7,11,15,22 96:25,25 97:2,7,8 97:13,14,19 98:12 98:12,15,17,21 99:2 99:16,16 100:2,19 102:5,5 104:9,15 105:14 109:3 110:6 111:1,4,6,13 112:23 113:10 114:13 115:1 116:19 118:4 121:21 122:1 123:3 125:5,23 131:22 135:13,16 136:24 137:13 138:10,23 139:7,8,16 142:7,22 143:5 147:6,10 148:9 149:6,22 156:10 157:15 158:4 162:9 163:23 163:23 164:24 166:9 169:4,5,23 170:3,21 173:8,8 179:5,17 180:9 181:20,22 182:1,4 183:15,25 184:1,14 184:15,22 185:15 187:2 189:10 191:4 191:12,20 192:13 193:22,23 194:15 194:18 195:7,7,16 197:9 198:15 201:1 202:25 203:7 206:2 206:3 207:24,25 211:1,8,9,10,14,24 213:17,17,19 215:19,24 217:3 218:3 220:11,25 221:9 223:12 227:19,22 228:17 229:3,4,6,12,14 230:4,15,22 232:23 233:6,7,13 234:9,11 234:14 237:7,8,11 237:23 238:9 242:21 246:17 247:4,23,24 248:5 249:19 250:11,12 250:14,16 251:3,6 251:12 252:12,24 252:25 254:4 259:6 261:18,19,22 262:3 262:6 263:14,21 264:5,11 265:16,17 265:19 268:10 269:18,21 270:6,21 270:21,22 271:5,7,7 272:2 275:22 276:8 276:10,14,17 279:4 280:21 284:16,21 284:24 285:1,13,16 285:19,24 286:2,4,7 286:25 287:19 288:19,25 289:10 289:15,17,23 290:2 290:19 291:15,20 293:18,20,25 294:1 294:2 295:6,10,14 295:15,19 296:5,9 296:18 297:7 298:20 299:18 301:17,19,25 303:24 305:4,16 306:1 307:1,7,8,8,9 308:21 309:12 311:5 312:16 313:7 315:11,12 317:23 319:6,11,11
**knowing** 230:1 272:5 287:20
**knowledge** 138:9 226:9 269:15
**known** 68:9,11 127:2 162:17
**knows** 18:18,20 254:13

**L**

**labeled** 3:15,17 30:23 31:1,2 82:14

R. Brian Strickland                Georgia State Conference of the NAACP, et al vs Kemp                January 26, 2018

Page 337

282:15 307:18
**Labor** 45:7,10
**land** 109:20 130:20
130:23 147:20,24
**Landing** 143:2
165:13,17 198:21
199:16 223:22,22
226:25 229:7
238:10,23 239:7
240:9,10,23 241:14
241:15,20 242:3
243:15 273:25
**Landmark** 288:20,21
289:11
**landwise** 165:25
**Lane** 3:18 156:22
**large** 97:15 116:8
165:19 284:9
293:24,25 294:20
295:23 296:11,13
305:11,11 319:4
**larger** 221:6,11
255:20 297:4
**late** 264:6,6
**latest** 288:12 308:7
**laugh** 212:10
**laughed** 252:14
**laughing** 128:10
**LAURETHA** 1:4
**LAVELLE** 1:3
**law** 19:8 24:4 26:17
33:18 34:2 43:17
43:23 44:2 139:9
140:10,22 162:21
163:22,24 164:15
195:12,16 196:14
216:16,17 240:11
269:19 272:14
323:10,13
**lawsuit** 14:19 22:13
114:15 178:7,22,25
190:8 191:16
260:22 261:7
**lawyer** 10:9 23:24
139:8 164:6
**lawyers** 195:14,15
251:7
**LC** 4:5
**lead** 23:5 63:17
**leader** 177:24 276:10
285:9,10
**leadership** 144:10

149:13 170:9,16
173:9 203:7
**leader's** 54:10 170:12
285:8
**leading** 213:7
**leads** 291:18
**lean** 102:13,15
**leaning** 58:22
**leans** 59:7,15
**learned** 184:16
216:19
**leave** 243:17 281:21
**leaving** 59:6 99:21
109:7
**led** 213:8 297:10
**Lee** 4:13 37:11
**left** 82:1 89:3 158:16
198:4 244:1 281:22
315:24
**left-hand** 65:23
246:20
**legal** 140:22 164:9
185:15 187:2,4
**legals** 164:7
**legislation** 14:13
109:5,13 123:24
132:15 162:3 172:3
179:12 273:10
**legislative** 15:25
44:13 156:20
170:23 195:18
196:4 259:9
**legislator** 157:21
160:23,25 187:19
**legislators** 54:23
125:14
**legislature** 187:12,19
216:16 232:2
**LEMON** 1:3
**letter** 3:18 22:15
196:7 198:16
**let's** 59:12 66:15
72:21,22 73:16
74:5 82:3 89:13,24
97:25 115:22
171:14 191:14,17
191:17 192:4,19
193:2,2 225:9
231:23 255:10
264:19
**level** 47:6,11 64:2
95:8,10,15,20,24

96:6 120:18 126:17
126:18 133:9
142:25 180:14,23
181:16,21 183:19
183:24 211:20
257:19
**Lewis** 2:13 251:6
**liberal** 59:8,10,14,15
102:13 114:12,13
286:21,21
**liberals** 69:16
**liked** 134:9 201:6
**likelihood** 45:19
50:21
**likes** 252:21
**liking** 197:19
**limited** 292:8
**limits** 189:18,21,22
189:24
**line** 53:16,17 65:14
66:5 78:9 80:14
90:16,25 91:19
104:10 107:5,13
129:13,15,15,16
167:12 183:7
184:19 186:20
198:15 201:22
249:11,14 270:15
270:22
**lines** 66:4 78:11
123:13,14 126:5
135:1,4 162:23
179:8 184:11
187:18 189:19
194:13 195:1 203:9
299:8
**list** 116:20 144:24
145:14 146:10
**listed** 168:8 171:7
193:24 277:25
321:5
**listening** 146:23
**lists** 287:7
**litigation** 13:10,10
18:10 24:6,7
**little** 7:25 54:5 66:1
78:8 110:3 117:8
127:13 129:14
132:19 133:19
140:25 143:11
176:1 189:25
199:16 221:3,22,24

222:14 227:16
239:18 242:11
248:3 251:25 308:4
**live** 48:10 129:9
212:8 223:13
237:15 271:22
**lived** 42:16 147:21
235:9
**lives** 174:7 237:15,16
**living** 272:5
**LLC** 4:10 34:5
**LLP** 1:17 2:4,9,13,18
**lobbyist** 285:11
**local** 13:18,19 14:2,6
14:6 18:9 104:21
114:11 123:6,7
142:25 160:25
176:25 177:4
260:10,16 265:25
266:10 268:4
287:12,13 307:15
**locally** 101:23 112:1
133:1 199:14
311:14
**locate** 29:9
**located** 78:2 165:20
176:5
**Locust** 129:17 197:16
197:24,25 198:1,4
198:10,13,24 199:6
199:13,15,17
214:16 315:2
**long** 26:14 44:4
198:14 235:11
268:9 314:7,10
**longer** 97:25 132:24
139:11,12 162:20
166:17,18,19
**long-term** 174:12
**look** 21:18 25:10,16
31:8 32:20 46:2
47:4,8 51:6,14 54:6
54:21 55:5 58:7,8
58:10 66:23 68:20
68:23 69:7 74:3,7,9
74:17,20 75:1
78:17 82:25 85:24
86:21 88:19 91:4
92:19 94:9 101:1
101:10,13,14 105:2
108:8 109:3 111:22
115:22 121:22

122:5,5,12 124:12
124:22 127:7 135:7
142:20 143:2
155:15 156:9
159:24 160:6,18
181:6,6,14 182:5,11
182:24 183:7 184:1
184:4 186:8 201:13
201:19,21,25
202:14 203:13
204:8,10 205:21,25
206:3,18 211:13,14
219:8,9 220:3,7
225:4,9,13,16,24
226:5,6,18 227:2
228:20 234:4
235:23 236:2,5
237:5,24 238:24
240:19 241:2 243:1
243:2,3,5,7 245:15
246:6 247:9 251:17
251:21 254:14
255:1 257:1 262:16
262:24 263:21
267:11 268:15
270:7,12 277:6
279:2 280:22 288:6
290:4 299:13,22
300:7 306:14
307:17 311:5,17
317:4
**looked** 26:18 50:8
59:22 68:18 69:3,3
69:22 81:3 90:10
90:12 100:13,15
101:5,9,11 110:25
122:7 162:9 181:11
181:24 182:9
198:17 202:16
210:11 215:2
237:23 248:19
278:3,21 280:21,23
280:24 311:13
319:7
**looking** 22:5 37:9
54:5 67:21 68:1
74:1 76:5 80:11
88:21 90:8 93:18
103:2 117:7 119:5
122:2 126:9,9,16
127:5 128:24 129:6
129:7 131:20 140:2

R. Brian Strickland     Georgia State Conference of the NAACP, et al vs Kemp     January 26, 2018

Page 338

| | | | | |
|---|---|---|---|---|
| 147:25 155:11,17 | 72:5,7 73:4,5,18 | maps 67:6,7 74:3 | 203:18 287:24 | 270:22 |
| 156:3 158:24 159:2 | 86:6,20 97:5,10,12 | 122:4 124:4,6,12 | 299:7 306:4 | meant 54:6 150:2 |
| 159:3,6,9,13 162:16 | 97:16 110:12,21 | 126:9 127:5 131:15 | matters 24:23 64:9 | 172:1 271:5 |
| 174:2 177:11 | 170:12 198:4 203:9 | 135:7 137:19,23 | 142:2 | media 33:2 49:1,2,4 |
| 180:16 182:20,21 | 203:10 219:6 257:5 | 139:4,13,13 149:8 | McDonald 3:19 | 90:6 261:10 |
| 183:5,6 184:15 | 285:8,9,10,18,22 | 150:14 152:16 | 156:19 157:1 | meet 172:17 |
| 197:9,11 200:5 | 297:15,16 308:6 | 155:5,7,8,11,13 | McDonough 8:9 | meeting 28:4 37:11 |
| 205:18 207:22 | majority-minority | 158:24,25 160:9,22 | 128:21,25 129:7,8 | 38:1 56:5 85:19 |
| 208:16,19,21 209:6 | 71:22,23 72:3 73:4 | 161:2,5 163:6,25 | 129:16 130:1,4 | 126:7,20 127:13,15 |
| 209:8 210:9 212:2 | 73:14,25 86:20 | 182:17,21 183:14 | 132:14 133:8 134:3 | 127:18,23 128:5,12 |
| 220:18 224:11 | 101:3 | 184:9,13,14,20 | 143:13 154:17 | 128:15 134:15 |
| 231:13,15 242:18 | makeup 87:3,7 182:2 | 201:19,21 204:3,16 | 165:21 166:3 174:3 | 135:12 145:18 |
| 265:3 285:3 287:21 | 204:19 | 209:15 232:7 234:4 | 174:6,16 175:15,16 | 153:20,24 154:6,9 |
| looks 116:16 184:12 | making 38:19 57:2 | 260:4 273:17,21 | 175:17,20 176:13 | 157:25 158:2,18,22 |
| 198:17,17 225:2,10 | 67:24 163:6 195:9 | 299:19 | 197:11,16,20 | 172:11 182:18 |
| 226:14 227:3 | 197:16 208:15 | March 283:4,25 | 198:20 200:8,17 | 184:10 197:12 |
| 238:14 299:11 | 234:20 302:10,14 | 308:16 309:20 | 212:6 213:25,25 | 204:1,24 208:4 |
| 319:1 | 303:23 | margin 121:18 | 214:13 219:25 | 209:14,22 210:3 |
| Los 2:5 | male 266:15 | 220:21 221:7,11,12 | 222:5 223:10,10 | 215:14,18 216:10 |
| lose 46:10 | Manager 4:11 | 221:18 280:3,17 | 230:25 270:23 | 216:13,21 217:1,14 |
| lost 59:3 214:10 | managers 176:21 | 312:5,5 | 271:3,6,11,15 | 224:16 316:24 |
| 222:21,22 237:5,6,7 | map 3:15,17 66:10 | Marietta 321:24 | McDonough-Locust | meetings 28:1,2,3 |
| 297:23 318:15 | 66:11 67:1,2,5,5,7,8 | mark 36:12 51:7 | 273:25 | 85:23 86:1,2 |
| lot 14:18 68:7 79:22 | 67:9,12 89:22 | 74:16 102:20 | MCKENZIE 1:6 | 127:24 128:4 |
| 99:15 102:11 | 101:11,12 109:4 | 167:23 250:21 | McQueary 21:24 | 131:16,19 138:12 |
| 114:12 122:23 | 115:14 116:13 | 281:18 293:7 299:2 | mean 14:24 22:7 38:5 | 153:10 154:11,15 |
| 140:17,23 142:24 | 117:18,21 118:2,18 | 306:15 315:21 | 41:21 42:1 46:6 | 154:20 157:13,17 |
| 143:3 146:19 | 124:19 125:23 | marked 29:20 30:7 | 47:14 48:22 61:5 | 216:18 258:25 |
| 182:10 198:5 | 136:8 138:15,16 | 30:10,13,15,15,18 | 62:18 67:15 70:25 | melting 229:13 |
| 201:20 211:9 228:2 | 140:3,3,9,13 141:2 | 30:18,22 36:19 | 74:24 95:9 98:25 | member 8:21 9:8 |
| 239:23 240:1,3 | 141:6,10 142:14,20 | 37:6 51:11 64:14 | 109:12 111:21 | 18:11,16 31:20,21 |
| 250:2 252:16,21 | 143:2 160:13,15 | 82:12 116:9 117:18 | 113:13 119:18 | 34:5,6 41:19 44:4,5 |
| 260:9 261:13 | 162:20 163:21 | 156:8 224:22 | 123:1,25 124:5 | 44:12 61:25 71:3 |
| 266:19 287:20 | 164:21 165:7 | 244:23 262:17,19 | 139:7 155:18,22 | 97:25 139:22 |
| 304:20 313:2,14 | 166:23 180:6,6 | 268:17 275:13 | 160:2 164:24 | 157:23 223:23,24 |
| 319:4 | 182:24 183:1,11 | 277:9 288:7 293:8 | 180:15 182:11 | 224:1 229:9 317:1 |
| lots 69:16 | 184:9 194:14 195:2 | 316:13 | 183:20 204:17 | members 44:19,20 |
| loud 214:22 | 195:3,4 199:5 | marking 53:24 54:4 | 209:1 210:12 | 44:23,25 55:23 |
| Lowes 267:5 | 201:13 202:2,3 | 54:8 106:24 310:9 | 212:10 214:19 | 56:6 72:4,5 73:6,19 |
| LYNNE 1:7 | 204:15 205:20,21 | MARLON 1:3 | 225:1,2 230:20 | 86:12 145:1 149:21 |
| | 206:2 211:7 213:15 | married 130:8 | 235:22 236:1,23 | 157:5 171:4 172:20 |
| **M** | 226:18 227:2 | 239:25 | 250:1 263:2 267:23 | 232:2 259:13 261:9 |
| macro 123:2 | 230:17 231:8,19 | match 93:20,22 | 271:8 278:23 281:8 | 273:8 |
| Madame 85:6 | 232:12 240:19 | materials 20:17 | 291:21 296:15 | membership 229:10 |
| mail 48:20 | 241:2 242:18 | math 207:15 | 299:17 306:1 | memberships 33:22 |
| mailers 48:25 | 245:20 246:2 260:6 | Mathiak 115:3 274:6 | meaning 73:4 191:10 | memorandum 216:9 |
| main 119:14 208:21 | 272:12 278:24 | 274:14 | means 41:1 59:10 | memory 14:11,18 |
| 252:1,5 267:13 | 279:15,21,21,23 | matter 16:12 19:4 | 61:1 73:14 77:11 | 38:15 118:5 153:23 |
| 277:22 278:7 | 299:7,18 300:15,15 | 21:22 26:10 27:18 | 105:14,15 109:3 | 197:10 205:19,24 |
| major 159:7 184:21 | 300:16,19,21,22,22 | 28:1 29:1 31:6 | 142:4 168:15 | 263:8,16,23 276:5 |
| 241:19 312:18 | 303:17,17 | 43:11 56:23 82:18 | 194:15 247:2,4 | memory's 222:21,23 |
| majority 54:10 72:5 | mapping 41:4 | 96:21 114:3 127:8 | 256:25 265:18 | mentioned 17:14 |

Donovan Reporting, PC                                   770.499.7499

R. Brian Strickland                Georgia State Conference of the NAACP, et al vs Kemp                January 26, 2018

18:9 32:17 52:12
114:6 115:2 116:25
135:22 148:14
151:7 154:22 165:6
165:12 177:16
197:23 227:24
243:6 260:16
271:10 284:22
309:1 317:11
**mentions** 294:10
**message** 62:21 66:13
150:25
**messages** 27:17,22
**met** 7:20 49:14 50:23
120:2 127:22 131:4
134:13 149:23
158:4 169:24 217:7
240:1 286:19
**method** 40:13
**metric** 50:17,22 55:2
**metro** 46:19 101:1
120:16,16 302:11
**metropolitan** 60:14
**Mickey** 276:5
**microcosm** 77:14
**microphone** 144:3
243:22
**middle** 70:5,21 76:6
78:1 239:3,4 270:9
282:20 286:6
**midterm** 4:1 124:3,5
124:13 135:6,18
149:5,7 170:17
275:16
**Midtown** 2:14
**migration** 111:11
**Mike** 5:13,17 288:14
288:19 290:2
**million-dollar** 239:8
**mind** 16:13 49:23
70:6 98:1
**mine** 237:9 267:14
295:9
**minor** 150:7
**minorities** 72:10,13
72:17,25 106:9
**minority** 72:4,8 73:6
73:19 105:12 141:7
177:24 242:16
251:24 272:24
276:10 294:21
295:23 296:12,13

**304**:11,17
**minute** 66:16 89:3
118:10 128:1 136:9
256:11
**minutes** 81:25 86:3
158:16 161:6 193:3
244:1,10 315:23
319:12
**miscellaneous** 254:3
**misheard** 15:2
**misinterpreted** 179:7
**mispronouncing**
314:20
**misread** 250:6
**misreading** 249:3
**misrepresent** 173:2
**missed** 26:21
**misspoke** 227:9
**mistake** 51:11 53:23
260:25
**mistakes** 140:14
**mix** 58:20 78:11
239:5,9
**mixed** 114:25 184:6
239:8
**mixing** 205:25
**mix-up** 7:25
**model** 122:5 297:22
319:1
**moment** 89:14 103:4
143:17 231:24
255:10 311:19
**month** 25:11 56:5
128:7 315:12
317:14 318:12
**months** 43:25
**morning** 7:18,19
110:10
**motivated** 284:12
**mouth** 174:9 303:20
**move** 105:19 130:3,7
130:7 174:12 176:9
186:21 234:1 244:9
246:19 279:5
**moved** 19:17 60:21
60:25 130:11
176:10 179:16
223:15 228:12,13
233:18 311:25
312:22
**movement** 237:2
**moving** 61:4 105:16

**129**:6,8 174:2
211:18 234:11
235:17 236:18
237:1 287:1 296:16
**Moyer** 1:15 323:21
**Mt** 213:22
**multicultural** 105:19
**multipage** 82:14
102:23 245:2 288:8
299:4 310:15
**multiple** 153:21
154:15,20 275:15
**Munger** 2:4
**murder** 229:17

**N**

**NAACP** 1:3,5 2:2
**name** 7:20 8:4 21:5
33:8 54:13 61:15
229:16 262:11
290:2
**named** 119:10 177:17
271:11
**names** 16:13 44:12
44:23 145:3,14
**narrow** 198:14,15
213:8
**narrowly** 76:12
**national** 63:5,8,24
78:25 88:24 111:22
123:10 126:18
182:12 220:6 251:7
251:14,16 257:18
**nationally** 111:25
**native** 73:7 91:15,22
**NE** 2:15
**near** 37:15,21 174:7
178:11
**neat** 101:13
**necessarily** 25:4
105:18 171:1 258:1
**need** 12:8 28:14
29:25 61:1 109:12
129:12 135:9,11
136:17 145:14,24
147:3,10 168:14
191:21 226:18
240:19 282:2
288:15
**needed** 144:11,22
145:11 146:5,7
164:22 167:1

**201**:16 239:20
321:19
**negative** 52:24 59:23
63:22
**negatively** 113:9
**negotiation** 276:25
**neighbor** 218:22
**neighborhood**
240:24
**neighborhoods** 99:17
99:18 100:11
235:13 238:23
240:11 241:17,20
242:5
**neighboring** 199:20
217:23
**neighbors** 151:14
218:24
**Nelva** 4:13 37:11
**never** 14:13 33:19
35:22 46:12 54:19
59:22 63:23 68:11
77:4 81:3 87:22
108:4 112:7 120:1
120:1 121:6 135:4
135:4 136:6 145:10
145:15,17 146:6
156:23 164:19
181:8,23 199:8
200:21,21 219:1
245:11 251:13,13
251:15 286:5 290:1
292:7 293:19 309:8
309:8,9 311:13
313:1,7 319:7
**new** 37:24 45:24 61:2
65:9,20 66:10 67:2
67:5,8 75:20
100:11 108:19
109:21 194:13
195:1 214:5 219:25
222:5,10,25 223:2
228:12 233:1
264:18 278:24
279:21,22 280:25
284:10 286:15,18
286:24 287:1,23
288:1 296:7,16,16
296:20,23 297:4,8
297:11,16 300:16
300:22 303:17
308:18,19 309:15

**309**:22 313:9,11,19
313:20
**newer** 228:2
**newly** 45:25 287:17
**news** 258:8
**newsletter** 261:19,21
261:25
**newspaper** 13:18,19
101:19,21 260:17
261:24
**Newton** 319:9
**Nice** 121:5
**Nichols** 236:6 237:8
**night** 11:12 264:6
**Nine** 81:25
**Nix** 16:19 17:1 21:8
125:3,10 134:13,19
134:19 148:17
152:21,25 193:11
193:12 203:18
**nod** 11:12,16
**non** 153:17
**noncontroversial**
14:14 153:17
**nonpartisan** 150:22
173:11 275:24
**nonsubstantive** 17:22
**nonwhite** 105:16
**normally** 259:8
**north** 115:5 129:14
133:16 167:14
214:6
**northern** 1:1 78:3
142:21 152:6
165:21 186:15
214:6 226:17
**northwest** 152:2
**note** 51:16 104:6
242:4 265:5 268:3
**notes** 28:2,9,10,10,11
28:13,13,25 131:8
131:13 148:1
215:14,16
**notice** 99:17
**noticed** 270:24
275:21
**november** 54:15,16
54:18 55:7 56:2,7
107:4,22 225:21
290:16,17,17
307:21 308:11,12
309:19,22

Donovan Reporting, PC

R. Brian Strickland                Georgia State Conference of the NAACP, et al vs Kemp                January 26, 2018

**number** 7:9 27:8,9
33:5,6,6,7 46:6
62:25 63:18 75:12
79:12 84:3,5,14,19
86:21 88:8,12 89:1
90:7 102:25 107:17
115:10 160:8
161:15 205:2
208:11,11 221:6
231:9 232:17,24
233:7 244:19 245:1
247:15,16,21 248:1
248:7,11,13,15,18
248:23,25 250:24
263:25 264:8,15
265:2 270:9 275:14
275:15 284:8,9
286:9 288:10 289:6
290:20 293:9 296:7
297:2,4 299:5
303:17,21 304:2,6
306:4,17 310:12
311:16 314:14
315:9 316:14
321:20
**numbered** 277:8
317:5
**numbers** 27:6 58:14
69:4 71:11 78:18
91:6 92:16 95:1,3
114:25 115:12,24
116:20 126:13,13
131:21 151:25
156:4 159:24
162:16 198:23
200:5,10 205:18
219:7,8,12 220:4
222:19 233:14
235:22,23 236:2,5
247:13 254:2 255:5
256:3,22 262:25
263:8,12,12,15,22
267:9 269:25 271:8
278:13,14,20 279:1
280:21 284:5 285:3
286:7 291:8,10,23
301:8 303:24 304:7
305:5,7,11 308:15
309:9,10 311:13
312:21 313:12
318:3,3,25
**numeral** 160:8

**numerous** 41:21
**nuts** 35:5
**NW** 2:10,19

### O

**oath** 10:2 57:22
188:11
**Obama** 77:13 78:16
78:22 79:5,8,16
88:5,12 94:24
155:20 186:13
278:16 279:18,24
**Obama-Romney**
88:22
**object** 12:18 96:8,9
255:24 257:7 278:9
305:14
**Objection** 189:8
**obvious** 48:7 159:21
**obviously** 39:22 48:7
100:10 111:2
135:17 148:7
150:15 159:15
203:11 220:7
295:12 299:19
308:20
**occasionally** 11:16
271:10
**occur** 83:1 138:8
**occurred** 19:7 158:21
158:23 255:19
**occurring** 162:1,3
**OCGA** 323:2,6
**October** 67:3 75:16
282:12,14 283:4,25
284:17 288:13
290:18,20 308:17
**offense** 274:5 304:24
**offered** 323:17
**office** 15:25 18:3 19:8
19:16 22:15 28:18
28:19,23 33:4,5,6
34:11,14 42:4
43:17 47:1 51:25
52:5,6,13 54:10
68:4 102:3 104:19
126:8,21,24 136:10
136:12,21 156:13
156:16,21 157:3
158:12,13 160:9
167:23 168:5,6
170:11,13,15 171:5

173:5 176:5 178:11
182:19 193:23,24
193:25,25 194:4
195:19,21 206:6
216:12 217:1,7
240:11 285:8,9
292:14
**offices** 1:17 19:17
**Office's** 155:2
**official** 1:10 3:21
**officials** 3:6,4,6,8
**offset** 220:14
**off-the-record** 36:21
36:25 66:19
**oh** 15:2 20:6 47:24
51:9 53:21 68:25
72:17 95:12 102:5
106:19 116:7 162:7
195:7 205:11 209:1
213:25 243:23
249:8 256:17
260:23 262:25
267:19 269:18
271:24 286:2
301:20 302:20
303:19
**Ohio** 252:20
**okay** 9:10,13 10:23
11:20 12:2,7,17
13:16 15:10 16:10
16:17 19:1 27:1
29:10,13 30:5
33:25 38:17 44:16
47:17 48:9 51:13
51:19 52:10 53:25
54:14,21 56:3 57:3
64:15 65:4 69:5
72:23 73:3,15,23,24
74:12,25 76:2
78:13 81:22 82:2,6
83:12,15,18 84:7,10
88:15 89:4,12,15
91:9 92:12 94:5,12
94:12 98:3 103:20
104:9 106:16 108:3
108:6,8,13 111:4
115:13,15 116:25
117:3,7,9,17,20,25
119:4,8 137:17
145:13 146:18
158:17 160:20
163:7 164:11 167:2

173:1 178:24 180:4
191:7 194:10
203:24 204:23
205:15 212:13
218:23 219:3
224:10 227:12
231:25 238:13
241:7,12 242:23,25
243:14,16,16,19
244:4,8,11,12
245:15 246:5,8,19
247:6 250:3,4,19
253:3 254:10
262:16 263:24
264:18 265:7,19
266:4 276:18,19
280:7,10 282:6,23
292:17 293:15
294:4 295:8 300:4
300:10 305:25
306:8 310:1,11
313:3,23 315:3
319:15
**old** 66:10 67:1,5,12
77:10,13,15,19
228:6 264:16,21
265:8 279:15
288:15,15 290:9
300:14,15,19,20
303:17
**older** 128:6 228:7,11
235:8
**Olson** 2:4
**once** 10:6 25:11 64:9
87:11 128:23 131:5
163:13 217:8
316:16
**ones** 151:24 165:1
177:16 304:25
**one-on-one** 127:24
**one-page** 250:20,22
293:10 310:14
**ongoing** 166:4
**online** 184:3 206:1,11
260:4 262:1,4,13
**op** 261:15
**open** 125:13 127:2
314:5
**opinion** 48:3 63:10
100:8 105:17
114:17 140:24
141:4 181:23 187:5

187:6 202:18 235:7
235:25 239:1 240:2
252:24 253:6 255:2
274:13
**opinions** 252:16
**opponent** 58:9
112:20 222:15
237:13 267:15
295:12
**opportunity** 124:22
147:13 159:16
219:6
**opposed** 44:18 48:12
57:18 58:22 61:7
67:8 98:10 105:24
112:8,8 113:2
120:23 187:18
211:19 235:1
304:18 308:10
314:12
**opposite** 101:8 298:5
**opposition** 269:4
**opt** 104:21
**option** 202:16 203:3
**options** 200:7,23
211:4
**oral** 194:6
**orally** 11:11,19
**orange** 1:7 50:11
**order** 130:15 169:22
198:22
**ordering** 103:14
**organization** 1:3 14:1
297:20,21
**origin** 182:13
**original** 230:23
**originally** 201:9
214:3
**Ossoff-Handel**
100:21
**ought** 94:9
**outline** 292:20
306:13 309:25
**outperform** 88:24
**outperformed** 78:24
159:22 266:17
**outside** 43:20 113:20
113:22 292:11
**outworked** 119:16
**overall** 29:12 75:20
77:15,20 120:19
153:4 159:24 207:8

R. Brian Strickland        Georgia State Conference of the NAACP, et al vs Kemp        January 26, 2018

Page 341

236:16 254:14
277:2 311:13,25
**overhaul** 137:23
**overlapped** 318:4
**overlapping** 201:17
**overlooked** 120:16
**overwhelming** 25:5
257:5
**O'Connor** 3:23 4:4
4:16,18,19,22 5:1,6
5:7,9,11,13,15,17
5:20,22 6:2 15:21
15:23 21:2 51:21
53:10,14 65:7,7
67:23 69:20 75:13
75:15 76:8 82:16
84:13,18 86:1 87:2
90:9 92:4,12 104:2
105:7 107:3,18,20
107:23 110:8 245:4
245:4 250:23
252:15 262:20
263:13 264:14
277:11,16 279:6,10
279:13 280:5
281:10 282:11
284:16 285:24
288:14 290:13
292:6,8 293:11
294:4 299:6 301:9
301:13,17,20 303:6
303:8 305:3 306:18
309:11 310:17
316:20 317:6,6
318:24
**O'Connor's** 81:14
106:8 108:9 252:4
254:17 280:11
283:9 313:12
318:16

**P**

**P** 1:15 323:21
**packed** 250:2
**page** 3:12,25 4:25
5:25 21:22 32:4
33:12 53:22 55:21
56:1,2 69:8,8 70:5
75:11,14 82:13
83:5,10 84:23
90:15 102:25 105:4
107:16,21 108:10

108:18 115:17
156:18 157:18
160:7,8 190:1
225:17 226:5,6,7
228:21 229:15
240:14 244:25
245:16,17,22,25
246:1,6,7 251:22
262:7,8,10,10,19
270:9,14,15 282:10
282:15,16,17,18,20
288:9,11 299:4,14
299:17 300:8,8
307:18 310:13,16
311:16 316:22
317:4 319:3
**pages** 32:24 82:25
83:2 225:20,24
270:7 299:14
309:24 322:10
**page(s)** 321:20
**PAGE/LINE/CHA...**
321:6
**Pam** 115:24 151:8
152:5,10
**pamphlet** 48:22
**pamphlets** 48:20,23
**panels** 180:1
**panhandle** 214:8
**paper** 14:2 28:10,11
28:12
**paragraph** 55:6,7
65:25 69:8 70:5
74:8,9 76:6,7 79:20
80:12 84:24 86:4
87:11 88:4 105:3,9
108:17,18 110:1,8
157:3 160:14,18
251:22 252:18
264:14 265:4
277:16 279:8,10,14
290:8 294:5,6
301:22 307:25
311:17
**paragraphs** 108:9,15
**paren** 282:24
**parenthetical** 70:6
86:5
**Park** 199:4
**Parkway** 241:15
**part** 29:6 42:14 52:12
68:1 78:3,8 79:11

90:20,22 91:1,5
108:11 128:21
130:13,23 142:21
143:11,12 149:15
165:20,21,25 170:5
173:25 176:7,20
177:5 178:2 186:14
186:15 206:21
207:11 219:24
225:22 227:16
237:21 238:6,19
240:7,22 241:18
260:11,12 264:20
282:19 284:14
287:3 288:24
306:20 314:11
315:5
**Participants** 5:3
**participate** 44:9
**participated** 35:8
45:15
**particular** 27:23
48:11 49:19 58:1
62:16 88:21 108:11
113:21 127:18
128:20,21 129:22
138:13,13 140:4
142:21 143:1
147:21 155:17
162:24 167:11
172:16 174:15,20
175:17 179:6,8
185:21 186:9
206:12 212:3,5,8
215:21 223:7 231:1
238:16,22 258:1
282:18 304:18
307:12
**particularly** 163:8
**parties** 114:22
124:16,17 125:15
127:4 135:18,20
150:14 151:4
181:14 209:24
210:6 322:16
323:18
**Parties/Black** 54:23
**partisan** 36:3 40:23
122:14 178:7
208:16
**partner** 34:3,4,6
**parts** 95:7 109:14

132:19 186:9
195:16
**party** 50:18 55:3 59:5
59:6 64:1 95:14,22
96:2,5,13,16,19,23
96:24 102:16
113:15 122:23
146:16 178:18
180:13,18 181:13
181:18 183:3,7
185:17 203:9,11
204:18 219:6
251:15,16 253:7,10
257:18 266:10
267:2,12,13 268:4
278:23 285:18,23
287:14 302:10
303:12 304:18
305:13 307:6
323:11,11,13,14
**passage** 81:10 83:23
84:12,17 89:8
307:22
**passed** 3:17 14:15
15:5 116:11,14
128:7 187:15 200:2
238:7 248:3 261:11
261:17 270:4
277:19
**patience** 316:11
**PATRICIA** 1:4
**patterns** 52:21 60:9
**pause** 244:10
**pausing** 211:21
**PAYTON** 1:6
**PC** 321:24 322:22,23
**pdf** 65:9,20 76:9
**Peachtree** 2:15
**peanuts** 35:1,5
**penultimate** 108:18
307:25
**people** 16:20 17:12
39:23 40:8,10 42:6
42:8,11,19,20 43:11
44:17 45:22 55:16
59:19 60:1 61:6
62:8,12 63:23,24
68:3 73:1,5,11 78:3
78:6,12 99:16,23,24
100:3,4,5,12 105:15
105:19 111:24
113:3,10,11 114:3,7

114:9,18,21 120:12
122:22 123:4,4,10
133:4 134:21 144:5
144:6 153:7 159:14
162:11 168:7 169:7
169:15 173:23
176:19 177:14
181:11 182:13
184:5 190:12
196:11 199:18
200:12 201:13,19
203:13 205:22
208:11,12 216:3,18
223:2,12 224:5
228:3,12,13 239:21
250:9 252:9 254:7
254:13,14,18 256:7
257:23 266:14,23
272:5 274:4 278:18
287:1,1,2,6 296:16
302:23 303:5 305:1
305:11,16,20,20
307:5,9 312:17
313:20 314:7,15
315:9,13,15
**people's** 46:21
**percent** 62:7 64:6
67:1,2,5,5,13,16
69:11,15 79:1
80:22,23,23,24,24
86:8,11,12,14 87:12
88:14 89:17 92:24
93:2,7,10 94:23
97:17 98:7 99:5,9
112:16,16,22 113:2
113:3 121:13 122:9
122:17 179:2
221:10 232:19
247:10,12,15,16,21
247:22 249:17,21
253:16,16,17,18,18
253:18 254:4,20
263:5 264:4,5,17,22
265:6,9 279:17,18
279:24,25 283:11
283:11 289:6
300:21,23 301:14
303:4 304:4 312:5
312:6,8,13 318:11
318:12
**percentage** 54:23
55:1 56:8,14,15,16

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

Page 342

56:16 66:10,10
68:15 70:9,19
91:20,20,21,21,21
91:22,23 92:23
93:2,3,6,9 94:13
98:6 99:23,24
112:12 221:18
248:1,4,17,18
253:22 254:18
255:21 256:14
297:15
**percentages** 55:8,13
55:19 76:16 77:7
92:17 112:13
247:18,19 251:25
290:14 301:16
**perception** 286:12
**Perdue** 144:15 209:5
**perfect** 122:5
**perform** 155:19,20
155:23
**performance** 78:19
318:11
**performed** 111:24
121:23 126:10
159:14,20 162:10
162:11 237:22
**performs** 207:23
**period** 77:8 132:8
146:17 161:22
166:21 290:15,17
298:8
**periods** 290:16
**Perkins** 2:9
**permanently** 25:14
25:18
**person** 14:7 38:19
39:10 49:9,23
50:19,19 56:24
57:3 124:24 127:22
133:25 136:7
149:11 169:23
177:23 180:2
186:10 190:4
207:11 242:10
275:2 323:8
**personal** 19:11 23:14
23:21 25:6 33:5
128:22 129:2
132:20,21 133:8
134:4,5 141:3
175:13 176:6,7

186:2 187:6 197:21
199:21 215:24
274:3
**personalities** 298:23
**personality** 307:16
**personally** 19:8,15
49:19 57:4 163:9
164:10 171:25
174:5 195:20 200:3
252:13 256:6
257:24 273:14
279:3 292:13,16
**persons** 149:11
**pertains** 86:6
**petition** 39:22
**Phillips** 1:14 2:3 3:10
7:17,21 29:25 30:4
41:7,11 64:16,20,23
65:2 66:15 72:14
72:21 81:23 82:2,6
84:8 89:24 103:10
106:19 143:16
158:17 161:7
167:21 168:2,17,20
168:23 169:1
191:19,25 192:12
192:20,22 193:1
224:17 243:21,23
244:2,5 248:9,21
249:2,8,12,15,25
282:2,6 292:17,22
315:25 319:13,16
319:18,24
**philosophical** 119:24
**phone** 27:2,8,13,16
27:20,21,22,24 33:5
33:7
**pick** 33:14 50:17
159:18 160:13,14
178:19 202:12,23
224:3 283:21,22
**picked** 129:9 130:10
176:2 198:13,25
222:5,25 223:4,11
233:2 236:21 242:1
280:2
**picking** 140:20 161:4
240:23
**pickup** 223:22
238:12
**picture** 36:15
**pieces** 261:16

**Piedmont** 33:20
**place** 84:2 129:23
186:20 189:6 304:8
309:13 314:7
**placed** 109:18,21
**places** 58:18 224:8
266:22,25 274:25
**Plaintiffs** 1:5,8 2:2,7
7:22
**Plaintiff's** 3:14 29:15
29:15,16,17,17
30:10,23 36:17
51:5,10 54:2 74:14
82:10 102:18
106:22,25 116:5
117:16 156:6
167:20 224:20
244:21 250:18
262:15 268:14
275:10 277:5
281:16 288:5 293:6
298:25 306:11
310:3,6 316:10
**plan** 13:2 157:23
216:22 265:21
284:15 287:3
**planned** 45:15
**planning** 149:19
**plays** 165:14
**pleading** 21:15
**please** 7:11,24 8:3
9:16 12:4 23:5 48:1
62:18 63:12 69:8
160:18 262:24
282:17 321:19
**pleased** 276:20 277:2
**plus** 107:2 237:6
**point** 22:8,19,20
26:19,19 34:22
75:8 84:22 88:11
89:5 101:4 123:23
124:23 125:22
130:4 137:8 139:10
140:8,8,13 141:5
142:13 146:22
148:25 149:4 153:2
165:22 167:4 168:9
172:12 189:12
221:8 222:24
230:22 272:11
273:21 275:4
285:17 304:4,5

308:5
**pointed** 303:16
**points** 59:2,4 76:10
76:18,22 120:22
222:21 248:4
278:15,16 303:25
304:2,3
**police** 167:12
**political** 10:14 33:11
36:1 40:21 55:16
71:23 102:11
119:23 148:7
150:21 155:18
159:13 178:23
179:1,4 181:5
182:10,11 183:6
185:16,21 186:3,21
190:8,11 191:22
204:10 205:14
208:16 209:9
211:15 219:7,8,19
234:20 239:13
242:9 250:14 255:2
279:2,5 283:16
285:22 307:4
315:16
**politically** 14:20
185:25 203:10
220:17 223:18,20
240:2 242:14 272:1
288:3
**politician** 180:2
191:21,23 192:2
**politics** 36:6 63:5,8
63:14 186:8 220:6
231:13 252:17,22
271:19 285:19
**poll** 289:8,9
**polling** 99:11 288:22
288:23,24 289:1,12
289:14,19,21,23,24
292:4
**poorly** 226:10 300:20
**pop** 248:23
**population** 101:7
159:4,6,7 164:22,25
198:22,23 211:25
228:7,8,11 247:5,20
248:19,23 249:6,18
249:21 250:8 254:8
**portion** 140:25
171:19 175:21,24

207:18 226:17
234:1 238:7 317:16
317:19
**portions** 151:9
207:16
**position** 31:7
**positions** 44:13
**positive** 114:2 222:20
**possibility** 123:18
125:10 203:15
**possible** 8:2 29:7
255:23 256:12
291:1
**possibly** 20:12
**post** 33:4,5 248:13
**pot** 229:13
**potentially** 141:13
**power** 131:22 166:8
**PowerPoint** 131:18
131:21,23
**practically** 278:2
**practice** 24:2,3,5,7
25:1,3 27:25
**practiced** 33:18
**practicing** 26:17
43:23 44:2 216:16
216:16
**precinct** 47:6 58:7,8
58:16 95:19,23
96:5 122:6 142:4
152:7,7 167:9,10,13
167:14 175:19,20
175:22,22,25
180:13,16,23 182:3
182:14 183:23
184:2,2,5,5 185:1,3
185:6,8,12 186:14
186:24 193:16,16
198:12,24 205:22
205:23 206:3,3,8,18
206:18,19,22,23
207:1,4,7,12,19,22
207:22,23,24
211:11,14,20 212:1
212:4 213:7,22,24
214:5,9 222:5,6,7,9
222:16 223:11
225:8,11,12 226:3
226:21,22 227:2,4
227:23 229:7,20
230:2,13 234:16,18
234:25 238:1,4,7,19

R. Brian Strickland                Georgia State Conference of the NAACP, et al vs Kemp                January 26, 2018

239:12 243:11
264:7 265:24,24
267:5,8 270:23
271:4,6,15 278:21
278:21 279:16
294:25 298:14
318:2,2,6
**precincts** 122:2,3,7
122:11 141:11,12
141:22 142:1
159:14 166:23
167:7 180:17 181:7
181:15,25 183:19
184:11,14,16
186:16 200:9,22
202:13 211:22,23
211:24 213:3,14
214:25 225:13,20
226:9,12 228:24
230:5 232:8 235:4
235:24 236:19
237:1 265:20
266:21 267:4 273:2
294:14 311:12
319:4,7
**precinct's** 208:1
**preclearance** 139:18
**precleared** 138:21
139:5 195:5
**predict** 289:2
**prediction** 101:2
**predictions** 100:22
101:15 252:22
303:6
**predominantly**
228:15,16
**prefer** 75:7
**preference** 134:5
307:15,16
**premise** 120:19
312:16
**preparation** 18:22
20:19 21:19 230:17
**prepared** 131:24
139:14 276:14
284:17
**preparing** 11:1 92:13
98:5
**prescribed** 48:11
**present** 2:21 98:19
127:15 128:3,9
154:2,4 193:12

204:3 298:9
**preserve** 22:3,16,19
28:13 216:6,7
**preserved** 22:23
26:15
**president** 31:16,18
32:7 107:9,10
120:3 126:15
277:12 279:16
**presidential** 57:13
58:13,19 94:15
126:15 222:8
252:19 277:21
279:22 280:16
298:19 312:3
**President's** 251:19
**press** 18:11 260:10
261:9
**presume** 317:9
**pretty** 24:7 62:20
77:14,16,20,20 99:2
220:3,5 230:21
258:5 306:6 319:9
**prevailed** 112:20
**prevailing** 304:19
**previous** 220:22
248:20 278:3
308:10
**previously** 10:13
29:20 30:7,10,13,15
30:18 33:19,23
34:13,16 37:5
51:11 64:14 88:19
90:12 103:24 116:9
117:18 118:6 156:8
165:12 166:19
213:23 215:9 223:6
224:22 230:24
234:22 238:5 256:8
262:17 266:12
268:17 274:20
275:12 301:21
308:15
**Previously-Held**
311:1
**primarily** 276:6
**primary** 61:23 112:8
276:2
**principal** 323:9
**printed** 32:10
**prior** 39:1,2 40:5
78:14 89:8 135:2

139:3 213:1,10
302:18 308:25
**private** 24:2 127:4
240:5,8
**privilege** 12:12
**Pro** 13:6 85:3,6 86:1
146:11
**probably** 13:20 14:5
44:22 79:3,4 80:9
94:9 111:10 125:6
125:20 131:6,6
132:13 137:8 154:5
154:14 167:16
174:8 195:21
220:13 222:14
223:1,17 224:3,8
229:16 234:15
237:17 250:11
256:5 285:3 286:3
293:25 313:16
318:15
**problem** 54:3 254:12
**problems** 164:15
**procedure** 157:4,8
**procedures** 3:19
**Proceedings** 3:1 90:3
143:21 161:11
193:6 244:15 293:1
316:5 320:7
**process** 5:4 35:7,9
39:6 149:16,18
153:4 155:3 168:10
169:6,10,13,16
170:17,18 172:2,16
176:23 177:19
180:10 188:3,16,19
189:17 190:3
194:20 200:1 202:1
217:20 219:5
258:13,20,22 260:1
261:11
**produced** 20:3 102:2
**professional** 43:16
235:6,16
**professionally** 43:20
**professionals** 229:13
**program** 26:5 211:8
**prohibited** 323:2
**project** 160:24 161:1
290:22 297:9
**projected** 182:17
**projection** 111:2

**projects** 104:22,25
157:20
**pronounced** 314:25
**property** 9:18 165:24
166:2,15 174:13
**proportion** 46:13
68:14 180:20
209:18 290:14
305:11
**proportions** 60:1
**proposal** 230:23
**proposed** 135:10
178:2 179:19
193:13 196:13,25
204:25 205:1
217:25 230:17
231:4,5 245:21
257:21 259:18,24
272:12,17,22 273:1
273:6 275:5
**Proscenium** 2:14
**prove** 275:22
**proven** 302:12,15
**proves** 70:2
**provide** 30:21 155:5
155:6,7,8 290:13
322:24 323:7
**provided** 7:3 20:2,4
21:22,23 92:5
155:5 157:16 301:9
**provides** 51:1 290:13
**provisions** 188:23
**proxy** 96:2,5,23
**public** 94:7 257:20
**publicly** 35:16,23
**publish** 261:15
**published** 32:5 35:17
35:22 100:20,20
261:25
**publishes** 206:7
**pull** 224:12 262:9
264:12 287:7
**pulled** 269:7
**purchased** 130:16
**purely** 26:23
**purple** 50:10 116:18
116:19
**purpose** 10:21
114:16 218:3,5
**purposes** 168:6 169:3
**pursuant** 7:4 322:17
**put** 119:13 124:7

144:2 196:7 197:13
200:8,9 231:16
234:8 236:11,17
238:21 243:22
252:15 273:18
317:25
**puts** 189:24
**putting** 78:7 174:9
222:7 303:20
**p.m** 1:19 143:20,21
143:22,24 161:10
161:11,12,16 193:5
193:6,7,9 244:14,15
244:16,19 292:25
293:1,2,4 316:4,5,6
316:8 320:2,7

---

**Q**

**qualify** 180:24
**question** 9:14 11:7,11
11:21,23 12:1,11,13
12:20 22:4 29:11
29:12 35:24,25
38:17 44:15 45:9
88:16 96:17 97:20
110:12,20 142:13
152:20 160:19
161:19 168:7
171:15,16 176:16
183:16 189:9 192:8
194:22 205:7 217:3
218:4 220:20
227:11 231:6
241:13 255:25
257:8 305:15
**questions** 11:5 12:19
123:11 163:11
169:20 190:15,15
191:4,18 194:24
203:23 212:19
244:3 272:8 313:22
319:14 322:6
**quick** 160:18
**quickly** 10:18 105:10
196:3
**quite** 246:16 306:12
**quote** 14:4
**quotes** 38:8
**quote-unquote** 252:6

---

**R**

**R** 1:13 3:9 4:10 7:13

R. Brian Strickland                Georgia State Conference of the NAACP, et al vs Kemp                January 26, 2018

Page 344

55:8,15,16 321:1,22
322:13
**race** 50:25 58:11,11
58:12,13,13 59:1
64:9 73:2 74:2
88:22,24 100:21
111:22 112:5
113:17,24 114:15
121:24 122:14
123:2,2 126:18
155:18,24 159:12
159:12 180:25
181:1,5,12 182:10
182:11,11 183:5,6,9
183:20 184:2
185:10 186:7 207:8
207:9 208:16,17,21
208:22,22,23 209:4
209:6 219:2,15
221:24 222:8
223:20 229:24
232:9 238:25
252:19 253:2 254:3
266:9,16 267:10,13
267:17 268:6,7
279:2,16,22 280:25
283:23 284:2,13
287:11 288:23
290:15 292:1
297:23 298:19,21
302:22 303:5
304:21,22 305:1,12
306:2 307:10 308:6
308:25 319:10
**races** 63:24 78:19
88:20 111:23,23
113:12,15,18
122:24,25 123:6,8
159:11,13,13 204:8
204:10 205:14
209:9 210:11,23
211:15 220:8
228:19 234:20
255:2 266:5 267:14
307:7 312:3
**racial** 40:18 41:1
46:8 47:5,9 55:12
59:25 71:1 72:13
72:17,18,21,22
73:21 87:3,6 92:14
95:5,6,19 96:1,4,23
114:4 141:7 179:3

182:2 183:10,17
204:19 218:6,8,12
227:19,22 229:4
230:1 232:3 235:3
272:23 288:15
289:2 305:5
**racially** 47:20,23
48:15 272:1 284:11
**racism** 257:3
**Ralston** 146:3
**ran** 14:3 46:4 59:1
63:4 71:20 79:2
99:1,4 104:20
113:19 116:19
119:9 121:2 132:5
162:14 209:5
237:10 266:14
267:24 278:14
289:7 307:10
315:12 317:24
**range** 87:12 257:23
**rare** 190:2 239:9
**rates** 323:17
**rbrianstrickland@...**
23:22
**reach** 49:16 56:24
57:3 61:1 126:23
145:16
**reached** 13:17 50:24
**read** 20:20,24 21:7
21:12,15,24 38:13
74:19,22 75:6
108:12 144:24
145:14 169:2
171:16,18 189:11
189:12,13 202:21
246:17 247:24
282:22 301:21
311:18 318:10
321:2 322:8
**reading** 55:25 107:24
108:5 171:23
248:11 263:3
**realize** 37:25 57:22
97:24 176:19
**realized** 37:5
**really** 13:11 47:22
56:19 62:20 125:8
129:22 142:10
150:6 162:15 180:2
199:14 203:2
207:22 219:13

235:20 236:6
237:19 255:3
261:12 266:19
281:25 289:17
311:12 317:9
**reapportionment**
18:3 47:1 51:25
52:13,17 68:4
102:3 126:8,21,24
155:1,1 156:20
157:24 160:9 170:4
171:5,9,20 172:17
172:21,23 182:19
183:16 184:8
195:21 200:6,15
217:1,7 258:21
292:14
**reason** 9:21 12:9
19:17 69:19,23
81:1 110:19 129:1
129:2 137:21 175:8
175:13 178:3
184:24 185:5,9,14
185:18 186:25
200:3 211:21 233:4
237:22 251:9
263:11 264:24
265:12,15 276:7
280:10 283:8,10,13
291:10 301:4 302:4
304:15 307:12
312:15 321:6
**reasoning** 137:18
**reasons** 48:7 55:16
128:22 147:19
178:23 184:25
187:3 197:21
199:22 243:2 313:2
**recall** 13:22,22,25
14:9 24:15 35:23
63:21 64:3 76:8,17
76:21 85:25 86:22
87:9 92:11,21
104:8 112:13,15
118:8 120:8 122:1
123:23 125:4,7,24
126:3,7 127:14
130:12 131:10,11
131:14 132:3
134:12,14,15,18,24
134:25 136:11
137:16 138:14

139:20 144:9,14,20
145:18,24 146:1,2
146:13,15 147:4,15
148:11,12,13,16,20
149:17 152:20
154:10,11 156:12
156:15,17 157:7,11
157:15 158:7,21,23
158:24 159:2,3,9
160:1,12 161:2,4
164:13 169:24
170:10,22 173:6
174:19,24 185:21
193:24 194:3,7,12
194:25 197:7,19
204:14,21,23 205:5
208:13 209:1,8,12
209:14,16 210:14
210:20 211:2,6
212:25 213:13
214:15,24 215:17
216:9,11 219:14
221:7 228:23
229:25 230:8,11,20
232:10,14,20
233:25 240:13
245:14 246:16,18
248:1 250:25
258:10,11,14,14,16
259:10 260:5,11
261:12,14 265:22
265:23,25 269:2,8
281:4 284:9 291:24
291:24 296:24
298:18 299:9,12,15
**receive** 173:13
**received** 46:7 226:12
226:14 279:23,25
**receiving** 104:7
156:15
**recess** 90:3 143:21
161:11 193:6
244:15 293:1 316:5
**Recession** 111:10
**recipient** 316:18
**recognize** 31:9,12
32:12,18 54:12
85:1 96:18 145:4
190:17 196:18
202:6 220:18 225:5
225:14 251:5
268:18 275:19

277:13 290:1 305:9
**recognizes** 190:18
**recollect** 242:19
**recollection** 111:8
135:23 139:24
146:4 149:14 160:3
211:7 217:13,14
226:19 227:15
269:2 278:6 280:24
**record** 7:8,20 8:4
10:22 11:4,11,13
12:6 36:24 37:3,4
38:1,4 57:22 66:16
66:18,22 89:25
90:2,6 119:20
143:17,20,24 161:8
161:10,14 163:12
193:3,5,9 214:23
224:18 244:14,18
266:7 268:22
275:24 281:24
292:23,25 293:4
316:1,4,8 320:2
**records** 47:10 60:6
94:6
**redistrict** 147:1
175:24
**redistricted** 89:22
130:13,14 144:11
144:22 145:12
146:5,7,8,23,24
**redistricting** 3:20 4:1
4:2 14:12 24:20,24
35:3,7,9,14,18 36:2
45:11 46:1 52:18
68:14 77:12,20
78:15 84:2 110:14
119:1 124:25
126:25 128:17
131:2 132:6 133:17
137:5 139:13 144:6
144:7 145:20,25
147:16 148:18
152:23 155:3 157:1
157:5,10,13 159:18
161:1,3 168:9
169:6,10 171:10,21
172:15 177:18
179:9 182:8 185:25
187:11,12 188:3,6
188:16,20 189:17
198:11 199:19

Donovan Reporting, PC                                                                   770.499.7499

R. Brian Strickland                Georgia State Conference of the NAACP, et al vs Kemp                January 26, 2018

Page 345

200:1 202:1 203:19
208:9,10 211:5
213:1 215:1 217:15
217:16,18,20 227:7
251:23 252:7,10
260:2,19 261:5,10
275:17,18 294:8,20
**redone** 198:18
**redraw** 135:1,4 180:6
189:18
**redrawing** 5:4
123:13,19 126:5
138:4,7,21 187:18
**redrawn** 132:7
137:24
**reduced** 322:7
**reduction** 76:16 77:7
301:13
**reelected** 71:19
202:25 222:13
274:11
**reelection** 60:23 98:8
99:1 106:11 156:3
202:10 203:20
221:5 283:15
285:23 286:11
**refer** 13:2 66:24
109:2 164:6 188:8
225:20 303:11
**reference** 26:19
85:16 98:22 103:5
115:1 160:21
191:15 302:6
317:10
**referenced** 86:3 88:6
101:16 130:19
240:5
**references** 65:20
160:22 296:2 302:5
**referencing** 141:18
**referred** 37:6 65:13
67:6
**referred-to** 171:19
**referring** 9:7 49:11
67:21 80:18 101:17
106:24 114:7,8
142:10 226:20
240:9 296:24
302:13 304:9,11
**refers** 67:4 75:23
104:15 303:8
**reflect** 269:16,16

270:19
**reflected** 81:13 94:6
**refresh** 139:23 278:5
**regard** 10:14 24:19
28:25 35:13 39:12
47:5 84:1 86:18
90:16 100:16
106:14 110:9
123:21 132:2 138:4
164:15 165:11
177:21 179:8
180:12 183:2,10
196:19 199:22
201:5 206:25 207:2
207:18 209:17
210:6,7,15 218:5
232:8 265:19 272:9
280:12 291:11
302:18 317:8
**regarding** 59:25
85:20 87:3 157:9
166:14 206:7
215:18 232:3 245:6
245:7 261:16
267:17 293:12
306:19 313:25
316:24
**regardless** 48:5 304:7
**region** 63:3 120:16
175:17 234:6
**regions** 129:22
**regis** 303:9
**register** 297:11
303:22 313:20
**registered** 80:22 98:6
286:19 287:17
291:12 296:8,20,23
297:4,16,19 308:18
308:19 309:15
**registering** 284:13
288:1
**registration** 56:9
70:13 80:17,20
85:11 86:7,14 87:4
87:7 95:23 97:18
110:13,23 282:13
283:12,18 286:24
287:7 296:4 300:12
300:21 301:10
303:9,11,12 304:17
304:18 308:3,5,9,16
308:23,24 309:10

312:9,14 313:9
**registrations** 284:10
286:10
**regular** 55:23 56:7
**Regulations** 7:5
322:18 323:4
**REID** 1:4
**rejected** 230:18 231:5
**related** 24:23 282:1
**relating** 24:20 52:17
161:3 182:2 260:18
**relationship** 292:8,11
323:5,10
**relationships** 132:22
**Release** 160:9
**relevant** 19:3,25 20:8
20:9 22:3 26:10
35:6
**reliable** 102:2 234:24
**relied** 206:17
**religion** 33:9
**religious** 33:22
**rely** 45:17 46:25
177:1 195:18,21
200:15,18
**remain** 110:2
**remained** 214:1
256:15
**remarks** 192:14
**remember** 13:11,13
36:1 37:24 44:23
52:11 61:15 78:17
79:4 84:4 88:12,18
88:18,21,25 99:6,8
99:19 100:18
115:10 121:21
122:8,14 123:22
124:9,15,21 125:8
125:12 126:1,12,14
127:1,25 128:1,3,8
128:10,13,18,20,22
129:1,24 130:22,24
131:20 133:6
134:17 136:20
137:6 145:6 146:21
147:19,23 150:19
151:5,25 152:24
153:5,22,25 154:5,8
155:9,10,14,16,17
156:3 159:5,6
167:6 168:1,3
171:2 172:7,10

174:15 178:9
179:22 182:12,20
183:17 184:8
185:24 193:20
194:17,21 197:13
197:18 199:3
205:12,12,16,17,19
206:5 208:19 209:5
209:21 210:9
211:23 212:2,5
213:4,11,12 214:3
214:17,20 215:5,7,8
215:12 216:4,11,12
220:25 221:1 230:6
230:12,21,25 231:3
231:6,11,16,21
232:5 234:3 240:18
240:20,22 253:4
260:5,9 261:13
263:18,21 264:2
269:4,11,13 284:4,5
291:21,22
**remind** 57:21 190:14
224:17 285:6
**remove** 185:4,13
186:24 187:8
**removed** 38:25 39:10
39:21,23 40:2
213:19 227:5
**Rep** 4:6
**repeat** 264:21
**rephrase** 11:24
**report** 21:18 37:10
**reported** 263:12
291:11 304:5
308:15 322:5
**reporter** 1:16 7:3,11
11:1,4,11 13:17,23
14:7 18:9 30:2,6
111:6 171:18 320:4
322:1,21 323:22
**reporting** 7:6 321:24
322:19,22,23,25
323:8
**reports** 21:23 100:3
206:14 301:18
304:1
**represent** 7:21 24:9
42:6,19 43:1,6,8,11
69:14 72:1 84:6
86:13 89:10 91:24
317:9 322:11

**representation** 38:3
42:14
**representative** 17:1
21:8,10 31:14 37:8
38:24 39:7 41:22
41:25 42:3,5 61:15
61:22 65:13,14,16
76:9,14 77:10,16
80:8 86:7 96:21
98:1 112:6 125:3,9
128:20 129:4
130:16 132:25
133:3,21 134:13,19
140:24 143:10
144:21 145:19
148:13,17 152:21
152:25 153:13
156:21 168:14
176:12 177:5
178:14 189:1
193:11 197:6,22
199:10 202:24
203:18 212:7,21
218:13,21 220:2,15
224:13 230:18
253:1 260:12
268:24 274:5,14
276:9
**representatives** 8:21
9:1,9 16:19 26:24
45:1,17 49:11 50:6
61:11 63:17 76:14
77:21 85:4,8 86:9
97:4 111:18,19
114:10 124:1 128:9
128:11 129:21
135:24 136:11
137:8 139:23
143:14 145:2
149:24 151:6 153:8
153:20,21 154:4,12
154:21 170:1
173:17 176:4
190:19 199:20
259:13 269:1 314:8
317:1
**representative's**
28:19 39:1
**represented** 24:12,17
24:22 41:19 61:18
98:21 151:21 160:4
251:10 300:20

R. Brian Strickland          Georgia State Conference of the NAACP, et al vs Kemp          January 26, 2018

**representing** 24:15
133:23 143:15
193:11,12 273:16
300:2
**Republican** 50:20
55:18 57:18 58:3
61:7,11,25 62:6
65:17,18 76:11,19
76:23 77:5 78:25
96:13,16,19,22
110:3 111:17,25
122:15,16,18,18
144:9 145:1 146:15
154:22 159:17
175:10,12 180:19
180:21 181:3 190:9
202:13,23 205:13
209:7 210:16
217:23 219:11
231:14 234:16,19
251:7 257:17
264:17,22 265:9,17
266:12,15,20
267:21,25 277:22
279:1 280:16
283:25 285:4
294:14 295:1
302:25 303:2,3,7
304:10 307:6
315:17 317:15,21
**Republicans** 58:17
59:3 60:18 63:18
63:19 97:15 114:20
124:18 126:10
147:7 148:5 150:17
159:19,20,23 175:4
175:5 178:2 179:14
181:2,18 187:9
205:2 208:5,14
209:10 219:21
220:10 230:9 231:9
234:10 236:12,15
242:15 257:14
267:24 281:2,5
294:7 295:11
298:19 305:3
309:23
**Republican-Democ...**
122:13 255:3
295:16
**Republican-Held**
310:25

**Republican-oriented**
289:14
**request** 12:16 92:2
193:18 231:8
**requested** 286:3
**requesting** 3:19
232:2
**required** 10:11 214:9
**requirement** 150:2
**requires** 9:15
**requiring** 157:5
**research** 34:23 35:13
**reserve** 320:5
**reserved** 322:9
**reset** 27:20
**reside** 43:10
**residence** 8:8,15
130:18
**residents** 43:1 79:22
183:3
**resigned** 8:25
**resource** 292:14
**resources** 267:1
**respect** 39:15
**respected** 180:3
**respective** 85:12
**respond** 11:6,6
**response** 36:5,10
50:11,13 179:7
227:24 257:17
**responsibilities** 41:18
**responsible** 195:8
**responsive** 27:17
**rest** 33:21 43:16,22
43:24 223:9 242:13
263:14
**restate** 11:18 106:7
**restroom** 52:8 292:9
**result** 68:13 138:7,17
175:5 198:9,10
213:13,15 227:6
232:16 238:3
240:16,17 253:23
254:9,19 263:12
289:18,21
**resulted** 168:10
219:18 256:13
279:17
**results** 3:21 206:1,8
224:23,25 229:2
239:13 263:16
**retires** 317:13

**reveal** 22:6 164:12
**review** 18:21,25
171:12 282:17
**reviewed** 57:20 172:3
**reviewing** 184:20
226:8
**reviews** 196:4
**revised** 201:12
**revising** 124:12
**revisions** 129:12
146:25 147:8 149:8
174:20
**revisited** 273:17
**revisiting** 124:12
**Re-2014** 245:8
**right** 17:4 22:24 32:2
38:11 64:17 65:1
72:9 79:4 80:16
86:20 91:6,10,11
103:7 115:20,24
119:4 121:14,16
129:20 134:6 158:6
168:17,20,25
188:18 191:11,14
192:5,18 204:9
208:18,25,25
210:13,13 212:17
218:23,23 223:12
226:2 228:6 233:22
237:6 238:16
240:21 243:14,16
243:16 246:23
247:9 249:1,9,25
255:1 259:14
260:23 261:6
294:20 295:22
304:15 314:21,22
318:21 319:17
320:3 322:8
**Rights** 188:19,23
189:5
**right-hand** 76:7
80:13 177:11
**ring** 214:24 247:7
293:22
**risen** 113:25
**road** 121:5 212:9
253:11
**roads** 184:22
**Robert** 8:5
**Robins** 61:19,21
**Rockdale** 319:9

**Roger** 3:18 156:22
**role** 155:2 285:20
**roles** 155:1
**rolls** 70:12
**Roman** 160:8
**Romney** 77:13 78:16
78:20,22 79:5,8,16
155:20 186:16
278:15,19 279:17
279:23
**Ronny** 5:15 293:11
293:18
**rose** 99:25
**Roswell** 321:24
**roughly** 80:21 93:2
**rounded** 99:6
**rounding** 264:3
**routinely** 259:5
**row** 248:12
**rows** 90:16 91:2,19
246:24
**Roy** 121:24 155:20
**rule** 135:8 193:21
195:24
**rules** 7:5 10:19 12:10
173:10 176:25
177:4 194:16,17
322:18 323:3
**run** 16:11 112:5
115:12 119:20
278:13 279:22
313:25 314:12,13
314:18 315:4
317:12
**running** 120:9
184:16 253:11
283:14 301:22
**runoff** 303:4
**rural** 78:8
**Rutledge** 16:20,24
65:21 66:1 76:15
108:21 128:20
129:4 154:18
173:24 174:17
175:9 176:4 197:6
197:18,22 212:7
216:14
**Rutledge's** 229:2
**R-O-B-E-R-T** 8:6
**R-111** 4:6

_____

S

_____

**SABRINA** 1:6
**sake** 89:16 241:1
**sales** 104:22
**SAMMY** 1:7
**sample** 289:3,4,9
**Sandra** 151:8 152:10
172:9,11
**sat** 260:3
**save** 28:17
**saved** 201:10
**saw** 71:11,12 76:15
77:6 110:10 124:17
148:1 152:15 162:1
162:5 164:10
170:14 184:10
208:4 228:18 254:2
281:7 285:4 286:5
296:21,22 302:24
303:1 311:12,13
**saying** 40:1,7 48:6
52:25 56:20 69:2
91:7 121:6,7
144:10,15,21
146:16,22 150:10
161:25 162:3
174:24 175:13
190:25 197:8
215:11 228:10
249:17 251:15
256:22 263:25
280:5,9 281:10
294:6
**says** 53:17,20 54:22
55:7,22 56:4 65:25
66:12,23 67:14
69:9 70:4,10 77:10
80:11 84:25 85:5
85:11 87:10,11
88:3,4,7,14 101:8
104:10 105:4,7
107:12 108:4 110:8
134:16 157:2,2,3,20
157:21 160:12,12
189:10 251:18,22
264:13,20 270:2,9
277:16 279:19
280:1 282:24 284:6
288:20 290:8
294:11 295:21,22
300:18 301:20,22
308:1 310:19
311:23 317:8

R. Brian Strickland                    Georgia State Conference of the NAACP, et al vs Kemp                    January 26, 2018

Page 347

318:10
scan 74:23 75:3
scanned 75:2
scanning 32:25
scare 114:18,21
scared 284:2
scenario 133:7
schedule 52:8 157:21
  157:25 216:18
scheduled 19:14
  158:8,8
school 34:20
schools 201:20
Scott 151:8 152:10
  172:9,11
search 18:23 19:1,11
  20:10,16 22:21
  26:7,7 27:16 28:24
  216:1
searched 19:6,8,9,9
  19:16
searching 20:15
season 157:1
seat 45:16 111:14
  133:18,19 218:16
  219:11 253:1,12
  266:11 267:20
  314:5,18 315:5,12
  317:12,21
seats 97:16 219:11
  231:15,16 284:15
  284:25
second 18:23 19:18
  38:10 46:3 55:6,8
  67:2 70:9,10 74:4,7
  74:10 79:20 83:5
  86:4 90:15 105:8
  107:16,19 108:17
  110:1 157:3,18
  160:14 169:7
  228:20 246:25
  247:16 248:13,14
  248:25 256:11
  264:12 277:15
  279:9,10 282:16,17
  283:22 294:5,5
  316:2
Secretary 1:10 184:3
  206:1,6,15,20
section 177:11 207:2
  207:3
sections 75:8 108:24

108:25,25
see 10:25 15:24 16:25
  18:24 36:14 37:20
  38:8 49:21 52:7
  53:11,12,14,22
  54:24 55:10 56:10
  60:4 61:8 65:10,21
  65:23 66:2,6,11
  67:11,13,14 68:21
  69:11,17 70:7,14
  75:21,24 79:22
  82:20 83:7,13,15,16
  83:19 84:24 85:9
  85:14 86:15 87:14
  88:11,20,23 90:17
  90:20 91:1,16,24
  92:17 93:14 100:12
  104:13 105:4,21
  107:6,10,15,23
  116:11,15 118:4
  123:3 136:8 142:20
  148:1 157:19 159:6
  160:7,10 161:19
  175:20 177:12
  179:5 180:13,18
  182:2 183:2,9,9,18
  184:14,18,19
  186:13,15 192:17
  196:11 198:8 200:5
  201:6 205:22 206:4
  206:25 207:1,7,9,10
  207:13 208:8
  209:10 210:25,25
  211:13,14 215:21
  215:22 222:11
  224:12 229:16
  232:7 233:14
  237:24 238:11
  239:1,9 242:6
  245:10,21 246:9,19
  246:22 247:10,13
  253:19 255:3,5
  260:8 263:18
  265:10 268:15
  269:7 270:8 273:15
  279:18 280:25
  282:23 283:6 284:8
  285:3 289:4,9
  294:22 300:16,23
  305:6 306:20
  310:21 312:9 317:5
seeing 49:20 104:8

126:12,14 178:6
  182:12 183:17
  204:14,21 210:14
  231:21 250:25
  292:9 299:9,15
  308:1
seek 163:2
seeking 174:20
seemingly 302:6
seen 54:19 76:2 82:22
  83:20 88:9,10
  92:10 94:8,25 95:3
  95:13 98:22 104:4
  108:4 134:10
  156:11,23 181:23
  192:11 235:7
  245:11 246:11,14
  269:23 276:15,16
  282:25 288:16
  290:1 293:16
  299:19,20,25
  306:24 309:8,8,10
  316:17
Seigle 5:13,17 288:14
  288:19 299:6
Selected 282:13
Self 4:8
Self-Defense 30:12
Senate 9:2 15:7,9,13
  23:10 35:10,25
  58:12 62:22 126:16
  126:17 135:23
  136:2,5 142:6
  184:2 209:4 230:15
  262:6,10 314:1,6,12
  314:13,18 315:5,10
  317:13 319:10
senator 7:18 8:17
  31:5 37:8 51:15
  65:5 74:21 82:11
  90:8 104:3 139:21
  143:25 144:4,15,17
  146:14 156:10
  161:17 190:13
  192:5,19,22 193:10
  212:21 244:22
  255:9 268:18 282:8
  293:7 314:19 315:1
  315:4 316:11
  317:21,24
senatorial 9:11,15
senators 114:10

send 120:20
sending 104:7 215:17
senior 235:8
sense 39:25,25 40:8
  109:24 129:13
  132:18 133:16,24
  140:17,23 152:8
  164:14 166:10
  169:17 195:2 200:7
  201:14,23 212:9
  225:11 226:23
  274:2
sent 19:25 22:11
  53:16 120:23
  156:13 285:25
  286:6
sentence 55:8 56:4
  70:10 77:9 79:21
  80:12 81:13 87:10
  105:8 110:1 114:9
  264:20 294:12,18
  301:21 318:9
separate 1:22 321:20
separately 206:16
September 104:2
sequence 108:2
series 163:10
serve 22:8 42:2
served 32:7 33:17
  41:22,24 128:7
  256:6
serves 197:10
service 157:16
services 3:20 157:5
  322:25 323:8
serving 31:16 69:9
session 43:14 44:1,2
  148:19,22 259:6,9
  260:20 277:19
  316:24
set 27:22 74:10 81:21
  106:16 194:23
  231:23 250:4
  274:16 276:18
setting 10:3 79:8
  152:22 153:3
  247:25
Seuss 132:4
seven 16:8
Shakes 113:9
shape 140:19
shaped 140:18

Sheet 3:11
sheets 260:6
sheet(s) 321:20
shifting 280:18
shifts 159:7
Shipley 229:23
short 107:20
show 29:19 74:15
  101:13 102:19
  105:24 111:2
  115:14 117:17
  118:18 156:7 158:9
  206:21 222:19
  224:10,21 247:14
  250:19 268:16
  275:12 281:17
  293:7 299:1 310:6
  310:8 312:21
  313:13 316:12
showed 101:6 158:25
  205:9,17 254:3
  260:6 278:14 296:6
  296:7 299:12 301:9
  309:11
showing 54:7 55:22
  56:6 116:8 241:3
  277:18
shown 158:10 204:3
  204:6 209:16,22
  210:5
shows 55:21 263:4,5
  299:8
sic 91:11
side 65:24 76:7 80:13
  121:4 148:7 177:12
  185:16,23 199:13
  212:8 241:21
  246:20 285:22
  305:2
sides 148:5 179:13
Siegel 290:2
sign 322:9
signature 160:24
  320:5
signed 25:9 160:22
  179:18 269:19
  270:4
significantly 217:24
signing 161:2
signs 121:4 317:25
similar 47:8 50:11,12
  52:8 86:18 92:19

R. Brian Strickland              Georgia State Conference of the NAACP, et al vs Kemp              January 26, 2018

Page 348

99:2 130:5 184:12
184:13 205:20
221:2 246:14 259:2
289:8,8 299:11,16
305:7 308:1
similarly 32:16 83:9
simple 205:20
simply 11:18 225:2
313:17
SIMS 1:4
single-page 277:7
sir 65:3 67:19 68:22
106:20 144:2
245:10
sit 81:6
site 184:4 206:18
sites 33:2
sits 115:4,4,7,8,9
sitting 211:2 299:25
314:10
situation 39:10
219:19
six 244:1 246:5
skim 74:19
skipping 244:2 306:7
306:8
slight 76:15 77:7
slightly 77:1,2 219:23
221:13 255:6 256:4
264:9
slowed 111:10
slowly 145:6
small 124:13,20
130:20,23 138:1
smaller 121:19
smart 180:2
smirking 192:16,20
192:25
Smith 1:4 4:10
SNOW 1:7
social 33:2 49:1,1,4
socially 240:1
software 41:4 180:9
182:22
solely 268:10 274:10
283:19 284:12,13
286:15 291:3
304:22,25 309:17
solicit 257:20
somebody 256:19
276:12
somewhat 44:1 116:1

soon 12:15 277:1
sore 222:24
Soros 283:17 313:10
sorry 15:2,20 18:5
26:21 28:7 30:14
31:22 42:10 47:24
61:20 63:11 64:23
73:13 83:13 102:24
106:19 107:24
116:1 118:16 129:5
132:10 134:8
139:21 140:7 163:7
194:8 197:23 198:8
203:22 205:7 209:1
212:10 214:18
218:19 225:18
227:9 240:4 242:25
243:14 245:13
248:21 249:2 254:1
263:2 265:1,3
267:16 271:9 279:9
281:17 301:2 306:7
309:3 315:25
sort 35:13 45:18
194:23 204:20
235:19 253:6,7
258:14 279:13
sounds 82:5 115:20
121:14,16
source 95:2
sources 207:17
south 2:5 115:7,10
120:15 234:8
239:24 274:10
southeast 198:2
southern 78:7 165:20
186:14 293:23
southernco 293:21
space 321:19
Spalding 133:12,25
133:25 273:16
274:10
sparked 130:2
speak 4:14 37:15
39:5 96:16 120:4
123:17,21 125:9
136:22 137:4,14
268:25
Speaker 17:17,18
85:3 86:1 136:10
137:3,7,14 146:3,10
Speaker's 17:18,19

136:9,12,21 170:11
173:5
speaking 35:23 57:10
58:21 96:19 105:25
110:9 120:6 137:12
139:3 163:17
185:20 193:15
269:5,8
specific 125:24 160:3
211:18 217:12,14
291:18
specifically 154:11
234:3
speculate 302:9
speculating 224:7
256:1 289:22,25
speeches 191:22
spell 8:3
spending 230:6
spent 121:3 319:19
Spiro 5:22 136:22,24
310:18
split 58:3,6,21,25
77:13 78:15 79:7
79:10 122:3,6
141:10,15,17,21,21
141:25 142:5,6
143:3,7,9 166:23
167:9,13 184:11
185:5 187:1 206:19
206:23 213:3,14,18
213:20,23,23 214:1
214:1,3,4,4,9,10,11
214:13 215:1
226:20 230:5 238:5
238:15,18 240:16
240:25 243:8,13
271:16,17 273:2
274:22,23,25 275:1
294:25 295:4,4
splits 214:11 215:10
294:19 295:22
296:2
splitting 167:6,9
185:1,3,8,12 186:24
SPLOST 104:18
spoke 17:7 37:12,21
124:24 173:4
spoken 15:17,20,23
16:10 35:16 52:3
125:21
spokesperson 33:19

137:7
sponsor 276:12
sponsored 160:25
276:6
sponsors 276:2
spot 147:22
square 143:13 174:16
214:2 223:13,14
231:1 271:11
Stacey 177:24 283:15
284:14 290:24
297:11 304:21
313:10
stack 19:19,22
staff 17:18,19 44:14
44:18,20,22,25
137:2 157:24
193:24
Stagecoach 152:7
226:21 227:2,5,8,24
228:5,10 233:24
234:15,24,25 235:2
235:8,18 236:7
stalling 192:9
standpoint 185:17
242:9 274:3
stands 55:15
star 66:13 150:25
start 7:25 210:1
211:24
started 26:3,17
139:25 144:5,6
starter 239:6
starting 66:24
starts 38:9,11 70:6
80:13 294:5
state 1:3,10,10 2:2
4:1 8:3 9:2 10:10
10:14 14:21,24
15:1 24:9,11,14,18
24:19 28:21,22
31:14 34:21 35:25
41:22,25 42:2,5,9
42:11,16 63:3,19
65:16 80:5 82:19
102:3 107:6 113:22
120:18 126:17
139:4 140:10
142:25 144:22
145:20 162:21
163:22,24 164:15
184:4 189:1 190:22

206:2,15 216:20
257:19 260:6 267:1
267:13 272:14
275:17,18 277:12
277:18 279:6
293:13 310:20
311:1 322:2
stated 38:2 134:12
135:16 191:1 322:5
statement 69:20 70:1
77:25 87:18 105:13
108:23 110:5,17,20
111:9 252:5 257:10
265:5 294:16 296:1
308:8 317:18
318:17
statements 147:5
281:11 283:9
states 1:1 57:17 76:8
80:16 105:7 108:18
139:6 144:14,17,20
145:2,19 188:5,9,12
188:15 195:6,12
264:14,15 301:13
311:22 312:6
statewide 58:18
85:13 111:23 123:7
126:18 207:8
State's 206:6,21
statistical 204:6
254:11
statistically 202:20
266:18
statistics 100:16
233:3
stay 277:1 292:2
stayed 80:19 114:2
214:4
Stephens 276:3,5,9
Stephenson 115:24
151:8 152:5,10
stickered 30:3
Stockbridge 129:14
143:4,6 165:20
166:1 167:11
197:14,15 213:7,9
226:11,15,16
227:13,20 228:2,9
233:18 234:1,5,6,11
234:17,23 235:2,5
235:12,18 236:7
237:15 242:4,8,11

R. Brian Strickland    Georgia State Conference of the NAACP, et al vs Kemp    January 26, 2018

Page 349

242:12,16 243:7
stood 89:7
storage 27:21
stored 28:17,18
story 110:10 284:22
   317:23
Strangia 21:5
strategy 47:2 288:3
street 2:10,15 8:9
   47:10 95:11 129:9
   130:9 181:16,21
   212:3,6 321:24
streets 128:24 181:17
   184:19,22,23
   211:19
strength 298:2
strengthen 219:7,10
Strickland 1:13 2:13
   2:13 3:9 4:6,9,10
   4:12,14 7:13,18 8:5
   29:23 31:3,5 37:9
   37:12 41:6,9 51:15
   55:9,13 56:19
   57:21 64:22,25
   65:4 66:5,25 75:5
   85:9 93:25 96:18
   103:4,8,12 106:17
   106:20 143:25
   144:4 190:13
   191:11 192:23
   193:10 212:21
   244:22 248:16,22
   249:1 252:2 262:23
   277:24 281:21
   282:25 294:13
   311:24 312:6 321:1
   321:22 322:14
Strickland's 4:7
   30:11 76:9 77:10
   86:10,11 108:19
   253:17 308:2
strike 45:13 60:12
   70:25 74:6,8 81:10
   81:14 82:3 86:10
   92:7 100:13 103:23
   110:18 112:11
   121:10 127:15,20
   136:23 140:1,5
   144:8 148:14
   152:18 160:16
   196:16 202:5
   209:24 210:1 243:4

249:16 260:14
   261:2,24 264:18
   279:11 295:20
   298:6 310:7 311:6
string 51:17 54:15
   107:16 245:3 282:9
   306:20 316:19,19
   316:22 317:3
strip 213:8
strong 231:14 266:13
   266:15 267:22,23
   268:2
stronger 175:2
   278:25
structured 216:17,22
struggled 239:18
stuff 25:12 173:12
   203:13 250:15
subdivision 283:17
subject 54:22 65:8
   75:19 82:18 104:10
   107:5,13 127:17
   194:8,9 251:18
   262:22 282:12
   288:14 299:7
   307:17
subpoena 19:25 22:9
   22:12
substantially 50:5
substantive 17:11
   18:1
substituting 109:8
suburban 78:5
success 45:19 235:21
   297:8
successful 46:16
   283:24
suddenly 216:21
   309:18
sufficiently 142:15
   165:8 273:7
suggest 38:5 292:18
suggested 243:3,5
suit 13:21 114:16
   304:25
Suite 2:9,14,19
sum 232:15
summarize 170:25
   201:4
summary 216:10
summer 34:25
summers 34:23

support 14:15 104:24
   275:25
supported 114:12
   136:8
supporting 287:13
suppose 65:24
supposed 91:23
sure 10:19 16:1 19:6
   19:12,23 21:21
   25:25 32:5 46:22
   54:11 72:20 78:10
   91:23 102:7 103:9
   103:12 115:16
   117:10 119:6 124:9
   136:18 139:1
   140:22 149:2 150:8
   150:24 158:8
   163:11 164:5
   166:24 172:12
   176:15 182:14
   186:3 194:2 195:9
   200:13 216:3 217:5
   217:22 220:14
   225:14 232:24
   233:16 243:20
   252:13,22 253:24
   254:6 262:9 270:24
   278:13 281:8 287:5
   292:21 304:19
   307:20 314:25
   315:22
surface 278:22
surprise 203:17
   212:20
surprised 216:23
surround 109:23
   114:24
surrounding 153:8
   153:13 219:20
   241:17
suspect 79:21
suspecting 254:17
suspicion 81:12,14
SWANSON 1:6
swap 130:20 136:3,3
swapping 109:6,15
swaps 108:19 109:3,7
   109:9
swear 7:11
switching 58:17
   130:20
sworn 7:14 9:3 23:9

44:6 322:14
system 4:8 30:12 38:9
S-T-R-I-C-K-L-A-...
   8:6

T

T 248:23
table 205:17 229:18
   246:12,15 247:25
   277:17
tables 55:22 56:6
   83:20 204:14,17,18
   205:5,8,10,12 206:5
   209:23
take 12:14 28:2,9,9
   28:12 38:19 48:2
   51:14 59:4,12
   74:17,20 82:2
   93:20 106:7 110:13
   112:7,21 131:8
   156:9,16 160:18
   181:12 186:20
   192:4 193:2 198:14
   207:14 215:14
   232:11 262:24
   292:5,18 312:16
taken 1:14 20:21,22
   25:13 43:17 114:1
   152:15 166:1 167:4
   227:17 273:14
takes 177:8 234:4
   258:2
talk 9:15 11:3 64:10
   73:2 109:11 113:23
   120:25
talked 120:25 121:6
   127:1 130:20
   237:25 260:19
   297:2
talking 72:15 89:11
   96:7,11 100:6
   108:7 128:17
   130:21,25 144:5,7
   159:11,12 218:20
   224:14,24 225:1
   266:1 272:10 273:9
   296:4,10 303:10
talks 156:25
tape 82:4
target 87:13,23
targeted 178:18
   315:13,14

targeting 288:3
targets 283:20
tax 104:22,24
teasing 212:22
technical 140:14,22
   180:7
tediously 31:6
Telephone 2:8
television 261:9
tell 9:16 11:15 33:13
   60:3 62:18 109:4
   128:1 149:11
   162:15 182:14
   184:10,23 191:2
   195:19,22 196:12
   196:16,24 199:25
   200:6,15 210:21
   212:23 214:25
   224:17 228:1
   230:14 240:20
   254:15 270:2 314:3
telling 127:2 194:12
   194:25
tells 154:5 195:25
   196:1
Tem 85:3,6 86:1
   146:11
ten 137:22 150:13
   222:21 298:16
   312:1
tend 50:5 56:21
   59:19 60:15 122:22
   297:17
tenth 245:25
term 40:18,21 41:1
   71:21,24 72:10,24
   109:7,8 247:3
   286:21
terminology 149:6
   250:12
terms 25:1 79:9
   117:11 128:16
   136:12 140:15
   221:18 234:9
   236:25 239:13
   272:18 294:8
testified 7:15 10:12
   10:13 158:19 165:1
   173:4 174:2 193:21
   203:18 204:2
   207:21 209:15
   210:4 212:22

Donovan Reporting, PC

R. Brian Strickland     Georgia State Conference of the NAACP, et al vs Kemp     January 26, 2018

Page 350

263:19
testify 10:11 172:20
 172:24 174:10
 269:20
testifying 10:8,10
testimony 1:21 9:22
 10:1 15:18 17:15
 18:15 171:17 173:2
 188:2 210:19 321:4
text 27:4,16,22
thank 33:25 41:15
 65:4 102:22 106:20
 144:3 156:7 243:23
 282:7 319:16,20,21
 319:25
Thanks 316:11
theory 159:23
thereto 322:6
they'd 135:25
thing 14:14 17:2 35:6
 36:7 40:6 58:7
 72:20 74:23 104:23
 121:22 132:14
 135:15 151:17
 157:15 169:22
 178:5 186:16
 193:20 196:10
 216:14,19 231:12
 237:14 243:9
 252:14,17 254:24
 255:1 270:1 275:20
 278:2 280:22
 287:25 298:17
 302:8
things 11:2 19:21
 26:19 31:24 51:18
 68:6,10,12 71:8
 83:3 103:3 113:24
 150:7 186:5,6
 203:12 215:20
 237:1 269:21,24
 272:9 277:17
 285:22 301:18
 319:22
think 10:21 13:18,21
 14:3 17:6 22:8,20
 25:17 26:1 45:8
 50:22 52:11 55:18
 59:2 61:19,21
 62:11,12,25 64:9,10
 64:16,17 67:23
 77:1 78:21 81:15

89:17 92:9 94:22
99:4,5 102:15
103:22 106:6
109:10,11 112:3
113:13,16 114:16
115:23 119:16,17
119:17,22 125:19
128:8 131:3,23
134:11 136:15
140:21 141:8 142:2
142:3,5,5,8 147:15
148:5,14,22 150:3
150:18 152:5,6,13
153:15 154:14
155:12,25 158:14
161:17 163:19
165:4 171:14 174:8
175:19 176:2,16
178:19 179:22
180:1 181:2 183:25
185:10,16 187:10
187:22 188:25
199:21 201:24
202:1,19,21,22
203:25 206:14
209:20 210:19,24
213:7,20 214:13,21
215:13 217:4,6
218:3 219:22 220:9
220:12,16 221:2,20
221:21,23 222:13
223:17 224:2,8
226:20 230:14
232:21 233:13,17
236:3 237:14,25
239:11 243:1,5,18
244:5 248:14 249:9
249:20 253:7
254:11,25 255:23
256:1,2,5,24 257:2
257:9,18 258:7
260:5,15 263:19
265:23 266:22
271:5,9 272:3,8
273:20 274:17
276:15 278:1 279:6
280:22 281:25
285:11,17 286:12
286:13 288:22
289:18,24,24
292:15 296:21
297:21 298:21

302:16,20 304:3
305:17 306:9 313:3
313:6,16 318:18,19
thinking 16:21 22:11
 130:8 166:21
 174:11 175:8
 189:22 197:12
 209:3 214:22 264:3
 264:4
third 32:23 46:3
 65:25 160:6 229:15
 294:12
Thompson 1:6,8 2:7
thought 14:14 39:21
 46:9 100:25 122:19
 131:5,6 163:15
 174:8 175:1 176:11
 190:11,12 222:25
 238:17 263:19
 266:15 319:8
thoughts 13:20 14:12
 14:19 174:1
thousand 60:21
 284:7 296:21,23
thread 4:15,17,21 5:1
 5:5,11,13,15,17,19
 6:1
threatened 106:10
three 3:5 43:25 44:10
 49:7 69:13,15 88:4
 88:6 90:16 109:19
 109:23 110:2
 112:14 133:4
 143:14 161:15
 177:8,8 214:3
 215:8,8,9 280:15
 299:14 301:13
 303:25 304:2
tie 295:9
tighter 221:25
time 7:9,25 12:3,4,9
 13:21 14:22 15:6
 18:23 31:15,17,25
 32:10 34:10 35:23
 43:17 44:3,9,11
 45:4 46:3 49:20
 64:17 71:2 81:24
 90:7 93:19 99:2,4,5
 99:12,25 101:9
 103:22 110:13
 119:19 120:2 121:4
 138:25 146:22

147:12 149:10
 150:18 158:13,20
 161:15 162:14,15
 166:8,20 172:14
 175:23 176:9
 186:17 187:22
 212:18 228:25
 229:21 230:6
 244:19 261:1,3
 269:1 275:23
 276:10 285:11
 289:7 318:15 319:8
 319:18
times 19:1 25:5 98:21
 99:15 103:21 122:4
 122:23 158:5 190:4
 191:1
tired 314:6
title 51:24 52:15 53:9
 285:16,19
titled 4:1,13 5:3
today 7:24 9:7,22
 12:25 15:18 17:15
 18:19 20:20 69:9
 81:6 175:21 299:25
told 14:9 19:19 92:9
 122:19 124:10
 135:5 149:9,10,17
 163:4,13 164:2
 169:8,12 177:20
 197:4 200:11 215:4
 233:17 252:12
 292:2 318:7
Tolles 2:4
Tom 5:1 107:3,3
tools 180:5,7
top 53:13 54:17 55:6
 63:1 65:12,19 66:1
 152:9 157:19,20
 167:14 196:7
 201:17 213:12
 215:8 226:22
 227:16 229:18
 245:3 246:21
 247:12 282:10
 317:4
total 91:15 159:4
 207:8,9 232:15
 236:10 237:6
 247:10,12 248:18
 248:23 249:6,23
 264:17,22 265:9,16

totally 117:5
totals 80:18 91:1,13
 99:3 159:6 283:2
touch 129:15
touched 151:15
touching 132:19
tough 114:13
town 258:24 259:5,7
 259:8 271:25
townhomes 235:14
track 71:13 79:15
traditional 124:8,11
 266:20
transcript 11:1 20:25
 321:4 322:12
transcripts 20:20
 21:7
transferred 262:10
translates 50:13
transportation 63:2
 104:18,22,25
treatment 198:10
trend 298:13 302:7
 308:1
trended 298:8 301:23
trending 298:15
 308:25
trial 10:2
tried 22:8 297:23
trouble 286:16,17
true 68:17 78:10
 111:9 147:18
 163:18 239:8
 301:19 302:16
 321:3 322:11
truly 289:22
Trump 94:18 186:17
 222:21 311:2 312:5
 313:1 315:6,9
 317:13
Trump-Hillary 220:4
 302:22
trust 276:8
trusted 276:9
try 8:1 9:17 10:24
 11:8,22 14:20 25:5
 25:11 29:5 54:3
 113:23 114:17,20
 153:16 200:13
 287:7 289:1,3
trying 13:13 19:20
 71:18 73:13 79:1

R. Brian Strickland                Georgia State Conference of the NAACP, et al vs Kemp                January 26, 2018

175:11 178:18
214:21 246:2 263:1
266:10 290:22
297:1 310:4,4
315:15,16 319:22
TSPLOST 104:11,15
104:19
Tuesday 9:3
turn 29:21 90:11
106:23 136:9
157:18 167:21
270:14 311:15
turned 243:25
turnout 222:9 266:21
268:8 289:2
turns 130:10 287:10
Tussahaw 229:17
TV 123:3
tweaked 318:14
tweaking 290:11
tweaks 124:19,19
135:21 137:25
twice 19:15,17 170:7
Twitter 49:6
two 3:4 11:2 31:24
32:6 38:8,22 43:24
63:1,2 66:8,24
75:11 90:7,16 91:2
103:2 105:11,16
108:9,15 130:2
135:24 148:2
150:13 152:15
161:6 165:21
174:23 184:6
194:23 206:20
213:3,4,11,18 215:7
215:10 223:16
224:8,8 225:24
236:11,17,19 237:1
245:7 246:24
251:25 252:5
253:16 266:5
283:11,11,20
298:23 300:14
301:18 319:12
two-hour 157:22
158:1
two-page 262:18
type 24:4 45:17 49:4
49:9,23 158:1
189:22 228:5
275:11

typically 102:6 196:2
TYSON 1:4

—— U ——
uh-huh 11:12 28:6
32:22 34:1 62:4
75:4 83:17 101:22
104:12 105:11
107:14 112:23
117:6 118:17
141:19 157:6
160:11 169:18
177:13 199:24
204:13 206:24
241:4 247:11
251:20 270:17
278:4 283:5 307:19
312:10
ultimate 264:8
ultimately 239:12
244:6 276:21
un 195:25
unacceptable 197:8
200:2
unanimous 14:17
15:14 191:8,11
unconstitutional
195:20 196:1,11
275:6
understand 11:8,13
11:22,25,25 12:20
12:22 19:3 150:1
150:12 218:14
236:23 259:21
269:24
understanding 20:1
40:17,20,25 49:10
72:3 73:8,10 83:25
84:9 87:16 97:9,22
99:22 101:25
108:22 112:18
113:1,5,11 115:17
116:6 117:12 121:9
124:6 127:6 138:4
138:16,18,19,20
139:2 147:11
154:25 155:4
168:19 178:12,25
180:4 185:17
187:14 203:4,8
217:5 235:3 246:4
247:2,18 280:4

283:4 295:25
308:22 309:6,7
understood 20:21
98:4 137:21 138:11
141:1 169:12,15
underway 290:21
unduly 141:10,14
166:23 273:2
uneducated 228:10
unelected 36:3
unequal 164:21,25
unfair 141:7,8
272:23
unfairly 39:21,23
Unfortunately
168:23
uniform 157:4,7
uninteresting 71:17
unique 129:19 186:5
186:19 190:2
United 1:1 57:17
139:6 144:14,17,20
145:1,19 188:5,9,12
188:15 195:6,12
University 34:24
unknown 119:19
unnamed 103:15
unopposed 112:5
unreadable 117:5
updated 32:11
uphold 188:11,14
Upper 239:3
use 25:7 26:23 27:4
30:4 40:14 49:1,5
55:16 72:21,22
73:1,16 77:24
109:9 132:4 136:3
159:10 182:10
287:5
uses 26:2 166:3
usual 323:16
usually 12:15 258:4

—— V ——
vacant 267:20
vacated 314:19
valuable 165:24
VAP 247:1,2 248:15
248:17,25 249:1,7
250:11
varied 62:18 265:24
varies 28:5

various 25:2 85:13
204:19,20 211:3
vary 62:20
vehicle 227:3
verbally 28:7
verify 106:3
versa 59:8
version 117:4 269:17
270:3,25
versions 273:20
versus 58:9 71:9
111:23 122:6
155:19 162:16
177:9 180:21
181:18 205:13
216:16 228:9,12
229:23 234:10
235:12 236:7 266:2
303:17 304:10
308:18 313:19
vice 59:8
victory 220:21
221:19 287:11
video 3:2,3,4,5,6 7:8
7:8 36:24 37:3
66:18,22 90:2,6
143:10,24 161:10
161:14,15 193:5,9
244:14,18,19 269:6
292:25 293:4 316:4
316:8 320:2
Videographer 2:22
7:7 36:23 37:2
66:17,21 81:25
89:3 90:1,5 143:19
143:23 144:2
158:15 161:6,9,13
193:4,8 243:21,25
244:13,17 292:24
293:3 315:23 316:3
316:7 319:12 320:1
Videotaped 1:13
view 75:20 102:1,14
123:8 129:11
141:24 186:24
187:24 221:15
255:18 286:8
304:20
viewing 183:1
views 105:25 305:9,9
318:22
violated 140:10

272:13
virtual 101:12 205:20
Virtually 105:10
visit 127:8 258:9
visited 124:7 127:12
135:5
voice 120:15
Volume 1:21,22
vote 36:8 39:7,11,20
40:15 42:20 43:4
49:12,15,17,24,25
50:14,15,16,21 51:2
56:21 57:5,9,17
59:20 60:15 61:6
62:12 64:12 79:2
93:21 99:3 104:11
104:18 112:17,22
113:2,3,12 114:4
120:13 121:13
122:22 135:22
181:10 184:5
186:10 190:18
191:5,7 224:5
225:13 236:15
242:8 256:19 257:6
263:5 265:6 267:24
279:17,24,25 289:7
290:25 298:2
312:17
voted 15:11 40:10
42:22 43:3 45:23
60:7 62:11,23
94:13,14,17,23
99:22 122:18,18
136:1 170:6 171:13
172:3,4 181:2,3
190:5 205:22 207:1
207:3 209:10,24
210:15,23 224:5
236:14 256:8
266:23 268:22
277:20 278:18,19
280:16 287:2,18,20
295:11,12 302:24
309:23 313:15
voter 49:16 51:1 56:9
64:11 70:12 80:20
85:11 86:6,14 87:3
87:7 97:17 110:13
110:23 228:5
282:13 283:12,18
284:10 286:10,23

R. Brian Strickland                Georgia State Conference of the NAACP, et al vs Kemp                January 26, 2018

Page 352

287:7 296:4 297:8
300:11,21 301:9
303:9,9,10 309:17
312:8,13 313:9
**voters** 46:14 47:13
48:8,12 50:4 56:13
56:17,20 57:8,13,16
61:2 71:10 72:6
73:18 78:6 79:9,12
80:22 84:15,20
89:18 91:13,14,14
91:14,15,16 92:23
93:6,10 94:13,13,23
98:6 101:7 175:12
185:4,9,13 186:25
189:6 207:10
209:18 222:13
230:8,10,11 232:18
233:8 235:15
236:15 237:6 248:2
266:20 283:19
284:14 286:15,18
286:24 287:18,23
288:2 290:14 291:3
291:6,12,13 296:8
296:16,20,23 297:5
297:11,16,17 302:7
304:11,11 308:18
308:19 309:15,18
309:22 313:14,18
**Voter's** 4:8 30:12
**votes** 46:7 56:25 58:9
58:10 60:4 77:2
78:20,21,22 79:16
93:22 99:9 122:20
224:3,4 226:13,15
234:10 237:7 256:4
256:14,24 257:1
274:12 291:23
295:7 318:6,8
**voting** 40:12 45:21
46:4 47:5,10,10
52:21 57:13 60:9
85:13 107:5 111:24
114:18,21 139:4,13
141:11 166:23
188:18,19,23 189:4
189:6 206:7,21
245:8 247:5,19
249:17,18,21 250:8
255:4 266:23 273:2
290:21,22 302:23

**vs** 1:9

---
**W**
---

**W** 251:6
**walk** 235:11 315:20
**wall** 155:13
**want** 13:18 14:2 16:1
22:5 72:20 74:22
103:8 104:20
114:14 120:20
136:3 164:11
168:12 169:21
173:1,2 174:12
176:22 190:14
191:20 194:22
200:17 216:25
218:11 222:23
227:10 243:17
271:21 275:22
282:3 299:1 316:12
**wanted** 31:7 51:17
88:23 90:11 117:10
119:6 127:7 129:9
130:6 132:11
134:21 135:4 156:7
161:18 164:8 166:8
167:21 174:25
175:9 212:8 217:4
217:22 219:25
243:1,2 246:6
284:21 285:2
307:14 313:21
314:6 318:8
**wanting** 128:21
130:3 134:2,25
197:13
**wants** 27:14 271:18
305:3,4
**Warner** 61:19,21
**wash** 235:19
**Washington** 2:10
113:21
**wasn't** 14:22 19:12
47:23 86:19 98:24
122:4 129:3 131:23
150:12 153:2
154:16 162:22
167:17 171:16
213:22 216:3
218:18 221:10
252:21 292:3
**Water** 24:13

**waving** 121:4
**way** 27:20 34:2 38:11
40:12 52:4 58:22
59:23 62:21 78:7
81:9 87:25 93:21
111:16 114:19,21
119:13 125:16
129:14 150:7,10,23
170:24 178:20
182:21 190:5 195:3
199:7 202:12
210:24,25 213:5
219:13 233:3 234:6
237:5 239:3 241:23
243:8 258:13 267:7
271:1 272:2 274:7
274:15,18 278:5
280:20 287:19
295:6,14,17 308:5
308:10 309:19
314:25 319:1
**WAYNE** 1:6
**ways** 100:10 112:4
120:17 124:13
129:20 287:15
**Webb** 4:10
**website** 30:24,25
32:14 206:13 225:3
225:12 262:6 270:3
**Webster** 21:24
**weeds** 266:6 267:3
**week** 9:3 16:1 19:13
19:14,18 251:24
261:20
**weekly** 261:18,25
**weird** 213:5 227:16
**Welch** 4:10 16:20,23
76:14,15 108:21
154:18 174:4,18
176:4 197:7,19
229:23
**Welch's** 220:2,15
**went** 16:7 19:22
119:1 143:6 166:6
183:6 211:11,16
234:17 238:7,17
239:24 255:6
259:23 260:1 263:6
263:6,9,16,23 264:9
287:22 298:18
303:7 304:2 311:9
318:2

**weren't** 93:5 138:24
179:15 286:25
**west** 115:8 226:11,15
226:16 227:5,13,20
228:2,9 233:18
234:1,12,17,23
235:2,5,12,18 236:7
237:15 238:21
243:7 267:5,6
**we'll** 8:1 12:13 86:2
117:7 127:13 313:7
**we're** 7:7 19:20 21:21
34:5 37:2 44:1
53:21 66:21 72:20
90:5 100:5,9,10
103:2,9 115:16
124:2 143:23
150:11,20 161:13
168:16 178:6 193:8
195:16 208:20
210:4 214:11
229:10 244:17
258:5 293:3 313:24
316:7
**we've** 100:4 106:6
152:17 161:17
177:10 203:25
215:14 231:1
237:25 244:6
248:19 272:9
316:17 318:19
319:19
**whatsoever** 35:4
163:3 185:11
**white** 4:10 48:12
50:10 56:25 69:16
70:13 80:17,23
84:14 86:6,8 89:17
89:18 91:14,21
93:10,21 101:6,7
105:20 185:9
208:12 209:18
218:14 228:16,18
233:8 297:5 308:3
308:19
**whites** 64:6 283:1
284:7
**wife** 18:18 19:19 26:2
27:14 33:8 239:24
**wife's** 229:9
**willingness** 148:4
**win** 46:10 58:18,18

58:19 62:6,13 64:4
64:11 81:15,20
112:13 113:1
121:17 174:6
186:14,16 207:24
222:16 255:21
284:3,15 305:3
313:2
**winning** 57:5 123:15
312:11
**wins** 207:25 272:2
310:20
**wished** 133:6
**witness** 2:17 7:12
11:16 82:5,7,8
103:7 191:23 192:1
192:16,21,24
224:14 244:4,12
249:22 250:3
281:22,24 319:15
319:20 322:13
**witness's** 322:8
**won** 59:1 76:12 79:5
79:16 121:13 221:5
222:17 234:23,23
255:12,20 272:3
302:25 303:4 312:6
312:24 313:4
315:11
**word** 114:13 124:19
136:3 149:5 159:10
246:20
**words** 50:19 112:25
132:11 174:9
303:20
**work** 23:19 25:6 26:4
26:5 43:17 62:13
94:10 113:23 116:2
120:15 182:22
223:12 268:1
**worked** 34:16,22
48:4 52:1 54:10
119:17 135:17
179:24 237:19
267:25 285:10,15
285:16,17 318:7
**working** 44:24 103:9
292:3 318:1
**works** 25:25 26:6
51:24 52:14 137:22
139:1 149:15 177:1
259:15

R. Brian Strickland                 Georgia State Conference of the NAACP, et al vs Kemp                 January 26, 2018

world 34:6 199:16
worry 196:2
worse 141:25 221:18
  265:22
worth 59:4 149:15
wouldn't 48:2 61:8
  98:12 105:21 118:7
  121:7 150:7 158:9
  162:17 178:21
  200:10 228:14
  239:14 256:19
  276:12 292:13
  314:22
wrap 216:25
Wright 4:3 15:21,24
  17:2,8,22 18:2
  20:25 126:8,20
  127:23 128:12,16
  129:25 131:3 153:9
  170:2,3 171:2
  200:4 204:2 215:22
  262:21
write 196:5
write-up 284:23
writing 171:1 322:7
written 7:3 169:11
  194:6 271:2
wrong 121:12 136:19
  173:3 210:21
  213:25 222:19,23
  232:22 238:18
  243:9 252:17 253:9
  264:1 269:6 303:7
  305:17 312:21
  318:18

            Y
Yates 108:20 115:3
  128:2 133:16
  135:12 153:23,25
  154:2,10 158:20
  169:25 172:10
  214:7 224:13
yeah 9:18 15:3 28:20
  38:14 39:24 40:4
  41:6,9 52:5 58:24
  64:19,22 65:2
  67:14 71:18 75:2
  78:21 91:9 115:15
  127:21 138:6 139:1
  142:19 149:22
  155:22 166:13

168:1 176:1 183:13
  183:25 187:7,10
  189:10 194:11
  216:8 217:2 218:17
  226:3 227:10
  236:24 238:2
  240:15 241:11
  242:24 248:16
  249:11,12,15
  260:24 283:11
  297:1,21 299:13
  300:6 305:16
  318:24
year 9:2 13:15,15
  15:4 43:14,22,24
  69:4 80:21 104:20
  124:14 133:20
  156:1,2 187:21
  209:4,5 237:10
  253:12 286:16
  290:23 291:6 296:5
  299:8 318:14
years 38:22 61:23
  101:15 105:10
  120:17 121:3
  137:22,25 138:5
  150:13,16 165:23
  280:15 298:9,16
  301:24 308:4,10
  312:1 314:9,9
Year's 37:24
Yep 30:6
yesterday 85:6,17
young 119:20 228:8
  228:13 229:13
  235:16 239:20
younger 235:6
y'all 16:2

            Z
zeros 275:15
zoo 132:5

            0
000691 246:7
031 75:12
052 316:22
090 118:20

            1
1 80:23 140:5,5
  322:10

1st 70:11 262:21
1,000 283:1 297:6
  308:19
1-2-2018 4:14
1-20-2017 5:22
1-26-2018 321:25
1-5-2017 6:2
1:03 161:10,11
1:06 161:12,16
1:17-cv-01427-TC...
  1:9
1:35 193:5,6
1:38 193:7,9
10 149:7 150:18
  254:4 314:9
10-21-2016 5:12
10-29-2016 5:14
10-8-2015 3:23 4:18
10.B 322:18
10:27 66:18
10:28 66:22
10:55 90:2,3
100 179:2 283:1,1
102 4:21
105 8:9 85:8 252:2
  262:23 264:18
  277:24 294:19
  298:1
106 5:1 306:19
109 5:23 65:9,21 66:1
  108:20 109:15,19
  110:2 115:4,8
  116:23 118:13
  143:5 228:25
  233:19 234:2,5
  235:18 238:6
  242:10 298:10
11 80:24 91:1 206:22
11-18-2015 4:16
11-3-2016 5:2
11-4-2014 3:21
11-8-2016 5:20
11:06 90:4,7
110 108:21 109:20
  110:2 115:7,18
  116:23 118:13,15
  118:16 166:7
  229:21,24 298:10
111 5:4 34:8 41:16,19
  42:7,15 48:3 57:25
  66:5,25 67:11,12
  83:4,7,11 85:9 88:7

90:17,22 91:12,12
98:2 109:13,23
110:9 114:24 115:5
115:6,8,8,10,19
116:22 118:5,9,14
118:20 123:19
124:23 127:17
129:12,23 130:1
132:9,13,16 133:7
134:3 140:6,7,9,13
140:16 141:6,10
142:15 143:5,5,11
147:12 151:20
152:3,4,7,13,14,23
153:13 162:19
166:17 168:10
171:11,22 175:6,9
175:21,23 177:22
178:13,16,18 179:9
185:20 186:3 198:3
198:14,14 199:1,2
199:17 203:16
206:23 217:21
220:17 222:10
227:6,16 230:19
232:16 233:11
234:8 237:16 238:8
238:17,22 242:7,11
246:22,23 247:14
247:19 248:12
252:3 253:8 254:5
254:7,8 255:8
262:23 264:16,21
265:8,20 270:10
272:13 273:14,24
274:21 275:5
277:24 281:1,6
282:21,24 283:21
288:15 290:10
294:13,19 298:1
300:19 301:22
304:23 308:2 311:8
311:18,22 312:4,13
313:4 314:14 315:7
315:14,18
111's 207:2
111.pdf 75:24
116 3:17
117 3:15
1170 2:15 4:22
12 162:16 221:1,2,4
  237:23 245:8 256:3

263:17 293:12
12th 290:17
12-3-2015 5:10
12:08 143:20,21
12:44 143:22,24
120,000 80:21
121 270:16
1215 107:17
1216 5:2
129 5:12 282:16
13 3:18 156:6,9 160:7
  270:7,14 311:9
13th 2:10
130 65:9 75:20
  115:18 116:24
  118:13
14 68:20 80:17
  124:7 125:7
  137:20 148:23
  155:24 219:24
  255:2 256:2,4
  263:17 266:2 267:9
  270:7 280:21 281:6
14th 317:6
15 68:19 69:6 109:12
  109:12 123:24
  124:13,17 132:15
  148:24 149:7
  152:12 162:17
  213:10 215:11
  220:13 221:24
  227:17 273:10
  274:2,17
15-14-37(a) 323:2
150 283:2
156 3:18
16 68:21 98:13,14,15
  99:4 162:16 190:12
  221:25 237:13
  252:2 256:3 263:17
  266:1,1,5 267:9
  289:12 296:7,19
  304:5 309:19,20,22
16th 54:16 56:2
161 3:5
165th 276:3
167 5:3 156:22
17 156:2
1700s 282:1
18th 54:15,18 55:7
180 191:9

R. Brian Strickland                Georgia State Conference of the NAACP, et al vs Kemp                January 26, 2018

**2**

**2** 4:2 80:24 266:8
267:10,20 275:16
310:10 314:14
**2nd** 8:24 37:18
323:19
**2,000** 282:25 284:6,7
296:20,22 297:6
308:18 309:15
**2-to-1** 297:5
**2-1-2017** 4:4
**2-15-2011** 3:19
**2-27-2015** 4:20
**2.5** 232:19
**2.53** 253:17 254:20
**2:33** 244:14,15
**2:45** 244:16,19
**20** 69:14 97:17
101:15 149:7 314:9
321:23
**20th** 310:17
**2000** 140:4 144:4
**20005-3960** 2:10
**2004** 80:14,17
**2005** 215:3
**2007** 111:10
**2008** 107:9,9 111:12
**2009** 26:20
**2010** 46:1,1 70:11,20
70:21 121:25
138:17 150:6,12
155:19 166:6
167:17
**2011** 140:4 156:14
273:19
**2012** 3:16 34:8 44:6
67:7 69:1 76:13
77:3,13 78:16 79:2
88:5 98:19 99:20
99:25 100:10
107:10 111:12
117:23,24 118:3,20
119:10 121:15,23
123:12,17 125:11
126:4,5 134:21,22
138:15,16,21 139:3
139:3,11 140:2,9,13
141:2,6,10 142:14
144:5,12 162:14
194:14 195:2,4
230:17 241:6

242:18 255:12
263:5 277:11,21
279:15,22 288:16
290:5,10,17 298:8
307:10 318:11
**2013** 44:7 134:23
137:20 139:25
**2014** 55:23 56:7,7
76:13 77:2 80:14
97:3,11 98:11,13
123:18,24 125:1
132:8 134:23 144:7
161:24 166:22
167:1 208:24 221:1
221:5,19 225:21
228:25 229:21,24
235:23 255:13
256:16 263:6
264:17,19,23
265:22 280:25
288:16 290:5,10
300:12 318:12
**2015** 3:17 5:4 35:8
54:17,18 67:3,9
68:14,23 70:21
75:16 77:12 78:15
82:20 84:2 89:5,22
92:23 98:11 104:3
109:5 116:11,14
118:10,14,25
125:11 134:22
135:2 137:19
147:17 148:18
155:21,22 157:14
161:3,24 162:18
166:11,22 175:23
187:11 190:9
198:11 202:1
208:20 213:1,16
215:6 217:21
221:16 227:6
233:21 242:20
252:7 255:12,16,19
257:22 265:21
275:18 279:21
280:14 287:24
290:11 293:12
294:25 300:22
313:5
**2016** 76:24 89:18
100:1 106:11 107:4
202:10 219:23,24

220:22 221:12,19
223:20 254:25
255:22 263:7,25
264:15 265:5,22
282:12,14 283:4,4
283:14 284:15,18
286:17 288:13,23
289:24 290:18,21
298:19 301:11
302:14,18,21 303:2
304:22 307:22
308:10,11,12,17
309:15 312:12
313:4 317:6,24
**2017** 8:25 44:7
262:21 273:17
310:17,25 316:23
316:24 317:1,2
**2018** 1:19 7:1,10
37:14,19 323:19
**202.654.6200** 2:11
**2020** 110:14
**2021** 110:14
**21st** 282:12
**2109** 311:16
**211** 247:14
**213.683.9100** 2:6
**2200** 2:14
**224** 3:21
**23rd** 37:14
**237** 321:24
**244** 3:6 5:5
**250** 5:7
**26** 1:19 7:1
**26th** 7:10
**26,000** 80:20
**262** 4:3
**265** 237:6
**268** 4:5
**27th** 82:20 89:5
92:23
**270** 30:17
**272** 4:6 29:15,20 30:8
30:16 31:12
**273** 4:7 29:16 30:11
30:16 32:19,20
**274** 4:9 29:16 30:14
30:17 32:12
**2745** 323:21
**275** 4:1,10 29:17
30:23 32:3,15
**276** 4:12 29:18 31:2

32:18
**277** 4:13 5:9 36:17
37:7,9 41:10
**278** 4:15 36:20 37:7
51:7 54:2,7
**279** 4:17 74:14,16
**28** 4:5
**28th** 288:13
**280** 4:19 82:10,12
**281** 4:21 5:11 102:18
102:21,23 103:5,24
103:25
**282** 5:1 106:22,25
**283** 5:3 167:20,23
**284** 5:5 244:21,24
**285** 5:7 69:17 250:18
250:21
**286** 5:9 277:5,9
**287** 5:11 281:16,18
**288** 5:13,13 288:5,8
296:19
**2880** 27:7
**289** 5:15 293:6,9
**29** 4:6,7,9,10,12
**290** 5:17 298:25
299:3
**291** 5:19 306:11,15
**292** 5:22 310:3,10
**293** 5:15 6:1 316:10
316:13
**298** 5:17

**3**

**3** 248:4
**3rd** 107:4,22
**3,000** 70:14
**3-20-2015** 5:8
**3:42** 292:25 293:1
**3:53** 293:2,4
**30** 2:19 27:23 87:12
304:4 314:9
**30060** 321:24
**30253** 8:10
**30308** 2:20
**30309-7200** 2:15
**306** 5:19
**310** 5:22
**316** 6:1
**32** 249:7,17,20
**32.31** 247:16,22
249:6
**321** 3:11

**323** 3:12 322:10
**33** 4:18 32:10
**34** 32:11 300:22
**34.69** 253:16
**35** 86:13 87:12 289:6
**35.31** 247:20 249:5
253:18
**35.37** 247:15
**350** 2:5
**36** 3:21 4:13 224:20
224:22 225:17
228:21
**36.69** 253:15
**36.7** 92:24 93:2
**37** 80:22 300:21
**37.84** 67:13,16
253:18
**38** 312:8,13
**39** 3:23 304:4

**4**

**4** 86:5
**4th** 104:3
**4:21** 316:4,5
**4:22** 316:6,8
**4:27** 1:19 320:2,7
**40** 43:14 69:11 93:6
**404-427-28** 27:7
**404.261.6020** 2:20
**42** 238:19,21 241:19
241:21
**44** 3:22 51:5,10,12
64:14,25 86:12
**446** 270:9
**45** 64:5 279:25
**46** 112:21
**47** 4:1 86:8 112:22
275:10,13
**47.8** 265:2
**479** 270:23
**48** 86:11 89:17 93:10
97:5 245:8,18
**489** 270:15
**49** 80:23 279:18
**49.6** 88:14

**5**

**5** 3:15 117:16,19
241:3
**5th** 316:21,23
**50** 4:3 62:7 94:23
98:7 262:15,18

R. Brian Strickland                Georgia State Conference of the NAACP, et al vs Kemp                January 26, 2018

Page 355

279:17 318:5
**50th** 2:4
**50-to-47** 312:5
**50-50** 77:12 78:15
79:3,7,10 294:19
295:1,9,10,21 296:2
**50.2** 264:16,22 265:9
**50.3** 265:2
**51** 3:22
**51.7** 263:7,18 265:6
287:22
**51.9** 264:10
**52** 264:4,5 312:6
318:12
**52-point** 221:10
263:20
**52.9** 99:6
**53** 79:1 99:4,9 112:16
121:13 221:10
263:5 317:4,5
318:11
**53.1** 263:6
**54** 4:15 112:16
279:23 312:4
**55** 6:2 122:9,17
**56** 4:1,5 83:24 84:1
84:13,18 89:8
149:18,19 161:23
168:11 200:1 213:1
213:14 230:18
232:17 238:4,6
240:17 247:20,21
248:3,13 253:15,23
254:9,19 255:8
261:11,16 268:21
268:23 269:1,17
275:17 276:22
277:19 278:7
307:23

**6**

**6** 3:17 116:5,8,9
**6-12-2015** 5:16
**6-3-2015** 5:18
**6-4-2015** 5:6
**60** 97:2,4
**600** 2:9
**67** 303:4
**678.347.2211** 2:16
**681** 237:6
**692** 5:6

**7**

**7** 3:3,10 264:11
**7,000** 70:12
**7.C** 323:3
**70** 113:2,3
**700** 2:10,19
**703** 5:18
**706-656-7954** 27:10
**73** 108:20 109:14,19
110:2 115:2,8,18,23
116:24 118:13
128:7 133:12
**74** 4:17
**75** 227:1 267:5,6
302:2
**75,000** 200:12
**7570** 4:5
**76** 118:21,22
**770-428-5801** 321:24
**78** 4:4 115:18,23
116:23,25 118:13

**8**

**8th** 67:3 75:16
307:21
**8-and-a-half-by-11**
117:4
**8.B** 7:5
**80** 245:7
**82** 4:19

**9**

**9th** 9:2
**9-11-28(c)** 323:6
**9-4-2015** 4:22
**9:24** 1:19 7:2,9
**9:55** 36:24
**9:56** 37:3
**90** 3:4 118:20
**90071** 2:5
**94** 4:5 268:14,17
270:8 275:21
**957** 33:6

Donovan Reporting, PC                                                                770.499.7499