IN THE MATTER OF

# Georgia State Conference of the NAACP, et al
# vs
# Kemp

Transcript of Deposition of

# Andrew J. Welch III

On February 8, 2018

*Reported by* Joel P. Moyer
*Certified Court Reporter*



## DONOVAN REPORTING
## & VIDEO CONFERENCING
237 Roswell Street  Marietta, GA 30060
770.499.7499  800.547.1512  FAX: 770.428.5801
‹‹‹‹‹www.donovanreporting.com›››››

THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GEORGIA STATE CONFERENCE OF THE NAACP,
as an organization; LAVELLE LEMON, MARLON
REID, LAURETHA CELESTE SIMS, PATRICIA
SMITH, COLEY TYSON,
          NAACP Plaintiffs,

AUSTIN THOMPSON, WAYNE SWANSON, DARRYL PAYTON,
AUDRA CUNNINGHAM, SABRINA MCKENZIE, JAMIDA
ORANGE, ANDREA SNOW, SAMMY ARREYMBI, LYNNE
ANDERSON, CORETTA JACKSON,
          Thompson Plaintiffs,

     vs.     CASE NO. 1:17-cv-01427-TCB-WSD-BBM

BRIAN KEMP, in his official capacity as
Secretary of the State for the State of
Georgia,
          Defendant.
                    —  —  —

          Videotaped Deposition of
          ANDREW J. WELCH III,

     Taken by Thomas P. Clancy,

          Before Joel P. Moyer,
     Certified Court Reporter,

        At the Offices of
        Balch & Bingham LLP,
         Atlanta, Georgia,

     On Thursday, February 8, 2018,
Beginning at 1:21 p.m. & ending at 5:30 p.m.


                —  —  —


           Volume of Testimony
   (Exhibits Contained in Separate Volume)

Electronically signed by Joel Moyer (501-161-376-4513)                    d67c147b-fa51-4604-b79d-1bce43e45890

```
 1     APPEARANCES OF COUNSEL

 2     For the Georgia State Conference
         of the NAACP Plaintiffs:
 3
                    THOMAS P. CLANCY
 4                  Munger, Tolles & Olson LLP
                    50th Floor
 5                  350 South Grand Avenue
                    Los Angeles, CA 90071
 6                  213.683.9100

 7     For the Thompson Plaintiffs:

 8                  ABHA KHANNA
                       (Via Telephone)
 9                  Perkins Coie LLP
                    Suite 600
10                  700 13th Street, NW
                    Washington, DC 20005-3960
11                  202.654.6200

12     For the Defendant:

13                  BARCLAY S. HENDRIX
                    Strickland Brockington Lewis LLP
14                  Midtown Proscenium
                    Suite 2200
15                  1170 Peachtree Street, NE
                    Atlanta, GA 30309-7200
16                  678.347.2211

17     For the Witness:

18                  K. ALEX KHOURY
                    Balch & Bingham LLP
19                  Suite 700
                    30 Ivan Allen Jr. Boulevard, NW
20                  Atlanta, GA 30308
                    404.261.6020
21
       ALSO PRESENT:
22
                    David Tobelman, Videographer
23

24

25
```

Electronically signed by Joel Moyer (501-161-376-4513)          d67c147b-fa51-4604-b79d-1bce43e45890

1                     INDEX TO PROCEEDINGS

2                      VIDEO FILE INDEX

3     Video File One                           6

4     Video File Two                          73

5     Video File Three                       133

6     Video File Four                        189

7     ─────────────────────────────────────────

8                     EXAMINATION INDEX

9     ANDREW J. WELCH III

10        Examination by Mr. Clancy              6

11    Errata Sheet                           203

12    Certificate Page                       205

13    ─────────────────────────────────────────

14                      EXHIBIT INDEX

15    Plaintiff's Exhibits

16        6   Map labeled Henry County Districts — 117
              as passed 2015

17

18       44   Email to David Knight from Dan        151
              O'Connor, 10-08-2015, with
              attachments (GA000034 — 39)

19

20       45   Email to David Knight from Dan        155
              O'Connor, 10-8-2015, with
              attachments (GA000030 — 33)

21

22       48   Email thread ending with email to     181
              Dan O'Connor from Caulder
              Harvill-Childs, 12-14-2016
23            (GA000006 — 8)

24

25    (Continued on next page)

Electronically signed by Joel Moyer (501-161-376-4513)                d67c147b-fa51-4604-b79d-1bce43e45890

Andrew J. Welch III        Georgia State Conference of the NAACP, et al vs Kemp        February 8, 2018

4

1   50   Email to Gina Wright from Dan        195
         O'Connor, 2-1-2017 (GA000077 - 78)

2

3   56   Email to awelch@smithwelchlaw.com    184
         from Gina Wright, 7-20-2017, with
         attached maps and stat sheets
4        (GA000040 - 59)

5   93   Document titled Georgia General     113
         Assembly 2015-2016 Regular Session -
6        HB 566, State house districts
         boundaries of certain districts
7        revise

8  123   Email to Jan Jones from Dan         108
         O'Connor, 2-27-2015 (GA2-001601 -
9        1604)

10 140   Email to Ben Jordan from Dan        158
         O'Connor, 12-3-2015 (GA2-001388)

11

12 148   Email thread ending with email to    53
         Andy Welch from Kade Cullefer
13       5-17-2011, with attached maps and
         stat sheets (GA2-005165 - 5172)

14 149   Email to Andy Welch from Kade        56
         Cullefer, 5-23-2011, with attached
15       map and stat sheets (GA2-005461 -
         5466)

16

17 150   Email thread ending with email to    60
         Andy Welch from Kade Cullefer
18       5-25-2011, with attached map and
         stat sheets (GA2-005182 - 5187)

19 153   Email thread ending with email to    90
         Dale Rutledge from Gina Wright
20       11-14-2014 (GA2-004682)

21 185   Email to Mark Rountree from Dan     101
         O'Connor, 11-3-2014 (GA2-001106)

22

23 189   Email to Spiro Amburn from Dan       94
         O'Connor, 12-19-2014, with attached
         spreadsheets (GA2-000861 - 866)

24

25   (Continued on next page)

Electronically signed by Joel Moyer (501-161-376-4513)                d67c147b-fa51-4604-b79d-1bce43e45890

1    326   Email thread ending with email from    49
          Kade Cullefer to Andrew J. "Andy"
2         Welch, III, 5-17-2011 (GA2-005163 -
          5164)
3
     327   Email to Andrew J. "Andy" Welch III    67
4         from Dan O'Connor, 5-23-2012 with
          attachment House Dist. 110.pdf
5         (GA2-005528 - 5529)

6    328   Email thread ending with email to     122
          Andrew J. "Andy" Welch III from
7         April Pair, 3-6-2015 (GA2-005198 -
          5206)
8
     329   Email thread ending with email to     128
9         Andrew J. "Andy" Welch III from
          April Pair, 3-6-2015 (GA2-005207 -
10        5212)

11   330   Email thread ending with email to     137
          Andrew J. "Andy" Welch III from
12        April Pair, 3-6-2015 (GA2-005213 -
          5214)
13
     331   Email to Andy Welch from Gina         173
14        Wright, 8-4-2016, with attachments
          (GA2-004326 - 4332)
15

16

17   (End of Index)

18

19

20

21

22

23

24

25

Electronically signed by Joel Moyer (501-161-376-4513)          d67c147b-fa51-4604-b79d-1bce43e45890

Andrew J. Welch III          Georgia State Conference of the NAACP, et al vs Kemp          February 8, 2018

6  (Pages 6 to 9)

---

6

1      February 8, 2018
2          1:21 p.m.
3      (Whereupon the reporter provided a written
4   disclosure to all counsel pursuant to
5   Article 8.B. of the Rules and Regulations
6   of the Board of Court Reporting.)
7      THE VIDEOGRAPHER:  All right.  We
8   are now on video record.  This is the beginning
9   of file number one.  The date is February 8th,
10  2018.  The time is 1:21 p.m.
11  ANDREW J. WELCH III,
12      being first duly sworn, was examined and
13      testified as follows:
14  EXAMINATION
15  BY MR. CLANCY:
16      Q    Good morning, Representative Welch.
17  My name is Thomas Clancy.  I'm from the law
18  firm of Munger, Tolles & Olson, and we
19  represent some of the Plaintiffs in this
20  action, including the Georgia NAACP.
21      A    Good afternoon.
22      Q    Good afternoon.  Could you please
23  state and spell your name for the record?
24      A    Andrew, A-N-D-R-E-W, Jackson,
25  J-A-C-K-S-O-N, Welch, W-E-L-C-H, and I'm a III.

---

7

1      Q    And what is the address of your
2   current residence?
3      A    3210 --
4      MS. KHANNA:  I'm sorry to interrupt,
5   but I can't hear the witness.  Is it possible
6   that either the -- both witness and the
7   attorney could get closer to the phone or have
8   the phone get closer to them?
9      MR. KHOURY:  It is not possible.
10     MR. CLANCY:  We can try to speak up
11  a little bit, but we can't move given the setup
12  here.
13     A                        Locust Grove,
14  Georgia
15     Q    And what county is that in?
16     A    Henry.
17     Q    And is that residence in your -- the
18  House district that you represent?
19     A    It is, yes, sir.
20     Q    And what House district is that?
21     A    111.
22     Q    Do you own other property in
23  Georgia?
24     A    I do.
25     Q    And what is the address?  What is

---

8

1   that property?
2      A    Well, the adjoining lots next door
3   to our home.
4      Q    And are those also in your -- the
5   House district that you represent?
6      A    Yes, yeah.  And then I have a couple
7   of family corporations that we have some other
8   properties in.
9      Q    Is there any reason that you can't
10  give your best testimony today?
11     A    No.
12     Q    Are you under the influence of any
13  medication or other substance that would impair
14  your ability to testify truthfully or remember
15  accurately?
16     A    No, but I do have a little bit of
17  the sniffles, but otherwise, so.
18     Q    Do you think the sniffles will
19  affect your memory today?
20     A    No, sir.
21     Q    Have you ever been deposed before?
22     A    No.
23     Q    You're a lawyer; is that correct?
24     A    That's correct.
25     Q    What is the name of your law firm?

---

9

1      A    Smith Welch Webb & White.
2      Q    And is the Welch in the -- is that
3   you?
4      A    No, sir.
5      Q    Is that your father?
6      A    It is.
7      Q    And what kind of law do you
8   practice?
9      A    Local government, municipal, tax, a
10  little bit of environmental law, and then
11  zoning, land use.
12     Q    In your practice of law, do you
13  often take depositions?
14     A    Some, not often.
15     Q    But you've taken a deposition
16  before?
17     A    Yes, sir, yes.
18     Q    Okay.  Even though you have some
19  experience with depositions, I'll just go over
20  some of the ground rules just so we can be on
21  the same page as we interact today.
22         As you can see, there's a court
23  reporter here who's preparing a transcript of
24  our conversation, so it's important that we
25  don't talk over one another.  So I'll do my

---

Electronically signed by Joel Moyer (501-161-376-4513)          d67c147b-fa51-4604-b79d-1bce43e45890

Andrew J. Welch III          Georgia State Conference of the NAACP, et al vs Kemp          February 8, 2018

7 (Pages 10 to 13)

10

1 best is to let me -- let you finish your
2 answers, and if you could do your best to let
3 me finish my questions.
4        And it doesn't always work out like
5 that, but it's for the transcript. If we can
6 do our best, it will be great.
7    A   Yes, sir.
8    Q   It's also important that we speak
9 up, both because we have someone on the phone
10 and for the purpose of the court reporter,
11 and that we -- you answer questions orally.
12 The court reporter can't record a nod or an
13 uh-huh or anything like that. Do you
14 understand?
15    A   Yes.
16    Q   And if I ask you a question that you
17 don't understand, please ask me to clarify.
18 But if you don't ask me to clarify, I'm going
19 to assume that you understand my question.
20 Does that make sense?
21    A   It does.
22    Q   And if you need a break at any time,
23 please let me know. I'll ask that you finish
24 answering the question that we're on, but
25 otherwise, if you need a break, just let me

11

1 know.
2    A   Yes, sir.
3    Q   When did you first become aware of
4 this litigation?
5    A   When you -- somebody sent me a
6 spoliation letter. I don't remember the date,
7 but I think it was the summer, early spring
8 maybe.
9    Q   And do you --
10    A   Of last year.
11    Q   2017?
12    A   2017, yes.
13    Q   Do you remember who sent you that
14 spoliation letter?
15    A   I do not.
16    Q   Is it your counsel who's with you
17 today?
18    A   I don't, I don't recall.
19    Q   And to the best of your knowledge,
20 what is this lawsuit about?
21    A   It's about District 111 and the
22 redistricting, the drawing of the district
23 lines.
24    Q   The redrawing of them that occurred
25 in 2015; is that correct?

12

1    A   2015? Yes, sir.
2    Q   And have you done anything to
3 prepare today for this deposition?
4    A   Yes. I went and double-checked some
5 emails because we were asked to preserve
6 emails, so I went through and searched our
7 emails and my email -- different emails that I
8 have, the accounts, to pull those records and
9 provide them to Alex.
10        And then I met with Alex. And then
11 Alex has also checked our legislative House
12 email database, and he pulled that together.
13 Then I came and met with him to go over those
14 just to make sure that my -- what I pulled was
15 consistent with what he pulled, and it was.
16    Q   And outside of your counsel, have
17 you spoken with anyone about your deposition
18 today?
19    A   I did talk to, to Brian Strickland
20 several months ago when we were rescheduling,
21 but not, but not since then.
22    Q   And just so the record is clear,
23 who's Brian Strickland?
24    A   Brian Strickland is, I believe, is
25 one of the named parties in this case.

13

1    Q   Okay. What district does he
2 represent?
3    A   111. Well, formerly the 111. Now
4 he's a senator and represents the 17th
5 district.
6    Q   And Mr. Strickland, does he work at
7 the same law firm that you work at?
8    A   He does, uh-huh (affirmative).
9    Q   Are you aware if Mr. Strickland has
10 been deposed in this case?
11    A   Yes, I -- yeah. I just got --
12    Q   Did you speak with Mr. Strickland
13 after his deposition?
14    A   Yes, I've spoken with him, but not
15 about the deposition. We, we obviously have a
16 law practice together. We also are in the
17 General Assembly together, so we have
18 legislation we're working on.
19    Q   So since Mr. Strickland's
20 deposition, you haven't spoken to him about
21 this case generally?
22    A   That's correct, I have not,
23 generally or specifically.
24    Q   I appreciate that. Do you have an
25 assistant at your law practice?

Donovan Reporting, PC                                    770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                d67c147b-fa51-4604-b79d-1bce43e45890

**14**

1    A    I do.
2    Q    And what is his or her name?
3    A    April Pair.
4    Q    Have you spoken with April about
5  your deposition today?
6    A    No.  She knows it's on my calendar
7  though.
8    Q    Outside of your attorney and the one
9  conversation you had with Mr. Strickland about
10 rescheduling, have you spoken with anyone else
11 about your deposition today?
12   A    Well, sorry.  You said Alex.  Yeah.
13 That's it.
14        Well, no.  I take that back.  I
15 mean, I told some people today that I was going
16 to a deposition.  So does that --
17   Q    Well, have you had any substantive
18 conversations --
19   A    No.
20   Q    -- about your deposition today?
21   A    No, no.
22   Q    Have -- outside of your attorney,
23 have you had any substantive conversations
24 about this case with anyone else?
25   A    Not outside of my counsel, no.

**15**

1    Q    And for how long did you meet with
2  your counsel?
3    A    About 45 minutes to an hour.
4    Q    And do you remember when that was?
5    A    It was three, three weeks ago maybe.
6  I don't remember the date.  I can find out for
7  you.
8    Q    And have you discussed this case
9  with anyone in the Reapportionment Office?
10   A    No.
11   Q    Did you review documents in
12 preparation for the deposition?
13   A    I read the complaint when I first
14 got it.  And then I read the spoliation letter
15 that was sent to me, and then I reviewed those
16 emails.  And, of course, I was searching my
17 own.
18   Q    Okay.  Let's talk about actually the
19 search of your emails.  When did you search --
20 when we say your emails, which email addresses
21 are we discussing?
22   A    Okay.  I've got several.  I have a
23 House email address that's andy.house.ga.gov.
24   Q    Is it --
25   A    Not .gov.  @house. -- sorry.  Let me

**16**

1  start over.  andy.house@ga.gov.  No.
2  andy.welch@house.ga.gov.  That's it.  Sorry.
3  It's easier if I read it.
4    Q    And is that the email address that's
5  associated with your being a House
6  representative?
7    A    Yes, sir, it is.  And then I have a
8  law firm account.  That's
9  awelch@smithwelchlaw.com.  And then we had an
10 older email address, but that was in 2011,
11 which we have linked so we can -- so I could
12 check that too.  And that's
13 awelch@swblawfirm.com.
14        But that was back when our name was
15 Smith Welch & Britton, but that changed in
16 2011.
17        And then, then we have -- and then I
18 have a couple of Gmail accounts to set up our
19 web pages and things like that, so I have the
20 one that says, it's andywelchiii@gmail.com.  I
21 have one that says repandywelch@gmail.com, and
22 then I have an older one that I can't even
23 access anymore, but I need to tell you that.
24 It's andywelchforstatehouse110@gmail.com.
25   Q    And the -- and that address, the

**17**

1  for, is that F-O-R?
2    A    Yes, it is F-O-R, yeah.
3    Q    And this older address that you
4  can't access anymore, when was that active?
5    A    I think it was active when we first
6  started our campaign, because we had to set up
7  our -- our website had to have an email address
8  account linked to it, and so I didn't have a
9  website, so we set that up.  And I think -- I
10 was trying to remember, and I think we set that
11 up right when we started the campaign.
12   Q    In what year would that be?
13   A    2010.
14   Q    And did you, did you use that
15 address?
16   A    Just to set up the website.
17   Q    You didn't exchange emails --
18   A    No.
19   Q    -- or receive emails to that
20 address?
21   A    It's not one that I give out.  In
22 fact, I didn't even remember I had it until
23 you -- I got the spoliation letter and had to
24 start to looking for all this stuff.
25   Q    Okay.  Just to make sure that I have

Electronically signed by Joel Moyer (501-161-376-4513)                    d67c147b-fa51-4604-b79d-1bce43e45890

Andrew J. Welch III          Georgia State Conference of the NAACP, et al vs Kemp          February 8, 2018

9 (Pages 18 to 21)

18

1  the addresses covered, we have
2  andy.welch@house.ga.gov, which is the address
3  associated with your House representative
4  status?
5     A    Correct.
6     Q    And then we have your current law
7  address?
8     A    Yeah.  Let me -- I wrote them down
9  to make sure I had them all.  Go ahead.  I'm
10  sorry.  I'll --
11    Q    Your current law address.  And then
12  you have an older address associated with your
13  law firm?
14    A    Yes.
15    Q    And then there are two Gmail
16  accounts that you were able to access?
17    A    Yes.
18    Q    andywelchiii@gmail.com and
19  repandywelch@gmail.com?
20    A    Correct.
21    Q    Can you -- did you personally search
22  all of those accounts?
23    A    I did.  Yes, sir.
24    Q    And did you perform the --
25    A    No.  I'm sorry.  I -- the House

19

1  account, we did a, we did a -- actually, Alex
2  did that.  But we -- but we also -- but I had
3  my secretary at the office at the capitol do a
4  search.  And we, we put in search terms and
5  isolated emails and pulled that off.
6         And then the -- and then but from my
7  law firm accounts and my Gmail accounts, I did
8  all that myself.
9     Q    And what is the name of your
10  secretary?
11    A    Pamela Lewis.
12    Q    And so it's your understanding that
13  your counsel collected the email associated
14  with your House address.  Sorry.  That's a
15  little misleading.  Your counsel collected the
16  email associated with your House of
17  Representatives address and did a search, and
18  you say you secondarily did a search of those
19  emails as well?
20    A    Correct.
21    Q    And the searches that you performed,
22  did you perform the same searches for all of
23  the different email addresses that you have?
24    A    Yes.  The search terms that I used,
25  I want to write them down because I wouldn't

20

1  remember them.  I did map, district, -- map,
2  district, redistricting, reapportionment,
3  District 110, apportionment, racial,
4  demographics, O'Connor, Wright, Strickland, and
5  Rutledge.
6     Q    You said racial.  Did you say race
7  as well separately?
8     A    I think I did do -- I did do race,
9  yes.  But -- and then when we got all that, we
10  went through those and produced all the ones we
11  had to Alex.
12    Q    And to search these terms, how did
13  you -- how do you actually go about searching
14  those terms in your email?
15    A    I went to the search file and
16  searched those terms.  Now, my Gmail accounts
17  are very short.  There are very few emails
18  there.  They go all the way back to about 2014,
19  or '15, and so there's not very many, so I was
20  able to go through and read those.  So I didn't
21  do searches on those because I could read them.
22         But the other ones I did, we put the
23  search term in and pull, and pull up all those
24  emails, then read them, pull out the ones that
25  were pertinent to the duces tecum that you sent

21

1  me, and then do the next search term.
2     Q    So for your two law firm addresses,
3  you performed searches with search terms?
4     A    Yes.
5     Q    And for your two Gmail addresses --
6     A    Just read --
7     Q    -- you did not perform searches with
8  search terms?
9     A    That's right.  You could -- there's
10  116 in one account and 47 in another.
11    Q    And to your recollection, did you
12  end up producing, to the extent you know,
13  producing any emails from your Gmail accounts?
14    A    I don't think so because I don't
15  think there were any in -- I have to go look
16  through the documents, but I don't recall there
17  being any.
18    Q    Do you often discuss matters
19  pertinent to you being a House -- a
20  representative through your Gmail account?
21    A    No.  I get requests because it's
22  linked to our web -- my website.  So when a
23  request comes in, then it will come --
24  obviously it comes through there.  And what I
25  usually do is I'll either -- most of the time,

Electronically signed by Joel Moyer (501-161-376-4513)                    d67c147b-fa51-4604-b79d-1bce43e45890

22

1    I don't respond back that way.
2         I respond back through my House
3    account or my law firm account.
4         Q    Did you search, when you performed
5    your searches, did you search your inbox?
6         A    Inbox.  All file, inbox, junk, sent.
7    We preserved every single record.
8         Q    My question is just a little
9    different, not about what you preserved, but in
10   your search.
11        A    Yes.
12        Q    Did you search beyond your inbox?
13        A    Beyond my inbox?  Yeah, like the
14   junk mail or spam, yes.
15        Q    Did you search your sent box as
16   well?
17        A    Sent box as well, yes.
18        Q    You specifically recall searching
19   your sent box in your -- in your law firm --
20        A    Absolutely.
21        Q    -- address as well?
22        A    Yes, sir.
23        Q    And do you perform these searches
24   yourself, or did your assistant, April, perform
25   the searches?

23

1         A    No.  I did them myself.
2         Q    And what is your junk --
3         A    She double-checked me because I,
4    because I was like, I think you should check
5    this, so.
6         Q    That's very good to have someone
7    double-check you.
8         A    Yeah.
9         Q    Yeah.  What is your junk box?  What
10   does that mean?
11        A    When we get spam email, it's a spam,
12   but it's called a junk box, and then.
13        Q    Okay.
14        A    I think we have a spam box, a junk
15   box, a sent.  I mean, it's a whole bunch.  It's
16   through your standard Outlook.
17        Q    Specific to your law firm accounts,
18   do you have a practice of deleting emails?
19        A    I think we're supposed to.  I have a
20   very bad habit of not deleting them, which I've
21   been told I need to do that more, but -- so
22   I've got emails all the way back to two
23   thousand and -- probably 2010, '9.
24        Q    But you don't have a set standard
25   way of deciding --

24

1         A    I don't.
2         Q    -- when or when not to delete
3    emails?
4         A    I don't.  No, no, sir, I don't.
5         Q    Does your law firm have any standard
6    practice where emails of a certain age get
7    deleted or archived?
8         A    I think it's -- I want to say seven
9    years, but I'm not sure of that.  I didn't
10   check.
11        Q    And do you, do you keep separate
12   folders in your email account?
13        A    Yes.
14        Q    Do you keep a folder related to your
15   work as a House of Representative?
16        A    I have several different, so if we
17   have an issue, like a hot-button issue like --
18   marijuana, for example, is discussed frequently
19   now, so I have a folder.  I don't know if it's
20   on marijuana, but we'd have a folder that has
21   where I got a lot of emails from -- on a
22   particular issue.  I'll put those in there.
23        Q    Do you currently have a folder
24   related to redistricting --
25        A    No.

25

1         Q    Have you ever had a folder about
2    redistricting?
3         A    No.
4         Q    Did you look at any of the expert
5    reports that have been produced in this case --
6         A    No, sir.
7         Q    -- in preparation for your
8    deposition?
9         A    No, sir.
10        Q    Did you review any deposition
11   transcripts?
12        A    No, sir.
13        Q    The searches that you performed
14   within your email, were those, were those terms
15   provided to you by counsel?
16        A    No.
17        Q    How did you come up with those
18   terms?
19        A    Based upon the duces tecum you sent
20   me or somebody sent me.  I don't mean you, but.
21        Q    Did the subpoena duces tecum include
22   a list of terms to search?
23        A    No.  It had a list of parameters in
24   which the documents would be produced and then
25   referred to, and I just went and started

Electronically signed by Joel Moyer (501-161-376-4513)          d67c147b-fa51-4604-b79d-1bce43e45890

Andrew J. Welch III          Georgia State Conference of the NAACP, et al vs Kemp          February 8, 2018

11  (Pages 26 to 29)

26

1    looking for them.
2        Q    And the terms that you read into the
3    record earlier, is that the exhaustive list of
4    terms that you searched?
5        A    I believe so.
6        Q    And you used those same terms to
7    search both of your law firm accounts and then
8    your House of Representative account; is that
9    correct?
10       A    That is correct.
11       Q    And for your Gmail, you just read
12   through all the email?
13       A    Just read through them.
14       Q    Do you ever exchange text messages
15   related to your work as a House of
16   Representative?
17       A    I do.
18       Q    Did you review your text messages in
19   relation to this case?
20       A    I did.
21       Q    Did you find anything relevant?
22       A    No.
23       Q    How did you review the text
24   messages?
25       A    Going back through and looking

27

1    through my text messages with Dale Rutledge and
2    Brian Strickland, Gina Wright, and that's it.
3    Those are the only ones I have.
4        Q    Do you ever take either emails or
5    files attached to email and download them onto
6    your computer?
7        A    Say that again.
8        Q    Do you ever either take emails that
9    you receive or files that are attached to
10   emails and then download them onto the hard
11   drive of your computer?
12       A    Yes.
13       Q    And did you search the hard drive of
14   your computer for information relevant to this
15   case?
16       A    We, we did a full -- for the law
17   firm, we're on a Citrix network, so everything
18   that we download goes into -- called Worldox.
19   You may have it yourself. And, anyway, so we
20   searched that. We froze all the server data,
21   and I gave them those broad search terms to go
22   in and do and pull all that together.
23           So then we set up a separate file
24   that has all that information in it.
25       Q    And it was your testimony that you

28

1    collected a set of emails or a set of emails
2    and documents that hit on those search terms
3    and then there was a secondary level of review
4    as to what to produce; is that correct?
5        A    Yes.
6        Q    And I don't want to intrude on any
7    conversations with your counsel, but was that
8    secondary level of review, was that with your
9    counsel, or was that -- did you do it
10   independently?
11       A    I did it independently.
12       Q    And how did you determine from the
13   documents that your search terms hit on which
14   documents you should produce in this case?
15       A    I looked at -- the subpoena duces
16   tecum had parameters in which we would look
17   for. So, for example, I think it was House
18   Bill 550 -- oh. I did -- I searched for those
19   numbers too, the House bill, so I forgot those.
20           515? I think that's House Bill 515
21   in 2017, and then I can't remember the other
22   one. Yeah, House Bill 515 with 2017 and then
23   House Bill 566 or 560.
24       Q    566?
25       A    566 was 2015. So I searched those

29

1    as well to see if those were -- had any, any
2    information on those.
3        Q    And then going back to, once you had
4    a set of documents that hit on your search
5    terms, how did you determine which ones were
6    relevant and should be produced here? Can you
7    just walk me through that process?
8        A    So I looked for them if they -- for
9    example, we had a whole bunch of apportionment
10   emails, but they were talking about, from my
11   law partner, about tort apportionment in
12   Georgia, so all those had to be excluded.
13           And then we went through and pulled
14   all the ones that didn't have that, that nature
15   with that particular law partner, John Webb.
16           And then we went through and -- I
17   went through them, and I looked at each and
18   every one of them to determine if it was from
19   Mr. Strickland or from Mr. Rutledge or from
20   Ms. Wright or if it had any content about
21   demographics in Henry County, if it had
22   anything to do with any of the two bills that I
23   just mentioned, if it had to do with the
24   drawing of district lines, reapportionment,
25   map. I think map was in the terms we used.

Electronically signed by Joel Moyer (501-161-376-4513)                    d67c147b-fa51-4604-b79d-1bce43e45890

30

1       So once I got all of that together,
2  I printed those off.
3       Q    If there was an email about racial
4  demographics but it wasn't specific to Henry
5  County but it was specific to a different
6  Georgia district, would you have considered
7  that relevant?
8       A    If it wasn't Henry County, no,
9  because my duces tecum said Henry.
10      Q    Do you remember if you excluded any
11  emails about racial demographics related to
12  Georgia districts or Georgia counties that were
13  not Henry County?
14      A    I don't think so.
15      Q    Earlier we were talking about your
16  junk box, which is, I think, your spam filter;
17  is that right?
18      A    Yes, uh-huh.
19      Q    Yeah.  If an email sits in your junk
20  box or spam filter, is there an automatic
21  delete after a certain amount of time?
22      A    No, there was not.  And that was a
23  problem, and so we actually have -- we've
24  actually put that in place in our -- for me.
25  Because I kept so many of them, we now have it

31

1  set so that if I have an email that I put into
2  one of those folders that has been there for
3  longer than six months, it goes.
4       Q    And when did you put in place the
5  standard that if an email's in your junk box --
6       A    Before Christmas, December, before
7  Christmas.
8       Q    December of 2017?
9       A    Yes, sir.
10      Q    And earlier, just to clarify, do you
11  sometimes actively place emails within your
12  junk box?
13      A    No.
14      Q    No?
15      A    Well, I do when it's from Amazon.com
16  or something like that.  I will, I will put it
17  in a junk box if I know it's not -- it's a
18  commercial spam.
19      Q    And do you sometimes receive what
20  you would consider to be nonspam emails that
21  get directed into your junk box?
22      A    No.
23      Q    Mr. Welch, can you give me just a
24  brief summary of your education background
25  starting in college?

32

1       A    Yes.  I was -- I graduated from
2  Presbyterian College in South Carolina and --
3  biology major.  Then I went and taught in the
4  United States Peace Corps for two years.  And
5  actually, I extended my service for an extra
6  half a year and -- so two-and-a-half years.
7       And then I came back and then went
8  to Vermont Law School in South Royalton,
9  Vermont, to study environmental law.  From
10  there --
11      Q    And when did you, just so I have the
12  dates, when did you graduate from college?
13      A    '94.
14      Q    And when did you graduate from law
15  school?
16      A    2001.
17      Q    And what did you do after law
18  school?
19      A    Well, I studied for the bar.  And as
20  I was studying for the bar, I had to get -- we
21  needed to pay rent, so my first job out of law
22  school, I'm proud to say, was working in a
23  pizza joint to make ends meet.
24      Q    And was this in Vermont or where?
25      A    That was in, that was in Ithaca, New

33

1  York.
2       Q    Were you studying for the New York
3  bar?
4       A    I was.
5       Q    So you were working at a pizza
6  joint, studying for the bar?
7       A    Sorry.  Yeah.  Yeah.  Sorry.  Yeah.
8  Finished studying for the bar, worked in the
9  pizza joint, got a job with the magistrate
10  court, Di Bianco, Judge Di Bianco, federal
11  magistrate court judge in Syracuse.  Finished
12  my weekend work from the pizza joint and
13  started that next Monday.
14      Q    And how long did you work for the
15  magistrate?
16      A    Six months.
17      Q    Is that a clerkship?
18      A    It was.
19      Q    And after the clerkship?
20      A    I went to work for law firm of, I'm
21  going to mess this up, Gilbertiz Stinziano
22  Heintz & Smith I think is -- was the -- all the
23  partners named.  And it was in Syracuse, and
24  they were an environmental -- mostly
25  environmental boutique law firm and

Electronically signed by Joel Moyer (501-161-376-4513)                    d67c147b-fa51-4604-b79d-1bce43e45890

34

1  condemnation law firm.
2      Q    And for how long did you work for
3  them?
4      A    Probably -- I don't think it was a
5  full year because my wife graduated from -- got
6  her master's from Cornell or completed her
7  master's study from Cornell in May, and we
8  packed up and moved here to Georgia.
9      Q    And what year is that?
10     A    '2, I think 2002.
11     Q    And when you moved back to Georgia,
12  you began practicing at the law firm that
13  you're at now?
14     A    Yes, uh-huh. And just so -- the
15  time line doesn't really match up if you think
16  I graduated in May of 2001. It was actually in
17  January.
18     Q    Okay. So you returned to Georgia in
19  2002 and began practicing law at Smith Welch?
20     A    Yes, after, after studying for the
21  bar, yes.
22     Q    Always got to study for the bar when
23  you move.
24     A    I know. It's like every time I
25  move, I'm -- here we go again.

35

1      Q    And when did you first run for
2  office?
3      A    2010.
4      Q    And what office was that?
5      A    House of Representatives,
6  District 110.
7      Q    Have you always represented
8  District 110?
9      A    Yes, sir.
10     Q    And when you ran in 2010, was that a
11  contested election?
12     A    It was.
13     Q    Do you remember who you ran against?
14     A    Tom -- Lee Spahos, Mr. Moon, and I'm
15  trying to -- I'm blanking on his first name.
16  And Tom -- I'll remember in a little bit.
17     Q    Sure.
18     A    But those were the four. Mr. Moon
19  dropped out shortly after qualifying, so it was
20  really a three-man race for the primary.
21     Q    Uh-huh (affirmative).
22     A    And then after that, I honestly do
23  not remember the, the -- my opponent for the
24  general.
25     Q    Does the name Rudy Cox sound correct

36

1  in your opponent for the general?
2      A    I don't remember. Could be. He
3  made -- he made no effort to campaign. I mean,
4  there wasn't even a sign.
5      Q    Sure.
6      A    So.
7      Q    If I told you that you received
8  around 66.4 percent of the vote, would that
9  sound accurate to you?
10     A    Make me proud. But, yes, that
11  sounds right. I don't remember the numbers.
12     Q    And during that term, do you
13  remember any committees that you served on?
14     A    My first term in office?
15     Q    Uh-huh (affirmative).
16     A    Yes. I served on Judiciary,
17  education. It was called Children and Youth.
18  It's now called Juvenile Justice. Oh, Code
19  revision.
20     Q    Did you serve on the Redistricting
21  Committee?
22     A    No.
23     Q    Have you ever served on the
24  Redistricting Committee?
25     A    No, sir.

37

1      Q    And you ran again in 2012; is that
2  correct?
3      A    Yes.
4      Q    And was that election contested?
5      A    No. I think it was the next -- the
6  next one was contested.
7      Q    In 2014?
8      A    Yes, sir.
9      Q    And do you remember your opponent in
10  2014?
11     A    Ms. Shipley, very nice lady.
12     Q    And if I told you received about
13  62.5 percent of the vote, would that sound
14  right to you?
15     A    She did well. Yeah, yes, that
16  sounds about right.
17     Q    And then when you ran again --
18     A    And she actually campaigned. She
19  was --
20     Q    Campaigning seems to be a key part
21  of it.
22     A    It does if you want some votes.
23     Q    When you ran again in 2016, were you
24  opposed?
25     A    No.

Electronically signed by Joel Moyer (501-161-376-4513)                    d67c147b-fa51-4604-b79d-1bce43e45890

38

1      Q    Is it fair to say that you've only
2   had opponents in, Democratic opponents, in
3   years in which there's not a presidential race?
4      A    It does seem to be that, yes.
5      Q    Do you have any thoughts on why that
6   is?
7      A    No.
8      Q    Are you running again this year?
9      A    I -- my family, we actually have a
10  meeting prior to qualifying, and we have not
11  had our family meeting to discuss. I have
12  three children, and they are six, eight, and
13  twelve, and so it's important that they make --
14  help make the decision, because Dad's absent.
15         And so it's kind of important for, I
16  think, for them to say either want you here
17  more or, nah, Dad, we're tired of you. Get out
18  of the house. You're annoying us.
19         No. They do help me -- sincerely,
20  they make me help -- they help me make that
21  decision, and we haven't -- we've been
22  discussing it, but we haven't had our official
23  around-the-table meeting.
24     Q    Understood. And is there a deadline
25  by which you would need to announce or make

39

1   that decision?
2      A    Yes. We have to qualify in March.
3   I'm not -- I think it's the third week of
4   March.
5      Q    And do you know, if you did run,
6   whether you would have an opponent this year?
7      A    No, I don't know. I haven't heard
8   of anybody.
9      Q    What's your impression of the
10  overall partisan makeup of HD -- of your
11  district currently?
12     A    Partisan makeup?
13     Q    Uh-huh (affirmative). How does it
14  split Republican-Democrat?
15     A    I think I'm -- I think it's about
16  60-40.
17     Q    And has that changed over the period
18  of time that you've been representing the
19  district?
20     A    No, not that I'm aware of.
21     Q    And do you have a sense of the
22  overall demographic mix-up -- makeups in your
23  district?
24     A    No.
25     Q    No thoughts at all in terms of the

40

1   racial breakdown of your district?
2      A    No. I don't, I don't know the
3   numbers.
4      Q    Have you ever looked at the numbers?
5      A    I'm sure I have.
6      Q    Okay. Other than the redistricting
7   that's at issue in this litigation, which is
8   the 2015 redistricting, have you ever
9   participated in the redistricting process?
10     A    Yes.
11     Q    In what years?
12     A    2011, we had a special, a special
13  called session, and I participated in that.
14     Q    Have you ever studied or researched
15  redistricting in any capacity?
16     A    No.
17     Q    What do you think your
18  responsibilities are as a member of the Georgia
19  House of Representatives?
20     A    To uphold the state and federal
21  Constitution, to abide by the House rules, and
22  to -- and to represent the citizens of the
23  110th district to the best of my ability.
24     Q    And do you have a duty to represent
25  all the people in your district?

41

1      A    Oh, yes.
2      Q    Regardless of whether they voted for
3   you?
4      A    Regardless.
5      Q    Including Democrats?
6      A    Including Democrats, Independents,
7   Green Party candidates.
8      Q    And the Georgia House, it's only in
9   session for 40 legislative days; is that
10  correct?
11     A    Yes, sir.
12     Q    And do you spend the time when the
13  House is not in session practicing law?
14     A    Tom, I try to, but it is really
15  hard.
16     Q    And why is that?
17     A    Well, because we are -- because it's
18  such a condensed session, which I think is
19  highly beneficial to the public, but it doesn't
20  afford a lot of time except for the weekends.
21  And it also depends on when we schedule it
22  because it's not fixed as to a calendar until
23  we set the, the adjournment resolution as we
24  call it.
25         But at that time, we set the dates

42

1  in which we'll be in session. And so, for
2  example, this session, we have almost every
3  Friday off, which that's helpful because then I
4  can go home and do work.
5      Q    Sure. And I think you understood my
6  question to mean, during the legislative
7  session, do you also practice law; is that
8  correct?
9      A    Oh, my practice is still there, but
10  it's not -- I can't practice much of it.
11      Q    Right. And then outside of the
12  legislative session, do you spend the rest of
13  the year practicing law?
14      A    When I'm not campaigning or going to
15  various functions to, you know, to represent as
16  a representative, yes, sir.
17      Q    Have your campaign tactics differed
18  depending on whether you were running opposed
19  on unopposed?
20      A    No. We, we always run a very -- and
21  I'm adamant about running a very clean --
22  running my resumé, running on who I am. And
23  we -- when I first ran, however, we -- it got,
24  it got a little sordid, and that was more in
25  response to mailers from my primary opponent in

43

1  runoffs, have to respond to allegations that
2  were false.
3      Q    Understood.
4      A    But other than that, no, it's always
5  a very clean, straightforward campaign.
6      Q    And generally when do you start
7  campaigning, if you ever stop?
8      A    Yes. That's a good point. You
9  really -- like I said, I mean, to your point,
10  you really don't. I mean, with the two-year
11  cycles, it's not -- you're always interacting
12  with the district makeup, so you're going to
13  chambers of commerce and Rotary Clubs or
14  Kiwanis clubs, and so that takes up a lot of
15  time.
16          But -- so I consider that part of
17  the campaign, but the campaign season, to your
18  question, it really cranks up right after we
19  get out of session. Now since the qualifying
20  and primaries changed, it starts really just
21  after we get out of session.
22          We start campaigning and try to work
23  out a schedule when we're going to place our
24  signs, when we're going to send out mailers,
25  those kinds of things. So that would be in --

44

1  so that would be in April, about -- start up in
2  April.
3      Q    And do you campaign throughout your
4  entire district, or do you focus on specific
5  areas?
6      A    No, the whole district. And it was
7  a lot bigger when I first ran. I had 94,000
8  people in the district. I think that's right.
9      Q    And do you know about how many you
10  have now?
11      A    About 54.
12      Q    Is that a result of the changes in
13  2011 or --
14      A    Yes. In 2011, when we did -- the
15  census data came in, realized that the district
16  was I think the fourth largest House district
17  in the state. And we, we had to obviously
18  reapportion that to be equal amounts for the
19  rest of the districts.
20      Q    When you campaign, do you go door to
21  door?
22      A    Yes.
23      Q    And do you do that throughout the
24  entire district?
25      A    No. We, we don't go throughout the

45

1  entire -- well, geographically, yes, but we
2  campaign wherever we have identified
3  Republicans that we think will need to be
4  reminded to go to the polls.
5      Q    So you attempt to identify
6  Republicans to go door to door to remind them
7  to go to the polls; is that correct?
8      A    Those that vote in -- either they're
9  Democrats -- they voted in the last
10  presidential primaries, either -- if they vote
11  locally Democrat or Republican and they've --
12  and they mix vote, then we -- so in other
13  words, there's what we call kind of soft
14  Republicans. They're more independent.
15          Then we will go to those houses, and
16  then we'll go to those that have consistently
17  voted R.
18      Q    And how do you determine the
19  addresses, the actual houses to go to? Do you
20  have data that tells you if they voted -- a
21  specific address or a specific person voted
22  Republican in the last --
23      A    My campaign manager does. I don't,
24  I don't have it myself, but yes.
25      Q    When you're looking -- when you're

Electronically signed by Joel Moyer (501-161-376-4513)          d67c147b-fa51-4604-b79d-1bce43e45890

46

1   running your campaign and trying to assess your
2   likelihood of success, assuming that you have
3   an opponent, is there any sort of data that you
4   look to to gauge how likely you are to win the
5   campaign?
6       A    No.
7       Q    What -- do you use anything to gauge
8   how likely you are to win the campaign?
9       A    No, I don't.
10      Q    Do you ever talk to the
11  Congressional Reapportionment Office when
12  developing a campaign strategy?
13      A    No.  I didn't know they existed
14  until after I got into office.
15      Q    But in subsequent campaigns?
16      A    No, and not in subsequent campaigns.
17      Q    Earlier you said you were involved
18  in the redistricting process in 2011; is that
19  correct?
20      A    That's correct.
21      Q    Can you describe generally your
22  involvement?
23      A    Well, I went to the Redistricting
24  Office.  And I don't remember his last name
25  because.  It was Kade.  And every member was, I

47

1   believe, afforded an opportunity to go meet
2   with, with interns and people that work in the
3   office to draw up maps.  And, excuse me, so I
4   went to draw up maps with him, reshape my
5   district.  Because it was so large, we had to
6   cull back.
7           And, and then none of my maps
8   were -- saw the light of day because the senior
9   member of our delegation really, Steve Davis,
10  he was the senior member of the delegation from
11  Henry County, and that's when I learned about
12  seniority in the House.
13      Q    So I'll just try to paraphrase this.
14  And if I get it incorrect, please tell me.
15      A    Yeah.
16      Q    So you met with certain members of
17  the Reapportionment Committee, including an
18  individual named Kade; is that correct?
19      A    No, no, no, no.  I only met with
20  Kade.
21      Q    Okay.
22      A    And maybe I think Jimmy McDonald may
23  have come in and may have seen him once or
24  twice.  But I was assigned to Kade, and that
25  was, that was who I did my work with.

48

1       Q    And what was Kade's role or office
2   title?
3       A    I don't remember, honestly.
4       Q    And you met with Kade with the
5   purpose of drawing up certain maps for House
6   District 110 and the surrounding areas; is that
7   correct?
8       A    That's correct.
9       Q    And Kade would draw up certain maps?
10      A    Yes, just, you know, because we have
11  to look at where everybody lives.  And so
12  obviously, geographically, you want to keep
13  that person in his district, so we have to draw
14  the map around that knowing that populations
15  have shifted, so.
16      Q    And the -- your recollection is that
17  the maps that you drew were not passed at least
18  in part due to some seniority issues; is that
19  correct?
20      A    Yes.  I think that's fair to say,
21  and that's -- Mr. Davis was my -- he's no
22  longer in the House, but at that time he was
23  the senior person in our delegation, so he
24  pretty much controlled it.  And I mean that in
25  a good way.  That was just his job.

49

1           (Whereupon a document was identified as
2   Plaintiff's Exhibit 326.)
3       Q    I'm going to hand you a document
4   that's been marked Plaintiff's Exhibit 326.
5       A    Yes, sir.
6       Q    I don't know if I can actually --
7           MR. KHOURY:  I think what we did
8   yesterday was give them both to the witness and
9   then he can pass it.
10          MR. CLANCY:  Understood.
11          MR. KHOURY:  That was easier.
12          MR. CLANCY:  You don't think my
13  shuffling skills --
14          MR. KHOURY:  We tried that.  It's
15  just this thing in the way is what's preventing
16  it.
17      A    That was a good throw, though.
18      Q    Well, thank you.  I appreciate it.
19          If you want to just take a minute
20  and look over the email?
21      A    Yes.  Yes, sir.  I've read -- okay.
22      Q    Does this email appear to be an
23  email chain between you and Kade Cullefer?
24      A    Yes.
25      Q    And is this in regards to the

Electronically signed by Joel Moyer (501-161-376-4513)                    d67c147b-fa51-4604-b79d-1bce43e45890

50

1   redistricting in 2011?
2       A    It is.
3       Q    And if you look at the second email
4   down on the chain, does that appear to be an
5   email from you to Kade on May 13th, 2011?
6       A    It is.
7       Q    And in that email, you ask him to
8   send population figures and percentages
9   relevant to the redistricting for certain maps;
10   is that right?
11      A    That's correct.
12      Q    And then you also ask for scenarios
13   on how Butts County in its entirety can be put
14   into a district; is that correct?
15      A    That's correct.
16      Q    What is Butts County?
17      A    It's, it's actually my -- it's the
18   county south of Henry County.  It's also a part
19   of my current district, 110, and it is -- and
20   that's -- my grandmother's side of the family
21   is from southern Butts County.
22      Q    And is all of Butts County currently
23   in your district?
24      A    No.  Unfortunately, I had to -- I
25   lost them.

51

1       Q    Is that in reference to this request
2   right here?
3       A    Yeah.  I was trying to -- my, my
4   family came over from South Carolina in the
5   1800s, settled in what's called Sandy Ridge
6   part of Henry County, which is where -- near
7   where I live currently, and then also down into
8   what's called Cork, Georgia, which is in the
9   southern tip of Butts County, south of
10   Flovilla.
11          And all of that was in my district
12   when I first campaigned, which was great.  But
13   as a result of redistricting and despite my
14   best efforts for a map, I lost it.
15      Q    Understood.  And in the email at the
16   top, this appears to be an email from Kade to
17   you responding to the email we just discussed;
18   is that correct?
19      A    Yes.
20      Q    And in his first sentence, he says,
21   "I'm currently reworking (tweaking) the two
22   maps I sent last week in an attempt to split
23   the least amount of precincts possible."  Do
24   you see that?
25      A    Oh, yes.

52

1       Q    Do you know why Kade was attempting
2   to split the least amount of precincts
3   possible?
4       A    That was a rule that, that I
5   understood him to be working under, which was
6   to try to keep precincts whole where they
7   could.
8       Q    Is it your understanding that in
9   redistricting processes it's generally
10   preferred to keep precincts whole?
11      A    I don't know that, but Kade -- that
12   was Kade's information to me.
13      Q    Kade represented to you that it was
14   the goal in the redistricting process to keep
15   as many precincts as possible whole?
16      A    That was the preferred way to do it,
17   yes, sir.
18      Q    Did Kade explain why that was?
19      A    No.  Just makes sense.
20      Q    Do you have an understanding of why
21   they would want to keep precincts whole?
22      A    Because it's a whole voting
23   precinct.  Easier for candidates to -- or the
24   public to know which candidates they're voting
25   for, I guess.

53

1          (Whereupon a document was identified as
2          Plaintiff's Exhibit 148.)
3       Q    You can set that aside.  I'm going
4   to hand you what's previously been marked
5   Plaintiff's Exhibit 148.  And I think I have
6   enough copies to go all the way around this
7   time.
8       A    Okay.
9       Q    If you want to take a minute and
10   look at it.
11      A    Looks like the same email from
12   before but with the attached pdfs.
13      Q    So I believe if you'll look, the
14   bottom email, the second email from you, is the
15   same email as before where you're requesting
16   population figures and percentages relevant to
17   the redistricting; is that correct?
18      A    Yes.
19      Q    But then the top email is a
20   different email from Kade; is that correct?  He
21   says, "Attached are the proposed pdfs"?
22      A    That's correct.
23      Q    And if you look at the attachments
24   that he sent, it looks like there are two
25   different proposed maps for Henry County; is

Electronically signed by Joel Moyer (501-161-376-4513)                    d67c147b-fa51-4604-b79d-1bce43e45890

Andrew J. Welch III          Georgia State Conference of the NAACP, et al vs Kemp          February 8, 2018

18  (Pages 54 to 57)

54

1    that correct?
2        A    That's correct.
3        Q    And are these maps that you had
4    worked with Kade on?
5        A    Yes.
6        Q    And the 110 map in Henry County
7    Proposed 1, is that something that you were
8    looking at to potentially present?
9        A    That is correct.
10       Q    Is the same true for the Henry
11   County Proposed 2?
12       A    Yes.
13       Q    And then if you flip to the next
14   page, this appears to -- the title of this
15   appears to be Henry_County_prop1_2; is that
16   correct?
17       A    That's correct.
18       Q    And do you think that these are the
19   population figures and percentages that you had
20   requested?
21       A    I assume so. I mean, it's attached
22   to the email. I think he sent those back to
23   me.
24       Q    And if we look at this, there's --
25   looks like there are figures for population and

55

1    then deviation percentages and then an 18-plus
2    population; is that correct so far?
3        A    That's what the document says.
4        Q    And then as we move further along,
5    it looks like there are population figures for
6    black, percent black, and 18-plus back; is that
7    correct?
8        A    That is correct.
9        Q    And had you requested that Kade
10   provide you with the population figures for the
11   number of black individuals and percentage of
12   black individuals in these districts?
13       A    I did not.
14       Q    Do you know why Kade might have sent
15   you that information?
16       A    I don't know why he sent it. I just
17   know that there's -- there was discussion about
18   a percentage of -- and I don't -- I'm not an
19   elections lawyer, don't have any experience
20   with it, but I understand that there's a
21   percentage with respect to population of black
22   that you cannot alter, so.
23       Q    That you cannot alter between
24   redistricting rounds? Is that your
25   understanding?

56

1        A    No, I don't know.
2        Q    But you didn't -- it's your
3    testimony that you did not request the black
4    demographics in these districts to be sent to
5    you?
6        A    No, I don't -- I didn't ask for the
7    black demographics. I asked for the
8    percentages, and I think all that includes
9    black, I guess white, Hispanic. Yeah. See?
10   There's more on the back. The next page goes
11   through and gives other percentages of
12   populations.
13       Q    Yeah. If we look at the next page,
14   it has an 18-plus black percentage and then an
15   AP_score black. Do you know what AP would
16   stand for here?
17       A    I don't.
18       Q    And then moving along, it appears
19   to have Hispanic as well; is that correct?
20       A    That's correct.
21       Q    And you had not requested this
22   racial demographic breakdown?
23       A    I did not.
24       (Whereupon a document was identified
25       as Plaintiff's Exhibit 149.)

57

1        Q    I'm going to hand you what's been
2    previously marked as Plaintiff's Exhibit 149.
3        A    Okay.
4        Q    If you want to take just a minute
5    and look at it.
6        A    Okay.
7        Q    And this appears to be another
8    email from Kade to you; is that correct?
9        A    It is.
10       Q    And it's dated May 23rd, 2011,
11   which is a little after the two emails we were
12   just looking at; is that correct?
13       A    Yes.
14       Q    And in this email, he says,
15   "Attached are your respective plans in data
16   and pdf and Excel." Is that correct?
17       A    That is correct.
18       Q    And if we flip to the very last
19   page of this exhibit, it's a little hard to
20   read, but this appears to be another map that
21   perhaps you-all were looking at; is that
22   correct?
23       A    That is correct.
24       Q    And then if you flip to the third
25   page of the exhibit?

Donovan Reporting, PC                                    770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                    d67c147b-fa51-4604-b79d-1bce43e45890

58

1  A   Okay.
2  Q   This looks like -- I'm on the one
3  that on the bottom says GA2-005463.
4  A   Got it.
5  Q   Great.  And the title of this is
6  HD110Dplan; is that correct?
7  A   That's correct.
8  Q   And is the -- do you understand the
9  110 D plan to be referring to the map that was
10  drawn that's attached as the last page?
11  A   That's what I -- I presume so since
12  it's attached here.
13  Q   Yeah.  And, again, the demographic
14  breakdowns that have been provided here
15  include population, and then it segregates
16  that or divides that into black population and
17  Hispanic population; is that correct?
18  A   Yes, and some other things I don't
19  know what are -- what they are, but.
20  Q   And between the email that we were
21  just looking at, which the May 17th emails
22  where Kade sent you demographics broken down
23  by race, and the time that you received the
24  May 23rd email that also includes demographics
25  broken down by race, did you ever ask Kade why

59

1  he was sending you the racial breakdown?
2  A   Well, it was broken down by race
3  and age, it appears.  And no, I did not.
4  Q   And when you received this May 23rd
5  email from Kade that includes breakdowns by
6  race and -- race combined with age, did you
7  make any use of that information?
8  A   My concern was drawing the map, the
9  geographic area, to make sure because I wanted
10  to get certain areas that were -- my whole
11  family owned places, and so that was my, my
12  focus.
13  Q   And so you were not focused on the
14  racial breakdowns that were being provided to
15  you by Kade?
16  A   No.  The -- I mean, I think that it
17  would be fair to say that in terms of doing
18  this, from what I understood, you have to --
19  you have to maintain certain margins, but I
20  don't know all the details of that.
21  Q   And were you, were you paying
22  attention to whether your maps would maintain
23  those margins?
24  A   He was.
25  Q   Is there -- do you know if you had

60

1  specific communications about whether any map
2  that you had proposed would go outside of this
3  racial margin that you've discussed?
4  A   I don't recall any.  My
5  understanding from their office was they were
6  not going to.  So whatever map was to be drawn
7  had to stay within certain parameters.
8  Q   But in any map that you proposed,
9  did Kade tell you at any point this map does
10  stay within those parameters or does not?
11  A   I don't recall.  It's been a while.
12  I'm sure he would have -- I'm assuming he
13  would have said so.
14  (Whereupon a document was identified as
15  Plaintiff's Exhibit 150.)
16  Q   This has been marked Plaintiff's
17  Exhibit 150.
18  A   Okay.
19  Q   And this appears to be another
20  email chain between you and Kade; is that
21  correct?
22  A   That's correct.
23  Q   And it's dated -- the top email is
24  dated May 25th, 2011; is that correct?
25  A   That's correct.

61

1  Q   And in the second email down, which
2  you write to Kade on May 24th, you say, "I
3  believe this map is a decent starting point
4  but will require some additional work,
5  especially depending on how it affects
6  adjoining districts."  Is that correct?
7  A   That's correct.
8  Q   Do you remember what you were
9  referring to when you were discussing how the
10  map would affect adjoining districts?
11  A   The location of, and John Yates had
12  a district out of Spalding County, and he's --
13  was a senior and a veteran.  He's passed away
14  this past year.  But he was -- when I came in,
15  he took me in and kind of helped me understand
16  a little bit about the process.
17  And so when we were drawing the
18  maps, I was concerned about not impacting his
19  district and drawing him out or too far in.
20  And I wanted to make sure that we talked to
21  him about that.
22  Q   And when you say -- is it fair that
23  every time you redraw a line, you have to
24  affect another district?  Is that fair?
25  A   Yes.

Electronically signed by Joel Moyer (501-161-376-4513)                    d67c147b-fa51-4604-b79d-1bce43e45890

Andrew J. Welch III          Georgia State Conference of the NAACP, et al vs Kemp          February 8, 2018

20   (Pages 62 to 65)

62

1    Q    And so when you say you didn't want
2    to draw him out or too far in, what are you
3    referring to?
4    A    Henry County.
5    Q    Henry County. And how, when you're
6    deciding what's too far out or too far in with
7    Henry County, do you make that determination?
8    A    Well, the problem is we were -- I
9    didn't make the determination. The question
10   was -- for John was whether or not he, he was
11   okay with where we were -- where I was
12   suggesting the lines should be, so.
13   Q    And what -- when you're -- but when
14   you're coming up with these proposed maps, you
15   have place the lines somewhere; correct?
16   A    Yes.
17   Q    And in terms of you trying to
18   determine what a good place to place that line
19   where perhaps John would be okay with it as
20   well, how would you determine where that line
21   should go?
22   A    As population drove this
23   predominantly because this was the -- because
24   we had to get 54,000 people within each
25   district. So as I recall, we were trying to

63

1    reshape the districts to make sure they had
2    that and then also make sure that we preserved
3    people in their respective areas that they
4    traditionally had.
5        And I was trying to, I was trying
6    to in more of my -- more of Butts County
7    because that's -- I have a strong support down
8    there with family.
9    Q    Sure.
10   A    But this map is different because
11   this one actually we pulled up, and then that
12   started to affect other -- a lot of the other
13   districts around me.
14   Q    Yeah. You were going through
15   various iterations of --
16   A    Yes.
17   Q    -- potential revisions of HD 110;
18   is that correct?
19   A    Yes, sir.
20   Q    Okay. And when Kade sends along --
21   in his top email, he attaches a map; is that
22   correct? And that's --
23   A    Oh, yes.
24   Q    Yes. And he also attaches
25   demographic breakdowns again; is that correct?

64

1    A    He does. At least in this email
2    here, there's an image file and a -- excuse
3    me, a pdf, Excel file.
4    Q    And those demographic breakdowns,
5    similar to the ones that we've looked at
6    before, have a population breakdown and then a
7    black percentage breakdown and then also a
8    Hispanic percentage breakdown?
9    A    And an age breakdown.
10   Q    Is that on the next page? Is that
11   correct?
12   A    Yes. Looks like it.
13   Q    Yeah. So it has an age 18-plus
14   population percentage; is that correct?
15   A    That's what it appears to me.
16   Q    Yeah. And when you were
17   determining where the lines should go and
18   where would be too far, the racial
19   demographics that were provided to you did not
20   influence that?
21   A    Like I said, the -- Kade and the
22   Reapportionment Office had parameters in which
23   you could not alter the racial demographics
24   one way or the other. So every time they
25   would run these maps, the racial demographics

65

1    I think factored into that.
2        And I don't remember what it was.
3    For some reason, one percent is the, is the
4    number that I think I remember.
5    Q    Okay. When you were trying to
6    revise HD 110, you wanted to make sure that it
7    stayed Republican; is that right?
8    A    I wouldn't want it to shift to
9    Democrat, no. Yes.
10   Q    And Mr. Yates was also a
11   Republican; is that right?
12   A    That's correct.
13   Q    And so when you were looking at the
14   revisions, you would want to make sure that in
15   revising your district to remain Republican,
16   you wouldn't want to endanger his district
17   from going Democrat; is that right?
18   A    I was -- I really was just -- that
19   would be his decision as to what his numbers
20   were. I was really concerned about where his
21   lines were within Henry County.
22   Q    But those lines would affect
23   potentially the partisan breakdown within his
24   district; correct?
25   A    I would assume so, yes.

Electronically signed by Joel Moyer (501-161-376-4513)                   d67c147b-fa51-4604-b79d-1bce43e45890

Andrew J. Welch III          Georgia State Conference of the NAACP, et al vs Kemp          February 8, 2018

66

1    Q    Yeah.  And in determining whether a
2  revision potentially would swing your district
3  to become more or less Republican, would you
4  look at racial demographics to make that
5  determination?
6    A    No.  It was -- there was a column I
7  think, Democrat, on there.  So that was what
8  we would use if we were looking at, looking at
9  those numbers.
10    Q    Okay.  And it's, it's correct just
11  to say the, the proposed revisions that you
12  had, they were not implemented; is that
13  correct?
14    A    Yes, sir.  They were not
15  implemented.
16    Q    And is it correct that HD 111 was
17  created as kind of a separate plan?
18    A    Yes.
19    Q    Yeah.  And what did you think about
20  that at the time?
21    A    I liked my plan better.
22    Q    And why is that?
23    A    Just because the one that I wanted
24  had more of my old family area, so, but Steve
25  had, Steve had -- he had the call.

67

1    Q    Do you think in terms of creating
2  more safe Republican districts, the plan that
3  was implemented created more safe Republican
4  districts than your proposed plan?
5    A    I don't know.
6      (Whereupon a document was identified as
7      Plaintiff's Exhibit 327.)
8    Q    I'm going to hand you what has been
9  marked Plaintiff's Exhibit 327.  And it looks
10  like I have one more.  Here, I have one more
11  copy.
12      Does this email appear to be an
13  email from Dan O'Connor to you dated May 23rd,
14  2012?
15    A    Yes, sir.
16    Q    And the subject is House District
17  110; is that correct?
18    A    It is.
19    Q    And Mr. O'Connor says, "per your
20  request, a pdf of the new House District 110
21  is attached."  And to the extent you can tell,
22  is this the version of 110 that was eventually
23  passed?
24    A    Yes.  I always refer to it as the
25  run over cat, but, yeah, that's what it looks

68

1  like to me, but yes, sir.
2    Q    Why do you call it the run over
3  cat?
4    A    Well, it's got a, it's got a head
5  and a tail and looks like legs, and it's all
6  very flat.  That's my --
7    Q    Who is Dan O'Connor?
8    A    He worked -- works in -- or at that
9  time was Reapportionment Offices.
10    Q    And when you were revising the --
11  or proposing revisions to 110, did you ever
12  work with Dan O'Connor?
13    A    No.
14    Q    When -- do you remember the first
15  time you met Dan O'Connor?
16    A    No.  I imagine it was probably
17  during the time of reapportioning.  It was
18  probably in the office.
19    Q    Do you know Dan mostly through his
20  work in the Reapportionment Office?  Do you
21  know him from anywhere else?
22    A    I don't know him other than to see
23  him.
24    Q    Okay.
25    A    I know his name.  And, yes, I know

69

1  him as being a part of the office.
2    Q    Okay.  And here, Dan is sending you
3  the new House District 110.  Is there a reason
4  you requested that from Dan rather than from
5  Kade, who'd you had been working with?
6    A    I could have just requested the
7  office.  Sometimes we wouldn't get -- I
8  wouldn't get Kade.  If he wasn't there, I'd
9  leave a message for him, so.  And you could
10  talk to Tonya too at the front desk, so.
11    Q    What's your impression of Dan's
12  knowledge of Georgia electoral politics?
13    A    I don't have an impression of -- I
14  don't know.
15    Q    Have you heard others discuss Dan
16  in terms of his knowledge of Georgia electoral
17  politics?
18    A    Huh-uh (negative).
19    Q    No?
20    A    No.
21    Q    Have you interacted with Dan
22  outside of this one email where he's sending
23  you HD 110?
24    A    Probably.  We probably just ran
25  into him here and there or may have asked for

Donovan Reporting, PC                                        770.499.7499

Andrew J. Welch III        Georgia State Conference of the NAACP, et al vs Kemp        February 8, 2018

22 (Pages 70 to 73)

---

**70**

1 other information and he sent it to me. Now,
2 I don't -- I don't deal with Dan. I don't.
3     Q  Is there someone -- if you were
4 going to send a request now to the
5 Reapportionment Office, is there someone else
6 you would send it to rather than Dan?
7     A  I would never ask Dan -- never
8 mind. Gina Wright.
9     Q  And why would you send it to Gina
10 Wright rather than Dan?
11     A  I don't like him.
12     Q  Okay. And why is that?
13     A  I like to ask -- I like to ask a
14 question and get an answer, and the -- the
15 very limited interaction I've had with him, I
16 felt like he was -- just kept talking, so.
17     Q  Too effusive for your taste?
18     A  Yeah, yes.
19     Q  And so now --
20     A  Please forgive me, Dan, but yeah.
21     Q  And now if you have to approach the
22 Reapportionment Office, you would prefer to
23 send a question to Gina, Gina Wright, rather
24 than Dan?
25     A  Oh, yeah. I would -- well, when

---

**71**

1 Kade was there, I mean, it was -- I enjoyed
2 working with him, straightforward. And Gina
3 is great too, yeah.
4     Q  In your experience, is the race of
5 an individual in Georgia correlated with
6 whether they're likely to vote Democrat or
7 Republican?
8     A  No.
9     Q  There's no correlation between race
10 and party in Georgia?
11     A  Oh, well, I mean, I think that
12 there are stereotypes that people use with
13 that.
14     Q  What do you mean by that?
15     A  I think there are stereotypes that
16 people use that if you're African-American,
17 you're going to vote Democratic. In Henry
18 County, we -- we're -- we don't have that. We
19 actually have a Republican chairwoman who's
20 African-American. We have a, we have -- our
21 GOP chair is actually African-American.
22     So -- and maybe that's because we
23 have a military base and -- well, not military
24 base, but there used to be one north of us.
25     Q  It's your testimony that the --

---

**72**

1 within Henry County that African-Americans
2 don't predominantly vote Democratic?
3     A  It's my testimony that I couldn't
4 say whether, whether a person who's
5 African-American, just because they're
6 African-American, would vote Republican or
7 Democrat.
8     Q  Okay. I have a -- let me ask a
9 slightly different question. Statistically,
10 do African-Americans within Henry County
11 predominantly vote Democratic?
12     A  I would say so.
13     Q  Okay. And statistically do
14 Caucasian, white individuals in Henry County
15 predominantly vote Republican?
16     A  I think it's pretty -- I don't know
17 the numbers, but I think it's somewhat split
18 there.
19     Q  Okay.
20     A  So.
21     Q  What about in Butts County? Do --
22 statistically, do the white individuals in
23 Butts predominantly vote Republican?
24     A  I would think so.
25     Q  Okay. And do you know the

---

**73**

1 demographic breakdown of Butts?
2     A  I don't.
3     Q  Do you have any sense? Is it more
4 than 60 percent white?
5     A  Probably is. Maybe.
6     Q  Do you think it's greater than 30
7 percent African-American?
8     A  I don't know.
9     MR. CLANCY: Can we take a short
10 five-minute break?
11     THE WITNESS: Yeah.
12     THE VIDEOGRAPHER: Going off the
13 record at 2:32 p.m.
14     (Proceedings in recess, 2:32 p.m. to
15 2:46 p.m.)
16     THE VIDEOGRAPHER: We're back on
17 video record at 2:46 p.m. This is the
18 beginning of file number two.
19     Q  Mr. Welch, before we went back on
20 the record, your counsel said that you wanted
21 to add something to a previous answer; is that
22 correct?
23     A  Correct. You had asked me earlier
24 about if -- I think whether I knew or whether
25 Tom -- not Tom, Dan was known as a numbers

---

Donovan Reporting, PC                                          770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)        d67c147b-fa51-4604-b79d-1bce43e45890

Andrew J. Welch III          Georgia State Conference of the NAACP, et al vs Kemp          February 8, 2018

23   (Pages 74 to 77)

74

1   guy. And when I was thinking about that when
2   we left, I told Alex, I said, we -- he did put
3   on a seminar.
4          And he was kind of put up as the,
5   as the guru of numbers and analytics. And so
6   I just wanted to make sure I told you that.
7   That's -- I recalled that as we were out.
8      Q    I appreciate that. Let me ask you
9   a couple of follow-up questions --
10     A    Sure.
11     Q    -- about that. When you say he put
12  on a seminar, did he put it on as -- in his
13  role from the Reapportionment Office?
14     A    I don't remember. I just, I just
15  remember him being up there and being his --
16  anyway, being himself.
17     Q    Sure.
18     A    And I recalled that afterwards.
19     Q    Did you attend that seminar?
20     A    I did.
21     Q    Do you recall around when it was?
22     A    I don't. I'm thinking it was very
23  early in my time.
24     Q    Closer -- just was it around the
25  time that the 2015 redistricting was happening

75

1   or before that?
2      A    No, no, no. It was well before
3   that. I'm thinking, but I could be wrong, but
4   I'm thinking it was done where he was
5   explaining to us, probably him -- Jimmy
6   McDonald as the director of that department or
7   office, and him introducing us to, okay, this
8   is what we're going to be doing with the maps
9   in terms of we have to reapportion, this is
10  what federal law requires to follow the
11  constitution, et cetera.
12     Q    So in your recollection, he was
13  discussing the redistricting that was
14  occurring in 2011?
15     A    Yes.
16     Q    Okay. And when you say, and I
17  might not quote you exactly here, but he was
18  put up as the guru of numbers --
19     A    Well, you had asked the -- I think
20  you had asked me that question earlier or
21  something similar to that. And so when I said
22  no, I mean, I didn't know him that way. I
23  recall that actually he had come and done a
24  presentation and espoused numbers about
25  Georgia.

76

1      Q    And you recall in that presentation
2   that he was discussing specific electoral
3   factoids or data about Georgia; is that
4   correct?
5      A    I think he was talking more about
6   the process of the districts and how we have
7   to draw them to comply with the constitutional
8   standard and then the Civil Rights Act.
9      Q    Okay. And in your recollection,
10  has Mr. O'Connor given any other similar
11  presentations after that one that you recall?
12     A    No.
13     Q    Okay.
14     A    No, not that I've been a part of.
15     Q    When did you first become aware
16  that there might be another redistricting
17  happening in 2015?
18     A    I don't know. 2015 sometime.
19     Q    Were, were you having any
20  conversations or aware of other people having
21  conversations about the 2015 -- about a
22  potential redistricting prior to 2015 during
23  the 2014 elections or around that time?
24     A    Not that I recall. I think the
25  discussions that I was involved with were

77

1   early in 2015, so sometime around session
2   starting.
3      Q    And what was your understanding of
4   why a redistricting was going to occur in
5   2015?
6      A    Well, when I -- when I met -- we
7   had a meeting with me; Strickland,
8   Representative Strickland; Representative
9   Rutledge; and Gina Wright. And it was the
10  only meeting that I was a part of that we had
11  pertained to the re -- the reapportionment or
12  redistricting in 2015.
13         And they brought me in to talk
14  about the -- redrawing the map. And Dale was
15  planning on moving, and I think Brian may have
16  been planning on moving in terms of their
17  address, home address, and so they were
18  telling me, look, you know -- Dale was telling
19  me he wanted to move somewhere around
20  Lawrenceville Street in McDonough.
21         And, and so when he said that,
22  well, that put him in my district. And so we
23  had to redraw those lines.
24     Q    Do you recall around when this
25  meeting that you went to was?

Electronically signed by Joel Moyer (501-161-376-4513)                    d67c147b-fa51-4604-b79d-1bce43e45890

---

78

1    A    I would say it was maybe late
2 January.  Yeah.  It could have been early
3 February, but January, February.
4    Q    And it's your testimony that at
5 that meeting it was Brian Strickland,
6 yourself, Dale Rutledge, and Gina Wright; is
7 that correct?
8    A    That's correct.
9    Q    Was Dan O'Connor there?
10   A    No.
11   Q    Was Mr. Strangia there?
12   A    I don't know who that is.
13   Q    Anyone else?
14   A    No, not that I remember, no.
15   Q    And where did this meeting take
16 place?
17   A    In the Apportionment Office.
18 There's a conference room in there.
19   Q    And when -- prior to attending the
20 meeting, when did you first find out this
21 meeting might occur?
22   A    Probably just, you know, a few days
23 before.  I think, I think Dale said, hey, we
24 need to come over to this meeting.  It could
25 have been -- the way things move in the

79

1 session, it could have literally, we're over
2 here, come here.
3    Q    You recall that Dale told you that
4 you needed to come to a meeting about
5 redistricting?
6    A    Uh-huh, yes, sir.  That's what I --
7 I think that's -- it could have been Gina.
8 She could have called, but.
9    Q    And in your recollection, at that
10 meeting the discussion was about where Dale
11 was moving onto Lawrenceville Street; is that
12 correct?
13   A    Yes.  That was part of it.  We
14 talked about that, which is -- well, the --
15 I'm sorry.  I'm distracted.
16        We talked about that, and then we
17 talked about, again, maintaining the
18 percentages in terms of the African-American
19 percentage couldn't deviate.  And so that
20 was -- and I told them, well, you told Gina
21 you do what you're supposed to do.
22   Q    And at the meeting, there's a
23 discussion of Dale moving?
24   A    Uh-huh (affirmative).
25   Q    And was there a discussion of Brian

80

1 moving as well?
2    A    I don't -- I'm not -- I think so,
3 but I don't recall.  But I think that -- I
4 think they were talking about both moving.
5 And I know Brian was moving -- I mean, Dale
6 was moving because he was moving into my, into
7 my area.
8    Q    Okay.  If you just want to point on
9 the map where, if you can, where his -- this
10 is the 2012 district map, where he was
11 planning to move in your area?
12   A    He, he was talking about moving
13 into either right here in the -- there's a
14 here's -- Decatur Street come downs here, and
15 that's the boundary as of -- yeah.  This is
16 the run over cat.  So this is the 2011, looks
17 like, map, so this -- Decatur Street's here.
18        And there's a street, I don't think
19 it's showing up here, but it's called
20 Lawrenceville Street, and it's in this area.
21 And then he was also talking about moving out
22 to this area here, either out here or out
23 McGarity Road.
24        So it was basically in this general
25 geographic area, so portions of McDonough

81

1 Central, which I had, and McDonough, which I
2 had at the time.
3    Q    And so the record's clear,
4 Mr. Rutledge represents District 109; is that
5 correct?
6    A    That's right.  So he was in -- he
7 lived in Lake Haven, so he was moving this
8 way.
9    Q    And he said, I want 109 to come
10 down to encompass where I'm planning on
11 moving.
12   A    Yes.
13   Q    Is that correct?  And it's your
14 testimony that that was discussed and then
15 there was a discussion that the redistricting
16 could not change the percentage of black
17 individuals who lived in those areas or in
18 those districts beyond a certain percentage;
19 is that correct?
20   A    There was a discussion about that.
21 I don't remember the details of it because I
22 had said -- because after Dale told me and
23 then they started talking about going into
24 McDonough, well, that's where my -- that's
25 where my parents live.

---

Andrew J. Welch III          Georgia State Conference of the NAACP, et al vs Kemp          February 8, 2018

25 (Pages 82 to 85)

82

1    So now I'm losing -- anyway, I'm
2  losing my parents and my family, so I was not
3  happy. But they said that's what they wanted
4  to do. And Gina mentioned something about
5  the -- whatever we do with redistricting, we
6  have to comply with the Civil Rights Act, I
7  think it was.
8         And I said, well, that's fine. You
9  do that.
10     Q    Okay. And when you're in this
11  meeting, are you looking at a map in some way
12  of projected potential lines?
13     A    No, there's -- no. At that time, I
14  don't think there was any potential lines
15  other than -- now, he may -- they may, they
16  may have had a map that showed him moving over
17  here because that's probably why I was upset
18  with him about moving into my parents' area.
19     Q    So there was a potential map you
20  were looking at?
21     A    It could have been because they
22  were talking about that area, so there could
23  have been a map.
24     Q    But you don't recall precisely?
25     A    No. It could have also been --

83

1  they have a white -- a drop-down projector
2  screen, I think it was, with a wall. And they
3  were projecting onto the wall with a
4  projection. So it could have been with laser
5  point or something like that.
6     Q    Right. Was there a discussion at
7  that point in this meeting that you recall
8  about different iterations? Do we draw the
9  line here or there?
10     A    No.
11     Q    No?
12     A    Huh-uh (negative).
13     Q    It was just one proposal?
14     A    This was, this was, Andy, is it
15  okay if we take portions of your district so I
16  can move into it?
17     Q    And at this meeting when this
18  discussion was happening and you're looking at
19  determining whether you're looking at
20  potentially moving the 109 down to encompass
21  some of your district, was there any data
22  presented about how that would affect the
23  black populations within those districts?
24     A    No, sir.
25     Q    Was there any data presented about

84

1  how it would present -- affect the partisan
2  breakdown within those districts?
3     A    No, sir. This was all about
4  somebody had to -- somebody wanted to move.
5     Q    And this is in, in your
6  recollection, late January 2015; is that
7  correct?
8     A    Or it could have been early
9  February.
10     Q    And what did you say when Dale told
11  you, I want to move down here?
12     A    I said I wasn't happy because they
13  were talking about cutting my parents out.
14  But I said, if that's what you're planning on
15  doing, and then we'll work it around. And
16  just I told Gina to redraw the lines and let
17  me see what they come up with.
18     Q    And did Gina present you with the
19  redrawn lines at some point?
20     A    Uh-huh (affirmative), later, yeah.
21     Q    Okay. Was that via email or --
22     A    Well, I think it -- I think she
23  came down to the floor actually to say, here's
24  what we're looking at. Sometimes the --
25  sometimes Gina would come down to the floor,

85

1  because when we're some session, it's
2  easier to get -- we don't -- we're in
3  chambers, so it's easier to get us there.
4     Q    So there was this one meeting in
5  late January 2015 where there was a discussion
6  of, of moving some of 109 down to encompass
7  where Mr. Rutledge was potentially going to
8  move?
9     A    Uh-huh (affirmative).
10     Q    And then you recall at some other
11  point Ms. Wright coming to the floor to
12  present a map they were looking at?
13     A    I think so. I don't -- I don't
14  specifically remember, but I'm confident that,
15  that they came and brought a map to me of what
16  they had agreed upon, and then I -- and then I
17  looked at it and approved it.
18         But whether it was on the floor or
19  back in her office -- more than likely it was
20  on the floor because at that point in session,
21  which would have been in February and March,
22  we're going, we're going all out in committee
23  meetings and floor votes.
24     Q    So in your recollection, there was
25  a meeting where maybe a map was shown and --

Donovan Reporting, PC                                        770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                    d67c147b-fa51-4604-b79d-1bce43o45890

Andrew J. Welch III          Georgia State Conference of the NAACP, et al vs Kemp          February 8, 2018

26   (Pages 86 to 89)

---

86

1    or maybe not, and then you were shown the
2    final map for approval?
3        A    I think she had -- I think she had
4    a map up, and I think they were showing -- I
5    think it was shown and they were pointing out
6    an area. But there weren't iterations of it.
7    It was just one, one map.
8        Q    Is the map you were shown in late
9    January in the meeting the same as the final
10   map?
11       A    No, no. It was, it was this map.
12   I mean, it was like -- it wasn't -- it
13   wasn't -- I don't remember there being any
14   lines. I think they were pointing out, hey,
15   we want to move in this area.
16       Q    So the record -- so in your
17   recollection, in the late January meeting you
18   were shown a map of the House districts as
19   they existed in 2012?
20       A    That's my recollection is that it
21   was, it was this map projected and they're
22   talking about where they wanted to move.
23       Q    And so there was a discussion and
24   meeting to move the 109 down somewhat to
25   encompass this street where Mr. Rutledge might

---

87

1    move to?
2        A    That street and another geographic
3    area.
4        Q    And was there any discussion of,
5    well, if we move that down, what else do we
6    need to do?
7        A    Only Gina said we would have to --
8    when we move one line, you have to reconfigure
9    the other lines.
10       Q    And you don't recall any data being
11   presented at that meeting --
12       A    No, no.
13       Q    -- in any respect?
14       A    No data. It was all about the map
15   and where he wanted to move.
16       Q    And the next time you saw -- the
17   only time in your recollection that you saw a
18   map during this process was when it was the
19   final map that would be voted on?
20       A    Yes, yes.
21       Q    So in your recollection, you never
22   saw a different iteration of the 2015 map?
23       A    No, no.
24       Q    Did you ever look at or see racial
25   demographics of how the 2015 change would

---

88

1    affect your district?
2        A    No, sir.
3        Q    When the 2015 redistricting was
4    being discussed, did you have any concerns
5    that the 2012 map violated any state or
6    federal laws?
7        A    No.
8        Q    Did you have any concerns that the
9    2012 map had any technical mistakes or errors
10   that affected your district?
11       A    No, no. And I'm sorry. Earlier I
12   testified the 2011 map, so we're talking about
13   2012 map. Because we did it in 2011, I think,
14   special session, so, so, I'm sorry.
15       Q    Understood. Understood.
16       A    Yeah.
17       Q    Did you have any concerns that the
18   2012 map was unfair to any racial or ethnic
19   minority groups?
20       A    No.
21       Q    Did you have a concern that the
22   2012 map unduly split voting precincts or
23   counties?
24       A    No.
25       Q    Did you have any concern that the

---

89

1    2012 map didn't sufficiently keep together
2    communities of interest?
3        A    No. I thought it did very well.
4    You should have seen the maps before. You
5    should have seen the ones that the federal
6    judge threw out.
7        Q    What was your understanding as to
8    the role of the Reapportionment Office during
9    the 2015 redistricting process?
10       A    The 2015?
11       Q    Yes.
12       A    Oh. I didn't -- I didn't know they
13   had a role. Just when -- I think when the,
14   when the process was -- the way I remember it
15   was the process was that if you wanted to
16   change your district lines, then you have to
17   have the consent of those around you that
18   you're impacting and the -- and use the
19   Apportionment Office to define those lines.
20           But I wasn't trying to change my
21   lines.
22       Q    Were you told that by someone?
23       A    Probably Gina. It could have been,
24   it could have been Chairman Nix, but I --
25           (Whereupon a document was identified as

---

Donovan Reporting, PC                                          770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)          d67c147b-fa51-4604-b79d-1bce43e45890

90

1    Plaintiff's Exhibit 153.)
2    Q    I'm going to show you -- hand you
3    what's been marked as Plaintiff's Exhibit 153.
4    A    Yes, sir.
5    Q    And I'll go ahead and tell you
6    you're not on this email, but I want to ask
7    you some questions about it, so if you just
8    want to take a second and look it over.
9    A    Yeah, because -- okay.  Okay.
10   Q    This appears to be an email thread
11   between Gina Wright, Dale Rutledge, and Dan
12   O'Connor; is that correct?
13   A    Yes.  Yes, sir, it does.
14   Q    And if we look at the bottom email,
15   this is a November 14th, 2014, email from Dale
16   Rutledge to Dan O'Connor and Gina Wright; is
17   that correct?
18   A    That is correct.
19   Q    And in that email, Mr. Rutledge
20   asks Gina to pull -- Gina and Dan to pull
21   reports that share voting numbers for his
22   District, 109, along with Brian's, 111, and
23   Andy's in 109.  Do you see that?
24   A    Yes, but I wasn't in 109.
25   Q    Do you think that's a mistake and

91

1    he meant to say 110 there?
2    A    You'd have to ask him.
3    Q    Because he is 109; is that correct?
4    A    Correct.
5    Q    Right.  So --
6    A    So maybe that's because he was
7    thinking about drawing into my district.
8    Q    He was already thinking it might be
9    the 109?
10   A    Yeah, yeah.
11   Q    Why do you think -- well, let me --
12   let's go on.
13        And then Dale says he would just
14   like to compare the 2010 results with this
15   year's results demographically, total votes,
16   where the votes came from, and the percentage
17   of change in Republican versus Democratic
18   voters.  Do you see that?
19   A    I do.
20   Q    And then if we skip up to the email
21   that Gina sends back?
22   A    Yes.
23   Q    She initially says that they don't
24   have the data he's requesting yet; is that
25   correct?

92

1    A    That's what it says, yes, sir.
2    Q    And if you look at the second
3    paragraph, she says, "I've spoken with Brian
4    lately, and I know you are all anxious to look
5    these numbers over."  Do you see that?
6    A    I do.
7    Q    Based on these emails, does it look
8    like Dale was looking, thinking about the
9    redistricting process in November of 2014?
10   A    I mean, you'd have to ask him when
11   he was, but the email says November 20 --
12   November 14th, 2014.
13   Q    And he's asking for numbers
14   including demographic numbers and Republican
15   versus Democrat numbers for his district,
16   Brian -- Mr. Strickland's district, and your
17   district; is that correct?
18   A    No.  He's asking them for Brian's
19   and the 109.
20   Q    You don't think it's a mistake when
21   he says Andy and 109?
22   A    Oh, it may be.  I don't know.
23   Maybe.  It could be.
24   Q    It's at least possible he's asking
25   for these numbers related to his district, the

93

1    109; Brian's, the 111; and your district?
2    A    That's a possible reading of this,
3    yeah.
4    Q    Had you had a discussion around
5    this time period with either Brian or Dale
6    about the 2014 election and the need to
7    redistrict?
8    A    I don't recall having a discussion
9    about that with them until we got into
10   session.
11   Q    And then in the top email from
12   Gina, she said that she's spoken with Brian
13   lately and she knows you are all anxious to
14   look these numbers over.
15        Were you at that time anxious to
16   look over the numbers that Dale was
17   requesting?
18   A    No.
19   Q    No?  Do you have a sense why Brian,
20   Mr. Strickland, would have been anxious to
21   look over those numbers?
22   A    No.
23   Q    If, if Mr. Rutledge's reason for
24   wanting to redistrict was related solely to
25   where he was planning to move, why would he

Andrew J. Welch III          Georgia State Conference of the NAACP, et al vs Kemp          February 8, 2018

28 (Pages 94 to 97)

94

1  need the data that he's requesting here?
2      A   I don't know.  You'd have to ask
3  Gina because I would presume that there's some
4  parameters that they have to fall in, in order
5  to still be compliant, so.
6          MR. CLANCY:  Okay.  Sorry.  Can we
7  go off the record for one second?
8          THE VIDEOGRAPHER:  Sure.  Going off
9  the record at 3:08 p.m.
10         (Proceedings in recess, 3:08 p.m to
11         3:10 p.m.)
12         THE VIDEOGRAPHER:  We're back on
13  video record at 3:10 p.m.
14         (Whereupon a document was identified as
15         Plaintiff's Exhibit 189.)
16     Q   I'm going to hand you what's been
17  marked as Plaintiff's Exhibit 189.
18     A   Thank you.
19     Q   One more copy.  Again, I'll
20  represent that you're not on this email, but
21  I'll -- I'm going to ask you some questions
22  about it, so if you want to take a minute and
23  look it over.
24     A   Okay.  Thank you.  Yes, sir.
25     Q   This is -- appears to be an email

95

1  from Mr. O'Connor to Spiro Amburn dated
2  Friday, December 19th, 2014; is that correct?
3      A   That's correct.
4      Q   Do you know who Spiro Amburn is?
5      A   Yes.  He's the Speaker's chief of
6  staff.
7      Q   And do you see in the first
8  paragraph where Mr. O'Connor states that he's
9  discussing Henry County, states,
10  "Representative Strickland represents just a
11  portion of the county, but his district is
12  pretty representative of the county overall"?
13     A   That's wrong.
14     Q   And why is that wrong?
15     A   Well, because Rep. Strickland's
16  district is entirely within Henry County.
17     Q   But it -- his district is within
18  Henry County, but he doesn't represent all of
19  Henry County; is that correct?
20     A   Oh, yeah.  I see what you're
21  saying.  Yeah, okay.  I could -- I see.
22     Q   All right.  Do you think his
23  district is pretty representative of Henry
24  County overall?
25     A   Do I?

96

1      Q   Uh-huh (affirmative).
2      A   Presently today?  I don't know.
3      Q   In 2014, when this is written,
4  before the redistricting, was --
5      A   Not -- I mean, not according to the
6  email.  There's differences within all the
7  districts of the county, so it would vary
8  over -- vary, so no.
9      Q   And then if you continue on, it
10  states that Henry County -- Henry's no longer
11  a red county, but rather purple, trending
12  Democratic.
13     A   Yes, it says that.
14     Q   In 2014, do you think that
15  statement was correct?
16     A   That's Dan's opinion.  I don't
17  know.
18     Q   Would you agree with that opinion?
19     A   No.
20     Q   Okay.  Would -- in 2014, did you
21  think Henry was a red county?
22     A   I would think so, yeah.
23     Q   And then if you look at the third
24  paragraph, it says, "Gina and I are set to
25  meet with Representative Strickland at 10:00

97

1  this Monday, the 22nd, if you want to stop
2  by."
3      A   Okay.
4      Q   And this email was written on
5  December 19th, 2014.  So do you think it's
6  fair to say that the 22nd is December 22nd?
7      A   I -- probably so.
8      Q   Were you aware of that meeting?
9      A   I don't recall that meeting.
10     Q   Do you know why Representative
11  Strickland would be meeting with Dan and Gina
12  from the Reapportionment Office in late 2014?
13     A   No.
14     Q   Were you aware of any -- do you
15  ever have discussions with Representative
16  Strickland in late 2014 about potentially
17  redistricting his district?
18     A   I could have, I mean, but not --
19  not that I recall with any specificity.
20     Q   Did Representative Strickland after
21  the 2014 election ever express a concern to
22  you that the election was too close?
23     A   His district's always been tight.
24  So, yeah, I'm sure he probably was concerned
25  about it because it -- he should have been

Donovan Reporting, PC                                           770.499.7499

Andrew J. Welch III          Georgia State Conference of the NAACP, et al vs Kemp          February 8, 2018

98

1  concerned about it when he first ran.  That
2  district was drawn -- and so these numbers
3  aren't at all surprising to me, whether it's
4  20 -- frankly, 2012 or 2014 because he --
5  because that district was, was kind of a 50-50
6  district to begin with.
7      Q   Did Representative Strickland ever
8  express to you during either in late 2014 or
9  2015 during the redistricting process that he
10  wanted to redistrict 111 to make it safer for
11  him?
12      A   No, but I know he was concerned
13  about having to keep running in such a tight
14  district.
15      Q   Did you ever offer in the
16  redistricting process to give up some of your
17  district to make 111 safer for Representative
18  Strickland?
19      A   When we met that time in the
20  meeting room, I told him that they needed to
21  do what they needed to do to adjust for Dale,
22  and if that swung any, if that swung any of my
23  district over to Brian's, they could do that.
24      Now, whether they were, you know,
25  beyond that --

99

1      Q   And why would you suggest swinging
2  some over to Mr. Strickland's district?
3      A   Because Brian was talking about --
4  because I think he was talking about moving as
5  well.  He's down in the Lowes precinct.  He's
6  further south.
7      Q   But the --
8      A   He was talking about moving into
9  McDonough.
10      Q   But it's your recollection that
11  that discussion did not concern making the
12  district safer for him to run in?
13      A   I know we could not -- obviously,
14  we weren't making it -- we weren't going to
15  make it unsafe.  So what I recall is it had to
16  stay essentially flat.  If it had a margin
17  higher, then that's okay.  If it had a margin
18  lower, we certainly wouldn't want that.
19      Q   But it's -- just to be clear, you
20  don't recall offering some of your district to
21  Mr. Strickland's district for the specific
22  purpose of making it safer for him to run in
23  111?
24      A   It's correct.
25      Q   It's correct that you don't recall

100

1  that?
2      A   That's right.
3      Q   Would it surprise you if Gina
4  Wright testified that you had offered some of
5  your district up to make it safer for
6  Mr. Strickland to run?
7      A   If he needed some of that to -- if
8  she had to go through and organize it for
9  his -- so that it wouldn't be lower and make
10  it a Democratic-leaning district, then, yeah,
11  I think I would have done that.
12      Q   So it's your testimony that the
13  primary reason you -- Mr. Strickland,
14  Mr. Rutledge, and you were looking to
15  redistrict these three counties was related to
16  where they were intending to move.
17      And secondarily in making those
18  changes, you wanted to ensure that they did
19  not make it less safe --
20      A   That's right.
21      Q   -- for people running?
22      A   I mean, the -- when they contacted
23  me about moving into my district, it was
24  about, okay, we're going to move into your
25  district.  Why are you moving into my

101

1  district?  Well, Dale wants to relocate.  And
2  I think Brian wanted to relocate up into
3  McDonough.
4      So when we met, you know, we didn't
5  want to make it less safe, so I told her to,
6  you know, to make it work within the
7  parameters that they have.  But if they've got
8  to move my stuff around, then just don't,
9  don't hurt Brian.
10      Q   Do you recall Mr. Strickland
11  expressing a preference that there be -- that
12  the 111 be redistricted to accommodate his
13  desire to move?
14      A   No, I don't.  But I do know he was
15  concerned about his numbers.
16      (Whereupon a document was identified as
17      Plaintiff's Exhibit 185.)
18      Q   I'm going to hand you what's been
19  marked as Plaintiff's Exhibit 185.  I think I
20  only have three copies of this, unfortunately.
21      A   I'm sorry.  Go ahead.
22      Q   No worries.  If you want to just
23  take a look at the email.
24      A   Yes, sir.  Okay.
25      Q   And this appears to be an

102

1    email from Mr. O'Connor to an individual
2    with the email address
3    mroundtree@landmarkcommunications.net; is
4    that correct?
5        A    That's correct.
6        Q    Do you know someone by that
7    mrountree? Mark Rountree?
8        A    Mark Rountree, yes.
9        Q    Who is that?
10       A    Mark Rountree does polling for and
11   as the, I think the principal owner of
12   Landmark Communications.
13       Q    And this email is dated November
14   3rd, 2014; is that correct?
15       A    Yes.
16       Q    I want to draw your attention to I
17   suppose the fourth paragraph, the third
18   indented paragraph.
19       A    Okay. "On the south side"?
20       Q    That's correct. So the first
21   sentence states, "On the south side, the
22   Clayton effect is being felt in adjoining
23   Henry County."
24       My first question for you is: Do
25   you know what the Clayton effect is?

103

1        A    No.
2        Q    Clayton is a neighboring town or
3    city; is that correct?
4        A    County.
5        Q    County. A neighboring county?
6        A    There's a Clayton County.
7        Q    Yeah. If he was referring to
8    Clayton County, do you know what the Clayton
9    effect might be?
10       A    Could be that people were moving
11   out of Clayton into Henry because that was --
12   their school system had lost its
13   accreditation.
14       Q    The Clayton school system had lost
15   its accreditation?
16       A    Yes.
17       Q    And to your knowledge, did that
18   cause a lot of individuals to leave from
19   Clayton County?
20       A    I would think so. I don't know how
21   many. I don't know where they went, but.
22       Q    And then the second sentence says,
23   "Henry now has slightly fewer registered white
24   voters than ten years ago and is now less than
25   50 percent white in voter registration." Is

104

1    that your understanding as well?
2        A    That's what this says. I don't
3    know that to be true or false.
4        Q    Does that -- do you have any reason
5    to dispute that?
6        A    No, I don't have any reason, no.
7        Q    Does that comport with -- do you
8    have a general knowledge of the voting racial
9    demographics in Henry County and how they have
10   changed over time?
11       A    No. I mean, I think we -- we are
12   getting, I mean, based upon the emails you've
13   just shown me, it looks like we're getting
14   more and more Democratic.
15       Q    And what do you mean by Democratic?
16       A    That's what they said.
17       Q    More, more Democrats are in Henry?
18       A    Uh-huh (affirmative).
19       Q    But with respect to white --
20       A    Or I should say more people -- in
21   those past elections, more people voted
22   Democratic than Republican. I don't know
23   whether they moved in or --
24       MR. KHOURY: I don't know what that
25   is. Do we need to stop for a second, see if

105

1    we can figure that out?
2        MR. CLANCY: We can go off the
3    record for a second.
4        THE VIDEOGRAPHER: Going off the
5    record.
6        (Proceedings in recess, 3:23 p.m. to
7    3:25 p.m.)
8        THE VIDEOGRAPHER: Back on video
9    record at 3:25 p.m.
10       Q    Okay. Mr. Welch, we were looking
11   at Plaintiff's Exhibit 185.
12       A    Yes, sir.
13       Q    And I believe we had just discussed
14   the sentence referring to the number of white
15   registered voters in Henry County and how
16   that's changed over ten years. And then if we
17   look at the next sentence, it says, "Black
18   registration, only about 6,000" in the year --
19   "in 2000, is now nearly 43,000." Do you see
20   that?
21       A    Yes, I do.
22       Q    Does that -- you don't have
23   knowledge of these specific numbers; is that
24   correct?
25       A    That's correct.

Electronically signed by Joel Moyer (501-161-376-4513)                    d67c147b-fa51-4604-b79d-1bce43e45890

Andrew J. Welch III          Georgia State Conference of the NAACP, et al vs Kemp          February 8, 2018

31 (Pages 106 to 109)

106

1    Q    But is it your understanding that
2  the number of black registered voters in Henry
3  County has increased since the year 2000?
4    A    It would appear so, yes, sir.
5    Q    Is that also your understanding?
6    A    I haven't actually tried to look at
7  it and study it. But, yeah, I think that's
8  probably true.
9    Q    Assuming that what Mr. O'Connor
10 represents here is correct --
11   A    It's an assumption, yeah.
12   Q    But assuming --
13   A    Okay.
14   Q    -- assuming that it is correct --
15   A    Okay.
16   Q    -- if the number of --
17   A    And I didn't mean that about you.
18 I meant that about Dan.
19   Q    I understand.
20   A    Okay.
21   Q    I understand. If the number of
22 white registered voters in Henry County had
23 stayed flat and black registration had
24 increased over time --
25   A    Say that again.

107

1    Q    Assuming, as Mr. O'Connor writes
2  here, that in Henry County over time the
3  number of white registered voters had stayed
4  roughly flat and the number of black
5  registered voters has increased --
6    A    Increased.
7    Q    -- over time --
8    A    Yes, sir.
9    Q    -- would it be fair to draw the
10 assumption that Henry County had become more
11 Democratic over that period of time?
12   A    I don't think so. I mean, you're
13 assuming that all African-Americans vote one
14 way.
15   Q    Well --
16   A    I wouldn't think so. And then I
17 don't know that it takes into account, you
18 know, efforts to register people that had not
19 registered or fell off the rolls.
20   Q    Earlier we had discussed and I
21 think you had said that statistically
22 African-Americans in Henry County tended to
23 vote Democratic; is that correct?
24   A    Yes.
25   Q    So if there's an increase in the

108

1  number of African-Americans registered to vote
2  in Henry County, would that tend to correlate
3  with an increase in Democrat -- Democratic
4  votes?
5    A    Well, it depends on, in my mind, it
6  depends on -- just because you have more
7  African-Americans moving in, there's also an
8  offset of how many of those are voting
9  Republican. So, I mean, I would assume that
10 the more numbers --
11        And that's assuming also how many
12 are moving in versus how many are registered,
13 because they could have already been there and
14 nobody's -- and they haven't registered or
15 fallen off the rolls.
16   Q    Well, we're talking specifically
17 about the number of registered
18 African-American voters in Henry County.
19   A    Uh-huh (affirmative).
20   Q    As that increases, would you expect
21 to see the number of Henry County to become
22 more Democratic?
23   A    Probably.
24      (Whereupon a document was identified as
25 Plaintiff's Exhibit 123.)

109

1    Q    I'm going to hand you what's been
2  marked as Plaintiff's Exhibit 123.
3    A    Okay.
4    Q    I'm not going to ask you about the
5  tables.
6    A    Okay.
7    Q    But feel --
8    A    I'm sorry.
9    Q    -- free to look them.
10   A    Okay.
11   Q    You're welcome to look through it,
12 but.
13   A    I didn't look at the last one. I
14 was trying to know it all, know what I was
15 looking at. Okay. Let's see. I'll read the
16 email.
17        Okay. Yes, sir.
18   Q    And this is an email from Dan
19 O'Connor to Jan Jones dated February 27th,
20 2015; is that correct?
21   A    That is correct.
22   Q    And who's Jan Jones?
23   A    She's Speaker Pro Tem.
24   Q    And was she Speaker Pro Tem at the
25 date of this email?

Donovan Reporting, PC                                              770.499.7499

Andrew J. Welch III          Georgia State Conference of the NAACP, et al vs Kemp          February 8, 2018

32 (Pages 110 to 113)

110

1    A    It is, but, I mean, I'm assuming
2  that's her email address, so there -- I'm
3  assuming this is Jan Jones, the Speaker Pro
4  Tem, as opposed to some other Jan Jones.
5    Q    And the email is addressed, Hi
6  Madame Pro Tem; is that correct?
7    A    Yes.
8    Q    Yeah.
9    A    Yeah.  Sorry.  I skipped over that.
10    Q    No worries.
11    A    So that's Jan Jones.
12    Q    Yeah.
13    A    At 38.
14    Q    Okay.  Who was Speaker Pro Tem at
15  the time?
16    A    That's correct.  Yes, sir.
17    Q    And then if we look at the second
18  paragraph --
19    A    Yes.
20    Q    -- it states --
21    A    "Of the four districts"?
22    Q    Yes, exactly.  States in the second
23  sentence, states, "Representative Chandler's
24  district is 47 percent white, Strickland's 48,
25  and Greene's 44 percent.  All four members

111

1  represent districts that are at least 35
2  percent black in voter registration."
3        And then there's a parenthetical
4  comment.  And then the final sentence is,
5  "Generally, once a district gets in the 30 to
6  35 percent black range, it becomes more of a
7  target for Democrats."
8        I guess to ask you a first
9  question, does, does -- do you have any reason
10  to dispute Dan O'Connor's representation that
11  Strickland's district was about 48 percent
12  white?
13    A    I don't know.
14    Q    Do you have any reason --
15    A    Yeah, I don't know.
16    Q    Do you have any reason to dispute
17  the fact that his district was at least 35
18  percent black in voter registration?
19    A    I don't know that either.  I know
20  that all -- what I know about his district was
21  that it was very close in terms of being split
22  between Dems and Republicans when the district
23  was created, so.
24    Q    Do you have any reason to -- would
25  it surprise you if his district was at least

112

1  35 percent black in voter registration?
2    A    No.
3    Q    And in this last sentence,
4  Mr. O'Connor writes, "Generally, once a
5  district gets in the 30 to 35 percent black
6  range, it becomes more of a target for
7  Democrats."  Do you think that's true?
8    A    I don't know.  I don't know what
9  they -- how they decide to target.
10    Q    Okay.
11    A    But I think they would be making a
12  mistake in Henry County.
13    Q    And why is that?
14    A    Because, I mean, they're presuming.
15  The presumption in here, Dan is clearly
16  presuming that just because some -- in this
17  case that if you're African-American that
18  you're going to vote Democratic, but that's --
19  we don't have that.
20        I mean, that's not true in Henry
21  County.  I mean, that's just a -- it's just a
22  stereotype that -- anyway.
23    Q    But that --
24    A    I don't --
25    Q    -- appears to be Dan's assumption

113

1  in this email?
2    A    I don't like it, but, yes, yeah.
3    Q    And Dan works in the
4  Reapportionment Office; is that correct?
5    A    I don't know if he still does or
6  not, but as of this time I think so.
7        (Whereupon a document was identified as
8        Plaintiff's Exhibit 93.)
9    Q    I'm going to hand to you what's
10  been marked as Plaintiff's Exhibit 93.
11    A    Okay.  Yeah.  Yes.
12    Q    And does appear to be a summation
13  of House Bill 566?
14    A    Yes, sir.  I mean, yes, it is.  It
15  has a final summary on it or the first reader
16  summary.
17    Q    Uh-huh (affirmative).  And House
18  Bill 566 is the redistricting bill from 2015;
19  is that correct, to your understanding?
20    A    Yes.  I believe so, yeah.
21    Q    And I want to --
22    A    Yes, sir.
23    Q    -- draw your attention to the field
24  called Status History.  Do you see that?
25    A    Yes.

Electronically signed by Joel Moyer (501-161-376-4513)                    d67c147b-fa51-4604-b79d-1bce43e45890

Andrew J. Welch III        Georgia State Conference of the NAACP, et al vs Kemp        February 8, 2018

33 (Pages 114 to 117)

114

1    Q    And then if we look down to the
2  bottom two lines on March 5th, 2015, there are
3  two entries.  One entry is called a house
4  hopper, and the other entry is called house
5  first readers?
6    A    Correct.
7    Q    What does house hopper mean?
8    A    That's -- it's the -- I think it's
9  physically the basket in which the -- you hand
10  the bill to the clerk, and I think it's at
11  that time entered as being in the house hopper
12  from much older days when you had a basket or
13  a box that it was placed in.
14    Q    And does that mean, once it's in
15  the hopper, does that mean anyone can come
16  look at it, read it?
17    A    Yes.
18    Q    And what does house first readers
19  mean?
20    A    The same day the bill is presented
21  to the clerk, if we have not adjourned, there
22  will -- the clerk will read the caption of the
23  bill into the record.
24    Q    So in your recollection, prior to
25  March 5th had you seen the map as it was going

115

1  to be drawn?
2    A    I think so, yes, sir.  I mean, my
3  recollection was that, and I'm not sure, I
4  don't remember exactly who, but I would have
5  been asked, and I'm sure I was asked, to -- am
6  I okay with this map.
7    Q    And was it your understanding that
8  anyone whose district that was affected had to
9  say they were okay with the map?
10    A    That's correct.
11    Q    And you had some reservations about
12  the map; is that correct, in terms of how it
13  cut into your district?
14    A    Just because they were messing with
15  me.
16    Q    And --
17    A    They were, you know -- just, yeah,
18  because my parents live up in the McDonough
19  area, so.
20    Q    And why, despite the fact that you
21  didn't like how it was being drawn in terms of
22  cutting off where your parents lived, et
23  cetera, did you say that that was okay?
24    A    Oh, well, I mean, because Dale had
25  asked.  And as long as it wasn't affecting our

116

1  numbers in terms of my percentages of
2  Republicans-Democrats, I didn't --
3    Q    And were you presented with data
4  that showed you it wouldn't affect your
5  percentages of Republicans or Democrats?
6    A    I told Gina at that meeting that
7  that's what I wanted.
8    Q    And you just assumed that was --
9    A    No.  And either Gina who present --
10  showed it to me on the floor, or I'm sure she
11  came back and talked to me about it.  I mean,
12  my memory is that Gina came to me on the floor
13  and said, this is the map.
14      And my question would have been,
15  does it impact me in terms of my numbers,
16  Republicans-Democrats?  The answer would have
17  been no or only slightly, and then that's
18  okay.
19    MR. CLANCY:  Okay.  Can we go off
20  the record for one second?
21    THE VIDEOGRAPHER:  Going off the
22  record at 3:37 p.m.
23    (Whereupon off-the-record discussions
24  ensued.)
25    THE VIDEOGRAPHER:  Back on video

117

1  record at 3:38 p.m.
2    (Whereupon a document was identified as
3  Plaintiff's Exhibit 6.)
4    Q    Mr. Welch, we've changed maps, and
5  this is Plaintiff's Exhibit 6, I believe.
6  Does this look to you to be the map that was
7  passed in 2015?
8    A    Yes.
9    Q    And can you go ahead and just show
10  us how your district changed as a result of
11  this redistricting?
12    A    Let's see.  Well, off the bat, the
13  Lawrenceville Street was added, so they took
14  all of -- it looks like this here is the
15  Lawrenceville Street right there.  And then
16  Brian's district, I guess this was 1, yeah,
17  111, the purplish color, moved in and moved
18  into McDonough.
19      And then Dale's district came down
20  to Lawrenceville Street and went -- and
21  that's -- and I don't know how else he
22  changed, but that impacted me there.
23      He took -- sorry.  He took
24  McDonough Central, so that was -- I had that
25  before, this half of it, so that northern half

Electronically signed by Joel Moyer (501-161-376-4513)                d67c147b-fa51-4604-b79d-1bce43e45890

118

1  there. And then Brian came over and took
2  McDonough and that. And, and I think my
3  district used to come all the way down here.
4  So, yeah, it was all of Tussahaw.
5      Q    You used to have all of Tussahaw?
6      A    I used to have all of Tussahaw.
7      Q    And is it your understanding that
8  Tussahaw is now split?
9      A    That's correct.
10     Q    And earlier we had discussed that
11  both Mr. Rutledge and Mr. Strickland were
12  thinking about moving. And I believe you said
13  Mr. Rutledge was thinking about moving to the
14  Lawrenceville Street.
15         And is that that very small dip of
16  109 that comes down there?
17     A    Well, he, he was talking about --
18  he talked about a couple of places,
19  Lawrenceville Street out -- and out McGarity
20  Road, which is out here. So, yes, right there
21  is -- this is -- yes.
22         This, Decatur Street comes down,
23  hits Lawrenceville Street, which goes back out
24  to Covington Street which runs, which is this
25  boundary here, and goes north.

119

1      Q    And some of the other, you said --
2  you just testified that he was thinking about
3  moving to other areas in McDonough --
4      A    Yes.
5      Q    -- that appear to be part of the
6  111 now; is that correct?
7      A    Yes. That's right. In fact, when
8  we met, he was talking about this, some
9  McDonough Central area or in the McDonough
10  area because he has a friend that lives out on
11  McGarity Road.
12     Q    So not all areas that Mr. Rutledge
13  was thinking about moving to were redistricted
14  to the 109; is that correct?
15     A    That's correct.
16     Q    And where did you testify that
17  Mr. Strickland was thinking about moving to?
18     A    McDonough area.
19     Q    The McDonough area generally?
20     A    I don't, I don't remember exactly
21  where he was going.
22     Q    And so the McDonough area that is
23  now part of the 111, Mr. Strickland -- that
24  would part of Mr. Strickland's district now;
25  is that correct?

120

1      A    That's correct.
2      Q    And below with the split of
3  Tussahaw, why, why was Tussahaw split?
4      A    I don't know.
5      Q    You have no understanding of why
6  that was split?
7      A    Only that when -- going back to
8  maintain the numbers, the percentages in terms
9  of not adversely affecting the percentage
10  Democrat-Republican, that they would have to
11  redo and -- redo the lines. But, no, I
12  don't -- I didn't get into the details with
13  Gina about it.
14     Q    And speaking about -- let's talk
15  about McDonough for a little bit. McDonough
16  is currently split between the 109, and you
17  have some of it still; is that correct?
18     A    The precinct's not, but the city
19  is, yes, sir. It's split between all three of
20  us.
21     Q    And the precinct is not split now;
22  is that correct?
23     A    McDonough precinct is not. See?
24     Q    Okay.
25     A    It's solid.

121

1      Q    And the Tussahaw precinct, though,
2  is split now; is that correct?
3      A    That's correct, yes.
4      Q    Yeah. And you -- it's your
5  testimony that you have -- you were not
6  involved in determining how or whether to
7  split Tussahaw, the Tussahaw precinct?
8      A    That's correct.
9      Q    What are the, what are the partisan
10  demographics of Tussahaw?
11     A    It's Republican.
12     Q    What are the racial demographics --
13     A    I don't know.
14     Q    -- demographics of Tussahaw?
15     A    I don't know.
16     Q    You have no sense?
17     A    Huh-uh (negative).
18     Q    But Tussahaw is over --
19     A    Now, I would assume there's --
20  there are more whites than blacks in the
21  Tussahaw district.
22     Q    And why would you assume that?
23     A    I mean, my assumption is because I
24  live there, and so I have -- I have
25  African-American neighbors, but most of my

Andrew J. Welch III          Georgia State Conference of the NAACP, et al vs Kemp          February 8, 2018

35 (Pages 122 to 125)

122

1    neighbors are white.
2        Q    You reside in the Tussahaw
3    district?
4        A    Yes, sir.  Right down here is --
5    this is Peaksville Road here.
6        Q    And is the portion of the Tussahaw
7    district that is part of the 111 now, would
8    you believe that is also a predominantly white
9    portion of Tussahaw?
10       A    It's probably majority white, yes,
11   but it's mixed.  Through -- this area is mixed
12   population.  And Henry County has a, at least
13   where I could -- my area, this area here is
14   very -- is a mixed population.  So you may
15   have an African-American living in -- next to
16   a white and a white, African-American, and
17   then -- so it's a mixed community.
18       Q    And --
19       A    It's more kind of agricultural or,
20   you know, larger lot, horse farm.  People have
21   horse farms or are in construction business
22   and they'll have that kind of equipment.
23       (Whereupon a document was identified as
24   Plaintiff's Exhibit 328.)
25       Q    Okay.  Go ahead and mark this

123

1    Plaintiff's Exhibit 328.
2        A    Yes, sir.  Yes, sir.
3        Q    Now, the top of this email is an
4    email from April Pair to yourself dated
5    Friday, March 6; is that correct?
6        A    That's correct, yes.
7        Q    And it appears that she's
8    forwarding you an email; is that right?
9        A    That's right.
10       Q    Okay.  And so I want to pay
11   attention to the second email, and that
12   appears to be an email from Mr. O'Connor to
13   you dated March 5th, 2015; is that correct?
14       A    That's correct.
15       Q    And at the top, it states,
16   "Rep. Welch, following up from our phone
17   conversation yesterday, attached are some data
18   that might be of interest."  Do you recall
19   having a phone conversation with Mr. O'Connor
20   on March 4th, 2015?
21       A    No, sir.
22       Q    Do you know why you might have been
23   calling Mr. O'Connor around March 4th, 2015?
24       A    I would not intentionally call Dan.
25       Q    But it appears that you had a phone

124

1    conversation with him; is that correct?
2        A    It appears he's saying that.
3        Q    You have no recollection of that
4    conversation?
5        A    No, sir.
6        Q    And the second line says, "In this
7    email, will focus on Henry County overall and
8    then data on district in subsequent one this
9    morning."  Do you see that?
10       A    I'm sorry.  Say it again.  What
11   line?
12       Q    The second line, "In this email,
13   will focus on Henry County overall" --
14       A    Yes.
15       Q    -- "and then data on district in
16   subsequent one this morning"?
17       A    Uh-huh (affirmative).
18       Q    And he then says, "In this email, I
19   have attached precinct returns for Henry from
20   2012 president and 2014 US Senate and the
21   county's registration data going back to 2000
22   by race."  Is that correct?
23       A    That's correct.
24       Q    Had you asked Mr. O'Connor or
25   anyone in the Redistricting Office to send you

125

1    precinct returns for Henry in the 2012
2    presidential election and 2014 US Senate race?
3        A    No, sir.
4        Q    Had you asked for the county's
5    voter registration data going back to 2000 by
6    race?
7        A    No, sir.
8        Q    Do you have any idea --
9        A    Not that I recall.  I mean, it's
10   obviously certainly possible, but I -- and the
11   email also says this went in my junk box,
12   which wouldn't surprise me.
13       Q    We'll get to that.  We'll discuss
14   that in a second.
15       A    Okay.
16       Q    Do you know why Mr. O'Connor would
17   be sending you this information?
18       A    No.
19       Q    But this does appear to be --
20       A    It's an email.  I mean, it's
21   clearly an email from Dan to me with this
22   information.  I mean, and we -- and I
23   certainly obviously had it in my email
24   accounts.
25       Q    And the email from Dan to you is

Donovan Reporting, PC                                    770.499.7499

Andrew J. Welch III          Georgia State Conference of the NAACP, et al vs Kemp          February 8, 2018

36 (Pages 126 to 129)

126

1    occurring on March 5th, 2015, which is the
2    same day as the bill was put to the house
3    hopper and first readers; is that correct?
4        A   Yes, that's right, uh-huh,
5    according to this, the Plaintiff's Exhibit 93,
6    yes, sir.
7        Q   And moving further down in the
8    email --
9        A   Yes, sir.
10       Q   -- do you see the paragraph that
11   starts with, "Over ten-year period"?
12       A   I do.
13       Q   That says, "Over ten-year period
14   (November of 2004 to October 2014) white voter
15   registration in Henry basically remained flat,
16   59,387 in November of 2004 to 58,840 last
17   October, while black registration more than
18   doubled from 18,252 to 43,786."
19       A   Yes.
20       Q   Do you see that?
21       A   I do, yes, sir.
22       Q   And then the next line says, "In
23   November of 2004, Henry was 22 black percent
24   and 73 percent white in voter registration
25   (remainder Asian, Hispanic, and others).  Last

127

1    October the county was 37 percent black, 49
2    percent white, and 14 percent others in voter
3    registration."  Do you see that?
4        A   I do, yes, sir.
5        Q   And it's your testimony that you
6    had not requested this data from Dan; is that
7    correct?
8        A   Yes.  And this may have been him
9    sending out information to us about the time
10   that these maps were being put out.
11       Q   And why do you think Dan was
12   sending you information about the changing
13   racial demographics in Henry County?
14       A   I don't know.
15       Q   Do you have any reason to dispute
16   the, the changes in the racial demographics
17   that Dan is setting forth here?
18       A   Well, you mean registration?
19   Because that's what he's talking about.
20       Q   Yeah, in voter registration.
21       A   Yeah.  So in voter registration,
22   no, this, this wouldn't surprise me.  This --
23   if I recall correctly, so this is, this is
24   the -- yeah, this is the gubernatorial
25   election.  And there was a massive, you know,

128

1    registration effort in Henry County.
2        In fact, yeah, this is also the
3    year I had opposition.  And the majority
4    leader, with whom I thought I was friendly,
5    but, again, you know, politics, you put on
6    a jersey, you're on one team or the other,
7    came into the district and held a fund-raiser
8    and voter registration effort to, you know, to
9    beef up the Democratic vote in Henry.
10       And so this wouldn't surprise me to
11   see numbers jump up because there was a
12   concerted effort to register.
13       Q   And it wouldn't surprise you that
14   an effort to beef up the Democratic vote would
15   result in black registration increasing?
16       A   No.  I guess it wouldn't, no.
17       (Whereupon a document was identified as
18   Plaintiff's Exhibit 329.)
19       Q   I'm going to hand you what I'm
20   marking as Plaintiff's Exhibit 329.
21       A   Okay.
22       Q   And this again appears to be an
23   email from your assistant, April Pair, to you
24   dated March 6th, 2015; is that correct?
25       A   That's correct.

129

1        Q   And she's forwarding a different
2    email; is that correct?
3        A   From my junk box, yes.
4        Q   And this email, the email that's
5    being forwarded, is from Mr. O'Connor to
6    yourself dated March 5th, 2015; is that
7    correct?
8        A   That's correct.
9        Q   And the first line says,
10   "Rep. Welch, as followed from previous email,
11   I have attached," and then he lists some
12   things.  Do you understand this email to be a
13   follow-up to the email we were just
14   discussing?
15       A   That seems to be the case.
16       Q   And then --
17       A   You have to ask him exactly what he
18   was talking about, but I think so.
19       Q   Let me ask you in regards to both
20   of these emails, do you recall receiving
21   these?
22       A   No.
23       Q   You don't recall --
24       A   Well, no, no.  Well, I mean, I
25   mean, I obviously received them, but.  I don't

Donovan Reporting, PC                                              770.499.7499

Andrew J. Welch III          Georgia State Conference of the NAACP, et al vs Kemp          February 8, 2018

37 (Pages 130 to 133)

130

1    recall them, but I'm sure I got them.
2        Q    But do you, do you have a
3    recollection of getting an email from April
4    Pair saying -- junk box and saying, oh, Dan
5    O'Connor is emailing me some information?
6        A    I don't remember it specifically,
7    but I don't dispute that it happened.
8        Q    Okay.  And in Mr. O'Connor's email,
9    he then lists some information that he is
10   providing including voting by county/precinct
11   in year 2014 general election contest.
12       A    Uh-huh (affirmative).
13       Q    Voting by county/precinct in the
14   May 2014 GOP US Senate primary?
15       A    Yes, sir.
16       Q    Voter registration by county in
17   your district as of last October?
18       A    Yes, sir.
19       Q    Voting by precinct in
20   Representative Strickland's race last fall?
21       A    That's correct.
22       Q    And then voter registration last
23   fall in some selected House districts.  And
24   there's a colon, and he lists some districts.
25   Do you see that?

131

1        A    Yes.
2        Q    And he appears to be listing voter
3    registration for HD 110 -- 109, 110, 111, and
4    129; is that correct?
5        A    That's correct.
6        Q    And he's breaking down that voter
7    registration by race; is that correct?
8        A    He is.
9        Q    Yeah.  Had you asked him to provide
10   you this information?
11       A    No, sir.
12       Q    Do you know why he was providing
13   you this information?
14       A    I do not.
15       Q    And then if we look at the
16   attachments to the email, the first
17   attachment, House District 111, does that
18   break down the Henry precincts that were in
19   111, to your knowledge, in 2014?
20       A    I think so, yes, sir.
21       Q    And that breaks it down by who
22   voted for which candidate; is that correct?
23       A    That's -- yes, that's correct,
24   Strickland or Nichols.
25       Q    And then if you turn to the next

132

1    page --
2        A    Excuse me.  I'm sorry.
3            Sorry, David.
4            THE VIDEOGRAPHER:  That's okay.
5        Q    And if you need to take a break at
6    any point, just let us know.
7            The next page says House District
8    110 Voter Registration (Active Voters) by
9    County.  Do you see that?
10       A    I do, yes, sir, uh-huh.
11       Q    And does this appear to be the
12   counties that make up your district?
13       A    That's correct, yes.
14       Q    And this breaks up those counties
15   into racial demographics in terms of voters;
16   is that correct?
17       A    It does.
18       Q    Including black voters?
19       A    White voters, Asian, Hispanic.
20       Q    Native American?
21       A    Uh-huh (affirmative).  Excuse me.
22   I felt that one coming on.
23       Q    No worries.  Please let me know if
24   you want to take a break, if you want to get
25   water.

133

1        A    No.  I just -- excuse me one
2    moment.
3            MR. CLANCY:  Let's go off the
4    record for a second.
5            THE VIDEOGRAPHER:  Going off the
6    record at 3:56 p.m.
7            (Proceedings in recess, 3:56 p.m. to
8        4:05 p.m.)
9            THE VIDEOGRAPHER:  We're back on
10   video record at 4:05 p.m.  This is the
11   beginning of file number three.
12       Q    Mr. Welch, we were just discussing
13   an email that Mr. O'Connor sent to you with
14   some attachments.
15       A    Yes.
16       Q    And I believe that we were looking
17   at the attachment that had House District 110
18   Voter Registration (Active Voters); is that
19   correct?
20       A    That's correct, yes, sir.
21       Q    And I believe we had just
22   established that this breaks out voter
23   registration in your district by county and
24   then by race; is that correct?
25       A    That's correct.

Electronically signed by Joel Moyer (501-161-376-4513)          d67c147b-fa51-4604-b79d-1cbce43e45890

Andrew J. Welch III          Georgia State Conference of the NAACP, et al vs Kemp          February 8, 2018

38 (Pages 134 to 137)

134

1    Q    And you had not -- had you asked
2  Mr. O'Connor for this information?
3    A    I don't think so.
4    Q    And if we look at the -- to the
5  right hand where it goes into percentages --
6    A    Yes.
7    Q    -- this indicates that District 110
8  in around October of 2014 was about 30 percent
9  black and 58 percent white. Does that sound
10  right to you?
11    A    Which line are you on? I'm sorry.
12    Q    I'm sorry. So if you look at
13  District 110 Totals, the final row --
14    A    Oh, totals. Okay.
15    Q    -- and then we can go across to the
16  percentages.
17    A    Yes. I see -- yes, I see them.
18  And then what was your question?
19    Q    Do these statistics that District
20  110 was about 29.9 percent black and 58
21  percent white, does that sound correct to you?
22    A    I think so. I don't know. I don't
23  know, but.
24    Q    Do you any reason to --
25    A    I don't have any reason to doubt

135

1  these numbers.
2    Q    Okay. And then if we look to the
3  next page, this is, this is a table titled
4  House District 110 Voting by County/Precinct
5  in May of 2014 Republican US Senate Primary.
6    A    Okay. Yes.
7    Q    Is that correct?
8    A    Yes, sir.
9    Q    And this appears to break down the
10  votes by county and then by precinct in the
11  Republican primary; is that correct?
12    A    It does. I wish he'd spelled
13  McDonough correctly. Sorry.
14    Q    It's spelled incorrectly in here?
15    A    McDonough Central, he's --
16    Q    Ah.
17    A    He's truncated it.
18    Q    I see.
19    A    Or misspelled it.
20    Q    And you had not asked Mr. O'Connor
21  for this data either. Is that?
22    A    No.
23    Q    Or you don't recall asking --
24    A    I don't recall asking him.
25    Q    You can set that aside.

136

1    A    I'm, you know, I'm guessing he just
2  sent this stuff out after the bill was filed.
3    Q    In the first email, though, there's
4  a reference to a telephone conversation you
5  had with him. Do you recall that?
6    A    No.
7    Q    But you recall him referencing
8  that --
9    A    Oh, I do, yeah.
10    Q    -- in the email?
11    A    Yeah, I do.
12    Q    Do you have any reason to doubt
13  that you had that phone conversation?
14    A    Some people write emails where
15  they, they tell their own story with it. And
16  so, and I -- I had very little interactions
17  with Dan. He's not someone I would ever seek
18  out to help me with any project.
19    Q    Is it possible that you called the
20  Reapportionment Office seeking Gina and ended
21  up talking to Dan?
22    A    It's possible. It's possible.
23    Q    But it's your testimony that you
24  never specifically sought out information from
25  Dan or the Reapportionment Office --

137

1    A    That's correct.
2    Q    -- about the information that Dan
3  is providing you in these emails?
4    A    That's correct.
5    Q    You can put that aside.
6    A    Okay.
7  (Whereupon a document was identified as
8  Plaintiff's Exhibit 330.)
9    Q    Mark this Plaintiff's Exhibit 330.
10    A    Okay.
11    Q    This is another email from your
12  assistant, April Pair, to you dated March 6th,
13  2015; is that correct?
14    A    That's right.
15    Q    And she's forwarding an email
16  again; is that correct?
17    A    That's correct.
18    Q    And the email she's forwarding is
19  from Dan O'Connor to you, and it's dated March
20  5th, 2015; is that correct?
21    A    That's correct.
22    Q    And if we look at the time stamps,
23  this one comes at 2:28 p.m., whereas the other
24  ones came at 11:09 a.m. So this was sent a
25  little later in the day?

Donovan Reporting, PC                                          770.499.7499

Andrew J. Welch III          Georgia State Conference of the NAACP, et al vs Kemp          February 8, 2018

39 (Pages 138 to 141)

138

1    A    Yes, sir.
2    Q    And in this email, Mr. O'Connor
3  states, "Rep. Welch, one more table.
4  Attachment at top shows voter registration
5  data (as of last October, about time
6  registration rolls closed for the November
7  election) for legislative and congressional
8  districts entirely or partially within Henry
9  County." Is that right?
10   A    That's what it says, yes, sir.
11   Q    And then it says, "For your
12  district, table shows only the Henry portion
13  (not the Butts and Newton portions). The
14  Henry portion of your district (which accounts
15  for 70 percent of the total registered voters
16  in your district, with 20 percent in Butts and
17  10 percent in Newton) was 34 percent black in
18  voter registration." Do you see that?
19   A    I do.
20   Q    And, again, you did not ask
21  Mr. O'Connor for this information?
22   A    No. And this was in my junk box,
23  and it's -- so when we're in session, April
24  went -- my paralegal will send me information
25  that comes in if she thinks I need to see it.

139

1    Q    And so she -- the three emails that
2  we've looked at, she forwarded them all. And
3  it's your understanding when she says
4  junk box, that means she found them in your
5  junk box; is that correct?
6    A    (Nods head affirmatively.)
7    Q    Do you have any idea why emails
8  from Mr. O'Connor would be going to your junk
9  box?
10   A    No, I mean, unless, unless I put --
11  it's possible that when you -- the way our
12  system, as I understand it, works, and I hope
13  it works this way, it's supposed to work this
14  way, is that when you drag one of the emails
15  over, so if you get an email you don't like or
16  spam or even if you didn't like the person,
17  you take that email and you put it into a --
18  in the junk box.
19        So then they automatically --
20  anyone that comes from that email address
21  would go into that box, so.
22   Q    Is it possible that you had
23  previously sent a different email from
24  Mr. O'Connor to your junk box?
25   A    It's possible.

140

1    Q    Do you have any recollection of
2  dragging an email from Mr. O'Connor to your
3  junk box?
4    A    No, not specifically, but that's
5  how it works.
6    Q    But it's possible that you did
7  that?
8    A    Possible.
9    Q    And the fact that April is
10  forwarding you these three emails and saying
11  junk box, does that indicate to you that she
12  thought they should not be in your junk box?
13   A    I don't -- no. I mean, just during
14  session, if things come in from legis -- that
15  appear to be legislative in nature, she'll
16  send whatever it is.
17   Q    So she'll forward you things that
18  she thinks you should look at?
19   A    Yeah. And this actually -- yeah,
20  okay. Yeah. If she thinks I should look at
21  something or if she -- well, it's just
22  whatever comes in that is legislative in
23  nature, she just sends it to me.
24   Q    Does she forward you anything
25  that's legislative in nature or only those

141

1  things that are legislative in nature that
2  wound up in your junk box somehow?
3    A    No. I mean anything. She's
4  looking -- she has to look for the day because
5  that -- some, some constituents will send
6  things to my law email address, and some will
7  send them to my House email address or both.
8        And so during the day, she, while
9  we're in session, she's going through and
10  sending me whatever comes in.
11   Q    And --
12   A    Sometimes I'm not -- sometimes
13  these come in and I miss them because we're
14  in -- we're just going at it in the -- voting
15  on bills when we're in committee.
16   Q    And so it's your understanding that
17  she would have forwarded you these three
18  emails because they're related to legislation
19  that's going on at the time?
20   A    Well, that they're from the --
21  legislative Georgia probably was the trigger.
22  You'd have to ask her, but, I -- I mean, I
23  assume it's because of the -- this is Henry
24  County, and this is the -- and this is from
25  the legislative -- it's from Legis GA.

Donovan Reporting, PC                                            770.499.7499

Andrew J. Welch III          Georgia State Conference of the NAACP, et al vs Kemp          February 8, 2018

40 (Pages 142 to 145)

142

1    Q   Uh-huh (affirmative). And you
2   don't recall on one day getting three
3   forwarded emails, all coming from Dan
4   O'Connor?
5    A   Tom, I probably got these. I'm not
6   saying I didn't. But I wasn't asking for this
7   information, so I suspect that what happened
8   is that this is the -- this is the day or the
9   day after the bill drops and Dan is sending
10   out to everybody what he perceives is
11   information pertaining to the districts.
12    Q   My question is slightly different.
13    A   Okay. Sorry.
14    Q   Do you remember on March 6th
15   getting three forwards from April that all
16   contained emails from Dan O'Connor?
17    A   I don't remember. I don't remember
18   these, but I'm sure I got them. Once Gina
19   said the map was good, I mean, that's all I
20   needed to know.
21    Q   And you didn't have any questions
22   outside of Gina's statement that the map was
23   good. You --
24    A   No. She showed it to me, so I
25   looked at it, and it wasn't, it wasn't -- it

143

1   wouldn't be how I would want to draw it, but,
2   you know, I left that to leg -- to the
3   Apportionment Office, so.
4    Q   When she showed it to you -- and
5   this is the time where you think you were on
6   the House floor when she showed it to you?
7    A   Uh-huh (affirmative).
8    Q   Is that a yes? Sorry.
9    A   Yes.
10    Q   Just for the reporter.
11    A   Yes. Sorry.
12    Q   We probably both have been doing a
13   bad job of that throughout.
14    A   No. I just, because we -- I think
15   we've asked that question a couple of times.
16    Q   Yeah.
17    A   Sorry.
18    Q   And when she showed it to you on
19   the House floor and said this is okay, did she
20   say this will not substantially decrease your
21   likelihood of winning?
22    A   No. She just told me that my
23   numbers didn't change, you know.
24    Q   And when she said your numbers
25   didn't change, did she specify what she meant

144

1   by "numbers"?
2    A   No. I'm talking -- we're talking
3   Democrat-Republican. My percentage Republican
4   I think is -- it was around 60 percent,
5   somewhere right there, stayed 62, 63, so.
6    Q   Did you have any questions about
7   why certain things had been redistricted in
8   the way they were when she showed you the map?
9    A   No, because, I mean, I knew -- that
10   part, I knew. And this part down here, I
11   wasn't expecting that, but I didn't -- and I'm
12   talking --
13    Q   By "that," you're referring to
14   Tussahaw?
15    A   For the record, I'm talking -- to
16   the Tussahaw precinct.
17    Q   Yeah. You weren't expecting that?
18    A   I wasn't, yeah, I wasn't expecting
19   that, that change.
20    Q   Did you ask Ms. Wright why that
21   change occurred?
22    A   I just asked her if the number --
23   you know, if my numbers stayed relatively the
24   same from the previous 110 district that was
25   done in 2012. And she said yes, and that was

145

1   it.
2    Q   But you didn't ask any specific
3   questions --
4    A   No.
5    Q   -- about Tussahaw?
6    A   No. I mean, she -- we pointed this
7   out. I mean, I think either she pointed it
8   out or I saw it and said did not have all of
9   Tussahaw, and, you know, her answer is, yeah,
10   you did.
11    Q   Is Locust Grove also in your
12   district?
13    A   No. Locust Grove is, this is --
14   the city of Locust Grove is here, and it comes
15   out. This is the city boundary here. So it
16   comes out a good ways on Peaksville Road, but
17   it used to be really close, really close to my
18   old district line.
19    Q   But it's never been in the district
20   either before or after?
21    A   No. It was, it was in when I first
22   ran. I had a, I think I had a portion of it.
23   I think I had -- I may have had all of Grove
24   Park actually as I think about it now.
25    Q   But in 2012 --

Donovan Reporting, PC                                           770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)          d67c147b-fa51-4604-b79d-1bce43e45890

Andrew J. Welch III          Georgia State Conference of the NAACP, et al vs Kemp          February 8, 2018

41 (Pages 146 to 149)

146

1    A    No.
2    Q    -- you no longer had Locust Grove?
3    A    No, sir, I did not.
4    Q    Okay.  And do you have any
5  understanding, when Gina tells you your
6  numbers didn't change, what she was basing
7  that?
8    A    No, I don't.
9    Q    Okay.  Do you have any
10  understanding of the --
11    A    Well, I'm sure that -- I mean,
12  there's a -- there's something about a one
13  percent deviation that was, was routinely
14  talked about.  And I think that dealt with
15  African-American population, one percent.  So
16  all -- so the -- my assumption is that that,
17  that the numbers are not going -- or not
18  violating that one percent rule.
19    Q    But the numbers that --
20    A    So that --
21    Q    -- she's saying didn't change for
22  you were Republican and Democrat.
23    A    That's right.
24    Q    Right?
25    A    Yes, sir.

147

1    Q    And do you have any understanding
2  of what data she was looking at to be able to
3  make that representation to you?
4    A    No.  No, sir.
5    Q    Do you know if on a below precinct
6  level it's possible to see who's a Republican
7  and who's a Democrat?
8    A    No.  I mean, when we do it, we just
9  look at their voting history.  So you look at
10  how many, how many times you come to a
11  presidential primary and voted.  That's,
12  that's all we can do.
13    Q    What do you mean by "when we do
14  it"?
15    A    Well, so when my campaign manager
16  gives me numbers that say, you know, we need
17  to -- we're going to campaign here in this
18  area, these are the homes I want you to hit,
19  these are soft, soft Ds or soft Rs or hard Rs.
20    Q    But you don't have any
21  understanding of whether the map-drawing
22  software that --
23    A    Oh, no.
24    Q    -- the Redistricting Office --
25    A    No.

148

1    Q    -- has that information?
2    A    No, sir.
3    Q    And has your campaign manager ever
4  given you data like that but broken it down by
5  race?
6    A    No.
7    Q    Never?
8    A    I don't think -- no, I don't think
9  so.  I mean, he probably has -- I probably
10  sent me something about white versus black in
11  the precinct, but I --
12    Q    And why would your campaign manager
13  send you that?
14    A    I'm just saying, I'm sure he's
15  probably sent things like that, but I don't
16  know.
17    Q    Well, I --
18    A    So ask him.  I don't have to --
19  you'll have to ask him.
20    Q    My question is:  Why are you sure
21  that your campaign manager has sent you that
22  information?
23    A    Only because when the data
24  compilation stuff like this, a lot of these
25  charts here have black, white, Hispanic,

149

1  Asian, all of them broken down.  So I think it
2  would be -- I wouldn't be honest in telling
3  you that he's never sent it.
4        You know, I think that's -- that
5  would not be true.  But I'm assuming that he's
6  probably sent me some of this, something like
7  these charts here that have everybody broken
8  out.
9    Q    Okay.  Returning to the email we
10  were just looking at from Mr. O'Connor.
11    A    Yes, sir.  Okay.  Sorry.  Which
12  one?  Which date?
13    Q    This is the -- they're all the same
14  date, but it's the March 5th, 2015, at
15  2:28 p.m.
16    A    So that's Exhibit 330?
17    Q    Yes.
18    A    Okay.
19    Q    And I think he says that he's
20  giving you another table that shows voter
21  registration within Henry County, and then he
22  talks about how at the end, I think we read,
23  that it shows that for your district it was 34
24  percent black in voter registration.  And then
25  if we look at the table that's attached --

Electronically signed by Joel Moyer (501-161-376-4513)                    d67c147b-fa51-4604-b79d-1bce43e45890

Andrew J. Welch III          Georgia State Conference of the NAACP, et al vs Kemp          February 8, 2018

42 (Pages 150 to 153)

150

1     A    Yes.
2     Q    -- and we look at your
3   District 110, that appears to be what it says;
4   is that correct?
5     A    It has 110 listed there, House
6   District 110, yes, sir.
7     Q    And if you look over to the percent
8   black, it shows 34.3 percent; is that correct?
9     A    That's correct, which is odd
10  because didn't we see something earlier that
11  was 30 percent? 29 percent? Anyway. Sorry.
12  It was another exhibit.
13    Q    I think he's providing data at
14  different snapshots in time.
15    A    Okay.
16    Q    Is your -- you testified that you
17  didn't ask Mr. O'Connor to send you this, but
18  you think Mr. O'Connor was maybe sending this
19  information, this sort of information, to
20  everyone whose district were affected?
21    A    I'm guessing. I'm guessing because
22  that was -- this is the same day the bill
23  dropped, so.
24    Q    Why on the same day that the bill
25  dropped would Mr. O'Connor send information

151

1   about black voter registration?
2     A    I don't know.
3     Q    Did you ever email Mr. O'Connor
4   back and say, why are you sending me this
5   information?
6     A    No.
7     Q    You don't recall having any
8   follow-up correspondence in regards to this?
9     A    No, but I didn't have -- I didn't
10  have any kind of real communications with him.
11  He's not someone I would contact in that
12  office.
13    Q    Do you recall contacting Gina,
14  Ms. Wright, and saying, why is Mr. O'Connor
15  sending this information?
16    A    No.
17         (Whereupon a document was identified as
18  Plaintiff's Exhibit 44.)
19    Q    I'm going to hand you what
20  previously was marked as Plaintiff's
21  Exhibit 44.
22    A    Yes. Do you want me to read
23  through it?
24    Q    Yeah, if you just want to read over
25  it.

152

1     A    Okay.
2     Q    And this appears to be an email
3   from Mr. O'Connor to David Knight on October
4   8th, 2015; is that correct?
5     A    That's correct. Yes, sir.
6     Q    And by this point, House Bill 566
7   had passed; is that correct?
8     A    Oh, yes. Yes. Sorry. Yes. By
9   October? It passed in I guess April or May.
10  I'm sorry. No. It would have been March.
11    Q    And who is David Knight?
12    A    David Knight is a -- the David I
13  know is a representative from a district
14  adjoin -- not joining me, but just down from
15  us in Spalding County, a little bit of Henry,
16  and Monroe County, I think.
17    Q    That's District 130; is that
18  correct?
19    A    I believe so.
20    Q    And in this email, Mr. O'Connor
21  appears to be providing a breakdown comparing
22  the old map with the new map in terms of
23  percentage of African-Americans; is that
24  correct?
25    A    Yes. I'm sorry. I apologize

153

1   because I'm -- I didn't think his changes in
2   111 impacted House District 130.
3     Q    You weren't aware of that portion
4   of the redistricting?
5     A    No.
6     Q    When you were shown the map by
7   Gina, is it fair to say that you were
8   primarily or mostly concerned with the changes
9   to your district?
10    A    That sounds selfish, but that's
11  true.
12    Q    No, no.
13    A    Yes.
14    Q    You weren't looking to see how
15  other parts of the maps changed?
16    A    I was not looking, no. No, sir.
17    Q    And in this breakdown here for
18  House 110, Welch, it says that under the old
19  map your district was 32.81 percent black and
20  now it's changed slightly to 32.6 percent --
21  .6 percent black; is that right?
22    A    That's what it says, yes.
23    Q    Do you have any reason to doubt
24  that that's accurate?
25    A    No. If that's what the -- well, if

Electronically signed by Joel Moyer (501-161-376-4513)                    d67c147b-fa51-4604-b79d-1bce43e45890

154

1  it came from Gina, I believe it, so. But,
2  Dan, yeah, Dan, Dan -- Dan could be right. I
3  don't know.
4      Q    And then for House District 111,
5  which is Strickland's district, it says that
6  it moved from 37.84 percent black to 35.31
7  percent black. Do you see that?
8      A    I do, yes, sir.
9      Q    And, again, do you have any reason
10 to doubt that that's accurate?
11     A    I don't know.
12     Q    And that's more than a one percent
13 shift; is that correct, as represented there?
14     A    It -- yes, sir.
15     Q    And then below this data, it says,
16 "Keep in mind those figures are based on 2010
17 census data. Doubtless those percentages
18 would be higher five years later with the
19 rapid minority growth in Henry County."
20         Do you agree that between 2010 and
21 2015 there was rapid minority growth in Henry
22 County?
23     A    I would think there was growth, but
24 I don't -- I wouldn't -- I would characterize
25 it as being growth. Whether it's rapid or

155

1  not, I don't know.
2      Q    And would you say if the -- it
3  appears that Mr. O'Connor has said that these
4  percentages are based on 2010 census data?
5      A    That's what he says here, yes, sir.
6      Q    And so would you disagree with his
7  statement that those percentages would be
8  higher five years later because of minority
9  growth?
10     A    If -- as more minority members move
11 into Henry County, they would be higher. I
12 don't know where he's getting these numbers.
13     Q    Okay. You can put that email
14 aside.
15     A    Okay.
16         (Whereupon a document was identified as
17         Plaintiff's Exhibit 45.)
18     Q    This is -- has been previously
19 marked as Plaintiff's Exhibit 45. Just want
20 you to take a look and tell me when you're
21 ready.
22     A    Okay. Okay. Yes, sir.
23     Q    This appears to be another email
24 from Dan O'Connor to Representative Knight; is
25 that correct?

156

1      A    It is, yes, sir.
2      Q    Dated October 8th, 2015?
3      A    That's correct.
4      Q    In the first paragraph, if you look
5  a few sentence down, the sentence that starts,
6  "As I distantly recall"?
7      A    Yes, I do. Yes, sir.
8      Q    It says, "As I distantly recall,
9  Rep. Strickland's district (pdf attached
10 above) had a few points more Republican (he
11 only narrowly won election in 2012 and 2014)
12 while the other Henry GOP representatives,
13 Andy Welch and Dale Rutledge, saw slight
14 reduction in their GOP percentages."
15     A    Okay.
16     Q    Do you think that statement is
17 accurate? Do you think the redistricting in
18 2015 made Representative Strickland's district
19 slightly more Republican?
20     A    I don't know. You'd have to ask
21 Dan. I mean, I don't know.
22     Q    Do you think the redistricting made
23 your district slightly less Republican?
24     A    I don't think so because I think
25 the -- I mean, I don't think so because, you

157

1  know, when we talked about it, we were told to
2  keep the numbers flat. Now, when it says
3  slightly, I mean, it may have been a slight
4  tweak one way or the other, so it could have
5  been.
6      Q    You've never looked at the -- a
7  data comparison between what your numbers
8  would be now under the old map versus -- now
9  under the old map versus now under the 2015
10 map?
11     A    No. I just told Gina to make it --
12 try to make it as flat as she could.
13     Q    When you were approaching the 2015
14 redistricting, was your -- were you concerned
15 about Representative Strickland maintaining
16 his district at all?
17     A    I was concerned about anybody
18 maintaining that district if you're either a
19 Republican or a Democrat because it's, it's
20 always been fairly evenly divided.
21     Q    But you're a Republican; is that
22 correct?
23     A    Yes, sir. Sorry.
24     Q    Was your -- were you concerned in
25 the 2015 redistricting with trying to figure

Electronically signed by Joel Moyer (501-161-376-4513)                d67c147b-fa51-4604-b79d-1bce43e45890

Andrew J. Welch III            Georgia State Conference of the NAACP, et al vs Kemp            February 8, 2018

44 (Pages 158 to 161)

**158**

1    out a way to make that district more
2    Republican?
3        A    No.  Well --
4        Q    By "that district," I mean HD 111.
5        A    No, just not making it any less
6    Republican.  And so I suspect that we got more
7    Republican as a result of the map, but it was,
8    you know, I think it was intended not to be
9    less Republican.  So if they've added -- if
10   they added numbers to it, then it obviously
11   would be more Republican.
12       Q    But that was -- your testimony is
13   it's not your understanding that that was the
14   intent?
15       A    It's not my understanding.
16       (Whereupon a document was identified
17   as Plaintiff's Exhibit 140.)
18       Q    I'm going to hand you what has been
19   marked Plaintiff's Exhibit 140.
20       A    Thank you.  Okay.  Yes, sir.
21       Q    And this is an email from
22   Mr. O'Connor to Ben Jordan dated December 3rd,
23   2015; that's correct?
24       A    That's correct.
25       Q    Do you know who Ben Jordan is?

**159**

1        A    I don't.
2        Q    And --
3        A    I mean, the face is not coming to
4    mind.
5        Q    And in the top line, he references
6    a "computer crash" that's in quotes.  Do you
7    have any idea what that's referring to?
8        A    No.  When I saw that, I laughed.
9        Q    And he here -- if you look, there's
10   a comparison for HD 111 --
11       A    Yes.
12       Q    -- for Representative Strickland
13   comparing the 2012 presidential election; is
14   that correct?
15       A    I see that.  Yes, sir.
16       Q    And it shows that under the old map
17   Romney would have gotten 50 percent of the
18   vote and under the new map Romney received --
19   or would have received 54 percent of the vote?
20       A    Yes, for House District 111, yes.
21       Q    That's correct.  And then he
22   states, "Thus, each candidate picked up a four
23   to five-point GOP margin."  Do you see that?
24       A    I do, yes, sir.
25       Q    Do you have any reason to doubt the

**160**

1    accuracy of that statement?
2        A    It's from Dan.  I don't know.  I
3    don't know.
4        Q    But no specific reason to doubt
5    this is --
6        A    No, I don't have a specific reason.
7        Q    And then --
8        A    But, you know, this election, you
9    know, Romney is -- it doesn't surprise me
10   because, you know, that was a midterm election
11   with, with a candidate that was very moderate
12   in terms of Republican circles and I think
13   known as a moderate candidate.
14       Q    Mr. Romney was?
15       A    That's my opinion, yeah.
16       Q    And then in the next, after he
17   states about a four to five-point GOP margin,
18   you see, "(of course, keep in mind with rapid
19   demographic changes in both counties, next
20   year's presidential race could be closer than
21   in 2012)."
22       A    See, that's be -- let's see.  Wait
23   a minute.  Yeah.  That doesn't make sense to
24   me.
25       Q    Why doesn't that make sense to you?

**161**

1        A    I'm sorry.  Are these the -- I
2    thought these were the numbers that -- the
3    exact numbers from the outcome of the
4    election.
5        Q    Well, my -- my reading, and you can
6    tell me if you read it differently from
7    that --
8        A    Yeah.
9        Q    -- he's stating the numbers that
10   Romney got in 2012 --
11       A    Right.
12       Q    -- under the old map.  And then
13   he's saying, if you had applied the new map,
14   the percentages would be that Romney would
15   have gotten 54 percent of the vote.  Is that
16   how you read that?
17       A    Oh, I'm sorry.  Yeah, I guess
18   that's a reading of it.  No, I wasn't -- I was
19   reading -- I thought this was post-election
20   results, so that's what I -- this is from '15,
21   so the election would have been over.  We
22   would have the results from that election.
23       Q    Right.  My -- and that election,
24   the 2012 presidential election, occurred under
25   the 2012 map; is that correct?

Electronically signed by Joel Moyer (501-161-376-4513)                    d67c147b-fa51-4604-b79d-1bce43e45890

Andrew J. Welch III          Georgia State Conference of the NAACP, et al vs Kemp          February 8, 2018

45 (Pages 162 to 165)

162

1     A    Yeah. I hope so.
2     Q    Yeah.
3     A    Yes, sir. Yes.
4     Q    And so my understanding, it appears
5  to me that he's saying in actuality Romney got
6  50 percent of the vote and Obama got 49
7  percent of the vote in H -- in House District
8  111; is that correct?
9     A    So the way I -- maybe I'm
10 misunderstanding. But the way I'm reading it
11 says the new map, Romney got 54 percent. So
12 under the map as it was in -- oh, I see.
13 You're talking about this is the 2015 map.
14    Q    Yes.
15    A    Okay.
16    Q    Under the --
17    A    I'm sorry.
18    Q    -- 2015 map --
19    A    I'm thinking --
20    Q    -- Romney would have gotten 54
21 percent.
22    A    I'm thinking -- I was thinking
23 about the '12 map because we did
24 reapportionment then and redistricting.
25    Q    Right.

163

1     A    So you're saying this is in the
2  context of in making the new 2015 map.
3     Q    That's correct.
4     A    Okay. I'm sorry. I got you.
5     Q    So let's take a step back.
6     A    Yeah, yeah.
7     Q    So it appears Old Map, 2012
8  President, that column, for HD 111 appears to
9  report that Romney did receive 50 percent of
10 the vote and Obama did receive 49 percent of
11 the vote. Is that a fair reading of that?
12    A    I think so. I don't really know
13 because this is not to me or -- and I didn't
14 have this conversation with Dan, but I guess
15 that's one reading of it, yes.
16    Q    And then there's a column that says
17 New Map; is that correct?
18    A    It does say -- yeah, it does say
19 New Map.
20    Q    And this is in December of 2015; is
21 that correct?
22    A    It is.
23    Q    And so would it be fair to assume
24 that New Map refers to the map that was passed
25 in 2015?

164

1     A    Well, I guess so. But I don't
2  know. Again, talking about 2012 election,
3  election, so I don't know if they're comparing
4  pre, pre-2012 map versus current one. But,
5  but, yeah, that is a reasonable inference.
6     Q    A reasonable inference is that New
7  Map refers to the 2015 map. Is that --
8     A    That is an inference. Yes, that's
9  a reasonable inference.
10    Q    And so the percentages below,
11 Romney 54 percent, Obama 45 percent, would
12 indicate what Romney would have gotten in
13 HD 111 if it had been drawn as it is drawn in
14 2015?
15    A    I guess that's what Dan's saying.
16    Q    And then this statement, "Thus,
17 each candidate picked up a four to five-point
18 GOP margin," appears to indicate that based on
19 that metric --
20    A    On this hypothetical, yeah.
21    Q    -- based on that metric, HD 111
22 became four to five points more Republican.
23 Is that a fair reading?
24    A    That's, that's based upon this
25 hypothetical model. I don't have any idea

165

1  what he -- how he used this to -- how he --
2  what information he put into this. So I don't
3  know that it's true. But according to his
4  email and whatever analysis he used, that's
5  what he came up with.
6     Q    Okay. Do you have -- do you have
7  any reason to -- would it surprise you if the
8  2015 redistricting made HD 111 four to five
9  points more Republican?
10    A    Yeah, that would surprise me.
11    Q    And why would that surprise you?
12    A    Because we talked about it being
13 flat or -- it could have been bumped up a
14 little bit, but that would -- this would
15 surprise me.
16    Q    If it was, if it was that degree of
17 a percentage increase --
18    A    Yes.
19    Q    -- it would surprise you?
20    A    Yes, because then I lost a lot
21 more, or somebody lost a lot.
22    Q    Well, the redistricting on 111
23 wasn't just with regard to your district.
24    A    That's true.
25    Q    Is that fair?

Electronically signed by Joel Moyer (501-161-376-4513)                    d67c147b-fa51-4604-b79d-1bce43e45890

Andrew J. Welch III          Georgia State Conference of the NAACP, et al vs Kemp          February 8, 2018

46 (Pages 166 to 169)

166

1.      A    That's, that's right.
2       Q    So it's possible those percentage
3   points could have come from the other
4   districts that were also redistricted?
5       A    If this is even accurate, yes, or
6   that, or that people moved in that vote
7   Republican. So, I mean, that's also a
8   possibility, so.
9       Q    We previously discussed that the
10  change in Henry County demographics has been
11  that it's become increasingly more
12  African-American; is that correct?
13      A    But you're talking about the entire
14  county in that statement. You're not talking
15  about the District 111, so.
16      Q    And do you have any specific
17. knowledge about the demographics in HD 111?
18      A    No. Just what -- here, but I
19  haven't studied these things. I mean, and
20  this is all -- most of this stuff is Dan's
21  analysis. So, no, I don't have any specific
22  knowledge, but, but this doesn't tell me
23  whether or not GOP voters moved in the
24  district or not.
25          I don't know. But it could just --

167

1   it could be that.
2       Q    Do you have any reason to believe
3   that HD 111 has seen an increase in GOP voters
4   over the past five years?
5       A    I don't have, I don't have a reason
6   to think they did or didn't. I mean, I don't
7   know. I'm just saying that this, this is a
8   metric that he came up with, and I don't know
9   that -- what he's factoring into that 54
10  percent.
11          And I don't know that it doesn't --
12  that there isn't an uptick in Brian's
13  district. You'd have to ask him about his
14  district, see if he's not seen an uptick in
15  people moving in.
16      Q    Outside of -- we discussed
17  Ms. Wright, Mr. Rutledge, Mr. Strickland.
18  Outside of those individuals, did you talk
19  with anyone else about the redistricting that
20  was occurring in 2015?
21      A    My wife.
22      Q    And there's --
23      A    I mean, I -- I don't have a
24  specific recollection, but I imagine I talked
25  to the chairman of the Reapportionment

168

1   Committee.
2       Q    And who is that?
3       A    At that time, it would have been
4   Randy Nix. But it would have been, you know,
5   are you okay with this?
6       Q    Did you express any concerns to
7   Mr. Nix?
8       A    No, no.
9       Q    Would it surprise you if he
10  testified that you had expressed some concerns
11  and he had redirected you to the
12  Reapportionment Committee?
13      A    Yeah, that would surprise me.
14  Other than -- well, okay. Yeah, that would
15  surprise me.
16      Q    So you spoke with Mr. Nix. Did you
17  ever speak with Ms. Jones?
18      A    Who's Ms. Jones?
19.     Q    Jan Jones.
20      A    Not about this, no.
21      Q    Does anyone else come to mind that
22  you spoke with about the 2015 redistricting?
23      A    I think probably talked to Spiro
24  because he's chief of staff.
25      Q    Do you recall any specific

169

1   conversations with Spiro?
2       A    He, he would probably have gone
3   around and checked with us to make sure we're
4   okay with it so that the Speaker would know if
5   we're okay with the map?
6       Q    So you think you had a conversation
7   with Spiro where he asked you if you were okay
8   with the map?
9       A    Probably.
10      Q    Would that be different from the
11  conversation you had with Gina about whether
12  you were okay with the map?
13      A    Yeah. This -- Gina was, she -- I'm
14  sure she showed me the map. My recollection
15  is that we were on the floor, she comes in and
16  shows me the map, and we talked about the map.
17          Spiro would have been in passing,
18  probably the day of the -- sometimes he would
19  come and check on you about a bill that he
20  knew was impacting you, and he would come
21  around the day, unfortunately, the day of the
22  vote and say, are you okay, kind of a
23  last-minute check.
24      Q    So the conversation in your
25  recollection was not anything more than, are

Electronically signed by Joel Moyer (501-161-376-4513)                    d67c147b-fa51-4604-b79d-1bce43e45890

170

1   you okay?
2       A    Yeah. I don't think it would have
3   been anything more than that.
4       Q    In 2016, did you work on a project
5   involving a city or potential city called
6   Eagle's Landing?
7       A    Yes, uh-huh.
8       Q    Can you just tell me about what
9   that project was or what you were looking to
10  do there?
11      A    Yeah. We have a -- there's a
12  community called Eagle's Landing.
13      Q    If you can show on the map, that
14  might be useful.
15      A    Well, it's in this, it's
16  in Flippen, Stockbridge, Bates Creek, so
17  basically this general geographic area.
18      Q    Okay. And just for the record,
19  you're pointing to somewhere in the northern
20  part of 111 and the western part of 109?
21      A    Correct. So there's -- city of
22  Stockbridge is here, Stockbridge West,
23  Stockbridge East, and it goes over into Red
24  Oak here and then Central -- here's -- well,
25  here's Stockbridge right there. So it's -- so

171

1   there's, there's an exit called Eagle's
2   Landing in Henry County. It's one -- it's
3   south of Stockbridge.
4           Community members had expressed to
5   delegation members and particularly to me that
6   they were interested in forming a city called
7   Eagle's Landing.
8       Q    Can I stop you there for one
9   second?
10      A    Yeah, yeah.
11      Q    Looking at the map, where you
12  pointed seems to have House District 111, 109,
13  maybe some of 90, and maybe some of 78
14  somewhere in there; is that correct?
15      A    Yes. So the -- the area that's
16  Eagle's Landing would -- the proposed map goes
17  from -- okay. So Jodeco Road, here. I'm
18  sorry. I'm trying to get myself oriented to
19  answer your question.
20          So it would include some of 111,
21  109, and it -- this is basically the southern
22  boundary of it here. The creek here is the
23  northern boundary. So it really is -- really
24  impacts only 109 and 111.
25      Q    Okay. But it doesn't impact your

172

1   District 110?
2       A    No.
3       Q    Why, why were constituents
4   discussing with you this potential city if
5   it's not within your district?
6       A    Well, I'm sure they were talking to
7   other people too. But in order to, in order
8   to form a city, the members of the delegation
9   all have to -- not all of them, but a majority
10  of the delegation have to support it.
11      Q    Okay. So there's a discussion
12  about potentially creating a city?
13      A    Uh-huh (affirmative).
14      Q    Called Eagle's Landing?
15      A    Yes.
16      Q    Is that correct? And it would
17  include parts of the 109 and 111; is that
18  correct?
19      A    That's correct.
20      Q    And what was your role in looking
21  at creating this city?
22      A    My role in it?
23      Q    Uh-huh (affirmative).
24      A    I do -- I do municipal law, so
25  the -- when they -- when they're talking about

173

1   creating the city, they were asking me about,
2   you know, what -- how do we go about it, what
3   do we do.
4           And I said to Vikki I think she
5   needed to go see the Apportionment Office
6   because they -- and see Gina because they
7   would -- they'll help you draw the boundary
8   lines, help you draw out what the city looks
9   like. And here, and then I -- she talked to
10  me about it. And I said, well, here, here's
11  some ideas.
12      Q    Who's Vikki?
13      A    Vikki Consiglio.
14      Q    Okay. Is she a representative?
15      A    No, no. She's a citizen in --
16  lives in Eagle's Landing.
17      Q    Understood. And did Eagle's
18  Landing get created?
19      A    No.
20      Q    Do you know why it didn't get
21  created?
22      A    Still pending.
23          (Whereupon a document was identified as
24  Plaintiff's Exhibit 331.)
25      Q    Still pending. I'm going to hand

Electronically signed by Joel Moyer (501-161-376-4513)                    d67c147b-fa51-4604-b79d-1bce43e45890

Andrew J. Welch III          Georgia State Conference of the NAACP, et al vs Kemp          February 8, 2018

174

1  you an exhibit that I've marked as Plaintiff's
2  Exhibit 331. I apologize that these aren't
3  stapled.
4      A   Okay.
5      Q   And this appears to be an email
6  from Gina Wright to yourself dated August 4th,
7  2016; is that correct?
8      A   That's correct, yes, sir.
9      Q   And the subject is maps and data;
10  is that correct?
11      A   That's correct.
12      Q   And if you look at the first
13  attachment, it says, "Proposed City of Eagle's
14  Landing and adjustments to Stockbridge." Is
15  that correct?
16      A   That's correct.
17      Q   And so is it fair to say that this
18  email is referring to the Eagle's Landing
19  project that we've been discussing?
20      A   It is, yes, sir.
21      Q   And here, Ms. Wright says,
22  "Attached are maps from the project I've been
23  assisting you with." And she says she was
24  able to obtain a file that showed some of the
25  features that you requested and located

175

1  others; is that correct?
2      A   Yes, uh-huh.
3      Q   And then she says, "I include stat
4  sheets for each so you will at least have a
5  total population figure as well as some
6  demographic information." Is that correct?
7      A   That's correct, yes, sir.
8      Q   And then the first attachment we've
9  discussed shows the proposed cities -- city of
10  Eagle's Landing and the adjustments to
11  Stockbridge; is that correct?
12      A   That's correct.
13      Q   And the second attachment is the
14  proposed city of Eagle's Landing; is that
15  correct?
16      A   Yeah. This was -- this is a
17  version of it. This is not what's pending,
18  but yes.
19      Q   This is a potential version of the
20  city of Eagle's Landing?
21      A   That's right.
22      Q   And then in the next attachment, it
23  appears that Gina's provided information
24  regarding population and then the black
25  population and the percentage black

176

1  population; is that correct?
2      A   That's -- yes, and Hispanic and
3  Latino, yes.
4      Q   Yes. Do you know why Gina was
5  providing you with this demographic breakdown
6  of the cities?
7      A   Because I did not want to -- I did
8  not want us to be engaged in forming an
9  all-white city or, not all-white, but a
10  majority-white city. And I was -- I don't
11  know what the demographics are in that area,
12  so I was concerned that, that perception would
13  be that those drawing the boundaries were
14  attempting to draw a predominantly white city.
15      Q   So you -- in this instance, it's
16  your testimony that you specifically requested
17  Ms. Wright provide you with this
18  demographic --
19      A   Yes.
20      Q   -- information?
21      A   And that was a concern to me, so I
22  said I want to know.
23      Q   I understand. And you previously
24  stated that the question of whether Eagle's
25  Landing gets created is still pending; is that

177

1  correct?
2      A   That's correct.
3      Q   Do you understand, do you have an
4  understanding of the proposed version of
5  Eagle's Landing that's pending, what the
6  demographic breakdown would be?
7      A   Yes, sir. I think it is, and I may
8  be off a little bit here, but I think it's 46
9  percent African-American, 32 or 34 percent
10  Caucasian, and I don't remember the -- and I
11  think Hispanic is -- no. Asian is 8 percent
12  maybe, and then the other was whatever the
13  balance is.
14      Q   And the creation of Eagle's Landing
15  affects Stockbridge too; is that correct?
16      A   It does, yes.
17      Q   Does it affect the racial breakdown
18  of Stockbridge?
19      A   In what way?
20      Q   Does it significantly increase or
21  decrease the African-American population --
22      A   No.
23      Q   -- of Stockbridge?
24      A   No, sir. They both -- Stockbridge
25  is a majority African -- significantly

Electronically signed by Joel Moyer (501-161-376-4513)                    d67c147b-fa51-4604-b79d-1bce43e45890

Andrew J. Welch III          Georgia State Conference of the NAACP, et al vs Kemp          February 8, 2018

49 (Pages 178 to 181)

178

1   majority African-American city, and it doesn't
2   dilute their, their -- that population.  At
3   least, that's my understanding.  And that was
4   also of concern to me at the time.
5       Q    And you may have said this earlier
6   and I just didn't catch it, but what is the
7   motivation for -- why do people want to create
8   this city called Eagle's Landing to your
9   understanding?
10      A    There's a lack of -- I mean, so
11  you're asking me what other people have said.
12  So my understanding from them is that they
13  don't feel like they're getting representation
14  in -- in the fact they just censured one of
15  the only two council members from the Eagle's
16  Landing area, the city council did.  So he
17  can't, he can't speak.
18          But the -- they -- the sentiment
19  was they're not being -- they don't feel like
20  they're being represented in city council,
21  that the nature of the services are not -- all
22  the services are in Stockbridge Central.
23  They're are no services provided in the
24  Eagle's Landing area by the city.
25          And the map of the city, as

179

1   Stockbridge has grown, is going down all the
2   commercial corridors, so the annexation has
3   been on commercial businesses and not really
4   dealing with the resident -- in other words,
5   picking up the choice properties for business
6   license taxation and -- as opposed to levying
7   a property tax.
8           And the other is the need -- the
9   desire for having public safety, police
10  department or police presence, and that's not
11  been in existence.  And the services that are
12  provided within the Eagle's Landing area are
13  predominantly provided by Henry County
14  through -- either through a contract with the
15  City, but they're Henry County services, fire.
16          Even the police is, what police is
17  there, I think, is only two patrol cars for
18  the entire city of over 28,000 people.
19          So that's what -- that's what we've
20  been told their concerns are.  And then
21  they've done two studies on it.  The City's
22  done a study, and so has the community.
23      Q    Okay.  Were you at all involved
24  with the discussions about whether
25  redistricting should occur in 2017?

180

1       A    No.
2       Q    Did you attend any meetings where
3   it was suggested that the 110 might get
4   redistricted again?
5       A    No.
6       Q    Was it your understanding that that
7   was considered or --
8       A    No.
9       Q    In 2017, did you think there needed
10  to be additional redistricting?
11      A    I didn't really think about it, no.
12  I wasn't -- no.
13      Q    You were -- are you aware that
14  there were -- there was a bill for
15  redistricting that passed the House in 2017?
16      A    I am aware.
17      Q    And did that bill affect your
18  district?
19      A    No, I don't think so.
20      Q    So you didn't attend any meetings
21  discussing the redistricting?
22      A    No.  I mean, the rules -- no.  And
23  the rule's always been, if they -- you are
24  going to be affected by it, you have to be
25  brought into the discussion.  So are you going

181

1   to show me something --
2       Q    No.
3       A    -- that they took --
4           (Whereupon a document was identified as
5       Plaintiff's Exhibit 48.)
6       Q    I'm going to show you what has been
7   marked Plaintiff's Exhibit 48.
8       A    Okay.  You want me to read all,
9   every -- all of it or just the portion that
10  talks about Henry County?
11      Q    Yeah.  If you've gotten to Henry
12  County, that's fine.
13      A    Okay.
14      Q    Mr. Welch, this email appears to be
15  from someone named Caulder Harvill-Childs; is
16  that correct?
17      A    That's correct.
18      Q    And it's sent to Mr. O'Connor; is
19  that correct?
20      A    That is correct.
21      Q    On December 14th, 2016; is that
22  right?
23      A    That's correct.
24      Q    And then if you will -- well, first, let
25  me ask, do you know who Harvill-Childs Caulder

Electronically signed by Joel Moyer (501-161-376-4513)          d67c147b-fa51-4604-b79d-1bce43e45890

---

182

1   is?
2       A    Yes. He is a staff, staff person
3   in the House.
4       Q    Does he work for anyone in
5   particular, or is he just a general staff
6   person?
7       A    As of this, as of this last year,
8   and I'm not sure -- yeah. As of 2016, I think
9   he was working in -- I think he was working in
10  the majority whip's office. He presently is
11  working in the majority leader's office.
12      Q    And below that email, it appears
13  that Mr. O'Connor had written an email to
14  Caulder; is that correct?
15      A    That's correct.
16      Q    And if you skip down to the second
17  paragraph that begins, "On Rep. Strickland"?
18      A    Yes.
19      Q    It states, "On Rep. Strickland, we
20  tweaked his district last year and perhaps
21  more we could do, but the way Henry is
22  changing (it backed Clinton over Trump by
23  nearly five points this time, the first time
24  the county backed a Democrat for president
25  since Jimmy Carter in 1980), I'm not sure

---

183

1   there's much more we can do without, say,
2   endangering Reps. Rutledge and Welch." Do you
3   see that?
4       A    I do.
5       Q    And it appears that Mr. O'Connor is
6   discussing potentially redistricting House
7   District 111; is that correct?
8       A    He certainly is.
9       Q    And it appears that he's saying
10  that it might not be possible to redistrict
11  111 without endangering your district and
12  Representative Rutledge's district. Do you
13  think -- is that correct?
14      A    That's what he says.
15      Q    Do you think that's accurate?
16      A    I don't know.
17      Q    Would you be concerned with
18  providing additional Republican portions of
19  your district to Mr. Strickland's district?
20      A    Would I be what?
21      Q    Would you be concerned with a plan
22  that provided additional Republican portions
23  of your district to Mr. Strickland's district?
24      A    Yes.
25      Q    And why is that?

---

184

1       A    Well, I'd like to get reelected.
2       Q    And so Mr. O'Connor's assessment
3   that it would be difficult to tweak without
4   endangering your district, do you think that's
5   accurate?
6       A    It depends on where he's polling.
7   I don't know. This is -- there's no way for
8   me to know what he's -- the mind of, of Dan.
9       (Whereupon a document was identified as
10  Plaintiff's Exhibit 56.)
11      Q    I'm going to show you an exhibit
12  that's been marked Plaintiff's Exhibit 56.
13  And I apologize, but I only have one copy of
14  that, so.
15      A    Huddle up. I'm sorry. I can't
16  move too far. All right.
17      Q    And this appears to be an email
18  from Ms. Wright to you dated July 20th, 2017;
19  is that correct?
20      A    That's correct.
21      Q    And she states, "This email has the
22  House map adopted in 2012. The House made
23  changes in 2012 after first adopting a map in
24  2011 which was never used."
25      A    Yes.

---

185

1       Q    Is that correct?
2       A    That's correct.
3       Q    And then in the second paragraph,
4   she says, "The map image is the Henry area
5   House districts as they were changed in 2015."
6   Do you see that?
7       A    I do, yes, sir.
8       Q    Do you know why -- had you
9   requested this information from Ms. Wright?
10      A    Yes, but this wasn't what I was
11  requesting. I was doing a presentation to a
12  group. I smile because I was doing a
13  presentation to a group, and I had a
14  PowerPoint presentation set up so I could
15  present to a group of seniors that wanted to
16  know -- that didn't understand what it meant
17  by gerrymandering, the term.
18         And so they wanted to know what,
19  what the -- what that meant and what we had
20  done with our -- with the maps over time. So
21  I actually asked Gina to send me -- and I was
22  asking her to send me the maps that were of
23  what we refer to as the Governor Roy Barnes
24  maps which were pre -- I guess they were
25  2000-ish maps that the, the Democratic House

---

Electronically signed by Joel Moyer (501-161-376-4513)                d67c147b-fa51-4604-b79d-1bce43e45890

---

186

1 and Senate and Democratic governor drew for
2 the state of Georgia for all the districts,
3 and then compare that to what the -- the
4 federal judge drew when he threw that map out,
5 and then to compare it with what the
6 Republicans drew in 2012.
7      And when you put -- when you
8 compare those maps with the Barnes map running
9 a district from South Carolina to Griffin,
10 which is central Georgia, and running from
11 Albany, Georgia, all the way to almost down to
12 Florida and districts running from the coast
13 streaming into Waycross and every other place
14 you can imagine and combining and
15 intentionally placing Republicans and
16 others -- Democrats they didn't like together
17 in districts, it was -- it was absurd.
18      So to show them what -- the
19 difference between what we were doing and what
20 had been done in the past was -- the best way
21 to do that was to show it by illustrations.
22      So I had asked her if you would
23 send me those maps so I could make that
24 presentation in a PowerPoint to that group.
25      Q   And did you create a PowerPoint for

---

187

1 that group?
2      A   Uh-huh (affirmative), I did.
3      Q   And you gave that presentation?
4      A   I did.
5      Q   Have you provided that PowerPoint
6 to counsel?
7      A   It's not within -- it was not
8 within the duces tecum.
9      Q   It's a PowerPoint you created about
10 redistricting?
11      A   I'm sorry?
12      Q   It's a PowerPoint you created that
13 discusses redistricting; is that correct?
14      A   It is a PowerPoint that shows all
15 the redistricting maps for the state of
16 Georgia.
17      Q   Okay.
18      A   Not specific to Henry County, and I
19 think that's exactly what the duces tecum
20 requested.
21      Q   Okay.  Would you have --
22      A   I wouldn't have any problem
23 providing it to.
24      Q   You have no objection --
25      A   No, I do not.

---

188

1      Q   -- turning it over to counsel?
2 That would be great.
3      A   Okay.
4      MR. CLANCY:  Counsel, if you could
5 just send that to us when you get it.
6      MR. KHOURY:  Happy to send it.
7      Q   And going back to this email from
8 Gina which attaches the maps, she also
9 attached some demographic information; is that
10 correct?
11      A   I'm sorry.  Let me go back to it.
12 Yes.  Yes, she did.
13      Q   And this appears to be -- the plan
14 name is House 12, so this initial part appears
15 to be demographic information for the 2012
16 map.  Is that --
17      A   That's what it appears to be, yes,
18 sir.  I didn't, I didn't -- that wasn't what I
19 needed, so I --
20      Q   You didn't request that information
21 from her?
22      A   No.  I think she sent the whole
23 file to me, so I think that's included in the
24 file.  And I think that she said that in the
25 beginning of the email.  This is a big file.

---

189

1 Yeah.  Okay.
2      MR. CLANCY:  Okay.  Can we go off
3 the record?
4      THE VIDEOGRAPHER:  Going off video
5 record at 5:09 p.m.
6      (Proceedings in recess, 5:09 p.m. to
7      5:16 p.m.)
8      THE VIDEOGRAPHER:  We're back on
9 video record at 5:16.  This is the beginning
10 of file number four.
11      Q   Mr. Welch, earlier we had been
12 discussing the difference between the 2012 and
13 2015 maps with respect to your district and
14 111 and 109.  And what we have up here again
15 is the 2012 version of the map.  Do you see
16 that?
17      A   Yes, sir, I do.
18      Q   Okay.  And previously we had
19 discussed that it's your testimony that the
20 primary motivating force for this
21 redistricting was that Mr. Rutledge wanted to
22 move potentially into an area that was in
23 McDonough; is that correct?
24      A   Well, when we talked about it, that
25 was the discussion they had with me about it,

---

Electronically signed by Joel Moyer (501-161-376-4513)          d67c147b-fa51-4604-b79d-1bce43e45890

Andrew J. Welch III          Georgia State Conference of the NAACP, et al vs Kemp          February 8, 2018

52 (Pages 190 to 193)

---

190

1  so.
2      Q     You were told --
3      A     Yeah.
4      Q     -- that that was the reason?
5      A     Yes.  That's what, that's what Dale
6  asked me to meet him for.
7      Q     And just -- this is the 2012 map.
8  Can you just kind of point us to where that is
9  again?
10     A     These -- this is Central and
11 McDonough, so this geographic area.
12     Q     Understood.  And there's also --
13 you might recall that Mr. Strickland also was
14 potentially moving into McDonough; is that
15 correct?
16     A     Yes.
17     Q     Okay.  And that's also in the same
18 geographical area that you just pointed to; is
19 that correct?
20     A     He didn't -- it wasn't specific,
21 but just McDonough the city, so.
22     Q     Understood.
23     A     He's already in -- at that time, he
24 already had some of it, so.
25     Q     And we previously discussed, and

---

191

1  we'll move on to the 2015 map, that that area,
2  the McDonough area, is not the only part of
3  111 and -- that changed in the 2015
4  redistricting; is that correct?  For instance,
5  the Tussahaw area --
6      A     Oh, yeah, yes.
7      Q     -- changed; is that correct?
8      A     Yes, down here, this part here.
9  I'm not -- I have to look at the next map, but
10 this part -- I know from -- this is Old
11 Jackson Road here, and this is South Bethany,
12 South Bethany Road here.  And so this, I know
13 this piece was taken out, and I think a little
14 bit more.
15     Q     Understood.  And this might be a
16 little tough to do, but these areas aren't
17 your district, but if you can look at the --
18 how the 130 looks right now.
19     A     130, yes.
20     Q     And then the top part of the 111,
21 do you see that in the 2012 map, the northern
22 part?
23     A     I do, yeah, where this is
24 Stagecoach precinct?
25     Q     That's right.  In the Stockbridge

---

192

1  area?
2      A     Yes, sir.
3      Q     And those are not areas where
4  anyone was discussing moving; is that correct?
5      A     No.
6      Q     Okay.  And then I'm going to go
7  ahead and switch the maps.
8      A     Can I set it down?
9      Q     If you want to just look at it down
10 there, that's okay.
11     A     Okay.
12     Q     So if we look at the northern
13 portion of 111 and then 109 in the Stagecoach
14 and Stockbridge area that we were discussing,
15 that changed between 2012 and 2015; is
16 that correct?
17     A     That is correct, on these maps,
18 yes.
19     Q     And were you ever part of a
20 discussion about that part of the
21 redistricting?
22     A     No.
23     Q     And if we look down to the -- where
24 the 111 and the 130 meet, that also changed as
25 part of the redistricting; is that correct?

---

193

1      A     That is correct, yes, sir.
2      Q     And were you ever part of any
3  discussion about that part of the
4  redistricting?
5      A     No, sir.
6      Q     And is there any reason in your
7  mind why, to enable Representative Knight to
8  move to a particular area in McDonough, you
9  would need to make the changes to the
10 Stagecoach area that had been made?
11     A     Did you mean Representative
12 Strickland?  Because you said Knight.
13     Q     I'm sorry.  Yes.
14     A     I'm sorry.
15     Q     Sorry.  Is there any reason -- I
16 actually meant Representative Rutledge.
17     A     Oh, okay.  Sorry.
18     Q     Is there any reason, to enable
19 Representative Rutledge to move to the area in
20 McDonough that he was considering moving to,
21 that you would have to make changes to the
22 Stagecoach area?
23     A     You would have to talk to Gina
24 about what the population shifts have to be.
25 I don't know.

---

Donovan Reporting, PC                                    770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                    d67c147b-fa51-4604-b79d-1bce43e45890

Andrew J. Welch III          Georgia State Conference of the NAACP, et al vs Kemp          February 8, 2018

53 (Pages 194 to 197)

194

1     Q    And in the same question, is there
2  any reason, to enable Representative Rutledge
3  to move to that area in McDonough, that you
4  would need to make changes to the 130?
5     A    Same answer. I don't -- You have
6  to ask her. I don't know.
7     Q    And I'll just ask the same
8  questions for Representative Strickland as
9  well. Is there any reason, to enable
10 Representative Strickland to move to the -- to
11 some area in McDonough, you would need to make
12 changes to the northern part of his district
13 as well?
14    A    I don't -- you'd have to ask --
15 because you're moving district lines, whenever
16 you move them, you have to make adjustments as
17 to the numbers so that they remain the same.
18 So you have to ask Gina about those numbers
19 and why those numbers moved the way they did.
20    Q    And I'll just ask just for the
21 final part.
22    A    Yes, sir.
23    Q    Your answer can be the same. But
24 is there any reason that you know, to enable
25 Representative Strickland to move to that area

195

1  of McDonough, you would need to change the
2  southern part of his district where it borders
3  the 130?
4     A    You need to ask Ms. Wright, Gina
5  Wright.
6     Q    Okay. I'll just -- we have one
7  more exhibit for you.
8     A    Yes, sir.
9     (Whereupon a document was identified as
10 Plaintiff's Exhibit 50.)
11    Q    This is, has been previously marked
12 as Plaintiff's Exhibit 50.
13    A    Thank you.
14    Q    I have two copies.
15    A    You want me to focus on the 111
16 area?
17    Q    Yes, if you could, please.
18    A    Okay. Yes, sir. I'm sorry.
19    Q    This is an email from Mr. O'Connor
20 to Ms. Wright; is that correct?
21    A    That is correct.
22    Q    And it's dated February 1st 2017;
23 is that correct?
24    A    That's correct. Yes, sir.
25    Q    And the title of the email is

196

1  Comparison of HD 105 (Chandler) and 111
2  (Strickland); is that correct?
3     A    That's correct. Yes, sir.
4     Q    And if we jump down to the
5  discussion of HD 111, he appears to be
6  providing Mr. Strickland's percentage of
7  victory in the 2012, 2014, and 2016 elections;
8  is that correct?
9     A    That's correct. Yes, sir.
10    Q    And then he writes, "The old HD 111
11 would have had a 50.2 percent total Republican
12 average during the (2014 cycle); the new HD
13 105 --
14    A    5.
15    Q    -- is 54.4 percent GOP, gain of
16 about four points Republican." Do you see
17 that?
18    A    I do.
19    Q    And it appears he's discussing the
20 111; is that correct?
21    A    No. He is discussing the 111 and
22 the 105.
23    Q    Do you think it's fair that the 105
24 here might be a typo and he meant to compare
25 the old 111 to the new 111?

197

1     A    Have to ask Dan. I don't know.
2  Like I said, I don't -- well, never mind. It
3  could be. I mean, that's --
4     Q    Is that a fair --
5     A    Tom, that's a fair reading.
6     Q    Is that a fair reading?
7     A    I don't -- but I don't know what
8  he's thinking.
9     Q    And then he says that there was a
10 gain of about four points Republican?
11    A    That's what he writes, yes.
12    Q    And earlier you had said that that's
13 a figure that would surprise you; is that
14 correct?
15    A    Well, not, not in the election
16 cycles. I mean, so Brian, he polls -- he has a
17 very high likability. I mean, the guy's --
18 people like him. People that are -- that
19 typically vote Democrat, according, you know,
20 from my perspective, people I talk to, that I
21 know are typically Democratic leaning, they
22 vote presidential Democratic, but they like
23 him.
24       So they vote -- it's funny. I bet
25 if you looked at his numbers compared to the

198

1  presidential numbers, I bet you'll see that he
2  has a slight uptick in terms of his numbers.
3  He gets crossover votes.
4          So, you know, voting GOP doesn't
5  necessarily mean that the individuals voting
6  are GOP or Republican. They may be Democrat
7  that are voting, crossing over and voting,
8  Republican because they like Brian.
9      Q   So you think it's possible --
10     A   I wish I had more of that.
11     Q   You think it's possible that this is
12  attributable to Brian as opposed to the
13  redistricting of the map?
14     A   It's possible, so it may be -- so
15  what I'm saying is I don't know that the -- I
16  don't know that the map -- the map may have
17  helped him. I don't -- but, but I also know
18  that Brian polls. I mean, the -- so I don't
19  know if that's him or if it's the map.
20     Q   I understand.
21     A   Or both. Could be both.
22     Q   And then in the second, or the
23  paragraph below that, it says, "In the old
24  HD 111 in 2014, David Perdue would have lost to
25  Michelle Nunn 47.8 to 50.3."

199

1          And just to pause, was David Perdue
2  the Republican candidate?
3      A   Yes, yes, Republican Senate
4  candidate.
5      Q   And then it says, "The new HD 111
6  favored Perdue 52 percent to 46.2 percent." Do
7  you see that?
8      A   Yeah. Yes, sir. I'm sorry.
9      Q   And is it fair to say that, here,
10  Mr. O'Connor's comparing what -- how Mr. Perdue
11  would have performed under the old map compared
12  to how he did perform in the new map?
13     A   Yes. And so if -- is that saying --
14  that's what it seems -- that's what he seems to
15  be saying. So is that a 1.7 percent
16  difference?
17     Q   Well, it seems to indicate that he
18  would have gained 47.8 percent under the old
19  map and did gain 52 percent under the new map;
20  is that correct?
21     A   That seems to be saying that, yeah.
22     Q   And so that is about a 4.2 percent
23  difference; is that correct?
24     A   That's -- well, yes.
25     Q   Yeah.

200

1      A   I think that's about right.
2      Q   And the statement above that we were
3  discussing previously, Mr. O'Connor had written
4  a gain of about four points Republican; is that
5  right?
6      A   That's correct. But also, I mean,
7  you have to know that David Perdue was a -- an
8  unusual candidate. He wasn't -- he wasn't
9  Republican -- I mean, he was a businessman. He
10  came out of the business community from, I
11  forget the retailer, but, and ran his own
12  campaign as a nonestablishment campaigner.
13          So, I mean, he could easily have
14  polled people as well. Independents could
15  have, you know, swung his way.
16     Q   But in both of these comparisons,
17  there was one election that did happen. Right?
18  There was one map that was in place; correct?
19  And those are the real numbers?
20     A   Yes.
21     Q   And then he's just looking at, well,
22  if the map had been the old way it was, how
23  would the votes have tallied under that old
24  map; is that right?
25     A   That appears to be what he was

201

1  doing.
2      Q   And in both situations, it's showing
3  that there's a gain of about four percent
4  Republican; is that right?
5      A   It does, yes. It does, uh-huh
6  (affirmative).
7      Q   Are you aware of any emails or other
8  communications where Mr. Strickland or
9  Mr. Rutledge expressed their desire to move to
10  the particular areas that we've discussed?
11     A   No, I'm not.
12     Q   Okay.
13     A   I think, I think Dale has moved. I
14  think he's now at the Lawrenceville Street
15  area.
16     Q   But in the time of redistricting --
17     A   Oh.
18     Q   -- you're not aware of any
19  communications?
20     A   Oh, no. No, sir.
21          MR. CLANCY: I don't have any
22  further questions.
23          THE VIDEOGRAPHER: All right. Going
24  off video record at 5:30 p.m.
25          THE COURT REPORTER: And you're

Electronically signed by Joel Moyer (501-161-376-4513)          d67c147b-fa51-4604-b79d-1bce43e45890

Andrew J. Welch III        Georgia State Conference of the NAACP, et al vs Kemp        February 8, 2018

55 (Pages 202 to 205)

```
                                                      202
1   going to reserve signature?
2        MR. KHOURY:  Yes, please.
3        (Proceedings adjourned, 5:30 p.m.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                      204
1        CERTIFICATE OF COURT REPORTER
2   STATE OF GEORGIA
3   COUNTY OF COBB
4        I hereby certify that the foregoing
5   deposition was reported as stated in the
6   caption, and the questions and answers thereto
7   were reduced to writing by me;
8        That the witness's right to read and
9   sign the deposition was reserved;
10       That the foregoing pages 1 through 205
11  represent a true, correct, and complete
12  transcript of the evidence given on the
13  above-referenced date by the witness, ANDREW J.
14  WELCH III, who was first duly sworn by me;
15       That I am not of kin or counsel to any
16  of the attorneys or parties in this case.
17       I do hereby disclose pursuant to
18  Article 10.B. of the Rules and Regulations of
19  the Board of Court Reporting of the Judicial
20  Council of Georgia that I am a Georgia
21  Certified Court Reporter; that I am an employee
22  of Donovan Reporting PC; that Donovan
23  Reporting PC was contacted by the attorney
24  taking the deposition to provide court
25  reporting services for this deposition; that I
```

```
                                                      203
1   I, ANDREW J. WELCH III, Deponent,
2   do hereby certify that I have read the
3   foregoing deposition, and the same is a true
4   and accurate transcript of my testimony, except
5   for the changes listed below, if any.
6   PAGE/LINE/CHANGE              REASON
7   _____
8   _____
9   _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
    If additional space is needed, please attach
20  separate sheet(s) and indicate number of
    additional page(s) here:_____
21
22  _____
    ANDREW J. WELCH III, Deponent
23  This _____ day of _____, 20____.
24  Donovan Reporting, PC FAX: 770-428-5801
    237 Roswell Street Marietta, GA  30060
25  Date of Deposition: 2-8-2018 CR: JM
```

```
                                                      205
1   am not taking this deposition under any
2   contract that is prohibited by OCGA 15-14-37(a)
3   and (b) or Article 7.C. of the Rules and
4   Regulations of the Board; and I am not
5   disqualified for a relationship of interest
6   under OCGA 9-11-28(c).
7        There is no contract to provide
8   reporting services between myself or any person
9   with whom I have a principal and agency
10  relationship nor any attorney at law in this
11  action, party to this action, party having a
12  financial interest in this action, or agent for
13  an attorney at law in this action, party to
14  this action, or party having a financial
15  interest in this action.  Any and all financial
16  arrangements beyond my usual and customary
17  rates have been disclosed and offered to all
18  parties.
19       This 14th day of February 2018.
20
21  _____
                JOEL P. MOYER, CCR 2745
22              Certified Court Reporter
23
24
25
```

Donovan Reporting, PC                                           770.499.7499

Andrew J. Welch III          Georgia State Conference of the NAACP, et al vs Kemp          February 8, 2018

**A**

**ABHA** 2:8
**abide** 40:21
**ability** 8:14 40:23
**able** 18:16 20:20
  147:2 174:24
**above-referenced**
  204:13
**absent** 38:14
**Absolutely** 22:20
**absurd** 186:17
**access** 16:23 17:4
  18:16
**accommodate** 101:12
**account** 16:8 17:8
  19:1 21:10,20 22:3
  22:3 24:12 26:8
  107:17
**accounts** 12:8 16:18
  18:16,22 19:7,7
  20:16 21:13 23:17
  26:7 125:24 138:14
**accreditation** 103:13
  103:15
**accuracy** 160:1
**accurate** 36:9 153:24
  154:10 156:17
  166:5 183:15 184:5
  203:4
**accurately** 8:15
**Act** 76:8 82:6
**action** 6:20 205:11,11
  205:12,13,14,15
**active** 17:4,5 132:8
  133:18
**actively** 31:11
**actual** 45:19
**actuality** 162:5
**adamant** 42:21
**add** 73:21
**added** 117:13 158:9
  158:10
**additional** 61:4
  180:10 183:18,22
  203:19,20
**address** 7:1,25 15:23
  16:4,10,25 17:3,7
  17:15,20 18:2,7,11
  18:12 19:14,17
  22:21 45:21 77:17
  77:17 102:2 110:2

**139:20 141:6,7**
**addressed** 110:5
**addresses** 15:20 18:1
  19:23 21:2,5 45:19
**adjoin** 152:14
**adjoining** 8:2 61:6,10
  102:22
**adjourned** 114:21
  202:3
**adjournment** 41:23
**adjust** 98:21
**adjustments** 174:14
  175:10 194:16
**adopted** 184:22
**adopting** 184:23
**adversely** 120:9
**affect** 8:19 61:10,24
  63:12 65:22 83:22
  84:1 88:1 116:4
  177:17 180:17
**affirmative** 13:8
  35:21 36:15 39:13
  79:24 84:20 85:9
  96:1 104:18 108:19
  113:17 124:17
  130:12 132:21
  142:1 143:7 172:13
  172:23 187:2 201:6
**affirmatively** 139:6
**afford** 41:20
**afforded** 47:1
**African** 177:25
**African-American**
  71:16,20,21 72:5,6
  73:7 79:18 108:18
  112:17 121:25
  122:15,16 146:15
  166:12 177:9,21
  178:1
**African-Americans**
  72:1,10 107:13,22
  108:1,7 152:23
**afternoon** 6:21,22
**age** 24:6 59:3,6 64:9
  64:13
**agency** 205:9
**agent** 205:12
**ago** 12:20 15:5
  103:24
**agree** 96:18 154:20
**agreed** 85:16
**agricultural** 122:19

**Ah** 135:16
**ahead** 18:9 90:5
  101:21 117:9
  122:25 192:7
**Albany** 186:11
**Alex** 2:18 12:9,10,11
  14:12 19:1 20:11
  74:2
**allegations** 43:1
**Allen** 2:19
**all-white** 176:9,9
**alter** 55:22,23 64:23
**Amazon.com** 31:15
**Amburn** 4:22 95:1,4
**American** 132:20
**amount** 30:21 51:23
  52:2
**amounts** 44:18
**analysis** 165:4 166:21
**analytics** 74:5
**ANDERSON** 1:7
**ANDREA** 1:7
**Andrew** 1:13 3:9 5:1
  5:3,6,9,11 6:11,24
  203:1,22 204:13
**Andy** 4:12,14,17 5:1
  5:3,6,9,11,13 83:14
  92:21 156:13
**andywelchforstate...**
  16:24
**andywelchiii@gma...**
  16:20 18:18
**Andy's** 90:23
**andy.house.ga.gov**
  15:23
**andy.house@ga.gov**
  16:1
**andy.welch@hous...**
  16:2 18:2
**Angeles** 2:5
**annexation** 179:2
**announce** 38:25
**annoying** 38:18
**answer** 10:11 70:14
  73:21 116:16 145:9
  171:19 194:5,23
**answering** 10:24
**answers** 10:2 204:6
**anxious** 92:4 93:13
  93:15,20
**anybody** 39:8 157:17
**anymore** 16:23 17:4

**anyway** 27:19 74:16
  82:1 112:22 150:11
**AP** 56:15
**apologize** 152:25
  174:2 184:13
**appear** 49:22 50:4
  67:12 106:4 113:12
  119:5 125:19
  132:11 140:15
**APPEARANCES** 2:1
**appears** 51:16 54:14
  54:15 56:18 57:7
  57:20 59:3 60:19
  64:15 90:10 94:25
  101:25 112:25
  123:7,12,25 124:2
  128:22 131:2 135:9
  150:3 152:2,21
  155:3,23 162:4
  163:7,8 164:18
  174:5 175:23
  181:14 182:12
  183:5,9 184:17
  188:13,14,17 196:5
  196:19 200:25
**applied** 161:13
**apportionment** 20:3
  29:9,11 78:17
  89:19 143:3 173:5
**appreciate** 13:24
  49:18 74:8
**approach** 70:21
**approaching** 157:13
**approval** 86:2
**approved** 85:17
**April** 5:7,9,12 14:3,4
  22:24 44:1,2 123:4
  128:23 130:3
  137:12 138:23
  140:9 142:15 152:9
**AP_score** 56:15
**archived** 24:7
**area** 59:9 66:24 80:7
  80:11,20,22,25
  82:18,22 86:6,15
  87:3 115:19 119:9
  119:10,18,19,22
  122:11,13,13
  147:18 170:17
  171:15 176:11
  178:16,24 179:12
  185:4 189:22

**190:11,18 191:1,2,5**
  192:1,14 193:8,10
  193:19,22 194:3,11
  194:25 195:16
  201:15
**areas** 44:5 48:6 59:10
  63:3 81:17 119:3
  119:12 191:16
  192:3 201:10
**around-the-table**
  38:23
**arrangements** 205:16
**ARREYMBI** 1:7
**Article** 6:5 204:18
  205:3
**Asian** 126:25 132:19
  149:1 177:11
**aside** 53:3 135:25
  137:5 155:14
**asked** 12:5 56:7
  69:25 73:23 75:19
  75:20 115:5,5,25
  124:24 125:4 131:9
  134:1 135:20
  143:15 144:22
  169:7 185:21
  186:22 190:6
**asking** 92:13,18,24
  135:23,24 142:6
  173:1 178:11
  185:22
**asks** 90:20
**Assembly** 4:5 13:17
**assess** 46:1
**assessment** 184:2
**assigned** 47:24
**assistant** 13:25 22:24
  128:23 137:12
**assisting** 174:23
**associated** 16:5 18:3
  18:12 19:13,16
**assume** 10:19 54:21
  65:25 108:9 121:19
  121:22 141:23
  163:23
**assumed** 116:8
**assuming** 46:2 60:12
  106:9,12,14 107:1
  107:13 108:11
  110:1,3 149:5
**assumption** 106:11
  107:10 112:25

121:23 146:16
**Atlanta** 1:2,18 2:15
  2:20
**attach** 203:19
**attached** 4:3,12,14,17
  4:23 27:5,9 53:12
  53:21 54:21 57:15
  58:10,12 67:21
  123:17 124:19
  129:11 149:25
  156:9 174:22 188:9
**attaches** 63:21,24
  188:8
**attachment** 5:4
  131:17 133:17
  138:4 174:13 175:8
  175:13,22
**attachments** 3:18,20
  5:14 53:23 131:16
  133:14
**attempt** 45:5 51:22
**attempting** 52:1
  176:14
**attend** 74:19 180:2
  180:20
**attending** 78:19
**attention** 59:22
  102:16 113:23
  123:11
**attorney** 7:7 14:8,22
  204:23 205:10,13
**attorneys** 204:16
**attributable** 198:12
**AUDRA** 1:6
**August** 174:6
**AUSTIN** 1:6
**automatic** 30:20
**automatically** 139:19
**Avenue** 2:5
**average** 196:12
**aware** 11:3 13:9
  39:20 76:15,20
  97:8,14 153:3
  180:13,16 201:7,18
awelch@smithwelc...
  4:2 16:9
awelch@swblawfir...
  16:13
**A-N-D-R-E-W** 6:24
**a.m** 137:24

**B**

**b** 205:3
**back** 14:14 16:14
  20:18 22:1,2 23:22
  26:25 29:3 32:7
  34:11 47:6 54:22
  55:6 56:10 73:16
  73:19 85:19 91:21
  94:12 105:8 116:11
  116:25 118:23
  120:7 124:21 125:5
  133:9 151:4 163:5
  188:7,11 189:8
**backed** 182:22,24
**background** 31:24
**bad** 23:20 143:13
**balance** 177:13
**Balch** 1:17 2:18
**bar** 32:19,20 33:3,6,8
  34:21,22
**BARCLAY** 2:13
**Barnes** 185:23 186:8
**base** 71:23,24
**based** 25:19 92:7
  104:12 154:16
  155:4 164:18,21,24
**basically** 80:24
  126:15 170:17
  171:21
**basing** 146:6
**basket** 114:9,12
**bat** 117:12
**Bates** 170:16
**beef** 128:9,14
**began** 34:12,19
**beginning** 1:19 6:8
  73:18 133:11
  188:25 189:9
**begins** 182:17
**believe** 12:24 26:5
  47:1 53:13 61:3
  105:13 113:20
  117:5 118:12 122:8
  133:16,21 152:19
  154:1 167:2
**Ben** 4:10 158:22,25
**beneficial** 41:19
**best** 8:10 10:1,2,6
  11:19 40:23 51:14
  186:20
**bet** 197:24 198:1
**Bethany** 191:11,12
**better** 66:21

**beyond** 22:12,13
  81:18 98:25 205:16
**Bianco** 33:10,10
**big** 188:25
**bigger** 44:7
**bill** 28:18,19,20,22,23
  113:13,18,18
  114:10,20,23 126:2
  136:2 142:9 150:22
  150:24 152:6
  169:19 180:14,17
**bills** 29:22 141:15
**Bingham** 1:17 2:18
**biology** 32:3
**bit** 7:11 8:16 9:10
  35:16 61:16 120:15
  152:15 165:14
  177:8 191:14
**black** 55:6,6,11,12,21
  56:3,7,9,14,15
  58:16 64:7 81:16
  83:23 105:17 106:2
  106:23 107:4 111:2
  111:6,18 112:1,5
  126:17,23 127:1
  128:15 132:18
  134:9,20 138:17
  148:10,25 149:24
  150:8 151:1 153:19
  153:21 154:6,7
  175:24,25
**blacks** 121:20
**blanking** 35:15
**Board** 6:6 204:19
  205:4
**borders** 195:2
**bottom** 53:14 58:3
  90:14 114:2
**Boulevard** 2:19
**boundaries** 4:6
  176:13
**boundary** 80:15
  118:25 145:15
  171:22,23 173:7
**boutique** 33:25
**box** 22:15,17,19 23:9
  23:12,14,15 30:16
  30:20 31:5,12,17,21
  114:13 125:11
  129:3 130:4 138:22
  139:4,5,9,18,21,24
  140:3,11,12 141:2

**break** 10:22,25 73:10
  131:18 132:5,24
  135:9
**breakdown** 40:1
  56:22 59:1 64:6,7,8
  64:9 65:23 73:1
  84:2 152:21 153:17
  176:5 177:6,17
**breakdowns** 58:14
  59:5,14 63:25 64:4
**breaking** 131:6
**breaks** 131:21 132:14
  133:22
**Brian** 1:10 12:19,23
  12:24 27:2 77:15
  78:5 79:25 80:5
  92:3,16 93:5,12,19
  99:3 101:2,9 118:1
  197:16 198:8,12,18
**Brian's** 90:22 92:18
  93:1 98:23 117:16
  167:12
**brief** 31:24
**Britton** 16:15
**broad** 27:21
**Brockington** 2:13
**broken** 58:22,25 59:2
  148:4 149:1,7
**brought** 77:13 85:15
  180:25
**bumped** 165:13
**bunch** 23:15 29:9
**business** 122:21
  179:5 200:10
**businesses** 179:3
**businessman** 200:9
**Butts** 50:13,16,21,22
  51:9 63:6 72:21,23
  73:1 138:13,16

**C**

**CA** 2:5
**calendar** 14:6 41:22
**call** 41:24 45:13
  66:25 68:2 123:24
**called** 23:12 27:18
  36:17,18 40:13
  51:5,8 79:8 80:19
  113:24 114:3,4
  136:19 170:5,12
  171:1,6 172:14
  178:8

**calling** 123:23
**campaign** 17:6,11
  36:3 42:17 43:5,17
  43:17 44:3,20 45:2
  45:23 46:1,5,8,12
  147:15,17 148:3,12
  148:21 200:12
**campaigned** 37:18
  51:12
**campaigner** 200:12
**campaigning** 37:20
  42:14 43:7,22
**campaigns** 46:15,16
**candidate** 131:22
  159:22 160:11,13
  164:17 199:2,4
  200:8
**candidates** 41:7
  52:23,24
**capacity** 1:10 40:15
**capitol** 19:3
**caption** 114:22 204:6
**Carolina** 32:2 51:4
  186:9
**cars** 179:17
**Carter** 182:25
**case** 1:9 12:25 13:10
  13:21 14:24 15:8
  25:5 26:19 27:15
  28:14 112:17
  129:15 204:16
**cat** 67:25 68:3 80:16
**catch** 178:6
**Caucasian** 72:14
  177:10
**Caulder** 3:22 181:15
  181:25 182:14
**cause** 103:18
**CCR** 205:21
**CELESTE** 1:4
**censured** 178:14
**census** 44:15 154:17
  155:4
**central** 81:1 117:24
  119:9 135:15
  170:24 178:22
  186:10 190:10
**certain** 4:6 24:6
  30:21 47:16 48:5,9
  50:9 59:10,19 60:7
  81:18 144:7
**certainly** 99:18

125:10,23 183:8
**Certificate** 3:12
204:1
**Certified** 1:16 204:21
205:22
certify 203:2 204:4
cetera 75:11 115:23
chain 49:23 50:4
60:20
chair 71:21
**chairman** 89:24
167:25
**chairwoman** 71:19
chambers 43:13 85:3
**Chandler** 196:1
**Chandler's** 110:23
change 81:16 87:25
89:16,20 91:17
143:23,25 144:19
144:21 146:6,21
166:10 195:1
**changed** 16:15 39:17
43:20 104:10
105:16 117:4,10,22
153:15,20 185:5
191:3,7 192:15,24
**changes** 44:12 100:18
127:16 153:1,8
160:19 184:23
193:9,21 194:4,12
203:5
changing 127:12
182:22
characterize 154:24
charts 148:25 149:7
check 16:12 23:4
24:10 169:19,23
checked 12:11 169:3
chief 95:5 168:24
children 36:17 38:12
choice 179:5
Christmas 31:6,7
circles 160:12
cities 175:9 176:6
citizen 173:15
citizens 40:22
**Citrix** 27:17
city 103:3 120:18
145:14,15 170:5,5
170:21 171:6 172:4
172:8,12,21 173:1,8
174:13 175:9,14,20

176:9,10,14 178:1,8
178:16,20,24,25
179:15,18 190:21
**City's** 179:21
**Civil** 76:8 82:6
**Clancy** 1:14 2:3 3:10
6:15,17 7:10 49:10
49:12 73:9 94:6
105:2 116:19 133:3
188:4 189:2 201:21
clarify 10:17,18
31:10
**Clayton** 102:22,25
103:2,6,8,8,11,14
103:19
clean 42:21 43:5
clear 12:22 81:3
99:19
clearly 112:15 125:21
clerk 114:10,21,22
clerkship 33:17,19
**Clinton** 182:22
close 97:22 111:21
145:17,17
closed 138:6
closer 7:7,8 74:24
160:20
clubs 43:13,14
coast 186:12
**COBB** 204:3
**Code** 36:18
**Coie** 2:9
**COLEY** 1:4
collected 19:13,15
28:1
college 31:25 32:2,12
colon 130:24
color 117:17
column 66:6 163:8
163:16
combined 59:6
combining 186:14
come 21:23 25:17
47:23 75:23 78:24
79:2,4 80:14 81:9
84:17,25 114:15
118:3 140:14
141:13 147:10
166:3 168:21
169:19,20
comes 21:23,24
118:16,22 137:23

138:25 139:20
140:22 141:10
145:14,16 169:15
**coming** 62:14 85:11
132:22 142:3 159:3
comment 111:4
commerce 43:13
commercial 31:18
179:2,3
committee 36:21,24
47:17 85:22 141:15
168:1,12
committees 36:13
communications
60:1 102:12 151:10
201:8,19
communities 89:2
community 122:17
170:12 171:4
179:22 200:10
compare 91:14 186:3
186:5,8 196:24
compared 197:25
199:11
comparing 152:21
159:13 164:3
199:10
comparison 157:7
159:10 196:1
comparisons 200:16
compilation 148:24
complaint 15:13
complete 204:11
completed 34:6
compliant 94:5
comply 76:7 82:6
comport 104:7
computer 27:6,11,14
159:6
concern 59:8 88:21
88:25 97:21 99:11
176:21 178:4
concerned 61:18
65:20 97:24 98:1
98:12 101:15 153:8
157:14,17,24
176:12 183:17,21
concerns 88:4,8,17
168:6,10 179:20
concerted 128:12
condemnation 34:1
condensed 41:18

**conference** 1:3 2:2
78:18
confident 85:14
congressional 46:11
138:7
consent 89:17
consider 31:20 43:16
considered 30:6
180:7
considering 193:20
**Consiglio** 173:13
consistent 12:15
consistently 45:16
constituents 141:5
172:3
constitution 40:21
75:11
constitutional 76:7
construction 122:21
contact 151:11
contacted 100:22
204:23
contacting 151:13
contained 1:22
142:16
content 29:20
contest 130:11
contested 35:11 37:4
37:6
context 163:2
continue 96:9
**Continued** 3:25 4:25
contract 179:14
205:2,7
controlled 48:24
conversation 9:24
14:9 123:17,19
124:1,4 136:4,13
163:14 169:6,11,24
conversations 14:18
14:23 28:7 76:20
76:21 169:1
copies 53:6 101:20
195:14
copy 67:11 94:19
184:13
**CORETTA** 1:7
**Cork** 51:8
**Cornell** 34:6,7
corporations 8:7
**Corps** 32:4
correct 8:23,24 11:25

13:22 18:5,20
19:20 26:9,10 28:4
35:25 37:2 41:10
42:8 45:7 46:19,20
47:18 48:7,8,19
50:11,14,15 51:18
53:17,20,22 54:1,2
54:9,16,17 55:2,7,8
56:19,20 57:8,12,16
57:17,22,23 58:6,7
58:17 60:21,22,24
60:25 61:6,7 62:15
63:18,22,25 64:11
64:14 65:12,24
66:10,13,16 67:17
73:22,23 76:4 78:7
78:8 79:12 81:5,13
81:19 84:7 90:12
90:17,18 91:3,4,25
92:17 95:2,3,19
96:15 99:24,25
102:4,5,14,20 103:3
105:24,25 106:10
106:14 107:23
109:20,21 110:6,16
113:4,19 114:6
115:10,12 118:9
119:6,14,15,25
120:1,17,22 121:2,3
121:8 123:5,6,13,14
124:1,22,23 126:3
127:7 128:24,25
129:2,7,8 130:21
131:4,5,7,22,23
132:13,16 133:19
133:20,24,25
134:21 135:7,11
137:1,4,13,16,17,20
137:21 139:5 150:4
150:8,9 152:4,5,7
152:18,24 154:13
155:25 156:3
157:22 158:23,24
159:14,21 161:25
162:8 163:3,17,21
166:12 170:21
171:14 172:16,18
172:19 174:7,8,10
174:11,15,16 175:1
175:6,7,11,12,15
176:1 177:1,2,15
181:16,17,19,20,23

182:14,15 183:7,13
184:19,20 185:1,2
187:13 188:10
189:23 190:15,19
191:4,7 192:4,16,17
192:25 193:1
195:20,21,23,24
196:2,3,8,9,20
197:14 199:20,23
200:6,18 204:11
correctly 127:23
135:14
correlate 108:2
correlated 71:5
correlation 71:9
correspondence
151:8
corridors 179:2
council 178:15,16,20
204:20
counsel 2:1 6:4 11:16
12:16 14:25 15:2
19:13,15 25:15
28:7,9 73:20 187:6
188:1,4 204:15
counties 30:12 88:23
100:15 132:12,14
160:19
county 3:16 7:15
29:21 30:5,8,13
47:11 50:13,16,18
50:18,21,22 51:6,9
53:25 54:6,11
61:12 62:4,5,7 63:6
65:21 71:18 72:1
72:10,14,21 95:9,11
95:12,16,18,19,24
96:7,10,11,21
102:23 103:4,5,5,6
103:8,19 104:9
105:15 106:3,22
107:2,10,22 108:2
108:18,21 112:12
112:21 122:12
124:7,13 127:1,13
128:1 130:16 132:9
133:23 135:10
138:9 141:24
149:21 152:15,16
154:19,22 155:11
166:10,14 171:2
179:13,15 181:10

181:12 182:24
187:18 204:3
county's 124:21
125:4
county/precinct
130:10,13 135:4
couple 8:6 16:18 74:9
118:18 143:15
course 15:16 160:18
court 1:1,16 6:6 9:22
10:10,12 33:10,11
201:25 204:1,19,21
204:24 205:22
covered 18:1
Covington 118:24
Cox 35:25
CR 203:25
cranks 43:18
crash 159:6
create 178:7 186:25
created 66:17 67:3
111:23 173:18,21
176:25 187:9,12
creating 67:1 172:12
172:21 173:1
creation 177:14
creek 170:16 171:22
crossing 198:7
crossover 198:3
cull 47:6
Cullefer 4:12,14,17
5:1 49:23
CUNNINGHAM 1:6
current 7:2 18:6,11
50:19 164:4
currently 24:23
39:11 50:22 51:7
51:21 120:16
customary 205:16
cut 115:13
cutting 84:13 115:22
cycle 196:12
cycles 43:11 197:16

                D

D 58:9
Dad 38:17
Dad's 38:14
Dale 4:19 27:1 77:14
77:18 78:6,23 79:3
79:10,23 80:5
81:22 84:10 90:11

90:15 91:13 92:8
93:5,16 98:21
101:1 115:24
156:13 190:5
201:13
Dale's 117:19
Dan 3:17,19,22 4:1,8
4:10,21,22 5:4
67:13 68:7,12,15,19
69:2,4,15,21 70:2,6
70:7,10,20,24 73:25
78:9 90:11,16,20
97:11 106:18
109:18 111:10
112:15 113:3
123:24 125:21,25
127:6,11,17 130:4
136:17,21,25 137:2
137:19 142:3,9,16
154:2,2,2,2 155:24
156:21 160:2
163:14 184:8 197:1
Dan's 69:11 96:16
112:25 164:15
166:20
DARRYL 1:6
data 27:20 44:15
45:20 46:3 57:15
76:3 83:21,25
87:10,14 91:24
94:1 116:3 123:17
124:8,15,21 125:5
127:6 135:21 138:5
147:2 148:4,23
150:13 154:15,17
155:4 157:7 174:9
database 12:12
date 6:9 11:6 15:6
109:25 149:12,14
203:25 204:13
dated 57:10 60:23,24
67:13 95:1 102:13
109:19 123:4,13
128:24 129:6
137:12,19 156:2
158:22 174:6
184:18 195:22
dates 32:12 41:25
David 2:22 3:17,19
132:3 152:3,11,12
152:12 198:24
199:1 200:7

Davis 47:9 48:21
day 47:8 114:20
126:2 137:25 141:4
141:8 142:2,8,9
150:22,24 169:18
169:21,21 203:23
205:19
days 41:9 78:22
114:12
DC 2:10
deadline 38:24
deal 70:2
dealing 179:4
dealt 146:14
Decatur 80:14,17
118:22
December 31:6,8
95:2 97:5,6 158:22
163:20 181:21
decent 61:3
decide 112:9
deciding 23:25 62:6
decision 38:14,21
39:1 65:19
decrease 143:20
177:21
Defendant 1:11 2:12
define 89:19
degree 165:16
delegation 47:9,10
48:23 171:5 172:8
172:10
delete 24:2 30:21
deleted 24:7
deleting 23:18,20
Democrat 45:11 65:9
65:17 66:7 71:6
72:7 92:15 108:3
146:22 147:7
157:19 182:24
197:19 198:6
Democratic 38:2
71:17 72:2,11
91:17 96:12 104:14
104:15,22 107:11
107:23 108:3,22
112:18 128:9,14
185:25 186:1
197:21,22
Democratic-leaning
100:10
Democrats 41:5,6

45:9 104:17 111:7
112:7 116:5 186:16
Democrat-Republi...
120:10 144:3
demographic 39:22
56:22 58:13 63:25
64:4 73:1 92:14
160:19 175:6 176:5
176:18 177:6 188:9
188:15
demographically
91:15
demographics 20:4
29:21 30:4,11 56:4
56:7 58:22,24
64:19,23,25 66:4
87:25 104:9 121:10
121:12,14 127:13
127:16 132:15
166:10,17 176:11
Dems 111:22
department 75:6
179:10
depending 42:18
61:5
depends 41:21 108:5
108:6 184:6
Deponent 203:1,22
deposed 8:21 13:10
deposition 1:13 9:15
12:3,17 13:13,15,20
14:5,11,16,20 15:12
25:8,10 203:3,25
204:5,9,24,25 205:1
depositions 9:13,19
describe 46:21
desire 101:13 179:9
201:9
desk 69:10
despite 51:13 115:20
details 59:20 81:21
120:12
determination 62:7,9
66:5
determine 28:12 29:5
29:18 45:18 62:18
62:20
determining 64:17
66:1 83:19 121:6
developing 46:12
deviate 79:19
deviation 55:1

146:13
Di 33:10,10
differed 42:17
difference 186:19
  189:12 199:16,23
differences 96:6
different 12:7 19:23
  22:9 24:16 30:5
  53:20,25 63:10
  72:9 83:8 87:22
  129:1 139:23
  142:12 150:14
  169:10
differently 161:6
difficult 184:3
dilute 178:2
dip 118:15
directed 31:21
director 75:6
disagree 155:6
disclose 204:17
disclosed 205:17
disclosure 6:4
discuss 21:18 38:11
  69:15 125:15
discussed 15:8 24:18
  51:17 60:3 81:14
  88:4 105:13 107:20
  118:10 166:9
  167:16 175:9
  189:19 190:25
  201:10
discusses 187:13
discussing 15:21
  38:22 61:9 75:13
  76:2 95:9 129:14
  133:12 172:14
  174:19 180:21
  183:6 189:12 192:4
  192:14 196:19,21
  200:3
discussion 55:17
  79:10,23,25 81:15
  81:20 83:6,18 85:5
  86:23 87:4 93:4,8
  99:11 172:11
  180:25 189:25
  192:20 193:3 196:5
discussions 76:25
  97:15 116:23
  179:24
dispute 104:5 111:10

111:16 127:15
  130:7
disqualified 205:5
Dist 5:4
distantly 156:6,8
distracted 79:15
district 1:1,1 7:18,20
  8:5 11:21,22 13:1,5
  20:1,2,3 29:24 30:6
  35:6,8 39:11,19,23
  40:1,23,25 43:12
  44:4,6,8,15,16,24
  47:5 48:6,13 50:14
  50:19,23 51:11
  61:12,19,24 62:25
  65:15,16,24 66:2
  67:16,20 69:3
  77:22 80:10 81:4
  83:15,21 88:1,10
  89:16 90:22 91:7
  92:15,16,17,25 93:1
  95:11,16,17,23
  97:17 98:2,5,6,14
  98:17,23 99:2,12,20
  99:21 100:5,10,23
  100:25 101:1
  110:24 111:5,11,17
  111:20,22,25 112:5
  115:8,13 117:10,16
  117:19 118:3
  119:24 121:21
  122:3,7 124:8,15
  128:7 130:17
  131:17 132:7,12
  133:17,23 134:7,13
  134:19 135:4
  138:12,14,16
  144:24 145:12,18
  145:19 149:23
  150:3,6,20 152:13
  152:17 153:2,9,19
  154:4,5 156:9,18,23
  157:16,18 158:1,4
  159:20 162:7
  165:23 166:15,24
  167:13,14 171:12
  172:1,5 180:18
  182:20 183:7,11,12
  183:19,19,23,23
  184:4 186:9 189:13
  191:17 194:12,15
  195:2

districts 3:16 4:6,6
  30:12 44:19 55:12
  56:4 61:6,10 63:1
  63:13 67:2,4 76:6
  81:18 83:23 84:2
  86:18 96:7 110:21
  111:1 130:23,24
  138:8 142:11 166:4
  185:5 186:2,12,17
district's 97:23
divided 157:20
divides 58:16
DIVISION 1:2
document 4:5 49:1,3
  53:1 55:3 56:24
  60:14 67:6 89:25
  94:14 101:16
  108:24 113:7 117:2
  122:23 128:17
  137:7 151:17
  155:16 158:16
  173:23 181:4 184:9
  195:9
documents 15:11
  21:16 25:24 28:2
  28:13,14 29:4
doing 59:17 75:8
  84:15 143:12
  185:11,12 186:19
  201:1
Donovan 203:24
  204:22,22
door 8:2 44:20,21
  45:6,6
doubled 126:18
double-check 23:7
double-checked 12:4
  23:3
doubt 134:25 136:12
  153:23 154:10
  159:25 160:4
Doubtless 154:17
download 27:5,10,18
downs 80:14
drag 139:14
dragging 140:2
draw 47:3,4 48:9,13
  62:2 76:7 83:8
  102:16 107:9
  113:23 143:1 173:7
  173:8 176:14
drawing 11:22 29:24

48:5 59:8 61:17,19
  91:7 176:13
drawn 58:10 60:6
  98:2 115:1,21
  164:13,13
drew 48:17 186:1,4,6
drive 27:11,13
dropped 35:19
  150:23,25
drops 142:9
drop-down 83:1
drove 62:22
Ds 147:19
duces 20:25 25:19,21
  28:15 30:9 187:8
  187:19
due 48:18
duly 6:12 204:14
duty 40:24

                 E

Eagle's 170:6,12
  171:1,7,16 172:14
  173:16,17 174:13
  174:18 175:10,14
  175:20 176:24
  177:5,14 178:8,15
  178:24 179:12
earlier 26:3 30:15
  31:10 46:17 73:23
  75:20 88:11 107:20
  118:10 150:10
  178:5 189:11
  197:12
early 11:7 74:23 77:1
  78:2 84:8
easier 16:3 49:11
  52:23 85:2,3
easily 200:13
East 170:23
education 31:24
  36:17
effect 102:22,25
  103:9
effort 36:3 128:1,8
  128:12,14
efforts 51:14 107:18
effusive 70:17
eight 38:12
either 7:6 21:25 27:4
  27:8 38:16 45:8,10
  80:13,22 93:5 98:8

111:19 116:9
  135:21 145:7,20
  157:18 179:14
election 35:11 37:4
  93:6 97:21,22
  125:2 127:25
  130:11 138:7
  156:11 159:13
  160:8,10 161:4,21
  161:22,23,24 164:2
  164:3 197:15
  200:17
elections 55:19 76:23
  104:21 196:7
electoral 69:12,16
  76:2
email 3:17,19,21,21
  4:1,2,8,10,11,11,14
  4:16,16,19,19,21,22
  5:1,1,3,6,6,8,8,11
  5:11,13 12:7,12
  15:20,23 16:4,10
  17:7 19:13,16,23
  20:14 23:11 24:12
  25:14 26:12 27:5
  30:3,19 31:1 49:20
  49:22,23 50:3,5,7
  51:15,16,17 53:11
  53:14,14,15,19,20
  54:22 57:8,14
  58:20,24 59:5
  60:20,23 61:1
  63:21 64:1 67:12
  67:13 69:22 84:21
  90:6,10,14,15,19
  91:20 92:11 93:11
  94:20,25 96:6 97:4
  101:23 102:1,2,13
  109:16,18,25 110:2
  110:5 113:1 123:3
  123:4,8,11,12 124:7
  124:12,18 125:11
  125:20,21,23,25
  126:8 128:23 129:2
  129:4,4,10,12,13
  130:3,8 131:16
  133:13 136:3,10
  137:11,15,18 138:2
  139:15,17,20,23
  140:2 141:6,7
  149:9 151:3 152:2
  152:20 155:13,23

Andrew J. Welch III          Georgia State Conference of the NAACP, et al vs Kemp          February 8, 2018

158:21 165:4 174:5
174:18 181:14
182:12,13 184:17
184:21 188:7,25
195:19,25
emailing 130:5
emails 12:5,6,7,7
15:16,19,20 17:17
17:19 19:5,19
20:17,24 21:13
23:18,22 24:3,6,21
27:4,8,10 28:1,1
29:10 30:11 31:11
31:20 57:11 58:21
92:7 104:12 129:20
136:14 137:3 139:1
139:7,14 140:10
141:18 142:3,16
201:7
email's 31:5
employee 204:21
enable 193:7,18
194:2,9,24
encompass 81:10
83:20 85:6 86:25
endanger 65:16
endangering 183:2
183:11 184:4
ended 136:20
ends 32:23
engaged 176:8
enjoyed 71:1
ensued 116:24
ensure 100:18
entered 114:11
entire 44:4,24 45:1
166:13 179:18
entirely 95:16 138:8
entirety 50:13
entries 114:3
entry 114:3,4
environmental 9:10
32:9 33:24,25
equal 44:18
equipment 122:22
Errata 3:11
errors 88:9
especially 61:5
espoused 75:24
essentially 99:16
established 133:22
et 75:11 115:22

ethnic 88:18
evenly 157:20
eventually 67:22
everybody 48:11
142:10 149:7
evidence 204:12
exact 161:3
exactly 75:17 110:22
115:4 119:20
129:17 187:19
Examination 3:8,10
6:14
examined 6:12
example 24:18 28:17
29:9 42:2
Excel 57:16 64:3
exchange 17:17
26:14
excluded 29:12 30:10
excuse 47:3 64:2
132:2,21 133:1
exhaustive 26:3
exhibit 3:14 49:2,4
53:2,5 56:25 57:2
57:19,25 60:15,17
67:7,9 90:1,3 94:15
94:17 101:17,19
105:11 108:25
109:2 113:8,10
117:3,5 122:24
123:1 126:5 128:18
128:20 137:8,9
149:16 150:12
151:18,21 155:17
155:19 158:17,19
173:24 174:1,2
181:5,7 184:10,11
184:12 195:7,10,12
Exhibits 1:22 3:15
existed 46:13 86:19
existence 179:11
exit 171:1
expect 108:20
expecting 144:11,17
144:18
experience 9:19
55:19 71:4
expert 25:4
explain 52:18
explaining 75:5
express 97:21 98:8
168:6

expressed 168:10
171:4 201:9
expressing 101:11
extended 32:5
extent 21:12 67:21
extra 32:5

F

face 159:3
fact 17:22 111:17
115:20 119:7 128:2
140:9 178:14
factoids 76:3
factored 65:1
factoring 167:9
fair 38:1 48:20 59:17
61:22,24 97:6
107:9 153:7 163:11
163:23 164:23
165:25 174:17
196:23 197:4,5,6
199:9
fairly 157:20
fall 94:4 130:20,23
fallen 108:15
false 43:2 104:3
family 8:7 38:9,11
50:20 51:4 59:11
63:8 66:24 82:2
far 55:2 61:19 62:2,6
62:6 64:18 184:16
farm 122:20
farms 122:21
father 9:5
favored 199:6
FAX 203:24
features 174:25
February 1:19 6:1,9
78:3,3 84:9 85:21
109:19 195:22
205:19
federal 33:10 40:20
75:10 88:6 89:5
186:4
feel 109:7 178:13,19
fell 107:19
felt 70:16 102:22
132:22
fewer 103:23
field 113:23
figure 105:1 157:25
175:5 197:13

figures 50:8 53:16
54:19,25 55:5,10
154:16
file 3:2,3,4,5,6 6:9
20:15 22:6 27:23
64:2,3 73:18
133:11 174:24
188:23,24,25
189:10
filed 136:2
files 27:5,9
filter 30:16,20
final 86:2,9 87:19
111:4 113:15
134:13 194:21
financial 205:12,14
205:15
find 15:6 26:21 78:20
fine 82:8 181:12
finish 10:1,3,23
Finished 33:8,11
fire 179:15
firm 6:18 8:25 13:7
16:8 18:13 19:7
21:2 22:3,19 23:17
24:5 26:7 27:17
33:20,25 34:1,12
first 6:12 11:3 15:13
17:5 32:21 35:1,15
36:14 42:23 44:7
51:12,20 68:14
76:15 78:20 95:7
98:1 102:20,24
111:8 113:15 114:5
114:18 126:3 129:9
131:16 136:3
145:21 156:4
174:12 175:8
181:24 182:23
184:23 204:14
five 154:18 155:8
164:22 165:8 167:4
182:23
five-minute 73:10
five-point 159:23
160:17 164:17
fixed 41:22
flat 68:6 99:16
106:23 107:4
126:15 157:2,12
165:13
flip 54:13 57:18,24

Flippen 170:16
floor 2:4 84:23,25
85:11,18,20,23
116:10,12 143:6,19
169:15
Florida 186:12
Flovilla 51:10
focus 44:4 59:12
124:7,13 195:15
focused 59:13
folder 24:14,19,20,23
25:1
folders 24:12 31:2
follow 75:10
followed 129:10
following 123:16
follows 6:13
follow-up 74:9
129:13 151:8
force 189:20
foregoing 203:3
204:4,10
forget 200:11
forgive 70:20
forgot 28:19
form 172:8
formerly 13:3
forming 171:6 176:8
forth 127:17
forward 140:17,24
forwarded 129:5
139:2 141:17 142:3
forwarding 123:8
129:1 137:15,18
140:10
forwards 142:15
found 139:4
four 3:6 35:18 110:21
110:25 159:22
160:17 164:17,22
165:8 189:10
196:16 197:10
200:4 201:3
fourth 44:16 102:17
frankly 98:4
free 109:9
frequently 24:18
Friday 42:3 95:2
123:5
friend 119:10
friendly 128:4
front 69:10

Andrew J. Welch III          Georgia State Conference of the NAACP, et al vs Kemp          February 8, 2018

froze 27:20
full 27:16 34:5
functions 42:15
fund-raiser 128:7
funny 197:24
further 55:4 99:6
  126:7 201:22
F-O-R 17:1,2

**G**

GA 2:15,20 141:25
  203:24
gain 196:15 197:10
  199:19 200:4 201:3
gained 199:18
gauge 46:4,7
GA000006 3:23
GA000030 3:20
GA000034 3:18
GA000040 4:4
GA000077 4:1
GA2-000861 4:23
GA2-001106 4:21
GA2-001388 4:10
GA2-001601 4:8
GA2-004326 5:14
GA2-004682 4:20
GA2-005163 5:2
GA2-005165 4:13
GA2-005182 4:18
GA2-005198 5:7
GA2-005207 5:9
GA2-005213 5:12
GA2-005461 4:15
GA2-005463 58:3
GA2-005528 5:5
general 4:5 13:17
  35:24 36:1 80:24
  104:8 130:11
  170:17 182:5
generally 13:21,23
  43:6 46:21 52:9
  111:5 112:4 119:19
geographic 59:9
  80:25 87:2 170:17
  190:11
geographical 190:18
geographically 45:1
  48:12
Georgia 1:1,3,11,18
  2:2 4:5 6:20 7:14
  7:23 29:12 30:6,12

30:12 34:8,11,18
40:18 41:8 51:8
69:12,16 71:5,10
75:25 76:3 141:21
186:2,10,11 187:16
204:2,20,20
gerrymandering
  185:17
getting 104:12,13
  130:3 142:2,15
  155:12 178:13
Gilbertiz 33:21
Gina 4:1,3,19 5:13
  27:2 70:8,9,23,23
  71:2 77:9 78:6 79:7
  79:20 82:4 84:16
  84:18,25 87:7
  89:23 90:11,16,20
  90:20 91:21 93:12
  94:3 96:24 97:11
  100:3 116:6,9,12
  120:13 136:20
  142:18 146:5
  151:13 153:7 154:1
  157:11 169:11,13
  173:6 174:6 176:4
  185:21 188:8
  193:23 194:18
  195:4
Gina's 142:22 175:23
give 8:10 17:21 31:23
  49:8 98:16
given 7:11 76:10
  148:4 204:12
gives 56:11 147:16
giving 149:20
Gmail 16:18 18:15
  19:7 20:16 21:5,13
  21:20 26:11
go 9:19 12:13 18:9
  20:13,18,20 21:15
  27:21 34:25 42:4
  44:20,25 45:4,6,7
  45:15,16,19 47:1
  53:6 60:2 62:21
  64:17 90:5 91:12
  94:7 100:8 101:21
  105:2 116:19 117:9
  122:25 133:3
  134:15 139:21
  173:2,5 188:11
  189:2 192:6

goal 52:14
goes 27:18 31:3 56:10
  118:23,25 134:5
  170:23 171:16
going 10:18 14:15
  26:25 29:3 33:21
  42:14 43:12,23,24
  49:3 53:3 57:1 60:6
  63:14 65:17 67:8
  70:4 71:17 73:12
  75:8 77:4 81:23
  85:7,22,22 90:2
  94:8,16,21 99:14
  100:24 101:18
  105:4 109:1,4
  112:18 113:9
  114:25 116:21
  119:21 120:7
  124:21 125:5
  128:19 133:5 139:8
  141:9,14,19 146:17
  147:17 151:19
  158:18 173:25
  179:1 180:24,25
  181:6 184:11 188:7
  189:4 192:6 201:23
  202:1
good 6:16,21,22 23:6
  43:8 48:25 49:17
  62:18 142:19,23
  145:16
GOP 71:21 130:14
  156:12,14 159:23
  160:17 164:18
  166:23 167:3
  196:15 198:4,6
gotten 159:17 161:15
  162:20 164:12
  181:11
gov 15:25
government 9:9
governor 185:23
  186:1
graduate 32:12,14
graduated 32:1 34:5
  34:16
Grand 2:5
grandmother's 50:20
great 10:6 51:12 58:5
  71:3 188:2
greater 73:6
Green 41:7

Greene's 110:25
Griffin 186:9
ground 9:20
group 185:12,13,15
  186:24 187:1
groups 88:19
Grove 7:13 145:11
  145:13,14,23 146:2
grown 179:1
growth 154:19,21,23
  154:25 155:9
gubernatorial 127:24
guess 52:25 56:9
  111:8 117:16
  128:16 152:9
  161:17 163:14
  164:1,5 185:24
guessing 136:1
  150:21,21
guru 74:5 75:18
guy 74:1
guy's 197:17

**H**

H 162:7
habit 23:20
half 32:6 117:25,25
hand 49:3 53:4 57:1
  67:8 90:2 94:16
  101:18 109:1 113:9
  114:9 128:19 134:5
  151:19 158:18
  173:25
happen 200:17
happened 130:7
  142:7
happening 74:25
  76:17 83:18
happy 82:3 84:12
  188:6
hard 27:10,13 41:15
  57:19 147:19
Harvill-Childs 3:22
  181:15,25
Haven 81:7
HB 4:6
HD 39:10 63:17 65:6
  66:16 69:23 131:3
  158:4 159:10 163:8
  164:13,21 165:8
  166:17 167:3 196:1
  196:5,10,12 198:24

199:5
HD110Dplan 58:6
head 68:4 139:6
hear 7:5
heard 39:7 69:15
Heintz 33:22
held 128:7
help 38:14,19,20,20
  136:18 173:7,8
helped 61:15 198:17
helpful 42:3
HENDRIX 2:13
Henry 3:16 7:16
  29:21 30:4,8,9,13
  47:11 50:18 51:6
  53:25 54:6,10 62:4
  62:5,7 65:21 71:17
  72:1,10,14 95:9,16
  95:18,19,23 96:10
  96:21 102:23
  103:11,23 104:9,17
  105:15 106:2,22
  107:2,10,22 108:2
  108:18,21 112:12
  112:20 122:12
  124:7,13,19 125:1
  126:15,23 127:13
  128:1,9 131:18
  138:8,12,14 141:23
  149:21 152:15
  154:19,21 155:11
  156:12 166:10
  171:2 179:13,15
  181:10,11 182:21
  185:4 187:18
Henry's 96:10
Henry_County_pr...
  54:15
hey 78:23 86:14
Hi 110:5
high 197:17
higher 99:17 154:18
  155:8,11
highly 41:19
Hispanic 56:9,19
  58:17 64:8 126:25
  132:19 148:25
  176:2 177:11
history 113:24 147:9
hit 28:2,13 29:4
  147:18
hits 118:23

Donovan Reporting, PC          770.499.7499

Andrew J. Welch III          Georgia State Conference of the NAACP, et al vs Kemp          February 8, 2018

home 8:3 42:4 77:17
homes 147:18
honest 149:2
honestly 35:22 48:3
hope 139:12 162:1
hopper 114:4,7,11,15
  126:3
horse 122:20,21
hot-button 24:17
hour 15:3
house 4:6 5:4 7:18,20
  8:5 12:11 15:23,25
  16:5 18:3,25 19:14
  19:16 21:19 22:2
  24:15 26:8,15
  28:17,19,20,22,23
  35:5 38:18 40:19
  40:21 41:8,13
  44:16 47:12 48:5
  48:22 67:16,20
  69:3 86:18 113:13
  113:17 114:3,4,7,11
  114:18 126:2
  130:23 131:17
  132:7 133:17 135:4
  141:7 143:6,19
  150:5 152:6 153:2
  153:18 154:4
  159:20 162:7
  171:12 180:15
  182:3 183:6 184:22
  184:22 185:5,25
  188:14
houses 45:15,19
Huddle 184:15
Huh-uh 69:18 83:12
  121:17
hurt 101:9
hypothetical 164:20
  164:25

I

idea 125:8 139:7
  159:7 164:25
ideas 173:11
identified 45:2 49:1
  53:1 56:24 60:14
  67:6 89:25 94:14
  101:16 108:24
  113:7 117:2 122:23
  128:17 137:7
  151:17 155:16

158:16 173:23
  181:4 184:9 195:9
identify 45:5
III 1:13 3:9 5:2,3,6,9
  5:11 6:11,25 203:1
  203:22 204:14
illustrations 186:21
image 64:2 185:4
imagine 68:16 167:24
  186:14
impact 116:15
  171:25
impacted 117:22
  153:2
impacting 61:18
  89:18 169:20
impacts 171:24
impair 8:13
implemented 66:12
  66:15 67:3
important 9:24 10:8
  38:13,15
impression 39:9
  69:11,13
inbox 22:5,6,6,12,13
include 25:21 58:15
  171:20 172:17
  175:3
included 188:23
includes 56:8 58:24
  59:5
including 6:20 41:5,6
  47:17 92:14 130:10
  132:18
incorrect 47:14
incorrectly 135:14
increase 107:25
  108:3 165:17 167:3
  177:20
increased 106:3,24
  107:5,6
increases 108:20
increasing 128:15
increasingly 166:11
indented 102:18
independent 45:14
independently 28:10
  28:11
Independents 41:6
  200:14
Index 3:1,2,8,14 5:17
indicate 140:11

164:12,18 199:17
  203:20
indicates 134:7
individual 47:18 71:5
  102:1
individuals 55:11,12
  72:14,22 81:17
  103:18 167:18
  198:5
inference 164:5,6,8,9
influence 8:12 64:20
information 27:14,24
  29:2 52:12 55:15
  59:7 70:1 125:17
  125:22 127:9,12
  130:5,9 131:10,13
  134:2 136:24 137:2
  138:21,24 142:7,11
  148:1,22 150:19,19
  150:25 151:5,15
  165:2 175:6,23
  176:20 185:9 188:9
  188:15,20
initial 188:14
initially 91:23
instance 176:15
  191:4
intended 158:8
intending 100:16
intent 158:14
intentionally 123:24
  186:15
interact 9:21
interacted 69:21
interacting 43:11
interaction 70:15
interactions 136:16
interest 89:2 123:18
  205:5,12,15
interested 171:6
interns 47:2
interrupt 7:4
introducing 75:7
intrude 28:6
involved 46:17 76:25
  121:6 179:23
involvement 46:22
involving 170:5
isolated 19:5
issue 24:17,17,22
  40:7
issues 48:18

iteration 87:22
iterations 63:15 83:8
  86:6
Ithaca 32:25
Ivan 2:19

J

J 1:13 3:9 5:1,3,6,9
  5:11 6:11 203:1,22
  204:13
Jackson 1:7 6:24
  191:11
JAMIDA 1:6
Jan 4:8 109:19,22
  110:3,4,11 168:19
January 34:17 78:2,3
  84:6 85:5 86:9,17
jersey 128:6
Jimmy 47:22 75:5
  182:25
JM 203:25
job 32:21 33:9 48:25
  143:13
Jodeco 171:17
Joel 1:15 205:21
John 29:15 61:11
  62:10,19
joining 152:14
joint 32:23 33:6,9,12
Jones 4:8 109:19,22
  110:3,4,11 168:17
  168:18,19
Jordan 4:10 158:22
  158:25
Jr 2:19
judge 33:10,11 89:6
  186:4
Judicial 204:19
Judiciary 36:16
July 184:18
jump 128:11 196:4
junk 22:6,14 23:2,9
  23:12,14 30:16,19
  31:5,12,17,21
  125:11 129:3 130:4
  138:22 139:4,5,8,18
  139:24 140:3,11,12
  141:2
Justice 36:18
Juvenile 36:18
J-A-C-K-S-O-N 6:25

K

K 2:18
Kade 4:12,14,17 5:1
  46:25 47:18,20,24
  48:4,9 49:23 50:5
  51:16 52:1,11,13,18
  53:20 54:4 55:9,14
  57:8 58:22,25 59:5
  59:15 60:9,20 61:2
  63:20 64:21 69:5,8
  71:1
Kade's 48:1 52:12
keep 24:11,14 48:12
  52:6,10,14,21 89:1
  98:13 154:16 157:2
  160:18
KEMP 1:10
kept 30:25 70:16
key 37:20
KHANNA 2:8 7:4
KHOURY 2:18 7:9
  49:7,11,14 104:24
  188:6 202:2
kin 204:15
kind 9:7 38:15 45:13
  61:15 66:17 74:4
  98:5 122:19,22
  151:10 169:22
  190:8
kinds 43:25
Kiwanis 43:14
knew 73:24 144:9,10
  169:20
Knight 3:17,19 152:3
  152:11,12 155:24
  193:7,12
know 10:23 11:1
  21:12 24:19 31:17
  34:24 39:5,7 40:2
  42:15 44:9 46:13
  48:10 49:6 52:1,11
  52:24 55:14,16,17
  56:1,15 58:19
  59:20,25 67:5
  68:19,21,22,25,25
  69:14 72:16,25
  73:8 75:22 76:18
  77:18 78:12,22
  80:5 89:12 92:4,22
  94:2 95:4 96:2,17
  97:10 98:12,24

Donovan Reporting, PC          770.499.7499

Andrew J. Welch III                Georgia State Conference of the NAACP, et al vs Kemp                February 8, 2018

Page 214

99:13 101:4,6,14
102:6,25 103:8,20
103:21 104:3,22,24
107:17,18 109:14
109:14 111:13,15
111:19,19,20 112:8
112:8 113:5 115:17
117:21 120:4
121:13,15 122:20
123:22 125:16
127:14,25 128:5,8
131:12 132:6,23
134:22,23 136:1
142:20 143:2,23
144:23 145:9 147:5
147:16 148:16
149:4 151:2 152:13
154:3,11 155:1,12
156:20,21 157:1
158:8,25 160:2,3,8
160:9,10 163:12
164:2,3 165:3
166:25 167:7,8,11
168:4 169:4 173:2
173:20 176:4,11,22
181:25 183:16
184:7,8 185:8,16,18
191:10,12 193:25
194:6,24 197:1,7,19
197:21 198:4,15,16
198:17,19 200:7,15
**knowing** 48:14
**knowledge** 11:19
  69:12,16 103:17
  104:8 105:23
  131:19 166:17,22
**known** 73:25 160:13
**knows** 14:6 93:13

**L**

**labeled** 3:16
**lack** 178:10
**lady** 37:11
**Lake** 81:7
**land** 9:11
**Landing** 170:6,12
  171:2,7,16 172:14
  173:16,18 174:14
  174:18 175:10,14
  175:20 176:25
  177:5,14 178:8,16
  178:24 179:12

**Landmark** 102:12
**large** 47:5
**larger** 122:20
**largest** 44:16
**laser** 83:4
**last-minute** 169:23
**late** 78:1 84:6 85:5
  86:8,17 97:12,16
  98:8
**lately** 92:4 93:13
**Latino** 176:3
**laughed** 159:8
**LAURETHA** 1:4
**LAVELLE** 1:3
**law** 6:17 8:25 9:7,10
  9:12 13:7,16,25
  16:8 18:6,11,13
  19:7 21:2 22:3,19
  23:17 24:5 26:7
  27:16 29:11,15
  32:8,9,14,17,21
  33:20,25 34:1,12,19
  41:13 42:7,13
  75:10 141:6 172:24
  205:10,13
**Lawrenceville** 77:20
  79:11 80:20 117:13
  117:15,20 118:14
  118:19,23 201:14
**laws** 88:6
**lawsuit** 11:20
**lawyer** 8:23 55:19
**leader** 128:4
**leader's** 182:11
**leaning** 197:21
**learned** 47:11
**leave** 69:9 103:18
**Lee** 35:14
**left** 74:2 143:2
**leg** 143:2
**legis** 140:14 141:25
**legislation** 13:18
  141:18
**legislative** 12:11 41:9
  42:6,12 138:7
  140:15,22,25 141:1
  141:21,25
**legs** 68:5
**LEMON** 1:3
**letter** 11:6,14 15:14
  17:23
**let's** 15:18 91:12

109:15 117:12
120:14 133:3
160:22 163:5
**level** 28:3,8 147:6
**levying** 179:6
**Lewis** 2:13 19:11
**license** 179:6
**light** 47:8
**likability** 197:17
**liked** 66:21
**likelihood** 46:2
  143:21
**limited** 70:15
**line** 34:15 61:23
  62:18,20 83:9 87:8
  124:6,11,12 126:22
  129:9 134:11
  145:18 159:5
**lines** 11:23 29:24
  62:12,15 64:17
  65:21,22 77:23
  82:12,14 84:16,19
  86:14 87:9 89:16
  89:19,21 114:2
  120:11 173:8
  194:15
**linked** 16:11 17:8
  21:22
**list** 25:22,23 26:3
**listed** 150:5 203:5
**listing** 131:2
**lists** 129:11 130:9,24
**literally** 79:1
**litigation** 11:4 40:7
**little** 7:11 8:16 9:10
  19:15 22:8 35:16
  42:24 57:11,19
  61:16 120:15
  136:16 137:25
  152:15 165:14
  177:8 191:13,16
**live** 51:7 81:25
  115:18 121:24
**lived** 81:7,17 115:22
**lives** 48:11 119:10
  173:16
**living** 122:15
**LLP** 1:17 2:4,9,13,18
**Local** 9:9
**locally** 45:11
**located** 174:25
**location** 61:11

**Locust** 7:13 145:11
  145:13,14 146:2
**long** 15:1 33:14 34:2
  115:25
**longer** 31:3 48:22
  96:10 146:2
**look** 21:15 25:4 28:16
  46:4 48:11 49:20
  50:3 53:10,13,23
  54:24 56:13 57:5
  66:4 77:18 87:24
  90:8,14 92:2,4,7
  93:14,16,21 94:23
  96:23 101:23
  105:17 106:6 109:9
  109:11,13 110:17
  114:1,16 117:6
  131:15 134:4,12
  135:2 137:22
  140:18,20 141:4
  147:9,9 149:25
  150:2,7 155:20
  156:4 159:9 174:12
  191:9,17 192:9,12
  192:23
**looked** 28:15 29:8,17
  40:4 64:5 85:17
  139:2 142:25 157:6
  197:25
**looking** 17:24 26:1
  26:25 45:25 54:8
  57:12,21 58:21
  65:13 66:8,8 82:11
  82:20 83:19 84:24
  85:12 92:8 100:14
  105:10 109:15
  133:16 141:4 147:2
  149:10 153:14,16
  170:9 171:11
  172:20 200:21
**looks** 53:11,24 54:25
  55:5 58:2 64:12
  67:9,25 68:5 80:16
  104:13 117:14
  173:8 191:18
**Los** 2:5
**losing** 82:1,2
**lost** 50:25 51:14
  103:12,14 165:20
  165:21 198:24
**lot** 24:21 41:20 43:14
  44:7 63:12 103:18

122:20 148:24
  165:20,21
**lots** 8:2
**lower** 99:18 100:9
**Lowes** 99:5
**LYNNE** 1:7

**M**

**Madame** 110:6
**magistrate** 33:9,11
  33:15
**mail** 22:14
**mailers** 42:25 43:24
**maintain** 59:19,22
  120:8
**maintaining** 79:17
  157:15,18
**major** 32:3
**majority** 122:10
  128:3 172:9 177:25
  178:1 182:10,11
**majority-white**
  176:10
**makeup** 39:10,12
  43:12
**makeups** 39:22
**making** 99:11,14,22
  100:17 112:11
  158:5 163:2
**manager** 45:23
  147:15 148:3,12,21
**map** 3:16 4:15,17
  20:1,1 29:25,25
  48:14 51:14 54:6
  57:20 58:9 59:8
  60:1,6,8,9 61:3,10
  63:10,21 77:14
  80:9,10,17 82:11,16
  82:19,23 85:12,15
  85:25 86:2,4,7,8,10
  86:11,18,21 87:14
  87:18,19,22 88:5,9
  88:12,13,18,22 89:1
  114:25 115:6,9,12
  116:13 117:6
  142:19,22 144:8
  152:22,22 153:6,19
  157:8,9,10 158:7
  159:16,18 161:12
  161:13,25 162:11
  162:12,13,18,23
  163:2,7,17,19,24,24

164:4,7,7 169:5,8
169:12,14,16,16
170:13 171:11,16
178:25 184:22,23
185:4 186:4,8
188:16 189:15
190:7 191:1,9,21
198:13,16,16,19
199:11,12,19,19
200:18,22,24
maps 4:3,12 47:3,4,7
48:5,9,17 50:9
51:22 53:25 54:3
59:22 61:18 62:14
64:25 75:8 89:4
117:4 127:10
153:15 174:9,22
185:20,22,24,25
186:8,23 187:15
188:8 189:13 192:7
192:17
map-drawing 147:21
March 39:2,4 85:21
114:2,25 123:5,13
123:20,23 126:1
128:24 129:6
137:12,19 142:14
149:14 152:10
margin 60:3 99:16,17
159:23 160:17
164:18
margins 59:19,23
Marietta 203:24
marijuana 24:18,20
mark 4:21 102:7,8,10
122:25 137:9
marked 49:4 53:4
57:2 60:16 67:9
90:3 94:17 101:19
109:2 113:10
151:20 155:19
158:19 174:1 181:7
184:12 195:11
marking 128:20
MARLON 1:3
massive 127:25
master's 34:6,7
match 34:15
matters 21:18
McDonald 47:22
75:6
McDonough 77:20

80:25 81:1,24 99:9
101:3 115:18
117:18,24 118:2
119:3,9,9,18,19,22
120:15,15,23
135:13,15 189:23
190:11,14,21 191:2
193:8,20 194:3,11
195:1
McGarity 80:23
118:19 119:11
MCKENZIE 1:6
mean 14:15 23:10,15
25:20 36:3 42:6
43:9,10 48:24
54:21 59:16 71:1
71:11,14 75:22
80:5 86:12 92:10
96:5 97:18 100:22
104:11,12,15
106:17 107:12
108:9 110:1 112:14
112:20,21 113:14
114:7,14,15,19
115:2,24 116:11
121:23 125:9,20,22
127:18 129:24,25
139:10 140:13
141:3,22 142:19
144:9 145:6,7
146:11 147:8,13
148:9 156:21,25
157:3 158:4 159:3
166:7,19 167:6,23
178:10 180:22
193:11 197:3,16,17
198:5,18 200:6,9,13
means 139:4
meant 91:1 106:18
143:25 185:16,19
193:16 196:24
medication 8:13
meet 15:1 32:23 47:1
96:25 190:6 192:24
meeting 38:10,11,23
77:7,10,25 78:5,15
78:20,21,24 79:4,10
79:22 82:11 83:7
83:17 85:4,25 86:9
86:17,24 87:11
97:8,9,11 98:20
116:6

meetings 85:23 180:2
180:20
member 40:18 46:25
47:9,10
members 47:16
110:25 155:10
171:4,5 172:8
178:15
memory 8:19 116:12
mentioned 29:23
82:4
mess 33:21
message 69:9
messages 26:14,18,24
27:1
messing 115:14
met 12:10,13 47:16
47:19 48:4 68:15
77:6 98:19 101:4
119:8
metric 164:19,21
167:8
Michelle 198:25
midterm 160:10
Midtown 2:14
military 71:23,23
mind 70:8 108:5
154:16 159:4
160:18 168:21
184:8 193:7 197:2
minority 88:19
154:19,21 155:8,10
minute 49:19 53:9
57:4 94:22 160:23
minutes 15:3
misleading 19:15
misspelled 135:19
mistake 90:25 92:20
112:12
mistakes 88:9
misunderstanding
162:10
mix 45:12
mixed 122:11,11,14
122:17
mix-up 39:22
model 164:25
moderate 160:11,13
moment 133:2
Monday 33:13 97:1
Monroe 152:16
months 12:20 31:3

33:16
Moon 35:14,18
morning 6:16 124:9
124:16
motivating 189:20
motivation 178:7
move 7:11 34:23,25
55:4 77:19 78:25
80:11 83:16 84:4
84:11 85:8 86:15
86:22,24 87:1,5,8
87:15 93:25 100:16
100:24 101:8,13
155:10 184:16
189:22 191:1 193:8
193:19 194:3,10,16
194:25 201:9
moved 34:8,11
104:23 117:17,17
154:6 166:6,23
194:19 201:13
moving 56:18 77:15
77:16 79:11,23
80:1,4,5,6,6,12,21
81:7,11 82:16,18
83:20 85:6 99:4,8
100:23,25 103:10
108:7,12 118:12,13
119:3,13,17 126:7
167:15 190:14
192:4 193:20
194:15
Moyer 1:15 205:21
mroundtree@land...
102:3
mrountree 102:7
Munger 2:4 6:18
municipal 9:9 172:24

_____

N

NAACP 1:3,5 2:2
6:20
nah 38:17
name 6:17,23 8:25
14:2 16:14 19:9
35:15,25 46:24
68:25 188:14
named 12:25 33:23
47:18 181:15
narrowly 156:11
Native 132:20
nature 29:14 140:15

140:23,25 141:1
178:21
NE 2:15
near 51:6
nearly 105:19 182:23
necessarily 198:5
need 10:22,25 16:23
23:21 38:25 45:3
78:24 87:6 93:6
94:1 104:25 132:5
138:25 147:16
179:8 193:9 194:4
194:11 195:1,4
needed 32:21 79:4
98:20,21 100:7
142:20 173:5 180:9
188:19 203:19
negative 69:18 83:12
121:17
neighboring 103:2,5
neighbors 121:25
122:1
network 27:17
never 70:7,7 87:21
136:24 145:19
148:7 149:3 157:6
184:24 197:2
new 32:25 33:2 67:20
69:3 152:22 159:18
161:13 162:11
163:2,17,19,24
164:6 196:12,25
199:5,12,19
Newton 138:13,17
nice 37:11
Nichols 131:24
Nix 89:24 168:4,7,16
nobody's 108:14
nod 10:12
Nods 139:6
nonestablishment
200:12
nonspam 31:20
north 71:24 118:25
northern 1:1 117:25
170:19 171:23
191:21 192:12
194:12
November 90:15
92:9,11,12 102:13
126:14,16,23 138:6
number 6:9 55:11

Andrew J. Welch III          Georgia State Conference of the NAACP, et al vs Kemp          February 8, 2018

Page 216

65:4 73:18 105:14
106:2,16,21 107:3,4
108:1,17,21 133:11
144:22 189:10
203:20
**numbers** 28:19 36:11
40:3,4 65:19 66:9
72:17 73:25 74:5
75:18,24 90:21
92:5,13,14,15,25
93:14,16,21 98:2
101:15 105:23
108:10 116:1,15
120:8 128:11 135:1
143:23,24 144:1,23
146:6,17,19 147:16
155:12 157:2,7
158:10 161:2,3,9
194:17,18,19
197:25 198:1,2
200:19
**Nunn** 198:25
**NW** 2:10,19

**O**

**Oak** 170:24
**Obama** 162:6 163:10
164:11
**objection** 187:24
**obtain** 174:24
**obviously** 13:15
21:24 44:17 48:12
99:13 125:10,23
129:25 158:10
**occur** 77:4 78:21
179:25
**occurred** 11:24
144:21 161:24
**occurring** 75:14
126:1 167:20
**OCGA** 205:2,6
**October** 126:14,17
127:1 130:17 134:8
138:5 152:3,9
156:2
**odd** 150:9
**offer** 98:15
**offered** 100:4 205:17
**offering** 99:20
**office** 15:9 19:3 35:2
35:4 36:14 46:11
46:14,24 47:3 48:1

60:5 64:22 68:18
68:20 69:1,7 70:5
70:22 74:13 75:7
78:17 85:19 89:8
89:19 97:12 113:4
124:25 136:20,25
143:3 147:24
151:12 173:5
182:10,11
**Offices** 1:17 68:9
**official** 1:10 38:22
**offset** 108:8
**off-the-record**
116:23
**oh** 28:18 36:18 41:1
42:9 51:25 63:23
70:25 71:11 89:12
92:22 95:20 115:24
130:4 134:14 136:9
147:23 152:8
161:17 162:12
191:6 193:17
201:17,20
**okay** 9:18 13:1 15:18
15:22 17:25 23:13
34:18 40:6 47:21
49:21 53:8 57:3,6
58:1 60:18 62:11
62:19 63:20 65:5
66:10 68:24 69:2
70:12 72:8,13,19,25
75:7,16 76:9,13
80:8 82:10 83:15
84:21 90:9,9 94:6
94:24 95:21 96:20
97:3 99:17 100:24
101:24 102:19
105:10 106:13,15
106:20 109:3,6,10
109:15,17 110:14
112:10 113:11
115:6,9,23 116:18
116:19 120:24
122:25 123:10
125:15 128:21
130:8 132:4 134:14
135:2,6 137:6,10
140:20 142:13
143:19 146:4,9
149:9,11,18 150:15
152:1 155:13,15,22
155:22 156:15

158:20 162:15
163:4 165:6 168:5
168:14 169:4,5,7,12
169:22 170:1,18
171:17,25 172:11
173:14 174:4
179:23 181:8,13
187:17,21 188:3
189:1,2,18 190:17
192:6,10,11 193:17
195:6,18 201:12
**old** 66:24 145:18
152:22 153:18
157:8,9 159:16
161:12 163:7
191:10 196:10,25
198:23 199:11,18
200:22,23
**older** 16:10,22 17:3
18:12 114:12
**Olson** 2:4 6:18
**once** 29:3 30:1 47:23
111:5 112:4 114:14
142:18
**ones** 20:10,22,24 27:3
29:5,14 64:5 89:5
137:24
**opinion** 96:16,18
160:15
**opponent** 35:23 36:1
37:9 39:6 42:25
46:3
**opponents** 38:2,2
**opportunity** 47:1
**opposed** 37:24 42:18
110:4 179:6 198:12
**opposition** 128:3
**orally** 10:11
**ORANGE** 1:7
**order** 94:4 172:7,7
**organization** 1:3
**organize** 100:8
**oriented** 171:18
**outcome** 161:3
**Outlook** 23:16
**outside** 12:16 14:8,22
14:25 42:11 60:2
69:22 142:22
167:16,18
**overall** 39:10,22
95:12,24 124:7,13
**owned** 59:11

**owner** 102:11
**O'Connor** 3:18,20,22
4:1,8,10,21,23 5:4
20:4 67:13,19 68:7
68:12,15 76:10
78:9 90:12,16 95:1
95:8 102:1 106:9
107:1 109:19 112:4
123:12,19,23
124:24 125:16
129:5 130:5 133:13
134:2 135:20
137:19 138:2,21
139:8,24 140:2
142:4,16 149:10
150:17,18,25 151:3
151:14 152:3,20
155:3,24 158:22
181:18 182:13
183:5 195:19 200:3
**O'Connor's** 111:10
130:8 184:2 199:10

**P**

**P** 1:14,15 2:3 205:21
**packed** 34:8
**page** 3:12,25 4:25
9:21 54:14 56:10
56:13 57:19,25
58:10 64:10 132:1
132:7 135:3
**pages** 16:19 204:10
**page(s)** 203:20
**PAGE/LINE/CHA...**
203:6
**Pair** 5:7,9,12 14:3
123:4 128:23 130:4
137:12
**Pamela** 19:11
**paragraph** 92:3 95:8
96:24 102:17,18
110:18 126:10
156:4 182:17 185:3
198:23
**paralegal** 138:24
**parameters** 25:23
28:16 60:7,10
64:22 94:4 101:7
**paraphrase** 47:13
**parenthetical** 111:3
**parents** 81:25 82:2
82:18 84:13 115:18

115:22
**Park** 145:24
**part** 37:20 43:16
48:18 50:18 51:6
69:1 76:14 77:10
79:13 119:5,23,24
122:7 144:10,10
170:20,20 188:14
191:2,8,10,20,22
192:19,20,25 193:2
193:3 194:12,21
195:2
**partially** 138:8
**participated** 40:9,13
**particular** 24:22
29:15 182:5 193:8
201:10
**particularly** 171:5
**parties** 12:25 204:16
205:18
**partisan** 39:10,12
65:23 84:1 121:9
**partner** 29:11,15
**partners** 33:23
**parts** 153:15 172:17
**party** 41:7 71:10
205:11,11,13,14
**pass** 49:9
**passed** 3:16 48:17
61:13 67:23 117:7
152:7,9 163:24
180:15
**passing** 169:17
**PATRICIA** 1:4
**patrol** 179:17
**pause** 199:1
**pay** 32:21 123:10
**paying** 59:21
**PAYTON** 1:6
**PC** 203:24 204:22,23
**pdf** 57:16 64:3 67:20
156:9
**pdfs** 53:12,21
**Peace** 32:4
**Peachtree** 2:15
**Peaksville** 7:13 122:5
145:16
**pending** 173:22,25
175:17 176:25
177:5
**people** 14:15 40:25
44:8 47:2 62:24

Andrew J. Welch III          Georgia State Conference of the NAACP, et al vs Kemp          February 8, 2018

63:3 71:12,16
76:20 100:21
103:10 104:20,21
107:18 122:20
136:14 166:6
167:15 172:7 178:7
178:11 179:18
197:18,18,20
200:14
**perceives** 142:10
**percent** 36:8 37:13
55:6 65:3 73:4,7
103:25 110:24,25
111:2,6,11,18 112:1
112:5 126:23,24
127:1,2,2 134:8,9
134:20,21 138:15
138:16,17,17 144:4
146:13,15,18
149:24 150:7,8,11
150:11 153:19,20
153:21 154:6,7,12
159:17,19 161:15
162:6,7,11,21 163:9
163:10 164:11,11
167:10 177:9,9,11
196:11,15 199:6,6
199:15,18,19,22
201:3
**percentage** 55:11,18
55:21 56:14 64:7,8
64:14 79:19 81:16
81:18 91:16 120:9
144:3 152:23
165:17 166:2
175:25 196:6
**percentages** 50:8
53:16 54:19 55:1
56:8,11 79:18
116:1,5 120:8
134:5,16 154:17
155:4,7 156:14
161:14 164:10
**perception** 176:12
**Perdue** 198:24 199:1
199:6,10 200:7
**perform** 18:24 19:22
21:7 22:23,24
199:12
**performed** 19:21
21:3 22:4 25:13
199:11

**period** 39:17 93:5
107:11 126:11,13
**Perkins** 2:9
**person** 45:21 48:13
48:23 72:4 139:16
182:2,6 205:8
**personally** 18:21
**perspective** 197:20
**pertained** 77:11
**pertaining** 142:11
**pertinent** 20:25
21:19
**phone** 7:7,8 10:9
123:16,19,25
136:13
**physically** 114:9
**picked** 159:22 164:17
**picking** 179:5
**piece** 191:13
**pizza** 32:23 33:5,9,12
**place** 30:24 31:4,11
43:23 62:15,18,18
78:16 186:13
200:18
**placed** 114:13
**places** 59:11 118:18
**placing** 186:15
**Plaintiffs** 1:5,8 2:2,7
6:19
**Plaintiff's** 3:15 49:2
49:4 53:2,5 56:25
57:2 60:15,16 67:7
67:9 90:1,3 94:15
94:17 101:17,19
105:11 108:25
109:2 113:8,10
117:3,5 122:24
123:1 126:5 128:18
128:20 137:8,9
151:18,20 155:17
155:19 158:17,19
173:24 174:1 181:5
181:7 184:10,12
195:10,12
**plan** 58:9 66:17,21
67:2,4 183:21
188:13
**planning** 77:15,16
80:11 81:10 84:14
93:25
**plans** 57:15
**please** 6:22 10:17,23

47:14 70:20 132:23
195:17 202:2
203:19
**point** 43:8,9 60:9
61:3 80:8 83:5,7
84:19 85:11,20
132:6 152:6 190:8
**pointed** 145:6,7
171:12 190:18
**pointing** 86:5,14
170:19
**points** 156:10 164:22
165:9 166:3 182:23
196:16 197:10
200:4
**police** 179:9,10,16,16
**politics** 69:12,17
128:5
**polled** 200:14
**polling** 102:10 184:6
**polls** 45:4,7 197:16
198:18
**population** 50:8
53:16 54:19,25
55:2,5,10,21 58:15
58:16,17 62:22
64:6,14 122:12,14
146:15 175:5,24,25
176:1 177:21 178:2
193:24
**populations** 48:14
56:12 83:23
**portion** 95:11 122:6
122:9 138:12,14
145:22 153:3 181:9
192:13
**portions** 80:25 83:15
138:13 183:18,22
**possibility** 166:8
**possible** 7:5,9 51:23
52:3,15 92:24 93:2
125:10 136:19,22
136:22 139:11,22
139:25 140:6,8
147:6 166:2 183:10
198:9,11,14
**post-election** 161:19
**potential** 63:17 76:22
82:12,14,19 170:5
172:4 175:19
**potentially** 54:8
65:23 66:2 83:20

85:7 97:16 172:12
183:6 189:22
190:14
**PowerPoint** 185:14
186:24,25 187:5,9
187:12,14
**practice** 9:8,12 13:16
13:25 23:18 24:6
42:7,9,10
**practicing** 34:12,19
41:13 42:13
**pre** 164:4 185:24
**precinct** 52:23 99:5
120:21,23 121:1,7
124:19 125:1
130:19 135:10
144:16 147:5
148:11 191:24
**precincts** 51:23 52:2
52:6,10,15,21 88:22
131:18
**precinct's** 120:18
**precisely** 82:24
**predominantly** 62:23
72:2,11,15,23 122:8
176:14 179:13
**prefer** 70:22
**preference** 101:11
**preferred** 52:10,16
**preparation** 15:12
25:7
**prepare** 12:3
**preparing** 9:23
**Presbyterian** 32:2
**presence** 179:10
**present** 2:21 54:8
84:1,18 85:12
116:9 185:15
**presentation** 75:24
76:1 185:11,13,14
186:24 187:3
**presentations** 76:11
**presented** 83:22,25
87:11 114:20 116:3
**presently** 96:2
182:10
**preserve** 12:5
**preserved** 22:7,9
63:2
**president** 124:20
163:8 182:24
**presidential** 38:3

45:10 125:2 147:11
159:13 160:20
161:24 197:22
198:1
**presume** 58:11 94:3
**presuming** 112:14,16
**presumption** 112:15
**pretty** 48:24 72:16
95:12,23
**preventing** 49:15
**previous** 73:21
129:10 144:24
**previously** 53:4 57:2
139:23 151:20
155:18 166:9
176:23 189:18
190:25 195:11
200:3
**pre-2012** 164:4
**primaries** 43:20
45:10
**primarily** 153:8
**primary** 35:20 42:25
100:13 130:14
135:5,11 147:11
189:20
**principal** 102:11
205:9
**printed** 30:2
**prior** 38:10 76:22
78:19 114:24
**Pro** 109:23,24 110:3
110:6,14
**probably** 23:23 34:4
68:16,18 69:24,24
73:5 75:5 78:22
82:17 89:23 97:7
97:24 106:8 108:23
122:10 141:21
142:5 143:12 148:9
148:9,15 149:6
168:23 169:2,9,18
**problem** 30:23 62:8
187:22
**Proceedings** 3:1
73:14 94:10 105:6
133:7 189:6 202:3
**process** 29:7 40:9
46:18 52:14 61:16
76:6 87:18 89:9,14
89:15 92:9 98:9,16
**processes** 52:9

Donovan Reporting, PC                                                        770.499.7499

**produce** 28:4,14
**produced** 20:10 25:5
  25:24 29:6
**producing** 21:12,13
**prohibited** 205:2
**project** 136:18 170:4
  170:9 174:19,22
**projected** 82:12
  86:21
**projecting** 83:3
**projection** 83:4
**projector** 83:1
**properties** 8:8 179:5
**property** 7:22 8:1
  179:7
**proposal** 83:13
**proposed** 53:21,25
  54:7,11 60:2,8
  62:14 66:11 67:4
  171:16 174:13
  175:9,14 177:4
**proposing** 68:11
**Proscenium** 2:14
**proud** 32:22 36:10
**provide** 12:9 55:10
  131:9 176:17
  204:24 205:7
**provided** 6:3 25:15
  58:14 59:14 64:19
  175:23 178:23
  179:12,13 183:22
  187:5
**providing** 130:10
  131:12 137:3
  150:13 152:21
  176:5 183:18
  187:23 196:6
**public** 41:19 52:24
  179:9
**pull** 12:8 20:23,23,24
  27:22 90:20,20
**pulled** 12:12,14,15
  19:5 29:13 63:11
**purple** 96:11
**purplish** 117:17
**purpose** 10:10 48:5
  99:22
**pursuant** 6:4 204:17
**put** 19:4 20:22 24:22
  30:24 31:1,4,16
  50:13 74:2,4,11,12
  75:18 77:22 126:2

127:10 128:5 137:5
  139:10,17 155:13
  165:2 186:7
**p.m** 1:19,19 6:2,10
  73:13,14,15,17 94:9
  94:10,11,13 105:6,7
  105:9 116:22 117:1
  133:6,7,8,10 137:23
  149:15 189:5,6,7
  201:24 202:3

                    **Q**
**qualify** 39:2
**qualifying** 35:19
  38:10 43:19
**question** 10:16,19,24
  22:8 42:6 43:18
  62:9 70:14,23 72:9
  75:20 102:24 111:9
  116:14 134:18
  142:12 143:15
  148:20 171:19
  176:24 194:1
**questions** 10:3,11
  74:9 90:7 94:21
  142:21 144:6 145:3
  194:8 201:22 204:6
**quote** 75:17
**quotes** 159:6

                    **R**
**R** 45:17
**race** 20:6,8 35:20
  38:3 58:23,25 59:2
  59:6,6 71:4,9
  124:22 125:2,6
  130:20 131:7
  133:24 148:5
  160:20
**racial** 20:3,6 30:3,11
  40:1 56:22 59:1,14
  60:3 64:18,23,25
  66:4 87:24 88:18
  104:8 121:12
  127:13,16 132:15
  177:17
**ran** 35:10,13 37:1,17
  37:23 42:23 44:7
  69:24 98:1 145:22
  200:11
**Randy** 168:4
**range** 111:6 112:6

**rapid** 154:19,21,25
  160:18
**rates** 205:17
**read** 15:13,14 16:3
  20:20,21,24 21:6
  26:2,11,13 49:21
  57:20 109:15
  114:16,22 149:22
  151:22,24 161:6,16
  181:8 203:2 204:8
**reader** 113:15
**readers** 114:5,18
  126:3
**reading** 93:2 161:5
  161:18,19 162:10
  163:11,15 164:23
  197:5,6
**ready** 155:21
**real** 151:10 200:19
**realized** 44:15
**really** 34:15 35:20
  41:14 43:9,10,18,20
  47:9 65:18,20
  145:17,17 163:12
  171:23,23 179:3
  180:11
**reapportion** 44:18
  75:9
**reapportioning** 68:17
**reapportionment**
  15:9 20:2 29:24
  46:11 47:17 64:22
  68:9,20 70:5,22
  74:13 77:11 89:8
  97:12 113:4 136:20
  136:25 162:24
  167:25 168:12
**reason** 8:9 65:3 69:3
  93:23 100:13 104:4
  104:6 111:9,14,16
  111:24 127:15
  134:24,25 136:12
  153:23 154:9
  159:25 160:4,6
  165:7 167:2,5
  190:4 193:6,15,18
  194:2,9,24 203:6
**reasonable** 164:5,6,9
**recall** 11:18 21:16
  22:18 60:4,11
  62:25 74:21 75:23
  76:1,11,24 77:24

79:3 80:3 82:24
  83:7 85:10 87:10
  93:8 97:9,19 99:15
  99:20,25 101:10
  123:18 125:9
  127:23 129:20,23
  130:1 135:23,24
  136:5,7 142:2
  151:7,13 156:6,8
  168:25 190:13
**recalled** 74:7,18
**receive** 17:19 27:9
  31:19 163:9,10
**received** 36:7 37:12
  58:23 59:4 129:25
  159:18,19
**receiving** 129:20
**recess** 73:14 94:10
  105:6 133:7 189:6
**recollection** 21:11
  48:16 75:12 76:9
  79:9 84:6 85:24
  86:17,20 87:17,21
  99:10 114:24 115:3
  124:3 130:3 140:1
  167:24 169:14,25
**reconfigure** 87:8
**record** 6:8,23 10:12
  12:22 22:7 26:3
  73:13,17,20 86:16
  94:7,9,13 105:3,5,9
  114:23 116:20,22
  117:1 133:4,6,10
  144:15 170:18
  189:3,5,9 201:24
**records** 12:8
**record's** 81:3
**red** 96:11,21 170:23
**redirected** 168:11
**redistrict** 93:7,24
  98:10 100:15
  183:10
**redistricted** 101:12
  119:13 144:7 166:4
  180:4
**redistricting** 11:22
  20:2 24:24 25:2
  36:20,24 40:6,8,9
  40:15 46:18,23
  50:1,9 51:13 52:9
  52:14 53:17 55:24
  74:25 75:13 76:16

76:22 77:4,12 79:5
  81:15 82:5 88:3
  89:9 92:9 96:4
  97:17 98:9,16
  113:18 117:11
  124:25 147:24
  153:4 156:17,22
  157:14,25 162:24
  165:8,22 167:19
  168:22 179:25
  180:10,15,21 183:6
  187:10,13,15
  189:21 191:4
  192:21,25 193:4
  198:13 201:16
**redo** 120:11,11
**redraw** 61:23 77:23
  84:16
**redrawing** 11:24
  77:14
**redrawn** 84:19
**reduced** 204:7
**reduction** 156:14
**reelected** 184:1
**refer** 67:24 185:23
**reference** 51:1 136:4
**references** 159:5
**referencing** 136:7
**referred** 25:25
**referring** 58:9 61:9
  62:3 103:7 105:14
  144:13 159:7
  174:18
**refers** 163:24 164:7
**regard** 165:23
**regarding** 175:24
**Regardless** 41:2,4
**regards** 49:25 129:19
  151:8
**register** 107:18
  128:12
**registered** 103:23
  105:15 106:2,22
  107:3,5,19 108:1,12
  108:14,17 138:15
**registration** 103:25
  105:18 106:23
  111:2,18 112:1
  124:21 125:5
  126:15,17,24 127:3
  127:18,20,21 128:1
  128:8,15 130:16,22

131:3,7 132:8
133:18,23 138:4,6
138:18 149:21,24
151:1
**Regular** 4:5
**Regulations** 6:5
204:18 205:4
**REID** 1:4
**related** 24:14,24
26:15 30:11 92:25
93:24 100:15
141:18
**relation** 26:19
**relationship** 205:5,10
**relatively** 144:23
**relevant** 26:21 27:14
29:6 30:7 50:9
53:16
**relocate** 101:1,2
**remain** 65:15 194:17
**remainder** 126:25
**remained** 126:15
**remember** 8:14 11:6
11:13 15:4,6 17:10
17:22 20:1 28:21
30:10 35:13,16,23
36:2,11,13 37:9
46:24 48:3 61:8
65:2,4 68:14 74:14
74:15 78:14 81:21
85:14 86:13 89:14
115:4 119:20 130:6
142:14,17,17
177:10
**remind** 45:6
**reminded** 45:4
**rent** 32:21
**Rep** 95:15 123:16
129:10 138:3 156:9
182:17,19
**repandywelch@g...**
16:21 18:19
**report** 163:9
**reported** 204:5
**reporter** 1:16 6:3
9:23 10:10,12
143:10 201:25
204:1,21 205:22
**reporting** 6:6 203:24
204:19,22,23,25
205:8
**reports** 25:5 90:21

**represent** 6:19 7:18
8:5 13:2 40:22,24
42:15 94:20 95:18
111:1 204:11
**representation**
111:10 147:3
178:13
**representative** 6:16
16:6 18:3 21:20
24:15 26:8,16
42:16 77:8,8 95:10
95:12,23 96:25
97:10,15,20 98:7,17
110:23 130:20
152:13 155:24
156:18 157:15
159:12 173:14
183:12 193:7,11,16
193:19 194:2,8,10
194:25
**representatives** 19:17
35:5 40:19 156:12
**represented** 35:7
52:13 154:13
178:20
**representing** 39:18
**represents** 13:4 81:4
95:10 106:10
**Reps** 183:2
**Republican** 45:11,22
65:7,11,15 66:3
67:2,3 71:7,19 72:6
72:15,23 91:17
92:14 104:22 108:9
121:11 135:5,11
144:3 146:22 147:6
156:10,19,23
157:19,21 158:2,6,7
158:9,11 160:12
164:22 165:9 166:7
183:18,22 196:11
196:16 197:10
198:6,8 199:2,3
200:4,9 201:4
**Republicans** 45:3,6
45:14 111:22 116:5
186:6,15
**Republicans-Demo...**
116:2,16
**Republican-Democ...**
39:14
**request** 21:23 51:1

56:3 67:20 70:4
188:20
**requested** 54:20 55:9
56:21 69:4,6 127:6
174:25 176:16
185:9 187:20
**requesting** 53:15
91:24 93:17 94:1
185:11
**requests** 21:21
**require** 61:4
**requires** 75:10
**rescheduling** 12:20
14:10
**researched** 40:14
**reservations** 115:11
**reserve** 202:1
**reserved** 204:9
**reshape** 47:4 63:1
**reside** 122:2
**residence** 7:2,17
**resident** 179:4
**resolution** 41:23
**respect** 55:21 87:13
104:19 189:13
**respective** 57:15 63:3
**respond** 22:1,2 43:1
**responding** 51:17
**response** 42:25
**responsibilities** 40:18
**rest** 42:12 44:19
**result** 44:12 51:13
117:10 128:15
158:7
**results** 91:14,15
161:20,22
**resumé** 42:22
**retailer** 200:11
**returned** 34:18
**Returning** 149:9
**returns** 124:19 125:1
**review** 15:11 25:10
26:18,23 28:3,8
**reviewed** 15:15
**revise** 4:7 65:6
**revising** 65:15 68:10
**revision** 36:19 66:2
**revisions** 63:17 65:14
66:11 68:11
**reworking** 51:21
**Ridge** 51:5
**right** 6:7 17:11 21:9

30:17 36:11 37:14
37:16 42:11 43:18
44:8 50:10 51:2
65:7,11,17 80:13
81:6 83:6 91:5
95:22 100:2,20
117:15 118:20
119:7 122:4 123:8
123:9 126:4 134:5
134:10 137:14
138:9 144:5 146:23
146:24 153:21
154:2 161:11,23
162:25 166:1
170:25 175:21
181:22 184:16
191:18,25 200:1,5
200:17,24 201:4,23
204:8
**Rights** 76:8 82:6
**Road** 7:13 80:23
118:20 119:11
122:5 145:16
171:17 191:11,12
**role** 48:1 74:13 89:8
89:13 172:20,22
**rolls** 107:19 108:15
138:6
**Romney** 159:17,18
160:9,14 161:10,14
162:5,11,20 163:9
164:11,12
**room** 78:18 98:20
**Roswell** 203:24
**Rotary** 43:13
**roughly** 107:4
**rounds** 55:24
**Rountree** 4:21 102:7
102:8,10
**routinely** 146:13
**row** 134:13
**Roy** 185:23
**Royalton** 32:8
**Rs** 147:19,19
**Rudy** 35:25
**rule** 52:4 146:18
**rules** 6:5 9:20 40:21
180:22 204:18
205:3
**rule's** 180:23
**run** 35:1 39:5 42:20
64:25 67:25 68:2

80:16 99:12,22
100:6
**running** 38:8 42:18
42:21,22,22 46:1
98:13 100:21 186:8
186:10,12
**runoffs** 43:1
**runs** 118:24
**Rutledge** 4:19 20:5
27:1 29:19 77:9
78:6 81:4 85:7
86:25 90:11,16,19
100:14 118:11,13
119:12 156:13
167:17 183:2
189:21 193:16,19
194:2 201:9
**Rutledge's** 93:23
183:12

**S**
**S** 2:13
**SABRINA** 1:6
**safe** 67:2,3 100:19
101:5
**safer** 98:10,17 99:12
99:22 100:5
**safety** 179:9
**SAMMY** 1:7
**Sandy** 51:5
**saw** 47:8 87:16,17,22
145:8 156:13 159:8
**saying** 95:21 124:2
130:4,4 140:10
142:6 146:21
148:14 151:14
161:13 162:5 163:1
164:15 167:7 183:9
198:15 199:13,15
199:21
**says** 16:20,21 51:20
53:21 55:3 57:14
58:3 67:19 91:13
91:23 92:1,3,11,21
96:13,24 103:22
104:2 105:17 124:6
124:18 125:11
126:13,22 129:9
132:7 138:10,11
139:3 149:19 150:3
153:18,22 154:5,15
155:5 156:8 157:2

Andrew J. Welch III          Georgia State Conference of the NAACP, et al vs Kemp          February 8, 2018

162:11 163:16
174:13,21,23 175:3
183:14 185:4 197:9
198:23 199:5
scenarios 50:12
schedule 41:21 43:23
school 32:8,15,18,22
103:12,14
screen 83:2
search 15:19,19
18:21 19:4,4,17,18
19:24 20:12,15,23
21:1,3,8 22:4,5,10
22:12,15 25:22
26:7 27:13,21 28:2
28:13 29:4
searched 12:6 20:16
26:4 27:20 28:18
28:25
searches 19:21,22
20:21 21:3,7 22:5
22:23,25 25:13
searching 15:16
20:13 22:18
season 43:17
second 50:3 53:14
61:1 90:8 92:2 94:7
103:22 104:25
105:3 110:17,22
116:20 123:11
124:6,12 125:14
133:4 171:9 175:13
182:16 185:3
198:22
secondarily 19:18
100:17
secondary 28:3,8
secretary 1:10 19:3
19:10
see 9:22 29:1 51:24
56:9 68:22 84:17
87:24 90:23 91:18
92:5 95:7,20,21
104:25 105:19
108:21 109:15
113:24 117:12
120:23 124:9
126:10,20 127:3
128:11 130:25
132:9 134:17,17
135:18 138:18,25
147:6 150:10

153:14 154:7
159:15,23 160:18
160:22,22 162:12
167:14 173:5,6
183:3 185:6 189:15
191:21 196:16
198:1 199:7
seek 136:17
seeking 136:20
seen 47:23 89:4,5
114:25 167:3,14
segregates 58:15
selected 130:23
selfish 153:10
seminar 74:3,12,19
Senate 124:20 125:2
130:14 135:5 186:1
199:3
senator 13:4
send 43:24 50:8 70:4
70:6,9,23 124:25
138:24 140:16
141:5,7 148:13
150:17,25 185:21
185:22 186:23
188:5,6
sending 59:1 69:2,22
125:17 127:9,12
141:10 142:9
150:18 151:4,15
sends 63:20 91:21
140:23
senior 47:8,10 48:23
61:13
seniority 47:12 48:18
seniors 185:15
sense 10:20 39:21
52:19 73:3 93:19
121:16 160:23,25
sent 11:5,13 15:15
20:25 22:6,15,17,19
23:15 25:19,20
51:22 53:24 54:22
55:14,16 56:4
58:22 70:1 133:13
136:2 137:24
139:23 148:10,15
148:21 149:3,6
181:18 188:22
sentence 51:20
102:21 103:22
105:14,17 110:23

111:4 112:3 156:5
156:5
sentiment 178:18
separate 1:22 24:11
27:23 66:17 203:20
separately 20:7
serve 36:20
served 36:13,16,23
server 27:20
service 32:5
services 178:21,22,23
179:11,15 204:25
205:8
session 4:5 40:13
41:9,13,18 42:1,2,7
42:12 43:19,21
77:1 79:1 85:1,20
88:14 93:10 138:23
140:14 141:9
set 16:18 17:6,9,10
17:16 23:24 27:23
28:1,1 29:4 31:1
41:23,25 53:3
96:24 135:25
185:14 192:8
setting 127:17
settled 51:5
setup 7:11
seven 24:8
share 90:21
Sheet 3:11
sheets 4:3,13,15,18
175:4
sheet(s) 203:20
she'll 140:15,17
shift 65:8 154:13
shifted 48:15
shifts 193:24
Shipley 37:11
short 20:17 73:9
shortly 35:19
show 90:2 117:9
170:13 181:1,6
184:11 186:18,21
showed 82:16 116:4
116:10 142:24
143:4,6,18 144:8
169:14 174:24
showing 80:19 86:4
201:2
shown 85:25 86:1,5,8
86:18 104:13 153:6

shows 138:4,12
149:20,23 150:8
159:16 169:16
175:9 187:14
shuffling 49:13
side 50:20 102:19,21
sign 36:4 204:9
signature 202:1
significantly 177:20
177:25
signs 43:24
similar 64:5 75:21
76:10
SIMS 1:4
sincerely 38:19
single 22:7
sir 7:19 8:20 9:4,17
10:7 11:2 12:1 16:7
18:23 22:22 24:4
25:6,9,12 31:9 35:9
36:25 37:8 41:11
42:16 49:5,21
52:17 63:19 66:14
67:15 68:1 79:6
83:24 84:3 88:2
90:4,13 92:1 94:24
101:24 105:12
106:4 107:8 109:17
110:16 113:14,22
115:2 120:19 122:4
123:2,2,21 124:5
125:3,7 126:6,9,21
127:4 130:15,18
131:11,20 132:10
133:20 135:8 138:1
138:10 146:3,25
147:4 148:2 149:11
150:6 152:5 153:16
154:8,14 155:5,22
156:1,7 157:23
158:20 159:15,24
162:3 174:8,20
175:7 177:7,24
185:7 188:18
189:17 192:2 193:1
193:5 194:22 195:8
195:18,24 196:3,9
199:8 201:20
sits 30:19
situations 201:2
six 31:3 33:16 38:12
skills 49:13

skip 91:20 182:16
skipped 110:9
slight 156:13 157:3
198:2
slightly 72:9 103:23
116:17 142:12
153:20 156:19,23
157:3
small 118:15
smile 185:12
Smith 1:4 9:1 16:15
33:22 34:19
snapshots 150:14
sniffles 8:17,18
SNOW 1:7
soft 45:13 147:19,19
147:19
software 147:22
solely 93:24
solid 120:25
somebody 11:5 25:20
84:4,4 165:21
somewhat 72:17
86:24
sordid 42:24
sorry 7:4 14:12 15:25
16:2 18:10,25
19:14 33:7,7 79:15
88:11,14 94:6
101:21 109:8 110:9
117:23 124:10
132:2,3 134:11,12
135:13 142:13
143:8,11,17 149:11
150:11 152:8,10,25
157:23 161:1,17
162:17 163:4
171:18 184:15
187:11 188:11
193:13,14,15,17
195:18 199:8
sort 46:3 150:19
sought 136:24
sound 35:25 36:9
37:13 134:9,21
sounds 36:11 37:16
153:10
south 2:5 32:2,8
50:18 51:4,9 99:6
102:19,21 171:3
186:9 191:11,12
southern 50:21 51:9

Andrew J. Welch III          Georgia State Conference of the NAACP, et al vs Kemp          February 8, 2018

171:21 195:2
space 203:19
Spahos 35:14
Spalding 61:12
  152:15
spam 22:14 23:11,11
  23:14 30:16,20
  31:18 139:16
speak 7:10 10:8
  13:12 168:17
  178:17
Speaker 109:23,24
  110:3,14 169:4
Speaker's 95:5
speaking 120:14
special 40:12,12
  88:14
specific 23:17 30:4,5
  44:4 45:21,21 60:1
  76:2 99:21 105:23
  145:2 160:4,6
  166:16,21 167:24
  168:25 187:18
  190:20
specifically 13:23
  22:18 85:14 108:16
  130:6 136:24 140:4
  176:16
specificity 97:19
specify 143:25
spell 6:23
spelled 135:12,14
spend 41:12 42:12
Spiro 4:22 95:1,4
  168:23 169:1,7,17
split 39:14 51:22 52:2
  72:17 88:22 111:21
  118:8 120:2,3,6,16
  120:19,21 121:2,7
spoke 168:16,22
spoken 12:17 13:14
  13:20 14:4,10 92:3
  93:12
spoliation 11:6,14
  15:14 17:23
spreadsheets 4:23
spring 11:7
staff 95:6 168:24
  182:2,2,5
Stagecoach 191:24
  192:13 193:10,22
stamps 137:22

stand 56:16
standard 23:16,24
  24:5 31:5 76:8
stapled 174:3
start 16:1 17:24 43:6
  43:22 44:1
started 17:6,11 25:25
  33:13 63:12 81:23
starting 31:25 61:3
  77:2
starts 43:20 126:11
  156:5
stat 4:3,13,15,18
  175:3
state 1:3,10,10 2:2
  4:6 6:23 40:20
  44:17 88:5 186:2
  187:15 204:2
stated 176:24 204:5
statement 96:15
  142:22 155:7
  156:16 160:1
  164:16 166:14
  200:2
states 1:1 32:4 95:8,9
  96:10 102:21
  110:20,22,23
  123:15 138:3
  159:22 160:17
  182:19 184:21
stating 161:9
statistically 72:9,13
  72:22 107:21
statistics 134:19
status 18:4 113:24
stay 60:7,10 99:16
stayed 65:7 106:23
  107:3 144:5,23
step 163:5
stereotype 112:22
stereotypes 71:12,15
Steve 47:9 66:24,25
Stinziano 33:21
Stockbridge 170:16
  170:22,22,23,25
  171:3 174:14
  175:11 177:15,18
  177:23,24 178:22
  179:1 191:25
  192:14
stop 43:7 97:1 104:25
  171:8

story 136:15
straightforward 43:5
  71:2
Strangia 78:11
strategy 46:12
streaming 186:13
street 2:10,15 77:20
  79:11 80:14,18,20
  86:25 87:2 117:13
  117:15,20 118:14
  118:19,22,23,24
  201:14 203:24
Street's 80:17
Strickland 2:13
  12:19,23,24 13:6,9
  13:12 14:9 20:4
  27:2 29:19 77:7,8
  78:5 93:20 95:10
  96:25 97:11,16,20
  98:7,18 100:6,13
  101:10 118:11
  119:17,23 131:24
  157:15 159:12
  167:17 182:17,19
  190:13 193:12
  194:8,10,25 196:2
  201:8
Strickland's 13:19
  92:16 95:15 99:2
  99:21 110:24
  111:11 119:24
  130:20 154:5 156:9
  156:18 183:19,23
  196:6
strong 63:7
studied 32:19 40:14
  166:19
studies 179:21
study 32:9 34:7,22
  106:7 179:22
studying 32:20 33:2
  33:6,8 34:20
stuff 17:24 101:8
  136:2 148:24
  166:20
subject 67:16 174:9
subpoena 25:21
  28:15
subsequent 46:15,16
  124:8,16
substance 8:13
substantially 143:20

substantive 14:17,23
success 46:2
sufficiently 89:1
suggest 99:1
suggested 180:3
suggesting 62:12
Suite 2:9,14,19
summary 31:24
  113:15,16
summation 113:12
summer 11:7
support 63:7 172:10
suppose 102:17
supposed 23:19
  79:21 139:13
sure 12:14 17:25 18:9
  24:9 35:17 36:5
  40:5 42:5 59:9
  60:12 61:20 63:1,2
  63:9 65:6,14 74:6
  74:10,17 94:8
  97:24 115:3,5
  116:10 130:1
  142:18 146:11
  148:14,20 169:3,14
  172:6 182:8,25
surprise 100:3
  111:25 125:12
  127:22 128:10,13
  160:9 165:7,10,11
  165:15,19 168:9,13
  168:15 197:13
surprising 98:3
surrounding 48:6
suspect 142:7 158:6
SWANSON 1:6
swing 66:2
swinging 99:1
switch 192:7
sworn 6:12 204:14
swung 98:22,22
  200:15
Syracuse 33:11,23
system 103:12,14
  139:12

———— T ————
table 135:3 138:3,12
  149:20,25
tables 109:5
tactics 42:17
tail 68:5

take 9:13 14:14 27:4
  27:8 49:19 53:9
  57:4 73:9 78:15
  83:15 90:8 94:22
  101:23 132:5,24
  139:17 155:20
  163:5
taken 1:14 9:15
  191:13
takes 43:14 107:17
talk 9:25 12:19 15:18
  46:10 69:10 77:13
  120:14 167:18
  193:23 197:20
talked 61:20 79:14,16
  79:17 116:11
  118:18 146:14
  157:1 165:12
  167:24 168:23
  169:16 173:9
  189:24
talking 29:10 30:15
  70:16 76:5 80:4,12
  80:21 81:23 82:22
  84:13 86:22 88:12
  99:3,4,8 108:16
  118:17 119:8
  127:19 129:18
  136:21 144:2,2,12
  144:15 162:13
  164:2 166:13,14
  172:6,25
talks 149:22 181:10
tallied 200:23
target 111:7 112:6,9
taste 70:17
taught 32:3
tax 9:9 179:7
taxation 179:6
team 128:6
technical 88:9
tecum 20:25 25:19,21
  28:16 30:9 187:8
  187:19
telephone 2:8 136:4
tell 16:23 47:14 60:9
  67:21 90:5 136:15
  155:20 161:6
  166:22 170:8
telling 77:18,18 149:2
tells 45:20 146:5
Tem 109:23,24 110:4

Andrew J. Welch III                Georgia State Conference of the NAACP, et al vs Kemp                February 8, 2018

Page 222

110:6,14
ten 103:24 105:16
tend 108:2
tended 107:22
ten-year 126:11,13
term 20:23 21:1
  36:12,14 185:17
terms 19:4,24 20:12
  20:14,16 21:3,8
  25:14,18,22 26:2,4
  26:6 27:21 28:2,13
  29:5,25 39:25
  59:17 62:17 67:1
  69:16 75:9 77:16
  79:18 111:21
  115:12,21 116:1,15
  120:8 132:15
  152:22 160:12
  198:2
testified 6:13 88:12
  100:4 119:2 150:16
  168:10
testify 8:14 119:16
testimony 1:21 8:10
  27:25 56:3 71:25
  72:3 78:4 81:14
  100:12 121:5 127:5
  136:23 158:12
  176:16 189:19
  203:4
text 26:14,18,23 27:1
thank 49:18 94:18,24
  158:20 195:13
thereto 204:6
thing 49:15
things 16:19 43:25
  58:18 78:25 129:12
  140:14,17 141:1,6
  144:7 148:15
  166:19
think 8:18 11:7 17:5
  17:9,10 20:8 21:14
  21:15 23:4,14,19
  24:8 28:17,20
  29:25 30:14,16
  33:22 34:4,10,15
  37:5 38:16 39:3,15
  39:15 40:17 41:18
  42:5 44:8,16 45:3
  47:22 48:20 49:7
  49:12 53:5 54:18
  54:22 56:8 59:16

65:1,4 66:7,19 67:1
  71:11,15 72:16,17
  72:24 73:6,24
  75:19 76:5,24
  77:15 78:23,23
  79:7 80:2,3,4,18
  82:7,14 83:2 84:22
  84:22 85:13 86:3,3
  86:4,5,14 88:13
  89:13 90:25 91:11
  92:20 95:22 96:14
  96:21,22 97:5 99:4
  100:11 101:2,19
  102:11 103:20
  104:11 106:7
  107:12,16,21 112:7
  112:11 113:6 114:8
  114:10 115:2 118:2
  127:11 129:18
  131:20 134:3,22
  143:5,14 144:4
  145:7,22,23,24
  146:14 148:8,8
  149:1,4,19,22
  150:13,18 152:16
  153:1 154:23
  156:16,17,22,24,24
  156:25 158:8
  160:12 163:12
  167:6 168:23 169:6
  170:2 173:4 177:7
  177:8,11 179:17
  180:9,11,19 182:8,9
  183:13,15 184:4
  187:19 188:22,23
  188:24 191:13
  196:23 198:9,11
  200:1 201:13,13,14
thinking 74:1,22 75:3
  75:4 91:7,8 92:8
  118:12,13 119:2,13
  119:17 162:19,22
  162:22 197:8
thinks 138:25 140:18
  140:20
third 39:3 57:24
  96:23 102:17
Thomas 1:14 2:3
  6:17
Thompson 1:6,8 2:7
thought 89:3 128:4
  140:12 161:2,19

thoughts 38:5 39:25
thousand 23:23
thread 3:21 4:11,16
  4:19 5:1,6,8,11
  90:10
three 3:5 15:5,5
  38:12 100:15
  101:20 120:19
  133:11 139:1
  140:10 141:17
  142:2,15
three-man 35:20
threw 89:6 186:4
throw 49:17
Thursday 1:19
tight 97:23 98:13
time 6:10 10:22
  21:25 30:21 34:15
  34:24 39:18 41:12
  41:20,25 43:15
  48:22 53:7 58:23
  61:23 64:24 66:20
  68:9,15,17 74:23,25
  76:23 81:2 82:13
  87:16,17 93:5,15
  98:19 104:10
  106:24 107:2,7,11
  110:15 113:6
  114:11 127:9
  137:22 138:5
  141:19 143:5
  150:14 168:3 178:4
  182:23,23 185:20
  190:23 201:16
times 143:15 147:10
tip 51:9
tired 38:17
title 48:2 54:14 58:5
  195:25
titled 4:5 135:3
Tobelman 2:22
today 8:10,19 9:21
  11:17 12:3,18 14:5
  14:11,15,20 96:2
told 14:15 23:21 36:7
  37:12 74:2,6 79:3
  79:20,20 81:22
  84:10,16 89:22
  98:20 101:5 116:6
  143:22 157:1,11
  179:20 190:2
Tolles 2:4 6:18

Tom 35:14,16 41:14
  73:25,25 142:5
  197:5
Tonya 69:10
top 51:16 53:19
  60:23 63:21 93:11
  123:3,15 138:4
  159:5 191:20
tort 29:11
total 91:15 138:15
  175:5 196:11
totals 134:13,14
tough 191:16
town 103:2
traditionally 63:4
transcript 9:23 10:5
  203:4 204:12
transcripts 25:11
trending 96:11
tried 49:14 106:6
trigger 141:21
true 54:10 104:3
  106:8 112:7,20
  149:5 153:11 165:3
  165:24 203:3
  204:11
Trump 182:22
truncated 135:17
truthfully 8:14
try 7:10 41:14 43:22
  47:13 52:6 157:12
trying 17:10 35:15
  46:1 51:3 62:17,25
  63:5,5 65:5 89:20
  109:14 157:25
  171:18
turn 131:25
turning 188:1
Tussahaw 118:4,5,6
  118:8 120:3,3
  121:1,7,7,10,14,18
  121:21 122:2,6,9
  144:14,16 145:5,9
  191:5
tweak 157:4 184:3
tweaked 182:20
tweaking 51:21
twelve 38:13
twice 47:24
two 3:4 18:15 21:2,5
  23:22 29:22 32:4
  51:21 53:24 57:11

73:18 114:2,3
  178:15 179:17,21
  195:14
two-and-a-half 32:6
two-year 43:10
typically 197:19,21
typo 196:24
TYSON 1:4

U

uh-huh 10:13 13:8
  30:18 34:14 35:21
  36:15 39:13 79:6
  79:24 84:20 85:9
  96:1 104:18 108:19
  113:17 124:17
  126:4 130:12
  132:10,21 142:1
  143:7 170:7 172:13
  172:23 175:2 187:2
  201:5
understand 10:14,17
  10:19 55:20 58:8
  61:15 106:19,21
  129:12 139:12
  176:23 177:3
  185:16 198:20
understanding 19:12
  52:8,20 55:25 60:5
  77:3 89:7 104:1
  106:1,5 113:19
  115:7 118:7 120:5
  139:3 141:16 146:5
  146:10 147:1,21
  158:13,15 162:4
  177:4 178:3,9,12
  180:6
understood 38:24
  42:5 43:3 49:10
  51:15 52:5 59:18
  88:15,15 173:17
  190:12,22 191:15
unduly 88:22
unfair 88:18
unfortunately 50:24
  101:20 169:21
United 1:1 32:4
unopposed 42:19
unsafe 99:15
unusual 200:8
uphold 40:20
upset 82:17

Andrew J. Welch III          Georgia State Conference of the NAACP, et al vs Kemp          February 8, 2018

Page 223

uptick 167:12,14
  198:2
use 9:11 17:14 46:7
  59:7 66:8 71:12,16
  89:18
useful 170:14
usual 205:16
usually 21:25

**V**

various 42:15 63:15
vary 96:7,8
Vermont 32:8,9,24
version 67:22 175:17
  175:19 177:4
  189:15
versus 91:17 92:15
  108:12 148:10
  157:8,9 164:4
veteran 61:13
victory 196:7
video 3:2,3,4,5,6 6:8
  73:17 94:13 105:8
  116:25 133:10
  189:4,9 201:24
Videographer 2:22
  6:7 73:12,16 94:8
  94:12 105:4,8
  116:21,25 132:4
  133:5,9 189:4,8
  201:23
Videotaped 1:13
Vikki 173:4,12,13
violated 88:5
violating 146:18
Volume 1:21,22
vote 36:8 37:13 45:8
  45:10,12 71:6,17
  72:2,6,11,15,23
  107:13,23 108:1
  112:18 128:9,14
  159:18,19 161:15
  162:6,7 163:10,11
  166:6 169:22
  197:19,22,24
voted 41:2 45:9,17,20
  45:21 87:19 104:21
  131:22 147:11
voter 103:25 111:2
  111:18 112:1 125:5
  126:14,24 127:2,20
  127:21 128:8

130:16,22 131:2,6
132:8 133:18,22
138:4,18 149:20,24
151:1
voters 91:18 103:24
  105:15 106:2,22
  107:3,5 108:18
  132:8,15,18,19
  133:18 138:15
  166:23 167:3
votes 37:22 85:23
  91:15,16 108:4
  135:10 198:3
  200:23
voting 52:22,24
  88:22 90:21 104:8
  108:8 130:10,13,19
  135:4 141:14 147:9
  198:4,5,7,7
vs 1:9

**W**

Wait 160:22
walk 29:7
wall 83:2,3
want 19:25 24:8 28:6
  37:22 38:16 48:12
  49:19 52:21 53:9
  57:4 62:1 65:8,14
  65:16 80:8 81:9
  84:11 86:15 90:6,8
  94:22 97:1 99:18
  101:5,22 102:16
  113:21 123:10
  132:24,24 143:1
  147:18 151:22,24
  155:19 176:7,8,22
  178:7 181:8 192:9
  195:15
wanted 59:9 61:20
  65:6 66:23 73:20
  74:6 77:19 82:3
  84:4 86:22 87:15
  89:15 98:10 100:18
  101:2 116:7 185:15
  185:18 189:21
wanting 93:24
wants 101:1
Washington 2:10
wasn't 30:4,8 36:4
  69:8 84:12 86:12
  86:13 89:20 90:24

115:25 142:6,25,25
144:11,18,18
161:18 165:23
180:12 185:10
188:18 190:20
200:8,8
water 132:25
way 20:18 22:1 23:22
  23:25 48:25 49:15
  52:16 53:6 64:24
  75:22 78:25 81:8
  82:11 89:14 107:14
  118:3 139:11,13,14
  144:8 157:4 158:1
  162:9,10 177:19
  182:21 184:7
  186:11,20 194:19
  200:15,22
Waycross 186:13
WAYNE 1:6
ways 145:16
web 16:19 21:22
Webb 9:1 29:15
website 17:7,9,16
  21:22
week 39:3 51:22
weekend 33:12
weekends 41:20
weeks 15:5
Welch 1:13 3:9 4:12
  4:14,17 5:2,3,6,9,11
  5:13 6:11,16,25 9:1
  9:2 16:15 31:23
  34:19 73:19 105:10
  117:4 123:16
  129:10 133:12
  138:3 153:18
  156:13 181:14
  183:2 189:11 203:1
  203:22 204:14
welcome 109:11
went 12:4,6 20:10,15
  25:25 29:13,16,17
  32:3,7 33:20 46:23
  47:4 73:19 77:25
  103:21 117:20
  125:11 138:24
weren't 86:6 99:14
  99:14 144:17 153:3
  153:14
West 170:22
western 170:20

we'll 42:1 45:16
  84:15 125:13,13
  191:1
we're 10:24 13:18
  23:19 27:17 38:17
  43:23,24 71:18
  73:16 75:8 79:1
  84:24 85:1,2,22,22
  88:12 94:12 100:24
  104:13 108:16
  133:9 138:23 141:9
  141:13,14,15 144:2
  147:17 169:3,5
  189:8
we've 30:23 38:21
  64:5 117:4 139:2
  143:15 174:19
  175:8 179:19
  201:10
whip's 182:10
white 9:1 56:9 72:14
  72:22 73:4 83:1
  103:23,25 104:19
  105:14 106:22
  107:3 110:24
  111:12 122:1,8,10
  122:16,16 126:14
  126:24 127:2
  132:19 134:9,21
  148:10,25 176:14
whites 121:20
wife 34:5 167:21
win 46:4,8
winning 143:21
wish 135:12 198:10
witness 2:17 7:5,6
  49:8 73:11 204:13
witness's 204:8
won 156:11
words 45:13 179:4
work 10:4 13:6,7
  24:15 26:15 33:12
  33:14,20 34:2 42:4
  43:22 47:2,25 61:4
  68:12,20 84:15
  101:6 139:13 170:4
  182:4
worked 33:8 54:4
  68:8
working 13:18 32:22
  33:5 52:5 69:5 71:2
  182:9,9,11

works 68:8 113:3
  139:12,13 140:5
Worldox 27:18
worries 101:22
  110:10 132:23
wouldn't 19:25 65:8
  65:16 69:7,8 99:18
  100:9 107:16 116:4
  125:12 127:22
  128:10,13,16 143:1
  149:2 154:24
  187:22
wound 141:2
Wright 4:1,3,19 5:14
  20:4 27:2 29:20
  70:8,10,23 77:9
  78:6 85:11 90:11
  90:16 100:4 144:20
  151:14 167:17
  174:6,21 176:17
  184:18 185:9 195:4
  195:5,20
write 19:25 61:2
  136:14
writes 107:1 112:4
  196:10 197:11
writing 204:7
written 6:3 96:3 97:4
  182:13 200:3
wrong 75:3 95:13,14
wrote 18:8
W-E-L-C-H 6:25

**Y**

Yates 61:11 65:10
yeah 8:6 13:11 14:12
  17:2 18:8 22:13
  23:8,9 28:22 30:19
  33:7,7,7 37:15
  47:15 51:3 56:9,13
  58:13 63:14 64:13
  64:16 66:1,19
  67:25 70:18,20,25
  71:3 73:11 78:2
  80:15 84:20 88:16
  90:9 91:10,10 93:3
  95:20,21 96:22
  97:24 100:10 103:7
  106:7,11 110:8,9,12
  111:15 113:2,11,20
  115:17 117:16
  118:4 121:4 127:20

Andrew J. Welch III          Georgia State Conference of the NAACP, et al vs Kemp          February 8, 2018

Page 224

127:21,24 128:2
131:9 136:9,11
140:19,19,20
143:16 144:17,18
145:9 151:24 154:2
160:15,23 161:8,17
162:1,2 163:6,6,18
164:5,20 165:10
168:13,14 169:13
170:2,11 171:10,10
175:16 181:11
182:8 189:1 190:3
191:6,23 199:8,21
199:25
**year** 11:10 17:12
32:6 34:5,9 38:8
39:6 42:13 61:14
105:18 106:3 128:3
130:11 182:7,20
**years** 24:9 32:4,6
38:3 40:11 103:24
105:16 154:18
155:8 167:4
**year's** 91:15 160:20
**yesterday** 49:8
123:17
**York** 33:1,2
**Youth** 36:17
**you-all** 57:21

**Z**
**zoning** 9:11

**1**
1 54:7 117:16 204:10
**1st** 195:22
**1.7** 199:15
**1:17-cv-01427-TC....**
1:9
**1:21** 1:19 6:2,10
**10** 138:17
**10-08-2015** 3:18
**10-8-2015** 3:20
**10.B** 204:18
**10:00** 96:25
**101** 4:21
**105** 196:1,13,22,23
**108** 4:8
**109** 81:4,9 83:20 85:6
86:24 90:22,23,24
91:3,9 92:19,21
93:1 118:16 119:14

120:16 131:3
170:20 171:12,21
171:24 172:17
189:14 192:13
**11-14-2014** 4:20
**11-3-2014** 4:21
**11:09** 137:24
**110** 20:3 35:6,8 48:6
50:19 54:6 58:9
63:17 65:6 67:17
67:20,22 68:11
69:3,23 91:1 131:3
131:3 132:8 133:17
134:7,13,20 135:4
144:24 150:3,5,6
153:18 172:1 180:3
**110th** 40:23
**110.pdf** 5:4
**111** 7:21 11:21 13:3,3
66:16 90:22 93:1
98:10,17 99:23
101:12 117:17
119:6,23 122:7
131:3,17,19 153:2
154:4 158:4 159:10
159:20 162:8 163:8
164:13,21 165:8,22
166:15,17 167:3
170:20 171:12,20
171:24 172:17
183:7,11 189:14
191:3,20 192:13,24
195:15 196:1,5,10
196:20,21,25,25
198:24 199:5
**113** 4:5
**116** 21:10
**117** 3:16
**1170** 2:15
**12** 162:23 188:14
**12-14-2016** 3:22
**12-19-2014** 4:23
**12-3-2015** 4:10
**122** 5:6
**123** 4:8 108:25 109:2
**128** 5:8
**129** 131:4
**13th** 2:10 50:5
**130** 152:17 153:2
191:18,19 192:24
194:4 195:3
**133** 3:5

**137** 5:11
**14** 127:2
**14th** 90:15 92:12
181:21 205:19
**140** 4:10 158:17,19
**148** 4:11 53:2,5
**149** 4:14 56:25 57:2
**15** 20:19 161:20
**15-14-37(a)** 205:2
**150** 4:16 60:15,17
**151** 3:17
**153** 4:19 90:1,3
**155** 3:19
**158** 4:10
**1604** 4:9
**17th** 13:4 58:21
**173** 5:13
**18,252** 126:18
**18-plus** 55:1,6 56:14
64:13
**1800s** 51:5
**181** 3:21
**184** 4:2
**185** 4:21 101:17,19
105:11
**189** 3:6 4:22 94:15,17
**19th** 95:2 97:5
**195** 4:1
**1980** 182:25

**2**
2 34:10 54:11
**2-1-2017** 4:1
**2-27-2015** 4:8
**2-8-2018** 203:25
**2:28** 137:23 149:15
**2:32** 73:13,14
**2:46** 73:15,17
**20** 92:11 98:4 138:16
203:23
**20th** 184:18
**2000** 105:19 106:3
124:21 125:5
**2000-ish** 185:25
**20005-3960** 2:10
**2001** 32:16 34:16
**2002** 34:10,19
**2004** 126:14,16,23
**2010** 17:13 23:23
35:3,10 91:14
154:16,20 155:4
**2011** 16:10,16 40:12

44:13,14 46:18
50:1,5 57:10 60:24
75:14 80:16 88:12
88:13 184:24
**2012** 37:1 67:14
80:10 86:19 88:5,9
88:13,18,22 89:1
98:4 124:20 125:1
144:25 145:25
156:11 159:13
160:21 161:10,24
161:25 163:7 164:2
184:22,23 186:6
188:15 189:12,15
190:7 191:21
192:15 196:7
**2014** 20:18 37:7,10
76:23 90:15 92:9
92:12 93:6 95:2
96:3,14,20 97:5,12
97:16,21 98:4,8
102:14 124:20
125:2 126:14
130:11,14 131:19
134:8 135:5 156:11
196:7,12 198:24
**2015** 3:16 11:25 12:1
28:25 40:8 74:25
76:17,18,21,22 77:1
77:5,12 84:6 85:5
87:22,25 88:3 89:9
89:10 98:9 109:20
113:18 114:2 117:7
123:13,20,23 126:1
128:24 129:6
137:13,20 149:14
152:4 154:21 156:2
156:18 157:9,13,25
158:23 162:13,18
163:2,20,25 164:7
164:14 165:8
167:20 168:22
185:5 189:13 191:1
191:3 192:15
**2015-2016** 4:5
**2016** 37:23 170:4
174:7 181:21 182:8
196:7
**2017** 11:11,12 28:21
28:22 31:8 179:25
180:9,15 184:18
195:22

**2018** 1:19 6:1,10
205:19
**202.654.6200** 2:11
**203** 3:11
**205** 3:12 204:10
**213.683.9100** 2:6
**22** 126:23
**22nd** 97:1,6,6
**2200** 2:14
**23rd** 57:10 58:24
59:4 67:13
**237** 203:24
**24th** 61:2
**25th** 60:24
**27th** 109:19
**2745** 205:21
**28,000** 179:18
**29** 150:11
**29.9** 134:20

**3**
**3rd** 102:14 158:22
**3-6-2015** 5:7,9,12
**3:08** 94:9,10
**3:10** 94:11,13
**3:23** 105:6
**3:25** 105:7,9
**3:37** 116:22
**3:38** 117:1
**3:56** 133:6,7
**30** 2:19 73:6 111:5
112:5 134:8 150:11
**30060** 203:24
**30248** 7:14
**30308** 2:20
**30309-7200** 2:15
**32** 177:9
**32.6** 153:20
**32.81** 153:19
**3210** 7:3,13
**326** 5:1 49:2,4
**327** 5:3 67:7,9
**328** 5:6 122:24 123:1
**329** 5:8 128:18,20
**33** 3:20
**330** 5:11 137:8,9
149:16
**331** 5:13 173:24
174:2
**34** 138:17 149:23
177:9
**34.3** 150:8

Andrew J. Welch III          Georgia State Conference of the NAACP, et al vs Kemp          February 8, 2018

Page 225

| | | |
|---|---|---|
| **35** 111:1,6,17 112:1,5 | **5172** 4:13 | **8th** 6:9 152:4 156:2 |
| **35.31** 154:6 | **5187** 4:18 | **8-4-2016** 5:14 |
| **350** 2:5 | **52** 199:6,19 | **8.B** 6:5 |
| **37** 127:1 | **5206** 5:7 | **866** 4:23 |
| **37.84** 154:6 | **5212** 5:10 | |
| **38** 110:13 | **5214** 5:12 | _____ **9** _____ |
| **39** 3:18 | **53** 4:11 | **9** 23:23 |
| | **54** 44:11 159:19 | **9-11-28(c)** 205:6 |
| _____ **4** _____ | 161:15 162:11,20 | **90** 4:19 171:13 |
| **4th** 123:20,23 174:6 | 164:11 167:9 | **90071** 2:5 |
| **4.2** 199:22 | **54,000** 62:24 | **93** 4:5 113:8,10 126:5 |
| **4:05** 133:8,10 | **54.4** 196:15 | **94** 4:22 32:13 |
| **40** 41:9 | **5466** 4:15 | **94,000** 44:7 |
| **404.261.6020** 2:20 | **550** 28:18 | |
| **43,000** 105:19 | **5529** 5:5 | |
| **43,786** 126:18 | **56** 4:2,14 184:10,12 | |
| **4332** 5:14 | **560** 28:23 | |
| **44** 3:17 110:25 | **566** 4:6 28:23,24,25 | |
| 151:18,21 | 113:13,18 152:6 | |
| **45** 3:19 15:3 155:17 | **58** 134:9,20 | |
| 155:19 164:11 | **58,840** 126:16 | |
| **46** 177:8 | **59** 4:4 | |
| **46.2** 199:6 | **59,387** 126:16 | |
| **47** 21:10 110:24 | | |
| **47.8** 198:25 199:18 | _____ **6** _____ | |
| **48** 3:21 110:24 | **6** 3:3,10,16 117:3,5 | |
| 111:11 181:5,7 | 123:5 153:21 | |
| **49** 5:1 127:1 162:6 | **6th** 128:24 137:12 | |
| 163:10 | 142:14 | |
| | **6,000** 105:18 | |
| _____ **5** _____ | **60** 4:16 73:4 144:4 | |
| **5** 196:14 | **60-40** 39:16 | |
| **5th** 114:2,25 123:13 | **600** 2:9 | |
| 126:1 129:6 137:20 | **62** 144:5 | |
| 149:14 | **62.5** 37:13 | |
| **5-17-2011** 4:12 5:2 | **63** 144:5 | |
| **5-23-2011** 4:14 | **66.4** 36:8 | |
| **5-23-2012** 5:4 | **67** 5:3 | |
| **5-25-2011** 4:17 | **678.347.2211** 2:16 | |
| **5:09** 189:5,6 | | |
| **5:16** 189:7,9 | _____ **7** _____ | |
| **5:30** 1:19 201:24 | **7-20-2017** 4:3 | |
| 202:3 | **7.C** 205:2 | |
| **50** 4:1 103:25 159:17 | **70** 138:15 | |
| 162:6 163:9 195:10 | **700** 2:10,19 | |
| 195:12 | **73** 3:4 126:24 | |
| **50th** 2:4 | **770-428-5801** 203:24 | |
| **50-50** 98:5 | **78** 4:1 171:13 | |
| **50.2** 196:11 | | |
| **50.3** 198:25 | _____ **8** _____ | |
| **515** 28:20,20,22 | **8** 1:19 3:23 6:1 | |
| **5164** 5:2 | 177:11 | |