# In the Matter of:

NAACP

vs.

Brian Kemp and Austin Thompson vs Brian Kemp

## CARLOTTA HARRELL

*February 13, 2018*



www.OrangeLegal.com
800-275-7991

NAACP vs Brian Kemp and Austin Thompson vs Brian Kemp
CARLOTTA HARRELL

```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF GEORGIA

 2                    ATLANTA DIVISION

 3   NAACP, et al.,                )
                                   )
 4        PLAINTIFFS,              )
                                   )
 5   vs.                           )   Case No.:
                                   )   1:17-cv-01427-TCB-WSD-BBM
 6   Brian Kemp, in his            )
     official capacity as          )
 7   Secretary of State for the    )
     State of Georgia,             )
 8                                 )
          DEFENDANT.               )
 9   _____)
                                   )
10   AUSTIN THOMPSON, et al.,      )
                                   )
11        PLAINTIFFS,              )
                                   )
12   vs.                           )
                                   )
13   Brian Kemp, in his            )
     official capacity as          )
14   Secretary of State for the    )
     State of Georgia,             )
15                                 )
          DEFENDANT.               )
16

17                    * * * * * * * * * * * * * *

18        The following deposition of Carlotta Harrell was taken

19   pursuant to stipulations contained herein, the reading and

20   signing of the deposition waived, before Stephen Mahoney,

21   Certified Court Reporter, 4921-4880-0199-0656, in the State of

22   Georgia, on February 13, 2018 at 1201 West Peachtree Street,

23   NW,14th Floor, Atlanta, Georgia, at 10:00 a.m.

24                 Stephen Mahoney, CVR, CCR
                      Orange Legal, Inc.
25            1100 Peachtree Street NE, Suite 200
                    Atlanta, GA 30308
```

```
 1                          APPEARANCES

 2    ON BEHALF OF THE PLAINTIFFS:

 3    JULIE HOUK, ESQUIRE
      LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER THE LAW
 4    1401 NEW YORK AVE., N.W.
      SUITE 400
 5    WASHINGTON, DC 20005
      (202) 662-8600
 6    JHOUK@LAWYERSCOMMITTEE.ORG

 7    ABHA KHANNA, ESQUIRE (VIA TELEPHONE)
      PERKINS COIE LLP
 8    1201 THIRD AVENUE,
      SUITE 4900
 9    SEATTLE, WASHINGTON 98101
      (206)359-8312
10    AKHANNA@PERKINSCOIE.COM

11

12    ON BEHALF THE DEFENDANT:

13    JOHN J. PARK, JR., ESQUIRE
      STRICKLAND, BROCKINGTON, LEWIS, LLP
14    1170 PEACHTREE STREET, N.E.
      SUITE 2200
15    ATLANTA, GEORGIA 30309
      (678) 347-2200
16    JJP@SBLLAW.COM

17

18

19

20

21                     TRANSCRIPT LEGEND
       -  Interjection for clarification or correction
22     -- Cross-talk/interruption/change of thought
      ... Trailing off or incomplete thought
23    (ph) Phonetically spelled
      [sic] Written as spoken
24    (unintelligible) Not capable of being understood

25
```

NAACP vs Brian Kemp and Austin Thompson vs Brian Kemp
CARLOTTA HARRELL                                                                  3

```
 1                    INDEX TO PROCEEDINGS

 2   EXAMINATION OF CARLOTTA HARRELL              PAGE

 3        BY MR. PARK...............................04

 4   DISCLOSURE....................................40

 5   CERTIFICATE OF REPORTER.......................41

 6

 7                    INDEX TO EXHIBITS

 8   IDENTIFIED                                    PAGE

 9   EXHIBIT 01 - PLAINTIFFS' INITIAL DISCLOSURES.....30

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                   P R O C E E D I N G S

 2                   CARLOTTA HARRELL,

 3    being first duly sworn, was examined and testified

 4    as follows:

 5                   THE WITNESS:  I do.

 6                   DIRECT EXAMINATION

 7    BY MR. PARK:

 8        Q.   Good morning.  Would you, please, state

 9    your name for the record.

10        A.   Yes.  My name is Carlotta Harrell.

11        Q.   Could you, please, spell it for the

12    record.

13        A.   C-A-R-L-O-T-T-A H-A-R-R-E-L-L.

14        Q.   Have you ever been known by any other

15    names, ma'am?

16        A.   My maiden name is Harris.  I do not know

17    if that counts or not.

18        Q.   Well, my name is Jack Park.  I'm a lawyer

19    for Brian Kemp, in his official capacity as the

20    Secretary of State of Georgia.

21             Have you had your deposition taken before?

22        A.   For this here.

23        Q.   No.  Any other time?

24        A.   Oh, yes.

25        Q.   So you know how they work?
```

```
 1        A.    Yes, sir.

 2        Q.    I would like to ask you -- if I ask you a

 3   question that you do not understand, please, feel

 4   free to ask me to rephrase that?

 5        A.    Okay.

 6        Q.    And if you need to take a break, please,

 7   let me know.  I would ask only that if a question is

 8   pending you answer the question before we take a

 9   break; is that okay?

10        A.    That is fine.

11        Q.    Where do you live Mrs. Harrell?

12        A.    My address is

13   Spivey, Georgia, and that is Henry County

14        Q.    How long have you lived there?

15        A.    A little bit over 20 years.

16        Q.    Where did you live before that?

17        A.    My address before that --

18        Q.    No.

19        A.    I lived in Clayton County.

20        Q.    What part of Clayton County?

21        A.    The Jonesboro area of Clayton County.

22        Q.    Any place before that?

23        A.    Well, with my parents.

24        Q.    Where did you grow up?

25        A.    I was born here.  I am a Grady baby.  I
```

NAACP vs Brian Kemp and Austin Thompson vs Brian Kemp
CARLOTTA HARRELL                                                     6

```
1    was born at Grady Memorial Hospital, so I am a

2    Georgian born, raised and bread.  My parents lived

3    in Atlanta so that would be the only other place

4    that --

5         Q.   Where did you go to high school?

6         A.   North Fulton High School.

7         Q.   Did you attend college?

8         A.   Yes.  I went to Brenau University.

9         Q.   Did you graduate from Brenau?

10        A.   Yes.

11        Q.   Up in Gainesville?

12        A.   Yes. A degree in Public Administration.

13        Q.   Does anyone live with you at 261 Hunting

14   Court?

15        A.   Yes.  My husband, Kenneth Harrell, and I

16   have a daughter that is in college, but still is at

17   home technically, I guess, is the best way to put

18   it.

19        Q.   Where she going to school?

20        A.   She is at Emory University, she lives on

21   campus.

22        Q.   Close enough to come home for a meal, and

23   bring her laundry?

24        A.   Yes.  Definitely brings the laundry.

25        Q.   And you are African-American; is that
```



ORANGE LEGAL                          Orange Legal
                                      800-275-7991

1   right?

2       A.   That is correct.

3       Q.   When were you born?

4       A.                1960.

5       Q.   And your daughter's name is?

6       A.

7       Q.   And are you registered to vote in Henry

8   County?

9       A.   Correct.

10      Q.   And do you remember when you registered

11  there?

12      A.   When I moved there.

13      Q.   So it has been a good 20 years?

14      A.   Yes.

15      Q.   When you moved to Henry County, did you

16  move to 261 Hunting Court?

17      A.   That is correct.  That is the only address

18  that I have lived that in Henry County, is the 261.

19      Q.   Did you register to vote in Clayton County

20  when you were there?

21      A.   I registered to vote when I was 18 and I

22  was still at home with my parents, so in Atlanta.

23  That was the first time that I registered to vote.

24  So I have been voting since I was 18 years old.

25      Q.   Did you discuss this deposition with

```
 1    anybody today before coming here?  I guess you

 2    talked to your lawyer.

 3         A.   I talked to Julie.

 4         Q.   I don't want do you know the details of

 5    your conversation with her, anybody else?

 6         A.   No. What do you mean, besides her?

 7         Q.   Yes, ma'am.

 8         A.   I talked to -- I don't know.

 9         Q.   Another lawyer or somebody from her shop?

10         A.   I am not sure.

11              MS. HOUK:  It was a Bryan Cave attorney.

12              THE WITNESS:  I just want to make sure

13         that --

14    BY MR. PARK:

15         Q.   Have you looked at any documents?

16         A.   No.  I have not seen any documents.

17         Q.   Have you been a party to any other

18    lawsuit?

19         A.   As far as what?

20         Q.   Plaintiff, Defendant, witness?

21         A.   Like in an auto accident?  Is that what

22    you are talking about?

23         Q.   Yes.

24         A.   When a drunk driver rear-ended me, yeah.

25         Q.   Yes, ma'am.
```

```
 1        A.    Yeah, like that.

 2        Q.    When was that?

 3        A.    That was back in probably the '80s or

 4   something, I do not know.

 5        Q.    Did you file a lawsuit?

 6        A.    No.  My insurance settled it and stuff.

 7        Q.    Other than that, have you ever appeared in

 8   court or testified?

 9        A.    Yes, I have several times.

10        Q.    And what kinds of cases?

11        A.    Criminal cases.

12        Q.    As a witness?

13        A.    As a police officer.

14        Q.    As a police officer?

15        A.    Yes.  I'm retired law enforcement.  I did

16   over 20 years in law enforcement, so yeah, I have

17   testified in court many of times.

18        Q.    Many times?

19        A.    Yes.

20        Q.    Okay.  And so you have testified at trial,

21   and you have been deposed before.

22              You went to high school at North Fulton?

23        A.    Yes.

24        Q.    And you graduated when?

25        A.    1977.
```

1          Q.    And from there you went directly to

2    Brenau?

3          A.    No.   I went to Atlanta -- I think at the

4    time it was Atlanta Junior College, and then from

5    there, I went to Brenau.

6          Q.    And you graduated from Brenau in?

7          A.    In 1993.

8          Q.    Were you full-time at Brenau?

9          A.    I was when I went back to school.   I

10   stopped school for a while and then I went back.

11         Q.    You stopped school and worked?

12         A.    I stopped school and had a child, and

13   worked and then went back to school.

14         Q.    Have you received any other certifications

15   or continuing education?

16         A.    I have police certifications, and I did

17   all of the training that was -- I was a Lieutenant

18   when I retired so all supervision courses and that

19   kind of stuff.   I continue to do, you know, other

20   training through the Georgia Municipal Association.

21         Q.    Are you working now?

22         A.    Yes.   I work as a consultant.

23         Q.    Are you self-employed?

24         A.    Yes.

25         Q.    What is the nature of your consulting

```
 1    work?

 2        A.   I work with the Georgia Conference of

 3    Black Mayors.  We are funded through grants.  So my

 4    position is a grant-funded position.

 5        Q.   And do you go to work at their office?

 6        A.   I usually go to the cities that they

 7    assigned me to work with.

 8        Q.   Which cities have you been to recently?

 9        A.   Well, we have mayors all over the state,

10    so I work with the mayor over in Sparta, which is

11    Hancock County.

12             I work with the mayor in Kingsland,

13    Georgia, which is down in Camden County.  So I just

14    go wherever that they send me to work with the

15    cities.

16        Q.   How long have you been in this position?

17        A.   Since 2006.

18        Q.   What did you do before coming to this

19    position -- right before that -- when did you retire

20    as a police officer?

21        A.   In 1995.

22        Q.   So what did you do between 1995 and 2006?

23        A.   I was a substitute teacher in the school

24    system.

25        Q.   In Henry County?
```

NAACP vs Brian Kemp and Austin Thompson vs Brian Kemp
CARLOTTA HARRELL                                                    12

| 1 | A. | In Fulton and in Henry. |
| 2 | Q. | What did you teach? |
| 3 | A. | Just general education. |
| 4 | Q. | High school, elementary? |
| 5 | A. | Elementary. |

6      Q.   When you were in the police force, when

7   did you start with that?

8      A.   1980.

9      Q.   Which police force, did you work with?

10     A.   Started out with Atlanta, worked in

11   Eastpoint, and then, worked for the GBI; and then

12   went to Henry County.

13     Q.   When did you go to Henry County?

14     A.   1991, when they first started the police

15   department.

16     Q.   And you stayed there until 1995 and

17   retired?

18     A.   Yes.

19     Q.   And you retired as a Police Lieutenant?

20     A.   Yes.

21     Q.   When did you make Lieutenant?

22     A.   Probably after being there for two years

23   because I was hired in as a detective.

24     Q.   Were you a detective with GBI?

25     A.   I was an agent.

```
 1        Q.    What about at Eastpoint, you worked your

 2    way up from patrol?

 3        A.    Yes.

 4        Q.    Did you make Sergeant?

 5        A.    I made Sergeant and then I was Lieutenant.

 6        Q.    At the Atlanta force?

 7        A.    No.  Not with Atlanta, no, no.

 8        Q.    Okay.  And your work for the Georgia

 9    Conference of Black Mayors, have you gone to any

10    municipalities in Gwinnett County?

11        A.    No.

12        Q.    And right now, I guess, there is a Black

13    mayor in Norcross; is that right?

14        A.    Yes.

15        Q.    Any others in Gwinnett County that you are

16    aware of?

17        A.    Not that I'm aware of.

18        Q.    Outside of work, do you belong to any

19    clubs?

20        A.    What you mean by clubs?

21        Q.    Social, professional.

22        A.    I'm a member of the National Council of

23    Negro women, NCNW.  I am a Delta.  I am a member of

24    Delta Sigma Theta sorority.  I'm a member of the

25    NAACP.
```

```
 1        Q.    Okay. Anything else?

 2        A.    I am a member of a church.  I go to

 3   church.

 4        Q.    Okay.  Are you an officer with NCNW?

 5        A.    No.

 6        Q.    And NCNW, is that national?

 7        A.    It is a national organization.

 8        Q.    Does it have Georgia chapters?

 9        A.    You have Georgia sections.  So I am a

10   member of the Henry-Clayton section of NCNW, which

11   is a national organization that was started by Mary

12   McLeod Bethune.

13        Q.    And as a Delta, do you have any leadership

14   positions with the national?

15        A.    No.

16        Q.    Is there a local chapter of the alumni?

17        A.    There are local alumni chapters all over

18   the state.

19        Q.    Is there one in Henry and Clayton County?

20        A.    Yes, there is.

21        Q.    And then with the NAACP --

22        A.    I am just a member.

23        Q.    You are just a member, and is there a

24   Henry County --

25        A.    There is a Henry County chapter, yes.
```

```
 1      Q.    There is a Gwinnett County chapter, right?

 2      A.    Yes.  Henry County has a chapter.

 3      Q.    And you said that you go to church?

 4      A.    Yes.

 5      Q.    Which one?

 6      A.    I go to The Greater Piney Grove Baptist

 7   Church.  Dr. William E. Flippin is the pastor.

 8      Q.    And where is The Greater Piney Grove

 9   Baptist Church?

10      A.    It is located at 1879 Glenwood Avenue,

11   Atlanta.

12      Q.    Does the church participate in any

13   election activities?

14      A.    I mean it is a -- our church is a voting

15   site.

16      Q.    Does it hold voter registration drives?

17      A.    No.

18      Q.    Does it hold debates or candidate forums?

19      A.    No.

20      Q.    Have you ever been appointed to public

21   office?

22      A.    I am appointed to the Henry County Water

23   Authority.

24      Q.    Who appointed you?

25      A.    Commissioner Bruce Holmes.  My Fifth
```

```
 1    District Commissioner.

 2          Q.    So you live in the Fifth District?

 3          A.    I live in the Fifth District of Henry

 4    County, correct.

 5          Q.    When did Commissioner Holmes appoint you

 6    to the Henry County Water Authority?

 7          A.    Six years ago.

 8          Q.    Serve just as a member?

 9          A.    I am a board member.  We have --

10          Q.    Is there a chair?

11          A.    Well, it is a Water Authority.  So I serve

12    on the board.  Each Commissioner appoints a person

13    from their Commissioner district to represent that

14    district.

15                So you have five board members that sit on

16    the Water Authority board.  We make decisions about

17    the budget and how money is spent through the

18    authority.  So we deal with about a $65 million

19    budget.

20          Q.    Are you a member of a political party?

21          A.    Yes.  I am a Democrat.  I am a member of

22    the Henry County Democratic Party.  I am also the

23    first vice president of the Georgia Federation of

24    Democratic Women, and also a member of the Henry

25    County Democratic Women's Chapter.
```

1      Q.     The Henry County Democrat -- do the Henry

2   County Democrats get together for meetings?

3      A.     The Henry County Democratic Party gets

4   together the first Tuesday of each month.   The Henry

5   County Democratic Women get together the third

6   Thursday of each month.

7      Q.     And does the Georgia Federation of

8   Democratic Women have a statewide meeting?

9      A.     We have an executive board that oversees

10   the chapters throughout the state and we have our

11   annual -- we have an annual spring and an annual

12   fall meeting where all of the chapters come up to

13   one location.

14      Q.     And do you have board meetings monthly?

15      A.     We do board meetings quarterly.

16      Q.     When is your next meeting and where will

17   it be?

18      A.     We just had one.

19      Q.     Okay.

20      A.     So it will be --

21      Q.     When was your last meeting and where was

22   that?

23      A.     So the last meeting was -- the last

24   executive board meeting was in January, January the

25   28th.   And it was in Dahlonega in the Ninth

```
 1    Congressional District, where we have a chapter

 2    there.  So one of our executive board members lives

 3    in Dahlonega, so we try to take it around.

 4         Q.   And what about the statewide?

 5         A.   The statewide meeting we have it in

 6    different location so it is not a set location, but

 7    we try to have one usually like middle Georgia, we

 8    usually try to have one north Georgia because you

 9    have members coming from all over.  So we try to be

10    fair about where the locations that we have it so

11    everybody can participate.

12         Q.   Ms. Harrell, you have run for public

13    office several times, right?

14         A.   Correct.

15         Q.   You ran for chair of the County commission

16    back in '06?

17         A.   No.  I ran for chair of the County

18    Commission in '12 and in '16.

19         Q.   That is right.  And you ran in the primary

20    for State House in 2010; is that right?

21         A.   2010 and in 2006 I ran for State School

22    Superintendent.  That is correct.

23         Q.   Were you a write-in candidate for State

24    Senate District 44?

25         A.   Correct.
```

1        Q.    How did you decide to run for State School

2   Superintendent?

3        A.    Why?  Are you asking me why did I run for

4   State School Superintendent?

5        Q.    Yes, ma'am.

6              How did you come to decide to do that?

7        A.    Yes.  Because I was pissed off at Kathy

8   Cox for what she was doing with the school system.

9   So I decided that as being in the school system for

10  almost ten years and seeing what was going on, that

11  we needed a change.  She was not the change, so,

12  yes, I decided to run.

13       Q.    Did you have any other experience

14  statewide in 2006?

15       A.    No.  I didn't.

16       Q.    Did you travel all over Georgia?

17       A.    Oh, yeah.  I traveled all over Georgia.  I

18  made my rounds.

19       Q.    What happened?  Was there a primary?

20       A.    There was a primary.

21       Q.    Did you make it out?

22       A.    No.  Denise Majette won the primary and

23  lost in the general.  Kathy Cox was reelected.

24       Q.    When you decided to run, did you talk to

25  any local legislators or anybody?

1        A.    I talked to my local legislators, which at

2   the time was Emmanuel Jones, Senator Emmanuel Jones.

3   Well, no, I take that back.

4            At that time it was Senator -- let's see,

5   I talked to Gail Buckner who at the time -- at that

6   time in 2006 she also ran for Secretary of State, if

7   I'm not mistaken.  She was a former Representative

8   and Senator, Gail Buckner was.

9            I talked to some DeKalb reps that I knew,

10  Pam Stevenson.

11       Q.   Was there any disagreement on issues

12  between you and Ms. Majette?

13       A.   Yes. You mean as far as issues?

14       Q.   Yes, ma'am.

15       A.   As far as my platform, I thought it was

16  different.  My platform was different from hers,

17  yes.

18       Q.   What was your platform?

19       A.   Basically, making sure that the QBE was

20  fully-funded and stop all the austerity cuts to

21  education, and to pay teachers -- make sure that

22  teachers didn't have to come out of their pockets to

23  fix their classrooms up.

24       Q.   And in 2006, was the whole state

25  government in a position of austerity?

1      A.   Yes.  Because they were cutting funding

2   from education.

3      Q.   **What about agencies other than education?**

4      A.   Education took the hardest hit, so that is

5   what I was concerned about.  I was not concerned

6   about other agencies.  You asked me why I ran for

7   State School Superintendent, so that is why ran and

8   that is because the austerity cuts and them not

9   fully funding the QBE.

10     Q.   **That's, right.  And QBE, quality basic**

11  **education?**

12     A.   Yes.

13     Q.   **Was there any part of the state where you**

14  **think you got more support than Ms. Majette?**

15     A.   Probably in the rural -- outside of the

16  metro areas.  In the rural areas, I think I did

17  better.

18     Q.   **And is Ms. Majette from the Atlanta Metro**

19  **area?**

20     A.   She was a former Congresswoman.

21     Q.   **Was she, at that time, a former**

22  **Congresswoman over --**

23     A.   Yes.  She had run for Congress and beat

24  Cynthia McKinney.

25     Q.   **Okay.**

```
 1        A.    And then she decided to -- she served a
 2   term in Congress and then decided to run against
 3   Johnny Isaacson and she lost.
 4             So at that time she was not serving in any
 5   capacity because she had lost that Senate race
 6   against him.  So then she just decided, the last day
 7   of qualifying, that she was just going to run for
 8   School Superintendent with no background in
 9   education whatsoever, but name recognition in the
10   metro area.
11        Q.    Right.  What about -- let's see, in 2010
12   you run for House District 76 and then as a write-in
13   for Senate 44?
14        A.    Yes.
15        Q.    How did that come about?
16        A.    I saw --
17        Q.    Did you lose in the primary?
18        A.    Right.
19        Q.    Who was your opponent in the primary for
20   House District 76?
21        A.    So I ran for 76, Gail Buckner ran for 44,
22   so we both lost it in the primary.  So Gail Buckner
23   ran as a write-in in 76, and I ran as a write-in in
24   44.
25        Q.    Georgia does not have a sore loser law?
```

```
 1        A.    So that is what happened.

 2        Q.    Who defeated you in the primary?

 3        A.    Sandra Scott.

 4        Q.    And Ms. Scott is still in the legislature,

 5   right?

 6        A.    Correct.  That district represents Clayton

 7   and Henry.

 8        Q.    Which part of the District has more of the

 9   population?

10        A.    Clayton, probably.

11        Q.    And as far as 44, who --

12        A.    That was Gail Davenport.

13        Q.    And Ms. Davenport is still in the State

14   Senate, correct?

15        A.    Right.  And at the time 44 represented my

16   area, but it doesn't anymore.

17        Q.    As a result of changes in 2011?

18        A.    Right, yeah.  They moved that whole

19   district into Clayton and moved Emmanuel Jones'

20   district to where I live.

21        Q.    And so now you live in which Senate

22   District?

23        A.    Emmanuel Jones' Senate District -- I can't

24   remember right now which district it is.

25        Q.    And it is public record, right?
```

```
 1        A.   Yes.  I live in Demetrius Douglas' House

 2   District 78 now.

 3        Q.   What prompted you to run for House

 4   District 76?

 5        A.   There was a vacancy.  That is why -- Mike

 6   Glanton had run for -- no, I take that back.  You

 7   know what, Mike Glanton had run for that Senate

 8   seat, Mike Glanton lost that Senate see to Gail

 9   Buckner -- not Gail Buckner, Gail Davenport.

10        Q.   Gail Davenport?

11        A.   Right.  So he had given up that seat to

12   run for the Senate seat, and so it was a vacancy.

13        Q.   And so in the Senate primary, he lost, and

14   Gail Buckner lost?

15        A.   Right.

16        Q.   And Gail Davenport won?

17        A.   Right, correct.

18        Q.   Was there a runoff?

19        A.   No.  Gail Buckner was not in that -- I'm

20   trying to -- it has been such a -- it has been a

21   long time ago, but --

22        Q.   So you thought that you remembered that

23   you both crossed over for the write-in?

24        A.   Right.  She had run -- he had run

25   against -- Mike Glanton had given up the 76 seat to
```

```
 1    run for the 44 seat against Davenport.

 2         Q.   Okay.

 3         A.   So he lost to Davenport.

 4         Q.   Okay.  And so you took the opportunity to

 5    run for a vacancy?

 6         A.   Correct.

 7         Q.   How did you and Ms. Buckner do with your

 8    write-in campaigns?

 9         A.   It did not at all -- it did not do well at

10    all.

11         Q.   They typically don't, do they?

12         A.   They don't.

13         Q.   And then you ran for County Commission

14    Chair in 2012 and 2016?

15         A.   Correct.

16         Q.   And the chair is -- is it June Wood?

17         A.   Correct.

18         Q.   Did you run against Ms. Wood both times?

19         A.   No.  I ran against Thomas Smith the first

20    time.

21         Q.   And what prompted you to run for

22    Commission Chair?

23         A.   We needed some changes in the County.

24         Q.   And was Smith an incumbent?

25         A.   No.  He ran on the Republican side against
```

1    BJ Mathis who was the chair at the time period.  It

2    was several people who ran against BJ Mathis.

3        Q.    And were you one of the people that ran

4    against BJ Mathis?

5        A.    I ran on the Democratic ticket.  I ran

6    unopposed on the Democratic ticket.

7        Q.    Okay.  So Mathis had a Republican

8    challenger?

9        A.    She had several Republican challengers.

10   They were upset about the way money was being spent

11   in the County.  So she had about five people run

12   against her.

13       Q.    And how did the general election turn out?

14       A.    Well, Tommy Smith won for the Republican

15   side and him and I faced each other in the general.

16   So I had 48 percent of the vote in 2012.

17       Q.    And how about in 2016?

18       A.    In 2016, Tommy did not run, so there was

19   an open seat.  So about five people ran on the

20   Republican side and I was the only one that ran on

21   the Democratic side.

22       Q.    Is Ms. Wood a Republican?

23       A.    Yes, she is.

24       Q.    And what percentage of the vote, did you

25   get in 2016?

```
 1        A.    Well, we ended up in a runoff.  We had

 2   50-50, and then we had to do a runoff because there

 3   was a write-in candidate that threw us in the

 4   runoff.

 5        Q.    What ended up happening in the runoff?

 6        A.    In the runoff, June won.

 7        Q.    By about how many votes?

 8        A.    I don't remember exactly, but it was

 9   probably 3500 votes, or something like that.  Low

10   turnout on the runoff.

11        Q.    Who was the write-in candidate?

12        A.    I do not even remember the guy's name, but

13   he did a write-in. I think it was by design.  He was

14   Republican and it was by design, so I think it was

15   done on purpose to throw us into a runoff because

16   they know low voter turnout comes in runoffs.

17        Q.    Do you have any judgment about where you

18   draw your support in Henry County?

19        A.    What do you mean judgment?

20        Q.    About where you get most of your votes.

21        A.    I feel that I get -- from a county

22   perspective, I think the votes come from all over.

23        Q.    Did you do particularly well anywhere?

24        A.    Probably in areas that are more

25   African-American.
```



1        Q.    So you think that you get folks from all

2    over?

3        A.    Yes.

4        Q.    Do you think that you get votes from White

5    folks?

6        A.    Yes, I do.

7        Q.    There are White Democrats in Henry County?

8        A.    Absolutely.  Believe it or not, there are

9    lots.

10        Q.    And your campaign contribution

11    disclosures, they are all matter of public record,

12    right?

13        A.    Correct.  All public record.

14        Q.    And just remind me, when you ran for State

15    Superintendent, did you run any advertisements?

16        A.    No.

17        Q.    You just traveled around the state?

18        A.    I traveled around and did grassroots.  I

19    traveled around the state.  I tapped into contacts

20    that I knew, you know, my father is a pastor so I

21    knew a lot of pastors at different churches.  I've

22    got family throughout Georgia.

23            My dad is from Albany, Georgia so I have a

24    lot of family in South Georgia.  I just utilized

25    contacts and other people introducing me to other

```
 1   people and so on and so forth.  I did not do any

 2   advertisement.  I do not have that kind of money.

 3        Q.   What about 2010?

 4        A.   I did not do any advertisements.

 5        Q.   Did you have any debates in 2010?

 6        A.   No -- oh, yeah.  We did one at one of the

 7   churches in Clayton County, but that is the only one

 8   that I can remember doing was the one in Clayton

 9   County.

10        Q.   Do you remember getting any endorsements

11   in 2010?

12        A.   Yes, I did. I got endorsements from one of

13   the school associations.  I got an endorsement

14   from -- one of the unions endorsed me and I think I

15   got endorsed by Planned Parenthood, if I'm not

16   mistaken.  There could be some others, but I would

17   have to go back and look.

18        Q.   When you campaigned for Commission Chair,

19   did go door-to-door or do you have people go

20   door-to-door?

21        A.   Yes.  We went door-to-door.

22        Q.   Any advertising?

23        A.   I sent out mailers, if that is what you

24   meant.

25        Q.   Like push cards?
```

```
 1        A.    Yes.  I sent out those.  I did a couple of

 2    mailers.

 3        Q.    And the push cards that you hand people?

 4        A.    Yes.  I did that.  I had push cards in all

 5    of my campaigns, but I actually did a mailer in the

 6    Commission Chair race, both races.

 7        Q.    In any of your campaigns, were there any

 8    racial appeals made by any of the candidates?

 9        A.    What do you mean?

10        Q.    Did any candidate use language or signs to

11    run down another persons' race or build up their own

12    race as a reason why they might be a better

13    candidate?

14        A.    No.

15        Q.    Let me show you what has been marked as

16    Defendant's Exhibit 1, and tell you that these are

17    disclosures made by your lawyers in this case.  If

18    you would turn -- have you ever seen these before?

19        A.    No.

20                     (Defendant's Exhibit Number 01

21                      was marked for identification.)

22             MS. HOUK:  Mr. Park, you understand

23        Mrs. Harrell is not a Plaintiff in this

24        lawsuit.

25             MR. PARK:  Okay.
```

```
 1              MS. HOUK:  She is an independent witness.
 2   BY MR. PARK:
 3        Q.   If you would turn to page 12, down at the
 4   bottom, do you see that these lawyers identified you
 5   as a person who had knowledge about the facts of
 6   this case?
 7        A.   Yes.
 8        Q.   Did you know that you had been identified
 9   that way?
10        A.   I talked to someone about it.
11        Q.   And among other things it says, you have
12   knowledge about the racial and partisan
13   gerrymandering of House District 111; is that right?
14        A.   What are you asking?
15        Q.   That is what it says.  Is it correct that
16   you have knowledge about the racial and partisan
17   gerrymandering of House District 111?
18        A.   I have knowledge, yes.
19        Q.   What do you understand racial
20   gerrymandering to be?
21        A.   When you purposely draw out a certain
22   ethnic group to make a district better fit the
23   profile of the individual that will vote for you.
24        Q.   What about partisan gerrymandering, what
25   do you understand that to be?
```



```
 1        A.   I mean, it would be the same.

 2        Q.   Is there any distinction in your mind

 3    between racial gerrymandering and partisan

 4    gerrymandering?

 5             MS. HOUK:  Objection to the extent that it

 6        calls for a legal expert opinion.

 7             MR. PARK:  I am just asking about your

 8        understanding.

 9             THE WITNESS:  Okay.  My understanding,

10        when you talk about racial gerrymandering it is

11        taking a particular group, like

12        African-Americans, out of a particular area

13        drawing them out of that district and drawing

14        more whites in the district.  That is what I

15        consider to be racial.

16             When you talk about party gerrymandering,

17        then, of course, you are drawing more

18        Republicans in your district that will vote for

19        you as opposed to Democrats.  That is the way

20        that I understand it.

21    BY MR. PARK:

22        Q.   Why do you think that House District 111

23    is racially gerrymandered?

24        A.   Because the majority of Stockbridge was

25    drawn out of the district and the majority of
```

```
 1    Stockbridge is African-American.  And the lines were

 2    drawn further south, which is known to be more White

 3    and Republican.

 4         Q.   Did taking -- drawing part of Stockbridge

 5    out of House District 111 have a partisan effect?

 6              MS. HOUK:  Objection to the extent that it

 7         calls for a legal expert opinion.

 8    BY MR. PARK:

 9         Q.   Did it make the district more Republican?

10         A.   I'm sorry.  Can you ask the question a

11    different way so that I understand it?

12         Q.   When part of Stockbridge was taken out of

13    House District 111, did it make the district more

14    Republican?

15         A.   Yes.

16         Q.   Did it make it more White?

17         A.   I believe that it did.

18         Q.   Do you know whether it is a big change

19    politically?

20         A.   Yes.  Drawing Stockbridge out was a big

21    change -- would be a big change.

22         Q.   Do you know whether it was a big change

23    racially?

24         A.   Yes.

25         Q.   Has anybody told you why -- or do you know
```

1    why that was done that way why it was -- why the

2    changes were made to House District 111?

3         A.    To keep Brian Strickland in office.   If

4    the district would have stayed the way that it was,

5    then a Democrat would have a better chance of

6    winning that seat if it had remained the way that it

7    was.

8         Q.    Do you know whether a Democrat would have

9    beaten Mr. Strickland say in 2018?

10        A.    2018?

11        Q.    For 2016, if he had stayed in that

12   district.

13        A.    If the district had of stayed the way that

14   it was, and they had not redrawn it, then yes.

15        Q.    And the most recent House District 111

16   election for the rest of Mr. Strickland's term,

17   didn't the Republicans win it outright?

18        A.    Correct.

19        Q.    And there were two Republicans and two

20   Democrats in the race; is that right?

21        A.    That is correct, yes, but it still did not

22   include Stockbridge.   If you would have left in

23   Stockbridge a Democrat would have won it.   If the

24   district would have stayed the way that it was, the

25   Democrat would have won that seat.

```
 1        Q.   Do you plan to run for office in 2018?

 2        A.   No.

 3        Q.   Do you think that the majority of Black

 4   voters in Georgia favor one political party over

 5   another?

 6        A.   I do not think that would be the case.  I

 7   don't know -- I mean, I just -- typically people

 8   tend to think that African-Americans vote Democrat,

 9   and that probably is true.

10        Q.   Are there Black Republicans in Henry

11   County?

12        A.   Yes, the chair.

13        Q.   Any others?

14        A.   I guess.  I don't know.  I do not go to

15   the Republican Party meetings, so I don't know.  I

16   am not privy to that information, but I am sure that

17   there are Black Republicans, just like there are

18   White Democrats.

19        Q.   And you said that there are plenty of

20   White Democrats in Henry County?

21        A.   Yes.  We have a lot that come to our

22   meetings.

23        Q.   When you vote, do you vote for the person

24   or the party?

25        A.   I vote with my party.
```

1      Q.    Have you ever had a problem registering to

2   vote or voting?

3      A.    Have I ever had a problem?

4      Q.    Yes, ma'am.

5      A.    No.

6      Q.    Have you ever had a problem participating

7   in the political process?

8      A.    No.

9      Q.    In other elections in Georgia, have you

10   ever seen any reference to race on the part of -- by

11   one of the candidates?

12      A.    Yes.

13      Q.    When have you seen that?

14      A.    Are you talking about as far -- wait a

15   minute, ask that again.

16      Q.    In other election contests, have you ever

17   seen --

18      A.    Yes.  Just right here in Henry County.

19   Just this last election.

20      Q.    What happened then?

21      A.    The gentleman that won the 111, sent out a

22   mailer showing the two Democrats as terrorists on

23   the mailer and sent it out to everyone.  So, yes, I

24   have seen it in Henry County, just this past

25   election.

1        Q.    Any other times?

2        A.    I mean, you know, that is the one that I

3   just remember just recently because it was kind of,

4   you know, it was really a vulgar ad to send out.

5        Q.    **Other than moving part of Stockbridge out**

6   **of House District 111, is there any -- any other**

7   **change to House District 111 that you can think of**

8   **that makes it racial gerrymandered?**

9        A.    Just the fact of the demographics that was

10  moved out.  Demographics makes a difference whether

11  it is two percent, three percent, or whatever.  That

12  makes a difference in an election.

13            And when you take a large chunk -- and you

14  guys go back -- like you say, it is public record,

15  so go back and look at the number of

16  African-Americans that they took out in the

17  district, that makes a difference in an election.

18            So I think that that played a huge part

19  even in just the last couple of elections that Brian

20  Strickland was in.  The other thing is that, you

21  know, it was the fact that they were trying to keep

22  Brian in the seat to prepare him to run for that

23  Senate seat.  Because they knew that Rick Jeffries

24  was going to run for Lieutenant Governor this year

25  in 2018.  They messed with that district to keep him

1    in long enough to be able to go over to that Senate

2    seat and it worked.

3           And with the Republican, Strickland,

4    entering this new legislation to start the city of

5    Eagles Landing again, that is a way of creating a

6    city of high income people and drawing out the low

7    income people.  To me that is just not right.  We

8    are fighting that right now tooth and nail.

9           They are trying to de-annex over

10   50 percent of the city of Stockbridge income,

11   revenue-based to create a city.  Never in Georgia or

12   anywhere in this country has a city -- where you

13   have de-annexed a revenue base from a city, to

14   create another city, because Eagles Landing wants to

15   be their own little elite country club city of its

16   own, and don't want to be a part of Stockbridge

17   anymore.

18        Q.   You think that they are dissatisfied with

19   the way that Stockbridge is being run?

20        A.   If that is the case -- to me I think it is

21   because they have the first Black mayor and an all

22   Black Council.  That is what I feel, but maybe I am

23   wrong.

24           MR. PARK:  Julie, you identified her as

25           someone who knew about intentional



```
 1          discrimination and the other Plaintiffs say, we

 2          should not be doing discovery on that.  So I

 3          think that I'm going to leave that for a

 4          possible -- another deposition down the road

 5          once discovery on that opens.

 6              MS. HOUK:  That is fine.

 7              MR. PARK:  Let me take a quick break, and

 8          we may be able to wrap up.

 9              THE WITNESS:  Okay.

10              (A break was taken.)

11   BY MR. PARK:

12          Q.  Ms. Harrell, I believe that is all the

13      questions I have at this time. Thank you.

14              MS. HOUK:  Does anyone on the phone have

15          any questions?

16              MS. KHANNA:  No, thank you.

17              MS. HOUK:  Thank you very much.

18

19          (PROCEEDINGS CONCLUDED AT 11:06 A.M.)

20

21

22

23

24

25
```

D I S C L O S U R E

STATE OF GEORGIA                    DEPOSITION OF

COUNTY OF FULTON                    CARLOTTA HARRELL

Pursuant to Article 10.B of the Rules and Regulations of the Board of Court Reporting of the Judicial Council of Georgia, I make the following disclosure:

I am a Georgia Certified Court Reporter. I am here as an independent contractor.

I am not disqualified for a relationship of interest under the provisions of O.C.G.A. 9-11-28(c).

I was contacted by the offices of Strickland, Brockington, Lewis, LLP to provide court reporting services for these proceedings.

I will not be taking this deposition under any contract that is prohibited by O.C.G.A. 15-14-34 (a) or (b).

I have no written contract to provide reporting services with any party to the case, any counsel in the case, or any reporter or reporting agency from whom a referral might have been made to cover this deposition.

I will charge my usual and customary rates to all parties in the case.

DATED: February 15, 2018      *Stephen Mahoney*
                              _____
                              Stephen Mahoney
                              Certified Court Reporter
                              4921-4880-0199-0656

C E R T I F I C A T E

I hereby certify that the foregoing deposition was reported as stated in the caption and the questions and answers thereto were reduced to writing by me; that the foregoing 39 pages represent a true, correct, and complete transcript of the evidence given on February 13, 2018 by the witness, Carlotta Harrell, who was first duly sworn by me.

I certify that I am not disqualified for a relationship of interest under O.C.G.A. 9-11-28 (c); I am a Georgia Certified Court Reporter here as an independent contractor of Orange Legal; I was contacted by Orange Legal to provide court reporting services for this deposition; I will not be taking this deposition under any other contract that is prohibited by O.C.G.A. 15-14-37 (a) and (b) or Article 7.C. of the Rules and Regulations of the Board; and by the attached disclosure form I confirm that Orange Legal is not a party to a contract prohibited by O.C.G.A. 15-14-37 or Article 7.C.of the Rules and Regulations of the Board.


This 15th day of February, 2018.

*Stephen Mahoney*
_____
Stephen Mahoney
Certified Court Reporter
4921-4880-0199-0656



**Orange Legal**
**800-275-7991**

**Exhibits**

**021318_C.Harrell_Exhibit 01** 3:9 30:16

**$**

$65 16:18

**0**

01 30:20
06 18:16

**1**

1 30:16
111 31:13,17 32:22 33:5,13 34:2,15 36:21 37:6,7
11:06 39:19
12 18:18 31:3
16 18:18
18 7:21,24
1879 15:10
1960 7:4
1977 9:25
1980 12:8
1991 12:14
1993 10:7
1995 11:21,22 12:16

**2**

20 5:15 7:13 9:16
2006 11:17,22 18:21 19:14 20:6,24
2010 18:20,21 22:11 29:3,5,11
2011 23:17
2012 25:14 26:16

2016 25:14 26:17,18, 25 34:11
2018 34:9,10 35:1 37:25
261 5:12 6:13 7:16, 18
28th 17:25

**3**

30 7:4
30236 5:13
3500 27:9

**4**

44 18:24 22:13,21,24 23:11,15 25:1
48 26:16

**5**

50 38:10
50-50 27:2

**7**

76 22:12,20,21,23 24:4,25
78 24:2

**8**

80s 9:3

**A**

A.M. 39:19
Absolutely 28:8
accident 8:21
activities 15:13
ad 37:4
address 5:12,17 7:17

Administration 6:12
advertisement 29:2
advertisements 28:15 29:4
advertising 29:22
African-american 6:25 27:25 33:1
African-americans 32:12 35:8 37:16
agencies 21:3,6
agent 12:25
Albany 28:23
alumni 14:16,17
annual 17:11
anymore 23:16 38:17
appeals 30:8
appeared 9:7
appoint 16:5
appointed 15:20,22, 24
appoints 16:12
area 5:21 21:19 22:10 23:16 32:12
areas 21:16 27:24
assigned 11:7
Association 10:20
associations 29:13
Atlanta 6:3 7:22 10:3,4 12:10 13:6,7 15:11 21:18
attend 6:7
attorney 8:11
austerity 20:20,25 21:8
authority 15:23 16:6,11,16,18
auto 8:21
Avenue 15:10

aware 13:16,17

**B**

baby 5:25
back 9:3 10:9,10,13 18:16 20:3 24:6 29:17 37:14,15
background 22:8
Baptist 15:6,9
base 38:13
basic 21:10
Basically 20:19
beat 21:23
beaten 34:9
belong 13:18
Bethune 14:12
big 33:18,20,21,22
bit 5:15
BJ 26:1,2,4
Black 11:3 13:9,12 35:3,10,17 38:21,22
board 16:9,12,15,16 17:9,14,15,24 18:2
born 5:25 6:1,2 7:3
bottom 31:4
bread 6:2
break 5:6,9 39:7,10
Brenau 6:8,9 10:2,5, 6,8
Brian 4:19 34:3 37:19,22
bring 6:23
brings 6:24
Bruce 15:25
Bryan 8:11
Buckner 20:5,8 22:21,22 24:9,14,19 25:7
budget 16:17,19

build 30:11

**C**

C-A-R-L-O-T-T-A 4:13
calls 32:6 33:7
Camden 11:13
campaign 28:10
campaigned 29:18
campaigns 25:8 30:5,7
campus 6:21
candidate 15:18 18:23 27:3,11 30:10, 13
candidates 30:8 36:11
capacity 4:19 22:5
cards 29:25 30:3,4
Carlotta 4:2,10
case 30:17 31:6 35:6 38:20
cases 9:10,11
Cave 8:11
certifications 10:14,16
chair 16:10 18:15,17 25:14,16,22 26:1 29:18 30:6 35:12
challenger 26:8
challengers 26:9
chance 34:5
change 19:11 33:18, 21,22 37:7
chapter 14:16,25 15:1,2 16:25 18:1
chapters 14:8,17 17:10,12
child 10:12
chunk 37:13
church 14:2,3 15:3,

Case 1:17-cv-01427-TCB-MLB-BBM   Document 130   Filed 02/26/18   Page 44 of 48

NAACP vs Brian Kemp and Austin Thompson vs Brian Kemp
CARLOTTA HARRELL
Index: churches..forums

7,9,12,14

churches 28:21 29:7

cities 11:6,8,15

city 38:4,6,10,11,12, 13,14,15

classrooms 20:23

Clayton 5:19,20,21 7:19 14:19 23:6,10, 19 29:7,8

Close 6:22

club 38:15

clubs 13:19,20

college 6:7,16 10:4

commission 18:15, 18 25:13,22 29:18 30:6

Commissioner 15:25 16:1,5,12,13

concerned 21:5

CONCLUDED 39:19

Conference 11:2 13:9

Congress 21:23 22:2

Congressional 18:1

Congresswoman 21:20,22

consultant 10:22

consulting 10:25

contacts 28:19,25

contests 36:16

continue 10:19

continuing 10:15

contribution 28:10

conversation 8:5

correct 7:2,9,17 16:4 18:14,22,25 23:6,14 24:17 25:6, 15,17 28:13 31:15 34:18,21

Council 13:22 38:22

country 38:12,15

counts 4:17

county 5:13,19,20, 21 7:8,15,18,19 11:11,13,25 12:12, 13 13:10,15 14:19, 24,25 15:1,2,22 16:4,6,22,25 17:1,2, 3,5 18:15,17 25:13, 23 26:11 27:18,21 28:7 29:7,9 35:11,20 36:18,24

couple 30:1 37:19

courses 10:18

court 5:12 6:14 7:16 9:8,17

Cox 19:8,23

create 38:11,14

creating 38:5

Criminal 9:11

crossed 24:23

cuts 20:20 21:8

cutting 21:1

Cynthia 21:24

**D**

dad 28:23

Dahlonega 17:25 18:3

daughter 6:16

daughter's 7:5

Davenport 23:12,13 24:9,10,16 25:1,3

day 22:6

de-annex 38:9

de-annexed 38:13

deal 16:18

debates 15:18 29:5

December 7:4

decide 19:1,6

decided 19:9,12,24 22:1,2,6

decisions 16:16

defeated 23:2

Defendant 8:20

defendant's 30:16, 20

degree 6:12

Dekalb 20:9

Delta 13:23,24 14:13

Demetrius 24:1

Democrat 16:21 17:1 34:5,8,23,25 35:8

Democratic 16:22, 24,25 17:3,5,8 26:5, 6,21

Democrats 17:2 28:7 32:19 34:20 35:18,20 36:22

demographics 37:9,10

Denise 19:22

department 12:15

deposed 9:21

deposition 4:21 7:25 39:4

design 27:13,14

details 8:4

detective 12:23,24

difference 37:10,12, 17

DIRECT 4:6

directly 10:1

disagreement 20:11

disclosures 28:11 30:17

discovery 39:2,5

discrimination 39:1

discuss 7:25

dissatisfied 38:18

distinction 32:2

district 16:1,2,3,13, 14 18:1,24 22:12,20 23:6,8,19,20,22,23, 24 24:2,4 31:13,17, 22 32:13,14,18,22,25 33:5,9,13 34:2,4,12, 13,15,24 37:6,7,17, 25

documents 8:15,16

door-to-door 29:19, 20,21

Douglas' 24:1

draw 27:18 31:21

drawing 32:13,17 33:4,20 38:6

drawn 32:25 33:2

driver 8:24

drives 15:16

drunk 8:24

duly 4:3

**E**

Eagles 38:5,14

Eastpoint 12:11 13:1

education 10:15 12:3 20:21 21:2,3,4, 11 22:9

effect 33:5

election 15:13 26:13 34:16 36:16,19,25 37:12,17

elections 36:9 37:19

elementary 12:4,5

elite 38:15

Emmanuel 20:2 23:19,23

Emory 6:20

ended 27:1,5

endorsed 29:14,15

endorsement 29:13

endorsements 29:10,12

enforcement 9:15, 16

entering 38:4

ethnic 31:22

EXAMINATION 4:6

examined 4:3

executive 17:9,24 18:2

Exhibit 30:16,20

experience 19:13

expert 32:6 33:7

extent 32:5 33:6

**F**

faced 26:15

fact 37:9,21

facts 31:5

fair 18:10

fall 17:12

family 28:22,24

father 28:20

favor 35:4

Federation 16:23 17:7

feel 5:3 27:21 38:22

fighting 38:8

file 9:5

fine 5:10 39:6

fit 31:22

fix 20:23

Flippin 15:7

folks 28:1,5

force 12:6,9 13:6

forums 15:18

NAACP vs Brian Kemp and Austin Thompson vs Brian Kemp
CARLOTTA HARRELL

Index: free..Mary

free 5:4

full-time 10:8

fully 21:9

fully-funded 20:20

Fulton 6:6 9:22 12:1

funded 11:3

funding 21:1,9

**G**

Gail 20:5,8 22:21,22 23:12 24:8,9,10,14, 16,19

Gainesville 6:11

GBI 12:11,24

general 12:3 19:23 26:13,15

gentleman 36:21

Georgia 4:20 5:13 10:20 11:2,13 13:8 14:8,9 16:23 17:7 18:7,8 19:16,17 22:25 28:22,23,24 35:4 36:9 38:11

Georgian 6:2

gerrymandered 32:23 37:8

gerrymandering 31:13,17,20,24 32:3, 4,10,16

Glanton 24:6,7,8,25

Glenwood 15:10

good 4:8 7:13

government 20:25

Governor 37:24

graduate 6:9

graduated 9:24 10:6

Grady 5:25 6:1

grant-funded 11:4

grants 11:3

grassroots 28:18

Greater 15:6,8

group 31:22 32:11

Grove 15:6,8

grow 5:24

guess 6:17 8:1 13:12 35:14

guy's 27:12

guys 37:14

Gwinnett 13:10,15 15:1

**H**

H-A-R-R-E-L-L 4:13

Hancock 11:11

hand 30:3

happened 19:19 23:1 36:20

happening 27:5

hardest 21:4

Harrell 4:2,10 5:11 6:15 7:6 18:12 30:23 39:12

Harris 4:16

Henry 5:13 7:7,15, 18 11:25 12:1,12,13 14:19,24,25 15:2,22 16:3,6,22,24 17:1,3, 4 23:7 27:18 28:7 35:10,20 36:18,24

Henry-clayton 14:10

high 6:5,6 9:22 12:4 38:6

hired 12:23

hit 21:4

hold 15:16,18

Holmes 15:25 16:5

home 6:17,22 7:22

Hospital 6:1

HOUK 8:11 30:22 31:1 32:5 33:6 39:6,

14,17

House 18:20 22:12, 20 24:1,3 31:13,17 32:22 33:5,13 34:2, 15 37:6,7

huge 37:18

Hunting 5:12 6:13 7:16

husband 6:15

**I**

identification 30:21

identified 31:4,8 38:24

include 34:22

income 38:6,7,10

incumbent 25:24

independent 31:1

individual 31:23

information 35:16

insurance 9:6

intentional 38:25

introducing 28:25

Isaacson 22:3

issues 20:11,13

**J**

Jack 4:18

January 17:24

Jeffries 37:23

Johnny 22:3

Jones 20:2

Jones' 23:19,23

Jonesboro 5:21

judgment 27:17,19

Julie 8:3 38:24

June 25:16 27:6

Junior 10:4

**K**

K-E-R-E-I-S-H-A 7:6

Kathy 19:7,23

Kemp 4:19

Kenneth 6:15

Kereisha 7:6

KHANNA 39:16

kind 10:19 29:2 37:3

kinds 9:10

Kingsland 11:12

knew 20:9 28:20,21 37:23 38:25

knowledge 31:5,12, 16,18

**L**

Lake 5:12

Landing 38:5,14

language 30:10

large 37:13

laundry 6:23,24

law 9:15,16 22:25

lawsuit 8:18 9:5 30:24

lawyer 4:18 8:2,9

lawyers 30:17 31:4

leadership 14:13

leave 39:3

left 34:22

legal 32:6 33:7

legislation 38:4

legislators 19:25 20:1

legislature 23:4

Lieutenant 10:17 12:19,21 13:5 37:24

lines 33:1

live 5:11,16 6:13 16:2,3 23:20,21 24:1

lived 5:14,19 6:2 7:18

lives 6:20 18:2

local 14:16,17 19:25 20:1

located 15:10

location 17:13 18:6

locations 18:10

long 5:14 11:16 24:21 38:1

looked 8:15

lose 22:17

loser 22:25

lost 19:23 22:3,5,22 24:8,13,14 25:3

lot 28:21,24 35:21

lots 28:9

low 27:9,16 38:6

**M**

made 13:5 19:18 30:8,17 34:2

maiden 4:16

mailer 30:5 36:22,23

mailers 29:23 30:2

Majette 19:22 20:12 21:14,18

majority 32:24,25 35:3

make 8:12 12:21 13:4 16:16 19:21 20:21 31:22 33:9,13, 16

makes 37:8,10,12,17

making 20:19

marked 30:15,21

Mary 14:11



NAACP vs Brian Kemp and Austin Thompson vs Brian Kemp
CARLOTTA HARRELL

Index: Mathis..remember

Mathis 26:1,2,4,7

matter 28:11

mayor 11:10,12
13:13 38:21

mayors 11:3,9 13:9

Mckinney 21:24

Mcleod 14:12

meal 6:22

meant 29:24

meeting 17:8,12,16,
21,23,24 18:5

meetings 17:2,14,16
35:15,22

member 13:22,23,
24 14:2,10,22,23
16:8,9,20,21,24

members 16:15
18:2,9

Memorial 6:1

messed 37:25

metro 21:16,18
22:10

middle 18:7

Mike 24:5,7,8,25

million 16:18

mind 32:2

minute 36:15

mistaken 20:7 29:16

money 16:17 26:10
29:2

month 17:4,6

monthly 17:14

morning 4:8

move 7:16

moved 7:12,15
23:18,19 37:10

moving 37:5

Municipal 10:20

municipalities
13:10

— N —

NAACP 13:25
14:21

nail 38:8

names 4:15

national 13:22 14:6,
7,11,14

nature 10:25

NCNW 13:23 14:4,
6,10

needed 19:11 25:23

Negro 13:23

Ninth 17:25

Norcross 13:13

north 6:6 9:22 18:8

number 30:20 37:15

— O —

Objection 32:5 33:6

office 11:5 15:21
18:13 34:3 35:1

officer 9:13,14 11:20
14:4

official 4:19

open 26:19

opens 39:5

opinion 32:6 33:7

opponent 22:19

opportunity 25:4

opposed 32:19

organization 14:7,
11

outright 34:17

oversees 17:9

— P —

Pam 20:10

Parenthood 29:15

parents 5:23 6:2
7:22

Park 4:7,18 8:14
30:22,25 31:2 32:7,
21 33:8 38:24 39:7,
11

part 5:20 21:13 23:8
33:4,12 36:10 37:5,
18 38:16

participate 15:12
18:11

participating 36:6

partisan 31:12,16,
24 32:3 33:5

party 8:17 16:20,22
17:3 32:16 35:4,15,
24,25

past 36:24

pastor 15:7 28:20

pastors 28:21

patrol 13:2

pay 20:21

pending 5:8

people 26:2,3,11,19
28:25 29:1,19 30:3
35:7 38:6,7

percent 26:16 37:11
38:10

percentage 26:24

period 26:1

person 16:12 31:5
35:23

persons' 30:11

perspective 27:22

phone 39:14

Piney 15:6,8

pissed 19:7

place 5:22 6:3

Plaintiff 8:20 30:23

Plaintiffs 39:1

plan 35:1

Planned 29:15

platform 20:15,16,
18

played 37:18

plenty 35:19

pockets 20:22

police 9:13,14 10:16
11:20 12:6,9,14,19

political 16:20 35:4
36:7

politically 33:19

population 23:9

position 11:4,16,19
20:25

positions 14:14

prepare 37:22

president 16:23

primary 18:19
19:19,20,22 22:17,
19,22 23:2 24:13

privy 35:16

problem 36:1,3,6

PROCEEDINGS
39:19

process 36:7

professional 13:21

profile 31:23

prompted 24:3
25:21

public 6:12 15:20
18:12 23:25 28:11,
13 37:14

purpose 27:15

purposely 31:21

push 29:25 30:3,4

put 6:17

— Q —

QBE 20:19 21:9,10

qualifying 22:7

quality 21:10

quarterly 17:15

question 5:3,7,8
33:10

questions 39:13,15

quick 39:7

— R —

race 22:5 30:6,11,12
34:20 36:10

races 30:6

racial 30:8 31:12,16,
19 32:3,10,15 37:8

racially 32:23 33:23

raised 6:2

ran 18:15,17,19,21
20:6 21:6,7 22:21,23
25:13,19,25 26:2,3,
5,19,20 28:14

rear-ended 8:24

reason 30:12

received 10:14

recent 34:15

recently 11:8 37:3

recognition 22:9

record 4:9,12 23:25
28:11,13 37:14

redrawn 34:14

reelected 19:23

reference 36:10

register 7:19

registered 7:7,10,
21,23

registering 36:1

registration 15:16

remained 34:6

remember 7:10
23:24 27:8,12 29:8,
10 37:3

NAACP vs Brian Kemp and Austin Thompson vs Brian Kemp
CARLOTTA HARRELL                                          Index: remembered..William

remembered 24:22

remind 28:14

rephrase 5:4

represent 16:13

Representative 20:7

represented 23:15

represents 23:6

reps 20:9

Republican 25:25 26:7,9,14,20,22 27:14 33:3,9,14 35:15 38:3

Republicans 32:18 34:17,19 35:10,17

rest 34:16

result 23:17

retire 11:19

retired 9:15 10:18 12:17,19

revenue 38:13

revenue-based 38:11

Rick 37:23

road 39:4

rounds 19:18

run 18:12 19:1,3,12, 24 21:23 22:2,7,12 24:3,6,7,12,24 25:1, 5,18,21 26:11,18 28:15 30:11 35:1 37:22,24 38:19

runoff 24:18 27:1,2, 4,5,6,10,15

runoffs 27:16

rural 21:15,16

S

Sandra 23:3

school 6:5,6,19 9:22 10:9,10,11,12,13 11:23 12:4 18:21

19:1,4,8,9 21:7 22:8 29:13

Scott 23:3,4

seat 24:8,11,12,25 25:1 26:19 34:6,25 37:22,23 38:2

Secretary 4:20 20:6

section 14:10

sections 14:9

self-employed 10:23

Senate 18:24 22:5, 13 23:14,21,23 24:7, 8,12,13 37:23 38:1

Senator 20:2,4,8

send 11:14 37:4

Sergeant 13:4,5

serve 16:8,11

served 22:1

serving 22:4

set 18:6

settled 9:6

shop 8:9

show 30:15

showing 36:22

side 25:25 26:15,20, 21

Sigma 13:24

signs 30:10

sir 5:1

sit 16:15

site 15:15

Smith 25:19,24 26:14

Social 13:21

sore 22:25

sorority 13:24

south 28:24 33:2

Sparta 11:10

spell 4:11

spent 16:17 26:10

Spivey 5:13

spring 17:11

start 12:7 38:4

started 12:10,14 14:11

state 4:8,20 11:9 14:18 17:10 18:20, 21,23 19:1,4 20:6,24 21:7,13 23:13 28:14, 17,19

statewide 17:8 18:4, 5 19:14

stayed 12:16 34:4, 11,13,24

Stevenson 20:10

Stockbridge 32:24 33:1,4,12,20 34:22, 23 37:5 38:10,16,19

stop 20:20

stopped 10:10,11,12

Strickland 34:3,9 37:20 38:3

Strickland's 34:16

stuff 9:6 10:19

substitute 11:23

Superintendent 18:22 19:2,4 21:7 22:8 28:15

supervision 10:18

support 21:14 27:18

sworn 4:3

system 11:24 19:8,9

T

taking 32:11 33:4

talk 19:24 32:10,16

talked 8:2,3,8 20:1, 5,9 31:10

talking 8:22 36:14

tapped 28:19

teach 12:2

teacher 11:23

teachers 20:21,22

technically 6:17

ten 19:10

tend 35:8

term 22:2 34:16

terrorists 36:22

testified 4:3 9:8,17, 20

Theta 13:24

thing 37:20

things 31:11

Thomas 25:19

thought 20:15 24:22

threw 27:3

throw 27:15

Thursday 17:6

ticket 26:5,6

time 4:23 7:23 10:4 20:2,4,5,6 21:21 22:4 23:15 24:21 25:20 26:1 39:13

times 9:9,17,18 18:13 25:18 37:1

today 8:1

told 33:25

Tommy 26:14,18

tooth 38:8

training 10:17,20

travel 19:16

traveled 19:17 28:17,18,19

trial 9:20

true 35:9

Tuesday 17:4

turn 26:13 30:18 31:3

turnout 27:10,16

typically 25:11 35:7

U

understand 5:3 30:22 31:19,25 32:20 33:11

understanding 32:8,9

unions 29:14

University 6:8,20

unopposed 26:6

upset 26:10

utilized 28:24

V

vacancy 24:5,12 25:5

vice 16:23

vote 7:7,19,21,23 26:16,24 31:23 32:18 35:8,23,25 36:2

voter 15:16 27:16

voters 35:4

votes 27:7,9,20,22 28:4

voting 7:24 15:14 36:2

vulgar 37:4

W

wait 36:14

Water 15:22 16:6, 11,16

whatsoever 22:9

White 28:4,7 33:2, 16 35:18,20

whites 32:14

William 15:7

NAACP vs Brian Kemp and Austin Thompson vs Brian Kemp
CARLOTTA HARRELL

Index: win..years

**win** 34:17

**winning** 34:6

**women** 13:23 16:24
17:5,8

**Women's** 16:25

**won** 19:22 24:16
26:14 27:6 34:23,25
36:21

**Wood** 25:16,18
26:22

**work** 4:25 10:22
11:1,2,5,7,10,12,14
12:9 13:8,18

**worked** 10:11,13
12:10,11 13:1 38:2

**working** 10:21

**wrap** 39:8

**write-in** 18:23
22:12,23 24:23 25:8
27:3,11,13

**wrong** 38:23

---

**Y**

---

**year** 37:24

**years** 5:15 7:13,24
9:16 12:22 16:7
19:10

