# In the Matter of:

NAACP, et al.

vs.

Brian Kemp, Austin Thompson vs Brian Kemp

## DONNA MCLEOD

*February 06, 2018*



www.OrangeLegal.com
800-275-7991

NAACP, et al. vs Brian Kemp, Austin Thompson vs Brian Kemp
DONNA MCLEOD

THE UNITED STATES DISTRICT COURT
OF FOR THE NORTHERN DISTRICT OF GEORGIA

2                    ATLANTA DIVISION

3    NAACP, et al.,                )
                                   )
4         PLAINTIFFS,              )
                                   )
5    vs.                           )    Case No.:
                                   )    1:17-cv-01427-TCB-WSD-BBM
6    Brian Kemp, in his           )
     official capacity as         )
7    Secretary of State for the   )
     State of Georgia,            )
8                                 )
          DEFENDANT.              )
9    _____ )
                                   )
10   AUSTIN THOMPSON, et al.,      )
                                   )
11        PLAINTIFFS,              )
                                   )
12   vs.                           )
                                   )
13   Brian Kemp, in his           )
     official capacity as         )
14   Secretary of State for the   )
     State of Georgia,            )
15                                )
          DEFENDANT.              )
16

17                   * * * * * * * * * * * * * *

18        The following deposition of Donna McLeod was taken

19   pursuant to stipulations contained herein, the reading and

20   signing of the deposition reserved, before Stephen Mahoney,

21   Certified Court Reporter, 4921-4880-0199-0656, in the State of

22   Georgia, on February 6, 2018 at 1201 West Peachtree Street,

23   NW,14th Floor, Atlanta, Georgia, at 10:30 a.m.

24                   Stephen Mahoney, CVR, CCR
                        Orange Legal, Inc.
25              1100 Peachtree Street NE, Suite 200
                      Atlanta, GA 30308

```
 1                        APPEARANCES

 2    ON BEHALF OF THE PLAINTIFFS:

 3    JOHN POWERS, ESQUIRE
      LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER THE LAW
 4    1401 NEW YORK AVE., N.W.
      SUITE 400
 5    WASHINGTON, DC 20005
      (202) 662-8600
 6    JPOWERS@LAWYERSCOMMITTEE.ORG

 7    ABHA KHANNA, ESQUIRE (VIA TELEPHONE)
      PERKINS COIE LLP
 8    1201 THIRD AVENUE,
      SUITE 4900
 9    SEATTLE, WASHINGTON 98101
      (206)359-8312
10    AKHANNA@PERKINSCOIE.COM

11

12    ON BEHALF THE DEFENDANT:

13    JOHN J. PARK, JR., ESQUIRE
      BARCLAY HENDRIX, ESQUIRE
14    STRICKLAND, BROCKINGTON, LEWIS, LLP
      1170 PEACHTREE STREET, N.E.
15    SUITE 2200
      ATLANTA, GEORGIA 30309
16    (678) 347-2200
      JJP@SBLLAW.COM
17    BARCLAY.HENDRIX@SBLLAW.COM

18

19

20

21

22                     TRANSCRIPT LEGEND
      -   Interjection for clarification or correction
23    -- Cross-talk/interruption/change of thought
      ... Trailing off or incomplete thought
24    (ph) Phonetically spelled
      [sic] Written as spoken
25    (unintelligible) Not capable of being understood
```

```
 1                  INDEX TO PROCEEDINGS

 2    EXAMINATION OF DONNA MCLEOD                       PAGE

 3        BY MS. HENDRIX.............................04

 4        BY MR. POWERS.............................105

 5    DISCLOSURE....................................114

 6    CERTIFICATE OF REPORTER.......................115

 7    READ & SIGN LETTER............................116

 8    ERRATA SHEET..................................117

 9

10                  INDEX TO EXHIBITS

11    IDENTIFIED                                      PAGE

12    EXHIBIT 01 - CAMPAIGN CONTRIBUTION REPORT........43

13    EXHIBIT 02 - TWO BUSINESS DAY REPORT.............45

14    EXHIBIT 03 - CAMPAIGN CONTRIBUTION REPORT........46

15    EXHIBIT 04 - CAMPAIGN CONTRIBUTION REPORT........55

16    EXHIBIT 05 - TWO BUSINESS DAY REPORT.............57

17    EXHIBIT 06 - CAMPAIGN CONTRIBUTION REPORT........58

18    EXHIBIT 07 - TWO BUSINESS DAY REPORT.............60

19    EXHIBIT 08 - CAMPAIGN CONTRIBUTION REPORT........61

20    EXHIBIT 09 - CAMPAIGN CONTRIBUTION REPORT........64

21    EXHIBIT 10 - PLAINTIFFS' INITIAL DISCLOSURES.....83

22    EXHIBIT 11 - PLAINTIFFS' INITIAL DISCLOSURES.....85

23    EXHIBIT 12 - DONNA MCLEOD CAMPAIGN PLAN NOTES....111

24

25
```

```
 1                    P R O C E E D I N G S

 2                    DONNA MCLEOD,

 3     being first duly sworn, was examined and testified

 4     as follows:

 5                    THE WITNESS:  I do.

 6                    DIRECT EXAMINATION

 7     BY MS. HENDRIX:

 8          Q.    Ms. McLeod, I know I just introduced

 9     myself, but again my name is Barclay Hendrix, and

10     I'm representing the Defendant in this case.  And

11     I'll be asking you just a few questions today about

12     matters that might be relevant to some issues within

13     the lawsuit?

14          A.    Okay.

15          Q.    Have you had your deposition taken before?

16          A.    Yes.

17          Q.    Well then, probably what I am about to

18     tell you, you already heard when you had it taken

19     last time, but just a few reminders about ground

20     rules.  The court reporter is taking down everything

21     we say.  So to help him out if you can try to avoid

22     the uh-huhs and uh-uhs that we do a lot in normal

23     conversation, that will help him out; is that okay?

24          A.    Yes.  I'm definitely going to try.

25          Q.    And then if you could give audible answers
```

1    instead of nodding or shaking your head, and then if

2    I ask you anything that you don't understand

3    definitely just let me know if there's a term or if

4    my question isn't clear, let me know that and I'll

5    try to rephrase it and make sure we're on the same

6    page.

7        A.   Okay.

8        Q.   Your attorney also may object to some of

9    my questions, and if he does, you can still answer

10   the question unless he tells you not to.  And then

11   finally, I don't think we're going to be here very

12   long, but you're welcome to take a break at any

13   point.  So if you need one just let me know, and all

14   I'd ask is that we go ahead and finish up whatever

15   question I had just asked you and then we'll take

16   that break?

17       A.   Yes.  I got off the phone.  Let me get my

18   phone because I parked my car in the parking

19   garage --

20       Q.   Okay.

21       A.   For visitors and it's three hours, and

22   they said they will tow.

23       Q.   We do not want that to happen.

24       A.   No.

25       Q.   We'll take care of that one way or

```
 1    another.

 2         A.    Okay.

 3         Q.    All right.  Can you state your full name

 4    for the record and spell it, please, ma'am?

 5         A.    Donna Theresa McLeod.  D-O-N-N-A,

 6    T-H-E-R-E-S-A, M-C-L-E-O-D.

 7         Q.    And Ms. McLeod have you ever been known by

 8    any other names?  A nickname or anything?

 9         A.    No.

10         Q.    And what is your current address?

11         A.                         Lawrenceville,

12    Georgia

13         Q.    How long have you been at that address?

14         A.    This is my 18th year.

15         Q.    Where did you live before that?

16         A.    I lived in Clarkston.

17         Q.    Clarkston.  Okay.  And your current

18    address is within Gwinnett County?

19         A.    Yes.

20         Q.    Does anyone live with you at your current

21    address?

22         A.    My daughter and my grandson.

23         Q.    And what are their names and ages?  We'll

24    start with your daughter.

25         A.
```

```
 1        Q.

 2        A.

 3        Q.    And then what about your grandson?

 4        A.

 5

 6        Q.    I am sure you are glad to have him around?

 7        A.    He is awesome. He is my everything.

 8        Q.    Ms. McLeod, are you on any medications

 9   today that would impair your ability to testify

10   truthfully and accurately?

11        A.    No.

12        Q.    And what is your date of birth?

13        A.    March 19th, 1968.

14        Q.    And where were you born?

15        A.    I was born in Kingston, Jamaica.

16        Q.    When did you come to the states?

17        A.    I went to Canada first.

18        Q.    Okay.

19        A.    I went to Canada in 1977 when I was nine

20   years old.  I came to the US in 1998.

21        Q.    Did you move to Georgia at that point?

22        A.    I did.

23        Q.    Have you ever been married?

24        A.    No.

25        Q.    Are you currently married?
```

```
 1        A.    No.

 2        Q.    Are you registered to vote in Gwinnett

 3   County?

 4        A.    Yes, I am.

 5        Q.    When did you first register to vote?

 6        A.    2012.

 7        Q.    Have you been registered to vote somewhere

 8   else before that?

 9        A.    No.

10        Q.    When did you become a citizen?

11        A.    2012.

12        Q.    That makes sense.

13              Ms. McLeod, did you talk to anyone today

14   about the fact that you were coming to a deposition?

15        A.    My daughter.

16        Q.    Did you talk to her about the details of

17   it?

18        A.    Oh, no.

19        Q.    Just generally that you were coming to a

20   deposition?

21        A.    Yes.

22        Q.    Did you do anything to prepare for this

23   deposition?

24        A.    Not really.  I spoke with Mr. Powers there

25   just about being truthful and answering the
```

```
 1    questions clearly.

 2         Q.    Sure.  And you don't have to tell me

 3    anything he told you but just that you-all did meet,

 4    and did you-all just need once?

 5         A.    Yes.  Just this morning.

 6         Q.    Have you ever been a party to a lawsuit

 7    before?

 8         A.    Yes.

 9         Q.    And what lawsuit was that?

10         A.    And EEOC and then recently the Gwinnett

11    County case.

12         Q.    Let's start with the EEOC case.

13               So is that -- did you file a charge with

14    the EEOC?

15         A.    Yes, I did.

16         Q.    Was that against an employer?

17         A.    And employer.

18         Q.    Who was that employer?

19         A.    Garrett Shalimar Weldon (ph).

20         Q.    And what were your allegations in that

21    case?

22         A.    That I was not being paid equal to my male

23    counterpart and race.

24         Q.    And race discrimination?

25         A.    Uh-huh.
```



1        Q.    And what was the outcome of that?

2        A.    Well, since they retaliated against me,

3    they had to pay me and they had to do some

4    training -- they were ordered to do some training in

5    the workplace about race sensitivity.

6        Q.    So was that a result of an EEOC decision?

7    Did the EEOC or the employer to --

8        A.    Yes.  It was a EEOC decision.

9        Q.    So it never was filed in a court?

10       A.    No.  It was settled.

11       Q.    Okay.  So it settled and there were

12   certain settlement terms that they were --

13       A.    Correct.

14       Q.    And the other lawsuit that you've been

15   involved in is the Gwinnett lawsuit that you

16   mentioned?

17       A.    Yes.

18       Q.    And what are the allegations in that case

19   generally?

20       A.    That basically the county has been not

21   ensuring that diversity is allowed in that county

22   with the change in demographics, and the fact that

23   they have drawn lines that make that more difficult

24   for anyone of color who is running to win.

25       Q.    Okay.  I may come back to that and ask you

```
 1    some more questions about that.

 2         A.   Sure.

 3         Q.   But we'll finish up some more background

 4    stuff first.

 5              Have you ever been a witness in a case,

 6    you've provided testimony at a trial or a deposition

 7    other than Gwinnett?

 8         A.   Not that I can recall.

 9         Q.   Has anyone in your immediate family been a

10    party to a lawsuit?  Your daughter or --

11         A.   No.

12         Q.   Have you ever been arrested?

13         A.   No.

14         Q.   I'm going to assume then that you've never

15    been convicted of a crime?

16         A.   No.

17         Q.   Let's do just a little educational

18    background.

19              Where did you go to high school?

20         A.   I went to Mayfield Secondary High School

21    in Brampton, Ontario.

22         Q.   And what year did you graduate from that

23    school?

24         A.   Eighty-six.

25         Q.   Did you go straight to college after that?
```

```
 1        A.    I had a few months off because I had a

 2   baby.

 3        Q.    Okay.  Good enough reason.

 4              Did you eventually go to a college?

 5        A.    Yes.

 6        Q.    And what was that?

 7        A.    Humber College.

 8        Q.    Umber?

 9        A.    Humber.  In Jamaican the H is --

10   H-U-M-B-E-R.

11        Q.    Got it.  And where is Humber College?

12        A.    It is in Manitoba Co. Ontario, Toronto

13   they call it now.

14        Q.    What degree did you get?

15        A.    Engineering chemical.

16        Q.    What year did you graduate?

17        A.    Eighty-nine.

18        Q.    And did you do further schooling after

19   that or enter the workforce?

20        A.    I entered the workforce.

21        Q.    And what job did you start out with?

22        A.    I started out as an engineer for a company

23   called ChemPak Powder.  We did testing and R&D work

24   for Electrosol and Cascade in the market.

25        Q.    Did you have a title?
```

```
 1        A.    Yes.  I was lab tech.

 2        Q.    And how long did you stay with that

 3   company?

 4        A.    A year and a half.

 5        Q.    When did you go next?

 6        A.    I went to a company called Ecolab.  They

 7   did institutionalized chemical.  I was there for

 8   about a year.

 9        Q.    Okay.  And then what?

10        A.    I went to a company called Sweet Right

11   Drinks.

12        Q.    And what does that company do?

13        A.    They manufacture juice products.

14   Actually, back to that, it was '94, so it was the

15   textured juice boxes and glass bottle -- mostly

16   juice products.

17        Q.    And what was your role there?

18        A.    I started off as a lab analysis tech and

19   then I became a supervisor.

20        Q.    And where did you go next?

21        A.    After I finished in 1998, I left and came

22   to the US.

23        Q.    All right.  What was your first job in the

24   US?

25        A.    Medical Technologies.  They did
```

```
 1    over-the-counter drug products, and I was their

 2    quality manager.

 3         Q.   Okay.  Did you need to take any further

 4    certifications or anything for that, or that fit in

 5    the line of work that you had been doing?

 6         A.   It was in the line of work that I was

 7    doing.

 8         Q.   How long did you work with the Medical

 9    Technologies company?

10         A.   Two years.

11         Q.   You have a better memory than I do.

12              What was next after that?

13         A.   After Medical Technologies, I went to Van

14    Lear Bryce, and they are blow molding -- they did

15    plastic blow-molded bottles, huge bottles.

16         Q.   Are they in Georgia?

17         A.   Yes.

18         Q.   And after Van Lear?

19         A.   I went to Dalco Packaging, and they did

20    egg cartons.

21         Q.   Okay.

22         A.   Styrofoam egg cartons, and I was product

23    manager.

24         Q.   Is that bringing us close to present day?

25    Not quite?
```



```
 1        A.    You can keep going.

 2        Q.    We've come this far, so let's keep going.

 3              What was after that company?

 4        A.    Well, I actually started my own company.

 5        Q.    Oh, good.

 6        A.    Consulting company, 2007.

 7        Q.    And what is the name of your consulting

 8   company?

 9        A.    And EnviroQual, LLC. E-N-V-I-R-O-Q-U-A-L,

10   LLC.  And in 2009, I worked for Van Lear.

11        Q.    Okay.

12        A.    I mean I worked for Garrett Shalimar

13   Weldon in 2008.

14        Q.    Okay.  Do you still have your consulting

15   company?

16        A.    Yes.

17        Q.    Is that your current employer?

18        A.    Yes.  I do some work and some contracting

19   work it depends.

20        Q.    Do you employ anyone in your --

21        A.    No.

22        Q.    So you have clients, and then also, would

23   companies hire your contracting firm or hire you

24   when you are talking about contract work?

25        A.    Yes.  It depends sometimes some consulting
```

```
 1    companies will call me that they're looking for

 2    someone, so I will work through them.

 3        Q.    Okay.

 4             MR. POWERS:  I'm so sorry to interrupt.  I

 5        forgot there is going to be people on the

 6        conference line, if we could just add them and

 7        really quick.

 8             MS. HENDRIX:  We can take a break if we

 9        need to.

10             MR. POWERS:  We can go off the record.

11             (Discussion off the record)

12             THE COURT REPORTER:  For those who joined

13        on the phone, can you please introduce yourself

14        for the record?

15             MS. KHANNA:  Abha Khanna with Perkins Coie

16        for the Thompson defendant.

17             THE COURT REPORTER:  Thank you.

18    BY MS. HENDRIX:

19        Q.    Ms. McLeod, we were talking about your

20    employment history and your current consulting firm

21    that you own, so what are some examples of the type

22    of clients you have for that consulting firm?

23        A.    Well, mostly medical device clients.  I

24    have had some environmental clients.  Almost always

25    medical device.
```

NAACP, et al. vs Brian Kemp, Austin Thompson vs Brian Kemp
DONNA MCLEOD                                                              17

```
 1          Q.   Okay.  And so -- you'll have to enlighten
 2    me on consulting.
 3               Are you telling them about regulations?
 4          A.   Yes.  So in medical device, there is a lot
 5    of regs.  Most companies are governed by the FDA.
 6    Actually, almost all medical devices are governed by
 7    the FDA, and they're also party to the ISO standard.
 8    So if they're shipping outside of the US -- any
 9    country of origin -- you're shipping outside a
10    country of origin, most people like to know that you
11    are ISO certified.  That's the international
12    standard.
13               And basically I make sure I help, when I
14    go into the companies, to make sure they stay in
15    compliance.
16          Q.   Okay.  And then you're also doing
17    contracting work for other companies you said?
18          A.   Yes.
19          Q.   And is that similar type of work?
20          A.   Yeah, same work.  Same kind of work.
21          Q.   So typically in a given year how many
22    different companies are you doing that consulting
23    work for?
24          A.   Probably about two.
25          Q.   Okay.  And it's on an independent
```

1    contractor basis?  Will they hire you for a

2    particular project?

3        A.   Usually projects through my company.

4    It's, you know, same thing as individual projects

5    that they might be working on or they need somebody

6    with my expertise to give them the guidance.

7        Q.   Okay.  So in the past year, what companies

8    have those been?

9        A.   I work for the company called Alyer (ph),

10   and they're branched off from Kimberly-Clark.  And

11   they were moving a facility from Chicago down to

12   Tucson, Arizona and Mexico.  So I was in there

13   helping them with compliance issues and complaints

14   and making sure things were smoothly transferred for

15   the closing in September of last year.

16            And I also worked with a company called R

17   and G ECO.  Just on enviromental issues, researching

18   some stuff for them and getting them information.

19       Q.   Okay.  Any other companies within the past

20   year?

21       A.   No.  That's enough.

22       Q.   Okay.  Let's move on from employment

23   history and maybe talk about some things you do

24   outside of work.  Do you belong to any club?

25   Social, country, tennis?



```
 1        A.    No.   Just the Democratic Party and I have
 2   my own nonprofit as well.
 3        Q.    Okay.  Tell me about your nonprofit.
 4        A.    Community Action Network Initiatives.  I
 5   started that in 2014 as a result of being on the
 6   ground and becoming a citizen.  I am one of those
 7   who paid the $680 for that privilege and that right
 8   and reading the Constitution, it was remarkable when
 9   I was on the ground what I found out about most
10   American citizens and their lack of knowledge of
11   their own system of government.  Of their own
12   republic and representative democracy.  So I started
13   CANI as a part of starting to educate.  I actually
14   worked with Discovery High School talking to young
15   people about how to get civically engaged.  What is
16   civic responsibility?  Why is it important?  And it
17   is a passion for me because I think this country can
18   be better.  I really do.  And I really think that if
19   we exercise representative democracy, we'd be
20   surprised at what we get.
21        Q.    What you mean by we would be surprised by
22   what we get?
23        A.    So you're the highest turnout in the US
24   for any presidential election in about 62 percent --
25   near 63.  That is still a fail.  You're the
```

```
 1   midterm -- the midterm elections are like 37 percent

 2   turnout.  That's dismal.  So we're not doing what we

 3   we're supposed to do.  We're not doing what the

 4   Constitution has asked us to do.

 5        Q.   And you think we would elect different

 6   representatives if there were a higher turnout?

 7        A.   A higher turnout, more understanding to

 8   not just the turnout, but just of the political

 9   system and why it is important to vote in every

10   election.  Once you vote, that's just the beginning

11   of the process.  It is not the end.  Accountability

12   of those people that you elect.  That's something

13   that I'm very passionate about and I am teaching.  I

14   really think that this is something we need to focus

15   on and when I started CANI, we did some research on

16   just how much is being taught in school, and we're

17   finding that was very little being taught in school.

18        Q.   And does CANI employ anyone?

19        A.   We have a board.  You know, we are a

20   grassroots organization, so right now shoestring --

21   we do it out of passion.  Most of the money comes

22   from me.  I have done a couple of fundraisers.

23   People are not as quickly to give to these kinds of

24   organizations because they don't actually see the

25   value of some things.  But we're getting more and
```

```
 1    more -- applying for some grants and stuff like

 2    that.  But because it's a passion it's, you know,

 3    it's always -- it's never for us to work.  Like,

 4    it's not work.  It's something we believe in.

 5         Q.    Who are those board members?  Do you know

 6    their names?

 7         A.    Yes.  Austin Thompson is our vice

 8    president.  Marlene Taylor Crawford, she's a board

 9    member.  Krystal Kelleher McLeod, my daughter, she

10    is the secretary.

11         Q.    So those three?

12         A.    And then myself.  I'm the president right

13    now -- for now.

14         Q.    Okay.  You may have told me this, but what

15    year did you start CANI?

16         A.    2014.

17         Q.    Are there any other civic organizations

18    you're a part of?  We'll talk about the political

19    parties, but Kuwanee, ACLU, NRA, anything like that?

20         A.    I was a part of NAACP, but that -- I think

21    that ended in 2016.  So I was part of that.  I'm

22    trying to think of any other thing that I have been

23    part of.

24         Q.    How long before ending that membership

25    were you involved with NAACP?
```

```
 1       A.   About two years.
 2       Q.   Did you join a year membership or
 3   something?
 4       A.   Yes.
 5       Q.   Any reason --
 6       A.   Well, I was traveling a lot, too, for
 7   business.  I didn't -- I couldn't do as much
 8   participating as I would like to.
 9       Q.   So it just wasn't worth the membership fee
10   at that point?
11       A.   Yes.  And I -- yeah, just pretty much
12   that, yeah.
13       Q.   When you were a member of the NAACP, are
14   there regular meetings that are held and is that a
15   Georgia chapter?
16       A.   Yes.  Gwinnett Dems, they had regular
17   meetings.  So I think they had one once every
18   quarter.  I didn't get a chance to go to much of
19   them.
20       Q.   Okay.  Any other civic organizations that
21   you have been a member, say in the past seven years?
22       A.   As a member, no, but, like, the ACLU,
23   like, I give them money.  I donate to civic
24   organizations.
25       Q.   Okay.  What about religious institutions?
```

```
 1    Are you a member of any religious institutions?

 2         A.   No.  I am Catholic, but I am not a good

 3    one right now.

 4         Q.   Okay.  Have you ever worked on any

 5    campaigns for another candidate in a political

 6    office?

 7         A.   Yes.

 8         Q.   Let's talk about the first time you worked

 9    on a campaign.

10         A.   Senator Barrack Obama.

11         Q.   That was for 2012?

12         A.   Uh-uh, 2008.

13         Q.   2008.  And were you a volunteer here in

14    Georgia?

15         A.   Volunteer here, volunteered in -- I went

16    to South Carolina, North Carolina.

17         Q.   And doing door-to-door type stuff?

18         A.   Door-to-door.

19         Q.   After Senator Obama, did you work on any

20    other campaigns?

21         A.   Yeah:  I worked on a Clarence Johnston who

22    was running for -- I think he was running for

23    Superior Court judge in Atlanta.

24              Then I worked on Renita Hamilton campaign

25    and she was running for City Council of
```



```
 1    Lawrenceville.

 2            And then again, I worked with her on her

 3    campaign for State House Representative, and then

 4    her last time she ran, I was her Chief of Staff.

 5            And I've helped several other candidates

 6    run.  Pedro Marin, I helped him.

 7    Q.   Let me ask you about Clarence Johnston.

 8         Were you a volunteer on that campaign?

 9    A.   Volunteer, uh-huh.

10    Q.   And again, was it knocking on doors?

11    A.   Yes.

12    Q.   Any other campaigning you-all did?

13    A.   Events related to the campaign, putting

14    out signs.

15    Q.   Did he win that election?

16    A.   No, unfortunately he did not.

17    Q.   Then, Ms. Hamilton -- so I think you said

18    the first campaign was a City Council run?

19    A.   Yes.

20    Q.   And you were a volunteer on that one?

21    A.   I was.

22    Q.   And same type of campaigning,

23    door-to-door, same for that?

24    A.   Yes.

25    Q.   Any other types of campaigning for that?
```

NAACP, et al. vs Brian Kemp, Austin Thompson vs Brian Kemp
DONNA MCLEOD
25

```
 1      A.   Pretty much that's what I did.

 2      Q.   And Ms. Hamilton's next run was for State

 3   Rep?

 4      A.   Yes.

 5      Q.   Is that the one --

 6      A.   [Indiscernible].

 7      Q.   Okay.  What was your campaign strategy as

 8   Chief of Staff for her?

 9      A.   Well, that was the second one.  The first

10   one I just did canvassing and material reading over

11   for her.  The last one I was Chief of Staff so I was

12   actually coordinating with the volunteers helping

13   for messaging and canvassing knocking doors as well.

14      Q.   What was you-alls message for her?

15      A.   She was focused on family.

16      Q.   Who was her opponent in the general

17   election?

18      A.   Both times, Joyce Chandler.

19      Q.   And was Ms. Chandler the winner of that

20   election?

21      A.   Yes.

22      Q.   All right.  What about Pedro Marin?

23      A.   I did canvassing for him.

24      Q.   Okay.  Remind me what he was running for.

25      A.   The State Rep, I want to say the 96th
```

```
 1    District.

 2         Q.   Was he successful in that election?

 3         A.   Yes.

 4         Q.   So going back to Ms. Hamilton's race, was

 5    that for District 105?

 6         A.   Yes.

 7         Q.   All right.  Ms. McLeod, are you a member

 8    of a political party?

 9         A.   Yes.

10         Q.   And which party?

11         A.   The Democratic Party.

12         Q.   And are you involved at the state level

13    or --

14         A.   Both.

15         Q.   Both.

16         A.   I'm on the state committee, and I'm also

17    chair for voter outreach and advocacy.

18         Q.   When were you -- were you appointed to the

19    state committee or do you run for that?

20         A.   You get -- you run for it because you come

21    up and then you say a little spiel and people vote.

22         Q.   At a convention?

23         A.   No.  Actually at the local office.

24         Q.   So would it have been that you were

25    involved in the Gwinnett Democrat Party?
```

NAACP, et al. vs Brian Kemp, Austin Thompson vs Brian Kemp
DONNA MCLEOD                                                        27

```
 1        A.    Party first, uh-huh.

 2        Q.    And then from there they elect

 3   representatives to the state committee?

 4        A.    Yes.

 5        Q.    When did you first join the Gwinnett

 6   party?

 7        A.    So I believe it was right after -- after

 8   Senator Obama won, you know, all of that energy,

 9   trying to figure out what to do with it.  I end up

10   going to the Gwinnett Democratic Party.  I don't

11   think I joined until 2010.  I was there from 2008

12   though going to the meetings, but I don't think I

13   officially joined until 2010.

14        Q.    How often do they meet and have meetings?

15        A.    Once a month business meeting and once a

16   month breakfast.

17        Q.    And you are a regular attendee at those?

18        A.    Absolutely.

19        Q.    And then what year --

20        A.    And I was an officer so I -- not last

21   year, but the year before, so we had that once a

22   month, too.

23        Q.    Okay.

24        A.    Officers meeting.

25        Q.    So you were an officer in 2016?
```

```
 1       A.    No.   I think it's 2015.

 2       Q.    And was that the first time you held a

 3  leadership role within the Gwinnett Democrat Party?

 4       A.    Uh-huh.

 5       Q.    And how long were you an officer?

 6       A.    So it must have been 2014 to 2016.

 7       Q.    And then was it in 2016 that you were

 8  elected to the committee -- the state committee?

 9       A.    I can't recall the date.

10       Q.    Are you a still representative to the

11  state committee?

12       A.    I am.

13       Q.    Is that your primary involvement with the

14  Georgia Democratic Party?

15       A.    That's pretty much it, yeah.

16       Q.    Are you involved on the national level at

17  all?

18       A.    No.

19       Q.    All right.  Ms. McLeod, you have run for

20  public office yourself; is that right?

21       A.    That is correct.

22       Q.    And what office were you running for and

23  just tell me a little about that campaign?

24       A.    I ran for statehouse representative for

25  District 105 in 2016.  I wasn't initially planning
```

```
 1    on running, but no one was stepping up and I think

 2    it is important for us to make sure that we're at

 3    the table for an election.  So our campaign

 4    basically had a primary challenger -- an unexpected

 5    primary challenger.  And so, what we did was

 6    basically we used a software called Vote Builder to

 7    find out -- it was a primary -- obviously, a primary

 8    in the state of Georgia is where you are more likely

 9    to find out who -- what Democrats run against a

10    Republican.  A primary is when you pull a ballot and

11    identify yourself by party.  We do not register the

12    people in Georgia by parties.

13              And so, I had to go through the software,

14    look at who votes regularly in primaries, and

15    basically, target those individuals.  We did door

16    knocking, and we did a mailer -- one mailer.  And

17    primarily most of our stuff -- we did some phone

18    banking, but most of our campaign was doorknocking

19    because I'm grassroots.

20         Q.   And so were you familiar with the district

21    because you have helped Ms. Hamilton in her run?

22         A.   Yes.  At that point it was pretty similar

23    but the district had changed.

24         Q.   How had it changed?

25         A.   They had changed the lines where it used
```



1    to be Lawrenceville, Grayson, and Loganville, now it

2    included Bethlehem and Dacula -- parts of Bethlehem

3    and parts of Dacula.

4         Q.    Okay.  And when you say they, you mean the

5    Georgia legislature?

6         A.    Yes.

7         Q.    Was there a reason that Ms. Hamilton

8    decided not to run again?

9         A.    I know she had gotten married and had a

10   baby.  I'm not sure if that was all the reason.

11        Q.    Did she encourage you to run for the seat?

12        A.    We hadn't really spoke about me running.

13   Like I said, it was -- it wasn't exactly something I

14   was planning to do, but I stepped up to the plate.

15        Q.    So when would you say you made that

16   decision to run?

17        A.    A few days before qualifying.

18        Q.    So that would be sometime in March 2016?

19        A.    March, yeah.

20        Q.    Had you had any dealings with the state

21   legislature prior to deciding to run?

22        A.    Yes.  I have a great deal of respect for

23   our Representative Dewey McClain, who is the person

24   that actually convinced me to run.  Thought I had it

25   in me to do it, so he -- him and I talked a lot

```
 1    because we were actually monitoring legislation

 2    prior to that just to see what was going through the

 3    legislator, if we needed to get people to practice

 4    their First Amendment rights in calling up their

 5    representative.  So, yeah, I have had dealings.  And

 6    I had been down to the capital.

 7         Q.    Any particular issues you were following?

 8         A.    Campus carry was one of them that I was

 9    following and the religious freedom bill.  Those

10    were two that were -- and there was actually the $15

11    an hour bill that I was following or monitoring.

12         Q.    So you said you had an unexpected opponent

13    in the primary, right?

14         A.    I did.

15         Q.    Who was that?

16         A.    Perry.  I forget his first name.  His last

17    name was Perry.

18         Q.    Okay.  What is Mr. Perry's race?

19         A.    He's African-American.

20         Q.    Were you familiar with Mr. Perry before he

21    decided to run?

22         A.    Never met him, don't know where he came

23    from, no.

24         Q.    And don't really know anything about him

25    or his background?
```

```
 1      A.   No.
 2      Q.   Did you and Mr. Perry ever have any
 3  debates?
 4      A.   No.  We just both was at a couple of
 5  meetings together.
 6      Q.   Okay.
 7      A.   Yeah, but no, no debates.
 8      Q.   Were there any issues separating the two
 9  of you during the primary?  Did you hold different
10  stances on any issues important to voters?
11      A.   I don't believe so, and we didn't have a
12  debate to really get true at him really.
13      Q.   Did he do much campaigning?
14      A.   He had signs.  I think he did two mailers.
15      Q.   And so you won that primary?
16      A.   I did.
17      Q.   Was it a close vote?
18      A.   No.
19      Q.   And who was your opponent in the general?
20      A.   Joyce Chandler -- Representative Joyce
21  Chandler.
22      Q.   And were you familiar with her before the
23  race?
24      A.   Yes, I was.
25      Q.   And she was an incumbent; is that correct?
```

NAACP, et al. vs Brian Kemp, Austin Thompson vs Brian Kemp
DONNA MCLEOD
33

```
 1        A.    That's correct.

 2        Q.   Did you have any dealings with

 3   Representative Chandler when you were campaigning

 4   for Ms. Hamilton?

 5        A.    We saw each other a couple of times at

 6   some of the polling locations.   I have actually

 7   called her office on issues of bills, yes.

 8        Q.   Where those generally friendly

 9   interactions?

10        A.    Yes.

11        Q.   Did you-all have any substantive

12   discussions about issues prior to the time that you

13   were running?   So when you were helping

14   Ms. Hamilton?

15        A.    Just again e-mailing her own issues that

16   we were wanting her -- or calling her on issues that

17   we wanted her to vote.

18        Q.   Did she respond to those comments in any

19   way?

20        A.    No.

21        Q.   Okay.   And did Representative Chandler win

22   that general election?

23        A.    She did.

24        Q.   Was that a close vote?

25        A.    With Ms. Hamilton?
```

NAACP, et al. vs Brian Kemp, Austin Thompson vs Brian Kemp
DONNA MCLEOD                                                              34

```
 1          Q.    I'm sorry.  With you and --
 2          A.    Yes.  It was very close.
 3          Q.    Was there a recount?
 4          A.    Yes, there was.
 5          Q.    Tell me about that process.  Did you seek
 6   a recount?
 7          A.    I did.  Because I -- because it was less
 8   than one percent.  That also actually triggers an
 9   automatic recount anyway, but I did want one because
10   it was lost on the absentee ballot.  So I wanted to
11   get that counted.
12          Q.    And so by lost on the absentee ballot you
13   mean that absentee ballots were in favor of
14   Representative Chandler?
15          A.    Yes, uh-huh.
16          Q.    And so you believe you would have won if
17   those had been different?
18          A.    Yeah.  If the absentee ballot had fully
19   been counted.  We also have military folks that need
20   to be counted.  There might have been some also
21   visional ballots that might not have been counted,
22   so that is why I wanted to do it.
23          Q.    And so did those ballots -- the tallying
24   of those occur after precincts had closed and other
25   results were in?
```

```
 1        A.    Yes.

 2        Q.    Okay.  What were the main issues

 3   separating you and Representative Chandler during

 4   your election?

 5        A.    Night and day pretty much, you know, I am

 6   for public school.  She voted against that.  She

 7   voted for campus carry, and I would not support

 8   that.  She has different stance on what government

 9   should do, and I have a different stance.

10        Q.    Let's break those down just a little.  So

11   you say that you are for public schools and she was

12   not.  What do you mean by that?

13        A.    She voted against the opportunity school

14   district.

15        Q.    Is that something that you campaigned on,

16   that you would be in favor of that?

17        A.    Yes.

18        Q.    Did you also make your opposition to

19   campus carry a part of your campaign?

20        A.    No.  That was something I made a part of

21   making sure I was advocating.  I ran on opportunity

22   school district and transportation.

23        Q.    Okay.

24        A.    Healthcare.

25        Q.    And so what was your pitch on
```



```
 1   transportation?

 2        A.   So one of the things that -- Gwinnett

 3   County is just a traffic nightmare, and we need to

 4   be having alternative transportation up there.  And

 5   the public bus system needs to provide that.  And

 6   one of the things is when I was campaigning and

 7   knocking doors, at first, you know, my message was

 8   all about my passion and realizing that that needs

 9   to change, but there were some real-life

10   consequences.  Obviously, a lot of companies won't

11   come into Gwinnett because they're not going to have

12   the public transportation that would help their

13   employees get back and forth.  But while I was out

14   campaigning, I actually knocked on two doors that

15   were -- people were supervisors at Kroger.  And both

16   supervisors at Kroger said this is something that we

17   need.  We are losing employees because of

18   transportation -- not having effective

19   transportation.  So most people were in favor of the

20   transportation, but there were a couple of people

21   that had some issues.  And once I kind of broke it

22   down for them and said, so let me ask you, you like

23   having your shelves stocked when you go to the

24   grocery store.  And they'll say yes.  I said, oh,

25   well, some people can't make it there and they do
```

NAACP, et al. vs Brian Kemp, Austin Thompson vs Brian Kemp
DONNA MCLEOD

```
 1    not make $50,000 a year.  And then the mood changes

 2    and they said, you know what, I wasn't really

 3    thinking in that way.  And empathy is hard

 4    especially when you have all the things you need,

 5    empathy is not the easiest thing.  Sympathy is far

 6    more easier.

 7        Q.   And so what was Representative Chandler's

 8    stance on the transportation issues?

 9        A.   She said nothing on it, which is really

10    strange.  I did not hear her say anything on it.

11    There was definitely a resistance in the county,

12    initially, for transportation. I guess they felt --

13    I heard people say things like, you know, it's going

14    to bring the wrong element.  Well, if I'm one of the

15    wrong elements, I am already.  And the bottom line

16    is that I've never seen anyone steal television and

17    run on a bus.  So I'm not understanding that logic.

18        Q.   And so who were these people that -- that

19    said the term wrong element?

20        A.   This is conversation over the years that I

21    have heard from people -- that I've heard from

22    people.

23        Q.   And what do you think these individuals

24    meant?  Did they use the term wrong element?

25        A.   Oh, yes.  They used the words wrong
```

1    element.

2         Q.    What do you think they meant by that?

3         A.    I think they were referring to people of

4    color.

5         Q.    And why do you think that?

6         A.    Well, that was the -- that was already the

7    demographic change and they were uncomfortable with

8    it.

9         Q.    Did they tell you they were uncomfortable

10   with it?

11        A.    You don't have to tell me, but I am as

12   perceptive as anybody else and I definitely got that

13   feeling that that is -- the reference was to people

14   of color.

15        Q.    And your perception gave you that feeling?

16        A.    Yes.

17        Q.    Anything else that it was based on?

18        A.    That they said it.  The fact that they

19   said it was the wrong element, so the only other new

20   element is people of color.

21        Q.    So you also said another difference

22   between you and Representative Chandler was that you

23   had a different ideas about what government should

24   do.  What did you mean by that?

25        A.    So one of the things that I think

```
 1   government should do is, based on the fact they

 2   automatically take our taxes, is that they need to

 3   provide services that are important to the people

 4   that live in that area in the country.  And I think

 5   that is very important.

 6            Representative Chandler, by her votes is

 7   -- feels that there is already too much government

 8   and so votes against a lot of things that would be

 9   helpful.  And I think that's where we differ.

10       Q.   Do you have any examples in mind of things

11   she votes against that would be helpful?

12       A.   Opportunity school districts, think about

13   our kids.  I don't have her voting record, but I

14   looked at it before and I have looked at it since

15   this, but there are several things that -- some of

16   her vote is just very strange to me.

17            The liberty -- what is it called -- that

18   basically isolated gay Georgians -- what is it

19   called?  The Freedom -- the -- I can't remember the

20   name of it, but she voted against that one as well.

21   That would basically discriminate against gays and

22   lesbians in our state.  And it was pushed back

23   because, of course, it would affect the economy in

24   the state of Georgia -- religious freedom, that is

25   what it is.
```

1       Q.    And how was the religious freedom bill

2    going to discriminate against gays?

3       A.    Well, basically, it was allowing based on

4    your religious beliefs not to serve someone who was

5    gay or lesbian.

6       Q.    And was that a part of your campaign?

7       A.    No.   That was part of a pushback that I

8    did with -- you know, you can't bombard with too

9    many stuff running because you have to -- you have

10   to get your message to as many people and as fast as

11   you can, and having 17 different issues is not going

12   to work.   But it was an issue that was important to

13   me as well.   So even though I wasn't running on it,

14   we were definitely making sure that we were -- had

15   our voices be heard on that issue.

16      Q.    And so how would your voices be heard on

17   that issue?

18      A.    We called the legislators.   We called the

19   committee that started it and all that.

20      Q.    So the two main issues you said you ran on

21   would be education and transportation?

22      A.    And healthcare.

23      Q.    Healthcare.   Okay.   Tell me about

24   healthcare some.

25      A.    So one of the things that we believe is

1    again, expanding Medicaid, which is something she

2    did not agree on as well.  And that's to me --

3    healthcare is a moral issue.  I don't think any

4    human being should choose between medication and,

5    you know, food.

6        Q.    And Representative Chandler took an

7    opposite stance on that?

8        A.    Yes.

9        Q.    Were there any areas of the district where

10   you got most of your support from?

11       A.    Yes.

12       Q.    What were those?

13       A.    Lawrenceville.

14       Q.    And I'll just note for the record that you

15   are looking at some documents there.  Are those to

16   refresh your recollection?

17       A.    Yes.  So Lawrenceville were huge take

18   away, parts of Grayson.  So Lawrenceville and

19   Grayson.

20       Q.    What areas were you least successful in?

21       A.    Dacula and Bethlehem.

22       Q.    Do you know how you fared among white

23   voters in your district?

24       A.    Well, Dacula and Bethlehem not so good.

25       Q.    Are Dacula and Bethlehem areas with large

```
 1    concentrations of white residents?

 2         A.   That would be correct.

 3         Q.   What is the racial makeup of Lawrenceville

 4    and Grayson?

 5         A.   Mostly African-American.

 6         Q.   And so do you know how you fared among

 7    African-American voters in your district?

 8         A.   Excellent.

 9         Q.   When you say excellent, you mean?

10         A.   I did well.

11         Q.   Would you say you got most of the support

12    from African-American voters?

13         A.   Yes.  From people of color.

14         Q.   Were you targeting people of color in your

15    campaign?

16         A.   No.  Because the new district, I had to

17    figure out who lived in each of these areas.  I

18    targeted mostly not just African-Americans -- people

19    of color, but I was also willing to ask for the

20    votes Bethlehem and Dacula as well.

21         Q.   And so did you do any campaigning in

22    Dacula and Bethlehem?

23         A.   Yes, I did.

24         Q.   Did you raise money or spend your own

25    money for your 2016 campaign?
```

```
 1        A.   In the primary, my own money.   In the

 2   general, I raised money.

 3        Q.   I am going to show you some documents.   We

 4   will start with this one and mark it as Defendant

 5   Exhibit Number 1.

 6             Ms. McLeod, does this document look

 7   familiar to you?

 8                       (Defendant's Exhibit Number 01

 9                        was marked for identification.)

10        A.   Yes.

11        Q.   Okay.   And what is this?   You're welcome

12   to flip through it.   It's a few pages, if you want

13   to take a look at it make sure it looks like

14   something you've seen before.

15             MR. POWERS:   You should review the whole

16        document.

17             THE WITNESS:   Okay.

18   BY MS. HENDRIX::

19        Q.   What is this document?

20        A.   It is my financial disclosure.   This is

21   for the primary.

22        Q.   And is this a document that you filled

23   out?

24        A.   This is actually one that my treasurer

25   fills out.
```

1      Q.    Okay.  And so looking here it looks like

2    your treasurer in is Darrell (sic) Wilkerson?

3      A.    Darlyn.

4      Q.    Darlyn. Darlyn Wilkerson.

5            And Ms. Wilkerson?

6      A.    Yes.

7      Q.    Is she an employee of your campaign?

8      A.    She's a volunteer.

9      Q.    Okay.

10     A.    She does my accounting stuff.

11     Q.    And did she serve as your treasurer

12   throughout the entire campaign?

13     A.    Yes.

14     Q.    And so she was in charge of compiling

15   these campaign contribution records.  And looking at

16   this, it says that it was filed in April of 2016 and

17   it looks like it's intended to cover contributions

18   and expenditures from March.  Is that how these

19   things work?

20     A.    Yeah.  I had a couple more donations

21   though.

22     Q.    Well, and I -- I didn't think to look, but

23   maybe there was one file for each month.  So we may

24   get through some of those?

25     A.    Yes.

```
 1          Q.    So if you will turn to -- these don't have

 2    page numbers, but it the fourth page, the itemized

 3    contributions list.   Who is Susan Clymer?

 4          A.    She works on the campaign -- my campaign

 5    as well.

 6          Q.    As a volunteer?

 7          A.    Yes.

 8          Q.    Did she have a title?

 9          A.    She does communication stuff for me.

10          Q.    And then it looks like you made a

11    contribution, and you said that you mainly

12    self-funded your primary run?

13          A.    Correct.

14          Q.    And so then turning to the next page, it

15    looks like you also made a loan to your campaign; is

16    that right?

17          A.    Yes.

18          Q.    All right.   I think that's all on that

19    one.

20                I will hand you what is being marked as

21    Defendant's Exhibit Number 2.   Do you recognize this

22    document?

23                              (Defendant's Exhibit Number 02

24                               was marked for identification.)

25          A.    Yes.
```

NAACP, et al. vs Brian Kemp, Austin Thompson vs Brian Kemp
DONNA MCLEOD
46

```
 1        Q.    Tell me what a two business days report
 2   is.
 3        A.    So if someone gives you over -- over, I
 4   think it's $1000 -- if they give you $1000, then you
 5   have to report it in two business days.
 6        Q.    Okay.  And so again this was, again,
 7   Ms. Clymer?
 8        A.    Yes.
 9        Q.    Very generous.  Do you need a break?
10        A.    No.
11        Q.    We've actually been going a little while.
12   If you-all need one, let me know.  I'll hand you
13   what's being marked as Defendant's Exhibit Number 3.
14                         (Defendant's Exhibit Number 03
15                          was marked for identification.)
16        A.    And this was given after the primary.
17        Q.    Okay.
18        A.    Primary was on May 22nd -- in May.
19        Q.    In May.  Okay.  All right.  This next one
20   we're looking at, looks like it was filed in July of
21   2016, so it would cover contributions and
22   expenditures in June; is that correct?
23        A.    Yes.
24        Q.    And again turning to the fourth page where
25   the itemized contributions begin, it looks like
```

```
 1    Susan Clymer again made a couple of donations; is

 2    that correct?

 3         A.   Yes.  That is correct.

 4         Q.   Did you know Ms. Clymer before her

 5    involvement in your campaign?

 6         A.   Yes.

 7         Q.   Had she been a friend?

 8         A.   Yes.

 9         Q.   How did you come to know Ms. Clymer?

10         A.   She actually joined the Gwinnett

11    Democratic Party.

12         Q.   So you-all knew each other from political

13    circles?

14         A.   Yes.

15         Q.   Had she frequently been involved in

16    campaigns for individuals?

17         A.   No.  She thinks I am a pretty

18    extraordinary person.

19         Q.   So you were her first real involvement?

20         A.   Yes.

21         Q.   Or at least financially?

22         A.   And on the ground.

23         Q.   She put in a lot of time?

24         A.   Yes.  She's an amazing person.

25         Q.   Down here towards the bottom, it looks
```

1    like there's a couple of political action

2    committees.  How did those donations come about?  Do

3    you solicit those?

4         A.    Actually, Representative Dewey McClain is

5    also over the southeast union so, you know, since he

6    wanted me to run -- he told me to run, he basically

7    also stepped up to make sure that I got some help

8    doing that.

9         Q.    And these other individuals, are these

10   people that you solicited?  How did people come to

11   contribute to your campaign?

12        A.    A lot of these folks were from the

13   Gwinnett Dems, but some of my family members and my

14   friends.  You have to ask people, they don't give it

15   to you if you don't ask.

16        Q.    Let's flip over to the itemized

17   expenditures.  And again, there is not a page

18   number, but at the top of it, it says, itemized

19   expenditures.

20              So down at the bottom you have Robo calls?

21        A.    Yes.

22        Q.    How do you determine which phone numbers

23   to call?  How does that process work?

24        A.    So you, again, through Vote Builder there

25   is a list of people.  To be honest, there's not a



**Orange Legal**
**800-275-7991**

NAACP, et al. vs Brian Kemp, Austin Thompson vs Brian Kemp
DONNA MCLEOD
49

```
 1    lot of numbers anymore.  So you just -- that is the

 2    numbers that you get.

 3        Q.    And Vote Builder, you mentioned that

 4    earlier, I know that's a -- is it a software that

 5    you purchase and then use or it is near some company

 6    that you just get the numbers from?  How does Vote

 7    Builder work?

 8        A.    Vote Builder is a software that collects

 9    voting history of the voters and you can determine

10    if somebody is leaning Democrat, strong Democrat,

11    leaning Republican, or strong Republican.  So you

12    can get a lot of information on those on their

13    voting history.

14        Q.    Does Vote Builder provide race?

15        A.    It depends on if somebody identifies

16    themselves during the voter registration process.

17        Q.    And so using the Vote Builder were you

18    going -- for example, these Robo calls, did they go

19    just to likely Democrats or?

20        A.    Let me see.

21        Q.    So the expenditure day was in May of 2016.

22        A.    Okay.  That would have been strong

23    Democrats.

24        Q.    Okay.  And similarly up here at the top of

25    this sheet that says itemized expenditures, the
```

1    first one listed as a mailing thank you flyer.  Does

2    Vote Builder also provide the addresses?

3         A.   Yes.

4         Q.   And that's how you chose where to send

5    these flyers?

6         A.   Yes.

7         Q.   A few down from that it says printing 5000

8    cards, can you tell me what push cards are?

9         A.   They are just flyers.

10        Q.   Okay.

11        A.   It just tells you who I am and, you know,

12   where you can vote.

13        Q.   Do those go in the mail?

14        A.   No.  Those are usually at doors.

15        Q.   Okay.  So when you go door-to-door

16   knocking on doors you might hand those out?

17        A.   Yes.

18        Q.   That is all the questions about that

19   document if you want to set that one aside.  And

20   we'll keep going.

21             This would be Number 4.  Again, if you

22   want to take a moment, Ms McLeod, to look at that

23   document and then tell me what it is?

24        A.   It is another financial disclosure.

25        Q.   Okay.  And again, this is something

```
 1    Ms. Wilkerson put together were filed?

 2         A.   Yes.

 3         Q.   Do you have to verify them before she

 4    files it?

 5         A.   Yes.  She usually sends it to me what

 6    she's done.

 7         Q.   And then you look it over and tell her she

 8    can go ahead and file it or do you file it?

 9         A.   She files that.

10         Q.   Okay.  And this looks like this covers the

11    contributions and expenditures for September of

12    2016?

13         A.   Correct.

14         Q.   If you'll flip again to the itemized

15    contributions.  Looks like Ms. Clymer got her

16    husband in on the donation action, correct?

17         A.   That is correct.

18         Q.   All right.  Was he also involved in the

19    Gwinnett Democratic Party?

20         A.   He comes.  He's not a regular, but he does

21    come.

22         Q.   And then on down that list there's

23    contributions from the Democratic legislative

24    campaign committee and the Georgia House Democratic

25    Caucus?
```

```
 1        A.   Yes.

 2        Q.   How did those come to be?  Do you request

 3   those or did they reach out to you?

 4        A.   Of course, everything you have to request.

 5   Nobody gives it.

 6        Q.   And so you contact the -- do you know

 7   someone on the Democratic legislative campaign

 8   committee or just walk me through that process?

 9        A.   So over the years you can meet different

10   people, and you just basically talk and then this is

11   a very -- this was a race that they were interested

12   in as well, so I made my pitch.

13        Q.   Why were they interested in this race?

14        A.   Because it had been on their radar since

15   2012, and it is a race that was trending the

16   Democratic -- the Democratic direction because of

17   the change in demographics.

18        Q.   And so would you say it was on the

19   Democratic legislative campaign committees radar

20   because they thought it might be a district they can

21   win?

22        A.   Absolutely.

23        Q.   What about the Georgia House Democratic

24   Caucus, were you friendly with any members of that

25   caucus?
```



1       A.    Yes.  I knew a few people on the caucus.

2       Q.    **And who was that?**

3       A.    I knew the leader, Stacy Abrams.  And I

4    knew -- there was three people that came and did a

5    training for us.  I can't think of their names right

6    now.  I think his name is Dante.  And there was two

7    other ladies that came and did a training, and so I

8    knew them as well.

9       Q.    **Came and did a training for your campaign?**

10       A.    For my campaign on just how to run a

11    campaign.  They gave training to the people that

12    were volunteering for me, so yes, I got to know them

13    well.

14       Q.    **Do you remember any advice that they had?**

15       A.    Of course.  You know, they want you to

16    look at your opponent, yourself, what you are saying

17    about yourself, what your opponent might be saying

18    about you and then just how to get money because the

19    campaign has to have funds.  So they talk about

20    financing and fundraising.  But they also talk

21    about, you know, doing your one minute pitch speech

22    and, you know, effective scripts and just using the

23    software properly.  So it was a whole bunch of

24    things; media -- earned media versus paid media.

25    Earned is always better.  So it covered a whole lot

```
 1    of different things.
 2         Q.   Did they tell you anything about which
 3    voters you should focus on reaching?
 4         A.   In that particular meeting, obviously, we
 5    look at the demographics based on the Vote Builder,
 6    and obviously people of color are going to be a lot
 7    more friendly for my campaign.  It wasn't all -- it
 8    wasn't just on that alone, but definitely we talked
 9    about everything that's involved in the district and
10    what is required to make a successful campaign.
11         Q.   And what do you mean people of color are
12    likely to be more friendly to your campaign?
13         A.   Well, seeing I'm a person of color,
14    there's just this natural inclination for people to
15    be more comfortable with somebody of color and being
16    a female.  So that was something that we used.
17    Again, we did a contrasting, you know, what they are
18    saying about me, what I am saying about them.  So
19    all of that was discussed.
20         Q.   What were they saying about you?
21         A.   I don't know.  I can only guess what they
22    might be saying.  You know, I'm Jamaican born, so
23    that might be for some people might be an issue.  So
24    I took that off the table because I am not ashamed
25    to be born in Jamaica.  And I'm a single mom.  I was
```

```
 1    a single mom, so that's something they could be

 2    saying about myself.  So we just talked about

 3    everything that is possible that could be on the

 4    table.

 5         Q.    If you flip over a couple of pages in

 6    this, Exhibit 4, to the itemized expenditures.

 7                        (Defendant's Exhibit Number 04

 8                        was marked for identification.)

 9         A.    Okay.

10         Q.    Are you on that page?

11         A.    It's the fourth page you said?  Yes.

12         Q.    Actually the seventh page of the handouts

13    here.

14         A.    Yeah, I'm on it.

15         Q.    All right.  So it looks like Ms. Clymer

16    held a barbecue fundraiser?

17         A.    Yes.

18         Q.    So is that what -- if something says

19    in-kind, does that mean that they -- what does

20    in-kind mean?

21         A.    So she gave some ketchup, mustard,

22    napkins, plates.  She bought some of the items that

23    were used at the barbecue.

24         Q.    And where was that fundraiser held, do you

25    recall?
```



```
 1        A.    Yes, Rhodes Jordan Park.

 2        Q.    Rhodes Jordan Park?

 3        A.    Uh-huh.

 4        Q.    What area of the district is that in?

 5        A.    That is in Lawrenceville.

 6        Q.    A little further down there is an entry on

 7   8-19-2016 that says data mining for push cards and

 8   canvassing.  So let me count how many lines down

 9   this is.  This is the seventh entry on the itemized

10   expenditures page.

11        A.    Uh-huh.

12        Q.    What is data mining for push cards?

13        A.    So this was a company that looks at -- of

14   more people's behavior and try to target based on

15   behavior.

16        Q.    Do you know what behaviors they were

17   looking for?

18        A.    I led them -- honestly, I did not get a

19   lot of detail.  They were good at it and they

20   actually did some stuff online for me as well, so.

21   But, I mean, I guess I'm just looking at -- from my

22   understanding, Democrats and Republicans tend to do

23   things a little bit differently.  So you have where

24   the Republican might be more into country music and

25   you have the, you know, Democrat being maybe a
```

```
 1    little bit more secular and, you know, maybe

 2    hip-hopish, so they use all of that.

 3         Q.   So they were using those behaviors to try

 4    to determine who might be Republican or Democrat?

 5         A.   Yes.

 6         Q.   Okay.  That is all on that one.  We will

 7    mark this as Defendant's Exhibit Number 5.

 8              And once you've had a chance to look at

 9    that document, Ms. McLeod, if you could tell me what

10    that is.

11                        (Defendant's Exhibit Number 05

12                        was marked for identification.)

13         A.   A donation.

14         Q.   And is this a two business day report that

15    you told me about where you have to --

16         A.   Yes.

17         Q.   And the progressive employment

18    legislation, PELPAC, are you familiar with that

19    organization?

20         A.   They were from some of the other things we

21    got referred to them as well.

22         Q.   And so then someone on your campaign or

23    you reaches out to them and solicits a donation?

24         A.   Yes.

25         Q.   I will next hand you what is being marked
```

```
 1    as Defendant's Exhibit Number 6.

 2              And again, if you'll do the same thing and

 3    just flip through that and tell me if you recognize

 4    that document?

 5                        (Defendant's Exhibit Number 06

 6                        was marked for identification.)

 7         A.   Yes.

 8         Q.   Okay.  That looks like these are your

 9    October 2016 contributions and expenditures filed on

10    November 1st, 2016; is that right?

11         A.   Correct.

12         Q.   If you will flip to the fourth page, which

13    is the itemized contributions list, what is George's

14    WIN list.

15         A.   I was endorsed by them.

16         Q.   Okay.

17         A.   It is Women in Numbers, that is what it

18    stands for.

19         Q.   Got it.  And it looks like that is a local

20    organization?

21         A.   Yes, in Georgia.

22         Q.   And I see a another contribution from

23    friends of Stacy Abrams?

24         A.   Yes.

25         Q.   Is that something where you reach out to
```



1    her and request a donation?

2        A.   Of course.  Nobody drops donations in your

3    lap.  Well, at least not for me.

4        Q.   It would be nice.

5        A.   It would be nice, but, no.

6        Q.   Let's flip two more pages to the itemized

7    expenditures list?

8        A.   Okay.

9        Q.   If you go down to the fifth entry,

10   scrolling TV ad in barbershop and gas stations, do

11   you happen do you recall what barbershop that was?

12       A.   Yes.  There's a couple of in my district.

13   One in Lawrenceville.  One in -- so it was located

14   at New Hope and Simonton, and then there was one at

15   a gas station just way down -- about a mile down on

16   New Hope going to 124.  It was just basically

17   scrolling showing me and says I am running for

18   statehouse representative.

19       Q.   Okay.  And how did you choose those

20   locations to place your ads?

21       A.   That is where he had the ability -- the

22   young man that I did this with, that is where he had

23   the ability -- these were clients of his.

24       Q.   Okay.  So were you familiar with the

25   barbershop beforehand?



NAACP, et al. vs Brian Kemp, Austin Thompson vs Brian Kemp
DONNA MCLEOD

```
 1          A.    Yes.   The barbershop I am very familiar

 2    with, yeah.

 3          Q.    What about the gas stations?

 4          A.    Just drive by, it was one that had

 5    traffic.

 6          Q.    And would those barbershop and gas

 7    stations be in the areas where you said you did well

 8    in the election?

 9          A.    Yes.

10          Q.    All right.   We will put that one aside.   I

11    will next hand you what's being marked as

12    Defendant's Exhibit Number 7.

13                And again, Ms. McLeod, if you will just

14    look at that and tell me what it is?

15                         (Defendant's Exhibit Number 07

16                          was marked for identification.)

17          A.    Uh-huh.

18          Q.    So is this a two business day report for a

19    November 3rd, 2016 contribution?

20          A.    That's correct.

21          Q.    And again, this looks like it came from

22    one of Carolyn Hugley's campaign committees?

23          A.    That's correct.

24          Q.    Do you know Representative Hugley?

25          A.    Not very well, but we, again, through the
```

ORANGELEGAL                    Orange Legal
                               800-275-7991

```
 1    others, that's how you do it.  You maximize and you

 2    get referrals and maybe representative can do

 3    something for you.  Yeah.

 4        Q.    All right.  I will hand you what's being

 5    marked as Defendant's Exhibit Number 9?

 6              THE COURT REPORTER:  Actually, we're on 8.

 7    BY MS. HENDRIX:

 8        Q.    Number 8.  And again, if you'll just flip

 9    through Exhibit Number 8 there and tell me what it

10    is after you have had a chance to review it?

11                        (Defendant's Exhibit Number 08

12                         was marked for identification.)

13        A.    Okay.

14        Q.    You recognize this document?

15        A.    Yes, I do.

16        Q.    And is it the campaign contributions

17    disclosure report for your December contributions

18    and expenditures in 2016?

19        A.    That's correct.

20        Q.    All right.  And if you'll flip to the

21    fourth page titled itemized contributions.  At the

22    very bottom there is an entry for mobile TV, what is

23    that?

24        A.    Literally a mobile TV.  Another gentleman

25    contacted me and -- actually, we did this on
```

```
 1    election day, and he rides around the district and

 2    goes to all of the polls the whole day.  And I have

 3    a voice recorded message asking them -- asking the

 4    constituents to vote for me and it just keeps

 5    rolling along.

 6         Q.   And so it's just scrolling on the back of

 7    his truck or something?

 8         A.   Scrolling on, yes.

 9         Q.   And you said he drove through all of the

10    precincts in the district on election day?

11         A.   Yes.

12         Q.   If you will flip three pages to the

13    itemized expenditures list, I see a lot of

14    canvassing here.  Tell me about that.

15         A.   Well, that's the best way to reach your

16    voters is to get to their door and ask them for

17    their vote, and so we actually hired towards the

18    end -- actually, on election day, we paid canvassers

19    because prior to that we actually did that with

20    volunteers, but on the election day -- towards

21    election day, we have to pay canvassers and so this

22    is all people that we paid for canvassing.

23         Q.   Where they canvassing particular

24    neighborhoods?

25         A.   All over my district.  All over my
```

```
 1    district, everywhere.

 2        Q.   So they went to Dacula?

 3        A.   Dacula, Bethlehem, Lawrenceville, Grayson,

 4    Loganville, we were everywhere.  We didn't get this

 5    close -- it was hard work, I am telling you.  I was

 6    exhausted at the end of this.

 7        Q.   I am sure.

 8        A.   Yeah.

 9        Q.   So the next to the last entry on that same

10    page says vote recount?

11        A.   Yes.

12        Q.   Is that something that you had to pay for?

13        A.   I paid for an attorney.

14        Q.   So Ms. Brumbaugh -- and I may be saying

15    that incorrectly -- she represented you in the vote

16    recount?

17        A.   Yes.

18        Q.   Was there any litigation over the vote

19    recount?

20        A.   What was that?

21        Q.   Was there any litigation over the vote

22    recount?

23        A.   No.

24        Q.   Okay.  You can put that one aside, and

25    this is the last campaign report I'll make you look
```

```
 1    at.  It is being marked as Defendant's Exhibit

 2    Number 9, and again, if you will just flip through

 3    that what it is to you, and let me know if you

 4    recognize that document?

 5                        (Defendant's Exhibit Number 09

 6                         was marked for identification.)

 7         A.   Uh-huh, I do.

 8         Q.   And is this a campaign contribution

 9    disclosure report covering portions of 2017?

10         A.   Yes.  They do every six months because I

11    was not running.  So we disclosed every six months.

12         Q.   Okay.  And are you continuing to raise

13    money for a future campaign?

14         A.   Yes.  I am running again for statehouse

15    Representative for District 105.

16         Q.   Okay.  And so this is part of getting that

17    campaign fund started or restarted?

18         A.   Yes.

19         Q.   All right.  Are you still doing good or

20    would now be a good time for a break maybe?

21         A.   It's a good time for a break because I

22    have to -- I should go move my car.

23                   (A break was taken.)

24    BY MS. HENDRIX:

25         Q.   All right.  Ms. McLeod, before we took a
```

NAACP, et al. vs Brian Kemp, Austin Thompson vs Brian Kemp
DONNA MCLEOD                                                        65

 1    break, we were talking some about your campaign

 2    going over contributions and expenditures.  I just

 3    want to kind of take a step back and look at it more

 4    broadly.

 5             What was your campaign strategy?

 6        A.   To work our butts off.  That is pretty

 7    much it, no.  So one of the things was to actually

 8    use the numbers based on past results and also look

 9    at current voter registration for the county and

10    then take those numbers and then target the voters

11    that we needed to come out.  And because I didn't

12    know anything about Bethlehem and Dacula, it took up

13    quite a bit of my time because we had no real

14    wherewithal about what it was like.  And the biggest

15    thing was making sure we got out to as much voters

16    as possible.  So canvassing was our biggest

17    strategy.

18        Q.   And speaking of the canvassing, when you

19    hired canvassers on election day, how did you find

20    those canvassers?

21        A.   So some of them we did through Facebook

22    page, Eventbrite, we also had word-of-mouth, people

23    that were already volunteering with us.

24        Q.   Do you know if they mostly came from

25    within the district or all over Georgia?



```
 1        A.    All over.   Yeah, it was not just for the

 2   district.

 3        Q.    Did the Democrat party offer you any help

 4   in finding canvassers?

 5        A.    No.

 6        Q.    Did you have a campaign manager?

 7        A.    I did.

 8        Q.    Who was that?

 9        A.    Austin Thompson.

10        Q.    And were you friendly with Mr. Thompson

11   before he joined your campaign?

12        A.    Oh, yeah.

13        Q.    When did you-all first meet?

14        A.    I want to say 2014 -- no, 2012.

15        Q.    And did you-all meet through political

16   activity?

17        A.    Yes.   Actually, he was the campaign

18   manager for Jenna something, S something -- I can't

19   remember her last name.

20        Q.    Was that for a House seat?

21        A.    She was running for school board.

22        Q.    School board.   What is Mr. Thompson's

23   race?

24        A.    He's African-American.

25        Q.    Did you have any other campaign members?
```

1   I know you had a treasurer.

2        A.   Uh-huh.

3        Q.   **And what role did your daughter have?**

4        A.   In my campaign?

5        Q.   **Yes.**

6        A.   Everything that she needed to do.  She

7   didn't have no specific role.  She was everything

8   that she needed to do.  If I need to -- somebody

9   accompany me, because she had the baby it was kind

10  of tough for her to do much canvassing, but she

11  would go places with me and things I needed to go

12  and she'd make phone calls for me, too.

13       Q.   **Did you have any other campaign staff?**

14       A.   Paid staff or volunteer staff?

15       Q.   **Let's start with paid staff?**

16       A.   No.

17       Q.   **No paid staff.**

18       A.   For the primary or general?

19       Q.   **We'll do both.  So for the primary, did**

20  **you have any paid staff?**

21       A.   No.

22       Q.   **Okay.  For the general did you have any**

23  **paid staff?**

24       A.   George Durgin.  He was my field operations

25  person.  He was the only paid staff except for the

```
 1    canvassers that came on later on.

 2         Q.   Durbin?

 3         A.   Durgin, D-U-R-G-I-N.

 4         Q.   And how did you know Mr. Durgin or did

 5    you?

 6         A.   Through the Gwinnett Democratic Party.

 7         Q.   He is also an active member of the party?

 8         A.   Yes, he is.

 9         Q.   And what is Mr. Durgin's race?

10         A.   He's African-American.

11         Q.   And so the rest of your staff was

12    volunteer?

13         A.   Yes.  Susan Clymer, Sharon Wood, they're

14    both Caucasian, and Darlyn is Caucasian.

15         Q.   Did you have any other volunteers?

16         A.   Oh, yes.  I had some young people and my

17    nephew, and I had Claudette Forbes, and I had

18    Marlene Taylor-Crawford, she was my church person.

19         Q.   So the young people that you referenced,

20    are those students?

21         A.   Students.

22         Q.   And where did you come into contact with

23    them to have them volunteer?

24         A.   Actually, a couple of them just contacted

25    my campaign.
```



```
 1          Q.    So local students just reached out?

 2          A.    Uh-huh, just reached out.

 3          Q.    Do you know how many students you had on

 4     the campaign?

 5          A.    Probably about eight.

 6          Q.    And do you recall their races?

 7          A.    It was a mixture of blacks and whites.

 8          Q.    All right.  And Ms. Taylor-Crawford?

 9          A.    She's African-American.

10          Q.    And what did you mean that she is your

11     church person?

12          A.    So we visit the churches in the district

13     and she would accompany me to the churches.  She

14     would also reach out to the churches on my behalf.

15          Q.    And are those churches in a particular

16     area?

17          A.    Yes.  The district.

18          Q.    But the district?

19          A.    Yes.  I went to a church in Dacula, a

20     church in Lawrenceville, churches in Grayson.

21          Q.    So churches all over the district?

22          A.    All over the district.

23          Q.    Were these predominantly African-American

24     churches?

25          A.    They were predominantly African-American
```

```
 1    churches.

 2         Q.    Did you go to any predominantly Caucasian

 3    churches?

 4         A.    Not predominantly, no.

 5         Q.    And did you go to any churches for

 6    any other -- that were made up primarily of any

 7    other race?

 8         A.    No.

 9         Q.    So in the general election -- and I think

10    most of my questions from here on out are going to

11    be referring to the general unless I specify the

12    primary -- did you hold any campaign events?  I know

13    you had a barbecue that we talked about.  Were there

14    any other events that you recall?

15         A.    We had a couple of house meetings and

16    Dacula as well as in Lawrenceville.

17         Q.    And house meetings, does not just mean

18    that someone you know or someone in your campaign

19    knows offers to host you in their house?

20         A.    Or a resident that they said that they

21    were interested in doing -- for me to meet some of

22    the other residents in the subdivisions.

23         Q.    And were those predominantly in

24    African-American subdivisions?

25         A.    Most subdivisions are mixed. Lawrenceville
```



 1    probably has the heaviest African-American but most

 2    of them are mixed.

 3         Q.   So most other areas of your district,

 4    neighborhoods are pretty integrated?

 5         A.   Yes.  I mean, Lawrenceville -- I think

 6    even Lawrenceville has integrated.  That is one of

 7    the reasons why a lot of people to move to Gwinnett

 8    to have that diversity.

 9         Q.   I think you mentioned at least one

10    endorsement that you had that was from the WIN?

11         A.   Georgia Win List.

12         Q.   Were there any other endorsements?

13         A.   Yes.  The Labor -- Labor Council.

14         Q.   Was that the name of it?  It's Labor

15    Council of Georgia?

16         A.   Yes.  The Georgia Teachers' Association.

17    I have an endorsement, of course, from --

18    individually from Representative McClain.  I had an

19    endorsement from Red Clay Democrats, Planned

20    Parenthood.  I am not recalling all of them right

21    now.

22         Q.   If you think of any others you can let me

23    know.

24         A.   They are on the disclosures.

25         Q.   So if they give you an endorsement it was

```
 1    considered a donation or a contribution?

 2        A.   Not all of them are going to be on it

 3    because I don't think Planned Parenthood gave me

 4    anything, but they were one.

 5        Q.   But often had to be endorsement came along

 6    with a monetary contribution?

 7        A.   Yes.

 8        Q.   Okay.  So you have referenced that you

 9    used some demographic information in deciding how

10    and where to campaign, so I don't want to make you

11    repeat all of that, but just as a general strategy

12    you-all we're going after Democratic voters; is that

13    correct?

14        A.   Democratic and people of color because we

15    knew that would be more favorable to us.  When we

16    went into Dacula and then we actually tried to

17    target young people even in homes that were

18    Republican.  We tried to go for the young people.

19        Q.   So you might knock on the door of a

20    household even if it were Republican because there

21    might be a young person there?

22        A.   Oh, yes.  We had some excitement there.

23        Q.   Well, tell me about that.

24        A.   Well, we got told to get the "F" off of --

25        Q.   Of someone's lawn?
```



1        A.    No, we just don't do nothing.  Actually,

2   the husband came and I asked for the person that I

3   was targeting and he said let me go get him and the

4   wife came out and told me to get the F off her

5   property.  I didn't even get a word out.

6              And one incident Susan Clymer, who is

7   Caucasian,when ahead of me because I was just

8   getting out of the car to get some more flyers and

9   as I walked to the door, you could see a very

10  changed behavior from the homeowner.  A lot of

11  Confederate flags up in Bethlehem.  Yeah, there was

12  definitely some that -- there were a couple of homes

13  that we did not go on because it was clear that we

14  weren't welcome.

15       Q.    Do you mean that the Confederate flag was

16  a sign to you that you were not welcome?

17       A.    Oh, absolutely.

18       Q.    And why do you think that?

19       A.    Because the Confederacy was a organization

20  that wanted to keep black people in bondage.  That's

21  why we had a civil war.

22       Q.    And you use the term people of color?

23       A.    Uh-huh.

24       Q.    How do you define that?

25       A.    That is anybody with hue in their skin.

NAACP, et al. vs Brian Kemp, Austin Thompson vs Brian Kemp
DONNA MCLEOD                                                              74

```
 1    So Asian, East and South -- South and east Asia,

 2    Hispanic, Blacks from different parts of the world

 3    whether it is Africa or the islands.

 4         Q.   And do you believe that people of color

 5    are more likely to vote for a particular political

 6    party?

 7         A.   I do -- I do think that, and I have the

 8    statistics that prove that the majority of people of

 9    color do vote for the Democratic Party.

10         Q.   Those statistics being election results?

11         A.   Election results.

12         Q.   Did you run any advertisements for your

13    campaign?

14         A.   Well, I had the truck.

15         Q.   The mobile TV that we talked about?

16         A.   And then the store -- the barbershop.

17         Q.   The barbershop and gas station that we

18    covered.  Were there any others?

19         A.   No.  I don't have that kind of money.

20         Q.   So no newspaper ads?

21         A.   We got some free press for our barbecue

22    and stuff like that, but no we did not run any

23    press.

24         Q.   Okay.  So sometimes a reporter would

25    cover?
```

```
 1        A.    Yes.  And I got covered by the Washington

 2   Post as well because of Gwinnett's change in

 3   demographics, and a lot of people were looking at

 4   it.  Really Gwinnett is going to be Representative

 5   really of the US, so a lot of people are focusing on

 6   that for the county.

 7        Q.    Any radio ads?

 8        A.    No radio ads.  I was on radio though.

 9        Q.    How are you on radio?

10        A.    I was interviewed by some online radio.

11        Q.    They reached out to your campaign?

12        A.    Yes, they reached out to me.  And because

13   I am of Caribbean heritage, I got a call from the

14   stations that were run by Caribbean people.

15        Q.    Do you recall what those stations are?

16        A.    I called Tintel (ph) he is online, 1420 I

17   think is his.  There is another, but I can't

18   remember the station right now, but yeah.

19        Q.    When you say online?

20        A.    So they run an online radio show.

21        Q.    Okay.

22        A.    It is not on your FM radio.

23        Q.    Okay.  You'd go online to find it?

24        A.    Yeah.

25        Q.    All right.  So you knocked on a lot of
```

```
 1    doors?

 2         A.   Yes, ma'am.

 3         Q.   We talked about that.  And how did you

 4    choose which doors to knock on?  And you may have

 5    covered this?  You said you used -- is that where

 6    the --

 7         A.   The Vote Builder.  And I knocked on over

 8    5000 doors myself personally.

 9         Q.   Wow.  How were most of those interactions?

10         A.   Overall good.  You know, the concentration

11    of my voters are going to be in Lawrenceville and

12    Grayson and parts of Loganville, so those are --

13    were pretty favorable.

14         Q.   Did you knock on any doors in Dacula?

15         A.   Oh, yes.  Dacula and Bethlehem.  I did --

16    I did, there was no choice.

17         Q.   Were you hesitant to do that?

18         A.   Absolutely.

19         Q.   And why were you hesitant to knock on

20    doors there?

21         A.   Well, once again, Bethlehem it is clear

22    that a lot of times you're not wanted there.

23         Q.   And again, it is clear that you are not

24    wanted there in your mind because of the Confederate

25    flag?
```



```
 1      A.    Confederate flag, uh-huh.
 2      Q.    Any other indications that people of color
 3  would not be welcome in Dacula?
 4  ·   A.    It is just a feeling.  Let me tell you as
 5  a person who is black all their life, you know.  I
 6  can't tell you how we know, we just know that.
 7      Q.    Did you get that sense in every white
 8  neighborhood that you went to or just in certain
 9  areas?
10      A.    Just in certain areas.  Dacula was not as
11  bad as Bethlehem.
12      Q.    Did you do any type of outreach to
13  Republican voters?  Did you have any pitch to try
14  to --
15      A.    Yes.  I talked to everybody I could.  We
16  looked at leaning Republicans and the young people
17  that lived in sometimes strong Republican homes. we
18  did.  We weren't going to shy away from asking.
19  That is what Representative democracy is about.  You
20  got to ask.
21      Q.    And how did you find those young voters?
22  Is it the same with the other data you are using
23  just to make sure that there's a young person who is
24  in the house?
25      A.    Yes.  We look for a certain age
```

1    demographic in the house.  Young people were better,

2    they were not like their parents.  Obviously,

3    some -- even some of the strong Republicans, they

4    weren't disrespectful.  But they made it clear that

5    they wouldn't vote for me.

6        Q.   And do you think they would not vote for

7    you because you are a Democrat or because you are a

8    person of color?

9        A.   I think both.

10       Q.   So you think they would not vote for

11   someone that isn't white?

12       A.   At this point -- by the way I felt, no, I

13   did not.

14       Q.   And was that all Republicans or just a

15   small number of them?

16       A.   Not all Republicans, and I did say that

17   already.  There were some of the younger folks and

18   some of the ones that are strong Republicans who

19   open their doors, some of them were -- you know,

20   they basically said that they wouldn't vote for me.

21   Some stated as party affiliate and some was just

22   repulsed to say the least.

23       Q.   Were any racial appeals made during your

24   election and your campaigning against Representative

25   Chandler?  So did either candidate inject race into

1    the election?

2         A.   No.  We went out there and worked.

3         Q.   And so nobody on Chandler's campaign

4    injected your race into the election as a reason not

5    --

6         A.   Not that I am aware of.

7         Q.   As a reason not to vote for you?

8         A.   Not that I'm aware of.

9         Q.   Okay.

10        A.   I don't know what they do for their, you

11   know, their spiel or what they say between each

12   other, I do not know.

13        Q.   And you are not aware of Representative

14   Chandler injecting her own race as a reason to vote

15   for her?

16        A.   I didn't see anything that would suggest

17   that she would do that, but again I don't what her

18   marketing was.

19        Q.   Okay.

20        A.   I never got a mailing from her or nothing.

21        Q.   Okay.  Did anyone else tell you that they

22   had heard she was injecting raised into the

23   election?

24        A.   No one ever told me that, no.

25        Q.   So tell me some more about District 105 --

```
 1    House District 105.  What schools are in your

 2    district?

 3         A.    Central -- Grayson High, Grayson Middle,

 4    Archer, Simonton Elementary, there is -- I can't

 5    remember all of them.  There is one Loganville.

 6         Q.    Okay.  And we have mentioned a few

 7    different towns or cities within the district, are

 8    there any other main communities of interest within

 9    the district?  Anything that you talk about when you

10    are talking about District 105 -- House District

11    105?

12         A.    Anything of interest?

13         Q.    Yeah, any points of interest?  So there's

14    Lawrenceville.  There are some cities, are there any

15    major industries within your district?

16         A.    Schools and the hospital -- well, no, the

17    hospital is not even in my district -- maybe it is.

18    Maybe Gwinnett Medical is in my district because I

19    go down to hurricane Shoals so I think Gwinnett

20    Medical is in my district and the other big

21    employers, schools.  Like government based.

22         Q.    Okay.

23         A.    As far as industry, I'm not sure if Delco

24    packaging is in my district I don't not think it

25    falls into my district.  So I don't see anything
```

```
 1    else other than your local shops and supermarkets.
 2         Q.   Sure.   Okay.   Representative Chandler
 3    testified that she believed she had the duty to
 4    represent everyone in her district.   Do you agree
 5    with that?
 6         A.   She has a duty, but has she done it, no.
 7         Q.   And in what ways has she not done that in
 8    your opinion?
 9         A.   She has had several calls about the
10    liberty -- the freedom bill that discriminates
11    against gays.   She had several calls about changing
12    school district.   She had several calls on the guns
13    bill and she has not responded, she --
14         Q.   So when you say several calls, you mean
15    people have reached out to her and she hasn't gotten
16    back to them?
17         A.   Yes.   And also she -- I've never seen her
18    in a town hall.   She has never done any kind of town
19    hall, at least none -- and I know she has my e-mail
20    address -- none that she has ever said she is doing.
21    Never got any legislative updates from her.   So she
22    is not serving everybody, but people that probably
23    voted for her she probably have.
24         Q.   And if you are elected, do you believe
25    you'd be able to represent everyone in your
```



```
 1    district?

 2         A.    Absolutely.

 3         Q.    Even those who did not vote for you?

 4         A.    Yes.  Because I went out there and I asked

 5    everybody.  You know, as long as I felt they were

 6    going to open the door and talk to me, we tried to

 7    reach out.

 8         Q.    And you believe that as a representative

 9    you would be able to represent even Republican

10    voters?

11         A.    Absolutely.  We might not always agree,

12    but if they ask me, I will certainly -- I'm

13    certainly going to collect their e-mail address and

14    let them know what is going on in the district.  We

15    might not always agree, but I would hope that we

16    could -- I would be able to provide the reasons why

17    I'm doing it, and if it's a majority of the opinion

18    of the district says this is what I should be doing

19    then that's what I need to be doing.

20         Q.    And so I assume the same goes for white

21    voters, you would be able to represent even the

22    people in Bethlehem?

23         A.    Absolutely.  Even the people in Bethlehem.

24         Q.    I'm going to hand you what is marked as

25    Defendant's Exhibit Number 9 -- 10.  This is
```

```
 1   Defendant's Exhibit Number 10.

 2            Ms. McLeod, this is a document titled

 3   plaintiff's initial disclosure.  Have you seen this

 4   document before?

 5                        (Defendant's Exhibit Number 10

 6                        was marked for identification.)

 7            MR. POWERS:  Specify what case.

 8            MS. HENDRIX:  Yes.  So this is the Georgia

 9       State Conference of the NAACP versus the state

10       of Georgia.

11            THE WITNESS:  I believe so.  Yes, I

12       believe so.

13   BY MS. HENDRIX::

14       Q.   When have you seen this; do you know?

15       A.   Last year sometime.

16       Q.   Did your attorneys show it to you?  You

17   don't have to tell me anything that they said.  And

18   that would be the lawyers committee for you?

19       A.   Yes.

20       Q.   If you will turn to Page 8 of this

21   document.  At the bottom of Page 8 there is a number

22   three, and it states provide the name and, if known,

23   the address and telephone number of each individual

24   likely to have discoverable information that you may

25   use to support your claims or defenses, unless
```

```
 1    solely for impeachment, identifying the subjects of

 2    the information.  And then it references an

 3    Attachment A.

 4                If you will flip to Page 12, you will see

 5    Attachment A at the top.  If you'll go to the third

 6    entry in that chart.  On the left hand it says

 7    candidates who have run for Georgia HD 105 and 111;

 8    are you there?

 9        A.    I am.

10        Q.    I will give you a minute to read that

11    paragraph to the right of that to yourself?

12        A.    Okay.

13        Q.    Were you aware that the plaintiff in this

14    case had identified you as a potential witness?

15        A.    Yes.

16        Q.    All right.  And how did you become aware

17    of that?  And again, I'll just say you don't have to

18    tell me anything your attorneys told you, but did

19    they reach out to you about this case?

20        A.    So believe it or not, I actually saw this

21    in the newspaper at first for the 105 because I was

22    focused on the Gwinnett case at the time.

23        Q.    And when you say you saw this -- sorry to

24    interrupt you -- but do you mean that you saw

25    that --
```



```
 1      A.    An article.

 2      Q.    About the Georgia NAACP versus the -- this

 3  lawsuits?

 4      A.    Yes.  And then I spoke to the lawyers

 5  committee about it.

 6      Q.    And so because you were the involved in

 7  the Gwinnett litigation, they represented you in

 8  that suit?

 9      A.    Yes, that's correct.

10      Q.    And so you reached out to them and told

11  them you'd be willing to provide information?

12      A.    Absolutely.

13      Q.    All right.  I will now hand you what's

14  being marked as the next exhibit Defendant's Exhibit

15  Number 11.  And if you will take a minute to look at

16  Defendant Exhibit Number 11, Ms. McLeod, it's also

17  titled plaintiff's initial disclosures.  You'll

18  notice the plaintiff in this suit are different from

19  the case caption?

20                  (Defendant's Exhibit Number 11

21                   was marked for identification.)

22      A.    Yes.

23      Q.    So this would be Thompson plaintiff versus

24  Kemp, and it's the Thompson plaintiff initial

25  disclosures; have you seen this document before?
```

```
 1        A.    I don't think so.

 2        Q.    Okay.  If you will again turn to Page 10

 3   of this document.  The same number three that we saw

 4   before is here that's asking for the name of people

 5   who may have discoverable information.

 6        A.    Uh-huh.

 7        Q.    If you'll turn to Page 13, you'll see that

 8   that is the start of the Attachment A.  And if you

 9   will then turn to Page 14, in the middle of that

10   page it states Plaintiff's anticipate individuals

11   who have run for office as candidates and House

12   Districts 105 and 111 will have discoverable

13   information about the allegations and claims set

14   forth in the complaint.

15             Were you aware that the Thompson plaintiff

16   had listed candidates for House Districts 105 as

17   individuals who may have information?

18        A.    I didn't know how it was involved with the

19   case.  Like I said, there's not been a lot of

20   information to me about 105, but I assume that the

21   fact that I was willing to be a plaintiff on

22   anything 105, I am good with it.

23        Q.    Okay.  So was the first you heard about

24   this case, the newspaper article you saw?

25        A.    Yes.  Somebody actually called me and
```

```
 1    said, you know, there is a lawsuit for 105.  I said,
 2    oh.
 3           Q.   And who was that that called you; do you
 4    recall?
 5           A.   I think it was Susan Clymer.  She has a
 6    subscription to the AJC.
 7           Q.   Did she say anything about the case?
 8           A.   No.  She just said it looks like your
 9    district is going to be looked at.  I said okay.
10           Q.   And did you go read the article yourself?
11           A.   She sent me the link.
12           Q.   Do you recall what the article said?
13           A.   It was just basically saying that -- and
14    it mentioned 111 -- that those two districts were
15    gerrymandered, I think that was the word they used
16    in there.  It was gerrymandered and this was under
17    the HB 5566.  I was aware of the gerrymandering the
18    actual night that it happened in 2015 because Renita
19    Hamilton actually called me and said do you know
20    that they're changing the district lines for 105.
21    And I got on the phone with Representative McClain,
22    he was still in session.  They didn't finish that
23    night until, like, midnight, but I know about the
24    lawsuit through the thing, but I knew that it was
25    gerrymandered back in 2015.
```



                    Orange Legal
                    800-275-7991

```
 1        Q.    And what did Representative McClain say

 2   about the --

 3        A.    He said they're about to take a vote on it

 4   and it looks like it's going to go through.  Pretty

 5   much it, he had to go back on the floor.

 6        Q.    And did someone tell you that the lines

 7   were gerrymandered?

 8        A.    Not at that point, just that the lines

 9   were being changed.

10        Q.    Okay.  And so at that point you weren't

11   sure how they were being changed?

12        A.    No, had no clue -- no, clue.  Didn't know

13   that it was going to include Dacula and I had no

14   clue.

15        Q.    When did you first come to hear someone

16   else say or determine on your own that the lines had

17   been gerrymandered as you say?

18        A.    So shortly after the session ended,

19   obviously it became a big topic of conversation, and

20   I had heard the term gerrymandered before -- never

21   knew that I would be caught up in it, but heard

22   about it.  So we had asked someone if the party had

23   had several conversations about it.  It was a big to

24   do calling out the leader -- the minority leader,

25   talking to different people, and people were upset,
```

```
 1   very upset about this.
 2       Q.   So let's talk about the meetings that the
 3   party had, and again, we're referring to the
 4   Gwinnett Democratic Party?
 5       A.   That's correct.
 6       Q.   So do you recall when the first meeting
 7   the party had?
 8       A.   It was probably one of the breakfast
 9   meetings.  We meet -- we have a breakfast every
10   second Saturday of the month, so I know that it came
11   up at that point.  It was a conversation for -- for
12   -- and it's still a conversation.  It has been
13   something that really painfully hurt our -- our
14   party because we believe 105 was going in our
15   direction.  And so yes, it was a lot of conversation
16   about it, and then we had a picnic and I know that
17   the leader came up and spoke about it as well.
18       Q.   At that first breakfast meeting, do you
19   recall what was said about the maps?
20       A.   Yes.  It was anger and, you know, why
21   would we change it when the district was just formed
22   in, I think, 2011 was when they created the district
23   and it made no sense.  Nobody could understand it,
24   and then the two cities that were added was -- we
25   knew that that was something to suppress the
```

```
 1   African-American vote in that district.

 2       Q.   Did Representative McClain tell you how he

 3   voted?

 4       A.   Yes, I do believe he -- I believe that the

 5   caucus voted in order to save some other districts

 6   from being gerrymandered because the House of

 7   Representatives -- well the Georgia House

 8   legislation is Republican majority.

 9       Q.   And so did Representative McClain vote in

10   favor of the maps?

11       A.   I do believe he did.

12       Q.   And was it discussed that that vote in the

13   House was unanimous?

14       A.   I believe -- that was part of the anger

15   too, but I think one of the things the Democratic

16   Party of Georgia felt was that they were trying to

17   save some other seats and 105 and 111 was basically

18   wanted by the Republicans.

19       Q.   Do you know -- remember what seats they

20   may have been saving or thought they were saving?

21       A.   No.  That was too much information.  I

22   already had too much going on already.

23       Q.   When you say the minority leader spoke at

24   the breakfast meeting --

25       A.   She spoke at a picnic.
```

NAACP, et al. vs Brian Kemp, Austin Thompson vs Brian Kemp
DONNA MCLEOD

1    Q.   A picnic.  Okay.

2    A.   In July of that year.

3    Q.   So had she also voted in favor of the

4  maps?

5    A.   I believe so.

6    Q.   And what did she have to say about the

7  maps?

8    A.   The same thing that she felt that they

9  didn't have much choice.

10    Q.   And she didn't explain that any further?

11    A.   Other than the fact that there were other

12  seats that were vulnerable to being redistrict that

13  were already Democratic districts.

14    Q.   And that term gerrymandering, what is your

15  understanding of that term?

16    A.   That means that the lines were drawn or

17  moved in order to favor a particular candidate to

18  give them an edge to win.  In our case, the

19  gerrymandering basically diluted black votes.

20    Q.   And how do you believe it diluted black

21  votes?

22    A.   Well, when you take off part of the

23  district that has the majority African-Americans and

24  then bring in 2100 voters that were from a district

25  that doesn't favor or look like the district, yeah,

 1    that is pretty clear.

 2         Q.   And have you heard or did anyone tell you

 3    that the precinct that was split in the new 2015 map

 4    for HD 105 had a similar proportion of black voting

 5    age population within the district and also in the

 6    part of that district and the part the precinct that

 7    remained outside of the district?

 8         A.   Repeat that.

 9         Q.   So have you heard -- did anyone say when

10    you are having conversations about this that the

11    precinct that was split in the new HD 105 map

12    included similar proportions of black voting age

13    population in the part of precinct --

14         A.   We weren't concerned about the split

15    district.   We were concerned about the actual city

16    changes.

17         Q.   Okay.

18         A.   The precinct was not the primary concern

19    during our conversation.   It was that the district

20    physically changed.

21         Q.   And so you may have said this but remind

22    me, which district -- which city changed?

23         A.   They added Dacula and Bethlehem.

24         Q.   Added Dacula and Bethlehem to the new HD

25    105?



NAACP, et al. vs Brian Kemp, Austin Thompson vs Brian Kemp
DONNA MCLEOD
93

1    A.    Yes.

2        Q.    So when Ms. Hamilton was campaigning those

3    portions, Dacula and Bethlehem were not within HD

4    105?

5        A.    No.  And Bethlehem is quite a trek from

6    Lawrenceville.  It is about a 25 minute drive.

7        Q.    So did anybody say anything about this new

8    map making the district less compact then?

9        A.    Yes.  I mean, the whole thing was that it

10   was diluting our votes, less compact.

11       Q.    Do you recall where the breakfast meeting

12   was held?  The Gwinnett Democratic breakfast meeting

13   where the map was first discussed?

14       A.    I think it was at Bob's Home Cooking in

15   Peachtree Corner or Peachtree Industrial.  I know

16   it's Peachtree Corner in Norcross.  I don't know

17   what they're calling it now.  Yeah.

18       Q.    And what about the picnic where the

19   minority leader spoke?

20       A.    It was in Duluth.  It was Duluth.

21       Q.    Just a park somewhere?

22       A.    Yes.

23       Q.    Has this lawsuit been discussed at any of

24   the Gwinnett Democratic Party meetings?

25       A.    Other than to say that there's a lawsuit,

```
 1    there is no -- everybody knows that this is not

 2    something we're going to be discussing.  So other

 3    than knowing that because it was in the newspaper --

 4    other than knowing that, no, we don't discuss it in

 5    any detail.  They still complain about 105 being

 6    gerrymandered, yes, but not the lawsuit itself.  And

 7    to be honest, I really didn't have a lot of

 8    knowledge as to how this particular case.  I had a

 9    lot of knowledge on the Gwinnett side, but I had

10    very little knowledge.  So to answer the questions

11    truthfully, honestly, and how I feel about all of

12    this.

13         Q.    Sure.  What do you understand the purpose

14    of this lawsuit to be?

15         A.    The purpose is to make this -- to make

16    this right.  There was no need for the district to

17    be gerrymandered only after two elections have been

18    run in this district and to ensure that we have

19    representation.  And if the original district line

20    was drawn for a purpose, that should remain and I

21    hope that we draw those lines back.

22         Q.    And you think that the original lines were

23    drawn for a particular purpose?

24         A.    If a legislature -- obviously, this is a

25    new district, so they must have drawn it because the
```



```
 1    county was getting more populated -- for whatever

 2    reason legislators sit down and say you know what we

 3    might have to look into -- maybe it was too much to

 4    handle for one representative and so they created

 5    this new district.  So for whatever purpose they,

 6    you know, hat district should remain at least more

 7    than four years, two elections, give me a break.

 8        Q.   So do you think that the 2015 maps that

 9    were enacted under this House Bill 5566 were enacted

10    with a racially discriminatory purpose?

11        A.   Yes I do.  I really do.

12        Q.   And why do believe that?

13        A.   Because it is Lawrenceville that was cut

14    out -- parts of Lawrenceville that was cut out.  And

15    that is predominantly African-American.

16        Q.   Has anyone told you anything else about

17    House Bill 566 being enacted with a racially

18    discriminatory purpose?

19        A.   Has somebody told me, no, I don't need

20    that.  I live there.  I don't need to be told.

21        Q.   So I understand you have your --

22        A.   And of course our discussions at the

23    party, we've all -- we saw this.  This is pretty

24    clear.

25        Q.   Were there any -- I know the minority
```



1    leader spoke at a meeting.  Are there any

2    representatives that normally attend these Gwinnett

3    Democratic Party meetings?

4         A.   The breakfast, a lot of the

5    representatives and the elected representatives so

6    Pedro Marin may show up, Brenda Lopez,

7    Representative Dewey McClain.  They come quite --

8    they come often to the breakfast meetings.

9         Q.   And has any of those individuals expressed

10   a belief that there was a racially discriminatory

11   purpose behind these maps?

12        A.   So they weren't elected at that time.

13        Q.   Okay.

14        A.   Only Pedro, and Pedro has been pretty

15   vocal about just how the lines are being drawn in

16   Gwinnett County overall.

17        Q.   So you haven't heard from any

18   representative who was a part of the discussions

19   about the new maps or the vote on passing the new

20   maps they believe there was a racially

21   discriminatory purpose?

22        A.   Well, Representative McClain, he was very

23   upset about it, but he felt he did not have any

24   choice.  And he felt it was trying to dilute the

25   African-American vote.

NAACP, et al. vs Brian Kemp, Austin Thompson vs Brian Kemp
DONNA MCLEOD

| | | |
|---|---|---|
| 1 | Q. | Did he mention expressing that to any of |

2   his colleagues?

3        A.   No, we didn't talk about that.

4        Q.   Okay.

5        A.   We talked about in our meetings, yeah.

6        Q.   You have plans to run in 2018 you said?

7        A.   I do.

8        Q.   Are you already fundraising for that?

9        A.   I am.

10       Q.   Do you know if -- who your opponent will

11   be?

12       A.   I have no clue, and I don't know if

13   Ms. Chandler is going to be running anymore.  And I

14   don't know if I'll have a challenger.  I won't know

15   until qualifying, the week of May 5th.

16       Q.   Are you doing any fundraising yet?

17       A.   Oh, yeah.  We just did a disclosure on the

18   31st.

19       Q.   What types of fundraising are you doing at

20   this point?

21       A.   Well actually, I did a 105 have my back

22   and I asked people for $105.  That is about it.  I

23   hate fundraising.

24       Q.   Do you think there's a correlation between

25   race and political party in Georgia?

```
 1        A.   I would say, yes.

 2        Q.   And why would you say yes?

 3        A.   Because you have the Democratic Party

 4   seeing most of the votes from people of color and

 5   especially African-Americans.  And I do believe, as

 6   an African-American, I vote for the Democratic Party

 7   because of the platform and ideology that it stands

 8   for.  I don't vote for a particular party per se,

 9   but I do care about the message of the party that I

10   am voting for.

11        Q.   And so when you are voting are you voting

12   for the candidate or the party?

13        A.   I am voting for the candidate.  I want to

14   see what they stand for, and I have not found a

15   Republican yet that I see they stand for the things

16   I stand for.

17        Q.   Do you think that is because of your race?

18        A.   It's about ideology, right.  So when I'm

19   voting, I looking at the candidate to see what

20   they're talking about.  Most African-Americans see

21   the party -- the Democratic Party as the one that is

22   more inclined to do -- and I would remind people

23   that before 1965 in this country, African-Americans

24   voted primarily for the Republican Party because

25   they felt that was the party of Lincoln that had
```



NAACP, et al. vs Brian Kemp, Austin Thompson vs Brian Kemp
DONNA MCLEOD

99

```
 1    their interest at heart.  And we're seeing that that
 2    is quite blatant right now that the Republican Party
 3    is going another direction when it comes to
 4    advocating and being reasonable amongst all races.
 5         Q.   Do you have any particular issues in mind
 6    when you say that?
 7         A.   Well, when you have a president talking
 8    about countries and calling them shitholes, I think,
 9    yeah, and then saying people from Norway would be
10    better, yeah, that's pretty clear.
11         Q.   So immigration especially?
12         A.   Immigration.  You know, just looking at
13    policies that help more of the disenfranchised.  And
14    based on African-American history in this country,
15    obviously, there's a lot of disenfranchisement among
16    African-Americans.
17         Q.   Do you think there is currently, in
18    Georgia, disenfranchisement of African-Americans?
19         A.   Yes.  You know, when you draw lines to
20    keep you out of the process -- I mean I attend the
21    board of elections meeting every third Tuesday of
22    the month because I have to keep on top of the board
23    of elections for doing things that are just
24    ridiculous.  You either want people to vote or you
25    don't want people to vote.  Make a decision.
```



1        Q.    So what ridiculous things is the board of

2   elections doing?

3        A.    So --

4        Q.    And are we talking -- I'm sorry to

5   interrupt you -- the Gwinnett County Board of

6   Elections?

7        A.    Uh-huh.

8        Q.    Okay.

9        A.    So the actual set up in Gwinnett County is

10  crazy because you have to know your County, what

11  school board you sit in, what Commissioner board you

12  sit in, what State House you sit in, what

13  Congressional House, and then remember that you have

14  two senators, and then what Senate House you sit in.

15  That alone in itself is completely confusing.  When

16  you are working, you don't have time to study all of

17  this to make the best decision when it comes to your

18  democracy.  We should be making it as easy as

19  possible for people to vote.  You know, early

20  voting.  I had sent out a petition back in 2015

21  telling the commissioners we need to open more

22  sites.  Well, they did not listen.  The polls opened

23  in 2016, and we had news -- helicopters all over the

24  place because we had five hour waiting times.  That

25  is inhumane.



1      Q.    And it is your opinion that those voting

2    times only effect people of color?

3      A.    No.   But when you have a place where the

4    majority of people are people of color, it's going

5    to affect them more.   When the county is now a

6    majority -- a minority county.

7      Q.    And when you were talking about the

8    problem of having to know all of the different

9    precincts that you're in, is that something that

10   only affects people of color?

11     A.    I think that a lot of the Republican

12   voters have lived they're long time, they stand it.

13   The newer ones, it's much more difficult for them.

14   And the majority of the newer people are people of

15   color.

16     Q.    Is there a website you can go to that

17   tells you every precinct that you are in?

18     A.    No, no.   The website -- the my voter page

19   tells you your precinct.   It will tell you your

20   House District, your Congressional District, and

21   your Senate District.   You have to find out where --

22   based on your precinct, you have to find out your

23   Commissioner District and your school board district

24   separately.

25     Q.    So is there not a sample ballot you can

1    pull up online?

2        A.   The sample ballot is after.  The sample

3    ballot comes when you're going to vote.  You don't

4    have any other resources prior to voting.  So your

5    sample ballot is basically once everybody is

6    established as a candidate, and especially if you

7    are new to the district, you don't know.

8        Q.   Okay.  Do you think there is an entity you

9    could call to find out that information?

10       A.   You have to know.  Like, what I'm saying

11   is if you do not know, you can't do it.  When you

12   first move, you're not going to know.  You can call

13   up the Gwinnett County Election Board, you know,

14   Secretary of State looks after certain things that

15   you just don't know.

16       Q.   Is it your contention that Gwinnett County

17   could be doing more to --

18       A.   Yes.  That is my contention.  And that is

19   why I go to these meetings because I believe in

20   representative democracy.  I don't care who wants to

21   vote as long as they are citizens and they

22   understand the process and are willing to stand up

23   after they vote to keep people accountable.  I want

24   that.

25       Q.   Do you know of any election practice in

1    Georgia that discriminates against minority voters?

2        A.   So one of the things is this whole early

3    voting.  There was a lot of pushback on early voting

4    because a lot of the elected officials felt that

5    that impacted more African-American turnout, and

6    they did as much as they could to push back on that.

7        Q.   Did anyone pushing back on that express

8    that they were doing so because it might lead to

9    higher African-American turnout?

10       A.   Well, Kemp, he had a video that went

11   viral.  He had expressed himself -- the guy over the

12   board of elections for the state, yeah, he had a

13   video saying that he basically did not want

14   African-Americans voting.

15       Q.   What did he say exactly?

16       A.   I will have to look at the video, I can't

17   remember right now.  I watched it last year sometime

18   in 2016.

19       Q.   That was Secretary of State Kemp?

20       A.   Brian Kemp.

21       Q.   He is in the video?

22       A.   Oh, yes.  He's in the video.

23       Q.   All right.  Was there -- did you hear at

24   any other --

25       A.   That's the biggest source.  I mean, he's

```
 1    the board -- he's over the elections.  You know,

 2    he's the one that filters down what each of the

 3    counties do.

 4         Q.   You ever been prohibited from being

 5    registered to vote or from voting?

 6         A.   Me?

 7         Q.   Yes.

 8         A.   Personally?

 9         Q.   Yes.

10         A.   I would try to find a person who would try

11    to stop me.  I paid $680.

12         Q.   So that's a no?

13         A.   No.

14         Q.   So we talked about this in your race with

15    Representative Chandler, but have you seen in other

16    elections in Georgia any racial appeals like we

17    talked about.  A candidate injecting race into the

18    election?

19         A.   Not in the county races.  I haven't seen

20    where somebody said oh, I'm black or I am white, no.

21         Q.   Elsewhere in Georgia, any statewide races

22    that you can think of where that was an issue?

23         A.   Not that I have been involved with, but

24    I'm sure there are.  I do not know all the cases

25    that are going on right now.
```

1       Q.    Do you know what African-American voter

2    turnout is in your district?

3       A.    It's pretty high.  It's pretty high

4    because, I mean, we came within less than a

5    percentage and most of my voters are

6    African-American in Lawrenceville, so that's pretty

7    high.

8       Q.    Why don't we take a quick five minute

9    break, I think we are just about finished.

10      A.    Okay.

11           (A break was taken.)

12           MS. HENDRIX:   That is all of the questions

13   I have today.

14           THE WITNESS:   Okay.

15                   CROSS-EXAMINATION

16   BY MR. POWERS:

17      Q.    I have a couple of questions.

18      A.    Sure.

19      Q.    I'm John Powers.  Ms. McLeod, what do you

20   know about the voting precincts that were added to

21   and removed from the House District 105 in the 2015

22   redistricting?

23      A.    So Lawrenceville M was removed, which was

24   a high-performing district in the 2012 and 2014

25   district.  That was removed.  And I know the Harbin

```
 1   A and Harbin C -- Harbin is Dacula, Harbin C is

 2   Bethlehem -- and they are high voting Republican

 3   districts.

 4        Q.   Do you have any knowledge about the

 5   streets or communities in Harbin A and C that were

 6   moved into the House District 105?

 7        A.   I actually had a campaign event in Harbin

 8   A in Dacula, so again, mixed -- more mixed in that

 9   particular neighborhood, but further in, it was

10   predominantly white.

11        Q.   When you say further in, what you mean by

12   that?

13        A.   So this subdivision that I went to was

14   right at the border of Lawrenceville and Dacula.

15   And it was a mixed -- more mixed neighborhood, but

16   when we were canvassing Dacula, more people that

17   answered the door were Caucasian.

18        Q.   Do you recall any of the streets or

19   roughly where --

20        A.   The name of the street?  It's just so

21   many.  I do not remember the names of the streets

22   right now.

23        Q.   Fair enough.  Would you say that you spent

24   a lot of time campaigning in Harbin A and Harbin C?

25        A.   Yes.  I actually neglected some of the
```

```
 1    voters that would have come out for me.  I didn't

 2    get the opportunity to spend as much time because I

 3    was trying to see these folks up in Harbin A and C

 4    to vote for me.  So it took a lot of my time because

 5    I did not know anything about these cities.

 6         Q.   And why was it a priority for you to reach

 7    out to the folks -- strike that.

 8              Was it a priority for you and your

 9    campaign to reach out to the folks in Harbin A and

10    Harbin C?

11         A.   Yes.  We wanted to -- anybody who knows

12    me, I truly believe that representing -- I come from

13    two parliamentary style governments, Jamaica and

14    Canada.  And I think that the United States has a

15    very interesting system of government, and from what

16    I read -- and I actually read the Constitution -- it

17    was important for me to ask everybody for their

18    votes.  Because I did not know any of the folks that

19    was there, it became a priority because we wanted to

20    reach out and let people know that we respect their

21    vote and we wanted them to vote for us.

22         Q.   Is it fair to say that you had to change

23    your campaign strategy in 2016 to reach out to these

24    new voters who had not been in the districts in 2012

25    or 2014?
```

1     A.   Absolutely.  It changed it dramatically

2  because I worked with Renita's campaign.  I knew

3  what was already there and because I didn't know

4  anything about these two cities, we had to now look

5  into the numbers, look to see what kind of voter

6  turnout is up there, and look who actually lives

7  there.

8          And then respect and try to figure out how

9  we can get the most votes out of those two areas.

10     **Q.   Earlier you mentioned experiencing some**

11  **racial hostility?**

12     A.   Uh-huh.

13     **Q.   Is that a yes?**

14     A.   Yes.

15     **Q.   And did you experience racial hostility**

16  **while campaigning in Harbin A and Harbin C?**

17     A.   Yes.

18     **Q.   Can you please describe in as much detail**

19  **as you can recall any subtle or overt racial**

20  **hostility that you experienced while campaigning in**

21  **those areas?**

22     A.   Well, I went up to one home and, you know,

23  the gentleman answered the door first and went to

24  get his son.  The mother comes out and basically

25  told me to get the F off of her property and there

1    was a Trump sign on the yard, but I mean, I'm not

2    thinking just because you are supporting Trump you

3    are not inclined to at least listen to me.

4           Then there was an issue -- there were

5    several actually, more minor stuff where, you know,

6    people would look out and not open the door, but you

7    cannot really tell if that is race based.

8           And then there was an incident where Susan

9    Clymer went up to the door and the gentleman was

10   willing to talk, and then as soon as he saw me he

11   said who is that.  Oh, there was one more incident.

12   This man came out without his shirt and Susan was

13   with me and she walked up first, and when he came

14   out he told me you don't think you are going to get

15   my vote, do you?  And I just said well, I just came

16   to ask you.  Well, you're not going to get it.  I

17   said okay.

18          So there were a lot of small incidents.

19   We had an issue -- those were involving me, but two

20   of my campaign staff was almost chased out of a

21   subdivision.

22     Q.   Could you describe that in more detail?

23     A.   So they were in the subdivision and they

24   had a Hillary Clinton bumper sticker, and a young

25   man on a cart -- golf cart basically almost ran them

```
 1    off of the road.  Run them into -- they were trying

 2    to get through the subdivision.  They wouldn't let

 3    them in, and he was pushing on the side of the road

 4    in the golf cart.

 5          And we had to actually get in touch with

 6    the HOA because they were --

 7    Q.    Who is the HOA?

 8    A.    The homeowners association for this

 9    subdivision.  And they end up apologizing because we

10    had to educate them again the difference between

11    soliciting and campaigning, which is one of our

12    civic responsibilities and rights.  And so it was

13    interesting.  Yeah, it was very disheartening at

14    times, but I know this country wasn't built on

15    people being soft or being afraid to do things, so

16    we just keep on moving.

17    Q.    Did you experience these kinds of events

18    while campaigning in other parts of House District

19    105?

20    A.    No, not at all.  Not at all.  You have

21    people that, you know, would say I'm voting for

22    Trump, you know, and you could even have a

23    conversation with them.  This was horrible.

24    Q.    And that includes white and Republican;

25    leaning voters as well, correct?
```

```
 1        A.    Yes, that's correct.

 2        Q.    No further questions.

 3                    RE-DIRECT EXAMINATION

 4   BY MS. HENDRIX:

 5        Q.     I have a few follow-up questions.

 6               First, Ms. McLeod, your attorney was

 7   asking you some questions about the precincts and

 8   you are looking at the documents in front of you?

 9        A.    Yes.

10        Q.    Can you tell me what those are?

11        A.    These are pages from my campaign plan.

12        Q.    And they were just refreshing your

13   recollection about the precincts.

14        A.    Yeah.

15        Q.    Can we make these an exhibit to the

16   deposition?

17        A.    Yes.

18        Q.    It will be Defendant's Exhibit Number 12.

19   We can make copies of those so you can take those

20   with you.

21               You described an experience with a

22   gentleman telling you that you were not getting his

23   vote.

24                    (Defendant's Exhibit Number 12

25                     was marked for identification.)
```

```
 1      A.   Yes.
 2      Q.   Did he say why?
 3      A.   He looked like he was in disgust.  This
 4   was not even about party, he was just disgusted that
 5   I was even there.
 6      Q.   And you believe he was disgusted that you
 7   were there because?
 8      A.   Because I was black.
 9      Q.   You were black?  And again is this an
10   experience where your experiences give you that
11   perception?
12      A.   Yeah, because when Susan -- we are
13   Democrats, so she certainly think it was me, my
14   physical being there was -- was not -- he had a
15   distaste, let's just say that.
16      Q.   Now, he did not say anything, right?
17      A.   No.  He did not use the N-word, but, you
18   know, that's one of the things that I've tried to
19   explain to you.  The N-word does not have to be used
20   for us to you know if we are being liked at all.
21      Q.   And the experience where some of your
22   volunteers were chased out of the subdivision, was
23   that because the individual did not want them
24   soliciting and was confused about the difference
25   between soliciting and campaigning?
```

```
 1        A.    No.  He was upset that they have a Hillary

 2   Clinton sign on the back of their car.

 3        Q.    Okay.  So this man did not like Hillary

 4   Clinton?

 5        A.    Apparently not.

 6        Q.    Did he say anything about race?

 7        A.    I don't recall Susan saying anything, but

 8   she called me back and she was really shaken.  And I

 9   had to call attorney for the Democratic Party of

10   Georgia and a letter was written to them, but I

11   don't believe any slurs were used or anything.

12        Q.    Was Susan there?

13        A.    She was there.  It was her and Sharon

14   Dallas-Chase.

15        Q.    And Susan is Caucasian?

16        A.    And so is Sharon.

17        Q.    No further questions from me.

18              MR. POWERS:  None for me either.

19

20         (PROCEEDINGS CONCLUDED AT 2:30 P.M.)

21

22

23

24

25
```

D I S C L O S U R E

STATE OF GEORGIA                    DEPOSITION OF

COUNTY OF FULTON                    DONNA MCLEOD

Pursuant to Article 10.B of the Rules and Regulations of the Board of Court Reporting of the Judicial Council of Georgia, I make the following disclosure:

I am a Georgia Certified Court Reporter. I am here as an independent contractor.

I am not disqualified for a relationship of interest under the provisions of O.C.G.A. 9-11-28(c).

I was contacted by the offices of Strickland, Brockington, Lewis, LLP to provide court reporting services for these proceedings.

I will not be taking this deposition under any contract that is prohibited by O.C.G.A. 15-14-34 (a) or (b).

I have no written contract to provide reporting services with any party to the case, any counsel in the case, or any reporter or reporting agency from whom a referral might have been made to cover this deposition.

I will charge my usual and customary rates to all parties in the case.

DATED: February 13, 2018

*Stephen Mahoney*

Stephen Mahoney
Certified Court Reporter
4921-4880-0199-0656

NAACP, et al. vs Brian Kemp, Austin Thompson vs Brian Kemp
DONNA MCLEOD                                                          115

C E R T I F I C A T E

I hereby certify that the foregoing deposition was reported as stated in the caption and the questions and answers thereto were reduced to writing by me; that the foregoing 113 pages represent a true, correct, and complete transcript of the evidence given on February 6, 2018 by the witness, Donna McLeod, who was first duly sworn by me.

I certify that I am not disqualified for a relationship of interest under O.C.G.A. 9-11-28 (c); I am a Georgia Certified Court Reporter here as an independent contractor of Orange Legal; I was contacted by Orange Legal to provide court reporting services for this deposition; I will not be taking this deposition under any other contract that is prohibited by O.C.G.A. 15-14-37 (a) and (b) or Article 7.C. of the Rules and Regulations of the Board; and by the attached disclosure form I confirm that Orange Legal is not a party to a contract prohibited by O.C.G.A. 15-14-37 or Article 7.C.of the Rules and Regulations of the Board.


This 13th day of February, 2018.

*Stephen Mahoney*

Stephen Mahoney
Certified Court Reporter
4921-4880-0199-0656



**Orange Legal**
**800-275-7991**

February 13, 2018

Donna McLeod
c/o John Powers, Esquire
Lawyers' Committee for Civil Rights Under Law
1401 New York Avenue, N.W.,
Suite 400
Washington, DC 2005


IN RE:  NAACP, ET AL. VS. BRIAN KEMP

Dear Donna McLeod:

This letter is to advise you that the transcript taken in
the above-referenced deposition has been transcribed.
Please contact our office at (800)275-7991 to make
arrangements to read and sign  or sign below to waive
review of this transcript.

It is suggested that the review of this transcript be
completed within 30 days of your receipt of this letter,
as considered reasonable under Federal Rules; however,
there is no Georgia Statute to this regard.

The original of this transcript has been forwarded to the
ordering party and your errata, once received, will be
forwarded to all ordering parties for inclusion in the
transcript.

Sincerely,

Stephen C. Mahoney, CVR, CCR, FPR
Court Reporter
Orange Legal, Inc.

cc:  MS. BARCLAY HENDRIX, ESQ; MS. ABHA KHANNA, ESQ

Waiver:

I, Donna McLeod, hereby waive the reading & signing of my
deposition transcript.

_____
Donna McLeod                          DATE



E R R A T A   S H E E T

I have read the foregoing transcript of my testimony given

on February 6, 2018, and wish to make the following changes.

Page No. _____ Line No. _____

Reason:_____

Page No. _____ Line No. _____

Reason:_____

Page No. _____ Line No. _____

Reason:_____

Page No. _____ Line No. _____

Reason:_____

Page No. _____ Line No. _____

Reason:_____

Page No. _____ Line No. _____

Reason:_____

I wish to make no changes. _____

_____

Signed: Donna McLeod, Deponent

Sworn and subscribed before me

This _____ day of _____

_____

NOTARY PUBLIC

NAACP, et al. vs Brian Kemp, Austin Thompson vs Brian Kemp
DONNA MCLEOD

Index: $1000..African-americans

| Exhibits |
| --- |

**020618_D.McLeod_Exhibit 01**

**020618_D.McLeod_Exhibit 02**

**020618_D.McLeod_Exhibit 03**

**020618_D.McLeod_Exhibit 04**

**020618_D.McLeod_Exhibit 05**

**020618_D.McLeod_Exhibit 06**

**020618_D.McLeod_Exhibit 07**

**020618_D.McLeod_Exhibit 08**

**020618_D.McLeod_Exhibit 09**

**020618_D.McLeod_Exhibit 10**

**020618_D.McLeod_Exhibit 11**

| $ |
| --- |

**$1000** 46:4

**$105** 97:22

**$15** 31:10

**$50,000** 37:1

**$680** 19:7 104:11

| 0 |
| --- |

**01** 43:8

**02** 45:23

**03** 46:14

**04** 55:7

**05** 57:11

**06** 58:5

**07** 60:15

**08** 61:11

**09** 64:5

| 1 |
| --- |

**1** 43:5

**10** 82:25 83:1,5 86:2

**105** 26:5 28:25 64:15 79:25 80:1,10,11 84:7,21 86:12,16,20, 22 87:1,20 89:14 90:17 92:4,11,25 93:4 94:5 97:21 105:21 106:6 110:19

**11** 85:15,16,20

**111** 84:7 86:12 87:14 90:17

**12** 84:4 111:18,24

**124** 59:16

**13** 86:7

**14** 86:9

**1420** 75:16

**17** 40:11

**18th** 6:14

**1965** 98:23

**1968** 7:13

**1977** 7:19

**1998** 7:20 13:21

**19th** 7:13

**1st** 58:10

| 2 |
| --- |

**2** 45:21

**2007** 15:6

**2008** 15:13 23:12,13 27:11

**2009** 15:10

**2010** 27:11,13

**2011** 89:22

**2012** 8:6,11 23:11 52:15 66:14 105:24 107:24

**2014** 19:5 21:16 28:6 66:14 105:24 107:25

**2015** 28:1 87:18,25 92:3 95:8 100:20 105:21

**2016** 21:21 27:25 28:6,7,25 30:18 42:25 44:16 46:21 49:21 51:12 58:9,10 60:19 61:18 100:23 103:18 107:23

**2017** 64:9

**2018** 97:6

**2100** 91:24

**22nd** 46:18

**25** 93:6

**2:30** 113:20

| 3 |
| --- |

**3** 46:13

**30045** 6:12

**31** 6:25

**31st** 97:18

**37** 20:1

**3rd** 60:19

| 4 |
| --- |

**4** 50:21 55:6

**415** 6:11

| 5 |
| --- |

**5** 57:7

**5000** 50:7 76:8

**5566** 87:17 95:9

**566** 95:17

**5th** 97:15

| 6 |
| --- |

**6** 58:1

**62** 19:24

**63** 19:25

| 7 |
| --- |

**7** 60:12

| 8 |
| --- |

**8** 61:6,8,9 83:20,21

**8-19-2016** 56:7

| 9 |
| --- |

**9** 61:5 64:2 82:25

**94** 13:14

**96th** 25:25

| A |
| --- |

**Abha** 16:15

**ability** 7:9 59:21,23

**Abrams** 53:3 58:23

**absentee** 34:10,12, 13,18

**absolutely** 27:18 52:22 73:17 76:18, 82:2,11,23 85:12 108:1

**accompany** 67:9 69:13

**Accountability** 20:11

**accountable** 102:23

**accounting** 44:10

**accurately** 7:10

**ACLU** 21:19 22:22

**action** 19:4 48:1 51:16

**active** 68:7

**activity** 66:16

**actual** 87:18 92:15 100:9

**ad** 59:10

**add** 16:6

**added** 89:24 92:23, 24 105:20

**address** 6:10,13,18, 21 81:20 82:13 83:23

**addresses** 50:2

**ads** 59:20 74:20 75:7,8

**advertisements** 74:12

**advice** 53:14

**advocacy** 26:17

**advocating** 35:21 99:4

**affect** 39:23 101:5

**affects** 101:10

**affiliate** 78:21

**afraid** 110:15

**Africa** 74:3

**African-american** 31:19 42:5,7,12 66:24 68:10 69:9,23, 25 70:24 71:1 90:1 95:15 96:25 98:6 99:14 103:5,9 105:1, 6

**African-americans** 42:18 91:23 98:5,20, 23 99:16,18 103:14

NAACP, et al. vs Brian Kemp, Austin Thompson vs Brian Kemp
DONNA MCLEOD                                                                Index: age..campaigns

**age** 77:25 92:5,12

**ages** 6:23

**agree** 41:2 81:4 82:11,15

**ahead** 5:14 51:8 73:7

**AJC** 87:6

**allegations** 9:20 10:18 86:13

**allowed** 10:21

**allowing** 40:3

**alternative** 36:4

**Alyer** 18:9

**amazing** 47:24

**Amendment** 31:4

**American** 19:10

**analysis** 13:18

**anger** 89:20 90:14

**answering** 8:25

**answers** 4:25

**anticipate** 86:10

**anymore** 49:1 97:13

**apologizing** 110:9

**Apparently** 113:5

**appeals** 78:23 104:16

**applying** 21:1

**appointed** 26:18

**April** 44:16

**Archer** 80:4

**area** 39:4 56:4 69:16

**areas** 41:9,20,25 42:17 60:7 71:3 77:9,10 108:9,21

**Arizona** 18:12

**arrested** 11:12

**article** 85:1 86:24 87:10,12

**ashamed** 54:24

**Asia** 74:1

**Asian** 74:1

**association** 71:16 110:8

**assume** 11:14 82:20 86:20

**Atlanta** 23:23

**Attachment** 84:3,5 86:8

**attend** 96:2 99:20

**attendee** 27:17

**attorney** 5:8 63:13 111:6 113:9

**attorneys** 83:16 84:18

**audible** 4:25

**Austin** 21:7 66:9

**automatic** 34:9

**automatically** 39:2

**avoid** 4:21

**aware** 79:6,8,13 84:13,16 86:15 87:17

**awesome** 7:7

---

**B**

**baby** 12:2 30:10 67:9

**back** 10:25 13:14 26:4 36:13 39:22 62:6 65:3 81:16 87:25 88:5 94:21 97:21 100:20 103:6,7 113:2,8

**background** 11:3, 18 31:25

**bad** 77:11

**ballot** 29:10 34:10, 12,18 101:25 102:2, 3,5

**ballots** 34:13,21,23

**banking** 29:18

**barbecue** 55:16,23 70:13 74:21

**barbershop** 59:10, 11,25 60:1,6 74:16, 17

**Barclay** 4:9

**Barrack** 23:10

**based** 38:17 39:1 40:3 54:5 56:14 65:8 80:21 99:14 101:22 109:7

**basically** 10:20 17:13 29:4,6,15 39:18,21 40:3 48:6 52:10 59:16 78:20 87:13 90:17 91:19 102:5 103:13 108:24 109:25

**basis** 18:1

**begin** 46:25

**beginning** 20:10

**behalf** 69:14

**behavior** 56:14,15 73:10

**behaviors** 56:16 57:3

**belief** 96:10

**beliefs** 40:4

**believed** 81:3

**belong** 18:24

**Bethlehem** 30:2 41:21,24,25 42:20, 22 63:3 65:12 73:11 76:15,21 77:11 82:22,23 92:23,24 93:3,5 106:2

**big** 80:20 88:19,23

**biggest** 65:14,16 103:25

**bill** 31:9,11 40:1 81:10,13 95:9,17

**bills** 33:7

**birth** 7:12

**bit** 56:23 57:1 65:13

**black** 73:20 77:5 91:19,20 92:4,12 104:20 112:8,9

**blacks** 69:7 74:2

**blatant** 99:2

**blow** 14:14

**blow-molded** 14:15

**board** 20:19 21:5,8 66:21,22 99:21,22 100:1,5,11 101:23 102:13 103:12 104:1

**Bob's** 93:14

**bombard** 40:8

**bondage** 73:20

**border** 106:14

**born** 7:14,15 54:22, 25

**bottle** 13:15

**bottles** 14:15

**bottom** 37:15 47:25 48:20 61:22 83:21

**bought** 55:22

**boxes** 13:15

**Brampton** 11:21

**branched** 18:10

**break** 5:12,16 16:8 35:10 46:9 64:20,21, 23 65:1 95:7 105:9, 11

**breakfast** 27:16 89:8,9,18 90:24 93:11,12 96:4,8

**Brenda** 96:6

**Brian** 103:20

**bring** 37:14 91:24

**bringing** 14:24

**broadly** 65:4

**broke** 36:21

**Brumbaugh** 63:14

**Bryce** 14:14

**Builder** 29:6 48:24

**49:**3,7,8,14,17 50:2 54:5 76:7

**built** 110:14

**bumper** 109:24

**bunch** 53:23

**bus** 36:5 37:17

**business** 22:7 27:15 46:1,5 57:14 60:18

**butts** 65:6

---

**C**

**call** 12:13 16:1 48:23 75:13 102:9,12 113:9

**called** 12:23 13:6,10 18:9,16 29:6 33:7 39:17,19 40:18 75:16 86:25 87:3,19 113:8

**calling** 31:4 33:16 88:24 93:17 99:8

**calls** 48:20 49:18 67:12 81:9,11,12,14

**campaign** 23:9,24 24:3,8,13,18 25:7 28:23 29:3,18 35:19 40:6 42:15,25 44:7, 12,15 45:4,15 47:5 48:11 51:24 52:7,19 53:9,10,11,19 54:7, 10,12 57:22 60:22 61:16 63:25 64:8,13, 17 65:1,5 66:6,11, 17,25 67:4,13 68:25 69:4 70:12,18 72:10 74:13 75:11 79:3 106:7 107:9,23 108:2 109:20 111:11

**campaigned** 35:15

**campaigning** 24:12, 22,25 32:13 33:3 36:6,14 42:21 78:24 93:2 106:24 108:16, 20 110:11,18 112:25

**campaigns** 23:5,20 47:16

NAACP, et al. vs Brian Kemp, Austin Thompson vs Brian Kemp
DONNA MCLEOD

Index: campus..conversation

**campus** 31:8 35:7, 19

**Canada** 7:17,19 107:14

**candidate** 23:5 78:25 91:17 98:12, 13,19 102:6 104:17

**candidates** 24:5 84:7 86:11,16

**CANI** 19:13 20:15, 18 21:15

**canvassers** 62:18,21 65:19,20 66:4 68:1

**canvassing** 25:10, 13,23 56:8 62:14,22, 23 65:16,18 67:10 106:16

**capital** 31:6

**caption** 85:19

**car** 5:18 64:22 73:8 113:2

**cards** 50:8 56:7,12

**care** 5:25 98:9 102:20

**Caribbean** 75:13,14

**Carolina** 23:16

**Carolyn** 60:22

**carry** 31:8 35:7,19

**cart** 109:25 110:4

**cartons** 14:20,22

**Cascade** 12:24

**case** 4:10 9:11,12,21 10:18 11:5 83:7 84:14,19,22 85:19 86:19,24 87:7 91:18 94:8

**cases** 104:24

**Catholic** 23:2

**Caucasian** 68:14 70:2 106:17 113:15

**Caucasian,when** 73:7

**caucus** 51:25 52:24,

25 53:1 90:5

**caught** 88:21

**Cedarhurst** 6:11

**Central** 80:3

**certifications** 14:4

**certified** 17:11

**chair** 26:17

**challenger** 29:4,5 97:14

**chance** 22:18 57:8 61:10

**Chandler** 25:18,19 32:20,21 33:3,21 34:14 35:3 38:22 39:6 41:6 78:25 79:14 81:2 97:13 104:15

**Chandler's** 37:7 79:3

**change** 10:22 36:9 38:7 52:17 75:2 89:21 107:22

**changed** 29:23,24, 25 73:10 88:9,11 92:20,22 108:1

**changing** 81:11 87:20

**chapter** 22:15

**charge** 9:13 44:14

**chart** 84:6

**chased** 109:20 112:22

**chemical** 12:15 13:7

**Chempak** 12:23

**Chicago** 18:11

**Chief** 24:4 25:8,11

**choice** 76:16 91:9 96:24

**choose** 41:4 59:19 76:4

**chose** 50:4

**church** 68:18 69:11, 19,20

**churches** 69:12,13, 14,15,20,21,24 70:1, 3,5

**circles** 47:13

**cities** 80:7,14 89:24 107:5 108:4

**citizen** 8:10 19:6

**citizens** 19:10 102:21

**city** 23:25 24:18 92:15,22

**civic** 19:16 21:17 22:20,23 110:12

**civically** 19:15

**civil** 73:21

**claims** 83:25 86:13

**Clarence** 23:21 24:7

**Clarkston** 6:16,17

**Claudette** 68:17

**Clay** 71:19

**clear** 5:4 73:13 76:21,23 78:4 92:1 95:24 99:10

**clients** 15:22 16:22, 23,24 59:23

**Clinton** 109:24 113:2,4

**close** 14:24 32:17 33:24 34:2 63:5

**closed** 34:24

**closing** 18:15

**club** 18:24

**clue** 88:12,14 97:12

**Clymer** 45:3 46:7 47:1,4,9 51:15 55:15 68:13 73:6 87:5 109:9

**Coie** 16:15

**colleagues** 97:2

**collect** 82:13

**collects** 49:8

**college** 11:25 12:4,7, 11

**color** 10:24 38:4,14, 20 42:13,14,19 54:6, 11,13,15 72:14 73:22 74:4,9 77:2 78:8 98:4 101:2,4, 10,15

**comfortable** 54:15

**comments** 33:18

**Commissioner** 100:11 101:23

**commissioners** 100:21

**committee** 26:16,19 27:3 28:8,11 40:19 51:24 52:8 83:18 85:5

**committees** 48:2 52:19 60:22

**communication** 45:9

**communities** 80:8 106:5

**Community** 19:4

**compact** 93:8,10

**companies** 15:23 16:1 17:5,14,17,22 18:7,19 36:10

**company** 12:22 13:3,6,10,12 14:9 15:3,4,6,8,15 18:3,9, 16 49:5 56:13

**compiling** 44:14

**complain** 94:5

**complaint** 86:14

**complaints** 18:13

**completely** 100:15

**compliance** 17:15 18:13

**concentration** 76:10

**concentrations** 42:1

**concern** 92:18

**concerned** 92:14,15

**CONCLUDED** 113:20

**Confederacy** 73:19

**Confederate** 73:11, 15 76:24 77:1

**conference** 16:6 83:9

**confused** 112:24

**confusing** 100:15

**Congressional** 100:13 101:20

**consequences** 36:10

**considered** 72:1

**constituents** 62:4

**Constitution** 19:8 20:4 107:16

**consulting** 15:6,7, 14,25 16:20,22 17:2, 22

**contact** 52:6 68:22

**contacted** 61:25 68:24

**contention** 102:16, 18

**continuing** 64:12

**contract** 15:24

**contracting** 15:18, 23 17:17

**contractor** 18:1

**contrasting** 54:17

**contribute** 48:11

**contribution** 44:15 45:11 58:22 60:19 64:8 72:1,6

**contributions** 44:17 45:3 46:21,25 51:11, 15,23 58:9,13 61:16, 17,21 65:2

**convention** 26:22

**conversation** 4:23



NAACP, et al. vs Brian Kemp, Austin Thompson vs Brian Kemp
DONNA MCLEOD

37:20 88:19 89:11,
12,15 92:19 110:23

**conversations**
88:23 92:10

**convicted** 11:15

**convinced** 30:24

**Cooking** 93:14

**coordinating** 25:12

**copies** 111:19

**Corner** 93:15,16

**correct** 10:13 28:21
32:25 33:1 42:2
45:13 46:22 47:2,3
51:13,16,17 58:11
60:20,23 61:19
72:13 85:9 89:5
110:25 111:1

**correlation** 97:24

**Council** 23:25 24:18
71:13,15

**count** 56:8

**counted** 34:11,19,
20,21

**counterpart** 9:23

**counties** 104:3

**countries** 99:8

**country** 17:9,10
18:25 19:17 39:4
56:24 98:23 99:14
110:14

**county** 6:18 8:3 9:11
10:20,21 36:3 37:11
65:9 75:6 95:1 96:16
100:5,9,10 101:5,6
102:13,16 104:19

**couple** 20:22 32:4
33:5 36:20 44:20
47:1 48:1 55:5 59:12
68:24 70:15 73:12
105:17

**court** 4:20 10:9
16:12,17 23:23 61:6

**cover** 44:17 46:21
74:25

**covered** 53:25 74:18

75:1 76:5

**covering** 64:9

**covers** 51:10

**Crawford** 21:8

**crazy** 100:10

**created** 89:22 95:4

**crime** 11:15

**CROSS-
EXAMINATION**
105:15

**current** 6:10,17,20
15:17 16:20 65:9

**cut** 95:13,14

**D**

**D-O-N-N-A** 6:5

**D-U-R-G-I-N** 68:3

**Dacula** 30:2,3 41:21,
24,25 42:20,22 63:2,
3 65:12 69:19 70:16
72:16 76:14,15 77:3,
10 88:13 92:23,24
93:3 106:1,8,14,16

**Dalco** 14:19

**Dallas-chase**
113:14

**Dante** 53:6

**Darlyn** 44:3,4 68:14

**Darrell** 44:2

**data** 56:7,12 77:22

**date** 7:12 28:9

**daughter** 6:22,24
8:15 11:10 21:9 67:3

**day** 14:24 35:5 49:21
57:14 60:18 62:1,2,
10,18,20,21 65:19

**days** 30:17 46:1,5

**deal** 30:22

**dealings** 30:20 31:5
33:2

**debate** 32:12

**debates** 32:3,7

**December** 61:17

**decided** 30:8 31:21

**deciding** 30:21 72:9

**decision** 10:6,8
30:16 99:25 100:17

**defendant** 4:10
16:16 43:4 85:16

**defendant's** 43:8
45:21,23 46:13,14
55:7 57:7,11 58:1,5
60:12,15 61:5,11
64:1,5 82:25 83:1,5
85:14,20 111:18,24

**defenses** 83:25

**define** 73:24

**degree** 12:14

**Delco** 80:23

**democracy** 19:12,
19 77:19 100:18
102:20

**Democrat** 26:25
28:3 49:10 56:25
57:4 66:3 78:7

**Democratic** 19:1
26:11 27:10 28:14
47:11 51:19,23,24
52:7,16,19,23 68:6
72:12,14 74:9 89:4
90:15 91:13 93:12,
24 96:3 98:3,6,21
113:9

**Democrats** 29:9
49:19,23 56:22
71:19 112:13

**demographic** 38:7
72:9 78:1

**demographics**
10:22 52:17 54:5
75:3

**Dems** 22:16 48:13

**depends** 15:19,25
49:15

**deposition** 4:15
8:14,20,23 11:6
111:16

**describe** 108:18
109:22

**detail** 56:19 94:5
108:18 109:22

**details** 8:16

**determine** 48:22
49:9 57:4 88:16

**device** 16:23,25 17:4

**devices** 17:6

**Dewey** 30:23 48:4
96:7

**differ** 39:9

**difference** 38:21
110:10 112:24

**differently** 56:23

**difficult** 10:23
101:13

**dilute** 96:24

**diluted** 91:19,20

**diluting** 93:10

**DIRECT** 4:6

**direction** 52:16
89:15 99:3

**disclosed** 64:11

**disclosure** 43:20
50:24 61:17 64:9
83:3 97:17

**disclosures** 71:24
85:17,25

**discoverable** 83:24
86:5,12

**Discovery** 19:14

**discriminate** 39:21
40:2

**discriminates** 81:10
103:1

**discrimination**
9:24

**discriminatory**
95:10,18 96:10,21

**discuss** 94:4

**discussed** 54:19

90:12 93:13,23

**discussing** 94:2

**discussion** 16:11

**discussions** 33:12
95:22 96:18

**disenfranchised**
99:13

**disenfranchisemen
t** 99:15,18

**disgust** 112:3

**disgusted** 112:4,6

**disheartening**
110:13

**dismal** 20:2

**disrespectful** 78:4

**distaste** 112:15

**district** 26:1,5 28:25
29:20,23 35:14,22
41:9,23 42:7,16
52:20 54:9 56:4
59:12 62:1,10,25
63:1 64:15 65:25
66:2 69:12,17,18,21,
22 71:3 79:25 80:1,
2,7,9,10,15,17,18,20,
24,25 81:4,12 82:1,
14,18 87:9,20 89:21,
22 90:1 91:23,24,25
92:5,6,7,15,19,22
93:8 94:16,18,19,25
95:5,6 101:20,21,23
102:7 105:2,21,24,
25 106:6 110:18

**districts** 39:12
86:12,16 87:14 90:5
91:13 106:3 107:24

**diversity** 10:21 71:8

**document** 43:6,16,
19,22 45:22 50:19,
23 57:9 58:4 61:14
64:4 83:2,4,21 85:25
86:3

**documents** 41:15
43:3 111:8

**donate** 22:23

**donation** 51:16
57:13,23 59:1 72:1

NAACP, et al. vs Brian Kemp, Austin Thompson vs Brian Kemp
DONNA MCLEOD

Index: donations..find

**donations** 44:20 47:1 48:2 59:2

**Donna** 4:2 6:5

**door** 29:15 62:16 72:19 73:9 82:6 106:17 108:23 109:6,9

**door-to-door** 23:17, 18 24:23 50:15

**doorknocking** 29:18

**doors** 24:10 25:13 36:7,14 50:14,16 76:1,4,8,14,20 78:19

**dramatically** 108:1

**draw** 94:21 99:19

**drawn** 10:23 91:16 94:20,23,25 96:15

**Drinks** 13:11

**drive** 60:4 93:6

**drops** 59:2

**drove** 62:9

**drug** 14:1

**Duluth** 93:20

**duly** 4:3

**Durbin** 68:2

**Durgin** 67:24 68:3,4

**Durgin's** 68:9

**duty** 81:3,6

---

**E**

**e-mail** 81:19 82:13

**e-mailing** 33:15

**E-N-V-I-R-O-Q-U-A-L** 15:9

**earlier** 49:4 108:10

**early** 100:19 103:2,3

**earned** 53:24,25

**easier** 37:6

**easiest** 37:5

**east** 74:1

**easy** 100:18

**ECO** 18:17

**Ecolab** 13:6

**economy** 39:23

**edge** 91:18

**educate** 19:13 110:10

**education** 40:21

**educational** 11:17

**EEOC** 9:10,12,14 10:6,7,8

**effect** 101:2

**effective** 36:18 53:22

**egg** 14:20,22

**Eighty-nine** 12:17

**Eighty-six** 11:24

**elect** 20:5,12 27:2

**elected** 28:8 81:24 96:5,12 103:4

**election** 19:24 20:10 24:15 25:17,20 26:2 29:3 33:22 35:4 60:8 62:1,10,18,20,21 65:19 70:9 74:10,11 78:24 79:1,4,23 102:13,25 104:18

**elections** 20:1 94:17 95:7 99:21,23 100:2, 6 103:12 104:1,16

**Electrosol** 12:24

**element** 37:14,19,24 38:1,19,20

**Elementary** 80:4

**elements** 37:15

**empathy** 37:3,5

**employ** 15:20 20:18

**employee** 44:7

**employees** 36:13,17

**employer** 9:16,17, 18 10:7 15:17

**employers** 80:21

**employment** 16:20 18:22 57:17

**enacted** 95:9,17

**encourage** 30:11

**end** 20:11 27:9 62:18 63:6 110:9

**ended** 21:21 88:18

**ending** 21:24

**endorsed** 58:15

**endorsement** 71:10, 17,19,25 72:5

**endorsements** 71:12

**energy** 27:8

**engaged** 19:15

**engineer** 12:22

**Engineering** 12:15

**enlighten** 17:1

**ensure** 94:18

**ensuring** 10:21

**enter** 12:19

**entered** 12:20

**entire** 44:12

**entity** 102:8

**entry** 56:6,9 59:9 61:22 63:9 84:6

**enviromental** 18:17

**environmental** 16:24

**Enviroqual** 15:9

**equal** 9:22

**established** 102:6

**event** 106:7

**Eventbrite** 65:22

**events** 24:13 70:12, 14 110:17

**eventually** 12:4

**EXAMINATION** 4:6 111:3

**examined** 4:3

**examples** 16:21 39:10

**excellent** 42:8,9

**excitement** 72:22

**exercise** 19:19

**exhausted** 63:6

**exhibit** 43:5,8 45:21, 23 46:13,14 55:6,7 57:7,11 58:1,5 60:12,15 61:5,9,11 64:1,5 82:25 83:1,5 85:14,16,20 111:15, 18,24

**expanding** 41:1

**expenditure** 49:21

**expenditures** 44:18 46:22 48:17,19 49:25 51:11 55:6 56:10 58:9 59:7 61:18 62:13 65:2

**experience** 108:15 110:17 111:21 112:10,21

**experienced** 108:20

**experiences** 112:10

**experiencing** 108:10

**expertise** 18:6

**explain** 91:10 112:19

**express** 103:7

**expressed** 96:9 103:11

**expressing** 97:1

**extraordinary** 47:18

---

**F**

**Facebook** 65:21

**facility** 18:11

**fact** 8:14 10:22 38:18 39:1 86:21 91:11

**fail** 19:25

**fair** 106:23 107:22

**falls** 80:25

**familiar** 29:20 31:20 32:22 43:7 57:18 59:24 60:1

**family** 11:9 25:15 48:13

**fared** 41:22 42:6

**fast** 40:10

**favor** 34:13 35:16 36:19 90:10 91:3,17, 25

**favorable** 72:15 76:13

**FDA** 17:5,7

**fee** 22:9

**feel** 94:11

**feeling** 38:13,15 77:4

**feels** 39:7

**felt** 37:12 78:12 82:5 90:16 91:8 96:23,24 98:25 103:4

**female** 54:16

**field** 67:24

**figure** 27:9 42:17 108:8

**file** 9:13 44:23 51:8

**filed** 10:9 44:16 46:20 51:1 58:9

**files** 51:4,9

**filled** 43:22

**fills** 43:25

**filters** 104:2

**finally** 5:11

**financial** 43:20 50:24

**financially** 47:21

**financing** 53:20

**find** 29:7,9 65:19

NAACP, et al. vs Brian Kemp, Austin Thompson vs Brian Kemp
DONNA MCLEOD

75:23 77:21 101:21,
22 102:9 104:10

**finding** 20:17 66:4

**finish** 5:14 11:3
87:22

**finished** 13:21 105:9

**firm** 15:23 16:20,22

**fit** 14:4

**flag** 73:15 76:25 77:1

**flags** 73:11

**flip** 43:12 48:16
51:14 55:5 58:3,12
59:6 61:8,20 62:12
64:2 84:4

**floor** 88:5

**flyer** 50:1

**flyers** 50:5,9 73:8

**FM** 75:22

**focus** 20:14 54:3

**focused** 25:15 84:22

**focusing** 75:5

**folks** 34:19 48:12
78:17 107:3,7,9,18

**follow-up** 111:5

**food** 41:5

**Forbes** 68:17

**forget** 31:16

**forgot** 16:5

**formed** 89:21

**found** 19:9 98:14

**fourth** 45:2 46:24
55:11 58:12 61:21

**Fredrick** 7:4

**free** 74:21

**freedom** 31:9 39:19,
24 40:1 81:10

**frequently** 47:15

**friend** 47:7

**friendly** 33:8 52:24
54:7,12 66:10

**friends** 48:14 58:23

**front** 111:8

**full** 6:3

**fully** 34:18

**fund** 64:17

**fundraiser** 55:16,24

**fundraisers** 20:22

**fundraising** 53:20
97:8,16,19,23

**funds** 53:19

**future** 64:13

---

**G**

**garage** 5:19

**Garrett** 9:19 15:12

**gas** 59:10,15 60:3,6
74:17

**gave** 38:15 53:11
55:21 72:3

**gay** 39:18 40:5

**gays** 39:21 40:2
81:11

**general** 25:16 32:19
33:22 43:2 67:18,22
70:9,11 72:11

**generally** 8:19
10:19 33:8

**generous** 46:9

**gentleman** 61:24
108:23 109:9 111:22

**George** 67:24

**George's** 58:13

**Georgia** 6:12 7:21
14:16 22:15 23:14
28:14 29:8,12 30:5
39:24 51:24 52:23
58:21 65:25 71:11,
15,16 83:8,10 84:7
85:2 90:7,16 97:25
99:18 103:1 104:16,
21 113:10

**Georgians** 39:18

**gerrymandered**
87:15,16,25 88:7,17,
20 90:6 94:6,17

**gerrymandering**
87:17 91:14,19

**give** 4:25 18:6 20:23
22:23 46:4 48:14
71:25 84:10 91:18
95:7 112:10

**glad** 7:6

**glass** 13:15

**golf** 109:25 110:4

**good** 12:3 15:5 23:2
41:24 56:19 64:19,
20,21 76:10 86:22

**governed** 17:5,6

**government** 19:11
35:8 38:23 39:1,7
80:21 107:15

**governments**
107:13

**graduate** 11:22
12:16

**grandson** 6:22 7:3

**grants** 21:1

**grassroots** 20:20
29:19

**Grayson** 7:4 30:1
41:18,19 42:4 63:3
69:20 76:12 80:3

**great** 30:22

**grocery** 36:24

**ground** 4:19 19:6,9
47:22

**guess** 37:12 54:21
56:21

**guidance** 18:6

**guns** 81:12

**guy** 103:11

**Gwinnett** 6:18 8:2
9:10 10:15 11:7
22:16 26:25 27:5,10
28:3 36:2,11 47:10
48:13 51:19 68:6

71:7 75:4 80:18,19
84:22 85:7 89:4
93:12,24 94:9 96:2,
16 100:5,9 102:13,
16

**Gwinnett's** 75:2

---

**H**

**H-U-M-B-E-R**
12:10

**half** 13:4

**hall** 81:18,19

**Hamilton** 23:24
24:17 29:21 30:7
33:4,14,25 87:19
93:2

**Hamilton's** 25:2
26:4

**hand** 45:20 46:12
50:16 57:25 60:11
61:4 82:24 84:6
85:13

**handle** 95:4

**handouts** 55:12

**happen** 5:23 59:11

**happened** 87:18

**Harbin** 105:25
106:1,5,7,24 107:3,
9,10 108:16

**hard** 37:3 63:5

**hat** 95:6

**hate** 97:23

**HB** 87:17

**HD** 84:7 92:4,11,24
93:3

**head** 5:1

**healthcare** 35:24
40:22,23,24 41:3

**hear** 37:10 88:15
103:23

**heard** 4:18 37:13,21
40:15,16 79:22
86:23 88:20,21 92:2,
9 96:17

**heart** 99:1

**heaviest** 71:1

**held** 22:14 28:2
55:16,24 93:12

**helicopters** 100:23

**helped** 24:5,6 29:21

**helpful** 39:9,11

**helping** 18:13 25:12
33:13

**Hendrix** 4:7,9 16:8,
18 43:18 61:7 64:24
83:8,13 105:12
111:4

**heritage** 75:13

**hesitant** 76:17,19

**high** 11:19,20 19:14
80:3 105:3,7 106:2

**high-performing**
105:24

**higher** 20:6,7 103:9

**highest** 19:23

**Hillary** 109:24
113:1,3

**hip-hopish** 57:2

**hire** 15:23 18:1

**hired** 62:17 65:19

**Hispanic** 74:2

**history** 16:20 18:23
49:9,13 99:14

**HOA** 110:6,7

**hold** 32:9 70:12

**home** 93:14 108:22

**homeowner** 73:10

**homeowners** 110:8

**homes** 72:17 73:12
77:17

**honest** 48:25 94:7

**honestly** 56:18
94:11

**hope** 59:14,16 82:15
94:21

NAACP, et al. vs Brian Kemp, Austin Thompson vs Brian Kemp
DONNA MCLEOD

horrible 110:23

hospital 80:16,17

host 70:19

hostility 108:11,15, 20

hour 31:11 100:24

hours 5:21

house 24:3 51:24 52:23 66:20 70:15, 17,19 77:24 78:1 80:1,10 86:11,16 90:6,7,13 95:9,17 100:12,13,14 101:20 105:21 106:6 110:18

household 72:20

hue 73:25

huge 14:15 41:17

Hugley 60:24

Hugley's 60:22

human 41:4

Humber 12:7,9,11

hurricane 80:19

hurt 89:13

husband 51:16 73:2

**I**

I' 54:13

ideas 38:23

identification 43:9 45:24 46:15 55:8 57:12 58:6 60:16 61:12 64:6 83:6 85:21 111:25

identified 84:14

identifies 49:15

identify 29:11

identifying 84:1

ideology 98:7,18

immigration 99:11, 12

impacted 103:5

impair 7:9

impeachment 84:1

important 19:16 20:9 29:2 32:10 39:3,5 40:12 107:17

in-kind 55:19,20

incident 73:6 109:8, 11

incidents 109:18

inclination 54:14

inclined 98:22 109:3

include 88:13

included 30:2 92:12

includes 110:24

incorrectly 63:15

incumbent 32:25

independent 17:25

indications 77:2

Indiscernible 25:6

individual 18:4 83:23 112:23

individually 71:18

individuals 29:15 37:23 47:16 48:9 86:10,17 96:9

Industrial 93:15

industries 80:15

industry 80:23

information 18:18 49:12 72:9 83:24 84:2 85:11 86:5,13, 17,20 90:21 102:9

inhumane 100:25

initial 83:3 85:17,24

initially 28:25 37:12

Initiatives 19:4

inject 78:25

injected 79:4

injecting 79:14,22 104:17

institutionalized 13:7

institutions 22:25 23:1

integrated 71:4,6

intended 44:17

interactions 33:9 76:9

interest 80:8,12,13 99:1

interested 52:11,13 70:21

interesting 107:15 110:13

international 17:11

interrupt 16:4 84:24 100:5

interviewed 75:10

introduce 16:13

introduced 4:8

involved 10:15 21:25 26:12,25 28:16 47:15 51:18 54:9 85:6 86:18 104:23

involvement 28:13 47:5,19

involving 109:19

islands 74:3

ISO 17:7,11

isolated 39:18

issue 40:12,15,17 41:3 54:23 104:22 109:4,19

issues 4:12 18:13,17 31:7 32:8,10 33:7, 12,15,16 35:2 36:21 37:8 40:11,20 99:5

itemized 45:2 46:25 48:16,18 49:25 51:14 55:6 56:9 58:13 59:6 61:21 62:13

items 55:22

**J**

Jamaica 7:15 54:25 107:13

Jamaican 12:9 54:22

Jenna 66:18

job 12:21 13:23

John 105:19

Johnston 23:21 24:7

join 22:2 27:5

joined 16:12 27:11, 13 47:10 66:11

Jordan 56:1,2

Joyce 25:18 32:20

judge 23:23

juice 13:13,15,16

July 46:20 91:2

June 46:22

**K**

Kelleher 6:25 21:9

Kemp 85:24 103:10, 19,20

ketchup 55:21

Khanna 16:15

kids 39:13

Kimberly-clark 18:10

kind 17:20 36:21 65:3 67:9 74:19 81:18 108:5

kinds 20:23 110:17

Kingston 7:15

knew 47:12 53:1,3,4, 8 72:15 87:24 88:21 89:25 108:2

knock 72:19 76:4, 14,19

knocked 36:14

75:25 76:7

knocking 24:10 25:13 29:16 36:7 50:16

knowing 94:3,4

knowledge 19:10 94:8,9,10 106:4

Kroger 36:15,16

Krystal 6:25 7:1 21:9

Kuwanee 21:19

**L**

lab 13:1,18

Labor 71:13,14

lack 19:10

ladies 53:7

lap 59:3

large 41:25

lawn 72:25

Lawrenceville 6:11 24:1 30:1 41:13,17, 18 42:3 56:5 59:13 63:3 69:20 70:16,25 71:5,6 76:11 80:14 93:6 95:13,14 105:6, 23 106:14

lawsuit 4:13 9:6,9 10:14,15 11:10 87:1, 24 93:23,25 94:6,14

lawsuits 85:3

lawyers 83:18 85:4

lead 103:8

leader 53:3 88:24 89:17 90:23 93:19 96:1

leadership 28:3

leaning 49:10,11 77:16 110:25

Lear 14:14,18 15:10

led 56:18

left 13:21 84:6

NAACP, et al. vs Brian Kemp, Austin Thompson vs Brian Kemp
DONNA MCLEOD

**legislation** 31:1 57:18 90:8

**legislative** 51:23 52:7,19 81:21

**legislator** 31:3

**legislators** 40:18 95:2

**legislature** 30:5,21 94:24

**lesbian** 40:5

**lesbians** 39:22

**letter** 113:10

**level** 26:12 28:16

**liberty** 39:17 81:10

**life** 77:5

**Lincoln** 98:25

**lines** 10:23 29:25 56:8 87:20 88:6,8,16 91:16 94:21,23 96:15 99:19

**link** 87:11

**list** 45:3 48:25 51:22 58:13,14 59:7 62:13 71:11

**listed** 50:1 86:16

**listen** 100:22 109:3

**Literally** 61:24

**litigation** 63:18,21 85:7

**live** 6:15,20 39:4 95:20

**lived** 6:16 42:17 77:17 101:12

**lives** 108:6

**LLC** 15:9,10

**loan** 45:15

**local** 26:23 58:19 69:1 81:1

**located** 59:13

**locations** 33:6 59:20

**Loganville** 30:1 63:4 76:12 80:5

**logic** 37:17

**long** 5:12 6:13 13:2 14:8 21:24 28:5 82:5 101:12 102:21

**looked** 39:14 77:16 87:9 112:3

**Lopez** 96:6

**losing** 36:17

**lost** 34:10,12

**lot** 4:22 17:4 22:6 30:25 36:10 39:8 47:23 48:12 49:1,12 53:25 54:6 56:19 62:13 71:7 73:10 75:3,5,25 76:22 86:19 89:15 94:7,9 96:4 99:15 101:11 103:3,4 106:24 107:4 109:18

**M**

**M-C-L-E-O-D** 6:6

**made** 30:15 35:20 45:10,15 47:1 52:12 70:6 78:4,23 89:23

**mail** 50:13

**mailer** 29:16

**mailers** 32:14

**mailing** 50:1 79:20

**main** 35:2 40:20 80:8

**major** 80:15

**majority** 74:8 82:17 90:8 91:23 101:4,6, 14

**make** 5:5 10:23 17:13,14 29:2 35:18 36:25 37:1 43:13 48:7 54:10 63:25 67:12 72:10 77:23 94:15 99:25 100:17 111:15,19

**makes** 8:12

**makeup** 42:3

**making** 18:14 35:21 40:14 65:15 93:8 100:18

**male** 9:22

**man** 59:22 109:12,25 113:3

**manager** 14:2,23 66:6,18

**Manitoba** 12:12

**manufacture** 13:13

**map** 92:3,11 93:8,13

**maps** 89:19 90:10 91:4,7 95:8 96:11, 19,20

**March** 7:13 30:18, 19 44:18

**Marin** 24:6 25:22 96:6

**mark** 43:4 57:7

**marked** 43:9 45:20, 24 46:13,15 55:8 57:12,25 58:6 60:11, 16 61:5,12 64:1,6 82:24 83:6 85:14,21 111:25

**market** 12:24

**marketing** 79:18

**Marlene** 21:8 68:18

**married** 7:23,25 30:9

**material** 25:10

**matters** 4:12

**maximize** 61:1

**Mayfield** 11:20

**Mcclain** 30:23 48:4 71:18 87:21 88:1 90:2,9 96:7,22

**Mcleod** 4:2,8 6:5,7, 25 7:8 8:13 16:19 21:9 26:7 28:19 43:6 50:22 57:9 60:13 64:25 83:2 85:16 105:19 111:6

**means** 91:16

**meant** 37:24 38:2

**media** 53:24

**Medicaid** 41:1

**medical** 13:25 14:8, 13 16:23,25 17:4,6 80:18,20

**medication** 41:4

**medications** 7:8

**meet** 9:3 27:14 52:9 66:13,15 70:21 89:9

**meeting** 27:15,24 54:4 89:6,18 90:24 93:11,12 96:1 99:21

**meetings** 22:14,17 27:12,14 32:5 70:15, 17 89:2,9 93:24 96:3,8 97:5 102:19

**member** 21:9 22:13, 21,22 23:1 26:7 68:7

**members** 21:5 48:13 52:24 66:25

**membership** 21:24 22:2,9

**memory** 14:11

**mention** 97:1

**mentioned** 10:16 49:3 71:9 80:6 87:14 108:10

**message** 25:14 36:7 40:10 62:3 98:9

**messaging** 25:13

**met** 31:22

**Mexico** 18:12

**middle** 80:3 86:9

**midnight** 87:23

**midterm** 20:1

**mile** 59:15

**military** 34:19

**mind** 39:10 76:24 99:5

**mining** 56:7,12

**minor** 109:5

**minority** 88:24 90:23 93:19 95:25 100:6 103:1

**minute** 53:21 84:10 85:15 93:6 105:8

**mixed** 70:25 71:2 106:8,15

**mixture** 69:7

**mobile** 61:22,24 74:15

**molding** 14:14

**mom** 54:25 55:1

**moment** 50:22

**monetary** 72:6

**money** 20:21 22:23 42:24,25 43:1,2 53:18 64:13 74:19

**monitoring** 31:1,11

**month** 27:15,16,22 44:23 89:10 99:22

**months** 12:1 64:10, 11

**mood** 37:1

**moral** 41:3

**morning** 9:5

**mother** 108:24

**move** 7:21 18:22 64:22 71:7 102:12

**moved** 91:17 106:6

**moving** 18:11 110:16

**music** 56:24

**mustard** 55:21

**N**

**N-WORD** 112:17, 19

**NAACP** 21:20,25 22:13 83:9 85:2

**names** 6:8,23 21:6 53:5 106:21

NAACP, et al. vs Brian Kemp, Austin Thompson vs Brian Kemp
DONNA MCLEOD                                                    Index: napkins..polling

**napkins** 55:22

**national** 28:16

**natural** 54:14

**needed** 31:3 65:11 67:6,8,11

**neglected** 106:25

**neighborhood** 77:8 106:9,15

**neighborhoods** 62:24 71:4

**nephew** 68:17

**Network** 19:4

**newer** 101:13,14

**news** 100:23

**newspaper** 74:20 84:21 86:24 94:3

**nice** 59:4,5

**nickname** 6:8

**night** 35:5 87:18,23

**nightmare** 36:3

**nodding** 5:1

**nonprofit** 19:2,3

**Norcross** 93:16

**normal** 4:22

**North** 23:16

**Norway** 99:9

**note** 41:14

**notice** 85:18

**November** 58:10 60:19

**NRA** 21:19

**number** 43:5,8 45:21,23 46:13,14 48:18 50:21 55:7 57:7,11 58:1,5 60:12,15 61:5,8,9,11 64:2,5 78:15 82:25 83:1,5,21,23 85:15, 16,20 86:3 111:18, 24

**numbers** 45:2 48:22 49:1,2,6 58:17 65:8,

---

10 108:5

---

**O**

---

**Obama** 23:10,19 27:8

**object** 5:8

**occur** 34:24

**October** 58:9

**offer** 66:3

**offers** 70:19

**office** 23:6 26:23 28:20,22 33:7 86:11

**officer** 27:20,25 28:5

**Officers** 27:24

**officially** 27:13

**officials** 103:4

**online** 56:20 75:10, 16,19,20,23 102:1

**Ontario** 11:21 12:12

**open** 78:19 82:6 100:21 109:6

**opened** 100:22

**operations** 67:24

**opinion** 81:8 82:17 101:1

**opponent** 25:16 31:12 32:19 53:16, 17 97:10

**opportunity** 35:13, 21 39:12 107:2

**opposite** 41:7

**opposition** 35:18

**order** 90:5 91:17

**ordered** 10:4

**organization** 20:20 57:19 58:20 73:19

**organizations** 20:24 21:17 22:20, 24

**origin** 17:9,10

---

**original** 94:19,22

**outcome** 10:1

**outreach** 26:17 77:12

**over-the-counter** 14:1

**overt** 108:19

---

**P**

---

**P.M.** 113:20

**packaging** 14:19 80:24

**pages** 43:12 55:5 59:6 62:12 111:11

**paid** 9:22 19:7 53:24 62:18,22 63:13 67:14,15,17,20,23,25 104:11

**painfully** 89:13

**paragraph** 84:11

**Parenthood** 71:20 72:3

**parents** 78:2

**park** 56:1,2 93:21

**parked** 5:18

**parking** 5:18

**parliamentary** 107:13

**part** 19:13 21:18,20, 21,23 35:19,20 40:6, 7 64:16 90:14 91:22 92:6,13 96:18

**participating** 22:8

**parties** 21:19 29:12

**parts** 30:2,3 41:18 74:2 76:12 95:14 110:18

**party** 9:6 11:10 17:7 19:1 26:8,10,11,25 27:1,6,10 28:3,14 29:11 47:11 51:19 66:3 68:6,7 74:6,9 78:21 88:22 89:3,4, 7,14 90:16 93:24

---

95:23 96:3 97:25 98:3,6,8,9,12,21,24, 25 99:2 112:4 113:9

**passing** 96:19

**passion** 19:17 20:21 21:2 36:8

**passionate** 20:13

**past** 18:7,19 22:21 65:8

**pay** 10:3 62:21 63:12

**Peachtree** 93:15,16

**Pedro** 24:6 25:22 96:6,14

**PELPAC** 57:18

**people** 16:5 17:10 19:15 20:12,23 26:21 29:12 31:3 36:15,19,20,25 37:13,18,21,22 38:3, 13,20 39:3 40:10 42:13,14,18 48:10, 14,25 52:10 53:1,4, 11 54:6,11,14,23 62:22 65:22 68:16, 19 71:7 72:14,17,18 73:20,22 74:4,8 75:3,5,14 77:2,16 78:1 81:15,22 82:22, 23 86:4 88:25 97:22 98:4,22 99:9,24,25 100:19 101:2,4,10, 14 102:23 106:16 107:20 109:6 110:15,21

**people's** 56:14

**percent** 19:24 20:1 34:8

**percentage** 105:5

**perception** 38:15 112:11

**perceptive** 38:12

**Perkins** 16:15

**Perry** 31:16,17,20 32:2

**Perry's** 31:18

**person** 30:23 47:18, 24 54:13 67:25

---

68:18 69:11 72:21 73:2 77:5,23 78:8 104:10

**personally** 76:8 104:8

**petition** 100:20

**ph** 9:19 18:9 75:16

**phone** 5:17,18 16:13 29:17 48:22 67:12 87:21

**physical** 112:14

**physically** 92:20

**picnic** 89:16 90:25 91:1 93:18

**pitch** 35:25 52:12 53:21 77:13

**place** 59:20 100:24 101:3

**places** 67:11

**plaintiff** 84:13 85:18,23,24 86:15, 21

**plaintiff's** 83:3 85:17 86:10

**plan** 111:11

**Planned** 71:19 72:3

**planning** 28:25 30:14

**plans** 97:6

**plastic** 14:15

**plate** 30:14

**plates** 55:22

**platform** 98:7

**point** 5:13 7:21 22:10 29:22 78:12 88:8,10 89:11 97:20

**points** 80:13

**policies** 99:13

**political** 20:8 21:18 23:5 26:8 47:12 48:1 66:15 74:5 97:25

**polling** 33:6

NAACP, et al. vs Brian Kemp, Austin Thompson vs Brian Kemp
DONNA MCLEOD

Index: polls..representation

**polls** 62:2 100:22

**populated** 95:1

**population** 92:5,13

**portions** 64:9 93:3

**Post** 75:2

**potential** 84:14

**Powder** 12:23

**Powers** 8:24 16:4,10 43:15 83:7 105:16, 19 113:18

**practice** 31:3 102:25

**precinct** 92:3,6,11, 13,18 101:17,19,22

**precincts** 34:24 62:10 101:9 105:20 111:7,13

**predominantly** 69:23,25 70:2,4,23 95:15 106:10

**prepare** 8:22

**present** 14:24

**president** 21:8,12 99:7

**presidential** 19:24

**press** 74:21,23

**pretty** 22:11 25:1 28:15 29:22 35:5 47:17 65:6 71:4 76:13 88:4 92:1 95:23 96:14 99:10 105:3,6

**primaries** 29:14

**primarily** 29:17 70:6 98:24

**primary** 28:13 29:4, 5,7,10 31:13 32:9,15 43:1,21 45:12 46:16, 18 67:18,19 70:12 92:18

**printing** 50:7

**prior** 30:21 31:2 33:12 62:19 102:4

**priority** 107:6,8,19

**privilege** 19:7

**problem** 101:8

**PROCEEDINGS** 113:20

**process** 20:11 34:5 48:23 49:16 52:8 99:20 102:22

**product** 14:22

**products** 13:13,16 14:1

**progressive** 57:17

**prohibited** 104:4

**project** 18:2

**projects** 18:3,4

**properly** 53:23

**property** 73:5 108:25

**proportion** 92:4

**proportions** 92:12

**prove** 74:8

**provide** 36:5 39:3 49:14 50:2 82:16 83:22 85:11

**provided** 11:6

**public** 28:20 35:6,11 36:5,12

**pull** 29:10 102:1

**purchase** 49:5

**purpose** 94:13,15, 20,23 95:5,10,18 96:11,21

**push** 50:8 56:7,12 103:6

**pushback** 40:7 103:3

**pushed** 39:22

**pushing** 103:7 110:3

**put** 47:23 51:1 60:10 63:24

**putting** 24:13

## Q

**qualifying** 30:17 97:15

**quality** 14:2

**quarter** 22:18

**question** 5:4,10,15

**questions** 4:11 5:9 9:1 11:1 50:18 70:10 94:10 105:12,17 111:2,5,7 113:17

**quick** 16:7 105:8

**quickly** 20:23

## R

**R&d** 12:23

**race** 9:23,24 10:5 26:4 31:18 32:23 49:14 52:11,13,15 66:23 68:9 70:7 78:25 79:4,14 97:25 98:17 104:14,17 109:7 113:6

**races** 69:6 99:4 104:19,21

**racial** 42:3 78:23 104:16 108:11,15,19

**racially** 95:10,17 96:10,20

**radar** 52:14,19

**radio** 75:7,8,9,10,20, 22

**raise** 42:24 64:12

**raised** 43:2 79:22

**ran** 24:4 28:24 35:21 40:20 109:25

**RE-DIRECT** 111:3

**reach** 52:3 58:25 62:15 69:14 82:7 84:19 107:6,9,20,23

**reached** 69:1,2 75:11,12 81:15 85:10

**reaches** 57:23

**reaching** 54:3

**read** 84:10 87:10 107:16

**reading** 19:8 25:10

**real** 47:19 65:13

**real-life** 36:9

**realizing** 36:8

**reason** 12:3 22:5 30:7,10 79:4,7,14 95:2

**reasonable** 99:4

**reasons** 71:7 82:16

**recall** 11:8 28:9 55:25 59:11 69:6 70:14 75:15 87:4,12 89:6,19 93:11 106:18 108:19 113:7

**recalling** 71:20

**recently** 9:10

**recognize** 45:21 58:3 61:14 64:4

**recollection** 41:16 111:13

**record** 6:4 16:10,11, 14 39:13 41:14

**recorded** 62:3

**records** 44:15

**recount** 34:3,6,9 63:10,16,19,22

**Red** 71:19

**redistrict** 91:12

**redistricting** 105:22

**reference** 38:13

**referenced** 68:19 72:8

**references** 84:2

**referrals** 61:2

**referred** 57:21

**referring** 38:3 70:11 89:3

**refresh** 41:16

**refreshing** 111:12

**register** 8:5 29:11

**registered** 8:2,7 104:5

**registration** 49:16 65:9

**regs** 17:5

**regular** 22:14,16 27:17 51:20

**regularly** 29:14

**regulations** 17:3

**related** 24:13

**relevant** 4:12

**religious** 22:25 23:1 31:9 39:24 40:1,4

**remain** 94:20 95:6

**remained** 92:7

**remarkable** 19:8

**remember** 39:19 53:14 66:19 75:18 80:5 90:19 100:13 103:17 106:21

**remind** 25:24 92:21 98:22

**reminders** 4:19

**removed** 105:21,23, 25

**Renita** 23:24 87:18

**Renita's** 108:2

**Rep** 25:3,25

**repeat** 72:11 92:8

**rephrase** 5:5

**report** 46:1,5 57:14 60:18 61:17 63:25 64:9

**reporter** 4:20 16:12, 17 61:6 74:24

**represent** 81:4,25 82:9,21

**representation** 94:19

NAACP, et al. vs Brian Kemp, Austin Thompson vs Brian Kemp
DONNA MCLEOD

**representative** 19:12,19 24:3 28:10, 24 30:23 31:5 32:20 33:3,21 34:14 35:3 37:7 38:22 39:6 41:6 48:4 59:18 60:24 61:2 64:15 71:18 75:4 77:19 78:24 79:13 81:2 82:8 87:21 88:1 90:2,9 95:4 96:7,18,22 102:20 104:15

**representatives** 20:6 27:3 90:7 96:2, 5

**represented** 63:15 85:7

**representing** 4:10 107:12

**republic** 19:12

**Republican** 29:10 49:11 56:24 57:4 72:18,20 77:13,17 82:9 90:8 98:15,24 99:2 101:11 106:2 110:24

**Republicans** 56:22 77:16 78:3,14,16,18 90:18

**repulsed** 78:22

**request** 52:2,4 59:1

**required** 54:10

**research** 20:15

**researching** 18:17

**resident** 70:20

**residents** 42:1 70:22

**resistance** 37:11

**resources** 102:4

**respect** 30:22 107:20 108:8

**respond** 33:18

**responded** 81:13

**responsibilities** 110:12

**responsibility** 19:16

**rest** 68:11

**restarted** 64:17

**result** 10:6 19:5

**results** 34:25 65:8 74:10,11

**retaliated** 10:2

**review** 43:15 61:10

**Rhodes** 56:1,2

**rides** 62:1

**ridiculous** 99:24 100:1

**rights** 31:4 110:12

**road** 6:11 110:1,3

**Robo** 48:20 49:18

**role** 13:17 28:3 67:3, 7

**rolling** 62:5

**roughly** 106:19

**rules** 4:20

**run** 24:6,18 25:2 26:19,20 28:19 29:9, 21 30:8,11,16,21,24 31:21 37:17 45:12 48:6 53:10 74:12,22 75:14,20 84:7 86:11 94:18 97:6 110:1

**running** 10:24 23:22,25 25:24 28:22 29:1 30:12 33:13 40:9,13 59:17 64:11,14 66:21 97:13

**S**

**sample** 101:25 102:2,5

**Saturday** 89:10

**save** 90:5,17

**saving** 90:20

**school** 11:19,20,23 19:14 20:16,17 35:6, 13,22 39:12 66:21, 22 81:12 100:11

101:23

**schooling** 12:18

**schools** 35:11 80:1, 16,21

**scripts** 53:22

**scrolling** 59:10,17 62:6,8

**seat** 30:11 66:20

**seats** 90:17,19 91:12

**Secondary** 11:20

**secretary** 21:10 102:14 103:19

**secular** 57:1

**seek** 34:5

**self-funded** 45:12

**Senate** 100:14 101:21

**Senator** 23:10,19 27:8

**senators** 100:14

**send** 50:4

**sends** 51:5

**sense** 8:12 77:7 89:23

**sensitivity** 10:5

**separately** 101:24

**separating** 32:8 35:3

**September** 18:15 51:11

**serve** 40:4 44:11

**services** 39:3

**serving** 81:22

**session** 87:22 88:18

**set** 50:19 86:13 100:9

**settled** 10:10,11

**settlement** 10:12

**seventh** 55:12 56:9

**shaken** 113:8

**shaking** 5:1

**Shalimar** 9:19 15:12

**Sharon** 68:13 113:13,16

**she'd** 67:12

**sheet** 49:25

**shelves** 36:23

**shipping** 17:8,9

**shirt** 109:12

**shitholes** 99:8

**Shoals** 80:19

**shoestring** 20:20

**shops** 81:1

**shortly** 88:18

**show** 43:3 75:20 83:16 96:6

**showing** 59:17

**shy** 77:18

**sic** 44:2

**side** 94:9 110:3

**sign** 73:16 109:1 113:2

**signs** 24:14 32:14

**similar** 17:19 29:22 92:4,12

**similarly** 49:24

**Simonton** 59:14 80:4

**single** 54:25 55:1

**sit** 95:2 100:11,12,14

**sites** 100:22

**skin** 73:25

**slurs** 113:11

**small** 78:15 109:18

**smoothly** 18:14

**Social** 18:25

**soft** 110:15

**software** 29:6,13

49:4,8 53:23

**solely** 84:1

**solicit** 48:3

**solicited** 48:10

**soliciting** 110:11 112:24,25

**solicits** 57:23

**someone's** 72:25

**son** 108:24

**source** 103:25

**South** 23:16 74:1

**southeast** 48:5

**speaking** 65:18

**specific** 67:7

**speech** 53:21

**spell** 6:4

**spend** 42:24 107:2

**spent** 106:23

**spiel** 26:21 79:11

**split** 92:3,11,14

**spoke** 8:24 30:12 85:4 89:17 90:23,25 93:19 96:1

**Stacy** 53:3 58:23

**staff** 24:4 25:8,11 67:13,14,15,17,20, 23,25 68:11 109:20

**stance** 35:8,9 37:8 41:7

**stances** 32:10

**stand** 98:14,15,16 101:12 102:22

**standard** 17:7,12

**stands** 58:18 98:7

**start** 6:24 9:12 12:21 21:15 43:4 67:15 86:8

**started** 12:22 13:18 15:4 19:5,12 20:15 40:19 64:17

ORANGE LEGAL

NAACP, et al. vs Brian Kemp, Austin Thompson vs Brian Kemp
DONNA MCLEOD                                                          Index: starting..TV

**starting** 19:13

**state** 6:3 24:3 25:2, 25 26:12,16,19 27:3 28:8,11 29:8 30:20 39:22,24 83:9 100:12 102:14 103:12,19

**stated** 78:21

**statehouse** 28:24 59:18 64:14

**states** 7:16 83:22 86:10 107:14

**statewide** 104:21

**station** 59:15 74:17 75:18

**stations** 59:10 60:3, 7 75:14,15

**statistics** 74:8,10

**stay** 13:2 17:14

**steal** 37:16

**step** 65:3

**stepped** 30:14 48:7

**stepping** 29:1

**sticker** 109:24

**stocked** 36:23

**stop** 104:11

**store** 36:24 74:16

**straight** 11:25

**strange** 37:10 39:16

**strategy** 25:7 65:5, 17 72:11 107:23

**street** 106:20

**streets** 106:5,18,21

**strike** 107:7

**strong** 49:10,11,22 77:17 78:3,18

**students** 68:20,21 69:1,3

**study** 100:16

**stuff** 11:4 18:18 21:1 23:17 29:17 40:9 44:10 45:9 56:20

74:22 109:5

**style** 107:13

**Styrofoam** 14:22

**subdivision** 106:13 109:21,23 110:2,9 112:22

**subdivisions** 70:22, 24,25

**subjects** 84:1

**subscription** 87:6

**substantive** 33:11

**subtle** 108:19

**successful** 26:2 41:20 54:10

**suggest** 79:16

**suit** 85:8,18

**Superior** 23:23

**supermarkets** 81:1

**supervisor** 13:19

**supervisors** 36:15, 16

**support** 35:7 41:10 42:11 83:25

**supporting** 109:2

**supposed** 20:3

**suppress** 89:25

**surprised** 19:20,21

**Susan** 45:3 47:1 68:13 73:6 87:5 109:8,12 112:12 113:7,12,15

**Sweet** 13:10

**sworn** 4:3

**Sympathy** 37:5

**system** 19:11 20:9 36:5 107:15

---

**T**

**T-H-E-R-E-S-A** 6:6

**table** 29:3 54:24 55:4

**taking** 4:20

**talk** 8:13,16 18:23 21:18 23:8 52:10 53:19,20 80:9 82:6 89:2 97:3 109:10

**talked** 30:25 54:8 55:2 70:13 74:15 76:3 77:15 97:5 104:14,17

**talking** 15:24 16:19 19:14 65:1 80:10 88:25 98:20 99:7 100:4 101:7

**tallying** 34:23

**target** 29:15 56:14 65:10 72:17

**targeted** 42:18

**targeting** 42:14 73:3

**taught** 20:16,17

**taxes** 39:2

**Taylor** 21:8

**Taylor-crawford** 68:18 69:8

**Teachers'** 71:16

**teaching** 20:13

**tech** 13:1,18

**Technologies** 13:25 14:9,13

**telephone** 83:23

**television** 37:16

**telling** 17:3 63:5 100:21 111:22

**tells** 5:10 50:11 101:17,19

**tend** 56:22

**tennis** 18:25

**term** 5:3 37:19,24 73:22 88:20 91:14, 15

**terms** 10:12

**testified** 4:3 81:3

**testify** 7:9

**testimony** 11:6

**testing** 12:23

**textured** 13:15

**Theresa** 6:5

**thing** 18:4 21:22 37:5 58:2 65:15 87:24 91:8 93:9

**things** 18:14,23 20:25 36:2,6 37:4,13 38:25 39:8,10,15 40:25 44:19 53:24 54:1 56:23 57:20 65:7 67:11 90:15 98:15 99:23 100:1 102:14 103:2 110:15 112:18

**thinking** 37:3 109:2

**thinks** 47:17

**Thompson** 16:16 21:7 66:9,10 85:23, 24 86:15

**Thompson's** 66:22

**thought** 30:24 52:20 90:20

**time** 4:19 23:8 24:4 28:2 33:12 47:23 64:20,21 65:13 84:22 96:12 100:16 101:12 106:24 107:2,4

**times** 25:18 33:5 76:22 100:24 101:2 110:14

**Tintel** 75:16

**title** 12:25 45:8

**titled** 61:21 83:2 85:17

**today** 4:11 7:9 8:13 105:13

**told** 9:3 21:14 48:6 57:15 72:24 73:4 79:24 84:18 85:10 95:16,19,20 108:25 109:14

**top** 48:18 49:24 84:5 99:22

**topic** 88:19

**Toronto** 12:12

**touch** 110:5

**tough** 67:10

**tow** 5:22

**town** 81:18

**towns** 80:7

**traffic** 36:3 60:5

**training** 10:4 53:5,7, 9,11

**transferred** 18:14

**transportation** 35:22 36:1,4,12,18, 19,20 37:8,12 40:21

**traveling** 22:6

**treasurer** 43:24 44:2,11 67:1

**trek** 93:5

**trending** 52:15

**trial** 11:6

**triggers** 34:8

**truck** 62:7 74:14

**true** 32:12

**Trump** 109:1,2 110:22

**truthful** 8:25

**truthfully** 7:10 94:11

**Tucson** 18:12

**Tuesday** 99:21

**turn** 45:1 83:20 86:2,7,9

**turning** 45:14 46:24

**turnout** 19:23 20:2, 6,7,8 103:5,9 105:2 108:6

**TV** 59:10 61:22,24 74:15

NAACP, et al. vs Brian Kemp, Austin Thompson vs Brian Kemp
DONNA MCLEOD                                                                 Index: type..younger

**type** 16:21 17:19 23:17 24:22 77:12

**types** 24:25 97:19

**typically** 17:21

**U**

**uh-huh** 9:25 24:9 27:1 28:4 34:15 56:3,11 60:17 64:7 67:2 69:2 73:23 77:1 86:6 100:7 108:12

**uh-huhs** 4:22

**Uh-uh** 23:12

**uh-uhs** 4:22

**Umber** 12:8

**unanimous** 90:13

**uncomfortable** 38:7,9

**understand** 5:2 89:23 94:13 95:21 102:22

**understanding** 20:7 37:17 56:22 91:15

**unexpected** 29:4 31:12

**union** 48:5

**United** 107:14

**updates** 81:21

**upset** 88:25 89:1 96:23 113:1

**V**

**Van** 14:13,18 15:10

**verify** 51:3

**versus** 53:24 83:9 85:2,23

**vice** 21:7

**video** 103:10,13,16, 21,22

**viral** 103:11

**visional** 34:21

**visit** 69:12

**visitors** 5:21

**vocal** 96:15

**voice** 62:3

**voices** 40:15,16

**volunteer** 23:13,15 24:8,9,20 44:8 45:6 67:14 68:12,23

**volunteered** 23:15

**volunteering** 53:12 65:23

**volunteers** 25:12 62:20 68:15 112:22

**vote** 8:2,5,7 20:9,10 26:21 29:6 32:17 33:17,24 39:16 48:24 49:3,6,8,14,17 50:2,12 54:5 62:4,17 63:10,15,18,21 74:5, 9 76:7 78:5,6,10,20 79:7,14 82:3 88:3 90:1,9,12 96:19,25 98:6,8 99:24,25 100:19 102:3,21,23 104:5 107:4,21 109:15 111:23

**voted** 35:6,7,13 39:20 81:23 90:3,5 91:3 98:24

**voter** 26:17 49:16 65:9 101:18 105:1 108:5

**voters** 32:10 41:23 42:7,12 49:9 54:3 62:16 65:10,15 72:12 76:11 77:13, 21 82:10,21 91:24 101:12 103:1 105:5 107:1,24 110:25

**votes** 29:14 39:6,8, 11 42:20 91:19,21 93:10 98:4 107:18 108:9

**voting** 39:13 49:9,13 92:4,12 98:10,11,13, 19 100:20 101:1 102:4 103:3,14

104:5 105:20 106:2 110:21

**vulnerable** 91:12

**W**

**waiting** 100:24

**walk** 52:8

**walked** 73:9 109:13

**wanted** 33:17 34:10, 22 48:6 73:20 76:22, 24 90:18 107:11,19, 21

**wanting** 33:16

**war** 73:21

**Washington** 75:1

**watched** 103:17

**ways** 81:7

**website** 101:16,18

**week** 97:15

**Weldon** 9:19 15:13

**wherewithal** 65:14

**white** 41:22 42:1 77:7 78:11 82:20 104:20 106:10 110:24

**whites** 69:7

**wife** 73:4

**Wilford** 7:4

**Wilkerson** 44:2,4,5 51:1

**win** 10:24 24:15 33:21 52:21 58:14 71:10,11 91:18

**winner** 25:19

**Women** 58:17

**won** 27:8 32:15 34:16

**Wood** 68:13

**word** 73:5 87:15

**word-of-mouth** 65:22

**words** 37:25

**work** 12:23 14:5,6,8 15:18,19,24 16:2 17:17,19,20,23 18:9, 24 21:3,4 23:19 40:12 44:19 48:23 49:7 63:5 65:6

**worked** 15:10,12 18:16 19:14 23:4,8, 21,24 24:2 79:2 108:2

**workforce** 12:19,20

**working** 18:5 100:16

**workplace** 10:5

**works** 45:4

**world** 74:2

**worth** 22:9

**Wow** 76:9

**written** 113:10

**wrong** 37:14,15,19, 24,25 38:19

**Y**

**yard** 109:1

**year** 6:14 11:22 12:16 13:4,8 17:21 18:7,15,20 21:15 22:2 27:19,21 37:1 83:15 91:2 103:17

**years** 7:5,20 14:10 22:1,21 37:20 52:9 95:7

**you-all** 9:3,4 24:12 33:11 46:12 47:12 66:13,15 72:12

**you-alls** 25:14

**young** 19:14 59:22 68:16,19 72:17,18, 21 77:16,21,23 78:1 109:24

**younger** 78:17

ORANGELEGAL

**Orange Legal**
**800-275-7991**