IN THE MATTER OF

# Georgia State Conference of the NAACP, et al
# vs
# Kemp

Transcript of Deposition of

# R. Dale Rutledge

On February 7, 2018

*Reported by* Joel P. Moyer
*Certified Court Reporter*



## DONOVAN REPORTING
### & VIDEO CONFERENCING
237 Roswell Street   Marietta, GA 30060
770.499.7499   800.547.1512   FAX: 770.428.5801
‹‹‹‹www.donovanreporting.com››››

THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GEORGIA STATE CONFERENCE OF THE NAACP,
as an organization; LAVELLE LEMON, MARLON
REID, LAURETHA CELESTE SIMS, PATRICIA
SMITH, COLEY TYSON,
          NAACP Plaintiffs,

AUSTIN THOMPSON, WAYNE SWANSON, DARRYL PAYTON,
AUDRA CUNNINGHAM, SABRINA MCKENZIE, JAMIDA
ORANGE, ANDREA SNOW, SAMMY ARREYMBI, LYNNE
ANDERSON, CORETTA JACKSON,
          Thompson Plaintiffs,

          vs.    CASE NO. 1:17-cv-01427-TCB-WSD-BBM

BRIAN KEMP, in his official capacity as
Secretary of the State for the State of
Georgia,
          Defendant.
                    - - -

             Videotaped Deposition of
                R. DALE RUTLEDGE,

             Taken by Ariel C. Green,

              Before Joel P. Moyer,
            Certified Court Reporter,

               At the Offices of
              Balch & Bingham LLP,
               Atlanta, Georgia,

          On Wednesday, February 7, 2018,
     Beginning at 1:06 p.m. & ending at 4:21 p.m.


                    - - -


               Volume of Testimony
       (Exhibits Contained in Separate Volume)

```
1    APPEARANCES OF COUNSEL

2    For the Georgia State Conference
       of the NAACP Plaintiffs:
3
              ARIEL C. GREEN
4             Munger, Tolles & Olson LLP
              50th Floor
5             350 South Grand Avenue
              Los Angeles, CA 90071
6             213.683.9100

7    For the Defendant:

8             BARCLAY S. HENDRIX
              Strickland Brockington Lewis LLP
9             Midtown Proscenium
              Suite 2200
10            1170 Peachtree Street, NE
              Atlanta, GA 30309-7200
11            678.347.2211

12   For the Witness:

13            K. ALEX KHOURY
              Balch & Bingham LLP
14            Suite 700
              30 Ivan Allen Jr. Boulevard, NW
15            Atlanta, GA 30308
              404.261.6020
16
     ALSO PRESENT:
17
              David Tobelman, Videographer
18

19

20

21

22

23

24

25
```

**2**

Electronically signed by Joel Moyer (501-161-376-4513)                                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

R. Dale Rutledge        Georgia State Conference of the NAACP, et al vs Kemp        February 7, 2018

1                    INDEX TO PROCEEDINGS

2                     VIDEO FILE INDEX

3     Video File One                              5

4     Video File Two                             59

5     Video File Three                          131

6     _____

                     EXAMINATION INDEX

7     R. DALE RUTLEDGE

8          Examination by Ms. Green              6

9     Errata Sheet                             149

10    Certificate Page                         151

11    _____

12                     EXHIBIT INDEX

13    Plaintiff's Exhibits

14       5   Map labeled Henry County            68
             Districts - as of 2012

15

         6   Map labeled Henry County           114
16           Districts - as passed 2015

17      13   Letter to Honorable Roger Lane      87
             from Jimmy McDonald, 2-15-2011,
18           with attached procedures for
             requesting redistricting services

19

        35   Email thread ending with email to   61
20           Gina Wright from Dale Rutledge,
             2-27-2015 (GA000112-113)
21

        36   Official County Results of General  64
22           Election of 11-4-2014

23      50   Email to Gina Wright from Dan       135
             O'Connor, 2-1-2017 (GA000077-78)
24

25      (Continued on Next Page)

**3**

Electronically signed by Joel Moyer (501-161-376-4513)                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

R. Dale Rutledge          Georgia State Conference of the NAACP, et al vs Kemp          February 7, 2018

1    280    Email from Dan O'Connor to Jan      52
            Jones, 2-27-2015 (GA2-001601) with
2           attachments

3    301    Email thread ending with email to    61
            Jan Jones from Dan O'Connor,
4           9-4-2015,  with attached
            spreadsheets (GA2-001168-1172)
5
     318    Biographies of Dale Rutledge          32
6
     319    Email thread ending with email to    72
7           Dale Rutledge from Gina Wright,
            11-14-2014 (GA2-004682)
8
     320    Email to Andy Welch from Dan         111
9           O'Connor, 3-5-2015 (GA2-001586)

10   321    Email thread ending with email to   120
            Chris Kelleher from Dan O'Connor,
11          6-4-2015, with attached
            spreadsheets, maps, and stat
12          sheets (GA2-000682-692)

13   322    Email to awl@sbllaw.net from Dan     127
            O'Connor, 3-20-2015 (GA2-001571)
14
     323    Email thread ending with email to   131
15          Gina Wright from Dale Rutledge,
            10-2-2015 (GA000102-105)
16
     324    Email thread ending with email to   137
17          Dan O'Connor from Ben Jordan,
            10-21-2016 (GA2-000128-129)
18
     325    Email thread ending with email to   144
19          Jeremy Brand from Dan O'Connor,
            11-8-2016 (GA2-001201-1203) with
20          attached spreadsheets
21
     (End of Index)
22

23

24

25

**4**

Donovan Reporting, PC                                    770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1                  February 7, 2018
 2                  1:06 p.m.
 3           (Whereupon the reporter provided a written
 4           disclosure to all counsel pursuant to
 5           Article 8.B. of the Rules and Regulations
 6           of the Board of Court Reporting.)
 7                THE VIDEOGRAPHER:  We are now on
 8      video record.  This is the beginning of file
 9      number one.  The date is February 7th, 2018.
10      The time is 1:06 p.m.
11                MS. GREEN:  Thanks for being here.
12      My name is Ariel Green.  I work for Munger,
13      Tolles & Olson, and I represent the Plaintiffs
14      in this case.
15                We're just going to jump right in.
16                THE COURT REPORTER:  I'm going to
17      swear him in.
18                MS. GREEN:  Oh, yes.  Swear him in.
19           (Whereupon the witness was sworn.)
20                MS. GREEN:  Okay.  That's important.
21      All right.
22
23                          - - -
24                          - - -
25                          - - -
```

**5**

Electronically signed by Joel Moyer (501-161-376-4513)                        6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1    R. DALE RUTLEDGE,

 2         being first duly sworn, was examined and

 3         testified as follows:

 4    EXAMINATION

 5    BY MS. GREEN:

 6         Q     Please state and spell your full

 7    name for the record.

 8         A     Roger Dale Rutledge, R-O-G-E-R

 9    D-A-L-E R-U-T-L-E-D-G-E.

10         Q     And what is the address of your

11    current residence?

12         A     ████ ████ ████ ████, McDonough,

13    Georgia ████.

14         Q     Did you previously live on

15    Lawrenceville Street?

16         A     I just -- we're moving there --

17         Q     You just --

18         A     -- in about a month.

19         Q     You are moving to Lawrenceville

20    Street?

21         A     We are, we are in the process of

22    remodeling it.

23         Q     Gotcha.  Okay.  And is that in Henry

24    County?

25         A     Uh-huh (affirmative).
```

**6**

Electronically signed by Joel Moyer (501-161-376-4513)                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1        Q      Okay.  Do you own other property in
 2   Georgia?
 3        A      I do.  Greene County.
 4        Q      Greene County?  And is that within
 5   your district?
 6        A      No.
 7        Q      But the Lawrenceville -- both of
 8   your current properties are within your
 9   district?  Okay?
10        A      Yeah.
11        Q      Are you married?
12        A      Yes.
13        Q      What's your wife's name?
14        A      Kathy.
15        Q      Do you have children?
16        A      Two, daughters.
17        Q      How old are they?
18        A      26 and -- 27 and 25, actually.  Hard
19   to keep up with them.
20        Q      Yeah.  Is there any reason why you
21   can't give your best testimony today?
22        A      No.
23        Q      Are you under the influence of any
24   medication or other substance that would impair
25   your ability to testify truthfully or recollect
```

Electronically signed by Joel Moyer (501-161-376-4513)                          6815fa2e-1514-4867-98cb-9e1d11b4d2bc

1    previous events?

2          A     No.

3          Q     Is there any reason that you can

4    think of why you won't be able to answer my

5    questions fully and accurately today?

6          A     No.

7          Q     Have you ever been deposed before?

8          A     I have.

9          Q     When?

10         A     That was in '09.  It was a family

11   matter.

12         Q     Is that the only time you've ever

13   been deposed?

14         A     Yes.

15         Q     Have you ever given -- did you give

16   testimony in that case?

17         A     I did.

18         Q     Was there a trial?

19         A     It was just a probate issue.

20         Q     All right.  Well, it sounds like you

21   have some experience, but I'll still go over

22   the ground rules.

23         A     Okay.

24         Q     There's a court reporter.  He will

25   prepare a transcript of our conversation, so

Electronically signed by Joel Moyer (501-161-376-4513)                                      6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1   it's important that we don't talk over each
 2   other.  I'll ask questions, and you let me
 3   answer my -- ask my questions, and you give
 4   your answers, and I'll let you answer, and
 5   we'll go from there.
 6            It's also important that you speak
 7   up and answer orally versus nodding or saying
 8   uh-huh.  It's normal in natural conversation,
 9   but it doesn't really work for the transcript.
10   And if you do it, which everybody does, I'll
11   try to remember to point it out.
12        A    Okay.
13        Q    If I ask you a question that you
14   don't understand, ask me to clarify, and I'll
15   do so.  If you need me to rephrase a question,
16   ask me to do that, and I will.  If you don't
17   ask me to clarify or rephrase, I'm going to
18   assume that you understand my question.  Okay?
19        A    Okay.
20        Q    If, if your answer depends on the
21   time frame, let me know.  So, for example, if
22   you -- if I ask you a question and you think to
23   yourself, that's true now but it's not true
24   then, then specify your answer or ask me to
25   rephrase.  Say, well, maybe there's a timing
```

**9**

Electronically signed by Joel Moyer (501-161-376-4513)                                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1    issue there.

 2         A     Okay.

 3         Q     Okay?  If you need a break at any

 4    time, just let -- say so.  If we're in the

 5    middle of the question, we'll finish that

 6    question, and then we'll see what we can do

 7    about a break.

 8               Your attorney may object to my

 9    questions.  He will object to my questions at

10    some point.  Generally, you still have to

11    answer unless he tells you not to.

12               Did you bring any documents with you

13    today?

14         A     I did not.

15         Q     So do you intend to rely on anything

16    during the deposition other than what I hand

17    you?

18         A     I don't have anything to -- I don't

19    have anything with me, so.

20         Q     Okay.  These are a couple pro forma

21    credibility questions.  Have you ever been

22    arrested?

23         A     No.

24         Q     Have you ever been convicted?

25         A     No.
```

**10**

Electronically signed by Joel Moyer (501-161-376-4513)                6815fa2e-1514-4867-98cb-9e1d11b4d2bc

R. Dale Rutledge        Georgia State Conference of the NAACP, et al vs Kemp        February 7, 2018

```
 1         Q     When did you first become aware of
 2    this litigation?
 3         A     Back in spring of this -- summer of
 4    last year maybe.  I don't really recall the
 5    exact date.
 6         Q     How did you become aware?
 7         A     I received a letter in the mail.
 8         Q     From whom?
 9         A     I guess the, the official one I had,
10    I got a subpoena notice is when I knew that it
11    was, you know, it was going to happen.
12         Q     What was going to happen?
13         A     This.
14         Q     The deposition?
15         A     The lawsuit, yeah.  The deposition.
16         Q     That would have been in this year.
17    Did you find out -- when did you find out last
18    year?
19         A     I don't know that I found out
20    officially.  I just heard that it might happen.
21         Q     Do you remember from whom you
22    heard --
23         A     No.
24         Q     -- it might happen?
25         A     I do not.
```

Donovan Reporting, PC                                    770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                        6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1        Q     Tell me to the best of your
 2   knowledge what you believe this lawsuit is
 3   about.
 4        A     I guess that's what I'm here to find
 5   out.  I'm really not sure.
 6        Q     You don't have any understanding
 7   what this lawsuit's about at all?
 8        A     No.
 9        Q     You've never heard that it was about
10   House Bill 566?
11        A     Well, sure.
12        Q     Okay.  So tell me what you've heard
13   then.
14        A     From who?
15        Q     From anyone about what this lawsuit
16   is about.  What's your understanding of what
17   this lawsuit is about?
18              MR. KHOURY:  Yeah, I'm just going to
19   object and instruct you not to answer if an
20   answer includes any communications that we've
21   had.  Okay?  If somebody else has told you,
22   that's fine, but you can't testify about
23   anything that you and I have talked about.
24              THE WITNESS:  Okay.
25        A     All I, all I know is people that we
```

**12**

Electronically signed by Joel Moyer (501-161-376-4513)                                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1    have talked to during this process is the fact
 2    of redistricting and it not being within the
 3    guidelines of what the law allows.  And from my
 4    understanding, it is within the guidelines of
 5    what the law allows.
 6        Q    When you say people we've talked to,
 7    who are you talking about?
 8        A    Just other state representatives,
 9    colleagues.
10        Q    Such as?
11        A    Brian Strickland, Andy Welch, Randy
12    Nix, David Knight, just people that are in our
13    delegation.
14        Q    You've spoken with them about this
15    litigation?
16        A    No.  We talked about the process of
17    redistricting.  I haven't, I haven't spoken to
18    anyone particularly about this, you know, the
19    lawsuit or whatever this, you know, process is.
20    I'm not an attorney, so I wouldn't -- I didn't
21    talk to any, anyone specifically about it.
22        Q    So when you say people we've talked
23    to, what conversations are you referring to
24    then?  The question was what's your
25    understanding about this lawsuit, and I believe
```

**13**

```
 1    you said that based on conversations you've had
 2    with people such as --
 3         A     Other legislators.
 4         Q     Yeah, other legislators --
 5         A     Right.
 6         Q     -- including Representative
 7    Strickland and Representative Knight and
 8    Representative Welch, you understand that it's
 9    about redistricting.  So I guess I'm asking:
10    What was the context of those conversations,
11    and when did they occur?
12         A     During legislative session, just
13    particularly about this -- just about the
14    redistricting and if it was within the
15    guidelines of the law or not.  And we feel like
16    it is.
17         Q     You've had these conversations this
18    year, during this legislative session?
19         A     Yeah, we've had conversation, but
20    nothing in particular.  I mean, just in general
21    conversation.
22         Q     And the conversation you said was
23    about you-all felt that the redistricting that
24    took place in 2015 was within the confines of
25    the law?
```

**14**

Electronically signed by Joel Moyer (501-161-376-4513)                        6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1        A     Correct.

 2        Q     Why?

 3        A     Why not?  I mean, I don't -- I'm not

 4   an attorney, and I rely on legislative counsel,

 5   and what we presented was within the guidelines

 6   or it wouldn't have -- I mean, I think it

 7   was -- I'm pretty sure it was voted on

 8   unanimously in the chamber.

 9        Q     Do you recall speaking with

10   legislative counsel about this legislation?

11        A     I remember speaking to Randy Nix

12   about it, and he's the chairman of the, of the

13   committee.

14        Q     When do you recall speaking with

15   Representative Nix?

16        A     I couldn't tell you the date.

17        Q     Was it this year, last year, or are

18   you thinking contemporaneously with the passage

19   of the bill?

20        A     Passage of the bill.

21        Q     Okay.  Other than your attorney,

22   have you spoken with anyone about your

23   testimony today?

24        A     No.

25        Q     Do you have an assistant or other
```

Electronically signed by Joel Moyer (501-161-376-4513)                                6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1    staff?
 2         A     We have a shared administrative
 3    assistant.
 4         Q     What's that person's name?
 5         A     Kathy Hutcherson.
 6         Q     Kathy Hutcherson?
 7         A     Uh-huh (affirmative).
 8         Q     Has she helped prepare you in any
 9    way for your testimony today?
10         A     No.  I'm not even aware she knows
11    I'm here or not.  Like I said, she's shared
12    with like six legislators, so.
13         Q     Have you spoken with any fellow
14    legislators about your testimony today?
15         A     No.
16         Q     Have you spoken with the
17    Reapportionment Office about your testimony
18    today?
19         A     About me -- I told them I was coming
20    here today.
21         Q     Who did you tell?
22         A     Brian, Andy.
23         Q     Oh --
24         A     That I was coming, that I was being
25    deposed today.
```

**16**

Electronically signed by Joel Moyer (501-161-376-4513)                                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

R. Dale Rutledge        Georgia State Conference of the NAACP, et al vs Kemp        February 7, 2018

```
 1          Q      Fellow legislators?
 2          A      Yeah.
 3          Q      Okay.
 4          A      And my wife.
 5          Q      And your wife.  Okay.  Did you
 6     discuss anything else?
 7          A      No.
 8          Q      And just so we can clarify for the
 9     record, Brian Strickland?
10          A      Correct.
11          Q      And Andy Welch?
12          A      Andy Welch.
13          Q      Okay.  Have you spoken with anyone
14     from the Reapportionment Office, meaning Gina
15     Wright --
16          A      Oh, yeah.  She's --
17          Q      -- Dan O'Connor?
18          A      She's actually -- yeah, I've spoken
19     to her as well.
20          Q      About your testimony today?
21          A      I told her I was coming, yes.
22          Q      Did you discuss anything else?
23          A      No.
24          Q      Do you recall when?
25          A      Actually, today.
```

**17**

Electronically signed by Joel Moyer (501-161-376-4513)                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1        Q     Today?

 2        A     Yeah.

 3        Q     Did she tell you anything about her

 4   experience?

 5        A     She said eat something before you

 6   go.

 7        Q     What about Representative

 8   Strickland?  Did he tell you anything --

 9        A     No.

10        Q     -- about his experience?

11        A     No.

12        Q     Or I guess he's not a representative

13   anymore.

14        A     He's a senator.

15        Q     Senator Strickland.

16        A     Right.

17        Q     You said you spoke with your wife

18   about your testimony today?

19        A     I haven't spoken to her, no.  Texted

20   her.

21        Q     You texted her?

22        A     Yeah.  I just said I was going to be

23   in a deposition from 1:00 on.

24        Q     Okay.  What about any of your kids?

25        A     No.
```

**18**

1       Q     Did you review documents in
2   preparation for your deposition today?
3       A     I searched for documents that --
4   emails and stuff, but I haven't -- I didn't
5   bring any.
6       Q     We'll talk about that in more
7   detail.  Do you recall what kind -- did your
8   attorney show you documents --
9       A     No.
10      Q     -- to prepare for your deposition
11  today?
12      A     No.
13      Q     Have you reviewed transcripts of any
14  deposition that's been taken in this case?
15      A     No.
16      Q     Have you read the Complaint?
17      A     No.
18      Q     Have you read the Answer or any
19  other pleadings?
20      A     No.
21      Q     Did you look at any expert reports?
22      A     Nope.
23      Q     Based on your understanding of the
24  case, what would you consider to be a relevant
25  document?

Donovan Reporting, PC                                      770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1              MR. KHOURY:  Object to the form of
 2     the question.
 3          Q     You still have to answer.
 4          A     I wouldn't know.
 5          Q     Do you consider an email about the
 6     racial demographics of your district to be
 7     relevant?
 8          A     Depends on what the content of the
 9     email was, I guess.  I mean, that would be for
10     you to determine, I guess, not me.
11          Q     Would you consider notes from a
12     meeting where redistricting was discussed to be
13     relevant?
14              MR. KHOURY:  Object to the form of
15     the question.
16          Q     You still have to answer.
17          A     Can you rephrase it?
18          Q     Do you understand my question?
19          A     Say it again.
20          Q     Would you consider notes from a
21     meeting where redistricting was discussed to be
22     relevant?
23              MR. KHOURY:  Object to the form of
24     the question.
25          Q     You still have to answer.
```

**20**

Electronically signed by Joel Moyer (501-161-376-4513)                              6815fa2e-1514-4867-98cb-9e1d11b4d2bc

1          MR. KHOURY:  It might be helpful to

2     define what you mean by relevant since that's a

3     legal term and he's not a lawyer.

4          Q     You said you looked for documents;

5     right?

6          A     I looked -- documents that I might

7     have, not other people's documents.

8          Q     And when you were looking for

9     documents that you might have, were you looking

10     to see if it might be relevant or related to

11     this litigation?

12          MR. KHOURY:  Object to the form of

13     the question.  Same objection.

14          Q     You still have to answer.

15          MR. KHOURY:  If you don't understand

16     the question, you can tell her you don't

17     understand.

18          A     Yeah.  I'm really not -- I just

19     don't understand what you're asking.

20          MS. GREEN:  Okay.  I'm going to

21     object to instructing the witness what to say.

22     That's not allowed by the standing order, and

23     we both know that, so let's stop.

24          Q     So when you were looking for

25     documents, what were you looking for?

**21**

Electronically signed by Joel Moyer (501-161-376-4513)                                          6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1        A     People that were involved in the
 2   redistricting and if there was an email sent
 3   from me, from me to them or them to me.
 4        Q     Okay.  So when I ask you if
 5   something is relevant or not, I am asking if
 6   you think it's related to the litigation.
 7        A     If I think it is?
 8        Q     If you think it is.
 9        A     Okay.
10        Q     Okay.  So would you consider notes
11   from a meeting where redistricting was
12   discussed to be relevant?
13        A     Yes.
14        Q     Would you consider a calendar entry
15   of a meeting with the Reapportionment Office to
16   be relevant?
17        A     I'm not sure.
18        Q     Would you consider an email
19   discussing the desire to change your district
20   or another district to be relevant?
21        A     Could be.
22        Q     Are there any other documents that
23   you would consider to be relevant?
24        A     Not that I'm aware of.
25        Q     Okay.  Did you search your computer
```

**22**

Electronically signed by Joel Moyer (501-161-376-4513)                                          6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1    files --
 2         A      I did.
 3         Q      -- for documents?
 4         A      (Nods head affirmatively.)
 5         Q      How did you do that?
 6         A      Just a search by different criteria,
 7    you know, people that were in the committee and
 8    in reapportionment.
 9         Q      What criteria?
10         A      Names.
11         Q      What names?
12         A      Gina Wright, O'Connor, Nix, Brian
13    Strickland, just those folks that were on the
14    committee.
15         Q      How did you search for those names
16    on your computer?
17         A      On -- in Outlook on the search bar
18    for the Sent file and Deleted files and all the
19    folders.  All the folders in my Outlook.
20         Q      In your Outlook?
21         A      Yeah.
22         Q      Do you store other -- do you store
23    files in other folders --
24         A      No.
25         Q      -- outside of Outlook?  You don't
```

**23**

Electronically signed by Joel Moyer (501-161-376-4513)                                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1    create Word documents on your computer?

 2         A      Yes.  Yes, I do.

 3         Q      Did you search those?

 4         A      Yes.

 5         Q      How did you search those?

 6         A      Just on the search bar and Windows

 7    search, in the search bar.

 8         Q      And what --

 9         A      I didn't have any.

10         Q      What terms did you put in that

11    search bar?

12         A      Redistricting, names of, you know,

13    just Henry County redistricting, 109, 110, 111,

14    all those different criterias.  And I don't

15    have that many documents, so you can -- I can

16    look and see that there was, there was no

17    documents in there.

18         Q      Okay.  When you said -- what

19    computer are you talking about?  You said your

20    Outlook.

21         A      Yeah.

22         Q      You're talking about --

23         A      The computer I use.

24         Q      Where?

25         A      What do you mean "where"?
```

**24**

Electronically signed by Joel Moyer (501-161-376-4513)                              6815fa2e-1514-4867-98cb-9e1d11b4d2bc

R. Dale Rutledge        Georgia State Conference of the NAACP, et al vs Kemp        February 7, 2018

```
 1          Q      At your job?  At home?
 2          A      It's my personal computer, yes.
 3          Q      Okay.  Were you given a list of
 4   search terms to apply to those documents?
 5          A      Yes.
 6          Q      You were given a list of search
 7   terms to apply --
 8          A      Yes.
 9          Q      -- to those documents?
10          A      Uh-huh (affirmative).
11          Q      Where did -- who gave you that list?
12          A      It was emailed from Alex.
13          Q      Do you know what a proximity search
14   is?
15          A      A what?
16          Q      A proximity search?
17          A      No.
18          Q      Do you know how to search, for
19   example, of a term that says within two, so a
20   word is within two of something else?
21          A      No, not aware.
22          Q      Okay.  So if there was a term on
23   that list that had something within two -- one
24   word is within two words of another word, you
25   wouldn't know how to do that?
```

**25**

Electronically signed by Joel Moyer (501-161-376-4513)                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1        A     No, never had to do that.
 2        Q     Okay.  Did the House assign you an
 3   email address?
 4        A     Sure.
 5        Q     Is it dale.rutledge@house.ga --
 6   house.ga.gov?
 7        A     Correct.
 8        Q     Do you have another account through
 9   the Georgia House?
10        A     Yes.
11        Q     Do you have a personal email
12   account?
13        A     Sure.
14        Q     Is it rdrutledge@mindspring.com?
15        A     Correct.
16        Q     Do you have another email, a
17   personal, another personal email account?
18        A     Uh-huh (affirmative).
19        Q     What's that email account?
20        A     Dale@expolinkcargo.com and
21   drutledge@jphallexpress.com.
22        Q     Okay.  Did you search all four of
23   those accounts?
24        A     I don't -- no.
25        Q     Do you use any of your personal
```

Donovan Reporting, PC                                    770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

R. Dale Rutledge        Georgia State Conference of the NAACP, et al vs Kemp        February 7, 2018

```
 1    accounts for work?
 2         A     For?  That's what I --
 3         Q     I'm sorry.  Work within the House.
 4         A     No.
 5         (Whereupon a document was identified as
 6         Plaintiff's Exhibit 35.)
 7         Q     I'm showing the witness Plaintiff's
 8    Exhibit 35.  It has a Bates number of GA000112
 9    through GA000113.
10         A     Yeah.  I did use my personal email
11    address to send obvious emails.
12         Q     Okay.  So you did use --
13         A     Yes.
14         Q     -- your personal --
15         A     Yes.
16         Q     -- email account for work, but you
17    didn't search it?
18         A     Yeah, I searched it.
19         Q     I thought you said --
20         A     On my Outlook, all of my email
21    addresses are there.
22         Q     Okay.
23         A     So when I search, it searches all of
24    them.
25         Q     Okay.  Okay.  Do you keep a
```

**27**

Electronically signed by Joel Moyer (501-161-376-4513)                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1    calendar?

 2         A     Do I keep a calendar?  In what form?

 3         Q     In any form.

 4         A     Sure.

 5         Q     How -- what form do you use?

 6         A     My phone.

 7         Q     Did you search your phone?

 8         A     No.

 9         Q     Do you have a cell phone?

10         A     Yeah, right here.

11         Q     Did you use it -- do you use it to

12    text?  I think you said you texted your wife.

13         A     Yeah.

14         Q     Do you use it to text for work?

15         A     You mean text messages?

16         Q     Uh-huh (affirmative).

17         A     I mean, I text people, not

18    necessarily for, you know, work.  I mean, but,

19    sure, I text people.

20         Q     Do you text people for work about

21    bills and meetings and stuff like that?

22         A     I mean, I'm not sure what you really

23    mean by that.  I mean, specifically, what do

24    you mean?  I mean, like --

25         Q     Would you ever send, say,
```

**28**

Electronically signed by Joel Moyer (501-161-376-4513)                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1    Representative Strickland a text message
 2    something like, hey, what do you think about
 3    that bill --
 4         A    Oh, sure.
 5         Q    -- or --
 6         A    Sure.
 7         Q    -- a message about, hey, we have
 8    this meeting coming up or something like that?
 9         A    Sure.
10         Q    Did you search your text messages?
11         A    No.
12         Q    Did you ask your attorney to search
13    your text messages?
14         A    No.
15         Q    Do you take notes during meetings?
16         A    No.
17         Q    Okay.  Never?
18         A    I mean, sure, I do, some.
19         Q    How do you take notes?
20         A    Usually I just write on the bills
21    that we're working on, keep notes on that.
22         Q    Do you keep those?
23         A    Not really.
24         Q    What do you do with them?
25         A    Trash them.
```

**29**

Electronically signed by Joel Moyer (501-161-376-4513)                                6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1              MS. GREEN:  Can we go off the record
 2    for a sec?
 3              THE VIDEOGRAPHER:  Going off video
 4    record at 1:27 p.m.
 5         (Whereupon off-the-record discussions
 6         ensued.)
 7              THE VIDEOGRAPHER:  Back on video
 8    record at 1:29 p.m.
 9         Q    You said you used the search term
10    list that your attorney provided you to search
11    for documents?
12         A    Correct.
13         Q    If there was a term that said
14    something along the lines of this is within two
15    of this or this is around this or something
16    like that, how would you have searched?
17              MR. KHOURY:  Object --
18         Q    How would you have conducted that
19    search?
20              MR. KHOURY:  Object to the form of
21    the question.  Question's already been
22    answered.
23         A    Did the search.
24         Q    Did you use every term on -- did you
25    search every term on the list?
```

**30**

Electronically signed by Joel Moyer (501-161-376-4513)                6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1              MR. KHOURY:  Object to the form of
 2     the question.
 3          Q     You still have to answer.
 4          A     I don't -- the list was pretty long,
 5     and I know that I did not have anything on -- I
 6     didn't search every single term because I
 7     just -- I know the people that were involved,
 8     and I know who I emailed back and forth.  And
 9     those were the emails that I searched for, and
10     I only had the one.  That was it.
11          Q     If you didn't search every term on
12     the list, how did you pick which terms to look
13     for, to search?
14          A     Like, you know, just redistricting,
15     things -- you know, the ones that I knew would
16     have been something in the subject line.  But
17     the other ones, I know I didn't send any
18     emails.
19          Q     So you did not search for those
20     terms?
21          A     Not every term on the list.
22              MR. KHOURY:  Object to the form of
23     the question.
24              MS. GREEN:  Okay.  Can we go back
25     off?
```

**31**

Electronically signed by Joel Moyer (501-161-376-4513)                                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

R. Dale Rutledge          Georgia State Conference of the NAACP, et al vs Kemp          February 7, 2018

```
 1                THE VIDEOGRAPHER:  Going off video
 2      record at 1:30 p.m.
 3           (Whereupon off-the-record discussions
 4           ensued.)
 5                THE VIDEOGRAPHER:  Back on video
 6      record at 1:31 p.m.
 7           Q     Let's take a moment to review the
 8      biographies attached as exhibit.  I'll give you
 9      a pen.  If you see anything that's inaccurate,
10      just go ahead and mark it up using the pen.
11      And tell me what you're changing.  Trying to
12      save time.
13                MR. KHOURY:  Is this an exhibit?
14           (Whereupon a document was identified
15           as Plaintiff's Exhibit 318.)
16                MS. GREEN:  It will.  Sorry.  I
17      forgot to put a sticker on it.  Exhibit 314.
18      318.  Sorry.
19           Q     You're making a change?
20           A     Uh-huh (affirmative).
21           Q     What change are you making?
22           A     Post office box.
23                That's the only change.
24           Q     What did you study at Georgia
25      Southwestern?
```

**32**

Electronically signed by Joel Moyer (501-161-376-4513)                              6815fa2e-1514-4867-98cb-9e1d11b4d2bc

R. Dale Rutledge        Georgia State Conference of the NAACP, et al vs Kemp        February 7, 2018

```
 1          A      Only went one quarter.
 2          Q      What did you study?
 3          A      Just core classes.
 4          Q      What did you do after?
 5          A      Farm.  My father got sick with
 6     cancer during my first quarter.
 7          Q      Sorry to hear that.
 8          A      Yeah.
 9          Q      What district do you represent?
10          A      District 109.
11          Q      And you were first elected to
12     District 109 in 2012; correct?
13          A      Correct.
14          Q      Is that the first time you've been
15     elected to government office?
16          A      Correct.
17          Q      Is that the first time you've ever
18     worked for the government?
19          A      Correct.
20          Q      Do you intend to seek reelection
21     this year?
22          A      I do.
23          Q      Other than the redistricting at
24     issue in this litigation, have you ever
25     participated in the redistricting process?
```

**33**

Electronically signed by Joel Moyer (501-161-376-4513)                                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
1          A      No.

2          Q      What about in 2017?

3          A      What do you mean?

4          Q      Did you participate in it again in

5     2017?

6          A      I don't recall anything that I would

7     have been involved in in 2017.

8          Q      Okay.  Have you ever spoken about

9     the issue of redistricting at any point?

10         A      Can you tell me what you mean by

11    that?  I mean, I'm not sure what you're asking.

12         Q      Have you ever given a public speech-

13         A      Oh, no.

14         Q      -- or anything like that about

15    redistricting?

16         A      No, no.

17         Q      Have you ever studied or researched

18    redistricting?

19         A      No.

20         Q      What do you understand the term

21    racial gerrymandering, gerrymandering to mean?

22         A      I guess using race as a factor of

23    determining how to draw district lines is what

24    I would, I would interpret that.

25         Q      What do you understand the term
```

**34**

Electronically signed by Joel Moyer (501-161-376-4513)                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1    political gerrymandering to mean?
 2         A    Because politicians do it.
 3         Q    Do what?
 4         A    Redistrict.  That's what we do.
 5    That's what politicians do as far as -- that's
 6    how the process works.
 7         Q    Are you saying anytime lines are
 8    drawn, that's political gerrymandering?
 9         A    No.  I'm just saying the process is
10    political.
11         Q    So do you have an understanding of
12    the term political gerrymandering to mean
13    anything other than any political process?
14         A    I don't, I don't really have an
15    opinion on what it means.  I mean, I guess it's
16    up to each individual to determine what it
17    means, and I don't really have a, I mean,
18    opinion on it.
19         Q    What do you understand the term
20    racial dilution to mean?
21         A    I don't, you know, I don't know.
22         Q    Do you have any background with
23    using GIS Maptitude or other types of mapping
24    software?
25         A    No.
```

Electronically signed by Joel Moyer (501-161-376-4513)                                        6815fa2e-1514-4867-98cb-9e1d11b4d2bc

R. Dale Rutledge        Georgia State Conference of the NAACP, et al vs Kemp        February 7, 2018

```
 1          Q      Where is House District 109?
 2          A      Henry, Rockdale, and Newton County.
 3          Q      This is an outdated map, this is a
 4     2012, but you can see Rockdale and Newton.
 5          A      Correct.
 6          Q      Does this look about right to you?
 7          A      Yeah, that looks like the 2012 map,
 8     yeah.
 9          Q      Okay.  What are your
10     responsibilities as a member of the House of
11     Representatives?
12          A      To represent my constituents at the
13     State.
14          Q      Who are your constituents?
15          A      Do what now?
16          Q      Who are your constituents?
17          A      People that live inside that
18     district.
19          Q      Do you believe you have a duty to
20     represent everyone in your district?
21          A      I do.
22          Q      Even the people that don't vote for
23     you?
24          A      Sure.
25          Q      Democrats?
```

**36**

Electronically signed by Joel Moyer (501-161-376-4513)                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1        A      Everyone.  A lot of people don't
 2   even vote.  I represent them as well.
 3        Q      Do you believe you have a duty to
 4   represent African-American people in your
 5   district?
 6        A      Everyone that lives in that
 7   district.
 8        Q      You were sworn in to office in
 9   January 2013; right?
10        A      Correct.
11        Q      And when you were sworn in, you took
12   an oath to support the Constitution of the
13   United States; correct?
14        A      Correct.
15        Q      Does that oath apply to every action
16   you take as a representative for your district?
17        A      Correct.
18        Q      And have you, throughout your
19   service, upheld that oath?
20        A      I feel like I have.
21        Q      The Georgia House is only in session
22   for 40 days; correct?
23        A      Correct.
24        Q      Do you have another job when the
25   House is not in session?
```

**37**

Electronically signed by Joel Moyer (501-161-376-4513)                                           6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1        A     I do.

 2        Q     What is that job?

 3        A     Logistics, freight logistics.

 4        Q     Shipping and moving?

 5        A     Moving freight point A to point B.

 6        Q     Do you consider yourself a

 7   relatively active House member?

 8        A     Relatively.

 9        Q     Why?

10        A     I mean, I'm -- I mean, I don't know

11   what you mean by the term relatively active.  I

12   mean, I --

13        Q     As compared to other members of the

14   House.

15        A     Well, I guess that's up for debate.

16   I kind of try to just concentrate on the

17   committees that I'm on and the bills that are

18   moving through our committees, trying to make

19   them better and -- better laws for the whole

20   state.

21        Q     What do you think makes a better

22   law?

23        A     That's just my opinion.  It depends

24   on what it is.

25        Q     When do you start campaigning?
```

Donovan Reporting, PC                                        770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

R. Dale Rutledge        Georgia State Conference of the NAACP, et al vs Kemp        February 7, 2018

```
 1        A      When?

 2        Q      Uh-huh (affirmative).

 3        A      After session is over, I'll start

 4   campaigning.

 5        Q      About when does session end?

 6        A      It's usually, it will be over by

 7   April --

 8        Q      By April?

 9        A      -- first of April.

10        Q      Do you use demographic information

11   to help decide where to campaign or to --

12        A      I use voter records.  I mean, I -- I

13   mean, my campaign manager, they handle all

14   that --

15        Q      Who is --

16        A      -- as far as, you know, mailers and

17   things like that.  Obviously, in the primary,

18   we're going to send information to Republicans.

19        Q      Who is your campaign manager?

20        A      Charles Mobley.

21        Q      I'm sorry.  I missed it.

22        A      Charles Mobley.

23        Q      Mobley.  How do you spell that?

24        A      M-O-B-L-E-Y.

25        Q      Do you use any other information
```

**39**

Donovan Reporting, PC                                         770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                                         6815fa2e-1514-4867-98cb-9e1d11b4d2bc

1    besides voter records?

2         A     No.

3         Q     Do you use past voting information?

4    Is that what you mean by voter records?

5         A     I don't.  I don't.

6         Q     What information are you aware of

7    that guides your campaign strategy?

8         A     Depends on who's running against me,

9    if anyone, and, you know, the issues that are

10   in the forefront of -- during the time that

11   we're campaigning.

12        Q     Last year -- not last year.  2016,

13   you had an opponent, a Democratic opponent;

14   right?

15        A     Uh-huh (affirmative).

16        Q     In that campaign, what kind of

17   information did you use to guide your campaign

18   strategy?

19        A     Just conservative based, you know,

20   issues.

21        Q     Such as?

22        A     You know, Second Amendment, less

23   regulations on business, lower taxes, smaller

24   government, those kind of -- that was the

25   theme.

Electronically signed by Joel Moyer (501-161-376-4513)                                   6815fa2e-1514-4867-98cb-9e1d11b4d2bc

R. Dale Rutledge        Georgia State Conference of the NAACP, et al vs Kemp        February 7, 2018

```
 1          Q      Immigration?
 2          A      No, I don't remember using
 3    immigration.
 4          Q      Police violence?
 5          A      I don't remember using that.
 6          Q      Do you rely on the Congressional
 7    Reapportionment Office when developing a
 8    campaign strategy?
 9          A      No.
10          Q      Have you ever asked Dan O'Connor for
11    information?
12          A      I have.
13          Q      About your district?
14          A      Comparing the Henry County
15    districts, voter turnout and such.
16          Q      What do you understand his role to
17    be within the Reapportionment Office?
18          A      What do I understand his role to be?
19    He's a numbers guy, and I'm really not -- you
20    know, you'd have to ask him what his role is.
21    I don't -- from my understanding, he's -- he
22    deals with reapportionment within the state and
23    districts in the House and the Senate and
24    keeping it all balanced.
25          Q      Do you remember how you first met
```

**41**

Electronically signed by Joel Moyer (501-161-376-4513)                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1    him?
 2         A     I can't remember how I first met
 3    him.
 4         Q     Do you remember when?
 5         A     I think -- it's probably -- I really
 6    just don't remember.  I really don't.
 7         Q     Would it have been before or after
 8    you were elected --
 9         A     It was after.
10         Q     -- first elected?  After?
11         A     Oh, yeah.
12         Q     Would you consider him to be an
13    expert in redistricting?
14         A     I, I don't know what an expert is in
15    redistricting.
16         Q     When you say he's a numbers guy, can
17    you elaborate on what you mean by that?
18         A     Well, he can sure -- he, he can
19    articulate without referring -- he knows the
20    numbers.  He knows the, you know, the voting
21    tendencies and the, you know, areas that are
22    changing as far as who's turning out the votes
23    and, you know, things like that.  I mean, he
24    just, he knows the percentages and the changes.
25         Q     When you say percentages and changes
```

**42**

Electronically signed by Joel Moyer (501-161-376-4513)                              6815fa2e-1514-4867-98cb-9e1d11b4d2bc

R. Dale Rutledge      Georgia State Conference of the NAACP, et al vs Kemp      February 7, 2018

```
 1    and who's voting and who's turning out, what --
 2    are you talking about groups of people?
 3          A     Republicans, Democrats.
 4          Q     Does he also have information about
 5    the racial turnout?
 6          A     I don't know.  I guess he does.
 7          Q     Have you ever asked for that
 8    information?
 9          A     No.
10          Q     Some of your fellow legislators have
11    said Dan knows more about the maps than anyone
12    else.  Would you agree with that assessment?
13          A     I would, yeah, I would agree with
14    that.
15          Q     Do you attend Republican conventions
16    and meetings?
17          A     From time to time.
18          Q     Have you ever seen Dan O'Connor
19    there?
20          A     No.
21          Q     Have you -- do you know who Gina
22    Wright is?
23          A     Yes, I do.
24          Q     Have you ever seen her at Republican
25    meetings or conventions?
```

**43**

Electronically signed by Joel Moyer (501-161-376-4513)                     6815fa2e-1514-4867-98cb-9e1d11b4d2bc

R. Dale Rutledge        Georgia State Conference of the NAACP, et al vs Kemp        February 7, 2018

```
 1        A     I have not.
 2        Q     Do you trust Dan to keep your
 3   conversations confidential?
 4        A     I don't, I don't know.  I mean, I
 5   don't know that I've had a conversation with
 6   him that would require him to keep it
 7   confidential.
 8        Q     Has Dan ever told you that he's a
 9   Republican?
10        A     (Shakes head negatively.)
11        Q     Has he ever said he's a Democrat?
12        A     No.
13        Q     In your experience, has Dan helped
14   Republicans in Georgia win reelections?
15        A     I don't think he has any control
16   over that.
17        Q     But has he helped?
18        A     Not that I know.  Not that I'm aware
19   of.
20        Q     When you're designing a campaign
21   strategy, do you look at data on the precinct
22   level?
23        A     I mean, obviously, I mean, again,
24   Charles -- I'm not a, I'm not a campaign guy.
25   I mean, I rely on Charles to run the campaign,
```

**44**

Electronically signed by Joel Moyer (501-161-376-4513)                                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1    and those guys are looking at, you know, what
 2    the message needs to be, and that's who I rely
 3    on for that.
 4         Q     Do you canvas voters?
 5         A     Canvas meaning?
 6         Q     Knock on doors.
 7         A     I did the first time.
 8         Q     In 2012?
 9         A     2012.
10         Q     Did you canvas voters in 2016?
11         A     No.
12         Q     How did you reach out to voters in
13    2016?
14         A     Just mailers.
15         Q     Mailers?
16         A     Uh-huh (affirmative).
17         Q     Do you use social media at all?
18         A     Some, yeah.
19         Q     I think you have a blog?
20         A     I don't have a blog.
21         Q     You don't have a blog?
22         A     No.
23         Q     Okay.  You have a website where
24    there's weekly updates?
25         A     I'm not really active in doing that.
```

Electronically signed by Joel Moyer (501-161-376-4513)                      6815fa2e-1514-4867-98cb-9e1d11b4d2bc

1        Q      Oh, okay.  Who does that for you?

2        A      Charles, and Pipeline, he uses

3    Pipeline, a social media company that does that

4    as well.

5        Q      I see.  So those -- you don't write

6    those weekly updates?  Someone else does for

7    you?

8        A      Yeah.  Charles does that.

9        Q      Okay.  Would you say you're very

10   familiar with the people in your district?

11       A      Yeah.  I was -- my grandfather was

12   born in 1910 in that district, so I've been

13   there a while.

14       Q      What are the characteristics of the

15   type of person that you believe is pretty

16   likely to vote for you?

17       A      I hope all of them.  I mean, why

18   wouldn't they?

19       Q      In 2016, did everyone vote for you?

20       A      Of course not.

21       Q      Okay.

22       A      But that doesn't mean I can't hope

23   that they would.

24       Q      I think the question is more like

25   very likely to vote for you.

**46**

Electronically signed by Joel Moyer (501-161-376-4513)                                          6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1        A     I have no idea.  I don't even know
 2   how to answer that.  I guess someone that
 3   believes in the message I'm sending.
 4        Q     If you had to pick one metric other
 5   than party affiliation, such as Republican or
 6   Democrat, that determines the likelihood
 7   someone would vote for you, what would that
 8   metric be?
 9        A     I would say probably age.  Yeah, I
10   would think.
11        Q     Do you believe the race of someone
12   determines -- helps determine whether or not
13   they're likely to vote for you?
14        A     No.
15        Q     Why not?
16        A     Why would it?  I mean, I just don't
17   agree with it.
18        Q     Do you believe black people are just
19   as likely to vote for Republicans as are white
20   people?
21        A     Sure.
22        Q     You believe black people vote for
23   Republicans as much as white people vote for
24   Republicans?
25        A     I wouldn't say as much, but they
```

**47**

Electronically signed by Joel Moyer (501-161-376-4513)                                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

1    can.

2         Q      That wasn't my question.   My

3    question is:  Do you believe that black people

4    vote for white people as often as they vote --

5    I'm sorry.

6         A      I don't even --

7         Q      Do you believe that black people

8    vote for Republican candidates as often as do

9    white people?

10         A      I mean, I guess the statistics are

11    out there.   Right?   I mean.

12         Q      I'm asking what you believe.

13         A      I mean, I don't -- I guess if you

14    look at it, you know, statistically, yes, they

15    do.

16         Q      Black people vote for Republicans

17    just as --

18         A      No.

19         Q      -- much as white people do?

20         A      No, no.   The other way.

21         Q      Okay.   So do you agree that black

22    people more often than not vote for Democratic

23    candidates?

24         A      If that's what the, you know,

25    percentages show.

Electronically signed by Joel Moyer (501-161-376-4513)                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

1        Q      I'm asking what you believe.

2               MR. KHOURY:   Object to the form of

3     the question.

4        A      I don't believe anything about -- I

5     mean, I just believe whatever the statistics is

6     is what it is.

7        Q      Would you say your district's

8     Republican, Democratic, or evenly split?

9        A      Mine is, last account, I think

10    Charles said it was like 54 percent Republican.

11       Q      Do you remember when --

12       A      Maybe then.

13       Q      -- this account was given?

14       A      The last time I ran.

15       Q      2016?

16       A      Yeah.

17       Q      And that's a significantly less

18    percentage of Republicans than in previous

19    years?

20       A      Yeah.  I think the first time I ran

21    it was 56, something like that, if I remember

22    correctly.  I mean, you know, it's a

23    roundabout, that what I remember.

24       Q      Representative Jones had a, I

25    thought, fun way of describing the flavor, I

**49**

```
 1    suppose, of the people in districts, so she
 2    said there are Trump Republicans and then there
 3    are Isakson Republicans or Romney Republicans,
 4    and then there are Clinton Democrats, and then
 5    there are Berney Democrats.
 6              How would you describe the
 7    Republicans in your district?
 8         A    I'd say Trump --
 9         Q    Trump?
10         A    -- Republican.
11         Q    And do you agree there are Democrats
12    in your district too?
13         A    Sure.
14         Q    How would you describe them?
15         A    I wouldn't, wouldn't describe them.
16         Q    Do you agree that African-American
17    people in your district tend to vote for a
18    Democratic candidate if one is available?
19         A    Again, I mean, that's -- I'm not
20    sure why you're -- I mean, those are facts.  I
21    mean, you can look at the facts.  I mean, are
22    you asking me to add something that I believe?
23    I mean, it's not whether I believe it or not.
24    It's what the facts are.
25         Q    What do you understand the facts
```

Electronically signed by Joel Moyer (501-161-376-4513)                          6815fa2e-1514-4867-98cb-9e1d11b4d2bc

1  are?

2       A     That -- just ask the question again,

3  then.

4       Q     Do you agree that African-American

5  people in your district tend to vote for the

6  Democratic candidate if one is available?

7       A     I would agree with that.

8       Q     If the number of African-American

9  people in your district increase to close to 40

10  percent, would you believe your chances for

11  reelection were significantly hampered?

12            MR. KHOURY:  Object to the form of

13  the question.

14       A     No.

15       Q     Why not?

16       A     I just don't.

17       Q     What if I said the number of

18  African-American people in your district

19  increased at 50 percent?  Would you believe

20  that would significantly impact your chances

21  for reelection?

22       A     No.

23       Q     Why not?

24       A     Not all of them vote.

25            MS. GREEN:  Can we -- we don't have

Electronically signed by Joel Moyer (501-161-376-4513)                6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1    to go off the record.  I'm just going to get

 2    some coffee.  Is that a problem?

 3              THE VIDEOGRAPHER:  Yeah, your

 4    microphone.

 5              MS. GREEN:  Oh, my microphone.

 6        Q     Are you aware of any

 7    African-American Republican representatives in

 8    the Georgia House currently?

 9        A     No.

10        Q     Do you know what the racial

11    demographics of your district are?

12        A     Not off the top of my head, no.

13        Q     Do you agree that your district is

14    currently predominantly white?

15        A     I wouldn't say predominantly.

16        Q     Majority?

17        A     Majority.

18        Q     When I said predominantly, what did

19    you understand that word to mean?

20        A     Predominantly, more than 75 percent.

21        (Whereupon a document was identified as

22        Plaintiff's Exhibit 280.)

23        Q     Ah, okay.  Thanks for that

24    clarification.

25              I'm showing an exhibit which has
```

**52**

Electronically signed by Joel Moyer (501-161-376-4513)                              6815fa2e-1514-4867-98cb-9e1d11b4d2bc

1    been previously marked as Exhibit 280.  It's

2    just not marked on the page.  Would you give

3    one to your counsel?  You can take a moment to

4    review it, then I'll ask you some questions.

5              Ready to discuss it?

6         A    Sure.

7         Q    This is an email between Dan

8    O'Connor and Jan Jones that ends on February --

9    or dated February 27, 2015?

10        A    Uh-huh (affirmative).

11        Q    Did I already say it was Exhibit 280

12   on the record?

13             Okay.  And just in case I'm wrong

14   about it being previously marked, the Bates

15   range for it is GA2-001601 through GA2-001604.

16             Before the passage of House Bill

17   566, had you asked Mr. O'Connor or anyone else

18   for information about the number of white

19   voters in your district?

20        A    I think, I don't know what the date

21   was, but I think we'd asked about, you know,

22   the trends from, you know, Republican,

23   Democrats, and a breakdown of, you know, those

24   votes and the percentages.

25        Q    Do you believe that trends for

**53**

Electronically signed by Joel Moyer (501-161-376-4513)                                6815fa2e-1514-4867-98cb-9e1d11b4d2bc

 1    Republicans/Democrats has something to do with

 2    the number of white voters in the district?

 3         A     Not necessarily.

 4         Q     In what -- by necessarily, do you

 5    mean --

 6         A     There, there's not --

 7         Q     -- it would in some cases?

 8         A     There's a lot of others, besides

 9    African-Americans, that are moving into my

10    district as well, so, I mean, it all plays a

11    part.

12         Q     How?  How do you understand it plays

13    a part.

14         A     As far as the percentages and

15    numbers and what, what they can provide in

16    counting votes, Republican and Democrat.

17         Q     By others, I just want to make sure

18    we're clear.  Are you talking about other

19    races?

20         A     Yeah.

21         Q     Do you believe other races tend to

22    vote more heavily Democratic than Republican?

23         A     No.

24         Q     What other races are you talking

25    about when you say others moving in your

**54**

Electronically signed by Joel Moyer (501-161-376-4513)                                          6815fa2e-1514-4867-98cb-9e1d11b4d2bc

R. Dale Rutledge        Georgia State Conference of the NAACP, et al vs Kemp        February 7, 2018

1    district too?

2        A    Asian, Indian.

3        Q    Latino?

4        A    Latino.

5        Q    Do you believe Latino voters tend to

6    vote for Democrats more heavily -- more often,

7    more often than Republicans?

8        A    I don't know.

9        Q    Do you have -- well, sorry.

10        Do you believe Asian voters tend to

11    vote for Democrats more often than Republicans?

12        A    I wouldn't know that either.

13        Q    Before the passage of House Bill

14    566, had you asked Mr. O'Connor about the

15    numbers of black voters in your district?

16        A    I don't think specifically, no.

17    Just asked for a breakdown of all voters.

18        Q    By race?

19        A    Republican or Democrat.

20        Q    Look at the last sentence of the

21    second paragraph.

22        A    Of this?

23        Q    Of this email, uh-huh (affirmative).

24    Mr. O'Connor writes, "Generally, once a

25    district gets in the 30 to 35 percent black

**55**

Electronically signed by Joel Moyer (501-161-376-4513)                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

 1   range, it becomes more of a target for

 2   Democrats."

 3            Do you agree with that statement?

 4       A    I wouldn't, I wouldn't really have

 5   any comment on that.  I mean, that's -- like I

 6   said, he's a numbers guy.  He's the one that

 7   wrote the email.  I mean, he would have to

 8   answer that.  I don't -- I wouldn't know.

 9       Q    Before the passage of House Bill

10   566, do you know what the percentage of black

11   people were in your district?

12       A    No.

13       Q    But you do know that you didn't have

14   a challenger in 2014; is that correct?

15       A    Right.

16       Q    And you did in 2016?

17       A    Correct.

18       Q    Were you aware that the number of

19   black voters in your district increased through

20   the passage of House Bill 566?

21       A    I'm not aware of that, no.

22       Q    If I said that the numbers increased

23   such that the percentages were within this 30

24   to 35 percent range, would that surprise you?

25       A    I mean, I wouldn't -- it wouldn't,

Electronically signed by Joel Moyer (501-161-376-4513)                        6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1    no.  Again, I mean, we're looking at
 2    Republicans and Democrat when we're looking at
 3    that.
 4         Q    But would it surprise you if I told
 5    you that the numbers of black people in your
 6    district increased to the 30 to 35 percent
 7    range referenced in this email through the
 8    passage of House Bill 566?
 9         A    I don't know that I would be
10    surprised, no.
11         Q    And after House Bill 566 was passed,
12    you did receive a Democratic challenger; right?
13         A    That was 2016.
14         Q    Uh-huh (affirmative).
15         A    Yes.
16         Q    The second sentence of that same
17    paragraph, Mr. O'Connor writes, "Rep Chandler's
18    district is 47 percent white, Strickland's 48
19    percent, and Greene's 44 percent."
20              Do you agree with that statement?
21         A    I don't know.  I mean, I didn't -- I
22    have no idea if that's right or wrong.
23         Q    Do you think that a district with 48
24    percent white people is very competitive for
25    Republicans?
```

Donovan Reporting, PC                                770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

R. Dale Rutledge        Georgia State Conference of the NAACP, et al vs Kemp        February 7, 2018

```
 1          A       I'd say it's right in the middle.
 2          Q       What do you mean?
 3          A       It's pretty balanced, isn't it, 48
 4    percent, isn't it?
 5          Q       Republican/Democrat?
 6          A       Right.
 7          Q       So that would be pretty competitive
 8    in terms of getting a challenger?
 9          A       I mean, I don't -- I don't know.
10          Q       Do you believe that the changes in
11    House Bill 566 decreased your chances of
12    reelection in 2016?
13          A       Decreased my chances?
14          Q       Uh-huh (affirmative).
15          A       I don't think it made that big a
16    difference in -- it wasn't that big of a
17    change.  I don't even remember what
18    significance it was.
19          Q       If you look at the first
20    spreadsheet, have you seen this spreadsheet
21    before?
22          A       I mean, I've seen spreadsheets.  I
23    don't know that I've seen this one.
24          Q       Just for the record, I believe this
25    is Bates labeled GA2-001602.
```

**58**

Electronically signed by Joel Moyer (501-161-376-4513)                                        6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1              Do you have any reason to doubt the
 2     accuracy of the voter registration numbers
 3     reported in this spreadsheet?
 4          A     I have no reason, no.
 5              MS. GREEN:  I'm sorry.  I seem to be
 6     missing one of my tabs.  All right.  We'll have
 7     to look in the binders there.
 8              Can we go off the record just for a
 9     second so I can find it for you?
10              THE VIDEOGRAPHER:  Going off video
11     record at 2:05 p.m.
12         (Proceedings in recess, 2:05 p.m. to
13         2:20 p.m.)
14              THE VIDEOGRAPHER:  We're back on
15     video record at 2:20 p.m.  This is the
16     beginning of file number two.
17          Q     You're aware that you're still under
18     oath?
19          A     Correct.
20          Q     During the break, did you discuss
21     your question -- your answer -- the answers to
22     the questions with your attorney?
23          A     No.
24              MR. KHOURY:  Object to the form of
25     the question.
```

**59**

Electronically signed by Joel Moyer (501-161-376-4513)                                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

1              MS. GREEN:  You can read the

2    standing order.  It's a proper subject of

3    inquiry during the deposition.

4              MR. KHOURY:  I've read the standing

5    order, and I object to the form of the

6    question.

7              MS. GREEN:  That's fine.

8              MR. KHOURY:  You're not to talk

9    about things that we talked about.

10             THE WITNESS:  Okay.

11             MS. GREEN:  Have you read the

12   standing order, Alex?

13             MR. KHOURY:  Yes.  Have you?

14             MS. GREEN:  I have.

15             MR. KHOURY:  Okay.  Maybe we

16   disagree on the interpretation of it.

17             MS. GREEN:  Well, let's go ahead and

18   look at it.  Can we go off the record for a

19   second?

20             THE VIDEOGRAPHER:  Going off video

21   record at 2:21 p.m.

22        (Proceedings in recess, 2:21 p.m. to

23        2:23 p.m.)

24             THE VIDEOGRAPHER:  We're back on

25   video record at 2:23 p.m.

**60**

Electronically signed by Joel Moyer (501-161-376-4513)                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

1        Q     Okay.  I'm going to ask my question

2    again.

3        A     Okay.

4        Q     Did you discuss the answers to any

5    questions that I asked you with your counsel

6    during the break?

7        A     Did not.

8        Q     Okay.  So I'm going to show you

9    Exhibit 35.  I've actually already given it to

10   you.

11       A     Okay.

12       Q     And let's just look at the dates,

13   compare that with the last exhibit I gave you,

14   which is Exhibit 280.  Looks like yours were

15   sent on the same day?

16       A     Uh-huh (affirmative).

17       Q     Did you -- were you in contact with

18   Representative -- with Representative Jones

19   about --

20       A     No.

21       Q     -- this issue at the same time?

22   Just a coincidence?

23       A     Uh-huh (affirmative).

24       (Whereupon a document was identified

25       as Plaintiff's Exhibit 301.)

**61**

Electronically signed by Joel Moyer (501-161-376-4513)                                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

R. Dale Rutledge        Georgia State Conference of the NAACP, et al vs Kemp        February 7, 2018

1          Q     Did I already give you Exhibit 301?

2          A     There's not a number on this one.

3          Q     Okay.  I'll show the witness

4     Exhibit 301.  Alex, you'll have to find it in

5     there.  I believe it was marked during --

6                MR. KHOURY:  I got it.

7                MS. GREEN:  You found it?  Okay.

8          Q     I'm just going to jump in for the

9     sake of time.

10          A     Yeah, go ahead.

11          Q     Ask you some questions.

12          A     Yeah.

13          Q     This is an email chain that's

14     between Dan O'Connor and Speaker Pro Tem

15     Jones.

16          A     Okay.

17          Q     Dated September 4th, 2015.  Okay.

18                Within that email, do you agree

19     with Mr. O'Connor's statement that in the 2014

20     House election cycle, of the 60 Democrats

21     elected, 48 were from majority-black

22     districts?

23          A     Where are you reading at?

24          Q     I'm going to have to pull this up

25     on mine.

**62**

Donovan Reporting, PC                                    770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1          A      Okay.  I got it right here.
 2          Q      You found it?
 3          A      Of the 60 Democrats elected, 48?
 4     Is that where you are?
 5          Q      Uh-huh (affirmative).  Do you agree
 6     with that?
 7          A      If he says it to be true, I mean, I
 8     don't have any reason to doubt what he wrote.
 9     I mean, you'd have to ask him.  I mean, I'm
10     assuming what he wrote is correct.
11          Q      Do you agree that Republicans hold
12     a 73-to-2 advantage in districts with less
13     than 20-percent black voter register?
14          A      That's what he states.
15          Q      Do you believe you would have a
16     Democratic challenger if the number of black
17     registered voters in your district were less
18     than 20 percent?
19          A      I'd hate to speculate on that.
20          Q      I'm sorry.  I missed what you said.
21     Did you say you'd hate to?
22          A      I wouldn't speculate on that.  I
23     mean, that would be speculation, wouldn't it?
24     I have no idea.
25          Q      In the last paragraph of the first
```

**63**

Electronically signed by Joel Moyer (501-161-376-4513)                        6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1    email on the first page, do you agree with
 2    Mr. O'Connor's statement that "Gwinnett and
 3    Henry have been changing quickly in recent
 4    years, virtually all the growth in those two
 5    counties these days is minority"?
 6         A    Again, I mean, if that's what the
 7    numbers say and that's what he wrote, I'm
 8    assuming he knows what he's talking about.
 9         (Whereupon a document was identified as
10         Plaintiff's Exhibit 36.)
11         Q    I'm showing the witness Exhibit 36.
12    Do you agree with me these are the election
13    results for the representatives in Henry
14    County in 2014?
15         A    Okay.
16         Q    Do you agree?
17         A    Sure.
18         Q    I believe your results are on the
19    second page.
20         A    Okay.
21         Q    Does this match your recollection?
22         A    I mean, I can't even remember that
23    far back.  I mean, if you say this is off the
24    Secretary of State's website, I guess it would
25    be true.
```

**64**

Electronically signed by Joel Moyer (501-161-376-4513)                          6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1          Q      Okay.  In 2016, you were challenged
 2     by Jane Askew Rutledge; is that right?
 3          A      Do we have to talk about that?
 4          Q      Yeah, we do.  Is that right?
 5          A      She's not a Rutledge by -- you
 6     know, she's a Rutledge by marriage.
 7          Q      So she is related to you?
 8          A      Yes.  She's my aunt.
 9          Q      She's your aunt?
10          A      Can we talk about something else?
11          Q      Your aunt challenged you?
12          A      Can you please talk about --
13          Q      That's hilarious.  Okay.  I had to
14     ask.
15          A      And she'll do it again.
16          Q      She's running against you again in
17     2018?
18          A      She'll run as a Republican this
19     time.
20          Q      In a primary?
21          A      She's not sure what she is.
22          Q      Interesting.  Okay.
23          A      Should have been at Thanksgiving.
24          Q      That's -- I would have loved to
25     have attended that Thanksgiving.  I thought I
```

**65**

Electronically signed by Joel Moyer (501-161-376-4513)                                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

1    was like, oh, is there any relation?  Okay.

2         A     Yeah.  No, on my dad's side there's

3    ten, and so this is a brother that married

4    Jane.  And ever since I was little, she's --

5    they've never been around any kind of family

6    functions.  She's just always been -- you

7    know.

8         Q     Okay.

9         A     I could talk to you till 9:00

10   tonight about that.

11        Q     That's really funny.  Okay.

12              I think the results from that

13   election were summarized in your bio on what

14   looks like the fourth page.

15        A     Of?

16        Q     The --

17        A     Oh, this one?

18        Q     What did we mark it?  Exhibit 318,

19   I think.

20        A     What page is it on?

21        Q     I think it's on the fourth one.

22   2016.  No, no, no.  I screwed that up.  Not

23   the fourth one.  On the second page.

24        A     Second page.

25        Q     Nope.  Well, part of the second

Electronically signed by Joel Moyer (501-161-376-4513)                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

1    page, into the third.

2         A     Yeah.  Okay.

3         Q     Does this match your recollection

4    of that election?

5         A     I think so.

6         Q     You got about 56.66 percent, and

7    your aunt captured 42.34 percent?

8         A     Uh-huh (affirmative).

9         Q     That had to have been fun?

10        A     Well, yeah.

11        Q     You said you think she's going to

12   run as a Republican this year?

13        A     Uh-huh (affirmative).

14        Q     In the primary challenge?

15        A     Yeah.

16        Q     Yeah?

17        A     That's what I'm hearing anyway.

18        Q     Have you heard if there's going to

19   be a Democratic challenger this year?

20        A     I think I've heard that too.

21        Q     Someone else in your family?

22        A     No.

23        Q     All right.

24        A     But a White Democrat did pretty

25   good, huh?

**67**

Electronically signed by Joel Moyer (501-161-376-4513)                                        6815fa2e-1514-4867-98cb-9e1d11b4d2bc

1          MS. GREEN:  Yes.  Okay.  I think

2    we're going to look at the map.

3          THE VIDEOGRAPHER:  Okay.  Going off

4    video record at 2:30 p.m.

5       (Whereupon off-the-record discussions

6       ensued.)

7          THE VIDEOGRAPHER:  We are back on

8    video record at 2:31.

9       (Whereupon a document was identified

10      as Plaintiff's Exhibit 5.)

11      Q     All right.  We're looking at a map

12   of Exhibit 6 [sic].  Do you agree?  I think

13   you agree this is Henry County, the 2012 map

14   for Henry County?

15      A     Henry, yeah, for District 109.

16      Q     For District 109.  And it also

17   has --

18      A     110.

19      Q     -- 110 and 111 and 130?

20      A     Uh-huh (affirmative).

21      Q     Does this match your understanding

22   of the --

23      A     Yes.

24      Q     -- districts?  Okay.  This map was

25   drawn as a result of the 2010 census; correct?

**68**

Electronically signed by Joel Moyer (501-161-376-4513)                                6815fa2e-1514-4867-98cb-9e1d11b4d2bc

R. Dale Rutledge        Georgia State Conference of the NAACP, et al vs Kemp        February 7, 2018

```
 1        A     Correct.
 2        Q     And do you know if they were
 3   precleared by -- if it was precleared by the
 4   Justice Department?
 5        A     No idea.
 6        Q     Did you ever have any concern that
 7   that map violated any federal or state law?
 8        A     No.
 9        Q     Did you have any concern that the
10   map shown in Exhibit 6 contained any technical
11   mistakes or errors that needed --
12        A     No.
13        Q     -- to be corrected?
14        A     No.
15        Q     Did you have any concern that the
16   2012 map was unfair to any racial or ethnic
17   minority group?
18        A     No.
19        Q     Did you have any concern that the
20   2012 map unduly split voting precincts or
21   counties?
22        A     No.
23        Q     Did you have any concern that the
24   2012 map didn't keep together communities of
25   interest sufficiently?
```

**69**

Electronically signed by Joel Moyer (501-161-376-4513)                                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1          A     No.
 2          Q     Did there come a time after your
 3   first election where you thought it might be a
 4   good idea to redraw the lines of your
 5   district?
 6          A     No.
 7          Q     Did there come a time when you
 8   became aware Representative Strickland wanted
 9   to redraw the lines of his district?
10          A     Yes.
11          Q     Do you remember when that was?
12          A     I don't remember exactly, no.
13          Q     Do you remember how you found out?
14          A     Just in conversation with Brian and
15   Andy and the delegation talking about it.
16          Q     Would this have been around 2014?
17   Does that sound right to you?
18          A     Gosh, I really just -- I couldn't,
19   I couldn't put a date on it.
20          Q     Do you remember what Brian said
21   about wanting to change his district?
22          A     Not -- no, not really, other --
23          Q     Did he talk about wanting to
24   increase his chances of reelection?
25          A     I think it was just more or less
```

**70**

Electronically signed by Joel Moyer (501-161-376-4513)                                        6815fa2e-1514-4867-98cb-9e1d11b4d2bc

1    talking about Republicans and Democrats and

2    balancing the districts out is what I

3    remember.

4         Q     In what way?

5         A     Republicans and Democrats.

6         Q     Did Mr. Strickland -- or

7    Representative -- Senator Strickland say that

8    he wanted to take some Republicans from your

9    district?

10        A     I mean, not take them.  Just, you

11   know, just balance the districts out --

12        Q     Would the --

13        A     -- within the county.

14        Q     Would the effect have been to move

15   some Republican voters from your district into

16   his?

17        A     I think it did, but I don't -- it

18   wasn't that significant.

19        Q     What do you mean by balance?

20        A     I mean, there has to be a balance

21   between, you know, the voting numbers.

22        Q     What do you mean?

23        A     The Republican and Democrats.  And

24   that's what, you know, Brian, he wanted to,

25   you know, increase the Republican base in his

Electronically signed by Joel Moyer (501-161-376-4513)                                        6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1    district.
 2         (Whereupon a document was identified as
 3         Plaintiff's Exhibit 319.)
 4         Q     I don't think this has been marked
 5    before.  I'll show the witness an exhibit I'm
 6    marking GA2-004682.  It's Exhibit 319.  I
 7    actually have a couple of extra copies, so
 8    Alex, if you could pass one on to --
 9              Is this an email chain between you,
10    Dan O'Connor, and Gina Wright that is dated
11    November 14th, 2014?
12         A     Looks like it, uh-huh
13    (affirmative).
14         Q     Is this about the time you were
15    talking with --
16         A     Yes.
17         Q     -- Representative Strickland about
18    changing your -- changing his district?
19         A     Right.
20         Q     And this was sent, I think, a
21    little more than a week after the November
22    2014 election; is that right?  We can look
23    at --
24         A     Yeah.
25         Q     -- Exhibit 36 to confirm.  Does
```

**72**

R. Dale Rutledge        Georgia State Conference of the NAACP, et al vs Kemp        February 7, 2018

1    that sound right to you?

2        A    Right.

3        Q    Okay.  Do you recall sending this

4    email?

5        A    I now do, yeah.

6        Q    Why did you send it?

7        A    What do you mean?

8        Q    The bottom one.  What led you to

9    send the bottom email?

10        A    The conversations with Brian and

11    Andy and talking about the districts.

12        Q    Do you remember if in those

13    conversations any like specifics had been

14    hammered out, or was it just more of a general

15    goal to increase the Republican base in

16    Representative Strickland's district?

17        A    Just Republican.

18            MR. KHOURY:  Object to the form of

19    the question.

20        A    We just discussed Republican base.

21        Q    Increasing it in Representative

22    Strickland's district?

23        A    Correct.

24        Q    Before we go in more detail, I want

25    to make sure I understand some of the terms

**73**

Electronically signed by Joel Moyer (501-161-376-4513)                          6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1    that you used in the email.  What did you mean
 2    by demographics in here?
 3         A     Male, female, ages.
 4         Q     Race?
 5         A     Race is part of it.
 6         Q     In here you say where the votes
 7    came from.  What did you mean by that?
 8         A     I guess talking about the
 9    precincts, the changes in the precincts.
10         Q     What changes?
11         A     The changes I asked about.
12         Q     The --
13         A     The percentage in change of
14    Republican versus Democrat.
15         Q     Why were you interested in
16    receiving demographic information about your
17    district, Representative Strickland's
18    district, and Representative Welch's district?
19         A     Because to change his district,
20    mine had to change.
21         Q     What was your understanding of the
22    way your district had to change to change his?
23         A     Again, because the balance of the
24    votes and numbers of the population has to,
25    you know -- so if his district is adjacent to
```

**74**

Electronically signed by Joel Moyer (501-161-376-4513)                        6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1    mine, then we all have to adjust the lines.
 2          Q     I just want to make sure I'm
 3    understanding.  So I think you said -- so the
 4    goal is to increase a Republican base in
 5    Representative Strickland's district; is that
 6    right?
 7          A     Right.
 8          Q     Okay.  And so you-all needed
 9    demographic information or you wanted
10    demographic information so that you could
11    figure out exactly who's in your district and
12    who's in his district?
13          A     Yeah, just what the percentages
14    were.
15          Q     And some of those percentages
16    included racial percentages --
17          A     Right.
18          Q     -- in each district?  And --
19          A     And age and race, female, male, all
20    that.
21          Q     Did you discuss with Representative
22    Strickland moving more male voters into his
23    district as opposed to female?
24          A     Just Republican/Democrat.
25          Q     Okay.  Did you discuss moving more
```

**75**

Donovan Reporting, PC                                      770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                                      6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1    black voters into your district?

 2         A     Republican or Democrat.  That's

 3    all.

 4         Q     That's the only descriptor that you

 5    talk about, but you asked about demographic

 6    information?

 7         A     Sure.

 8         Q     Okay.  Did Gina Wright or

 9    Mr. O'Connor ever provide you the information

10    that you sought?

11         A     You know, I don't remember.  Don't

12    recall.

13         Q     When you were looking for emails,

14    did you see this one?

15         A     Yes, I did.

16         Q     Did you see if there was a reply

17    other than the one that was sent on the same

18    day?

19         A     This was it, that I remember.

20         Q     Did you notice this email -- did

21    you think this email was relevant to the

22    litigation when you were searching?

23               MR. KHOURY:  Object to the form of

24    the question.

25         A     I didn't, I didn't think one way or
```

Electronically signed by Joel Moyer (501-161-376-4513)                          6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1    the other.
 2         Q     Did you search to see if there was
 3    a reply it to?
 4         A     Sure.
 5         Q     You did search?
 6         A     Uh-huh (affirmative).  I didn't see
 7    anything.
 8         Q     Would you look -- it says, I think,
 9    in her email, she says, "It may be the end of
10    the month if we're able to get it from SOS, so
11    it will take some time to format it to our
12    system."
13               Would you look to see if you got an
14    email from her in December --
15               MR. KHOURY:  Object to the form of
16    the question.  He's already answered.
17         Q     -- of 2014?
18               MR. KHOURY:  He's already answered
19    that.
20         A     I don't recall.
21         Q     No.  I asked would you look.  Will
22    you look in the future after this deposition
23    to see if you got an email in December of
24    2014 --
25         A     Sure.
```

**77**

```
 1        Q      -- or January 2015 in response to
 2   this email?
 3        A      Sure.
 4               MR. KHOURY:  Object to the form of
 5   the question.
 6        Q      Thank you.
 7               MR. KHOURY:  He's already said he's
 8   looked for it.
 9               MS. GREEN:  That wasn't my
10   question, Alex.
11               MR. KHOURY:  So you're asking
12   him -- so the question is, you're asking him
13   will he look again for that response?
14               MS. GREEN:  Yes.
15               MR. KHOURY:  Okay.
16        Q      When you asked if there's anything
17   else you think worth noting, did you have
18   anything in mind?
19        A      Not really.
20        Q      So do you recall, around this time
21   or earlier, anyone in GOP leadership ever
22   saying that the House needed to be
23   redistricted?
24        A      Not in, not in specific.  I mean,
25   we have caucus events and, you know, they
```

**78**

Electronically signed by Joel Moyer (501-161-376-4513)                                          6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1    discuss, you know, the different, you know,

 2    races coming up and, you know, who's going to

 3    be, you know, needing a lot of support and,

 4    you know, things like that, but not as far as

 5    talking about redistricting, no.

 6         Q     Do you recall who they said would

 7    need a lot of support in 2014 -- or after the

 8    2014 election?

 9         A     The folks on that list were some of

10    them that we discussed.

11         Q     Which list?  I just want to make

12    sure we're clear.

13         A     The one in Jan Jones' email, that

14    right there.  I mean, those are obviously the

15    ones we discussed.

16         Q     Talking about -- sorry.  Lost mine.

17         A     I sure don't recall any specific

18    dialogue about, about it.

19         Q     What's the name of the -- oh.

20    What's the Bates number on that that you're

21    holding up?  May I see this?  Thank you.

22               This email?  Oh, nope.  Well, could

23    you say -- could you just say -- I seem to

24    have lost my exhibit.  Would you mind saying

25    the people you're talking about, since I
```

**79**

Electronically signed by Joel Moyer (501-161-376-4513)                                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1    seemed to have --
 2         A     I mean, I can't, I can't --
 3         Q     -- lost my copy?
 4         A     I can't remember if every one of
 5    these were discussed.  We just discuss, every
 6    election year, we're discussing, you know,
 7    folks that are going to get challenged in a
 8    general election.
 9         Q     Okay.
10         A     So --
11         Q     What's the page of that?
12               So you're talking about the people
13    at the top of --
14         A     Yeah.
15         Q     -- page GA2-00116 --
16         A     Correct.
17         Q     -- 9 of Exhibit 301?  Okay.  That
18    includes -- oh, so this was 2015.  Do you
19    remember a discussion from 2014?
20         A     No.
21         Q     Okay.  Do you recall if you heard
22    that Representative Strickland and Chandler
23    were going to need additional support for the
24    upcoming election?
25         A     I'm sure it was discussed.
```

**80**

Electronically signed by Joel Moyer (501-161-376-4513)                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

1       Q      At these caucus meetings, are you

2    talking about House caucus meetings or

3    broader?

4       A      Republican caucus meeting.

5       Q      So would that include state and

6    federal officials or just state?

7       A      Just State House members.

8       Q      State House members?

9       A      Right.

10      Q      Led by the Speaker and Jan Jones?

11      A      Leadership, yes.

12      Q      Okay.  Do you recall any federal

13   people ever being involved in these

14   discussions?

15      A      No.

16      Q      When you say leadership, does that

17   include Jon Burns, Matt Hatchett, Sam Teasley?

18      A      (Nods head affirmatively.)

19      Q      Sorry.

20      A      I don't --

21      Q      Is that yes?

22      A      Yeah.  I can't remember if all

23   those guys were in '14, '15.  I can't

24   remember -- you know, I can't recall who all

25   was in leadership.  I know Speaker Ralston was

Electronically signed by Joel Moyer (501-161-376-4513)                                        6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1    there.
 2         Q      Yes.  As was Speaker Pro Tem --
 3         A      Jan Jones, yes.
 4         Q      But it would have been the people
 5    holding those positions?
 6         A      Right.
 7         Q      Like the majority caucus
 8    chairman --
 9         A      Yes, right.
10         Q      -- and that kind of -- okay.
11                Do you know who Mike Seigle is?
12         A      Mike Seigle?  I'm trying to think
13    how to -- is he in the -- I know the name, but
14    I can't --
15         Q      If I said he's the GOP chairman for
16    Gwinnett, does that sound familiar?
17         A      Yes.
18         Q      Who's the GOP chairman for Henry,
19    or is there one?
20         A      Pete Peterson is.
21         Q      Pete Peterson.  Okay.  Do you
22    recall him ever talking about redistricting
23    efforts around this time, 2014/2015?
24         A      I don't think he was the chair of
25    the GOP in Henry County at that point.
```

**82**

Electronically signed by Joel Moyer (501-161-376-4513)                                      6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1          Q     Do you remember who was?
 2          A     Vicki Temple was at some point.
 3          Q     I'm sorry.  Who?
 4          A     Vicki Temple.
 5          Q     Vicki Temple?
 6          A     I think that was -- I think she was
 7     the chair prior to Pete.  I'm drawing a blank.
 8          Q     Do you recall her talking --
 9          A     No.
10          Q     -- or whoever it was talking about
11     redistricting --
12          A     No.
13          Q     -- at that time?
14          A     No.
15          Q     Do you recall an announcement made
16     by Representative Nix that the House would
17     consider redistricting during the 2015
18     session?
19          A     Not an announcement, no.  I don't
20     recall.
21          Q     Did -- do you recall some other
22     form of communication where he said the House
23     is going to consider redistricting in 2015?
24          A     No.
25          Q     Would it surprise you if he talked
```

**83**

Electronically signed by Joel Moyer (501-161-376-4513)                                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

1   about that, about making such a statement?

2        A     I don't recall it, I mean.

3        Q     Do you remember being instructed by

4   Representative Nix that changes should

5   either -- if you wanted to make changes to

6   your district or someone was talking about it,

7   everyone has to consent to those changes?

8        A     Again, I think obviously the -- if

9   the districts are going to change, the parties

10  involved have to agree to the changes.

11       Q     Where did you hear that?

12       A     Just in our discussions.

13       Q     Our?  Who's "our" in that sentence?

14       A     The districts that were going to be

15  affected.

16       Q     Representative Strickland --

17       A     Representative Welch.

18       Q     -- Welch, Knight?

19       A     Knight.

20       Q     And you?

21       A     Yeah.

22       Q     Is that -- do you remember if you

23  took notes during that meeting?

24       A     (Shakes head negatively.)

25       Q     You don't remember?

**84**

1       A     I don't.  I don't think -- I didn't

2    take any notes.

3       Q     Did anyone else attend that meeting

4    between you, Representative Strickland -- so

5    it was -- was it a meeting, or was it just

6    like a --

7       A     What I recall is just us standing

8    in the House chamber discussing it.  It was

9    not a meeting.

10      Q     Okay.

11      A     Yeah, that I can't recall.  I can't

12   recall a meeting.

13      Q     Okay.  So you, Representative

14   Strickland, Representative Welch --

15      A     Right.

16      Q     -- was -- did Representative Knight

17   talk in the House chamber at that time?

18      A     Gosh, I can't remember.

19      Q     Okay.  Excuse me.  At some point,

20   did you-all meet with the Reapportionment

21   Office?

22      A     We met with, you know, thinking

23   back, we met with Randy Nix.  I can't remember

24   if it was in his office or the CLOB at one of

25   the rooms.  And we -- I think we were laying

**85**

Electronically signed by Joel Moyer (501-161-376-4513)                                6815fa2e-1514-4867-98cb-9e1d11b4d2bc

R. Dale Rutledge       Georgia State Conference of the NAACP, et al vs Kemp       February 7, 2018

```
 1    out, you know, what we -- this is what we were
 2    proposing to do.
 3         Q    You were telling Representative
 4    Nix?
 5         A    We were presenting Nix with, this
 6    is what we were wanting to do with the, with
 7    the realignment.
 8         Q    Okay.  And to figure out what you
 9    wanted to do, did you meet with someone from
10    the Reapportionment Office?
11         A    Gosh, I can't remember if they
12    were -- I can't remember if Gina or Dan were
13    in there at all or not.  I can't remember.
14         Q    Okay.
15         A    They may have been.
16         Q    Okay.  Do you remember if you
17    scheduled an appointment with them or anything
18    like that?
19         A    (Shakes head negatively.)
20         Q    Did you -- did you-all develop the
21    maps?
22         A    No.  I don't --
23         Q    No?
24         A    No.
25         Q    Okay.  So the Reapportionment
```

**86**

Electronically signed by Joel Moyer (501-161-376-4513)                                      6815fa2e-1514-4867-98cb-9e1d11b4d2bc

1    Office probably developed the maps?

2        A     Correct.

3        (Whereupon a document was identified

4        as Plaintiff's Exhibit 13.)

5        Q     Okay.  I'm showing you Exhibit 13.

6    This is dated February 2011; right?

7        A     Okay.

8        Q     Before your time.  Do you recall

9    ever seeing it, though?

10       A     (Shakes head negatively.)

11       Q     Go ahead and take a look at the

12   remaining pages of it.

13       A     Okay.

14       Q     Does this help -- kind of goes

15   through the procedures about scheduling an

16   appointment and the way maps are looked at.

17   Does this help refresh your memory as to --

18       A     I've never seen this document.

19       Q     You've never seen it?  Did you --

20   so do you remember, do you remember meeting

21   with someone such as Gina Wright or Dan

22   O'Connor where you looked at maps and --

23       A     Sure.  Yeah, yeah.

24       Q     Do you remember how long that

25   meeting lasted, roughly?

**87**

Electronically signed by Joel Moyer (501-161-376-4513)                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

R. Dale Rutledge        Georgia State Conference of the NAACP, et al vs Kemp        February 7, 2018

1        A      I mean, I stopped in her office a
2    couple of times.  Not a meeting, I mean, just
3    stopped in, you know, looking at different --
4    because I think they were trying to put
5    together, you know, different scenarios, and,
6    you know, we looked at several different maps.
7        Q      Did she ever email you any of those
8    maps?
9        A      No, I don't remember that because
10   they were too big to -- I mean, you couldn't
11   tell anything on an email, you know.
12       Q      How did you -- so when she was
13   showing you the different options, how did you
14   see them?  Were they projected onto a screen
15   or --
16       A      I can't remember.  I think -- I
17   mean, she was just telling me, you know,
18   street names, you know, because mine, mine
19   really didn't, you know, change a lot.  I
20   mean, she just kind of told me the areas that
21   it would, you know, encompass and what I would
22   lose.  And then, you know, once they had a,
23   you know, a composite, you know, they printed
24   it out, and I just looked at it.
25       Q      Was it about that size, the prints?

**88**

Electronically signed by Joel Moyer (501-161-376-4513)                              6815fa2e-1514-4867-98cb-9e1d11b4d2bc

R. Dale Rutledge       Georgia State Conference of the NAACP, et al vs Kemp       February 7, 2018

```
1          A     I don't think it was that big.

2          Q     Not that big?

3          A     I don't think so.  It was --

4          Q     Okay.

5          A     -- you know.

6          Q     Smaller than that?

7          A     Yeah.

8          Q     Was it like this big or like a

9    letter-size page?

10         A     Maybe about -- yeah, seemed like it

11   was a little bigger.

12         Q     Bigger than that?

13         A     Yeah.  I mean, I don't know the

14   exact size.

15         Q     Okay.

16         A     And there may have been some this

17   small too, I mean, just to --

18         Q     When you guys were talking about

19   changes, were you interested in changing

20   because you thought for some reason the 2012

21   map no longer complied with federal law?

22         A     No.

23         Q     Or state law?

24         A     No.

25         Q     Were you concerned that the 2012
```

Donovan Reporting, PC                                    770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1    map had unequal population deviations that
 2    needed to be corrected?
 3         A     No.
 4         Q     Were you concerned the 2012 map
 5    suffered from other legal shortcomings?
 6         A     No.
 7         Q     Were you concerned the 2012 map
 8    suffered from technical shortcomings --
 9         A     No.
10         Q     -- and that's why you had to change
11    it?  Were you concerned that the 2012 map
12    didn't keep together communities of interest
13    and that's why you needed to change it?
14         A     No.
15         Q     Were you concerned that the 2012
16    map unduly split voting precincts and that's
17    why you needed to change it?
18         A     No.
19         Q     Okay.  So I think -- I have an
20    exhibit, but I don't know if we need to go
21    through it, if we can go on your memory.
22               So to your recollection, you were
23    involved in the changes to -- tell me if I'm
24    wrong.
25         A     Okay.
```

**90**

Electronically signed by Joel Moyer (501-161-376-4513)                                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1         Q     So you were involved in the changes
 2    to District 111; is that right?
 3         A     Right.
 4         Q     Representative Welch?
 5         A     Right.
 6         Q     Representative Knight?
 7         A     No.  Mine was not.  Mine was just
 8    Strickland and Welch.
 9         Q     Strickland and Welch?
10         A     Because they're 110 and 111.
11         Q     Okay.  Do you know if
12    Representative Knight was involved in other
13    changes to 111?
14         A     Probably.
15         Q     Okay.  Because he's 130?
16         A     Uh-huh (affirmative).
17         Q     Okay.
18         A     And Mathiak too.  At that point, it
19    was John Yates, I believe.
20         Q     Okay.  And someone from -- do you
21    remember if it was Gina Wright or Dan O'Connor
22    that was putting together the maps for you?
23         A     I guess both of them.
24         Q     Okay.
25         A     I don't really know who does the
```

**91**

Electronically signed by Joel Moyer (501-161-376-4513)                                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

1    maps.

2         Q      Do you remember anyone else being

3    involved in redrawing the lines for 111?

4         A      No.

5         Q      I -- were you on the

6    Reapportionment Committee at that time?

7         A      (Shakes head negatively.)

8         Q      I didn't think so.

9         A      No.

10        Q      Do you recall ever meeting with

11   Speaker Pro Tem or the Speaker about the

12   proposed changes?

13        A      No.

14        Q      Just Representative Nix?

15        A      Right.

16        Q      And I think I went through this

17   with Representative Jones.  She was very

18   helpful.  So after you guys came up with a

19   plan, at some point it was given to

20   legislative counsel, and they're the ones that

21   drafted the bill?

22        A      Right.

23        Q      That kind of memorialized the plan

24   that you --

25        A      Right.

**92**

Electronically signed by Joel Moyer (501-161-376-4513)                                  6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1        Q      -- agreed to?  Do you know who at

 2    legislative counsel did that?

 3        A      Can't remember.

 4        Q      So when you guys were looking at

 5    your plan, you said you could look at

 6    particular streets and stuff like that to see

 7    what would be lost and gained?

 8        A      Yeah.  I mean, just in general

 9    conversation.

10        Q      Right.

11        A      You know, from Highway 20 to 155

12    and down to Lawrenceville Street or, you know,

13    just general ideas.

14        Q      Do you remember if when you were

15    looking at from Highway 20, you said --

16        A      Yes.

17        Q      -- or whatever, I'm just giving you

18    an example --

19        A      Yeah.

20        Q      -- could you tell, was there some

21    like pop-up screen or something like that that

22    told you the demographics or --

23        A      No.

24        Q      -- the party affiliation of people

25    at that level?
```

**93**

Electronically signed by Joel Moyer (501-161-376-4513)                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1        A      No.
 2        Q      So when you were -- so at one
 3   point, at any point, did you decide, I don't
 4   want to get rid of that section?  You know, I
 5   want to keep that street, or I want to keep
 6   that -- those blocks or something like that?
 7   Did that happen during the meeting?  Do you
 8   remember?
 9        A      I wanted to get a street where I
10   eventually bought the house that I'm
11   remodeling.
12        Q      In McDonough?
13        A      In McDonough.
14        Q      Did I say that correctly?
15        A      You did.
16        Q      Yay.  So something along those
17   lines, so if you were looking at a particular
18   area, did -- do you remember if Ms. Wright or
19   Mr. O'Connor showed you like, oh, this many
20   Republicans are in this particular --
21        A      No.
22        Q      -- thing or that?  You don't
23   remember?
24        A      No, I don't remember that.
25        Q      Do you remember if they showed
```

**94**

Electronically signed by Joel Moyer (501-161-376-4513)                                      6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1    you -- so if you look on the map, it looks
 2    like precincts are divided by dashes.  Do you
 3    agree with that?
 4          A     Yeah, it looks like it.  Yeah, I
 5    guess.
 6          Q     Okay.  Do you remember if, when you
 7    were looking at the maps, if she showed you
 8    statistics about Republicans or Democrats or
 9    black people or white people --
10          A     No.
11          Q     -- in those precincts?
12          A     No.
13          Q     You don't remember?
14          A     No.
15          Q     What do you think a precinct is?
16    Just the definition.
17          A     Definition of a precinct?
18          Q     Uh-huh (affirmative).
19          A     It's the polling place where people
20    go to vote and where they live.
21          Q     Do you think it's a good thing or a
22    bad thing to split a precinct, generally?
23          A     I really don't have an opinion on
24    it, as long as you get to vote.
25          Q     Do you think splitting a precinct
```

**95**

Electronically signed by Joel Moyer (501-161-376-4513)                                        6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1    carries any negative consequences?
 2        A    I wouldn't have an opinion on it.
 3        Q    So if someone said, hey, this plan
 4    means we have to split this precinct or
 5    whatever, you wouldn't have any concerns about
 6    doing so?
 7        A    No, not really.  I mean, I
 8    wouldn't.
 9        Q    Do you believe redistricting is an
10    inherently political activity?
11        A    I wouldn't have an opinion on that
12    either.
13        Q    Do you think an independent
14    commission could draw the lines just as well
15    as politicians?
16        A    I'd hate to speculate on that.  I
17    mean, I guess, you know, you and I can
18    probably sit down and draw some maps if you
19    want to.
20        Q    But you're a politician.
21        A    And you would be an independent.
22        Q    I would.  But do you think that
23    would be a more fair process?
24        A    I just wouldn't have an opinion on
25    that, not really.
```

**96**

1        Q       When you and Representative

2    Strickland and Representative Welch were

3    thinking about what lines to change on this

4    map, did you understand that there were limits

5    to what changes could be made?

6        A       I didn't.  I don't recall any

7    discussions about limits.

8        Q       Do you recall discussing there may

9    be constitutional limits or statutory limits?

10       A       No.  I mean, I'm not an attorney,

11   so I wouldn't -- I mean, I wouldn't.  Those

12   two guys are, so, you know, I would hope that

13   they would know, you know, those parameters or

14   whatever, but it was never anything discussed

15   like limits or anything.

16       Q       When you guys came to

17   Representative Nix with the plan, did he ever

18   say, okay -- did he ask you like to check to

19   see if certain things weren't changed?

20       A       I don't recall.

21       Q       Or did he ever say like, okay, does

22   this plan do this or does this plan do that?

23   Did he ask if it changed the numbers of black

24   voters in the district?

25       A       No.

**97**

R. Dale Rutledge        Georgia State Conference of the NAACP, et al vs Kemp        February 7, 2018

```
 1        Q     Did he ask whether precincts were
 2   split?
 3        A     I don't recall.
 4        Q     Do you recall what he said during
 5   that meeting?
 6        A     Not really other than, you know, if
 7   it meets, you know, the criteria of what the
 8   Reapportionment Office and the population, if
 9   this is what, you know -- if it meets those
10   guidelines, then we could move forward, and
11   leg counsel went through the process.
12        Q     Representative Nix asked if it met
13   the --
14        A     No, no.  I mean, that's just what I
15   recall, you know, the conversation being, that
16   if it -- you know, if this is what you guys
17   want, if this is, you know, meets the
18   guidelines, then he would take it and go
19   through the process.
20        Q     He asked if the Reapportionment
21   Office had looked at it?  I'm sorry.  I'm
22   trying to make sure we're talking about the
23   same things.  Are you talking about a general
24   conversation about the plan, or are you
25   talking about the specific conversation with
```

**98**

Electronically signed by Joel Moyer (501-161-376-4513)                6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1    Representative Nix about the --
 2         A    I'm trying to remember back when we
 3    met together regarding this is the plan we're
 4    going to move forward with, we would get with
 5    leg counsel, and they would go through it and
 6    make sure it met, met the guidelines to go
 7    through the process, and it did.
 8         Q    Okay.  Do you recall if anyone ever
 9    told you that the new lines couldn't
10    jeopardize the 2012 map?
11         A    I don't understand what you're
12    saying.
13         Q    Did anyone ever say that the
14    changes that you guys wanted to make couldn't
15    jeopardize the 2012 map?
16         A    Could it jeopardize?  What do
17    you -- I'm still not following what you're
18    saying.
19         Q    So I think we both agreed that the
20    2012 map -- or I think you said the 2012 map,
21    you think it complied with the Constitution
22    and statutory limits and all of that stuff.
23         A    Right.
24         Q    Do you recall if anyone ever said,
25    the changes that you want to make, it can't
```

**99**

Electronically signed by Joel Moyer (501-161-376-4513)                                6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1    jeopardize that status --
 2         A     I don't recall.
 3         Q     -- of complying with the
 4    Constitution and statutory limits?
 5         A     No.
 6         Q     Okay.  Do you believe legislative
 7    counsel is the one that's responsible for
 8    making sure that maps comply with the
 9    constitution and federal law?
10         A     I think they would play a role.
11         Q     Where do you think the buck stops?
12         A     As far as what?
13         Q     As far as compliance with the
14    Constitution.  Who do you think has the
15    ultimate responsibility for making sure bills
16    that are passed from the Georgia House comply
17    with the Constitution and federal law?
18         A     I guess the judges.  If we're
19    passing laws that are unconstitutional, I
20    think that happens, doesn't it?  I mean, I'm a
21    freight guy.
22         Q     You're a what?
23         A     I'm a freight transportation guy.
24    I'm not a, I'm not an attorney.  I don't know
25    where it would stop.  But we pass laws that
```

**100**

Electronically signed by Joel Moyer (501-161-376-4513)                                        6815fa2e-1514-4867-98cb-9e1d11b4d2bc

1    are unconstitutional sometimes, and they get

2    overturned.  Right?  Correct?

3         Q    I, I don't answer questions --

4         A    Why not?

5         Q    -- when doing this process.

6         A    Why not?  You don't want to educate

7    me while you're here?

8         Q    Do you agree that, as someone who

9    swore to support the Constitution, you have

10   some duty to make sure that laws that you vote

11   for are consistent with the Constitution and

12   federal law?

13        A    If I do -- yeah.  Sure.

14   Absolutely.

15        Q    Did you ask anyone to help you

16   understand whether or not the changes in House

17   Bill 566 were consistent with the

18   Constitution --

19        A    Again --

20        Q    -- and federal --

21        A    -- if it's coming out of leg

22   counsel, you know, I would, you know, think it

23   would be constitutional.  I wouldn't have any

24   reason to doubt that.

25        Q    At any point, did anyone ever tell

**101**

Electronically signed by Joel Moyer (501-161-376-4513)                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

1    you that a proposed -- that the proposal that

2    you guys came up with Representative Nix to --

3    did I say that correctly?  Let me try again.

4              At any point, did anyone ever tell

5    you that the proposal you presented to

6    Representative Nix was not in compliance with

7    the Constitution or federal law?

8         A    No.

9         Q    Do you recall rejecting some

10   proposals, some proposed changes?

11        A    I remember just looking at several

12   different proposals, different scenarios, and

13   then coming -- deciding on the final one.

14        Q    Do you remember about how many

15   proposals did you look at?

16        A    I have no idea.

17        Q    More than two?

18        A    More than one.

19        Q    More than one.  When you,

20   Representative Strickland, and Representative

21   Welch met to discuss moving more Republicans

22   into Representative Strickland's district,

23   that necessarily meant some people would have

24   to be moved out of Representative Strickland's

25   district; right?

**102**

```
 1          A     Correct.

 2          Q     And you wouldn't want to move the

 3     same number of Republicans out as you moved

 4     in?  That would defeat the purpose of changing

 5     the lines; right?

 6          A     Uh-huh (affirmative).

 7          Q     Sorry.  Is that a yes?

 8          A     Yes.

 9          Q     So the plan was to -- tell me if

10     I'm right.  Was the plan to move Democrats out

11     of Representative Strickland's district and

12     Republicans into Representative Strickland's

13     district?

14          A     I would say that's correct.

15          Q     And the Democrats that were moved

16     out would go into your district and

17     Representative Welch's district; is that

18     right?

19          A     Correct.  And I guess Knight and

20     Mathiak too.  Like I said, they all had to

21     change.

22          Q     During these discussions, at any

23     point -- well, first, let me just -- let me

24     start over.

25               When you were talking about the
```

**103**

Electronically signed by Joel Moyer (501-161-376-4513)                          6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1    Democrats that had to be moved out of his

 2    district, was there a cap on the number of

 3    Democrats moved out and into your district and

 4    the other neighboring districts?

 5         A    I don't recall.

 6         Q    Do you recall if there was a

 7    percentage or number that -- of Republicans

 8    that Representative Strickland wanted in his

 9    district?

10         A    I don't recall that either.

11         Q    Do you recall moving black people

12    out of Representative -- discussing -- sorry.

13    Let me start over.

14              Do you recall discussing moving

15    black people out of Representative

16    Strickland's district and into your district,

17    Representative Knight's district,

18    Representative Welch's district, and/or

19    Representative Yates's district?

20         A    No.

21         Q    Do you recall discussing moving

22    white people from your district or any other

23    district into Representative Strickland's

24    district?

25         A    No.
```

**104**

Electronically signed by Joel Moyer (501-161-376-4513)                              6815fa2e-1514-4867-98cb-9e1d11b4d2bc

1         Q     Do you know if party information --
2    party affiliation can be known at any lower
3    level than the precinct?
4         A     I'm not aware.
5         Q     So you don't know if you can see
6    this many Democrats live on this street and
7    this many Republicans live on this street?
8         A     I don't know.
9         Q     Have you ever seen --
10        A     No.
11        Q     -- anything like -- anything like
12   that?
13        A     Nope.
14        Q     When you were having this meeting
15   with Representative Strickland, Representative
16   Welch, maybe Representative Knight, and
17   someone from the Reapportionment Office,
18   whether that's Gina or Dan, do you remember if
19   that took place in the Reapportionment Office
20   or someplace else?
21        A     I think -- I mean, I remember one,
22   one time in Reapportionment Office.
23        Q     Do you remember roughly how many
24   times you met with, with them?
25        A     I mean, I would stop by, you know,

**105**

Electronically signed by Joel Moyer (501-161-376-4513)                          6815fa2e-1514-4867-98cb-9e1d11b4d2bc

R. Dale Rutledge        Georgia State Conference of the NAACP, et al vs Kemp        February 7, 2018

1    you know.  Probably two or three times I

2    stopped by the office just to, you know, see

3    what -- any kind of changes or any information

4    or whatever.

5         Q    When you stopped by, was that with

6    Representative Strickland?

7         A    Sometimes by myself; sometimes, you

8    know, we were together, I mean.

9         Q    Do you, do you remember roughly how

10   many times?

11        A    No.

12        Q    Would you say more than a handful

13   of times?

14        A    I'd say less than a handful of

15   times.

16        Q    Less than a handful of times?

17        A    Yeah.

18        Q    By handful, we mean five?

19        A    Five.

20        Q    Just clarifying.  Some people have

21   six fingers, you know.

22        A    That's right.

23        Q    All right.  Do you recall if she

24   ever showed you statistical tables or Dan ever

25   showed you statistical tables about the

**106**

Donovan Reporting, PC                                    770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                          6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1   different districts?
 2       A     I don't recall that.
 3       Q     Do you recall if the plans
 4   considered splitting precincts?
 5       A     I don't recall that either.
 6       Q     So on this map, your -- oops.  On
 7   this map, your district is kind of a coral
 8   color; is that right?
 9       A     It's pretty.
10       Q     And House District 111 is
11   purple/lavender --
12       A     Okay.
13       Q     -- ish.  And Representative Welch's
14   district is 110; correct?
15       A     Correct.
16       Q     And it's like a light green color?
17       A     Okay.
18       Q     Okay.  And Representative Knight's
19   district is yellow --
20       A     Correct.
21       Q     -- or darker yellow --
22       A     Yes.
23       Q     -- than is 090?  Whose district is
24   090 up there?  Do you know whose district that
25   is, off the top of your head?  I can't
```

**107**

Electronically signed by Joel Moyer (501-161-376-4513)                                      6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1    remember.
 2          A      Pam Stephens, maybe.
 3          Q      Okay.  Have I already given you
 4    Exhibit 36?
 5          A      Yes.
 6          Q      Okay.  Let's look at that.  Let's
 7    look at the -- what is this -- the fourth page
 8    of this exhibit.  Are these Representative
 9    Strickland's election results?  Did I direct
10    you to the right page?
11          A      Yes.
12          Q      Do you agree with me that he fared
13    most poorly in Stockbridge Wealth?
14          A      Stockbridge West?
15          Q      Yes.  Thank you.  I can't speak.
16    Do you agree that seems to be his worst
17    performance?
18          A      Yes.
19          Q      Do you know what the racial
20    demographics of Stockbridge West are?
21          A      I do not.
22          Q      On the map, it looks like
23    Stockbridge West is adjacent to your and
24    090 --
25          A      Uh-huh (affirmative).
```

**108**

Electronically signed by Joel Moyer (501-161-376-4513)                          6815fa2e-1514-4867-98cb-9e1d11b4d2bc

1        Q      -- on the 2012 map; is that right?

2        A      And 78.

3        Q      And 78, yes.  And the Stagecoach

4    district is directly above that one?

5        A      Uh-huh (affirmative).

6        Q      Is that right?

7        A      Correct.

8        Q      And on this exhibit, it looks like

9    Representative Strickland won the Stagecoach

10   district by roughly 50-ish votes.  Does that

11   look right?

12       A      Right.

13       Q      And let's go back to your results.

14   Flippen and Hickory Flat were in your district

15   at the time of the election; correct?

16       A      Yeah.

17       Q      And if we look at the map, would

18   you mind pointing to them in north --

19       A      To Hickory Flat?

20       Q      Yeah, Hickory Flat and Flippen.

21       A      Hickory Flat and Flippen.

22       Q      So they're directly adjacent to 111

23   and 2; right.

24       A      Uh-huh (affirmative).

25       Q      Okay.

**109**

R. Dale Rutledge        Georgia State Conference of the NAACP, et al vs Kemp        February 7, 2018

```
 1        A    Well --
 2        Q    Yes?
 3        A    Yeah.  Well, I mean Hickory Flat's
 4   not.
 5        Q    Well, not Hickory Flat.  Hickory
 6   Flat -- Flippen is, but not Hickory Flat.
 7        A    Flippen is.
 8        Q    Okay.  Do you remember ever looking
 9   at a proposal where the number of -- or let me
10   think about that.
11             Do you remember looking at a
12   proposal of changes where more Democratic
13   voters would have been in Representative
14   Strickland's -- where the number of Democrats
15   would have increased in Representative
16   Strickland's district?
17        A    I don't recall that, no.
18        Q    Because that would have defeated
19   the purpose of the exercise?
20        A    I just don't recall.
21             THE VIDEOGRAPHER:  Mr. Rutledge,
22   would you mind just scooting your chair that
23   way just a little?
24             THE WITNESS:  Okay.
25             THE VIDEOGRAPHER:  Thank you.
```

**110**

Donovan Reporting, PC                                770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1              (Whereupon a document was identified
 2         as Plaintiff's Exhibit 320.)
 3         Q     I'm showing the witness a document
 4    I'm going to mark Exhibit 320.  Has a Bates
 5    range of GA2-001586.  You can keep the
 6    stickered one and give the other one to Alex.
 7              So is this an email between Dan
 8    O'Connor and Andy Welch dated March 5th, 2015?
 9         A     (Nods head affirmatively.)
10         Q     Is this a yes?
11         A     Yes.
12         Q     And do you remember if this was a
13    few days before House Bill 566 passed?
14         A     I can't remember those dates.
15         Q     Does that sound about right,
16    though?
17         A     If you say so.
18         Q     Have you ever seen this email?
19         A     No.
20         Q     Okay.  Mr. O'Connor, do you agree
21    that he provides statistical information about
22    the percentages of black and white people in
23    House Districts 109, 110, and 111, and 129?
24         A     Yes.
25         Q     And does he say the percentage of
```

Electronically signed by Joel Moyer (501-161-376-4513)                                         6815fa2e-1514-4867-98cb-9e1d11b4d2bc

R. Dale Rutledge       Georgia State Conference of the NAACP, et al vs Kemp       February 7, 2018

1    black people in your district was 28 percent

2    and the percentage of white people in your

3    district was 59 percent at this time?

4         A     That's what he states.

5         Q     And did he say the percentage of

6    black people in Representative Strickland's

7    district was 37 percent and the number of

8    white people 48 percent at this time?

9         A     Correct, that's what he states.

10        Q     Do you have any reason to doubt

11   these numbers?

12        A     No.

13        Q     Have you ever asked Mr. O'Connor to

14   provide this type of information to you?

15        A     No.

16        Q     Have you ever asked Ms. Wright to

17   provide this type of information --

18        A     No.

19        Q     -- to you?  Do you believe this

20   type of racial breakdown is relevant to

21   assessing the chances of reelection?

22        A     I don't know.  I don't know why

23   he's asking this.  You'd have to ask him.

24        Q     Representative Strickland has the

25   lowest percentage of white people in his

**112**

Donovan Reporting, PC                                  770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                                  6815fa2e-1514-4867-98cb-9e1d11b4d2bc

1    district, correct, according to this document?

2        A      Correct.

3        Q      And the highest percentage of black

4    people in his district, according to this

5    document?

6        A      Correct.

7        Q      Do you believe -- well, first of

8    all, would you agree that his elections have

9    always been highly competitive?

10       A      I would agree, yeah.

11       Q      Do you believe this -- the low

12   percentages of white people and the higher

13   percentages of black people contribute to why

14   his elections have always been highly

15   competitive?

16       A      I wouldn't have an opinion on that.

17           MS. GREEN:  Can we go off the

18   record for a sec?  Because I want to switch

19   the map.

20           THE VIDEOGRAPHER:  Going off video

21   record at 3:24 p.m.

22       (Proceedings in recess, 3:24 p.m. to

23       3:27 p.m.)

24           THE VIDEOGRAPHER:  Back on video

25   record at 3:27 p.m.

**113**

Electronically signed by Joel Moyer (501-161-376-4513)                          6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1            (Whereupon a document was identified as
 2            Plaintiff's Exhibit 6.)
 3        Q     Okay.  Now we're looking at
 4   Exhibit 6.  Did I say that right?  Yes.
 5   Exhibit 6.
 6               Is this the Henry County districts
 7   as passed in 2015?
 8        A     Correct.
 9        Q     Okay.  Do you know what changes
10   were made to 111 as a result of this?
11        A     If you put that other map up there,
12   I could tell you.
13        Q     Okay.
14        A     I know what changed in mine.
15        Q     Okay.  We can go through them.  Do
16   you know how the percentages of
17   African-American voters in District 111
18   changed?
19        A     No, I do not.
20        Q     In your district?
21        A     No.
22        Q     Do you know how -- if any precincts
23   were split as a result of the change?
24        A     I don't remember, no.
25        Q     Okay.  We can go through stuff.
```

**114**

Electronically signed by Joel Moyer (501-161-376-4513)                                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

R. Dale Rutledge          Georgia State Conference of the NAACP, et al vs Kemp          February 7, 2018

1     Let's look at the map.  So do you see
2     Stockbridge West --
3          A     I do.
4          Q     -- on the map?  Would you mind
5     pointing to it?
6          A     Right there.
7          Q     There.  Okay.  And does it show
8     that -- oh, sorry.  We can first go back.
9     Your district is still coral?
10         A     Yes.
11         Q     And 111 is still purple?
12         A     Correct.
13         Q     And 110 is still green, and 130 is
14    still yellow, dark yellow.  Okay.  So
15    Stockbridge West, does it show that it's now
16    in your district?
17         A     It does.
18         Q     And that was the one, when we were
19    looking at Exhibit 36, that Representative
20    Strickland had done the most poorly?
21         A     Right.
22         Q     And then -- I'm sorry.  You can
23    confirm.  I think it's the fourth page.
24         A     Uh-huh, correct.
25         Q     And then do you see Stagecoach, the

**115**

Electronically signed by Joel Moyer (501-161-376-4513)                              6815fa2e-1514-4867-98cb-9e1d11b4d2bc

R. Dale Rutledge        Georgia State Conference of the NAACP, et al vs Kemp        February 7, 2018

1    Stagecoach precinct on this map?

2        A     Correct.  Right there.

3        Q     Thank you.  And that's --

4              THE VIDEOGRAPHER:  Excuse me.

5    Could you please point to it again?

6        Q     And that's now in your district

7    too?

8        A     Correct.

9        Q     Right?  And that was the one that

10   he won only by like 50 votes?

11       A     Correct.

12       Q     Do you know what the demographics

13   of those two precincts are?

14       A     No.

15       Q     Were you worried that adding these

16   precincts would decrease your chances of

17   reelection?

18       A     No.

19       Q     Why?  Why not?

20       A     Confident.

21       Q     Did you feel that the other voters

22   that you retained would outweigh any

23   Democratic voters that were added?

24       A     I just remember it didn't really,

25   just it didn't change that much.

**116**

Donovan Reporting, PC                              770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                              6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1        Q     For your district?
 2        A     Yeah.  When I changed it, it didn't
 3   really change it that much.
 4        Q     Do you see the Flippen district?
 5        A     Yes, right here.
 6        Q     And before, that one was in your
 7   map, in your precinct?
 8        A     Correct.
 9        Q     Your -- now it's split between your
10   district and Representative Strickland's?
11        A     Correct.
12        Q     Do you know what the
13   demographics --
14        A     I do not.
15        Q     But if you look at 36 -- well, it's
16   hard to tell because you didn't have a
17   challenger in that election.
18        A     Right.
19        Q     But you had quite a few, if we just
20   look at absolute numbers, over a thousand
21   people voted for you from that district; is
22   that right?
23        A     Correct.
24        Q     And if we look at just absolute
25   numbers in Representative Strickland's
```

**117**

Electronically signed by Joel Moyer (501-161-376-4513)                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1    district, only a thousand to about -- well, I

 2    guess in one precinct, quite a few people,

 3    3,000 people voted, but the average is around

 4    1,500 people voted in each precinct.  Would

 5    you agree --

 6          A     Yes.

 7          Q     -- on page four?  Okay.  Do you

 8    agree that the Flippen precinct is heavily

 9    Republican, or was?  Well, still is heavily

10    Republican?

11          A     I think the numbers show that.

12          Q     Do you agree it's heavily white?

13          A     I wouldn't know.

14          Q     Okay.  Do you recall if -- ever

15    considering a proposal where the entirety of

16    the Hickory Flat precinct would have been

17    moved into 111?

18          A     No.

19          Q     On this map, do you see the Hickory

20    Flat precinct?

21          A     I do.

22          Q     Would you mind pointing to it for

23    the video?

24          A     (Witness complies with instruction

25    of counsel.)
```

**118**

Electronically signed by Joel Moyer (501-161-376-4513)                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

R. Dale Rutledge        Georgia State Conference of the NAACP, et al vs Kemp        February 7, 2018

1        Q        And does it show that the Hickory

2    Flat precinct is split between your district

3    and Representative Strickland's?

4        A        That it is?

5        Q        Do you see the Hickory Flat, the

6    dashes?

7        A        Yes.

8        Q        Do they curve down?

9        A        Yes, they do.  Yeah.  Okay.

10       Q        Do you agree that it's split

11   between your --

12       A        Yes.

13       Q        -- yours and Representative

14   Strickland's?

15       A        Yes.

16       Q        Do you know the demographics of the

17   Hickory Flat precinct?

18       A        I do not.

19       Q        In 2014, it looks like about 1,371

20   people voted for you from that precinct.  Do

21   you agree it's heavily Republican?

22       A        That's probably changed.

23       Q        Do you think it was heavily

24   Republican at that time?

25       A        I don't know about heavily, I mean.

**119**

Donovan Reporting, PC                                           770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                                  6815fa2e-1514-4867-98cb-9e1d11b4d2bc

R. Dale Rutledge       Georgia State Conference of the NAACP, et al vs Kemp       February 7, 2018

```
 1          Q     Predominantly?
 2          A     I mean, 1,300 people voted, I mean,
 3    Republican.  How many voted Democrat?
 4          Q     I don't think there was a
 5    Democratic challenger.
 6          A     Right.  But there was other
 7    elections.  I mean, you know, that's where Dan
 8    and Gina would tell you those numbers.
 9          (Whereupon a document was identified as
10          Plaintiff's Exhibit 321.)
11          Q     Okay.  I'm sorry.  Is this in the
12    video?
13                I'm showing the witness a document
14    with a Bates range of GA2-000682 through 92.
15    Oh, I actually have another one if you want to
16    pass that.
17                Would you agree this is an email
18    chain between Dan O'Connor and Chris
19    K-E-L-L-E-H-E-R that ends on June 4th, 2015?
20          A     Okay.
21          Q     Do you agree with --
22          A     Yeah.
23          Q     Do you know who -- first of all, do
24    you know how to say that last name?
25          A     Kelleher.
```

**120**

Electronically signed by Joel Moyer (501-161-376-4513)                          6815fa2e-1514-4867-98cb-9e1d11b4d2bc

1       Q       Kelleher?  Okay.

2       A       I mean, I don't know him.

3       Q       You don't know him?

4       A       But that's how I'd say it.

5       Q       Okay.  Like I didn't know if that E

6    has any pronunciation or not.

7               Okay.  In the first email on the

8    first page, Mr. O'Connor writes that

9    Representatives Chandler and Strickland get

10   about a 4-point GOP boost in their marginal

11   districts.  First of all, do you agree their

12   districts were marginal in 2015 before House

13   Bill 566?

14       A       Well, the percentages are there.  I

15   mean, yes.

16       Q       Would you say that Representatives

17   Strickland and Chandler were the biggest

18   beneficiaries of House Bill 566?

19       A       I mean, I wouldn't say anything.  I

20   mean, I don't have an opinion on it.

21       Q       Do you think it helped

22   Representative Strickland?

23       A       It didn't hurt him.

24       Q       Do you think it helped him?

25       A       I mean, again, it didn't change it

**121**

Electronically signed by Joel Moyer (501-161-376-4513)                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1    that much.  I mean, I don't -- sure, it may
 2    have helped him.
 3         Q     Do you, do you need big changes to
 4    benefit from redistricting?
 5         A     Do I need big changes?
 6         Q     Generally speaking, does a
 7    representative need big changes to benefit
 8    from redistricting?
 9         A     I mean, I guess it would depend on
10    each individual case.
11         Q     If you were winning an election by
12    about -- if the numbers were about 50-50
13    Republican/Democrat, would a little change
14    help significantly?
15         A     Well, sure.  I mean, a little
16    change would help.
17         Q     Because you win an election if you
18    win 50.1 percent of the votes; right?
19         A     Right.
20         Q     Did Mr. O'Connor attach two
21    attach -- attach two documents to this email,
22    to the top email?
23         A     This?
24         Q     I'm asking you to confirm --
25         A     Oh.
```

**122**

Electronically signed by Joel Moyer (501-161-376-4513)                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

1        Q      -- that he attached two documents

2    to this email.

3                MR. KHOURY:  Object to the form of

4    the question.

5        A      I don't know if this was an email

6    or not.  It's attached to this paper.

7        Q      On the top email, do you see two

8    documents attached listed?

9        A      One, two, yeah.

10       Q      And is the first attachment titled

11   House Re -- sorry -- House 12 RE - 2014 voting

12   data HD 48.xlsx?

13       A      Okay.

14       Q      Is that correct?

15       A      Right, correct.

16       Q      And is the second attachment

17   House --

18       A      It's a 2015 packet.

19       Q      Okay.  Let's look at the tenth

20   page, which has a Bates label of GA2-000691.

21   It's the second to last page of the --

22       A      Okay.

23       Q      Do you see up in the top left

24   corner it says Plan Name: House-amdsub-2015?

25       A      Yes.

**123**

R. Dale Rutledge        Georgia State Conference of the NAACP, et al vs Kemp        February 7, 2018

```
 1        Q    And does that match the title of
 2   the PDF --
 3        A    Yes.
 4        Q    -- on the first page?
 5        A    Yes.
 6        Q    Okay.  Do you see the column that
 7   says District?
 8        A    Yes.
 9        Q    And do you see your district
10   number?
11        A    Yes.
12        Q    And then do you see the column that
13   says Percent Total Black at the top?
14        A    Yes.
15        Q    And then, sorry, going back to next
16   to your district number, do you see VAP?
17        A    Yes.
18        Q    Looks like there's a space, a blank
19   space, and then it says VAP underneath it?
20        A    Correct.
21        Q    If I say VAP meant voting age
22   population, would you have any reason to doubt
23   me?
24        A    No.
25        Q    Okay.  So if we look at the first
```

**124**

Donovan Reporting, PC                                    770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

R. Dale Rutledge        Georgia State Conference of the NAACP, et al vs Kemp        February 7, 2018

```
 1    one that's not VAP, for your district, it says
 2    31.48 percent.  Did I say that correctly?
 3        A    31.48?
 4        Q    Uh-huh (affirmative).
 5        A    Okay.
 6        Q    Does that sound right to you?  Did
 7    I say that correctly?
 8        A    Are you --
 9        Q    If you scroll over to Percent Total
10    Black --
11        A    Correct.
12        Q    -- does that say 31.48 percent?
13        A    It does say that.
14        Q    And then for VAP, does it say 29.03
15    percent?
16        A    Correct.
17        Q    So if we look at -- go back to --
18    what did I mark that as?  This document,
19    what's the number?  What exhibit label did I
20    put on this one?
21        A    Is that it?
22        Q    Yes.  Exhibit 320.  Thank you.  If
23    we compare Exhibit 320 to this now, it looks
24    like the percent for the voting age population
25    has increased in your district by about
```

**125**

Electronically signed by Joel Moyer (501-161-376-4513)                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

1    one percent; is that right?

2         A     Yes.

3         Q     Okay.  And this document according

4    to -- I'm sorry.  Exhibit 320 doesn't tell us

5    how many black people were in your district

6    total.  It just says voter registration.

7    Correct?

8         A     Correct.

9         Q     Okay.  And then for District 111,

10   if you scroll with me, does it say 35.31

11   percent total black?

12        A     Correct.

13        Q     And 32.31 percent voting age

14   population?

15        A     Correct.

16        Q     For District 111?

17        A     Correct.

18        Q     So if we compare that to

19   Exhibit 320, does that mean it looks like,

20   according to that document, the voter -- the

21   black voters in House District 111 decreased

22   by about five percent?

23        A     Okay.

24              MR. KHOURY:  Object to the form of

25   the question.

**126**

Electronically signed by Joel Moyer (501-161-376-4513)                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1        Q     Is that -- did I do that math
 2   correctly?
 3        A     Appears to be.
 4        Q     And the same with your district?
 5   We don't know from Exhibit 320 how many black
 6   people total there were in District 111, just
 7   the voter registration; is that correct?
 8        A     Correct.
 9        (Whereupon a document was identified as
10        Plaintiff's Exhibit 322.)
11        Q     I'm showing the witness a document
12   I'm labeling Exhibit 322.  I think I have an
13   extra one of those as well.  It has a Bates
14   range of GA2-001571.
15             Is this an email, excuse me,
16   between Dan O'Connor and someone named Anne,
17   based on the first line, with an email address
18   of awl@sbllaw.net?
19        A     Okay.
20        Q     Do you recognize that email
21   address?
22        A     (Shakes head negatively.)
23        Q     If I said -- sorry.  Is that a no?
24        A     No, I don't.
25        Q     If I said it belonged to Anne
```

**127**

Electronically signed by Joel Moyer (501-161-376-4513)                                            6815fa2e-1514-4867-98cb-9e1d11b4d2bc

1    Lewis, would you have any reason to doubt me?

2        A     I don't know Anne Lewis.

3        Q     You don't know her?  Okay.  In the

4    bottom paragraph of this email, Mr. O'Connor

5    provides some statistical information about

6    the changes in both Representative Chandler

7    and Representative Strickland's district; is

8    that right?  I'm just asking did he provide

9    it.

10       A     Say again now?

11       Q     In the last paragraph of this

12   email, Mr. O'Connor provides some statistical

13   information about the changes in

14   Representative Chandler and Representative

15   Strickland's district as a result of House

16   Bill 566; right?

17       A     He makes that statement, yes.

18       Q     Do you have any reason to doubt the

19   statistical reports given in here?

20       A     No, I have no reason.

21       Q     Let's go back to the previous

22   exhibit.  What did I mark that one as?

23       A     This one?

24       Q     321?

25       A     Yes, 321.

Electronically signed by Joel Moyer (501-161-376-4513)                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

R. Dale Rutledge        Georgia State Conference of the NAACP, et al vs Kemp        February 7, 2018

1        Q     So does the 35.31 percentage given

2    here, does that match the total black

3    population in District 111 in this exhibit,

4    321, the table?

5        A     All right.  So what are you, what

6    are you getting at here?

7        Q     So on --

8        A     You're talking about District 111?

9        Q     Uh-huh (affirmative).

10        A     Total?

11        Q     The total black percent?

12        A     Which is 35.31.

13        Q     And does that match the number, the

14    number given on GA2-001571?

15        A     No.

16        Q     It doesn't?

17        A     Not that I'm reading -- oh, yeah,

18    it does.  Yes, it does.

19        Q     Okay.  And on this document, he

20    reports that the number -- do you agree that

21    he reports that the number of black people in

22    House District 111 was 37.84 percent in,

23    sorry, the Exhibit 322?

24        A     22?  Yes.

25        Q     Okay.  Do you -- well, do you

**129**

Electronically signed by Joel Moyer (501-161-376-4513)                        6815fa2e-1514-4867-98cb-9e1d11b4d2bc

1    believe this change increased the likelihood

2    that Ms. -- that Representative Strickland won

3    the 2016 election?

4        A     Say what?

5        Q     Sorry.  Do you believe that

6    decreasing the number of black voters in

7    Representative Strickland's district

8    increases -- increased his chances of

9    reelection in 2016?

10       A     No.  I think the reducing the

11   number of Democrats.

12       Q     Do you agree that most of these

13   black voters were probably Democrats?

14             MR. KHOURY:  Object to the form of

15   the question.

16       A     That's speculation, isn't it?  I

17   wouldn't speculate that.

18             MS. GREEN:  All right.  I'm going

19   to let -- we're almost out of the tape.

20             THE VIDEOGRAPHER:  All right.

21             MS. GREEN:  So we're going to take

22   a quick break and let him change his tape.

23             THE VIDEOGRAPHER:  Going off video

24   record at 3:48 p.m.

25             (Proceedings in recess, 3:48 p.m. to

**130**

Electronically signed by Joel Moyer (501-161-376-4513)                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

R. Dale Rutledge        Georgia State Conference of the NAACP, et al vs Kemp        February 7, 2018

```
 1        3:56 p.m.)

 2             THE VIDEOGRAPHER:  We're back on

 3    video record at 3:56 p.m.  This is the

 4    beginning of file number three.

 5        Q     You're still under oath.

 6        A     Still under oath.

 7        Q     Did you talk to your attorney about

 8    your answers to any of my questions today?

 9        A     No.

10        (Whereupon a document was identified as

11        Plaintiff's Exhibit 323.)

12        Q     I'm showing the witness an exhibit

13    I'm marking Exhibit 323.  It's a Bates range

14    of GA000102 --

15             MR. KHOURY:  Do you have an extra

16    copy?

17        Q     -- through GA000105.

18        A     Okay.

19        Q     This is an email chain between

20    yourself and Gina Wright that ends on October

21    2nd, 2015?

22        A     Uh-huh (affirmative).

23        Q     Is that a yes?

24        A     Yes.

25        Q     It starts on March 25th, 2015; is
```

**131**

Electronically signed by Joel Moyer (501-161-376-4513)                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

R. Dale Rutledge        Georgia State Conference of the NAACP, et al vs Kemp        February 7, 2018

```
 1    that right?
 2         A      March 25th.
 3         Q      Do you remember this chain?
 4         A      Vaguely.
 5         Q      If we look at the last one, do you
 6    remember why you asked --
 7         A      The last page?
 8         Q      Uh-huh (affirmative).  The last
 9    page?
10         A      Okay.
11         Q      Yeah.  It's the first email --
12         A      Right.
13         Q      -- but last page.  Do you remember,
14    remember why you asked for a new map of your
15    district?
16         A      I wanted to see it.
17         Q      Okay.  Was Ms. Wright your primary
18    point of contact after House Bill 566 passed?
19    Do you remember?
20         A      I wouldn't say -- I mean.
21         Q      If you had to -- who -- who did --
22    if you had a question for the Reapportionment
23    Office, who would you ask?
24         A      Gina.
25         Q      Gina?
```

Electronically signed by Joel Moyer (501-161-376-4513)                           6815fa2e-1514-4867-98cb-9e1d11b4d2bc

1        A     Yeah.

2        Q     Why Gina over Dan?

3        A     I was under the impression that

4    Gina does the mapping and Dan does the

5    numbers, statistics.

6        Q     Okay.  So if you wanted a map, you

7    would ask Gina, and if you wanted numbers, you

8    would ask Dan?

9        A     Right.

10       Q     Okay.  Were you at any point

11   concerned that changes to your district might

12   cost, cost you reelection?

13       A     Not cost me, no.

14       Q     Were you concerned it would invite

15   a challenger?

16       A     I mean, my concern was it would

17   just, you know, weaken my Republican base is

18   all.

19       Q     Do you believe that you picked up a

20   Democratic challenger, your aunt, in 2016

21   because of the changes in 566?

22       A     No.

23       Q     Do you think she would have

24   challenged you absent 566?

25       A     Yes.

**133**

Electronically signed by Joel Moyer (501-161-376-4513)                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1          Q       Yes?   Okay.   Do you know who your
 2   challenger, your Democratic challenger, will
 3   be for this year?
 4          A       (Shakes head negatively.)
 5          Q       When do they make those
 6   announcements?
 7          A       Qualify, end of March, so we'll
 8   know then.
 9          Q       Okay.   Do you remember ever
10   soliciting public comment for the proposed
11   changes to your district?
12          A       No.
13          Q       Do you believe that's the kind of
14   thing your voters would be interested in
15   knowing, whether or not their representative
16   had changed?
17          A       We communicated that to them.
18          Q       How?
19          A       Through the proposed legislation,
20   the newsletters and things.
21          Q       Do you think constituents were
22   adequately informed about those changes?
23          A       I hate to speculate on that.   I
24   mean, we're always blamed for not, you know,
25   doing something right.
```

**134**

Electronically signed by Joel Moyer (501-161-376-4513)                          6815fa2e-1514-4867-98cb-9e1d11b4d2bc

1          (Whereupon a document was identified as

2          Plaintiff's Exhibit 50.)

3          Q      I'm showing the witness Exhibit 50,

4     which has a Bates label of GA000077 through

5     78.  Just in case I said that wrong, it's 4

6     zeros and then 77.

7               This email includes election

8     results from 2016; right?

9          A      Okay.

10         Q      For House District 111 and 105?

11         A      Yes.

12         Q      Do you have any reason to doubt

13    these --

14         A      No.

15         Q      -- numbers?  Do you agree this

16    document suggests Representative Strickland

17    would have lost in 2016 had House Bill 566 not

18    been passed?

19         A      I don't know how you can speculate

20    that.  I guess that's an opinion.

21         Q      Did you at any point have any

22    concern that the proposed changes in House

23    Bill 566 violated any federal or state law?

24         A      No.

25         Q      Did you have any concern that the

Electronically signed by Joel Moyer (501-161-376-4513)                                        6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1    proposed changes contained technical mistakes
 2    or errors in terms of the descriptions of the
 3    districts?
 4         A     No.
 5         Q     Did you have any concern that the
 6    changes in House Bill 566 was unfair to any
 7    racial or ethnic minority group?
 8         A     No.
 9         Q     Did you have any concern that the
10    changes in House Bill 566 unduly split voting
11    precincts or counties?
12         A     No.
13         Q     Did you have any concern that the
14    changes in House Bill 566 did not sufficiently
15    keep together communities of interest?
16         A     No.
17         Q     Were you happy with the changes
18    that were made to your district in 566?
19         A     I mean, I wasn't -- yeah, I was
20    happy.  I mean, I wasn't unhappy.
21         Q     Why weren't you unhappy even though
22    you were gaining Democratic voters?
23         A     Because I was able to buy a house
24    on the street I wanted to.
25         Q     What does that have to do with the
```

**136**

Electronically signed by Joel Moyer (501-161-376-4513)                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

1    changes in House Bill 566?

2        A    Because that street was not in my

3    district prior to the redistricting.

4        Q    We're talking about the McDonough

5    area?

6        A    Lawrenceville Street.  Again, the

7    changes didn't -- wasn't that significant.

8    And, again, it passed the House unanimously as

9    well.

10       (Whereupon a document was identified as

11       Plaintiff's Exhibit 324.)

12       Q    I'm showing the witness a document

13   I've marked as Exhibit 324, Bates range of

14   GA2-000128 through 129.  Is this an email

15   chain between Ben Jordan and Dan O'Connor that

16   ends on October 21st, 2016?

17       A    Yeah.  Okay.

18       Q    Let's look at the page, the Bates

19   label of 129, ending in 129.  First of all, do

20   you know who Ben Jordan is?

21       A    No.

22       Q    Do you recognize on the -- on the

23   page 129, do you recognize the email

24   caulderchilds1@gmail.com?

25       A    I know Caulder, Caulder Childs.

**137**

Electronically signed by Joel Moyer (501-161-376-4513)                                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

1    Yes, I know him.

2          Q     Is it Caulder Harvill-Childs, is

3    that his full name?

4          A     I have no idea.

5          Q     But he works for the majority

6    leader?

7          A     Yes.

8          Q     Is that right?

9          A     Yes.

10         Q     During part of the year?  And then

11   the other part of the year, he works for the

12   Republican caucus; is that right?

13         A     You know, I'm really not sure.

14         Q     Okay.

15         A     I thought he was in House

16   communications and then went to work for the

17   majority leader, so.

18         Q     Okay.  So on this page,

19   Mr. O'Connor provides information about voter

20   registrations between March 2016 and October

21   2016 in certain districts; is that right?

22         A     Right.

23         Q     And he provides that information

24   for House District 111; is that correct?

25         A     It is, yeah.

Electronically signed by Joel Moyer (501-161-376-4513)                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

R. Dale Rutledge        Georgia State Conference of the NAACP, et al vs Kemp        February 7, 2018

1        Q     Okay.  And he says that House

2    District 111 increased between March and

3    October 2016 by adding about 2,000 blacks,

4    1,000 whites, 100 Asians, and 150 Hispanics;

5    is that right?

6        A     That's what he says, yes.

7        Q     And by October of 2016, the number

8    of black people in House District 111 had

9    increased to 37.3 percent.  Is that --

10       A     That's what it says.

11       Q     Based on this email?

12       A     Yes.

13       Q     Sorry.  The number of black voters

14   had increased to 37.3 --

15       A     Correct.

16       Q     -- percent by October 27 --

17       A     Correct.

18       Q     -- 2016?

19       A     2016.

20       Q     Let's go back to exhibit, is it

21   322?  The one with the -- no.  321 then.  The

22   one with the tables.  Yes.

23       A     321.

24       Q     Is that 321?  Exhibit 321.  Okay.

25   So let's go back, let's look at Percent Total

**139**

Donovan Reporting, PC                                    770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

1    Black on page GA2-000691.

2         A     Okay.

3         Q     And so when the plan was made --

4    this email was sent June 2015.  At that time,

5    the Percent Total Black in House District 111

6    had been decreased to 32.31 percent; is that

7    right?

8         A     On this right here?  Yes.

9         Q     On this.

10        A     Right.

11        Q     And according to Exhibit 324, that

12   number had increased to 37.3 percent by

13   October 2016; is that right?

14        A     That's correct.

15        Q     And that's about a difference of

16   five percent --

17        A     Yes.

18        Q     -- is that right?  And if we go

19   back to 322 -- is that right, Exhibit 322?

20   Which is the one -- no.

21        A     No.  50?

22        Q     This one.

23        A     What's the number at the bottom?

24        Q     What's that exhibit number?  320.

25        A     That one.

**140**

Electronically signed by Joel Moyer (501-161-376-4513)                                6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1          Q      Yes, Exhibit 320.

 2          A      March.

 3          Q      So this was March 2015, and it's

 4   providing the number of black people.

 5          A      Uh-huh (affirmative).

 6          Q      This is before House Bill 566; is

 7   that right?

 8          A      Yes.

 9          Q      And the number of black voters

10   according to this document was 37 percent; is

11   that right?

12          A      On this document?

13          Q      On this document.

14          A      Yes.

15          Q      Okay.  So we go from, let's just

16   reference -- so in Exhibit 320, we have the

17   number of black voters in House District 111

18   is 37 percent; is that right?

19          A      Correct.

20          Q      Then after House Bill 566,

21   according to Exhibit 321, our tables --

22          A      Yes.

23          Q      -- we go to 32.31 percent; is that

24   right?

25          A      Correct.
```

**141**

Electronically signed by Joel Moyer (501-161-376-4513)                                6815fa2e-1514-4867-98cb-9e1d11b4d2bc

1          Q      And then in the interim roughly

2    year and a half between 2015 and October 2016,

3    we go back up to 37.3 percent in the number of

4    black voters in House District 111; is that

5    right?

6          A      Correct.

7          Q      So if we compared, based on these

8    changes -- well, first of all, do you agree

9    that between the passage of House Bill 566 and

10   in October 2016, it looks like the number of

11   black voters increased by about five percent?

12         A      Yes.

13         Q      And going back to Exhibit 320, had

14   those changes not been made, do you agree

15   that, if we assume the same growth, the number

16   of black voters in House District 111 would

17   have been 42 percent?

18              MR. KHOURY:  Object to the form of

19   the question.

20         A      Yeah, I don't -- I couldn't -- I

21   have no idea.

22         Q      You agreed with me, though, that if

23   we compare 321 to 324, the growth was about

24   five percent?

25         A      Yes.

**142**

Electronically signed by Joel Moyer (501-161-376-4513)                        6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1          Q     Okay.  If we assume that same
 2    growth and apply it to the 37 percent of black
 3    people that are shown in Exhibit 320, is that
 4    42?
 5                MR. KHOURY:  Wait.
 6          A     I wouldn't --
 7                MR. KHOURY:  Object to the form of
 8    the question.
 9          A     I would say it's speculation,
10    assuming.
11          Q     Okay.  Do you believe the changes
12    to House District 111 targeted
13    African-American voters?
14          A     No.
15          Q     Why not?
16          A     It targeted Democrats and
17    Republicans.
18          Q     Does that mean it couldn't have
19    targeted African-American voters?
20          A     It targeted voters.
21          Q     Does that mean it couldn't have
22    targeted African-American voters?
23                MR. KHOURY:  Object to the form.
24          A     I'll say Republicans and Democrats.
25          Q     Do you believe race has nothing to
```

**143**

Electronically signed by Joel Moyer (501-161-376-4513)                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

R. Dale Rutledge      Georgia State Conference of the NAACP, et al vs Kemp      February 7, 2018

1   do with whether someone is a Republican or

2   Democrat?

3        A     I do not.

4        (Whereupon a document was identified

5        as Plaintiff's Exhibit 325.)

6        Q     I'm showing the witness

7   Exhibit 325.  It has a Bates range of

8   GA2-001201 through 05.  Is this an email chain

9   between Dan O'Connor and Jeremy Brand that

10  ends on November 8th, 2016?

11       A     Okay.

12       Q     Would that be right?

13       A     Yes.

14       Q     Do you know who Jeremy Brand is?

15       A     No, I do not.

16       Q     Let's look at the second page in

17  the last big paragraph, the penultimate

18  paragraph.

19       A     Henry County?

20       Q     Uh-huh (affirmative).  Take a

21  second to read that, and then I'll ask you a

22  question.

23       A     Okay.

24       Q     Do you agree with Mr. O'Connor's

25  statement that black registration in Henry

**144**

Donovan Reporting, PC                      770.499.7499

```
 1    County is, quote, way up?
 2         A    I would have no way of knowing other
 3    than what he stated.
 4         Q    Do you agree that Henry County is
 5    trending Democratic?
 6         A    According to what he states, yes.
 7         Q    Do you agree there's a correlation
 8    between the increase in black registration and
 9    the fact that the county is trending
10    Democratic?
11         A    I guess you can make that
12    assumption.
13         Q    Would you?
14         A    I really wouldn't have an opinion on
15    it.
16         Q    Go back to the first page, the first
17    email.  Do you see two attachments?
18         A    I do.
19         Q    One's House District 105 - Voter
20    Registration Data.  The other is Gwinnett-2012
21    President.xlsx; is that right?
22         A    Yes.
23         Q    Does Mr. -- and then if we look at
24    the first attachment, does Mr. O'Connor
25    tabulate black, white, Asian, Hispanic, Native
```

**145**

Donovan Reporting, PC                                    770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

```
 1   American, and other voters --
 2        A     He does.
 3        Q     -- by precinct?  Have you ever seen
 4   that done for your --
 5        A     No.
 6        Q     -- district?
 7        A     Not that I remember.
 8        Q     Or Mr. Strickland's district?
 9        A     No.  I mean, maybe on those other
10   exhibits.  Wasn't it on there?
11        Q     I don't think by Mr. O'Connor, no.
12        A     Oh.
13        Q     At least nothing that I recall
14   showing you did.  Have you ever asked for that
15   type of table?
16        A     (Shakes head negatively.)
17        Q     Sorry.  I'm just getting my
18   documents in order.  I'm trying to eliminate
19   what I can.
20        A     Do you have an extra water right
21   there?
22        Q     I do.
23        A     Thank you.
24        Q     I forgot to write the tab number.
25              Okay.  Do you think your election
```

**146**

Electronically signed by Joel Moyer (501-161-376-4513)                        6815fa2e-1514-4867-98cb-9e1d11b4d2bc

1   this year will be closer than it has been in

2   previous years?

3        A     I have no idea.

4        Q     Do you think you'll win?

5        A     If we only knew.

6        Q     Huh?

7        A     If we only knew.

8        Q     If we only knew?  Do you think

9   you'll win?

10        A     I think I will.

11              MS. GREEN:  Okay.  All right.  I

12   don't think I have any other questions for you

13   today.

14              I'm going to hold it open.  I don't

15   anticipate us coming back, but we'll have to

16   talk to the team about documents, and we'll see

17   if they want to pursue it with the court, so --

18              THE WITNESS:  Okay.

19              MS. GREEN:  -- that's it.  We're

20   done.

21              MR. KHOURY:  All right.

22              THE VIDEOGRAPHER:  Going off video

23   record at 4:21 p.m.

24              THE COURT REPORTER:  And you're

25   reserving signature?

**147**

Electronically signed by Joel Moyer (501-161-376-4513)                                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

R. Dale Rutledge        Georgia State Conference of the NAACP, et al vs Kemp        February 7, 2018

1              MR. KHOURY:  Yes.

2        (Proceedings adjourned, 4:21 p.m.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Donovan Reporting, PC                                    770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

1    I, R. DALE RUTLEDGE, Deponent,

2    do hereby certify that I have read the

3    foregoing deposition, and the same is a true

4    and accurate transcript of my testimony, except

5    for the changes listed below, if any.

6    PAGE/LINE/CHANGE                          REASON

7    _____

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____
     If additional space is needed, please attach
20   separate sheet(s) and indicate number of
     additional page(s) here:_____

21

22   _____
     R. DALE RUTLEDGE, Deponent
23   This _____ day of _____, 20_____.

24   Donovan Reporting, PC FAX: 770-428-5801
     237 Roswell Street Marietta, GA  30060
25   Date of Deposition: 2-7-2018 CR: JM

**149**

Electronically signed by Joel Moyer (501-161-376-4513)                              6815fa2e-1514-4867-98cb-9e1d11b4d2bc

R. Dale Rutledge        Georgia State Conference of the NAACP, et al vs Kemp        February 7, 2018

1              CERTIFICATE OF COURT REPORTER

2      STATE OF GEORGIA

3      COUNTY OF COBB

4           I hereby certify that the foregoing

5      deposition was reported as stated in the

6      caption, and the questions and answers thereto

7      were reduced to writing by me;

8           That the witness's right to read and

9      sign the deposition was reserved;

10          That the foregoing pages 1 through 151

11     represent a true, correct, and complete

12     transcript of the evidence given on the

13     above-referenced date by the witness, R. DALE

14     RUTLEDGE, who was first duly sworn by me;

15          That I am not of kin or counsel to any

16     of the attorneys or parties in this case.

17          I do hereby disclose pursuant to

18     Article 10.B. of the Rules and Regulations of

19     the Board of Court Reporting of the Judicial

20     Council of Georgia that I am a Georgia

21     Certified Court Reporter; that I am an employee

22     of Donovan Reporting PC; that Donovan

23     Reporting PC was contacted by the attorney

24     taking the deposition to provide court

25     reporting services for this deposition; that I

**150**

Donovan Reporting, PC                              770.499.7499

```
 1    am not taking this deposition under any

 2    contract that is prohibited by OCGA 15-14-37(a)

 3    and (b) or Article 7.C. of the Rules and

 4    Regulations of the Board; and I am not

 5    disqualified for a relationship of interest

 6    under OCGA 9-11-28(c).

 7          There is no contract to provide

 8    reporting services between myself or any person

 9    with whom I have a principal and agency

10    relationship nor any attorney at law in this

11    action, party to this action, party having a

12    financial interest in this action, or agent for

13    an attorney at law in this action, party to

14    this action, or party having a financial

15    interest in this action.  Any and all financial

16    arrangements beyond my usual and customary

17    rates have been disclosed and offered to all

18    parties.

19          This 14th day of February 2018.

20

21          _____

22          JOEL A. MOYER, CCR 2745
            Certified Court Reporter

23

24

25
```

**151**

Electronically signed by Joel Moyer (501-161-376-4513)                    6815fa2e-1514-4867-98cb-9e1d11b4d2bc

**A**

**ability** 7:25
**able** 8:4 77:10 136:23
**above-referenced**
  150:13
**absent** 133:24
**absolute** 117:20,24
**Absolutely** 101:14
**account** 26:8,12,17
  26:19 27:16 49:9
  49:13
**accounts** 26:23 27:1
**accuracy** 59:2
**accurate** 149:4
**accurately** 8:5
**action** 37:15 151:11
  151:11,12,13,14,15
**active** 38:7,11 45:25
**activity** 96:10
**add** 50:22
**added** 116:23
**adding** 116:15 139:3
**additional** 80:23
  149:19,20
**address** 6:10 26:3
  27:11 127:17,21
**addresses** 27:21
**adequately** 134:22
**adjacent** 74:25
  108:23 109:22
**adjourned** 148:2
**adjust** 75:1
**administrative** 16:2
**advantage** 63:12
**affiliation** 47:5 93:24
  105:2
**affirmative** 6:25 16:7
  25:10 26:18 28:16
  32:20 39:2 40:15
  45:16 53:10 55:23
  57:14 58:14 61:16
  61:23 63:5 67:8,13
  68:20 72:13 77:6
  91:16 95:18 103:6
  108:25 109:5,24
  125:4 129:9 131:22
  132:8 141:5 144:20
**affirmatively** 23:4
  81:18 111:9
**African-American**
  37:4 50:16 51:4,8

51:18 52:7 114:17
  143:13,19,22
**African-Americans**
  54:9
**age** 47:9 75:19
  124:21 125:24
  126:13
**agency** 151:9
**agent** 151:12
**ages** 74:3
**agree** 43:12,13 47:17
  48:21 50:11,16
  51:4,7 52:13 56:3
  57:20 62:18 63:5
  63:11 64:1,12,16
  68:12,13 84:10
  95:3 101:8 108:12
  108:16 111:20
  113:8,10 118:5,8,12
  119:10,21 120:17
  120:21 121:11
  129:20 130:12
  135:15 142:8,14
  144:24 145:4,7
**agreed** 93:1 99:19
  142:22
**Ah** 52:23
**ahead** 32:10 60:17
  62:10 87:11
**Alex** 2:13 25:12
  60:12 62:4 72:8
  78:10 111:6
**Allen** 2:14
**allowed** 21:22
**allows** 13:3,5
**Amendment** 40:22
**American** 146:1
**ANDERSON** 1:7
**ANDREA** 1:7
**Andy** 4:8 13:11 16:22
  17:11,12 70:15
  73:11 111:8
**and/or** 104:18
**Angeles** 2:5
**Anne** 127:16,25
  128:2
**announcement** 83:15
  83:19
**announcements**
  134:6
**answer** 8:4 9:3,4,7,20
  9:24 10:11 12:19

12:20 19:18 20:3
  20:16,25 21:14
  31:3 47:2 56:8
  59:21 101:3
**answered** 30:22
  77:16,18
**answers** 9:4 59:21
  61:4 131:8 150:6
**anticipate** 147:15
**anymore** 18:13
**anytime** 35:7
**anyway** 67:17
**APPEARANCES** 2:1
**Appears** 127:3
**apply** 25:4,7 37:15
  143:2
**appointment** 86:17
  87:16
**April** 39:7,8,9
**area** 94:18 137:5
**areas** 42:21 88:20
**Ariel** 1:14 2:3 5:12
**arrangements** 151:16
**arrested** 10:22
**ARREYMBI** 1:7
**Article** 5:5 150:18
  151:3
**articulate** 42:19
**Asian** 55:2,10 145:25
**Asians** 139:4
**asked** 41:10 43:7
  53:17,21 55:14,17
  61:5 74:11 76:5
  77:21 78:16 98:12
  98:20 112:13,16
  132:6,14 146:14
**Askew** 65:2
**asking** 14:9 21:19
  22:5 34:11 48:12
  49:1 50:22 78:11
  78:12 112:23
  122:24 128:8
**assessing** 112:21
**assessment** 43:12
**assign** 26:2
**assistant** 15:25 16:3
**assume** 9:18 142:15
  143:1
**assuming** 63:10 64:8
  143:10
**assumption** 145:12
**Atlanta** 1:2,18 2:10

2:15
**attach** 122:20,21,21
  149:19
**attached** 3:18 4:4,11
  4:20 32:8 123:1,6,8
**attachment** 123:10
  123:16 145:24
**attachments** 4:2
  145:17
**attend** 43:15 85:3
**attended** 65:25
**attorney** 10:8 13:20
  15:4,21 19:8 29:12
  30:10 59:22 97:10
  100:24 131:7
  150:23 151:10,13
**attorneys** 150:16
**AUDRA** 1:6
**aunt** 65:8,9,11 67:7
  133:20
**AUSTIN** 1:6
**available** 50:18 51:6
**Avenue** 2:5
**average** 118:3
**aware** 11:1,6 16:10
  22:24 25:21 40:6
  44:18 52:6 56:18
  56:21 59:17 70:8
  105:4
**awl@sbllaw.net** 4:13
  127:18

**B**

**b** 38:5 151:3
**back** 11:3 30:7 31:8
  31:24 32:5 59:14
  60:24 64:23 68:7
  85:23 99:2 109:13
  113:24 115:8
  124:15 125:17
  128:21 131:2
  139:20,25 140:19
  142:3,13 145:16
  147:15
**background** 35:22
**bad** 95:22
**balance** 71:11,19,20
  74:23
**balanced** 41:24 58:3
**balancing** 71:2
**Balch** 1:17 2:13
**bar** 23:17 24:6,7,11

**BARCLAY** 2:8
**base** 71:25 73:15,20
  75:4 133:17
**based** 14:1 19:23
  40:19 127:17
  139:11 142:7
**Bates** 27:8 53:14
  58:25 79:20 111:4
  120:14 123:20
  127:13 131:13
  135:4 137:13,18
  144:7
**beginning** 1:19 5:8
  59:16 131:4
**believe** 12:2 13:25
  36:19 37:3 46:15
  47:11,18,22 48:3,7
  48:12 49:1,4,5
  50:22,23 51:10,19
  53:25 54:21 55:5
  55:10 58:10,24
  62:5 63:15 64:18
  91:19 96:9 100:6
  112:19 113:7,11
  130:1,5 133:19
  134:13 143:11,25
**believes** 47:3
**belonged** 127:25
**Ben** 4:17 137:15,20
**beneficiaries** 121:18
**benefit** 122:4,7
**Berney** 50:5
**best** 7:21 12:1
**better** 38:19,19,21
**beyond** 151:16
**big** 58:15,16 88:10
  89:1,2,8 122:3,5,7
  144:17
**bigger** 89:11,12
**biggest** 121:17
**bill** 12:10 15:19,20
  29:3 53:16 55:13
  56:9,20 57:8,11
  58:11 92:21 101:17
  111:13 121:13,18
  128:16 132:18
  135:17,23 136:6,10
  136:14 137:1 141:6
  141:20 142:9
**bills** 28:21 29:20
  38:17 100:15
**binders** 59:7

**Bingham** 1:17 2:13
**bio** 66:13
**biographies** 4:5 32:8
**black** 47:18,22 48:3,7
  48:16,21 55:15,25
  56:10,19 57:5
  63:13,16 76:1 95:9
  97:23 104:11,15
  111:22 112:1,6
  113:3,13 124:13
  125:10 126:5,11,21
  127:5 129:2,11,21
  130:6,13 139:8,13
  140:1,5 141:4,9,17
  142:4,11,16 143:2
  144:25 145:8,25
**blacks** 139:3
**blamed** 134:24
**blank** 83:7 124:18
**blocks** 94:6
**blog** 45:19,20,21
**Board** 5:6 150:19
  151:4
**boost** 121:10
**born** 46:12
**bottom** 73:8,9 128:4
  140:23
**bought** 94:10
**Boulevard** 2:14
**box** 32:22
**Brand** 4:19 144:9,14
**break** 10:3,7 59:20
  61:6 130:22
**breakdown** 53:23
  55:17 112:20
**Brian** 1:10 13:11
  16:22 17:9 23:12
  70:14,20 71:24
  73:10
**bring** 10:12 19:5
**broader** 81:3
**Brockington** 2:8
**brother** 66:3
**buck** 100:11
**Burns** 81:17
**business** 40:23
**buy** 136:23

**C**

**C** 1:14 2:3
**CA** 2:5
**calendar** 22:14 28:1

28:2
**campaign** 39:11,13
  39:19 40:7,16,17
  41:8 44:20,24,25
**campaigning** 38:25
  39:4 40:11
**cancer** 33:6
**candidate** 50:18 51:6
**candidates** 48:8,23
**canvas** 45:4,5,10
**cap** 104:2
**capacity** 1:10
**caption** 150:6
**captured** 67:7
**carries** 96:1
**case** 1:9 5:14 8:16
  19:14,24 53:13
  122:10 135:5
  150:16
**cases** 54:7
**caucus** 78:25 81:1,2,4
  82:7 138:12
**Caulder** 137:25,25
  138:2
**caulderchilds1@g...**
  137:24
**CCR** 151:21
**CELESTE** 1:4
**cell** 28:9
**census** 68:25
**certain** 97:19 138:21
**Certificate** 3:10
  150:1
**Certified** 1:16 150:21
  151:22
**certify** 149:2 150:4
**chain** 62:13 72:9
  120:18 131:19
  132:3 137:15 144:8
**chair** 82:24 83:7
  110:22
**chairman** 15:12 82:8
  82:15,18
**challenge** 67:14
**challenged** 65:1,11
  80:7 133:24
**challenger** 56:14
  57:12 58:8 63:16
  67:19 117:17 120:5
  133:15,20 134:2,2
**chamber** 15:8 85:8
  85:17

**chances** 51:10,20
  58:11,13 70:24
  112:21 116:16
  130:8
**Chandler** 80:22
  121:9,17 128:6,14
**Chandler's** 57:17
**change** 22:19 32:19
  32:21,23 58:17
  70:21 74:13,19,20
  74:22,22 84:9
  88:19 90:10,13,17
  97:3 103:21 114:23
  116:25 117:3
  121:25 122:13,16
  130:1,22
**changed** 97:19,23
  114:14,18 117:2
  119:22 134:16
**changes** 42:24,25
  58:10 74:9,10,11
  84:4,5,7,10 89:19
  90:23 91:1,13
  92:12 97:5 99:14
  99:25 101:16
  102:10 106:3
  110:12 114:9 122:3
  122:5,7 128:6,13
  133:11,21 134:11
  134:22 135:22
  136:1,6,10,14,17
  137:1,7 142:8,14
  143:11 149:5
**changing** 32:11 42:22
  64:3 72:18,18
  89:19 103:4
**characteristics** 46:14
**Charles** 39:20,22
  44:24,25 46:2,8
  49:10
**check** 97:18
**children** 7:15
**Childs** 137:25
**Chris** 4:10 120:18
**clarification** 52:24
**clarify** 9:14,17 17:8
**clarifying** 106:20
**classes** 33:3
**clear** 54:18 79:12
**Clinton** 50:4
**CLOB** 85:24
**close** 51:9

**closer** 147:1
**COBB** 150:3
**coffee** 52:2
**coincidence** 61:22
**COLEY** 1:4
**colleagues** 13:9
**color** 107:8,16
**column** 124:6,12
**come** 70:2,7
**coming** 16:19,24
  17:21 29:8 79:2
  101:21 102:13
  147:15
**comment** 56:5
  134:10
**commission** 96:14
**committee** 15:13
  23:7,14 92:6
**committees** 38:17,18
**communicated**
  134:17
**communication**
  83:22
**communications**
  12:20 138:16
**communities** 69:24
  90:12 136:15
**company** 46:3
**compare** 61:13
  125:23 126:18
  142:23
**compared** 38:13
  142:7
**Comparing** 41:14
**competitive** 57:24
  58:7 113:9,15
**Complaint** 19:16
**complete** 150:11
**compliance** 100:13
  102:6
**complied** 89:21 99:21
**complies** 118:24
**comply** 100:8,16
**complying** 100:3
**composite** 88:23
**computer** 22:25
  23:16 24:1,19,23
  25:2
**concentrate** 38:16
**concern** 69:6,9,15,19
  69:23 133:16
  135:22,25 136:5,9

136:13
**concerned** 89:25 90:4
  90:7,11,15 133:11
  133:14
**concerns** 96:5
**conducted** 30:18
**Conference** 1:3 2:2
**Confident** 116:20
**confidential** 44:3,7
**confines** 14:24
**confirm** 72:25 115:23
  122:24
**Congressional** 41:6
**consent** 84:7
**consequences** 96:1
**conservative** 40:19
**consider** 19:24 20:5
  20:11,20 22:10,14
  22:18,23 38:6
  42:12 83:17,23
**considered** 107:4
**considering** 118:15
**consistent** 101:11,17
**constituents** 36:12,14
  36:16 134:21
**constitution** 37:12
  99:21 100:4,9,14,17
  101:9,11,18 102:7
**constitutional** 97:9
  101:23
**contact** 61:17 132:18
**contacted** 150:23
**contained** 1:22 69:10
  136:1
**contemporaneously**
  15:18
**content** 20:8
**context** 14:10
**Continued** 3:25
**contract** 151:2,7
**contribute** 113:13
**control** 44:15
**conventions** 43:15,25
**conversation** 8:25
  9:8 14:19,21,22
  44:5 70:14 93:9
  98:15,24,25
**conversations** 13:23
  14:1,10,17 44:3
  73:10,13
**convicted** 10:24
**copies** 72:7

copy 80:3 131:16
coral 107:7 115:9
core 33:3
CORETTA 1:7
corner 123:24
correct 15:1 17:10
  26:7,15 30:12
  33:12,13,16,19 36:5
  37:10,13,14,17,22
  37:23 56:14,17
  59:19 63:10 68:25
  69:1 73:23 80:16
  87:2 101:2 103:1
  103:14,19 107:14
  107:15,20 109:7,15
  112:9 113:1,2,6
  114:8 115:12,24
  116:2,8,11 117:8,11
  117:23 123:14,15
  124:20 125:11,16
  126:7,8,12,15,17
  127:7,8 138:24
  139:15,17 140:14
  141:19,25 142:6
  150:11
corrected 69:13 90:2
correctly 49:22 94:14
  102:3 125:2,7
  127:2
correlation 145:7
cost 133:12,12,13
Council 150:20
counsel 2:1 5:4 15:4
  15:10 53:3 61:5
  92:20 93:2 98:11
  99:5 100:7 101:22
  118:25 150:15
counties 64:5 69:21
  136:11
counting 54:16
county 3:14,15,21
  6:24 7:3,4 24:13
  36:2 41:14 64:14
  68:13,14 71:13
  82:25 114:6 144:19
  145:1,4,9 150:3
couple 10:20 72:7
  88:2
course 46:20
court 1:1,16 5:6,16
  8:24 147:17,24
  150:1,19,21,24

151:22
CR 149:25
create 24:1
credibility 10:21
criteria 23:6,9 98:7
criterias 24:14
CUNNINGHAM 1:6
current 6:11 7:8
currently 52:8,14
curve 119:8
customary 151:16
cycle 62:20

D
dad's 66:2
Dale 1:13 3:7,20 4:5
  4:7,15 6:1,8 149:1
  149:22 150:13
dale.rutledge@hou...
  26:5
Dale@expolinkcar...
  26:20
Dan 3:23 4:1,3,8,10
  4:13,17,19 17:17
  41:10 43:11,18
  44:2,8,13 53:7
  62:14 72:10 86:12
  87:21 91:21 105:18
  106:24 111:7 120:7
  120:18 127:16
  133:2,4,8 137:15
  144:9
dark 115:14
darker 107:21
DARRYL 1:6
dashes 95:2 119:6
data 44:21 123:12
  145:20
date 5:9 11:5 15:16
  53:20 70:19 149:25
  150:13
dated 53:9 62:17
  72:10 87:6 111:8
dates 61:12 111:14
daughters 7:16
David 2:17 13:12
day 61:15 76:18
  149:23 151:19
days 37:22 64:5
  111:13
deals 41:22
debate 38:15

December 77:14,23
decide 39:11 94:3
deciding 102:13
decrease 116:16
decreased 58:11,13
  126:21 140:6
decreasing 130:6
defeat 103:4
defeated 110:18
Defendant 1:11 2:7
define 21:2
definition 95:16,17
delegation 13:13
  70:15
Deleted 23:18
Democrat 44:11 47:6
  54:16 55:19 57:2
  67:24 74:14 76:2
  120:3 144:2
Democratic 40:13
  48:22 49:8 50:18
  51:6 54:22 57:12
  63:16 67:19 110:12
  116:23 120:5
  133:20 134:2
  136:22 145:5,10
Democrats 36:25
  43:3 50:4,5,11
  53:23 55:6,11 56:2
  62:20 63:3 71:1,5
  71:23 95:8 103:10
  103:15 104:1,3
  105:6 110:14
  130:11,13 143:16
  143:24
demographic 39:10
  74:16 75:9,10 76:5
demographics 20:6
  52:11 74:2 93:22
  108:20 116:12
  117:13 119:16
Department 69:4
depend 122:9
depends 9:20 20:8
  38:23 40:8
Deponent 149:1,22
deposed 8:7,13 16:25
deposition 1:13 10:16
  11:14,15 18:23
  19:2,10,14 60:3
  77:22 149:3,25
  150:5,9,24,25 151:1

describe 50:6,14,15
describing 49:25
descriptions 136:2
descriptor 76:4
designing 44:20
desire 22:19
detail 19:7 73:24
determine 20:10
  35:16 47:12
determines 47:6,12
determining 34:23
develop 86:20
developed 87:1
developing 41:7
deviations 90:1
dialogue 79:18
difference 58:16
  140:15
different 23:6 24:14
  79:1 88:3,5,6,13
  102:12,12 107:1
dilution 35:20
direct 108:9
directly 109:4,22
disagree 60:16
disclose 150:17
disclosed 151:17
disclosure 5:4
discuss 17:6,22 53:5
  59:20 61:4 75:21
  75:25 79:1 80:5
  102:21
discussed 20:12,21
  22:12 73:20 79:10
  79:15 80:5,25
  97:14
discussing 22:19 80:6
  85:8 97:8 104:12
  104:14,21
discussion 80:19
discussions 30:5 32:3
  68:5 81:14 84:12
  97:7 103:22
disqualified 151:5
district 1:1,1 7:5,9
  20:6 22:19,20 33:9
  33:10,12 34:23
  36:1,18,20 37:5,7
  37:16 41:13 46:10
  46:12 50:7,12,17
  51:5,9,18 52:11,13
  53:19 54:2,10 55:1

55:15,25 56:11,19
  57:6,18,23 63:17
  68:15,16 70:5,9,21
  71:9,15 72:1,18
  73:16,22 74:17,18
  74:18,19,22,25 75:5
  75:11,12,18,23 76:1
  84:6 91:2 97:24
  102:22,25 103:11
  103:13,16,17 104:2
  104:3,9,16,16,17,18
  104:19,22,23,24
  107:7,10,14,19,23
  107:24 109:4,10,14
  110:16 112:1,3,7
  113:1,4 114:17,20
  115:9,16 116:6
  117:1,4,10,21 118:1
  119:2 124:7,9,16
  125:1,25 126:5,9,16
  126:21 127:4,6
  128:7,15 129:3,8,22
  130:7 132:15
  133:11 134:11
  135:10 136:18
  137:3 138:24 139:2
  139:8 140:5 141:17
  142:4,16 143:12
  145:19 146:6,8
districts 3:14,16
  41:15,23 50:1
  62:22 63:12 68:24
  71:2,11 73:11 84:9
  84:14 104:4 107:1
  111:23 114:6
  121:11,12 136:3
  138:21
district's 49:7
divided 95:2
DIVISION 1:2
document 19:25 27:5
  32:14 52:21 61:24
  64:9 68:9 72:2 87:3
  87:18 111:1,3
  113:1,5 114:1
  120:9,13 125:18
  126:3,20 127:9,11
  129:19 131:10
  135:1,16 137:10,12
  141:10,12,13 144:4
documents 10:12
  19:1,3,8 21:4,6,7,9

R. Dale Rutledge     Georgia State Conference of the NAACP, et al vs Kemp     February 7, 2018

Page 155

21:25 22:22 23:3
24:1,15,17 25:4,9
30:11 122:21 123:1
123:8 146:18
147:16
**doing** 45:25 96:6
101:5 134:25
**Donovan** 149:24
150:22,22
**doors** 45:6
**doubt** 59:1 63:8
101:24 112:10
124:22 128:1,18
135:12
**drafted** 92:21
**draw** 34:23 96:14,18
**drawing** 83:7
**drawn** 35:8 68:25
**drutledge@jphalle...**
26:21
**duly** 6:2 150:14
**duty** 36:19 37:3
101:10
**D-A-L-E** 6:9

— E —

**E** 121:5
**earlier** 78:21
**East** 6:12
**eat** 18:5
**educate** 101:6
**effect** 71:14
**efforts** 82:23
**either** 55:12 84:5
96:12 104:10 107:5
**elaborate** 42:17
**elected** 33:11,15 42:8
42:10 62:21 63:3
**election** 3:22 62:20
64:12 66:13 67:4
70:3 72:22 79:8
80:6,8,24 108:9
109:15 117:17
122:11,17 130:3
135:7 146:25
**elections** 113:8,14
120:7
**eliminate** 146:18
**email** 3:19,19,23 4:1
4:3,3,6,6,8,10,10,13
4:14,14,16,16,18,18
20:5,9 22:2,18 26:3

26:11,16,17,19
27:10,16,20 53:7
55:23 56:7 57:7
62:13,18 64:1 72:9
73:4,9 74:1 76:20
76:21 77:9,14,23
78:2 79:13,22 88:7
88:11 111:7,18
120:17 121:7
122:21,22 123:2,5,7
127:15,17,20 128:4
128:12 131:19
132:11 135:7
137:14,23 139:11
140:4 144:8 145:17
**emailed** 25:12 31:8
**emails** 19:4 27:11
31:9,18 76:13
**employee** 150:21
**encompass** 88:21
**ends** 53:8 120:19
131:20 137:16
144:10
**ensued** 30:6 32:4
68:6
**entirety** 118:15
**entry** 22:14
**Errata** 3:9
**errors** 69:11 136:2
**ethnic** 69:16 136:7
**evenly** 49:8
**events** 8:1 78:25
**eventually** 94:10
**everybody** 9:10
**evidence** 150:12
**exact** 11:5 89:14
**exactly** 70:12 75:11
**Examination** 3:6,8
6:4
**examined** 6:2
**example** 9:21 25:19
93:18
**excuse** 85:19 116:4
127:15
**exercise** 110:19
**exhibit** 3:12 27:6,8
32:8,13,15,17 52:22
52:25 53:1,11 61:9
61:13,14,25 62:1,4
64:10,11 66:18
68:10,12 69:10
72:3,5,6,25 79:24

80:17 87:4,5 90:20
108:4,8 109:8
111:2,4 114:2,4,5
115:19 120:10
125:19,22,23 126:4
126:19 127:5,10,12
128:22 129:3,23
131:11,12,13 135:2
135:3 137:11,13
139:20,24 140:11
140:19,24 141:1,16
141:21 142:13
143:3 144:5,7
**exhibits** 1:22 3:13
146:10
**experience** 8:21 18:4
18:10 44:13
**expert** 19:21 42:13
42:14
**extra** 72:7 127:13
131:15 146:20

— F —

**fact** 13:1 145:9
**factor** 34:22
**facts** 50:20,21,24,25
**fair** 96:23
**familiar** 46:10 82:16
**family** 8:10 66:5
67:21
**far** 35:5 39:16 42:22
54:14 64:23 79:4
100:12,13
**fared** 108:12
**Farm** 33:5
**father** 33:5
**FAX** 149:24
**February** 1:19 5:1,9
53:8,9 87:6 151:19
**federal** 69:7 81:6,12
89:21 100:9,17
101:12,20 102:7
135:23
**feel** 14:15 37:20
116:21
**fellow** 16:13 17:1
43:10
**felt** 14:23
**female** 74:3 75:19,23
**figure** 75:11 86:8
**file** 3:2,3,4,5 5:8
23:18 59:16 131:4

**files** 23:1,18,23
**final** 102:13
**financial** 151:12,14
151:15
**find** 11:17,17 12:4
59:9 62:4
**fine** 12:22 60:7
**fingers** 106:21
**finish** 10:5
**first** 6:2 11:1 33:6,11
33:14,17 39:9
41:25 42:2,10 45:7
49:20 58:19 63:25
64:1 70:3 103:23
113:7 115:8 120:23
121:7,8,11 123:10
124:4,25 127:17
132:11 137:19
142:8 145:16,16,24
150:14
**five** 106:18,19 126:22
140:16 142:11,24
**Flat** 109:14,19,20,21
110:5,6,6 118:16,20
119:2,5,17
**Flat's** 110:3
**flavor** 49:25
**Flippen** 109:14,20,21
110:6,7 117:4
118:8
**Floor** 2:4
**folders** 23:19,19,23
**folks** 23:13 79:9 80:7
**following** 99:17
**follows** 6:3
**forefront** 40:10
**foregoing** 149:3
150:4,10
**forgot** 32:17 146:24
**form** 20:1,14,23
21:12 28:2,3,5
30:20 31:1,22 49:2
51:12 59:24 60:5
73:18 76:23 77:15
78:4 83:22 123:3
126:24 130:14
142:18 143:7,23
**forma** 10:20
**format** 77:11
**forth** 31:8
**forward** 98:10 99:4
**found** 11:19 62:7

63:2 70:13
**four** 26:22 118:7
**fourth** 66:14,21,23
108:7 115:23
**frame** 9:21
**freight** 38:3,5 100:21
100:23
**full** 6:6 138:3
**fully** 8:5
**fun** 49:25 67:9
**functions** 66:6
**funny** 66:11
**future** 77:22

— G —

**GA** 2:10,15 149:24
**gained** 93:7
**gaining** 136:22
**GA000077** 135:4
**GA000077-78** 3:23
**GA000102** 131:14
**GA000102-105** 4:15
**GA000105** 131:17
**GA000112** 27:8
**GA000112-113** 3:20
**GA000113** 27:9
**GA2-000128** 137:14
**GA2-000128-129**
4:17
**GA2-000682** 120:14
**GA2-000682-692**
4:12
**GA2-000691** 123:20
140:1
**GA2-00116** 80:15
**GA2-001168-1172**
4:4
**GA2-001201** 144:8
**GA2-001201-1203**
4:19
**GA2-001571** 4:13
127:14 129:14
**GA2-001586** 4:9
111:5
**GA2-001601** 4:1
53:15
**GA2-001602** 58:25
**GA2-001604** 53:15
**GA2-004682** 4:7 72:6
**general** 3:21 14:20
73:14 80:8 93:8,13
98:23

**generally** 10:10 55:24 95:22 122:6
**Georgia** 1:1,3,11,18 2:2 6:13 7:2 26:9 32:24 37:21 44:14 52:8 100:16 150:2 150:20,20
**gerrymandering** 34:21,21 35:1,8,12
**getting** 58:8 129:6 146:17
**Gina** 3:20,23 4:7,15 17:14 23:12 43:21 72:10 76:8 86:12 87:21 91:21 105:18 120:8 131:20 132:24,25 133:2,4,7
**GIS** 35:23
**give** 7:21 8:15 9:3 32:8 53:2 62:1 111:6
**given** 8:15 25:3,6 34:12 49:13 61:9 92:19 108:3 128:19 129:1,14 150:12
**giving** 93:17
**go** 8:21 9:5 18:6 30:1 31:24 32:10 52:1 59:8 60:17,18 62:10 73:24 87:11 90:20,21 95:20 98:18 99:5,6 103:16 109:13 113:17 114:15,25 115:8 125:17 128:21 139:20,25 140:18 141:15,23 142:3 145:16
**goal** 73:15 75:4
**goes** 87:14
**going** 5:15,16 9:17 11:11,12 12:18 18:22 21:20 30:3 32:1 39:18 52:1 59:10 60:20 61:1,8 62:8,24 67:11,18 68:2,3 79:2 80:7,23 83:23 84:9,14 99:4 111:4 113:20 124:15 130:18,21 130:23 142:13 147:14,22

**good** 67:25 70:4 95:21
**GOP** 78:21 82:15,18 82:25 121:10
**Gosh** 70:18 85:18 86:11
**Gotcha** 6:23
**government** 33:15,18 40:24
**Grand** 2:5
**grandfather** 46:11
**green** 1:14 2:3 3:8 5:11,12,18,20 6:5 21:20 30:1 31:24 32:16 51:25 52:5 59:5 60:1,7,11,14 60:17 62:7 68:1 78:9,14 107:16 113:17 115:13 130:18,21 147:11 147:19
**Greene** 7:3,4
**Greene's** 57:19
**ground** 8:22
**group** 69:17 136:7
**groups** 43:2
**growth** 64:4 142:15 142:23 143:2
**guess** 11:9 12:4 14:9 18:12 20:9,10 34:22 35:15 38:15 43:6 47:2 48:10,13 64:24 74:8 91:23 95:5 96:17 100:18 103:19 118:2 122:9 135:20 145:11
**guide** 40:17
**guidelines** 13:3,4 14:15 15:5 98:10 98:18 99:6
**guides** 40:7
**guy** 41:19 42:16 44:24 56:6 100:21 100:23
**guys** 45:1 81:23 89:18 92:18 93:4 97:12,16 98:16 99:14 102:2
**Gwinnett** 64:2 82:16
**Gwinnett-2012** 145:20

**H**
**half** 142:2
**hammered** 73:14
**hampered** 51:11
**hand** 10:16
**handful** 106:12,14,16 106:18
**handle** 39:13
**happen** 11:11,12,20 11:24 94:7
**happens** 100:20
**happy** 136:17,20
**hard** 7:18 117:16
**Harvill-Childs** 138:2
**Hatchett** 81:17
**hate** 63:19,21 96:16 134:23
**HD** 123:12
**head** 23:4 44:10 52:12 81:18 84:24 86:19 87:10 92:7 107:25 111:9 127:22 134:4 146:16
**hear** 33:7 84:11
**heard** 11:20,22 12:9 12:12 67:18,20 80:21
**hearing** 67:17
**heavily** 54:22 55:6 118:8,9,12 119:21 119:23,25
**help** 39:11 87:14,17 101:15 122:14,16
**helped** 16:8 44:13,17 121:21,24 122:2
**helpful** 21:1 92:18
**helps** 47:12
**HENDRIX** 2:8
**Henry** 3:14,15 6:23 24:13 36:2 41:14 64:3,13 68:13,14,15 82:18,25 114:6 144:19,25 145:4
**hey** 29:2,7 96:3
**Hickory** 109:14,19 109:20,21 110:3,5,5 110:6 118:16,19 119:1,5,17
**higher** 113:12
**highest** 113:3

**highly** 113:9,14
**Highway** 93:11,15
**hilarious** 65:13
**Hispanic** 145:25
**Hispanics** 139:4
**hold** 63:11 147:14
**holding** 79:21 82:5
**home** 25:1
**Honorable** 3:17
**hope** 46:17,22 97:12
**house** 12:10 26:2,9 27:3 36:1,10 37:21 37:25 38:7,14 41:23 52:8 53:16 55:13 56:9,20 57:8 57:11 58:11 62:20 78:22 81:2,7,8 83:16,22 85:8,17 94:10 100:16 101:16 107:10 111:13,23 121:12 121:18 123:11,11 123:17 126:21 128:15 129:22 132:18 135:10,17 135:22 136:6,10,14 136:23 137:1,8 138:15,24 139:1,8 140:5 141:6,17,20 142:4,9,16 143:12 145:19
**House-amdsub-2015** 123:24
**house.ga.gov** 26:6
**huh** 67:25 147:6
**hurt** 121:23
**Hutcherson** 16:5,6

**I**
**idea** 47:1 57:22 63:24 69:5 70:4 102:16 138:4 142:21 147:3
**ideas** 93:13
**identified** 27:5 32:14 52:21 61:24 64:9 68:9 72:2 87:3 111:1 114:1 120:9 127:9 131:10 135:1 137:10 144:4
**immigration** 41:1,3
**impact** 51:20
**impair** 7:24

**important** 5:20 9:1,6
**impression** 133:3
**inaccurate** 32:9
**include** 81:5,17
**included** 75:16
**includes** 12:20 80:18 135:7
**including** 14:6
**increase** 51:9 70:24 71:25 73:15 75:4 145:8
**increased** 51:19 56:19,22 57:6 110:15 125:25 130:1,8 139:2,9,14 140:12 142:11
**increases** 130:8
**Increasing** 73:21
**independent** 96:13 96:21
**Index** 3:1,2,6,12 4:21
**Indian** 55:2
**indicate** 149:20
**individual** 35:16 122:10
**influence** 7:23
**information** 39:10,18 39:25 40:3,6,17 41:11 43:4,8 53:18 74:16 75:9,10 76:6 76:9 105:1 106:3 111:21 112:14,17 128:5,13 138:19,23
**informed** 134:22
**inherently** 96:10
**inquiry** 60:3
**inside** 36:17
**instruct** 12:19
**instructed** 84:3
**instructing** 21:21
**instruction** 118:24
**intend** 10:15 33:20
**interest** 69:25 90:12 136:15 151:5,12,15
**interested** 74:15 89:19 134:14
**Interesting** 65:22
**interim** 142:1
**interpret** 34:24
**interpretation** 60:16
**invite** 133:14
**involved** 22:1 31:7

34:7 81:13 84:10
90:23 91:1,12 92:3
**Isakson** 50:3
**ish** 107:13
**issue** 8:19 10:1 33:24
34:9 61:21
**issues** 40:9,20
**Ivan** 2:14

**J**

**JACKSON** 1:7
**JAMIDA** 1:6
**Jan** 4:1,3 53:8 79:13
81:10 82:3
**Jane** 65:2 66:4
**January** 37:9 78:1
**jeopardize** 99:10,15
99:16 100:1
**Jeremy** 4:19 144:9
144:14
**Jimmy** 3:17
**JM** 149:25
**job** 25:1 37:24 38:2
**Joel** 1:15 151:21
**John** 91:19
**Jon** 81:17
**Jones** 4:1,3 49:24
53:8 61:18 62:15
79:13 81:10 82:3
92:17
**Jordan** 4:17 137:15
137:20
**Jr** 2:14
**judges** 100:18
**Judicial** 150:19
**jump** 5:15 62:8
**June** 120:19 140:4
**Justice** 69:4

**K**

**K** 2:13
**Kathy** 7:14 16:5,6
**keep** 7:19 27:25 28:2
29:21,22 44:2,6
69:24 90:12 94:5,5
111:5 136:15
**keeping** 41:24
**Kelleher** 4:10 120:25
121:1
**KEMP** 1:10
**KHOURY** 2:13
12:18 20:1,14,23

21:1,12,15 30:17,20
31:1,22 32:13 49:2
51:12 59:24 60:4,8
60:13,15 62:6
73:18 76:23 77:15
77:18 78:4,7,11,15
123:3 126:24
130:14 131:15
142:18 143:5,7,23
147:21 148:1
**kids** 18:24
**kin** 150:15
**kind** 19:7 38:16
40:16,24 66:5
82:10 87:14 88:20
92:23 106:3 107:7
134:13
**knew** 11:10 31:15
147:5,7,8
**Knight** 13:12 14:7
84:18,19 85:16
91:6,12 103:19
105:16
**Knight's** 104:17
107:18
**Knock** 45:6
**know** 9:21 11:11,19
12:25 13:18,19
20:4 21:23 23:7
24:12 25:13,18,25
28:18 31:5,7,8,14
31:15,17 35:21,21
38:10 39:16 40:9
40:19,22 41:20
42:14,20,21,23 43:6
43:21 44:4,5,18
45:1 47:1 48:14,24
49:22 52:10 53:20
53:21,22,23 55:8,12
56:8,10,13 57:9,21
58:9,23 65:6 66:7
69:2 71:11,21,24,25
74:25 76:11 78:25
79:1,1,2,3,4 80:6
81:24,25 82:11,13
85:22 86:1 88:3,5,6
88:11,17,18,19,21
88:22,23,23 89:5,13
90:20 91:11,25
93:1,11,12 94:4
96:17 97:12,13,13
98:6,7,9,15,16,17

100:24 101:22,22
105:1,5,8,25 106:1
106:2,8,21 107:24
108:19 112:22,22
114:9,14,16,22
116:12 117:12
118:13 119:16,25
120:7,23,24 121:2,3
121:5 123:5 127:5
128:2,3 133:17
134:1,8,24 135:19
137:20,25 138:1,13
144:14
**knowing** 134:15
145:2
**knowledge** 12:2
**known** 105:2
**knows** 16:10 42:19
42:20,24 43:11
64:8
**K-E-L-L-E-H-E-R**
120:19

**L**

**label** 123:20 125:19
135:4 137:19
**labeled** 3:14,15 58:25
**labeling** 127:12
**Lake** 6:12
**Lane** 3:17
**lasted** 87:25
**Latino** 55:3,4,5
**LAURETHA** 1:4
**LAVELLE** 1:3
**law** 13:3,5 14:15,25
38:22 69:7 89:21
89:23 100:9,17
101:12 102:7
135:23 151:10,13
**Lawrenceville** 6:15
6:19 7:7 93:12
137:6
**laws** 38:19 100:19,25
101:10
**lawsuit** 11:15 12:2,15
12:17 13:19,25
**lawsuit's** 12:7
**lawyer** 21:3
**laying** 85:25
**leader** 138:6,17
**leadership** 78:21
81:11,16,25

**led** 73:8 81:10
**left** 123:23
**leg** 98:11 99:5 101:21
**legal** 21:3 90:5
**legislation** 15:10
134:19
**legislative** 14:12,18
15:4,10 92:20 93:2
100:6
**legislators** 14:3,4
16:12,14 17:1
43:10
**LEMON** 1:3
**letter** 3:17 11:7
**letter-size** 89:9
**let's** 21:23 32:7 60:17
61:12 108:6,6
109:13 115:1
123:19 128:21
137:18 139:20,25
139:25 141:15
144:16
**level** 44:22 93:25
105:3
**Lewis** 2:8 128:1,2
**light** 107:16
**likelihood** 47:6 130:1
**limits** 97:4,7,9,9,15
99:22 100:4
**line** 31:16 127:17
**lines** 30:14 34:23
35:7 70:4,9 75:1
92:3 94:17 96:14
97:3 99:9 103:5
**list** 25:3,6,11,23
30:10,25 31:4,12,21
79:9,11
**listed** 123:8 149:5
**litigation** 11:2 13:15
21:11 22:6 33:24
76:22
**little** 66:4 72:21
89:11 110:23
122:13,15
**live** 6:14 36:17 95:20
105:6,7
**lives** 37:6
**LLP** 1:17 2:4,8,13
**logistics** 38:3,3
**long** 31:4 87:24 95:24
**longer** 89:21
**look** 19:21 24:16

31:12 36:6 44:21
48:14 50:21 55:20
58:19 59:7 60:18
61:12 68:2 72:22
77:8,13,21,22 78:13
87:11 93:5 95:1
102:15 108:6,7
109:11,17 115:1
117:15,20,24
123:19 124:25
125:17 132:5
137:18 139:25
144:16 145:23
**looked** 21:4,6 78:8
87:16,22 88:6,24
98:21
**looking** 21:8,9,24,25
45:1 57:1,2 68:11
76:13 88:3 93:4,15
94:17 95:7 102:11
110:8,11 114:3
115:19
**looks** 36:7 61:14
66:14 72:12 95:1,4
108:22 109:8
119:19 124:18
125:23 126:19
142:10
**Los** 2:5
**lose** 88:22
**lost** 79:16,24 80:3
93:7 135:17
**lot** 37:1 54:8 79:3,7
88:19
**loved** 65:24
**low** 113:11
**lower** 40:23 105:2
**lowest** 112:25
**LYNNE** 1:7

**M**

**mail** 11:7
**mailers** 39:16 45:14
45:15
**majority** 52:16,17
82:7 138:5,17
**majority-black** 62:21
**making** 32:19,21
84:1 100:8,15
**male** 74:3 75:19,22
**manager** 39:13,19
**map** 3:14,15 36:3,7

68:2,11,13,24 69:7
69:10,16,20,24
89:21 90:1,4,7,11
90:16 95:1 97:4
99:10,15,20,20
107:6,7 108:22
109:1,17 113:19
114:11 115:1,4
116:1 117:7 118:19
132:14 133:6
**mapping** 35:23 133:4
**maps** 4:11 43:11
86:21 87:1,16,22
88:6,8 91:22 92:1
95:7 96:18 100:8
**Maptitude** 35:23
**March** 111:8 131:25
132:2 134:7 138:20
139:2 141:2,3
**marginal** 121:10,12
**Marietta** 149:24
**mark** 32:10 66:18
111:4 125:18
128:22
**marked** 53:1,2,14
62:5 72:4 137:13
**marking** 72:6 131:13
**MARLON** 1:3
**marriage** 65:6
**married** 7:11 66:3
**match** 64:21 67:3
68:21 124:1 129:2
129:13
**math** 127:1
**Mathiak** 91:18
103:20
**Matt** 81:17
**matter** 8:11
**McDonald** 3:17
**McDonough** 6:12
94:12,13 137:4
**MCKENZIE** 1:6
**mean** 14:20 15:3,6
20:9 21:2 24:25
28:15,17,18,22,23
28:23,24,24 29:18
34:3,10,11,21 35:1
35:12,15,17,20
38:10,10,11,12
39:12,13 40:4
42:17,23 44:4,23,23
44:25 46:17,22

47:16 48:10,11,13
49:5,22 50:19,20,21
50:21,23 52:19
54:5,10 56:5,7,25
57:1,21 58:2,9,22
63:7,9,9,23 64:6,22
64:23 71:10,19,20
71:22 73:7 74:1,7
78:24 79:14 80:2
84:2 88:1,2,10,17
88:20 89:13,17
93:8 96:7,17 97:10
97:11 98:14 100:20
105:21,25 106:8,18
110:3 119:25 120:2
120:2,7 121:2,15,19
121:20,25 122:1,9
122:15 126:19
132:20 133:16
134:24 136:19,20
143:18,21 146:9
**meaning** 17:14 45:5
**means** 35:15,17 96:4
**meant** 102:23 124:21
**media** 45:17 46:3
**medication** 7:24
**meet** 85:20 86:9
**meeting** 20:12,21
22:11,15 29:8 81:4
84:23 85:3,5,9,12
87:20,25 88:2
92:10 94:7 98:5
105:14
**meetings** 28:21 29:15
43:16,25 81:1,2
**meets** 98:7,9,17
**member** 36:10 38:7
**members** 38:13 81:7
81:8
**memorialized** 92:23
**memory** 87:17 90:21
**message** 29:1,7 45:2
47:3
**messages** 28:15 29:10
29:13
**met** 41:25 42:2 85:22
85:23 98:12 99:3,6
99:6 102:21 105:24
**metric** 47:4,8
**microphone** 52:4,5
**middle** 10:5 58:1
**Midtown** 2:9

**Mike** 82:11,12
**mind** 78:18 79:24
109:18 110:22
115:4 118:22
**mine** 49:9 62:25
74:20 75:1 79:16
88:18,18 91:7,7
114:14
**minority** 64:5 69:17
136:7
**missed** 39:21 63:20
**missing** 59:6
**mistakes** 69:11 136:1
**Mobley** 39:20,22,23
**moment** 32:7 53:3
**month** 6:18 77:10
**move** 71:14 98:10
99:4 103:2,10
**moved** 102:24 103:3
103:15 104:1,3
118:17
**moving** 6:16,19 38:4
38:5,18 54:9,25
75:22,25 102:21
104:11,14,21
**Moyer** 1:15 151:21
**Munger** 2:4 5:12
**M-O-B-L-E-Y** 39:24

**N**

**NAACP** 1:3,5 2:2
**name** 5:12 6:7 7:13
16:4 79:19 82:13
120:24 123:24
138:3
**named** 127:16
**names** 23:10,11,15
24:12 88:18
**Native** 145:25
**natural** 9:8
**NE** 2:10
**necessarily** 28:18
54:3,4 102:23
**need** 9:15 10:3 79:7
80:23 90:20 122:3
122:5,7
**needed** 69:11 75:8
78:22 90:2,13,17
149:19
**needing** 79:3
**needs** 45:2
**negative** 96:1

**negatively** 44:10
84:24 86:19 87:10
92:7 127:22 134:4
146:16
**neighboring** 104:4
**never** 12:9 26:1 29:17
66:5 87:18,19
97:14
**new** 99:9 132:14
**newsletters** 134:20
**Newton** 36:2,4
**Nix** 13:12 15:11,15
23:12 83:16 84:4
85:23 86:4,5 92:14
97:17 98:12 99:1
102:2,6
**nodding** 9:7
**Nods** 23:4 81:18
111:9
**nope** 19:22 66:25
79:22 105:13
**normal** 9:8
**north** 109:18
**NORTHERN** 1:1
**notes** 20:11,20 22:10
29:15,19,21 84:23
85:2
**notice** 11:10 76:20
**noting** 78:17
**November** 72:11,21
144:10
**number** 5:9 27:8
51:8,17 53:18 54:2
56:18 59:16 62:2
63:16 79:20 103:3
104:2,7 110:9,14
112:7 124:10,16
125:19 129:13,14
129:20,21 130:6,11
131:4 139:7,13
140:12,23,24 141:4
141:9,17 142:3,10
142:15 146:24
149:20
**numbers** 41:19 42:16
42:20 54:15 55:15
56:6,22 57:5 59:2
64:7 71:21 74:24
97:23 112:11
117:20,25 118:11
120:8 122:12 133:5
133:7 135:15

**NW** 2:14

**O**

**oath** 37:12,15,19
59:18 131:5,6
**object** 10:8,9 12:19
20:1,14,23 21:12,21
30:17,20 31:1,22
49:2 51:12 59:24
60:5 73:18 76:23
77:15 78:4 123:3
126:24 130:14
142:18 143:7,23
**objection** 21:13
**obvious** 27:11
**obviously** 39:17
44:23 79:14 84:8
**occur** 14:11
**OCGA** 151:2,6
**October** 131:20
137:16 138:20
139:3,7,16 140:13
142:2,10
**offered** 151:17
**office** 16:17 17:14
22:15 32:22 33:15
37:8 41:7,17 85:21
85:24 86:10 87:1
88:1 98:8,21
105:17,19,22 106:2
132:23
**Offices** 1:17
**official** 1:10 3:21
11:9
**officially** 11:20
**officials** 81:6
**off-the-record** 30:5
32:3 68:5
**oh** 5:18 16:23 17:16
29:4 34:13 42:11
46:1 52:5 66:1,17
79:19,22 80:18
94:19 115:8 120:15
122:25 129:17
146:12
**okay** 5:20 6:23 7:1,9
8:23 9:12,18,19
10:2,3,20 12:12,21
12:24 15:21 17:3,5
17:13 18:24 21:20
22:4,9,10,25 24:18
25:3,22 26:2,22

27:12,22,25,25
29:17 31:24 34:8
36:9 45:23 46:1,9
46:21 48:21 52:23
53:13 60:10,15
61:1,3,8,11 62:3,7
62:16,17 63:1
64:15,20 65:1,13,22
66:1,8,11 67:2 68:1
68:3,24 73:3 75:8
75:25 76:8 78:15
80:9,17,21 81:12
82:10,21 85:10,13
85:19 86:8,14,16,25
87:5,7,13 89:4,15
90:19,25 91:11,15
91:17,20,24 95:6
97:18,21 99:8
100:6 107:12,17,18
108:3,6 109:25
110:8,24 111:20
114:3,9,13,15,25
115:7,14 118:7,14
119:9 120:11,20
121:1,5,7 123:13,19
123:22 124:6,25
125:5 126:3,9,23
127:19 128:3
129:19,25 131:18
132:10,17 133:6,10
134:1,9 135:9
137:17 138:14,18
139:1,24 140:2
141:15 143:1,11
144:11,23 146:25
147:11,18
old 7:17
Olson 2:4 5:13
once 55:24 88:22
ones 31:15,17 79:15
92:20
One's 145:19
oops 107:6
open 147:14
opinion 35:15,18
38:23 95:23 96:2
96:11,24 113:16
121:20 135:20
145:14
opponent 40:13,13
opposed 75:23
options 88:13

orally 9:7
ORANGE 1:7
order 21:22 60:2,5,12
146:18
organization 1:3
outdated 36:3
Outlook 23:17,19,20
23:25 24:20 27:20
outside 23:25
outweigh 116:22
overturned 101:2
O'Connor 3:23 4:1,3
4:9,10,13,17,19
17:17 23:12 41:10
43:18 53:8,17
55:14,24 57:17
62:14 72:10 76:9
87:22 91:21 94:19
111:8,20 112:13
120:18 121:8
122:20 127:16
128:4,12 137:15
138:19 144:9
145:24 146:11
O'Connor's 62:19
64:2 144:24

**P**
P 1:15 151:21
packet 123:18
page 3:10,25 53:2
64:1,19 66:14,20,23
66:24 67:1 80:11
80:15 89:9 108:7
108:10 115:23
118:7 121:8 123:20
123:21 124:4 132:7
132:9,13 137:18,23
138:18 140:1
144:16 145:16
pages 87:12 150:10
page(s) 149:20
PAGE/LINE/CHA...
149:6
Pam 108:2
paper 123:6
paragraph 55:21
57:17 63:25 128:4
128:11 144:17,18
parameters 97:13
part 54:11,13 66:25
74:5 138:10,11

participate 34:4
participated 33:25
particular 14:20 93:6
94:17,20
particularly 13:18
14:13
parties 84:9 150:16
151:18
party 47:5 93:24
105:1,2 151:11,11
151:13,14
pass 72:8 100:25
120:16
passage 15:18,20
53:16 55:13 56:9
56:20 57:8 142:9
passed 3:16 57:11
100:16 111:13
114:7 132:18
135:18 137:8
passing 100:19
PATRICIA 1:4
PAYTON 1:6
PC 149:24 150:22,23
PDF 124:2
Peachtree 2:10
pen 32:9,10
penultimate 144:17
people 12:25 13:6,12
13:22 14:2 22:1
23:7 28:17,19,20
31:7 36:17,22 37:1
37:4 43:2 46:10
47:18,20,22,23 48:3
48:4,7,9,16,19,22
50:1,17 51:5,9,18
56:11 57:5,24
79:25 80:12 81:13
82:4 93:24 95:9,9
95:19 102:23
104:11,15,22
106:20 111:22
112:1,2,6,8,25
113:4,12,13 117:21
118:2,3,4 119:20
120:2 126:5 127:6
129:21 139:8 141:4
143:3
people's 21:7
percent 49:10 51:10
51:19 52:20 55:25
56:24 57:6,18,19,19

57:24 58:4 63:18
67:6,7 112:1,3,7,8
122:18 124:13
125:2,9,12,15,24
126:1,11,13,22
129:11,22 139:9,16
139:25 140:5,6,12
140:16 141:10,18
141:23 142:3,11,17
142:24 143:2
percentage 49:18
56:10 74:13 104:7
111:25 112:2,5,25
113:3 129:1
percentages 42:24,25
48:25 53:24 54:14
56:23 75:13,15,16
111:22 113:12,13
114:16 121:14
performance 108:17
person 46:15 151:8
personal 25:2 26:11
26:17,17,25 27:10
27:14
person's 16:4
Pete 82:20,21 83:7
Peterson 82:20,21
phone 28:6,7,9
pick 31:12 47:4
picked 133:19
Pipeline 46:2,3
place 14:24 95:19
105:19
Plaintiffs 1:5,8 2:2
5:13
Plaintiff's 3:13 27:6
27:7 32:15 52:22
61:25 64:10 68:10
72:3 87:4 111:2
114:2 120:10
127:10 131:11
135:2 137:11 144:5
plan 92:19,23 93:5
96:3 97:17,22,22
98:24 99:3 103:9
103:10 123:24
140:3
plans 107:3
play 100:10
plays 54:10,12
pleadings 19:19
please 6:6 65:12

116:5 149:19
point 9:11 10:10 34:9
38:5,5 82:25 83:2
85:19 91:18 92:19
94:3,3 101:25
102:4 103:23 116:5
132:18 133:10
135:21
pointing 109:18
115:5 118:22
Police 41:4
political 35:1,8,10,12
35:13 96:10
politician 96:20
politicians 35:2,5
96:15
polling 95:19
poorly 108:13 115:20
population 74:24
90:1 98:8 124:22
125:24 126:14
129:3
pop-up 93:21
positions 82:5
Post 32:22
precinct 44:21 95:15
95:17,22,25 96:4
105:3 116:1 117:7
118:2,4,8,16,20
119:2,7,20 146:3
precincts 69:20 74:9
74:9 90:16 95:2,11
98:1 107:4 114:22
116:13,16 136:11
precleared 69:3,3
predominantly 52:14
52:15,18,20 120:1
preparation 19:2
prepare 8:25 16:8
19:10
PRESENT 2:16
presented 15:5 102:5
presenting 86:5
President.xlsx 145:21
pretty 15:7 31:4
46:15 58:3,7 67:24
107:9
previous 8:1 49:18
128:21 147:2
previously 6:14 53:1
53:14
primary 39:17 65:20

67:14 132:17
**principal** 151:9
**printed** 88:23
**prints** 88:25
**prior** 83:7 137:3
**pro** 10:20 62:14 82:2
  92:11
**probably** 42:5 47:9
  87:1 91:14 96:18
  106:1 119:22
  130:13
**probate** 8:19
**problem** 52:2
**procedures** 3:18
  87:15
**Proceedings** 3:1
  59:12 60:22 113:22
  130:25 148:2
**process** 6:21 13:1,16
  13:19 33:25 35:6,9
  35:13 96:23 98:11
  98:19 99:7 101:5
**prohibited** 151:2
**projected** 88:14
**pronunciation** 121:6
**proper** 60:2
**properties** 7:8
**property** 7:1
**proposal** 102:1,5
  110:9,12 118:15
**proposals** 102:10,12
  102:15
**proposed** 92:12
  102:1,10 134:10,19
  135:22 136:1
**proposing** 86:2
**Proscenium** 2:9
**provide** 54:15 76:9
  112:14,17 128:8
  150:24 151:7
**provided** 5:3 30:10
**provides** 111:21
  128:5,12 138:19,23
**providing** 141:4
**proximity** 25:13,16
**public** 34:12 134:10
**pull** 62:24
**purple** 115:11
**purple/lavender**
  107:11
**purpose** 103:4
  110:19

**pursuant** 5:4 150:17
**pursue** 147:17
**put** 24:10 32:17
  70:19 88:4 114:11
  125:20
**putting** 91:22
**p.m** 1:19,19 5:2,10
  30:4,8 32:2,6 59:11
  59:12,13,15 60:21
  60:22,23,25 68:4
  113:21,22,23,25
  130:24,25 131:1,3
  147:23 148:2

――――――――――
**Q**
**Qualify** 134:7
**quarter** 33:1,6
**question** 9:13,15,18
  9:22 10:5,6 13:24
  20:2,15,18,24 21:13
  21:16 30:21 31:2
  31:23 46:24 48:2,3
  49:3 51:2,13 59:21
  59:25 60:6 61:1
  73:19 76:24 77:16
  78:5,10,12 123:4
  126:25 130:15
  132:22 142:19
  143:8 144:22
**questions** 8:5 9:2,3
  10:9,9,21 53:4
  59:22 61:5 62:11
  101:3 131:8 147:12
  150:6
**Question's** 30:21
**quick** 130:22
**quickly** 64:3
**quite** 117:19 118:2
**quote** 145:1

――――――――――
**R**
**R** 1:13 3:7 6:1 149:1
  149:22 150:13
**race** 34:22 47:11
  55:18 74:4,5 75:19
  143:25
**races** 54:19,21,24
  79:2
**racial** 20:6 34:21
  35:20 43:5 52:10
  69:16 75:16 108:19
  112:20 136:7

**Ralston** 81:25
**ran** 49:14,20
**Randy** 13:11 15:11
  85:23
**range** 53:15 56:1,24
  57:7 111:5 120:14
  127:14 131:13
  137:13 144:7
**rates** 151:17
**rdrutledge@minds...**
  26:14
**reach** 45:12
**read** 19:16,18 60:1,4
  60:11 144:21 149:2
  150:8
**reading** 62:23 129:17
**Ready** 53:5
**realignment** 86:7
**really** 9:9 11:4 12:5
  21:18 28:22 29:23
  35:14,17 41:19
  42:5,6 45:25 56:4
  66:11 70:18,22
  78:19 88:19 91:25
  95:23 96:7,25 98:6
  116:24 117:3
  138:13 145:14
**reapportionment**
  16:17 17:14 22:15
  23:8 41:7,17,22
  85:20 86:10,25
  92:6 98:8,20
  105:17,19,22
  132:22
**reason** 7:20 8:3 59:1
  59:4 63:8 89:20
  101:24 112:10
  124:22 128:1,18,20
  135:12 149:6
**recall** 11:4 15:9,14
  17:24 19:7 34:6
  73:3 76:12 77:20
  78:20 79:6,17
  80:21 81:12,24
  82:22 83:8,15,20,21
  84:2 85:7,11,12
  87:8 92:10 97:6,8
  97:20 98:3,4,15
  99:8,24 100:2
  102:9 104:5,6,10,11
  104:14,21 106:23
  107:2,3,5 110:17,20

118:14 146:13
**receive** 57:12
**received** 11:7
**receiving** 74:16
**recess** 59:12 60:22
  113:22 130:25
**recognize** 127:20
  137:22,23
**recollect** 7:25
**recollection** 64:21
  67:3 90:22
**record** 5:8 6:7 17:9
  30:1,4,8 32:2,6
  52:1 53:12 58:24
  59:8,11,15 60:18,21
  60:25 68:4,8
  113:18,21,25
  130:24 131:3
  147:23
**records** 39:12 40:1,4
**Redistrict** 35:4
**redistricted** 78:23
**redistricting** 3:18
  13:2,17 14:9,14,23
  20:12,21 22:2,11
  24:12,13 31:14
  33:23,25 34:9,15,18
  42:13,15 79:5
  82:22 83:11,17,23
  96:9 122:4,8 137:3
**redraw** 70:4,9
**redrawing** 92:3
**reduced** 150:7
**reducing** 130:10
**reelection** 33:20
  51:11,21 58:12
  70:24 112:21
  116:17 130:9
  133:12
**reelections** 44:14
**reference** 141:16
**referenced** 57:7
**referring** 13:23 42:19
**refresh** 87:17
**regarding** 99:3
**register** 63:13
**registered** 63:17
**registration** 57:2
  126:6 127:7 144:25
  145:8,20
**registrations** 138:20
**regulations** 5:5 40:23

150:18 151:4
**REID** 1:4
**rejecting** 102:9
**related** 21:10 22:6
  65:7
**relation** 66:1
**relationship** 151:5,10
**relatively** 38:7,8,11
**relevant** 19:24 20:7
  20:13,22 21:2,10
  22:5,12,16,20,23
  76:21 112:20
**rely** 10:15 15:4 41:6
  44:25 45:2
**remaining** 87:12
**remember** 9:11
  11:21 15:11 41:2,5
  41:25 42:2,4,6
  49:11,21,23 58:17
  64:22 70:11,12,13
  70:20 71:3 73:12
  76:11,19 80:4,19
  81:22,24 83:1 84:3
  84:22,25 85:18,23
  86:11,12,13,16
  87:20,20,24 88:9,16
  91:21 92:2 93:3,14
  94:8,18,23,24,25
  95:6,13 99:2
  102:11,14 105:18
  105:21,23 106:9
  108:1 110:8,11
  111:12,14 114:24
  116:24 132:3,6,13
  132:14,19 134:9
  146:7
**remodeling** 6:22
  94:11
**Rep** 57:17
**rephrase** 9:15,17,25
  20:17
**reply** 76:16 77:3
**reported** 59:3 150:5
**reporter** 1:16 5:3,16
  8:24 147:24 150:1
  150:21 151:22
**reporting** 5:6 149:24
  150:19,22,23,25
  151:8
**reports** 19:21 128:19
  129:20,21
**represent** 5:13 33:9

36:12,20 37:2,4
150:11
**representative** 14:6,7
14:8 15:15 18:7,12
29:1 37:16 49:24
61:18,18 70:8 71:7
72:17 73:16,21
74:17,18 75:5,21
80:22 83:16 84:4
84:16,17 85:4,13,14
85:16 86:3 91:4,6
91:12 92:14,17
97:1,2,17 98:12
99:1 102:2,6,20,20
102:22,24 103:11
103:12,17 104:8,12
104:15,17,18,19,23
105:15,15,16 106:6
107:13,18 108:8
109:9 110:13,15
112:6,24 115:19
117:10,25 119:3,13
121:22 122:7 128:6
128:7,14,14 130:2,7
134:15 135:16
**representatives** 13:8
36:11 52:7 64:13
121:9,16
**Republican** 43:15,24
44:9 47:5 48:8 49:8
49:10 50:10 52:7
53:22 54:16,22
55:19 65:18 67:12
71:15,23,25 73:15
73:17,20 74:14
75:4 76:2 81:4
118:9,10 119:21,24
120:3 133:17
138:12 144:1
**Republicans** 39:18
43:3 44:14 47:19
47:23,24 48:16
49:18 50:2,3,3,7
55:7,11 57:2,25
63:11 71:1,5,8
94:20 95:8 102:21
103:3,12 104:7
105:7 143:17,24
**Republicans/Demo...**
54:1
**Republican/Democ...**
58:5 75:24 122:13

**requesting** 3:18
**require** 44:6
**researched** 34:17
**reserved** 150:9
**reserving** 147:25
**residence** 6:11
**response** 78:1,13
**responsibilities** 36:10
**responsibility** 100:15
**responsible** 100:7
**result** 68:25 114:10
114:23 128:15
**results** 3:21 64:13,18
66:12 108:9 109:13
135:8
**retained** 116:22
**review** 19:1 32:7 53:4
**reviewed** 19:13
**rid** 94:4
**right** 5:15,21 8:20
14:5 18:16 21:5
28:10 36:6 37:9
40:14 48:11 56:15
57:12,22 58:1,6
59:6 63:1 65:2,4
67:23 68:11 70:17
72:19,22 73:1,2
75:6,7,17 79:14
81:9 82:6,9 85:15
87:6 91:2,3,5 92:15
92:22,25 93:10
99:23 101:2 102:25
103:5,10,18 106:22
106:23 107:8
108:10 109:1,6,11
109:12,23 111:15
114:4 115:6,21
116:2,9 117:5,18,22
120:6 122:18,19
123:15 125:6 126:1
128:8,16 129:5
130:18,20 132:1,12
133:9 134:25 135:8
138:8,12,21,22
139:5 140:7,8,10,13
140:18,19 141:7,11
141:18,24 142:5
144:12 145:21
146:20 147:11,21
150:8
**Road** 6:12
**Rockdale** 36:2,4

**Roger** 3:17 6:8
**role** 41:16,18,20
100:10
**Romney** 50:3
**rooms** 85:25
**Roswell** 149:24
**roughly** 87:25 105:23
106:9 109:10 142:1
**roundabout** 49:23
**rules** 5:5 8:22 150:18
151:3
**run** 44:25 65:18
67:12
**running** 40:8 65:16
**Rutledge** 1:13 3:7,20
4:5,7,15 6:1,8 65:2
65:5,6 110:21
149:1,22 150:14
**R-O-G-E-R** 6:8
**R-U-T-L-E-D-G-E**
6:9

**S**

**S** 2:8
**SABRINA** 1:6
**sake** 62:9
**Sam** 81:17
**SAMMY** 1:7
**save** 32:12
**saying** 9:7 35:7,9
78:22 79:24 99:12
99:18
**says** 25:19 63:7 77:8
77:9 123:24 124:7
124:13,19 125:1
126:6 139:1,6,10
**scenarios** 88:5
102:12
**scheduled** 86:17
**scheduling** 87:15
**scooting** 110:22
**screen** 88:14 93:21
**screwed** 66:22
**scroll** 125:9 126:10
**search** 22:25 23:6,15
23:17 24:3,5,6,7,7
24:11 25:4,6,13,16
25:18 26:22 27:17
27:23 28:7 29:10
29:12 30:9,10,19,23
30:25 31:6,11,13,19
77:2,5

**searched** 19:3 27:18
30:16 31:9
**searches** 27:23
**searching** 76:22
**sec** 30:2 113:18
**second** 40:22 55:21
57:16 59:9 60:19
64:19 66:23,24,25
123:16,21 144:16
144:21
**Secretary** 1:10 64:24
**section** 94:4
**see** 10:6 21:10 24:16
32:9 36:4 46:5
76:14,16 77:2,6,13
77:23 79:21 88:14
93:6 97:19 105:5
106:2 115:1,25
117:4 118:19 119:5
123:7,23 124:6,9,12
124:16 132:16
145:17 147:16
**seeing** 87:9
**seek** 33:20
**seen** 43:18,24 58:20
58:22,23 87:18,19
105:9 111:18 146:3
**Seigle** 82:11,12
**Senate** 41:23
**senator** 18:14,15 71:7
**send** 27:11 28:25
31:17 39:18 73:6,9
**sending** 47:3 73:3
**sent** 22:2 23:18 61:15
72:20 76:17 140:4
**sentence** 55:20 57:16
84:13
**separate** 1:22 149:20
**September** 62:17
**service** 37:19
**services** 3:18 150:25
151:8
**session** 14:12,18
37:21,25 39:3,5
83:18
**Shakes** 44:10 84:24
86:19 87:10 92:7
127:22 134:4
146:16
**shared** 16:2,11
**Sheet** 3:9
**sheets** 4:12

**sheet(s)** 149:20
**she'll** 65:15,18
**Shipping** 38:4
**shortcomings** 90:5,8
**show** 19:8 48:25 61:8
62:3 72:5 115:7,15
118:11 119:1
**showed** 94:19,25
95:7 106:24,25
**showing** 27:7 52:25
64:11 87:5 88:13
111:3 120:13
127:11 131:12
135:3 137:12 144:6
146:14
**shown** 69:10 143:3
**sic** 68:12
**sick** 33:5
**side** 66:2
**sign** 150:9
**signature** 147:25
**significance** 58:18
**significant** 71:18
137:7
**significantly** 49:17
51:11,20 122:14
**SIMS** 1:4
**single** 31:6
**sit** 96:18
**six** 16:12 106:21
**size** 88:25 89:14
**small** 89:17
**smaller** 40:23 89:6
**SMITH** 1:4
**SNOW** 1:7
**social** 45:17 46:3
**software** 35:24
**soliciting** 134:10
**somebody** 12:21
**someplace** 105:20
**sorry** 27:3 32:16,18
33:7 39:21 48:5
55:9 59:5 63:20
79:16 81:19 83:3
98:21 103:7 104:12
115:8,22 120:11
123:11 124:15
126:4 127:23
129:23 130:5
139:13 146:17
**SOS** 77:10
**sought** 76:10

R. Dale Rutledge                Georgia State Conference of the NAACP, et al vs Kemp                February 7, 2018

Page 162

sound 70:17 73:1
    82:16 111:15 125:6
sounds 8:20
South 2:5
Southwestern 32:25
space 124:18,19
    149:19
speak 9:6 108:15
Speaker 62:14 81:10
    81:25 82:2 92:11
    92:11
speaking 15:9,11,14
    122:6
specific 78:24 79:17
    98:25
specifically 13:21
    28:23 55:16
specifics 73:13
specify 9:24
speculate 63:19,22
    96:16 130:17
    134:23 135:19
speculation 63:23
    130:16 143:9
speech 34:12
spell 6:6 39:23
split 49:8 69:20 90:16
    95:22 96:4 98:2
    114:23 117:9 119:2
    119:10 136:10
splitting 95:25 107:4
spoke 18:17
spoken 13:14,17
    15:22 16:13,16
    17:13,18 18:19
    34:8
spreadsheet 58:20,20
    59:3
spreadsheets 4:4,11
    4:20 58:22
spring 11:3
staff 16:1
Stagecoach 109:3,9
    115:25 116:1
standing 21:22 60:2
    60:4,12 85:7
start 38:25 39:3
    103:24 104:13
starts 131:25
stat 4:11
state 1:3,10,10 2:2
    6:6 13:8 36:13

38:20 41:22 69:7
    81:5,6,7,8 89:23
    135:23 150:2
stated 145:3 150:5
statement 56:3 57:20
    62:19 64:2 84:1
    128:17 144:25
states 1:1 37:13 63:14
    112:4,9 145:6
State's 64:24
statistical 106:24,25
    111:21 128:5,12,19
statistically 48:14
statistics 48:10 49:5
    95:8 133:5
status 100:1
statutory 97:9 99:22
    100:4
Stephens 108:2
sticker 32:17
stickered 111:6
Stockbridge 108:13
    108:14,20,23 115:2
    115:15
stop 21:23 100:25
    105:25
stopped 88:1,3 106:2
    106:5
stops 100:11
store 23:22,22
strategy 40:7,18 41:8
    44:21
street 2:10 6:15,20
    88:18 93:12 94:5,9
    105:6,7 136:24
    137:2,6 149:24
streets 93:6
Strickland 2:8 13:11
    14:7 17:9 18:8,15
    23:13 29:1 70:8
    71:6,7 72:17 75:22
    80:22 84:16 85:4
    85:14 91:8,9 97:2
    102:20 104:8
    105:15 106:6 109:9
    112:24 115:20
    121:9,17,22 130:2
    135:16
Strickland's 57:18
    73:16,22 74:17
    75:5 102:22,24
    103:11,12 104:16

104:23 108:9
    110:14,16 112:6
    117:10,25 119:3,14
    128:7,15 130:7
    146:8
studied 34:17
study 32:24 33:2
stuff 19:4 28:21 93:6
    99:22 114:25
subject 31:16 60:2
subpoena 11:10
substance 7:24
suffered 90:5,8
sufficiently 69:25
    136:14
suggests 135:16
Suite 2:9,14
summarized 66:13
summer 11:3
support 37:12 79:3,7
    80:23 101:9
suppose 50:1
sure 12:5,11 15:7
    22:17 26:4,13 28:4
    28:19,22 29:4,6,9
    29:18 34:11 36:24
    42:18 47:21 50:13
    50:20 53:6 54:17
    64:17 65:21 73:25
    75:2 76:7 77:4,25
    78:3 79:12,17
    80:25 87:23 98:22
    99:6 100:8,15
    101:10,13 122:1,15
    138:13
surprise 56:24 57:4
    83:25
surprised 57:10
SWANSON 1:6
swear 5:17,18
switch 113:18
swore 101:9
sworn 5:19 6:2 37:8
    37:11 150:14
system 77:12

_____
T
tab 146:24
table 129:4 146:15
tables 106:24,25
    139:22 141:21
tabs 59:6

tabulate 145:25
take 29:15,19 32:7
    37:16 53:3 71:8,10
    77:11 85:2 87:11
    98:18 130:21
    144:20
taken 1:14 19:14
talk 9:1 13:21 19:6
    60:8 65:3,10,12
    66:9 70:23 76:5
    85:17 131:7 147:16
talked 12:23 13:1,6
    13:16,22 60:9
    83:25
talking 13:7 24:19,22
    43:2 54:18,24 64:8
    70:15 71:1 72:15
    73:11 74:8 79:5,16
    79:25 80:12 81:2
    82:22 83:8,10 84:6
    89:18 98:22,23,25
    103:25 129:8 137:4
tape 130:19,22
target 56:1
targeted 143:12,16
    143:19,20,22
taxes 40:23
team 147:16
Teasley 81:17
technical 69:10 90:8
    136:1
tell 12:1,12 15:16
    16:21 18:3,8 21:16
    32:11 34:10 88:11
    90:23 93:20 101:25
    102:4 103:9 114:12
    117:16 120:8 126:4
telling 86:3 88:17
tells 10:11
Tem 62:14 82:2
    92:11
Temple 83:2,4,5
ten 66:3
tend 50:17 51:5
    54:21 55:5,10
tendencies 42:21
tenth 123:19
term 21:3 25:19,22
    30:9,13,24,25 31:6
    31:11,21 34:20,25
    35:12,19 38:11
terms 24:10 25:4,7

31:12,20 58:8
    73:25 136:2
testified 6:3
testify 7:25 12:22
testimony 1:21 7:21
    8:16 15:23 16:9,14
    16:17 17:20 18:18
    149:4
text 28:12,14,15,17
    28:19,20 29:1,10,13
texted 18:19,21 28:12
Thank 78:6 79:21
    108:15 110:25
    116:3 125:22
    146:23
Thanks 5:11 52:23
Thanksgiving 65:23
    65:25
theme 40:25
thereto 150:6
thing 94:22 95:21,22
    134:14
things 31:15 39:17
    42:23 60:9 79:4
    97:19 98:23 134:20
think 8:4 9:22 15:6
    22:6,7,8 28:12 29:2
    38:21 42:5 44:15
    45:19 46:24 47:10
    49:9,20 53:20,21
    55:16 57:23 58:15
    66:12,19,21 67:5,11
    67:20 68:1,12
    70:25 71:17 72:4
    72:20 75:3 76:21
    76:25 77:8 78:17
    82:12,24 83:6,6
    84:8 85:1,25 88:4
    88:16 89:1,3 90:19
    92:8,16 95:15,21,25
    96:13,22 99:19,20
    99:21 100:10,11,14
    100:20 101:22
    105:21 110:10
    115:23 118:11
    119:23 120:4
    121:21,24 127:12
    130:10 133:23
    134:21 146:11,25
    147:4,8,10,12
thinking 15:18 85:22
    97:3

R. Dale Rutledge                    Georgia State Conference of the NAACP, et al vs Kemp                    February 7, 2018

**third** 67:1
**Thompson** 1:6,8
**thought** 27:19 49:25
  65:25 70:3 89:20
  138:15
**thousand** 117:20
  118:1
**thread** 3:19 4:3,6,10
  4:14,16,18
**three** 3:5 106:1 131:4
**till** 66:9
**time** 5:10 8:12 9:21
  10:4 32:12 33:14
  33:17 40:10 43:17
  43:17 45:7 49:14
  49:20 61:21 62:9
  65:19 70:2,7 72:14
  77:11 78:20 82:23
  83:13 85:17 87:8
  92:6 105:22 109:15
  112:3,8 119:24
  140:4
**times** 88:2 105:24
  106:1,10,13,15,16
**timing** 9:25
**title** 124:1
**titled** 123:10
**Tobelman** 2:17
**today** 7:21 8:5 10:13
  15:23 16:9,14,18,20
  16:25 17:20,25
  18:1,18 19:2,11
  131:8 147:13
**told** 12:21 16:19
  17:21 44:8 57:4
  88:20 93:22 99:9
**Tolles** 2:4 5:13
**tonight** 66:10
**top** 52:12 80:13
  107:25 122:22
  123:7,23 124:13
**total** 124:13 125:9
  126:6,11 127:6
  129:2,10,11 139:25
  140:5
**transcript** 8:25 9:9
  149:4 150:12
**transcripts** 19:13
**transportation**
  100:23
**Trash** 29:25
**trending** 145:5,9

**trends** 53:22,25
**trial** 8:18
**true** 9:23,23 63:7
  64:25 149:3 150:11
**Trump** 50:2,8,9
**trust** 44:2
**truthfully** 7:25
**try** 9:11 38:16 102:3
**trying** 32:11 38:18
  82:12 88:4 98:22
  99:2 146:18
**turning** 42:22 43:1
**turnout** 41:15 43:5
**two** 3:4 7:16 25:19,20
  25:23,24 30:14
  59:16 64:4 97:12
  102:17 106:1
  116:13 122:20,21
  123:1,7,9 145:17
**type** 46:15 112:14,17
  112:20 146:15
**types** 35:23
**TYSON** 1:4

___

**U**

**uh-huh** 6:25 9:8 16:7
  25:10 26:18 28:16
  32:20 39:2 40:15
  45:16 53:10 55:23
  57:14 58:14 61:16
  61:23 63:5 67:8,13
  68:20 72:12 77:6
  91:16 95:18 103:6
  108:25 109:5,24
  115:24 125:4 129:9
  131:22 132:8 141:5
  144:20
**ultimate** 100:15
**unanimously** 15:8
  137:8
**unconstitutional**
  100:19 101:1
**underneath** 124:19
**understand** 9:14,18
  14:8 20:18 21:15
  21:17,19 34:20,25
  35:19 41:16,18
  50:25 52:19 54:12
  73:25 97:4 99:11
  101:16
**understanding** 12:6
  12:16 13:4,25

  19:23 35:11 41:21
  68:21 74:21 75:3
**unduly** 69:20 90:16
  136:10
**unequal** 90:1
**unfair** 69:16 136:6
**unhappy** 136:20,21
**United** 1:1 37:13
**upcoming** 80:24
**updates** 45:24 46:6
**upheld** 37:19
**use** 24:23 26:25
  27:10,12 28:5,11,11
  28:14 30:24 39:10
  39:12,25 40:3,17
  45:17
**uses** 46:2
**usual** 151:16
**usually** 29:20 39:6

___

**V**

**Vaguely** 132:4
**VAP** 124:16,19,21
  125:1,14
**versus** 9:7 74:14
**Vicki** 83:2,4,5
**video** 3:2,3,4,5 5:8
  30:3,7 32:1,5 59:10
  59:15 60:20,25
  68:4,8 113:20,24
  118:23 120:12
  130:23 131:3
  147:22
**Videographer** 2:17
  5:7 30:3,7 32:1,5
  52:3 59:10,14
  60:20,24 68:3,7
  110:21,25 113:20
  113:24 116:4
  130:20,23 131:2
  147:22
**Videotaped** 1:13
**violated** 69:7 135:23
**violence** 41:4
**virtually** 64:4
**Volume** 1:21,22
**vote** 36:22 37:2 46:16
  46:19,25 47:7,13,19
  47:22,23 48:4,4,8
  48:16,22 50:17
  51:5,24 54:22 55:6
  55:11 95:20,24

  101:10
**voted** 15:7 117:21
  118:3,4 119:20
  120:2,3
**voter** 39:12 40:1,4
  41:15 59:2 63:13
  126:6,20 127:7
  138:19 145:19
**voters** 45:4,10,12
  53:19 54:2 55:5,10
  55:15,17 56:19
  63:17 71:15 75:22
  76:1 97:24 110:13
  114:17 116:21,23
  126:21 130:6,13
  134:14 136:22
  139:13 141:9,17
  142:4,11,16 143:13
  143:19,20,22 146:1
**votes** 42:22 53:24
  54:16 74:6,24
  109:10 116:10
  122:18
**voting** 40:3 42:20
  43:1 69:20 71:21
  90:16 123:11
  124:21 125:24
  126:13 136:10
**vs** 1:9

___

**W**

**Wait** 143:5
**want** 54:17 73:24
  75:2 79:11 94:4,5,5
  96:19 98:17 99:25
  101:6 103:2 113:18
  120:15 147:17
**wanted** 70:8 71:8,24
  75:9 84:5 86:9 94:9
  99:14 104:8 132:16
  133:6,7 136:24
**wanting** 70:21,23
  86:6
**wasn't** 48:2 58:16
  71:18 78:9 136:19
  136:20 137:7
  146:10
**water** 146:20
**way** 16:9 48:20 49:25
  71:4 74:22 76:25
  87:16 110:23 145:1
  145:2

**WAYNE** 1:6
**weaken** 133:17
**Wealth** 108:13
**website** 45:23 64:24
**Wednesday** 1:19
**week** 72:21
**weekly** 45:24 46:6
**Welch** 4:8 13:11 14:8
  17:11,12 84:17,18
  85:14 91:4,8,9 97:2
  102:21 105:16
  111:8
**Welch's** 74:18 103:17
  104:18 107:13
**went** 33:1 92:16
  98:11 138:16
**weren't** 97:19 136:21
**West** 108:14,20,23
**we'll** 9:5 10:5,6 19:6
  59:6 134:7 147:15
  147:16
**we're** 5:15 6:16 10:4
  29:21 39:18 40:11
  54:18 57:1,2 59:14
  60:24 68:2,11
  77:10 79:12 80:6
  98:22 99:3 100:18
  114:3 130:19,21
  131:2 134:24 137:4
  147:19
**we've** 12:20 13:6,22
  14:19
**white** 47:19,23 48:4,9
  48:19 52:14 53:18
  54:2 57:18,24
  67:24 95:9 104:22
  111:22 112:2,8,25
  113:12 118:12
  145:25
**whites** 139:4
**wife** 17:4,5 18:17
  28:12
**wife's** 7:13
**win** 44:14 122:17,18
  147:4,9
**Windows** 24:6
**winning** 122:11
**witness** 2:12 5:19
  12:24 21:21 27:7
  60:10 62:3 64:11
  72:5 110:24 111:3

118:24 120:13
127:11 131:12
135:3 137:12 144:6
147:18 150:13
**witness's** 150:8
**won** 109:9 116:10
130:2
**word** 24:1 25:20,24
25:24 52:19
**words** 25:24
**work** 5:12 9:9 27:1,3
27:16 28:14,18,20
138:16
**worked** 33:18
**working** 29:21
**works** 35:6 138:5,11
**worried** 116:15
**worst** 108:16
**worth** 78:17
**wouldn't** 13:20 15:6
20:4 25:25 46:18
47:25 50:15,15
52:15 55:12 56:4,4
56:8,25,25 63:22,23
96:2,5,8,11,24
97:11,11 101:23
103:2 113:16
118:13 121:19
130:17 132:20
143:6 145:14
**Wright** 3:20,23 4:7
4:15 17:15 23:12
43:22 72:10 76:8
87:21 91:21 94:18
112:16 131:20
132:17
**write** 29:20 46:5
146:24
**writes** 55:24 57:17
121:8
**writing** 150:7
**written** 5:3
**wrong** 53:13 57:22
90:24 135:5
**wrote** 56:7 63:8,10
64:7

**Y**

**Yates** 91:19
**Yates's** 104:19
**Yay** 94:16
**yeah** 7:10,20 11:15

12:18 14:4,19 17:2
17:16,18 18:2,22
21:18 23:21 24:21
27:10,18 28:10,13
33:8 36:7,8 42:11
43:13 45:18 46:8
46:11 47:9 49:16
49:20 52:3 54:20
62:10,12 65:4 66:2
67:2,10,15,16 68:15
72:24 73:5 75:13
80:14 81:22 84:21
85:11 87:23,23
89:7,10,13 93:8,19
95:4,4 101:13
106:17 109:16,20
110:3 113:10 117:2
119:9 120:22 123:9
129:17 132:11
133:1 136:19
137:17 138:25
142:20
**year** 11:4,16,18 14:18
15:17,17 33:21
40:12,12 67:12,19
80:6 134:3 138:10
138:11 142:2 147:1
**years** 49:19 64:4
147:2
**yellow** 107:19,21
115:14,14
**you-all** 14:23 75:8
85:20 86:20

**Z**

**zeros** 135:6

**0**

**05** 144:8
**09** 8:10
**090** 107:23,24 108:24

**1**

**1** 150:10
**1,000** 139:4
**1,300** 120:2
**1,371** 119:19
**1,500** 118:4
**1:00** 18:23
**1:06** 1:19 5:2,10
**1:17-cv-01427-TC...**
1:9

**1:27** 30:4
**1:29** 30:8
**1:30** 32:2
**1:31** 32:6
**10-2-2015** 4:15
**10-21-2016** 4:17
**10.B** 150:18
**100** 139:4
**105** 135:10 145:19
**109** 24:13 33:10,12
36:1 68:15,16
111:23
**11-14-2014** 4:7
**11-4-2014** 3:22
**11-8-2016** 4:19
**110** 24:13 68:18,19
91:10 107:14
111:23 115:13
**111** 4:8 24:13 68:19
91:2,10,13 92:3
107:10 109:22
111:23 114:10,17
115:11 118:17
126:9,16,21 127:6
129:3,8,22 135:10
138:24 139:2,8
140:5 141:17 142:4
142:16 143:12
**114** 3:15
**1170** 2:10
**12** 123:11
**120** 4:10
**127** 4:13
**1284** 6:12
**129** 111:23 137:14,19
137:19,23
**13** 3:17 87:4,5
**130** 68:19 91:15
115:13
**131** 3:5 4:14
**135** 3:23
**137** 4:16
**14** 81:23
**14th** 72:11 151:19
**144** 4:18
**149** 3:9
**15** 81:23
**15-14-37(a)** 151:2
**150** 139:4
**151** 3:10 150:10
**155** 93:11
**1910** 46:12

**2**

**2** 109:23
**2nd** 131:21
**2,000** 139:3
**2-1-2017** 3:23
**2-15-2011** 3:17
**2-27-2015** 3:20 4:1
**2-7-2018** 149:25
**2:05** 59:11,12
**2:20** 59:13,15
**2:21** 60:21,22
**2:23** 60:23,25
**2:30** 68:4
**2:31** 68:8
**20** 63:18 93:11,15
149:23
**20-percent** 63:13
**2010** 68:25
**2011** 87:6
**2012** 3:14 33:12 36:4
36:7 45:8,9 68:13
69:16,20,24 89:20
89:25 90:4,7,11,15
99:10,15,20,20
109:1
**2013** 37:9
**2014** 56:14 62:19
64:14 70:16 72:11
72:22 77:17,24
79:7,8 80:19
119:19 123:11
**2014/2015** 82:23
**2015** 3:16 14:24 53:9
62:17 78:1 80:18
83:17,23 111:8
114:7 120:19
121:12 123:18
131:21,25 140:4
141:3 142:2
**2016** 40:12 45:10,13
46:19 49:15 56:16
57:13 58:12 65:1
66:22 130:3,9
133:20 135:8,17
137:16 138:20,21
139:3,7,18,19
140:13 142:2,10
144:10
**2017** 34:2,5,7
**2018** 1:19 5:1,9 65:17
151:19

**21st** 137:16
**213.683.9100** 2:6
**22** 129:24
**2200** 2:9
**237** 149:24
**25** 7:18
**25th** 131:25 132:2
**26** 7:18
**27** 7:18 53:9 139:16
**2745** 151:21
**28** 112:1
**280** 4:1 52:22 53:1,11
61:14
**29.03** 125:14

**3**

**3,000** 118:3
**3-20-2015** 4:13
**3-5-2015** 4:9
**3:24** 113:21,22
**3:27** 113:23,25
**3:48** 130:24,25
**3:56** 131:1,3
**30** 2:14 55:25 56:23
57:6
**30060** 149:24
**301** 4:3 61:25 62:1,4
80:17
**30252** 6:13
**30308** 2:15
**30309-7200** 2:10
**31.48** 125:2,3,12
**314** 32:17
**318** 4:5 32:15,18
66:18
**319** 4:6 72:3,6
**32** 4:5
**32.31** 126:13 140:6
141:23
**320** 4:8 111:2,4
125:22,23 126:4,19
127:5 140:24 141:1
141:16 142:13
143:3
**321** 4:10 120:10
128:24,25 129:4
139:21,23,24,24
141:21 142:23
**322** 4:13 127:10,12
129:23 139:21
140:19,19
**323** 4:14 131:11,13

R. Dale Rutledge                 Georgia State Conference of the NAACP, et al vs Kemp                 February 7, 2018

**324** 4:16 137:11,13
  140:11 142:23
**325** 4:18 144:5,7
**35** 3:19 27:6,8 55:25
  56:24 57:6 61:9
**35.31** 126:10 129:1
  129:12
**350** 2:5
**36** 3:21 64:10,11
  72:25 108:4 115:19
  117:15
**37** 112:7 141:10,18
  143:2
**37.3** 139:9,14 140:12
  142:3
**37.84** 129:22

**4**

**4** 135:5
**4th** 62:17 120:19
**4-point** 121:10
**4:21** 1:19 147:23
  148:2
**40** 37:22 51:9
**404.261.6020** 2:15
**42** 142:17 143:4
**42.34** 67:7
**44** 57:19
**47** 57:18
**48** 57:18,23 58:3
  62:21 63:3 112:8
**48.xlsx** 123:12

**5**

**5** 3:3,14 68:10
**5th** 111:8
**50** 3:23 51:19 116:10
  135:2,3 140:21
**50th** 2:4
**50-ish** 109:10
**50-50** 122:12
**50.1** 122:18
**52** 4:1
**54** 49:10
**56** 49:21
**56.66** 67:6
**566** 12:10 53:17
  55:14 56:10,20
  57:8,11 58:11
  101:17 111:13
  121:13,18 128:16
  132:18 133:21,24

135:17,23 136:6,10
  136:14,18 137:1
  141:6,20 142:9
**59** 3:4 112:3

**6**

**6** 3:8,15 68:12 69:10
  114:2,4,5
**6-4-2015** 4:11
**60** 62:20 63:3
**61** 3:19 4:3
**64** 3:21
**678.347.2211** 2:11
**68** 3:14

**7**

**7** 1:19 5:1
**7th** 5:9
**7.C** 151:3
**700** 2:14
**72** 4:6
**73-to-2** 63:12
**75** 52:20
**77** 135:6
**770-428-5801** 149:24
**78** 109:2,3 135:5

**8**

**8th** 144:10
**8.B** 5:5
**87** 3:17

**9**

**9** 80:17
**9-11-28(c)** 151:6
**9-4-2015** 4:4
**9:00** 66:9
**90071** 2:5
**92** 120:14

Donovan Reporting, PC                                                         770.499.7499

# BALLOTPEDIA



PLAINTIFF'S
EXHIBIT
318
Rutledge

# Dale Rutledge

**Dale Rutledge** is a Republican member of the Georgia House of Representatives, representing District 109. He was first elected to the chamber in 2012.

## Committee assignments

### 2017 legislative session

At the beginning of the 2017 legislative session, this legislator served on the following committees:

| Georgia Committee Assignments, 2017   [hide] |
| --- |
| • Agriculture and Consumer Affairs |
| • Judiciary |
| • Regulated Industries |
| • Transportation |
| • Ways and Means |

### 2015 legislative session

At the beginning of the 2015 legislative session, Rutledge served on the following committees:

| Georgia Committee Assignments, 2015   [show] |
| --- |

### 2013-2014

At the beginning of the 2013 legislative session, Rutledge served on the following committees:

| Georgia Committee Assignments, 2013   [show] |
| --- |

## Sponsored legislation

The following table lists bills sponsored by this legislator. Bills are monitored by BillTrack50 and sorted by action history.

**Dale Rutledge**



**Georgia House of Representatives, District 109**
Incumbent

**Tenure**
January 14, 2013-Present

**Term ends**
January 13, 2019

**Years in position**
5

Party          Republican
*Report an officeholder change*

**Compensation**

Base salary      $17,342/year
Per diem         $173/day

**Elections and appointments**

Last election    November 8, 2016
First elected    November 6, 2012
Term limits      N/A

**Websites**

Office website



**Is this your profile? Verify your resume with CandidateVerification.**

**How will 2018 influence the direction of the Republican Party?**

Get the important Republican Party news from Ballotpedia this primary season, including elections for U.S. Senate & House, governor, and other statewide offices.
**Sign up for free today**

---

**Bills Sponsored By: Dale Rutledge**

**Private Colleges and Universities Authority; authori...**

A BILL to be entitled an Act to amend Code Section 20-3-202 of the Official Code of Georgia Annotated, relating to the creation, membership, officers, compensation, expenses, organization, duration, and quorum of the Private Colleges

*4/29/2014: Veto V2*

**Heritage Preserve; dedicated real property located i...**

A RESOLUTION authorizing the change of use of certain Heritage Preserve dedicated real property located in Rockdale and Henry Counties; to repeal conflicting laws; to provide an effective date; and for other purposes.

*4/22/2014: Effective Date*

---

# Elections

## 2016

*See also: Georgia House of Representatives elections, 2016*

Elections for the Georgia House of Representatives took place in 2016. The primary election took place on May 24, 2016, and the general election was held on November 8, 2016. The candidate filing deadline was March 11, 2016.

Incumbent Dale Rutledge defeated Jane Askew Rutledge in the Georgia House of Representatives District 109 general election.[1][2]

### Georgia House of Representatives, District 109 General Election, 2016      [hide]

| Party | Candidate | Vote % | Votes |
|-------|-----------|--------|-------|

| Republican | ✓ **Dale Rutledge** *Incumbent* | 57.66% | 15,507 |
| Democratic | Jane Askew Rutledge | 42.34% | 11,389 |
| | **Total Votes** | | **26,896** |

*Source:* Georgia Secretary of State

Jane Askew Rutledge ran unopposed in the Georgia House of Representatives District 109 Democratic primary.[3][4]

Incumbent Dale Rutledge ran unopposed in the Georgia House of Representatives District 109 Republican primary.[3][4]

# 2014

*See also: Georgia House of Representatives elections, 2014*

Elections for the office of Georgia House of Representatives took place in 2014. A primary election took place on May 20, 2014, with runoff elections taking place where necessary on July 22, 2014. The general election was held on November 4, 2014. The signature filing deadline for candidates wishing to run in this election was March 7, 2014.Incumbent R. Dale Rutledge was unopposed in the Republican primary and was unchallenged in the general election.[5][6][7]

# 2012

*See also: Georgia House of Representatives elections, 2012*

Rutledge ran in the 2012 election for Georgia House of Representatives District 109. Rutledge defeated incumbent Steve Davis in the Republican primary on July 31, 2012. No candidates filed to run in the Democratic primary. The general election took place on November 6, 2012.[8][9][10] Rutledge ran unopposed in the general election.[11]

| **Georgia House of Representatives, District 109, General   [hide] Election, 2012** | | | |
|---|---|---|---|
| Party | Candidate | Vote % | Votes |
| Republican | ✓**Dale Rutledge** | 100% | 19,822 |
| **Total Votes** | | | **19,822** |
| **Georgia House of Representatives District 105 Republican Primary, 2012** | | | |
| Candidate | | Vote % | Votes |
| ✓**Dale Rutledge** | | 65.4% | 5,237 |
| Steve Davis *Incumbent* | | 34.6% | 2,766 |
| **Total Votes** | | | **8,003** |

# Campaign donors

> *Note: The finance data shown here comes from the disclosures required of candidates and parties. Depending on the election or state, this may represent only a portion of all the funds spent on their behalf.*
>
> Why is that? While candidates and parties must file detailed expenditure reports, independent organizations and unions are not required to file reports in every case. Satellite spending groups may or may not have expended funds related to the candidate or politician on whose page you are reading this disclaimer.

Comprehensive donor information is shown below. Based on available campaign finance records, Rutledge raised a total of **$187,512** in elections. Ballotpedia updates the information below in the years following a general election.[12]

| Dale Rutledge Campaign Contribution History | | | [hide] |
|---|---|---|---|
| **Year** | **Office** | **Result** | **Contributions** |
| 2016 | Georgia House of Representatives, District 109 | | $70,295 |
| 2014 | Georgia House of Representatives, District 109 | | $43,584 |
| 2012 | Georgia State House, District 109 | | $73,633 |
| **Grand Total Raised** | | | **$187,512** |
| | | | *Source: Follow the Money* |

## 2016

Rutledge won re-election to the Georgia House of Representatives in 2016. During that election cycle, Rutledge raised a total of **$70,295**.

| Georgia House of Representatives 2016 election - Campaign Contributions | [hide] |
|---|---|
| **Top contributors to Dale Rutledge's campaign in 2016** | |
| *Georgia House Republican Caucus* | $2,600 |
| *Thomas Edmunds (Tom) Price For Campaign Cmte* | $2,600 |
| *Howard Maxwell Campaign Cmte* | $2,600 |
| *Alfred J Powell Jr Campaign Cmte* | $2,600 |

| Richard M Jeffares Campaign Cmte | $2,600 |
|---|---|
| **Total Raised in 2016** | **$70,295** |
| | *Source: Follow the Money* |

## 2016

Rutledge won re-election to the Georgia House of Representatives in 2016. During that election cycle, Rutledge raised a total of **$70,295**.

| Georgia House of Representatives 2016 election - Campaign Contributions | [hide] |
|---|---|
| **Top contributors to Dale Rutledge's campaign in 2016** | |
| Georgia House Republican Caucus | $2,600 |
| Thomas Edmunds (Tom) Price For Campaign Cmte | $2,600 |
| Howard Maxwell Campaign Cmte | $2,600 |
| Alfred J Powell Jr Campaign Cmte | $2,600 |
| Richard M Jeffares Campaign Cmte | $2,600 |
| **Total Raised in 2016** | **$70,295** |
| | *Source: Follow the Money* |

## 2014

Rutledge won re-election to the Georgia House of Representatives in 2014. During that election cycle, Rutledge raised a total of **$43,584**.

| Georgia House of Representatives 2014 election - Campaign Contributions | [show] |
|---|---|

## 2012

Rutledge won election to the Georgia House of Representatives in 2012. During that election cycle, Rutledge raised a total of **$73,633**.

| Georgia House of Representatives 2012 election - Campaign Contributions | [show] |
|---|---|

# Scorecards

*See also: State legislative scorecards and State legislative scorecards in Georgia*

A scorecard evaluates a legislator's voting record. Its purpose is to inform voters about the

legislator's political positions. Because scorecards have varying purposes and methodologies, each report should be considered on its own merits. For example, an advocacy group's scorecard may assess a legislator's voting record on one issue while a state newspaper's scorecard may evaluate the voting record in its entirety.

Ballotpedia is in the process of developing an encyclopedic list of published scorecards. Some states have a limited number of available scorecards or scorecards produced only by select groups. It is Ballotpedia's goal to incorporate all available scorecards regardless of ideology or number.

Click here for an overview of legislative scorecards in all 50 states.  To contribute to the list of Georgia scorecards, email suggestions to *editor@ballotpedia.org*.

## 2016

In 2016, the Georgia General Assembly was in session from January 11 through March 24.

- Americans for Prosperity Georgia

*Legislators are scored on their stances on economic issues.*

- Georgia Chamber of Commerce

*Legislators are scored on their votes on bills related to business issues.*

- National Federation of Independent Business

*Legislators are scored on their votes on bills related to business issues.*

- The American Conservative Union

*Legislators are scored on their votes on conservative issues.*

## 2015

**To view all the scorecards we found for this legislator in 2015, click [show].**   [show]

## 2014

**To view all the scorecards we found for this legislator in 2014, click [show].**   [show]

## 2013

**To view all the scorecards we found for this legislator in 2013, click [show].**   [show]

# Recent news

The link below is to the most recent stories in a Google news search for "**Dale + Rutledge + Georgia + House**"

**Dale Rutledge News Feed**

# External links

- Dale Rutledge on the Georgia House of Representatives website
- Profile from Open States
- Campaign contributions: 2012



# Footnotes

1. *Georgia Secretary of State*, "Qualifying Candidate Information," accessed August 17, 2016
2. *Georgia Secretary of State*, "General Election results," accessed November 23, 2016
3. *Georgia Secretary of State*, "Qualifying Candidate Information," accessed March 13, 2016
4. *Georgia Secretary of State*, "General primary results," accessed May 24, 2016
5. *Georgia Secretary of State*, "Official candidate list," accessed March 10, 2014

Only the first few references on this page are shown above. Click to show more.

| Political offices | | |
|---|---|---|
| Preceded by<br>**Steve Davis (R)** | **Georgia House of Representatives District 109**<br>2013–present | Succeeded by<br>**NA** |

Ballotpedia includes 264,697 encyclopedic articles written and curated by our professional staff of editors, writers, and researchers. To contact our editorial staff, click here. To report an error, click here. For media inquiries, you can reach us here. To support our continued expansion, please contact us here.

Dale Rutledge - Ballotpedia                                            https://ballotpedia.org/Dale_Rutledge

**THE TAP**

Ballotpedia wants to keep you in the know. In our weekly newsletter, The Tap, we let you know the important things that happened last week, and what you should look for this week. Click here to check out this week's edition.

**EXECUTIVE BRANCH**

Executive Branch

2016 Presidential Election

Federal Officials

U.S. Executive Departments

Issues by Administration

Issues by Topic

**U.S. CONGRESS**

Congress

Incumbents

115th Congress

U.S. Senate

U.S. House of Representatives

Committees in Congress

United States Congress Elections, 2018

**STATE EXECUTIVES**

State Executive Officials

State Executive Offices

State Trifectas

State of the State Addresses

Irregular Office Changes

State Executive Official Elections, 2018

**STATE LEGISLATURES**

State Legislatures

List of State Legislatures

Who Runs the States

Competitiveness Analysis

State Legislative Elections, 2018

Redistricting

**BALLOT MEASURES**

State Ballot Measures

Ballot Measures by State

Ballot Measures by Topic

State Ballot Measures, 2018

Local Ballot Measures

Local Ballot Measures, 2018

Recall

**SCHOOL BOARDS**

School Boards

Largest School Districts by Enrollment

List of School Districts

School District Spending

School Board Elections, 2018

**MUNICIPAL GOVERNMENT**

Municipal Government

100 Largest Cities by Population

List of Current City Council Officials

United States Municipal Elections, 2018

**ELECTIONS**

Elections

Sample Ballot Lookup

Who represents me?

Election Calendar

Voting Laws by State

Ballot Access for Candidates

Elections by State and Year

**PUBLIC POLICY**

Public Policy

Budgets

Civil Liberties

Education

Elections

Energy

Environment

Healthcare

Pensions

**FEDERAL COURTS**

Judicial Branch

Federal Courts

Supreme Court

The Federal Vacancy Count

Major cases of the Supreme Court

Nominations by President

**STATE COURTS**

State Courts

Courts by State

Courts by County

Judicial Elections

Judicial Selection

Appointments by Governor

1/28/2018, 6:39 PM

**INFLUENCERS**

Influencers

National Influencers

State Influencers

Local Influencers

Election Influencers

Policy Influencers

Influencers by Type

Influencers by Legal Type

**FACT CHECK**

Fact Check

Fact Check Top Stories

Federal

State

Local

About Fact-Checking

**HELP PAGES**

Index of Contents

Index of Help Contents

Ballotpedia Policies

General Disclaimer

Report an error

**COMMUNITY**

How to Contribute to Ballotpedia

Ways You Can Help

Job Opportunities

Partnering With Ballotpedia

Amazon Affiliate

**ABOUT/CONTACT**

About Ballotpedia

Advertise with Ballotpedia

Scope of Ballotpedia

The Lucy Burns Institute

Ballotpedia Staff

Press and Media

Contact Us

Submit a Bio

**NEWS**

Front page

Email updates

The Tap

The Daily Brew

Fact Check

Number of the Day

The Ballot Bulletin

## Please help us! Donate

**(/donate?utm_source=votesmart&utm_medium=helpusbanner&utm_campaign=donate)**

username                     password

**Login with Facebook (/login/facebook/)**

**Login with Twitter (/login/twitter/)**

Login

**Forgot username or password? (/forgot-password)**

**(//votesmart.org)** **Vote Smart Just The Facts (//votesmart.org)**

**Sign up (/login#signup)** **Login (/login)**

"We think so highly of Vote Smart that we are distributing their materials
to all of our affiliates."

- 

**Previous (#)Next (#)Stop (#)**

- **1 (#)**
- **2 (#)**
- **3 (#)**

┌─ Search Form ─────────────────────────────────────────────────────────────┐

First, enter a politician or zip code ▶

Now, choose a category ▶

Dale Rutledge

Please select a politician...

**BIO**

**BIO**

**(#)**

**VOTES**

**VOTES**

**(/candidate/key-votes/142211)**

**POSITIONS**

**POSITIONS**

**(/candidate/political-courage-test/142211)**

**RATINGS**

**RATINGS**

**(/candidate/evaluations/142211)**

**SPEECHES**

**SPEECHES**

**(/candidate/public-statements/142211)**

**FUNDING**

**FUNDING**

**(/candidate/campaign-finance/142211)**

└───────────────────────────────────────────────────────────────────────────┘

## Dale Rutledge's Biography



**(//votesmart.org/canphoto/142211_lg.jpg)**

**Office:** State House (GA) - District 109, Republican

## Contact Information

**Capitol Email**

dale.rutledge@house.ga.gov (mailto:dale.rutledge@house.ga.gov)

**Capitol Website**

http://www.house.ga.gov/Representatives/en-US/member.aspx?Member=830&Session=23
(http://www.house.ga.gov/Representatives/en-US/member.aspx?Member=830&Session=23)

**Office Social Media**

 **(https://twitter.com/dalerutledge)**

 **(http://www.facebook.com/pages/State-Rep-Dale-Rutledge/475960515780959)**

**Key Staff Email**
**jacquelyn.hicks@house.ga.gov (mailto:jacquelyn.hicks@house.ga.gov)**

**Capitol**
601-C Coverdell Legislative Office Building
Atlanta, GA 30334
**Phone**: 404-656-0254

**District**
Post Office Box ~~1205~~ *1162*
Mcdonough, GA 30253

## Personal (#)

- Full Name:

  Dale Rutledge

- Gender:

  Male

- Family:

  Wife: Kathy; 2 Children: Caroline, Morgan

- Birth Place:

  Henry County, GA

## Education (#)

- Attended, Georgia Southwestern University

## Political Experience (#)

- Representative, Georgia State House of Representatives, 2012-present

## Current Legislative Committees (#)

- **Agriculture and Consumer Affairs (/offices/committee/10110/agriculture-and-consumer-affairs)**, Member
- **Judiciary (/offices/committee/10130/judiciary)**, Member
- **Regulated Industries (/offices/committee/10136/regulated-industries)**, Member
- **Transportation (/offices/committee/10142/transportation)**, Member
- **Ways and Means (/offices/committee/10143/ways-and-means)**, Secretary

## Caucuses/Non-Legislative Committees (#)

- Member, Agriculture and Consumer Affairs Committee, Georgia House of Representatvies, District 109, present
- Member, Judiciary Committee, Georgia House of Representatives, District 109, present
- Member, Regulated Industries Committee, Georgia House of Representatives, District 109, present
- Member, Transportation Committee, Georgia House of Representatives, District 109, present
- Member, Ways and Means Committee, Georgia State House of Representatives, District 109, present

## Professional Experience (#)

- Owner, Expo-Link Cargo
- Former Owner, Rover, Incorporated

## Religious, Civic, and other Memberships (#)

- Elder/Deacon, McDonough Presbyterian Church, present
- Member, Henry County Chamber of Commerce
- Mmeber, National Rifle Association

## Additional Information (#)

- Priority Issues:

    Dale Rutledge is a conservative Republican who will vote and act like he talks: he's committed to reducing government, cutting spending and lowering taxes. He is pro-life, pro-family and pro-taxpayer. Dale doesn't believe our politicians should be living off the taxpayer trough. He's a self-made, successful, small businessman who believes government should get out of the way so that businesses can grow again.

Site Search Form

Search site...  [ SUBMIT ]

## About Vote Smart

- **Background** (/about)
- **Board** (/about/board)
- **Staff** (/about/staff)
- **Advisors** (/about/advisors)
- **Finances** (/about#finances)
- **Jobs** (/jobs)
- **News Room** (/media)
- **Contact Us** (/about/contact)

## WAYS TO HELP

- **Donate** (/donate?utm_source=votesmart&utm_medium=bottomnav&utm_campaign=donate)
- **Volunteer** (/volunteer?utm_source=votesmart&utm_medium=bottomnav&utm_campaign=donate)
- **Ambassador** (/ambassadors)
  (/ambassadors)

- **(/ambassadors)Leave a Legacy (/legacy)**
  **(/legacy)**
- **(/legacy)Internships (/internships)**

## EDUCATION

- **Government 101 (/education/government)**
- **For Teachers (/education)**

## PUBLICATIONS

- **Blog (/blog)**
- **Voter's Self-Defense Manual (/media/publications)**
- **Request Materials (/request-materials)**

## USING OUR DATA

- **API (/share/api)**
- **Widgets (/share/widgets)**
- **Link to Vote Smart (/share/link-to-us)**
- **RSS Feeds (/media/rss)**

## GOVERNMENT & OFFICIALS

- **Offices & Officials (/officials)**
- **Legislation (/bills)**
- **Issues (/issues)**
- **Interest Groups (/interest-groups)**
- **Public Statements (/public-statements)**
- **Committees (/offices/committees)**
- **Leadership (/offices/leadership)**
- **Vetoes (/vetoes)**

## RESEARCH TOOLS

- **Political Galaxy (/galaxy)**
- **Vote Easy (/voteeasy)**
- **My Vote Smart (/login)**

## ELECTIONS & CANDIDATES

- **Elections Summary (/elections)**
- **Voter Registration & Polling Place (/elections/voter-registration)**
- **Ballot Measures (/elections/ballot-measures)**
- **Issues (/issues)**
- **Public Statements (/public-statements)**
- **Political Parties (/political-parties)**
- **Election Contacts (/elections/offices)**

**POLITICAL COURAGE TEST**

- **About / Results (/about/political-courage-test)**
- **For Candidates (/for-candidates)**

*1153 24th Street, Des Moines, IA 50311 Hotline:* **888-Vote-Smart (tel:18888683762)** *(888-868-3762)*

**All content © 1992 - 2018 Vote Smart** underline otherwise attributed (/copyright) - **Privacy Policy (/about/privacy)** -

Legislative demographic data provided by **Aristotle International, Inc. (http://www.aristotle.com/)** **Mobile Version (?flavour=mobile&utm_source=votesmart&utm_medium=mobile-link&utm_campaign=flavourswitch)**

**Subscribe to our Newsletter (/newsletter)**
**Skip to top (#header)**
Vote Smart

# Help us stay free for all your Fellow Americans

## Just $5 from everyone reading this would do it.

1
Select an amount
2
How often
3
Payment details
○ $5  ○ $10  ○ $15  ○
$ _____

Next

**Continue to Web site » (#)**
1
Select an amount
2
How often
3
Payment details

Representative Dale Rutledge                    http://www.house.ga.gov/Representatives/en-US/member.aspx?Member...

# Georgia House of Representatives

## Dale Rutledge
R - McDonough

District 109

**Capitol Address**          **District Address**
601-C Coverdell Legislative Office Bldg.   P.O. Box 1162
Atlanta, GA 30334          McDonough, GA 30253
404.656.0254 - Office

**Committees**
Agriculture & Consumer Affairs - Member
Judiciary - Member
Regulated Industries - Member
Transportation - Member
Ways & Means - Secretary

Sworn In January 14, 2013


**House Member Facebook Page**

Occupation - Business Owner

Birthday - November 13

Spouse - Kathy

Biography

**Session**
2017-2018 Regular Session



High Resolution Photos

Email Representative Rutledge
Press
Legislation
District Map

**Staff:**

Kathy Hutcherson - Administrative Assistant



**Rep. Dale Rutledge**
**(R-109)**

## Biography

Representative Dale Rutledge is a third generation native of Henry County. He grew up in McDonough on a small family farm in the area he now represents - district 109. This district includes the heart of Henry County and portions of both Rockdale and Newton Counties.

Rutledge brings a very diverse set of business and life experiences to the "People's House" at the Georgia State Capitol. After school, he worked on the family farm before going to work in the union environment of Eastern Airlines in 1985. In 1987, prior to Eastern's closing, he joined BAX Global, a global air freight and logistics company. Within 10 years, Rutledge advanced his way through customer service, sales, and regional manager to be named Director of Exhibit Transportation for North America. A corporate reorganization in October of 1998, eliminated his position steering him to business entrepreneurship.

By January of 1999, Rutledge opened his first business, Expo-Link Cargo. He still operates the firm today, which specializes in freight transportation and logistics solutions for the trade show industry. After the events of Sept. 11, which resulted in tremendous restraints being placed on freight transportation by the Federal Government, the future of his newly formed business was unknown. Recognizing this unstable business climate Rutledge opened his second business, Rover, Inc., on January 1, 2002. A joint venture with longtime friends, Rover, Inc. became a local waste and recycling hauler serving the citizens of Henry County. The company started with only 125 friends and neighbors as customers. In nine years, Rutledge's leadership grew the client base to over 8,000 customers, expanded into the City of Lovejoy and created local job opportunities. Rover, Inc. was sold in June of 2011 to Waste Industries.

Rutledge is the husband of 26 years to Kathy Craig Rutledge and father of two daughters, Caroline, 22 and Morgan, 20. The family also consists of a rescue hound dog named Rylie. Rutledge is strong in his Christian faith and is a longtime, active member of McDonough Presbyterian Church, where he has served as a deacon and an elder. An avid sports and outdoorsman, Rutledge enjoys golfing, hunting, fishing and Saturdays in Athens.

| | |
|---|---|
| **From:** | Wright, Gina </O=GEORGIA GENERAL ASSEMBLY/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=GINA.WRIGHT> |
| **Sent:** | Friday, November 14, 2014 8:14 AM |
| **To:** | Rutledge, Dale <Dale.Rutledge@house.ga.gov> |
| **Cc:** | O'Connor, Dan <Dan.O'Connor@legis.ga.gov> |
| **Subject:** | Re: Question |

Hey there!

We actually don't have this year's data yet.  It may be the end of the month before we are able to get it from SOS, and it will take us a little bit of time to format it to our system.

I hope to have it ready to go sometime next month or at the latest before session.  I've spoken with Brian lately and I know you all are anxious to look these numbers over.  As soon as we have the data, we will let you know.

Thanks!

Gina

Gina Harbin Wright
Executive Director

Legislative & Congressional Reapportionment Office
18 Capitol Square
Suite 407 CLOB
Atlanta, Georgia 30334
Phone 404-656-5063
Fax 404-463-4103


On Nov 14, 2014, at 7:39 AM, "Rutledge, Dale" <Dale.Rutledge@house.ga.gov> wrote:

Hey Dan & Gina,

Hope all is well!

Was wondering if you have the ability to pull reports that share voting numbers for my district, 109... along with Brian's 111 and Andy in 109?  Would just like to compare 2010 results with this year's results demographically, total votes, where the votes came from and percentage of change in republican vs democrat voters. And, anything else you think is worth noting!

Thanks!  And if you have any questions please give me a call.

Dale Rutledge
State Representative, District 109
18 Capitol Square SW
Suite 404, Coverdell Legislative Office Bldg.
Atlanta, GA 30334
Office: 404-656-0109
Cell: 678-438-7181



PLAINTIFF'S EXHIBIT
319
Rutledge

**From:**     O'Connor, Dan </O=GEORGIA GENERAL ASSEMBLY/OU=FIRST
             ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=DAN.O'CONNOR>
**Sent:**     Thursday, March 5, 2015 10:21 AM
**To:**       Andrew J. Andy Welch, III <awelch@smithwelchlaw.com>
**Subject:**  District Data
**Attach:**   House Dist. 110--2014 General.xlsx; 2014 R Senate Pmy--House Dist 110.xlsx; House
             Dist. 110--VReg by County.xlsx; House Dist. 111--2014 General.xlsx

---

Rep. Welch, as follow-up from previous e-mail, I have attached (from left to right):

---Voting by County/Precinct in your 2014 general election contest

---Voting by county/precinct in the May 2014 GOP US Senate primary

---Voter Registration by County in your district as of last October

---Voting by precinct in Rep. Strickland's race last fall

Voter registration last fall in some selected State House districts:


HD 109 (Rutledge)---28% Black, 59% White

HD 110--------------30% Black, 58% White

HD 111 (Strickland)---37% Black, 48% White

HD 129 (Susan Holmes)---25% Black


---Dan O'Connor
Reapportionment Office



PLAINTIFF'S
EXHIBIT
320
Rutledge

| **From:** | O'Connor, Dan </O=GEORGIA GENERAL ASSEMBLY/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=DAN.O'CONNOR> |
|---|---|
| **Sent:** | Thursday, June 4, 2015 1:03 PM |
| **To:** | Chris Kelleher <ckelleher@gtla.org> |
| **Subject:** | RE: House District 80 |
| **Attach:** | House 12 Re--2014 Voting Data HD 48.xlsx; House-amdsub-2015-PACKET.pdf |

Chris, following up from yesterday, attached at left is table showing how House Dist 48 (Geisinger's old seat) voted in the 2014 statewide contests, and to the right of that, packet with the changes made to the House this past session as part of HB 566. Fewer than 20 districts are affected, and most of the changes were pretty minor---but 2 exceptions to that were Joyce Chandler (105) and Brian Strickland (111). Both of them get about a 4-point GOP boost in their currently marginal districts; for example, Deal got 48% in Strickland's current district but took 52% in the new one---Henry of course is changing politically---Romney barely won it in 2012 (51%) and Deal/Perdue narrowly lost it last November---so it is a toss-up county these days, much as Douglas and Newton are too along I-20.

--Dan O'Connor

---

**From:** Chris Kelleher [mailto:ckelleher@gtla.org]
**Sent:** Monday, June 01, 2015 3:14 PM
**To:** O'Connor, Dan
**Subject:** RE: House District 80

Perfect – Thanks again for your flexibility, my friend. Looking forward to our chat.

Chris

---

**From:** O'Connor, Dan [mailto:Dan.O'Connor@legis.ga.gov]
**Sent:** Monday, June 01, 2015 3:11 PM
**To:** Chris Kelleher
**Subject:** RE: House District 80

Sure---any night this week fine---I'll put down Wednesday then around 445---Dan

---

**From:** Chris Kelleher [mailto:ckelleher@gtla.org]
**Sent:** Monday, June 01, 2015 3:03 PM
**To:** O'Connor, Dan
**Subject:** RE: House District 80

Dan,

I hate to reschedule on you, but Bill just remembered that he has to get some dental work done tomorrow afternoon and won't be able to do drinks after work. Could you do the same time/place on Wednesday instead?

Again, really sorry for the late notice! Let me know if that would work for you.

Chris

---

**From:** O'Connor, Dan [mailto:Dan.O'Connor@legis.ga.gov]
**Sent:** Monday, June 01, 2015 11:58 AM
**To:** Chris Kelleher
**Subject:** RE: House District 80



PLAINTIFF'S EXHIBIT
321
Rutledge

Sure---maybe 445? That would allow enough time to get out of parking lot here (the "mad" 430 rush!). I agree with you that HD 80 offers the potential for most competitive of the 6 State House contests (special elections) this month and next---on paper it favors Republicans, but Michelle Nunn managed a respectable 46% in the district (Obama got 43%), and a Democrat running as a moderate (as Jacobs basically did in 2004 in the "old" House District 80) could give a run for the money here. In meanwhile, though I will bring "hard copies" of district tomorrow night, attached is PDF of the district (in green).

--Dan O

**From:** Chris Kelleher [mailto:ckelleher@gtla.org]
**Sent:** Monday, June 01, 2015 11:54 AM
**To:** O'Connor, Dan
**Subject:** Re: House District 80

Dan - Bill actually needs to meet a little bit earlier than 5:30. Could we do 4:30 or 5?

Chris

Chris Kelleher
Communications Director
Georgia Trial Lawyers Association
Cell: (770) 355-6052

Sent from my iPhone

On Jun 1, 2015, at 11:44 AM, O'Connor, Dan <Dan.O'Connor@legis.ga.gov> wrote:

> Works for me---office hours here at Reapportionment this time of year 830-430, so any time after that fine with me---I'll bring some small maps of the district (if you need larger one, like poster size, let me know, though large ones are $15 and no charge for smaller ones)---Dan
>
> **From:** Chris Kelleher [mailto:ckelleher@gtla.org]
> **Sent:** Monday, June 01, 2015 11:42 AM
> **To:** O'Connor, Dan
> **Subject:** RE: House District 80
>
> Dan,
>
> Hoe about 6 Feet Under on Memorial? That's pretty close to both of our offices, and I've always been a fan of their food and drinks.
>
> Chris
>
> **From:** O'Connor, Dan [mailto:Dan.O'Connor@legis.ga.gov]
> **Sent:** Monday, June 01, 2015 11:25 AM
> **To:** Chris Kelleher
> **Subject:** RE: House District 80
>
> Chris, Tuesday fine (that would work better for me than today, Monday, anyway). Just let me know when and where---Buckhead, Midtown, pretty much anywhere ITP (inside 285)---Dan O
>
> **From:** Chris Kelleher [mailto:ckelleher@gtla.org]
> **Sent:** Monday, June 01, 2015 11:23 AM
> **To:** O'Connor, Dan

**Subject:** RE: House District 80

Dan,

Sorry for the confusion — I did originally mean today, but we've had some stuff come up and tonight probably won't be the best option. Are you available tomorrow evening? Bill and I would be happy to come meet you anywhere that is convenient for you!

Thanks again,

Chris

---

**From:** O'Connor, Dan [mailto:Dan.O'Connor@legis.ga.gov]
**Sent:** Monday, June 01, 2015 8:45 AM
**To:** Chris Kelleher
**Subject:** RE: House District 80

Chris, sure (assume you mean today, Monday, June 1)---if not then, pretty much any day this week is fine with me---Dan

---

**From:** Chris Kelleher [mailto:ckelleher@gtla.org]
**Sent:** Sunday, May 31, 2015 7:58 PM
**To:** O'Connor, Dan
**Subject:** Re: House District 80

Dan,

Thanks for your email!! Any chance you're free tomorrow? If not, shoot me a couple of dates this week or the next and les find a time so I can buy you that beer!

Thanks again,

Chris

Chris Kelleher
Communications Director
Georgia Trial Lawyers Association
Cell: (770) 355-6052

Sent from my iPhone

On May 29, 2015, at 3:22 PM, O'Connor, Dan <Dan.O'Connor@legis.ga.gov> wrote:

> Hi Chris:
>
> Following up from a few weeks ago, with the special election now seat for Mike Jacobs' old HD 80, let me know if want to discuss district over a beer or two sometime in next few weeks---I am in town at least through mid June.
>
> Thanks,
> Dan O'Connor

House District 48 (2015 Boundaries)---Voting in 2014 Statewide Partisan Contests (Races with a Democrat and Republican)

| House Dist. 48 Contests | Votes [R] | Votes [D] | Votes [L] | Total Votes | [R] Margin | Pct.% [R] | Pct.% [D] | Pct.% [L] |
|---|---|---|---|---|---|---|---|---|
| U.S. Senate | 8,732 | 5,635 | 330 | **14,697** | 3,097 | **59.4%** | **38.3%** | **2.2%** |
| Governor | 8,705 | 5,430 | 466 | **14,601** | 3,275 | **59.6%** | **37.2%** | **3.2%** |
| Lt. Governor | 9,506 | 4,944 | 0 | **14,450** | 4,562 | **65.8%** | **34.2%** | **0.0%** |
| Secretary of State | 9,410 | 4,970 | 0 | **14,380** | 4,440 | **65.4%** | **34.6%** | **0.0%** |
| Attorney General | 9,361 | 5,063 | 0 | **14,424** | 4,298 | **64.9%** | **35.1%** | **0.0%** |
| Agriculture | 9,460 | 4,768 | 0 | **14,228** | 4,692 | **66.5%** | **33.5%** | **0.0%** |
| Insurance | 8,833 | 4,787 | 722 | **14,342** | 4,046 | **61.6%** | **33.4%** | **5.0%** |
| Education | 9,019 | 5,264 | 0 | **14,283** | 3,755 | **63.1%** | **36.9%** | **0.0%** |
| Labor | 9,208 | 4,932 | 0 | **14,140** | 4,276 | **65.1%** | **34.9%** | **0.0%** |
| P.S.C. | 8,483 | 4,713 | 1,031 | **14,227** | 3,770 | **59.6%** | **33.1%** | **7.2%** |
| **District 48 Totals:** | **90,717** | **50,506** | **2,549** | **143,772** | **40,211** | **63.1%** | **35.1%** | **1.8%** |

Client: H069
Plan: House-amdsub-2015
Type: House

## Proposed Georgia House Districts- Committee Substitute



Legislative & Congressional
Reapportionment Office
Georgia General Assembly

Map layers
Districts
County
State

GA2-000686

## Proposed Georgia House Districts- Detail

Client: H069
Plan: House-amdsub-2015
Type: House





GA2-000687

# Proposed Georgia House Districts- Detail

Client: H069
Plan: House-amdsub-2015
Type: House



Districts 59 and 60

Districts 104 and 105

GA2-000688

## Proposed Georgia House Districts- Detail

Client: H069
Plan: House-amdsub-2015
Type: House

### Districts 73, 109, 110, 111, and 130



# Proposed Georgia House Districts- Detail

Client: H069
Plan: House-amdsub-2015
Type: House





Plan Name: **House-amdsub-2015**          Plan Type : **House**          User: **Gina**          Administrator: **H069**

| DISTRICT | | POPULATION | DEVIATION | % DEVIATION | BLACK | % BLACK | BLACK COMBO | TOTAL BLACK | %TOTAL BLACK | HISP. OR LATINO | %HISP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 027 | | 53,326 | -494 | -0.92% | 1,741 | 3.26% | 293 | 2,034 | 3.81% | 7,710 | 14.46% |
| | VAP | 39,263 | | | 1,254 | 3.19% | 62 | 1,316 | 3.35% | 4,404 | 11.22% |
| 030 | | 53,787 | -33 | -0.06% | 3,993 | 7.42% | 317 | 4,310 | 8.01% | 13,870 | 25.79% |
| | VAP | 39,178 | | | 2,920 | 7.45% | 97 | 3,017 | 7.70% | 8,081 | 20.63% |
| 053 | | 53,497 | -323 | -0.60% | 33,213 | 62.08% | 652 | 33,865 | 63.30% | 4,481 | 8.38% |
| | VAP | 39,576 | | | 23,676 | 59.82% | 394 | 24,070 | 60.82% | 2,924 | 7.39% |
| 055 | | 53,842 | 22 | 0.04% | 37,621 | 69.87% | 743 | 38,364 | 71.25% | 1,482 | 2.75% |
| | VAP | 43,597 | | | 29,543 | 67.76% | 505 | 30,048 | 68.92% | 1,174 | 2.69% |
| 059 | | 53,372 | -448 | -0.83% | 28,660 | 53.70% | 674 | 29,334 | 54.96% | 6,170 | 11.56% |
| | VAP | 40,952 | | | 20,482 | 50.01% | 391 | 20,873 | 50.97% | 4,253 | 10.39% |
| 060 | | 53,677 | -143 | -0.27% | 38,767 | 72.22% | 730 | 39,497 | 73.58% | 7,554 | 14.07% |
| | VAP | 38,830 | | | 27,858 | 71.74% | 403 | 28,261 | 72.78% | 4,662 | 12.01% |
| 073 | | 53,951 | 131 | 0.24% | 14,857 | 27.54% | 639 | 15,496 | 28.72% | 2,621 | 4.86% |
| | VAP | 39,535 | | | 9,970 | 25.22% | 208 | 10,178 | 25.74% | 1,646 | 4.16% |
| 104 | | 53,774 | -46 | -0.09% | 12,344 | 22.96% | 679 | 13,023 | 24.22% | 6,730 | 12.52% |
| | VAP | 36,121 | | | 7,783 | 21.55% | 244 | 8,027 | 22.22% | 4,149 | 11.49% |
| 105 | | 53,542 | -278 | -0.52% | 17,754 | 33.16% | 819 | 18,573 | 34.69% | 6,527 | 12.19% |
| | VAP | 36,449 | | | 11,266 | 30.91% | 331 | 11,597 | 31.82% | 3,945 | 10.82% |
| 109 | | 54,153 | 333 | 0.62% | 16,366 | 30.22% | 681 | 17,047 | 31.48% | 2,434 | 4.49% |
| | VAP | 38,385 | | | 10,881 | 28.35% | 262 | 11,143 | 29.03% | 1,467 | 3.82% |
| 110 | | 54,298 | 478 | 0.89% | 17,021 | 31.35% | 682 | 17,703 | 32.60% | 2,450 | 4.51% |
| | VAP | 38,485 | | | 11,454 | 29.76% | 223 | 11,677 | 30.34% | 1,472 | 3.82% |
| 111 | | 54,293 | 473 | 0.88% | 18,415 | 33.92% | 754 | 19,169 | 35.31% | 3,217 | 5.93% |
| | VAP | 38,235 | | | 12,060 | 31.54% | 293 | 12,353 | 32.31% | 2,003 | 5.24% |
| 130 | | 53,697 | -123 | -0.23% | 18,943 | 35.28% | 516 | 19,459 | 36.24% | 1,881 | 3.50% |
| | VAP | 39,742 | | | 13,066 | 32.88% | 199 | 13,265 | 33.38% | 1,201 | 3.02% |
| 165 | | 54,351 | 531 | 0.99% | 30,977 | 56.99% | 701 | 31,678 | 58.28% | 2,028 | 3.73% |
| | VAP | 41,872 | | | 22,491 | 53.71% | 316 | 22,807 | 54.47% | 1,408 | 3.36% |
| 166 | | 54,038 | 218 | 0.41% | 4,275 | 7.91% | 272 | 4,547 | 8.41% | 1,443 | 2.67% |
| | VAP | 43,168 | | | 3,291 | 7.62% | 101 | 3,392 | 7.86% | 969 | 2.24% |

DATA SOURCE: 2010 US Census PL94-171 Population Cou                                    1

GA2-000691

Plan Name: **House-amdsub-2015**          Plan Type : **House**          User: **Gina**          Administrator: **H069**

| DISTRICT | | POPULATION | DEVIATION | % DEVIATION | BLACK | % BLACK | BLACK COMBO | TOTAL BLACK | %TOTAL BLACK | HISP. OR LATINO | %HISP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 176 | | 54,193 | 373 | 0.69% | 12,876 | 23.76% | 507 | 13,383 | 24.70% | 4,129 | 7.62% |
| | VAP | 40,044 | | | 9,532 | 23.80% | 167 | 9,699 | 24.22% | 2,471 | 6.17% |
| 177 | | 54,095 | 275 | 0.51% | 29,446 | 54.43% | 637 | 30,083 | 55.61% | 2,298 | 4.25% |
| | VAP | 41,485 | | | 20,793 | 50.12% | 294 | 21,087 | 50.83% | 1,649 | 3.97% |

Total Population:      915,886
Ideal Value:      53,820
**Summary Statistics**
Population Range:      53,326      to      54,351
Absolute Overall Range:      1,025
Relative Range:      -0.92%      to      0.99%
Relative Overall Range:      1.90%

DATA SOURCE: 2010 US Census PL94-171 Population Cou                    2

GA2-000692

**From:** O'Connor, Dan </O=GEORGIA GENERAL ASSEMBLY/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=DAN.O'CONNOR>
**Sent:** Friday, March 20, 2015 10:29 AM
**To:** awl@sbllaw.net
**Subject:** Follow-Up, Presidents Day Dinner
**Attach:** DeKalb--2014 U.S. Senate.xlsx

Anne, thanks again for invite to Presidents Day dinner last night---enjoyed catching up and of course enjoyed the Reagan speech. He had a timely message about stopping the party infighting---seems to be a lot of that in Washington these days! Given the tough Electoral College map for Republicans these days (in the last 6 presidential elections, 1992-2012, 18 states with a combined 242 electoral votes have voted Democratic in every presidential election---including some big states like California with 55 electoral votes and New York with 29), there really isn't much room for error next year for the GOP presidential candidate---really does come down to Florida and Ohio as I stressed last night!!!

Also I have attached a table showing how the DeKalb precincts voted in the Perdue-Nunn contest. Nunn of course easily won the county (78%), and the portion of DeKalb north of Interstate 85 is increasingly important in obtaining the strongest GOP percentages in the county. Of the 8 DeKalb precincts where Perdue took over 60% of the vote, all 8 of them are north of 85 (7 of those, not surprisingly, in Dunwoody). In the portion of DeKalb south of 85 but north of North Druid Hills Road and the Stone Mountain Freeway, the strongest GOP precincts were Midvale Elementary (56%) and Livsey (50%). The Tucker precinct split almost evenly (Perdue 49.4%, Nunn 47.4%, Libertarian 3.2%), while the Tucker Library precinct easily went for Nunn, 57% to Perdue's 42%. Signs of the changing politics in the Tucker area can also be seen in the traditionally GOP precincts of Hugh Howell and Smoke Rise---Perdue won the former by just 13 votes, and the latter by an even more meager margin---3 votes! So overall, the Tucker/Northlake area is becoming more politically marginal, compared to strong GOP showings a generation ago.

Also on the redistricting changes in the House made last week, the minority percentages changed very little even for the 2 main beneficiaries---Joyce Chandler in Gwinnet's HD 105 and Brian Strickland in Henry's HD 111. Under HB 566, Chandler's district drops from 36.69% to 34.69% black---just a 2% drop---and Strickland's drops by 2.53%, from 37.84% to 35.31%. But in the 2011 congressional redistricting, the old CD 12 (now held by Rick Allen) was dropped to 35.48% black, while in the 2005 midterm redistricting (when held by John Barrow), CD 12 (2000 census data) was 45.28% black. So there was a much more substantial drop in the black percentage of Barrow's district than in the other 2 State House districts.

--Dan O'Connor



PLAINTIFF'S EXHIBIT
322
Rutledge

**info**

| | |
|---|---|
| **From:** | Dale Rutledge <rdrutledge@mindspring.com> |
| **Sent:** | Friday, October 02, 2015 10:00 AM |
| **To:** | Wright, Gina |
| **Subject:** | RE: Henry Maps |

Dang computers!

:-)

-----Original Message-----
From: Wright, Gina [mailto:Gina.Wright@legis.ga.gov]
Sent: Friday, October 02, 2015 9:58 AM
To: Dale Rutledge
Subject: Re: Henry Maps

I called and talked to Brent Cranfield about the website.  Apparently there was an issue with IT and the coding formula to post all 180 maps so they are redoing it all.  My office is having major computer issues- we were hit with a bad virus wiping out a lot of our most recent data.  It will take us awhile to see what can be restored and what we have to recreate.

I had Brent email me the maps and will forward to Charles.  Sorry for all of this delay!

Gina

Gina Harbin Wright
Executive Director

Legislative & Congressional Reapportionment Office
18 Capitol Square
Suite 407 CLOB
Atlanta, Georgia 30334
Phone 404-656-5063
Fax 404-463-4103

> On Oct 2, 2015, at 8:29 AM, "Dale Rutledge"
> <rdrutledge@mindspring.com>
> wrote:
>
> Hey Gina....I have copied Charles Mobley.  I Just checked the House
> web site and my old map is still showing up.
>
> No big deal....Charles is wanting to get copies of all the state house
> maps for Henry.  My new map is attached....can you send the others to him?
>
> Thanks!
>

1



PLAINTIFF'S EXHIBIT
323
Rutledge

GA000102

> Dale
>
>
>
> -----Original Message-----
> From: Wright, Gina [mailto:Gina.Wright@legis.ga.gov]
> Sent: Thursday, September 10, 2015 9:40 AM
> To: 'rdrutledge@mindspring.com'
> Subject: RE: Map
>
> Hey!  I heard you stopped in the office the other day but I was in a
> meeting.  Sorry I missed you!
>
> I checked the House website, where each member's district map was to
> be updated and found out that they have not been posted there yet.
> I've already followed up to see that it gets handled.  I'm attaching
> that map
> here- this is just your district pulled out.  Zoom in to see the names
> more clearly.
>
> If you'd like one that shows all of the surrounding districts, we can
> create that as well, just let me know.
>
> Thanks!
>
> Gina
>
> Gina Harbin Wright
> Executive Director
>
> Legislative and Congressional Reapportionment Office Georgia General
> Assembly
> 18 Capitol Square, Suite 407
> Coverdell Legislative Office Building
> Atlanta, Georgia 30334
> (404)656-5063
> (404)463-4103 fax
> www.legis.ga.gov/joint/reapportionment
>
>
> CONFIDENTIALITY NOTICE: This electronic message transmission is
> intended only for the person or the entity to which it is addressed
> and may contain information that is privileged, confidential, or
> otherwise protected from disclosure.  If you have received this
> transmission, but are not the intended recipient, you are hereby
> notified that any disclosure, copying, distribution, or use of the
> contents of this information is strictly prohibited. If you have
> received this e-mail in error, please contact the sender of the e-mail
> and
destroy the original message and all copies.
>
>

2

GA000103

> -----Original Message-----
> From: Dale Rutledge [mailto:rdrutledge@mindspring.com]
> Sent: Wednesday, September 09, 2015 4:20 PM
> To: Wright, Gina
> Subject: RE: Map
>
> Hey there!
>
> Hope you guys had a great summer!
>
> Was wondering if the new map in pdf you can send, or is it on a web
> site I can view it?
>
> Thanks,
>
> Dale
>
> -----Original Message-----
> From: Wright, Gina [mailto:Gina.Wright@legis.ga.gov]
> Sent: Wednesday, March 25, 2015 12:16 PM
> To: 'Dale Rutledge'
> Subject: RE: Map
>
> Here's a detailed map of the proposed 109 in the map.  Currently, we
> are still trying to get this out of the Senate committee.  Should be
> voted on tomorrow, so we understand.
>
> Thanks,
> Gina
>
> Gina Harbin Wright
> Executive Director
>
> Legislative and Congressional Reapportionment Office Georgia General
> Assembly
> 18 Capitol Square, Suite 407
> Coverdell Legislative Office Building
> Atlanta, Georgia 30334
> (404)656-5063
> (404)463-4103 fax
> www.legis.ga.gov/joint/reapportionment
>
>
> CONFIDENTIALITY NOTICE: This electronic message transmission is
> intended only for the person or the entity to which it is addressed
> and may contain information that is privileged, confidential, or
> otherwise protected from disclosure.  If you have received this
> transmission, but are not the intended recipient, you are hereby
> notified that any disclosure, copying, distribution, or use of the
> contents of this information is strictly prohibited. If you have
> received this e-mail in error, please contact the sender of the e-mail
> and

3

GA000104

destroy the original message and all copies.
>
>
>
> -----Original Message-----
> From: Dale Rutledge [mailto:rdrutledge@mindspring.com]
> Sent: Wednesday, March 25, 2015 9:05 AM
> To: Wright, Gina
> Subject: Map
>
> Do you have a new map of 109 you can email me?
>
> Thanks,
>
> Dale Rutledge
> 678-438-7181
> Sent from my iPhone
>
>
> <House15 - HD109.pdf>

4

GA000105

| | |
|---|---|
| **From:** | Jordan, Ben <Ben.Jordan@house.ga.gov> |
| **Sent:** | Friday, October 21, 2016 2:21 PM |
| **To:** | O'Connor, Dan <Dan.O'Connor@legis.ga.gov> |
| **Subject:** | RE: Voter Registration Data, Selected House Districts, October 2016 |

Interesting.  I bet you are exactly correct about that.   Yeah – let's do week before the election.  I'm free Monday, Tuesday and Wednesday of that week.
Have a nice weekend -

Ben Jordan, Esq.
Deputy Counsel
Office of House Maj. Leader
(404) 656-5052

**From:** O'Connor, Dan
**Sent:** Wednesday, October 19, 2016 4:39 PM
**To:** Jordan, Ben
**Subject:** RE: Voter Registration Data, Selected House Districts, October 2016

Ben, maybe the week before the election would work best---Caulder said he could do Thursday next week; I can't do Tuesday next week and not sure on Wednesday but anyday Oct 31-Nov 4 looks good at this stage.

Also attached above latest by precinct for House Dist 54---as doubtless you have, I have seen a lot of Beth's signs in the western side of the district (Ward 8 side of Peachtree Road), such as on
Dover Road by Morris Brandon, Peachtree Battle and Habersham. Would be interesting to see how the presidential race will turn out there and in other districts---Romney got 58% in her district four years ago but not very likely Trump will get that much---right now, not sure he would even get 53% in her district! Doubtless we will see a lot of ticket-splitting......

With regard to Gwinnett and Henry (HD 101, 105 and 111), yes, they are changing quickly these days. Gwinnett in 2004 gave Bush about 66% of the vote, but in 2008 McCain was held to 55% there and in 2012 Romney got 54% in the county. Henry gave Bush about 66% as well in 2004, but McCain was held to 53% in  2008 there and Romney just 51% last time. I'd say Gwinnett is R-leaning right now and Henry purple, but yes the trend is pretty clear in both counties---wouldn't be surprised if in 2021, when we next have to do redistricting, Henry is majority Democratic and Gwinnett at least a tie between the parties.

--Dan O

**From:** Jordan, Ben
**Sent:** Wednesday, October 19, 2016 3:46 PM
**To:** O'Connor, Dan
**Cc:** caulderchilds1@gmail.com
**Subject:** RE: Voter Registration Data, Selected House Districts, October 2016



Dan,
Thanks for the updated numbers.  I believe I see a certain trend developing....
Yes – let's grab lunch soon, if you can.  Next week I'm free Tuesday and Wednesday for sure.  Following week I could do Monday (10/31), Tuesday (11/1) or Wednesday (11/2)

Ben Jordan, Esq.

Deputy Counsel
Office of House Maj. Leader
(404) 656-5052

.......................................................................................................................................

**From:** O'Connor, Dan
**Sent:** Wednesday, October 19, 2016 3:27 PM
**To:** Jordan, Ben
**Cc:** caulderchilds1@gmail.com
**Subject:** Voter Registration Data, Selected House Districts, October 2016

Ben and Caulder, attached is table showing latest (October 1) voter registration stats for various House districts around the state that may be or are expected to be competitive. A few items of note:

---House District 101 (Valerie Clark) since March 2016 has seen increase (voter registration) of about 900 blacks, 700 whites, 500 Asians and 400 Hispanics since last March. Breakdown as follows:

MARCH 2016---23.3% Black, 49.5% White, 6.5% Asian, 7.6% Hispanic, 12.9% others---total active registered 24,941

OCTOBER 2016---24.0% Black, 46.7% White, 7.6% Asian, 8.45 Hispanic, 13.2% others---total active registered 27,949

---House District 105 (Joyce Chandler) has seen increase (last 7 months) of about 1,600 blacks,, 1,000 whites, 15 0Asians and 300 Hispanics, as follows:

MARCH 2016---31.3% Black, 50.9% White, 2.2% Asian, 4.0% Hispanic, 12.3% Others---Total Active Registered 27,646

OCTOBER 2016---32.9% Black, 47.4% White, 2.4% Asian, 4.6% Hispanic, 12.6% Others---Total active registered 31,261

---House District 111 (Brian Strickland) has seen increase of about 2,000 blacks, 1,000 whites, 100 Asians and 150 Hispanics, totals as follows:

MARCH 2016---35.3% Black, 48.8% White, 1.7% Asian, 2.3% Hispanic, 12.0% Others

OCTOBER 2016---37.3% Black, 46.3% White, 1.8% Asian, 2.5% Hispanic, 12.0% Others

Also, let me know if want to get lunch before the election---only 20 days away now---I'm in town next 3 weeks.

Thanks, Dan O

| From: | O'Connor, Dan </O=GEORGIA GENERAL ASSEMBLY/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=DAN.O'CONNOR> |
|---|---|
| Sent: | Tuesday, November 8, 2016 1:25 PM |
| To: | Jeremy Brand <jeremy@parlaypoliticalllc.com> |
| Subject: | RE: HD 106 |
| Attach: | House Dist. 105--Voter Reg Data Nov. 2016.xlsx; Gwinnett--2012 President.xlsx |

Jeremy, sorry for delay getting back to you but you know how week before the election is! I have attached table with SOS table (put into most readable format) showing voter registration by precinct for HD 105---it is now a third black in voter registration; whites make up 47% of registered voters here and the remainder are Asian, Hispanic and others. To the right of there is Gwinnett voting by precinct in the 2012 presidential election. I think there is GOP concern about both seats in Gwinnett---the waves of change seem to be getting bigger---accordingly I would not be surprised to see Trump win the county by 5 points or less (Romney won it by 9 last time) or Clinton squeaking out a victory in the county---if the latter happens, it would be the first time since 1976 that Gwinnett has backed a Democratic presidential candidate.

--Dan

**From:** Jeremy Brand [mailto:jeremy@parlaypoliticalllc.com]
**Sent:** Monday, October 31, 2016 10:26 PM
**To:** O'Connor, Dan
**Subject:** Re: HD 106

Thanks for this, and sorry for my delay in following up. When you have the updated data of how it's changed since march, will you send it over? I was just asking mainly because I had gotten some for some of the competitive races I am working on currently. I believe it came from you.

In regard to HD 105, I saw the changes from March to October. Do you only have those district wide or by precinct?

Again, I thank you for your continued help.

Jeremy

Jeremy Brand
Partner
Parlay Political, LLC
678.699.0194
jeremy@parlaypoliticalllc.com

**All In. Parlay.**



PLAINTIFF'S
EXHIBIT
325
Rutledge

On Oct 26, 2016, at 2:58 PM, O'Connor, Dan <Dan.O'Connor@legis.ga.gov> wrote:

Jeremy, it is changing, if a bit slower than perhaps other districts, but certainly moving in a Democratic direction.. Listed below is comparison of data going back to 2012:

Nov 2012    Black 25.6%, White 59.6%, Asian 2.6%, Hispanic 2.7%, Native American 0.1%,

Others 9.% (voter registration, active voters for the district)
Oct 2014      Black 27.3%, White 56.5%, Asian 2.7%, Hispanic 2.9%, Native American 0.15,
Others10.6%
March 2016  Black 28.2%, White 54.6%, Asian 2.8%, Hispanic 3.2%, Native American 0.1%,
Others 11.0%

(Data above based on calculations I made from Sec of State data---I have not seen report from SOS
for district data as of the current month)

Thus, comparing Nov 2012 with March 2016 (the latter the date of the presidential primary), black
registration (total voters) was up very slightly in the district, while white registration was down by
almost 3,000.

He and I had discussion on the changes a few months ago---certainly aware of the trend, which
overall matches where Gwinnett is headed; as Mark Rountree pointed out on Channel 2 last night,
Gwinnett could go for Clinton this time. (If that happens, it would be the first time Gwinnett has
voted Democratic for president in 40 years, since Jimmy Carter in 1976.) At upper left is table
comparing voter registration data in Gwinnett going back to 2002. Since the November 2008
election, Gwinnett has lost about 28,000 active registered white voters, while blacks have increased
by about 21,000. There was an especially significant change between 2004-2008, when an
additional 37,000 blacks were added to the county rolls and whites went up by less than half that
number; Gwinnett in 2004 gave McCain 65% of the vote but 10 points lower, 55%, for McCain in
2008. Between Nov 2012 and Oct 2016, black registration in Gwinnett went up by 13,000, and
white registration dropped by 14,000.

In January 2000, Gwinnett had 209,400 active registered voters, while in the latest Oct 1 count
from S)S, it was down to 204,554. I suspect what you are seeing is a lot of Gwinnett Republicans
heading east on 78 into Walton County (which is heavily Republican) and east on 29/316 into
Barrow County and even up 85 into Jackson County---Barrow and Jackson also heavily
Republican. I was speaking to Rep. Bruce Williamson of Monroe (Walton County) last year and he
said he knows a lot of ex-Gwinnett residents now in Walton.

Whether the changes would result in any "tweaking" of districts next year (2017 session) is hard to
say. One issue is that several adjoining districts are in the same boat as 106, even more so. Rep.
Valeria Clark's HD 101 only gave Romney 52% of the vote in 2012, while Joyce Chandler's HD
105---even after tweaking last year---still only gave Romney 53% of the vote (her district is over
30% black now in voter registration).

Henry County is seeing a similar trend, like in Brian Strickland's HD 111 along I-75. White
registration in Henry has changed little in the last dozen years, but black registration is way up, to
the point that there is no majority race in Henry anymore---latest count is the county is 39% black
and 46% white in voter registration, the remaining 15% Asians, Hispanics and others. Henry gave
bush two-thirds of the vote in 2004, but four years later McCain was held to just 53% there, and in
2012, Romney only took 51% in Henry. Two years ago, Nunn and Jason Carter narrowly won
Henry in their respective races, marking the first time since 1990 that Henry had backed a
Democrat for governor. Of course, with Henry being next to 80%+ Democratic Clayton County,
doubtless a lot of Clayton residents are moving into Henry. I'd be surprised if Clinton does not
carry Henry next month.

All in all, going to make for some redistricting challenges in 2021, following the 2010 census!!!!

---Dan O

-----Original Message-----
From: Jeremy Brand [mailto:jeremy@parlaypoliticalllc.com]
Sent: Wednesday, October 26, 2016 2:12 PM
To: O'Connor, Dan
Subject: HD 106

Dan, do you have the demographic changes of Rep. Harrell's district since 2014? I know you had given some numbers previously that I think were through the 2014 election but could have been more recent. Just trying to see if the district is changing rapidly or not...


Thanks,

J

_____
Jeremy Brand
Partner
Parlay Political, LLC
(678) 699-0194
Jeremy@parlaypoliticalllc.com
www.parlaypoliticalllc.com

Sent from my iPhone


<Gwinnett--Voter Reg Data Hist Asian-Hisp.xlsx><Gwinnett--Voter Reg by Dist March 2016.xlsx>

House District 105—Voter Registration (Active Voters) by Precinct—November 1, 2016

| House Dist. 105 Gwinnett Prcts | Black Voters | White Voters | Asian Voters | Hispanic Voters | Nat. Am Voters | Other Voters | Total Voters | Pct.% Black | Pct.% White | Pct.% Asian | Pct.% Hisp. | Pct.% Nat. Am | Pct.% [O] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| #1—Harbins A (pt.) | 414 | 1,609 | 31 | 90 | 5 | 271 | 2,420 | 17.1% | 66.5% | 1.3% | 3.7% | 0.2% | 11.2% |
| #60—Lawrence D* | 1,601 | 725 | 55 | 242 | 3 | 390 | 3,016 | 53.1% | 24.0% | 1.8% | 8.0% | 0.1% | 12.9% |
| #71—Lawrence F | 1,495 | 791 | 127 | 254 | 3 | 432 | 3,102 | 48.2% | 25.5% | 4.1% | 8.2% | 0.1% | 13.9% |
| #78—Baycreek K | 818 | 1,519 | 123 | 105 | 1 | 319 | 2,885 | 28.4% | 52.7% | 4.3% | 3.6% | 0.0% | 11.1% |
| #80—Baycreek C | 1,800 | 2,023 | 111 | 196 | 7 | 624 | 4,761 | 37.8% | 42.5% | 2.3% | 4.1% | 0.1% | 13.1% |
| #91—Baycreek D | 918 | 2,079 | 80 | 123 | 3 | 440 | 3,643 | 25.2% | 57.1% | 2.2% | 3.4% | 0.1% | 12.1% |
| #134—Baycreek F | 1,395 | 1,292 | 94 | 137 | 3 | 467 | 3,388 | 41.2% | 38.1% | 2.8% | 4.0% | 0.1% | 13.8% |
| #146—Baycreek H* | 578 | 2,048 | 55 | 104 | 1 | 351 | 3,137 | 18.4% | 65.3% | 1.8% | 3.3% | 0.0% | 11.2% |
| #147—Baycreek I | 1,538 | 1,746 | 107 | 258 | 5 | 572 | 4,226 | 36.4% | 41.3% | 2.5% | 6.1% | 0.1% | 13.5% |
| #151—Harbins C | 318 | 1,312 | 23 | 60 | 2 | 244 | 1,959 | 16.2% | 67.0% | 1.2% | 3.1% | 0.1% | 12.5% |
| Dist. 105 Totals: | 10,875 | 15,144 | 806 | 1,569 | 33 | 4,110 | 32,537 | 33.4% | 46.5% | 2.5% | 4.8% | 0.1% | 12.6% |

Gwinnett County--Voting by Precinct in 2012 Presidential Election

| Gwinnett County Precincts | Votes Romney | Votes Obama | Votes Johnson | Total Votes | Romney Margin | Pct.% [R] | Pct.% [D] | Pct.% [L] | Pct.% Turnout |
|---|---|---|---|---|---|---|---|---|---|
| #1--Harbins A | 1,863 | 1,108 | 45 | 3,016 | 755 | 61.8% | 36.7% | 1.5% | 76.4% |
| #2--Rockbridge A | 652 | 1,330 | 19 | 2,001 | -678 | 32.6% | 66.5% | 0.9% | 75.5% |
| #3--Dacula | 1,323 | 1,161 | 20 | 2,504 | 162 | 52.8% | 46.4% | 0.8% | 75.1% |
| #4--Suwanee A | 529 | 356 | 17 | 902 | 173 | 58.6% | 39.5% | 1.9% | 77.0% |
| #5--Baycreek A | 1,213 | 648 | 17 | 1,878 | 565 | 64.6% | 34.5% | 0.9% | 80.6% |
| #6--Goodwins A | 1,130 | 1,001 | 43 | 2,174 | 129 | 52.0% | 46.0% | 2.0% | 73.1% |
| #7--Duluth A | 1,573 | 1,068 | 44 | 2,685 | 505 | 58.6% | 39.8% | 1.6% | 74.5% |
| #8--Duncans A | 2,109 | 560 | 37 | 2,706 | 1,549 | 77.9% | 20.7% | 1.4% | 80.2% |
| #9--Pucketts A | 2,016 | 636 | 31 | 2,683 | 1,380 | 75.1% | 23.7% | 1.2% | 77.9% |
| #10--Cates A | 1,033 | 472 | 17 | 1,522 | 561 | 67.9% | 31.0% | 1.1% | 75.6% |
| #11--Berkshire A | 424 | 668 | 9 | 1,101 | -244 | 38.5% | 60.7% | 0.8% | 63.4% |
| #12--Berkshire B | 760 | 1,636 | 27 | 2,423 | -876 | 31.4% | 67.5% | 1.1% | 68.6% |
| #13--Duncans C | 1,546 | 386 | 16 | 1,948 | 1,160 | 79.4% | 19.8% | 0.8% | 81.5% |
| #14--Garners A | 1,620 | 687 | 39 | 2,346 | 933 | 69.1% | 29.3% | 1.7% | 78.8% |
| #15--Lawrencev A | 935 | 885 | 16 | 1,836 | 50 | 50.9% | 48.2% | 0.9% | 66.8% |
| #16--Lawrencev B | 1,011 | 1,444 | 33 | 2,488 | -433 | 40.6% | 58.0% | 1.3% | 73.8% |
| #17--Martins A | 358 | 1,085 | 12 | 1,455 | -727 | 24.6% | 74.6% | 0.8% | 69.7% |
| #18--Martins B | 597 | 957 | 22 | 1,576 | -360 | 37.9% | 60.7% | 1.4% | 71.1% |
| #19--Martins C | 700 | 643 | 23 | 1,366 | 57 | 51.2% | 47.1% | 1.7% | 74.4% |
| #20--Pinckneyv A | 228 | 882 | 22 | 1,132 | -654 | 20.1% | 77.9% | 1.9% | 66.5% |
| #21--Pinckneyv B | 407 | 877 | 17 | 1,301 | -470 | 31.3% | 67.4% | 1.3% | 59.8% |
| #22--Pinckneyv C | 725 | 443 | 20 | 1,188 | 282 | 61.0% | 37.3% | 1.7% | 82.3% |
| #23--Pinckneyv D | 192 | 716 | 12 | 920 | -524 | 20.9% | 77.8% | 1.3% | 67.9% |
| #24--Sugar Hill A | 1,148 | 574 | 31 | 1,753 | 574 | 65.5% | 32.7% | 1.8% | 67.8% |
| #25--Sugar Hill B | 1,615 | 849 | 48 | 2,512 | 766 | 64.3% | 33.8% | 1.9% | 73.4% |
| #26--Hog Mtn. A | 1,116 | 1,003 | 41 | 2,160 | 113 | 51.7% | 46.4% | 1.9% | 70.4% |
| #27--Hog Mtn. B | 1,779 | 846 | 46 | 2,671 | 933 | 66.6% | 31.7% | 1.7% | 77.9% |
| #28--Rocky Crk A | 1,966 | 1,016 | 23 | 3,005 | 950 | 65.4% | 33.8% | 0.8% | 78.1% |
| #29--Cates B | 826 | 294 | 27 | 1,147 | 532 | 72.0% | 25.6% | 2.4% | 80.1% |
| #30--Cates C | 752 | 839 | 8 | 1,599 | -87 | 47.0% | 52.5% | 0.5% | 76.9% |
| #31--Hog Mtn. D | 1,076 | 444 | 29 | 1,549 | 632 | 69.5% | 28.7% | 1.9% | 75.2% |
| #32--Berkshire D | 1,141 | 589 | 35 | 1,765 | 552 | 64.6% | 33.4% | 2.0% | 77.1% |
| #33--Berkshire E | 905 | 423 | 17 | 1,345 | 482 | 67.3% | 31.4% | 1.3% | 80.3% |
| #34--Berkshire F | 450 | 514 | 18 | 982 | -64 | 45.8% | 52.3% | 1.8% | 64.5% |
| #35--Cates D | 1,233 | 672 | 32 | 1,937 | 561 | 63.7% | 34.7% | 1.7% | 76.0% |
| #36--Cates E | 1,227 | 558 | 35 | 1,820 | 669 | 67.4% | 30.7% | 1.9% | 80.7% |

Gwinnett County--Voting by Precinct in 2012 Presidential Election

| | Votes Romney | Votes Obama | Votes Johnson | Total Votes | Romney Margin | Pct.% [R] | Pct.% [D] | Pct.% [L] | Pct.% Turnout |
|---|---|---|---|---|---|---|---|---|---|
| #37--Pinckneyv E | 216 | 715 | 11 | **942** | -499 | 22.9% | 75.9% | 1.2% | 75.1% |
| **Gwinnett County** (Continued) | **Votes Romney** | **Votes Obama** | **Votes Johnson** | **Total Votes** | **Romney Margin** | **Pct.% [R]** | **Pct.% [D]** | **Pct.% [L]** | **Pct.% Turnout** |
| #38--Pinckneyv F | 293 | 523 | 5 | **821** | -230 | 35.7% | 63.7% | 0.6% | 61.0% |
| #39--Duncans D | 2,488 | 619 | 39 | **3,146** | 1,869 | 79.1% | 19.7% | 1.2% | 77.4% |
| #40--Pinckneyv H | 1,306 | 1,004 | 28 | **2,338** | 302 | 55.9% | 42.9% | 1.2% | 77.7% |
| #41--Baycreek B | 1,272 | 1,645 | 15 | **2,932** | -373 | 43.4% | 56.1% | 0.5% | 75.3% |
| #42--Lawrencev C | 1,176 | 446 | 36 | **1,658** | 730 | 70.9% | 26.9% | 2.2% | 75.7% |
| #43--Martins D | 203 | 769 | 11 | **983** | -566 | 20.7% | 78.2% | 1.1% | 67.9% |
| #44--Rockbridge B | 723 | 1,439 | 32 | **2,194** | -716 | 33.0% | 65.6% | 1.5% | 75.7% |
| #45--Garners B | 857 | 1,076 | 17 | **1,950** | -219 | 43.9% | 55.2% | 0.9% | 78.1% |
| #46--Cates F | 910 | 311 | 21 | **1,242** | 599 | 73.3% | 25.0% | 1.7% | 81.0% |
| #47--Cates G | 1,482 | 405 | 21 | **1,908** | 1,077 | 77.7% | 21.2% | 1.1% | 79.5% |
| #48--Duluth B | 1,142 | 688 | 37 | **1,867** | 454 | 61.2% | 36.9% | 2.0% | 70.3% |
| #49--Garners C | 605 | 502 | 25 | **1,132** | 103 | 53.4% | 44.3% | 2.2% | 73.3% |
| #50--Pinckneyv I | 354 | 912 | 25 | **1,291** | -558 | 27.4% | 70.6% | 1.9% | 72.2% |
| #51--Pinckneyv J | 193 | 745 | 9 | **947** | -552 | 20.4% | 78.7% | 1.0% | 61.5% |
| #52--Berkshire G | 933 | 434 | 25 | **1,392** | 499 | 67.0% | 31.2% | 1.8% | 80.4% |
| #53--Cates H | 745 | 1,148 | 18 | **1,911** | -403 | 39.0% | 60.1% | 0.9% | 74.2% |
| #54--Sugar Hill C | 1,731 | 663 | 29 | **2,423** | 1,068 | 71.4% | 27.4% | 1.2% | 76.0% |
| #55--Sugar Hill D | 1,201 | 707 | 26 | **1,934** | 494 | 62.1% | 36.6% | 1.3% | 72.8% |
| #56--Duluth C | 775 | 592 | 32 | **1,399** | 183 | 55.4% | 42.3% | 2.3% | 76.4% |
| #57--Duluth D | 1,042 | 1,175 | 54 | **2,271** | -133 | 45.9% | 51.7% | 2.4% | 67.3% |
| #58--Pinckneyv K | 375 | 1,196 | 25 | **1,596** | -821 | 23.5% | 74.9% | 1.6% | 66.7% |
| #59--Pinckneyv N | 318 | 1,404 | 18 | **1,740** | -1,086 | 18.3% | 80.7% | 1.0% | 76.2% |
| #60--Lawrencev D | 535 | 1,619 | 14 | **2,168** | -1,084 | 24.7% | 74.7% | 0.6% | 66.9% |
| #61--Lawrencev E | 895 | 504 | 18 | **1,417** | 391 | 63.2% | 35.6% | 1.3% | 76.5% |
| #62--Pinckneyv L | 1,255 | 436 | 27 | **1,718** | 819 | 73.1% | 25.4% | 1.6% | 85.0% |
| #63--Pinckneyv M | 1,335 | 427 | 23 | **1,785** | 908 | 74.8% | 23.9% | 1.3% | 82.0% |
| #64--Garners D | 606 | 1,295 | 22 | **1,923** | -689 | 31.5% | 67.3% | 1.1% | 76.1% |
| #65--Berkshire H | 367 | 498 | 10 | **875** | -131 | 41.9% | 56.9% | 1.1% | 68.6% |
| #66--Pinckneyv O | 382 | 1,134 | 19 | **1,535** | -752 | 24.9% | 73.9% | 1.2% | 65.4% |
| #67--Pucketts E | 1,400 | 963 | 30 | **2,393** | 437 | 58.5% | 40.2% | 1.3% | 73.7% |
| #68--Cates I | 1,344 | 762 | 38 | **2,144** | 582 | 62.7% | 35.5% | 1.8% | 75.3% |
| #69--Cates J | 1,078 | 844 | 32 | **1,954** | 234 | 55.2% | 43.2% | 1.6% | 78.1% |
| #70--Goodwins B | 1,628 | 713 | 46 | **2,387** | 915 | 68.2% | 29.9% | 1.9% | 73.3% |
| #71--Lawrencev F | 657 | 1,472 | 17 | **2,146** | -815 | 30.6% | 68.6% | 0.8% | 73.4% |
| #72--Martins E | 298 | 2,171 | 28 | **2,497** | -1,873 | 11.9% | 86.9% | 1.1% | 71.5% |

Gwinnett County--Voting by Precinct in 2012 Presidential Election

| | Votes Romney | Votes Obama | Votes Johnson | Total Votes | Romney Margin | Pct.% [R] | Pct.% [D] | Pct.% [L] | Pct.% Turnout |
|---|---|---|---|---|---|---|---|---|---|
| #73--Pinckneyv P | 706 | 584 | 19 | **1,309** | 122 | 53.9% | 44.6% | 1.5% | 83.4% |
| #74--Pinckneyv Q | 109 | 709 | 3 | **821** | -600 | 13.3% | 86.4% | 0.4% | 69.2% |
| **Gwinnett County** | **Votes** | **Votes** | **Votes** | **Total** | **Romney** | **Pct.%** | **Pct.%** | **Pct.%** | **Pct.%** |
| **(Continued)** | **Romney** | **Obama** | **Johnson** | **Votes** | **Margin** | **[R]** | **[D]** | **[L]** | **Turnout** |
| #75--Rockbridge C | 700 | 2,019 | 26 | **2,745** | -1,319 | 25.5% | 73.6% | 0.9% | 77.4% |
| #76--Rockbridge D | 774 | 1,389 | 15 | **2,178** | -615 | 35.5% | 63.8% | 0.7% | 77.8% |
| #77--Goodwins C | 1,188 | 1,295 | 31 | **2,514** | -107 | 47.3% | 51.5% | 1.2% | 70.4% |
| #78--Baycreek K | 1,221 | 766 | 13 | **2,000** | 455 | 61.1% | 38.3% | 0.7% | 79.0% |
| #79--Cates K | 1,161 | 449 | 39 | **1,649** | 712 | 70.4% | 27.2% | 2.4% | 76.4% |
| #80--Baycreek C | 1,658 | 1,616 | 29 | **3,303** | 42 | 50.2% | 48.9% | 0.9% | 77.0% |
| #81--Cates L | 1,248 | 1,110 | 27 | **2,385** | 138 | 52.3% | 46.5% | 1.1% | 75.7% |
| #82--Duluth E | 823 | 1,432 | 32 | **2,287** | -609 | 36.0% | 62.6% | 1.4% | 66.2% |
| #83--Goodwins D | 1,379 | 969 | 46 | **2,394** | 410 | 57.6% | 40.5% | 1.9% | 71.6% |
| #84--Lawrencev G | 497 | 979 | 17 | **1,493** | -482 | 33.3% | 65.6% | 1.1% | 73.0% |
| #85--Lawrencev H | 1,529 | 815 | 42 | **2,386** | 714 | 64.1% | 34.2% | 1.8% | 75.4% |
| #86--Martins F | 340 | 885 | 18 | **1,243** | -545 | 27.4% | 71.2% | 1.4% | 69.4% |
| #87--Pinckneyv S | 721 | 780 | 32 | **1,533** | -59 | 47.0% | 50.9% | 2.1% | 71.8% |
| #88--Rockbridge E | 715 | 1,592 | 25 | **2,332** | -877 | 30.7% | 68.3% | 1.1% | 72.7% |
| #89--Sugar Hill E | 1,146 | 460 | 33 | **1,639** | 686 | 69.9% | 28.1% | 2.0% | 73.3% |
| #90--Lawrencev I | 928 | 898 | 36 | **1,862** | 30 | 49.8% | 48.2% | 1.9% | 71.8% |
| #91--Baycreek D | 1,702 | 977 | 32 | **2,711** | 725 | 62.8% | 36.0% | 1.2% | 80.5% |
| #92--Berkshire J | 1,228 | 567 | 45 | **1,840** | 661 | 66.7% | 30.8% | 2.4% | 80.3% |
| #93--Cates M | 1,920 | 752 | 43 | **2,715** | 1,168 | 70.7% | 27.7% | 1.6% | 78.3% |
| #94--Cates N | 1,339 | 364 | 16 | **1,719** | 975 | 77.9% | 21.2% | 0.9% | 79.6% |
| #95--Duluth F | 543 | 1,515 | 18 | **2,076** | -972 | 26.2% | 73.0% | 0.9% | 65.3% |
| #96--Duluth G | 1,087 | 582 | 25 | **1,694** | 505 | 64.2% | 34.4% | 1.5% | 75.3% |
| #97--Goodwins E | 1,700 | 1,127 | 37 | **2,864** | 573 | 59.4% | 39.4% | 1.3% | 72.6% |
| #98--Goodwins F | 981 | 707 | 28 | **1,716** | 274 | 57.2% | 41.2% | 1.6% | 71.4% |
| #99--Pinckneyv T | 748 | 734 | 29 | **1,511** | 14 | 49.5% | 48.6% | 1.9% | 70.6% |
| #100--Suwanee B | 1,523 | 759 | 39 | **2,321** | 764 | 65.6% | 32.7% | 1.7% | 74.2% |
| #101--Pinckneyv U | 574 | 652 | 18 | **1,244** | -78 | 46.1% | 52.4% | 1.4% | 82.9% |
| #102--Pucketts B | 1,277 | 526 | 22 | **1,825** | 751 | 70.0% | 28.8% | 1.2% | 78.9% |
| #103--Berkshire L | 458 | 1,009 | 27 | **1,494** | -551 | 30.7% | 67.5% | 1.8% | 70.8% |
| #104-Rockbridge F | 890 | 2,352 | 21 | **3,263** | -1,462 | 27.3% | 72.1% | 0.6% | 78.8% |
| #105--Sugar Hill F | 1,481 | 658 | 36 | **2,175** | 823 | 68.1% | 30.3% | 1.7% | 71.9% |
| #106--Suwanee C | 1,648 | 790 | 51 | **2,489** | 858 | 66.2% | 31.7% | 2.0% | 74.7% |
| #107--Cates O | 557 | 289 | 11 | **857** | 268 | 65.0% | 33.7% | 1.3% | 76.3% |
| #108--Baycreek E | 972 | 733 | 30 | **1,735** | 239 | 56.0% | 42.2% | 1.7% | 74.5% |

Gwinnett County--Voting by Precinct in 2012 Presidential Election

| | Votes Romney | Votes Obama | Votes Johnson | Total Votes | Romney Margin | Pct.% [R] | Pct.% [D] | Pct.% [L] | Pct.% Turnout |
|---|---|---|---|---|---|---|---|---|---|
| #109--Berkshire M | 717 | 344 | 24 | **1,085** | 373 | 66.1% | 31.7% | 2.2% | 80.7% |
| #110--Martins G | 411 | 702 | 22 | **1,135** | -291 | 36.2% | 61.9% | 1.9% | 68.7% |
| #111--Duluth H | 896 | 555 | 18 | **1,469** | 341 | 61.0% | 37.8% | 1.2% | 74.6% |
| **Gwinnett County** (Continued) | **Votes** Romney | **Votes** Obama | **Votes** Johnson | **Total** Votes | **Romney** Margin | **Pct.%** [R] | **Pct.%** [D] | **Pct.%** [L] | **Pct.%** Turnout |
| #112--Berkshire N | 1,417 | 611 | 33 | **2,061** | 806 | 68.8% | 29.6% | 1.6% | 80.3% |
| #113--Pinckneyv V | 333 | 508 | 17 | **858** | -175 | 38.8% | 59.2% | 2.0% | 69.4% |
| #114--Pinckney W | 886 | 1,029 | 29 | **1,944** | -143 | 45.6% | 52.9% | 1.5% | 72.7% |
| #115--Martins H | 960 | 1,357 | 38 | **2,355** | -397 | 40.8% | 57.6% | 1.6% | 72.0% |
| #116--Martins I | 500 | 1,166 | 13 | **1,679** | -666 | 29.8% | 69.4% | 0.8% | 67.0% |
| #117--Martins J | 368 | 1,415 | 16 | **1,799** | -1,047 | 20.5% | 78.7% | 0.9% | 67.7% |
| #118--Garners F | 664 | 350 | 14 | **1,028** | 314 | 64.6% | 34.0% | 1.4% | 78.4% |
| #119--Berkshire O | 1,173 | 515 | 28 | **1,716** | 658 | 68.4% | 30.0% | 1.6% | 78.0% |
| #120--Berkshire P | 382 | 374 | 8 | **764** | 8 | 50.0% | 49.0% | 1.0% | 73.8% |
| #121--Pinckneyv X | 1,155 | 790 | 43 | **1,988** | 365 | 58.1% | 39.7% | 2.2% | 79.0% |
| #122-Rockbridge G | 738 | 2,152 | 33 | **2,923** | -1,414 | 25.2% | 73.6% | 1.1% | 74.9% |
| #123--Pinckneyv Y | 284 | 1,114 | 9 | **1,407** | -830 | 20.2% | 79.2% | 0.6% | 67.7% |
| #124--Goodwins G | 476 | 793 | 15 | **1,284** | -317 | 37.1% | 61.8% | 1.2% | 74.0% |
| #125--Pinckneyv Z | 1,061 | 291 | 33 | **1,385** | 770 | 76.6% | 21.0% | 2.4% | 84.0% |
| #126--Pinckney A1 | 1,402 | 510 | 30 | **1,942** | 892 | 72.2% | 26.3% | 1.5% | 80.4% |
| #127--Lawrence J | 468 | 627 | 24 | **1,119** | -159 | 41.8% | 56.0% | 2.1% | 73.6% |
| #128--Goodwins H | 878 | 628 | 27 | **1,533** | 250 | 57.3% | 41.0% | 1.8% | 71.1% |
| #129--Duncans B | 1,930 | 527 | 37 | **2,494** | 1,403 | 77.4% | 21.1% | 1.5% | 78.2% |
| #130--Suwanee D | 1,985 | 658 | 36 | **2,679** | 1,327 | 74.1% | 24.6% | 1.3% | 80.4% |
| #131--Suwanee E | 1,745 | 631 | 39 | **2,415** | 1,114 | 72.3% | 26.1% | 1.6% | 79.5% |
| #132--Lawrence K | 1,166 | 729 | 32 | **1,927** | 437 | 60.5% | 37.8% | 1.7% | 73.6% |
| #133--Harbins B | 1,657 | 468 | 40 | **2,165** | 1,189 | 76.5% | 21.6% | 1.8% | 74.7% |
| #134--Baycreek F | 1,065 | 1,128 | 13 | **2,206** | -63 | 48.3% | 51.1% | 0.6% | 79.0% |
| #135--Pucketts C | 1,212 | 463 | 29 | **1,704** | 749 | 71.1% | 27.2% | 1.7% | 76.9% |
| #136--Hog Mtn. C | 1,493 | 716 | 46 | **2,255** | 777 | 66.2% | 31.8% | 2.0% | 72.8% |
| #137--Rocky Crk B | 1,888 | 911 | 45 | **2,844** | 977 | 66.4% | 32.0% | 1.6% | 76.0% |
| #138--Duluth I | 1,648 | 657 | 20 | **2,325** | 991 | 70.9% | 28.3% | 0.9% | 71.0% |
| #139--Martins K | 643 | 1,755 | 32 | **2,430** | -1,112 | 26.5% | 72.2% | 1.3% | 69.9% |
| #140--Suwanee H | 1,713 | 489 | 20 | **2,222** | 1,224 | 77.1% | 22.0% | 0.9% | 80.3% |
| #141--Sugar Hill G | 1,176 | 428 | 26 | **1,630** | 748 | 72.1% | 26.3% | 1.6% | 76.3% |
| #142--Suwanee F | 1,291 | 811 | 30 | **2,132** | 480 | 60.6% | 38.0% | 1.4% | 76.7% |
| #143--Lawrence L | 1,419 | 1,259 | 35 | **2,713** | 160 | 52.3% | 46.4% | 1.3% | 75.4% |
| #144--Lawrence M | 720 | 1,837 | 27 | **2,584** | -1,117 | 27.9% | 71.1% | 1.0% | 70.6% |

Gwinnett County--Voting by Precinct in 2012 Presidential Election

| | Votes Romney | Votes Obama | Votes Johnson | Total Votes | Romney Margin | Pct.% [R] | Pct.% [D] | Pct.% [L] | Pct.% Turnout |
|---|---|---|---|---|---|---|---|---|---|
| #145--Baycreek G | 1,391 | 985 | 22 | 2,398 | 406 | 58.0% | 41.1% | 0.9% | 76.7% |
| #146--Baycreek H | 2,258 | 904 | 26 | 3,188 | 1,354 | 70.8% | 28.4% | 0.8% | 79.0% |
| #147--Baycreek I | 1,391 | 1,418 | 29 | 2,838 | -27 | 49.0% | 50.0% | 1.0% | 74.4% |
| #148--Berkshire Q | 671 | 364 | 23 | 1,058 | 307 | 63.4% | 34.4% | 2.2% | 75.7% |
| Gwinnett County (Continued) | Votes Romney | Votes Obama | Votes Johnson | Total Votes | Romney Margin | Pct.% [R] | Pct.% [D] | Pct.% [L] | Pct.% Turnout |
| #149--Goodwins I | 1,056 | 537 | 26 | 1,619 | 519 | 65.2% | 33.2% | 1.6% | 79.4% |
| #150--Duluth K | 231 | 775 | 14 | 1,020 | -544 | 22.6% | 76.0% | 1.4% | 62.5% |
| #151--Harbins C | 1,027 | 306 | 15 | 1,348 | 721 | 76.2% | 22.7% | 1.1% | 79.9% |
| #152--Rocky Crk C | 1,744 | 848 | 41 | 2,633 | 896 | 66.2% | 32.2% | 1.6% | 80.2% |
| #153--Lawrence N | 654 | 564 | 24 | 1,242 | 90 | 52.7% | 45.4% | 1.9% | 72.2% |
| #154--Pucketts D | 1,360 | 433 | 20 | 1,813 | 927 | 75.0% | 23.9% | 1.1% | 78.3% |
| #155--Suwanee G | 1,246 | 724 | 39 | 2,009 | 522 | 62.0% | 36.0% | 1.9% | 77.9% |
| #156--Baycreek J | 1,137 | 1,287 | 30 | 2,454 | -150 | 46.3% | 52.4% | 1.2% | 77.9% |
| Gwinnett Totals: | 159,855 | 132,509 | 4,132 | 296,496 | 27,346 | 53.9% | 44.7% | 1.4% | 74.6% |