IN THE MATTER OF

# Georgia State Conference of the NAACP, et al

VS

# Kemp

Transcript of Deposition of
## John R. Alford, Ph.D.

On February 28, 2018

———————————————————————

*Reported by* Joel P. Moyer
*Certified Court Reporter*

———————————————————————



**DONOVAN REPORTING & VIDEO CONFERENCING**
*Certified Court Reporters*
237 Roswell Street  / Marietta, GA  30060
770.499.7499   800.547.1512
**Book online at www.donovanreporting.com**

```
        THE UNITED STATES DISTRICT COURT
          NORTHERN DISTRICT OF GEORGIA
               ATLANTA DIVISION

GEORGIA STATE CONFERENCE OF THE NAACP,
as an organization; LAVELLE LEMON, MARLON
REID, LAURETHA CELESTE SIMS, PATRICIA
SMITH, COLEY TYSON,
        NAACP Plaintiffs,

AUSTIN THOMPSON, WAYNE SWANSON, DARRYL PAYTON,
AUDRA CUNNINGHAM, SABRINA MCKENZIE, JAMIDA
ORANGE, ANDREA SNOW, SAMMY ARREYMBI, LYNNE
ANDERSON, CORETTA JACKSON,
        Thompson Plaintiffs,

    vs.    CASE NO. 1:17-cv-01427-TCB-WSD-BBM

BRIAN KEMP, in his official capacity as
Secretary of State for the State of Georgia,
        Defendant.
                    - - -

         Videotaped Deposition of
           JOHN R. ALFORD Ph.D.,

         Taken by Jon M. Greenbaum,

           Before Joel P. Moyer,
         Certified Court Reporter,

           At the Law Offices of
      Strickland Brockington Lewis LLP,
             Atlanta, Georgia,

        On Wednesday, February 28, 2018,
   Beginning at 9:45 a.m. & ending at 3:57 p.m.


           Volume of Testimony
   (Exhibits Contained in Separate Volume)
```

John R. Alford, Ph.D.      Georgia State Conference of the NAACP, et al vs Kemp      February 28, 2018

```
 1   APPEARANCES OF COUNSEL

 2

     For the Georgia State Conference
 3     of the NAACP Plaintiffs:

 4             JON M. GREENBAUM
               Lawyers' Committee for
 5                Civil Rights Under Law
               Suite 400
 6             1401 New York Avenue, NW
               Washington DC 20005
 7             202.662.8391

 8             WILLIAM V. CUSTER IV
               Bryan Cave LLP
 9             Fourteenth Floor
               One Atlantic Center
10             1201 West Peachtree Street, NW
               Atlanta, GA 30309-3471
11             404.572.6600

12   For the Thompson Plaintiffs:

13             ABHA KHANNA
                  (Via Telephone)
14             Perkins Coie LLP
               Suite 4900
15             1201 Third Avenue
               Seattle, WA 98101-3099
16             206.359.8000

17   For the Defendant:

18             JOHN J. PARK JR.
               FRANK B. STRICKLAND
19             BARCLAY S. HENDRIX
               Strickland Brockington Lewis LLP
20             Midtown Proscenium
               Suite 2200
21             1170 Peachtree Street, NE
               Atlanta, GA 30309-7200
22             678.347.2211

23   ALSO PRESENT:

24             Jowei Chen Ph.D.
               Peyton McCrary Ph.D.
25             Taylor Thompson, Videographer
```

**2**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094d1

John R. Alford, Ph.D.      Georgia State Conference of the NAACP, et al vs Kemp      February 28, 2018

```
 1                 INDEX TO PROCEEDINGS
 2                  VIDEO FILE INDEX
 3   File One                                   6
 4   File Two                                  50
 5   File Three                                97
 6   File Four                                136
 7   File Five                                175
 8   _____
 9                 EXAMINATION INDEX
10   JOHN R. ALFORD Ph.D.
11        Examination by Mr. Greenbaum          6
12        Examination by Mr. Park             206
13   Errata Sheet                            209
14   Certificate Page                        211
15   _____
16                    EXHIBIT INDEX
17   Plaintiff's Exhibits
18     93   Document titled Georgia General     50
            Assembly 2015-2016 Regular Session -
19          HB 566, State house districts
            boundaries of certain districts
20          revise
21    123   Email to Jan Jones from Dan         68
            O'Connor, 2-27-2015 (GA2-001601 -
22          1604)
23
24
25   (Continued on next page)
```

**3**

Donovan Reporting, PC                                          770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                     8891fc2e-7593-48cd-b714-388725094901

John R. Alford, Ph.D.      Georgia State Conference of the NAACP, et al vs Kemp      February 28, 2018

```
 1    199  Spreadsheet titled Henry County -       49
           Comparison of Voter Registration
 2         Data - January 2000-October 2014
           (GA2-000450)
 3
      200  Spreadsheet titled Henry County -       61
 4         Comparison of Voter Registration
           Data - January 2000-October 2014
 5         (GA2-000451)
 6    238  Spreadsheet titled Georgia - Members    64
           Elected to State House November 2014
 7         (Based on Black Percentage of
           Registered Voters October 2014)
 8         (GA2-001172)
 9    246  Spreadsheet titled Georgia - Black      66
           Percentage (October 2014 Active
10         Registered Voters) of State House
           Districts which Elected Democrats
11         November 2014 General Election
           (GA2-001407)
12
      247  Spreadsheet titled Georgia - Black      66
13         Percentage (October 2014 Active
           Registered Voters) of State House
14         Districts which Elected Republicans
           November 2014 General Election
15         (GA2-001408)
16    328  Email thread ending with email to      170
           Andrew J. "Andy" Welch III from
17         April Pair, 3-6-2015 (GA2-0005198 -
           5206)
18
      332  Document titled Exhibit 1, Expert        6
19         Report of John R. Alford Ph.D.
20    333  Reply Report of Jowei Chen Ph.D.         7
21    334  Table 1:  Ecological Inference          51
           Estimates for Racially Contested
22         Elections 2004-2016 and Table 1a:
           EI Estimates with 510,000 Iterations
23
      335  Expert Report of Jowei Chen Ph.D.       77
24
25    (Continued on next page)
```

**4**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094 9d1

John R. Alford, Ph.D.       Georgia State Conference of the NAACP, et al vs Kemp          February 28, 2018

```
 1    336   Document titled                       97
            elec2012_HD105_contest_1.do
 2
      337   2011-2012 Guildelines for the Senate 150
 3          Reapportionment and Redistricting
            Committee ("Committee") and the
 4          2011-2012 Guidelines for the House
            Legislative and Congressional
 5          Reapportionment Committee
            ("Committee")
 6
      338   Rebuttal Declaration of Dr. Peyton   161
 7          McCrary

 8    339   Document titled bo_3cand.r           185

 9

10

11   (End of Index)

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Donovan Reporting, PC                                            770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-3887250949d1

John R. Alford, Ph.D.      Georgia State Conference of the NAACP, et al vs Kemp      February 28, 2018

```
 1              February 29, 2018
 2              9:45 a.m.
 3       (Whereupon the reporter provided a written
 4       disclosure to all counsel pursuant to
 5       Article 8.B. of the Rules and Regulations
 6       of the Board of Court Reporting.)
 7              THE VIDEOGRAPHER:  We're now on the
 8   video record.  The time is 9:45 a.m.  The date
 9   is February 28, 2018.  This is the start of
10   video file number one.
11              Would the court reporter please
12   swear in the witness.
13   JOHN R. ALFORD Ph.D.,
14       being first duly sworn, was examined and
15       testified as follows:
16   EXAMINATION
17   BY MR. GREENBAUM:
18       Q     Good morning, Dr. Alford.
19       A     Good morning.
20       Q     Did you bring any documents with you
21   today?
22       A     I did not.
23       (Whereupon a document was identified as
24       Plaintiff's Exhibit 332.)
25       Q     Okay.  I'm going to show you a
```

Donovan Reporting, PC                                    770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094Э9d1

```
 1   document.  I'm going to mark it as
 2   Exhibit 332.
 3              Dr. Alford, do you recognize that
 4   document, Exhibit 332?
 5        A     This appears to be a copy of my
 6   expert report in this case.
 7        (Whereupon a document was identified
 8        as Plaintiff's Exhibit 333.)
 9        Q     Okay.  Thank you.  I also want to
10   then mark as Plaintiff's 333, Reply Report of
11   Jowei Chen.
12              Dr. Alford, do you recognize that
13   document?
14        A     Yes, I do.
15        Q     So what is it?
16        A     It's the -- it's titled the Reply
17   Report of Jowei Chen.
18        Q     Okay.  Upon receiving Dr. Chen's
19   report, have you done any analysis?
20        A     No.
21        Q     Okay.  Now, you work in cases, I
22   think including this one, with somebody named
23   Randy; is that correct?
24        A     Randy Stevenson, yes.
25        Q     And who is Randy Stevenson?
```

Electronically signed by Joel Moyer (501-161-376-4513)                         8891fc2e-7593-48cd-b714-388725094941

John R. Alford, Ph.D.      Georgia State Conference of the NAACP, et al vs Kemp      February 28, 2018

1      A      He is a professor of political

2   science at Rice University.

3      Q      Okay.

4      A      He's a comparativist and a

5   methodologist.

6      Q      And do you know if Dr. Stevenson has

7   done any analysis in this case since receiving

8   Dr. Chen's report?

9      A      Not any that I know of or under my

10  instruction, no.

11     Q      Okay.  Thank you.  Did you

12  understand, is it -- strike that.

13            Is it your understanding that in the

14  2015 re-redistricting, as it pertains to

15  Districts 105 and 111, that the purpose of it

16  was to make those districts safer for the

17  Republican candidates in those districts to get

18  elected without sacrificing the likelihood that

19  the Republicans in the adjoining districts

20  would get reelected?

21     A      That's my understanding from reading

22  the materials in the case.  I was not involved

23  in any part of this redistricting, so my only

24  knowledge of it comes through the materials

25  I've read in the case.  But that's my

Donovan Reporting, PC                                    770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094 9d1

 1    understanding, is that that -- that was what

 2    initiated the process and that was the goal in

 3    the process.

 4         Q     Okay.  And, in fact, in 2016 that is

 5    exactly what happened, is those Republican

 6    incumbents in 105 and 111 did get reelected;

 7    correct?

 8         A     Yes.

 9         Q     Do you know who Gina Wright is?

10         A     Again, only from reading the reports

11    in this case.  My understanding is that she is

12    involved in assisting the State in redrawing

13    districts and was involved in the process

14    related to these two districts, and I assume to

15    the other -- I know there were other districts

16    in the state that were changed as well, so I'm

17    assuming she provided that service throughout

18    this process.

19         Q     Do you know who Dan O'Connor is?

20         A     No, I don't.

21         Q     Okay.  Do you know who Randy Nix is?

22         A     No, I don't.

23         Q     Okay.  So I'm going to show you the

24    deposition of Randall O. Nix.  All right?  And

25    I want you to take a look at pages 39 and 40 of

Electronically signed by Joel Moyer (501-161-376-4513)                           8891fc2e-7593-48cd-b714-388725094901

John R. Alford, Ph.D.        Georgia State Conference of the NAACP, et al vs Kemp        February 28, 2018

```
 1    it, and I'll direct you.  Basically what I
 2    want, what I want to do is just establish with
 3    you that he was chair of the Redistricting
 4    Committee --
 5          A    Okay.
 6          Q    -- when the re-redistricting took
 7    place.
 8          A    All right.
 9          Q    Okay?
10          A    And is this -- is this being --
11          Q    I'm not going to mark it as an
12    exhibit.
13          A    Okay.  I just want to make sure
14    before I grab something that I'm not --
15          Q    Right.  It's at the -- if you look
16    at 39, line 21, to page 40, line 3.  And go
17    down to 40, line 7.
18          A    So this lists his various --
19          Q    Right.
20          A    -- positions.  And the last one
21    listed is chairman of the Legislative and
22    Congressional Reapportionment Committee, and he
23    answers correct.
24          Q    And so it would be fair to say that
25    if Chairman Nix is testifying truthfully, he
```

**10**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094941

1    would have had a significant role as a

2    legislator in the 2015 re-redistricting;

3    correct?

4         A    I would think so, but I don't -- I'm

5    not familiar with how the committee process

6    works.

7         Q    Sure.

8         A    So this would suggest that he had a

9    position in that, in that regard.

10        Q    Okay.  I want to now take you --

11   because I want to go back and sort of establish

12   how Chairman Nix characterized Dan O'Connor's

13   role because I'm going to be, during the course

14   of your deposition, showing you tables and

15   emails from Mr. O'Connor in this case.  Okay?

16        A    Okay.

17        Q    All right.  So if you to go to page

18   93 and you look at line 9 and then you go to

19   page 94, line 3.  93, 9, to 94, line 3.

20        A    I'm sorry.  Where was I supposed to

21   stop?  It was getting interesting.

22        Q    Page 94, line 3.

23        A    Oh.

24        Q    You can keep going further if you

25   want.

**11**

Electronically signed by Joel Moyer (501-161-376-4513)                                    8891fc2e-7593-48cd-b714-388725094d91

```
 1        A     Oh, okay.  I got the, I think I got

 2   the gist of that.

 3        Q     Okay.  So according to Chairman Nix,

 4   O'Connor knew more about the maps than any

 5   human being alive.  And he further says that he

 6   knew the -- every district and pretty much the

 7   boundaries and that he knew all the stats.  Is

 8   that a fair characterization of what Chairman

 9   Nix says in his deposition?

10             MR. PARK:  Object to the form.  The

11   deposition speaks for itself.  You can answer.

12        A     That's basically what he seems to be

13   suggesting, that he's an expert, a local expert

14   in this area and -- that's what he says.

15        Q     Okay.  And then I want to quickly

16   take you back to page 92, and just starting --

17   the question that starts on line four and ends

18   on line 21.  And I just want to ask you, is

19   it -- is it a fair characterization of

20   Chairman Nix's testimony that during the course

21   of the redistricting, he was talking to

22   Mr. O'Connor probably daily?

23        A     "I talked to him probably daily," is

24   what he said.

25        Q     So, so is it a fair
```

**12**

1   characterization?

2        A     I think so.

3        Q     Okay.  Thank you.  So we've estab --

4   so according to Chairman Nix, Mr. O'Connor knew

5   more about the maps than anybody alive, he was

6   the person that was familiar with the

7   statistics, and Nix during the redistricting

8   process was talking to him probably every day;

9   correct?

10       A     I guess I'm -- he follows up -- I'm

11  not sure what the time period he's referring to

12  because he says, when we were trying to

13  finalize this, I talked to him probably every

14  day.  And then he says, on a general basis --

15  so I guess I'm not sure what he means by, "when

16  we were trying to finalize this."

17             But whatever that time frame was,

18  he's -- in that time frame of when they were

19  trying to finalize this, he's saying they met

20  daily.  But other than that, they didn't --

21       Q     Okay.

22       A     -- they didn't typically see each

23  other that often, so.

24       Q     Okay.  But would it be fair to say,

25  during the key portion of when they were

**13**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094901

```
 1    conducting the re-redistricting, Nix and

 2    O'Connor were talking basically on a daily

 3    basis?

 4         A     I just don't know.  In my

 5    experience, there's -- the redistricting

 6    process, there's often a lengthy, a lengthy

 7    development of district plans and so forth, and

 8    then sometimes finalizing it is a matter of

 9    days.  Sometimes --

10         Q     Okay.

11         A     -- it's more likely -- so I don't

12    know if he means that he basically had fairly

13    extensive contact with him.  Again, I don't

14    know what he means by, "when we were trying to

15    finalize this."

16              He's not saying, during the

17    redistricting process, we met on a daily basis.

18    He's saying, when we were trying to finalize

19    it, I talked to him probably daily, so I just

20    don't know what is -- there's a follow-up about

21    that time period.

22         Q     Sure.

23         A     But I don't know what that time

24    period refers to.

25         Q     Okay.  So we'll step back from that
```

**14**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-3887250949d1

 1   specific point.  But is it fair to say that

 2   O'Connor was fairly involved in the process,

 3   according to Chairman Nix?

 4       A    Yes.

 5       Q    Okay.  All right.  So going from the

 6   perspective of what the intent was in 105 and

 7   111, to make it more likely that those

 8   incumbents would get reelected without

 9   sacrificing what would happen to the other

10   incumbents, we've established that as the basic

11   principle that they were following; correct?

12       A    I don't know if you have or not.  I

13   mean, we agree that that's -- from what I've

14   read here, that's what's stated to be the

15   purpose.

16       Q    Okay.

17       A    I don't know what -- I don't do

18   intent analysis.  I don't know what their

19   intent was, but that -- seems to me that's the

20   most commonly stated purpose of this process.

21       Q    Okay.  We agree, though, that that's

22   the stated purpose of this process?

23       A    Yes.

24       Q    All right.  So in doing that, from

25   the perspective of the plan drawer, the purpose

**15**

Electronically signed by Joel Moyer (501-161-376-4513)                                    8891fc2e-7593-48cd-b714-388725094961

```
 1    is for Republicans in 105 and 111 to beat

 2    whatever Democrats run in 105 and 111; correct?

 3         A     I would think that's what they were

 4    hoping to achieve.

 5         Q     Right.  That's what they were hoping

 6    to achieve.  And from the perspective of the

 7    plan drawer, the plan drawer needed to draw a

 8    district where that incumbent, where that

 9    Republican candidate, would prevail against the

10    Democratic candidate regardless of whether the

11    Democratic candidate was white or black;

12    correct?

13         A     Yes.  I don't think this is about

14    the race of the candidate.  It's about the --

15    it is about the party.

16         Q     That, from the perspective of the

17    plan drawer, they didn't care what the race of

18    the Democratic candidate was; correct?

19         A     Well, I have no idea whether they

20    cared or not.  But in terms of the -- if the

21    purpose is to aid in the reelection or election

22    of a Republican, then you're -- you basically

23    are concerned about how well Republicans and

24    how well Democrats do.

25              You wouldn't really care what the
```

**16**

John R. Alford, Ph.D.       Georgia State Conference of the NAACP, et al vs Kemp       February 28, 2018

```
 1   race of the Republican or the ethnicity of any
 2   of those candidates.  But, again, I don't, I
 3   don't know that they didn't care about it.  I
 4   just -- if that's all you're trying to do is
 5   aid the party, then all you care about is the
 6   party.
 7        Q    Okay.  So let's talk about the
 8   voters' part of it now.  As part of the stated
 9   purpose to make it more likely the Republicans
10   in 105 and 111 would get reelected while not
11   sacrificing the Republicans in the adjoining
12   districts, is it fair to say that the plan
13   drawers would look at trying to come up with a
14   composition of voters in each of these
15   districts that would make it most likely that
16   Republicans would be elected from all of the
17   districts?
18        A    Okay.  I have no idea.  Are you
19   asking me what I would be doing or what I think
20   they were doing or what they would have -- what
21   they ought to have been doing or would have to
22   have been doing?
23        Q    All right.  Let's say it were you.
24   If you were told that that -- you were given
25   the objective of, okay, we want you to make
```

**17**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094901

```
 1    Districts 105 and 111 more likely to elect
 2    Republicans without sacrificing the likelihood
 3    that Republicans would be elected in the
 4    adjoining districts, you would look very
 5    carefully at making sure that the voters that
 6    you assign to the various districts would make
 7    it most likely to achieve the result of
 8    Republicans getting elected from all the
 9    districts; correct?
10         A    I -- I mean, I've never been
11    involved in a redistricting in which there were
12    not competing concerns.  So if -- I suppose if
13    you were told that that's the only thing
14    anybody cared about, I just -- in my experience
15    in drawing district lines, people care about a
16    lot of things.
17              And so I know, for example, that
18    it's easy to say someone in a secure Republican
19    district might be willing to give up votes
20    because it would, it would assist electing a
21    Republican in an adjacent district.
22              But I've dealt in redistricting with
23    cases where a person in a secure district
24    refers to -- refuses to give up any voters at
25    all.  And, obviously, there are multitude of
```

**18**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094 9d1

1  other considerations in redistricting.

2          So I don't think, I don't think it's

3  the case that you usually are simply

4  rearranging voters in order to maximize, in

5  this case, Republican opportunities in two

6  districts.  I think you're usually attempting

7  to basically balance a large number of

8  concerns, some of them general, but often some

9  of them very idiosyncratic.

10     Q     Okay.  Now, I'm talk -- so let's go

11  back to this specific one.  And is it your

12  understanding that when it came to 105, there

13  was a shift in population between 105 and 104?

14     A     Yes.

15     Q     And is it your understanding that,

16  that the purpose was to shift voters in such a

17  way so that Republicans would get elected from

18  105 and 104 going forward?

19     A     So just to be clear, my

20  understanding was that the, the intent was to

21  increase the likelihood that the -- that

22  Republicans could hold 105 without -- or to

23  whatever extent you could, while still securing

24  the agreement of the adjoining district.

25          And so, again, it's -- and I don't

**19**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094901

1   know -- beyond that, I don't know -- in my

2   experience, incumbents often care a lot about

3   factors other than just sort of raw partisan

4   numbers.  They care about neighborhoods.  They

5   care about things that are located.

6              So they care about whether a school

7   is in their district or not, a manufacturing

8   facility.  They care about whether their uncle

9   is in their district or not.

10             So very often they have very

11  specific sort of geographic -- they provide

12  very specific geographic possibilities.  So

13  when I'm redrawing school board districts, for

14  example, the issue of where a school ends up,

15  the issue where -- sometimes even where a

16  particular person who's been supportive of a

17  member lives.

18             An incumbent can very quickly say --

19  what I usually ask them is, you know, tell me

20  some neighborhoods that I can move and you

21  wouldn't kill me.  And they can very quickly

22  say, you know, you can have this, you cannot

23  have this, you know, this, under no condition

24  this.

25             I don't know what all goes into

**20**

Electronically signed by Joel Moyer (501-161-376-4513)                                        8891fc2e-7593-48cd-b714-3887250949d1

 1   those calculations, but I know that the

 2   geography of a district is a very personal

 3   thing for an incumbent.

 4        Q    Okay.  Fair enough.  So what you're

 5   saying is that there may have been additional

 6   interests as well as the interests of making

 7   sure that Republicans would get reelected from

 8   those two districts; correct?

 9        A    I've never been involved in drawing

10   districts in which there were not other -- so,

11   yes, I'm assuming.  But, again, I could be

12   wrong here because I don't know anything about

13   the internal details of this.

14        Q    Sure.

15        A    But based on my experience, I would

16   assume that there were, in particular in this

17   case where you're not broadly considering the

18   entire plan but are actually trying to

19   negotiate a swap between two incumbents, I

20   would assume there were for both of those

21   incumbents other issues.

22        Q    Okay.  But this, but this was a sort

23   of must issue; correct?  I understand that

24   there may have been other issues.  But one

25   thing that the plan drawer had to make sure of

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094d1

John R. Alford, Ph.D.      Georgia State Conference of the NAACP, et al vs Kemp      February 28, 2018

1   is that it would make it more likely that a

2   Republican would be reelected from 105 and that

3   the Republican from 104 would not be put in

4   danger; correct?

5        A     I'm -- the overriding goal was to

6   see if you could make a change that would make

7   it less likely that the incumbent in 105 would

8   be defeated.  So I would think that the

9   incumbent in 105 -- I'm just concerned about

10  saying, saying basically that you want to, you

11  want to make this a Republican district or

12  assure that it's a Republican district.

13           The incumbent in 105, I assume,

14  would have accepted anything that offered

15  improvement, however slight.  And in terms of

16  the incumbent that you're borrowing territory

17  from, I don't know whether they -- I'm sure the

18  statewide perspective was that it didn't make

19  any sense to trade one Republican seat for

20  another.

21           But from the perspective of the

22  incumbents in the two districts, it's a

23  different -- it might be a different situation.

24       Q     Okay.  And the idea there from the

25  plan drawer is to make sure that you get a

**22**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094 9d1

```
 1   balance of voters in those two districts that,

 2   among other things, would make it, would make

 3   it likely that Republicans would be elected

 4   from 104 and 105?

 5        A     That would certainly be one of the

 6   things that you're trying to, in all these --

 7   with all these other complications, the

 8   underlying goal I think would be to see to what

 9   degree you could achieve that overriding goal

10   given sort of the realities on the ground.

11        Q     Okay.  And I want to say the same

12   thing down in 111, in the adjoining districts.

13        A     I would agree.

14        Q     Okay.  And so in order to do that

15   from the perspective of the plan drawer, you

16   would like to have as much information as

17   possible as to how the voters in these

18   districts actually vote; correct?

19        A     In a -- sort of in an ideal world,

20   that might be something you'd like to have.

21        Q     You're going to -- you're going to

22   use the best information that you have

23   available to you.  And I understand that there

24   are resource limitations, et cetera.  But

25   you're going to use the best information that
```

**23**

1   you have to make sure you achieve the result
2   that Republicans will get elected from all
3   these districts?
4        A    I don't know how this was -- I mean,
5   so again, I can answer this from the
6   perspective of my experience in drawing local
7   districts, but I don't know what happened in
8   this particular instance.
9        Q    All right.  So I want to talk about
10  how you would approach it then.  If you were
11  approaching this situation and you knew as an
12  end goal the idea was that Republicans -- at
13  the end of the day, you wanted Republicans
14  elected from 104 and 105 in Gwinnett and
15  Republicans elected from 73, 109, 110, 111, and
16  130 in Henry County, that you would use the
17  best information that you had available to you
18  about the voters to make sure you had the
19  proper balance of voters so that Republicans
20  would get elected from all those districts;
21  correct?
22       A    You might.  I would say in most of
23  my experience in drawing -- in these kinds of
24  issues in drawing -- excuse me, in drawing
25  local districts, so I very often draw local

**24**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094901

John R. Alford, Ph.D.       Georgia State Conference of the NAACP, et al vs Kemp       February 28, 2018

1    districts with no political information at all

2    simply because the -- if the issue is basically

3    moving territory between, for example, between

4    two incumbents' districts, sort of the typical

5    conversation is you meet with the incumbent in

6    district A and say, what do you need, and you

7    meet with the incumbent in district B and say,

8    what can you contribute.

9            And I simply rely on the fact that

10   they have local political knowledge.  They're

11   the incumbents.  They probably know their

12   districts better than anyone.  And so I

13   typically rely on them to provide that

14   information, that if they turn out to be wrong,

15   that -- I mean, they made their choice.

16           I can't -- if I come in with -- if

17   other information is available and I come in

18   with it, I might be able to persuade them.  But

19   in my experience, in my experience,

20   incumbent -- in other words, an incumbent is,

21   is not simply -- doesn't deal with her district

22   as a set of R and D voters or in a nonpartisan

23   election, a sort of favor-me or don't-favor-me

24   voters, but deals with that as a complex whole

25   of contributors, supporters.

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094 9d1

```
 1              I mean, I drew a district once where
 2    someone told me that I had to take out an area
 3    that had three people living in it, and that
 4    was the only goal they had in redrawing their
 5    district.  And I said, look, it's going to make
 6    the district ugly.  It couldn't possibly
 7    matter.
 8              And they said one of those three
 9    people is going to run against me.  One of
10    those three people has made that very, very
11    clear.  So my only goal in this process is to
12    make sure that if they run against somebody,
13    it's not me.
14         Q    All right.
15         A    Again, I don't know what --
16         Q    Okay.
17         A    I can't bring much to that.  If the
18    incumbents say, look, you know, you're the,
19    you're the expert on state elections, whatever,
20    you tell us and -- what to do, and we'll, you
21    know, we'll sign off on it, that would be one
22    thing.
23              But in my experience, most of what
24    you, most of what you do in these kinds of swap
25    issues is basically accept as -- the party
```

**26**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094941

1    that's the most interested party and the party

2    with the most local knowledge is usually the

3    incumbent.

4            It's different if you're drawing

5    districts for the first time and there are no

6    incumbents.  But when you're redrawing

7    districts that are occupied by incumbents, you

8    just assume that the incumbent has an interest

9    in being reelected.  And if they're asking for

10   territory that may help, they think it helps

11   them politically, then you'd assume that the

12   person giving up territory is not cutting their

13   own throat.

14       Q    All right.  So let's move it back to

15   Georgia, and let's go back -- let's move it

16   back to Representative Nix's deposition.  And I

17   want to refer you to page 95, line 8, and go to

18   page 96, line 5, and basically see if you agree

19   with me that what Chairman Nix says is down in

20   Georgia that they were relying on the

21   Reapportionment Office as playing the primary

22   role of putting the plan together.

23       A    So he's suggesting that the division

24   of labor was that the Reapportionment Office

25   was primarily involved, along with the

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094941

 1   legislative counsel, in sort of fitting the

 2   parameters to this and that -- I guess that he

 3   saw his responsibility as something broader.

 4        Q     Yeah.  What I want to say, what I

 5   want to say is, okay, look, you've given the

 6   situation where you've been asked to draw

 7   districts in local jurisdictions.  I certainly

 8   understand that in that situation you may not

 9   be familiar with that locality at all whereas

10   the people who are on the School Board are

11   familiar.

12             This is a situation in Georgia where

13   they have a Reapportionment Office whose job it

14   is, is to draw districts both for the state and

15   for various local jurisdictions.  So they're

16   coming at it with a greater degree of local

17   knowledge than you might have if it's a

18   jurisdiction that you're not familiar with;

19   correct?

20        A     I would think so.

21        Q     And they also -- and we also know

22   from the depositions in this case that in

23   Georgia that they had at least three sets of

24   data that they relied upon when they were

25   drawing districts, that they -- that, first of

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094941

John R. Alford, Ph.D.      Georgia State Conference of the NAACP, et al vs Kemp      February 28, 2018

```
 1   all, you have census data.  You have racial
 2   data from the census; correct?
 3        A    That's correct.
 4        Q    You also have racial voting data at
 5   the precinct level; correct?
 6        A    That's correct.
 7        Q    And the third that you have is you
 8   have partisan election results at the precinct
 9   level; correct?
10        A    That's correct.
11        Q    And so if you were in the position
12   of trying to make sure that these seven
13   districts would all reelect Republicans,
14   wouldn't you use all three sets of those data,
15   to the extent possible, to make sure that you
16   were achieving the goal that Republicans would
17   be elected from all seven districts?
18        A    I guess I don't -- I don't think
19   we're describing necessarily very different
20   situations.  So when I was discussing redrawing
21   School Board, I mean, I'm hired because I have
22   all that information.  I'm -- in that sense,
23   the School District -- the School Board has put
24   me in the position of being the legislative
25   redistricting board.
```

**29**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094941

John R. Alford, Ph.D.       Georgia State Conference of the NAACP, et al vs Kemp       February 28, 2018

```
 1              I'm the one who has the maps.  I
 2   have all the data that goes with the maps.  I'm
 3   the one who's drawing the lines.  And then the
 4   first thing the Board tells me to do is, you
 5   know, get the big map and go meet individually
 6   with every member of the School Board because
 7   the School Board has to pass the map.
 8        Q     I don't mean to cut you off, but I
 9   want to ask you something specific about,
10   wouldn't you rely on those three sets of data
11   that I've just talked about?  You might rely on
12   other things as well, but wouldn't you rely on
13   those three sets of data in terms of making
14   sure that whatever districting plan was passed
15   was likely to elect Republicans from all seven
16   districts?
17        A     It would -- I mean, certainly, that
18   would provide a check on whatever it was you
19   were able to achieve.  But I think in a
20   situation like this where you're, you're
21   dealing with a limited set of changes to a
22   statewide map, all of which have to be agreed
23   to, whether they're Democratic or Republican,
24   by the respective incumbents, I mean, the main,
25   the main constraint -- I mean, as I understand
```

**30**

Electronically signed by Joel Moyer (501-161-376-4513)                        8891fc2e-7593-48cd-b714-388725094d1

```
 1    it, that was one of the principles beyond

 2    helping Democrats or helping Republicans,

 3    incumbents in their individual districts.

 4              One of the constraints was that they

 5    weren't going to make changes, sort of a

 6    senatorial courtesy kind of thing, they weren't

 7    going to make changes that the -- if anybody

 8    had territory shifted, everybody who had lost

 9    or gained territory had to agree.

10       Q     Right.

11       A     So in that situation to me, the

12    immediate, most important political interest is

13    securing that agreement.  So I wouldn't draw, I

14    wouldn't draw the districts de novo because I

15    already know what has to happen here.  The

16    incumbents have to agree.  So I would -- I

17    might check --

18       Q     Okay.

19       A     -- their --

20       Q     So we agree that the incumbents have

21    to agree.  All right.  Let's take that out of

22    the picture.  I'm asking you something

23    specific.  And that is, as part of what you

24    would do, wouldn't you rely on those three sets

25    of data, the census data, the racial data by
```

**31**

Electronically signed by Joel Moyer (501-161-376-4513)                                      8891fc2e-7593-48cd-b714-388725094901

```
 1   precinct, and the political performance data by
 2   precinct, in drawing a plan that is most likely
 3   to ensure that Republicans are elected from
 4   those seven districts?
 5            You may rely on other things as
 6   well, but wouldn't you rely on those three sets
 7   of data?
 8       A     So to the -- if I was attempting to
 9   assess the degree to which the agreed changes
10   would meet that objective, to the extent I
11   could, I would rely on that data to assess
12   that, that likelihood.
13            That's -- I think the question is --
14   I guess I don't, I don't -- I would presume
15   that that would not be the starting point, but
16   I don't know what was the starting point here.
17            But the end point would be one in
18   which, particularly when drawing districts like
19   this that are narrowly local, you'd be relying
20   on the political expertise of the two
21   incumbents more than you would be, you know,
22   past election data.
23       Q     All right.  I understand that there
24   might be other things that you would rely on.
25   But isn't it the case that you would rely, if
```

Electronically signed by Joel Moyer (501-161-376-4513)                          8891fc2e-7593-48cd-b714-388725094 9d1

1    you were in Gina Wright's shoes, that you would

2    rely and make sure that Republicans would get

3    reelected and, in part of doing that, you would

4    rely -- you would look at the census data, the

5    voter registration data, and the partisan

6    performance data?  Yes or no?

7         A     Again, I mean, my understanding is

8    that there were also Democratic districts that

9    were being redrawn to help Democrats.  So --

10        Q     I'm not --

11        A     -- whether it's Republicans or

12   Democrats.

13        Q     We're not talking about that.  We're

14   talking about 105 and 111 and the districts

15   that are adjoining them, and I've asked you a

16   very simple question, and I would like an

17   answer to that question.

18              And that is:  Isn't it the case that

19   among the data that you would rely on would be

20   census data, the racial census data, the race

21   data by precinct, and the partisan performance

22   data by precinct?

23        A     If -- assuming the state has all

24   that in their system, which I think they do as

25   I understand it, then those were things that

Electronically signed by Joel Moyer (501-161-376-4513)                                      8891fc2e-7593-48cd-b714-388725094941

1   you could use to evaluate various proposals for

2   how this might be achieved or that you could

3   use to tell someone like the chairman what you

4   think has been achieved in the -- in whatever

5   the swaps are that have been agreed to by the

6   members.

7       Q     And you -- not only you could, you

8   would; right?

9       A     If I was asked, if that's what

10   the -- what the chairman wanted me to do, I

11   would.

12      Q     If what the chairman wanted you to

13   do was to make sure Republicans get elected

14   from all these seven districts, wouldn't you,

15   among other things, rely on the census data,

16   the partisan performance data, and the voter

17   registration by race data?

18      A     I guess my caveat here is -- my

19   understanding is that we're cutting precincts

20   here, in which case the only way that you're

21   going to be able to understand the political

22   effect of cutting precincts is to rely on the

23   incumbents or to rely on a person with local

24   expertise.

25      Q     Or to rely on the census data?

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094901

```
 1        A     You could rely on the census data,
 2   but I think here the -- what we discussed here
 3   was that they have this person who basically
 4   knows every district, every whatever.  I mean,
 5   this is not an uncommon occurrence.
 6        Q     Okay.  So --
 7        A     So you have, you have specific
 8   knowledge.
 9        Q     So what you would say is you would
10   rely on somebody like O'Connor --
11        A     If --
12        Q     -- and his knowledge?
13        A     If he had knowledge of this
14   particular area, then he could probably tell
15   you something about the politics of -- I mean,
16   I know -- I don't know him personally, but I've
17   worked before with local political experts who
18   can tell you almost block by block what a
19   neighborhood is like.
20              This neighborhood was established by
21   Polish workers who came to work in a boiler
22   factory.  They're now over 65.  The
23   neighborhood is now half Hispanic.  But people
24   have intense local knowledge that's really much
25   richer than what you'd get from tract level
```

**35**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094d1

John R. Alford, Ph.D.      Georgia State Conference of the NAACP, et al vs Kemp      February 28, 2018

```
 1   census data or precinct level demographics.
 2            That's why people like that are
 3   employed in these jobs and not just people like
 4   me who can do statistical analysis but are not
 5   local experts.  And here, that, I assume, is
 6   also why the incumbents wouldn't turn this
 7   process over to a data person because their
 8   concern is, is very specifically with a
 9   political outcome that can't be judged solely
10   on the basis of adding up a set of precincts,
11   even if they were whole precincts.
12            I mean, that's, that's just the
13   fact.  The numbers that you get from adding up
14   precincts are useful indicators.  But local
15   knowledge is a different -- has a different --
16   is a richer picture of what these geographies
17   are like.
18       Q    I understand the point about local
19   knowledge, and I just want to go back to, you
20   would, at least in part -- let me ask it the
21   other way.
22            Would you, would you draw the plans
23   without looking at the racial census data, the
24   partisan performance data, or the voter
25   registration by race data?
```

Donovan Reporting, PC                                    770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094941

```
 1        A      Again, that's the -- the question's
 2   about the drawing versus the what I call
 3   scrubbing or checking the districts.  So my
 4   responsibility often is not to draw the
 5   districts at all.
 6        Q      All right.
 7        A      But to check the districts.
 8        Q      Let me --
 9        A      And certainly, I would check the
10   districts --
11        Q      I'll let you -- I just -- I want to
12   make a simple point.  At some part in the
13   process, wouldn't you refer to, to, at a
14   minimum to make sure that you're not putting an
15   incumbent in danger, wouldn't you look at the
16   racial census data, the partisan performance
17   data, and the voter registration by race data?
18        A      No.
19        Q      You wouldn't?
20        A      No.
21        Q      You wouldn't look at -- you
22   wouldn't -- which ones would you not look at at
23   all, you would just draw the plans and
24   completely ignore?
25        A      You didn't ask which ones I would
```

Donovan Reporting, PC

770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                                    8891fc2e-7593-48cd-b714-388725094a9d1

```
 1    look at.  You asked which ones I would look at
 2    to make sure I wasn't putting an incumbent in
 3    danger.
 4         Q    Okay.  I'm talking --
 5         A    I don't look at the racial data to
 6    decide if I'm putting an incumbent in danger.
 7         Q    You don't look at the racial data at
 8    all?
 9         A    I look at --
10         Q    You wouldn't in Georgia?
11         A    I didn't say that.  I said, and I'll
12    repeat it, I would not look at the racial data
13    to ensure that I was not putting an incumbent
14    in danger.
15              You have to look at the racial data.
16    Georgia, it's covered by Section 2 of the
17    Voting Rights Act, as is the rest of the
18    country.  So when you're redrawing districts,
19    there is racial data that --
20         Q    All right.  I'm not talking about
21    compliance --
22         A    -- you pay attention to.
23         Q    -- with the Voting Rights Act.  I'm
24    talking about for the sole reason of making
25    sure that Republican incumbents would get
```

**38**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094 9d1

1    elected.  You would not look at the racial data

2    at all in Georgia is what you're saying?

3         A     If, if, if incumbents were swapping

4    precincts in order to get themselves elected, I

5    would check the racial data for the purpose of

6    making sure that they -- this change wasn't in

7    fact going to create a Section 2 liability.  I

8    don't know any jurisdiction that wouldn't be

9    aware that it had a Section 2 liability.

10        Q     Okay.

11        A     I wouldn't, I wouldn't check the

12   racial data to make sure that this was going to

13   help the incumbents get reelected.

14        Q     Now, isn't it fair to say that both

15   you and Dr. Chen have found that most blacks

16   vote for Democrats and most blacks -- most

17   non-blacks vote for Republicans in the

18   elections that you analyzed?

19        A     That's correct.

20        Q     And so wouldn't it be the case that

21   in the elections that you analyzed in which you

22   focused on the precincts in 105 and 111 that

23   the higher, the higher the black percentage,

24   the more likely a Democrat would get elected

25   and the higher the Republican percentage of the

Electronically signed by Joel Moyer (501-161-376-4513)                                    8891fc2e-7593-48cd-b714-388725094901

1   district, the more likely a Republican would

2   get elected?

3        A     I think that's, again, generally

4   true as a general matter.  It may not be as a

5   local matter.

6        Q     Okay.  Well, let's talk about 105

7   and 111, and let's talk about, let's talk about

8   the polarized voting analysis.  Let's talk

9   about the specific elections that you looked at

10  and the specific elections that Dr. Chen looked

11  at, the set of elections that between the two

12  of you thought was the most relevant.

13             Isn't it the case that you agree

14  that blacks are far more likely to vote for

15  Democrats and white -- and non-blacks are far

16  more likely to vote for Republicans?

17       A     I think that's a fair

18  characterization.

19       Q     Okay.  So in the specific elections

20  that you looked at, that you looked at, the

21  higher the black percentage of the electorate,

22  the better the Democratic candidate is likely

23  to perform?

24       A     Again, that's -- you're, you're just

25  saying, on the basis of a polarization

**40**

```
1    analysis, how do we characterize the likelihood
2    of the two groups voting?  And if that's the
3    only issue, then that would be broadly true.
4         Q     But that's true for -- is there
5    election -- is there an election that you
6    analyzed in this case where it was not the case
7    that blacks were more likely to vote for a
8    Democrat and whites were more likely to vote
9    for a Republican?
10        A     No.  I've never seen -- if such an
11   election exists in modern history in Georgia, I
12   haven't seen it.
13        Q     You haven't seen what?
14        A     An election in which blacks are more
15   likely to vote Republican and whites are more
16   likely to vote Democratic.
17        Q     Okay.  So every election you've seen
18   in Georgia, blacks are more likely to vote
19   Democrat and whites are more likely to vote
20   Republican; correct?
21        A     Correct.
22        Q     And so the racial composition of the
23   district matters in terms of whether you're
24   looking at whether a Democrat or a Republican
25   is likely to get elected?
```

**41**

Donovan Reporting, PC                          770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-3887250949d1

```
 1        A      It -- yes, it matters, but it's not
 2   the only thing.  I mean, I've been involved in
 3   a case in Texas where a very large part of the
 4   case turns on the issue that the state was
 5   increasing the proportion Hispanic in a
 6   district in order to help a Republican.
 7        Q      Okay.  I'm not talking about Texas
 8   now.  I'm talking about Georgia.  Okay?  We're
 9   talking about Georgia.  And your experience in
10   Georgia has been the more -- that your
11   experience has been that Democrats vote --
12   strike --
13             Your experience in Georgia is that
14   blacks vote Democrat and whites vote
15   Republican; correct?
16        A      Yes.  And maybe here's where we're
17   misunderstanding each other.
18        Q      Okay.
19        A      It's -- that's -- while that's true
20   and they do it in fairly -- they're fairly
21   different in that regard.
22        Q      What do you mean by, "they're fairly
23   different," if you could explain?
24        A      They're fairly different as in, sort
25   of roughly speaking, nationally between 80 and
```

**42**

Electronically signed by Joel Moyer (501-161-376-4513)                                    8891fc2e-7593-48cd-b714-388725094d9d1

```
 1   90 percent of blacks vote Democratic, and I
 2   think that's also true in Georgia.
 3        Q    Okay.
 4        A    It's true in Georgia I think that
 5   something between 20 to 30 percent of whites
 6   vote Democratic.
 7        Q    Okay.
 8        A    So, again, they're much more likely
 9   to vote Republican.  But that's not nearly as
10   dramatic as the difference between the
11   likelihood that Republicans will vote
12   Republican, which is almost a hundred percent,
13   and Democrats will vote Democratic, which is
14   almost a hundred percent.
15        Q    Wait.  I don't understand.  Oh, oh.
16   I understand.  You're --
17        A    So when I'm drawing --
18        Q    What you're saying is that there's
19   correlation between -- but in Georgia, we don't
20   actually know from the voter registration
21   application who's a Republican, do we?
22        A    I -- we may not know from the voter
23   registration application.  But if you're saying
24   we don't -- we have no way of telling whether a
25   group of -- for example, we have no way of
```

**43**

Electronically signed by Joel Moyer (501-161-376-4513)                          8891fc2e-7593-48cd-b714-388725094941

1   locating white Democrats, we certainly do.

2        Q     I'm -- well, let's talk about the

3   Reapportionment Office and what it had.

4        A     Yes.

5        Q     What it had were three sets of data.

6   It had the racial census data, it had the voter

7   registration data by race, by precinct, and it

8   had the political performance data by precinct.

9             So in terms of what this

10  Reapportionment Office had, it did not have

11  available to it as a data set who in a

12  particular -- what white voter in a particular

13  district votes Democrat and what white voter in

14  a particular district votes Republican;

15  correct?  Or strike that.

16             What this Reapportionment Office did

17  not have is a data set that identified for

18  particular voters what their party affiliation

19  was?

20        A     That's correct.

21        Q     They did -- they -- what they did

22  have though, at the, at least the census -- in

23  fact -- strike that.

24             In terms of the partisan data that

25  they have, they had available to it, they

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-3887250949d1

1    didn't have any partisan data available at

2    anything below the precinct level; correct?

3         A     Right.  There's no data about how

4    people vote or about partisanship at a level

5    below the precinct level.

6         Q     Okay.

7         A     So there's racial data below the

8    precinct level, but not, not something to

9    connect that to in terms of -- so we don't --

10   for individual voters, we don't know -- well,

11   we know whether they're self-described as black

12   or white.  We don't know their party, and we

13   don't know how they voted.  They don't tell us

14   how they voted.

15        Q     Right, right.

16        A     So we don't have that at the

17   individual level either.

18        Q     Right.  One of the things, one of

19   the things we do know in Georgia, as you said,

20   is that we know that most blacks vote Democrat

21   and most whites vote Republican; correct?

22        A     Again, that's true across geography.

23   But as I pointed out, there are substantial --

24        Q     Okay.  Let me --

25        A     -- white --

**45**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094901d

1       Q      Let's talk about 105 and 111.

2       A      Okay.

3       Q      In every election that you and

4    Dr. Chen analyzed in 105 and 111, blacks went

5    for the Democrat and whites went for the

6    Republican; correct?

7       A      Okay.  Again, if you're talking --

8    we've discussed this, and I've agreed that in

9    the aggregate in those districts something

10   about 80 percent plus of blacks are voting

11   Democratic and in something around 70 percent

12   of whites are voting Republican.

13      Q      Okay.

14      A      But my point is that if you're

15   talking about the performance of a district,

16   the 30 percent of whites who vote Democratic

17   are crucial to the party balance in a district.

18   Because as a smaller proportion, the 10,

19   15 percent of blacks who vote Republican are

20   probably less crucial.  But in a district

21   that's heavily black, they are important.

22           But to argue that you basically can

23   ignore the fact -- to basically to treat every

24   time you move a white voter around, you're in a

25   local area, to argue that automatically helps

Electronically signed by Joel Moyer (501-161-376-4513)                        8891fc2e-7593-48cd-b714-388725094941

```
 1   you as a Republican, I don't think -- I mean,
 2   Republican -- I assume Republican incumbents
 3   are aware that there are white Democrats in
 4   Georgia.
 5            And, I mean, if you have some local
 6   knowledge, that local knowledge -- the most
 7   important thing about a particular part of the
 8   district is an understanding of whether the
 9   people in that part of the district are likely
10   to vote Democratic or Republican.
11       Q    Okay.  So in this particular case,
12   you do not know one way or another whether
13   particular legislators went to the
14   Reapportionment Office and said, make sure,
15   make sure that this particular voter ends up in
16   my district because this voter is, I guess, a
17   black Republican, or make sure that this set of
18   white voters are not in my district because I
19   know these voters are white Democrats; correct?
20       A    I don't think anybody is dealing
21   with this at the voter level.  That's not my
22   point.  I mean, I can look across a geography
23   I'm familiar with, and I can tell you that in
24   Kingwood, Texas, 30 percent of the whites don't
25   vote Democratic.
```

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-3887250949d1

1             But suburban whites vote differently

2    than inner city whites.  In other words, these

3    are -- the concentration of -- it's true in the

4    aggregate that you have 30 percent of or 20

5    percent of whites voting Democratic, but that

6    is not true as you move area by area.

7             So I'm just saying, you can't just

8    assume that because there's a correlation that

9    that's all the knowledge anybody has and that's

10   what they would draw on the basis of.

11        Q     I'm not saying that's the only

12   thing.  But all other things being equal, isn't

13   it true in Georgia that the more -- the higher

14   the black percentage is in a district, the more

15   likely a Democrat gets elected, and the

16   higher -- and the higher the non-black

17   percentage is, the more likely a Republican

18   gets elected?

19        A     Across districts, I think that's

20   true.

21        Q     Okay.  And I'm going to, I'm going

22   to actually show you some data from Georgia.

23   And these are, these are tables from

24   Mr. O'Connor in this case showing what happens

25   in Georgia.

**48**

1          Give me just a second.  And actually

2   before I get to those tables, would you agree

3   with me generally -- actually, you know

4   Gwinnett County well and the Gwinnett County

5   case.  Is it fair to say that in Gwinnett

6   County the African-American percentage of the

7   electorate is increasing and the white

8   percentage of the electorate is decreasing?

9       A     That's been the general trend over

10  time.

11      Q     And isn't that, isn't that true

12  in -- I know you may not be as familiar with

13  Henry County, but isn't that true in Henry

14  County as well?

15      A     That's my understanding from seeing

16  the other expert reports in this case.

17          (Whereupon a document was identified as

18          Plaintiff's Exhibit 199.)

19      Q     Okay.  And I'll show you some, some

20  data on that, some voter registration data

21  that, again, Mr. O'Connor compiled.  So I'm

22  going to show you what's previously been marked

23  as Exhibit 199.

24          THE VIDEOGRAPHER:  Going off the

25  video record.

**49**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094d1

```
 1          (Proceedings in recess, 10:36 a.m. to
 2          10:49.)
 3               THE VIDEOGRAPHER:  We're now back
 4     on the video record at 10:49.  This is the
 5     start of video file number two.
 6          (Whereupon a document was identified as
 7          Plaintiff's Exhibit 93.)
 8          Q    All right.  Thank you, Dr. Alford.
 9     One of the things I would like to use as a
10     reference, we were talking a little bit in the
11     first session of your deposition about the
12     legislative time line, and I just wanted to
13     show you Exhibit 93, which is the legislative
14     time line in terms of the bill, which is right
15     here, Dr. Alford.
16          A    Oh, I'm sorry.  I'm sorry.
17          Q    And that's -- and that's -- I just
18     want you to keep that out, just keep it out
19     loose because -- well, actually, you know
20     what?  It's going to be in one of your
21     binders.  Let me see which binder it's in.
22               It's going to be in this binder, so
23     why don't you hand me that copy back, and
24     we'll just leave this one out.
25          A    Okay.
```

**50**

Electronically signed by Joel Moyer (501-161-376-4513)                              8891fc2e-7593-48cd-b714-388725094d1

1        Q      Open it to 93.  Maybe we'll tab it.

2    Do we have -- does anyone have a sticky in

3    here?

4               THE VIDEOGRAPHER:  I think I have

5    some, if that will work.

6               MR. GREENBAUM:  I'd come to you

7    except I can't because I'm mic'd.  That's

8    perfect.  Thank you.

9        Q      So we'll just keep -- we'll keep

10   this open and tabbed to 93 so that -- you need

11   to see the legislative time line.  We'll

12   just -- you can put it out in front of the

13   other binder.

14       A      All right.

15       (Whereupon a document was identified as

16       Plaintiff's Exhibit 334.)

17       Q      All right.  I want to mark as

18   Exhibit 4 [sic] these two pages of documents

19   that are tables regarding ecological inference

20   estimates for racially contested elections.

21               MR. PARK:  This is number?

22               MR. GREENBAUM:  334.

23       Q      So, Dr. Alford, we talked a little

24   bit about how the fact is in Georgia what you

25   found both generally in the state and in this

**51**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094 9d1

```
 1    case is that blacks generally support Democrats
 2    and whites support Republicans.
 3              Have you studied at all the -- how
 4    Latino and Asian voters vote in Georgia?
 5        A    And this, this is from the Gwinnett
 6    County case?
 7        Q    Yes.
 8        A    Yes.
 9        Q    And have you studied -- so you've
10    studied Gwinnett County.  Have you studied it
11    anywhere else in Georgia?
12        A    I don't recall studying it anywhere
13    else in Georgia.
14        Q    Okay.  And can you tell me what
15    Exhibit 334 is?
16        A    It appears to be the ecological
17    inference estimates from Dr. Engstrom's report,
18    who's the Plaintiffs' expert in the Gwinnett
19    County case, and similar EI runs from my
20    analysis in the Gwinnett County case.
21        Q    With each election being that your
22    analysis comes first and then Dr. Engstrom's
23    right below that?
24        A    That's correct.
25        Q    All right.  And can you tell me why
```

**52**

Electronically signed by Joel Moyer (501-161-376-4513)                                8891fc2e-7593-48cd-b714-388725094 9d1

1   there are -- why you did this twice?

2        A     Oh, so the -- in the initial run,

3   there were some methodological questions that

4   came up over the order stability of the

5   estimates, and so we at the -- in page one,

6   these are runs that have, I believe it's 51,000

7   iterations.

8              So we looked at raising that to

9   510,000 iterations, and that eliminated the

10  order effects, which in theory ought not to be

11  there but were there as a -- apparently as a

12  result of not having sufficient iterations to

13  resolve that issue.

14       Q     So if asked in terms of between

15  these two tables, the table on the first page

16  of 334, the table on the second page of 334,

17  with respect to the results that you report,

18  which do you think are more accurate results?

19       A     I think the table 1a is probably,

20  given the greater iteration and the fact that

21  there are no order effects, is probably

22  modestly more accurate.  The -- I say modestly

23  because the standard errors are often quite

24  large in the first table.

25              So one measure of the accuracy of

Electronically signed by Joel Moyer (501-161-376-4513)                         8891fc2e-7593-48cd-b714-388725094901

1    the first table would be, versus the second,

2    would be does the second table have tighter

3    standard errors, and the standard errors don't

4    actually change very much.  So where the

5    estimates are not particularly stable in the

6    first table, they're pretty much equally

7    unstable in the second.

8              So you have to be careful about --

9    so, you know, point estimate that's somewhere

10   between 20 and 93 is not a point estimate that

11   you can make a lot out of small changes in or a

12   lot out of in general.

13       Q    So would it be fair to say -- we're

14   going to, we're going to talk about white

15   support versus Latino and Asian support in

16   Gwinnett County.  Would it be fair to say that

17   Latinos and Asians support Democratic

18   candidates at a higher level than whites in

19   Gwinnett County?

20       A    So in general elections?  So I'd

21   just like to, if we can --

22       Q    Sure.  We'll say --

23       A    -- set aside the primary.

24       Q    -- general elections.

25       A    Because the primary is --

**54**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-3887250949d1

 1      Q     Yeah.  Let's talk about general
 2  elections.  So in general elections, is it fair
 3  to say that Latinos and Asians are more likely
 4  to support Democrats than whites and that
 5  whites are more likely to support Republicans
 6  than Latinos and Asians?
 7      A     It's a little difficult to tell by
 8  how much.  But I would say, going, looking
 9  across the entire table, I'd say there's an
10  indication that Latinos are supporting
11  Democrats at generally somewhat higher levels
12  than are whites.
13      Q     Can you find one election, and
14  you -- and you, you analyze minority versus
15  white elections.  Right?  And then you also --
16  did you analyze general elections between white
17  and -- that didn't involve minority candidates,
18  or did you only analyze primaries that involved
19  white versus white elections?
20      A     I would have to look.
21      Q     Okay.  So you --
22      A     These are --
23      Q     -- you don't remember.  Okay.
24      A     As you might imagine, we're talking
25  about two analyses in Gwinnett County.

**55**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094d91

```
 1       Q      Okay.

 2       A      And so I'd be hesitant to say for

 3   certain, but these are -- I'm confident that

 4   these are the estimates that we provided in

 5   that case.

 6       Q      Okay.  So I'm looking at your table,

 7   and I cannot find one example in a general

 8   election where the white support for a minority

 9   Democratic candidate was higher than the Latino

10   or Asian support for that candidate.  Can you

11   find one?

12       A      No.

13       Q      And, in fact, I can't find -- and

14   I'm looking at Table 1a, which you've said

15   provides the better statements.  I can't find a

16   single election here where the -- that whites

17   provided support to a minority Democratic

18   candidate in a general election where it got to

19   20 percent.  Can you find one?

20       A      It looks like, I mean, I'm just

21   looking down the list, but these look to run

22   largely, excuse me, in the range between 10 and

23   looks like 19 percent, so sort of largely in

24   that range.

25       Q      Can you find one that's 20 or above?
```

Electronically signed by Joel Moyer (501-161-376-4513)                                      8891fc2e-7593-48cd-b714-388725094 9d1

1      A     It looks like 2012, District 5.

2      Q     I'm talking about where the minority

3  candidate was a Democrat.

4      A     Oh, I'm sorry.  No.  Again, if

5  that's the -- if we're looking at general

6  elections, minority candidate, Democrat, then

7  that 19.3 would be the highest estimate for

8  white support.

9      Q     Okay.  And for the Latinos -- or,

10  actually, yeah, for the Latinos, from what I

11  can tell in the general elections, I'm seeing

12  every single minority candidate, minority

13  Democrat in a general election, being above 50.

14      A     I think that's correct.

15      Q     And then for Asians, it's the same

16  thing, that they're all over 50; correct?

17      A     Correct.

18      Q     So just to summarize, for the white,

19  for the white candidate for -- we're talking

20  about minority Democrats in general elections

21  in Gwinnett County, these elections that you

22  analyzed for the Gwinnett County case.

23          For whites, there isn't a single

24  candidate that broke 20 percent; correct?

25      A     That's correct.

**57**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094901

1        Q      And then in every case, minority

2   voters gave a majority of their vote to the

3   minority Democratic candidate in the general

4   election; correct?

5        A      That's what the estimates show.

6        Q      All right.  So let's go back to some

7   of this demographic data that I was going to

8   get into.  If you could go to Exhibit 199

9   that's in front of you, that shows voter

10  registration data by race in Gwinnett County

11  from January 2000 to October 2014?

12       A      Yes.

13       Q      And November 2014 was the last

14  general election -- or the last election that

15  took place in 105 and 111 before the

16  redistricting; correct?

17       A      That's my understanding, yes.

18       Q      Right.  And the registration as of

19  October 2014 would be the registration for the

20  November 2014 election; correct?

21       A      I would think so.

22       Q      So this basically runs the -- this

23  would have been, in terms of at the time of the

24  November 2014 election, the most recent data

25  that would have been available?

**58**

Electronically signed by Joel Moyer (501-161-376-4513)                              8891fc2e-7593-48cd-b714-388725094 9d1

```
 1        A     I'm -- again, I didn't compile this
 2   data.  But if that's what you're indicating,
 3   that -- given the date and the -- what this
 4   indicates is the source of the data, I would
 5   think that would be correct.
 6        Q     And what we see here is between
 7   January 2000 and October 2004 the number of
 8   white registered voters in Gwinnett County
 9   actually has a slight decrease.  It goes from
10   209,400 to 207,873; correct?
11        A     That's correct.
12        Q     And the blacks go from 22,443 to
13   99,334, so an increase of over, you know, four
14   times; correct?
15        A     That's correct.
16        Q     And on a percentage basis -- and
17   then, and then we have the Other category that
18   goes from 9,000 to 86,000; correct?
19        A     That's correct.
20        Q     So on a percentage basis, the
21   percent of the white electorate decreases from
22   86.9 percent to 52.7 percent; correct?
23        A     That's what the table shows.
24        Q     And even, even from the time, even
25   from the time of the 2000 census, let's say
```

**59**

Electronically signed by Joel Moyer (501-161-376-4513)                                    8891fc2e-7593-48cd-b714-388725094901

1    April 2010, the percentage, the white

2    percentage drops from 58.3 percent to 52.7

3    percent; correct?

4        A    That's correct.

5        Q    So what we're seeing here is, even

6    since the last census, a decline in the

7    percentage of the electorate, the registered

8    voters, in Gwinnett County that are white?

9        A    That's correct.

10       Q    And conversely, the black

11   percentage increases from 23 percent to 25.2

12   percent; correct?

13       A    That's correct.

14       Q    So the black percentage of the

15   electorate goes -- is going up.  And then the

16   other is also going up too, right, from 18.7

17   percent to 22 percent?

18       A    That's what this chart shows.

19       Q    And is it your understanding of

20   Gwinnett that when you're not talking about

21   black or white voters, a majority of the other

22   voters would be Latinos and Asians?

23       A    I -- I just, I don't know.

24       Q    Okay.

25       A    I don't really -- I can't remember

**60**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094901

```
 1   if it's summed up.  I know there's a
 2   substantial proportion of people that don't
 3   indicate anything, and I think they're part of
 4   the other.  But I don't know where that falls.
 5             I only hesitate because, given that
 6   these percentages are in the sort of the 10 to
 7   20 percent range, you know, the non -- the
 8   people that don't indicate might be a
 9   substantial part of that, but I'm just not sure
10   how much.
11        Q     Okay.  So now we're looking at Henry
12   County.  And we're going from January 2000 to
13   October 2014.
14        A     I'm sorry.  Am I --
15        (Whereupon a document was identified
16        as Plaintiff's Exhibit 200.)
17        Q     Oh, 200, if you can move to
18   Exhibit 200.
19        A     200.  Thank you.
20        Q     Sorry about that.
21             And I basically want to go through
22   the same exercise, that, fair to say that from
23   January 2000 to October 2014 the percentage of
24   the electorate that is white decreases from 87
25   percent, 87.1 percent to 49.1 percent; correct?
```

**61**

Electronically signed by Joel Moyer (501-161-376-4513)                                    8891fc2e-7593-48cd-b714-388725094d1

```
 1        A      That is what this chart shows.
 2        Q      And even from the time of the
 3   census, April 2010, the decrease -- there's a
 4   decrease from 55.6 percent to 49.1 percent;
 5   correct?
 6        A      That's what the chart shows.
 7        Q      Conversely for blacks, it goes from
 8   11 percent to 36.5 percent from 2000 to 2014;
 9   correct?
10        A      That's what the chart shows.
11        Q      And blacks from the time of the
12   census, April 2010, go from 33.7 percent to
13   36.5 percent; correct?
14        A      That's what the chart shows.
15        Q      So the trend in both of these
16   counties is they're getting less white and more
17   black; correct?
18        A      That's correct.
19        Q      And even from the time of the
20   census, that's correct?
21        A      That's correct.
22        Q      And all other things being equal,
23   that's going to mean that generally Democrats
24   are going to do better in Henry County today
25   than what they did in 2010?  I know that
```

**62**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094901

John R. Alford, Ph.D.      Georgia State Conference of the NAACP, et al vs Kemp      February 28, 2018

 1    specific districts may be, may be different.
 2    But overall, it's a better electoral
 3    environment in Henry County today than it was
 4    in 2010; correct?
 5         A     Again, it's -- the important
 6    assumption is what you said at the beginning of
 7    the questions, all other things being equal.
 8    So if we hold constant all these other concerns
 9    and just simply use the average levels of
10    support that we see from the EI analysis that
11    we talked about, then that would be true.
12         Q     And it would be the same trend in
13    Gwinnett as in Henry; correct?
14         A     The trend would be in the same
15    direction, yes.
16         Q     Okay.  And when we're talking about
17    105 and 111, those particular districts were
18    getting less white and more black, correct,
19    prior to the re-redistricting?
20         A     Again, that's my recollection from
21    the work of the Plaintiffs' experts in this
22    case.
23         Q     Okay.  And you don't have any
24    contrary information to that?
25         A     I do not have any contrary

Donovan Reporting, PC                                              770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094901

```
 1   information.
 2        Q    Okay.  So I want to show you now --
 3   in that binder, does that binder in front of
 4   you go up to 288?  If not, I'll have to get you
 5   a different --
 6        A    It looks like it goes to 230.
 7        (Whereupon a document was identified as
 8        Plaintiff's Exhibit 238.)
 9        Q    Okay.  So why don't you give that
10   binder back to me.
11             Jowei, can you give me volume 4
12   right to your right?
13             So I'm going to show you what's
14   previously been marked as Exhibit 238, and this
15   is another table that Dan O'Connor did.
16             MR. PARK:  238?
17             MR. GREENBAUM:  Yes.
18             THE COURT REPORTER:  Is it 298?
19             MR. GREENBAUM:  238.
20        Q    All right.  And, Dr. Alford, isn't
21   it fair to say that -- now, this purports to
22   show for members elected to the State House the
23   breakdown of Democrats and Republicans that get
24   elected based on black percentage of registered
25   voters.  Does that appear to be correct to you?
```

**64**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094901

1        A      Yeah.   That's what, in my look at

2   the table given the way things are sorted, that

3   looks like what the point of this table is.

4        Q      And according to this table, when a

5   district has a black voter registration

6   percentage of 40 percent or above, there's a

7   total of two Republicans that get elected and,

8   by my count, 55 Democrats that get elected?

9        A      That's correct.

10       Q      So, you know, roughly 96 percent of

11   the time when the black voter registration

12   population is 40 percent and above, Democrats

13   get elected; correct?

14       A      Correct.

15       Q      And conversely, if we go to under 30

16   percent, the three bottom, three bottom rows,

17   you have a total of three Democrats that get

18   elected and you have 107 Republicans that get

19   elected?

20       A      That looks to be correct.

21       Q      So if a district is below 30 percent

22   black, 97 percent of the time Republicans are

23   getting elected; correct?

24       A      That seems about right.

25       Q      Okay.  And then in the 30 to 39, a

**65**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094941

1    majority of the time Republicans are getting

2    elected, but the percentage is more like --

3    it's 10 out of 13, so it's more like

4    70-something percent of the time?

5         A     Yeah, somewhere around 80.

6         (Whereupon documents were identified as

7         Plaintiff's Exhibit 246 and Plaintiff's

8         Exhibit 247.)

9         Q     Right.  Then I want to show you some

10   more detailed tables.  If you can go to 246 and

11   247.  And maybe what I'll have you do is, can

12   you pull out 246 so you're looking at 246 and

13   247 at the same time?  Okay.

14        A     Okay.

15        Q     All right.  So and, I mean, this

16   basically has the detail that's in what was in

17   Exhibit 238.  And what I really want to sort of

18   focus on here is the range between 30 percent

19   and 40 percent.

20             And from my reading of this, if a

21   district is between 35 and 40 percent black

22   voter registration, you have two Democrats

23   winning and two Republicans winning; correct?

24        A     So not -- I don't really know what

25   these -- I guess these bars are when you

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094od1

 1   shift --

 2       Q     Between ranges.

 3       A     -- categories.  Okay.  So they're

 4   between --

 5       Q     It's a shift between ranges, and I'm

 6   just asking --

 7       A     Okay.  So you would be talking -- I

 8   just want to make sure --

 9       Q     Yeah.

10       A     -- that I'm looking at what you are.

11       Q     Yeah.

12       A     So, and the two Democrats would be

13   Hugh Floyd and Spencer Frye?

14       Q     Uh-huh (affirmative).

15       A     And the two Republicans would be

16   Brian Strickland and Jay Powell?

17       Q     Yes.

18       A     Yes.

19       Q     So it's two -- two and two.

20       A     Correct.

21       Q     And then in the range between 30 and

22   35 percent, you have eight Republicans and zero

23   Democrats; correct?

24       A     That's correct.

25       Q     So there's even a difference between

**67**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094gd1

1    30 and 35 and 35 and 40; correct?

2         A     Correct.

3         (Whereupon a document was identified as

4         Plaintiff's Exhibit 123.)

5         Q     All right.  Now I want to move to

6    what was previously marked as Exhibit 123,

7    which it may be in -- it's in -- I have the

8    binder that has 123 in it, so I'm going to go

9    ahead and pull it out.

10           And I want you to look at -- I

11   provided for you that legislative time line

12   that's in front of you, 93, which is helpful in

13   terms of this.

14        A     All right.

15        Q     So you see from the legislative time

16   line that the bill was submitted on March the

17   5th; right?

18        A     Okay.  So this is in reverse order.

19   So March 5th, house hopper.

20        Q     Okay.  And Exhibit 123 is an email

21   dated on February 27th, 2015; correct?

22        A     Correct.

23        Q     And so this is roughly a week before

24   the bill is introduced; correct?

25        A     Correct.

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094941

1       Q     And I will submit to you that Jan

2   Jones is the Speaker Pro Tempore of the Georgia

3   House.  All right?

4       A     All right.

5       Q     So this is Dan O'Connor, who we've

6   talked about before who knew more about this

7   plan than any human being alive and who the --

8   and who Chairman Nix relied upon, writing to

9   the Speaker Pro Tem of the Georgia House the

10  week before the bill is introduced; correct?

11      A     Correct.

12      Q     All right.  And I want you to focus

13  on the second paragraph of this email talking

14  about -- and you can look at the first

15  paragraph, too, because he's talking about data

16  regarding four districts including 105 and 111

17  in those two districts.  So take a look at the

18  first two paragraphs.

19      A     Okay.

20      Q     All right.  And so, and then you can

21  go ahead and look at the attachments that

22  follow, and you'll see, you'll see some race

23  data and you'll see some partisan data in those

24  tables.  In fact, the first, the first table on

25  there is voter registration race data; correct?

Electronically signed by Joel Moyer (501-161-376-4513)                              8891fc2e-7593-48cd-b714-3887250949d1

```
 1        A       Voter Registration by County, yes.
 2        Q       Well, the first table is actually
 3   voter registration by race in Districts 105 and
 4   111; correct?
 5        A       Okay.  I was just reading the title
 6   of the table.
 7        Q       Yeah.
 8        A       So, yes, it contains -- it's titled
 9   Voter Registration by County, but it includes
10   the voter registration for District 105 being
11   in Gwinnett and District 111 being in Henry.
12        Q       Those specific, those specific
13   districts.  And then at the end of the second
14   paragraph, O'Connor has a sentence saying,
15   "Generally, once a district gets in the 30 to
16   35 percent black range, it becomes more of a
17   target for Democrats."  Do you see that
18   sentence?
19        A       Yes.
20        Q       Do you agree, disagree, or have no
21   opinion with respect to that sentence?
22        A       I, I really don't know about -- if
23   you're asking me do I know about whether
24   Democrats in Georgia target districts in that
25   range, I don't know.
```

**70**

Electronically signed by Joel Moyer (501-161-376-4513)                                    8891fc2e-7593-48cd-b714-3887250949d1

1      Q     All right.  Well, let me ask you a
2    different question.  Do the -- do districts
3    become competitive, more competitive, for --
4    between Democrats and Republicans when a
5    district -- once a district gets to the 30 to
6    35 percent black range?
7      A     Based on what we just went over,
8    that would appear to be the case.
9      Q     Okay.  So if becoming more a target
10   for Democrats means the district becomes more
11   competitive between Democrats and Republicans,
12   would you agree with what Mr. O'Connor says?
13     A     Assuming that that's what he's
14   referring to, that the districts are more
15   competitive and that makes them a likely
16   target, I would say that's --
17     Q     Right.
18     A     -- seeming to be what he's
19   conveying.
20     Q     And that also provides -- and then
21   if we go back and we look at Strickland's
22   district, which you see on the second page is
23   36.7 percent black, and Chandler's district,
24   which is in 30 -- 34.6 percent black, they,
25   they are in that competitive range; correct?

**71**

Electronically signed by Joel Moyer (501-161-376-4513)                                    8891fc2e-7593-48cd-b714-388725094d1

John R. Alford, Ph.D.     Georgia State Conference of the NAACP, et al vs Kemp     February 28, 2018

1      A     Yes.

2      Q     And they're moving toward the 40

3  percent range in which -- 40 percent black

4  range in which Democrats win 96 percent of the

5  time; correct?

6      A     Are we talking about based on the

7  change in registration that we saw earlier

8  coming through 2014?

9      Q     Yes.

10      A     They seem to be -- the direction of

11  movement seem to be increasing.

12      Q     Right.

13      A     So where they are by 2015, I don't

14  know.  But if the trend had continued, they

15  would be, or they would continue to be trending

16  that direction.

17      Q     Right.  And toward the direction of

18  40 percent where, according to one of

19  O'Connor's tables, Democrats win 96 percent of

20  the time; correct?

21      A     Again, I don't know where it would

22  be in that trend, but that's -- it's -- if it's

23  going up, it's got to be going toward 40.

24      Q     And once they get to 40, Democrats

25  win 96 percent of the time; correct?

**72**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094901

```
1        A     Historically, that would be true.
2        Q     Not just historically, but as of
3   November 2014, the last general election before
4   the redistricting; correct?
5        A     Yeah.  I should -- when I say
6   historically, I don't mean in the history
7   since -- I mean just in the, in the history,
8   voting history up to that date.
9        Q     And in particular, the snapshot of
10  time that was the last election before the
11  re-redistricting, Democrats win 96 percent of
12  the time when the district goes to 40 percent
13  black registration?
14       A     Correct.
15       Q     Okay.  And I don't know if you saw
16  this in Dr. Chen's report.  But, in fact, had
17  there been no re-redistricting, were you aware
18  that District 111 would have been 40 percent
19  black registration?
20       A     I know there was some discussion of
21  that in Dr. Chen's report, kind of a
22  recalculation.  I saw that, but I'm not
23  familiar with either the details of how it was
24  done or -- I mean, if that's what he concluded,
25  I don't know whether it was 40 percent or not.
```

**73**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094941

1      Q     And you don't have any contrary data

2   to that?

3      A     No, I don't.

4      Q     All right.  All right.  And is it

5   also fair to say that this is also a case in

6   which, according to Chairman Nix, the person

7   with more knowledge of the plan than any human

8   being alive is providing racial data about 105

9   and 111 to the Speaker Pro Tem a week before

10  the redistricting bill is filed?

11     A     Again, that's, that's what this memo

12  would suggest.

13     Q     And so therefore, therefore, Georgia

14  was looking at racial data when they were

15  making changes to these districts; correct?

16           MR. PARK:  Object to the form.  You

17  can answer.

18     A     If you mean were they -- this

19  suggests that they were looking at racial data

20  in assessing the risk of the district changing

21  party.  I don't know if it means they were

22  looking at racial data in -- with regard to

23  changes they're making to the districts.  I

24  don't know.

25     Q     But they were looking at racial data

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094941

1    in terms of the risk that these districts would

2    flip from Republican to Democrat; correct?

3         A      This, this would suggest that.

4         Q      Okay.  So Dan O'Connor in his

5    deposition, and if you want, I can show you

6    where he says this in his deposition, says that

7    if the changes -- change had not been made,

8    Strickland probably would have lost in 111 and

9    Chandler would have lost in 105.

10             Do you agree, disagree, or have no

11    opinion as to what he found or what he, what he

12    said?

13         A      I haven't looked at it myself, so I

14    don't have any reason to disagree with it.

15         Q      Okay.  Now, you saw that Dr. Chen

16    did an analysis in his, in his report, first

17    report, and we can go to the analysis, if you

18    want, where he reached the same conclusion

19    that, had the re-redistricting not happened,

20    Chandler and Strickland would have lost.  Do

21    you recall seeing that?

22         A      Yes.

23         Q      And so do you have any means to

24    dispute what Dr. Chen's opinion was on that or

25    any information to dispute that?

**75**

Electronically signed by Joel Moyer (501-161-376-4513)                                          8891fc2e-7593-48cd-b714-388725094 9d1

```
 1      A      No.   I mean, he, his -- Dr. Chen's
 2  analysis would seem to validate what I think
 3  was probably a more impressionistic analysis in
 4  terms of the redistricting expert, that they
 5  both reached the same conclusion.
 6      Q      And you don't dispute that
 7  conclusion?
 8      A      No.
 9      Q      Okay.  And the way that Dr. Chen got
10  to that analysis is he applied the polarized
11  voting analysis to the voter turnout data by
12  precinct and the number of votes each candidate
13  received by precinct; correct?
14      A      I -- I mean, that's sort of what I
15  roughly believe was what he was doing, but,
16  again, I didn't read that section very
17  carefully.  I wasn't planning to replicate the
18  analysis.
19      Q      What did you say?
20      A      I wasn't planning to replicate the
21  analysis.
22      Q      Is there a reason why not?
23      A      I -- given the time, I focused on
24  the things that I thought were the most useful
25  to what I see as the issue in the case, and I
```

**76**

Electronically signed by Joel Moyer (501-161-376-4513)                          8891fc2e-7593-48cd-b714-388725094941

1   didn't think that that was a particularly

2   critical issue.

3                MR. GREENBAUM:  All right.  So

4   let's, let's look at Dr. Chen's first report.

5   I don't think I marked that one.

6                Actually, let's, let's go off the

7   record for a minute, and let's just like get

8   our exhibits back in order again.  Otherwise,

9   Joel will not be happy with me.

10               THE VIDEOGRAPHER:  Going off the

11  video record at 11:26.

12       (Proceedings in recess, 11:26 a.m. to

13       11:29.)

14               THE VIDEOGRAPHER:  We're now back on

15  the video record at 11:29.

16       (Whereupon a document was identified as

17       Plaintiff's Exhibit 335.)

18       Q    All right.  Dr. Alford, I want to

19  mark as Exhibit 335 the Expert Report of Jowei

20  Chen Ph.D.

21               Okay.  All right.  So if you go to

22  pages 19 -- sort of 19 through 21 and really

23  focus on Tables 10 and 11, and this is

24  Dr. Chen's sort of using, using data to predict

25  what would have happened in 2016 had the, had

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094941

```
 1   the districts not been changed in 105 and 111.
 2            Please feel free to take a couple of
 3   minutes to familiarize yourself with the
 4   analysis.  And, you know, if you need, if you
 5   need to look at the accompanying text, please
 6   do.
 7        A    Okay.
 8        Q    Okay.  So he sort of, from what I
 9   can tell, runs it two different ways.  Right?
10   He runs it using hypothetical results for all
11   the precincts, and he also uses it using the
12   actual results for the precincts that weren't
13   changed and that are intact and uses the EI
14   estimate results for the precincts that are --
15   that were changed; correct?
16        A    I think I have some idea.
17        Q    Okay.  All right.
18        A    I may be wrong, but, I mean, it
19   looks to me like sort of two slightly different
20   approaches, one sort of an entirely partisan
21   hypothetical and the other blending of partly
22   actual results with partly hypothetical
23   results.
24        Q    Okay.
25        A    Maybe I'm wrong.  I don't know.
```

**78**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094941

1       Q     And running it both ways for both

2   105 and 111, Dr. Chen finds that the Democrat

3   was going to win and the Republican was going

4   to lose; correct?

5       A     His -- running either way, his

6   analysis suggests that with these parameters

7   and the old boundaries that these would suggest

8   that the Democratic candidate would win in each

9   of these districts.

10      Q     Okay.  And you didn't do an analysis

11  or you don't have any information that

12  contradicts that finding; correct?

13      A     Correct.

14      Q     Now, one of the things -- let's talk

15  a little bit about ecological regression and

16  ecological inference.  And I believe that both

17  you and Dr. Chen believe that ecological

18  inference has advantages over ecological

19  regression; correct?

20      A     I -- I mean, I certainly do.  I

21  think he does as well.

22      Q     Okay.  Now, one of the things that

23  Dr. Chen does here is that he provides EI

24  estimates at the precinct level.

25      A     That's correct.

Electronically signed by Joel Moyer (501-161-376-4513)                          8891fc2e-7593-48cd-b714-388725094901

 1        Q     Which is something that you can't do
 2   with ecological regression; right?
 3        A     That's correct.
 4        Q     You can do it with ecological
 5   inference; correct?
 6        A     Yes.
 7        Q     And is that something that you have
 8   done before?
 9        A     Not for this particular purpose,
10   but, yes, I've looked at the precinct -- well,
11   you can ask for the precinct level estimates to
12   be output.  I would say I, as I suspect is true
13   for him as well, mostly used -- we're mostly
14   interested in the aggregate result of those
15   precinct level results.
16              But it's certainly an advantage of
17   the method that it provides you with the
18   precinct level estimate.
19        Q     And it's a valid, it's a valid
20   technique to actually apply those estimates at
21   the precinct level; correct?
22        A     I've never seen the -- those
23   precinct level estimates used in this sense.
24   So there's, there's substantial differences in
25   the reliability, obviously, of the precinct

**80**

Electronically signed by Joel Moyer (501-161-376-4513)                                    8891fc2e-7593-48cd-b714-388725094d91

1   level estimates and the aggregate estimates, so

2   I --

3        Q     But you do get estimates in any

4   event?

5        A     If they -- you can ask for the -- it

6   generates -- has the capability of generating

7   precinct level estimates.

8        Q     Okay.

9        A     And you can ask for those to be

10  output.  But not having ever used it in this

11  form or thought really carefully about what

12  the, what the quality of information is that's

13  contained within the precincts level estimates,

14  I just don't know whether this is an

15  appropriate use of precinct level estimates or

16  if it would have made more sense to use the

17  district level estimates.

18       Q     But in any event, sitting here

19  today, you don't know one way or the other?

20       A     I, I mean, I have -- given how

21  unstable the district level estimates are, I

22  wonder what the stability of it -- I would be

23  concerned about the stability of the precinct

24  level estimates.

25             But I haven't actually generated

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094d91

1   them or ever used them in this form, so I

2   couldn't say whether it -- whether they're

3   sufficiently stable for this to make sense or

4   not.

5        Q     Okay.  And you -- and if you wanted

6   to, you certainly had the opportunity to do

7   that after you were provided with Dr. Chen's

8   report; correct?

9        A     Yes.

10       Q     You made a decision not to do that

11  because you didn't think it was a priority in

12  terms of your work in this case; correct?

13       A     That's correct.

14       Q     All right.  And in Dr. Chen doing

15  his analysis, he's essentially relying on two

16  things; right?  He's relying on election

17  results, he's relying on turnout by race, and

18  he's relying on the estimates from the EI --

19  the racial estimates from the EI analysis;

20  correct?

21       A     There's some geocoding in there as

22  well, but I think that the geocoding and then

23  those estimates, yes, that's what he's -- what

24  I understand he's relying on.

25       Q     So he's relying on election result

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-3887250949d1

 1   data and race data; correct?

 2       A    Well, I mean, there's more than one

 3   kind of race election data here.  And, of

 4   course, the election result data is not

 5   available at the sub-precinct level.

 6       Q    What do you mean by the -- when I

 7   say election results, I don't mean -- I don't

 8   mean necessarily like partisan election

 9   results.  I mean -- or partisan performance

10   data.  I mean the actual numbers of votes each

11   candidate received in each precinct when I say

12   election results.  So maybe I need to be more

13   specific.

14       A    Oh, I did understand you to mean

15   that.

16       Q    Okay.

17       A    Which is why I was saying that

18   particular -- for the split precincts, that

19   particular piece of information is not

20   available.

21       Q    Right.  So he's -- so what he, what

22   he has is he has, he has the number of votes

23   each candidate received in each precinct, he

24   has the racial composition of who turned out in

25   each precinct, and he has his EI analysis.

**83**

Electronically signed by Joel Moyer (501-161-376-4513)                          8891fc2e-7593-48cd-b714-388725094949d1

1          Those three pieces of data are what

2     he's using in doing his, in doing his analysis?

3          A     Okay.  Then when we're -- if we're

4     focusing on that in regard to these specific

5     districts --

6          Q     Yes.

7          A     -- then he does have -- so he does

8     have this information for the split precincts

9     as they were split in the district as it

10    actually existed.

11         Q     Right.

12         A     Because there were elections

13    conducted, and so those election totals for

14    these races are split, and his geocoding allows

15    him to split the registration data as well.

16         Q     So just to be clear, just because I

17    want to make sure I've covered the full circle

18    of data that he's relying on, he's relying on

19    the number of votes each candidate received in

20    each precinct.  He's relying on voter turnout

21    data by race in each precinct including the

22    split precincts, the portion that was in the

23    split precincts.

24               And he's relying on his EI analysis,

25    which is an analysis that involves using racial

**84**

Electronically signed by Joel Moyer (501-161-376-4513)                                    8891fc2e-7593-48cd-b714-3887250949d1

1    data and vote total data.

2            Is there anything, is there anything

3    else he's relying on?

4        A    I don't know.

5        Q    Okay.  But -- and those things I

6    identified are things that he relied upon in

7    this analysis as far you can tell?

8        A    He would be a better person to ask

9    that question to, but it's -- my assumption is

10   that those are things he is relying on.

11       Q    He's not, he's not relying on, for

12   example, the partisan performance data that is

13   in the State database; correct?

14       A    I don't know.

15       Q    As far as you can tell, he's not?

16       A    I mean, I just don't know.

17       Q    Okay.

18       A    Like I said, I haven't tried --

19       Q    All right.

20       A    -- to replicate this.  I

21   looked at -- obviously, he's doing two

22   different things here, so I just -- I can't say

23   for sure.  I don't -- I wouldn't think he is,

24   but I just don't know.

25       Q    All right.  So now I want to go to

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094941

1    your report and the elections you analyzed.

2    And now I've got to find my version of your

3    report.  I've got the two Chen reports, and

4    here is my version of your report.  And this is

5    Exhibit 332.

6         A      Yes.

7         Q      And I also want you to -- while

8    we're doing this, I actually want you to also

9    have Chen's reply report, 335.

10        A      I have that.

11        Q      All right.

12        A      You're talking about 333?

13        Q      Oh.  Is that what it is?

14        A      Yeah.  This is --

15        Q      Yes, 333.  I had the wrong -- I had

16   the wrong number.  All right.  So in Chen's

17   reply report, he says you looked at the wrong

18   elections.  He says that in 2012 and 2016 what

19   you report as the results of the HD 105 and 111

20   elections are actually the results of the

21   presidential election in those precincts.

22            Did you see that, where he said that

23   in his reply report?

24        A      Yes, I did.

25        Q      Okay.  Do you know whether or not he

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-3887250949d1

1  was correct?

2       A     He's not correct.

3       Q     Okay.  So how do you know that he's

4  not correct?

5       A     Because I looked back at the

6  compressed file that was sent and opened it and

7  found everything he was talking about.  In

8  addition, in each -- in the subfolder HD 105

9  and the subfolder HD 111, there is a subfolder

10 within each of those folders called

11 Replication.

12            And in that subfolder is the

13 analysis for the re -- the replication, as it

14 says, of his analysis, excuse me, for the

15 endogenous elections in HD 105 and HD 111 with

16 the data and the analysis that produced the

17 results that we -- or that I labeled in this

18 table as the replication of his endogenous

19 elections.

20            It's not the information from the

21 presidential election, which appears nowhere in

22 my tables.

23       Q     Okay.  And we're going to go through

24 that more carefully.

25            Before we do that, is -- Dr. Chen

Electronically signed by Joel Moyer (501-161-376-4513)                                8891fc2e-7593-48cd-b714-388725094941

1    analyzed the 2014 elections in 105 and 111;

2    correct?

3         A     Yes.

4         Q     And you did not; correct?

5         A     I did not.

6         Q     And why not?

7         A     I didn't think it was important

8    given -- I started with the 2012 and 2016

9    because I had -- I was able to get that, the

10   information that I was provided with regard to

11   the voter race data.  So the Secretary of

12   State's data by precinct for voters by race was

13   available for those, and that was provided.

14             I was provided a set of data for

15   2012 that on examination turned out to be the

16   data for the primaries rather than the general.

17   And so I proceeded to analyze the 2012 and

18   2016.

19             I didn't think, given that they show

20   that there's not an issue in terms of

21   estimation between my estimates and Dr. Chen's

22   estimates, I didn't see it as a priority to do

23   2014.  I'm confident that I can use his results

24   for 2014, or could, to talk about this in the

25   same way I could with '12 and '16.

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094d9d1

1       Q       Okay.  So you don't, so you don't
2    dispute any of the results of -- I know you
3    dispute the significance of the results and
4    what they mean, but you don't dispute any of
5    Chen's results?
6       A       We get -- we get results that are
7    slightly different.  He shows a slightly higher
8    level of cohesion among blacks voting for the
9    Democratic party.  My estimates are a little
10   bit lower.
11              But I don't think anybody would
12   characterize either of our estimates as
13   materially different in the sense that we both
14   agree that blacks are voting cohesively for the
15   Democratic party.  We both agree on the rough
16   size of the vote for -- of white votes for the
17   Republican party or the Democratic party.
18              So I don't think we're in any
19   disagreement.  While we apparently are using a
20   slightly different EI methodology, it's
21   comforting to know that we're coming to results
22   that I think are materially the same.
23      Q       Which basically results showing that
24   black voters and white voters vote differently
25   from each other at very high levels and are

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094d1

John R. Alford, Ph.D.      Georgia State Conference of the NAACP, et al vs Kemp      February 28, 2018

1   cohesive among their own racial groups?

2            And I'm not trying to get you to

3   say -- I know your conclusion is it's not

4   racially polarized, but I want to go one -- I

5   want to take one step before that.

6            Wouldn't you agree that both you and

7   Dr. Chen find that whites and -- whites and

8   blacks both vote cohesively, that there's white

9   block voting, that there's black block voting,

10  and that the end result is that the candidates

11  of choice of white voters are winning and the

12  candidates of choice of black voters are

13  losing?

14     A     The only thing I'd want to say is

15  that I think -- so I'd first say that I think

16  that our conclusions -- he would reach his

17  conclusions based on my analysis.  I could

18  reach my conclusions based on his analysis.  So

19  I think the most important point here is that

20  we're not talking about a difference in our

21  estimates driving a difference in our

22  conclusions.

23            And second, and I think somewhat

24  unusually, we don't reach a different

25  conclusion.  As I understand Dr. Chen's

Donovan Reporting, PC                                        770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094941

1  conclusion, and I hope I'm not misstating it,

2  but both in his initial report and in his reply

3  report he states repeatedly that he is not

4  saying that blacks vote cohesively for blacks.

5        He is saying blacks vote cohesively

6  for Democratic candidates regardless of race.

7  And he's saying that whites vote cohesively for

8  Republican candidates regardless of race.  So

9  he's very careful not to say that blacks are

10  voting cohesively for black candidates because

11  his results don't show that and he doesn't

12  conclude that.

13        So I'm very pleased in that I think

14  we reach the same conclusion.  I know there's a

15  broader issue about how that ought to be

16  interpreted in a legal framework, but I'm just

17  pleased that we're not in any sense, either in

18  a factual dispute about our estimates or in his

19  very clear statement of what -- exactly how

20  much his estimates can tell him are the same

21  things, I think, that both his estimates and my

22  estimates can tell me, which is that black

23  voters are voting cohesively for Democratic

24  candidates and white voters are voting

25  cohesively for Republican candidates.

**91**

Electronically signed by Joel Moyer (501-161-376-4513)                          8891fc2e-7593-48cd-b714-388725094941

```
 1              And importantly, he goes on to state
 2     that the same is not true in what might be an
 3     extension which is to say black candidates are
 4     cohesively supported by black voters.  There --
 5     the analysis shows that is not the case.
 6          Q     And thank you for that answer.  And,
 7     as we discussed earlier, from the perspective
 8     of the Republicans running in 105 and 111 in
 9     the adjoining districts, they didn't care
10     whether they're Democratic -- the districts
11     were drawn in such a way that they would be
12     likely to win whether the Democratic candidate
13     was white or black; correct?
14          A     I have no idea.
15          Q     Okay.  Yeah, okay.
16          A     I would --
17          Q     But --
18          A     I would hope so.  I would think so,
19     but I don't --
20          Q     Why would you think so?
21          A     To the extent that I've seen
22     discussion here, from the discussion that
23     Dr. Chen and I have, you know, have had in the
24     form of our reports, and in the discussions
25     that I saw in the material that Dr. McCrary
```

**92**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094941

1    considered with regard to the legislative

2    discussion and so forth, everything I've seen

3    is the discussion in which everyone agrees that

4    there was an intense partisan atmosphere.  It's

5    very polarized.  It's very motivating.

6              And so I haven't seen -- excuse me.

7    I know Dr. McCrary provided some quotes from an

8    earlier era in which it was very clear that

9    there were Democratic members of the

10   legislature who had motives that were not in

11   any sense partisan, but were clearly racial,

12   whereas the contemporary analysis suggests that

13   the focus is I think appropriately on, on

14   partisan advantage and partisan results and not

15   on, on that issue.

16             So, as you said, it's -- the

17   critical issue is, you know, is a Republican

18   elected or is a Democrat elected.  I don't

19   think the Democratic party in Georgia probably

20   is all that -- I think their primary concern is

21   to elect Democrats.

22             I think the primary concern of the

23   Republican party is to elect Republicans.  And

24   I, I think that's the way it should be.

25        Q     But isn't it also the case that what

**93**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094 9d1

```
 1    we see in Georgia is that the racial
 2    composition of the district has an enormous
 3    impact on whether a Democrat or a Republican
 4    gets elected?  And if you want, we can go back
 5    to the tables and go back through that.
 6                MR. PARK:  Object to the form.  You
 7    can answer.
 8         A     We clearly see that the racial
 9    makeup of the district has an effect on the
10    likelihood of Democrats winning, but I think
11    it's important to note that that's -- that that
12    likelihood of winning doesn't center around 50
13    percent, that it actually goes down into the
14    30s.
15                So we clearly are seeing there --
16    those districts, the success of Democratic
17    candidates in districts that are in the 30
18    percent black range, excuse me, is clearly not
19    simply coming from black votes.  So, again, as
20    we talked about earlier, there are, you know,
21    there are Hispanic Democrats and there are
22    white Democrats and there are Asian Democrats
23    and there are other Democrats.
24                So those districts are depending
25    on -- their geography is capturing --
```

Electronically signed by Joel Moyer (501-161-376-4513)                                    8891fc2e-7593-48cd-b714-388725094901

```
 1   obviously, it's capturing black Democrats, but
 2   it's also capturing enough other Democrats to
 3   move those -- despite the fact that those
 4   districts are not majority black, it's clearly
 5   making them majority Democratic.
 6       Q     But if you're, if you're, if you're
 7   a Republican legislator in Georgia looking at
 8   the data that we've seen, your goal is to have
 9   as many districts be under 35 to 40 percent
10   black voter registration as possible; correct?
11       A     I don't know what my goal as a
12   Georgia legislator --
13       Q     Well, I'm saying --
14       A     I'm not --
15       Q     -- if your goal is -- isn't it true
16   that from the data we saw when a district is 40
17   percent or more black, Democrats win 96 percent
18   of the time?
19       A     Yeah.  And, again, that's -- the
20   districts are not -- districts in the United
21   States are drawn as contiguous geographic
22   space.  So there's a marker there that tells
23   you that when you draw a geographic space that
24   contains, you know, above 30 or 35 percent
25   black, it also will contain, not 35 percent
```

**95**

Electronically signed by Joel Moyer (501-161-376-4513)                          8891fc2e-7593-48cd-b714-388725094941

John R. Alford, Ph.D.     Georgia State Conference of the NAACP, et al vs Kemp     February 28, 2018

1    Democrats, but more than 50 percent Democrats.

2              And so it's a marker for what's

3    happening in that particular space.  But the

4    districts are not -- that doesn't mean that,

5    that basically that districts -- that the, that

6    the actual votes in that geography or that the

7    fact that those votes look like that comes

8    simply from that, come from that factor.

9        Q    But that -- but if you're, if you're

10   trying to project who's likely to win a

11   district, isn't it the case that there's a high

12   correlation between, in Georgia, in the House

13   districts, between the percentage of black

14   voter registration and whether a Democrat or

15   Republican wins?

16       A    There is.

17             MR. GREENBAUM:  What time are we at?

18   Mind if we take a little break?

19             MR. PARK:  Want to take a break, or

20   do you want -- lunch is probably here.

21             MR. GREENBAUM:  We can do lunch

22   right now if you'd like.

23             THE VIDEOGRAPHER:  Going off the

24   video record at 11:57.

25        (Proceedings in recess, 11:57 a.m. to

**96**

Electronically signed by Joel Moyer (501-161-376-4513)                          8891fc2e-7593-48cd-b714-388725094 9d1

```
 1        12:55 p.m.)
 2              THE VIDEOGRAPHER:  We are now back
 3    on the -- all right.
 4              MR. GREENBAUM:  All right,
 5    Dr. Alford.
 6              THE VIDEOGRAPHER:  Hold on.
 7              We're now back on the video record
 8    at 12:55.
 9        (Whereupon a document was identified as
10        Plaintiff's Exhibit 336.)
11        Q    All right, Dr. Alford.  I'm going to
12    show you a document that says,
13    elec2012_HD105_contest_1 at the top of it, and
14    it's going to be 336.  And please take a look
15    at it.
16              And my first question for you is
17    going to be, do you recognize this document?
18    I'll tell you, it's something that was produced
19    to us.
20        A    Yes.
21        Q    What is this document?
22        A    This is a document that basically is
23    a set of program statements to simplify -- so
24    these analyses are repetitive across a series
25    of elections, and so this is a file that
```

**97**

Electronically signed by Joel Moyer (501-161-376-4513)                                    8891fc2e-7593-48cd-b714-388725094901

```
 1    basically, rather than requiring that process
 2    to be done sort of one election at a time,
 3    since most of the pieces are going to be the
 4    same with the exception of which data file is
 5    called, this is a file to basically allow each
 6    of the sub -- each of the individual contests
 7    to be called and returned in a standard way.
 8         Q      And I want to ask you at the very
 9    top, the heading, what the heading means at the
10    top of the document.
11         A      The heading
12    elec2012_HD105_contest_1.do?
13         Q      Yes.  What does that mean?
14         A      I didn't create the name, so.
15         Q      Oh, you didn't?
16         A      No, I did not.
17         Q      Okay.  Do you know who did?
18         A      Yeah.  Dr. Stevenson.
19         Q      Okay.  So did Dr. Stevenson create
20    the entire file or just name it?
21         A      He created the entire file.
22         Q      Okay.  And then did you use this
23    code to run an election contest?
24         A      Yes.
25         Q      And who was it that ran the election
```

**98**

Electronically signed by Joel Moyer (501-161-376-4513)                8891fc2e-7593-48cd-b714-388725094d1

1    contest?

2        A    So this file calls the program files

3    that run the actual contest.  He writes those.

4    He's the R programer that does the actual --

5    writes the actual programs in R that both

6    call data, provide the analysis, and then

7    report the data out in a form, like a

8    spreadsheet form that's useful for the tables

9    in the report.

10       Q    Okay.  So does he actually also put

11   the data in, or do you do it, or does somebody

12   else do it?

13       A    So typically, I would -- I provide

14   him the data, which is either data that I've

15   retrieved or data that the lawyers have

16   provided.  So, for example, here, when he's

17   replicating Dr. Chen's analysis, I'll provide

18   him with the data sets that were provided by

19   Dr. Chen to the lawyers.

20            And then he basically use --

21   modifies these programs that we've used in

22   other cases to change things like file names

23   and locations and run the basic EI routine we

24   always run, produce the results.

25       Q    Now, in this case, you ran elections

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094d1

1    that Dr. Chen did not run.  Who was it that

2    retrieved -- first of all, who was it that made

3    the decision as to what elections were going to

4    be run?

5        A      So I knew early on that I wanted to

6    run additional elections beyond these, so that

7    was discussed with the attorneys.  There was

8    some election data they had provided.  There

9    was some election data that was retrieved from

10   the Secretary of State and the -- I made the

11   decision about which.

12             So I was looking for elections that

13   were two-party contested elections that

14   included the entire geography of HD 105 or the

15   entire geography of HD 111.  So I was looking

16   at -- I think I did that by taking elections

17   that basically were -- would basically cover

18   the county so that it would be ensured of

19   covering the entire compass of the two

20   districts within those two counties.

21             And that's my, that's my

22   recollection of where the choice of elections

23   came from.

24       Q      And did you collect data for

25   elections that you didn't end up running?

**100**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-3887250949d1

1      A     I don't think we collected data for

2   elections -- I don't remember collecting any

3   data for elections we didn't run.  We did run

4   elections that we didn't include in the final

5   report.

6      Q     Okay.  All right.  So going, going

7   back to the document, let's, let's go down to

8   the line that says, global data path, and then

9   in quotes begins with,

10  "_redistricting-shared-rick-randy" --

11     A     Yes.

12     Q     -- "Gwinnett."  And do you recognize

13  that?

14     A     Yes.

15     Q     First of all, who's Rick?

16     A     I would say -- I mean, again, these

17  are Dr. Stevenson's directory names, so I'm not

18  entirely sure.  But if I had to guess just on

19  the basis of the name Rick, I would guess that

20  that's probably Dr. Stevenson's partner.

21     Q     Okay.  And what's Rick's last name?

22     A     I don't actually know.

23     Q     Okay.  And is Rick somebody at Rice,

24  or is Rick --

25     A     No, he's not.

**101**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-3887250949d1

```
 1        Q      Okay.

 2        A      He's a computer programer.

 3        Q      Oh, okay.  And do you know what this

 4   line actually does, what this line in the code

 5   actually does?

 6        A      I don't.  So if I -- you know, if I

 7   was to say -- if I was completely familiar with

 8   how to write this kind of code, I would be

 9   writing it instead of having someone else write

10   it.

11             My assumption based on the fact that

12   it's setting a global path would be that it's

13   just providing an explicit path so that a data

14   set name, rather than each data set name having

15   to include its absolute path, can just

16   basically assume that a piece of a relative

17   path, rather than having to start with the, you

18   know, basically the drive number and specify

19   everything, you can just substitute in a piece

20   of a path in between.

21        Q      Okay.  So let's go down to the next

22   line, global analpath consulting state of

23   Georgia HD 105.  Do you know what this is?

24        A      Again, it's again setting another --

25   in quotes, setting another relative path.  And
```

**102**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-3887250949d1

John R. Alford, Ph.D.      Georgia State Conference of the NAACP, et al vs Kemp      February 28, 2018

```
 1    it looks like, if I had to guess based on the
 2    fact that one's called a data path and one's
 3    called an -- what I think is an analysis path,
 4    that's sort of how to name those in terms of
 5    where the data is going to come from and where
 6    the analysis is going to go, it would be my
 7    guess of what's happening there.
 8         Q    But you don't, you don't actually
 9    know.  The person who would know would be
10    Dr. Stevenson?
11         A    Oh.  I mean, yeah, Dr. Stevenson
12    could tell you why he chose those names and set
13    it up that way, yes.
14         Q    Okay.  Next, it says, global year
15    2012.  Do you know why 2012 was specified?
16         A    I would assume because this
17    particular script is going to be used to
18    call in a 2012 election contest.
19         Q    Okay.  And then next below that, it
20    says, global contest=1.  Do you know what
21    contest=1 means?
22         A    I assume that starts the contest
23    with the first contest.
24         Q    So there might be, if you're looking
25    at -- let's say you're analyzing five contests
```

**103**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094901

1    in a particular year, global contest 1 would be

2    the first contest.  Global contest 2 would be

3    the second.  Global contest 3 would be the

4    third?

5         A     I would think so.

6         Q     Is that the nomenclature?

7         A     Yes, I would think so.

8         Q     Okay.  And then "global numcans=3"

9    right below that?

10        A     Yes.

11        Q     Is that referring -- is that saying

12   that for this contest there are three

13   candidates?

14        A     It's -- I mean, it's setting the

15   global value of the number of candidates at

16   three.

17        Q     So that means that --

18        A     That's where it starts.

19        Q     -- for this particular contest we

20   know that there are three candidates?

21        A     That's what it would suggest, yes.

22        Q     Okay.  Okay.  All right.  So now I'm

23   going to go to the line pretty close to that,

24   the one that starts, import excel.  And then

25   there's like a dollar sign, and it says mystart

**104**

Electronically signed by Joel Moyer (501-161-376-4513)                        8891fc2e-7593-48cd-b714-3887250949d1

John R. Alford, Ph.D.      Georgia State Conference of the NAACP, et al vs Kemp      February 28, 2018

 1  after that.

 2        A      Uh-huh (affirmative).

 3        Q      Can you tell me what that is?

 4        A      Sure.  So this is the value of

 5  having done what we just did.  So you're going

 6  to import an Excel spreadsheet.  Where is it

 7  going to come from?  It's going to come from

 8  concatenating mystart, which if you go back up

 9  to global, mystart will be

10  C:/users/randy/Dropbox.

11              It will concatenate that with data

12  path, which we set as a global up here for

13  _redistricting-shared-Rick-Randy\Gwinnett-Georg

14  ia\_final.  It will concatenate that with year,

15  which we set to be 2012.  It will then add to

16  that /demographics_, and then again bring in

17  year, 2012, and then .XLS.

18              So this is a way of asking it to

19  find an Excel file.  And, again, rather than

20  having to sort of -- this now becomes a

21  general.  So when you get ready to do 2016, if

22  you've -- if these other -- depending on where

23  these other pieces are, right, assuming

24  everything's in the same place, except that the

25  only things that changes is the year, then all

**105**

Donovan Reporting, PC                           770.499.7499

John R. Alford, Ph.D.    Georgia State Conference of the NAACP, et al vs Kemp    February 28, 2018

1    you have to do is set the global to 2016.

2            And it will then read a different

3    path from -- again, through starting from the C

4    drive down to the demographics for that year,

5    and so it will bring in a different Excel

6    spreadsheet.

7        Q    Okay.

8        A    But you don't have to go through

9    and -- you can change the globals, and you

10   don't have to change -- cut and paste the path

11   names in.

12       Q    Okay.  So I want to go back now to

13   the global contest=1, and if we could stick

14   with that, but I want you to pull out Chen's

15   rebuttal report.  It's --

16       A    Yes.

17       Q    -- 333.

18       A    333.

19       Q    And if you could go to Appendix A,

20   which is page 21, do you recognize what that

21   Appendix A is?

22       A    That Appendix A, this is a printout

23   of the control file for 2012 process.  Okay.

24       Q    And what does Appendix A indicate

25   global contest 1 is for 2012?

**106**

Donovan Reporting, PC

770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                          8891fc2e-7593-48cd-b714-388725094941

```
1        A     It indicates that contest 1 consists

2   of -- is the 2012 presidential election

3   consisting of three candidates.

4        Q     Okay.  And that's consistent with

5   what was in the code before, is that is -- is

6   that -- and, in fact, there were three

7   candidates in the presidential election in

8   2012; right?

9        A     Yes.

10       Q     And in the 105 general election in

11  2012, there were only two candidates; right?

12       A     I don't remember.

13       Q     I'm happy to -- we can go back to

14  your report.  If we go back to your report --

15       A     If you're asking if, if this is

16  doing the analysis of the 2012 presidential

17  election, it is.

18       Q     Okay.

19       A     I don't think there's any question

20  about that.

21       Q     Okay.  So in this, you were, you

22  were -- this code that you provided is code

23  that was used to run the 2012 presidential

24  election?

25       A     Yeah, and in its, in its modified
```

Electronically signed by Joel Moyer (501-161-376-4513)                                8891fc2e-7593-48cd-b714-388725094 9d1

John R. Alford, Ph.D.      Georgia State Conference of the NAACP, et al vs Kemp      February 28, 2018

```
 1    form then.  So you can see from these other
 2    contest numbers, as along as we keep the global
 3    year at 2012, we can then increment contest
 4    number, and we'll end up doing all of these
 5    contests, starting with the presidential down
 6    to clerk of superior court.
 7         Q    Can I, can I take a look --
 8         A    Oh, sorry.
 9         Q    -- at it for a second?  So there are
10    three contests that are listed in that
11    appendix, right, contest 1, contest 2, and
12    contest 3; correct?
13         A    Correct.
14         Q    And contest 2 and contest 3 were
15    elections that you ultimately put the results
16    into your report; correct?
17         A    That's correct.
18         Q    Contest 1 -- and, and the HD 105 is
19    not 1, 2, or 3, is it?
20         A    No, no.  It can't be run out of this
21    file.
22         Q    What do you mean, it can't be run
23    out of that file?  Oh, because that file runs
24    the presidential results?
25         A    No.  This -- so this -- so you might
```

**108**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094 9d1

John R. Alford, Ph.D.      Georgia State Conference of the NAACP, et al vs Kemp      February 28, 2018

```
 1   think, well, I could put contest 4 in here --
 2        Q     Right.
 3        A     -- and run this race, but I can't
 4   because the, the HD 105 contest runs on -- has
 5   election results for partial precincts and
 6   input data from partial precincts.
 7              There is no election result from
 8   partial precincts for the presidential election
 9   or the clerk of superior court.  So all of
10   these exogenous elections, there are no-vote
11   totals for the split precincts.
12              So this is to run at the whole
13   precinct level because there -- it's impossible
14   to run the split precincts.  I mean, you could
15   sort the voters by whether the precinct was in
16   or out of HD 105, but there's no way to sort
17   the votes.
18        Q     And so --
19        A     So that's why there's a separate
20   folder called Replicate in which there's the
21   data and the analysis that actually
22   calls and runs.  So calling and running HD 105
23   calls Dr. Chen's data, right, his exact
24   election data, his exact coding of the voter
25   data.
```

**109**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-3887250949d1

1       Q       Okay.

2       A       And then it does the same kind of

3   analysis.  But, again, this is a different

4   precinct set, and so it's in a -- it's a

5   separate -- it's not -- it isn't efficient to

6   try to run it in this because then you would

7   have to reset the precinct calls and so forth.

8               So this is not data that, that is

9   external to the Chen report.  The separate

10  replication subfolder has all of this same kind

11  of program material, but it's set simply to run

12  one election using, directly using Dr. Chen's

13  data.

14      Q       So are you saying that the

15  presidential election for 2012 was an election

16  that you ran but you did not report?

17      A       Yes.

18      Q       And is that true for 2016 as well?

19      A       Yes.

20      Q       And are those the only elections

21  that you ran in this case and you did not

22  report?

23      A       Yes.

24      Q       And why is it that you didn't report

25  the presidential elections but you reported

Electronically signed by Joel Moyer (501-161-376-4513)                8891fc2e-7593-48cd-b714-3887250949d1

1    everything else?

2        A      So we -- when we were looking at

3    this, we sort of went through exhaustively.  We

4    were trying to find two-party contested

5    elections that covered the geography.  And,

6    obviously, that moved across a wide range of

7    things.

8              In looking at that list in preparing

9    the table, it just seemed to me that -- as, I

10   mean, as Dr. Chen can tell you, it's not

11   because the results were different.  The

12   results look so much like the other results

13   that he mistakenly thought that we'd mistakenly

14   produced them as the HD 105 results.

15             So they're no different -- they're

16   exactly the results we got for everything else,

17   but it just -- I'm of the view that when you

18   move to exogenous elections, I mean, there's

19   got to be some level of discipline here.

20             And so I made the decision just not

21   to include the presidential election because I

22   just think it's of such a different character

23   and so far removed from a State House election

24   that I just thought it was -- again, it's just

25   duplicative.

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094d1

1            It shows exactly the same results,

2    but I just don't think it's a particularly

3    useful, as opposed to -- all right.  So we're

4    moving from President of the United States to

5    Public Service Commissioner District 3, and

6    Public Service Commissioner District 3 is, in

7    terms of where it is on the ballot and so

8    forth, is not that removed from a State House

9    election, but I think the presidential election

10   is.

11            But, again, had it not been for the

12   issue of the subfolder, you know, I don't think

13   this would be an issue.  And I'm glad that

14   Dr. Chen was able to look at it because, having

15   looked at it, I mean, he mistook it for an

16   election in HD 105, which it isn't, precisely

17   because it looks just like all the other

18   results.

19       Q    So you've said that the presidential

20   election is of a much different character than

21   a House district race; correct?

22       A    Yes.

23       Q    So why run it in the first place?

24       A    Because we were running everything

25   that was two-party contested and that covered

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-3887250949d1

1    the territory, and so that ended up catching

2    the presidential election.  And had I

3    thought -- I mean, there weren't a lot of

4    elections.

5              And if I'd given it much thought, I

6    probably would have -- I probably would not

7    have captured the data on it to begin with.

8    Having done that, it gets run in this run set

9    and produces results, and then they're -- I

10   mean, if you want to see our results, you'll

11   see that they look like Dr. Chen's results.

12             They're not very -- they're not any

13   different than any of the other things, so I

14   don't think it's particularly useful.  On the

15   other hand, that you can -- you know, you

16   can -- we could put those results in and set a

17   public service commissioner, and it wouldn't

18   actually produce any different.  So maybe I'm

19   wrong about --

20             But my view has always been that

21   with exogenous elections that you try to stay

22   fairly -- as close as possible to the election

23   at hand.

24        Q    Okay.

25        A    So I know we create a confusion, and

Electronically signed by Joel Moyer (501-161-376-4513)                        8891fc2e-7593-48cd-b714-3887250949d1

1    I'm sorry.  I just, I didn't -- because the

2    subfolder was -- because this folder was

3    labeled exogenous and the subfolder was labeled

4    as replication or replicate, whatever, I mean,

5    I just thought that was -- I thought that was

6    explicit.

7              And I certainly didn't produce a

8    table in which I put in the results of the

9    president and labeled it something else, so, I

10    mean, it's --

11        Q    Okay.  So were you aware that

12    Plaintiffs did not turn over their election

13    data to you until after you filed your report?

14        A    You're saying that I didn't have

15    the -- I didn't have the Plaintiffs' data?

16        Q    That's correct.

17        A    I'm not sure how it would have been

18    possible for me to produce an election analysis

19    of the -- to replicate the endogenous elections

20    without that data.

21        Q    I agree, but, but I'll represent to

22    you that Plaintiffs turned over Chen's data the

23    day after you filed your report.

24        A    Well, I'll go back and find out

25    where the data came from to do the analysis,

**114**

Donovan Reporting, PC

770.499.7499

1    but the -- if you look in the replicate file

2    that was turned over, you'll see that that

3    analysis is there and it was done and it's

4    produced in this report.

5              MR. GREENBAUM:  Just a second.  Can

6    we take short break?

7              THE VIDEOGRAPHER:  Going off the

8    video record at 1:17.

9         (Proceedings in recess, 1:17 p.m. to

10        1:26 p.m.)

11             THE VIDEOGRAPHER:  We're now back on

12   the video record at 1:26.

13        Q    Okay.  Dr. Alford, right before --

14   just when we went off the record, you were

15   about to say something.  What were you going to

16   say?

17        A    So in -- let me find my report.  So

18   on page two of my report in Data and Sources,

19   the last -- in terms of what I relied on, I

20   indicate, I say, "as well as data provided by

21   Dr. Chen in his report in this case."

22             When you asked about the data

23   provided by Dr. Chen, I was -- you know, I just

24   thought that this was, was stuff that was

25   turned over with his report.  You indicated it

**115**

Electronically signed by Joel Moyer (501-161-376-4513)                        8891fc2e-7593-48cd-b714-388725094941

 1   wasn't turned over with his report.

 2            And that just reminded me that

 3   that's why I say, "in his report," not with his

 4   report, because the data we're relying on, for

 5   example, in table three, page eight of his

 6   report, he gives the exact figures for the

 7   voter data by turnout by race for 2012, for

 8   2014, and for 2016 for District 105.

 9            And then he provides the same thing

10   for District 111.

11      Q      And this is something that Dr. Chen

12   and I were looking at in the break.  And we

13   saw, we saw that he provides, Dr. Chen

14   provides, the voter turnout data by race.  But

15   what we didn't see was Dr. Chen in his report

16   providing the results by precinct for all, for

17   all of the precincts.

18            If you look at table five, that's --

19   those are the results that he reports by

20   precinct, but it's only in the unchanged

21   boundaries.  It's not for all the precincts.

22      A      That's correct.

23      Q      So you couldn't have relied on his

24   data to report results for all the precincts.

25      A      That's correct.

Donovan Reporting, PC

770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)

8891fc2e-7593-48cd-b714-388725094 9d1

John R. Alford, Ph.D.      Georgia State Conference of the NAACP, et al vs Kemp      February 28, 2018

1        Q     So did you only look at these

2   precincts, or did you get -- or if not, what

3   did you rely on for the data in the precincts

4   that were changed?

5        A     So in, again, on page two, I relied

6   on precinct level data including election

7   results available publicly from the Georgia

8   Secretary of State's website.

9              So these numbers here are not

10  available.  Dr. Chen geocoded the split

11  precincts.  So you could not get this full

12  table from the Secretary of State's, but you

13  can get the full table from Dr. Chen's report.

14             Dr. Chen doesn't report the full set

15  of election returns, but the election returns

16  aren't geocoded.  They're just the election

17  returns as reported by the Secretary of State.

18       Q     So you got, you got the registration

19  by race from Dr. Chen, but you did not get the

20  election results from Dr. Chen?

21       A     Yes, because, again, the

22  registration by race for split precincts are

23  not available from the Secretary of State, and

24  the election results across the reconfiguration

25  are not available from Dr. Chen -- fortunate --

**117**

Donovan Reporting, PC                                    770.499.7499

1    of Dr. Chen's report.

2              Fortunately, the election results

3    across any configuration is available in the

4    correct form from the Secretary of State's

5    website, so the two pieces were here in two

6    different places, both of which I indicate are

7    sources of data in the report.

8        Q    Now, you talked, you talked about

9    replicating the 2012 and 2016 elections in 105

10   and 111 from Dr. Chen.  But you did not input

11   the data from the 2014 election?

12       A    I would hesitate to say whether we

13   did or didn't.

14       Q    So you don't know whether you ran it

15   or not?

16       A    I know that -- so the purpose, so my

17   purpose in replicating -- there's a particular

18   purpose in replicating Dr. Chen's analysis, and

19   that particular purpose was not because I had

20   any doubt about the quality or the estimations.

21   They all seem very reasonable.  He knows what

22   he's doing.  So that wasn't my concern.

23              My concern was that, that I, I

24   didn't have Dr. Chen's analysis performed the

25   way he performed it on the exogenous elections.

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-3887250949d1

John R. Alford, Ph.D.      Georgia State Conference of the NAACP, et al vs Kemp      February 28, 2018

1    I didn't know if he'd done them or not, but I

2    didn't have them.  He didn't put them in his

3    report, so I needed to do that using my EI

4    approach.

5              And if I didn't replicate his

6    results using my approach, then we couldn't

7    tell if the difference between the endogenous

8    and exogenous elections were the reflection

9    purely of that, the difference between the two

10   elections, or if the difference were to some

11   degree or perhaps entirely the result of the

12   fact that those analysis -- those results came

13   from two different EI routines run by two

14   different people.

15             That's the reason that I produced

16   his results in the table along with my result

17   for the exact same election, to show that,

18   while I get different results from his result,

19   the result I get for the exact data he used is

20   virtually identical to what I get for all the

21   exogenous data.

22        Q    Do you, do you know what the

23   differences are between the routine that you

24   run and the routine that Dr. Chen runs?

25             A    I'm not entirely sure.  Of course,

**119**

Donovan Reporting, PC                                    770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                                    8891fc2e-7593-48cd-b714-388725094941

John R. Alford, Ph.D.      Georgia State Conference of the NAACP, et al vs Kemp      February 28, 2018

1    I'm not sure I even knew exactly what he was
2    running at the time that the report was
3    written, so --
4         Q     Do you know now?
5         A     I, I -- actually, my recollection is
6    that he is running a version of EI that I would
7    characterize as the King Tanner Rosen
8    approximation to the Bayesian method, but I
9    could be mistaken about that.  I haven't really
10   spent much time -- again, my concern -- I have
11   no concern about the quality of his estimates.
12              So I haven't spent a lot of time
13   digging through his files to find out exactly
14   what he was doing.  But based on this
15   relatively small size of the differences here,
16   I would assume he must be running a very
17   up-to-date version of EI, but so something like
18   a routine out of eiPack, for example, is what
19   I -- if I had to guess, I'd guess he's calling
20   a routine in eiPack and that that routine is
21   the -- I'll never remember if it's Tanner Rosen
22   and King or what -- that group there proposed
23   two solutions to the RxC problem.  One that
24   they propose is a -- essentially a nonlinear
25   least squares approximation to the Bayesian,

Donovan Reporting, PC                                      770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094901

John R. Alford, Ph.D.       Georgia State Conference of the NAACP, et al vs Kemp       February 28, 2018

 1    and the second is a true Bayesian.  And both of

 2    those have -- are implemented in eiPack, and I

 3    would suspect -- I would suspect our

 4    differences to be smaller if we were both using

 5    EI Bayes.

 6              And so from that, I'm assuming that

 7    he's probably using that nonlinear least

 8    squares approximation.  But, again, he would

 9    know that.  I don't know for certain.

10        Q    So how long have you been running --

11    so can you say again what the name of the

12    program you run is called?

13        A    Okay.  So there are -- there are --

14    what I'm aware of, there are three widely used

15    modules, publicly available --

16        Q    Okay.

17        A     -- modules that you can call within

18    R --

19        Q    Okay.

20        A     -- to do an EI.

21        Q    Okay.

22        A    There's one that's just called EI,

23    there's one that's called eiPack, and there's

24    one that's called eiCompare.

25        Q     Okay.

**121**

Donovan Reporting, PC

770.499.7499

1        A     eiCompare isn't really its own kind

2   of separate module.  It actually calls most of

3   its routines from eiPack, but it's a convenient

4   way -- if you wanted, for example, to do

5   homogeneous precinct analysis, Goodman's

6   Regression, and EI all in one set of data, for

7   example, I know Dr. Hanley likes to do all

8   three in her reports, if you want to do all

9   three in your reports, you can use eiCompare,

10  and you only have to call your data set in once

11  because eiCompare includes all those routines.

12       Q     So eiCompare is EI and eiPack?

13       A     Those are three separated modules.

14  Within each of these modules, you can call

15  different things.  So in eiPack, you can call a

16  routine called ei.md.bayes.

17       Q     Okay.

18       A     And that's the true Bayesian

19  implementation of the --

20       Q     Okay.

21       A     -- King Tanner and Rosen RxC model.

22       Q     Okay.

23       A     So they proposed that model.  They

24  explained how it would implemented in a

25  Bayesian approach.

**122**

Electronically signed by Joel Moyer (501-161-376-4513)                           8891fc2e-7593-48cd-b714-388725094941

```
 1        Q       Is that different than EI, just EI?

 2        A       Yes.

 3        Q       So what --

 4        A       So just EI could be

 5   calling -- I don't actually use the EI module,

 6   but my understanding is that it's been updated

 7   to be something -- some appropriate RxC method.

 8               Originally, EI or its previous

 9   incarnation, EZEI, implemented what's sometimes

10   called the sequential 2x2 method or the --

11   there's another name for it that's similar to

12   that.  But it basically implemented RxC

13   analysis by running a series of 2x2s to cover

14   all of the possible options in an RxC.

15               That, that method, King disavowed

16   early on, and it's largely been dropped.  And

17   King's proposal for the correct RxC model is

18   one of two things.  One, as I said, the

19   nonlinear least squares approximation, the

20   other is the one implemented in MD Bayes.

21               There are other people who have

22   other solutions short of a true Bayesian

23   analysis.  I don't think they're as widely

24   used, so that's why I assume, pretty much

25   assume that if someone's using a current
```

**123**

1    version of either EI or eiPack that they're

2    probably calling something that looks like some

3    modest variation on an approximation to the

4    Bayesian model.  Or if they're calling

5    ei.md.bayes, they're doing a true Bayesian

6    model.

7         Q     So you're talking about

8    approximation of Bayesian and a true Bayesian?

9         A     Yes.  And I don't mean to be

10   necessarily critical of the approximation.

11   That's what, what I used from the time that --

12   so at the time -- sorry.

13              In 2001 when the King Tanner Rosen

14   article was published, if I'm getting the date

15   right, I'm bad on citations, but when that

16   article was published, they laid out the

17   theoretical framework for a Bayesian RxC model.

18   And they said, so here's how that would work.

19   And then they said, here's how you could

20   implement it.

21              And then they said, this is not

22   going to be a practical way to estimate EI in

23   most situations because it could take weeks to

24   run on a regular computer.

25              But they said, fortunately, there

**124**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094 9d1

```
 1   are ways to shortcut that process, so we can do
 2   an approximation to our Bayesian model, a kind
 3   of an estimation approach that is not a true
 4   Bayesian model, but that we think will do a
 5   pretty good job.
 6              And the one they suggested, although
 7   I think they mentioned that there are more --
 8   there's more than one way to do that, but the
 9   one they suggested was one that uses a
10   nonlinear least squares.
11       Q      And you used that approach up until
12   when?
13       A      I think up until maybe two or three
14   years ago.
15       Q      Okay.  So now you use a true
16   Bayesian model?
17       A      Yes.
18       Q      And have you looked -- have you
19   noticed that -- in the cases that you've
20   brought differences, and I'm talking now when
21   you're only running let's say two groups, black
22   versus non-black, have you noticed any
23   differences between the results you report and
24   the results experts on the other side report?
25              A      So I've seen what I sort of broadly
```

**125**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094901

John R. Alford, Ph.D.      Georgia State Conference of the NAACP, et al vs Kemp      February 28, 2018

```
 1    divide up into three types of comparative
 2    results.  One set, and the state of Texas would
 3    be an example, where there's virtually no
 4    difference in the results.
 5         Q    Okay.
 6         A    Another would be where you're
 7    looking at a sort of much smaller number of
 8    precincts and often less informative data.  And
 9    here, not typically looking at a 2x2 or a 3x3,
10    but actually looking at multiple racial groups.
11    So if we're looking at black, white, Hispanic,
12    Asian, for example, and other, and we're
13    looking at two or three candidates and we've
14    got a dozen precincts, that's a very data-poor
15    environment in which to estimate.
16              That's -- if you think about it,
17    there's a rough notion --
18         Q    And I really want to focus here
19    about when it's just two groups.  I know that,
20    you know, Gwinnett's an example where you're
21    running -- where it's more than two groups, but
22    I'm talking about differences when there's only
23    two groups that you're running because, for
24    example --
25         A    Okay.
```

**126**

Donovan Reporting, PC                                      770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094941

1      Q     -- in this case, there are
2  differences.  The differences, as you said, are
3  not material.
4      A     Correct.
5      Q     But there are differences between
6  you and Dr. Chen.  And the difference
7  consistently is that Dr. Chen chose a higher
8  level of black cohesion.  You show a higher
9  level of non-black crossover.
10          Have you seen that in any other
11  cases since you've been, you've been running
12  the Bayesian approach?
13     A     I can only think of one other sort
14  of two-group place where I've seen differences,
15  but that was not a difference between the
16  Bayesian and the -- so the only other case I
17  know of where there was a -- where we're
18  comparing 2x2 to 2x2 that I've been involved in
19  since I've been doing the Bayesian approach is
20  one where the other expert is actually using
21  EZI.
22          So it's actually running the
23  sequential 2x2 approach that, that existed
24  prior to 2000 and that everybody --
25     Q     Okay.

Donovan Reporting, PC                                    770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                8891fc2e-7593-48cd-b714-3887250949d1

```
 1        A     -- knows is wrong.
 2        Q     Okay.  So that's --
 3        A     So I would set that aside.
 4        Q     Right.  Set that aside.
 5        A     Yeah.  No.  I don't know -- I don't
 6   think I -- I can't recall right now a case
 7   where the 2x2 -- well, first of all, as I said,
 8   I haven't seen any material differences, and I
 9   don't consider -- these are -- they're
10   interesting because they're -- the differences
11   are durable, but they're not unusual given the
12   confidence intervals.
13             So I'm, I'm interested in why these
14   differences -- even though they're not
15   material, I'm interested in why they would
16   occur in a way that's fairly systematic.
17        Q     Okay.
18        A     But I'm, I'm less -- my major
19   concern when we move to smaller analysis like
20   this is with the confidence intervals.  And
21   what I'm seeing is that the -- there are two
22   types of analysis.  There's analysis that
23   generates the wrong confidence intervals, and
24   there's analysis that generates the right
25   confidence intervals.
```

Donovan Reporting, PC                                    770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094901

1              And as long as it generates the

2     right confidence intervals, you basically can

3     be materially similar without being

4     statistically different.

5         Q      Now, I noticed we showed, showed

6     some tables from the Gwinnett case in which you

7     included confidence intervals; correct?

8         A      Yes.

9         Q      You did not include confidence

10    intervals in this case in terms of what's in

11    your report; correct?

12        A      I don't believe that there are

13    confidence intervals in terms of what's in the

14    report.  I really -- I'd have to look to be

15    sure.

16        Q      Yeah.  You can take a look.  You'll

17    see that they aren't there, and that was -- my

18    question for you is:  Is there a reason why you

19    did not report confidence intervals here?

20        A      It's -- there's -- tables are

21    certainly more readable, and I guess I don't

22    think the confidence intervals -- unless I'm

23    missing something, I don't think the confidence

24    intervals are at issue here.

25        Q      Okay.

**129**

Electronically signed by Joel Moyer (501-161-376-4513)                                    8891fc2e-7593-48cd-b714-3887250949d1

1     A     That says that -- they sometimes are

2  material, but they are -- I'd say their primary

3  use is in satisfying the analyst that the --

4  that these are not misleading point estimates.

5  Right.

6          So what I'm suggesting these point

7  estimates indicate are that blacks vote

8  cohesively for Democratic candidates.  Those

9  point estimates, the confidence intervals don't

10  suggest that that isn't true.

11          And so I guess I -- my main concern

12  is that I wouldn't want someone to make more of

13  the difference between the results Dr. Chen

14  gets and the results we get.

15     Q     Okay.

16     A     That said, I -- well, that said --

17     Q     Okay.

18     A     -- I think the md.bayes, run with

19  enough iterations, is probably, in my view

20  because it is the most direct implementation of

21  the model proposed by Tanner Rosen and King, I

22  believe it's the most appropriate method.  But

23  I will say, that has not been empirically

24  demonstrated.

25          It's a theoretical superiority, but

**130**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-3887250949d1

1   I would agree there is not an empirical

2   demonstration that it's superior.

3        Q      So what's the concept?  What is

4   roll-off?

5        A      What is roll-off?

6        Q      Yes.

7        A      So roll-off is the difference

8   between the actual votes cast for a particular

9   position and the total number of individuals

10  who are recorded as receiving a ballot that

11  would have included that particular position.

12       Q      And do you calculate roll-off when

13  you run the Bayesian model?

14       A      So the -- as is true for the

15  approximation, the Bayesian model, the first

16  stage inputs into the model are the actual

17  counts, not the proportions.  So it's not about

18  the proportion of voters in a race or the

19  proportion of voters voting for a particular

20  candidate.

21            It's about the actual counts.  And

22  the counts on the voters and the counts on the

23  votes have to add up.  Right?  So what in the

24  old-fashioned cross table would be that total

25  down there in the bottom right-hand corner

**131**

Electronically signed by Joel Moyer (501-161-376-4513)                              8891fc2e-7593-48cd-b714-3887250949d1

1    needs to correctly sum the rows and columns,

2    and that means you have to put in a no-vote

3    category.

4                In the case of this kind of data

5    where we have actual racial data on turned out

6    voters, that no-vote is roll-off.

7                If we were using census data -- say

8    if we're using registered voters --

9         Q     So, yeah.  Let's, let's --

10        A     -- that would be turnout.

11        Q     Let's stick, let's stick to this one

12   where we have, we have turnout by race.

13        A     Right.

14        Q     We have the number of ballots cast

15   for -- in total, and then we have the number of

16   ballots cast in the contest.  And there's some

17   level of difference between the number of

18   ballots cast total and the number of ballots

19   cast in the contest; correct?

20        A     Correct.

21        Q     And that is the roll -- that is --

22   that will give you a number in terms of how

23   many people rolled off.  It won't tell you how

24   many black voters rolled off versus how many

25   non-black voters rolled off; correct?

Electronically signed by Joel Moyer (501-161-376-4513)                          8891fc2e-7593-48cd-b714-388725094d1

 1      A      Correct.

 2      Q      You have to run the statistical

 3 analysis to do that.  And what you're saying is

 4 that when you're running your Bayesian model,

 5 you sort of have three categories that includes

 6 the number of voters that didn't vote?

 7      A      So I don't -- I actually don't think

 8 of it -- I think that's maybe the way to

 9 think -- the way I'd like to think about it

10 inside the model is that a voter enters the

11 voting booth.

12      Q      Okay.

13      A      And at that point in modern -- in

14 the old days, that meant you accepted a ballot.

15 But it means you're in electronic voting.  All

16 right.  So you've now become a person who's

17 faced with a choice on the ballot, and that

18 choice is to vote for candidate A, vote for

19 candidate B, or not vote in the election at

20 all.  And you -- and so that not voting is what

21 you chose to do.

22            And so in principle when I see --

23 when I have a total for candidate A, Democratic

24 candidate, total for the Republican candidate,

25 and then a total of people who showed up and

Electronically signed by Joel Moyer (501-161-376-4513)                          8891fc2e-7593-48cd-b714-388725094 9d1

1    didn't vote for either, I have a third category

2    which is didn't vote for either of these two

3    people.

4         Q      Okay.

5         A      And you could -- in some countries,

6    that would, would be treated as protest vote.

7    It's really not I don't think here.

8         Q      And when you're doing that, are you

9    able to come up with estimates as to -- let's

10   say that there are 50 people.  Are you able to

11   come up with estimates that would essentially

12   allow you to know whether 33 of the people that

13   didn't vote were black and 17 people that

14   didn't vote were non-black?

15              Do you have -- when you run the

16   model, are you coming up with estimates of

17   roll-off by race?

18        A      In principle, it is no different

19   than any other candidate.  So it is -- it is

20   estimating -- because what it is you're asking

21   it to estimate is precisely what proportion of

22   each ethic group is supporting each of these

23   three positions:  candidate A, candidate B, and

24   no-vote.

25              And so it produces estimates for

Electronically signed by Joel Moyer (501-161-376-4513)                                      8891fc2e-7593-48cd-b714-3887250949d1

1    those.  As you indicate, because in this case

2    it's roll-off and not, say, for example,

3    turnout, it's a small category.  And it

4    probably is not going to be estimated with a

5    lot of accuracy.

6            But, yes, you can estimate roll-off

7    not only for the entire election, but, as true

8    for any EI estimate, you could ask for the

9    roll-off estimates to be put out by precinct,

10   and they would give you the estimates.

11       Q    All right.  I'd like to take --

12           MR. STRICKLAND:  One second, Jon.

13           MR. GREENBAUM:  Sure.

14           MR. STRICKLAND:  I need to get Abha

15   back on the line.

16           MR. GREENBAUM:  Oh.  We lost her?

17           MR. STRICKLAND:  I believe so.  I'm

18   sorry to interrupt.

19           MR. GREENBAUM:  Okay.  No problem.

20   And you know what?  Let's actually take another

21   short break.

22           THE VIDEOGRAPHER:  Going off the

23   video record at 1:49 p.m.

24       (Proceedings in recess, 1:49 p.m. to

25       2:02 p.m.)

Donovan Reporting, PC                              770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-3887250949d1

1           THE VIDEOGRAPHER:  We're now back on

2    the video record at 2:02.  This is the start of

3    video file number four.

4       Q    Okay.  Dr. Alford, in creating your

5    report -- oh, wait.  Those are yours.  Strike

6    that.

7           All right.  Now I'll ask the

8    question.

9           In creating your report, did you

10   actually look at the maps of the districts as

11   they were in 2012 and 2015?

12      A    No.

13      Q    Okay.  And so you didn't, you didn't

14   yourself look at things like to what degree did

15   districts follow county lines?

16      A    No.

17      Q    You didn't look at to what degree

18   municipalities were split?

19      A    No.

20      Q    You didn't look at to what degree,

21   as precincts were moved around, whether that

22   would create issues in terms of contiguity?

23      A    No.

24      Q    You were just looking at what the

25   paper record was in I guess Plaintiffs' expert

**136**

Electronically signed by Joel Moyer (501-161-376-4513)                          8891fc2e-7593-48cd-b714-3887250949d1

John R. Alford, Ph.D.      Georgia State Conference of the NAACP, et al vs Kemp      February 28, 2018

```
 1   reports?
 2        A     So the only thing I was commenting
 3   on regarding the issue of the redrawing of the
 4   districts was the tabular analysis of split
 5   precincts.
 6        Q     Okay.
 7        A     Just strictly that issue.
 8        Q     So just the only thing that you
 9   looked at in terms of the plans itself were
10   what was in Tables I guess 15 and 16 of
11   Dr. Chen's report?
12        A     Yes.
13        Q     Okay.
14        A     Strictly Dr. Chen's report.
15        Q     Okay.  So let's, let's -- why don't
16   you pull out Chen's report, and we'll start,
17   you know, at 15 and 16.  So 15 is on page 35.
18        A     So Table 16, page 35.
19        Q     All right.  So we'll start with HD,
20   HD 105.  And HD 105 splits three precincts;
21   correct?
22        A     I think this is HD 111.
23        Q     If you go to Table 15 on page 35?
24        A     Oh, 35.  I'm on 37.  All right.  HD
25   105.
```

Donovan Reporting, PC                                         770.499.7499

1     Q     Okay.  It's -- HD 105 splits three

2     precincts; correct?

3          A     That's correct.

4          Q     Now, in terms of each of these

5     precincts, one of the things that I was

6     noticing is that the black proportion increased

7     from 2010 to 2015.  And what I'm saying is that

8     the VAPs for both the portions of the precinct

9     inside the district and the portions of the

10     precinct outside the district, that the black

11     VAP is lower than the black voter registration

12     figures.

13               And let me tell you how I got there.

14     See if you agree with me.

15          A     Okay.

16          Q     Okay?  So take a look, for example,

17     at Harbins A.  And if you compare the election

18     turnout in Harbins A inside HD 105 for 2016,

19     that's larger than the black proportion of VAP

20     in Harbins A.  It's 16.6 percent to 14.5

21     percent; correct?

22               If you and your counsel don't mind,

23     I'll show exactly what I'm talking about.

24          A     Yes.  I'm --

25          Q     And I'll tell you what my basic

Donovan Reporting, PC                                    770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094b9d1

John R. Alford, Ph.D.      Georgia State Conference of the NAACP, et al vs Kemp      February 28, 2018

1    point is, is that the black population was

2    increasing in 2010 -- had increased in 2010 --

3    since 2010 in each of these three precincts.

4         A    I guess -- I think I'm looking at

5    the same thing, but what confuses me is I just

6    looked -- so I just looked at the first -- so

7    election turnout within HD 105 Harbins A black

8    is 329.

9         Q    I'm talking about percentages.

10        A    I know, but I'm trying to make sure

11   I understand what I'm looking at --

12        Q    Yeah.

13        A    -- on this table.  So there are 313

14   black adults, and there are 329 black voters?

15        Q    Right.  Because on the bottom what

16   you're looking at is --

17        A    2010 VAP.

18        Q    You're looking at the VAP numbers.

19   On the top, you're looking at the number, the

20   number and percentage of people that turned

21   out.

22        A    Okay.  So I just want -- but I

23   wanted to be clear that, that -- all right.  So

24   if we just looked at this number, it would

25   suggest that there are more turned out black

Donovan Reporting, PC                                    770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                          8891fc2e-7593-48cd-b714-3887250949d1

1    voters than there are blacks living in the

2    precinct, except that I assume that this, this

3    number, which is where you're getting the black

4    proportion, is based on the 2010 census.

5          Q     Right.

6          A     And this number is based on actual

7    turnout in 2016.

8          Q     Right.

9          A     So we're looking at very changed

10   populations.  I mean, these are not -- so these

11   are not -- you're saying so the turnout

12   proportion is different than the population

13   proportion.

14         Q     Right.

15         A     But we don't -- they are different,

16   yes, because they're six years apart and

17   everything's changed.  Or they couldn't be --

18   they couldn't just represent differences in the

19   relationship between turnout and VAP because

20   these two VAPs -- the VAP and the turnout don't

21   match with each other.

22         Q     It's true.  But isn't the -- would

23   you agree with the statement that the

24   proportion of eligible black voters within

25   these three precincts increased from 2010 to

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094 9d1

 1   2016?
 2        A      Where did that -- I don't know.
 3   Where did that come from?
 4        Q      Well, what I'm saying is, if you
 5   look at, if you look at each of these numbers
 6   for each of these precincts in 105 and then you
 7   look at these three numbers at the bottom, the
 8   numbers on the top are bigger than the numbers
 9   on the bottom for the population inside the
10   precinct.
11             It's also true for the population
12   outside the precinct.
13        A      Correct.
14        Q      Right?  So it's a reflection of the
15   fact that within these three districts, there
16   has been some demographic change since 2010,
17   and that demographic change has been that these
18   precincts are becoming more black.
19        A      I -- I think that's -- I think
20   that's a possibility.  I just -- I mean,
21   comparing -- I would be more comfortable if we
22   were comparing registration from 2010 to
23   registration 2016 or population from 2010 to
24   2016.
25             Because we're comparing across --

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-3887250949d1

1  one of those categories can be changed by

2  increases or decreases in participation, and so

3  I'm just not -- I'm not sure what we can tell

4  exactly from this.

5        Q    Okay.  All right.

6        A    I'm just not --

7        Q    All right.  So Harbins A and

8  Harbins -- and you can see Harbins A over here

9  in the 2015 plan where Harbins A is split, that

10 essentially the top part of the precinct stays

11 in 104 and the bottom part of the precinct

12 stays in 105; correct?

13       A    Correct.

14       Q    Now, in Harbins A, the black,

15 according to Dr. Chen, the black proportion

16 that is in 105 is 16.6 percent, and the black

17 proportion that is outside of 105 and in 104 is

18 34.6 percent; correct?

19       A    So this is the -- so this is in

20 the -- this would be the 2015 plan?

21       Q    Yes.

22       A    This is Harbins whole?

23       Q    Yeah.

24       A    Harbins gets split.  And in 105,

25 that is the bottom portion is, according to the

Electronically signed by Joel Moyer (501-161-376-4513)                                        8891fc2e-7593-48cd-b714-3887250949d1

1    turnout, is 16.6, and it goes -- versus 34.6.

2    Yes.

3        Q      And the 16.6 is well below the black

4    proportion of District 105 as a whole; correct?

5        A      Correct.

6        Q      And, and so now we'll go to Baycreek

7    H, which is -- see where Baycreek H is.

8              Actually, let's go, let's go to

9    Lawrenceville D.  Let's go to Lawrenceville D.

10   So this is, this is the precinct that -- where

11   the percentage of black voters inside the

12   precinct, inside of -- strike, strike that.

13             This is the precinct where the black

14   voters inside of 105, the percentage is higher

15   than the percentage that's in 104; correct?

16       A      That's correct.

17       Q      But isn't it also true that the

18   percentage of -- that if the -- all of

19   Lawrenceville D were in District 105, that

20   Lawrenceville D -- and everything else remained

21   the same, that the black percentage in

22   Lawrenceville D would have been larger?

23             Strike that.  I saw the quizzical

24   look --

25       A      This is hard.

**143**

Donovan Reporting, PC                                770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-3887250949d1

```
 1       Q      -- on your face.
 2       A      Yeah, I know, but this is hard.
 3       Q      I asked you the wrong question.
 4       A      Yeah.  This is hard.
 5       Q      I asked you the wrong question.
 6       A      Okay.
 7       Q      Isn't it true that if all of
 8  Lawrenceville D had been put into 105 that 105
 9  would have a larger black percentage than it
10  does now?
11       A      I don't know.
12       Q      Why not?
13       A      Because I haven't calculated what --
14  so you're saying --
15       Q      Lawrence -- so right now
16  District 105 is in the neighborhood of 35
17  percent in terms of black registration;
18  correct?  And we can look at, we can look at
19  Chen's report in terms of what the precise
20  number, what the precise number is.
21              Where do you have the black
22  percentage in 105 total?
23              DR. CHEN:  Page 27.
24       Q      All right.  Dr. Alford, let's go to
25  page 27.  So page 27 shows that in the 2015
```

**144**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094 9d1

1    plan the black percentage turnout,

2    African-American turnout, at the bottom is 32.9

3    percent.  Do you see, you see what I'm talking

4    about?

5        A    Yes.

6        Q    All right.  So keep that in mind,

7    32.9 percent.  And then if we go to the split

8    precincts table, which is on page 35, the

9    portion of Lawrenceville D that is outside of

10    105 and in 104 is 42.7 percent black; correct?

11        A    That's what this shows, yes.

12        Q    Okay.  So if Dr. Chen's calculations

13    are right, the portion of Lawrenceville D that

14    is outside of 105 is higher percentage black

15    than 105 is as a whole.  105 is 32.9 percent

16    black as a whole.  The portion of Lawrenceville

17    D that is outside of 105 is 42.7 percent black;

18    correct?

19        A    So we're talking -- we're comparing

20    the portion of Lawrenceville D that's not in

21    the new 105 --

22        Q    Correct.

23        A    -- to the total new 105?

24        Q    Yes.

25        A    That's correct.

**145**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-3887250949d1

1      Q     Right.  So if all of Lawrenceville D
2   including the portion that's not, not in it
3   now, had been moved into 105 and everything
4   else would have remained the same, the black
5   percentage in 105 would have increased?
6      A     Yeah, assuming you could, which I
7   guess you could, assuming you have that
8   population, yes, that's correct.
9      Q     But we do have that population.  We
10  know that the population is 32.9 percent now.
11  If you added in Lawrenceville D, all of
12  Lawrenceville D, that portion that's outside of
13  it now is 42.7 percent, so it stands to reason
14  that the black percentage in 105 would be
15  greater if all of Lawrenceville D was in 105,
16  correct, and you didn't move any other
17  population out?
18     A     Right.  That's what I was, what I
19  was saying.
20     Q     Right.
21     A     Is assuming that you could do that,
22  you could add that population without having to
23  take something else out, assuming that was
24  kept, you are within legal population range,
25  then, yes, you could do that.

**146**

Electronically signed by Joel Moyer (501-161-376-4513)                          8891fc2e-7593-48cd-b714-388725094 9d1

```
 1        Q      Right.  And then, you know, we know
 2   for example that -- well, the portion of
 3   Lawrenceville D that got kept out is something
 4   like 390 -- appears to be about 390 voters'
 5   worth; correct?
 6        A      Yes.
 7        Q      Or we can, we can -- and that's
 8   much smaller than the portion of Harbins A
 9   that is in 105; correct?
10        A      Correct.
11        Q      So you could have shifted -- if you
12   would have kept all of Lawrenceville D into
13   105 and moved some of Harbins A back into 104,
14   it would have increased the black percentage
15   in 105; correct?
16        A      I think that's correct, but I'm
17   just not certain.
18        Q      Okay.
19        A      That seems reasonable, but, again,
20   I don't know -- assuming you could do that, I
21   mean, obviously, you know, we're talking about
22   less than 400 voters out of 26,000, so it's
23   not going to make much difference, but it
24   could make a -- whatever that would be,
25   something.
```

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094941

1      Q      Maybe a percentage point or two;

2    right?

3      A      Four -- no.  400 voters out of

4    26,000 when the difference is 42 percent

5    versus, whatever, 30 in the current form?  33?

6      Q      Well, no, no, because -- yeah.

7    Okay.

8      A      No, I don't think it -- I think

9    it's -- I may be mistaken.

10      Q      Okay.

11      A      But I think it's much smaller than

12    that.

13      Q      What do you think it would be?  Half

14    a percentage point?

15      A      I don't know.  Something in -- and,

16    again, you know, I don't have these

17    spreadsheets, but I would guess it's something

18    below a percentage point.

19      Q      Okay.  And if -- and we're talking

20    about a district in which elections are close,

21    right, that the election in 105 in 2016 was

22    close enough to go to run-off; correct?

23      A      Correct.

24      Q      And so even the, even the difference

25    of less than a percentage point could be

Electronically signed by Joel Moyer (501-161-376-4513)                        8891fc2e-7593-48cd-b714-388725094 9d1

1   determinative in terms of who wins or loses the

2   election; correct?

3        A    It's possible.

4        Q    Okay.  All right.  So I think we're

5   done with Gwinnett.  Let's move on to Henry.

6        A    Trying to see -- okay.  I just want

7   to see where Dacula was.  So it's right in the

8   middle of 104.  All right.

9        Q    All right.

10       A    Are these going to go away, or these

11  stay?

12       Q    Let's --

13       A    This is going to go away because

14  this is Gwinnett.  Right?

15       Q    Yeah.  So move these.  We'll do

16  Henry.  Henry is going to be more complicated

17  because 111 is so much in the center, but we'll

18  try to do it, try to figure out the best way

19  where -- yeah, we'll have to do it this way so

20  we can look at them both.

21       A    Now, we know where the water tower

22  is in Henry County.  Right there.

23       Q    So, by the way, did you, did you

24  look at all at the legislative principles that

25  Georgia had set forth in terms of

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094 9d1

1   redistricting, or the redistricting principles

2   that Georgia had set forth?

3       A    My recollection is that that was

4   covered in Dr. McCrary's report, and I read it

5   in his report.  But, I mean, I didn't look at

6   them independently, and I don't recall what

7   they are.

8           MR. GREENBAUM:  Okay.  I will -- why

9   don't we bring out that document.  Give me just

10  a second here.  Sorry.  We'll have to keep -- a

11  lot to keep track of here.

12          Why don't we go off the record for a

13  second.  Let me go through this, Doctor.

14          THE VIDEOGRAPHER:  Going off the

15  record at 2:24.

16      (Proceedings in recess, 2:24 p.m. to

17      2:27 p.m.)

18          THE VIDEOGRAPHER:  We're now back on

19  the video record at 2:27.

20      (Whereupon a document was identified

21      as Plaintiff's Exhibit 337.)

22      Q    Okay.  So I'm -- I've produced to

23  you as Exhibit 337, I'm going to mark that as

24  337, the Guidelines for the Senate

25  Reapportionment and Redistricting Committee and

**150**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094901

1   the House Legislative and Congressional

2   Reapportionment Committee.

3        A     Thank you.

4        Q     I think there's more than one set.

5        A     Oh, sorry.

6              MR. PARK:  That's okay.

7        A     I'm hogging them all, aren't I?

8              MR. PARK:  I imagine they're all the

9   same.

10             MR. GREENBAUM:  Yes.

11             MR. PARK:  If you would like to read

12   them to make sure.

13        Q     And as far as I can tell, the ones

14   for the Senate and the House are basically the

15   same.  So what I want to refer you to is, if

16   you use the numbers at the top, page six, if

17   you use the top -- starts with Guidelines for

18   the House Committee.

19        A     Okay.

20        Q     And then page seven talks about

21   redistricting plans, and then it talks about

22   general principles.

23        A      Okay.

24        Q     And let's talk about these general

25   principles.

**151**

Electronically signed by Joel Moyer (501-161-376-4513)                        8891fc2e-7593-48cd-b714-3887250949d1

John R. Alford, Ph.D.      Georgia State Conference of the NAACP, et al vs Kemp      February 28, 2018

```
 1       A     All right.

 2             THE VIDEOGRAPHER:  And if you could

 3   put your mic back on, Mr. Greenbaum?  It fell.

 4             MR. GREENBAUM:  Sorry.

 5             THE VIDEOGRAPHER:  No worries.

 6             MR. GREENBAUM:  Okay.

 7             THE VIDEOGRAPHER:  Much better.

 8             MR. GREENBAUM:  Even better if I get

 9   it right side up.  All right.

10       Q     All right, Dr. Alford.  Do you see

11   what I'm looking at in terms of the general

12   principles?

13       A     Yes, I do.

14       Q     Now, so the first one is total

15   population of plus or minus one percent [sic];

16   correct?

17       A     Yes.

18       Q     It's a pretty standard one?

19       A     Plus or minus one person for the

20   congressional districts?  Yes.

21       Q     Okay.  And the legislative districts

22   also, in terms of achieving a total population,

23   is substantially equal as practicable; correct?

24       A     So that's the slightly more --

25   slightly less restrictive than the
```

**152**

Donovan Reporting, PC

770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                                          8891fc2e-7593-48cd-b714-388725094941

 1   congressional districts.

 2        Q    Okay.  As far as you know, was there

 3   any need to do the re-redistricting in 2015 for

 4   105 and 111, that that was needed to comply

 5   with some sort of defect with respect to total

 6   population equality?

 7        A    No, not that I know of.

 8        Q    And were you aware that Dr. Chen had

 9   calculated that the deviation was slightly

10   greater because of the changes to 105 and 111?

11        A    I don't recall that.

12        Q    All right.  But in any event, this

13   redistricting did not occur, as far as you

14   know, because of a need to achieve population

15   equality?

16        A    There hadn't been a census, so I

17   wouldn't -- typically, there wouldn't be unless

18   there was -- unless they had mistakenly

19   undersized or oversized a district at the time

20   of its drawing following the 2010 census.

21        Q    Okay.  And as far as -- and going

22   down to number three, compliance with the

23   Voting Rights Act of 1965, as far as you know,

24   the re-redistricting as it pertains to 105 and

25   111 wasn't done in order to better comply with

**153**

Electronically signed by Joel Moyer (501-161-376-4513)                          8891fc2e-7593-48cd-b714-388725094 9d1

John R. Alford, Ph.D.      Georgia State Conference of the NAACP, et al vs Kemp      February 28, 2018

1    the Voting Rights Act?

2         A      Yes, again, not that I know of.

3         Q      Okay.  And that would be the same in

4    terms of compliance with the Georgia -- United

5    States and Georgia Constitutions incontiguity?

6         A      Again, as far as I'm aware, that was

7    not an issue that mandated this redrawing.

8         Q      Okay.  And that no multi-member

9    districts -- there's not an issue in terms of

10   multi-member districts here?

11        A      I wouldn't think so.

12        Q      Okay.  And then number seven talks

13   about the boundaries of counties and precincts.

14   There's no difference here in terms of neither

15   of these plans with respect to 105 and 111

16   involve any additional county splitting,

17   correct, that the precincts both before and

18   after for 105 were entirely in Gwinnett County

19   and for 111 entirely in Henry County?

20        A      That's correct.

21        Q      Okay.  In terms of precinct

22   splitting, isn't it the case that in 105 you've

23   had the same number of split precincts before

24   and after?

25        A      That's my recollection.

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-3887250949d1

```
 1        Q     And with respect to 111, the new
 2   plan splits five precincts whereas the prior
 3   plan split two?
 4        A     That's my recollection.
 5        Q     And so that would be some
 6   inconsistency with the principle of trying to
 7   minimize splitting precincts; correct?
 8        A     I just -- given how it's stated
 9   here, I'm not really sure.  I don't know how
10   they interpret -- it just says the committee
11   should consider the boundaries or counties and
12   precincts.
13            I don't know -- I guess that's
14   intended to mean they should consider it, but I
15   don't know if that means that -- it doesn't say
16   they should minimize the splits so much or
17   whether it's about minimizing or -- I just
18   don't know.  I mean, it just says -- I mean,
19   they have a -- so I really don't know.  I don't
20   know if it's a unit rule, or I don't know how
21   that works.
22        Q     What do you mean by a unit rule?
23        A     Or what's called the county line
24   rule in Texas which, for some legislative
25   districts, prohibits the cross of a county
```

**155**

1   boundary except under certain circumstances, so

2   not -- it's not a suggestion to consider county

3   boundaries.  It's an actual -- it's a mandatory

4   rule.

5       Q    It's a requirement?

6       A    A requirement rather than a

7   consideration.

8       Q    Okay.

9       A    Thank you.

10      Q    But certainly, 111, the new 111,

11  fares worse in terms of precinct splitting than

12  the old 111?

13      A    I agree.

14      Q    And maintaining consideration of

15  precinct splits was something that the

16  committee said to consider; correct?

17      A    That's correct.

18      Q    All right.  And were you aware that

19  Dr. Chen found that the new Districts 105 and

20  111 were slightly less compact than the old 105

21  and 111?

22      A    Yes.  And, again, maybe here it's

23  more clear that the difference between the

24  committee should consider compactness and, and

25  the committee should maximize compactness or

**156**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-3887250949d1

1   minimize noncompactness would be, at least in

2   my view in drawing districts, would be very

3   different admonitions in terms of redistricting

4   principles.

5       Q    Uh-huh (affirmative).

6       A    So considering compactness I think

7   is a different thing than saying, you know,

8   wherever possible, you should maximize

9   compactness or minimize noncompactness.

10      Q    But in any event, 105 and 111, the

11  new districts fare slightly worse than the old

12  ones, according to Dr. Chen at least?

13      A    On compactness, correct.

14      Q    And do you use the measures that

15  Dr. Chen uses to measure compactness?

16      A    I think I've used, if I'm -- I

17  remember in looking through them that they are

18  all measures I recognize.  I didn't see

19  anything unusual about the list.

20      Q    Okay.

21      A    You know, that's one of those areas

22  that's somewhat ill-defined.

23      Q    Okay.

24      A    But I didn't see anything in there

25  that looked at all unusual there.  Some of them

**157**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094941

 1    are commonly used measures, certainly.
 2        Q     And as far as you know, 105 and 111
 3    were not redrawn to better reflect communities
 4    of interest?
 5        A     I've never been entirely sure what
 6    is meant by "community of interest" in this
 7    context.  So unless you -- unless your
 8    definition of "community of interest" involves
 9    something like, you know, political beliefs,
10    ideology, or partisanship, I don't recall there
11    was anything related to the kinds of things
12    that you might think of as, you know, people
13    who are near a particular town or share an
14    occupation or something like that.
15        Q     And as far as you know, 105 and 111
16    were not redrawn to avoid the unnecessary
17    pairing of incumbents?
18        A     Far as I know.
19        Q     So we've gone down all the general
20    principles, and --
21        A     Except the last one.
22        Q     Oh, that the committee consider
23    other principles or factors?
24        A     Yeah, that it's not intended to
25    limit consideration of any other principle --

**158**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-3887250949d1

```
 1        Q      Okay.

 2        A      -- that they deem appropriate.

 3        Q      Okay.  But in terms of the

 4   principles that are actually identified, you

 5   can't identify a single one that was a reason

 6   for redrawing 105 or 111, can you?

 7        A      Again, I -- I've not read the

 8   legislative record, but my understanding of the

 9   way it's been characterized by Dr. McCrary and

10   Dr. Chen would be that it was explained to be

11   in what I would think of as category 9, which

12   is the -- it was a partisan motivation, and so

13   not one of the first eight.

14        Q      So just to clean that up a little

15   bit in terms of the eight listed principles,

16   isn't it true that you cannot identify any one

17   of those eight that the changes to 105 and 111

18   were made because of?

19        A      That's correct.

20        Q      All right.  And speaking of which,

21   there's some back-and-forth between you and

22   Dr. McCrary in terms of the issue of

23   incumbency, correct, or how, how Dr. -- how

24   Dr. McCrary identifies the, the extent to which

25   incumbency is a traditional districting
```

Donovan Reporting, PC                           770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094d1

1   principle?

2        A     I'd have to look at that.  I

3   don't --

4        Q     Okay.

5        A     I actually don't recall discussing

6   that.

7        Q     All right.  So we'll look at your

8   report.  Toward the end, you start quoting

9   McCrary, and you talk about traditional

10  redistricting criteria and incumbency

11  protection.

12       A     And where is that?

13       Q     That's on page 12 of your

14  report.  And let me get out McCrary's rebuttal

15  report.

16       A     I think I may be missing something.

17  I don't see any discussion in my report of

18  Dr. McCrary's position on incumbency, but maybe

19  it's somewhere else.

20       Q     Page 12, the top of page 12.

21       A     That's just -- I mean, I have a

22  quote.  I have two quotes from Dr. McCrary, but

23  then I don't comment on anything about

24  incumbency in those quotes at all, not here.

25  Maybe I'm missing it.

**160**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-3887250949d1

John R. Alford, Ph.D.      Georgia State Conference of the NAACP, et al vs Kemp      February 28, 2018

1          I'm just saying what he said here is

2    correct.  This seems to be fair,

3    well-supported, and direct statement.

4        Q     Well, what you say is that -- what

5    you talk about is the fact that you

6    characterize Dr. McCrary as saying that

7    incumbency protection was something that was a

8    traditional redistricting criteria; correct?

9        A     I mean, what I'm reading here,

10   there's just a quote from Dr. McCrary.  And I

11   don't see anything about his characterization,

12   unless I'm saying it somewhere else.  I'm not

13   saying anything here.  The discussion of

14   incumbency protection is a quote from

15   Dr. McCrary.

16       Q     Okay.

17       A     Maybe I missed -- I don't think I

18   said anything about incumbency protection, and

19   I wasn't aware that Dr. McCrary did other

20   than -- he's the one who says that it was

21   incumbency protection, not me.

22       (Whereupon a document was identified as

23       Plaintiff's Exhibit 338.)

24       Q     Okay.  So what I want to do is I

25   want to refer you to McCrary's rebuttal report

**161**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-3887250949d1

1    where he says -- he defines what he means by

2    incumbency protection.  And we'll mark that as

3    the next exhibit, 338.

4            And I want to refer you to the top

5    of page four of his report.  And you can look,

6    you can look at the bottom of page three in

7    terms of paragraph 7 where he talks about a

8    concern about your rebuttal report is that you

9    use selective quotation to misrepresent the

10   discussion of districting criteria in his

11   initial declaration.

12       A    So to be clear, by "rebuttal

13   report," he means my expert report?

14       Q    Correct.

15       A    Okay.

16       Q    And do you see where McCrary says

17   that what he meant by incumbency protection was

18   a -- was the policy that the committee should

19   consider avoiding any unnecessary pairing of

20   incumbents; correct?

21       A    Yes.

22       Q    And then below that in paragraph 8

23   in his report, he talks about the National

24   Conference of State Legislatures, that a lot of

25   states actually prohibit incumbency protection;

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094 9d1

```
 1   correct?
 2        A     I, I read what he said.
 3        Q     Okay.
 4        A     I'm still not connecting this --
 5   I'm --
 6        Q     So in your view, your report doesn't
 7   address the issue of whether incumbency
 8   protection is a traditional redistricting
 9   principle?
10        A     I'm -- I would have to read -- I had
11   not read Dr. McCrary's --
12        Q     No.  I'm talking about your report
13   in your -- what you're telling me now is that
14   your report does not address the issue of
15   whether incumbency protection is a traditional
16   districting principle; is that correct?
17        A     I mean, having read this, I think in
18   a sense it does.  I mean, given that
19   Dr. McCrary is endorsing it as the only
20   principle that was being adhered to or being
21   addressed -- I guess I'm confused here.
22        Q     Okay.
23        A     Because I was, simply was endorsing
24   his position that the redistricting was about
25   incumbency protection.
```

Electronically signed by Joel Moyer (501-161-376-4513)                              8891fc2e-7593-48cd-b714-3887250949d1

John R. Alford, Ph.D.      Georgia State Conference of the NAACP, et al vs Kemp      February 28, 2018

1              In this response, he's saying that
2    he accidentally said protection of incumbents
3    when he meant the pairing of incumbents.  If
4    you put the words pairing of incumbents into
5    his quotes, it makes no sense at all.
6         Q    Okay.
7         A    I'm sorry.  This looks -- this just,
8    to me, looks disingenuous.  I'll read this
9    quote to you.
10        Q    It's in -- it's in the document.
11   It's speaks for itself.  But let me ask you
12   this question:  Do you consider protection of
13   incumbents to be a traditional districting
14   principle?
15        A    Yes.
16        Q    In what context is protection of
17   incumbents a traditional districting principle?
18   How, how is it -- to what -- under what
19   circumstances is incumbency protection a
20   traditional districting principle?
21        A    I would say it's been -- first of
22   all, it's been present in most of the cases in
23   which I've drawn districts.
24              Second, when at the request of the
25   three-judge panel in Texas, I helped to provide

**164**

Electronically signed by Joel Moyer (501-161-376-4513)                         8891fc2e-7593-48cd-b714-3887250949d1

John R. Alford, Ph.D.      Georgia State Conference of the NAACP, et al vs Kemp      February 28, 2018

1    a proposal for the court to re -- to draw,

2    sorry, the 2000 congressional districts in

3    Texas to be used for the 2002 elections, the

4    court's instructions included respect for the

5    traditional redistricting principle of -- of

6    taking account of incumbency.

7            That is not to -- to take into

8    account incumbency and to, as much as possible,

9    preserve existing district -- the court said

10   basically the main principle that motivated

11   them was essentially, wherever possible, not to

12   disturb the districts as they existed.  And

13   they wanted to, if at all possible, avoid

14   pairing incumbents.  So they view that as a

15   part of incumbency protection.

16       Q    Okay.  So let's say that --

17       A    Now -- sorry.

18       Q    Go ahead.

19       A    I was just going to say, I mean, I

20   have been involved in districting in which, as

21   a -- in which the government entity employing

22   me said specifically, we don't care about the

23   incumbents, so don't start there.

24       Q    All right.

25       A    But I would say that's --

**165**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-3887250949d1

John R. Alford, Ph.D.      Georgia State Conference of the NAACP, et al vs Kemp      February 28, 2018

```
 1        Q      All right.
 2        A      -- was a pleasant exception to the
 3   rule.
 4        Q      In terms of drawing plans, can
 5   incumbency protection -- does -- strike that.
 6              In drawing plans, is incumbency a
 7   protection -- protection in your view a
 8   redistricting criteria that can trump racial
 9   discrimination?  In other words, if there's a
10   choice between protecting incumbents and -- you
11   either protect incumbents and you engage in
12   racial discrimination or you don't protect
13   incumbents and you don't engage in racial
14   discrimination, in your view are you allowed to
15   protect incumbents and engage in racial
16   discrimination?
17              MR. PARK:  Object to the form.
18        A     If I'm understanding what you're
19   saying correctly, I think properly districting
20   principles they laid out here properly reflect
21   the fact that respect for the Voting Rights Act
22   and for the Constitution require that the
23   values of -- basically ensuring that the plans
24   are nondilutive is a higher interest here than
25   the interest of something like pairing
```

Donovan Reporting, PC                                    770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                         8891fc2e-7593-48cd-b714-388725094901

1    incumbents or incumbency protection.

2          Q      And you're familiar with the Shaw

3    line of cases; right?

4          A      Yes.

5          Q      And if there's a choice between --

6    and the issue of racial predominance in the

7    Shaw line of cases; right?

8          A      So we're talking here about the

9    drawing of district lines?

10         Q      If you're talking about -- yeah, if

11   you're talking about a situation that in order

12   to maintain incumbents, you have to use race --

13   you have to have race predominate, that that is

14   a situation in which it would violate the

15   Constitution to have race predominate in order

16   to protect incumbents.

17         A      I -- it's been some time since I

18   read Shaw v. Reno, but my recollection of the

19   case was -- and I'm obviously mistaken, but I

20   wasn't aware that it was specifically about --

21   I've always taken it to mean simply that, that

22   the predominance of race without a compelling

23   state interest is inappropriate.

24               I thought it had to do with the

25   shapes of districts.  I had no idea it had to

**167**

Electronically signed by Joel Moyer (501-161-376-4513)                                    8891fc2e-7593-48cd-b714-3887250949d1

 1    do with incumbency protection.  But obviously,

 2    it applies very broadly.

 3         Q     And it would apply to an example in

 4    which you are using race as a means of

 5    maintaining partisan advantage; correct?

 6         A     I would think if you're engaging in

 7    decision-making in which the use of race is not

 8    a compelling state interest and it's being used

 9    in policymaking, that's, as a nonlawyer, that's

10    my understanding of what motivates the Shaw

11    finding.

12         Q     And, in fact, maintaining a partisan

13    advantage is not a compelling state interest;

14    correct?

15         A     I wouldn't think so.

16         Q     Okay.  Thank you.

17         A     Again, I'm not a lawyer.

18         Q     Thank you.  All right.  You might

19    remember that we discussed a document.  I think

20    it is Exhibit 123.  It's an email that Dan

21    O'Connor sent to the Speaker Pro Tem right

22    before they introduced the plan --

23         A     Yes.

24         Q     -- in which he was discussing race,

25    the racial demographics of 105 and 111;

**168**

Electronically signed by Joel Moyer (501-161-376-4513)        8891fc2e-7593-48cd-b714-3887250949d1

1    correct?  I can get you the document if you

2    want.

3        A     Okay.  I thought I had it here, but

4    apparently --

5        Q     It's in one of the binders.

6        A     Oh, sorry.  That's why I don't.

7    But, yes, I recall that.

8        Q     Okay.  I want to show you some --

9    now some other documents in which, right as the

10   plan was being drawn, O'Connor is sharing some

11   racial data.

12            So what I would like you to get back

13   out is the time line of the legislation.

14       A     I think that may also be in a

15   binder.

16       Q     I don't think so.  I think it's

17   going to be in one of those documents you have

18   over there.  Oh, you may be right.  You are

19   correct.  I stand corrected.  It's Exhibit 93.

20       A     The pink --

21       Q     Yes.

22       A     The pink Post-It?

23       Q     Yes.  Pinky.

24       A     All right.  Thank you.

25            (Whereupon a document was identified as

**169**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094901

1          Plaintiff's Exhibit 328.)

2          Q      All right.  So now we have our time

3     line.  All right.  I want to show you

4     Exhibit 328, which -- and you see that Welch

5     is -- see the timing of the email from O'Connor

6     to Welch is March the 5th; correct?  March the

7     5th, 2015; correct?

8          A      Correct.

9          Q      And that's -- and if you go back to

10    the time line of the legislation, that is the

11    day the legislation is introduced; correct?

12         A      Correct.

13         Q      And I'll submit to you that Welch is

14    one of the incumbents that was affected by the

15    redistricting in 111.  Do you see that when

16    O'Connor's emailing Welch on this day, he's

17    providing information regarding white and black

18    voter registration information in Henry County

19    and the fact that Henry County was becoming

20    more black; correct?

21         A      I'm just -- I guess maybe I'm

22    starting to get a little confused here.  So I

23    don't know who any of these people are, other

24    than what you've told me.

25         Q      Sure.

**170**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094901

1       A     I've never seen this document.  I

2    didn't comment on it in my report.  I've said

3    nothing about this issue in my report.  I'm

4    just not sure.

5       Q     Okay.

6       A     I'm just being --

7       Q     Okay.

8       A     I'm being asked to read emails and

9    look at a time line.  I have not seen the time

10   line before or the emails.  I've never said a

11   word about Dan O'Connor.  I wouldn't even know

12   who he was until I walked in here today.  I

13   don't know who Andy Welch is.

14      Q     All right.  So let me tell you what

15   in your report I am responding to.  The last

16   sentence you say, "The same is not true for

17   evidence that either the redistricting

18   decisions of policymakers driving the 2015

19   changes to HD 105 and 111, or the voting booth

20   decisions of voters in these districts in the

21   years examined here, are explained by

22   considerations of race."

23            And I'm focusing on the -- I'm

24   focusing on the redistricting decisions driving

25   the changes.  You're saying, you're saying here

**171**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-3887250949d1

1    that those are not explained by considerations

2    of race; correct?

3        A    I'm saying -- again, I'm not -- I

4    have done no analysis of this.

5        Q    Okay.  You've done no analysis of

6    this, so you're -- what are you -- you're

7    basing this on what McCrary says?

8        A    That's why I said, "Dr. McCrary also

9    suggests."

10       Q    Okay.

11       A    So I'm commenting as I did, as I

12   indicated by the quotations I used.  My concern

13   here is Dr. McCrary says something that looks

14   very much like what Dr. Chen says, which is

15   this is clearly about party.  And then in --

16   basically at the very end of his report in his

17   very last line, he suddenly reverses that.

18            And my commentary here is that this

19   is inconsistent with what, not with my own

20   research, but with what Dr. McCrary tells us in

21   his report.  And that's all I'm reiterating

22   here.

23       Q    Okay.

24       A    Whatever role this plays in

25   Dr. McCrary's report, if it does, I'm not aware

Electronically signed by Joel Moyer (501-161-376-4513)                8891fc2e-7593-48cd-b714-388725094901

1   of it.  I thought Dr. McCrary was talking about

2   a different person, Gina Wright, and I was

3   talking about the consistency between his

4   characterizations of what he saw and then what

5   he concluded, and I stand by that.

6           I believe, including what you had me

7   read from his report, that he's continuing to

8   mischaracterize his own conclusions in the

9   report.  And beyond that, I don't really know

10  what, what this has to do with Dr. McCrary's

11  report, frankly.

12      Q    Okay.  So let me ask this question.

13  Did you do any analysis of your own that either

14  proves or disproves that the changes to 105 and

15  111 were done for racial reasons?

16      A    I didn't do any analysis of my own.

17  I'm simply commenting on the fact that

18  Dr. McCrary's own summary paragraphs suggest

19  that he didn't find this, and that's -- and

20  then he seems to undercut that in his last

21  sentence.

22          And I am applauding the fact that

23  Dr. Chen's analysis suggests that the voting

24  behavior is being driven by partisanship and

25  not by race and that Dr. McCrary for most of

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-3887250949d1

1   his report says this is being driven by

2   partisan protection and not by race.

3            And so I think that parallel's

4   important for the court to understand, but I'm

5   not an intent expert, nor will I ever want to

6   be one, and I did not go back and assess

7   whether Dr. McCrary looked at the right

8   evidence or the wrong evidence.

9            I'm just saying, whatever he looked

10  at, he stated some very clear conclusions that

11  he -- that I agree with and then he seems to

12  walk away from.

13       Q    Okay.  And would -- is it also fair

14  to say that you did no independent analysis as

15  to whether race predominated over traditional

16  redistricting principles in this case?

17       A    That's correct.

18            MR. GREENBAUM:  Okay.  Why don't we

19  take a short break.  We're at a time in which

20  we're going to go into a different round of

21  questions, and we'll start up again.

22            THE WITNESS:  Right.  Do we know --

23            THE COURT REPORTER:  Let's go off

24  the record?

25            THE VIDEOGRAPHER:  Going off the

**174**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094‌9d1

1    video record at 3:02.

2        (Proceedings in recess, 3:02 p.m. to

3        3:13 p.m.)

4            THE VIDEOGRAPHER:  We're now back on

5    video record.  It's 3:13.  This is the start of

6    video file number five.

7        Q    All right.  We're going to go back

8    to -- now we're going to talk about 111.  Okay?

9    So we're going to go back to Chen's report.

10   We're going to start with page 20 -- Table 14

11   on page 28.

12       A    Yes.

13       Q    And you see that the

14   African-American turnout for 2015 is 37.4

15   percent?

16       A    Yes.

17       Q    For 2016 -- under the 2015 plan is

18   37.4 percent; right?

19       A    That's what this shows.

20       Q    All right.  And you don't have any

21   cause to dispute that number; correct?

22       A    I have done nothing to check that

23   number.  I have no reason to dispute it.

24       Q    Okay.  So I am going to give you

25   this little sticky that says 37.4 percent

**175**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-3887250949d1

John R. Alford, Ph.D.     Georgia State Conference of the NAACP, et al vs Kemp     February 28, 2018

1   because we're now going to apply that to the

2   split precincts.  And, actually, you know what?

3   We're going to look at some of the whole

4   precincts too.

5          So we're going to look at, first of

6   all, what precincts were taken out and what

7   precincts were added and according to,

8   according to Dr. Chen.  And we can confirm that

9   because we can look at, we can look at the

10  actual maps; right?

11     A     Yeah.  I have not looked at his, at

12  the whole -- my only issue there was with the

13  split precincts.  I haven't looked at the

14  whole --

15     Q     Sure.

16     A     -- precinct issue.

17     Q     Sure.

18     A     And I understood him not to believe

19  that the whole precinct issue was the, was the

20  issue here, but.

21     Q     Well, I think Chen does say

22  something about the taking out of certain -- a

23  taking out of certain precincts.  So let's

24  take, let's take Stockbridge West.  Okay?  So

25  if you go to Table 9 of his report, it sort of

**176**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-3887250949d1

```
 1   gives you what precincts were taken in and
 2   taken out.  You can see that in Table 9 -- or
 3   Table 4 on page 9.
 4        A    I'm there.
 5        Q    Okay.  So, for example, Tussahaw, a
 6   portion of Tussahaw is added into the plan.
 7        A    Correct.
 8        Q    Right?  And Tussahaw is about 95
 9   percent non-black in terms of who turns out to
10   vote; correct?
11        A    Of this -- so the 25 -- according to
12   this, there are 25 black voters and 498
13   non-black voters, so overwhelmingly non-black.
14        Q    Roughly 95 percent non-black;
15   correct?
16        A    I don't know.  I don't do math well
17   in my head.  But if you've done it and it looks
18   like five percent to you, I --
19        Q    Well, just double the, just double
20   the two numbers, and the non-black is about a
21   thousand, and the black is about 50, so it's
22   about 95 percent non-black?
23        A    That's good.
24        Q    Okay.
25        A    I mean that.  That's a compliment.
```

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-3887250949d1

John R. Alford, Ph.D.      Georgia State Conference of the NAACP, et al vs Kemp      February 28, 2018

```
 1        Q     All right.  So let's, let's move on
 2   in terms of a district that was taken out,
 3   Stockbridge West.  And you see that Stockbridge
 4   West is roughly two-thirds black in 2012, and
 5   it's not in the plan in 2015; correct?
 6        A     That's correct.
 7        Q     All right.  Now let's take a look at
 8   Stockbridge West on the maps.  So you see that
 9   Stockbridge West is up here; right?
10        A     Yes.
11        Q     All right.  And if you were going to
12   take Stockbridge West out, you also have to
13   take Stagecoach out too.  Otherwise, you have a
14   continuity problem; correct?
15        A     Correct.
16        Q     So you have this precinct that's
17   two-thirds black that's taken out, and you have
18   another precinct that's roughly 35 percent
19   black that was taken out too, so roughly what
20   the district is already because the district
21   was 37.4.  So heavily black precinct taken out.
22   Precinct that's about the proportion of the
23   district as a whole taken out; correct?
24        A     Correct.
25        Q     And so these precincts are now added
```

**178**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-3887250949d1

1   to 109, as you see here.  Stagecoach,

2   Stockbridge West?

3        A     Correct.

4        Q     In order for 109 to get to -- in

5   order now for 109 to be contiguous, now that it

6   goes up here, it has to include portions of

7   Flippen and Hickory Flat; correct?  That if

8   Flippen here and Hickory Flat are not --

9   Flippen and Hickory Flat are not added into

10  109 --

11       A     I thought they were already in 109.

12       Q     Or kept in 109.  Let's put it that

13  way.

14       A     Okay.

15       Q     It has a contiguity problem;

16  correct?

17       A     Right.  So it's not a contiguity

18  problem to add those two precincts.

19       Q     But to, but to keep them in?

20       A     But if you add in those two

21  precincts and to try to take out all of --

22       Q     Flippen and Hickory Flat, you'd have

23  a contiguity problem?

24       A     You could take out all of Flippen.

25  You could take out all of Hickory Flat, or you

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094d1

John R. Alford, Ph.D.      Georgia State Conference of the NAACP, et al vs Kemp      February 28, 2018

1   could take out all of -- can you take out all

2   of Flippen?

3        Q    I don't think so.

4        A    Right, yeah.  So you wouldn't

5   have -- you can take out Hickory Flat.  That's

6   not an issue.

7        Q    How could you take out Hickory Flat?

8   How does -- oh, I see.

9        A    Because it's located --

10       Q    You could go down, you could go

11  down --

12       A    Right.  This, this -- you can

13  connect this way, or you could connect this

14  way.  But because of this piece of Flippen, you

15  can -- you're going to -- to make this

16  connection to Hickory Flat, you'll need a piece

17  of Flippen.  But to make this connection,

18  right, you'll come up this way --

19       Q    Right.

20       A    -- and avoid Hickory Flat

21  altogether.

22       Q    Right.  But if you were going to --

23  if you're going to make the decision that

24  you're going to split Flippen, you also have

25  to -- you have to keep at least some of Hickory

**180**

Electronically signed by Joel Moyer (501-161-376-4513)                          8891fc2e-7593-48cd-b714-388725094941

John R. Alford, Ph.D.      Georgia State Conference of the NAACP, et al vs Kemp      February 28, 2018

1    Flat in 109?

2         A      If you're going to split Flippen --

3         Q      In the way it's split here.   That

4    here, if all of Hickory Flat was in 111, it

5    would -- the district would be contiguous;

6    correct?

7         A      That's correct.

8         Q      And, in fact, Ms. Wright testified

9    that she split Hickory Flat the way that she

10   did to maintain contiguity.   Is that -- does

11   that testimony seem sensible?

12        A      I'm sorry.   She split --

13        Q      She split -- she said, I couldn't,

14   I couldn't have added -- I needed, I needed to

15   keep the portion of Hickory Flat that I kept

16   in 109 for contiguity reasons, after she made

17   the decision that she was going to split

18   Flippen the way she did.

19        A      Yeah.   So once -- once you've

20   decided to make this particular split in

21   Flippen, then you would have to make some kind

22   of split, not necessarily this split, but you

23   would have to make -- if you made a split in

24   Hickory Flat, you don't have to make a split

25   in Hickory Flat, but if you're going to, once

**181**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094d1

1    you've done this, you couldn't take all of

2    Hickory Flat out.

3            You could have all of Hickory Flat

4    in.  You could take all of it -- but you

5    couldn't take all of it out once you made this

6    particular split in Flippen.

7        Q    Okay.  Thank you.  So let's go back

8    now to Table 16 of Chen's report on page 37.

9        A    Page?

10       Q    37.

11       A    I'm sorry.  37.  Yes.

12       Q    All right.  So and going back now to

13   the 37.4 percent black, right, in terms of

14   Flippen, the portion of the district that is

15   outside of 111 is blacker than the portion of

16   the district -- blacker than what the district

17   is as a whole, that the portion of the district

18   outside of 111 is 45.6 percent black, the

19   district as a whole is 37.4 percent black;

20   correct?

21       A    Again, so I think I'm -- so you're

22   saying the portion of the district of -- the

23   portion of the Flippen precinct that is outside

24   of 2015 is blacker than the --

25       Q    Than 111 as a whole.  In other

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-3887250949d1

1    words, if all of Flippen were put into 111

2    instead of split, the district would be

3    slightly larger in terms of its black

4    population.

5           A      I think so.  Because Flippen, right,

6    Flippen is in -- part of Flippen is in this 37

7    percent already.

8           Q      Right, right.

9           A      So if you put the rest of Flippen

10   in?

11          Q      Yes.  It would go up slightly

12   because it's 45.6 percent outside; correct?

13          A      That's correct.

14          Q      And then Hickory Flat, if all of

15   Hickory Flat had been moved into 111, it would

16   essentially be a wash, right, 37.3 percent

17   black to -- in the outside versus 37.4 percent

18   black with the district overall?

19          A      So we're talking about, again, not,

20   not the issue of Hickory Flat in or out, but

21   the issue of a part of Hickory Flat that was --

22          Q      That's out.

23          A      -- out.

24          Q      Is basically the same black

25   percentage as the district as a whole.  So if

**183**

Electronically signed by Joel Moyer (501-161-376-4513)                                    8891fc2e-7593-48cd-b714-388725094941

```
 1    you would have had all -- if you would have
 2    added the rest of Hickory Flat to 111, it would
 3    essentially be a wash in terms of 111's racial
 4    demographics?
 5         A     Correct.
 6         Q     Okay.  And then Mt. Carmel, you see
 7    that Mt. Carmel -- let's see if we can find
 8    Mt. Carmel here.  Mt. Carmel is right here;
 9    right?
10         A     Correct.
11         Q     Now, looking at, again, going back
12    to Chen's report, if Mt. Carmel had all -- and
13    you see that in 2012 all of Mt. Carmel is in
14    111; correct?
15         A     Correct.
16         Q     So by splitting Mt. Carmel, it
17    slightly reduced the black population of 111;
18    correct?
19         A     That's probably correct.
20         Q     Okay.  And then let's talk about
21    McDonough Central as well.  McDonough Central
22    is right here.  Now, McDonough Central,
23    there's -- McDonough Central doesn't have to be
24    split for any contiguity reasons; right?  I'm
25    talking about, in terms of 109, it doesn't have
```

Electronically signed by Joel Moyer (501-161-376-4513)                        8891fc2e-7593-48cd-b714-3887250949d1

1    to be.  You could have kept all of McDonough

2    Central in 111 or put it all in 111, and it

3    wouldn't cause any contiguity problems with

4    109; correct?  It's split in both plans.

5        A    Oh.

6        Q    It's split in both plans, but my

7    point is you could have put --

8        A    Could have made it whole?

9        Q    You could have made it whole.

10       A    Yeah.

11       Q    Yeah.  Okay.  And if you would have

12   made it whole, it would have slightly increased

13   the black percentage of the district as a

14   whole, if you put it all in 111.  And now I'm

15   going back to Chen's Table 16.

16       A    Okay.  So you could have made it

17   whole --

18       Q    If you would have made it whole and

19   put it all in 111, it would have slightly

20   increased the black percentage of 111; correct?

21       A    Correct.

22       (Whereupon a document was identified

23       as Plaintiff's Exhibit 339.)

24       Q    Okay.  All right.  I want to show

25   you a document that is -- at the top says, bo_3

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094d1

1    candidate.r.  And we'll mark that as 339.  Do

2    you recognize that document?

3               MR. PARK:  This is Plaintiff's?

4               MR. GREENBAUM:  339.

5         A    All right.  So this would be the

6    actual EI part of the estimation.

7         Q    Okay.  And is this for a particular

8    election or for several elections?

9         A    It looks like it's set up so that it

10   can be -- can run on different elections rather

11   than just a particular election.

12        Q    Okay.  And this was a document that

13   you produced as part of your backup in this

14   case; correct?

15        A    I, I believe so.  I don't know for

16   certain.

17        Q    Okay.  And is that because this is

18   something that, that Dr. Stevenson would have

19   created instead of you?

20        A    Be -- well, it's because it's, as

21   it's -- as I see it here, it's a generic.

22   There's nothing in here that I see, unless I'm

23   missing something, that specifically references

24   an election or a data set here.

25               So because it's generic, I assume it

**186**

Electronically signed by Joel Moyer (501-161-376-4513)                              8891fc2e-7593-48cd-b714-3887250949d1

John R. Alford, Ph.D.      Georgia State Conference of the NAACP, et al vs Kemp      February 28, 2018

1    was provided in this case, but I couldn't be --
2         Q     Okay.
3         A     I couldn't be certain.
4         Q     And it does -- toward the top, it
5    does have a -- it does have kind of a, under
6    the read data part near the top, it has kind of
7    a folder -- identifies a folder
8    C:\\Users\\randy\\Dropbox\\consulting\\GenericT
9    empData\\tempdata.dt?
10        A     Yes.
11        Q     And as far as you know, Randy's
12   Dr. Stevenson?
13        A     Correct.
14        Q     Okay.  All right.  So I'm going to
15   ask you questions about a bunch of numbers and
16   symbols and letters in this document.
17              All right.  You see under where it
18   says, formula1?
19        A     Yes.
20        Q     And do you see where it says, cbind,
21   and then, V1?
22        A     Yes.
23        Q     What is V1?
24        A     V1 would be the vote for candidate
25   1.

**187**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094 9d1

1          Q      Okay.  And then toward the end of
2     that line, it says, VtdoVap_cor?
3          A      Yes.
4          Q      What is that?
5          A      That would be the -- let's see.
6     That would be the VTD black VAP is what I would
7     suspect.
8          Q      Okay.  Further along --
9          A      I should say that, I mean, that's an
10    abbreviation.  One of the things is that if
11    you -- so, for example, if this generic routine
12    was written to do this sort of analysis in a
13    case where you were using, for example, VAP,
14    this might have been titled VAP for that
15    purpose.
16             But what would actually be brought
17    in by that would be -- would depend on what was
18    put into the temp data in the column
19    corresponding to that, which could have been
20    VAP but also could have been actual turned out
21    vote.
22         Q      So do you know whether it's -- in
23    this instance whether it's black VAP or turnout
24    by race?
25         A      In this -- if this is what was used

Electronically signed by Joel Moyer (501-161-376-4513)                                    8891fc2e-7593-48cd-b714-3887250949d1

```
1   here, then it would be black turnout by race.
2        Q      And how do you know that?
3        A      Because we didn't do any analysis on
4   VAP.
5        Q      Okay.  So further down it says in
6   the line that starts with tune?
7        A      Correct.
8        Q      It says, ntunes = 10.  What does
9   that mean?
10       A      So you can improve the efficiency of
11  estimation in md.bayes by providing some tuning
12  parameters.  Probably the most important of
13  those is the -- if you have a covariate, it can
14  be very helpful in improving these estimates.
15  We don't have a covariate here, so that's the
16  first part, is there's a no covariate.
17              And then what you're doing here
18  basically is giving parameters to the -- to
19  this tuning operation that are similar to the
20  parameters that you'll provide later for the
21  actual md.bayes.  So you're giving it some
22  parameters about how many draws to make in
23  order to --
24       Q      And that's the ntunes part, or is
25  that something else?
```

**189**

Electronically signed by Joel Moyer (501-161-376-4513)                8891fc2e-7593-48cd-b714-3887250949d1

```
 1      A      That's the ntunes and the total
 2   draws.
 3      Q      So what would happen if you made the
 4   ntunes 20, for example?
 5      A      I actually would have to look back
 6   at the reference for the tune MD because I'm
 7   not -- there -- what they refer to as, for
 8   example, a sample in thinning or tuning and
 9   draws, to me at least, aren't self-apparent.
10             So I would want to look back to make
11   sure about what it's doing there, whether
12   it's -- whether that means it's taking every --
13   it's doing 100,000 draws and taking every ten,
14   which would mean it's actually doing about a
15   million draws, or whether it's the reverse.
16             But it's basically establishing how
17   many iterations you're going to do and then how
18   often you'll actually retain the result of that
19   iteration in order to set your tuning
20   parameters.
21      Q      And then below that on the next line
22   on the right-hand side, it says, thin = 100?
23      A      Yes.
24      Q      What does that mean?
25      A      That means that we're -- that the
```

Donovan Reporting, PC                                      770.499.7499

1   thin parameter establishes how often you

2   actually retain the result of an iteration.

3        Q     So if you, if you set it at 200,

4   what would be the difference?

5        A     You'd get half as many -- you'd end

6   up doing half as many -- or sorry.  Hold on.

7   You'd end up doing -- so if you retain every

8   200, you would end up doing twice as many.

9        Q     Twice as many what?

10       A     Total iterations.

11       Q     Okay.

12       A     So your total iterations are your

13  sample times your thin.  Because in order to

14  get -- so in this case, we'd want to get 10,000

15  estimates -- 10,000 iterations for which we

16  will actually examine the data.  And to get

17  those -- sorry.  100,000 that we'll examine.

18            To get those 100,000, we're going to

19  let it iterate 100 times and then draw one

20  iteration into sample.  Then we're going to let

21  it iterate 100 times and draw one.  And so that

22  means it will need to, if I'm doing the math

23  right, it will need to actually iterate 10

24  million times.

25            Before with a thin of 100 and a

Electronically signed by Joel Moyer (501-161-376-4513)                                    8891fc2e-7593-48cd-b714-388725094941

1   sample of 100,000, we get there whereas it

2   would be 20 million if we were thinning at 200.

3       Q     Okay.  Thank you.  The next line,

4   the second portion of it says, ret.mcmc=TRUE.

5   What is that?

6       A     Again, I'd probably want to look at

7   the -- but my -- if I'm recalling this

8   correctly, it's a parameter for whether you

9   want to return the values that you're getting

10  in the Monte Carlo.  So you have a Markov

11  chain, Monte Carlo process that's being used as

12  a -- and I think they implement it as a Gibbs

13  sampler.  So this is what's providing the walk

14  through the parameter space.

15          And I think this is, this is just a

16  question of whether you want to retain those so

17  that you can look at them and find out -- it's

18  kind of like if you were walking -- if you

19  wanted to see all of Gwinnett County, one way

20  to do that would be a random walk with a

21  Markov, so a Markov chain with a Monte Carlo

22  process to generate your -- the vector that you

23  would take each time from your starting point.

24          And then the question about -- of

25  retaining that is, in retaining that, you can

**192**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094901

1    get a look at whether this, this essentially --

2    it's not truly random, but this linked random

3    process actually did a good job of walking all

4    over Gwinnett County or whether, what happened

5    for a variety of reasons, you ended up

6    basically randomly walking around some piece of

7    it.

8              So it's a kind of diagnostic that

9    looks at whether you covered the units square

10   reasonably efficiently.

11       Q     Okay.  And then a couple lines below

12   that --

13       A     Or I should say reasonably

14   completely.  It's -- at this point, we're past

15   efficiency.

16       Q     Okay.  A couple of lines below that,

17   there's a line that starts with, lam.  Do you

18   see that?

19       A     Yes.

20       Q     And then there's lambda.reg.  Why is

21   this called lambda.reg?

22       A     This is just doing regression to

23   produce.  This is a Goodman estimate, so this

24   is just, you know, calling EI reg to just do a

25   standard, it's my understanding, just a

Electronically signed by Joel Moyer (501-161-376-4513)                8891fc2e-7593-48cd-b714-388725094 9d1

1    standard regression rather than, say, a

2    Bayesian regression.

3        Q     Okay.  And then the line before that

4    that says, BgoodV1, do you see that?  BgoodV1?

5        A     Oh, I'm sorry.  So the line after

6    it?

7        Q     It says, BgoodV1, that line?

8        A     Yes.

9        Q     There, there's a lambda as well.

10   What does the lambda there refer to?

11       A     This is just -- it's just

12   calling out the parameter that you want here,

13   which is the -- it's the slope estimate for

14   each of these, for each of the candidates,

15   first for blacks and then for non-blacks.

16       Q     Okay.  And then what portion of the

17   estimated regression model does it represent?

18       A     I would have to look back to see

19   what, what the -- what is actually coming out

20   here in terms of the regression model.  I'm not

21   certain.

22       Q     Okay.  And then -- okay.

23       A     I was going to say, it allows

24   you to -- it basically allows you to produce

25   the results that we're reporting which are the,

Electronically signed by Joel Moyer (501-161-376-4513)                                    8891fc2e-7593-48cd-b714-3887250949d1

1    the, basically the outputs that give you the

2    estimates, can give you the estimates for the

3    proportions for blacks and proportions for

4    whites.

5         Q    Okay.  Below that, there's a line

6    that says, OgoodV3.  Do you see that?

7         A    Yes.  So, again, this is, as was the

8    case up here.

9         Q    I won't --

10        A    This is black, and this is other,

11   others non-black.

12        Q    Yeah.  I just want to ask you about

13   one portion in that line.  What does VD --

14   VtdOVap_cor mean?

15        A    So if we go back up to the formula

16   line that we talked about earlier, this is

17   where we're bringing in -- in the two cbinds,

18   we're bringing in the vote data, and then we're

19   bringing in the demographic data.  And, again,

20   this -- it would suggest that we were bringing

21   in VTD data, but we're not here.

22             So we would be -- that would

23   represent in this case VtdBVap_cor would

24   represent the counts for the proportion black

25   in the turned out vote, and the VtdO would be

**195**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-3887250949d1

 1    the portion not black in the turned out vote.

 2          Q     Okay.  And then further down, under

 3    the line that says, B.num.v1?

 4          A     Yes.

 5          Q     In the middle of that line, it says,

 6    cell counts, cell.counts.  Do you see that?

 7          A     Yes.

 8          Q     What does that mean?

 9          A     So we're -- what we're actually

10    doing here is, is we're taking these -- we're

11    taking the estimates for the candidates, and

12    then we want to get the candidate's share of

13    the vote, not the candidate's share with the

14    non-vote in there.

15                All right.  So it's a very -- it's

16    not important here.  We talked about the fact

17    there isn't much roll-off.  But if you were

18    doing total registered voters, the no-vote

19    would be the biggest category.  And so if you

20    just pulled these two estimates out, you'd get

21    an estimate that say the Democrat got 20

22    percent of the vote and the Republican got 22

23    percent, and that would seem like not what we

24    want because, of course, the majority of the

25    registered voters aren't voting.

**196**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094941

1           So all we're doing here is we're

2    pulling that estimate out so that we can then

3    add those estimates up and divide and get what

4    share of the vote for the two major party

5    candidates went to each of the two major party

6    candidates.

7           And that way, we get a result that,

8    that actually looks at what proportion of

9    blacks are voting for the Republican, not what

10   proportion of, say, the black population is

11   voting in the election and for a Republican.

12       Q     Okay.  Underneath the B num 3 --

13   B.num.v3, see that line?

14       A     Yes.

15       Q     There's a -- there's the word draws

16   in that line.  Do you see that?

17       A     Yes.

18       Q     What does draws mean?

19       A     So we're doing -- so what we're

20   putting into B.num.v1 estimate is something

21   that's drawing on the VTD black, or in this

22   case the black turnout vote, estimate for

23   candidate 1.  So this will be -- and candidate

24   1, as we know, refers back to the first

25   candidate.  So we're pulling just the estimates

**197**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094f9d1

1    for the three candidates.  We're not pulling
2    the estimate for no-vote.
3              Then we're totaling the estimates
4    for the three candidates, and then we're going
5    to divide each estimate so that we get -- by
6    the total, so, again, we get the percentage we
7    want.  And that's how this is --
8              What exactly it means by draw cell
9    counts, I don't know.  But what it produces is,
10   when applied to this, to VtdBVap_cor.V1 is it
11   produces the estimate for a black vote for
12   candidate 1 which is added to black -- the
13   estimated black vote for 2 and for 3.
14             And that then allows us to say what
15   proportion of the black vote -- of the vote for
16   one of the three candidates is the black vote,
17   so the black vote for the major candidates
18   excluding the black non-vote.
19        Q    And do you know how many draws you
20   performed?
21        A    To get these estimates?
22        Q    Yes.
23        A    I mean, I'm assuming that this is --
24   that this is just -- that this is being done,
25   averaged or accumulated over the draws which

**198**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-3887250949d1

```
 1   are -- that were -- we're doing, we're doing
 2   100,000 sample, and we're thinning at 100, so
 3   that would be, there are -- there are 100,000
 4   draws here.
 5        Q     So are you -- do you know that there
 6   are 100,000 draws, or are you assuming there
 7   are 100,000 draws?
 8        A     Well, total -- yeah.  We're
 9   drawing -- so, right.  We're -- again, we're
10   iterating 10 million times.  We're only
11   retaining 100,000 of them.  That's our draw is
12   that the 100,000 -- it's a one-in-a-hundred
13   sample of the 10 million iterations.
14        Q     Okay.  Thank you.  And then on the
15   next line, the line that says, B.num.vote.est,
16   you see that line?  It's second from the
17   bottom.
18        A     Yes.
19        Q     So I'm interested in what's at the
20   end of that line, B.num.v3.est.  What is that?
21        A     That's B.num.v3.est from the line
22   directly above it.
23        Q     Okay.  So I want to move on to the
24   next page.  Bvec3, that line.  See that line?
25   Show you what I'm talking about.
```

**199**

Electronically signed by Joel Moyer (501-161-376-4513)                                    8891fc2e-7593-48cd-b714-388725094901

```
 1         A      Okay.  So, yeah.
 2         Q      Bvec3.  See that line?
 3         A      Yes.
 4         Q      Okay.  I want to ask you about on
 5    the right-hand side of that line what qB --
 6    qBv3[2][1] means?
 7         A      And I can tell you what this block
 8    is doing.  I'm not exactly sure what these
 9    particular -- how this is being set up here,
10    but I can tell you what it's doing.
11              What this block is doing is it's
12    creating the confidence intervals by looking at
13    the actual distribution of the draws across --
14    all right.  So we've got -- we're allocating
15    the draws out, and then we're creating cut
16    points in the draws, a bottom cut point at .025
17    and a top cut point at .975.
18              So this is how you would implement,
19    rather that using the standard errors, if you
20    wanted to properly implement a confidence
21    interval, you would implement it on the basis
22    of the sample values.  And this is a -- so this
23    is how you, how you implement a 95 percent
24    confidence interval on the sample values in the
25    EI.
```

Donovan Reporting, PC                                          770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                                    8891fc2e-7593-48cd-b714-388725094941

```
 1        Q     Thank you.  Can you tell me exactly
 2   what the 2 means in that, the 2 in the
 3   brackets?
 4        A     I -- again, the -- I can tell you,
 5   you can see that the -- where we're specifying
 6   that the upper and lower limits in the -- in
 7   that, in the three statements above.
 8              Right.  Again, for each of the three
 9   candidate estimates for blacks, we're
10   specifying that we want a 95 percent confidence
11   interval with half that interval at the bottom
12   and half at the top.  And then, and then we
13   move and do the same thing for non-blacks.
14   Right?  So we're doing it for blacks and for
15   non-blacks.
16              And then ultimately, that's being
17   pulled together into a -- into output that just
18   provides us with two values separated by a
19   paren which are the lower confidence bounds.
20   So the estimate itself has to be brought back
21   in.  The lower confidence interval has to be
22   subtracted from it.  Or you have to -- or
23   sorry, not subtracted from it.  They're not
24   standard errors.
25              So then the lower confidence
```

**201**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094 9d1

1    interval and the upper confidence interval are

2    associated with the actual mean value that

3    we're putting out, and so that's what -- that's

4    what this entire block does.

5            But again, what exactly this, the 1s

6    and the 1-1s and the 1-2s or the 2-1s, what

7    their role is in stacking that up into this

8    form, I'm not certain.

9        Q    Okay.

10       A    But that is -- so the reason that

11   this -- that there's a long section here in

12   which this is done separately for the three

13   candidates for the black votes and for the

14   three candidates for the non-black vote is we

15   want to generate a confidence interval for each

16   of those estimates separately.

17       Q    Okay.  Thank you.  And if you go

18   down to Ovec3, see that one that starts, Ovec3?

19       A    Yes.

20       Q    What does the gOv3 and then the two

21   1s in brackets mean?

22       A    Again, this is the end of the

23   process for, because it's the Ovec as opposed

24   to the -- that matching set of three lines

25   about halfway up, the Bvec.  Right?  So here,

Donovan Reporting, PC                                    770.499.7499

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094 9d1

1    these are the vectors for each -- for the

2    confidence intervals for each of the three

3    candidates for non-black voters and the three B

4    vectors were the confidence intervals for

5    the -- for black voters for candidate 1,

6    candidate 2, candidate 3 --

7              So they're parallel.  And again,

8    exactly what the 1-1, 1-2s, and 2-1s do, I'm

9    not certain.  But all this does is -- I know

10   what the, what the input into it is, which is

11   the actual samples, not the -- some kind of a

12   made up standard error.  And then the output is

13   the upper and lower bounds at 95 percent true

14   confidence based on the variability in the

15   iteration of the model itself rather than

16   variability based on an assumption.  So in

17   ordinary least squares regression assumption,

18   the standard error assumption is based on some

19   normality assumptions.

20             This has no assumptions.  It's

21   just -- it's based on actual -- actual draw is

22   taken from the sampling process itself.

23      Q    Okay.  And then second to last line

24   talks -- it says, lam -- lamdas.  Do you see

25   that?

Electronically signed by Joel Moyer (501-161-376-4513)                        8891fc2e-7593-48cd-b714-388725094941

```
 1        A      Yes.
 2        Q      And then there's a phrase,
 3   as_tibble.  What does that mean?
 4        A      Looks like something out of Star
 5   Wars or something, but.
 6               So I don't know if it's referring
 7   back to -- so at this stage, I think we're at
 8   the stage of that we're actually, you know,
 9   producing the output.  We're actually putting
10   out the output results.  So I'm assuming that
11   this, that the lamdas is where we're actually
12   outputting the Goodman's regression.
13               The means that we're putting out
14   above that would be the EI estimates.  And then
15   we're basically writing all of this out again
16   back to a desktop folder.
17        Q      Which results are extracted by
18   as_tibble?
19        A      I -- based on the fact that we're
20   talking about that it's labeled as the lamdas,
21   I assume that -- and that it's not referenced
22   in the part above, I'd assume that what it's
23   putting -- what it's retrieving for us is the,
24   the Goodman's -- the results from the Goodman's
25   estimate, but I'm not certain.
```

**204**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-3887250949d1

```
 1        Q     So only, only Goodman's written data
 2   are Rresults data?
 3        A     So --
 4        Q     So only Goodman is saved into
 5   Rresults.dta, sort of the line below that?
 6        A     Oh.
 7        Q     The last line.
 8        A     Well, no.  So if that's -- if, if
 9   what the output here is, is -- so what's coming
10   out of this process across the three candidates
11   is being labeled as lamdas, which is then just
12   being called in the next write statement, then,
13   no, this is not just the Goodman's.
14              MR. GREENBAUM:  Okay.  No further
15   questions at 3:54.
16              Now, Ms. Khanna might have some
17   questions.
18              THE WITNESS:  You're a man --
19              MS. KHANNA:  I do not.
20              THE WITNESS:  You're a man of your
21   word.
22              MR. GREENBAUM:  I'm a man of my
23   word.  Thank you.
24              THE WITNESS:  Thank you.
25              MR. PARK:  Jon, I've got a couple of
```

**205**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094901

```
1    questions.  I don't think it will be a problem.
2              MR. GREENBAUM:  Okay.  Go ahead.  Up
3    to you.
4              THE WITNESS:  If I miss my plane
5    because of you.
6              MR. GREENBAUM:  You can blame your
7    own lawyer for that then.
8    EXAMINATION
9    BY MR. PARK:
10       Q    Dr. Alford, let me show you what's
11   been marked as Plaintiff's Exhibit 334.  Can
12   you tell me what that is?
13       A    These are the, these are the
14   estimates from the Gwinnett County case that
15   were where we discussed earlier because -- I
16   assume because these have estimates for Latino
17   and Asian support.
18       Q    And you rendered an expert report in
19   that case --
20       A    Yes.
21       Q    -- as well, didn't you?
22       A    Yes, I have.
23       Q    In that report, did you address the
24   difference between point estimates and the
25   confidence levels with respect to Asian and
```

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094941

1    Latino voters in Gwinnett County?

2         A      Yes.

3         Q      And what were -- just briefly, what

4    was the nature of your conclusion?

5         A      Well, the -- in this case, the point

6    estimates -- there are two issues here.  We

7    discussed earlier whether the point estimates

8    for Latinos look different than they do for

9    whites.

10              They do, but the point estimates for

11   Latinos are also -- don't look like cohesion.

12   So they're, you know, at levels that move

13   around in the low 50s to -- into 60 percent for

14   most of these estimations.

15              In addition, the confidence

16   intervals typically range from about 20 percent

17   to someplace in the mid to high 80 percent, so

18   there are -- the point estimates themselves are

19   located fairly centrally and don't -- and

20   unlike the white estimates which indicate

21   cohesion, the Latino estimates do not in a very

22   uniform way indicate cohesion and, taken

23   together with their confidence intervals, tell

24   us that we really -- we can't say that Latinos

25   are cohesive either among themselves or with

**207**

Electronically signed by Joel Moyer (501-161-376-4513)                              8891fc2e-7593-48cd-b714-388725094 9d1

1    blacks.  The same is true for Asians.

2             MR. PARK:  No further questions.

3             MR. GREENBAUM:  We're done.

4             THE VIDEOGRAPHER:  Going off video

5    record at 3:57.

6             THE COURT REPORTER:  And you're

7    going to reserve signature?

8             MR. PARK:  Do you want to read and

9    sign?

10            THE WITNESS:  I'd love to.

11        (Proceedings adjourned, 3:57 p.m.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Electronically signed by Joel Moyer (501-161-376-4513)                                8891fc2e-7593-48cd-b714-3887250949d1

1    I, JOHN R. ALFORD Ph.D., Deponent,

2    do hereby certify that I have read the

3    foregoing deposition, and the same is a true

4    and accurate transcript of my testimony, except

5    for the changes listed below, if any.

6    PAGE/LINE/CHANGE                      REASON

7    _____

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

     If additional space is needed, please attach

20   separate sheet(s) and indicate number of
     additional page(s) here:_____

21

22   _____
     JOHN R. ALFORD Ph.D., Deponent

23   This _____ day of _____, 20_____.

24   Donovan Reporting, PC FAX: 770-428-5801
     237 Roswell Street Marietta, GA  30060

25   Date of Deposition: 2-28-2018 CR: JM

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-3887250949d1

1                 CERTIFICATE OF COURT REPORTER

2     STATE OF GEORGIA

3     COUNTY OF COBB

4               I hereby certify that the foregoing

5     deposition was reported as stated in the

6     caption, and the questions and answers thereto

7     were reduced to writing by me;

8               That the witness's right to read and

9     sign the deposition was reserved;

10              That the foregoing pages 1 through 211

11    represent a true, correct, and complete

12    transcript of the evidence given on the

13    above-referenced date by the witness, JOHN R.

14    ALFORD Ph.D., who was first duly sworn by me;

15              That I am not of kin or counsel to any

16    of the attorneys or parties in this case.

17              I do hereby disclose pursuant to

18    Article 10.B. of the Rules and Regulations of

19    the Board of Court Reporting of the Judicial

20    Council of Georgia that I am a Georgia

21    Certified Court Reporter; that I am an employee

22    of Donovan Reporting PC; that Donovan

23    Reporting PC was contacted by the attorney

24    taking the deposition to provide court

25    reporting services for this deposition; that I

**210**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094901

John R. Alford, Ph.D.      Georgia State Conference of the NAACP, et al vs Kemp      February 28, 2018

```
 1  am not taking this deposition under any
 2  contract that is prohibited by OCGA 15-14-37(a)
 3  and (b) or Article 7.C. of the Rules and
 4  Regulations of the Board; and I am not
 5  disqualified for a relationship of interest
 6  under OCGA 9-11-28(c).
 7          There is no contract to provide
 8  reporting services between myself or any person
 9  with whom I have a principal and agency
10  relationship nor any attorney at law in this
11  action, party to this action, party having a
12  financial interest in this action, or agent for
13  an attorney at law in this action, party to
14  this action, or party having a financial
15  interest in this action.  Any and all financial
16  arrangements beyond my usual and customary
17  rates have been disclosed and offered to all
18  parties.
19          This 13th day of March 2018.
20
21          _____
22          JOEL P. MOYER, CCR 2745
            Certified Court Reporter
23
24
25
```

**211**

Electronically signed by Joel Moyer (501-161-376-4513)                    8891fc2e-7593-48cd-b714-388725094901

**A**

**a.m** 1:19 6:2,8 50:1
77:12 96:25
**abbreviation** 188:10
**Abha** 2:13 135:14
**able** 25:18 30:19
34:21 88:9 112:14
134:9,10
**above-referenced**
210:13
**absolute** 102:15
**accept** 26:25
**accepted** 22:14
133:14
**accidentally** 164:2
**accompanying** 78:5
**account** 165:6,8
**accumulated** 198:25
**accuracy** 53:25 135:5
**accurate** 53:18,22
209:4
**achieve** 16:4,6 18:7
23:9 24:1 30:19
153:14
**achieved** 34:2,4
**achieving** 29:16
152:22
**Act** 38:17,23 153:23
154:1 166:21
**action** 211:11,11,12
211:13,14,15
**Active** 4:9,13
**actual** 78:12,22 83:10
96:6 99:3,4,5 131:8
131:16,21 132:5
140:6 156:3 176:10
186:6 188:20
189:21 200:13
202:2 203:11,21,21
**add** 105:15 131:23
146:22 179:18,20
197:3
**added** 146:11 176:7
177:6 178:25 179:9
181:14 184:2
198:12
**adding** 36:10,13
**addition** 87:8 207:15
**additional** 21:5 100:6
154:16 209:19,20
**address** 163:7,14

206:23
**addressed** 163:21
**adhered** 163:20
**adjacent** 18:21
**adjoining** 8:19 17:11
18:4 19:24 23:12
33:15 92:9
**adjourned** 208:11
**admonitions** 157:3
**adults** 139:14
**advantage** 80:16
93:14 168:5,13
**advantages** 79:18
**affiliation** 44:18
**affirmative** 67:14
105:2 157:5
**African-American**
49:6 145:2 175:14
**agency** 211:9
**agent** 211:12
**aggregate** 46:9 48:4
80:14 81:1
**ago** 125:14
**agree** 15:13,21 23:13
27:18 31:9,16,20,21
40:13 49:2 70:20
71:12 75:10 89:14
89:15 90:6 114:21
131:1 138:14
140:23 156:13
174:11
**agreed** 30:22 32:9
34:5 46:8
**agreement** 19:24
31:13
**agrees** 93:3
**ahead** 68:9 69:21
165:18 206:2
**aid** 16:21 17:5
**Alford** 1:13 3:10 4:19
6:13,18 7:3,12 50:8
50:15 51:23 64:20
77:18 97:5,11
115:13 136:4
144:24 152:10
206:10 209:1,22
210:14
**alive** 12:5 13:5 69:7
74:8
**allocating** 200:14
**allow** 98:5 134:12

**allowed** 166:14
**allows** 84:14 194:23
194:24 198:14
**altogether** 180:21
**analpath** 102:22
**analyses** 55:25 97:24
**analysis** 7:19 8:7
15:18 36:4 40:8
41:1 52:20,22 63:10
75:16,17 76:2,3,10
76:11,18,21 78:4
79:6,10 82:15,19
83:25 84:2,24,25
85:7 87:13,14,16
90:17,18 92:5 93:12
99:6,17 103:3,6
107:16 109:21
110:3 114:18,25
115:3 118:18,24
119:12 122:5
123:13,23 128:19
128:22,22,24 133:3
137:4 172:4,5
173:13,16,23
174:14 188:12
189:3
**analyst** 130:3
**analyze** 55:14,16,18
88:17
**analyzed** 39:18,21
41:6 46:4 57:22
86:1 88:1
**analyzing** 103:25
**ANDERSON** 1:7
**ANDREA** 1:7
**Andrew** 4:16
**Andy** 4:16 171:13
**answer** 12:11 24:5
33:17 74:17 92:6
94:7
**answers** 10:23 210:6
**anybody** 13:5 18:14
31:7 47:20 48:9
89:11
**apart** 140:16
**apparently** 53:11
89:19 169:4
**appear** 64:25 71:8
**APPEARANCES** 2:1
**appears** 7:5 52:16
87:21 147:4

**appendix** 106:19,21
106:22,24 108:11
**applauding** 173:22
**application** 43:21,23
**applied** 76:10 198:10
**applies** 168:2
**apply** 80:20 168:3
176:1
**approach** 24:10
119:4,6 122:25
125:3,11 127:12,19
127:23
**approaches** 78:20
**approaching** 24:11
**appropriate** 81:15
123:7 130:22 159:2
**appropriately** 93:13
**approximation** 120:8
120:25 121:8
123:19 124:3,8,10
125:2 131:15
**April** 4:17 60:1 62:3
62:12
**area** 12:14 26:2 35:14
46:25 48:6,6
**areas** 157:21
**argue** 46:22,25
**arrangements** 211:16
**ARREYMBI** 1:7
**article** 6:5 124:14,16
210:18 211:3
**as_tibble** 204:3,18
**Asian** 52:4 54:15
56:10 94:22 126:12
206:17,25
**Asians** 54:17 55:3,6
57:15 60:22 208:1
**aside** 54:23 128:3,4
**asked** 28:6 33:15 34:9
38:1 53:14 115:22
144:3,5 171:8
**asking** 17:19 27:9
31:22 67:6 70:23
105:18 107:15
134:20
**Assembly** 3:18
**assess** 32:9,11 174:6
**assessing** 74:20
**assign** 18:6
**assist** 18:20
**assisting** 9:12

**associated** 202:2
**assume** 9:14 21:16,20
22:13 27:8,11 36:5
47:2 48:8 102:16
103:16,22 120:16
123:24,25 140:2
186:25 204:21,22
206:16
**assuming** 9:17 21:11
33:23 71:13 105:23
121:6 146:6,7,21,23
147:20 198:23
199:6 204:10
**assumption** 63:6 85:9
102:11 203:16,17
203:18
**assumptions** 203:19
203:20
**assure** 22:12
**Atlanta** 1:2,17 2:10
2:21
**Atlantic** 2:9
**atmosphere** 93:4
**attach** 209:19
**attachments** 69:21
**attempting** 19:6 32:8
**attention** 38:22
**attorney** 210:23
211:10,13
**attorneys** 100:7
210:16
**AUDRA** 1:6
**AUSTIN** 1:6
**automatically** 46:25
**available** 23:23 24:17
25:17 44:11,25 45:1
58:25 83:5,20 88:13
117:7,10,23,25
118:3 121:15
**Avenue** 2:6,15
**average** 63:9
**averaged** 198:25
**avoid** 158:16 165:13
180:20
**avoiding** 162:19
**aware** 39:9 47:3
73:17 114:11
121:14 153:8 154:6
156:18 161:19
167:20 172:25

**B**

**b** 2:18 25:7 133:19
  134:23 197:12
  203:3 211:3
**B.num.v1** 196:3
  197:20
**B.num.v3** 197:13
**B.num.v3.est** 199:20
  199:21
**B.num.vote.est**
  199:15
**back** 11:11 12:16
  14:25 19:11 27:14
  27:15,16 36:19 50:3
  50:23 58:6 64:10
  71:21 77:8,14 87:5
  94:4,5 97:2,7 101:7
  105:8 106:12
  107:13,14 114:24
  115:11 135:15
  136:1 147:13
  150:18 152:3
  169:12 170:9 174:6
  175:4,7,9 182:7,12
  184:11 185:15
  190:5,10 194:18
  195:15 197:24
  201:20 204:7,16
**back-and-forth**
  159:21
**backup** 186:13
**bad** 124:15
**balance** 19:7 23:1
  24:19 46:17
**ballot** 112:7 131:10
  133:14,17
**ballots** 132:14,16,18
  132:18
**BARCLAY** 2:19
**bars** 66:25
**based** 4:7 21:15 64:24
  71:7 72:6 90:17,18
  102:11 103:1
  120:14 140:4,6
  203:14,16,18,21
  204:19
**basic** 15:10 99:23
  138:25
**basically** 10:1 12:12
  14:2,12 16:22 19:7
  22:10 25:2 26:25

27:18 35:3 46:22,23
  58:22 61:21 66:16
  89:23 96:5 97:22
  98:1,5 99:20 100:17
  100:17 102:16,18
  123:12 129:2
  151:14 165:10
  166:23 172:16
  183:24 189:18
  190:16 193:6
  194:24 195:1
  204:15
**basing** 172:7
**basis** 13:14 14:3,17
  36:10 40:25 48:10
  59:16,20 101:19
  200:21
**Baycreek** 143:6,7
**Bayes** 121:5 123:20
**Bayesian** 120:8,25
  121:1 122:18,25
  123:22 124:4,5,8,8
  124:17 125:2,4,16
  127:12,16,19
  131:13,15 133:4
  194:2
**beat** 16:1
**becoming** 71:9
  141:18 170:19
**beginning** 1:19 63:6
**begins** 101:9
**behavior** 173:24
**beliefs** 158:9
**believe** 53:6 76:15
  79:16,17 129:12
  130:22 135:17
  173:6 176:18
  186:15
**best** 23:22,25 24:17
  149:18
**better** 25:12 40:22
  56:15 62:24 63:2
  85:8 152:7,8 153:25
  158:3
**beyond** 20:1 31:1
  100:6 173:9 211:16
**BgoodV1** 194:4,4,7
**big** 30:5
**bigger** 141:8
**biggest** 196:19
**bill** 50:14 68:16,24

69:10 74:10
**binder** 50:21,22
  51:13 64:3,3,10
  68:8 169:15
**binders** 50:21 169:5
**bit** 50:10 51:24 79:15
  89:10 159:15
**black** 4:7,9,12 16:11
  39:23 40:21 45:11
  46:21 47:17 48:14
  60:10,14,21 62:17
  63:18 64:24 65:5,11
  65:22 66:21 70:16
  71:6,23,24 72:3
  73:13,19 89:24 90:9
  90:12 91:10,22 92:3
  92:4,13 94:18,19
  95:1,4,10,17,25
  96:13 125:21
  126:11 127:8
  132:24 134:13
  138:6,10,11,19
  139:1,7,14,14,25
  140:3,24 141:18
  142:14,15,16 143:3
  143:11,13,21 144:9
  144:17,21 145:1,10
  145:14,16,17 146:4
  146:14 147:14
  170:17,20 177:12
  177:21 178:4,17,19
  178:21 182:13,18
  182:19 183:3,17,18
  183:24 184:17
  185:13,20 188:6,23
  189:1 195:10,24
  196:1 197:10,21,22
  198:11,12,13,15,16
  198:17,18 202:13
  203:5
**blacker** 182:15,16,24
**blacks** 39:15,16 40:14
  41:7,14,18 42:14
  43:1 45:20 46:4,10
  46:19 52:1 59:12
  62:7,11 89:8,14
  90:8 91:4,4,5,9
  130:7 140:1 194:15
  195:3 197:9 201:9
  201:14 208:1
**blame** 206:6

**blending** 78:21
**block** 35:18,18 90:9,9
  200:7,11 202:4
**bo_3** 185:25
**bo_3cand.r** 5:8
**board** 6:6 20:13
  28:10 29:21,23,25
  30:4,6,7 210:19
  211:4
**boiler** 35:21
**booth** 133:11 171:19
**borrowing** 22:16
**bottom** 65:16,16
  131:25 139:15
  141:7,9 142:11,25
  145:2 162:6 199:17
  200:16 201:11
**boundaries** 3:19 12:7
  79:7 116:21 154:13
  155:11 156:3
**boundary** 156:1
**bounds** 201:19
  203:13
**brackets** 201:3
  202:21
**break** 96:18,19 115:6
  116:12 135:21
  174:19
**breakdown** 64:23
**Brian** 1:10 67:16
**briefly** 207:3
**bring** 6:20 26:17
  105:16 106:5 150:9
**bringing** 195:17,18
  195:19,20
**broader** 28:3 91:15
**broadly** 21:17 41:3
  125:25 168:2
**Brockington** 1:17
  2:19
**broke** 57:24
**brought** 125:20
  188:16 201:20
**Bryan** 2:8
**bunch** 187:15
**Bvec** 202:25
**Bvec3** 199:24 200:2

**C**

**C** 106:3 187:8
**C:/users/randy/Dro...**

105:10
**calculate** 131:12
**calculated** 144:13
  153:9
**calculations** 21:1
  145:12
**call** 37:2 99:6 103:18
  121:17 122:10,14
  122:15
**called** 87:10 98:5,7
  103:2,3 109:20
  121:11,22,23,24
  122:16 123:10
  155:23 193:21
  205:12
**calling** 109:22 120:19
  123:5 124:2,4
  193:24 194:12
**calls** 99:2 109:22,23
  110:7 122:2
**candidate** 16:9,10,11
  16:14,18 40:22 56:9
  56:10,18 57:3,6,12
  57:19,24 58:3 76:12
  79:8 83:11,23 84:19
  92:12 131:20
  133:18,19,23,24,24
  134:19,23,23
  187:24 197:23,23
  197:25 198:12
  201:9 203:5,6,6
**candidate's** 196:12
  196:13
**candidate.r** 186:1
**candidates** 8:17 17:2
  54:18 55:17 90:10
  90:12 91:6,8,10,24
  91:25 92:3 94:17
  104:13,15,20 107:3
  107:7,11 126:13
  130:8 194:14
  196:11 197:5,6
  198:1,4,16,17
  202:13,14 203:3
  205:10
**capability** 81:6
**capacity** 1:10
**caption** 210:6
**captured** 113:7
**capturing** 94:25 95:1
  95:2

John R. Alford, Ph.D.          Georgia State Conference of the NAACP, et al vs Kemp          February 28, 2018

Page 214

**care** 16:17,25 17:3,5
    18:15 20:2,4,5,6,8
    92:9 165:22
**cared** 16:20 18:14
**careful** 54:8 91:9
**carefully** 18:5 76:17
    81:11 87:24
**Carlo** 192:10,11,21
**Carmel** 184:6,7,8,8
    184:12,13,16
**case** 1:9 7:6 8:7,22,25
    9:11 11:15 19:3,5
    21:17 28:22 32:25
    33:18 34:20 39:20
    40:13 41:6,6 42:3,4
    47:11 48:24 49:5,16
    52:1,6,19,20 56:5
    57:22 58:1 63:22
    71:8 74:5 76:25
    82:12 92:5 93:25
    96:11 99:25 110:21
    115:21 127:1,16
    128:6 129:6,10
    132:4 135:1 154:22
    167:19 174:16
    186:14 187:1
    188:13 191:14
    195:8,23 197:22
    206:14,19 207:5
    210:16
**cases** 7:21 18:23
    99:22 125:19
    127:11 164:22
    167:3,7
**cast** 131:8 132:14,16
    132:18,19
**catching** 113:1
**categories** 67:3 133:5
    142:1
**category** 59:17 132:3
    134:1 135:3 159:11
    196:19
**cause** 175:21 185:3
**Cave** 2:8
**caveat** 34:18
**cbind** 187:20
**cbinds** 195:17
**CCR** 211:21
**CELESTE** 1:4
**cell** 196:6 198:8
**cell.counts** 196:6

**census** 29:1,2 31:25
    33:4,20,20 34:15,25
    35:1 36:1,23 37:16
    44:6,22 59:25 60:6
    62:3,12,20 132:7
    140:4 153:16,20
**center** 2:9 94:12
    149:17
**Central** 184:21,21,22
    184:23 185:2
**centrally** 207:19
**certain** 3:19 56:3
    121:9 147:17 156:1
    176:22,23 186:16
    187:3 194:21 202:8
    203:9 204:25
**certainly** 23:5 28:7
    30:17 37:9 44:1
    79:20 80:16 82:6
    114:7 129:21
    156:10 158:1
**Certificate** 3:14 210:1
**Certified** 1:15 210:21
    211:22
**certify** 209:2 210:4
**cetera** 23:24
**chain** 192:11,21
**chair** 10:3
**chairman** 10:21,25
    11:12 12:3,8,20
    13:4 15:3 27:19
    34:3,10,12 69:8
    74:6
**Chandler** 75:9,20
**Chandler's** 71:23
**change** 22:6 39:6 54:4
    72:7 75:7 99:22
    106:9,10 141:16,17
**changed** 9:16 78:1,13
    78:15 117:4 140:9
    140:17 142:1
**changes** 30:21 31:5,7
    32:9 54:11 74:15,23
    75:7 105:25 153:10
    159:17 171:19,25
    173:14 209:5
**changing** 74:20
**character** 111:22
    112:20
**characterization** 12:8
    12:19 13:1 40:18

161:11
**characterizations**
    173:4
**characterize** 41:1
    89:12 120:7 161:6
**characterized** 11:12
    159:9
**chart** 60:18 62:1,6,10
    62:14
**check** 30:18 31:17
    37:7,9 39:5,11
    175:22
**checking** 37:3
**Chen** 2:24 4:20,23
    7:11,17 39:15 40:10
    46:4 75:15 76:9
    77:20 79:2,17,23
    82:14 86:3 87:25
    90:7 92:23 99:19
    100:1 110:9 111:10
    112:14 115:21,23
    116:11,13,15
    117:10,14,19,20,25
    118:10 119:24
    127:6,7 130:13
    142:15 144:23
    153:8 156:19
    157:12,15 159:10
    172:14 176:8,21
**Chen's** 7:18 8:8 73:16
    73:21 75:24 76:1
    77:4,24 82:7 86:9
    86:16 88:21 89:5
    90:25 99:17 106:14
    109:23 110:12
    113:11 114:22
    117:13 118:1,18,24
    144:19 145:12
    173:23 175:9 182:8
    184:12 185:15
**choice** 25:15 90:11,12
    100:22 133:17,18
    166:10 167:5
**chose** 103:12 127:7
    133:21
**circle** 84:17
**circumstances** 156:1
    164:19
**citations** 124:15
**city** 48:2

**Civil** 2:5
**clean** 159:14
**clear** 19:19 26:11
    84:16 91:19 93:8
    139:23 156:23
    162:12 174:10
**clearly** 93:11 94:8,15
    94:18 95:4 172:15
**clerk** 108:6 109:9
**close** 104:23 113:22
    148:20,22
**COBB** 210:3
**code** 98:23 102:4,8
    107:5,22,22
**coding** 109:24
**cohesion** 89:8 127:8
    207:11,21,22
**cohesive** 90:1 207:25
**cohesively** 89:14 90:8
    91:4,5,7,10,23,25
    92:4 130:8
**Coie** 2:14
**COLEY** 1:4
**collect** 100:24
**collected** 101:1
**collecting** 101:2
**column** 188:18
**columns** 132:1
**come** 17:13 25:16,17
    51:6 96:8 103:5
    105:7,7 134:9,11
    141:3 180:18
**comes** 8:24 52:22
    96:7
**comfortable** 141:21
**comforting** 89:21
**coming** 28:16 72:8
    89:21 94:19 134:16
    194:19 205:9
**comment** 160:23
    171:2
**commentary** 172:18
**commenting** 137:2
    172:11 173:17
**commissioner** 112:5,6
    113:17
**committee** 2:4 5:3,3,5
    5:5 10:4,22 11:5
    150:25 151:2,18
    155:10 156:16,24
    156:25 158:22

162:18
**commonly** 15:20
    158:1
**communities** 158:3
**community** 158:6,8
**compact** 156:20
**compactness** 156:24
    156:25 157:6,9,13
    157:15
**comparative** 126:1
**comparativist** 8:4
**compare** 138:17
**comparing** 127:18
    141:21,22,25
    145:19
**Comparison** 4:1,4
**compass** 100:19
**compelling** 167:22
    168:8,13
**competing** 18:12
**competitive** 71:3,3,11
    71:15,25
**compile** 59:1
**compiled** 49:21
**complete** 210:11
**completely** 37:24
    102:7 193:14
**complex** 25:24
**compliance** 38:21
    153:22 154:4
**complicated** 149:16
**complications** 23:7
**compliment** 177:25
**comply** 153:4,25
**composition** 17:14
    41:22 83:24 94:2
**compressed** 87:6
**computer** 102:2
    124:24
**concatenate** 105:11
    105:14
**concatenating** 105:8
**concentration** 48:3
**concept** 131:3
**concern** 36:8 93:20
    93:22 118:22,23
    120:10,11 128:19
    130:11 162:8
    172:12
**concerned** 16:23 22:9
    81:23

John R. Alford, Ph.D.        Georgia State Conference of the NAACP, et al vs Kemp        February 28, 2018

**concerns** 18:12 19:8
   63:8
**conclude** 91:12
**concluded** 73:24
   173:5
**conclusion** 75:18 76:5
   76:7 90:3,25 91:1
   91:14 207:4
**conclusions** 90:16,17
   90:18,22 173:8
   174:10
**condition** 20:23
**conducted** 84:13
**conducting** 14:1
**Conference** 1:3 2:2
   162:24
**confidence** 128:12,20
   128:23,25 129:2,7,9
   129:13,19,22,23
   130:9 200:12,20,24
   201:10,19,21,25
   202:1,15 203:2,4,14
   206:25 207:15,23
**confident** 56:3 88:23
**configuration** 118:3
**confirm** 176:8
**confused** 163:21
   170:22
**confuses** 139:5
**confusion** 113:25
**congressional** 5:4
   10:22 151:1 152:20
   153:1 165:2
**connect** 45:9 180:13
   180:13
**connecting** 163:4
**connection** 180:16,17
**consider** 128:9
   155:11,14 156:2,16
   156:24 158:22
   162:19 164:12
**consideration** 156:7
   156:14 158:25
**considerations** 19:1
   171:22 172:1
**considered** 93:1
**considering** 21:17
   157:6
**consistency** 173:3
**consistent** 107:4
**consistently** 127:7

**consisting** 107:3
**consists** 107:1
**constant** 63:8
**Constitution** 166:22
   167:15
**Constitutions** 154:5
**constraint** 30:25
**constraints** 31:4
**consulting** 102:22
   187:8
**contact** 14:13
**contacted** 210:23
**contain** 95:25
**contained** 1:21 81:13
**contains** 70:8 95:24
**contemporary** 93:12
**contest** 98:23 99:1,3
   103:18,22,23 104:1
   104:2,2,3,12,19
   106:25 107:1 108:2
   108:3,11,11,12,14
   108:14,18 109:1,4
   132:16,19
**contest=1** 103:20,21
   106:13
**contested** 4:21 51:20
   100:13 111:4
   112:25
**contests** 98:6 103:25
   108:5,10
**context** 158:7 164:16
**contiguity** 136:22
   179:15,17,23
   181:10,16 184:24
   185:3
**contiguous** 95:21
   179:5 181:5
**continue** 72:15
**continued** 3:25 4:25
   72:14
**continuing** 173:7
**continuity** 178:14
**contract** 211:2,7
**contradicts** 79:12
**contrary** 63:24,25
   74:1
**contribute** 25:8
**contributors** 25:25
**control** 106:23
**convenient** 122:3
**conversation** 25:5

**conversely** 60:10 62:7
   65:15
**conveying** 71:19
**copy** 7:5 50:23
**CORETTA** 1:7
**corner** 131:25
**correct** 7:23 9:7
   10:23 11:3 13:9
   15:11 16:2,12,18
   18:9 21:8,23 22:4
   23:18 24:21 28:19
   29:2,3,5,6,9,10
   39:19 41:20,21
   42:15 44:15,20 45:2
   45:21 46:6 47:19
   52:24 57:14,16,17
   57:24,25 58:4,16,20
   59:5,10,11,14,15,18
   59:19,22 60:3,4,9
   60:12,13 61:25 62:5
   62:9,13,17,18,20,21
   63:4,13,18 64:25
   65:9,13,14,20,23
   66:23 67:20,23,24
   68:1,2,21,22,24,25
   69:10,11,25 70:4
   71:25 72:5,20,25
   73:4,14 74:15 75:2
   76:13 78:15 79:4,12
   79:13,19,25 80:3,5
   80:21 82:8,12,13,20
   83:1 85:13 87:1,2,4
   88:2,4 92:13 95:10
   108:12,13,16,17
   112:21 114:16
   116:22,25 118:4
   123:17 127:4 129:7
   129:11 132:19,20
   132:25 133:1
   137:21 138:2,3,21
   141:13 142:12,13
   142:18 143:4,5,15
   143:16 144:18
   145:10,18,22,25
   146:8,16 147:5,9,10
   147:15,16 148:22
   148:23 149:2
   152:16,23 154:17
   154:20 155:7
   156:16,17 157:13
   159:19,23 161:2,8

162:14,20 163:1,16
   168:5,14 169:1,19
   170:6,7,8,11,12,20
   172:2 174:17
   175:21 177:7,10,15
   178:5,6,14,15,23,24
   179:3,7,16 181:6,7
   182:20 183:12,13
   184:5,10,14,15,18
   184:19 185:4,20,21
   186:14 187:13
   189:7 210:11
**corrected** 169:19
**correctly** 132:1
   166:19 192:8
**correlation** 43:19
   48:8 96:12
**corresponding**
   188:19
**Council** 210:20
**counsel** 2:1 6:4 28:1
   138:22 210:15
**count** 65:8
**counties** 62:16 100:20
   154:13 155:11
**countries** 134:5
**country** 38:18
**counts** 131:17,21,22
   131:22 195:24
   196:6 198:9
**county** 4:1,3 24:16
   49:4,4,6,13,14 52:6
   52:10,19,20 54:16
   54:19 55:25 57:21
   57:22 58:10 59:8
   60:8 61:12 62:24
   63:3 70:1,9 100:18
   136:15 149:22
   154:16,18,19
   155:23,25 156:2
   170:18,19 192:19
   193:4 206:14 207:1
   210:3
**couple** 78:2 193:11,16
   205:25
**course** 11:13 12:20
   83:4 119:25 196:24
**court** 1:1,15 6:6,11
   64:18 108:6 109:9
   165:1,9 174:4,23
   208:6 210:1,19,21

210:24 211:22
**court's** 165:4
**courtesy** 31:6
**covariate** 189:13,15
   189:16
**cover** 100:17 123:13
**covered** 38:16 84:17
   111:5 112:25 150:4
   193:9
**covering** 100:19
**CR** 209:25
**create** 39:7 98:14,19
   113:25 136:22
**created** 98:21 186:19
**creating** 136:4,9
   200:12,15
**criteria** 160:10 161:8
   162:10 166:8
**critical** 77:2 93:17
   124:10
**cross** 131:24 155:25
**crossover** 127:9
**crucial** 46:17,20
**CUNNINGHAM** 1:6
**current** 123:25 148:5
**CUSTER** 2:8
**customary** 211:16
**cut** 30:8 106:10
   200:15,16,17
**cutting** 27:12 34:19
   34:22

**D**

**D** 25:22 143:9,9,19,20
   143:22 144:8 145:9
   145:13,17,20 146:1
   146:11,12,15 147:3
   147:12
**Dacula** 149:7
**daily** 12:22,23 13:20
   14:2,17,19
**Dan** 3:21 9:19 11:12
   64:15 69:5 75:4
   168:20 171:11
**danger** 22:4 37:15
   38:3,6,14
**DARRYL** 1:6
**data** 4:2,4 28:24 29:1
   29:2,4,14 30:2,10
   30:13 31:25,25,25
   32:1,7,11,22 33:4,5

33:6,19,20,20,21,22
34:15,16,17,25 35:1
36:1,7,23,24,25
37:16,17,17 38:5,7
38:12,15,19 39:1,5
39:12 44:5,6,7,8,11
44:17,24 45:1,3,7
48:22 49:20,20 58:7
58:10,24 59:2,4
69:15,23,23,25 74:1
74:8,14,19,22,25
76:11 77:24 83:1,1
83:3,4,10 84:1,15
84:18,21 85:1,1,12
87:16 88:11,12,14
88:16 95:8,16 98:4
99:6,7,11,14,14,15
99:18 100:8,9,24
101:1,3,8 102:13,14
103:2,5 105:11
109:6,21,23,24,25
110:8,13 113:7
114:13,15,20,22,25
115:18,20,22 116:4
116:7,14,24 117:3,6
118:7,11 119:19,21
122:6,10 126:8
132:4,5,7 169:11
186:24 187:6
188:18 191:16
195:18,19,21 205:1
205:2
**data-poor** 126:14
**database** 85:13
**date** 6:8 59:3 73:8
124:14 209:25
210:13
**dated** 68:21
**day** 13:8,14 24:13
114:23 170:11,16
209:23 211:19
**days** 14:9 133:14
**DC** 2:6
**de** 31:14
**deal** 25:21
**dealing** 30:21 47:20
**deals** 25:24
**dealt** 18:22
**decide** 38:6
**decided** 181:20
**decision** 82:10 100:3

100:11 111:20
180:23 181:17
**decision-making**
168:7
**decisions** 171:18,20
171:24
**declaration** 5:6
162:11
**decline** 60:6
**decrease** 59:9 62:3,4
**decreases** 59:21
61:24 142:2
**decreasing** 49:8
**deem** 159:2
**defeated** 22:8
**defect** 153:5
**Defendant** 1:11 2:17
**defines** 162:1
**definition** 158:8
**degree** 23:9 28:16
32:9 119:11 136:14
136:17,20
**Democrat** 39:24 41:8
41:19,24 42:14
44:13 45:20 46:5
48:15 57:3,6,13
75:2 79:2 93:18
94:3 96:14 196:21
**Democratic** 16:10,11
16:18 30:23 33:8
40:22 41:16 43:1,6
43:13 46:11,16
47:10,25 48:5 54:17
56:9,17 58:3 79:8
89:9,15,17 91:6,23
92:10,12 93:9,19
94:16 95:5 130:8
133:23
**Democrats** 4:10 16:2
16:24 31:2 33:9,12
39:16 40:15 42:11
43:13 44:1 47:3,19
52:1 55:4,11 57:20
62:23 64:23 65:8,12
65:17 66:22 67:12
67:23 70:17,24 71:4
71:10,11 72:4,19,24
73:11 93:21 94:10
94:21,22,22,23 95:1
95:2,17 96:1,1
**demographic** 58:7

141:16,17 195:19
**demographics** 36:1
105:16 106:4
168:25 184:4
**demonstrated** 130:24
**demonstration** 131:2
**depend** 188:17
**depending** 94:24
105:22
**Deponent** 209:1,22
**deposition** 1:12 9:24
11:14 12:9,11 27:16
50:11 75:5,6 209:3
209:25 210:5,9,24
210:25 211:1
**depositions** 28:22
**describing** 29:19
**desktop** 204:16
**despite** 95:3
**detail** 66:16
**detailed** 66:10
**details** 21:13 73:23
**determinative** 149:1
**development** 14:7
**deviation** 153:9
**diagnostic** 193:8
**difference** 43:10
67:25 90:20,21
119:7,9,10 126:4
127:6,15 130:13
131:7 132:17
147:23 148:4,24
154:14 156:23
191:4 206:24
**differences** 80:24
119:23 120:15
121:4 125:20,23
126:22 127:2,2,5,14
128:8,10,14 140:18
**different** 22:23,23
27:4 29:19 36:15,15
42:21,23,24 63:1
64:5 71:2 78:9,19
85:22 89:7,13,20
90:24 106:2,5 110:3
111:11,15,22
112:20 113:13,18
118:6 119:13,14,18
122:15 123:1 129:4
134:18 140:12,15
157:3,7 173:2

174:20 186:10
207:8
**differently** 48:1 89:24
**difficult** 55:7
**digging** 120:13
**direct** 10:1 130:20
161:3
**direction** 63:15 72:10
72:16,17
**directly** 110:12
199:22
**directory** 101:17
**disagree** 70:20 75:10
75:14
**disagreement** 89:19
**disavowed** 123:15
**discipline** 111:19
**disclose** 210:17
**disclosed** 211:17
**disclosure** 6:4
**discrimination** 166:9
166:12,14,16
**discussed** 35:2 46:8
92:7 100:7 168:19
206:15 207:7
**discussing** 29:20
160:5 168:24
**discussion** 73:20
92:22,22 93:2,3
160:17 161:3
162:10
**discussions** 92:24
**disingenuous** 164:8
**disproves** 173:14
**dispute** 75:24,25 76:6
89:2,3,4 91:18
175:21,23
**disqualified** 211:5
**distribution** 200:13
**district** 1:1,1 12:6
14:7 16:8 18:15,19
18:21,23 19:24 20:7
20:9 21:2 22:11,12
25:6,7,21 26:1,5,6
29:23 35:4 40:1
41:23 42:6 44:13,14
46:15,17,20 47:8,9
47:16,18 48:14 57:1
65:5,21 66:21 70:10
70:11,15 71:5,5,10
71:22,23 73:12,18

74:20 81:17,21 84:9
94:2,9 95:16 96:11
112:5,6,21 116:8,10
138:9,10 143:4,19
144:16 148:20
153:19 165:9 167:9
178:2,20,20,23
181:5 182:14,16,16
182:17,19,22 183:2
183:18,25 185:13
**districting** 30:14
159:25 162:10
163:16 164:13,17
164:20 165:20
166:19
**districts** 3:19,19 4:10
4:14 8:15,16,17,19
9:13,14,15 17:12,15
17:17 18:1,4,6,9
19:6 20:13 21:8,10
22:22 23:1,12,18
24:3,7,20,25 25:1,4
25:12 27:5,7 28:7
28:14,25 29:13,17
30:16 31:3,14 32:4
32:18 33:8,14 34:14
37:3,5,7,10 38:18
46:9 48:19 63:1,17
69:16,17 70:3,13,24
71:2,14 74:15,23
75:1 78:1 79:9 84:5
92:9,10 94:16,17,24
95:4,9,20,20 96:4,5
96:13 100:20
136:10,15 137:4
141:15 152:20,21
153:1 154:9,10
155:25 156:19
157:2,11 164:23
165:2,12 167:25
171:20
**disturb** 165:12
**divide** 126:1 197:3
198:5
**division** 1:2 27:23
**Doctor** 150:13
**document** 3:18 4:18
5:1,8 6:23 7:1,4,7
7:13 49:17 50:6
51:15 61:15 64:7
68:3 77:16 97:9,12

John R. Alford, Ph.D.          Georgia State Conference of the NAACP, et al vs Kemp          February 28, 2018

Page 217

97:17,21,22 98:10
101:7 150:9,20
161:22 164:10
168:19 169:1,25
171:1 185:22,25
186:2,12 187:16
**documents** 6:20
51:18 66:6 169:9,17
**doing** 15:24 17:19,20
17:21,22 33:3 76:15
82:14 84:2,2 85:21
86:8 107:16 108:4
118:22 120:14
124:5 127:19 134:8
189:17 190:11,13
190:14 191:6,7,8,22
193:22 196:10,18
197:1,19 199:1,1
200:8,10,11 201:14
**dollar** 104:25
**don't-favor-me** 25:23
**Donovan** 209:24
210:22,22
**double** 177:19,19
**doubt** 118:20
**dozen** 126:14
**Dr** 5:6 6:18 7:3,12,18
8:6,8 39:15 40:10
46:4 50:8,15 51:23
52:17,22 64:20
73:16,21 75:15,24
76:1,9 77:4,18,24
79:2,17,23 82:7,14
87:25 88:21 90:7,25
92:23,25 93:7 97:5
97:11 98:18,19
99:17,19 100:1
101:17,20 103:10
103:11 109:23
110:12 111:10
112:14 113:11
115:13,21,23
116:11,13,15
117:10,13,14,19,20
117:25 118:1,10,18
118:24 119:24
122:7 127:6,7
130:13 136:4
137:11,14 142:15
144:23,24 145:12
150:4 152:10 153:8

156:19 157:12,15
159:9,10,22,23,24
160:18,22 161:6,10
161:15,19 163:11
163:19 172:8,13,14
172:20,25 173:1,10
173:18,23,25 174:7
176:8 186:18
187:12 206:10
**dramatic** 43:10
**draw** 16:7 24:25 28:6
28:14 31:13,14
36:22 37:4,23 48:10
95:23 165:1 191:19
191:21 198:8
199:11 203:21
**drawer** 15:25 16:7,7
16:17 21:25 22:25
23:15
**drawers** 17:13
**drawing** 18:15 21:9
24:6,23,24,24 27:4
28:25 30:3 32:2,18
37:2 43:17 153:20
157:2 166:4,6 167:9
197:21 199:9
**drawn** 92:11 95:21
164:23 169:10
**draws** 189:22 190:2,9
190:13,15 197:15
197:18 198:19,25
199:4,6,7 200:13,15
200:16
**drew** 26:1
**drive** 102:18 106:4
**driven** 173:24 174:1
**driving** 90:21 171:18
171:24
**Dropbox** 187:8
**dropped** 123:16
**drops** 60:2
**duly** 6:14 210:14
**duplicative** 111:25
**durable** 128:11

────────
**E**
────────
**earlier** 72:7 92:7 93:8
94:20 195:16
206:15 207:7
**early** 100:5 123:16
**easy** 18:18

**ecological** 4:21 51:19
52:16 79:15,16,17
79:18 80:2,4
**effect** 34:22 94:9
**effects** 53:10,21
**efficiency** 189:10
193:15
**efficient** 110:5
**efficiently** 193:10
**EI** 4:22 52:19 63:10
78:13 79:23 82:18
82:19 83:25 84:24
89:20 99:23 119:3
119:13 120:6,17
121:5,20,22 122:6
122:12 123:1,1,4,5
123:8 124:1,22
135:8 186:6 193:24
200:25 204:14
**ei.md.bayes** 122:16
124:5
**eiCompare** 121:24
122:1,9,11,12
**eight** 67:22 116:5
159:13,15,17
**eiPack** 120:18,20
121:2,23 122:3,12
122:15 124:1
**either** 45:17 73:23
79:5 89:12 91:17
99:14 124:1 134:1,2
166:11 171:17
173:13 207:25
**elec2012_HD105_c...**
97:13
**elec2012_HD105_c...**
5:1 98:12
**elect** 18:1 30:15 93:21
93:23
**elected** 4:6,10,14 8:18
17:16 18:3,8 19:17
23:3 24:2,14,15,20
29:17 32:3 34:13
39:1,4,24 40:2
41:25 48:15,18
64:22,24 65:7,8,13
65:18,19,23 66:2
93:18,18 94:4
**electing** 18:20
**election** 4:11,14 16:21
25:23 29:8 32:22

41:5,5,11,14,17
46:3 52:21 55:13
56:8,16,18 57:13
58:4,14,14,20,24
73:3,10 82:16,25
83:3,4,7,8,12 84:13
86:21 87:21 98:2,23
98:25 100:8,9
103:18 107:2,7,10
107:17,24 109:5,7,8
109:24 110:12,15
110:15 111:21,23
112:9,9,16,20 113:2
113:22 114:12,18
117:6,15,15,16,20
117:24 118:2,11
119:17 133:19
135:7 138:17 139:7
148:21 149:2 186:8
186:11,24 197:11
**elections** 4:22 26:19
39:18,21 40:9,10,11
40:19 51:20 54:20
54:24 55:2,2,15,16
55:19 57:6,11,20,21
84:12 86:1,18,20
87:15,19 88:1 97:25
99:25 100:3,6,12,13
100:16,22,25 101:2
101:3,4 108:15
109:10 110:20,25
111:5,18 113:4,21
114:19 118:9,25
119:8,10 148:20
165:3 186:8,10
**electoral** 63:2
**electorate** 40:21 49:7
49:8 59:21 60:7,15
61:24
**electronic** 133:15
**eligible** 140:24
**eliminated** 53:9
**email** 3:21 4:16,16
68:20 69:13 168:20
170:5
**emailing** 170:16
**emails** 11:15 171:8,10
**empData** 187:9
**empirical** 131:1
**empirically** 130:23
**employed** 36:3

**employee** 210:21
**employing** 165:21
**ended** 113:1 193:5
**endogenous** 87:15,18
114:19 119:7
**endorsing** 163:19,23
**ends** 12:17 20:14
47:15
**engage** 166:11,13,15
**engaging** 168:6
**Engstrom's** 52:17,22
**enormous** 94:2
**ensure** 32:3 38:13
**ensured** 100:18
**ensuring** 166:23
**enters** 133:10
**entire** 21:18 55:9
98:20,21 100:14,15
100:19 135:7 202:4
**entirely** 78:20 101:18
119:11,25 154:18
154:19 158:5
**entity** 165:21
**environment** 63:3
126:15
**equal** 48:12 62:22
63:7 152:23
**equality** 153:6,15
**equally** 54:6
**era** 93:8
**Errata** 3:13
**error** 203:12,18
**errors** 53:23 54:3,3
200:19 201:24
**essentially** 82:15
120:24 134:11
142:10 165:11
183:16 184:3 193:1
**estab** 13:3
**establish** 10:2 11:11
**established** 15:10
35:20
**establishes** 191:1
**establishing** 190:16
**estimate** 54:9,10 57:7
78:14 80:18 124:22
126:15 134:21
135:6,8 193:23
194:13 196:21
197:2,20,22 198:2,5
198:11 201:20

204:25
**estimated** 135:4
194:17 198:13
**estimates** 4:21,22
51:20 52:17 53:5
54:5 56:4 58:5
79:24 80:11,20,23
81:1,1,3,7,13,15,17
81:21,24 82:18,19
82:23 88:21,22 89:9
89:12 90:21 91:18
91:20,21,22 120:11
130:4,7,9 134:9,11
134:16,25 135:9,10
189:14 191:15
195:2,2 196:11,20
197:3,25 198:3,21
201:9 202:16
204:14 206:14,16
206:24 207:6,7,10
207:18,20,21
**estimating** 88:21
**estimation** 88:21
125:3 186:6 189:11
**estimations** 118:20
207:14
**et** 23:24
**ethic** 134:22
**ethnicity** 17:1
**evaluate** 34:1
**event** 81:4,18 153:12
157:10
**everybody** 31:8
127:24
**everything's** 105:24
140:17
**evidence** 171:17
174:8,8 210:12
**exact** 109:23,24 116:6
119:17,19
**exactly** 9:5 91:19
111:16 112:1 120:1
120:13 138:23
142:4 198:8 200:8
201:1 202:5 203:8
**examination** 3:9,11
3:12 6:16 88:15
206:8
**examine** 191:16,17
**examined** 6:14
171:21

**example** 18:17 20:14
25:3 43:25 56:7
85:12 99:16 116:5
120:18 122:4,7
126:3,12,20,24
135:2 138:16 147:2
168:3 177:5 188:11
188:13 190:4,8
**excel** 104:24 105:6,19
106:5
**exception** 98:4 166:2
**excluding** 198:18
**excuse** 24:24 56:22
87:14 93:6 94:18
**exercise** 61:22
**exhaustively** 111:3
**exhibit** 3:16 4:18 6:24
7:2,4,8 10:12 49:18
49:23 50:7,13 51:16
51:18 52:15 58:8
61:16,18 64:8,14
66:7,8,17 68:4,6,20
77:17,19 86:5 97:10
150:21,23 161:23
162:3 168:20
169:19 170:1,4
185:23 206:11
**exhibits** 1:21 3:17
77:8
**existed** 84:10 127:23
165:12
**existing** 165:9
**exists** 41:11
**exogenous** 109:10
111:18 113:21
114:3 118:25 119:8
119:21
**experience** 14:5 18:14
20:2 21:15 24:6,23
25:19,19 26:23 42:9
42:11,13
**expert** 4:18,23 7:6
12:13,13 26:19
49:16 52:18 76:4
77:19 127:20
136:25 162:13
174:5 206:18
**expertise** 32:20 34:24
**experts** 35:17 36:5
63:21 125:24
**explain** 42:23

**explained** 122:24
159:10 171:21
172:1
**explicit** 102:13 114:6
**extension** 92:3
**extensive** 14:13
**extent** 19:23 29:15
32:10 92:21 159:24
**external** 110:9
**extracted** 204:17
**EZEI** 123:9
**EZI** 127:21

___

**F**

**face** 144:1
**faced** 133:17
**facility** 20:8
**fact** 9:4 25:9 36:13
39:7 44:23 46:23
51:24 53:20 56:13
69:24 73:16 95:3
96:7 102:11 103:2
107:6 119:12
141:15 161:5
166:21 168:12
170:19 173:17,22
181:8 196:16
204:19
**factor** 96:8
**factors** 20:3 158:23
**factory** 35:22
**factual** 91:18
**fair** 10:24 12:8,19,25
13:24 15:1 17:12
21:4 39:14 40:17
49:5 54:13,16 55:2
61:22 64:21 74:5
161:2 174:13
**fairly** 14:12 15:2
42:20,20,22,24
113:22 128:16
207:19
**falls** 61:4
**familiar** 11:5 13:6
28:9,11,18 47:23
49:12 73:23 102:7
167:2
**familiarize** 78:3
**far** 40:14,15 85:7,15
111:23 151:13
153:2,13,21,23

154:6 158:2,15,18
187:11
**fare** 157:11
**fares** 156:11
**favor-me** 25:23
**FAX** 209:24
**February** 1:18 6:1,9
68:21
**feel** 78:2
**fell** 152:3
**figure** 149:18
**figures** 116:6 138:12
**file** 3:2,3,4,5,6,7 6:10
50:5 87:6 97:25
98:4,5,20,21 99:2
99:22 105:19
106:23 108:21,23
108:23 115:1 136:3
175:6
**filed** 74:10 114:13,23
**files** 99:2 120:13
**final** 101:4 105:14
**finalize** 13:13,16,19
14:15,18
**finalizing** 14:8
**financial** 211:12,14
211:15
**find** 55:13 56:7,11,13
56:15,19,25 86:2
90:7 105:19 111:4
114:24 115:17
120:13 173:19
184:7 192:17
**finding** 79:12 168:11
**finds** 79:2
**first** 6:14 27:5 28:25
30:4 50:11 52:22
53:15,24 54:1,6
69:14,18,24,24 70:2
75:16 77:4 90:15
97:16 100:2 101:15
103:23 104:2
112:23 128:7
131:15 139:6
152:14 159:13
164:21 176:5
189:16 194:15
197:24 210:14
**fitting** 28:1
**five** 3:7 103:25
116:18 155:2 175:6

177:18
**Flat** 179:7,8,9,22,25
180:5,7,16,20 181:1
181:4,9,15,24,25
182:2,3 183:14,15
183:20,21 184:2
**flip** 75:2
**Flippen** 179:7,8,9,22
179:24 180:2,14,17
180:24 181:2,18,21
182:6,14,23 183:1,5
183:6,6,9
**Floor** 2:9
**Floyd** 67:13
**focus** 66:18 69:12
77:23 93:13 126:18
**focused** 39:22 76:23
**focusing** 84:4 171:23
171:24
**folder** 109:20 114:2
187:7,7 204:16
**folders** 87:10
**follow** 69:22 136:15
**follow-up** 14:20
**following** 15:11
153:20
**follows** 6:15 13:10
**foregoing** 209:3
210:4,10
**form** 12:10 74:16
81:11 82:1 92:24
94:6 99:7,8 108:1
118:4 148:5 166:17
202:8
**formula** 195:15
**formula1** 187:18
**forth** 14:7 93:2 110:7
112:8 149:25 150:2
**fortunate** 117:25
**fortunately** 118:2
124:25
**forward** 19:18
**found** 39:15 51:25
75:11 87:7 156:19
**four** 3:6 12:17 59:13
69:16 136:3 148:3
162:5
**Fourteenth** 2:9
**frame** 13:17,18
**framework** 91:16
124:17

**FRANK** 2:18
**frankly** 173:11
**free** 78:2
**front** 51:12 58:9 64:3
    68:12
**Frye** 67:13
**full** 84:17 117:11,13
    117:14
**further** 11:24 12:5
    188:8 189:5 196:2
    205:14 208:2

------

**G**

**GA** 2:10,21 209:24
**GA2-000450** 4:2
**GA2-000451** 4:5
**GA2-0005198** 4:17
**GA2-001172** 4:8
**GA2-001407** 4:11
**GA2-001408** 4:15
**GA2-001601** 3:21
**gained** 31:9
**general** 3:18 4:11,14
    13:14 19:8 40:4
    49:9 54:12,20,24
    55:1,2,16 56:7,18
    57:5,11,13,20 58:3
    58:14 73:3 88:16
    105:21 107:10
    151:22,24 152:11
    158:19
**generally** 40:3 49:3
    51:25 52:1 55:11
    62:23 70:15
**generate** 192:22
    202:15
**generated** 81:25
**generates** 81:6
    128:23,24 129:1
**generating** 81:6
**generic** 186:21,25
    188:11
**GenericT** 187:8
**geocoded** 117:10,16
**geocoding** 82:21,22
    84:14
**geographic** 20:11,12
    95:21,23
**geographies** 36:16
**geography** 21:2 45:22
    47:22 94:25 96:6

**100**:14,15 111:5
**Georgia** 1:1,3,10,17
    2:2 3:18 4:6,9,12
    27:15,20 28:12,23
    38:10,16 39:2 41:11
    41:18 42:8,9,10,13
    43:2,4,19 45:19
    47:4 48:13,22,25
    51:24 52:4,11,13
    69:2,9 70:24 74:13
    93:19 94:1 95:7,12
    96:12 102:23 117:7
    149:25 150:2 154:4
    154:5 210:2,20,20
**getting** 11:21 18:8
    62:16 63:18 65:23
    66:1 124:14 140:3
    192:9
**Gibbs** 192:12
**Gina** 9:9 33:1 173:2
**gist** 12:2
**give** 18:19,24 49:1
    64:9,11 132:22
    135:10 150:9
    175:24 195:1,2
**given** 17:24 23:10
    28:5 53:20 59:3
    61:5 65:2 76:23
    81:20 88:8,19 113:5
    128:11 155:8
    163:18 210:12
**gives** 116:6 177:1
**giving** 27:12 189:18
    189:21
**glad** 112:13
**global** 101:8 102:12
    102:22 103:14,20
    104:1,2,3,8,15
    105:9,12 106:1,13
    106:25 108:2
**globals** 106:9
**go** 10:16 11:11,17,18
    19:10 27:15,17 30:5
    36:19 58:6,8 59:12
    61:21 62:12 64:4
    65:15 66:10 68:8
    69:21 71:21 75:17
    77:6,21 85:25 87:23
    90:4 94:4,5 101:7
    102:21 103:6
    104:23 105:8 106:8

**106**:12,19 107:13
    107:14 114:24
    137:23 143:6,8,8,9
    144:24 145:7
    148:22 149:10,13
    150:12,13 165:18
    170:9 174:6,20,23
    175:7,9 176:25
    180:10,10 182:7
    183:11 195:15
    202:17 206:2
**goal** 9:2 22:5 23:8,9
    24:12 26:4,11 29:16
    95:8,11,15
**goes** 20:25 30:2 59:9
    59:18 60:15 62:7
    64:6 73:12 92:1
    94:13 143:1 179:6
**going** 6:25 7:1 9:23
    10:11 11:13,24 15:5
    19:18 23:21,21,25
    26:5,9 31:5,7 34:21
    39:7,12 48:21,21
    49:22,24 50:20,22
    54:14,14 55:8 58:7
    60:15,16 61:12
    62:23,24 64:13 68:8
    72:23,23 77:10 79:3
    79:3 87:23 96:23
    97:11,14,17 98:3
    100:3 101:6,6 103:5
    103:6,17 104:23
    105:5,7,7 115:7,15
    124:22 135:4,22
    147:23 149:10,13
    149:16 150:14,23
    153:21 165:19
    169:17 174:20,25
    175:7,8,9,10,24
    176:1,3,5 178:11
    180:15,22,23,24
    181:2,17,25 182:12
    184:11 185:15
    187:14 190:17
    191:18,20 194:23
    198:4 208:4,7
**good** 6:18,19 125:5
    177:23 193:3
**Goodman** 193:23
    205:4
**Goodman's** 122:5

**204**:12,24,24 205:1
    205:13
**gOv3** 202:20
**government** 165:21
**grab** 10:14
**greater** 28:16 53:20
    146:15 153:10
**Greenbaum** 1:14 2:4
    3:11 6:17 51:6,22
    64:17,19 77:3 96:17
    96:21 97:4 115:5
    135:13,16,19 150:8
    151:10 152:3,4,6,8
    174:18 186:4
    205:14,22 206:2,6
    208:3
**ground** 23:10
**group** 43:25 120:22
    134:22
**groups** 41:2 90:1
    125:21 126:10,19
    126:21,23
**guess** 13:10,15 28:2
    29:18 32:14 34:18
    47:16 66:25 101:18
    101:19 103:1,7
    120:19,19 129:21
    130:11 136:25
    137:10 139:4 146:7
    148:17 155:13
    163:21 170:21
**Guidelines** 5:4 150:24
    151:17
**Guildelines** 5:2
**Gwinnett** 24:14 49:4
    49:4,5 52:5,10,18
    52:20 54:16,19
    55:25 57:21,22
    58:10 59:8 60:8,20
    63:13 70:11 101:12
    129:6 149:5,14
    154:18 192:19
    193:4 206:14 207:1
**Gwinnett's** 126:20

------

**H**

**H** 143:7,7
**half** 35:23 148:13
    191:5,6 201:11,12
**halfway** 202:25
**hand** 50:23 113:15,23

**Hanley** 122:7
**happen** 15:9 31:15
    190:3
**happened** 9:5 24:7
    75:19 77:25 193:4
**happening** 96:3 103:7
**happens** 48:24
**happy** 77:9 107:13
**Harbins** 138:17,18,20
    139:7 142:7,8,8,9
    142:14,22,24 147:8
    147:13
**hard** 143:25 144:2,4
**HB** 3:19
**HD** 86:19 87:8,9,15
    87:15 100:14,15
    102:23 108:18
    109:4,16,22 111:14
    112:16 137:19,20
    137:20,22,24 138:1
    138:18 139:7
    171:19
**head** 177:17
**heading** 98:9,9,11
**heavily** 46:21 178:21
**help** 27:10 33:9 39:13
    42:6
**helped** 164:25
**helpful** 68:12 189:14
**helping** 31:2,2
**helps** 27:10 46:25
**HENDRIX** 2:19
**Henry** 4:1,3 24:16
    49:13,13 61:11
    62:24 63:3,13 70:11
    149:5,16,16,22
    154:19 170:18,19
**hesitant** 56:2
**hesitate** 61:5 118:12
**Hickory** 179:7,8,9,22
    179:25 180:5,7,16
    180:20,25 181:4,9
    181:15,24,25 182:2
    182:3 183:14,15,20
    183:21 184:2
**high** 89:25 96:11
    207:17
**higher** 39:23,23,25
    40:21 48:13,16,16
    54:18 55:11 56:9
    89:7 127:7,8 143:14

145:14 166:24
**highest** 57:7
**hired** 29:21
**Hispanic** 35:23 42:5
    94:21 126:11
**historically** 73:1,2,6
**history** 41:11 73:6,7,8
**hogging** 151:7
**hold** 19:22 63:8 97:6
    191:6
**homogeneous** 122:5
**hope** 91:1 92:18
**hoping** 16:4,5
**hopper** 68:19
**house** 3:19 4:6,10,13
    5:4 64:22 68:19
    69:3,9 96:12 111:23
    112:8,21 151:1,14
    151:18
**Hugh** 67:13
**human** 12:5 69:7 74:7
**hundred** 43:12,14
**hypothetical** 78:10,21
    78:22

**I**

**ia** 105:14
**idea** 16:19 17:18
    22:24 24:12 78:16
    92:14 167:25
**ideal** 23:19
**identical** 119:20
**identified** 6:23 7:7
    44:17 49:17 50:6
    51:15 61:15 64:7
    66:6 68:3 77:16
    85:6 97:9 150:20
    159:4 161:22
    169:25 185:22
**identifies** 159:24
    187:7
**identify** 159:5,16
**ideology** 158:10
**idiosyncratic** 19:9
**ignore** 37:24 46:23
**III** 4:16
**ill-defined** 157:22
**imagine** 55:24 151:8
**immediate** 31:12
**impact** 94:3
**implement** 124:20

192:12 200:18,20
    200:21,23
**implementation**
    122:19 130:20
**implemented** 121:2
    122:24 123:9,12,20
**import** 104:24 105:6
**important** 31:12
    46:21 47:7 63:5
    88:7 90:19 94:11
    174:4 189:12
    196:16
**importantly** 92:1
**impossible** 109:13
**impressionistic** 76:3
**improve** 189:10
**improvement** 22:15
**improving** 189:14
**inappropriate** 167:23
**incarnation** 123:9
**include** 101:4 102:15
    111:21 129:9 179:6
**included** 100:14
    129:7 131:11 165:4
**includes** 70:9 122:11
    133:5
**including** 7:22 69:16
    84:21 117:6 146:2
    173:6
**inconsistency** 155:6
**inconsistent** 172:19
**incontiguity** 154:5
**increase** 19:21 59:13
**increased** 138:6
    139:2 140:25 146:5
    147:14 185:12,20
**increases** 60:11 142:2
**increasing** 42:5 49:7
    72:11 139:2
**increment** 108:3
**incumbency** 159:23
    159:25 160:10,18
    160:24 161:7,14,18
    161:21 162:2,17,25
    163:7,15,25 164:19
    165:6,8,15 166:5,6
    167:1 168:1
**incumbent** 16:8 20:18
    21:3 22:7,9,13,16
    25:5,7,20,20 27:3,8
    37:15 38:2,6,13

**incumbents** 9:6 15:8
    15:10 20:2 21:19,21
    22:22 25:11 26:18
    27:6,7 30:24 31:3
    31:16,20 32:21
    34:23 36:6 38:25
    39:3,13 47:2 158:17
    162:20 164:2,3,4,13
    164:17 165:14,23
    166:10,11,13,15
    167:1,12,16 170:14
**incumbents'** 25:4
**independent** 174:14
**independently** 150:6
**Index** 3:1,2,9,16 5:11
**indicate** 61:3,8
    106:24 115:20
    118:6 130:7 135:1
    207:20,22 209:20
**indicated** 115:25
    172:12
**indicates** 59:4 107:1
**indicating** 59:2
**indication** 55:10
**indicators** 36:14
**individual** 31:3 45:10
    45:17 98:6
**individually** 30:5
**individuals** 131:9
**inference** 4:21 51:19
    52:17 79:16,18 80:5
**information** 23:16,22
    23:25 24:17 25:1,14
    25:17 29:22 63:24
    64:1 75:25 79:11
    81:12 83:19 84:8
    87:20 88:10 170:17
    170:18
**informative** 126:8
**initial** 53:2 91:2
    162:11
**initiated** 9:2
**inner** 48:2
**input** 109:6 118:10
    203:10
**inputs** 131:16
**inside** 133:10 138:9
    138:18 141:9
    143:11,12,14
**instance** 24:8 188:23
**instruction** 8:10

**instructions** 165:4
**intact** 78:13
**intended** 155:14
    158:24
**intense** 35:24 93:4
**intent** 15:6,18,19
    19:20 174:5
**interest** 27:8 31:12
    158:4,6,8 166:24,25
    167:23 168:8,13
    211:5,12,15
**interested** 27:1 80:14
    128:13,15 199:19
**interesting** 11:21
    128:10
**interests** 21:6,6
**internal** 21:13
**interpret** 155:10
**interpreted** 91:16
**interrupt** 135:18
**interval** 200:21,24
    201:11,11,21 202:1
    202:1,15
**intervals** 128:12,20
    128:23,25 129:2,7
    129:10,13,19,22,24
    130:9 200:12 203:2
    203:4 207:16,23
**introduced** 68:24
    69:10 168:22
    170:11
**involve** 55:17 154:16
**involved** 8:22 9:12,13
    15:2 18:11 21:9
    27:25 42:2 55:18
    127:18 165:20
**involves** 84:25 158:8
**issue** 20:14,15 21:23
    25:2 41:3,7 42:4
    53:13 76:25 77:2
    88:20 91:15 93:15
    93:17 112:12,13
    129:24 137:3,7
    154:7,9 159:22
    163:7,14 167:6
    171:3 176:12,16,19
    176:20 180:6
    183:20,21
**issues** 21:21,24 24:24
    26:25 136:22 207:6
**iterate** 191:19,21,23

**iterating** 199:10
**iteration** 53:20
    190:19 191:2,20
    203:15
**iterations** 4:22 53:7,9
    53:12 130:19
    190:17 191:10,12
    191:15 199:13
**IV** 2:8

**J**

**J** 2:18 4:16
**JACKSON** 1:7
**JAMIDA** 1:6
**Jan** 3:21 69:1
**January** 4:2,4 58:11
    59:7 61:12,23
**Jay** 67:16
**JM** 209:25
**job** 28:13 125:5 193:3
**jobs** 36:3
**Joel** 1:15 77:9 211:21
**John** 1:13 2:18 3:10
    4:19 6:13 209:1,22
    210:13
**Jon** 1:14 2:4 135:12
    205:25
**Jones** 3:21 69:2
**Jowei** 2:24 4:20,23
    7:11,17 64:11 77:19
**JR** 2:18
**judged** 36:9
**Judicial** 210:19
**jurisdiction** 28:18
    39:8
**jurisdictions** 28:7,15

**K**

**keep** 11:24 50:18,18
    51:9,9 108:2 145:6
    150:10,11 179:19
    180:25 181:15
**KEMP** 1:10
**kept** 146:24 147:3,12
    179:12 181:15
    185:1
**key** 13:25
**Khanna** 2:13 205:16
    205:19
**kill** 20:21
**kin** 210:15

John R. Alford, Ph.D.          Georgia State Conference of the NAACP, et al vs Kemp          February 28, 2018

Page  221

**kind** 31:6 73:21 83:3
  102:8 110:2,10
  122:1 125:2 132:4
  181:21 187:5,6
  192:18 193:8
  203:11
**kinds** 24:23 26:24
  158:11
**King** 120:7,22 122:21
  123:15 124:13
  130:21
**King's** 123:17
**Kingwood** 47:24
**knew** 12:4,6,7 13:4
  24:11 69:6 100:5
  120:1
**know** 8:6,9 9:9,15,19
  9:21 14:4,12,14,20
  14:23 15:12,17,18
  17:3 18:17 20:1,1
  20:19,22,23,25 21:1
  21:12 22:17 24:4,7
  25:11 26:15,18,21
  28:21 30:5 31:15
  32:16,21 35:16,16
  39:8 43:20,22 45:10
  45:11,12,13,19,20
  47:12,19 49:3,12
  50:19 54:9 59:13
  60:23 61:1,4,7
  62:25 65:10 66:24
  70:22,23,25 72:14
  72:21 73:15,20,25
  74:21,24 78:4,25
  81:14,19 85:4,14,16
  85:24 86:25 87:3
  89:2,21 90:3 91:14
  92:23 93:7,17 94:20
  95:11,24 98:17
  101:22 102:3,6,18
  102:23 103:9,9,15
  103:20 104:20
  112:12 113:15,25
  115:23 118:14,16
  119:1,22 120:4
  121:9,9 122:7
  126:19,20 127:17
  128:5 134:12
  135:20 137:17
  139:10 141:2 144:2
  144:11 146:10

147:1,1,20,21
  148:15,16 149:21
  153:2,7,14,23 154:2
  155:9,13,15,18,19
  155:20,20 157:7,21
  158:2,9,12,15,18
  170:23 171:11,13
  173:9 174:22 176:2
  177:16 186:15
  187:11 188:22
  189:2 193:24
  197:24 198:9,19
  199:5 203:9 204:6,8
  207:12
**knowledge** 8:24 25:10
  27:2 28:17 35:8,12
  35:13,24 36:15,19
  47:6,6 48:9 74:7
**knows** 35:4 118:21
  128:1

———————
**L**

**labeled** 87:17 114:3,3
  114:9 204:20
  205:11
**labor** 27:24
**laid** 124:16 166:20
**lam** 193:17 203:24
**lambda** 194:9,10
**lambda.reg** 193:20
  193:21
**lamdas** 203:24
  204:11,20 205:11
**large** 19:7 42:3 53:24
**largely** 56:22,23
  123:16
**larger** 138:19 143:22
  144:9 183:3
**Latino** 52:4 54:15
  56:9 206:16 207:1
  207:21
**Latinos** 54:17 55:3,6
  55:10 57:9,10 60:22
  207:8,11,24
**LAURETHA** 1:4
**LAVELLE** 1:3
**law** 1:16 2:5 211:10
  211:13
**Lawrence** 144:15
**Lawrenceville** 143:9
  143:9,19,20,22

144:8 145:9,13,16
  145:20 146:1,11,12
  146:15 147:3,12
**lawyer** 168:17 206:7
**lawyers** 99:15,19
**Lawyers'** 2:4
**leave** 50:24
**legal** 91:16 146:24
**legislation** 169:13
  170:10,11
**legislative** 5:4 10:21
  28:1 29:24 50:12,13
  51:11 68:11,15 93:1
  149:24 151:1
  152:21 155:24
  159:8
**legislator** 11:2 95:7
  95:12
**legislators** 47:13
**legislature** 93:10
**Legislatures** 162:24
**LEMON** 1:3
**lengthy** 14:6,6
**let's** 17:7,23 19:10
  27:14,15,15 31:21
  40:6,7,7,8 44:2 46:1
  55:1 58:6 59:25
  77:4,4,6,6,7 79:14
  101:7,7 102:21
  103:25 125:21
  132:9,9,11,11 134:9
  135:20 137:15,15
  143:8,8,9 144:24
  149:5,12 151:24
  165:16 174:23
  176:23,24 178:1,1,7
  179:12 182:7 184:7
  184:20 188:5
**letters** 187:16
**level** 29:5,9 35:25
  36:1 45:2,4,5,8,17
  47:21 54:18 79:24
  80:11,15,18,21,23
  81:1,7,13,15,17,21
  81:24 83:5 89:8
  109:13 111:19
  117:6 127:8,9
  132:17
**levels** 55:11 63:9
  89:25 206:25
  207:12

**Lewis** 1:17 2:19
**liability** 39:7,9
**likelihood** 8:18 18:2
  19:21 32:12 41:1
  43:11 94:10,12
**likes** 122:7
**limit** 158:25
**limitations** 23:24
**limited** 30:21
**limits** 201:6
**line** 10:16,16,17
  11:18,19,19,22
  12:17,18 27:17,18
  50:12,14 51:11
  68:11,16 101:8
  102:4,4,22 104:23
  135:15 155:23
  167:3,7 169:13
  170:3,10 171:9,10
  172:17 188:2 189:6
  190:21 192:3
  193:17 194:3,5,7
  195:5,13,16 196:3,5
  197:13,16 199:15
  199:15,16,20,21,24
  199:24 200:2,5
  203:23 205:5,7
**lines** 18:15 30:3
  136:15 167:9
  193:11,16 202:24
**linked** 193:2
**list** 56:21 111:8
  157:19
**listed** 10:21 108:10
  159:15 209:5
**lists** 10:18
**little** 50:10 51:23 55:7
  79:15 89:9 96:18
  159:14 170:22
  175:25
**lives** 20:17
**living** 26:3 140:1
**LLP** 1:17 2:8,14,19
**local** 12:13 24:6,25,25
  25:10 27:2 28:7,15
  28:16 32:19 34:23
  35:17,24 36:5,14,18
  40:5 46:25 47:5,6
**locality** 28:9
**located** 20:5 180:9
  207:19

**locating** 44:1
**locations** 99:23
**long** 121:10 129:1
  202:11
**look** 9:25 10:15 11:18
  17:13 18:4 26:5,18
  28:5 33:4 37:15,21
  37:22 38:1,1,5,7,9
  38:12,15 39:1 47:22
  55:20 56:21 65:1
  68:10 69:14,17,21
  71:21 77:4 78:5
  96:7 97:14 108:7
  111:12 112:14
  113:11 115:1
  116:18 117:1
  129:14,16 136:10
  136:14,17,20
  138:16 141:5,5,7
  143:24 144:18,18
  149:20,24 150:5
  160:2,7 162:5,6
  171:9 176:3,5,9,9
  178:7 190:5,10
  192:6,17 193:1
  194:18 207:8,11
**looked** 40:9,10,20,20
  53:8 75:13 80:10
  85:21 86:17 87:5
  112:15 125:18
  137:9 139:6,6,24
  157:25 174:7,9
  176:11,13
**looking** 36:23 41:24
  55:8 56:6,14,21
  57:5 61:11 66:12
  67:10 74:14,19,22
  74:25 95:7 100:12
  100:15 103:24
  111:2,8 116:12
  126:7,9,10,11,13
  136:24 139:4,11,16
  139:18,19 140:9
  152:11 157:17
  184:11 200:12
**looks** 56:20,23 57:1
  64:6 65:3,20 78:19
  103:1 112:17 124:2
  164:7,8 172:13
  177:17 186:9 193:9
  197:8 204:4

**loose** 50:19
**lose** 79:4
**loses** 149:1
**losing** 90:13
**lost** 31:8 75:8,9,20
  135:16
**lot** 18:16 20:2 54:11
  54:12 113:3 120:12
  135:5 150:11
  162:24
**love** 208:10
**low** 207:13
**lower** 89:10 138:11
  201:6,19,21,25
  203:13
**lunch** 96:20,21
**LYNNE** 1:7

**M**

**M** 1:14 2:4
**main** 30:24,25 130:11
  165:10
**maintain** 167:12
  181:10
**maintaining** 156:14
  168:5,12
**major** 128:18 197:4,5
  198:17
**majority** 58:2 60:21
  66:1 95:4,5 196:24
**makeup** 94:9
**making** 18:5 21:6
  30:13 38:24 39:6
  74:15,23 95:5
**man** 205:18,20,22
**mandated** 154:7
**mandatory** 156:3
**manufacturing** 20:7
**map** 30:5,7,22
**maps** 12:4 13:5 30:1
  30:2 136:10 176:10
  178:8
**March** 68:16,19
  170:6,6 211:19
**Marietta** 209:24
**mark** 7:1,10 10:11
  51:17 77:19 150:23
  162:2 186:1
**marked** 49:22 64:14
  68:6 77:5 206:11
**marker** 95:22 96:2

**Markov** 192:10,21,21
**MARLON** 1:3
**match** 140:21
**matching** 202:24
**material** 92:25
  110:11 127:3 128:8
  128:15 130:2
**materially** 89:13,22
  129:3
**materials** 8:22,24
**math** 177:16 191:22
**matter** 14:8 26:7 40:4
  40:5
**matters** 41:23 42:1
**maximize** 19:4 156:25
  157:8
**McCrary** 2:24 5:7
  92:25 93:7 159:9,22
  159:24 160:9,22
  161:6,10,15,19
  162:16 163:19
  172:7,8,13,20 173:1
  173:25 174:7
**McCrary's** 150:4
  160:14,18 161:25
  163:11 172:25
  173:10,18
**McDonough** 184:21
  184:21,22,23 185:1
**MCKENZIE** 1:6
**MD** 123:20 190:6
**md.bayes** 130:18
  189:11,21
**mean** 15:13 18:10
  24:4 25:15 26:1
  29:21 30:8,17,24,25
  33:7 35:4,15 36:12
  42:2,22 47:1,5,22
  56:20 62:23 66:15
  73:6,7,24 74:18
  76:1,14 78:18 79:20
  81:20 83:2,6,7,8,9
  83:10,14 85:16 89:4
  96:4 98:13 101:16
  103:11 104:14
  108:22 109:14
  111:10,18 112:15
  113:3,10 114:4,10
  124:9 140:10
  141:20 147:21
  150:5 155:14,18,18

155:22 160:21
161:9 163:17,18
165:19 167:21
177:25 188:9 189:9
190:14,24 195:14
196:8 197:18
198:23 202:2,21
204:3
**means** 13:15 14:12,14
  71:10 74:21 75:23
  98:9 103:21 104:17
  132:2 133:15
  155:15 162:1,13
  168:4 190:12,25
  191:22 198:8 200:6
  201:2 204:13
**meant** 133:14 158:6
  162:17 164:3
**measure** 53:25
  157:15
**measures** 157:14,18
  158:1
**meet** 25:5,7 30:5
  32:10
**member** 20:17 30:6
**members** 4:6 34:6
  64:22 93:9
**memo** 74:11
**mentioned** 125:7
**met** 13:19 14:17
**method** 80:17 120:8
  123:7,10,15 130:22
**methodological** 53:3
**methodologist** 8:5
**methodology** 89:20
**mic** 152:3
**mic'd** 51:7
**mid** 207:17
**middle** 149:8 196:5
**Midtown** 2:20
**million** 190:15 191:24
  192:2 199:10,13
**mind** 96:18 138:22
  145:6
**minimize** 155:7,16
  157:1,9
**minimizing** 155:17
**minimum** 37:14
**minority** 55:14,17
  56:8,17 57:2,6,12
  57:12,20 58:1,3

**minus** 152:15,19
**minute** 77:7
**minutes** 78:3
**mischaracterize**
  173:8
**misleading** 130:4
**misrepresent** 162:9
**missed** 161:17
**missing** 129:23
  160:16,25 186:23
**misstating** 91:1
**mistaken** 120:9 148:9
  167:19
**mistakenly** 111:13,13
  153:18
**mistook** 112:15
**misunderstanding**
  42:17
**model** 122:21,23
  123:17 124:4,6,17
  125:2,4,16 130:21
  131:13,15,16 133:4
  133:10 134:16
  194:17,20 203:15
**modern** 41:11 133:13
**modest** 124:3
**modestly** 53:22,22
**modified** 107:25
**modifies** 99:21
**module** 122:2 123:5
**modules** 121:15,17
  122:13,14
**Monte** 192:10,11,21
**morning** 6:18,19
**motivated** 165:10
**motivates** 168:10
**motivating** 93:5
**motivation** 159:12
**motives** 93:10
**move** 20:20 27:14,15
  46:24 48:6 61:17
  68:5 95:3 111:18
  128:19 146:16
  149:5,15 178:1
  199:23 201:13
  207:12
**moved** 111:6 136:21
  146:3 147:13
  183:15
**movement** 72:11
**moving** 25:3 72:2

112:4
**Moyer** 1:15 211:21
**Mt** 184:6,7,8,8,12,13
  184:16
**multi-member** 154:8
  154:10
**multiple** 126:10
**multitude** 18:25
**municipalities** 136:18
**mystart** 104:25 105:8
  105:9

**N**

**NAACP** 1:3,5 2:3
**name** 98:14,20
  101:19,21 102:14
  102:14 103:4
  121:11 123:11
**named** 7:22
**names** 99:22 101:17
  103:12 106:11
**narrowly** 32:19
**National** 162:23
**nationally** 42:25
**nature** 207:4
**NE** 2:21
**near** 158:13 187:6
**nearly** 43:9
**necessarily** 29:19
  83:8 124:10 181:22
**need** 25:6 51:10 78:4
  78:5 83:12 135:14
  153:3,14 180:16
  191:22,23
**needed** 16:7 119:3
  153:4 181:14,14
  209:19
**needs** 132:1
**negotiate** 21:19
**neighborhood** 35:19
  35:20,23 144:16
**neighborhoods** 20:4
  20:20
**neither** 154:14
**never** 18:10 21:9
  41:10 80:22 120:21
  158:5 171:1,10
**new** 2:6 145:21,23
  155:1 156:10,19
  157:11
**Nix** 9:21,24 10:25

11:12 12:3,9 13:4,7
14:1 15:3 27:19
69:8 74:6
**Nix's** 12:20 27:16
**no-vote** 109:10 132:2
132:6 134:24
196:18 198:2
**nomenclature** 104:6
**non** 61:7
**non-black** 48:16
125:22 127:9
132:25 134:14
177:9,13,13,14,20
177:22 195:11
202:14 203:3
**non-blacks** 39:17
40:15 194:15
201:13,15
**non-vote** 196:14
198:18
**noncompactness**
157:1,9
**nondilutive** 166:24
**nonlawyer** 168:9
**nonlinear** 120:24
121:7 123:19
125:10
**nonpartisan** 25:22
**normality** 203:19
**NORTHERN** 1:1
**note** 94:11
**noticed** 125:19,22
129:5
**noticing** 138:6
**notion** 126:17
**November** 6:10 19:7
58:13,20,24 73:3
**novo** 31:14
**ntunes** 189:8,24
190:1,4
**num** 197:12
**number** 6:10 19:7
50:5 51:21 59:7
76:12 83:22 84:19
86:16 102:18
104:15 108:4 126:7
131:9 132:14,15,17
132:18,22 133:6
136:3 139:19,20,24
140:3,6 144:20,20
153:22 154:12,23

175:6,21,23 209:20
**numbers** 20:4 36:13
83:10 108:2 117:9
139:18 141:5,7,8,8
151:16 177:20
187:15
**numcans=3** 104:8
**NW** 2:6,10

---
**O**

**O** 9:24
**O'Connor** 3:21 9:19
11:15 12:4,22 13:4
14:2 15:2 35:10
48:24 49:21 64:15
69:5 70:14 71:12
75:4 168:21 169:10
170:5 171:11
**O'Connor's** 11:12
72:19 170:16
**Object** 12:10 74:16
94:6 166:17
**objective** 17:25 32:10
**obviously** 18:25
80:25 85:21 95:1
111:6 147:21
167:19 168:1
**occupation** 158:14
**occupied** 27:7
**occur** 128:16 153:13
**occurrence** 35:5
**OCGA** 211:2,6
**October** 4:7,9,13
58:11,19 59:7 61:13
61:23
**offered** 22:14 211:17
**Office** 27:21,24 28:13
44:3,10,16 47:14
**Offices** 1:16
**official** 1:10
**OgoodV3** 195:6
**oh** 11:23 12:1 43:15
43:15 50:16 53:2
57:4 61:17 83:14
86:13 98:15 102:3
103:11 108:8,23
135:16 136:5
137:24 151:5
158:22 169:6,18
180:8 185:5 194:5
205:6

**okay** 6:25 7:9,18,21
8:3,11 9:4,21,23
10:5,9,13 11:10,15
11:16 12:1,3,15
13:3,21,24 14:10,25
15:5,16,21 17:7,18
17:25 19:10 21:4,22
22:24 23:11,14
26:16 28:5 31:18
35:6 38:4 39:10
40:6,19 41:17 42:7
42:8,18 43:3,7 45:6
45:24 46:2,7,13
47:11 48:21 49:19
50:25 52:14 55:21
55:23 56:1,6 57:9
60:24 61:11 63:16
63:23 64:2,9 65:25
66:13,14 67:3,7
68:18,20 69:19 70:5
71:9 73:15 75:4,15
76:9 77:21 78:7,8
78:17,24 79:10,22
81:8 82:5 83:16
84:3 85:5,17 86:25
87:3,23 89:1 92:15
92:15 98:17,19,22
99:10 101:6,21,23
102:1,3,21 103:14
103:19 104:8,22,22
106:7,12,23 107:4
107:18,21 110:1
113:24 114:11
115:13 121:13,16
121:19,21,25
122:17,20,22
125:15 126:5,25
127:25 128:2,17
129:25 130:15,17
133:12 134:4
135:19 136:4,13
137:6,13,15 138:1
138:15,16 139:22
142:5 144:6 145:12
147:18 148:7,10,19
149:4,6 150:8,22
151:6,19,23 152:6
152:21 153:2,21
154:3,8,12,21 156:8
157:20,23 159:1,3
160:4 161:16,24

162:15 163:3,22
164:6 165:16
168:16 169:3,8
171:5,7 172:5,10,23
173:12 174:13,18
175:8,24 176:24
177:5,24 179:14
182:7 184:6,20
185:11,16,24 186:7
186:12,17 187:2,14
188:1,8 189:5
191:11 192:3
193:11,16 194:3,16
194:22,22 195:5
196:2 197:12
199:14,23 200:1,4
202:9,17 203:23
205:14 206:2
**old** 79:7 133:14
156:12,20 157:11
**old-fashioned** 131:24
**once** 26:1 70:15 71:5
72:24 122:10
181:19,19,25 182:5
**one's** 103:2,2
**one-in-a-hundred**
199:12
**ones** 37:22,25 38:1
151:13 157:12
**open** 51:1,10
**opened** 87:6
**operation** 189:19
**opinion** 70:21 75:11
75:24
**opportunities** 19:5
**opportunity** 82:6
**opposed** 112:3
202:23
**options** 123:14
**ORANGE** 1:7
**order** 19:4 23:14 39:4
42:6 53:4,10,21
68:18 77:8 153:25
167:11,15 179:4,5
189:23 190:19
191:13
**ordinary** 203:17
**organization** 1:3
**Originally** 123:8
**ought** 17:21 53:10
91:15

**outcome** 36:9
**output** 80:12 81:10
201:17 203:12
204:9,10 205:9
**outputs** 195:1
**outputting** 204:12
**outside** 138:10
141:12 142:17
145:9,14,17 146:12
182:15,18,23
183:12,17
**Ovec** 202:23
**Ovec3** 202:18,18
**overall** 63:2 183:18
**overriding** 22:5 23:9
**oversized** 153:19
**overwhelmingly**
177:13

---
**P**

**P** 1:15 211:21
**p.m** 1:19 97:1 115:9
115:10 135:23,24
135:25 150:16,17
175:2,3 208:11
**page** 3:14,25 4:25
10:16 11:17,19,22
12:16 27:17,18 53:5
53:15,16 71:22
106:20 115:18
116:5 117:5 137:17
137:18,23 144:23
144:25,25 145:8
151:16,20 160:13
160:20,20 162:5,6
175:10,11 177:3
182:8,9 199:24
**page(s)** 209:20
**PAGE/LINE/CHA...**
209:6
**pages** 9:25 51:18
77:22 210:10
**Pair** 4:17
**pairing** 158:17
162:19 164:3,4
165:14 166:25
**panel** 164:25
**paper** 136:25
**paragraph** 69:13,15
70:14 162:7,22
**paragraphs** 69:18

173:18
parallel 203:7
parallel's 174:3
parameter 191:1
    192:8,14 194:12
parameters 28:2 79:6
    189:12,18,20,22
    190:20
paren 201:19
Park 2:18 3:12 12:10
    51:21 64:16 74:16
    94:6 96:19 151:6,8
    151:11 166:17
    186:3 205:25 206:9
    208:2,8
part 8:23 17:8,8
    31:23 33:3 36:20
    37:12 42:3 47:7,9
    61:3,9 142:10,11
    165:15 183:6,21
    186:6,13 187:6
    189:16,24 204:22
partial 109:5,6,8
participation 142:2
particular 20:16
    21:16 24:8 35:14
    44:12,12,14,18 47:7
    47:11,13,15 63:17
    73:9 80:9 83:18,19
    96:3 103:17 104:1
    104:19 118:17,19
    131:8,11,19 158:13
    181:20 182:6 186:7
    186:11 200:9
particularly 32:18
    54:5 77:1 112:2
    113:14
parties 210:16 211:18
partisan 20:3 29:8
    33:5,21 34:16 36:24
    37:16 44:24 45:1
    69:23 78:20 83:8,9
    85:12 93:4,11,14,14
    159:12 168:5,12
    174:2
partisanship 45:4
    158:10 173:24
partly 78:21,22
partner 101:20
party 16:15 17:5,6
    26:25 27:1,1 44:18

45:12 46:17 74:21
    89:9,15,17,17 93:19
    93:23 172:15 197:4
    197:5 211:11,11,13
    211:14
pass 30:7
passed 30:14
paste 106:10
path 101:8 102:12,13
    102:15,17,20,25
    103:2,3 105:12
    106:3,10
PATRICIA 1:4
pay 38:22
PAYTON 1:6
PC 209:24 210:22,23
Peachtree 2:10,21
people 18:15 26:3,9
    26:10 28:10 35:23
    36:2,3 45:4 47:9
    61:2,8 119:14
    123:21 132:23
    133:25 134:3,10,12
    134:13 139:20
    158:12 170:23
percent 43:1,5,12,14
    46:10,11,16,19
    47:24 48:4,5 56:19
    56:23 57:24 59:21
    59:22,22 60:2,3,11
    60:12,17,17 61:7,25
    61:25,25 62:4,4,8,8
    62:12,13 65:6,10,12
    65:16,21,22 66:4,18
    66:19,21 67:22
    70:16 71:6,23,24
    72:3,3,4,18,19,25
    73:11,12,18,25
    94:13,18 95:9,17,17
    95:24,25 96:1
    138:20,21 142:16
    142:18 144:17
    145:3,7,10,15,17
    146:10,13 148:4
    152:15 175:15,18
    175:25 177:9,14,18
    177:22 178:18
    182:13,18,19 183:7
    183:12,16,17
    196:22,23 200:23
    201:10 203:13

207:13,16,17
percentage 4:7,9,13
    39:23,25 40:21
    48:14,17 49:6,8
    59:16,20 60:1,2,7
    60:11,14 61:23
    64:24 65:6 66:2
    96:13 139:20
    143:11,14,15,18,21
    144:9,22 145:1,14
    146:5,14 147:14
    148:1,14,18,25
    183:25 185:13,20
    198:6
percentages 61:6
    139:9
perfect 51:8
perform 40:23
performance 32:1
    33:6,21 34:16 36:24
    37:16 44:8 46:15
    83:9 85:12
performed 118:24,25
    198:20
period 13:11 14:21
    14:24
Perkins 2:14
person 13:6 18:23
    20:16 27:12 34:23
    35:3 36:7 74:6 85:8
    103:9 133:16
    152:19 173:2 211:8
personal 21:2
personally 35:16
perspective 15:6,25
    16:6,16 22:18,21
    23:15 24:6 92:7
persuade 25:18
pertains 8:14 153:24
Peyton 2:24 5:6
Ph.D 1:13 2:24,24
    3:10 4:19,20,23
    6:13 77:20 209:1,22
    210:14
phrase 204:2
picture 31:22 36:16
piece 83:19 102:16,19
    180:14,16 193:6
pieces 84:1 98:3
    105:23 118:5
pink 169:20,22

Pinky 169:23
place 10:7 58:15
    105:24 112:23
    127:14
places 118:6
Plaintiff's 3:17 6:24
    7:8,10 49:18 50:7
    51:16 61:16 64:8
    66:7,7 68:4 77:17
    97:10 150:21
    161:23 170:1
    185:23 186:3
    206:11
Plaintiffs 1:5,8 2:3,12
    114:12,22
Plaintiffs' 52:18
    63:21 114:15
    136:25
plan 15:25 16:7,7,17
    17:12 21:18,25
    22:25 23:15 27:22
    30:14 32:2 69:7
    74:7 142:9,20 145:1
    155:2,3 168:22
    169:10 175:17
    177:6 178:5
plane 206:4
planning 76:17,20
plans 14:7 36:22
    37:23 137:9 151:21
    154:15 166:4,6,23
    185:4,6
playing 27:21
plays 172:24
pleasant 166:2
please 6:11 78:2,5
    97:14 209:19
pleased 91:13,17
plus 46:10 152:15,19
point 15:1 32:15,16
    32:17 36:18 37:12
    46:14 47:22 54:9,10
    65:3 90:19 130:4,6
    130:9 133:13 139:1
    148:1,14,18,25
    185:7 192:23
    193:14 200:16,17
    206:24 207:5,7,10
    207:18
pointed 45:23
points 200:16

polarization 40:25
polarized 40:8 76:10
    90:4 93:5
policy 162:18
policymakers 171:18
policymaking 168:9
Polish 35:21
political 8:1 25:1,10
    31:12 32:1,20 34:21
    35:17 36:9 44:8
    158:9
politically 27:11
politics 35:15
population 19:13
    65:12 139:1 140:12
    141:9,11,23 146:8,9
    146:10,17,22,24
    152:15,22 153:6,14
    183:4 184:17
    197:10
populations 140:10
portion 13:25 84:22
    142:25 145:9,13,16
    145:20 146:2,12
    147:2,8 177:6
    181:15 182:14,15
    182:17,22,23 192:4
    194:16 195:13
    196:1
portions 138:8,9
    179:6
position 11:9 29:11
    29:24 131:9,11
    160:18 163:24
positions 10:20
    134:23
possibilities 20:12
possibility 141:20
possible 23:17 29:15
    95:10 113:22
    114:18 123:14
    149:3 157:8 165:8
    165:11,13
possibly 26:6
Post-It 169:22
Powell 67:16
practicable 152:23
practical 124:22
precinct 29:5,8 32:1,2
    33:21,22 36:1 44:7
    44:8 45:2,5,8 76:12

76:13 79:24 80:10
80:11,15,18,21,23
80:25 81:7,15,23
83:11,23,25 84:20
84:21 88:12 109:13
109:15 110:4,7
116:16,20 117:6
122:5 135:9 138:8
138:10 140:2
141:10,12 142:10
142:11 143:10,12
143:13 154:21
156:11,15 176:16
176:19 178:16,18
178:21,22 182:23
**precincts** 34:19,22
36:10,11,14 39:4,22
78:11,12,14 81:13
83:18 84:8,22,23
86:21 109:5,6,8,11
109:14 116:17,21
116:24 117:2,3,11
117:22 126:8,14
136:21 137:5,20
138:2,5 139:3
140:25 141:6,18
145:8 154:13,17,23
155:2,7,12 176:2,4
176:6,7,13,23 177:1
178:25 179:18,21
**precise** 144:19,20
**precisely** 112:16
134:21
**predict** 77:24
**predominance** 167:6
167:22
**predominate** 167:13
167:15
**predominated** 174:15
**preparing** 111:8
**present** 2:23 164:22
**preserve** 165:9
**president** 112:4 114:9
**presidential** 86:21
87:21 107:2,7,16,23
108:5,24 109:8
110:15,25 111:21
112:9,19 113:2
**presume** 32:14
**pretty** 12:6 54:6
104:23 123:24

125:5 152:18
**prevail** 16:9
**previous** 123:8
**previously** 49:22
64:14 68:6
**primaries** 55:18
88:16
**primarily** 27:25
**primary** 27:21 54:23
54:25 93:20,22
130:2
**principal** 211:9
**principle** 15:11
133:22 134:18
155:6 158:25 160:1
163:9,16,20 164:14
164:17,20 165:5,10
**principles** 31:1
149:24 150:1
151:22,25 152:12
157:4 158:20,23
159:4,15 166:20
174:16
**printout** 106:22
**prior** 63:19 127:24
155:2
**priority** 82:11 88:22
**Pro** 69:2,9 74:9
168:21
**probably** 12:22,23
13:8,13 14:19 25:11
35:14 46:20 53:19
53:21 75:8 76:3
93:19 96:20 101:20
113:6,6 121:7 124:2
130:19 135:4
184:19 189:12
192:6
**problem** 120:23
135:19 178:14
179:15,18,23 206:1
**problems** 185:3
**proceeded** 88:17
**Proceedings** 3:1 50:1
77:12 96:25 115:9
135:24 150:16
175:2 208:11
**process** 9:2,3,13,18
11:5 13:8 14:6,17
15:2,20,22 26:11
36:7 37:13 98:1

106:23 125:1
192:11,22 193:3
202:23 203:22
205:10
**produce** 99:24 113:18
114:7,18 193:23
194:24
**produced** 87:16
97:18 111:14 115:4
119:15 150:22
186:13
**produces** 113:9
134:25 198:9,11
**producing** 204:9
**professor** 8:1
**program** 97:23 99:2
110:11 121:12
**programer** 99:4
102:2
**programs** 99:5,21
**prohibit** 162:25
**prohibited** 211:2
**prohibits** 155:25
**project** 96:10
**proper** 24:19
**properly** 166:19,20
200:20
**proportion** 42:5
46:18 61:2 131:18
131:19 134:21
138:6,19 140:4,12
140:13,24 142:15
142:17 143:4
178:22 195:24
197:8,10 198:15
**proportions** 131:17
195:3,3
**proposal** 123:17
165:1
**proposals** 34:1
**propose** 120:24
**proposed** 120:22
122:23 130:21
**Proscenium** 2:20
**protect** 166:11,12,15
167:16
**protecting** 166:10
**protection** 160:11
161:7,14,18,21
162:2,17,25 163:8
163:15,25 164:2,12

164:16,19 165:15
166:5,7,7 167:1
168:1 174:2
**protest** 134:6
**proves** 173:14
**provide** 20:11 25:13
30:18 99:6,13,17
164:25 189:20
210:24 211:7
**provided** 6:3 9:17
56:4,17 68:11 82:7
88:10,13,14 93:7
99:16,18 100:8
107:22 115:20,23
187:1
**provides** 56:15 71:20
79:23 80:17 116:9
116:13,14 201:18
**providing** 74:8
102:13 116:16
170:17 189:11
192:13
**public** 112:5,6 113:17
**publicly** 117:7 121:15
**published** 124:14,16
**pull** 66:12 68:9
106:14 137:16
**pulled** 196:20 201:17
**pulling** 197:2,25
198:1
**purely** 119:9
**purports** 64:21
**purpose** 8:15 15:15
15:20,22,25 16:21
17:9 19:16 39:5
80:9 118:16,17,18
118:19 188:15
**pursuant** 6:4 210:17
**put** 22:3 29:23 51:12
99:10 108:15 109:1
113:16 114:8 119:2
132:2 135:9 144:8
152:3 164:4 179:12
183:1,9 185:2,7,14
185:19 188:18
**putting** 27:22 37:14
38:2,6,13 197:20
202:3 204:9,13,23

_____

**Q**

**qB** 200:5

**qBv3[2** 200:6
**quality** 81:12 118:20
120:11
**question** 12:17 32:13
33:16,17 71:2 85:9
97:16 107:19
129:18 136:8 144:3
144:5 164:12
173:12 192:16,24
**question's** 37:1
**questions** 53:3 63:7
174:21 187:15
205:15,17 206:1
208:2 210:6
**quickly** 12:15 20:18
20:21
**quite** 53:23
**quizzical** 143:23
**quotation** 162:9
**quotations** 172:12
**quote** 160:22 161:10
161:14 164:9
**quotes** 93:7 101:9
102:25 160:22,24
164:5
**quoting** 160:8

_____

**R**

**R** 1:13 3:10 4:19 6:13
25:22 99:4,5 121:18
209:1,22 210:13
**race** 16:14,17 17:1
33:20 34:17 36:25
37:17 44:7 58:10
69:22,25 70:3 82:17
83:1,3 84:21 88:11
88:12 91:6,8 109:3
112:21 116:7,14
117:19,22 131:18
132:12 134:17
167:12,13,15,22
168:4,7,24 171:22
172:2 173:25 174:2
174:15 188:24
189:1
**races** 84:14
**racial** 29:1,4 31:25
33:20 36:23 37:16
38:5,7,12,15,19
39:1,5,12 41:22
44:6 45:7 74:8,14

74:19,22,25 82:19
83:24 84:25 90:1
93:11 94:1,8 126:10
132:5 166:8,12,13
166:15 167:6
168:25 169:11
173:15 184:3
**racially** 4:21 51:20
90:4
**raising** 53:8
**ran** 98:25 99:25
110:16,21 118:14
**Randall** 9:24
**random** 192:20 193:2
193:2
**randomly** 193:6
**randy** 7:23,24,25
9:21 187:8
**Randy's** 187:11
**range** 56:22,24 61:7
66:18 67:21 70:16
70:25 71:6,25 72:3
72:4 94:18 111:6
146:24 207:16
**ranges** 67:2,5
**rates** 211:17
**raw** 20:3
**re-redistricting** 8:14
10:6 11:2 14:1
63:19 73:11,17
75:19 153:3,24
**reach** 90:16,18,24
91:14
**reached** 75:18 76:5
**read** 8:25 15:14 76:16
106:2 150:4 151:11
159:7 163:2,10,11
163:17 164:8
167:18 171:8 173:7
187:6 208:8 209:2
210:8
**readable** 129:21
**reading** 8:21 9:10
66:20 70:5 161:9
**ready** 105:21
**realities** 23:10
**really** 16:25 35:24
60:25 66:17,24
70:22 77:22 81:11
120:9 122:1 126:18
129:14 134:7 155:9

155:19 173:9
207:24
**Reapportionment** 5:3
5:5 10:22 27:21,24
28:13 44:3,10,16
47:14 150:25 151:2
**rearranging** 19:4
**reason** 38:24 75:14
76:22 119:15
129:18 146:13
159:5 175:23
202:10 209:6
**reasonable** 118:21
147:19
**reasonably** 193:10,13
**reasons** 173:15
181:16 184:24
193:5
**rebuttal** 5:6 106:15
160:14 161:25
162:8,12
**recalculation** 73:22
**recall** 52:12 75:21
128:6 150:6 153:11
158:10 160:5 169:7
**recalling** 192:7
**received** 76:13 83:11
83:23 84:19
**receiving** 7:18 8:7
131:10
**recess** 50:1 77:12
96:25 115:9 135:24
150:16 175:2
**recognize** 7:3,12
97:17 101:12
106:20 157:18
186:2
**recollection** 63:20
100:22 120:5 150:3
154:25 155:4
167:18
**reconfiguration**
117:24
**record** 6:8 49:25 50:4
77:7,11,15 96:24
97:7 115:8,12,14
135:23 136:2,25
150:12,15,19 159:8
174:24 175:1,5
208:5
**recorded** 131:10

**redistricting** 5:3 8:23
10:3 12:21 13:7
14:5,17 18:11,22
19:1 29:25 58:16
73:4 74:10 76:4
150:1,1,25 151:21
153:13 157:3
160:10 161:8 163:8
163:24 165:5 166:8
170:15 171:17,24
174:16
**redistricting-share...**
101:10
**redistricting-share...**
105:13
**redrawing** 9:12 20:13
26:4 27:6 29:20
38:18 137:3 154:7
159:6
**redrawn** 33:9 158:3
158:16
**reduced** 184:17 210:7
**reelect** 29:13
**reelected** 8:20 9:6
15:8 17:10 21:7
22:2 27:9 33:3
39:13
**reelection** 16:21
**refer** 27:17 37:13
151:15 161:25
162:4 190:7 194:10
**reference** 50:10 190:6
**referenced** 204:21
**references** 186:23
**referring** 13:11 71:14
104:11 204:6
**refers** 14:24 18:24
197:24
**reflect** 158:3 166:20
**reflection** 119:8
141:14
**refuses** 18:24
**reg** 193:24
**regard** 11:9 42:21
74:22 84:4 88:10
93:1
**regarding** 51:19
69:16 137:3 170:17
**regardless** 16:10 91:6
91:8
**registered** 4:7,10,13

59:8 60:7 64:24
132:8 196:18,25
**registration** 4:1,4
33:5 34:17 36:25
37:17 43:20,23 44:7
49:20 58:10,18,19
65:5,11 66:22 69:25
70:1,3,9,10 72:7
73:13,19 84:15
95:10 96:14 117:18
117:22 138:11
141:22,23 144:17
170:18
**regression** 79:15,19
80:2 122:6 193:22
194:1,2,17,20
203:17 204:12
**regular** 3:18 124:24
**Regulations** 6:5
210:18 211:4
**REID** 1:4
**reiterating** 172:21
**related** 9:14 158:11
**relationship** 140:19
211:5,10
**relative** 102:16,25
**relatively** 120:15
**relevant** 40:12
**reliability** 80:25
**relied** 28:24 69:8 85:6
115:19 116:23
117:5
**rely** 25:9,13 30:10,11
30:12 31:24 32:5,6
32:11,24,25 33:2,4
33:19 34:15,22,23
34:25 35:1,10 117:3
**relying** 27:20 32:19
82:15,16,17,18,24
82:25 84:18,18,20
84:24 85:3,10,11
116:4
**remained** 143:20
146:4
**remember** 55:23
60:25 101:2 107:12
120:21 157:17
168:19
**reminded** 116:2
**removed** 111:23
112:8

**rendered** 206:18
**Reno** 167:18
**repeat** 38:12
**repeatedly** 91:3
**repetitive** 97:24
**replicate** 76:17,20
85:20 109:20 114:4
114:19 115:1 119:5
**replicating** 99:17
118:9,17,18
**replication** 87:11,13
87:18 110:10 114:4
**reply** 4:20 7:10,16
86:9,17,23 91:2
**report** 4:19,20,23 7:6
7:10,17,19 8:8
52:17 53:17 73:16
73:21 75:16,17 77:4
77:19 82:8 86:1,3,4
86:9,17,19,23 91:2
91:3 99:7,9 101:5
106:15 107:14,14
108:16 110:9,16,22
110:24 114:13,23
115:4,17,18,21,25
116:1,3,4,6,15,24
117:13,14 118:1,7
119:3 120:2 125:23
125:24 129:11,14
129:19 136:5,9
137:11,14,16
144:19 150:4,5
160:8,14,15,17
161:25 162:5,8,13
162:13,23 163:6,12
163:14 171:2,3,15
172:16,21,25 173:7
173:9,11 174:1
175:9 176:25 182:8
184:12 206:18,23
**reported** 110:25
117:17 210:5
**reporter** 1:15 6:3,11
64:18 174:23 208:6
210:1,21 211:22
**reporting** 6:6 194:25
209:24 210:19,22
210:23,25 211:8
**reports** 9:10 49:16
86:3 92:24 116:19
122:8,9 137:1

**represent** 114:21
140:18 194:17
195:23,24 210:11
**Representative** 27:16
**Republican** 8:17 9:5
16:9,22 17:1 18:18
18:21 19:5 22:2,3
22:11,12,19 30:23
38:25 39:25 40:1
41:9,15,20,24 42:6
42:15 43:9,12,21
44:14 45:21 46:6,12
46:19 47:1,2,2,10
47:17 48:17 75:2
79:3 89:17 91:8,25
93:17,23 94:3 95:7
96:15 133:24
196:22 197:9,11
**Republicans** 4:14
8:19 16:1,23 17:9
17:11,16 18:2,3,8
19:17,22 21:7 23:3
24:2,12,13,15,19
29:13,16 30:15 31:2
32:3 33:2,11 34:13
39:17 40:16 43:11
52:2 55:5 64:23
65:7,18,22 66:1,23
67:15,22 71:4,11
92:8 93:23
**request** 164:24
**require** 166:22
**requirement** 156:5,6
**requiring** 98:1
**research** 172:20
**reserve** 208:7
**reserved** 210:9
**reset** 110:7
**resolve** 53:13
**resource** 23:24
**respect** 53:17 70:21
153:5 154:15 155:1
165:4 166:21
206:25
**respective** 30:24
**responding** 171:15
**response** 164:1
**responsibility** 28:3
37:4
**rest** 38:17 183:9
184:2

**restrictive** 152:25
**result** 18:7 24:1 53:12
80:14 82:25 83:4
90:10 109:7 119:11
119:16,18,19
190:18 191:2 197:7
**results** 29:8 53:17,18
78:10,12,14,22,23
80:15 82:17 83:7,9
83:12 86:19,20
87:17 88:23 89:2,3
89:5,6,21,23 91:11
93:14 99:24 108:15
108:24 109:5
111:11,12,12,14,16
112:1,18 113:9,10
113:11,16 114:8
116:16,19,24 117:7
117:20,24 118:2
119:6,12,16,18
125:23,24 126:2,4
130:13,14 194:25
204:10,17,24
**ret.mcmc=TRUE**
192:4
**retain** 190:18 191:2,7
192:16
**retaining** 192:25,25
199:11
**retrieved** 99:15 100:2
100:9
**retrieving** 204:23
**return** 192:9
**returned** 98:7
**returns** 117:15,15,17
**reverse** 68:18 190:15
**reverses** 172:17
**revise** 3:20
**Rice** 8:2 101:23
**richer** 35:25 36:16
**Rick** 101:15,19,23,24
**Rick's** 101:21
**right** 9:24 10:8,15,19
11:17 15:5,24 16:5
17:23 24:9 26:14
27:14 31:10,21
32:23 34:8 37:6
38:20 45:3,15,15,18
50:8,14 51:14,17
52:23,25 55:15 58:6
58:18 60:16 64:12

64:12,20 65:24 66:9
66:15 68:5,14,17
69:3,4,12,20 71:1
71:17 72:12,17 74:4
74:4 77:3,18,21
78:9,17 80:2 82:14
82:16 83:21 84:11
85:19,25 86:11,16
96:22 97:3,4,11
101:6 104:9,22
105:23 107:8,11
108:11 109:2,23
112:3 115:13
124:15 128:4,6,24
129:2 130:5 131:23
132:13 133:16
135:11 136:7
137:19,24 139:15
139:23 140:5,8,14
141:14 142:5,7
144:15,24 145:6,13
146:1,18,20 147:1
148:2,21 149:4,7,8
149:9,14,22 152:1,9
152:9,10 153:12
156:18 159:20
160:7 165:24 166:1
167:3,7 168:18,21
169:9,18,24 170:2,3
171:14 174:7,22
175:7,18,20 176:10
177:8 178:1,7,9,11
179:17 180:4,12,18
180:19,22 182:12
182:13 183:5,8,8,16
184:8,9,22,24
185:24 186:5
187:14,17 191:23
196:15 199:9
200:14 201:8,14
202:25 210:8
**right-hand** 131:25
190:22 200:5
**Rights** 2:5 38:17,23
153:23 154:1
166:21
**risk** 74:20 75:1
**role** 11:1,13 27:22
172:24 202:7
**roll** 132:21
**roll-off** 131:4,5,7,12

132:6 134:17 135:2
135:6,9 196:17
**rolled** 132:23,24,25
**Rosen** 120:7,21
122:21 124:13
132:21
**Roswell** 209:24
**rough** 89:15 126:17
**roughly** 42:25 65:10
68:23 76:15 177:14
178:4,18,19
**round** 174:20
**routine** 99:23 119:23
119:24 120:18,20
120:20 122:16
188:11
**routines** 119:13 122:3
122:11
**rows** 65:16 132:1
**Rresults** 205:2
**Rresults.dta** 205:5
**rule** 155:20,22,24
156:4 166:3
**Rules** 6:5 210:18
211:3
**run** 16:2 26:9,12 53:2
56:21 98:23 99:3,23
99:24 100:1,4,6
101:3,3 107:23
108:20,22 109:3,12
109:14 110:6,11
112:23 113:8,8
119:13,24 121:12
124:24 130:18
131:13 133:2
134:15 186:10
**run-off** 148:22
**running** 79:1,5 92:8
100:25 109:22
112:24 120:2,6,16
121:10 123:13
125:21 126:21,23
127:11,22 133:4
**runs** 52:19 53:6 58:22
78:9,10 108:23
109:4,22 119:24
**RxC** 120:23 122:21
123:7,12,14,17
124:17

———————   **S**   ———————

**S** 2:19
**SABRINA** 1:6
**sacrificing** 8:18 15:9
17:11 18:2
**safer** 8:16
**SAMMY** 1:7
**sample** 190:8 191:13
191:20 192:1 199:2
199:13 200:22,24
**sampler** 192:13
**samples** 203:11
**sampling** 203:22
**satisfying** 130:3
**saved** 205:4
**saw** 28:3 72:7 73:15
73:22 75:15 92:25
95:16 116:13,13
143:23 173:4
**saying** 13:19 14:16,18
21:5 22:10,10 39:2
40:25 43:18,23 48:7
48:11 70:14 83:17
91:4,5,7 95:13
104:11 110:14
114:14 133:3 138:7
140:11 141:4
144:14 146:19
157:7 161:1,6,12,13
164:1 166:19
171:25,25 172:3
174:9 182:22
**says** 12:5,9,14 13:12
13:14 27:19 71:12
75:6,6 86:17,18
87:14 97:12 101:8
103:14,20 104:25
130:1 155:10,18
161:20 162:1,16
172:7,13,14 174:1
175:25 185:25
187:18,20 188:2
189:5,8 190:22
192:4 194:4,7 195:6
196:3,5 199:15
203:24
**school** 20:6,13,14
28:10 29:21,23,23
30:6,7
**science** 8:2
**script** 103:17
**scrubbing** 37:3

**seat** 22:19
**Seattle** 2:15
**second** 49:1 53:16
    54:1,2,7 69:13
    70:13 71:22 90:23
    104:3 108:9 115:5
    121:1 135:12
    150:10,13 164:24
    192:4 199:16
    203:23
**Secretary** 1:10 88:11
    100:10 117:8,12,17
    117:23 118:4
**section** 38:16 39:7,9
    76:16 202:11
**secure** 18:18,23
**securing** 19:23 31:13
**see** 13:22 22:6 23:8
    27:18 50:21 51:11
    59:6 63:10 68:15
    69:22,22,23 70:17
    71:22 76:25 86:22
    88:22 94:1,8 108:1
    113:10,11 115:2
    116:15 129:17
    133:22 138:14
    142:8 143:7 145:3,3
    149:6,7 152:10
    157:18,24 160:17
    161:11 162:16
    170:4,5,15 175:13
    177:2 178:3,8 179:1
    180:8 184:6,7,13
    186:21,22 187:17
    187:20 188:5
    192:19 193:18
    194:4,18 195:6
    196:6 197:13,16
    199:16,24 200:2
    201:5 202:18
    203:24
**seeing** 49:15 57:11
    60:5 75:21 94:15
    128:21
**seen** 41:10,12,13,17
    80:22 92:21 93:2,6
    95:8 125:25 127:10
    127:14 128:8 171:1
    171:9
**selective** 162:9
**self-apparent** 190:9

**self-described** 45:11
**Senate** 5:2 150:24
    151:14
**senatorial** 31:6
**sense** 22:19 29:22
    80:23 81:16 82:3
    89:13 91:17 93:11
    163:18 164:5
**sensible** 181:11
**sent** 87:6 168:21
**sentence** 70:14,18,21
    171:16 173:21
**separate** 1:21 109:19
    110:5,9 122:2
    209:20
**separated** 122:13
    201:18
**separately** 202:12,16
**sequential** 123:10
    127:23
**series** 97:24 123:13
**service** 9:17 112:5,6
    113:17
**services** 210:25 211:8
**session** 3:18 50:11
**set** 25:22 30:21 36:10
    40:11 44:11,17
    47:17 54:23 88:14
    97:23 102:14,14
    103:12 105:12,15
    106:1 110:4,11
    113:8,16 117:14
    122:6,10 126:2
    128:3,4 149:25
    150:2 151:4 186:9
    186:24 190:19
    191:3 200:9 202:24
**sets** 28:23 29:14
    30:10,13 31:24 32:6
    44:5 99:18
**setting** 102:12,24,25
    104:14
**seven** 29:12,17 30:15
    32:4 34:14 151:20
    154:12
**shapes** 167:25
**share** 158:13 196:12
    196:13 197:4
**sharing** 169:10
**Shaw** 167:2,7,18
    168:10

**Sheet** 3:13
**sheet(s)** 209:20
**shift** 19:13,16 67:1,5
**shifted** 31:8 147:11
**shoes** 33:1
**short** 115:6 123:22
    135:21 174:19
**shortcut** 125:1
**show** 6:25 9:23 48:22
    49:19,22 50:13 58:5
    64:2,13,22 66:9
    75:5 88:19 91:11
    97:12 119:17 127:8
    138:23 169:8 170:3
    185:24 199:25
    206:10
**showed** 129:5,5
    133:25
**showing** 11:14 48:24
    89:23
**shows** 58:9 59:23
    60:18 62:1,6,10,14
    89:7 92:5 112:1
    144:25 145:11
    175:19
**sic** 51:18 152:15
**side** 125:24 152:9
    190:22 200:5
**sign** 26:21 104:25
    208:9 210:9
**signature** 208:7
**significance** 89:3
**significant** 11:1
**similar** 52:19 123:11
    129:3 189:19
**simple** 33:16 37:12
**simplify** 97:23
**simply** 19:3 25:2,9,21
    63:9 94:19 96:8
    110:11 163:23
    167:21 173:17
**SIMS** 1:4
**single** 56:16 57:12,23
    159:5
**sitting** 81:18
**situation** 22:23 24:11
    28:6,8,12 30:20
    31:11 167:11,14
**situations** 29:20
    124:23
**six** 140:16 151:16

**size** 89:16 120:15
**slight** 22:15 59:9
**slightly** 78:19 89:7,7
    89:20 152:24,25
    153:9 156:20
    157:11 183:3,11
    184:17 185:12,19
**slope** 194:13
**small** 54:11 120:15
    135:3
**smaller** 46:18 121:4
    126:7 128:19 147:8
    148:11
**SMITH** 1:4
**snapshot** 73:9
**SNOW** 1:7
**sole** 38:24
**solely** 36:9
**solutions** 120:23
    123:22
**somebody** 7:22 26:12
    35:10 99:11 101:23
**someone's** 123:25
**someplace** 207:17
**somewhat** 55:11
    90:23 157:22
**sorry** 11:20 50:16,16
    57:4 61:14,20 108:8
    114:1 124:12
    135:18 150:10
    151:5 152:4 164:7
    165:2,17 169:6
    181:12 182:11
    191:6,17 194:5
    201:23
**sort** 11:11 20:3,11
    21:22 23:10,19 25:4
    25:23 28:1 31:5
    42:24 56:23 61:6
    66:17 76:14 77:22
    77:24 78:8,19,20
    98:2 103:4 105:20
    109:15,16 111:3
    125:25 126:7
    127:13 133:5 153:5
    176:25 188:12
    205:5
**sorted** 65:2
**source** 59:4
**sources** 115:18 118:7
**space** 95:22,23 96:3

        192:14 209:19
**Speaker** 69:2,9 74:9
    168:21
**speaking** 42:25
    159:20
**speaks** 12:11 164:11
**specific** 15:1 19:11
    20:11,12 30:9 31:23
    35:7 40:9,10,19
    63:1 70:12,12 83:13
    84:4
**specifically** 36:8
    165:22 167:20
    186:23
**specified** 103:15
**specify** 102:18
**specifying** 201:5,10
**Spencer** 67:13
**spent** 120:10,12
**split** 83:18 84:8,9,14
    84:15,22,23 109:11
    109:14 117:10,22
    136:18 137:4 142:9
    142:24 145:7
    154:23 155:3 176:2
    176:13 180:24
    181:2,3,9,12,13,17
    181:20,22,22,23,24
    182:6 183:2 184:24
    185:4,6
**splits** 137:20 138:1
    155:2,16 156:15
**splitting** 154:16,22
    155:7 156:11
    184:16
**spreadsheet** 4:1,3,6,9
    4:12 99:8 105:6
    106:6
**spreadsheets** 148:17
**square** 193:9
**squares** 120:25 121:8
    123:19 125:10
    203:17
**stability** 53:4 81:22
    81:23
**stable** 54:5 82:3
**stacking** 202:7
**stage** 131:16 204:7,8
**Stagecoach** 178:13
    179:1
**stand** 169:19 173:5

John R. Alford, Ph.D.                Georgia State Conference of the NAACP, et al vs Kemp                February 28, 2018

**standard** 53:23 54:3
   54:3 98:7 152:18
   193:25 194:1
   200:19 201:24
   203:12,18
**stands** 146:13
**Star** 204:4
**start** 6:9 50:5 102:17
   136:2 137:16,19
   160:8 165:23
   174:21 175:5,10
**started** 88:8
**starting** 12:16 32:15
   32:16 106:3 108:5
   170:22 192:23
**starts** 12:17 103:22
   104:18,24 151:17
   189:6 193:17
   202:18
**state** 1:3,10,10 2:2
   3:19 4:6,10,13 9:12
   9:16 26:19 28:14
   33:23 42:4 51:25
   64:22 85:13 92:1
   100:10 102:22
   111:23 112:8
   117:17,23 126:2
   162:24 167:23
   168:8,13 210:2
**State's** 88:12 117:8
   117:12 118:4
**stated** 15:14,20,22
   17:8 155:8 174:10
   210:5
**statement** 91:19
   140:23 161:3
   205:12
**statements** 56:15
   97:23 201:7
**states** 1:1 91:3 95:21
   112:4 154:5 162:25
**statewide** 22:18 30:22
**statistical** 36:4 133:2
**statistically** 129:4
**statistics** 13:7
**stats** 12:7
**stay** 113:21 149:11
**stays** 142:10,12
**step** 14:25 90:5
**Stevenson** 7:24,25 8:6
   98:18,19 103:10,11

186:18 187:12
**Stevenson's** 101:17
   101:20
**stick** 106:13 132:11
   132:11
**sticky** 51:2 175:25
**Stockbridge** 176:24
   178:3,3,8,9,12
   179:2
**stop** 11:21
**Street** 2:10,21 209:24
**Strickland** 1:17 2:18
   2:19 67:16 75:8,20
   135:12,14,17
**Strickland's** 71:21
**strictly** 137:7,14
**strike** 8:12 42:12
   44:15,23 136:5
   143:12,12,23 166:5
**studied** 52:3,9,10,10
**studying** 52:12
**stuff** 115:24
**sub** 98:6
**sub-precinct** 83:5
**subfolder** 87:8,9,9,12
   110:10 112:12
   114:2,3
**submit** 69:1 170:13
**submitted** 68:16
**substantial** 45:23
   61:2,9 80:24
**substantially** 152:23
**substitute** 102:19
**subtracted** 201:22,23
**suburban** 48:1
**success** 94:16
**suddenly** 172:17
**sufficient** 53:12
**sufficiently** 82:3
**suggest** 11:8 74:12
   75:3 79:7 104:21
   130:10 139:25
   173:18 195:20
**suggested** 125:6,9
**suggesting** 12:13
   27:23 130:6
**suggestion** 156:2
**suggests** 74:19 79:6
   93:12 172:9 173:23
**Suite** 2:5,14,20
**sum** 132:1

**summarize** 57:18
**summary** 173:18
**summed** 61:1
**superior** 108:6 109:9
   131:2
**superiority** 130:25
**support** 52:1,2 54:15
   54:15,17 55:4,5
   56:8,10,17 57:8
   63:10 206:17
**supported** 92:4
**supporters** 25:25
**supporting** 55:10
   134:22
**supportive** 20:16
**suppose** 18:12
**supposed** 11:20
**sure** 10:13 11:7 13:11
   13:15 14:22 18:5
   21:7,14,25 22:17,25
   24:1,18 26:12 29:12
   29:15 30:14 33:2
   34:13 37:14 38:2,25
   39:6,12 47:14,15,17
   54:22 61:9 67:8
   84:17 85:23 101:18
   105:4 114:17
   119:25 120:1
   129:15 135:13
   139:10 142:3
   151:12 155:9 158:5
   170:25 171:4
   176:15,17 190:11
   200:8
**suspect** 80:12 121:3,3
   188:7
**SWANSON** 1:6
**swap** 21:19 26:24
**swapping** 39:3
**swaps** 34:5
**swear** 6:12
**sworn** 6:14 210:14
**symbols** 187:16
**system** 33:24
**systematic** 128:16

**T**

**tab** 51:1
**tabbed** 51:10
**table** 4:21,22 53:15
   53:16,19,24 54:1,2

54:6 55:9 56:6,14
   59:23 64:15 65:2,3
   65:4 69:24 70:2,6
   87:18 111:9 114:8
   116:5,18 117:12,13
   119:16 131:24
   137:18,23 139:13
   145:8 175:10
   176:25 177:2,3
   182:8 185:15
**tables** 11:14 48:23
   49:2 51:19 53:15
   66:10 69:24 72:19
   77:23 87:22 94:5
   99:8 129:6,20
   137:10
**tabular** 137:4
**take** 9:25 11:10 12:16
   26:2 31:21 69:17
   78:2 90:5 96:18,19
   97:14 108:7 115:6
   124:23 129:16
   135:11,20 138:16
   146:23 165:7
   174:19 176:24,24
   178:7,12,13 179:21
   179:24,25 180:1,1,5
   180:7 182:1,4,5
   192:23
**taken** 1:14 167:21
   176:6 177:1,2 178:2
   178:17,19,21,23
   203:22 207:22
**talk** 17:7 19:10 24:9
   40:6,7,7,8 44:2 46:1
   54:14 55:1 79:14
   88:24 151:24 160:9
   161:5 175:8 184:20
**talked** 12:23 13:13
   14:19 30:11 51:23
   63:11 69:6 94:20
   118:8,8 195:16
   196:16
**talking** 12:21 13:8
   14:2 33:13,14 38:4
   38:20,24 42:7,8,9
   46:7,15 50:10 55:24
   57:2,19 60:20 63:16
   67:7 69:13,15 72:6
   86:12 87:7 90:20
   124:7 125:20

126:22 138:23
   139:9 145:3,19
   147:21 148:19
   163:12 167:8,10,11
   173:1,3 183:19
   184:25 199:25
   204:20
**talks** 151:20,21
   154:12 162:7,23
   203:24
**Tanner** 120:7,21
   122:21 124:13
   130:21
**target** 70:17,24 71:9
   71:16
**Taylor** 2:25
**technique** 80:20
**Telephone** 2:13
**tell** 20:19 26:20 34:3
   35:14,18 45:13
   47:23 52:14,25 55:7
   57:11 78:9 85:7,15
   91:20,22 97:18
   103:12 105:3
   111:10 119:7
   132:23 138:13,25
   142:3 151:13
   171:14 200:7,10
   201:1,4 206:12
   207:23
**telling** 43:24 163:13
**tells** 30:4 95:22
   172:20
**Tem** 69:9 74:9 168:21
**temp** 188:18
**tempdata.dt** 187:9
**Tempore** 69:2
**ten** 190:13
**terms** 16:20 22:15
   30:13 41:23 44:9,24
   45:9 50:14 53:14
   58:23 68:13 75:1
   76:4 82:12 88:20
   103:4 112:7 115:19
   129:10,13 132:22
   136:22 137:9 138:4
   144:17,19 149:1,25
   152:11,22 154:4,9
   154:14,21 156:11
   157:3 159:3,15,22
   162:7 166:4 177:9

John R. Alford, Ph.D.        Georgia State Conference of the NAACP, et al vs Kemp        February 28, 2018

178:2 182:13 183:3
184:3,25 194:20
**territory** 22:16 25:3
27:10,12 31:8,9
113:1
**testified** 6:15 181:8
**testifying** 10:25
**testimony** 1:20 12:20
181:11 209:4
**Texas** 42:3,7 47:24
126:2 155:24
164:25 165:3
**text** 78:5
**thank** 7:9 8:11 13:3
50:8 51:8 61:19
92:6 151:3 156:9
168:16,18 169:24
182:7 192:3 199:14
201:1 202:17
205:23,24
**theoretical** 124:17
130:25
**theory** 53:10
**thereto** 210:6
**thin** 190:22 191:1,13
191:25
**thing** 18:13 21:3,25
23:12 26:22 30:4
31:6 42:2 47:7
48:12 57:16 90:14
116:9 137:2,8 139:5
157:7 201:13
**things** 18:16 20:5
23:2,6 30:12 32:5
32:24 33:25 34:15
45:18,19 48:12 50:9
62:22 63:7 65:2
76:24 79:14,22
82:16 85:5,6,10,22
91:21 99:22 105:25
111:7 113:13
122:15 123:18
136:14 138:5
158:11 188:10
**think** 7:22 11:4 12:1
13:2 16:3,13 17:19
19:2,2,6 22:8 23:8
27:10 28:20 29:18
30:19 32:13 33:24
34:4 35:2 40:3,17
43:2,4 47:1,20

48:19 51:4 53:18,19
57:14 58:21 59:5
61:3 76:2 77:1,5
78:16 79:21 82:11
82:22 85:23 88:7,19
89:11,18,22 90:15
90:15,19,23 91:13
91:21 92:18,20
93:13,19,20,22,24
94:10 100:16 101:1
103:3 104:5,7
107:19 109:1
111:22 112:2,9,12
113:14 123:23
125:4,7,13 126:16
127:13 128:6
129:22,23 130:18
133:7,8,9,9 134:7
137:22 139:4
141:19,19 147:16
148:8,8,11,13 149:4
151:4 154:11 157:6
157:16 158:12
159:11 160:16
161:17 163:17
166:19 168:6,15,19
169:14,16,16 174:3
176:21 180:3
182:21 183:5
192:12,15 204:7
206:1
**thinning** 190:8 192:2
199:2
**third** 2:15 29:7 104:4
134:1
**Thompson** 1:6,8 2:12
2:25
**thought** 40:12 76:24
81:11 111:13,24
113:3,5 114:5,5
115:24 167:24
169:3 173:1 179:11
**thousand** 177:21
**thread** 4:16
**three** 3:5 26:3,8,10
28:23 29:14 30:10
30:13 31:24 32:6
44:5 65:16,16,17
84:1 104:12,16,20
107:3,6 108:10
116:5 121:14 122:8

122:9,13 125:13
126:1,13 133:5
134:23 137:20
138:1 139:3 140:25
141:7,15 153:22
162:6 198:1,4,16
201:7,8 202:12,14
202:24 203:2,3
205:10
**three-judge** 164:25
**throat** 27:13
**tighter** 54:2
**time** 6:8 13:11,17,18
14:21,23 27:5 46:24
49:10 50:12,14
51:11 58:23 59:24
59:25 62:2,11,19
65:11,22 66:1,4,13
68:11,15 72:5,20,25
73:10,12 76:23
95:18 96:17 98:2
120:2,10,12 124:11
124:12 153:19
167:17 169:13
170:2,10 171:9,9
174:19 192:23
**times** 59:14 191:13,19
191:21,24 199:10
**timing** 170:5
**title** 70:5
**titled** 3:18 4:1,3,6,9
4:12,18 5:1,8 7:16
70:8 188:14
**today** 6:21 62:24 63:3
81:19 171:12
**told** 17:24 18:13 26:2
170:24
**top** 97:13 98:9,10
139:19 141:8
142:10 151:16,17
160:20 162:4
185:25 187:4,6
200:17 201:12
**total** 65:7,17 85:1
131:9,24 132:15,18
133:23,24,25
144:22 145:23
152:14,22 153:5
190:1 191:10,12
196:18 198:6 199:8
**totaling** 198:3

**totals** 84:13 109:11
**tower** 149:21
**town** 158:13
**track** 150:11
**tract** 35:25
**trade** 22:19
**traditional** 159:25
160:9 161:8 163:8
163:15 164:13,17
164:20 165:5
174:15
**transcript** 209:4
210:12
**treat** 46:23
**treated** 134:6
**trend** 49:9 62:15
63:12,14 72:14,22
**trending** 72:15
**tried** 85:18
**true** 40:4 41:3,4
42:19 43:2,4 45:22
48:3,6,13,20 49:11
49:13 63:11 73:1
80:12 92:2 95:15
110:18 121:1
122:18 123:22
124:5,8 125:3,15
130:10 131:14
135:7 140:22
141:11 143:17
144:7 159:16
171:16 203:13
208:1 209:3 210:11
**truly** 193:2
**trump** 166:8
**truthfully** 10:25
**try** 110:6 113:21
149:18,18 179:21
**trying** 13:12,16,19
14:14,18 17:4,13
21:18 23:6 29:12
90:2 96:10 111:4
139:10 149:6 155:6
**tune** 189:6 190:6
**tuning** 189:11,19
190:8,19
**turn** 25:14 36:6
114:12
**turned** 83:24 88:15
114:22 115:2,25
116:1 132:5 139:20

139:25 188:20
195:25 196:1
**turnout** 76:11 82:17
84:20 116:7,14
132:10,12 135:3
138:18 139:7 140:7
140:11,19,20 143:1
145:1,2 175:14
188:23 189:1
197:22
**turns** 42:4 177:9
**Tussahaw** 177:5,6,8
**twice** 53:1 191:8,9
**two** 3:4 9:14 19:5
21:8,19 22:22 23:1
25:4 32:20 40:11
41:2 50:5 51:18
53:15 55:25 65:7
66:22,23 67:12,15
67:19,19,19 69:17
69:18 78:9,19 82:15
85:21 86:3 100:19
100:20 107:11
115:18 117:5 118:5
118:5 119:9,13,13
120:23 123:18
125:13,21 126:13
126:19,21,23
128:21 134:2
140:20 148:1 155:3
160:22 177:20
179:18,20 195:17
196:20 197:4,5
201:18 202:20
207:6
**two-group** 127:14
**two-party** 100:13
111:4 112:25
**two-thirds** 178:4,17
**types** 126:1 128:22
**typical** 25:4
**typically** 13:22 25:13
99:13 126:9 153:17
207:16
**TYSON** 1:4

—————————————
**U**
**ugly** 26:6
**Uh-huh** 67:14 105:2
157:5
**ultimately** 108:15

201:16
unchanged 116:20
uncle 20:8
uncommon 35:5
undercut 173:20
underlying 23:8
Underneath 197:12
undersized 153:19
understand 8:12
  21:23 23:23 28:8
  30:25 32:23 33:25
  34:21 36:18 43:15
  43:16 82:24 83:14
  90:25 139:11 174:4
understanding 8:13
  8:21 9:1,11 19:12
  19:15,20 33:7 34:19
  47:8 49:15 58:17
  60:19 123:6 159:8
  166:18 168:10
  193:25
understood 176:18
uniform 207:22
unit 155:20,22
United 1:1 95:20
  112:4 154:4
units 193:9
University 8:2
unnecessary 158:16
  162:19
unstable 54:7 81:21
unusual 128:11
  157:19,25
unusually 90:24
up-to-date 120:17
updated 13:6
upper 201:6 202:1
  203:13
use 23:22,25 24:16
  29:14 34:1,3 50:9
  63:9 81:15,16 88:23
  98:22 99:20 122:9
  123:5 125:15 130:3
  151:16,17 157:14
  162:9 167:12 168:7
useful 36:14 76:24
  99:8 112:3 113:14
Users 187:8
uses 78:11,13 125:9
  157:15
usual 211:16

usually 19:3,6 20:19
  27:2

_____
         V
v 2:8 167:18
V1 187:21,23,24
valid 80:19,19
validate 76:2
value 104:15 105:4
  202:2
values 166:23 192:9
  200:22,24 201:18
VAP 138:11,19
  139:17,18 140:19
  140:20 188:6,13,14
  188:20,23 189:4
VAPs 138:8 140:20
variability 203:14,16
variation 124:3
variety 193:5
various 10:18 18:6
  28:15 34:11
VD 195:13
vector 192:22
vectors 203:1,4
version 86:2,4 120:6
  120:17 124:1
versus 37:2 54:1,15
  55:14,19 125:22
  132:24 143:1 148:5
  183:17
video 3:2 6:8,10
  49:25 50:4,5 77:11
  77:15 96:24 97:7
  115:8,12 135:23
  136:2,3 150:19
  175:1,5,6 208:4
Videographer 2:25
  6:7 49:24 50:3 51:4
  77:10,14 96:23 97:2
  97:6 115:7,11
  135:22 136:1
  150:14,18 152:2,5,7
  174:25 175:4 208:4
Videotaped 1:12
view 111:17 113:20
  130:19 157:2 163:6
  165:14 166:7,14
violate 167:14
virtually 119:20
  126:3

volume 1:20,21 64:11
vote 23:18 39:16,17
  40:14,16 41:7,8,15
  41:16,18,19 42:11
  42:14,14 43:1,6,9
  43:11,13 45:4,20,21
  46:16,19 47:10,25
  48:1 52:4 58:2 85:1
  89:16,24 90:8 91:4
  91:5,7 130:7 133:6
  133:18,18,19 134:1
  134:2,6,13,14
  177:10 187:24
  188:21 195:18,25
  196:1,13,22 197:4
  197:22 198:11,13
  198:15,15,16,17
  202:14
voted 45:13,14
voter 4:1,4 33:5 34:16
  36:24 37:17 43:20
  43:22 44:6,12,13
  46:24 47:15,16,21
  49:20 58:9 65:5,11
  66:22 69:25 70:1,3
  70:9,10 76:11 84:20
  88:11 95:10 96:14
  109:24 116:7,14
  133:10 138:11
  170:18
voters 4:7,10,13
  17:14 18:5,24 19:4
  19:16 23:1,17 24:18
  24:19 25:22,24
  44:18 45:10 47:18
  47:19 52:4 58:2
  59:8 60:8,21,22
  64:25 88:12 89:24
  89:24 90:11,12
  91:23,24 92:4
  109:15 131:18,19
  131:22 132:6,8,24
  132:25 133:6
  139:14 140:1,24
  143:11,14 147:22
  148:3 171:20
  177:12,13 196:18
  196:25 203:3,5
  207:1
voters' 17:8 147:4
votes 18:19 44:13,14

76:12 83:10,22
  84:19 89:16 94:19
  96:6,7 109:17 131:8
  131:23 202:13
voting 29:4 38:17,23
  40:8 41:2 46:10,12
  48:5 73:8 76:11
  89:8,14 90:9,9
  91:10,23,24 131:19
  133:11,15,20
  153:23 154:1
  166:21 171:19
  173:23 196:25
  197:9,11
vs 1:9
VTD 188:6 195:21
  197:21
VtdBVap_cor 195:23
VtdBVap_cor.V1
  198:10
VtdO 195:25
VtdoVap_cor 188:2
  195:14

_____
         W
WA 2:15
wait 43:15 136:5
walk 174:12 192:13
  192:20
walked 171:12
walking 192:18 193:3
  193:6
want 7:9 9:25 10:2,2
  10:13 11:10,11,25
  12:15,18 17:25
  22:10,11 23:11 24:9
  27:17 28:4,5 30:9
  36:19 37:11 50:18
  51:17 61:21 64:2
  66:9,17 67:8 68:5
  68:10 69:12 75:5,18
  77:18 84:17 85:25
  86:7,8 90:4,5,14
  94:4 96:19,20 98:8
  106:12,14 113:10
  122:8 126:18
  130:12 139:22
  149:6 151:15
  161:24,25 162:4
  169:2,8 170:3 174:5
  185:24 190:10

191:14 192:6,9,16
  194:12 195:12
  196:12,24 198:7
  199:23 200:4
  201:10 202:15
  208:8
wanted 24:13 34:10
  34:12 50:12 82:5
  100:5 122:4 139:23
  165:13 192:19
  200:20
Wars 204:5
wash 183:16 184:3
Washington 2:6
wasn't 38:2 39:6
  76:17,20 116:1
  118:22 153:25
  161:19 167:20
water 149:21
way 19:17 34:20
  36:21 43:24,25
  47:12 65:2 76:9
  79:5 81:19 88:25
  92:11 93:24 98:7
  103:13 105:18
  109:16 118:25
  122:4 124:22 125:8
  128:16 133:8,9
  149:18,19,23 159:9
  179:13 180:13,14
  180:18 181:3,9,18
  192:19 197:7
  207:22
WAYNE 1:6
ways 78:9 79:1 125:1
we'll 14:25 26:20,21
  50:24 51:1,9,9,11
  54:22 108:4 137:16
  137:19 143:6
  149:15,17,19
  150:10 160:7 162:2
  174:21 186:1
  191:17
we're 6:7 29:19 33:13
  33:13 34:19 42:8,16
  50:3 54:13,14 55:24
  57:5,19 60:5 61:11
  61:12 63:16 77:14
  80:13 84:3,3 86:8
  87:23 89:18,21
  90:20 91:17 97:7

John R. Alford, Ph.D.          Georgia State Conference of the NAACP, et al vs Kemp          February 28, 2018

112:3 115:11 116:4
126:11,12 127:17
132:8 136:1 140:9
141:25 145:19,19
147:21 148:19
149:4 150:18 167:8
174:19,20 175:4,7,8
175:9,10 176:1,3,5
183:19 190:25
191:18,20 193:14
194:25 195:17,18
195:18,21 196:9,9
196:10,10 197:1,1
197:19,19,25 198:1
198:3,4 199:1,1,2,8
199:9,9,10 200:14
200:15 201:5,9,14
202:3 204:7,8,9,11
204:13,15,19 208:3
**we've** 13:3 15:10 46:8
69:5 95:8 99:21
126:13 158:19
200:14
**website** 117:8 118:5
**Wednesday** 1:18
**week** 68:23 69:10
74:9
**weeks** 124:23
**Welch** 4:16 170:4,6
170:13,16 171:13
**well-supported** 161:3
**went** 46:4,5 47:13
71:7 111:3 115:14
197:5
**weren't** 31:5,6 78:12
113:3
**West** 2:10 176:24
178:3,4,8,9,12
179:2
**white** 16:11 40:15
44:1,12,13 45:12,25
46:24 47:3,18,19
49:7 54:14 55:15,16
55:19,19 56:8 57:8
57:18,19 59:8,21
60:1,8,21 61:24
62:16 63:18 89:16
89:24 90:8,11 91:24
92:13 94:22 126:11
170:17 207:20
**whites** 41:8,15,19

42:14 43:5 45:21
46:5,12,16 47:24
48:1,2,5 52:2 54:18
55:4,5,12 56:16
57:23 90:7,7 91:7
195:4 207:9
**wide** 111:6
**widely** 121:14 123:23
**WILLIAM** 2:8
**willing** 18:19
**win** 72:4,19,25 73:11
79:3,8 92:12 95:17
96:10
**winning** 66:23,23
90:11 94:10,12
**wins** 96:15 149:1
**witness** 6:12 174:22
205:18,20,24 206:4
208:10 210:13
**witness's** 210:8
**wonder** 81:22
**word** 171:11 197:15
205:21,23
**words** 25:20 48:2
164:4 166:9 183:1
**work** 7:21 35:21 51:5
63:21 82:12 124:18
**worked** 35:17
**workers** 35:21
**works** 11:6 155:21
**world** 23:19
**worries** 152:5
**worse** 156:11 157:11
**worth** 147:5
**wouldn't** 16:25 20:21
29:14 30:10,12
31:13,14,24 32:6
34:14 36:6 37:13,15
37:19,21,22 38:10
39:8,11,11,20 85:23
90:6 113:17 130:12
153:17,17 154:11
168:15 171:11
180:4 185:3
**Wright** 9:9 173:2
181:8
**Wright's** 33:1
**write** 102:8,9 205:12
**writes** 99:3,5
**writing** 69:8 102:9
204:15 210:7

**written** 6:3 120:3
188:12 205:1
**wrong** 21:12 25:14
78:18,25 86:15,16
86:17 113:19 128:1
128:23 144:3,5
174:8

—————————

**X**

**XLS** 105:17

—————————

**Y**

**yeah** 28:4 55:1 57:10
65:1 66:5 67:9,11
70:7 73:5 86:14
92:15 95:19 98:18
103:11 107:25
128:5 129:16 132:9
139:12 142:23
144:2,4 146:6 148:6
149:15,19 158:24
167:10 176:11
180:4 181:19
185:10,11 195:12
199:8 200:1
**year** 103:14 104:1
105:14,17,25 106:4
108:3
**years** 125:14 140:16
171:21
**York** 2:6

—————————

**Z**

**zero** 67:22

—————————

**0**

**025** 200:16

—————————

**1**

**1** 4:18,21 104:1
106:25 107:1
108:11,18,19
187:25 197:23,24
198:12 200:6 203:5
210:10
**1-1** 203:8
**1-1s** 202:6
**1-2s** 202:6 203:8
**1:17** 115:8,9
**1:17-cv-01427-TC...**
1:9
**1:26** 115:10,12

**1:49** 135:23,24
**10** 46:18 56:22 61:6
66:3 77:23 189:8
191:23 199:10,13
**10,000** 191:14,15
**10.B** 210:18
**10:36** 50:1
**10:49** 50:2,4
**100** 190:22 191:19,21
191:25 199:2
**100,000** 190:13
191:17,18 192:1
199:2,3,6,7,11,12
**104** 19:13,18 22:3
23:4 24:14 142:11
142:17 143:15
145:10 147:13
149:8
**105** 8:15 9:6 15:6
16:1,2 17:10 18:1
19:12,13,18,22 22:2
22:7,9,13 23:4
24:14 33:14 39:22
40:6 46:1,4 58:15
63:17 69:16 70:3,10
74:8 75:9 78:1 79:2
86:19 87:8,15 88:1
92:8 100:14 102:23
107:10 108:18
109:4,16,22 111:14
112:16 116:8 118:9
137:20,20,25 138:1
138:18 139:7 141:6
142:12,16,17,24
143:4,14,19 144:8,8
144:16,22 145:10
145:14,15,15,17,21
145:23 146:3,5,14
146:15 147:9,13,15
148:21 153:4,10,24
154:15,18,22
156:19,20 157:10
158:2,15 159:6,17
168:25 171:19
173:14
**107** 65:18
**109** 24:15 179:1,4,5
179:10,11,12 181:1
181:16 184:25
185:4
**11** 62:8 77:23

**11:26** 77:11,12
**11:29** 77:13,15
**11:57** 96:24,25
**110** 24:15
**111** 8:15 9:6 15:7
16:1,2 17:10 18:1
23:12 24:15 33:14
39:22 40:7 46:1,4
58:15 63:17 69:16
70:4,11 73:18 74:9
75:8 78:1 79:2
86:19 87:9,15 88:1
92:8 100:15 116:10
118:10 137:22
149:17 153:4,10,25
154:15,19 155:1
156:10,10,12,20,21
157:10 158:2,15
159:6,17 168:25
170:15 171:19
173:15 175:8 181:4
182:15,18,25 183:1
183:15 184:2,14,17
185:2,2,14,19,20
**111's** 184:3
**1170** 2:21
**12** 88:25 160:13,20
160:20
**12:55** 97:1,8
**1201** 2:10,15
**123** 3:21 68:4,6,8,20
168:20
**13** 66:3
**130** 24:16
**136** 3:6
**13th** 211:19
**14** 175:10
**14.5** 138:20
**1401** 2:6
**15** 46:19 137:10,17
137:17,23
**15-14-37(a)** 211:2
**150** 5:2
**16** 88:25 137:10,17
137:18 182:8
185:15
**16.6** 138:20 142:16
143:1,3
**1604** 3:22
**161** 5:6
**17** 134:13

Donovan Reporting, PC                                                                770.499.7499

**170** 4:16
**175** 3:7
**18.7** 60:16
**185** 5:8
**19** 56:23 77:22,22
**19.3** 57:7
**1965** 153:23
**199** 4:1 49:18,23 58:8
**1a** 4:22 53:19 56:14
**1s** 202:5,21

**2**
**2** 38:16 39:7,9 104:2
    108:11,14,19
    198:13 201:2,2
    203:6
**2-1s** 202:6 203:8
**2-27-2015** 3:21
**2-28-2018** 209:25
**2:02** 135:25 136:2
**2:24** 150:15,16
**2:27** 150:17,19
**20** 43:5 48:4 54:10
    56:19,25 57:24 61:7
    175:10 190:4 192:2
    196:21 207:16
    209:23
**200** 4:3 61:16,17,18
    61:19 191:3,8 192:2
**2000** 58:11 59:7,25
    61:12,23 62:8
    127:24 165:2
**2000-October** 4:2,4
**20005** 2:6
**2001** 124:13
**2002** 165:3
**2004** 59:7
**2004-2016** 4:22
**2010** 60:1 62:3,12,25
    63:4 138:7 139:2,2
    139:3,17 140:4,25
    141:16,22,23
    153:20
**2011-2012** 5:2,4
**2012** 57:1 86:18 88:8
    88:15,17 103:15,15
    103:18 105:15,17
    106:23,25 107:2,8
    107:11,16,23 108:3
    110:15 116:7 118:9
    136:11 178:4

    184:13
**2014** 4:2,4,6,7,9,11,13
    4:14 58:11,13,19,20
    58:24 61:13,23 62:8
    72:8 73:3 88:1,23
    88:24 116:8 118:11
**2015** 8:14 11:2 68:21
    72:13 136:11 138:7
    142:9,20 144:25
    153:3 170:7 171:18
    175:14,17 178:5
    182:24
**2015-2016** 3:18
**2016** 9:4 77:25 86:18
    88:8,18 105:21
    106:1 110:18 116:8
    118:9 138:18 140:7
    141:1,23,24 148:21
    175:17
**2018** 1:18 6:1,9
    211:19
**202.662.8391** 2:7
**206** 3:12
**206.359.8000** 2:16
**207,873** 59:10
**209** 3:13
**209,400** 59:10
**21** 10:16 12:18 77:22
    106:20
**211** 3:14 210:10
**22** 60:17 196:22
**22,443** 59:12
**2200** 2:20
**23** 60:11
**230** 64:6
**237** 209:24
**238** 4:6 64:8,14,16,19
    66:17
**246** 4:9 66:7,10,12,12
**247** 4:12 66:8,11,13
**25** 177:11,12
**25.2** 60:11
**26,000** 147:22 148:4
**27** 144:23,25,25
**2745** 211:21
**27th** 68:21
**28** 1:18 6:9 175:11
**288** 64:4
**29** 6:1
**298** 64:18
**2x2** 123:10 126:9

    127:18,23,23 128:7
**2x2s** 123:13

**3**
**3** 10:16 11:19,19,22
    104:3 108:12,14,19
    112:5,6 197:12
    198:13 203:6
**3-6-2015** 4:17
**3:02** 175:1,2
**3:13** 175:3,5
**3:54** 205:15
**3:57** 1:19 208:5,11
**30** 43:5 46:16 47:24
    48:4 65:15,21,25
    66:18 67:21 68:1
    70:15 71:5,24 94:17
    95:24 148:5
**30060** 209:24
**30309-3471** 2:10
**30309-7200** 2:21
**30s** 94:14
**313** 139:13
**32.9** 145:2,7,15
    146:10
**328** 4:16 170:1,4
**329** 139:8,14
**33** 134:12 148:5
**33.7** 62:12
**332** 4:18 6:24 7:2,4
    86:5
**333** 4:20 7:8,10 86:12
    86:15 106:17,18
**334** 4:21 51:16,22
    52:15 53:16,16
    206:11
**335** 4:23 77:17,19
    86:9
**336** 5:1 97:10,14
**337** 5:2 150:21,23,24
**338** 5:6 161:23 162:3
**339** 5:8 185:23 186:1
    186:4
**34.6** 71:24 142:18
    143:1
**35** 66:21 67:22 68:1,1
    70:16 71:6 95:9,24
    95:25 137:17,18,23
    137:24 144:16
    145:8 178:18
**36.5** 62:8,13

**36.7** 71:23
**37** 137:24 182:8,10
    182:11 183:6
**37.3** 183:16
**37.4** 175:14,18,25
    178:21 182:13,19
    183:17
**39** 9:25 10:16 65:25
**390** 147:4,4
**3x3** 126:9

**4**
**4** 51:18 64:11 109:1
    177:3
**40** 9:25 10:16,17 65:6
    65:12 66:19,21 68:1
    72:2,3,18,23,24
    73:12,18,25 95:9,16
**400** 2:5 147:22 148:3
**404.572.6600** 2:11
**42** 148:4
**42.7** 145:10,17
    146:13
**45.6** 182:18 183:12
**49** 4:1
**49.1** 61:25 62:4
**4900** 2:14
**498** 177:12

**5**
**5** 27:18 57:1
**50** 3:4,18 57:13,16
    94:12 96:1 134:10
    177:21
**50s** 207:13
**51** 4:21
**51,000** 53:6
**510,000** 4:22 53:9
**52.7** 59:22 60:2
**5206** 4:17
**55** 65:8
**55.6** 62:4
**566** 3:19
**58.3** 60:2
**5th** 68:17,19 170:6,7

**6**
**6** 3:3,11 4:18
**60** 207:13
**61** 4:3
**64** 4:6
**65** 35:22

**66** 4:9,12
**678.347.2211** 2:22
**68** 3:21

**7**
**7** 4:20 10:17 162:7
**7.C** 211:3
**70** 46:11
**70-something** 66:4
**73** 24:15
**77** 4:23
**770-428-5801** 209:24

**8**
**8** 27:17 162:22
**8.B** 6:5
**80** 42:25 46:10 66:5
    207:17
**86,000** 59:18
**86.9** 59:22
**87** 61:24
**87.1** 61:25

**9**
**9** 11:18,19 159:11
    176:25 177:2,3
**9-11-28(c)** 211:6
**9,000** 59:18
**9:45** 1:19 6:2,8
**90** 43:1
**92** 12:16
**93** 3:18 11:18,19 50:7
    50:13 51:1,10 54:10
    68:12 169:19
**94** 11:19,19,22
**95** 27:17 177:8,14,22
    200:23 201:10
    203:13
**96** 27:18 65:10 72:4
    72:19,25 73:11
    95:17
**97** 3:5 5:1 65:22
**975** 200:17
**98101-3099** 2:15
**99,334** 59:13