## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

AUSTIN THOMPSON, et al.,

     Plaintiffs,

v.                              Civil Case  No. 1:17-CV-01427

BRIAN KEMP, et al.,

     Defendants.

## <u>SECOND DECLARATION OF WILLIAM S. COOPER</u>

WILLIAM S. COOPER, acting in accordance with 28 U.S.C. § 1746,

Federal Rules of Civil Procedure 26(a)(2)(B) and 26(e), and Federal Rules of

Evidence 702 and 703, does hereby declare and say:

## I. INTRODUCTION

1.     My name is William S. Cooper.  I have a B.A. in Economics from

Davidson College.  As a private consultant, I serve as a demographic and

redistricting expert for the Thompson Plaintiffs.

2.     I have testified at trial as an expert witness on redistricting and

demographics in federal courts in about 38 voting rights cases since the late 1980s.

Over 25 of the cases led to changes in local election district plans. Four of the

cases resulted in changes to statewide legislative boundaries: *Rural West*

*Tennessee African-American Affairs Council, Inc. v. McWherter*, No. 92-cv-2407

(W.D. Tenn. 1995); *Old Person v. Brown*, No. 96-cv-0004 (D. Mont. 2002); *Bone Shirt v. Hazeltine*, No. 01-cv-3032 (D.S.D. 2004); and *Alabama Legislative Black Caucus v. Alabama*, No. 12-cv-691 (M.D. Ala. 2017).  In *Bone Shirt v. Hazeltine*, the court adopted the remedial plan I developed – *Bone Shirt v. Hazeltine*, No. 01-cv-3032 (D.S.D. 2005).

3.    I served as the *Gingles 1* expert for two post-2010 Section 2 cases in Georgia with favorable outcomes for the plaintiffs by way of consent decrees. In both instances, the parties settled on redistricting plans I developed (with input from the respective defendants) – (*NAACP v. Fayette County, Georgia* and *NAACP v. Emanuel County, Georgia).*  I currently serve as the *Gingles 1* expert in a Section 2 case involving the Gwinnett County Commission and School Board – *Georgia NAACP et al. v. Gwinnett County et al.*

4.    My redistricting experience is further documented in Exhibit A attached to my December 22, 2017 Declaration.

**(a) Purpose of Supplemental Declaration**

5.    The attorneys for the Thompson Plaintiffs in this case asked me to determine whether it is possible to create one or more additional majority-Black House districts in the Atlanta area, anchored in 10-county Metro Atlanta  as defined

by the Atlanta Regional Commission ("ARC") – the counties of Cherokee, Clayton, Cobb, DeKalb, Douglas, Fayette, Fulton, Gwinnett, Henry, and Rockdale.[1]

6.      In addition, for background on Georgia and the Atlanta area, the attorneys asked me to review historical and current demographics (reported in the decennial Census and annual estimates published by the U.S. Census Bureau), as well as recent socioeconomic characteristics by race and ethnicity (reported in the American Community Survey published by the U.S. Census Bureau).

7.      **Exhibit A** describes the sources and methodology I have employed in the preparation of this declaration.

**(b) Expert Conclusion**

8.      I conclude that the African American population in Metro Atlanta is sufficiently numerous and geographically compact to allow for at least two additional majority-Black House districts. [2]

---

[1] See the ARC's 2016 overview of 10-county Metro Atlanta at: https://atlantaregional.org/atlanta-region/about-the-atlanta-region.

[2] In this declaration, "African American" refers to persons who are single-race Black or Any Part Black (i.e. persons of two or more races and some part Black), including Hispanic Black.  In some instances (e.g. for historical comparisons) numerical or percentage references identify single-race Black as "SR Black" and Any Part Black as "AP Black".

It is my understanding that following the U.S. Supreme Court decision in *Georgia v. Ashcroft*, 539 U.S. 461 (2003), the "Any Part" definition is an appropriate Census classification to use in most Section 2 cases.

 In this declaration, "Latino" and "Hispanic" are synonymous. Latinos may be of any race. Unless stated otherwise, "White" denotes single-race non-Hispanic White.

9.     I also conclude that African Americans in Georgia and the Atlanta area lag behind Whites across virtually all key indicator s of socioeconomic well-being.

**(c) Organization of Declaration**

10.     The remainder of this declaration is organized as follows: **Section II** reviews state, regional, and county-level demographics; **Section III** describes the 2015 Plan; **Section IV** presents the  Plaintiffs' illustrative plans, creating two additional majority-Black districts in  Metro Atlanta; **Section V** discusses proportionality at the county, regional, and state levels in response to an issue raised by the Defendant in his Motion to Dismiss; **Section VI** summarizes socioeconomic disparities at the state and regional levels; **Section VII** presents summary conclusions.

## II. DEMOGRAPHIC PROFILE – GEORGIA AND THE ATLANTA AREA

11.     This section provides demographics for Georgia, Metro Atlanta (a 10-county region), the Atlanta-Sandy Springs-Roswell Metropolitan Statistical Area (a 29-county region), and the suburban/exurban Atlanta counties of Gwinnett and Henry.

12.     For each of these geographic areas, the tables in this section detail race and ethnicity based on: (1) 2010 population, (2) 2010 voting age population ("VAP"), (3) 2010 contemporaneous citizen voting age population ("CVAP") from the 2008-2012  American Community Survey ("ACS") 5-Year Estimates, (4)

4

1990 to 2017 population figures, (5) 1990 to 2017 percent population change, and (6) components of population gain/loss (2000 to 2017), i.e. the share that each racial/ethnic classification has contributed to overall population growth.

13.     The comprehensive demographic review in this section underscores that the growth in African-American population between 2000 and 2010 is sufficient to support the creation of at least two additional majority-Black districts in the Atlanta area.

14.     In this section, for ease of reference to the data tables, numerical citations in the text that refer to the tables are in bold-face fonts, with corresponding data in the tables identified with red fonts.

## A. Georgia

**(a) Georgia – 2010 Population**

15.     As shown in the table in **Figure 1** (on the next page), according to the 2010 Census, Georgia has a total population of **9,687,653**.  Non-Hispanic Whites ("NH White") are a majority of the population (**55.88%**). African Americans – **31.53%** Any Part Black ("AP Black" or "Black") – comprise the largest minority population, followed by Latinos (**8.81%**). The 2010 total minority population in Georgia is **44.12%**, consisting of all persons who are not non-Hispanic White.

**Figure 1**

## Georgia 2010
## Population, VAP, and Contemporaneous CVAP

| | 2010 Population | 2010 Population Percent | 2010 VAP | 2010 VAP Percent | 2008-2012 ACS CVAP Percent # |
|---|---|---|---|---|---|
| Total Population | **9,687,653** | 100.00% | **7,196,101** | 100.00% | 100.00% |
| NH White | 5,413,920 | **55.88%** | 4,242,514 | **58.96%** | 62.78% |
| Total Minority | 4,273,733 | **44.12%** | 2,953,587 | 41.04% | 37.22% |
| Latino | 853,689 | **8.81%** | 539,002 | **7.49%** | 3.45% |
| NH Black* | 2,910,800 | 30.05% | 2,072,946 | 28.81% | 30.48% |
| SR Black** | 2,950,435 | **30.46%** | 2,097,470 | **29.15%** | **30.71%** |
| AP Black*** | 3,054,098 | **31.53%** | 2,140,789 | **29.75%** | NA |

# July 1, 2010 is the 5-year 2008-2012 ACS midpoint
\* Non-Hispanic, single-race Black
\*\* Single-race Black, including Hispanic Black
\*\*\* Any Part Black, including Hispanic Black

## (b) Georgia – 2010 Voting Age and Citizen Voting Age

16.     According to the 2010 Census, Georgia has a VAP of **7,196,101**.  NH

Whites are a majority of the VAP (**58.96%**). African Americans – **29.75%** Any

Part Black ("AP BVAP" or "BVAP") – comprise the largest voting age minority

population, followed by Latinos (**7.49%**).

17.     According to estimates from the 2008-2012 ACS,[3] Georgia has a

single race Black CVAP ("SR BCVAP" or "BCVAP") of **30.71%**.[4]  Reflecting an

overall younger population, the 2010 BVAP percentage (**29.75%**) is less than the

Black population percentage (**31.53%**). On the other hand, because African

---

[3] The midpoint of the 5-year 2008-2012 ACS is July 1, 2010, so it is roughly contemporaneous with the 2010 Census. About 1 in 8 households are surveyed over the course of the five-year period.

[4] Unless otherwise noted, "SR BCVAP" and "BCVAP" are synonymous and reference the contemporaneous 2008-2012 ACS.  AP BCVAP is not reported in the ACS.

Americans are a larger share of the statewide citizen population, the BCVAP percentage (**30.71%**) is 1.5 points higher than the corresponding SR BVAP percentage (**29.15%**).

**(c) Geographic Distribution of the Black Population in Georgia**

18.     The map in **Figure 2** (on the next page) displays 2010 percent Black population by county. Black lines delineate 10-county Metro Atlanta. Red lines delineate the 29-county Atlanta-Sandy Springs-Roswell Metropolitan Statistical Area ("Atlanta MSA"), defined by the U.S. Office of Management and Budget and reported in historical and current census data produced by the Census Bureau.[5]

19.     **Exhibit B** is a larger version of the **Figure 2** map.  The table in **Exhibit C** reports 2010 population by percent Black for counties in the Atlanta MSA. The ten Metro Atlanta counties are identified with a yellow highlight.

---

[5] "A metropolitan statistical area comprises the central county or counties or equivalent entities containing the core, plus adjacent outlying counties having a high degree of social and economic integration with the central county or counties as measured through commuting." Source:  https://www.census.gov/geo/reference/gtc/gtc_cbsa.html.

The Atlanta MSA encompasses 19 additional counties surrounding 10-county Metro Atlanta – Barrow, Bartow, Butts, Carroll, Coweta, Dawson, Forsyth, Haralson, Heard, Jasper, Lamar, Meriwether, Morgan (added to the MSA in 2013), Newton, Paulding, Pickens, Pike, Spalding, and Walton.

**Figure 2**



**Georgia – Percent Black by County – 2010 Census**

20.     As the bottom-line county totals in **Exhibit C** show, Metro Atlanta has a 2010 population of 4,107,750 (38.21% AP Black). The Atlanta MSA has a 2010 population of 5,286,728 (33.61% AP Black). **Exhibit D** is a map of the Atlanta MSA produced by the Metro Atlanta Chamber of Commerce, with a listing of counties and cities.[6]

---

6 Source: via the Georgia Department of Community Health:
https://dch.georgia.gov/sites/dch.georgia.gov/files/Atlanta%20Service%20Area%20Map.pdf.

**(d) Georgia – 1990 to 2017 – Population by Race and Ethnicity**

21.     The table in **Figure 3** presents the population of Georgia by race and ethnicity for the decennial censuses between 1990 and 2010, with U.S. Census Bureau ("Census Bureau") estimates as of July 1, 2017.[7]

**Figure 3**
### Georgia – 1990 Census to 2010 Census, 2017 Estimates
### Population by Race and Ethnicity

| | 1990 Number | Percent | 2000 Number | Percent | 2010 Number | Percent | 2017 Estimate | Percent |
|---|---|---|---|---|---|---|---|---|
| Total Population | 6,478,216 | 100.0% | 8,186,453 | 100.00% | **9,687,653** | 100.0% | 10,429,379 | 100.0% |
| NH White* | 4,543,425 | **70.13%** | 5,128,661 | 62.65% | 5,413,920 | **55.88%** | 5,507,334 | **52.81%** |
| Total Minority Pop. | 1,934,791 | **29.87%** | 3,057,792 | 37.35% | **4,273,733** | **44.12%** | 4,922,045 | **47.19%** |
| Latino | 108,922 | 1.68% | 435,227 | 5.32% | 853,689 | **8.81%** | 1,005,959 | 9.65% |
| NH Black* | 1,737,165 | 26.82% | 2,331,465 | 28.48% | 2,910,800 | 30.05% | 3,267,577 | 31.33% |
| NH Asian*# | 73,725 | 1.14% | 171,513 | 2.10% | 311,692 | 3.22% | 430,841 | 4.13% |
| NH Hawaiian and PI*##@ | NA | NA | 3,278 | 0.04% | 5,152 | 0.05% | 6,339 | 0.06% |
| NH American Indian and Alaska Native* | 12,621 | 0.19% | 17,670 | 0.22% | 21,279 | 0.22% | 23,711 | 0.23% |
| NH Other*##@ | 2,358 | 0.04% | 11,275 | 0.14% | 19,141 | 0.20% | NA | NA |
| NH Two or More Races*## | NA | NA | 87,364 | 1.07% | 151,980 | 1.57% | 187,618 | 1.80% |
| SR Black (Single-race Black ) | 1,746,565 | **26.96%** | 2,349,542 | 28.70% | 2,950,435 | **30.46%** | 3,361,924 | 32.24% |
| AP Black (Any Part Black) | NA | NA | 2,393,425 | 29.24% | 3,054,098 | **31.53%** | 3,495,258 | **33.51%** |
| NH Any Part Black | NA | NA | | | 2,997,627 | 30.94% | 3,381,501 | 32.42% |

\* Single-race, non-Hispanic.
 # In 1990, "Asian" includes Hawaiian and Pacific Islander.
## In 1990, "Other" also includes persons of two or more races.
@ In 2017 estimates, Hawaiian and Pacific Islander includes Other.
NA – Not Available.

22.     **Figure 3** reveals that Georgia's Black population as a share of the overall statewide population increased between 1990 and 2010 – from **26.96%** SR

---

[7] All references to 2017 population in this declaration refer to the July 1, 2017 annual estimates released by the Census Bureau in June of 2018. The Census Bureau does not report post-2010 estimates for the voting age population.

Black in 1990 to **31.53%** Black (**30.46%** SR Black) in 2010. Estimates for 2017 indicate that African Americans represent an even higher share (**33.51%**) of the overall statewide post-2010 population – up two points since 2010.

23.     In 1990, minorities accounted for **29.87%** of the population in Georgia. By 2010, minorities comprised **44.12%** of the population. By contrast, the White population percentage declined from **70.13%** in 1990 to **55.88%** in 2010.

24.     Estimates for 2017 indicate that the overall statewide minority percentage has climbed to **47.19%** since the 2010 Census, with the corresponding White population falling to **52.81%**.

25.     As shown in **Figure 4**, the population in Georgia grew by **18.34**% between 2000 and 2010 – from **8.19 million** to **9.69 million**. The 2017 estimates indicate continued growth – up 7.**66%** to **10.43 million** since 2010.

**Figure 4**

### Georgia 1990 to 2017
### Population Change by Race and Ethnicity

|  | 1990 Census | 2000 Census | 2010 Census | 2017 Estimate | % 1990-2000 Change | % 2000 - 2010 Change | % 2010 - 2017 Change |
|---|---|---|---|---|---|---|---|
| Total Pop. | 6,478,216 | 8,186,453 | 9,687,653 | 10,429,379 | 26.37% | 18.34% | 7.66% |
| NH White | 4,543,425 | 5,128,661 | 5,413,920 | 5,507,334 | 12.88% | 5.56% | 1.73% |
| Total Minority | 1,934,791 | 3,057,792 | 4,273,733 | 4,922,045 | 58.04% | 39.77% | 15.17% |
| Latino | 108,922 | 435,227 | 853,689 | 1,005,959 | 299.58% | 96.15% | 17.84% |
| NH Black | 1,737,165 | 2,331,465 | 2,910,800 | 3,267,577 | 34.21% | 24.85% | 12.26% |
| NH Asian | 73,725 | 171,513 | 311,692 | 430,841 | 132.64% | 81.73% | 38.23% |
| SR Black | 1,746,565 | 2,349,542 | 2,950,435 | 3,361,924 | 34.52% | 25.57% | 13.95% |
| AP Black | NA | 2,393,425 | 3,054,098 | 3,495,258 | NA | 27.60% | 14.44% |

26.     The Black population in Georgia experienced significant growth between 2000 and 2010 (**27.60%**). The minority population grew at a faster pace (**39.77%**), driven by a near-doubling (**96.15**%) of the Latino population. The White population increased at a relatively modest **5.56**% rate.

27.     Census Bureau estimates indicate that the Black population continued to grow between 2010 and 2017 (**14.44**%). The White population grew by just **1.73**% between 2010 and 2017, while the minority population climbed by **15.17**%.

28.     As shown in **Figure 5**, Georgia's population growth since 2000 can be attributed almost entirely to gains in the overall minority population. Between 2000 and 2010, **81.0%** of the population gain is attributed to minority population growth, with **44.01%** of the overall gain attributed to Black population growth – representing more than half of the **1.22 million** minority gain in the decade.

**Figure 5**

**Georgia – 2000 Census to 2010 Census, 2017 Estimates
Components of Total Population Gain by Race and Ethnicity**

| | 2000 Census | 2010 Census | 2017 Estimate | 2000 to 2010 Gain | % of 2000 to 2010 Gain | 2010 to 2017 Gain | % of 2010 to 2017 Gain |
|---|---|---|---|---|---|---|---|
| Total Pop. | 8,186,453 | 9,687,653 | 10,429,379 | 1,501,200 | 100.00% | 741,726 | 100.00% |
| NH White | 5,128,661 | 5,413,920 | 5,507,334 | 285,259 | 19.00% | 93,414 | 12.59% |
| Total Minority | 3,057,792 | 4,273,733 | 4,922,045 | 1,215,941 | 81.00% | 648,312 | 87.41% |
| Latino | 435,227 | 853,689 | 1,005,959 | 418,462 | 27.88% | 152,270 | 20.53% |
| NH Black | 2,331,465 | 2,910,800 | 3,267,577 | 579,335 | 38.59% | 356,777 | 48.10% |
| NH Asian | 171,513 | 311,692 | 430,841 | 140,179 | 9.34% | 119,149 | 16.06% |
| SR Black | 2,349,542 | 2,950,435 | 3,361,924 | 600,893 | 40.03% | 411,489 | 55.48% |
| AP Black | 2,393,425 | 3,054,098 | 3,495,258 | 660,673 | 44.01% | 441,160 | 59.48% |

29.     Minorities comprise the bulk of the statewide population gain since 2010 – climbing to an **87.41%** share by 2017. African Americans make up more than half of the post-2010 statewide population gain (**59.48%**), which equates to 68% of the minority population gain (**441,160** of **648,312**).

## B. Metro Atlanta

### (a) Metro Atlanta – 2010 Population

30.     As shown in the table in **Figure 6**, according to the 2010 Census, Metro Atlanta has a total population of **4.11 million,** which represents 42.4% of the statewide population. Metro Atlanta has a population that is majority-minority (**55.91%**). At **44.09%**, NH Whites comprise the largest racial/ethnic group. African Americans (**38.21%**) comprise the largest component of the minority population in Metro Atlanta, followed by Latinos (**11.70%**).

**Figure 6**

**Metro Atlanta 2010**
**Population, VAP, and Contemporaneous CVAP**

| | 2010 Population | 2010 Population Percent | 2010 VAP | 2010 VAP Percent | 2008-2012 ACS CVAP Percent # |
|---|---|---|---|---|---|
| Total Population | **4,107,750** | **100.00%** | 3,029,632 | 100.00% | 100.00% |
| NH White | 1,811,038 | **44.09%** | 1,433,672 | 47.32% | **52.43%** |
| Total Minority | 2,296,712 | **55.91%** | 1,595,960 | **52.68%** | 47.57% |
| Latino | 480,529 | **11.70%** | 308,673 | **10.19%** | 4.46% |
| NH Black* | 1,489,804 | 36.27% | 1,059,677 | 34.98% | 38.00% |
| SR Black** | 1,515,359 | **36.89%** | 1,075,695 | 35.51% | **38.35%** |
| AP Black*** | 1,569,573 | **38.21%** | 1,101,963 | **36.37%** | NA |

\# July 1, 2010 is the 5-year 2008-2012 ACS midpoint.
\* Non-Hispanic, single-race Black
\*\* Single-race Black, including Hispanic Black
\*\*\* Any Part Black, including Hispanic Black

**(b) Metro Atlanta – 2010 Voting Age and Citizen Voting Age**

31.     According to the 2010 Census, Metro Atlanta has a VAP of **3.03 million**.  Minorities are a majority of the VAP (**52.68%**). African Americans – **36.37%** BVAP – comprise the largest voting age minority population, followed by Latinos (**10.19%**).

32.     According to the 2008-2012 ACS, due to significantly higher rates of non-citizens among the VAP of Latinos and Asians in Metro Atlanta, the minority and White CVAP percentages flip (shown in **Figure 6** *supra*). Whites are a majority (**52.43%**) of the CVAP in Metro Atlanta. In parallel fashion, the Metro Atlanta BCVAP of **38.35%** is nearly three points higher than the SR BVAP, owing to African American citizenship rates on par with Whites.

**(c) Geographic Distribution of the Black Population in the Atlanta Area**

33.     The map in **Figure 7** (on the next page) displays 2010 percent Black by census tract in the Atlanta area. Black lines delineate Metro Atlanta and red lines show the Atlanta MSA. Thin lines show census tract boundaries.

**Figure 7**



**Atlanta Area – 2010 Percent Black by Census Tract**

34.     The African American population is concentrated in densely-populated
Metro Atlanta, with additional census tract level-concentrations in several Atlanta
MSA counties – Lamar, Newton, Meriwether and Spalding.

**(d)  Metro Atlanta 1990 - 2017 – Population by Race and Ethnicity**

35.     The table in **Figure 8** presents the population of Metro Atlanta by race and ethnicity for the decennial Censuses between 1990 and 2010, with 2017 estimates.

**Figure 8**

**Metro Atlanta – 1990 to 2017**
**Population Race and Ethnicity**

| | 1990 Number | Percent | 2000 Number | Percent | 2010 Number | Percent | 2017 Estimate | Percent |
|---|---|---|---|---|---|---|---|---|
| Total Population | 2,514,066 | 100.00% | 3,429,379 | 100.00% | **4,107,750** | **100.00%** | 4,575,972 | 100.00% |
| NH White* | 1,727,371 | **68.71%** | 1,898,350 | **55.36%** | 1,811,038 | **44.09%** | 1,850,437 | **40.44%** |
| Total Minority Pop. | 786,695 | 31.29% | 1,531,029 | 44.64% | 2,296,712 | **55.91%** | 2,725,535 | 59.56% |
| Latino | 54,470 | 2.17% | 249,218 | 7.27% | 480,529 | **11.70%** | 546,153 | 11.94% |
| NH Black* | 676,975 | 26.93% | 1,090,925 | 31.81% | 1,489,804 | 36.27% | 1,767,694 | 38.63% |
| NH Asian*# | 49,514 | 1.97% | 130,063 | 3.79% | 231,377 | 5.63% | 311,242 | 6.80% |
| NH Hawaiian and PI*##@ | NA | NA | 1,197 | 0.03% | 1,680 | 0.04% | 1,863 | 0.04% |
| NH American Indian and Alaska Native* | 4,536 | 0.18% | 6,146 | 0.18% | 7,993 | 0.19% | 7,751 | 0.17% |
| NH Other*##@ | 1,200 | 0.05% | 7,216 | 0.21% | 11,912 | 0.29% | NA | NA |
| NH Two or More Races ## | NA | NA | 46,264 | 1.35% | 66,650 | 1.62% | 90,832 | 1.98% |
| SR Black (Single-race Black ) | 681,258 | **27.10%** | 1,100,500 | 32.09% | 1,515,359 | **36.89%** | 1,825,918 | 39.90% |
| AP Black (Any Part Black) | NA | NA | 1,125,517 | 32.82% | 1,569,573 | **38.21%** | 1,893,961 | **41.39%** |
| NH Any Part Black | NA | NA | | | 1,533,756 | 37.34% | 1,824,780 | 39.88% |

* Single-race, non-Hispanic.
 # In 1990, "Asian" includes Hawaiian and Pacific Islander.
## In 1990, "Other" also includes persons of two or more races.
@ In 2017 estimates, Hawaiian and Pacific Islander includes Other.
NA – Not Available.

36.     The Black population, as a share of the Metro Atlanta population, increased  substantially between 1990 and 2010 – from **27.1%** SR Black in 1990 to **38.21%** Black (**36.89%** SR Black). Census Bureau estimates for 2017 indicate that

African Americans today represent an even higher share of the overall Metro Atlanta population – **41.39%**.

37.    Until the mid-2000s, Whites were the majority population in Metro Atlanta. In 1990, Whites constituted **68.71%** of Metro Atlanta population. By 2000, the White population had declined to **55.36%.** Over the course of the decade, the White population continued to decline in absolute and percentage terms, so that by 2010 Whites represented just **44.09%** of the Metro Atlanta population. Estimates for 2017 indicate that the White population **(40.44%)** has lost its plurality status, as the 2017 Black estimate stands at **41.39%.**

38.    As shown in **Figure 9**, the population in Metro Atlanta grew by **19.78%** between 2000 and 2010 – from **3.43 million** to **4.11 million**. The 2017 estimates indicate continued growth in Metro Atlanta –up **11.4%** since 2010.

**Figure 9**

**Metro Atlanta 1990 to 2017
Population Change by Race and Ethnicity**

|  | 1990 Census | 2000 Census | 2010 Census | 2017 Estimate | % 1990-2000 Change | % 2000 - 2010 Change | % 2010 - 2017 Change |
|---|---|---|---|---|---|---|---|
| Total Pop. | 2,514,066 | 3,429,379 | 4,107,750 | 4,575,972 | 36.41% | 19.78% | 11.40% |
| NH White | 1,727,371 | 1,898,350 | 1,811,038 | 1,850,437 | 9.90% | -4.60% | 2.18% |
| Total Minority | 786,695 | 1,531,029 | 2,296,712 | 2,725,535 | 94.62% | 50.01% | 18.67% |
| Latino | 54,470 | 249,218 | 480,529 | 546,153 | 357.53% | 92.81% | 13.66% |
| NH Black | 676,975 | 1,090,925 | 1,489,804 | 1,767,694 | 61.15% | 36.56% | 18.65% |
| NH Asian | 49,514 | 130,063 | 231,377 | 311,242 | 162.68% | 77.90% | 34.52% |
| SR Black | 681258 | 1,100,500 | 1,515,359 | 1,825,918 | 61.54% | 37.70% | 20.49% |
| AP Black | NA | 1,125,517 | 1,569,573 | 1,893,961 | NA | 39.45% | 20.67% |

39.     Population growth in Metro Atlanta between 2000 and 2010 is attributed entirely to gains in the overall minority population, as the White population fell by **4.6%** over the course of the decade. The Black population grew by **39.45%** between 2000 and 2010. The minority population overall increased at an even faster **50.01%** pace, bolstered by a **92.81%** increase in the Latino population.

40.     According to 2017 estimates, the Metro Atlanta Black population increased by **20.67%** between 2010 and 2017, ten times the **2.18%** increase in Whites – and second only to the Asian American population which grew by **34.52%** from a much smaller base.

41.     As shown in **Figure 10** (on the next page), minorities comprised all (**112.90%**) of Metro Atlanta's population gain between 2000 and 2010, compensating for a net loss of **87,312** Whites.  With an increase of **444,056** persons, African Americans accounted for **65.46%** of the overall 2000 to 2010 population gain in Metro Atlanta. Put another way, over the decade, the Black population in Metro Atlanta grew by about eight 100% Black districts, while the White population fell by more than one and a half 100% NH White districts.[8]

---

[8] The ideal population size of a Georgia House district is 53,820 (9,687,653 divided by 180).

**Figure 10**

**Metro Atlanta – 2000 to 2017**
**Components of Total Population Gain by Race and Ethnicity**

|  | 2000 Census | 2010 Census | 2017 Estimate | 2000-2010 Gain | % of 2000 to 2010 Gain | 2010 to 2017 Gain | % of 2010 to 2017 Gain |
|---|---|---|---|---|---|---|---|
| Total Pop. | 3,429,379 | 4,107,750 | 4,575,972 | 678,371 | 100.00% | 468,222 | 100.00% |
| NH White | 1,898,350 | 1,811,038 | 1,850,437 | -87,312 | -12.90% | 39,399 | 8.41% |
| Total Minority | 1,531,029 | 2,296,712 | 2,725,535 | 765,683 | 112.90% | 428,823 | 91.59% |
| Latino | 249,218 | 480,529 | 546,153 | 231,311 | 34.10% | 65,624 | 14.02% |
| NH Black | 1,090,925 | 1,489,804 | 1,767,694 | 398,879 | 58.80% | 277,890 | 59.35% |
| NH Asian | 130,063 | 231,377 | 311,242 | 101,314 | 14.90% | 79,865 | 17.06% |
| SR Black | 1,100,500 | 1,515,359 | 1,825,918 | 414,859 | 61.20% | 310,559 | 66.33% |
| AP Black | 1,125,517 | 1,569,573 | 1,893,961 | 444,056 | 65.46% | 324,388 | 69.28% |

42.    Between 2010 and 2017, Whites added **39,399** persons (**8.41%** of Metro Atlanta's **468,222** gain) – recovering almost half of the population loss in the previous decade. Meanwhile, the Black population (**+324,388**) contributed **69.28%** to the post-2010 gain, representing three-fourths (75.65%) of the 2010 to 2017 growth in the minority population (**+428,823**).

43.    The side-by-side bar chart in **Figure 11** (on the next page) portrays 2000 to 2010 population growth by race for Metro Atlanta (as reported in **Figure 10**) and the balance-of-state remainder, after excluding 10-county Metro Atlanta.[9]

---

[9] The state remainder White population growth shown in **Figure 11** takes into account the 87,312-person White loss in Metro Atlanta (285,259+87,312 = 372,571).

**Figure 11**



Net Population Gain – 2000 to 2010
Metro Atlanta and Balance-of-State Remainder

44.     As depicted in **Figure 11**, between 2000 and 2010, Black population

growth (+444,056) in Metro Atlanta has had an outsized impact on statewide Black

population growth – accounting for more than double (205%) the Black population

gain elsewhere in the state (+216,617).

## C. Atlanta MSA

**(a) Atlanta MSA – 2010 Population**

45.     As shown in the table in **Figure 12,** according to the 2010 Census, the

Atlanta MSA is majority-White (**50.78**%) by a narrow margin. African Americans

(**33.61%**) comprise the largest component of the minority population in the Atlanta

MSA, followed by Latinos (**10.36%**).

46.     With a population of **5.29 million**, the 29-county Atlanta MSA tracks

Metro Atlanta, which accounts for 77.7% of the population in the MSA and 88.33%

of the Black population in the MSA. The Atlanta MSA represents 54.57% of the

statewide population and 58.18% of the statewide Black population.

**Figure 12**

### Atlanta MSA 2010
### Population, VAP, and Contemporaneous CVAP

|  | 2010 Population | 2010 Population Percent | 2010 VAP | 2010 VAP Percent | 2008-2012 ACS CVAP Percent # |
|---|---|---|---|---|---|
| Total Population | 5,286,728 | 100.00% | 3,885,937 | 100.00% | 100.00% |
| NH White | 2,684,571 | 50.78% | 2,087,651 | 53.72% | 58.66% |
| Total Minority | 2,602,157 | 49.22% | 1,798,286 | 46.28% | 41.34% |
| Latino | 547,894 | 10.36% | 350,197 | 9.01% | 4.00% |
| NH Black* | 1,684,178 | 31.86% | 1,194,988 | 30.75% | 32.91% |
| SR Black** | 1,712,121 | 32.39% | 1,212,371 | 31.20% | 33.20% |
| AP Black*** | 1,776,888 | 33.61% | 1,241,840 | 31.96% | NA |

# July 1, 2010 is the 5-year 2008-2012 ACS midpoint.
* Non-Hispanic, single-race Black
** Single-race Black, including Hispanic Black
*** Any Part Black, including Hispanic Black

**(b) Atlanta MSA– Voting Age and Citizen Voting Age**

47.     According to the 2010 Census, the Atlanta MSA has a VAP of **3.89 million**.  Non-Hispanic Whites are a majority of the VAP (**53.72%**). African Americans – **31.96%** BVAP (**31.2%** SR BVAP) – comprise the largest minority population of voting age, followed by Latinos (**9.01%).**

48.     According to estimates from the 2008-2012 ACS (shown in **Figure 12**), the Atlanta MSA has a BCVAP of **33.20**%.  Mirroring Metro Atlanta,  the African American share of  the CVAP is higher than the corresponding  BVAP percentage (**31.96**) by about 1 and a quarter points – and higher by about 2 points in a direct single race (**31.2%** SR BVAP) comparison to BCVAP.

**(c) Atlanta MSA 1990 - 2017   – Population by Race and Ethnicity**

49.     The table in **Figure 13** (on the next page) presents the population of the Atlanta MSA by race and ethnicity for the decennial Censuses between 1990 and 2010, with 2017 estimates.

**Figure 13**

## Atlanta MSA– 1990 to 2017
## Population by Race and Ethnicity

| | 1990 Number | Percent | 2000 Number | Percent | 2010 Number | Percent | 2017 Estimate | Percent |
|---|---|---|---|---|---|---|---|---|
| Total Population | 3,082,308 | 100% | 4,263,438 | 100% | **5,286,728** | 100.00% | 5,884,736 | 100.00% |
| NH White* | 2,190,859 | **71.08%** | 2,576,109 | 60.42% | 2,684,571 | **50.78%** | 2,775,843 | **47.17%** |
| Total Minority Pop. | 891,449 | 28.92% | 1,687,329 | 39.58% | 2,602,157 | **49.22%** | 3,108,893 | 52.83% |
| Latino | 117,834 | 3.82% | 270,655 | 6.35% | 547,894 | **10.36%** | 633,436 | 10.76% |
| NH Black* | 774,475 | 25.13% | 1,210,871 | 28.40% | 1,684,178 | 31.86% | 1,993,354 | 33.87% |
| NH Asian*# | 51,077 | 1.66% | 135,400 | 3.18% | 252,616 | 4.78% | 355,702 | 6.04% |
| NH Hawaiian and PI*##@ | NA | NA | 1,359 | 0.03% | 2,075 | 0.04% | 2,528 | 0.04% |
| NH American Indian and Alaska Native* | 5,692 | 0.18% | 8,151 | 0.19% | 10,779 | 0.20% | 11,166 | 0.19% |
| NH Other*##@ | 1,288 | 0.04% | 7,880 | 0.18% | 13,749 | 0.26% | NA | NA |
| NH Two or More Races ## | NA | NA | 53,013 | 1.24% | 90,866 | 1.72% | 132,925 | 2.26% |
| SR Black (Single-race Black) | 779,134 | **25.28%** | 1,221,341 | 28.65% | 1,712,121 | **32.39%** | 2,058,045 | 34.97% |
| AP Black (Any Part Black) | NA | NA | 1,248,809 | 29.29% | 1,776,888 | **33.61%** | 2,140,323 | **36.37%** |
| NH Any Part Black | NA | NA | | | 1,737,348 | **32.86%** | 2,062,945 | 35.06% |

\* Single-race, Non-Hispanic.
 # In 1990, "Asian" includes Hawaiian and Pacific Islander.
 ## In 1990, "Other" also includes persons of two or more races.
 @ In 2017 estimates, Hawaiian and Pacific Islander includes Other
 NA – Not Available

50.     In 1990, African Americans comprised one quarter (**25.28%** SR Black) of the population in the Atlanta MSA. By 2010, African Americans represented about a third of the population – **33.61%** Black (**32.86%** SR Black). The Black population growth trajectory in the Atlanta MSA has continued this decade – reaching **36.37%** of the overall population, according to 2017 estimates.

51.     The White population in the Atlanta MSA has experienced a sharp decline in percentage terms since 1990 – falling from **71.08%** to **50.78**% in 2010. The 2017 estimates indicate that the downtrend has continued in the current decade

to the point where Whites (**47.17%**) are no longer a majority of the population in the Atlanta MSA.

52.     As shown in **Figure 14,** the population in the Atlanta MSA grew by **24%** between 2000 and 2010 – from **4.26 million** to **5.29 million**. The 2017 estimates from the Census Bureau indicate continued growth in the Atlanta MSA – up **11.31**% since 2010.

**Figure 14**

**Atlanta MSA 1990 to 2017**
**Population Change by Race and Ethnicity**

|  | 1990 Census | 2000 Census | 2010 Census | 2017 Estimate | % 1990-2000 Change | % 2000 - 2010 Change | % 2010 - 2017 Change |
|---|---|---|---|---|---|---|---|
| Total Pop. | 3,082,308 | 4,263,438 | 5,286,728 | 5,884,736 | 38.32% | 24.00% | 11.31% |
| NH White | 2,190,859 | 2,576,109 | 2,684,571 | 2,775,843 | 17.58% | 4.21% | 3.40% |
| Total Minority | 891,449 | 1,687,329 | 2,602,157 | 3,108,893 | 89.28% | 54.22% | 19.47% |
| Latino | 117,834 | 270,655 | 547,894 | 633,436 | 129.69% | 102.43% | 15.61% |
| NH Black | 774,475 | 1,210,871 | 1,684,178 | 1,993,354 | 56.35% | 39.09% | 18.36% |
| NH Asian | 51,077 | 135,400 | 252,616 | 355,702 | 165.09% | 86.57% | 40.81% |
| SR Black | 779,134 | 1,221,341 | 1,712,121 | 2,058,045 | 56.76% | 40.18% | 20.20% |
| AP Black | NA | 1,248,809 | 1,776,888 | 2,140,323 | NA | 42.29% | 20.45% |

53.     Between 2000 and 2010, the Black population increased by **42.29%** in the Atlanta MSA, more than ten times the **4.21%** increase in the White population. According to the 2017 estimates, the Black population has increased by **20.45%** since 2010**,** compared to a modest **3.40%** increase in the White population.

54.     As shown in **Figure 15** (on the next page), post-2000 population growth in the Atlanta MSA can be attributed almost entirely to gains in the overall minority population. Between 2000 and 2010, **89.40%** of the **1.02 million**

23

population gain is a result of minority population growth, with more than half (**51.61%**) of the gain attributed to Black population growth. Since 2010, minorities account for **84.74**% of the population gain in the Atlanta MSA, with African Americans representing **60.77**% of the overall gain and nearly three-fourths (71.7%) of the total increase in the minority population.

**Figure 15**

**Atlanta MSA – 2000 to 2017**
**Components of Total Population Gain by Race and Ethnicity**

| | 2000 Census | 2010 Census | 2017 Estimate | 2000-2010 Gain | % of 2000 to 2010 Gain | 2010 to 2017 Gain | % of 2010 to 2017 Gain |
|---|---|---|---|---|---|---|---|
| Total Pop. | 4,263,438 | 5,286,728 | 5,884,736 | **1,023,290** | 100.00% | 598,008 | 100.00% |
| NH White | 2,576,109 | 2,684,571 | 2,775,843 | 108,462 | 10.60% | 91,272 | 15.26% |
| Total Minority | 1,687,329 | 2,602,157 | 3,108,893 | 914,828 | **89.40%** | 506,736 | **84.74%** |
| Latino | 270,655 | 547,894 | 633,436 | 277,239 | 27.09% | 85,542 | 14.30% |
| NH Black | 1,210,871 | 1,684,178 | 1,993,354 | 473,307 | 46.25% | 309,176 | 51.70% |
| NH Asian | 135,400 | 252,616 | 355,702 | 117,216 | 11.45% | 103,086 | 17.24% |
| SR Black | 1,221,341 | 1,712,121 | 2,058,045 | 490,780 | 47.96% | 345,924 | 57.85% |
| AP Black | 1,248,809 | 1,776,888 | 2,140,323 | 528,079 | **51.61%** | 363,435 | **60.77%** |

**(d) County-Level Change in the Atlanta MSA – 2000 to 2017**

55.     Between 2000 and 2010, Black population growth in Georgia centered on Metro Atlanta and the inner ring of adjacent counties in the Atlanta MSA. The map in **Figure 16** (on the next page) shows Black population change at the county level between 2000 and 2010 in the Atlanta MSA area.  **Exhibit E-1** is the same map shown in **Figure 16** zoomed out to a statewide scale.

**Figure 16**
**Black Population Change 2000 to 2010 – Atlanta MSA and Vicinity**



56.     The table in **Exhibit E-2** shows 2000 to 2010 Black population change

for the 29 counties in the Atlanta MSA. Within the Atlanta MSA (and statewide),

Gwinnett County (+119,728) ranked first in terms of Black population growth over

the decade, followed by Cobb (+62,736), Henry (+60,321), Clayton (+51,427),

Fulton (+47,878), and Douglas (+36,600). All six counties are in Metro Atlanta.

25

57.   The map in **Figure 17 s**hows Black population change at the county level between 2010 and 2017 in the Atlanta area. (A similar map in **Exhibit F-1** shows statewide Black population growth over the 2010 to 2017 period.)  The spatial pattern of Black population growth in the inner ring of Atlanta MSA counties has continued unabated in the post-2010 period.

**Figure 17**
**Black Population Change 2010 to 2017 – Atlanta MSA and Vicinity**



58.     The table in **Exhibit F-2** presents 2010 to 2017 Black population change for the 29 counties in the Atlanta MSA. Within the Atlanta MSA (and statewide), Gwinnett County (+78,491) ranks first in terms of Black population growth since 2010, followed by Fulton (+61,142), Cobb (+46,034), Dekalb (+40,217), Clayton (+33,252) and Henry (+27,181). All six counties are in Metro Atlanta.

## D. Gwinnett County and Henry County

59.     The two Metro Atlanta counties where I conclude that additional majority-Black districts can be drawn – Gwinnett and Henry – have experienced transformational population change since 1990, when both counties were overwhelmingly White.

## (a) Gwinnett County – 2010 Population

60.     As shown in **Figure 18** (on the next page), according to the 2010 Census, Gwinnett County has a total population of **805,321** and is majority-minority (**56.0%**). African Americans and Latinos are the primary components of the minority population – **25.03%** Black (**23.61**% SR Black, **22.86**% NH Black) and **20.12%** Latino, followed by Asian Americans (**10.53%** SR Asian). The diverse nature of the minority population results in a 2010 Census White plurality of **44.0%**.

**Figure 18**

**Gwinnett County 2010
Population, VAP, and Contemporaneous CVAP**

| | 2010 Population | 2010 Population Percent | 2010 VAP | 2010 VAP Percent | 2008-2012 ACS CVAP Percent # |
|---|---|---|---|---|---|
| Total Population | **805,321** | 100.00% | **570,614** | 100.00% | 100.00% |
| NH White | 354,316 | **44.00%** | 272,913 | **47.83%** | **57.75%** |
| Total Minority | 451,005 | **56.00%** | 297,701 | 52.17% | 42.25% |
| Latino | 162035 | **20.12%** | 102,225 | **17.91%** | 8.06% |
| SR Asian | 84,763 | **10.53%** | 62,895 | **11.02%** | 8.18% |
| NH Black* | 184,122 | **22.86%** | 122,683 | 21.50% | 24.30% |
| SR Black** | 190,167 | **23.61%** | 126,283 | **22.13%** | **24.60%** |
| AP Black*** | 201,532 | **25.03%** | 131,017 | **22.96%** | NA |

# July 1, 2010 is the 5-year 2008-2012 ACS midpoint.
* Non-Hispanic, single-race Black
** Single-race Black, including Hispanic Black
*** Any Part Black, including Hispanic Black

## (b) Gwinnett County– 2010 Voting Age and Citizen Voting Age

61.     According to the 2010 Census, Gwinnett County has a VAP of

**570,614**.  Non-Hispanic Whites are a plurality of the VAP (**47.83%**), followed by

African Americans (**22.96%** BVAP, **22.13%** SR BVAP), Latinos (**17.91%**), and

Asian Americans (**11.02%** SR Asian).

62.     As a result of higher non-citizen rates among Latinos and Asians of

voting age in Gwinnett County, Whites and African Americans comprise a larger

share of CVAP than their underlying voting age percentages. According to

estimates from the 2008-2012 ACS (shown in **Figure 18**), the BCVAP is **24.6%**,

The NH White CVAP is **57.75%**, representing a majority of the county's eligible

voters.

**(c) Henry County – 2010 Population**

63.    As shown in **Figure 19**, according to the 2010 Census, Henry County

has a total population of **203,922**. The county is majority-White (**52.51%**) by a

narrow margin. African Americans are the primary minority (**38.4%** Black,

**36.91%** SR Black). The minority population in Henry County is less diverse than in

Gwinnett County, with Latinos comprising just **5.79%** of the 2010 population.

**Figure 19**

**Henry County 2010
Population, VAP, and Contemporaneous CVAP**

| | 2010 Population | 2010 Population Percent | 2010 VAP | 2010 VAP Percent | 2008-2012 ACS CVAP Percent # |
|---|---|---|---|---|---|
| Total Population | **203,922** | 100.00% | 144,265 | 100.00% | 100.00% |
| NH White | 107,083 | **52.51%** | 80,733 | **55.96%** | 57.93% |
| Total Minority | 96,839 | 47.49% | 63,532 | 44.04% | 42.07% |
| Latino | 11,813 | **5.79%** | 7,182 | 4.98% | 3.97% |
| SR Asian | 5,968 | 2.93% | 4,284 | 2.97% | |
| NH Black* | 74,056 | 36.32% | 49,576 | 34.36% | 34.35% |
| SR Black** | 75,277 | **36.91%** | 50,255 | **34.84%** | **34.79%** |
| AP Black*** | 78,297 | **38.40%** | 51,432 | **35.65%** | NA |

# July 1, 2010 is the 5-year 2008-2012 ACS midpoint.
\* Non-Hispanic, single-race Black
\*\* Single-race Black, including Hispanic Black
\*\*\* Any Part Black, including Hispanic Black

**(d) Henry County– 2010 Voting Age and Citizen Voting Age**

64.    Reflecting a relatively younger Black population compared to Whites,

Henry County has a majority-White VAP of **55.96%,** with a BVAP of **35.65%**

(**34.84%** SR BVAP), according to the 2010 Census.

65.     With a smaller immigrant population than that found in Gwinnett County (and some other counties in the Atlanta area), the Henry County BCVAP of **34.79**% is about the same as the corresponding SR BVAP (**34.84%**)

**(e) Population by Race and Ethnicity – Gwinnett and Henry 1990-2017**

66.     For reference, **Exhibit G** (Gwinnett) and **Exhibit H** (Henry) are analogous to **Figure 13** and **Figure 14** (Atlanta MSA) *supra*, showing 1990-2017 population and population change by race and ethnicity.[10]

67.     As shown in **Exhibit G**, in 1990, Gwinnett County was **5.15%** SR Black. By 2010, Gwinnett County was **25.03%** Black (**23.61**% SR Black). According to 2017 estimates, the Black population in Gwinnett County has increased to **30.43%** since 2010 – narrowing the gap with the White population, which has dropped from **44.0%** in 2010 to **37.36%** in 2017.

68.     As shown in **Exhibit H**, in 1990, Henry County was **10.33%** SR Black. By 2010, Henry County was **38.4%** Black (**36.91%** SR Black). According to 2017 estimates, the Black population in Henry County has climbed to **46.71%** – surpassing the White population, which has dropped from **52.51%** in 2010 to **43.66%** in 2017.

---

[10] **Exhibit G** and **Exhibit H**  update Exhibit B and Exhibit C submitted with my December 22, 2017 Declaration, in order to include the SR Black and AP Black classifications, as well as 2017 population estimates, which were not available until June 2018.

69.    The 1990 to 2017 population change charts (on p. 2 of **Exhibit G** and **Exhibit H**) reveal dramatic growth in the Black population in the two counties during the 2000s. Between 2000 and 2010, the Black population in Gwinnett County more than doubled (**146.36%**), while the Black population in Henry County more than quadrupled (**335.56%**).

70.    As shown in **Figure 20**, the Black population comprised over half (**55.2%**) of the population gain in Gwinnett County between 2000 and 2010 and **68.29**% of the post-2010 population gain.

**Figure 20**

### Gwinnett County – 2000 to 2017
### Components of Total Population Gain by Race and Ethnicity

|  | 2000 Census | 2010 Census | 2017 Estimate | 2000-2010 Gain | % of 2000 to 2010 Gain | 2010 to 2017 Gain | % of 2010 to 2017 Gain |
|---|---|---|---|---|---|---|---|
| Total Pop. | 588,448 | 805,321 | 920,260 | 216,873 | 100.0% | 114,939 | 100.00% |
| NH White | 394,164 | 354,316 | 343,837 | -39,848 | -18.4% | -10,479 | -9.12% |
| Total Minority | 194,284 | 451,005 | 576,423 | 256,721 | 118.4% | 125,418 | 109.12% |
| Latino | 64,137 | 162,035 | 195,111 | 97,898 | 45.1% | 33,076 | 28.78% |
| NH Black | 76,837 | 184,122 | 248,276 | 107,285 | 49.5% | 64,154 | 55.82% |
| NH Asian | 42,180 | 84,763 | 110,875 | 42,583 | 19.6% | 26,112 | 22.72% |
| SR Black | 78,224 | 190,167 | 264,331 | 111,943 | 51.6% | 74,164 | 64.52% |
| AP Black | 81,804 | 201,532 | 280,023 | **119,728** | **55.2%** | 78,491 | **68.29%** |

71.    As shown in **Figure 21**, the Black population comprised **71.3%** of the population gain in Henry County between 2000 and 2010 and **124.17%** of the post-2010 population gain, compensating for a loss of 8,490 Whites since 2010.

**Figure 21**

### Henry County – 2000 to 2017
### Components of Total Population Gain by Race and Ethnicity

|  | 2000 Census | 2010 Census | 2017 Estimate | 2000-2010 Gain | % of 2000 to 2010 Gain | 2010 to 2017 Gain | % of 2010 to 2017 Gain |
|---|---|---|---|---|---|---|---|
| Total Pop. | 119,341 | 203,922 | 225,813 | 84,581 | 100.0% | 21,891 | 100.00% |
| NH White | 95,550 | 107,083 | 98,593 | 11,533 | 13.6% | -8,490 | -38.78% |
| Total Minority | 23,791 | 96,839 | 127,220 | 73,048 | 86.4% | 30,381 | 138.78% |
| Latino | 2,692 | 11,813 | 15,516 | 9,121 | 10.8% | 3,703 | 16.92% |
| NH Black | 17,435 | 74,056 | 98,750 | 56,621 | 66.9% | 24,694 | 112.80% |
| NH Asian | 2,062 | 5,902 | 7,507 | 3,840 | 4.5% | 1,605 | 7.33% |
| SR Black | 17,523 | 75,277 | 101,649 | 57,754 | 68.3% | 26,372 | 120.47% |
| AP Black | 17,976 | 78,297 | 105,478 | 60,321 | **71.3%** | 27,181 | **124.17%** |

72.    The side-by-side bar chart in **Figure 22** (on the next page) portrays 2000 to 2010 population growth by race and ethnicity for Gwinnett and Henry combined, as compared to the other eight counties in Metro Atlanta.

**Figure 22**

### Net Population Gain – 2000 to 2010
### Gwinnett and Henry Combined and Metro Atlanta Remainder



73.     As depicted in **Figure 22**, 2000 to 2010 Black population growth

(+180,049) in Gwinnett and Henry combined represents two-thirds (68.2%) of the

total Black population growth (+264,007) in the other eight Metro Atlanta counties.

Black population growth between 2000 and 2010 in Gwinnett and Henry Counties

alone accounted for 40.55% percent of Metro Atlanta's gain in Black population and about a quarter (26.54%) of the overall population growth (+678,371) in the 10-county region. (See also **Figure 10** *supra.*)

### E. Demographic Summary

74.     Based on the demographic data summarized in the preceding sections, the African American population is "sufficiently numerous" to allow for the creation of at least two majority-Black districts in Metro Atlanta.

75.     As demonstrated in the following sections, at least one majority-Black district can be drawn in Gwinnett County and at least one majority-Black district can be drawn in Henry County.  Black population growth between 2000 and 2010 in Gwinnett County (+119,728) equates to more than two 100% Black districts. In Henry County, Black population growth over the 2000 to 2010 period equates to more than one 100% Black district (+60,321). The dramatic Black population increase in both counties between 2000 and 2010 (bolstered by continued impressive growth this decade) makes the two counties the obvious choice within the Atlanta MSA for additional majority-Black districts.  This is especially the case given that neither county has a wholly contained majority-Black district under the 2015 Plan.

**III. 2015 PLAN**

**(a) Benchmark 2006 Plan and Post-2010 Plan Modifications**

76.     The Benchmark 2006 Plan, according to the 2010 Census, featured 30 majority-Black districts in the Atlanta MSA.  The Metro Atlanta component area of the Atlanta MSA contained 29 majority-Black districts plus a part of a 30th district that extended into the MSA.  Metro Atlanta encompassed all or parts of 37 majority-White districts. Statewide, the Benchmark 2006 Plan contained 45 majority-Black districts and 119 majority-White districts.

77.     The 2015 Plan is the third redistricting of the Georgia House since the release of the 2010 Census and subsequent 2011 redistricting. The 2012 Plan modified 15 districts under the 2011 Plan and the 2015 Plan modifies 17 districts under the 2012 Plan. All told, the 2015 Plan modifies 29 of the districts enacted under the 2011 Plan. Counting districts that were changed in 2012 and again in 2015, there have been 32 post-2011 changes in district lines.[11]

78.     Compared to the 2006 Benchmark Plan, the 2015 Plan (as well as the 2011 and 2012 predecessor plans) adds just part of one majority-Black district to Metro Atlanta, despite substantial growth in the Metro Atlanta Black population between 2000 and 2010 (**39.4%** increase, or **444,056** persons), accounting for

---

[11] In 2017, Republican legislators in the General Assembly attempted to modify House districts for a fourth time. Had the 2017 modifications become law, 35 districts would have changed compared to the 2011 Plan.

nearly two-thirds (65.55%) of the overall population gain (**678,371**) in Metro Atlanta. (See **Figure 9** and **Figure 10** *supra*.)

79.     With respect to majority-Black districts, the Atlanta MSA fares no better under the 2015 Plan. Compared to the 2006 Benchmark Plan, the 2015 Plan adds just one whole majority-Black district to the Atlanta MSA (from 30 to 31), despite substantial growth in the Black population between 2000 and 2010 (**42.29%** increase, or **528,079** persons), representing more than half (51.61%) of the overall population gain in the Atlanta MSA. (See **Figure 14** and **Figure 15** *supra.*)

**(b) 2015 Plan – Statewide and Regional**

80.     **Exhibit I** summarizes demographics for the 180 districts under the 2015 Plan. Of the 180 districts, 47 (26.11%) are majority-BVAP.[12] A 48th district – HD 162 in Chatham County – is 49.47% BVAP.  Red highlights in **Exhibit I** indicate the 31 majority-Black districts that are wholly contained in the Atlanta MSA.  Thirty of the 31 are entirely in 10-county Metro Atlanta, with 10.67% of the population in HD 113 in Rockdale County (Metro Atlanta) and the remainder in Newton County (Atlanta MSA).

81.     Under the 2015 Plan, all or parts of 84 districts are in Metro Atlanta – 70 are entirely in Metro Atlanta and 14 extend beyond the 10-county region. Of the

---

[12] In this declaration, "majority-Black" and "majority-BVAP" are considered synonymous when reporting district-level statistics. All references to BVAP in this declaration refer to Any Part BVAP.

84 districts, 44 are majority White (52.38%) – representing all or parts of seven

additional white-majority districts compared to the Benchmark 2006 Plan.  Thirty-

one of the 84 Metro Atlanta districts (including HD 113 which is almost entirely in

non-Metro Newton County) are majority-Black (36.9%). The remaining nine

districts are racially diverse, with Whites holding a CVAP- majority in four,

amounting to a net total of 48 majority-White districts (57.14%). There are no

additional majority BCVAP districts in Metro Atlanta other than the majority

BVAP districts.

82.    An address-searchable Google map of  the 2015 Plan (color-coded by

percent BVAP by district) can be accessed via the link below:

http://www.fairdata2000.com/Fusion/GA_House_2015_Plan/

83.    The map in **Figure 23** (on the next page) shows the 2015 Plan in the

Atlanta Metro area. Red labels show the 31 majority-Black districts. The map in

**Exhibit J-1** reproduces the **Figure 23** map with higher resolution.

**Figure 23**

**2015 Plan –Metro Atlanta**
**Majority-Black Districts Identified with Red Fonts**



84.    As can be seen in **Figure 23** and **Exhibit J-1**, all or parts of the 31

majority-Black districts wholly contained within the Atlanta MSA are located in ten

counties – Cobb, Clayton, Douglas,  Fayette, Fulton, Gwinnett, Henry, Newton, and

Rockdale. But just four counties contain one or more whole majority-Black districts

– Cobb, Clayton, Fulton, and Dekalb.

85.   In addition to the 31 wholly contained majority-Black districts in the Atlanta MSA, a part (27.05 %) of a 32nd – majority-Black HD 137 – is in Atlanta MSA-component Meriwether County. But the remainder of the district extends south into three counties that are outside the Atlanta MSA – Columbus, Harris, and Talbot. **Exhibit J-2** shifts the **Exhibit J-1** map south to show HD 137.

86.   The following section (¶¶87-93) reviews the 2015 Plan as it pertains to Gwinnett and Henry, with background for neighboring Dekalb, Clayton, and Spalding where 2015 Plan districts must change in order to accommodate new majority-Black districts in Gwinnett and Henry.

**(c) 2015 Plan – Gwinnett County**

87.   As shown in the **Figure 24** map (on the next page), 18 districts are contained in whole or in part in Gwinnett County – 12 are entirely within Gwinnett County. None of the 12 whole districts is majority Black.

88.   Of the remaining six split districts that are partly within Gwinnett County, two in the southeast corner of the county are majority-Black – HD 093 and HD 094. Both districts cross into Dekalb County. Gwinnett residents are a majority in HD 093 (69.89%) and a minority in HD 094 (47.85%).

**Figure 24**



**2015 Plan – Gwinnett County Detail**
**Majority-Black Districts Identified with Red Fonts**

**(d) 2015 Plan – Henry County**

89.    As shown in **Figure 25** (on the next page), eight districts are contained

in whole or in part in Henry County.

90.    Of the eight districts in Henry County, just one – majority-White HD

111 – is entirely within the county. Henry residents are a minority in all three split

majority-Black districts – HD 076 (33.97% – also in Clayton), HD 078 (26.50% – also in Clayton), and HD 090 (35.19% – also in Dekalb and Rockdale).  In contrast, Henry County residents are a majority in two of the three split majority-White districts – HD 109 and HD 110.

**Figure 25**



**2015 Plan –Henry County Detail**
**Majority-Black Districts Identified with Red Fonts**

**(e) 2015 Plan – Dekalb, Clayton, and Spalding Counties**

91.     For comparison with the plaintiffs' illustrative plans reviewed *infra*,
the map in **Figure 26** (on the next page) zooms on Dekalb and Clayton along the
Gwinnett and Henry county lines where there are cross-border districts under the
2015 Plan.

92.     As shown in **Figure 26**, all or parts of 16 districts encompass Dekalb
County. Of the 16 districts, 12 are majority-Black – seven are wholly contained in
Dekalb County and five cross county lines, including two extending into Gwinnett
County (HD 093 and HD 094).  HD 090 also encompasses Rockdale and Henry,
while HD 091 and HD 092 extend into Rockdale County.

93.     All or parts of seven districts encompass Clayton County. All seven
districts are majority-Black – three are wholly contained in Clayton County and
four cross county lines, including two that extend into Henry County (HD 076 and
HD 078).

**Figure 26**

**2015 Plan – Dekalb/Clayton County Detail**
**Majority-Black Districts Identified with Red Fonts**



## IV. THOMPSON PLAINTIFFS' ILLUSTRATIVE PLANS

94.     One way to account for the significant Black population growth

statewide and in the Atlanta MSA between 2000 and 2010 is to create additional

majority-Black districts in the fast-growing Metro Atlanta area – and, specifically,

in Gwinnett County (+119,728 between 2000 and 2010) and Henry County

(+60,321 between 2000 and 2010). This should have been obvious to plan drawers

during the 2011 redistricting – and even more so during the 2015 redistricting, given continued post-2010 Black population growth in both counties.[13]

95.     This section describes two illustrative plans that I developed in order to demonstrate the first *Gingles* precondition, i.e. the Black population is sufficiently numerous and geographically compact to allow for the creation of at least one additional single-member majority-Black district.

96.     The illustrative plans create two additional majority-Black districts in the Atlanta area and, in doing so, satisfy *Gingles 1*.

## A. Illustrative Plan 1

97.     The Thompson Plaintiffs' Illustrative Plan 1 ("Illustrative Plan 1") creates two additional majority-Black districts – one district wholly contained in Gwinnett County (District 106 – 50.16% BVAP) and one district wholly contained in Henry County (District 110 – 51.08% BVAP).

98.     Illustrative Plan 1 does not pair any of the incumbents who have qualified for the 2018 election (see **Exhibit K,** which is reformatted from materials prepared by the Defendant).

_____

[13] Hypothetically, if the House were reapportioned today based on the 2017 statewide estimated population (10,429,379), then the resulting ideal district size is 57,941. In turn, the Atlanta MSA has an estimated 2017 population of 5,884,736, equating to 101.56 districts. The 2017 Black population estimate of 36.02% equates to 36.6 districts – more than five majority-Black districts than under the 2015 Plan. Based on the 2012-2016 ACS, the non-Hispanic BCVAP in the Atlanta MSA is 34.1%, equating to 34.6 districts – more than three majority-Black districts than under the 2015 Plan.

99.     In addition, Illustrative Plan 1 returns HD 105 in Gwinnett County to the boundaries in place under the 2012 Plan. HD 111 in Henry County is modified in order to allow for the creation of majority-Black District 110. Reconfigured District 111 is more regularly shaped and has a slightly higher BVAP (36.25%) than HD 111 (34.55%) in the 2012 Plan.

**(a) Illustrative Plan 1 – Statewide and Regional**

100.     The map in **Figure 27** (on the next page and depicted with higher resolution in **Exhibit L**) shows Illustrative Plan 1 in the Metro Atlanta area. Red fonts show the 33 majority-Black districts. Majority-Black HD 137, which is partly in the Atlanta MSA under the 2015 Plan and not displayed in **Figure 27**, is unchanged in Illustrative Plan 1.

**Figure 27**



Illustrative Plan 1 – Metro Atlanta
Majority-Black Districts Identified with Red Fonts



101.   Of the 180 districts under Illustrative Plan 1, 26 are modified compared to the 2015 Plan.[14] The Metro Atlanta area map in **Figure 28** (on the next page and depicted with higher resolution in **Exhibit M**) identifies the 26 modified districts with blue fonts.

---

[14] The modified districts are: 073, 076, 078, 081, 082, 083, 084, 085, 086, 087, 088, 089, 090, 092, 093, 094, 099, 104, 105, 106, 107, 108, 109, 110, 111, and 130.

**Figure 28**

**Illustrative Plan 1 – Metro Atlanta**
**Districts Modified (in Blue Fonts) Compared to 2015 Plan**



102.   All of the modified districts under Illustrative Plan 1 are within the

Atlanta MSA. Compared to the 2015 Plan, district lines are changed in four Metro

Atlanta counties – Clayton, Dekalb, Gwinnett and Henry, as well as in the adjacent

counties of Spalding and Newton, which are in the Atlanta MSA.

103.   The change in Spalding adds part of a third district to the county

(District 078). The change in Newton reduces the number of districts in the county

from five to four, removing District 110. The resulting boundary for the Newton

County portion of District 109 follows the existing boundaries for HD 112 and HD

113.

104.    **Exhibit N** summarizes demographics for the 180 districts under

Illustrative Plan 1. Of the 180 districts, 49 (27.22%) are majority-BVAP. A 50th

district – HD 162 in Chatham County (unchanged in Illustrative Plan 1) – is 49.47%

BVAP.

105.    All or parts of 84 districts under Illustrative Plan 1 are in Metro

Atlanta (the same number as the 2015 Plan) – 70 are entirely in Metro Atlanta and

14 extend beyond the Metro Atlanta boundaries.  As is the case with the 2015 Plan,

all or parts of 105 districts under Illustrative Plan 1 are in the Atlanta MSA – 92 are

entirely in the Atlanta MSA and 13 extend beyond the Atlanta MSA boundaries.

106.    An address-searchable Google map of  Illustrative Plan 1 can be

accessed via the link below:

http://www.fairdata2000.com/Fusion/GA_House_Illustrative_Plan_1/

107.    The Google map is color-coded by percent BVAP by district. Thick

blue lines identify the 26 modified districts.

**(b) Illustrative Plan 1 – Gwinnett County**

108.   Under Illustrative Plan 1, as shown in the **Figure 29** map, 18 districts are contained in whole or in part in Gwinnett County – 12 are entirely within the county.

**Figure 29**



**Illustrative Plan 1 – Gwinnett County Detail
Majority-Black Districts Identified with Red Fonts**

109.   New majority-Black District 106 is located in the southeast corner of the county, bounded by Dekalb County to the south and Rockdale and Walton Counties along the western border. There is no incumbent legislator in District 106.

110.   District 106 encompasses unincorporated areas in southeast Gwinnett, as well as part of Snellville and part of Loganville along the Athens Highway.

111.   In addition to District 106, three majority-Black districts are shared between Dekalb and Gwinnett – District 088, District 093, and District 094. Reconfigured cross-border majority-Black District 088 is also majority-Black under the 2015 Plan, but is wholly contained in Dekalb under the 2015 Plan. Gwinnett County residents remain a majority in reconfigured majority-Black District 093, while Dekalb residents are a majority in District 088 and District 094.

**(c) Illustrative Plan 1 – Henry County**

112.   Under Illustrative Plan 1, as shown in the **Figure 30** map (on the next page), six districts are contained in whole or in part in Henry County (two fewer than under the 2015 Plan).

113.   New majority-Black District 110 encompasses parts of Stockbridge, McDonough, and Blacksville. The incumbent Black Democratic legislator representing majority-Black HD 078 (and residing in Henry County near the Clayton County border), shifts unpaired into new District 110 under Illustrative Plan 1.

50

**Figure 30**

### Illustrative Plan 1 –Henry County Detail
### Majority-Black Districts Identified with Red Fonts



114.   Districts 110 and 111 are entirely within Henry County, so the county

encompasses two whole districts rather than just one. Of the remaining four districts

partly contained in Henry County, one – District 090 – is majority-Black. District

090 extends into Dekalb and Rockdale, as it does under the 2015 Plan. Two of the

four partly contained districts are majority-White (District 109 and District 130).

The fourth district – District 078 (also in Clayton and Spalding) – is racially diverse with no single-race majority.

### (d) Illustrative Plan 1 – Dekalb, Clayton, and Spalding Counties

115.   For comparison with the 2015 Plan map in **Figure 26** *supra*, **Figure 31** (on the next page) zooms on Dekalb and Clayton along the Gwinnett and Henry county lines where there are cross-border districts under Illustrative Plan 1.

116.   As shown in **Figure 31**, all or parts of 18 districts encompass Dekalb County under Illustrative Plan 1. Of the 18 districts, 14 are majority-Black – seven majority-Black districts are wholly contained in Dekalb County and seven cross county lines, including three that extend into Gwinnett County (Districts 088,093 and 094).  Of the remaining four majority-Black districts, District 090 is partly in Henry and Rockdale, District 76 is shared with Clayton County, and District 91 and District 92 cross into Rockdale.

117.   Dekalb District 081 (with a White Democratic incumbent) switches from majority-White under the 2015 Plan to majority-Black under Illustrative Plan 1.

118.   All or parts of seven districts encompass Clayton County. Six districts are majority-Black – three are wholly contained in Clayton County and three cross county lines.

119.   District 078 (not displayed on the **Figure 31** map) extends from south Clayton into Henry and north Spalding. The White Republican legislator who currently represents HD 073 shifts into District 078, replacing the Black incumbent who, as noted, moves into majority-Black District 110 in Henry County.

**Figure 31**

### Illustrative Plan 1 –Dekalb/Clayton Detail
### Majority-Black Districts Identified with Red Fonts



**(d) Demographic Impact on Majority-Black Districts – Illustrative Plan 1**

120.   The table in **Figure 32** compares BVAP percentages and White VAP percentages for districts that are majority-Black under either Illustrative Plan 1 or the 2015 Plan.

**Figure 32**
**Percent BVAP and Percent BVAP to NH White Margin –**
**Illustrative Plan 1 vs. 2015 Plan**

| District | Illustrative Plan1 BVAP | 2015 Plan BVAP | Illustrative Plan 1 NH White VAP | 2015 Plan NH White VAP | BVAP Change (Illustrative Plan 1 minus 2015 Plan) | Illustrative Plan 1 BVAP Margin (BVAP minus NH White VAP) | 2015 Plan BVAP Margin (BVAP minus NH White VAP) | BVAP to NH White Margin Change (Illustrative Plan 1 minus 2015 Plan) |
|---|---|---|---|---|---|---|---|---|
| 076 | 69.81% | 63.56% | 15.65% | 24.06% | 6.25% | 54.16% | 39.50% | 14.66% |
| 078 | 46.18% | 57.94% | 44.37% | 27.75% | -11.76% | 1.81% | 30.19% | -28.38% |
| 081 | 56.19% | 10.97% | 30.69% | 41.18% | 45.22% | 25.50% | -30.21% | 55.71% |
| 083 | 54.04% | 61.64% | 37.80% | 33.91% | -7.60% | 16.24% | 27.73% | -11.49% |
| 084 | 62.56% | 59.56% | 32.15% | 34.43% | 3.00% | 30.41% | 25.13% | 5.28% |
| 085 | 52.03% | 58.38% | 36.93% | 25.87% | -6.35% | 15.10% | 32.51% | -17.41% |
| 086 | 51.90% | 61.70% | 31.71% | 29.84% | -9.80% | 20.19% | 31.86% | -11.67% |
| 087 | 61.18% | 66.57% | 23.20% | 23.19% | -5.39% | 37.98% | 43.38% | -5.40% |
| 088 | 52.17% | 62.87% | 27.52% | 23.66% | -10.70% | 24.65% | 39.21% | -14.56% |
| 089 | 60.01% | 63.08% | 35.83% | 32.90% | -3.07% | 24.18% | 30.18% | -6.00% |
| 090 | 58.32% | 67.82% | 38.51% | 28.68% | -9.50% | 19.81% | 39.14% | -19.33% |
| 092 | 66.16% | 67.09% | 22.37% | 21.81% | -0.93% | 43.79% | 45.28% | -1.49% |
| 093 | 50.22% | 65.08% | 38.05% | 27.46% | -14.86% | 12.17% | 37.62% | -25.45% |
| 094 | 52.77% | 66.14% | 37.11% | 24.71% | -13.37% | 15.66% | 41.43% | -25.77% |
| **106** | **50.63%** | **26.16%** | 39.00% | **59.32%** | **24.47%** | **11.63%** | **-33.16%** | **44.79%** |
| **110** | **51.08%** | **30.34%** | 36.28% | **64.51%** | **20.74%** | **14.80%** | **-34.17%** | **48.97%** |

121.   Of the 12 modified BVAP-majority Atlanta area districts under the 2015 Plan that also remain BVAP-majority under Illustrative Plan 1, ten (highlighted in red in **Figure 32**) see a drop in BVAP compared to the 2015 Plan.

54

And the BVAP to NH White margin by district drops in the same ten districts (also highlighted in red in the rightmost column of the table).

122.   Put differently, under Illustrative Plan 1, the 15 Atlanta- area modified majority-Black districts (highlighted in yellow in the leftmost column of **Figure 32**) have a mean average BVAP of 56.6%, compared to a mean average BVAP of 63.19% for the 13 corresponding majority-Black districts under the 2015 Plan.

123.   As noted,  Illustrative Plan 1 modifies Dekalb-based HD 081, so that it becomes majority-Black – in effect, swapping out majority-Black HD 078 (Clayton and Henry) under the 2015 Plan, resulting in a net gain of two majority-Black districts in the Atlanta MSA.  Reconfigured District 078 (Clayton, Henry, and Spalding) becomes a racially diverse district, with a BVAP of 46.18%.

**(e) Compactness Scores – Illustrative Plan 1**

124.   Illustrative Plan 1 scores about the same as the 2015 Plan on the two most widely cited compactness scores – Reock[15] and Polsby-Popper[16].

---

[15] "The Reock test is an area-based measure that compares each district to a circle, which is considered to be the most compact shape possible.  For each district, the Reock test computes the ratio of the area of the district to the area of the minimum enclosing circle for the district.  The measure is always between 0 and 1, with 1 being the most compact.  The Reock test computes one number for each district and the minimum,maximum mean and standard deviation for the plan." *Maptitude For Redistricting* software documentation.

[16] "The Polsby-Popper test computes the ratio of the district area to the area of a circle with the same perimeter: 4pArea/ (Perimeter2). The measure is always between 0 and 1,with 1 being the most compact. The Polsby-Popper test computes one number for each district and the minimum,maximum mean and standard deviation for the plan." *Maptitude For Redistricting* software documentation.

125.     As documented in **Exhibit O-1**, under Illustrative Plan 1, of the 105 districts that are wholly or partly contained in the Atlanta MSA, the mean Reock score is .36 (minimum score .14) and, as documented in **Exhibit O-2**,  the mean Polsby-Popper score is .27 (minimum score .09).

126.     As documented in **Exhibit P-1,** under the 2015 Plan, of the 105 districts that are wholly or partly contained in the Atlanta MSA, the mean Reock score is .37 (minimum score .13) and, as documented in **Exhibit P-2**, the mean Polsby-Popper score is .27 (minimum score .09).

127.     The table in **Figure 33** summarizes comparative Reock and Polsby-Popper scores under Illustrative Plan 1 and the 2015 Plan for the districts wholly or partly contained in Gwinnett and Henry, Metro Atlanta, and the Atlanta MSA, as well as the subset of majority-Black districts wholly or partly contained in the Atlanta MSA.

**Figure 33**
**Compactness Score Comparisons – Illustrative Plan 1 v. 2015 Plan**

| Area | Illustrative Plan 1 | | 2015 Plan | | | Illustrative Plan 1 | | 2015 Plan | |
|---|---|---|---|---|---|---|---|---|---|
| | Reock | | Reock | | | Polsby-Popper | | Polsby-Popper | |
| | Mean | Low | Mean | Low | | Mean | Low | Mean | Low |
| Gwinnett | 0.34 | 0.21 | 0.36 | 0.25 | | 0.27 | 0.16 | 0.29 | 0.16 |
| Henry | 0.33 | 0.25 | 0.37 | 0.26 | | 0.20 | 0.16 | 0.19 | 0.12 |
| Metro Atlanta | 0.35 | 0.14 | 0.36 | 0.13 | | 0.26 | 0.09 | 0.26 | 0.09 |
| Atlanta MSA | 0.36 | 0.14 | 0.37 | 0.13 | | 0.27 | 0.09 | 0.27 | 0.09 |
| MSA BVAP-majority | 0.28 | 0.14 | 0.29 | 0.13 | | 0.21 | 0.09 | 0.21 | 0.09 |

128.   For Gwinnett districts, compared to the 2015 Plan, Illustrative Plan 1 is slightly less compact (a -.02 difference in mean scores). For Henry districts, Illustrative Plan 1 is also less compact on Reock (a -.04 difference) and slightly more compact on Polsby-Popper (a +.01 difference).

129.   For districts in Metro Atlanta and the Atlanta MSA, compared to the 2015 Plan, Illustrative Plan 1 scores -.01 lower on Reock and the same on Polsby-Popper.

130.   Compared to the 2015 Plan, the Atlanta area majority-Black districts score -.01 lower on Reock and the same on Polsby-Popper.

**(f) County Splits – Illustrative Plan 1**

131.   As documented in **Exhibit Q**, Illustrative Plan 1 splits 73 counties into two or more districts, with a total of 287 unique county/district combinations statewide.

132.   As documented in **Exhibit R**, the 2015 Plan also splits 73 counties into two or more districts, with a total of 288 unique county/district combinations – one more than Illustrative Plan 1.

**(f) Place Splits – Illustrative Plan 1**

133.   **Exhibit S** is a statewide listing of Illustrative Plan 1 district population by incorporated place (there are 533 incorporated places according to block assignments in the 2010 Census P. L. 94-171 file). Illustrative Plan 1 has four fewer

unique place/district combinations (769) compared to the 2015 Plan (773).

**(g) Incumbent Assignments – Illustrative Plan 1**

134.   **Exhibit T** shows incumbent assignments by district for the 26 modified districts under Illustrative Plan 1, with corresponding 2015 Plan district assignments.  As noted, there are no incumbent conflicts. No incumbents are assigned to reconfigured Gwinnett County Districts 105 and 106.

**B. Illustrative Plan 2**

135.   The Thompson Plaintiffs' Illustrative Plan 2 ("Illustrative Plan 2") also creates two additional majority-Black districts – one district wholly contained in Gwinnett County (HD 106 – 50.16% BVAP), which is identical to Illustrative Plan 1 District 106, and one district wholly contained in Henry County (District 110 – 50.02% BVAP).

136.   Illustrative Plan 2 does not pair any of the incumbents who have qualified for the 2018 election.

137.   The key distinction between Illustrative Plan 1 and Illustrative Plan 2 is that Illustrative Plan 2 returns HD 111 in Henry County to its boundaries under the 2012 Plan.  Illustrative Plan 2 thus demonstrates that it is possible to create two additional majority-Black districts in Metro Atlanta, without changes to HD 105 and HD 111 as drawn under the 2012 Plan.

**(a) Illustrative Plan 2 – Statewide and Regional**

138.   The map in **Figure 34** (on the next page and depicted with more detail in **Exhibit U**) shows Illustrative Plan 2 in the Metro Atlanta area. Red fonts show the 33 majority-Black districts.  Majority-Black District 137 (not displayed in the map), which is partly in the Atlanta MSA under the 2015 plan, remains unchanged in Illustrative Plan 2.

**Figure 34**

### Illustrative Plan 2 –Metro Atlanta
### Majority-Black Districts Identified with Red Fonts



139.   Of the 180 districts under Illustrative Plan 2, 26 are modified

compared to the 2015 Plan. The modified districts are the same districts that are

modified under Illustrative Plan 1.[17]  The Metro Atlanta area map in **Figure 35**

---

[17]  As noted, the modified districts are: 073, 076, 078, 081, 082, 083, 084, 085, 086, 087, 088, 089, 090, 092, 093, 094, 099, 104, 105, 106, 107, 108, 109, 110, 111, and 130.

(depicted with higher resolution in **Exhibit V**) identifies the 26 modified districts

with blue fonts.

**Figure 35**



**Illustrative Plan 2 –Metro Atlanta
Districts Modified (in Blue Fonts) Compared to 2015 Plan**

140.   Compared to Illustrative Plan 1, eight districts are modified – Districts

073, 076, 078, 090, 109, 110, 111, and 130**.**  Three of the eight modified districts

are majority-Black under both illustrative plans – Districts 076, 090, and 110.

141.    Compared to Illustrative Plan 1, district lines are changed in four Metro Atlanta counties – Clayton, Dekalb, Gwinnett and Henry, as well as in adjacent Spalding County, which is in the Atlanta MSA.

142.    **Exhibit W** summarizes demographics for the 180 districts under Illustrative Plan 2. Of the 180 districts, 49 (27.22%) are majority-BVAP. A 50th district – HD 162 in Chatham County (unchanged in Illustrative Plan 2) – is 49.47% BVAP.

143.    As in the 2015 Plan, all or parts of 84 districts under Illustrative Plan 2 are in Metro Atlanta – 70 are entirely in Metro Atlanta and 14 extend beyond the Metro Atlanta boundaries.  As is the case with the 2015 Plan, all or parts of 105 districts under Illustrative Plan 2 are in the Atlanta MSA – 92 are entirely in the Atlanta MSA and 13 extend beyond the Atlanta MSA boundaries.

144.    An address-searchable Google map of  Illustrative Plan 2 can be accessed via the link below:

http://www.fairdata2000.com/Fusion/GA_House_Illustrative_Plan_2/

145.    The Google map is color-coded by percent BVAP by district.  Thick blue lines identify the 26 modified districts.

**(b) Illustrative Plan 2– Gwinnett County**

146.   As shown in the **Figure 36** map, districts in Gwinnett County under

Illustrative Plan 2 are identical to those under Illustrative Plan 1.

**Figure 36**



**Illustrative Plan 2 –Gwinnett County**

**(c) Illustrative Plan 2– Henry County**

147.    Under Illustrative Plan 2, as shown in the **Figure 37** map, six districts

are contained in whole or in part in Henry County (two fewer than under the 2015

Plan).

**Figure 37**



**Illustrative Plan 2 – Henry County**
**Majority-Black Districts Identified with Red Fonts**

148.    Districts 110 and 111 are entirely within Henry County. Of the six

districts, two are majority-Black – Districts 090 (shared with Dekalb and Rockdale)

and District 110 – and three are majority-White (Districts 109, 111, and 130).  The sixth district (District 078) is racially diverse.

149.   District 110 is less regularly shaped than under Illustrative Plan 1 because it is drawn to fit into a Henry County configuration that rolls back HD 111 to its 2012 boundaries. The shape of District 110 is also governed by the residence (on the Henry side of the Clayton/Henry line) of the incumbent legislator assigned to District 110 (currently representing HD 078 in Clayton and Henry).

**(d) Illustrative Plan 2 – Dekalb, Clayton, and Spalding Counties**

150.   For comparison with the 2015 Plan map and Illustrative Plan 1, **Figure 38** (on the next page) zooms on Dekalb and Clayton along the Gwinnett and Henry county lines where there are cross-border districts under Illustrative Plan 2.

151.   As shown in **Figure 38**, all or parts of 17 districts encompass Dekalb County under Illustrative Plan 2. Of the 17 districts, 13 are majority-Black – seven are wholly contained in Dekalb County and six cross county lines, including three that extend into Gwinnett County (Districts 088, 093 and 094). Of the remaining three majority-Black districts, District 090 is partly in Henry and Rockdale and District 091 and District 092 cross into Rockdale.

152.   All or parts of seven districts encompass Clayton County.  Six districts are majority-Black – three are wholly contained in Clayton County and three cross

county lines.  The seventh district – District 078 (not shown in **Figure 38**) –extends

into southwest Henry and north Spalding, including part of the city of Griffin.

**Figure 38**

**Illustrative Plan 2 –Dekalb/Clayton Detail**
**Majority-Black Districts Identified with Red Fonts**



153.   The spatial distribution of present-day incumbents and the extremely

tight +/- 1% deviation requirement means that there is a ripple effect resulting from

changes made in Henry County under Illustrative Plan 2 to insert the 2012 district

lines of HD 111. This forces district lines to change in Dekalb, Clayton, and Spalding compared to Illustrative Plan 1 and the 2015 Plan.

154.   As in Illustrative Plan 1, District 081 in Dekalb switches from majority-White to majority-Black. District 078, which is majority-Black under the 2015 Plan, becomes a racially diverse district under Illustrative Plan 2. Incumbent assignments for these two districts are the same as under Illustrative Plan 1 – a white Democratic legislator represents majority-Black Dekalb District 081 and a white Republican legislator represents District 078.

### (e) Demographic Impact on Majority-Black Districts – Illustrative Plan 2

155.   The table in **Figure 39** (on the next page) compares BVAP percentages and White VAP percentages for districts that are majority-Black under either Illustrative Plan 2 or the 2015 Plan.

156.   Of the 12 modified BVAP-majority Atlanta area districts under the 2015 Plan that also remain BVAP-majority under Illustrative Plan 2, ten (highlighted in red in **Figure 39**) see a drop in BVAP compared to the 2015 Plan. And the BVAP to NH White margin by district drops in the same ten districts (also highlighted in red in the rightmost column of the table).

157.   Put differently, under Illustrative Plan 2, the 15 Atlanta-area modified majority-Black districts (highlighted in yellow in **Figure 39**) have a mean average BVAP of 57.56.6%, compared to a mean average BVAP of 63.19% for the

corresponding 13 majority-Black districts under the 2015 Plan.

**Figure 39**

**Percent BVAP and Percent BVAP to NH White Margin –**

**Illustrative Plan 2 vs. 2015 Plan**

| District | Illustrative Plan 2 BVAP | 2015 Plan BVAP | Illustrative Plan 2 NH White VAP | 2015 Plan NH White VAP | BVAP Change (Illustrative Plan 2 minus 2015 Plan) | Illustrative Plan 2 BVAP Margin (BVAP-minus NH White VAP) | 2015 Plan BVAP Margin (BVAP-minus NH White VAP) | BVAP to NH White Margin Change (Illustrative Plan 2 minus 2015 Plan) |
|---|---|---|---|---|---|---|---|---|
| 076 | 63.57% | 63.56% | 15.65% | 24.06% | 0.01% | 47.92% | 39.50% | 8.42% |
| 078 | 47.82% | 57.94% | 44.37% | 27.75% | -10.12% | 3.45% | 30.19% | -26.74% |
| 081 | 56.19% | 10.97% | 30.69% | 41.18% | 45.22% | 25.50% | -30.21% | 55.71% |
| 083 | 54.04% | 61.64% | 37.80% | 33.91% | -7.60% | 16.24% | 27.73% | -11.49% |
| 084 | 62.56% | 59.56% | 32.15% | 34.43% | 3.00% | 30.41% | 25.13% | 5.28% |
| 085 | 52.03% | 58.38% | 36.93% | 25.87% | -6.35% | 15.10% | 32.51% | -17.42% |
| 086 | 51.90% | 61.70% | 31.71% | 29.84% | -9.80% | 20.19% | 31.86% | -11.67% |
| 087 | 61.18% | 66.57% | 23.20% | 23.19% | -5.39% | 37.98% | 43.38% | -5.40% |
| 088 | 52.17% | 62.87% | 27.52% | 23.66% | -10.70% | 24.65% | 39.21% | -14.56% |
| 089 | 60.01% | 63.08% | 35.83% | 32.90% | -3.07% | 24.18% | 30.18% | -6.00% |
| 090 | 65.48% | 67.82% | 38.51% | 28.68% | -2.34% | 26.97% | 39.14% | -12.17% |
| 092 | 66.16% | 67.09% | 22.37% | 21.81% | -0.93% | 43.79% | 45.28% | -1.49% |
| 093 | 50.22% | 65.08% | 38.05% | 27.46% | -14.86% | 12.17% | 37.62% | -25.45% |
| 094 | 52.77% | 66.14% | 37.11% | 24.71% | -13.37% | 15.66% | 41.43% | -25.77% |
| **106** | **50.63%** | **26.16%** | 39.00% | **59.32%** | 24.47% | **11.63%** | **-33.16%** | 44.79% |
| **110** | **50.02%** | **30.34%** | 36.28% | **64.51%** | 19.68% | **13.74%** | **-34.17%** | 47.91% |

158.   Illustrative Plan 2 modifies Dekalb-based HD 081 in exactly the same

fashion as Illustrative Plan 1, so that District 081 is majority-Black – in effect,

swapping out majority-Black HD 078 (Clayton and Henry) under the 2015 Plan,

resulting in a net gain of two majority-Black districts in the Atlanta MSA.

Reconfigured District 078 becomes racially diverse and encompasses south

Clayton, southwest Henry, and north Spalding.

**(f) Compactness Scores – Illustrative Plan 2**

159.   As documented in **Exhibit X-1**, under Illustrative Plan 2, of the 105 districts that are wholly or partly contained in the Atlanta MSA, the mean Reock score is .36 (minimum score .14).  As documented in **Exhibit X-2,** the mean Polsby-Popper score is .27 (minimum score .09).

160.   The compactness scores for districts in Metro Atlanta and the Atlanta MSA districts under Illustrative Plan 2 are about the same as the 2015 Plan (see **Exhibits P-1 and P-2**).

161.   The table in **Figure 40** (on the next page) summarizes comparative Reock and Polsby-Popper scores under Illustrative Plan 2 and the 2015 Plan for the districts wholly or partly contained in Gwinnett and Henry, Metro Atlanta, the Atlanta MSA, as well as the majority-Black districts wholly or partly contained in the Atlanta MSA.

**Figure 40**
**Compactness Score Comparisons – Illustrative Plan 2 v. 2015 Plan**

| | Illustrative Plan 2 | | 2015 Plan | | | Illustrative Plan 2 | | 2015 Plan | |
|---|---|---|---|---|---|---|---|---|---|
| | Reock | | Reock | | | Polsby-Popper | | Polsby-Popper | |
| | Mean | Low | Mean | Low | | Mean | Low | Mean | Low |
| Gwinnett | 0.34 | 0.21 | 0.36 | 0.25 | | 0.27 | 0.16 | 0.29 | 0.16 |
| Henry | 0.33 | 0.27 | 0.37 | 0.26 | | 0.15 | 0.11 | 0.19 | 0.12 |
| Metro Atlanta | 0.34 | 0.14 | 0.36 | 0.13 | | 0.25 | 0.09 | 0.26 | 0.09 |
| Atlanta MSA | 0.36 | 0.14 | 0.37 | 0.13 | | 0.27 | 0.09 | 0.27 | 0.09 |
| MSA BVAP-majority | 0.28 | 0.14 | 0.29 | 0.13 | | 0.21 | 0.09 | 0.21 | 0.09 |

162.    For Gwinnett-area districts, compared to the 2015 Plan, Illustrative Plan 2 is slightly less compact (-.02 difference in mean scores). For Henry-area districts, Illustrative Plan 2 is also less compact on Reock and Polsby (-.04 difference).

163.    For Metro Atlanta districts, compared to the 2015 Plan, Illustrative Plan 2 scores -.02 lower on Reock and -.01 lower on Polsby-Popper. For Atlanta MSA districts, Illustrative Plan 2 scores -.01 lower on Reock and the same on Polsby-Popper.

164.    Compared to the 2015 Plan, the Atlanta area majority-Black districts under Illustrative Plan 2 score -.01 lower on Reock and the same on the Polsby-Popper.

**(g) County Splits – Illustrative Plan 2**

165.    As documented in **Exhibit Y**, Illustrative Plan 2 splits 73 counties into two or more districts, with a total of 287 unique county/district combinations

statewide – the same number as Illustrative Plan 1 and one less than the 2015 Plan.

**(h) Place Splits – Illustrative Plan 2**

166.   **Exhibit Z** is a statewide listing of Illustrative Plan 2 district population by incorporated place (there are 533 incorporated places according to block assignments in the 2010 Census P. L. 94-171 file). Illustrative Plan 2 has three fewer unique place/district combinations (770) compared to the 2015 Plan (773)**.**

**(i) Incumbent Assignments – Illustrative Plan 2**

167.   **Exhibit AA** shows incumbent assignments by district for the 26 modified districts under Illustrative Plan 2, with current district assignments. As noted, there are no incumbent conflicts. No incumbents are assigned to reconfigured Gwinnett County Districts 105 and 106.

**V. PROPORTIONALITY**

168.   The Defendant makes an argument that with 30 wholly contained majority-Black districts in Metro Atlanta, there is "rough" proportionality and no grounds for a Section 2 claim. As explained below, under the 2015 Plan, there is no proportionality at the county level in Gwinnett and Henry, nor is there proportionality within the Atlanta MSA region or statewide.

169.   The table in **Figure 41** compares AP Black, AP BVAP and SR

BCVAP (2008-2012 ACS), with proportionality calculations.

**Figure 41**

### 2015 Plan – Black Proportionality

| Area | Total | 2015 Plan Majority-Black VAP Districts | % AP Black | AP Black Prop. Districts | AP Black Prop. | % AP BVAP | AP BVAP Prop. | AP BVAP Prop. | % BCVAP * | BCVAP Prop. Districts | BCVAP Prop. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Georgia | 9,687,653 | 47 | 31.53 | 56.75 | -9.75 | 29.75 | 53.55 | -6.55 | 30.71% | 55.28 | -8.28 |
| Metro Atlanta | 4,107,750 | 30.11 | 38.21 | 29.16 | 0.95 | 36.36 | 27.75 | 2.36 | 38.35% | 29.27 | 0.84 |
| Atlanta MSA | 5,286,728 | 31.27 | 33.61 | 33.02 | -1.75 | 31.96 | 31.39 | -0.12 | 33.20% | 32.61 | -1.34 |
| Gwinnett | 805,321 | 1.18 | 25.03 | 3.75 | -2.57 | 22.96 | 3.44 | -2.26 | 24.60% | 3.68 | -2.50 |
| Henry | 203,922 | 0.96 | 38.40 | 1.45 | -0.50 | 35.65 | 1.35 | -0.39 | 34.79% | 1.32 | -0.36 |

* BCVAP is based on the 2010 contemporaneous 2008-2012 ACS.

170.   Under the 2015 Plan, at four of the five selected geographic levels, the

number of majority-Black districts is below what would amount to a proportional

Black share. Metro Atlanta is the exception, where the number of majority-Black

districts is almost a one-district (0.83) surplus advantage, based on BCVAP.

## A. County Proportionality Deficit

171.   First, as shown in **Figure 42**, there is no proportionality at the county

level for two Metro Atlanta counties that registered extraordinary Black population

gains (in absolute and percentage terms) between 2000 and 2010 – Gwinnett and

Henry.

**(a) Gwinnett County Deficit**

172.   Under the 2015 Plan, there are parts of two majority-Black districts in Gwinnett County – HD 093 (70.56% in Gwinnett) and HD 094 (47.63% in Gwinnett). Taken together, the Gwinnett portions of HD 093 (also in Dekalb) and HD 094 (also in Dekalb) equate to 1.18 districts. But with a 2010 population of 805,321 (25.03% Black), the Gwinnett County population base supports 14.96 districts, and proportionally, 3.75 majority-Black districts.

173.   Applying the 2010 BVAP of 22.96% in Gwinnett, proportionality is reached with 3.44 majority-Black districts. Based on BCVAP, proportionality is reached with 3.68 districts. Thus, as shown in the **Figure 41** table, there is a clear proportionality deficit of more than two majority-Black districts in Gwinnett County under the 2015 Plan.

174.   With 18 legislators, just two (11.1%) members of the Gwinnett County House delegation are elected from majority-Black districts – a percentage that is less than half of the countywide 2010 BVAP.  And only one (HD 093) of the two majority-Black districts includes a constituency comprised of a majority of Gwinnett residents.

**(b) Henry County Deficit**

175.   There is also a proportionality deficit in Henry County under the 2015 Plan.  Henry County has a 2010 population of 203,922 (38.4% Black), so there is a population base to support 3.79 districts and proportionally 1.45 majority-Black districts.

176.   The 2015 Plan has parts of three majority-Black districts in Henry County – HD 076 (24.06 % in Henry), HD 078 (27.75% in Henry) and HD 090 (28.68% in Henry.) Taken together, the Henry portions of HD 076, HD 078, and HD 090 equate to .96 districts.

177.   Applying the 2010 countywide BVAP of 35.65%, the Henry County proportionality deficit is -.39. Based on BCVAP, the proportionality deficit stays relatively constant at -.36.

178.   Thus, in Henry County, there is a proportionality deficit of between one half of a district (by the AP Black measure) and one-third of a district (based on BCVAP).

179.   To be sure, three of the eight members of the Henry County House delegation (37.5%) are elected from majority-Black districts, which is roughly in line with the countywide 2010 BVAP. But majority-Black district parity at the legislative delegation level is offset because Henry County residents are a minority

74

in all three majority-Black districts.

## B. Atlanta MSA Deficit

180.   Second, on a regional level, there is a clear proportionality deficit with respect to the number of majority-Black districts within the 29-county area encompassed by the Atlanta MSA (33.61% Black). With a 2010 population of 5,286,728, the Atlanta MSA has a population base to support 98.23 districts and, proportionally, 33.02 majority-Black districts.

181.   Under the 2015 Plan, there are 31.27 majority-Black districts within the Atlanta MSA – 31 whole districts and, as previously noted, part of majority-Black HD 137 in Meriwether County. So, within the Atlanta MSA, the 2015 Plan is almost two (-1.75) majority-Black districts below proportionality, based on the overall AP Black population.

182.   Based on 2010 BVAP, the 2015 Plan is close to proportional in the Atlanta MSA, with a deficit of -.12 majority-Black districts in the Atlanta MSA. But applying the more meaningful BCVAP metric (for a region with a high percentage of non-citizen adults), the proportionality deficit in the Atlanta MSA falls to -1.34 districts.

## C. Statewide Proportionality Deficit

183.   Third, the proportionality deficit is much more pronounced at the state level than at the regional level. With a statewide 2010 Black population of 31.53%,

proportionality would yield 56.75 districts out of 180. But under the 2015 Plan, there are just 47 majority-Black districts. Thus, there is a statewide proportionality deficit of more than nine districts (-9.75).

184.  Based on a statewide 2010 BVAP of 29.75%, the proportionality deficit is -6.55 districts. The statewide BCVAP of 30.71% yields a proportionality deficit of -8.28 districts.

**D. Metro Atlanta Proportionality**

185.  Proportionality surpluses or proportionality deficits at one or another geographic level are almost inevitable in statewide redistricting plans. Metro Atlanta is a case in point: Metro Atlanta has a 0.84 surplus of majority-Black districts based on BCVAP, amounting to almost a full district above proportionality under the 2015 Plan. But by the same token (BCVAP), proportionality deficits are experienced by Black voters at the Atlanta MSA regional level and at the state level, as well as at Metro Atlanta-component county levels in Gwinnett and Henry.

**E. Proportionality in the Illustrative Plans**

186.  As shown in **Figure 42** (on the next page), under the two illustrative plans, even with two additional majority-Black districts, a Black proportionality deficit remains at two geographic levels – statewide (3 of 3 measures) and in Gwinnett County (3 of 3 measures).

**Figure 42**

### Black Proportionality Under the Illustrative Plans

| Area | Total | Majority-Black VAP Districts | % AP Black | AP Black Prop. Districts | AP Black Prop. Deficit | % AP BVAP | AP BVAP Prop. Districts | AP BVAP Prop. Deficit | % BCVAP * | BCVAP Prop. Districts | BCVAP Prop. Deficit |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Illustrative 1** | | | | | | | | | | | |
| Georgia | 9,687,653 | 49 | 31.53% | 56.75 | -7.75 | 29.75% | 53.55 | -4.55 | 30.71% | 55.28 | -6.28 |
| Metro Atlanta | 4,107,750 | 32.1 | 38.21% | 29.16 | 2.94 | 36.36% | 27.75 | 4.35 | 38.35% | 29.27 | 2.83 |
| Atlanta MSA. | 5,286,728 | 33.27 | 33.61% | 33.02 | 0.25 | 31.96% | 31.39 | 1.88 | 33.20% | 32.61 | 0.66 |
| Gwinnett | 805,321 | 2.51 | 25.03% | 3.75 | -1.24 | 22.96% | 3.44 | -0.93 | 24.60% | 3.68 | -1.17 |
| Henry | 203,922 | 1.38 | 38.40% | 1.45 | -0.07 | 35.65% | 1.35 | 0.03 | 34.79% | 1.32 | 0.06 |
| **Illustrative 2** | | | | | | | | | | | |
| Georgia | 9,687,653 | 49 | 31.53% | 56.75 | -7.75 | 29.75% | 53.55 | -4.55 | 30.71% | 55.28 | -6.28 |
| Metro Atlanta | 4,107,750 | 32.1 | 38.21% | 29.16 | 2.94 | 36.36% | 27.75 | 4.35 | 38.35% | 29.27 | 2.83 |
| Atlanta MSA. | 5,286,728 | 33.27 | 33.61% | 33.02 | 0.25 | 31.96% | 31.39 | 1.88 | 33.20% | 32.61 | 0.66 |
| Gwinnett | 805,321 | 2.51 | 25.03% | 3.75 | -1.24 | 22.96% | 3.44 | -0.93 | 24.60% | 3.68 | -1.17 |
| Henry | 203,922 | 1.21 | 38.40% | 1.45 | -0.24 | 35.65% | 1.35 | -0.14 | 34.79% | 1.32 | -0.11 |

* BCVAP is based on the 2010 contemporaneous 2008-2012 ACS.

187.   There is rough Black proportionality under both illustrative plans in Henry County – within plus or minus one tenth of a point on 3 of 3 measures in Illustrative Plan 1, while there is slight deficit of -.24 to -.11 on 3 of 3 measures in Illustrative  Plan 2. Under both illustrative plans, there is a Black proportionality surplus within the 10-county Metro Atlanta area (3 of 3 measures). Within the Atlanta MSA, there is a slight proportionality surplus of .25 (AP Black) and .66 (BCVAP), with a higher surplus of 1.88 based on BVAP.

188.   Statewide, there is an across-the-board proportionality deficit under the two illustrative plans:  -7.75 (AP Black), -4.55 (BVAP), and -6.28 (BCVAP).  In

Gwinnett County, there is a proportionality deficit of about one district under the two illustrative plans: -1.24 (AP Black), -0.93 (BVAP), and -1.17 (BCVAP).

189.   In sum, there is a Black proportionality deficit on 6 of 12 measures under both illustrative plans – at the county level (Gwinnett) and at the state level – with rough proportionality in Henry County and the Atlanta MSA.

**F. Statewide White Proportionality Surplus By Plan**

190.   Under the 2015 Plan, as shown in **Figure 43**, White voters enjoy a statewide proportionality surplus that is reduced, but not eliminated, under the two illustrative plans.

**Figure 43**
   **Statewide White Proportionality – 2015 Plan vis-à-vis Illustrative Plans**

| | Majority-White VAP Districts | % NH White | NH White Prop. Districts | NH White Prop. Surplus | % NH White VAP | NH WVAP Prop. Districts | NH WVAP Prop. Surplus | % NH White CVAP* | % NH WCVAP Prop. Districts | NH WCVAP Prop. Surplus |
|---|---|---|---|---|---|---|---|---|---|---|
| 2015 Plan | 120 | 55.88% | 100.58 | 19.42 | 58.96% | 106.13 | 13.87 | 62.78% | 113 | 7 |
| Illustrative Plans 1 & 2 | 116 | 55.88% | 100.58 | 15.42 | 58.96% | 106.13 | 9.87 | 62.78% | 113 | 3 |

\* NH White CVAP is based on the 2010 contemporaneous 2008-2012 ACS.

191.   Under the 2015 Plan, there is a White proportionality surplus of over 19 districts based on total NH White population, nearly14 districts based on NH White VAP, and 7 districts based on NH White CVAP.

192.   Under the illustrative plans, there remains a White proportionality surplus of over 15 districts based on total NH White population, nearly 10 districts

based on NH White VAP, and 3 districts based on NH White CVAP.

# VI. SOCIOECONOMIC PROFILES

193.   Whites in Georgia outpace African Americans across a broad range of socioeconomic measures, as reported in the 5-year 2012-2016 *ACS*.[18] This disparity is summarized below for Georgia and the Atlanta MSA, and depicted with further detail in charts and tables found in **Exhibit AB** (Georgia) and **Exhibit AC** (Atlanta MSA). The ACS does not report socioeconomic statistics for Metro Atlanta as a single entity.

194.   **(a) Statewide Summary Profile**

*(a) Income*

- A quarter (25.8%) of the African American population in Georgia lives in poverty, which is more than twice the 11.6% White poverty rate.  (**Exhibit AB at pp. 28-29.**)

- Black median household income is $37,887 – 63.6% of the $59,595 median income of White households.  (**Exhibit AB at pp. 32-33.**)

- Black family households (defined by the Census Bureau as households with related persons) exhibit a similar median income disparity *vis-à-vis* White family households – $44,495 for Black median family household income compared to $72,936 for White family households. (**Exhibit AB at pp. 36-37.**)

---

[18]   In this section, "White" refers to NH White. "African American" and "Black" refer to single-race Black, including Hispanic Blacks, i.e. "SR Black".  According to the 2012-2016 ACS, 4.6% of Latinos in Georgia are SR Black. (**Exhibit AB at pp. 6-7**) The 5-year ACS does not report statistics for the AP Black category.

• Black per capita income is $19,250, which represents 58.3% of White per capita income ($33,041). (**Exhibit AB at pp. 40-41.**)

• Reflecting the high Black poverty rate, 26.7% of Black households participate in the Supplemental Nutrition Assistance Program (SNAP), compared to 9.3% of White households in Georgia.   (**Exhibit AB at pp. 49-50.**)

*(c) Education*

• Of persons 25 years of age and over, 15.1% of African Americans are without a high school diploma – higher than the drop-out rate for their White counterparts, of whom 10.6% have not completed high school. (**Exhibit AB at pp. 21-22.**)

• At the other end of the educational scale, for ages 25 and over, about one in five African Americans (22.1%) have a bachelor's degree or higher, compared to one in three (33.1%) of their White counterparts. (**Exhibit AB at pp. 21-22.**)

*(d) Employment*

• The $25,729 median earnings level of African Americans working full-time in Georgia is less than three quarters (73.3%) of the $35,103 annual median earnings garnered by Whites.  (**Exhibit AB at pp. 42-43.**)

• The Black unemployment rate (for the working-age population ages 16-64, expressed as a percent of the civilian labor force) is twice the rate for Whites.  On average, over the course of the 5-year survey, 13.4% of working-age African Americans were unemployed, compared to a 6.7% White unemployment rate.  (**Exhibit AB at p. 54 and pp. 51-54.**)

• Just 29.1% of African Americans in Georgia are employed in management or professional occupations compared to 41.9% of Whites. (**Exhibit AB at pp. 55-56.**)

*(e) Housing*

• More than half of Black households (53.5%) rent their residences, compared to 26.9% of White households.  (**Exhibit AB at pp. 57-58.**)
**(b) Atlanta MSA Summary Profile**

*(a) Income*

• One fifth (20.6%) of the African American population in the Atlanta MSA lives in poverty, which is more than twice the 8.6% White poverty rate. (**Exhibit AC at pp. 28-29.**)

• Black median household income is $45,057 – 62.5% of the $72,070 median income of White households.  (**Exhibit AC at pp. 32-33.**)

• Black family households (defined by the Census Bureau as households with related persons) exhibit a similar median income disparity *vis-à-vis* White family households – $52,337 for Black median family household income compared to $87,355 for White family households. (**Exhibit AC at pp. 36-37.**)

• Black per capita income is $21,807, which represents 58.3% of White per capita income ($39,475). (**Exhibit AC at pp. 40-41.**)

• Reflecting the high Black poverty rate, 22.6% of Black households participate in the Supplemental Nutrition Assistance Program (SNAP), compared to 6.8% of White households in the Atlanta MSA.   (**Exhibit AC at pp. 49-50.**)

*(c) Education*

• Of persons 25 years of age and over, 10.8% of African Americans are without a high school diploma –higher than their White counterparts, of whom 7.8% have not completed high school. (**Exhibit AC at pp. 21-22.**)

• At the other end of the educational scale, for ages 25 and over, one in five African Americans (28.3%) have a bachelor's degree or higher, compared to one in three (42.1%) of their White counterparts. (**Exhibit AC at pp. 21-22.**)

*(d) Employment*

• The $28,865 median earnings level of African Americans working full-time in the Atlanta MSA is less than three quarters (70.3%) of the $41,080 annual median earnings garnered by Whites. (**Exhibit AC at pp. 42-43.**)

• The Black unemployment rate (for the working-age population ages 16-64, expressed as a percent of the civilian labor force) is more than twice the rate for Whites. On average, over the course of the 5-year survey, 12.7% of working-age African Americans were unemployed, compared to a 6.1% White unemployment rate. (**Exhibit AC at p. 54 and pp. 51-54.**)

• Just 32.7% of African Americans in the Atlanta MSA are employed in management or professional occupations compared to 47.1% of Whites. (**Exhibit AC at pp. 55-56.**)

*(e) Housing*

• More than half of Black households (52.8%) rent their residences, compared to 24.8% of White households. (**Exhibit AC at pp. 57-58.**)

## VII.   SUMMARY CONCLUSIONS

195.   From the preceding analysis and my review of associated background demographics during the preparation of this declaration, I reach the following general conclusions:

▪   Since 2000, the African American population has grown substantially in Metro Atlanta, the Atlanta MSA, and in Gwinnett and Henry Counties.

- Under the 2015 Plan, there is a proportionality deficit in terms of the number of majority-Black districts at the county level (Gwinnett and Henry), at the regional level (Atlanta MSA), and statewide.

- The African American population in Metro Atlanta and the Atlanta MSA is sufficiently numerous and geographically compact to allow for at least two additional majority-Black House districts.

- Illustrative Plan 1 and Illustrative Plan 2 reduce the Black proportionality deficit at the county level (Gwinnett and Henry), at the regional level (Atlanta MSA), and statewide.

- The 26 modified districts under Illustrative Plan 1 and Illustrative Plan 2 comply with traditional redistricting principles, including one-person one-vote, compactness, contiguity, and the non-pairing of incumbents.

- Whites outpace African Americans across most key indicators of socioeconomic well-being in Georgia and the Atlanta MSA.

# # #

 I reserve the right to continue to supplement my declarations in light of additional facts, testimony and/or materials that may come to light.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct according to the best of my knowledge, information and belief.

Executed on: August 6, 2018

WILLIAM S. COOPER