IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ROBYN A. CRITTENDEN,[1] in her official capacity as Secretary of the State for the State of Georgia<br><br>Defendant.<br>_____<br>AUSTIN THOMPSON, et al.<br><br>Plaintiffs,<br><br>v.<br><br>ROBYN A. CRITTENDEN, in her official capacity as Secretary of the State for the State of Georgia<br><br>Defendant. | Civil Action No.<br><br>1:17-cv-01427-TCB-MLB-BBM<br><br>CONSOLIDATED |

**JOINT STIPULATION AND CONSENT MOTION
TO DISMISS WITH PREJUDICE**

---

[1] Secretary of State, Robyn A. Crittenden, is substituted as a Defendant by operation of Rule 25(d), Fed. R. Civ. Proc.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), all Plaintiffs and Defendant Robyn A. Crittenden ("the Parties"), through undersigned counsel, agree and stipulate, and hereby respectfully file their Joint Stipulation and Consent Motion to Dismiss With Prejudice.  The Parties have agreed that each party will bear its own attorneys' fees, expenses, and costs.

For the Court's convenience, a Proposed Order is attached hereto as **Exhibit A**.

Stipulated and agreed this 14th day of January, 2019.

By: */s/ William V. Custer*
William V. Custer, Georgia Bar No. 202910
Jennifer B. Dempsey, Georgia Bar No. 217536
Bryan Cave Leighton Paisner LLP
One Atlantic Center, Fourteenth Floor
1201 West Peachtree Street, NW
Atlanta, GA 30309-3488
Telephone: (404) 572-6600
Facsimile:  (404) 572-6999
bill.custer@bclplaw.com
jennifer.dempsey@bclplaw.com

Bradley S. Phillips*
Gregory D. Phillips*
Kenneth Trujillo-Jamison*
Ariel Green*
Munger, Tolles, & Olson LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile:  (213) 687-3702
Bradley.Phillips@mto.com

Gregory.Phillips@mto.com
Kenneth.Trujillo-Jamison@mto.com
Ariel.Green@mto.com

Jon Greenbaum*
Ezra D. Rosenberg*
Julie Houk*
John Powers*
Sam Weiss *
Lawyers' Committee for Civil Rights
Under Law
1401 New York Ave., NW, Suite 400
Washington, DC 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857
jgreenbaum@lawyerscommittee.org
erosenberg@lawyerscommittee.org
jhouk@lawyerscommittee.org
jpowers@lawyerscommittee.org
sweiss@lawyerscommittee.org
*Admitted *pro hac vice*

*Counsel for the Georgia State Conference of the NAACP Plaintiffs*

*/s/Abha Khanna*
Abha Khanna*
Perkins Coie, LLP
1201 Third Avenue, Ste. 4900
Seattle, WA 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000
e-mail: AKhanna@perkinscoie.com

Marc Erik Elias*
Aria C. Branch*
Perkins Coie, LLP 700
13th St. N.W., Suite 600

3

Washington, D.C. 20005-3960
Phone: (202) 654-6338
Fax: (202) 654-9106
Email: MElias@perkinscoie.com
Email: ABranch@perkinscoie.com

Quinton Washington
GA Bar No. 159067
Bell & Washington LLP
196 Peachtree Street SW, Suite 310
Atlanta, GA 30303
Phone: (404) 437-6641
Email: Quinton@bellwashington.com

Counsel for the Thompson Plaintiff

*/s/ Frank B. Strickland*
Frank B. Strickland
Special Assistant Attorney General
Georgia Bar No. 687600
John J. Park Jr.
Georgia Bar No. 547812
Bryan P. Tyson
Georgia Bar No. 515411
Strickland Brockington Lewis LLP
Midtown Proscenium Suite 2200
1170 Peachtree Street NE
Atlanta, Georgia 30309
Phone: (678) 347-2200
Fax:    (678) 347-2210
fbs@sbllaw.net
jjp@sbllaw.net
bpt@sbllaw.net

4

5

/s/Cristina M. Correia
CHRISTOPHER M. CARR
Attorney General            112505
ANNETTE M. COWART     191199
Deputy Attorney General
RUSSELL D. WILLARD       760280
Senior Assistant Attorney General
CRISTINA M. CORREIA       188620
Senior Assistant Attorney General

Attorneys for Secretary of State Brian Kemp

*Counsel for Defendant Secretary of State*

## CERTIFICATE OF SERVICE AND COMPLIANCE

I hereby certify that on January 14, 2019, I served the within and foregoing **JOINT STIPULATION AND CONSENT MOTION TO DISMISS WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Pursuant to L.R. 7.1(D), the undersigned also hereby certifies that the foregoing **JOINT STIPULATION AND CONSENT MOTION TO DISMISS WITH PREJUDICE** has been prepared in Times New Roman 14, a font and type selection approved by the Court in L.R. 5.1(C).

This 14th day of January, 2019.

>  */s/ William V. Custer*
> William V. Custer, Georgia Bar No. 202910
> Bryan Cave Leighton Paisner LLP
> One Atlantic Center, Fourteenth Floor
> 1201 West Peachtree Street, NW
> Atlanta, GA 30309-3488
> Telephone:  (404) 572-6600
> Fax:            (404) 572-6999
> Email:        bill.custer@bclplaw.com