IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA STATE CONFERENCE OF THE NAACP, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ROBYN A. CRITTENDEN, in her official capacity as Secretary of the State for the State of Georgia<br><br>Defendant.<br>_____<br>AUSTIN THOMPSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ROBYN A. CRITTENDEN, in her official capacity as Secretary of the State for the State of Georgia<br><br>Defendant. | Civil Action No.<br><br>1:17-cv-01427-TCB-MLB-BBM<br><br>CONSOLIDATED |

## [PROPOSED] ORDER

THIS MATTER having come before the Court on the Joint Stipulation and Consent Motion to Dismiss With Prejudice, submitted by all Plaintiffs and Defendant

2

Robyn A. Crittenden ("the Parties"), and upon consideration thereof and for good cause shown,

**IT IS HEREBY ORDERED** that the Parties' Joint Stipulation and Consent Motion to Dismiss With Prejudice is **GRANTED.** The Court orders that all claims shall be dismissed, with prejudice, with each party to bear its own attorneys' fees, expenses, and costs.

ENTERED this _____ day of January, 2019.

_____
Timothy C. Batten, Sr.
United States District Judge